90

1 are consistent with the diagnosis of diabetes before
2 Mrs. Burns ever took Seroquel, correct?
3   A   It could be consistent with it, yes.
4   Q   They are consistent with it?
5   A   Given the caveat that I have mentioned.
6   Q   Do you agree that the process of becoming
7 diabetic takes years?
8   A   Yes.
9   Q   It's a slow and kind of incremental process?
10   A   Yes, in most cases.
11   Q   And do you agree that about a quarter of
12 people with diabetes don't know that they have diabetes?
13   A   Approximately.
14   Q   And do you agree that most patients who are
15 diagnosed with diabetes have actually had diabetes for
16 five to ten years before they get the diagnosis?
17   A   Some period of time, yes.
18   Q   What period of time do you use in your
19 clinical practice?
20   A   Five years.
21   Q   So it's actually more likely than not that on
22 the day somebody receives their diagnosis of diabetes
23 they are not new to having the disease?
24   A   If that person has not received ongoing
25 medical care, yes.

91

1   Q   Even if they have received ongoing medical
2 care because of fluctuations in glucose levels or
3 whatever, there is a certain amount that just gets
4 missed?
5   A   True.
6   Q   And there is a certain amount that is
7 evidenced by laboratory findings, but might not lead a
8 doctor to affirmatively give somebody a diagnosis,
9 correct?
10   A   Correct.
11   Q   So there are certainly patients who that get a
12 diagnosis of diabetes today, you as a clinician go back
13 and say let me go back and look at their medical records
14 and see what is going on, and when you go back you say,
15 boy, I probably would have had enough here to either
16 diagnose them with diabetes years ago or certainly have
17 a strong suspicion of diabetes years ago?
18   A   That does happen, yes.
19   Q   So for most patients the day that they get
20 diagnosed with diabetes is not the day that they have
21 actually gotten the disease?
22   A   For most patients, for many patients, yes.
23   Q   And for most patients they haven't gotten the
24 disease even within a month or two or six of their
25 diagnosis?

92

1   A   For many patients that's true.
2   Q   Can you quantify?
3   A   I don't think so.
4   Q   For a large group of patients, correct?
5   A   Yes, correct.
6     MS. FREIWALD: Do you want to take a break?
7     MR. PIRTLE: Sure.
8     (Whereupon, a short recess was had at
9   11:11 a.m.)
10   (BY Ms. Freiwald)
11   BY MS. FREIWALD:
12   Q   Doctor, I didn't do this, I want to go back
13 and show you the record that you actually noted was that
14   157 reading in December of 1998.
15   A   Sure.
16     MS. FREIWALD: And I guess that's 10; is that
17   right?
18     (Whereupon, the above referred to document
19   was marked as Defendant's Exhibit No. 10.)
20   BY MS. FREIWALD:
21   Q   And did you have an opinion at the time that
22 you wrote your report about whether that reading was
23 fasting or not fasting?
24   A   Judging by the time was why I questioned
25 whether it was random.

93

1   Q   So you would have to know more to absolutely
2 confirm whether it was random or not, but you used that
3 same time test that we used earlier to make a estimation
4 about whether it was?
5   A   This made me suspicious that it wasn't fasting
6 because of the time, yes.
7   Q   If we assume that it's not fasting, this would
8 still be indicative of glucose intolerance or
9 prediabetes, correct?
10   A   It could be, again, it depends on the
11 circumstances that it was drawn under.
12   Q   What did this reading tell you if anything?
13   A   I was suspicious that it was probably an
14 abnormal reading.
15   Q   That it was probably indicative of a real
16 abnormality in Mrs. Burns?
17   A   Yes, it was indicative of abnormal glucose.
18   Q   If Mrs. Burns had been your patient in 1998,
19 would you have wanted to do two fasting glucose readings
20 to find out definitively whether she had diabetes at
21 that time, knowing nothing else?
22   A   Yes, or an oral glucose tolerance test I think
23 I would have wanted to look into.
24   Q   So if you had no other evidence for Mrs. Burns
25 as of December of 1998 and you got back this lab value,

## Page 94

1  you probably would have had a nurse in your office call
2  her up and say we need to bring you back in and do more
3  blood work to confirm your diabetes status?
4      A  Yes.
5      Q  And even though this is not a fasting reading,
6  in light of the three fasting readings I showed you in
7  1994 and the fasting reading of 134 after nine hours
8  that I showed you, this is certainly very strongly
9  suggestive of the fact that Mrs. Burns had diabetes
10  before she ever took Seroquel, correct?
11     A  It certainly would have prompted me to do
12  formal testing to see if she had diabetes, yes.
13     Q  But I'm actually asking you a slightly
14  different question, because the question you answered a
15  minute ago was assuming you knew nothing else about
16  Mrs. Burns, but you got this reading in December of
17  1998; now I am saying to you sitting here today having
18  seen her three elevated readings in '94, and then nine
19  hour fasting reading of 134 and then this together,
20  isn't it true that they are very strongly suggestive
21  that it was more likely than not that Mrs. Burns had
22  diabetes before she ever took Seroquel?
23     A  They were very suggestive that she could have
24  had diabetes before she took Seroquel, depending again
25  on the circumstances that they were drawn under.

## Page 95

1      Q  Very strongly suggestive that she did have
2  diabetes before she ever took Seroquel?
3         MR. PIRTLE: Objection, form.
4         THE WITNESS: Ask again, please.
5  BY MS. FREIWALD:
6      Q  They are very strongly suggestive that she had
7  have diabetes before she ever took Seroquel?
8      A  They suggest that she could have, yes.
9      Q  You said that many patients have diabetes
10  years before they are diagnosed, my question to you is
11  is there some category of patient that you are holding
12  out that is an exception to that rule?
13     A  If I understand your question correctly.
14  Maybe you better repeat the question.
15     Q  Sure. We had a conversation before we took a
16  break about the fact that diabetes is progressive, it
17  takes a long time to develop, develops kind of in little
18  bits along the way, and that most people who get a
19  diagnosis of diabetes actually had the disease without
20  knowing it years before their diagnosis?
21     A  Yes, many people have.
22     Q  And my question to you is whether there is any
23  category of patient that you carve out as an exception
24  to that rule?
25     A  No, I don't think so.

