138

1    associated with weight gain, so I probably didn't look
2    them up.
3        Q   Can steroids be associated with weight gain?
4        A   Yes.
5        Q   And do you know how often Mrs. Burns was using
6    steroids for her COPD during the time that she was on
7    Seroquel?
8        A   I know of the one time that I mentioned that
9    was prior to the time that she was on Seroquel.
10       Q   Beyond that do you know how often?
11       A   I don't recall, I think I would have made a
12   note of it.
13       Q   Did you make any effort to attempt to chart or
14   log or chronologize any references to using steroids?
15       A   I would have noted it if I had noticed that
16   she was on steroids for sure.
17       Q   Noted it where, in your report?
18       A   In my report.
19       Q   I am asking you is beyond your report did you
20   endeavor to do any kind of systematic review or have
21   Glenda do a systematic review for you of all of her use
22   of steroids, and how that use may or may not have
23   coincided with periods of weight gain or weight loss?
24       A   No, I examined the time period since she
25   started on the Seroquel, and then there was no mention

139

1    of the steroids to my recollection or to my perusal.
2        Q   Okay. So your testimony is you don't think
3    she used steroids at all in the time that she was on
4    Seroquel?
5        A   Not to my knowledge.
6        Q   Do you know if any of her weight loss before
7    using Seroquel corresponds with times when she has gone
8    off of steroids?
9        A   Can you repeat the question?
10       Q   Do you know if any of her weight loss prior to
11   starting Seroquel corresponds with her stopping steroid
12   use?
13       A   No, I don't know that. To my knowledge she
14   was on the steroids only during that period of time that
15   I mentioned it of relevance.
16       Q   And it's your belief based upon your review of
17   the records, which I gather you attempted to be
18   complete --
19       A   Yes.
20       Q   -- And conscientious and accurate, that
21   Mrs. Burns was not taking steroids at any point while
22   she was using Seroquel?
23       A   Not that I noted.
24       Q   And you certainly made an attempt to note all
25   that you could find in the records?

140

1        A   Yes, I did.
2            (Whereupon, the below referred to document
3        was marked as Defendant's Exhibit No. 19.)
4        (BY Ms. Freiwald)
5    BY MS. FREIWALD:
6        Q   I want to mark 19, this is Billingsley 60,
7    1/30/03. Ma'am, is this the record that you recall
8    using as the basis for your claim that she gained
9    20 pounds in January of 2003?
10       A   Yes, it is.
11       Q   And would you agree with me that there is
12   nothing in this record that indicates that
13   Dr. Billingsley actually weighed Mrs. Burns?
14       A   I would agree with you.
15       Q   And am I reading the record right that it says
16   unfortunately she has also gained weight, that is after
17   a sentence referring to her using 600 milligrams of
18   Seroquel, which may be associated with that to the
19   amount of 20 pounds, right?
20       A   What is your question?
21       Q   Did I read that right?
22       A   Yes.
23       Q   As far as you know Dr. Billingsley never made
24   a determination, did he, that the Seroquel was the cause
25   of Mrs. Burns' weight gain?

141

1        A   No.
2        Q   And then he goes on to say that she states she
3    is very reluctant to go out anywhere and avoids it, if
4    at all. She states that if she does go out she can do
5    fairly well as long as nobody talks to her.
6            She states she has been trying to get out and
7    walk the dog, but has started going out after dark
8    because she does not want any of the neighbors to stop
9    and chat with her; is it true that being --
10           MR. PIRTLE: It says at all possible, but it
11       doesn't matter. It doesn't matter.
12           MS. FREIWALD: I don't even know where you are
13       reading.
14           MR. PIRTLE: The first sentence it says if at
15       all, and it's possible.
16           MS. FREIWALD: Okay, fine.
17       (BY Ms. Freiwald)
18   BY MS. FREIWALD:
19       Q   Is it true that if a person essentially
20   doesn't go out of their house and limits their activity,
21   they can gain substantial weight pretty quickly?
22       A   Well, that would be true, it doesn't say she
23   limits her activity, it just says she doesn't go out.
24       Q   Do you know what she did in her house?
25       A   No, I don't.

142

```
 1      Q   Are most people who spend the majority of
 2   their time in their house relatively sedentary?
 3      A   I don't know that.
 4      Q   Is it true that most people who are sedentary
 5   eat about 500 to 800 calories a day more than they need?
 6      A   I don't know.
 7      Q   You don't know?
 8      A   No.
 9      Q   Is it true that most people who are sedentary
10   eat about 500 to 800 calories a day more than they need
11   and doing that they can put on a lot of weight pretty
12   quickly?
13      MR. PIRTLE:  Objection, form.  She said she
14   didn't know the answer to the first one.
15      THE WITNESS:  I have never heard that, that
16   people who were sedentary eat between 500 to
17   800 calories a day more than they need.
18   BY MS. FREIWALD:
19      Q   Never, haven't you written it?
20      A   It's possible, but I don't recall.  That
21   little tidbit I may have known at one point in time and
22   I may have even written it, because obviously you have
23   something in front of you that says I did.
24      Q   Is this Editorial in Clinical Diabetes from
25   November of 2004 Jennifer B. Marks you?
```

143

```
 1      A   Yes.
 2      (BY Ms. Freiwald)
 3      MS. FREIWALD:  Mark that as 20, please.
 4      (Whereupon, the above referred to document
 5   was marked as Defendant's Exhibit No. 20.)
 6   BY MS. FREIWALD:
 7      Q   Okay.  So this is your editorial, right?
 8      A   Yes, it is.
 9      Q   And am I correct that you stated:
10      "Sedentary adults in the United States eat an
11   average of 500-800 calories more per day than needed to
12   maintain weight.  At that rate, they will gain a pound
13   to a pound and a half a week."
14      A   I did write that, yes.
15      Q   And did you believe it to be a truthful
16   statement when you wrote that in the Editorial as editor
17   of Clinical Diabetes in November 2004?
18      A   I am sure I did.
19      Q   You believe that was information that you had
20   within your knowledge at that point?
21      A   At that point, yes.
22      Q   But you don't know that today?
23      A   I know it now, I did not recall it.  I am
24   sorry, I don't recall everything that I write four years
25   ago.
```

