10:16 62:5,11
76:5 93:7 135:25
159:25 160:3
164:14
assumed 15:25
40:12
assuming 62:15
73:22 76:9 94:15
106:6 109:15
173:5
assumption 73:1,3
75:17,19,20 110:3
assure 6:11
AstraZeneca 1:7,8
1:8 4:7 6:24 25:19
25:22,25
ate 130:19 131:7
174:8,15
attached 27:19
34:16 105:21
attained 115:13,14
119:15,20 133:2
147:13 148:10,12
148:14 151:2
153:14
attempt 31:7 40:21
41:2,16 42:5 51:8
54:1,4,11 64:9,23
112:2,5 117:20
138:13 139:24
attempted 55:1
63:8,22 64:6
111:14 139:17
158:10,16
attempting 64:16
attempts 40:9
59:10
attended 23:17
53:1 58:1
attention 96:20
attorney 181:18
attorney's 12:22
attributable 64:17
117:2 127:2
165:25
attribute 165:3,6
174:18,20
attributing 164:6
atypical 28:24

32:24 42:12 44:20
48:22 50:8 56:12
123:5
audience 51:12
August 21:9,10,13
21:13 62:22 67:25
68:19 69:6 101:8
101:10,16,21
128:4,9 129:2
171:12
authority 178:7
authorized 179:9
available 60:10
average 83:21 84:4
84:17,21 85:5,6
143:11
avoidable 80:4
avoids 141:3
aware 68:5 69:13
69:20,23 70:18,18
70:22 101:14,17
101:20 111:14,16
157:7,11
awhile 16:22
a.m 1:11 4:15 48:7
75:14,17 88:18
92:9
A1c 83:12 84:25
85:4,11,22

_____
B
B 1:17 3:3 4:2 6:15
142:25 178:8
181:2,24
back 5:3 25:18
30:18 35:8 44:5
44:21,23 45:9
60:10,14 81:10
91:12,13,14 92:12
93:25 94:2 96:23
104:4 105:10,11
107:18 108:11
120:5 128:25
160:4,19 162:14
backwards 170:3
bad 39:11 80:15
Barrett 57:16
based 63:15,18
64:3 74:9,10 76:9
85:8 97:24 98:1

100:9 102:25
103:3 139:16
baseline 104:24
105:6 116:19
132:1 135:10,11
153:4,6
basic 10:1
basically 84:3
119:20 150:13
151:9,10 153:6
163:10
basis 36:23 140:8
146:21 161:5
Bataine 106:24
114:15
Bay 70:23 105:13
105:19 114:2
Beach 1:10 4:13
bear 121:11
becoming 90:6
beer 130:20
beginning 50:24
147:16
behalf 2:5,10,14
7:20,21,22 8:5
behavior 172:8
173:11
Behavioral 114:2
belief 139:16
believe 6:10 7:25
8:8 13:17 14:11
17:12 18:10 19:5
24:10 38:2 46:4
47:16 51:14 52:11
65:25 68:7,14,18
68:24,25 69:19
71:14,20 79:2
102:5 143:15,19
147:23,24 158:17
160:6 162:8,17
164:24 169:18
bell 74:20,21
Ben 130:5,7 131:11
131:12,16,19
132:2
benefit 58:8
best 10:14,18 11:4
35:7 37:15,20,21
46:17 76:4 174:22

better 52:8 71:21
95:14 110:15
176:2,4
beyond 27:17
138:10,19
bibliography 16:1
27:19
big 145:7
biggest 157:9,13
bill 22:5
Billingsley 134:2,9
134:21 136:16,22
137:10 140:6,13
140:23 161:22
162:14,19 163:8
163:22 168:4
bills 21:22
binder 27:3,6,15
29:23
Bipolar 32:25
bit 11:1 59:8 97:23
103:4 107:18
108:11 175:9
bits 95:18
blame 120:16 121:8
121:19 128:12,19
128:20 130:7,15
131:12,12 132:13
blank 181:19
blanks 24:8
blood 68:13,16
70:19 73:8 75:12
77:8 78:14,23
81:21 82:18 84:21
84:22,23 85:9
85:17,17 87:15
89:7,11 94:3 96:6
97:6 99:20 100:20
103:5
BMI 104:24 105:1
106:5 151:7
159:19
Board 4:13
body 71:25 104:10
104:15 155:18
bottom 60:4 181:19
Boulevard 2:3
181:4
box 44:15

boy 91:15
break 48:4 85:3
88:2 92:6 95:16
176:25
breath 162:24
168:15,22 169:11
brief 7:4
Briefly 18:14
bring 5:18 11:21,24
18:24 52:4 94:2
131:1,2
bringing 37:25
brings 97:5,6
Bristol 49:7,8,12
51:24 52:2 53:5
53:20
British 28:15 35:12
broadened 54:24
brought 5:5,20
7:11 8:21,24 12:2
15:1 16:2 23:25
24:22 37:13,17
76:21
Broward 178:4
179:5,16
budged 128:7
burned 175:23
burning 173:8
174:1
Burns 1:7 4:7,7
14:13 17:17,18
18:3 33:19 34:2
53:25 58:7 59:11
60:3,16,19,23
61:3,12,17,23
62:2,6,24 63:9,17
64:7 65:5 68:19
68:21 69:4,13,17
69:21,24 70:9,19
72:19 73:4 74:4,8
74:12,23 76:17,24
77:7,17 80:24
81:16,20 82:5
85:23 87:6,13
88:14,24 89:14,17
90:2 93:16,18,24
94:9,16,21 97:16
97:22,25 98:20
101:18 102:4

Case 6:06-md-01769-ACC-DAB   Document 1316-6   Filed 02/27/09   Page 2 of 12 PageID 25354

Page 184

103:17 104:4,6,13
104:18 105:10
108:9 109:3,19,25
110:5,18,21
111:12,14 112:18
113:9 114:22
115:1,5,12 116:7
117:17,21,22
119:18,25 120:6
126:25 127:10,16
127:25 130:4
134:10 135:2,11
135:16 136:18,22
137:1,8,23 138:5
139:21 140:13,25
144:18,23 146:11
146:18 147:13,19
148:5 154:22
158:11,17 160:1
160:17,23 161:6
161:11 162:20
163:3 165:2 167:6
167:21,22,24
168:12,24,25
169:23,24 170:9
174:24 175:17,18
181:5

— C —
cake 130:20
calculate 63:5
  104:10 154:20
calculated 104:15
calculating 64:2
calculation 63:3
  64:7
calculations 62:24
  64:9,12
calculator 106:7,12
calculators 64:21
  106:9
call 7:23 94:1 101:5
  105:25 132:25
  158:11,12
called 30:24 78:15
  78:17
calories 142:5,10
  142:17 143:11
  173:8,9,25 174:1
  175:23

cancer 158:4
captured 19:5
capturing 69:11
  134:21
carbohydrate
  172:22
care 8:14 9:12 10:3
  10:4 26:21 46:1
  46:10 83:7 90:25
  91:2 145:9
careful 166:2
carefully 166:6,10
Carlton 4:12
carrier 7:25
carrying 121:10
carve 95:23
case 1:3,3,4 4:17
  7:7,9,10,14 8:2,4
  8:4,7 12:5 13:5
  14:13 17:17,18
  21:20 27:1 28:24
  29:7 33:19,23,24
  39:2 45:1 56:16
  58:7 59:3 60:23
  68:24 73:23 87:22
  96:13 102:18,21
  107:22 115:10,11
  128:14,19 146:2
  149:4
cases 6:3 7:12
  12:22,24 13:2
  17:25 18:9,10
  19:23 20:10 60:12
  60:13 85:1 90:10
case-control 29:12
  33:1
cast 42:2,6
category 16:19
  95:11,23
CATIE 30:10,25
  31:6,10 32:8 33:8
  33:11 35:19
cause 4:5 6:18
  66:18 73:17 98:2
  98:6,12,21 99:4
  100:2 102:25
  120:1,3,25 121:16
  121:16 122:8,12
  123:21 125:9,17

127:11 132:11
140:24 155:9,20
155:22 156:2
160:23 161:7,13
161:16 163:24
165:12 173:11,16
175:24 176:9,17
179:9,13
caused 116:2,8
120:10 123:13
126:3,20 127:16
129:4 131:4
132:10 137:14
causes 66:21
117:15 123:21
124:15,16 165:7
causing 88:14
128:12 129:10
caveat 89:25 90:5
cc 181:25
CD 12:6,9,9,12,13
12:14,18 14:10,14
14:17,21 15:6,9
15:13,17 16:25
27:13,17
CDs 17:3,4,7
Center 70:24
  105:19 114:3
certain 11:24 63:5
  64:3 65:23 80:1
  91:3,6 99:21,23
  101:7 160:4,5
certainly 4:24 6:5
  67:3 72:2 74:3
  76:23 78:9 87:5
  89:2,24,25 91:11
  91:16 94:8,11
  99:16 100:21
  132:15 135:20
  139:24 144:10
  163:14 164:2
  165:14
certainty 61:12,23
  62:2 74:8 98:5,11
  115:24 116:1,6,9
  116:12,14 122:15
  123:19 125:13,16
  127:6,14 158:25
  159:1