## Page 96

1      Q  Are there any factors or variables that you
2  would look to to say this patient is different, this
3  patient probably didn't have diabetes for a long time
4  before her diagnosis?
5      A  Well, patients that you have documentation of
6  previous normal blood sugars for instance.
7      Q  Have you ever seen a patient who's had really
8  strong and consistent documentation of normal readings
9  and then all of a sudden they are diabetic?
10     A  I don't know the answer to that. I can't
11  remember.
12     Q  In your clinical practice you can't think of a
13  single case of that happening?
14     A  Mostly that happens where the person wasn't
15  receiving healthcare and they suddenly developed
16  diabetes because they never had been to a provider
17  before.
18     Q  So they don't suddenly develop diabetes, they
19  suddenly learn that they have developed diabetes?
20     A  It suddenly comes to the attention of the
21  health system.
22     Q  I was asking you the other extreme, in your
23  practice as an endocrinologist going back some 20 years
24  or so, can you think of a single patient who had
25  consistent and good evidence of not being diabetic and

## Page 97

1  then all of a sudden they were diabetic with Type II
2  diabetes?
3      A  It can happen if someone has for instance a
4  myocardial infarction or something and that is the
5  presenting symptom, the stress that brings the elevated
6  blood sugar, actually brings it out.
7      Q  That is another example of somebody who
8  probably didn't have good documentation of their health
9  status?
10     A  Well, I don't know that for sure, but I can't
11  say it could never happen, it would be unusual.
12     Q  It would be highly unusual for somebody to
13  have the development of diabetes coincide with the first
14  diagnosis of diabetes?
15     A  Yes, I think that's fair to say.
16     Q  And is there anything in Mrs. Burns'
17  presentation that makes you think that she is an
18  exception to the rule that most patients have actually
19  had diabetes for years before they learn of their
20  diagnosis?
21     A  No.
22     Q  I want to talk about Mrs. Burns' weight for a
23  little bit. And I want to start with the last paragraph
24  of your report where you say that based on my review of
25  Mrs. Burns and her medical records it is my opinion

98

1  based on reasonable medical probability that Seroquel
2  was a cause of her developing Type II diabetes; in light
3  of what we have discussed this morning, are you still
4  prepared to give an opinion that Seroquel more likely
5  than not to a reasonable degree of medical certainty was
6  a cause of her developing Type II diabetes?
7      A   I don't think we have documentation prior to
8  her being diagnosed that she clearly had diabetes.
9      Q   That wasn't my question. My question is with
10 everything we have talked about, are you still prepared
11 to say to a reasonable degree of medical certainty that
12 Seroquel was a cause of her having diabetes?
13     A   I think that it became apparent after she was
14 on the Seroquel that is the first time that she was
15 diagnosed with diabetes.
16     Q   Well, we have discussed the fact that
17 diagnosis and onset of disease don't coincide, so I need
18 to ask the same question; are you really still going to
19 offer an opinion, Doctor, that with everything you know
20 about Mrs. Burns you can say to a reasonable degree of
21 medical probability that Seroquel was a cause of her
22 developing Type II diabetes?
23         MR. PIRTLE: Objection, form, asked and
24 answered, but you can answer it one more time the
25 way you want to.

99

1          THE WITNESS: I think that the diabetes
2  develops on a continuum, and we don't know exactly
3  when she developed diabetes, so the Seroquel could
4  have been a cause of her developing diabetes.
5          We don't have a diagnosis of it beforehand.
6  We can say that people do have it for longer than
7  when they get diagnosed, but we don't know when she
8  really developed it.
9      (BY Ms. Freiwald)
10 BY MS. FREIWALD:
11     Q   Well, we know that she had evidence that was
12 consistent with her having diabetes before she took
13 Seroquel, right?
14     A   We had evidence that she had glucose
15 disregulation.
16     Q   And certainly at a level that was consistent
17 with the diagnosis of diabetes, even though it wasn't
18 actually given to her?
19     A   I don't think you can conclusively say that
20 that, those other blood sugars are indicative for
21 certain that she had diabetes.
22     Q   Okay. I understand you don't want to say for
23 a hundred percent certain that she had diabetes, but my
24 question is the flip of that, you are being asked, I am
25 asking you whether you are going to say that it is more

100

1  probable than not to a reasonable degree of medical
2  probability that Seroquel was a cause of her getting
3  diabetes, was a direct contributor to her getting
4  diabetes?
5      A   I think it's possible, because I can't say
6  when she developed diabetes.
7      Q   So your testimony is it was possible?
8      A   Yes.
9      Q   And that is based upon the temporal connection
10 between when she used Seroquel and when she got a
11 diagnosis of diabetes?
12     A   Yes.
13     Q   And you don't know when she actually got the
14 disease of diabetes?
15     A   It depends on your definition of when diabetes
16 starts, correct.
17     Q   What definition of when diabetes starts do you
18 use?
19     A   Well, we use an arbitrary time point of a
20 fasting blood sugar of 126.
21     Q   You certainly wouldn't suggest a cutoff that
22 is higher than 126, would you?
23     A   No.
24     Q   So the lower the cutoff you would use, and I
25 understand the standards are getting more rigorous,

101

1  right?
2      A   Yes.
3      Q   The lower the use, the lower the number you
4  would use the more likely it would be that you would
5  call her diabetic earlier rather than later, correct?
6      A   That is correct.
7      Q   We know for certain that she developed the
8  disease of diabetes at some point before August of 2003,
9  correct; we can agree on that?
10     A   Can I take a look for a second, before August
11 of 2003?
12     Q   Yes.
13     A   Yes.
14     Q   And you don't know, you weren't aware of a
15 medical record where she told people she had developed
16 diabetes in August of -- I'm sorry, strike that.
17         You were not previously aware of any records
18 where Mrs. Burns had written herself that she had
19 diabetes by 2000?
20     A   No, I am not aware of that.
21     Q   And you can't say how much before August of
22 2003 she actually developed the disease of diabetes?
23     A   That is correct.
24     Q   If you were to use a number below 126 you
25 might have even stronger evidence of her having diabetes