144

```
 1      Q   Would you agree with me, having seen your own
 2   editorial, that it's very easy for a person to put on a
 3   substantial amount of weight very quickly if they are
 4   sedentary?
 5      A   Yes.
 6      Q   And being sedentary alone can be an
 7   explanation for somebody gaining 20 pounds in the space
 8   of four months?
 9      A   It can be.
10      Q   And certainly if somebody isn't going out of
11   their house, that can be an explanation for being quite
12   sedentary?
13      A   I don't think we know that she was sedentary,
14   I think we know she didn't go out of her house.
15      Q   You can't say one way or another?
16      A   Not with a hundred percent surety, she could
17   be in the living room doing situps for all we know.
18      Q   Do you really think Mrs. Burns is doing situps
19   in the living room?
20      A   What I think and what I know may be two
21   different things.
22      Q   Let's use common sense here, do you have any
23   evidence that Mrs. Burns was standing around doing
24   jumping jacks in her living room?
25      A   No, I don't.
```

145

```
 1      Q   Do you have any evidence that she was running
 2   up and downs flights of stairs in her house?
 3      A   No.
 4      Q   Do you even know if she had flights of stairs
 5   in her house?
 6      A   No.
 7      Q   Do you know how big her house was?
 8      A   No.
 9      Q   She wasn't taking care of any children, was
10   she?
11      A   I don't think so.
12      Q   You had no evidence that she was some kind of
13   a fanatical crazy housekeeper who was down on her hands
14   and knees lifting and scrubbing all day long every day?
15      A   Not that I recall.
16      Q   She was in her house, and by most people's
17   definition that would suggest a pretty sedentary
18   lifestyle, wouldn't it?
19      A   I think you could speculate that, yes.
20      Q   You are not prepared to say that?
21      A   I would speculate that chances are she was
22   probably pretty sedentary, but I don't know that for
23   sure.
24      Q   More likely she was sedentary than she was
25   active?
```

146

```
1      A   Again, I would speculate that that is the
2  case, yes.
3      Q   Actually it's not even speculation, it's just
4  common sense, isn't it?
5          MR. PIRTLE: Objection, form.
6          THE WITNESS: I guess it would be common sense
7  to speculate that, yes.
8      (BY Ms. Freiwald)
9  BY MS. FREIWALD:
10     Q   Did you find any evidence in the records of
11 Mrs. Burns saying that she maintained a high level of
12 activity in her house?
13     A   Not that I recall.
14     Q   Now, your next sentence is about her use of
15 Seroquel, and I want to focus on the one after that.
16         By 4/03 it was noted that her weight had
17 increased another 30 pounds.  And I am a little unclear
18 on that, are you offering opinion that Mrs. Burns gained
19 20 pounds and then an additional 30 pounds?
20     A   Yes.
21     Q   And what is the basis for that, and from what
22 time period to what time period are you saying she
23 gained a total of 50 pounds?
24     A   It would appear that I meant between 1/03 and
25 4/03.
```

147

```
1      Q   Between 1/03 --
2      A   But this sentence must be misworded because
3  that doesn't make a lot of sense.
4      Q   Okay.  Explain it to me, what is it you meant?
5      A   It seems unlikely to me that she would have
6  gained 50 pounds in 3 months, so I am saying that I must
7  have misworded one of those sentences, probably the
8  second sentence.
9      Q   What do you think you meant, or don't you
10 know?
11     A   I can't suggest what I think I meant.
12     Q   Are you able to tell me what the highest
13 documented weight is that Mrs. Burns attained between
14 the time that she started Seroquel and the time that she
15 was diagnosed with diabetes?
16     A   I'm sorry, what was the beginning of your
17 question?
18     Q   Sure.  Are you able to tell me what
19 Mrs. Burns' highest documented weight was between the
20 time period when she started taking Seroquel and the
21 time period where she received the diagnosis of having
22 diabetes?
23     A   I believe it was 206 pounds.
24     Q   So you believe that she got her diagnosis of
25 diabetes at her peek weight?
```

148

```
1      A   I don't know that, if you are asking --
2      Q   At her peek weight --
3      A   I misunderstood you.
4      Q   Are you offering opinion that you think that
5  Mrs. Burns got her diagnosis of diabetes at the moment
6  that she had achieved her highest on Seroquel weight?
7      A   No, I am suggesting that she was diagnosed
8  when she was 206 pounds.
9      Q   And was that the highest weight that she had
10 attained on Seroquel, or don't you know?
11     A   I think that that was the highest weight she
12 had attained.
13     Q   Was it the highest weight that she had
14 attained at any point in time that we have recorded
15 before Seroquel?
16     A   No.
17     Q   Do you know how much lower it was than the
18 highest weight that we have some evidence before
19 Seroquel?
20     A   About five pounds.
21     Q   More like 14?
22     A   Sorry, yes, correct.
23     Q   So is it your testimony that being 14-pounds
24 skinnier in 2003 was worse for her than being 14 pounds
25 heavier before she had ever started Seroquel?
```

149

```
1      A   I am suggesting that at that point in her life
2  she was perhaps more susceptible to the weight and
3  developed diabetes.
4      Q   Well, if that is the case isn't it her age,
5  not her weight that is the substantial contributing
6  factor?
7      A   It's the combination.
8      Q   Well, how can it be the weight if the weight
9  is lower, isn't it the age that is the difference maker
10 under your theory?
11     A   But the age may impact the -- the age may make
12 a difference in terms of the impact of the other risk
13 factors on the development of diabetes.
14     Q   Well, if I follow your logic then every drug
15 we give patients should have to have a weight loss
16 effect because your testimony is that maintaining the
17 same weight is less healthy as you get older, so any
18 drug that doesn't change your weight at all could be
19 implicated in diabetes because you have gotten older, it
20 hasn't helped you get thinner and you got diabetes?
21         MR. PIRTLE: Objection, form.  You can answer.
22         THE WITNESS: She had gained weight up to the
23 present 206 pounds, so she had come from a lower
24 weight during this period of her life, and now she
25 weighed 206 pounds.
```