CERTIFICATE
  178:2 179:1
certify 178:7 179:8
  179:11,14
cetera 12:3 33:13
chance 35:24 46:13
chances 145:21
change 113:12
  137:14 149:18
  152:25 173:11
  174:20 175:3,4
  181:13
changes 83:5
  181:12,14
characterize 51:8
CHARLES 2:17
chart 109:19,22
  138:13
charting 109:21
charts 20:3
chat 141:9
check 35:4 36:11
  36:17 44:15 45:21
  60:9 112:25
checked 37:14,18
checkmarks 35:9
checkoff 45:2
checks 36:18
Chem 72:17
children 145:9
choice 79:23
choices 80:5,11,16
  80:22
cholesterol 77:22
  80:24,25
chronic 32:3 105:7
  120:4 129:22
  157:2,7,24 160:6
  160:9,12
chronologize
  138:14
chronology 59:10
  59:15,18 60:7,14
  60:21 102:18,20
cigarettes 158:4
circumstances 73:7
  73:13 74:1,16
  76:21 89:7 93:11
  94:25 159:17

176:13
citation 77:25
cite 68:6,9,13
  151:23 152:8
  153:1,3,20
cited 67:23,24
  68:23
citing 181:13
City 179:16
claim 7:15 51:1
  52:12 140:8
claiming 122:14
claims 52:13
class 116:17
clear 15:10 30:22
  65:5 160:21
  161:25
clearly 98:8 106:8
  110:14
Clerk 181:18
climb 115:2
Clincal 29:1
clinical 31:20 39:3
  39:22 40:6 41:8
  41:12,20 46:23
  47:10 49:20,23
  52:15,20 54:1,5,6
  54:8,12,12,17,25
  57:6,11,12 64:10
  67:19 72:3 90:19
  96:12 117:8
  142:24 143:17
  156:21 164:21
  167:4
clinician 91:12
  157:23
close 112:1,10
  150:17 151:6,12
closest 132:12
Clozapine 54:18
clue 80:21
cohort 39:1
coincide 97:13
  98:17 130:8
coincided 138:23
column 21:12 32:17
combination 149:7
  172:18 173:8,25
  175:3

come 5:24 16:25 26:19 27:3 29:1 29:13 30:3 52:5 74:3 135:20 149:23
comes 96:20
commencing 4:15
comment 5:10
Commission 178:16,16 179:21 179:21
commit 111:15
committee 55:25
common 82:23 144:22 146:4,6
communications 22:24 23:3
company 8:5 14:18 49:6 50:1 53:16 56:9,12,16
comparative 52:25
compare 41:21 54:4,11,20
compared 40:10 83:17
compares 41:13,17 52:21 119:6
comparing 52:13 113:22
compile 34:23
complete 13:23 78:1 139:18
completeness 13:15
complication 169:11,12
complications 8:13 9:9,13,18,23
component 80:8
computation 109:23
computer 179:10
concept 63:4 64:15
conclude 103:11
conclusion 74:3 103:17
conclusively 99:19
condition 68:15 82:5,9
conference 45:25

56:20,23 57:9,14
conferences 23:21 58:1,3
confirm 69:9 72:8 72:24 73:5,25 76:7 93:2 94:3
confirmatory 84:17 89:5,9
confirmed 72:5 78:25 87:3
confirms 134:14
confused 105:1 113:4
conjunction 49:22
connected 131:13
connection 22:13 22:18 23:19 49:12 53:9,12 100:9 103:1 131:8 132:13,16,18,21
Connie 1:8
CONNOLLY 2:12
conscientious 139:20
consensus 26:20 27:22 45:25 56:19 57:1,4,13
consider 81:5,8 83:7 87:12 89:6 154:18
considerable 122:23 165:8
consistent 76:13,17 76:24 77:1,3 87:5 87:9 88:22 90:1,3 90:4 96:8,25 99:12,16 152:20
consistently 82:14 130:5
constitutes 37:22
consult 56:2,5
consuming 173:8
contained 14:17
context 6:10
continuation 126:21 127:2
continue 51:23
continued 115:2 133:13 134:4

171:11
continues 126:15 152:13
continuum 63:23 99:2
contradict 42:2,6 43:19
contribute 130:17 130:24 131:18
contributed 126:3 129:4 130:11 159:2
contributes 152:9
contributing 149:5 154:15
contribution 157:20,23 158:11 158:18
contributor 100:3 129:16,21 132:16 154:24
control 8:18 9:8,15 9:20 10:5
controlled 10:2 39:3,5,8 41:7,20
convenience 181:15
conversation 95:15 173:14
conversations 13:14 53:7
converse 11:2
conversely 172:13
conversion 65:22 83:23
converting 66:10 66:18 67:13
cookie 130:20
cookies 131:17
Cooperative 8:17
COPD 138:6 168:16,18,25 169:1,5,16,17,19
copies 16:12 18:1 25:21 26:3
copy 12:7 16:9 20:16,25 24:2 26:17 27:2 37:25 60:1 71:2 111:3 179:14

coracoid 82:19
corner 26:7 88:18
correct 10:8 14:18 21:3,4,7,15 24:3,9 25:1 26:21 28:1,2 28:20,23 31:5,9 32:13 33:11 34:1 34:15,22 44:9 45:4,16,24 46:3 46:11,21,22 47:8 48:10,14,15,18 51:10 54:19,22 55:3,5 56:20,21 57:2 58:12 59:20 72:1,7,16,20 74:5 74:25 76:11,12,14 76:15,19 77:6,18 78:3,4,7,8,10,16 79:17,18,21 80:9 80:14,17,18,22 83:18 84:1,2,5,10 84:11,14,19 85:7 86:9 87:4 88:16 88:25 89:1,9,10 89:22 90:2 91:9 91:10 92:4,5 93:9 94:10 100:16 101:5,6,9,23 102:1 103:2,23 105:10 106:14 107:1,2 108:12 112:11 113:10,15 113:16 114:17,20 117:3 121:7 123:16 124:7,9,17 124:25 125:1,20 128:20 129:25 131:9 135:19 136:3,18 137:12 143:9 148:22 156:25 157:1,3,4 157:5,6 159:20,23 160:10 170:19,20 171:3,12,24
corrections 181:12
correctly 10:1 24:21 33:21 39:18 51:7 52:11 95:13 161:1

correlate 157:2 163:10
correspondence 5:7 17:10
corresponds 83:19 139:7,11 155:19
Costs 35:16 45:12 46:2
counsel 21:22 179:12 181:10
count 21:14
counteract 166:3
County 4:14 114:2 178:4 179:5,16
couple 14:4 27:20 28:6,19 31:24 44:10 64:22 107:12 127:24 170:4
course 10:4 79:11 83:10
court 1:1 4:9 8:22 9:1 10:25 11:6 179:8,15 181:18
cover 5:21
covers 5:13
CPAP 169:6
crazy 131:10 145:13
criteria 71:9,11,14 71:17 89:8
crosscheck 13:21
CSR 47:15
CSRs 47:14
Curley 1:8 14:13 18:3 53:25 61:1
current 12:2 24:11 71:18 119:6
cutoff 100:21,24
CV 5:5 12:2 24:2 24:10,15
cycle 133:9
cycling 133:14 158:12
C/O 181:3

---

D

D 2:12
daily 134:5
dark 141:7

data 38:23 39:15
  41:8,12,13 49:20
  49:23 51:16 52:15
  52:21,25 54:2,5,6
  54:9,12,13,18,20
  54:25,25 55:2
  65:21 67:10,12,16
  117:9 130:1,2
  151:1 155:14,16
  155:17,22,25
  156:1,7,9,11,12
  157:16,19
date 17:11,13 24:2
  25:16 57:8 59:11
  60:6 84:5 86:10
  88:11 114:15
  127:7 180:24
  181:14
dated 162:19
dates 17:7 88:11
  113:4
day 4:14 26:9 30:12
  30:17 31:22 70:9
  72:14,15 90:22
  91:19,20 119:19
  121:1 130:17
  135:17 142:5,10
  142:17 143:11
  145:14,14 176:9
  176:25 178:11
  179:17 181:6
days 22:12,17 28:7
  28:19 29:3 70:20
  112:9 181:17
DD498401 178:16
  179:21
dealing 33:8
December 92:14
  93:25 94:16 112:6
  112:19,23 113:2
  113:10 114:23
DECHERT 2:7
decide 131:1
decided 36:21
Defendant 2:10,14
  4:3 7:12
Defendant's 11:11
  20:21 24:18 32:21
  33:15 71:5 75:5