## 102

1  before she ever took Seroquel, correct?
2  A  Yes.
3  Q  So the only opinion you are going to offer if
4  I understand it is that Mrs. Burns happened to be using
5  Seroquel you believe during the time period that she
6  received a diagnosis of diabetes?
7      MR. PIRTLE: Objection form. You can answer.
8      THE WITNESS: She was started on Seroquel
9  approximately a year before she was diagnosed
10 with -- wasn't it a year, yes, approximately a year
11 before she was diagnosed.
12 BY MS. FREIWALD:
13 Q  Eight months.
14 A  In 6/02 she was started on Seroquel and in
15 8/03 she was diagnosed with diabetes, and isn't that 14
16 months?
17 Q  Doctor, is that your understanding of the
18 chronology in this case?
19 A  I don't understand the question.
20 Q  Is that your understanding of the chronology
21 in this case with regard to how long she was using
22 Seroquel before she received the diagnosis of diabetes?
23 A  That is my understanding, yes.
24 Q  And your opinion that Seroquel could be a
25 cause of her diabetes is based upon the temporal

## 103

1  connection between her using Seroquel and her receiving
2  a diagnosis of diabetes, correct?
3  A  No, it's based on the fact that after being
4  put on the Seroquel she gained quite a bit of weight and
5  then the diagnosis, then she had a very high blood sugar
6  and the diagnosis of diabetes was made.
7  Q  I want to put the weight aside for just a
8  minute.
9  A  Okay.
10 Q  Is there any methodology that you have
11 employed to say that would allow you to conclude that
12 the onset of her diabetes came during the time period
13 where she was on Seroquel as opposed to before she
14 started Seroquel?
15 A  Is there any what?
16 Q  Methodology that you can explain to me that
17 would allow you to form a conclusion that Mrs. Burns
18 developed diabetes while she was on Seroquel as opposed
19 to before she started on Seroquel?
20     MR. PIRTLE: Objection, form. You can answer
21 if you can.
22     THE WITNESS: If I understand your question,
23 correct, no, there is no methodology that I can
24 give you.
25

## 104

1  (BY Ms. Freiwald)
2  BY MS. FREIWALD:
3  Q  Let's talk about the weight. You agree -- do
4  you know if Mrs. Burns was obese back in 1994?
5  A  1994 I don't know.
6  Q  Do you agree that Mrs. Burns was obese in
7  1998?
8  A  I don't know. She weighed 179 pounds, but I
9  don't think I could find a height on her so I couldn't
10 really calculate what her body mass index is so I don't
11 know if she was obese.
12 Q  You didn't find any medical records that had
13 Mrs. Burns' height?
14 A  I don't recall, because I know on the other
15 patients I calculated the body mass index, and I don't
16 know why I wouldn't have done it here if I indeed had a
17 height on her.
18 Q  Do you know for how long Mrs. Burns weighed
19 179 pounds before she used Seroquel?
20 A  No, I don't know that.
21 Q  If her weight was in the 175 to 180 range for
22 only a few months in 1998 and 1999, would you agree that
23 you needed to look at other ways to get a sense for what
24 her kind of baseline BMI was prior to using Seroquel?
25 A  Can you repeat the question?

## 105

1  Q  Sure. And I probably confused weight and BMI.
2      If it's true that her weight was in the high
3  170's only for a period of a few months in the late
4  1998, early 1999 time period, would you agree that you
5  would need to look at other weights to fairly assess
6  what her baseline weight was, kind of what the state was
7  of her chronic weight prior to using Seroquel?
8  A  Yes.
9  Q  And you have never seen any weights for
10 Mrs. Burns going back to 1994, correct?
11 A  I didn't see any medical records going back to
12 1994.
13 Q  Let's take at Bay Medical 562, 4/25/94, we
14 will mark this as 11.
15     (Whereupon, the above referred to document
16 was marked as Defendant's Exhibit No. 11.)
17 (BY Ms. Freiwald)
18 BY MS. FREIWALD:
19 Q  Doctor, we have handed you Bay Medical Center
20 562, and I actually have to say I have no real idea why
21 the other documents are attached to this, why don't we
22 just look at the first page, you are welcome to look at
23 the others if I am forgetting why they are relevant,
24 that's fine. But if you would just look at 562 and we
25 will call that Exhibit 11.

### 106

1  Do you see that on a preanesthetic evaluation
2  her weight is listed at 200 pounds and her height is
3  listed as 5'7"?
4  A  Yes.
5  Q  Do you have a rough idea of what her BMI would
6  be, assuming that those two parameters are accurate?
7  A  I would have to have a calculator, but she is
8  clearly at least overweight.
9  Q  I did it on one of those Internet calculators
10 and I got 31.3, does that sound about right to you?
11 A  I guess so, it sounds a little high, but if
12 you did it with a calculator, then I'm sure it's
13 accurate.
14 Q  So that would be in the obese range, correct?
15 A  Yes.
16 Q  And can we look at 4/16/98, and this will be
17 12.
18     (Whereupon, the above referred to document
19     was marked as Defendant's Exhibit No. 12.)
20 BY MS. FREIWALD:
21 Q  Do you see this record again has her at 5'7"
22 on 4/16/98?
23 A  Right.
24 Q  This is Bataine 12, and it has her on 4/16/98
25 at 211 and a half pounds, and at 4/30/98 at 211 and 3

### 107

1  quarters pounds, correct?
2  A  Correct.
3  Q  And you didn't note either of these weights in
4  your reports?
5  A  I think that is the 211 pounds that I wrote.
6  Q  Did you note for how long she was in that
7  range?
8  A  No, because I didn't have -- I didn't see or I
9  didn't have the records from 1994 that you showed me
10 before. The earliest records I had were from 1997, or
11 1998, sorry.
12 Q  Okay. Well, I am going to show you a couple
13 of other intervening records, I am not going to
14 represent that they are the only ones, but essentially
15 as I understand it there are records from February and
16 March of 1995, in between the two time periods that that
17 we just looked at where her weight dips down a little
18 bit from 200 to 198 or 196 before it goes back up to
19 211, okay?
20 A  Yes.
21 Q  Did you see any of those records in your
22 reviewing for this case?
23 A  Not that I recall.
24     (Whereupon, the below referred to document
25     was marked as Defendant's Exhibit No. 13.)