150

```
1        By the same token she was older, so that
2    weight may have impacted her risk of diabetes more,
3    in other words if you are 15 years old and you
4    weigh a lot, you don't have the same risk for
5    developing diabetes as if you are 55 years old and
6    you weigh the same amount.
7        (BY Ms. Freiwald)
8    BY MS. FREIWALD:
9        Q   Actually you have a much higher risk if you
10   maintained that weight from the time you are 15.  I mean
11   the studies show, don't they, Doctor, that if you are 18
12   and you are morbidly obese, your risk of diabetes is
13   basically 100 percent?
14       A   Well, it's not 100 percent, but it's extremely
15   high.
16       Q   At some point in your life your risk for
17   diabetes isn't pretty close to a hundred percent if you
18   start at obese at 18, or don't you know?
19       A   I suppose the month before you are diagnosed
20   the risk of diabetes is a hundred percent.
21       Q   Do you know how epidemiology is done, Doctor?
22       A   I am not sure what you mean.
23       Q   Do you understand that epidemiologists will
24   look at risks over long periods of time?
25       A   Sure.
```

151

```
1        Q   Have you looked at any data that talks about
2    what the risk is of attained and maintained weight over
3    periods of years?
4        A   Yes, I have seen some of that.
5        Q   And do you understand that the risk of
6    maintained obesity is huge, is close to 100 percent if
7    you start out with a BMI of 30 or above at middle age
8    your risk of getting diabetes at some point in your life
9    is basically 100 percent?
10       A   I don't know that it's basically a hundred
11   percent, it's significant.
12       Q   Close to a hundred percent?
13       A   Might be.
14       Q   90 some percent?
15       A   It might be.
16       Q   Do you know, have you reviewed the literature
17   on this?
18       A   Not recently.
19       Q   When did you last review the literature?
20       A   I don't recall.
21       Q   More recently than November of 2004?
22       A   I don't know.
23       Q   Is there any article that you can cite me to
24   for the proposition that somebody who gains and loses
25   and gains weight within a period of a year, but never
```

152

```
1    exceeds the weight that they have achieved earlier in
2    their life has increased their risk of diabetes by a
3    pattern of weight gain?
4        A   I don't think so.  I am not sure what you are
5    asking me.  The way you have phrased that I don't
6    think --
7        Q   You don't think so?  Is there any study that
8    you can cite me to that says for example linear weight
9    gain of any amount within a six month period contributes
10   to diabetes risk by any percent?
11           MR. PIRTLE:  Objection, form.  And I'm sorry,
12       I don't understand the term linear.
13           MS. FREIWALD:  Meaning it continues to go up.
14           MR. PIRTLE:  Okay.
15           THE WITNESS:  I don't think I can point you to
16       an article.
17       (BY Ms. Freiwald)
18   BY MS. FREIWALD:
19       Q   Can you point me to any article that says that
20   a weight gain of any amount, a consistent weight gain of
21   any amount within say a period of a year increases your
22   risk of diabetes by any amounts, any percent at the end
23   of that year?
24       A   I don't think so.
25       Q   What if I change the time period to 18 months
```

153

```
1    or two years, could you cite me to any article?
2        A   No.
3        Q   Can you cite me to any article that says that
4    if somebody starts out at a baseline weight, gains and
5    loses, gains and loses, gains and loses and ends up at
6    basically the same baseline weight over a period of six
7    months, that they have increased their risk of diabetes
8    by any amount?
9        A   By the pattern of weight gain and loss over
10   the years?
11       Q   Yes.
12       A   I think that does increase your risk for
13   developing diabetes.
14       Q   Even if their final attained weight is no
15   different from what it had been at earlier periods of
16   time?
17       A   Yes, I think I have read that yo-yoing with
18   the weight can increase the risk of diabetes if you gain
19   and lose weight.
20       Q   What article can you cite me to?
21       A   I can't tell you what it is, I just think I
22   have read that.
23       Q   And you can't point me to any study?
24       A   Not right at this moment.
25       Q   And can you tell me whether the studies you
```

154

1 think you have read say that it's the up and down that
2 makes the difference, or it's the fact that people who
3 go up and down tend to have a net increase over time?
4    A   I don't know right at the moment.
5    Q   There is a difference, right, difference
6 between going up and down and ending at the same place
7 you started and going up and down, but having a net
8 increase?
9    A   There is a difference.
10    Q   But you don't know what the relative risk is
11 of any of those patterns?
12    A   No.
13    Q   Do you know how long one has to hold any
14 amount of increased weight for it to be a substantial
15 contributing factor to acquiring diabetes?
16    A   No, I don't.
17    Q   Do you know whether there -- is there any
18 matrix that you would employ that would consider amount
19 of weight gained versus time of weight held for example
20 to calculate an increased risk for developing diabetes?
21    A   I don't think so.
22    Q   If Mrs. Burns had gained one pound, would it
23 be your testimony that that was a substantial
24 contributor to her diabetes?
25        MR. PIRTLE:  Objection, form.  You can answer.

155

1        THE WITNESS:  I am thinking.  No.
2 BY MS. FREIWALD:
3    Q   No?
4    A   One pound weight gain?
5    Q   One pound weight gain.
6    A   No.
7    Q   Is there some amount of weight gain above what
8 you would say as a threshold is the significance as the
9 cause of diabetes?
10    A   It probably needs to be in the neighborhood of
11 5 to 10 percent of weight.
12    Q   Held for what period of time?
13    A   That I can't answer.
14    Q   Do you know if there is data that say that it
15 needs to be held for some period of time?
16    A   I don't think there is data like that.
17    Q   Do you know if there is any data that says
18 that weight gain of five or ten percent of body weight
19 that is acute and corresponds with a diagnosis of
20 diabetes is a cause of diabetes?
21    A   What do you mean by acute weight gain?
22    Q   Is there any data that suggests a cause and
23 effect relationship between gaining weight today and
24 getting a diagnosis of diabetes today?
25    A   No, I don't think there is any such data.