86:5 88:6 92:19
  105:16 106:19
  107:25 108:21
  111:6 114:12
  140:3 143:5
  162:10 168:8
  170:6 171:5 177:2
defense 9:14,19
  10:1
define 38:25
definition 85:8
  100:15,17 145:17
definitively 93:20
degree 61:12,23
  62:2 65:20 74:7
  98:5,11,20 100:1
  116:1,6,11,14
  122:14 123:19
  125:12,16 127:13
  127:15 158:24
  159:1
delivered 179:14
demonstrated
  122:17 123:11
  125:8,16
depending 94:24
  159:24
depends 73:7 93:10
  100:15
DEPONENT 181:2
deposed 6:25 7:8
deposition 1:15,24
  4:2,24 5:12,18
  11:15,21,24 15:2
  18:24 53:13 58:15
  177:4 179:8,10,11
  179:14 181:7,8,12
  181:17,22
depositions 5:25
  7:5 18:1,7,11,15
  18:18
depression 111:8
described 129:8
describes 168:16
design 33:12
desilter 81:22
details 7:8
determination
  140:24

determine 38:7
  63:1 126:3
determining 10:7
develop 66:25 67:4
  67:6 80:16 82:18
  95:17 96:18
  122:19,20 123:23
  124:21 127:17
developed 8:13 9:9
  9:13,18 61:4,8,13
  66:14,20 96:15,19
  99:3,8 100:6
  101:7,15,22
  103:18 149:3
developing 63:2,6
  63:11,17 64:17
  65:10,16 79:20
  98:2,6,22 99:4
  127:22 150:5
  153:13 154:20
development 9:22
  56:12 64:23 79:11
  97:13 120:13
  129:24 149:13
  157:24
develops 95:17 99:2
diabetes 8:18 9:16
  26:21 29:1,11,22
  31:18,20 32:23
  35:12,16 44:20
  45:12,25 46:2,5
  46:10 57:7,11,12
  61:4,8,13,17,24
  62:3,6,9,13,17,22
  63:2,6,11,17,20
  64:3,17,24 65:11
  65:16,22 66:10,14
  66:19,20 67:1,4,7
  67:13 69:14,18,22
  71:9,15,21 72:6,9
  73:25 74:4,8
  77:17,20 79:5,11
  79:20,22 80:13,16
  80:22 82:12,17
  83:2,9 85:24 87:1
  87:6,13 88:15
  89:5,9 90:1,12,12
  90:15,15,22 91:12
  91:16,17,20 93:20

94:3,9,12,22,24
  95:2,7,9,16,19
  96:3,16,18,19
  97:2,13,14,19
  98:2,6,8,12,15,22
  99:1,3,4,12,17,21
  99:23 100:3,4,6
  100:11,14,15,17
  101:8,16,19,22,25
  102:6,15,22,25
  103:2,6,12,18
  110:6 119:14,19
  120:1,3,7,11,14
  120:17 121:9,16
  121:17 122:8,12
  122:19,20 123:24
  124:3,4,21 125:9
  125:17,24 127:11
  127:17,22 128:13
  129:4,16,21,25
  130:9 132:11
  133:1 142:24
  143:17 147:15,22
  147:25 148:5
  149:3,13,19,20
  150:2,5,12,17,20
  151:8 152:2,10,22
  153:7,13,18
  154:15,20,24
  155:9,20,20,24
  156:4,14,16,18,21
  156:25 157:10,17
  157:20,24 158:14
  158:17 159:5,6,8
  160:7,10,14,18,23
  161:8,14 163:4
  169:12
diabetic 67:20 73:5
  76:10,13,17,24
  77:4 78:3,5 83:17
  84:13,16 85:13,18
  85:20 90:7 96:9
  96:25 97:1 101:5
  123:13,22 124:16
diagnose 71:21
  72:6 91:16
diagnosed 69:18,22
  79:12 90:15 91:20
  95:10 98:8,15

99:7 102:9,11,15
  110:5 119:14,19
  120:7 147:15
  148:7 150:19
  159:5 160:18
diagnosing 71:9,15
diagnosis 79:3 90:1
  90:16,22 91:8,12
  91:25 95:19,20
  96:4 97:14,20
  98:17 99:5,17
  100:11 102:6,22
  103:2,5,6 121:1
  124:3 127:7,18
  130:9 131:4,5
  133:2 147:21,24
  148:5 155:19,24
  156:3,24 162:3
  163:4 169:19
diagnostic 76:2
diet 174:16
dietary 174:20
dieting 170:18
differ 43:19
difference 45:6
  149:9,12 154:2,5
  154:5,9
different 17:2,3
  49:3 59:22 85:2
  94:14 96:2 118:9
  118:13 137:23
  144:21 153:15
differently 26:18
  118:22
difficult 11:1
dinner 53:19
dips 107:17
direct 3:4 6:20
  100:3 125:17
  166:21 172:22
  173:1 176:17,19
  176:22
direction 34:21
directly 124:15
  125:9 173:6,15
disability 87:25
  88:9
disadvantage 59:8
disagreeing 57:3

disclosure 5:14
discovery 4:4
discriminate 42:13
discuss 20:10 124:5
  125:23
discussed 11:19,22
  37:12 53:8 98:3
  98:16 124:2
  162:21,21 163:17
  172:25 176:16
discusses 64:2
discussing 16:25
discussion 21:2
disease 79:23 80:4
  85:21 90:23 91:21
  91:24 95:19 98:17
  100:14 101:8,22
disk 6:4,7
dismissed 8:1
Disorder 32:25
Disorders 31:18
disregulation 99:15
DISTRICT 1:1,1
  4:9,9
Divalproex 47:2
DIVISION 1:2 4:10
DOCKET 1:5
  181:6
doctor 5:25 19:15
  33:2 35:8 48:10
  60:4 71:8 88:12
  91:8 92:12 98:19
  102:17 105:19
  109:1,8 150:11,21
  162:16 171:9
doctors 7:21 69:13
  69:17,21
doctor's 15:16
  134:14
document 1:6 4:6
  11:10,15 13:8
  20:14,20 24:17
  26:20 27:22 32:20
  33:14 35:10 45:11
  59:9 71:4 75:4
  86:4 88:3,5,19
  92:18 105:15
  106:18 107:24
  108:20 111:5

114:11,14 140:2
  143:4 162:9 168:7
  170:5 171:4
documentation
  96:5,8 97:8 98:7
documented
  113:13 134:18
  147:13,19
documents 12:7,17
  14:10,12,14,18
  35:4 38:16 105:21
dog 141:7
doing 11:5 26:9
  52:3 142:11
  144:17,18,23
  172:17 176:6,12
dose 117:11
Double-blind 46:25
  47:5
doubt 113:11
  170:22,25
downs 145:2
downward 133:4,6
Dr 5:18 6:23 11:16
  20:15 24:3 53:4,8
  57:16 70:4 134:2
  134:9,21 136:16
  136:22 137:10
  140:13,23 161:22
  162:14,19 163:8
  163:22 168:4,6
draft 20:3 56:9,9
drafting 56:25
draw 75:11
drawn 73:8 89:11
  93:11 94:25
drive 80:22
drop 72:15
drug 48:25 50:4
  55:19,20 149:14
  149:18 166:15,20
  173:15
drugs 32:3 50:12
  50:15 173:10,21
  173:23 176:14,22
due 129:11
duly 6:18 178:9
duplicate 32:18
duplicates 31:24

duration 117:13
D.C 2:13

E
earlier 44:7 79:8,9
  79:10 85:21 93:3
  101:5 129:3
  134:15 152:1
  153:15 163:7
earliest 60:2,6
  107:10
early 16:21 72:21
  73:2 105:4 135:2
easy 144:2
eat 131:10 142:5,10
  142:16 143:10
  166:10 176:11
eaten 75:18 130:5
eating 132:2 137:15
  166:2,6 172:17
  173:11,25 175:4
  176:7
Economic 35:16
  45:12 46:2
editor 57:6,11,12
  143:16
editorial 142:24
  143:7,16 144:2
effect 149:16
  155:23 156:2
  172:1,22 173:1,6
  173:15 176:23
effected 137:18
effective 32:2
  129:20
effects 31:19 33:9
  50:22 51:2,12
  54:6
Efficacy 47:1,6
effort 41:11 43:17
  54:17 109:19
  138:13
eight 17:6 19:20
  21:10,12 63:1
  102:13
either 15:24 30:4,6
  37:24 51:3 64:16
  78:21 91:15 107:3
  179:13
electronic 12:6