### 108

1  (BY Ms. Freiwald)
2  BY MS. FREIWALD:
3  Q  Here is 13 from 2/6/95, and you see it has a
4  weight of 198?
5  A  Yes.
6  Q  Yes?
7  A  Yes.
8  Q  I don't want to pull out tons of records, but
9  would you agree with me that it appears that Mrs. Burns
10 was 200 pounds in 1994, in April of 1994, she maybe went
11 down a little bit and then she came back up to 211 and
12 something in 1998, correct?
13 A  Yes.
14 Q  And then do you know what her weight pattern
15 was from say April of 1998 to the note that you have in
16 179?
17 A  That was in May of 1998 when she was 179.
18 Q  Are you sure?
19 A  I am pretty sure.
20     (Whereupon, the below referred to document
21     was marked as Defendant's Exhibit No. 14.)
22 (BY Ms. Freiwald)
23 BY MS. FREIWALD:
24 Q  I am going to show you a note from May of 1998
25 that I have, and we will mark it as 14.

### 109

1  Would you agree with me, Doctor, that that
2  came, which we have marked as Exhibit 14, reflects that
3  Mrs. Burns actually weighed 210 to 210 and 3 quarters in
4  May and June of 1998?
5  A  Yes, I would have to find the one that was -
6  that I was referring to.
7  Q  Okay. And sitting here today you can't tell
8  me what doctor took the weight that you think you
9  remember at 179 in 1998?
10 A  No.
11 Q  Is there any other time that you think she
12 weighed in the high 170's?
13 A  Is there any other time I think she weighed in
14 the 170's, not that I recall.
15 Q  Assuming that she weighed 210 or 210 plus in
16 May of 1998, do you know what happened to her weight
17 pattern between then and let's say October of 2007?
18 A  No.
19 Q  Have you made any effort to chart Mrs. Burns'
20 patterns of gaining and losing weight?
21 A  What do you mean by charting them?
22 Q  To do a graph or a chart or any kind of a
23 computation of how she went up and down over time?
24 A  No, other than what is here.
25 Q  How many weights did you have for Mrs. Burns,

## Page 110

1  if you can tell me roughly?
2  A  I don't know.
3  Q  Was it your assumption when you wrote this
4  report that 179 was more or less a steady weight for
5  Mrs. Burns between 1998 and when she was diagnosed with
6  diabetes?
7  A  No.
8  Q  What was your understanding?
9  A  Well, here I have written that her weight had
10 increased 30 pounds by April of 2003.
11 Q  Yes, but that's including the time period when
12 she was already on Seroquel?
13 A  Okay, sorry.
14 Q  I'm sorry, I didn't ask my question clearly.
15 Let me ask it better.
16    Was it your impression from your review of the
17 medical records that 179 was more or less a steady
18 weight for Mrs. Burns between May of 1998 and when she
19 started Seroquel?
20 A  I don't recall.
21 Q  Do you have an understanding of Mrs. Burns
22 having maintained a steady weight for any six month
23 period let's say?
24 A  No, no.
25 Q  Let's look at 12/31/98, and 6/99, let's first

## Page 111

1  look 15 at the record from 12/98 that is 15, do you know
2  what she was hospitalized for at this time period?
3    MR. PIRTLE:  Do you have another copy?
4    MS. FREIWALD:  Sure, sorry.
5    (Whereupon, the above referred to document
6    was marked as Defendant's Exhibit No. 15.)
7    THE WITNESS:  It seems like she was
8    hospitalized with major depression.
9    (BY Ms. Freiwald)
10 BY MS. FREIWALD:
11 Q  Did you review the records relating to
12 Mrs. Burns' hospitalization 1998?
13 A  I don't recall.
14 Q  Are you aware that Mrs. Burns attempted to
15 commit suicide?
16 A  Yes, I was aware of that.
17 Q  And do you know when that was or how many
18 occasions that was?
19 A  No, I don't recall.
20 Q  Do you know sitting here today how she tried
21 to kill herself?
22 A  No.
23 Q  No?
24 A  No.
25 Q  Do you know how sick she was at the time that

## Page 112

1  she tried to kill herself, how close she came to
2  succeeding in that attempt?
3  A  No.
4  Q  Would knowing whether or not she had been
5  hospitalized for a suicide attempt impact how strongly
6  you would rely on a weight record from December of 1998?
7  A  I don't understand the question.
8  Q  Well, if a patient has been hospitalized for
9  several days because they have just tried to kill
10 themselves, and came very close to succeeding, that
11 could have an impact on their weight, correct?
12 A  In what way?
13 Q  You don't know, it could make them lose
14 weight, it could make them gain weight, they haven't
15 been in a normal state?
16 A  I suppose.
17 Q  You don't know anything about how ill
18 Mrs. Burns was at the time that this weight was given in
19 December of 1998, do you?
20 A  No, I don't think I spent very much time
21 looking at psychiatric records per se.
22 Q  Okay.  But you did put some weight on the fact
23 that her weight was 179 pounds in December of 1998, yes?
24 You noted that in your report?
25 A  Let me check.

## Page 113

1  Q  Although you had it as May of 1998.
2  A  Then I wasn't referring to December of 1998.
3  Q  So your testimony is you don't think you were
4  confused with the dates, you think there is another
5  record that you were relying on?
6  A  I think so.
7  Q  And let's look at this record that I am
8  showing you that was we marked as Exhibit 15, has
9  Mrs. Burns' weight at 179, and her height at actually
10 5'5" in December of 1998, correct?
11 A  I doubt it, I mean people's height doesn't
12 change.
13 Q  It's documented, and we don't know whether any
14 of these heights were actually measured or they were
15 just given, correct?
16 A  Correct.
17 Q  And is this the record that you also used to
18 take her serum glucose reading and her triglycerides in
19 1998 or don't you know?
20 A  They seem to be the same.
21 Q  But you don't remember actually looking at
22 this record, you are just comparing it and saying this
23 must have been the record, but you actually pulled the
24 values off of your summary provided by Glenda, right?
25 A  I don't recall.