156

1    Q   Is there any data that says that there is a
2 cause and effect relationship between in gaining weight
3 over a six month period of time and getting a diagnosis
4 of diabetes at the end of that six month period of time?
5    A   No, I don't think so.
6    Q   What about for a year?
7    A   I don't know of any data.
8    Q   What about for a year and a half?
9    A   I don't know of any data.
10    Q   Two years?
11    A   I don't know of any data.
12    Q   Do you know of any data that looks at the
13 relative risk of aging as a individual risk factor for
14 diabetes?
15    A   I know that age is associated with increased
16 incidence of diabetes.
17    Q   Every year we age we are at increased risk of
18 diabetes; is that right?
19    A   Theoretically.
20    Q   And there is nothing surprising in your
21 clinical practice for somebody to acquire diabetes in
22 later 40's?
23    A   No.
24    Q   In fact today people are acquiring diagnosis
25 of diabetes younger and younger, correct?

157

1    A   That is correct.
2    Q   And that seems to correlate with chronic
3 obesity, correct?
4    A   Correct.
5    Q   How long you hold weight over time, correct?
6    A   Correct.
7    Q   And are you aware of the fact that chronic
8 obesity, holding weight over ten years or 20 years or 30
9 years is in epidemiologic terms the single biggest risk
10 factor for diabetes?
11    A   No, I am not aware of that.
12    Q   Do you know one way or the other?
13    A   The single biggest risk factor?
14    Q   Do you know one way or another?
15    A   No.
16    Q   Have you looked at any of the data on the
17 epidemiology of diabetes?
18    A   Sure.
19    Q   Have you looked at any of the data on the
20 contribution of obesity to diabetes?
21    A   Sure.
22    Q   Do you tell your -- Do you have in your mind
23 as a clinician what contribution obesity plays to
24 development of diabetes, chronic obesity?
25    A   Yes.

158

1   Q   What do you tell your patients?
2   A   It's a significant risk.
3   Q   And it's a significant risk on the order of
4   magnitude of like what cigarettes are to lung cancer?
5   A   No, I wouldn't say it's probably that high.
6   Q   Do you know?
7   A   No.
8   Q   So you would just be speculating?
9   A   I think so.
10  Q   Have you attempted to quantify the
11  contribution of what you call Mrs. Burns' weight gain
12  and what I call her weight cycling up and down and
13  ending up actually thinner than where she started, as a
14  percentage of all of her risk factors for diabetes?
15  A   I don't understand the question.
16  Q   Have you attempted to look at all the risk
17  factors that you believe Mrs. Burns has for diabetes and
18  say quantify the relative contribution of whatever
19  weight gain it is you think she had during the time when
20  she happened to be taking Seroquel?
21  A   No, I don't think you could really do that.
22  Q   You can't say what percentage role it played?
23  A   No.
24  Q   Can you say that to a reasonable degree of
25  medical certainty that it played any percent role?

159

1   A   Can I say with any degree of medical certainty
2   that her weight contributed?
3   Q   That the weight pattern that you think existed
4   from the time she started taking Seroquel to the time
5   she got diagnosed with diabetes played any particular
6   percentage role in her getting diabetes?
7   A   I think the fact that she was overweight
8   played a significant role in her getting diabetes.
9   Q   And for how long had she been overweight?
10  A   Off and on for a number of years.
11  Q   So at least 1994?
12  A   At least I had until 1997, but you showed
13  today that she was overweight in 1994 as well.
14  Q   And we don't have any reason to think that she
15  suddenly got obese in 1994?
16  A   No, but we don't know what I guess the
17  circumstances were then.
18  Q   We don't, but I think we have established that
19  she had a BMI of at least 31 plus in '94, right?
20  A   That is correct.
21  Q   So that is not an amount of weight that
22  somebody puts on, that requires a substantial amount of
23  weight gain, correct?
24  A   Depending on where she started, yes.
25  Q   Would you say it's reasonable to assume that

160

1   Mrs. Burns was overweight or obese for some period of
2   time before 1994?
3   A   It's probably reasonable to assume that.
4   Q   But we don't know for certain how far back?
5   A   We don't know for certain.
6   Q   So her chronic obesity you believe played a
7   role in her getting diabetes?
8   A   Yes, I do.
9   Q   And in fact her chronic obesity alone could
10  explain her getting diabetes, correct?
11  A   It could.
12  Q   And her chronic obesity alone as of 1994 or
13  1998 or 2000 would be sufficient explanation for her
14  having diabetes?
15  A   It could be.
16  Q   What amount of weight are you saying that
17  Mrs. Burns gained between the time she started Seroquel
18  and the time she got diagnosed with diabetes?
19  A   Well, I would have to go back and look at the
20  medical record again, because from what I wrote here
21  it's not entirely clear.
22  Q   Did you offer an opinion that weight gain from
23  Seroquel was a cause of Mrs. Burns having diabetes
24  without knowing how much weight she had actually gained?
25  A   No, I think I knew it, I don't recall it now,

161

1   and obviously I didn't word this sentence correctly.
2   Q   Do you have a range - I don't want to make you
3   guess, but do you have --
4   A   Well, you are making me guess.
5   Q   Well, what would you need to know the basis
6   for your own opinion that Mrs. Burns gained enough
7   weight on Seroquel that that could have been a cause of
8   her getting diabetes?
9   A   Sorry, repeat that?
10  Q   Yes. What would you need to look at to know
11  how much weight you are going to say Mrs. Burns gained
12  from what period of time to what period of time that you
13  would say could have been a cause of her getting
14  diabetes?
15  A   How much weight would I say would be the
16  cause?
17  Q   How much weight do you think she gained?
18  A   I think she gained a substantial amount of
19  weight.
20  Q   From when until when?
21  A   From when she started -- just the note that
22  was written by Dr. Billingsley that she had increased
23  about 20 pounds since starting on the Seroquel and then
24  there is some amount of weight gain in addition to that,
25  which is what I am not clear on right at the moment.

162

1    Q   And then you think she lost weight again
2    because she was down to 206 at the time of her
3    diagnosis?
4        A   No, I don't necessarily think she lost weight
5    again, I don't know where you are getting that.
6        Q   Do you know whether she ever got higher than
7    206 while she was on Seroquel?
8        A   I don't believe so.
9            (Whereupon, the below referred to document
10   was marked as Defendant's Exhibit No. 17.)
11           (BY Ms. Freiwald)
12   BY MS. FREIWALD:
13       Q   Now I am going to show you I guess we will go
14   back and we will mark this one 17, from Dr. Billingsley
15   from July of 2003.  Are you familiar with this note,
16   Doctor?
17       A   I believe so.
18       Q   You would agree with me that this is a net
19   from Dr. Billingsley dated 7/3/03, and it says speaking
20   of Mrs. Burns, he has been trying to exercise more and
21   we had discussed, as we had discussed with swimming and
22   walking more.  She states she is not really feeling more
23   energetic with that, though, and in fact feels she is
24   having some episodes of shortness of breath.  She is
25   losing some weight.  Did I read that right?