14:21,23 15:18
electronically 16:6
elevated 77:23 81:1
  81:3,4,21 82:18
  83:15 94:18 97:5
elevation 72:14
  81:6,9
elevations 82:13
email 17:10 58:21
  58:23
emails 58:17
emergency 74:13
  75:2,9 76:21
emotionally 176:2
  176:4
employ 154:18
employed 103:11
endeavor 138:20
endocrinologist
  96:23
endocrinology 58:5
ends 153:5
energetic 162:23
engage 166:15
engages 176:11
entering 9:16
entire 12:5 47:13
  130:19 181:16
entirely 80:6
  160:21
entitled 46:24
entries 21:5,6,6,9
  21:10,12,13 24:6
  114:15
entry 114:18
envelope 181:15
epidemiologic
  39:15 157:9
epidemiologist
  55:13
epidemiologists
  150:23
epidemiology
  150:21 157:17
episodes 162:24
ER 74:23
errata 180:1 181:11
  181:12,14
especially 81:13

131:25
Esquire 1:24 2:3,7
  2:8,12 179:15
  181:3,22,25
essential 173:24
essentially 10:4
  12:4 18:2 24:8
  47:18,24 60:21
  79:20 107:14
  129:1 141:19
established 159:18
estimate 63:23
  64:16
estimated 79:2
estimating 63:15
estimation 93:3
et 1:7,8,8 4:7 12:2
  33:13
Eugene 57:16
evaluation 106:1
Evan 1:23 4:11
  178:15 179:8,20
  181:21
event 179:13
events 56:16
everybody 7:7
  116:22 165:16
evidence 4:4 61:16
  61:21 65:6 76:17
  77:17 93:24 96:25
  99:11,14 101:25
  122:18 125:7
  127:3 135:5,24
  136:21 144:23
  145:1,12 146:10
  148:18 165:8
  167:5
evidenced 91:7
  126:22 133:9
exactly 10:21 66:5
  99:2 128:4
exam 23:6,10
EXAMINATION
  3:4 6:20
examined 138:24
example 38:23 97:7
  152:8 154:19
  172:19
exceeds 152:1

exception 5:23
  33:24 95:12,23
  97:18
exchange 5:2
exchanged 19:1
excited 172:14
exclude 132:14
  165:7 173:15,23
exercise 162:20
  163:3
Exhibit 11:11,14
  20:13,18,21 21:19
  22:6,9,11 24:16
  24:18 26:14 32:19
  32:21 33:15,18
  35:3,8 37:19 38:1
  40:15 44:21,24
  45:9 60:2 70:23
  71:1,5 75:3,5 86:5
  86:7,16 88:6,8
  92:19 105:16,25
  106:19 107:25
  108:21 109:2
  111:6 113:8
  114:12 140:3
  143:5 162:10
  168:8 170:6 171:5
  171:9 177:2
Exhibits 170:4
exist 42:1 43:18
  176:20
existed 159:3
exists 167:7
expect 22:5 27:12
expected 11:24
experience 63:16
  163:25 166:18
experienced 137:8
  165:25
experiencing 163:3
expert 5:14,15,24
  10:9 18:23 22:25
  26:4 53:9,10
  55:15,18 88:13
  125:23
expires 178:16
  179:21
explain 66:10,18
  82:10 103:16

147:4 160:10
  174:13
explained 174:5
explaining 65:15
explanation 144:7
  144:11 160:13
  163:15 168:21
  170:18 175:2
explanations
  117:22 118:2
expressing 43:20
extrapyramidal
  28:16
extreme 96:22
extremely 65:10
  150:14
eye 9:13,18
eyes 8:13
E-X-H-I-B-I-T-S
  3:6

─────────
        F
─────────
face 76:23
fact 36:1 60:11 77:1
  77:20 78:2 84:17
  94:9 95:16 98:16
  103:3 112:22
  123:23 124:2
  154:2 156:24
  157:7 159:7 160:9
  162:23 172:25
  174:8 176:16
factor 10:6 65:15
  127:22 149:6
  154:15 156:13
  157:10,13
factors 62:25 63:20
  66:9 67:2,5,15
  96:1 149:13
  158:14,17
fair 5:22 10:14,15
  25:19,20 36:20
  74:2 97:15 167:17
  175:1
fairly 22:11,16 37:2
  37:7 105:5 141:5
fallen 63:23
familiar 31:15 63:4
  64:1,12,15 65:2
  74:12 114:4

162:15
family 80:20
fanatical 145:13
far 11:5 36:7 60:9
  83:25 120:25
  140:23 160:4
fast 171:19
fasting 70:9,19
  71:22 72:2,3,22
  72:25 75:24,25
  76:5,7,10 77:16
  77:19 78:17,18,24
  79:16 85:8 86:18
  86:20 87:17 88:22
  89:3,8 92:23,23
  93:5,7,19 94:5,6,7
  94:19 100:20
FDA 55:16,22,24
  56:15
February 21:3
  26:21 46:1 57:10
  74:13 75:2,14
  107:15
Federal 4:18,23 9:1
  9:2
feel 168:24
feeling 79:7 162:22
  174:7,14 176:2,4
feels 162:23
Ferguson 1:23 4:11
  178:15 179:8,20
  181:21
fever 73:16
fewer 173:9 174:1
  175:23
field 58:4
figure 39:7,13
  121:20 175:13
file 5:18 12:5 27:5
filed 4:11 6:17
  181:18
filled 24:8
final 26:4 129:9
  130:8 153:14
find 13:25 40:21
  60:13 67:20 93:20
  104:9,12 109:5
  122:3 139:25
  146:10 181:11

findings 59:17 91:7
fine 4:21 20:19
  105:24 141:16
  177:1
finish 175:12
firm 6:2
first 6:17 7:14 34:9
  34:11,12 35:10
  41:13,18,22 44:5
  48:17,20 62:7,13
  68:12 71:8 88:10
  88:11 97:13 98:14
  105:22 110:25
  114:18 134:1
  135:17 141:14
  142:14
five 21:9,11,15 35:9
  49:14 65:12,16,18
  65:24 90:16,20
  148:20 155:18
flights 145:2,4
flip 99:24
Floor 2:3 181:4
Florida 1:1,10,23
  4:10,12,14 8:24
  178:3,15 179:4,17
fluctuated 133:4,6
fluctuation 114:22
  127:3
fluctuations 91:2
  118:21
focus 134:8 146:15
folder 19:16,17
  27:5
follow 149:14
following 181:10
follows 6:19
follow-up 31:8 33:8
food 130:16,19
  172:15 176:11
foregoing 179:9
forgetting 105:23
form 4:20 14:21,22
  14:23 15:18 43:18
  95:3 98:23 102:7
  103:17,20 120:19
  121:12 123:14
  124:18 125:10
  128:16 129:5

130:10 131:14
  142:13 146:5
  149:21 152:11
  154:25 166:23
  167:8 174:2
formal 4:19 63:14
  94:12
format 17:2
formed 29:18
  115:21
forming 36:22
  87:12
Fort 1:24 49:4
  179:16
forth 5:3 53:24
forward 41:3 58:24
  58:25
forwarded 181:18
found 15:4 27:20
  30:10,21 31:6
  123:6
four 16:2 21:11,14
  143:24 144:8
frank 66:14,19
frankly 16:21
  66:22
Freiwald 2:7 3:4
  4:21 5:10 6:6,21
  6:22,24 11:12,13
  15:15 16:3,4
  19:15,22 20:22,23
  24:14,15,19,20
  32:22 33:16,17
  34:2,6,7 48:4,8,9
  58:10,16 59:1,6,7
  71:3,6,7 75:6,7
  86:2,3,6 87:23,24
  88:4,7 92:6,10,11
  92:16,20 95:5
  99:9,10 102:12
  104:1,2 105:17,18
  106:20 108:1,2,22
  108:23 111:4,9,10
  114:8,9,13 120:22
  120:23 121:18
  122:1,6 123:15
  124:22 125:11,21
  128:17 129:12,13
  130:13,14 131:20

Case 6:06-md-01769-ACC-DAB   Document 1316-6   Filed 02/27/09   Page 7 of 12 PageID 25359

Page 189

131:21 132:5
133:17,20,21
140:4,5 141:12,16
141:17,18 142:18
143:2,3,6 146:8,9
150:7,8 152:13,17
152:18 155:2
162:11,12 167:1,9
167:16 168:9,10
170:7 171:6,7
174:4 175:12,15
175:16 176:25
179:15 181:25
**frequently** 85:12
**front** 52:4 58:8
  59:9 60:1 142:23
**full** 124:10
**function** 79:1,13,17
**furnished** 181:10
**further** 67:16 77:17
  179:11,14,15

---
### G
**gain** 32:16 112:14
  115:19,22 116:2,7
  116:18 117:5,9,16
  118:2,14,24 119:4
  119:11,25 120:2,4
  121:9,21 122:3,9
  122:20,22 123:12
  123:21 124:16
  125:25 126:4,15
  126:21 128:13,14
  128:21 129:3,9,11
  129:15,20,24
  130:12,18 131:4
  132:10,24,25
  137:19,24 138:1,3
  138:23 140:25
  141:21 143:12
  152:3,9,20,20
  153:9,18 155:4,5
  155:7,18,21
  158:11,19 159:23
  160:22 161:24
  163:9,15,25 165:6
  165:10,11,12,15
  165:17,20,24
  166:3,7,19,20
  167:6 171:24