## Page 114

1  Q  Do you have any recollection sitting here
2  today of having seen this Bay County Behavioral Health
3  Center medical record before you wrote your report?
4  A  It looks vaguely familiar.
5  Q  Do you remember actually looking at it and
6  pulling out the values?
7  A  I don't remember.
8  (BY Ms. Freiwald)
9  MS. FREIWALD: Let's look at what I will mark
10  as 16.
11  (Whereupon, the above referred to document
12  was marked as Defendant's Exhibit No. 16.)
13  BY MS. FREIWALD:
14  Q  And would you agree with me that this document
15  which Bataine 6 has two date entries, one for 4/29/99
16  and one for 6/16/99?
17  A  That is correct.
18  Q  And the first entry has her weight at 176, and
19  then a little under two months later a weight 196?
20  A  Correct.
21  Q  Are you able to tell me at all what the
22  pattern of weight fluctuation was that Mrs. Burns had
23  between December of 1998 and June of 1999 other than
24  what I have just shown you in these records?
25  A  No.

## Page 115

1  Q  And do you know whether Mrs. Burns' weight
2  continued to climb for any period of time after June of
3  1999 and up to before she started using Seroquel?
4  A  No.
5  Q  Do you know what Mrs. Burns has reported to be
6  her highest weight before she ever started using
7  Seroquel?
8  A  No.
9  Q  Was it important to your opinion in this
10  case -- Strike that.
11  Is it important to your opinion in this case
12  whether or not the highest weight that Mrs. Burns
13  attained on Seroquel was higher than the highest weight
14  she attained before she ever took Seroquel?
15  A  Is it important?
16  Q  Yes.
17  A  Yes.
18  Q  Why is that?
19  A  Because the weight gain could have been
20  related to the Seroquel.
21  Q  Have you formed an opinion whether the weight
22  gain was related to the Seroquel?
23  A  I don't think you could say with one hundred
24  percent certainty.
25  Q  Are you going to offer an opinion to a

## Page 116

1  reasonable degree and medical certainty that the weight
2  gain was caused by the Seroquel?
3  A  It may have been aggravated by the Seroquel.
4  Q  No, that is not what I am asking, I am asking
5  whether you are going to offer an opinion to a
6  reasonable degree of medical certainty that any amount
7  of weight gain during any period of time when Mrs. Burns
8  was taking Seroquel was caused by her taking Seroquel?
9  A  You cannot say that with absolute certainty,
10  no.
11  Q  You can't say that with a reasonable degree of
12  medical certainty?
13  A  Yes, I think you can say with a reasonable
14  degree of medical certainty that the Seroquel impacted
15  her weight.
16  Q  What methodology do you have for saying that?
17  A  I know that medications of this class are
18  associated with weight gain.
19  Q  Do you need to know what somebody's baseline
20  weight was in order to --
21  A  Uhm --
22  Q  You are not saying that everybody who takes
23  Seroquel gains weight, right?
24  A  No, I am not saying that.
25  Q  And you are not saying that any amount of

## Page 117

1  weight that a patient gains while taking Seroquel is
2  necessarily attributable to the Seroquel?
3  A  Correct.
4  Q  And do you have an opinion as to what the mean
5  or median amount of weight gain is that is associated
6  with Seroquel?
7  A  No.
8  Q  Do you know what any of the clinical trial
9  data suggestions about the mean or median weight gain
10  typically seen in patients who take Seroquel at any
11  particular dose?
12  A  No.
13  Q  Or for any particular duration?
14  A  No.
15  Q  Do you have any way of ruling out other causes
16  of weight gain for any particular patient such as
17  Mrs. Burns who gained weight and happened to be taking
18  Seroquel?
19  A  Could you ask me again?
20  Q  Yes, sure. Did you attempt to go through
21  Mrs. Burns' medical record and look for whether there
22  were explanations other than Seroquel for Mrs. Burns'
23  weight patterns during the time period that she was on
24  Seroquel?
25  A  Did I look through the medical record during

Page 118

1  the time period she was on Seroquel to see if there were
2  other explanations for her weight gain, is that what you
3  are asking for?
4    Q  For her weight patterns is what I actually
5  said.
6    A  I don't recall.
7    Q  Did you look through the medical record to see
8  if her weight patterns on Seroquel were similar to or
9  different from her weight patterns before taking
10 Seroquel or after taking Seroquel?
11   A  Probably.
12   Q  Do you know whether they were similar or
13 different?
14   A  She had weight gain both before and after
15 taking Seroquel.
16   Q  Did she have periods of weight loss before,
17 during and after taking Seroquel?
18   A  I don't recall if she had periods of weight
19 loss after Seroquel. I don't recall whether she had
20 weight loss after starting on Seroquel. She did have
21 fluctuations of her weight prior to going on it.
22   Q  You and I may be using after differently.
23      Do you know whether she had periods of weight
24 gain and loss before Seroquel?
25   A  Yes.

Page 119

1    Q  And the answer is?
2    A  Yes, she did.
3    Q  Do you know whether she had periods of weight
4  gain and loss after she was off of Seroquel?
5    A  I don't recall.
6    Q  Do you know how her current weight compares to
7  her weight at any point in time before she started
8  taking Seroquel?
9    A  I don't remember.
10   Q  Do you know whether she had periods of weight
11 loss as well as weight gain while she was on Seroquel?
12   A  No, I don't recall.
13   Q  Do you know whether her weight at the time
14 that she was diagnosed with diabetes was higher, lower,
15 or the same as her highest attained weight before she
16 ever took Seroquel?
17   A  I'm sorry, ask me again.
18   Q  Sure. Do you know if Mrs. Burns' weight on
19 the day that she was diagnosed with diabetes was higher,
20 lower, or basically the same as her highest attained
21 weight before she ever took a single Seroquel pill?
22   A  It was approximately the same.
23   Q  Given that it was approximately the same in
24 your view, is there any methodology that you could use
25 to say that Mrs. Burns had a weight gain on Seroquel