163

1        A   Yes.
2        Q   Do you know how much weight and how much
3    increased exercise Mrs. Burns had been experiencing in
4    the month before she got her diagnosis of diabetes?
5        A   No.
6        Q   I am now showing you a record that suggests
7    that -- would you agree with me that the earlier record
8    that we looked at from Dr. Billingsley suggested that
9    her weight gain of 20-pound self-reported could
10   correlate with her basically not going out of the house?
11       A   He doesn't tie it to her not going out of the
12   house.  Let me read it one more time.  I guess you could
13   read it that way.
14       Q   It certainly gives us information that the
15   explanation for her weight gain could have been her not
16   going out of the house?
17       A   As we discussed before, it's possible.
18       Q   And you don't know?
19       A   No, I don't know.
20       Q   You don't know why she gained or why she says
21   she gained 20 pounds and in the time period before she
22   reports to Dr. Billingsley in 1/30/03, right?
23       A   Do I know why she told him that?
24       Q   You don't know what the cause was of the
25   weight gain that she perceived herself to experience?

164

1        A   No.
2        Q   And you don't know, you are certainly not
3    saying that she lost weight or was losing weight in 7 of
4    2003 because she was taking Seroquel?
5        A   No.
6        Q   You are not attributing the weight loss to
7    Seroquel, right?
8        A   I don't even know that she did lose weight.
9        Q   It says she is losing some weight?
10       A   Right, that is by her report again.
11       Q   Just like her report of her gaining weight was
12   her own?
13       A   Right.
14       Q   So if we assume that both reports have some
15   level of accuracy, maybe they are not precise, but they
16   are what they are, they are her reports, okay?
17       A   Uhm-hum.
18       Q   You are not saying that Seroquel could be
19   responsible for her losing weight, are you?
20       A   No.
21       Q   Do you know if in clinical trials there are
22   patients who have lost weight taking Seroquel?
23       A   I think there are.
24       Q   Do you believe that Seroquel can be a weight
25   loss agent?

165

1        A   No.
2        Q   If Mrs. Burns lost weight at times while
3    taking Seroquel would you attribute her weight loss to
4    Seroquel?
5        A   No.
6        Q   Then why attribute her weight gain to Seroquel
7    if you don't have the ability to exclude other causes?
8        A   Because I think there is considerable evidence
9    to suggest that medications like Seroquel can be
10   associated with weight gain.
11       Q   Can be associated with weight gain, but that
12   doesn't mean that they are a cause of weight gain in
13   every patient or in any patient?
14       A   There is certainly not everyone who takes the
15   medications don't gain weight.
16       Q   And everybody who takes the medication and
17   gains weight doesn't necessarily gain weight because of
18   the medication?
19       A   Yes, I guess that is safe to say.
20       Q   People gain weight for all kinds of reasons?
21       A   Yes.
22       Q   And if somebody has shown that they are able
23   to lose weight while on Seroquel, doesn't that
24   substantially undermine any theory that the weight gain
25   that they experienced was attributable to the Seroquel?

166

1    A   Not necessarily. I mean if she were more
2   careful about what she was eating and took other
3   measures to counteract potential weight gain, then it
4   could neutralize it.
5    Q   So your testimony is that it's possible to
6   take Seroquel and by eating more carefully and being
7   more active not gain any weight?
8    A   I would imagine so, yes.
9    Q   And you are also testifying that a patient
10   could take Seroquel, eat more carefully, be more active,
11   and actually lose weight?
12    A   I guess that's possible.
13    Q   And you don't know what percentage of patients
14   taking Seroquel could maintain their weight or even lose
15   weight while taking the drug if they engage in those
16   kind of lifestyle interventions?
17    A   No, I don't.
18    Q   If a patient is able to not experience any
19   weight gain while taking Seroquel, doesn't that suggest
20   that the association between the drug and weight gain is
21   not a very direct one and that it can be managed by
22   patients?
23    MR. PIRTLE: Objection, form.
24    THE WITNESS: Not necessarily.
25

167

1   BY MS. FREIWALD:
2    Q   Do you —
3    A   It may be manageable in some patients.
4    Q   So is there any clinical trial or
5   observational evidence that you have that suggests that
6   in Mrs. Burns the potential for weight gain with
7   Seroquel that you say exists wasn't manageable —
8    MR. PIRTLE: Objection, form. Go ahead.
9   BY MS. FREIWALD:
10    Q   — Given that she lost weight at periods of
11   time while on the Seroquel?
12    MR. PIRTLE: The same objection.
13    THE WITNESS: You know, you are putting a lot
14   of weight on the statement that just simply says
15   she is losing some weight.
16   BY MS. FREIWALD:
17    Q   Fair enough. Let's look at some other
18   records.
19    A   Okay.
20    Q   Do you know how many periods of weight loss or
21   what the magnitude of Mrs. Burns' weight loss was while
22   on Seroquel? Do you know how many times Mrs. Burns
23   managed to lose weight while she was taking Seroquel or
24   how much weight Mrs. Burns managed to lose while taking
25   Seroquel?

168

1    A   No, I don't.
2    Q   I can't go through every single weight here,
3   but just so that we are not talking strictly about the
4   one note that you have identified from Dr. Billingsley,
5   I want to show you what we will mark as 18, which is
6   4/20/04 from Dr. Ramirez.
7    (Whereupon, the below referred to document
8   was marked as Defendant's Exhibit No. 18.)
9   (BY Ms. Freiwald)
10   BY MS. FREIWALD:
11    Q   And do you see that it has a weight for
12   Mrs. Burns of 217?
13    A   Uhm-hum.
14    Q   And by the way, did you note records such as
15   this one where she says that she has shortness of breath
16   and describes her problems related to her COPD?
17    A   No, I didn't see this note before.
18    Q   Okay. Would you agree with me that COPD can
19   substantially limit somebody's ability to be active?
20    A   It can, sure.
21    Q   And it can be an explanation for shortness of
22   breath?
23    A   It can be.
24    Q   Did you try to get a feel for Mrs. Burns' —
25   the severity of Mrs. Burns' COPD?