172:4,6,9,17,20
173:11,17 174:7,9
174:18 176:10,14
176:18,23
**gained** 103:4
  117:17 120:16
  127:10,16 131:16
  131:18 133:5,6
  136:8 137:3,10
  140:8,16 146:18
  146:23 147:6
  149:22 154:19,22
  160:17,24 161:6
  161:11,17,18
  163:20,21 175:18
**gaining** 109:20
  130:24 144:7
  155:23 156:2
  164:11 174:25
  175:2,24
**gains** 116:23 117:1
  126:11 151:24,25
  153:4,5,5 165:17
  172:1 173:7,24
  174:6
**gather** 20:14 24:7
  52:24 70:18
  139:17
**general** 34:4 63:16
  73:12
**generally** 39:17
  51:3 64:10
**generation** 40:11
  41:14,18,22 48:17
  48:20
**genetic** 80:7,12,19
  82:18
**Geodon** 54:9,12
**getting** 85:10 100:2
  100:3,25 120:1,3
  129:4 134:10
  151:8 155:24
  156:3 159:6,8
  160:7,10 161:8,13
  162:5 176:6
**give** 35:14 44:23
  46:13 51:23 60:1
  83:7 91:8 98:4
  103:24 131:11

149:15
**given** 12:18,25
  24:11 27:19 48:19
  49:22 51:21 52:18
  53:5,15,20 90:5
  99:18 112:18
  113:15 119:23
  135:23 167:10
**gives** 71:24 80:21
  84:3 163:14
**giving** 49:12 50:3
  121:9
**Glenda** 13:11 18:25
  28:5,10,18 29:15
  30:4 34:18,20
  35:5,10 36:21
  41:25 42:24 43:1
  43:2,9 45:22 60:7
  60:14,22 69:10
  82:1 113:24
  138:21
**glucose** 59:14 60:18
  67:24 68:5,8,13
  68:22 69:1,5,11
  70:10,16,19,25
  71:21,23,25 72:2
  72:3,12,15,19
  73:16 77:8,15,16
  77:24 78:14,15,18
  78:18,19,23 79:10
  79:15,16 81:20,21
  82:6,12,14,23
  83:5,19 84:4,9,13
  84:18 85:12 86:7
  86:8,21,24 88:22
  88:24 89:8 91:2
  93:8,17,19,22
  99:14 113:18
  123:4,7
**glucoses** 73:8 84:25
  87:15
**glycemic** 8:18
**go** 5:19 15:21 19:14
  24:7 35:2 48:8
  58:9 60:10 88:2
  91:12,13,14 92:12
  117:20 125:19
  131:14 141:3,4,20
  141:23 144:14

152:13 154:3
160:19 162:13
167:8 168:2
**goes** 13:1 107:18
  141:2
**going** 6:12 10:12,13
  10:16 11:3,14
  20:12,24 24:6
  26:18 30:18 32:17
  34:2,8 35:6 39:11
  44:21,22,22,23
  58:9,13 61:3,7,22
  62:1,12 67:20
  70:23 75:1 80:13
  81:14 89:16 91:14
  96:23 98:18 99:25
  102:3 105:10,11
  107:12,13 108:24
  115:25 116:5
  118:21 120:4
  123:10,18 124:14
  135:24 137:13,17
  141:7 144:10
  154:6,7 161:11
  162:13 163:10,11
  163:16 170:2
  171:19 173:1,13
**good** 6:23 8:14 11:5
  34:19 58:14 71:24
  96:25 97:8 172:10
  172:19
**gotten** 18:6 62:9,17
  62:21 91:21,23
  149:19
**Grainger** 13:11,15
**graph** 109:22
**great** 59:1 80:10
**greater** 32:16
**greatly** 6:8
**group** 9:8,10,11
  92:4
**guarantee** 6:4
**guess** 4:17,18 49:18
  92:16 106:11
  132:9 146:6
  159:16 161:3,4
  162:13 163:12
  165:19 166:12
  172:15

**Guinn** 1:8 4:8
  14:13 18:3 53:25
  61:1
**Guo** 36:14 46:3,3

---
### H
**habit** 175:4
**habits** 67:21 79:19
  137:15,15
**half** 79:12 106:25
  135:6,7 143:13
  156:8
**Haloperidol** 47:6
**hand** 14:6 15:11
  21:12 34:8 44:21
  88:18 178:10
  179:16
**handed** 35:8 45:9
  105:19
**hands** 145:13
**handwriting** 20:15
**handwritten** 19:18
  20:7,13
**hang** 89:10
**happen** 91:18 97:3
  97:11 126:19
**happened** 7:17
  13:2 102:4 109:16
  117:17 130:8
  158:20
**happening** 96:13
**happens** 96:14
**happier** 174:14
**happiness** 174:19
**happy** 10:22 172:4
  172:5
**harder** 121:11
**hat** 89:10
**HbA1c** 83:25 84:3
**head** 11:8 63:15
**head-to-head** 52:21
  52:24
**health** 23:13 46:7
  96:21 97:8 114:2
**healthcare** 50:5,7
  96:15
**healthy** 149:17
**heard** 142:15
**heathier** 80:4
  174:15 176:7

heavier 120:6,25 148:25
height 104:9,13,17 106:2 113:9,11
heights 113:14
held 55:18 135:25 154:19 155:12,15
help 56:9,12
helped 149:20
helps 10:24
hemoglobin 84:24
hereinabove 179:10,12
heretofore 4:10 6:16
high 65:10 103:5 105:2 106:11 109:12 146:11 150:15 158:5
higher 83:22 84:9 85:17 100:22 115:13 119:14,19 132:1 133:2 150:9 162:6
highest 115:6,12,13 119:15,20 147:12 147:19 148:6,9,11 148:13,18
highlight 52:5
highlighted 32:15
highlighting 32:14 32:19
highly 66:25 97:12
hired 56:8,11
history 80:21
hold 15:10 55:15 154:13 157:5
holding 95:11 157:8
holes 27:2,4 29:23
home 137:2
honest 15:23 58:20
hope 2:7 6:23 20:17 179:14 181:25
hospital 7:11 8:9 73:10,20 89:12,14
hospitalization 111:12
hospitalized 74:16

111:2,8 112:5,8
Hotel 4:12
hour 21:3 71:21 94:19
hourly 22:3
hours 19:10,21 20:9 26:7,12,13 86:18 87:17 94:7
house 141:20,24 142:2 144:11,14 145:2,5,7,16 146:12 163:10,12 163:16 176:6
housekeeper 145:13
Houston 2:4 181:4
huge 151:6
hundred 35:6 99:23 115:23 131:23 144:16 150:17,20 151:10 151:12
HUNGER 2:17
hyperglycemia 28:25 29:22 73:18
hypo 62:12 126:9
hypos 127:24
hypothetical 128:15
hypothetically 62:5

I
idea 76:24 77:3 87:5 105:20 106:5
identical 12:14 26:4 33:23
IDENTIFICATI... 3:7
identified 24:6 37:24 40:16 60:6 168:4
identify 41:11,16
II 29:11 79:6 80:13 80:16 97:1 98:2,6 98:22
ill 112:17
imagine 166:8
impact 112:5,11 149:11,12
impacted 116:14

150:2
impaired 78:15,17 78:19 79:15,16
implicate 122:2
implicated 131:6 132:10 149:19
implicating 132:20
important 68:9 87:12 115:9,11,15
imposed 89:25
impression 110:16 137:3
improved 174:12
inaccurately 47:21
inadequate 9:12
incidence 156:16
include 50:12
included 68:1
includes 27:16
including 110:11 176:21
inclusive 68:4
inconsistent 87:8
increase 134:15 136:17 153:12,18 154:3,8
increased 50:21 110:10 134:3,6,22 146:17 152:2 153:7 154:14,20 156:15,17 161:22 163:3
increases 152:21
incremental 90:9 129:20
independently 19:8 59:13,16 69:9
index 104:10,15
indicate 77:13 87:20
indicates 140:12
indicating 45:10
indication 89:13,20
indicative 72:22 78:9,11 87:1 93:8 93:15,17 99:20
individual 126:4 156:13 171:24
infarction 97:4

inform 50:5
information 13:19 87:12 143:19 163:14
ingesting 61:14
initial 16:25 21:2
Initially 44:5
Inpatient 89:15
inquiry 54:24
instance 84:24 96:6 97:3
instinct 76:4
instructions 181:10
insulin 65:6,9,14,22 66:8,13,19,22,24 67:14,17
insurance 7:25 8:5
interested 179:13
intermittently 84:15
international 46:25 47:4
Internet 106:9
intervening 107:13
intervenous 73:15
interventions 166:16
intolerance 79:10 93:8
introduced 33:12
introduction 30:24 31:2
investigate 56:16
investigation 32:9
investigator 8:12
involve 40:3,7
involved 5:3 7:8 8:11 9:21 10:3,4 27:1 44:6
issuance 8:8
issue 48:22
issued 33:9 36:24 44:25
issues 73:22
issuing 45:11,15
items 11:20
I-N-D-E-X 3:1