Page 120

1  that was a cause for her getting diabetes?
2    A  Well, undoubtedly her weight gain was part of
3  the cause of her getting diabetes.
4    Q  Her chronic weight gain, her being obese going
5  back at least to 1994, I understand that.
6       But if Mrs. Burns was no heavier at the time
7  she got diagnosed with diabetes and was taking Seroquel
8  then she had been years before she ever took a single
9  Seroquel pill, what methodology do you have to say that
10 Seroquel caused her to add some additional weight that
11 made her get diabetes?
12   A  At the later stage of her life she would have
13 perhaps been more at risk for the development of
14 diabetes because she is older.
15   Q  So you are saying if she took Seroquel, never
16 gained a pound, you could still blame Seroquel for her
17 diabetes because being older makes her more vulnerable
18 to having that same weight?
19      MR. PIRTLE: Objection, form. You can answer
20 if you can.
21      THE WITNESS: I don't think I can answer that.
22 (BY Ms. Freiwald)
23 BY MS. FREIWALD:
24   Q  Well, by your logic what you have told me so
25 far is that Seroquel didn't cause her to be any heavier

Page 121

1  on the day of her diagnosis than she had been at points
2  years before she took Seroquel; we agree with that,
3  right?
4    A  Yes.
5    Q  And then you told me, well, but that same
6  weight might have been worse for her as she got older?
7    A  Correct.
8    Q  Well, by that logic you would blame Seroquel
9  for giving her diabetes even if it never made her gain a
10 single pound because just carrying that same weight as
11 she got older was harder for her pancreas to bear?
12      MR. PIRTLE: Objection, form. You can answer
13 if you can.
14      THE WITNESS: What I am saying is that at the
15 later age the same amount of weight that didn't
16 cause her to have diabetes before might be a cause
17 of her diabetes now because she is older.
18 BY MS. FREIWALD:
19   Q  Okay. But how do you blame Seroquel for that
20 if you can't figure out what amount of weight Seroquel
21 made her gain, she is the same before she was after?
22      MR. PIRTLE: Objection, argumentative. You
23 can answer if you can.
24      THE WITNESS: I can't answer it.
25

122

1  BY MS. FREIWALD:
2  Q  How do you implicate Seroquel if you can't
3  find a net weight gain?
4      MR. PIRTLE: Same objection.
5      THE WITNESS: I think I have answered that.
6  BY MS. FREIWALD:
7  Q  No, you haven't. I think what you have told
8  me is that you think Seroquel can be a cause of diabetes
9  in some patients because it can make some patients gain
10 weight, I think that's part of your opinion, right?
11 A  That's one of the mechanisms by which it could
12 cause diabetes.
13 Q  Is there any other mechanism that you are
14 claiming has been proved to a reasonable degree of
15 scientific certainty?
16 A  There are some theories.
17 Q  Any mechanism that has been demonstrated?
18 A  I think there is some evidence that you can
19 develop diabetes on medications such as Seroquel without
20 weight gain because some people develop the diabetes
21 within a short period of time after being started on
22 those medications before they would have time to gain
23 considerable weight.
24 Q  Name me the study that are you using to
25 support that proposition.

123

1  A  Can I see the list?
2  Q  Sure.
3  A  I mean there is one, I reviewed it recently.
4  It was a study that looked at glucose transport in
5  adipose tissue, and with several of the atypical
6  antipsychotics and found out that there were some
7  alterations in glucose transport.
8  Q  And are you saying that study is proof?
9  A  No, I didn't say proof.
10 Q  So you are not going to get on the stand and
11 tell a jury that it's been demonstrated that there is
12 some mechanism other than weight gain by which Seroquel
13 caused this patient to become diabetic?
14     MR. PIRTLE: Objection, form.
15 BY MS. FREIWALD:
16 Q  Correct?
17 A  No, I never said that has been proven.
18 Q  And are you not going to get on the stand and
19 say to a reasonable degree of medical certainty that you
20 can offer an opinion that there is a mechanism other
21 than weight gain by which Seroquel causes or can cause a
22 patient to become diabetic?
23 A  I think the fact that some people develop
24 diabetes relatively soon after being started on some of
25 these medications would suggest that there could be

124

1  another mechanism.
2  Q  Well, actually we have discussed the fact that
3  most people who get a diagnosis with diabetes have had
4  diabetes years before and they just didn't know it?
5  A  Yes, they did discuss that.
6  Q  So you are not a pharmacologist, right?
7  A  Correct.
8  Q  You are not a toxicologist?
9  A  Correct.
10 Q  You haven't done a full review of the
11 pharmacology or toxicology literature or for Seroquel or
12 for any antipsychotic, right?
13 A  No, no.
14 Q  And you are not going to say that there is any
15 mechanism by which Seroquel directly causes somebody to
16 gain weight, causes somebody to become diabetic,
17 correct?
18     MR. PIRTLE: Objection, form.
19     THE WITNESS: There is suggestion in the
20 literature that there may be other mechanisms by
21 which people develop diabetes.
22 BY MS. FREIWALD:
23 Q  There is lots of suggestions and lots of
24 things in the literature, and that doesn't make them
25 proof, correct?

125

1  A  Correct.
2  Q  So putting aside speculation possibilities
3  things we might know about in 10 years or 20 years, and
4  there is thousands of those things, right; would you
5  agree with me?
6  A  I don't know that there is thousands, but.
7  Q  There is no evidence that you can point to
8  today that says that Seroquel has been demonstrated to
9  directly cause patients to acquire diabetes --
10     MR. PIRTLE: Objection, form.
11 BY MS. FREIWALD:
12 Q  -- To a reasonable degree of medical
13 certainty?
14 A  You will have to ask me again, I'm sorry.
15 Q  Would you agree with me that it has not been
16 demonstrated to a reasonable degree of medical certainty
17 that Seroquel can cause diabetes through some direct
18 mechanism?
19     MR. PIRTLE: The same objection, but go ahead.
20     THE WITNESS: That is correct.
21 BY MS. FREIWALD:
22 Q  And would you agree with me that the only
23 mechanism that you discuss in your expert report that
24 would associate Seroquel with diabetes is the mechanism
25 of weight gain?