169

1    A   Where does it say she had COPD?
2    Q   It says it in other records; that is why she
3   had the Prednisone, right?
4    A   I know she had the Prednisone for a pulmonary
5   problem, I didn't recall that it was the COPD. They
6   mention here of her being treated with CPAP, which is a
7   treatment for sleep apnea.
8    Q   Well, she has got that, too.
9    A   Did you have a question?
10    Q   Yes. You see that 4/04 she is talking about
11   short of breath, and that would be a complication not of
12   diabetes, that would be a complication of some sort of a
13   pulmonary problem, right?
14    A   It could be.
15    Q   And we know that she has sleep apnea, and we
16   know that she has COPD, or maybe you don't know she has
17   COPD?
18    A   I believe you if you said she has, she has
19   diagnosis of COPD.
20    Q   It's not something that you knew from your
21   review of the records?
22    A   I don't remember.
23    Q   So that's Mrs. Burns on 4/20/04. And then we
24   have Mrs. Burns on 8/23/04, now she is on Seroquel at
25   this point, right?

170

1   A   Yes.
2   Q   Okay. And let's mark this note, we are going
3   to skip right to 21 because we went backwards for a
4   couple Exhibits.
5       (Whereupon, the above referred to document
6       was marked as Defendant's Exhibit No. 21.)
7   BY MS. FREIWALD:
8   Q   And you tell me what the weight is for
9   Mrs. Burns on 8/23/04.
10  A   It says 195.
11  Q   Okay. And that would represent a loss of how
12  much from 217 pounds?
13  A   22 pounds.
14  Q   And that's what it says in the records, right,
15  since her last visit she has lost approximately
16  20 pounds?
17  A   Yes.
18  Q   She is not dieting, and has no explanation for
19  this weight loss, correct?
20  A   Correct.
21  Q   Did Seroquel make her lose weight?
22  A   I doubt it.
23  Q   Do you know why she lost weight?
24  A   I don't.
25  Q   Is there any reason in this record to doubt

171

1   that she was able to lose 20 pounds while taking
2   Seroquel?
3   A   Not if the weight is correct.
4       (Whereupon, the below referred to document
5       was marked as Defendant's Exhibit No. 22.)
6   (BY Ms. Freiwald)
7   BY MS. FREIWALD:
8   Q   Actually let's look at 11/22/04, which would
9   be Exhibit 22. What is her weight on 11/22/04, Doctor?
10  A   189.
11  Q   She has continued to lose weight from the 195
12  that she was in August of 2004, correct?
13  A   Yes.
14  Q   And at this point she is thinner than on
15  Seroquel than she was at many periods of time before she
16  ever took Seroquel, isn't she?
17  A   Yes, if she is still on Seroquel.
18  Q   Do you have a reason to think she is not?
19  A   No, you are just going a little fast.
20  Q   Take your time.
21  A   I am just trying to read my note. No, I have
22  no reason to think she wasn't.
23  Q   You agree with me that there are many reasons
24  why an individual can gain or lose weight, correct?
25  A   Yes, I do.

172

1   Q   Mood can effect whether somebody gains or
2   loses weight, right?
3   A   In what way?
4   Q   Some people gain weight when they are happy,
5   some people lose weight when they are happy, some people
6   gain weight when they are sad, some people lose weight
7   when they are sad?
8   A   Only if they alter some other behavior, being
9   sad doesn't make you gain or lose weight.
10  Q   That is a good point. So what does in that
11  situation?
12  A   Well, if you are sad and you don't — maintain
13  little actively or you overeat, or conversely some
14  people overeat when they are excited, or I mean you have
15  to be related to activity level or food I would guess.
16  Q   Okay. So the only things that really make a
17  person gain weight are eating more, and doing less, some
18  combination of those, right?
19  A   No, the example of steroids is a good one,
20  people gain weight on steroids even if they don't alter
21  those things.
22  Q   Steroids have a direct effect on carbohydrate
23  metabolism, right?
24  A   Uhm-hum.
25  Q   And we have discussed the fact that you are

173

1   not going to testify that you know of any direct effect
2   of Seroquel on weight, right?
3   A   I don't know of any, no, not now.
4   Q   What is your theory of strike that.
5       So assuming that we take out something like
6   steroids, which directly effect metabolism, would you
7   agree with me that the way a person gains weight is by
8   some combination of consuming more calories and burning
9   fewer calories?
10  A   Well, I can think of some other drugs that
11  cause weight gain without any change in eating behavior
12  as well.
13  Q   Okay. I am going to stipulate for purposes of
14  this conversation we are having right now that we will
15  exclude any drug that might directly effect metabolism,
16  or that might cause you to retain large amounts of
17  water, okay, and therefore gain weight, all right?
18  A   Uhm-hum.
19  Q   So we will put those to the side and not worry
20  about it.
21  A   There are some drugs that do that without
22  utilizing one of those mechanisms.
23  Q   If you exclude those drugs, would you agree
24  with me that the essential way that somebody gains
25  weight is by some combination of eating more calories

174

1  and burning fewer calories?
2      MR. PIRTLE: Objection, form.
3      THE WITNESS: And/or.
4  BY MS. FREIWALD:
5      Q  And/or, okay. And you just explained to me
6  that if a person let's say gains weight when they are
7  feeling sad, it's not the being sad that made them gain
8  weight, it's the fact that they went out and ate more
9  and maybe did less that made them gain weight, right?
10     A  Maybe.
11     Q  And if a person loses weight because their
12  mood is improved let's say, it's not something you say
13  about the mood necessarily, but what you would explain
14  to me is that it's that while they were feeling happier
15  they became more actively and maybe they ate a heathier
16  diet?
17     A  Very likely.
18     Q  So you wouldn't attribute the weight gain or
19  the weight loss to the happiness or the sadness, you
20  would attribute it to the change in dietary pattern or
21  activity level?
22     A  To the best of my knowledge or judgment, yes.
23     Q  If a person is not taking Seroquel, if
24  Mrs. Burns had not been taking Seroquel at the time that
25  she – during time periods where she was gaining weight