J
jacket 24:22 26:2

jacks 144:24
Janice 1:7 4:7 181:5
January 62:25 136:6,9,13 137:9 140:9
Jennifer 1:17 3:3 4:2 6:15 142:25 178:8 181:2,24
Jerry's 130:5,7 131:11,13,17,19 132:3
job 1:22 11:5 51:7
Journal 28:15 35:12
Judging 92:24
judgment 174:22
July 21:6,7 68:21 69:5 81:20,25 82:7 162:15
jumping 144:24
June 17:20 18:4 61:8 109:4 114:23 115:2 128:9 135:2 136:5,6 137:8
jury 123:11

K
keep 26:11
kill 111:21 112:1,9
kind 12:24 13:1 16:16,19 17:10 23:18 50:9 51:1 63:15 90:9 95:17 104:24 105:6 109:22 136:24 138:20 145:12 166:16
kinds 165:20
Kirstin 2:8 58:17
knees 145:14
knew 53:4 94:15 160:25 169:20
know 7:23 8:23 9:1 9:9,11 12:11 13:8 15:8,13,22 25:16 25:17 27:16 28:10 30:1 31:14,16 36:7,10 38:12 40:2,6,14,18 41:7

41:20 43:7,8,14
47:14 52:20,23
57:16,20,21,22,23
60:18 62:16,20
63:3 64:20,20
65:18 66:11,23
67:8,10,12,16
68:2 73:12,19
74:15 75:9,10,13
76:20 80:20 82:5
84:20 85:13,15
87:22 89:21 90:12
93:1 96:10 97:10
98:19 99:2,7,11
100:13 101:7,14
104:4,5,8,11,14
104:16,18,20
108:14 109:16
110:2 111:1,17,20
111:25 112:13,17
113:13,19 115:1,5
116:17,19 117:8
118:12,23 119:3,6
119:10,13,18
124:4 125:3,6
126:4,7,23 127:12
129:23 130:2,23
130:25 131:22,23
131:25 132:1,8,9
133:16 134:20,23
134:23 135:1,15
136:4,5,13,19
137:1,4,5,6,7,13
137:17,25 138:5,8
138:10 139:6,10
139:13 140:23
141:12,24 142:3,6
142:7,14 143:22
143:23 144:13,14
144:17,20 145:4,7
145:22 147:10
148:1,10,17
150:18,21 151:10
151:16,22 154:4
154:10,13,17
155:14,17 156:7,9
156:11,12,15
157:12,14 158:6
159:16 160:4,5

161:5,10 162:5,6
163:2,18,19,20,23
163:24 164:2,8,21
166:13 167:13,20
167:22 169:4,15
169:16,16 170:23
173:1,3 176:17,19
176:22
**knowing** 93:21
  95:20 112:4
  133:12 160:24
**knowledge** 36:21
  75:22 89:16 139:5
  139:13 143:20
  174:22
**known** 142:21
**knows** 15:19

**L**

**lab** 75:14 87:18
  89:22 93:25
**label** 25:2,5,12,15
  25:21,22
**labeling** 55:19,20
  56:9
**labels** 25:8,11,14
**laboratories** 83:16
**laboratory** 59:17
  88:25 91:7
**labs** 75:10
**lack** 8:14 9:20
**Lambert** 29:10
  46:5
**LAMINACK** 2:2
  181:3
**landed** 129:1
**language** 56:9
**large** 4:12 92:4
  126:11 173:16
  179:20
**lasted** 21:3
**late** 105:3
**Lauderdale** 1:24
  49:4 179:16
**law** 6:2
**lawful** 4:3 6:17
**lawsuit** 7:18 8:10
  22:22 23:1
**lawyer** 6:1 27:14
**lawyers** 12:8,15

17:5 21:2 23:9,18
24:25 25:6,9
26:24 27:12 35:21
36:15 43:10
**lead** 91:7
**Lean** 46:10,15
**learn** 96:19 97:19
**lectures** 51:23
  53:19
**lecturing** 52:2
**left** 15:11 86:16
  88:18
**Leslie** 46:18
**letter** 17:12,14
  181:19
**let's** 58:7 63:1,18
  104:3 105:13
  109:17 110:23,25
  110:25 113:7
  114:9 126:9,9,14
  127:24 128:22
  144:22 167:17
  170:2 171:8 174:6
  174:12
**level** 88:24 99:16
  146:11 164:15
  172:15 174:21
  175:4
**levels** 72:12 84:4,9
  84:13,16,18 85:17
  85:17 91:2
**Liability** 1:5 4:6
**Lieberman** 32:2,10
  32:11 35:19 36:8
  45:13,19
**life** 61:4 120:12
  130:17,19 137:14
  149:1,24 150:16
  151:8 152:2
**lifestyle** 65:11
  67:21 79:23 80:2
  80:4,21 145:18
  166:16
**lifting** 145:14
**light** 94:6 98:2
**likelihood** 67:13
**limit** 168:19
**limits** 141:20,23
**Lincoln** 4:13

**Linda** 1:8 4:8
**line** 13:1 44:6 67:16
  73:15 180:2
  181:13
**linear** 152:8,12
**list** 12:1,2 19:5
  27:18 33:22 34:9
  34:10,11,13,16,20
  34:24,25 35:5
  36:1,8,9 38:1
  40:15 42:23 43:24
  44:14 45:22 123:1
**listed** 106:2,3
**literature** 14:16
  15:18,20 19:4
  36:22 37:4,8 38:4
  38:7 39:8,14,19
  40:10,13,14 41:17
  42:11,15 43:4,23
  47:18,25 124:11
  124:20,24 132:23
  151:16,19
**Lithium** 47:2
**litigation** 1:5 4:6
  6:24 22:14,19
  23:12,19 27:7
  29:19 33:10 36:24
  42:3,8 43:20
  47:20 48:1 181:5
**little** 11:1 32:14
  44:15 59:8 81:11
  83:22 95:17 97:23
  106:11 107:17
  108:11 114:19
  142:21 146:17
  171:19 172:13
  175:9
**living** 144:17,19,24
**Llorente** 31:18
  52:17 53:3,4,8
**LLP** 2:2,7,12 181:3
**load** 78:18
**log** 20:14 26:11
  59:21 136:24
  138:14
**logged** 20:9
**logic** 120:24 121:8
  149:14
**logical** 175:13,25

**logs** 59:13,17
**long** 9:5 17:16 44:4
  49:16 85:18 95:17
  96:3 102:21
  104:18 107:6
  141:5 145:14
  150:24 154:13
  157:5 159:9
**longer** 79:16 99:6
**look** 11:15 12:9
  19:12 21:1 25:24
  30:17 34:19 41:2
  59:4 61:19 66:17
  66:21 70:24 75:23
  81:25 91:13 93:23
  96:2 101:10
  104:23 105:5,22
  105:22,24 106:16
  110:25 111:1
  113:7 114:9
  117:21,25 118:7
  134:24 137:22
  138:1 150:24
  158:16 160:19
  161:10 167:17
  171:8
**looked** 5:7 12:11
  25:11,18 36:3
  39:18 42:12 69:12
  89:3 107:17 123:4
  151:1 157:16,19
  163:8
**looking** 19:24 36:1
  63:9 74:2,22
  77:10 112:21
  113:21 114:5
  133:23
**looks** 26:3,19 35:9
  114:4 129:20
  136:23 156:12
**lose** 112:13 153:19
  164:8 165:23
  166:11,14 167:23
  167:24 170:21
  171:1,11,24 172:5
  172:6,9 176:14,18
**loses** 151:24 153:5
  153:5,5 172:2
  174:11

Case 6:06-md-01769-ACC-DAB   Document 1316-6   Filed 02/27/09   Page 10 of 12 PageID 25362

Page 192

losing 109:20
  162:25 164:3,9,19
  167:15 175:1,3
loss 118:16,19,20
  118:24 119:4,11
  126:16,21 138:23
  139:6,10 149:15
  153:9 164:6,25
  165:3 167:20,21
  170:11,19 174:19
  176:10
losses 126:11
lost 41:15 79:1,3,12
  162:1,4 164:3,22
  165:2 167:10
  170:15,23 176:1
lot 10:25 36:2 38:18
  142:11 147:3
  150:4 167:13
lots 124:23,23
lower 100:24 101:3
  101:3 119:14,20
  148:17 149:9,23
LP 1:7,8,8 4:7
lunch 133:17
luncheon 133:19
lung 158:4