126

1  A  Yes.
2  Q  And would you also agree with me that in order
3  to determine whether Seroquel has caused or contributed
4  to an individual patient's weight gain you have to know
5  something about that patient's weight patterns before,
6  during and after their use of Seroquel?
7  A  I don't really know that the weight patterns
8  prior to the use of Seroquel are relevant.
9  Q  Well, let's do a hypo, let's say you have a
10  patient who over a six year period before ever using
11  Seroquel has had weight gains and losses as large as 20
12  or 30 pounds, okay?
13  A  Uhm-hum, yes.
14  Q  And let's say that while that patient is on
15  Seroquel she continues to have periods of weight gain
16  and loss swings in the range of 20 or 30 pounds, okay?
17  A  Okay.
18  Q  What methodology would you use to say that the
19  swings that happen to occur while she is taking Seroquel
20  were caused by Seroquel as opposed to simply a
21  continuation of the pattern of weight gain and loss that
22  she had already evidenced?
23  A  You can't know that for sure.
24  Q  Is there any methodology that you would use
25  for Mrs. Burns to say that it's more likely than not

127

1  that any particular weight swing she had was
2  attributable to Seroquel as opposed to a continuation of
3  the pattern of fluctuation she had evidence before ever
4  starting Seroquel?
5  A  I don't think you could say one way or the
6  other with certainty.
7  Q  And if her weight at the date of her diagnosis
8  was within the same range as the weight that she had
9  before she ever took Seroquel, is there any way you can
10  say that Mrs. Burns gained weight because of Seroquel
11  that was then a cause of her acquiring diabetes?
12  A  I don't think you can know for sure.
13  Q  You can't say that to a reasonable degree of
14  medical certainty, can you?
15  A  Say what to a reasonable degree?
16  Q  That Mrs. Burns gained weight that caused her
17  to develop diabetes when her weight at the time she got
18  the diagnosis was within the range of what it had been
19  before she ever took Seroquel?
20  A  I think I answered that before when I said at
21  a later age a similar weight to what she had in the past
22  could be the predisposing factor to developing diabetes,
23  whereas it wasn't ten years before.
24  Q  Let me ask you a couple hypos, let's suppose
25  that Mrs. Burns weighed 200 pounds in 1994, okay?

128

1  A  Uhm-hum.
2  Q  And she weighed the same 200 in '95 and the
3  same 200 in '96, and the same 200 in '97 and so on and
4  so on and so on, exactly the same up through August of
5  2003, okay?
6  A  Okay.
7  Q  Never budged at all, 200 pounds, okay?
8  A  Okay.
9  Q  And she took Seroquel from June 2002 to August
10  of 2003, okay?
11  A  Okay.
12  Q  Would you blame Seroquel for causing her to
13  gain weight and secondarily acquire diabetes?
14  A  In that case she didn't gain weight in that
15  hypothetical that you gave me.
16       MR. PIRTLE:  Object to form.
17  BY MS. FREIWALD:
18  Q  So the answer to that question is no, you
19  wouldn't blame Seroquel in that case?
20  A  Correct, you couldn't blame Seroquel for
21  weight gain that didn't occur.
22  Q  Okay.  Let's say that in 1994 she weighed
23  200 pounds, and she maybe at some point went down to 176
24  or 179, and at some point she came up to 220 and then
25  sometimes she went down to 210 and then she came back up

129

1  and down and up and down, and essentially landed at 214
2  in August of 2003, and she had been 214 or thereabouts
3  earlier; how do you say that is a net weight gain that
4  caused her or contributed to her getting diabetes?
5       MR. PIRTLE:  Objection, form.  You can answer
6  if you can.
7       THE WITNESS:  Then the situation you just
8  described, you mentioned that her weight went up
9  and down, so the final gain of weight if she is on
10  a medication that is associated with causing weight
11  gain could have been due to the medication.
12  (BY Ms. Freiwald)
13  BY MS. FREIWALD:
14  Q  What study can you point me to that shows that
15  a weight gain in a period of a year is a substantial
16  contributor to diabetes?
17  A  I don't think I can point you to a study that
18  shows that.
19  Q  Is there any study you can point me to that
20  looks at the effective incremental weight gain as a
21  substantial contributor to diabetes as opposed to
22  chronic and maintained obesity?
23  A  I don't know if you are suggesting that a
24  recent weight gain could not result in the development
25  of diabetes, I think that is correct.

130

1    Q   What data do you have to tell me that?
2    A   I don't know, I can't point to that, the data
3    right now.
4    Q   If Mrs. Burns hadn't taken Seroquel but she
5    had eaten Ben and Jerry's consistently between 1998 and
6    2003, and in that time period she went up and down and
7    up and down, would you blame the Ben and Jerry's for the
8    final up that happened to coincide with her onset of
9    diagnosis of diabetes?
10       MR. PIRTLE: Object to form.
11       THE WITNESS: Sure, if it contributed to the
12   weight gain.
13   (BY Ms. Freiwald)
14   BY MS. FREIWALD:
15   Q   And you would blame every single thing that
16   she did, every food that she put in her mouth every
17   single day of her life because it could have contribute
18   to the weight gain?
19   A   Not every food she ate in her entire life.
20   Q   Every cookie, every, cake every beer,
21   everything?
22   A   No, I don't think that's true.
23   Q   Why not, how do you know they didn't all
24   contribute to her gaining weight?
25   A   I don't know that.

131

1    Q   So how do you decide what you bring into the
2    mix and what you don't bring into the mix?
3    A   I think things that occur proximal to the time
4    of diagnosis if something has caused her to gain weight
5    relative to a period of time before the diagnosis, those
6    things are likely more to be implicated than what she
7    ate when she was ten years old.
8    Q   So it's temporal connection?
9    A   Correct.
10   Q   So if I eat like crazy with Oreos in 2000 and
11   then I give up Oreo, and in 2003 it's Ben and Jerry's,
12   you don't blame the Oreos, but you blame the Ben and
13   Jerry's because that is the temporally connected one?
14       MR. PIRTLE: Object to form. You can go ahead
15   and answer.
16       THE WITNESS: If you gained weight on the Ben
17   and Jerry's I wouldn't say the cookies didn't
18   contribute something, but if you gained the weight
19   on Ben and Jerry's.
20   (BY Ms. Freiwald)
21   BY MS. FREIWALD:
22   Q   How do you know?
23   A   Well, you don't know for a hundred percent
24   sure.
25   Q   You don't know at all, and you especially