175

1  or losing weight, would it be fair to say your opinion
2  would be that the explanation for her gaining weight or
3  losing weight had to be some combination of a change in
4  her eating habit and/or a change in her activity level?
5      A  Those would be likely reasons, yes.
6  (BY Mr. Pirtle)
7      MR. PIRTLE:  We are at that point, I
8  understand a question or two, we are actually maybe
9  a little bit past 2:00 o'clock.
10     We will start this again at 8:00 o'clock
11  tomorrow.
12     MS. FREIWALD: Let me finish out this thought,
13  and if I can figure out a logical place to end and
14  we will do that.
15  (BY Ms. Freiwald)
16  BY MS. FREIWALD:
17     Q  Mrs. Burns may have also -- Let me put it this
18  way, so if I said to you that Mrs. Burns may have gained
19  weight at some periods of time because she was in pain,
20  you would say to me - if I understand your testimony -
21  I don't think I agree with that, what I think might be
22  true is that she could have been in pain, so she
23  could have been less active and burned fewer calories
24  and that could be a cause of her gaining weight?
25     A  That could be logical.

176

1      Q  And if I said to you she could have lost
2  weight because she was feeling better emotionally,
3  psychologically, you would say to me it wasn't because
4  she was feeling better psychologically or emotionally,
5  it was because probably what that meant for her was that
6  she was getting out of the house, she was doing more
7  things, maybe she was also eating heathier, right?
8      A  It could be.
9      Q  But at the end of the day the cause of weight
10 gain or weight loss in your mind has got to be how much
11 activity a person engages in and how much food they eat
12 relative to what they had been doing beforehand?
13     A  Except in the circumstances where there are
14 things like drugs that could make someone gain or lose
15 weight.
16     Q  And we have discussed the fact that you don't
17 know any direct mechanism by which Seroquel would cause
18 somebody to gain or lose weight?
19     A  I don't know of any direct mechanism, that
20 doesn't mean one doesn't exist.
21     Q  But you are not including Seroquel among those
22 drugs like steroids that you know of that have a direct
23 effect on weight gain?
24     A  Not at this time, no.
25     MS. FREIWALD:  Why don't we break for the day.

177

1      MR. PIRTLE:  Fine.
2      (Whereupon, Defendant's Exhibit No. 23
3  was marked.)
4      (Thereupon, the deposition was adjourned at
5  2:02 p.m.)
6      - - - - - - - -

178

```
 1      - - - - - -
 2          CERTIFICATE OF OATH
 3     STATE OF FLORIDA
 4     COUNTY OF BROWARD
 5
 6
 7        I, the undersigned authority, certify
 8     that JENNIFER B. MARKS, M.D., personally appeared
 9     before me and was duly sworn.
10        WITNESS my hand and official seal this
11     6th day of October 2008.
12
13
14     _____
15        Evan A. Ferguson
           Notary Public, State of Florida
16         My Commission Expires: 12/29/09
           Commission No. DD498401
17
18
19
20
21
22
23
24
25
```

180

```
 1                    ERRATA SHEET
 2     PAGE NO.  LINE NO.
 3     _____  _____  _____
 4     _____  _____  _____
 5     _____  _____  _____
 6     _____  _____  _____
 7     _____  _____  _____
 8     _____  _____  _____
 9     _____  _____  _____
10     _____  _____  _____
11     _____  _____  _____
12     _____  _____  _____
13     _____  _____  _____
14     _____  _____  _____
15     _____  _____  _____
16     _____  _____  _____
17     _____  _____  _____
18     _____  _____  _____
19     _____  _____  _____
20     _____  _____  _____
21     _____  _____  _____
22     _____  _____  _____
23     _____  _____  _____
24
       SIGNATURE_____  DATE_____
25
```

179

```
 1          CERTIFICATE OF REPORTER
 2
 3
 4     STATE OF FLORIDA:
 5     COUNTY OF BROWARD:
 6
 7
 8        I, Evan A. Ferguson, Court Reporter,
       certify that pursuant to Notice of Taking Deposition
 9     in the above-styled cause, that I was authorized to
       and did stenographically report the foregoing
10     deposition as hereinabove shown, and the testimony
       of said witness was reduced to computer
11     transcription under my personal supervision.
          I further certify that the said deposition
12     was taken at the time and place specified
       hereinabove, and that I am neither of counsel nor
13     solicitor to either of the parties in said suit nor
       interested in the event of the cause.
14        I further certify that I have delivered
       the original copy of said deposition to HOPE S.
15     FREIWALD, ESQUIRE, to be retained by her
       pending further order of the Court.
16        Witness my hand and official seal in the
       City of Fort Lauderdale, County of Broward, State of
17     Florida, this 9th day of October 2008.
18
19     _____
20        Evan A. Ferguson, Notary
           Public at Large
21         My Commission expires 12/29/09
           Commission No. DD498401
22
23
24
25
```

181

```
 1     October 9, 2008
 2
       TO: JENNIFER B. MARKS, M.D., DEPONENT
 3     C/O THOMAS PIRTLE, ESQUIRE
       LAMINACK, PIRTLE & MARTINEZ, LLP.
 4     5020 MONTROSE BOULEVARD, 9TH FLOOR
       HOUSTON, TEXAS 77006
 5
       RE: Seroquel Products Litigation: Janice Burns
 6        MDL DOCKET NO. 1769  6:07-cv-15959
       Please take note that on Tuesday, the 6th day of
 7     October 2008, you gave a deposition in the above
       referred to matter. At that time, you did not
 8     waive signature. It is now necessary that you sign
       your deposition.
 9
       As previously agreed to, the transcript will be
10     furnished to you through your counsel. Please read
       the following instructions:
11
       At Page 180 you will find an errata sheet. As you
12     read your deposition, any changes or corrections
       that you wish to make should be noted on the errata
13     sheet, citing page and line number of said change.
       DO NOT write on the transcript itself. Once you
14     have read the transcript and noted any changes,
       be sure to sign and date the errata sheet and
15     return these pages in the self-addressed envelope
       that has been provided for your convenience.
16     You need not return the entire transcript.
17     If you do not read and sign the deposition within
       thirty (30) days, the original, which has already
18     been forwarded to the ordering attorney, may be
       filed with the Clerk of the Court. If you wish to
19     waive your signature, sign your name in the blank
       at the bottom of this letter and return it to us.
20
          Very truly yours,
21
          Evan A. Ferguson
22        (Esquire Deposition Services)
23     I do hereby waive my signature.
24     _____
       JENNIFER B. MARKS, M.D.
25     cc: via transcript:   HOPE S. FREIWALD, ESQUIRE
```