―――― M ――――
magnitude 158:4
  167:21
maintain 143:12
  166:14 172:12
maintained 110:22
  129:22 146:11
  150:10 151:2,6
maintaining 149:16
major 111:8
majority 142:1
maker 149:9
making 31:25
  161:4
manageable 167:3
  167:7
managed 166:21
  167:23,24
management 4:17
Mania 47:3,7
manifest 79:8,9,10
manufactures

53:17
March 21:6 107:16
Maria 52:17
mark 11:14 19:17
  20:12 24:15 32:17
  32:18 33:18 70:23
  75:2 86:3 88:8
  105:14 108:25
  114:9 140:6 143:3
  162:14 168:5
  170:2
marked 11:11
  20:21 24:18 32:21
  33:15 71:5 75:5
  86:5 88:6 92:19
  105:16 106:19
  107:25 108:21
  109:2 111:6 113:8
  114:12 140:3
  143:5 162:10
  168:8 170:6 171:5
  177:3
market 49:18 52:6
markings 14:9
Marks 1:17 3:3 4:2
  5:18 6:15,23
  11:16 20:15 24:3
  142:25 178:8
  181:2,24
MARTINEZ 2:2
  181:3
Marvin 30:25
mass 104:10,15
matched 29:12
material 5:2
materials 18:22
  19:3,6,9 33:23,25
  44:24
matrix 154:18
matter 36:1 60:11
  141:11,11 181:7
MAZZEO 2:8
Ma'am 140:7
McNeely 28:24
MDL 1:5 181:6
MDL"BURNS 3:7
mean 8:5 11:22
  26:8 38:13,25
  42:10 43:25 47:22

57:21 58:2 63:3
  66:11 73:9 78:3
  79:25 80:3 84:22
  85:14,16 109:21
  113:11 117:4,9
  123:3 150:10,22
  155:21 165:12
  166:1 172:14
  176:20
meaning 8:22
  132:19 152:13
means 132:15
meant 5:10 146:24
  147:4,9,11 176:5
measured 113:14
measures 166:3
mechanism 122:13
  122:17 123:12,20
  124:1,15 125:18
  125:23,24 176:17
  176:19
mechanisms 122:11
  124:20 173:22
median 117:5,9
Medicaid 32:25
medical 5:6 6:2
  12:22,24 13:22
  14:15 15:17,19
  16:12,18,20,24
  17:1,17,17,23,24
  18:3 19:4 37:3,8
  39:8,14 41:17
  43:23 59:11 60:10
  61:12,23 62:2
  63:9,18 69:2,12
  69:20 70:23 74:7
  75:21 76:4 81:23
  82:2 90:25 91:1
  91:13 97:25 98:1
  98:5,11,21 100:1
  101:15 104:12
  105:11,13,19
  110:17 114:3
  116:1,6,12,14
  117:21,25 118:7
  123:19 125:12,16
  127:14 135:16
  137:20 158:25
  159:1 160:20

medication 50:11
  50:21 53:17,22
  129:10,11 132:23
  165:16,18
medications 31:19
  59:21 82:21 83:2
  116:17 122:19,22
  123:25 137:18,20
  137:22,25 165:9
  165:15
medicine 56:17
Medline 15:12
  30:13 38:10
Mellitus 29:22
  32:23
memory 35:7 37:15
  37:20,21
mention 50:23
  138:25 169:6
mentioned 90:5
  129:8 138:8
  139:15
messed 85:10
met 34:14 57:24
metabolic 31:19
  33:9 48:22 50:4
  50:13,16,21 51:2
  51:8,12,16 52:8
  53:16 54:5 64:3
metabolism 172:23
  173:6,15
methodology 62:8
  62:16,20 103:10
  103:16,23 116:16
  119:24 120:9
  126:18,24 132:17
Meyer 31:10,12,14
  31:15
Miami 1:10 4:13
  7:11 9:3 49:3
Miami-Dade 4:13
middle 1:1 4:9
  136:2 151:7
mild 81:5,9,11
mildly 77:23 81:1,2
  81:4
Miller's 28:15
milligrams 81:22
  134:5 140:17

mind 20:17 157:22
  176:10
minimum 78:10
minus 45:6
minute 17:19 61:19
  62:11 94:15 103:8
minutes 45:14
missed 47:23 87:19
  91:4
missing 40:22
  70:17
misspoke 88:9
mistaken 66:2 82:9
mistakes 13:25
misunderstood
  148:3
misworded 147:2,7
mix 14:17 131:2,2
model 33:20 63:14
models 63:5,9
  64:22
moderate 81:12
modify 65:11 67:1
  67:14,21 79:19
moment 35:20
  148:5 153:24
  154:4 161:25
money 8:1,6 21:25
  49:11
monitor 83:5
monitoring 50:9
Monotherapy 47:7
month 84:8 91:24
  110:22 150:19
  152:9 156:3,4
  163:4
months 84:5,6
  102:13,16 104:22
  105:3 114:19
  144:8 147:6
  152:25 153:7
Montrose 2:3 181:4
mood 172:1 174:12
  174:13
morbidly 150:12
morning 6:5,23
  58:12,14 72:21
  73:2 75:15 88:18
  98:3

| | | | | |
|---|---|---|---|---|
| mouth 130:16 | 128:7 133:14 | 181:13 | 123:20 160:22 | 38:9 |
| Multicenter 46:25 | 140:23 142:15,19 | numbers 32:16 | offered 23:9 | opinion 23:13 |
| 47:4 | 151:25 | nurse 13:12 94:1 | offering 41:5 42:3,7 | 61:11,22 62:1 |
| multiple 88:10 | nevertheless 83:1 | nurse's 136:23 | 43:5,16 88:13 | 87:13 92:21 97:25 |
| Myers 49:7,8,12 | new 40:24 90:23 | N.W 2:13 | 146:18 148:4 | 98:4,19 102:3,24 |
| 51:24 52:2 53:5 | Newcomers 27:25 | | office 1:24 12:23 | 115:9,11,21,25 |
| 53:20 | nine 21:13 86:18 | **O** | 16:10 27:16 29:24 | 116:5 117:4 |
| myocardial 97:4 | 87:17 94:7,18 | oath 6:18 178:2 | 37:22 94:1 134:14 | 122:10 123:20 |
| M.D 1:17 3:3 4:2 | nods 11:7 | obese 104:4,6,11 | official 178:10 | 133:23 146:18 |
| 6:15 178:8 181:2 | non-fasting 75:10 | 106:14 120:4 | 179:16 | 148:4 160:22 |
| 181:24 | non-randomized | 150:12,18 159:15 | Oh 71:3 | 161:6 175:1 |
| | 39:8 | 160:1 | okay 5:22 9:5 10:9 | opinions 29:19 33:9 |
| **N** | normal 71:21 72:12 | obesity 80:2 129:22 | 10:18,19,23 27:22 | 36:23 41:4 42:2,7 |
| name 6:23 73:12 | 73:1 75:17 79:17 | 151:6 157:3,8,20 | 33:17 36:7 44:21 | 43:5,16,19 47:20 |
| 122:24 181:19 | 82:14 83:12,16,17 | 157:23,24 160:6,9 | 45:2,9 62:13,14 | 48:1 53:24 88:13 |
| named 6:16 | 96:6,8 112:15 | 160:12 | 75:24 76:23 85:3 | opportunity 23:10 |
| nature 7:4,15 8:10 | normally 11:2 | Object 128:16 | 85:10 88:4 99:22 | opposed 24:23 |
| 9:14 68:16 | 73:23 75:23 | 130:10 131:14 | 103:9 107:12,19 | 103:13,18 126:20 |
| necessarily 35:6 | Notary 1:23 4:11 | objection 95:3 | 109:7 110:13 | 127:2 129:21 |
| 66:17 82:15 117:2 | 178:15 179:20 | 98:23 102:7 | 112:22 121:19 | 134:10 |
| 162:4 165:17 | notation 14:8 77:13 | 103:20 120:19 | 126:12,16,17 | oral 71:23 93:22 |
| 166:1,24 174:13 | notations 14:9 | 121:12,22 122:4 | 127:25 128:5,6,7 | order 4:17 72:5 |
| necessary 181:8 | note 31:25 77:7,21 | 123:14 124:18 | 128:8,10,11,22 | 116:20 126:2 |
| need 5:8 59:2,4 | 81:15 87:18 88:12 | 125:10,19 129:5 | 133:25 134:6 | 158:3 179:15 |
| 66:17 70:24 73:24 | 107:3,6 108:15,24 | 132:4 142:13 | 137:7 139:2 | ordering 181:18 |
| 83:3,8 87:3 94:2 | 134:17 136:7,10 | 146:5 149:21 | 141:16 143:7 | Oreo 131:11 |
| 98:17 105:5 | 138:12 139:24 | 152:11 154:25 | 147:4 152:14 | Oreos 131:10,12 |
| 116:19 142:5,10 | 161:21 162:15 | 166:23 167:8,12 | 164:16 167:19 | original 30:5,7 |
| 142:17 161:5,10 | 168:4,14,17 170:2 | 174:2 | 168:18 170:2,11 | 179:14 181:17 |
| 181:16 | 171:21 181:6 | objections 4:19,24 | 172:16 173:13,17 | ORLANDO 1:2 |
| needed 104:23 | noted 21:5 26:7 | observation 38:25 | 174:5 | 4:10 |
| 143:11 | 81:21 92:13 | observational | Olanzapine 46:6 | outcome 10:7 |
| needs 155:10,15 | 112:24 134:2,5,21 | 38:23 39:15,23,24 | 54:18 | outline 5:25 12:22 |
| negotiation 5:4 | 135:4 136:16 | 40:2 41:12,21 | old 131:7 150:3,5 | 13:5,16,19,21 |
| neighborhood | 137:21 138:15,17 | 54:25 55:2 167:5 | older 31:4 120:14 | 14:1,3,5,6,13 |
| 155:10 | 139:23 146:16 | obtain 13:19 38:22 | 120:17 121:6,11 | outlines 12:24 |
| neighbors 141:8 | 181:12,14 | obviously 142:22 | 121:17 149:17,19 | outpatient 89:22 |
| neither 179:12 | notes 5:8 14:3,4,6 | 161:1 | 150:1 | overeat 172:13,14 |
| nested 32:25 | 16:7,15 | occasion 73:20 | omissions 13:25 | overweight 106:8 |
| net 122:3 129:3 | notice 4:10 5:17 | occasions 70:20 | once 5:19 181:13 | 159:7,9,13 160:1 |
| 154:3,7 162:18 | 6:16 11:14 179:8 | 111:18 | ones 27:11 37:14,16 | o'clock 1:11 4:15 |
| neurologist 55:11 | noticed 138:15 | occur 126:19 | 42:22 45:2,3 | 175:9,10 |
| neutralize 166:4 | November 27:25 | 128:21 131:3 | 68:22 107:14 | |
| never 36:2 48:10,13 | 29:1 31:20 56:20 | October 1:11 4:14 | ongoing 90:24 91:1 | **P** |
| 48:16 55:18 57:3 | 142:25 143:17 | 21:17 109:17 | onset 98:17 103:12 | page 3:2 19:17 |
| 57:12 58:21 62:9 | 151:21 | 178:11 179:17 | 130:8 | 20:13 25:18 32:15 |
| 62:17,22 64:6 | number 8:17 9:16 | 181:1,7 | operating 4:23 | 60:3 70:24,25 |
| 69:16 96:16 97:11 | 29:13 40:3 49:3 | offer 61:22 62:1 | opine 74:7 | 86:15,17 88:10 |
| 105:9 120:15 | 101:3,24 159:10 | 98:19 102:3 | opining 37:4,9,23 | 105:22 133:23,24 |
| 121:9 123:17 | | 115:25 116:5 | | 180:2 181:11,13 |