132

1    don't know if the baseline weight is no higher in 2003
2    than it was before I ever started eating my Ben and
3    Jerry's?
4        MR. PIRTLE: Objection, argumentative.
5    BY MS. FREIWALD:
6    Q   Right?
7    A   No.
8    Q   You don't know?
9    A   I guess I don't know for sure, but if
10   something caused weight gain then it can be implicated
11   as a cause of diabetes.
12   Q   And the thing with the closest temporal
13   connection is the one you blame?
14   A   It doesn't exclude all the other things, but
15   it certainly means that that thing with the temporal
16   connection is a contributor.
17   Q   Is there any methodology you have other than
18   the temporal connection?
19   A   Meaning?
20   Q   Any system you have for implicating Seroquel
21   other than temporal connection?
22   A   No, other than from my reading of the
23   literature that medication such as Seroquel have been
24   reported to be associated with weight gain.
25   Q   And how do you call it weight gain if the

133

1    weight that the patient has at the time of diabetes
2    diagnosis is not higher than her pre Seroquel attained
3    weight on her own?
4    A   Because she had fluctuated downward and then
5    gained weight again.
6    Q   She also had fluctuated downward and gained
7    weight again before she ever took Seroquel, right?
8    A   That's true, yes.
9    Q   So she had evidenced an ability to cycle
10   without Seroquel?
11   A   That's absolutely true.
12   Q   And you have no way of knowing whether or not
13   she wouldn't have just continued to have that same
14   cycling pattern had she never taken a single Seroquel
15   pill?
16   A   I don't know that.
17       MS. FREIWALD: Why don't we have some lunch.
18       MR. PIRTLE: Off the record.
19       (Whereupon, a luncheon recess was had.)
20   (BY Ms. Freiwald)
21   BY MS. FREIWALD:
22   Q   All right. I want to make sure I understand
23   some things about your opinion. Looking at page 6 of
24   your report, are you with me on page 6?
25   A   Okay.

134

1  Q  Second sentence, first paragraph. In 1/03 it
2  was noted by Dr. Billingsley that her weight had
3  increased about 20 pounds.
4       The Seroquel was continued between 600 to
5  800 milligrams daily. By 4/03 it was noted that her
6  weight had increased another 30-pounds, okay?
7  A  Uhm-hum.
8  Q  My focus is just on those three sentences. Is
9  it your testimony that on 1/03 Dr. Billingsley actually
10 weighed her as opposed to getting Mrs. Burns' own
11 self-report of what her weight was?
12 A  I don't recall.
13 Q  Is there anything that you have seen that
14 confirms in a doctor's office a weight that reflects a
15 20-pound weight increase since some earlier period of
16 time?
17 A  No, I think it was a note he made. I don't
18 recall that there was an actual documented weight with
19 her or not.
20 Q  And do you know what this period of time would
21 be capturing, it was noted by Dr. Billingsley that her
22 weight had increased about 20 pounds since when?
23 A  I don't know right now, I don't know. I would
24 have to look that up again. It was a poorly worded
25 sentence.

135

1  Q  Do you know whether there are any records of
2  Mrs. Burns' weight between early 2001 and June of 2002
3  when she started Seroquel?
4  A  Not that I noted.
5  Q  So do we have any evidence at all of what her
6  weight pattern was up or down in a year and a half or
7  so, the year and a half or so before she started taking
8  Seroquel?
9  A  I don't recall.
10 Q  Is there any baseline weight that you are
11 using for Mrs. Burns as her baseline weight at the time
12 she started Seroquel?
13 A  No, I think that there were not -- or I don't
14 recall seeing weights other than what is written here.
15 Q  Would you agree with me that we don't know
16 from the medical records we have what Mrs. Burns
17 actually weighed on the day she took her first Seroquel
18 pill?
19 A  That is probably correct.
20 Q  You certainly haven't come across anything
21 that tells you what she actually weighed?
22 A  That's right.
23 Q  And you would agree with me that given we have
24 seen evidence of her going up and down in the years
25 before Seroquel, we can't assume that she held steady

136

1  and that her weight in 2001 was the same as her weight
2  in the middle of 2002?
3  A  Correct.
4  Q  So you would agree with me that we don't know
5  what she weighed in June of 2002, and we don't know what
6  she weighed between June of 2002 and January of 2003?
7  A  No, other than this note which said that she
8  had gained about 20 pounds.
9  Q  Well, that is January 2003, so and on that
10 note we don't actually have a weight for her, right?
11 A  I think I would have put it down if I actually
12 had it.
13 Q  So in January of 2003 we don't know that she
14 has gone from any particular weight to any other
15 particular weight, right?
16 A  Other than what is noted by Dr. Billingsley.
17 Q  Other than an increase in 20 pounds and that
18 appears to be self-reported by Mrs. Burns, correct?
19 A  I don't know. I don't remember that part of
20 it.
21 Q  Well, there is no evidence that you have that
22 Dr. Billingsley was weighing Mrs. Burns on a scale,
23 right, there is nothing that looks like a nurse's record
24 or any kind of a log that the patient got weighed?
25 A  Not that I recall.

137

1  Q  Do you even know if Mrs. Burns was weighing
2  herself at home or if it was just her own subjective
3  impression that she had gained 20 pounds?
4  A  I don't know that.
5  Q  You don't know that?
6  A  I don't know that.
7  Q  Okay. And you don't know what patterns up or
8  down Mrs. Burns had experienced between June of 2002 and
9  January of 2003 before she came in to -- before it
10 appeared she told Dr. Billingsley that she gained
11 20 pounds?
12 A  Correct.
13 Q  And do you know what else was going on in her
14 life at that time that might have caused her to change
15 her eating habits or her activity habits in any way?
16 A  No, I don't.
17 Q  Do you know what was going on that might have
18 effected whether she was using medications other than
19 Seroquel that may be associated with weight gain?
20 A  If there were other medications in the medical
21 record, I would have noted them.
22 Q  Did you look up whether any of the medications
23 Mrs. Burns has taken at different points in time other
24 than Seroquel or associated with weight gain?
25 A  I pretty much know what medications are