## A

Abilify 49:10,13,17
  49:21,24 50:12
  51:9,13,17 52:4,8
  52:14,21,25 54:2
  54:5
ability 10:14,18
  133:9 165:7
  168:19
able 16:18 44:1
  114:21 147:12,18
  165:22 166:18
  171:1
abnormal 93:14,17
abnormality 93:16
above-entitled 4:5
above-styled 179:9
absence 61:13
absolute 116:9
absolutely 5:12
  20:17 76:6 93:1
  133:11
abstract 29:10
  43:18
abstracts 43:10
accuracy 13:15
  164:15
accurate 13:22 35:7
  69:10 106:6,13
  139:20
accurately 22:11,16
  37:3,7
achieved 148:6
  152:1
acquire 125:9
  128:13 156:21
acquiring 127:11
  154:15 156:24
active 145:25 166:7
  166:10 168:19
  175:23
actively 172:13
  174:15
activity 137:15
  141:20,23 146:12
  172:15 174:21
  175:4 176:11
actual 134:18
acute 47:3,7 155:19

155:21
ADA 26:20 27:22
  56:19 57:13 71:9
  89:8
add 35:5,10 68:17
  120:10
addition 15:16
  59:22 161:24
additional 15:19
  16:5 17:24 24:6
  66:9,18 68:17
  76:16 120:10
  146:19
additive 66:18
address 89:15
addresses 41:13
add-on 47:2
adipose 123:5
adjourned 177:4
Administration
  46:7
admission 73:13
admitted 73:11
adults 143:10
adverse 56:16
advisory 55:25
affirmatively 91:8
age 4:3 6:17 121:15
  127:21 149:4,9,11
  149:11 151:7
  156:15,17
agent 164:25
aggravated 116:3
aggressive 9:8
aging 156:13
ago 7:6 9:5 17:16
  18:21 29:3 35:20
  44:4 45:14 48:21
  49:16 91:16,17
  94:15 143:25
agree 58:4 61:16
  65:5,9 66:8 71:8
  74:10 82:11 86:20
  87:11 90:6,11,14
  101:9 104:3,6,22
  105:4 108:9 109:1
  114:14 121:2
  125:5,15,22 126:2
  135:15,23 136:4

140:11,14 144:1
  162:18 163:7
  168:18 171:23
  173:7,23 175:21
agreed 181:9
agreement 4:18,22
  5:11,13,16 23:23
  74:6
ahead 15:21 19:14
  36:4 88:2 125:19
  131:14 167:8
AJMC 28:1
al 1:7,8,8 4:7
allcomers 39:19
alleged 8:13 9:7,12
allow 62:8,16,21
  103:11,17
alter 67:4 172:8,20
alterations 123:7
alternative 83:4,10
altogether 39:25
American 46:18
amount 8:1,6 22:17
  91:3,6 116:6,25
  117:5 121:15,20
  140:19 144:3
  150:6 152:9,20,21
  153:8 154:14,18
  155:7 159:21,22
  160:16 161:18,24
amounts 14:7
  152:22 173:16
ample 65:15
analysis 69:7
and/or 174:3,5
  175:4
annotate 12:20
annotations 16:15
  19:18 32:1
answer 10:13,17
  96:10 98:24 102:7
  103:20 119:1
  120:19,21 121:12
  121:23,24 128:18
  129:5 131:15
  142:14 149:21
  154:25 155:13
answered 94:14
  98:24 122:5

127:20
answering 10:18
answers 11:6
antipsychotic 28:25
  31:19 32:2,24
  50:20 52:14 53:17
  53:21 56:13
  124:12
antipsychotics
  35:11 40:11 41:14
  41:18,22 42:13
  44:20 48:14,17,20
  48:23 50:9 51:3,4
  55:2 123:6
antipsychotic-ind...
  29:11
anybody 11:19,23
  70:15 82:17
apnea 74:20 169:7
  169:15
apparent 98:13
appear 146:24
APPEARANCES
  2:1
appeared 137:10
  178:8
Appearing 2:5,10
  2:14
appears 89:23
  108:9 136:18
appreciate 6:8
approximately
  90:13 102:9,10
  119:22,23 170:15
April 108:10,15
  110:10
arbitrary 100:19
Arch 2:8
area 9:3 49:4
argumentative
  121:22 132:4
article 26:25 28:15
  30:2,24 31:2,7,17
  32:4,10 33:2,11
  33:12 35:13 36:8
  37:2,25 45:25
  46:15 47:23 64:2
  64:14 151:23
  152:16,19 153:1,3

153:20
articles 5:6 14:15
  14:17,20 15:1,3,5
  16:1,5,7 19:4,24
  24:21,23,24 26:10
  26:16 27:7,8,11
  27:20 30:5,7,14
  30:16 31:23 34:25
  36:19 37:7,11,12
  37:16,18 38:17
  39:4 40:15 42:1,6
  42:14,16,20,24
  43:2 44:16,17
  47:17,24 53:4
  54:14 57:3
aside 20:7 103:7
  125:2
asked 5:15 9:25
  10:22 12:4 23:6
  35:5,10 36:9,18
  44:5 45:2,5 51:11
  55:24 56:15,22
  60:25 85:4 98:23
  99:24
asking 15:18 20:3
  38:11 39:6,20
  47:23 57:25 63:21
  63:22 94:13 96:22
  99:25 116:4,4
  118:3 138:19
  148:1 152:5
aspect 34:23
aspects 5:13
assert 9:21
assess 105:5
assessing 29:10
associate 125:24
associated 28:25
  29:22 32:24 46:5
  50:8,13 51:2
  56:17 80:1 82:20
  116:18 117:5
  129:10 132:24
  137:19,24 138:1,3
  140:18 156:15
  165:10,11
association 46:18
  166:20
assume 9:2 10:13