pages 13:5 181:15
paid 8:1,9
pain 175:19,22
pancreas 121:11
pancreatic 79:1,13
  79:17
paper 14:22 16:9
  16:12
papers 30:19
paragraph 60:4
  97:23 134:1
Paralegal 2:17
parameters 64:4
  106:6
part 10:5 20:2
  29:23 49:1 50:14
  52:7 56:19 59:15
  80:2,3 120:2
  122:10 136:19
participate 56:22
  56:25
participated 53:20
particular 51:3
  52:1 63:11 64:18
  67:23 84:1 117:11
  117:13,16 127:1
  136:14,15 159:5
particularly 85:21
parties 179:13
partly 79:24
patient 8:11 9:7
  10:2 23:13,14
  66:10,13 67:13
  75:11,18,21 82:11
  82:13 93:18 95:11
  95:23 96:2,3,7,24
  112:8 117:1,16
  123:13,22 126:10
  126:14 133:1
  136:24 165:13,13
  166:9,18
patients 32:3,25
  40:3,7 46:7 50:10
  50:17,20 63:24
  64:3,10 65:9
  67:18 82:24 83:2
  83:8 85:20,24
  90:14 91:11,19,22
  91:22,23 92:1,4

95:9 96:5 97:18
  104:15 117:10
  122:9,9 125:9
  149:15 158:1
  164:22 166:13,22
  167:3
patient's 126:4,5
pattern 108:14
  109:17 114:22
  126:21 127:3
  133:14 135:6
  152:3 153:9 159:3
  174:20
patterns 109:20
  117:23 118:4,8,9
  126:5,7 137:7
  154:11
pay 8:6
PDF 58:19
peek 147:25 148:2
peer 43:4
pen 35:3 44:23
pending 4:8 179:15
Pennsylvania 2:9
people 7:23 11:2
  50:6 52:4 79:12
  80:10,15 90:12
  95:18,21 99:6
  101:15 122:20
  123:23 124:3,21
  142:1,4,9,16
  154:2 156:24
  165:20 172:4,5,5
  172:6,14,20
people's 113:11
  145:16
perceived 163:25
percent 32:16 35:7
  40:18,19,19 41:7
  79:3,14 99:23
  115:24 131:23
  144:16 150:13,14
  150:17,20 151:6,9
  151:11,12,14
  152:10,22 155:11
  155:18 158:25
percentage 40:14
  78:25 158:14,22
  159:6 166:13

period 64:18 65:12
  65:16,19,23 66:1
  70:9,20 76:18
  81:24 84:4,8,13
  85:18 90:17,18
  102:5 103:12
  105:3,4 110:11,23
  111:2 115:2 116:7
  117:23 118:1
  122:21 126:10
  129:15 130:6
  131:5 134:15,20
  138:24 139:14
  146:22,22 147:20
  147:21 149:24
  151:25 152:9,21
  152:25 153:6
  155:12,15 156:3,4
  160:1 161:12,12
  163:21
periods 107:16
  118:16,18,23
  119:3,10 126:15
  138:23 150:24
  151:3 153:15
  167:10,20 171:15
  174:25 175:19
person 90:24 96:14
  141:19 144:2
  172:17 173:7
  174:6,11,23
  176:11
personal 75:22
  179:11
personally 8:6
  23:15 24:23 57:20
  57:22,23 178:8
perusal 139:1
pharmaceutical
  49:5 50:1 56:3,6,8
  56:11
pharmacologist
  55:7 124:6
pharmacology
  124:11
Pharmacotherapy
  33:1
Philadelphia 2:9
Phone 1:25

phrased 152:5
physical 23:10
  37:25
physically 37:17
piece 76:16 87:12
pieces 77:24
pile 15:11 30:24
  31:17
pill 62:7 119:21
  120:9 133:15
  135:18
Pirtle 2:2,3 4:16 5:1
  5:22 6:9 15:10,21
  15:23 33:22 34:1
  34:4 48:5 58:10
  58:13,20,24 59:2
  71:2 88:1 92:7
  95:3 98:23 102:7
  103:20 111:3
  120:19 121:12,22
  122:4 123:14
  124:18 125:10,19
  128:16 129:5
  130:10 131:14
  132:4 133:18
  141:10,14 142:13
  146:5 149:21
  152:11,14 154:25
  166:23 167:8,12
  174:2 175:6,7
  177:1 181:3,3
place 154:6 175:13
  179:12
Placebo-controlled
  47:1,5
Plaintiff 2:5
Plaintiffs 12:8,15
  17:4 21:2,23 23:1
  23:4,7,9,18 24:24
  25:6,9 26:24
  27:12,14 35:13,21
  36:15 43:9
played 9:22 158:22
  158:25 159:5,8
  160:6
plays 157:23
please 24:16 34:10
  86:3 95:4 143:3
  181:6,10

plus 37:14 44:24
  45:5,6,10,18,23
  46:1,3,8,10,12
  47:17 109:15
  159:19
pluses 46:3,23
point 62:25 63:10
  63:12 70:17 71:18
  77:24 84:1 88:1
  100:19 101:8
  119:7 125:7
  128:23,24 129:14
  129:17,19 130:2
  139:21 142:21
  143:20,21 148:14
  149:1 150:16
  151:8 152:15,19
  153:23 169:25
  171:14 172:10
  175:7
pointing 19:16
  30:23
points 84:8 121:1
  137:23
poor 9:15
poorly 10:2 134:24
possibilities 125:2
possibility 84:12
  85:12
possible 5:23 16:8
  51:2 74:6 100:5,7
  141:10,15 142:20
  163:17 166:5,12
possibly 27:8 50:8
  77:2
potential 50:13
  51:8,12 166:3
  167:6
potentially 50:18
pound 120:16
  121:10 143:12,13
  154:22 155:4,5
pounds 104:8,19
  106:2,25 107:1,5
  108:10 110:10
  112:23 126:12,16
  127:25 128:7,23
  134:3,22 136:8,17
  137:3,11 140:9,19