144:7 146:17,19
146:19,23 147:6
147:23 148:8,20
148:24 149:23,25
161:23 163:21
170:12,13,16
171:1
practice 64:10 65:3
65:4 67:19 71:12
72:3 75:9 76:4,9
88:21 90:19 96:12
96:23 156:21
pre 133:2
preanesthetic
106:1
precise 164:15
prediabetes 66:23
66:24 67:17,19
78:10,16,20,21
82:12 83:9 93:9
predict 63:5
predicted 63:17
predisposing
127:22
predisposition
80:12,17,19 82:18
Prednisone 169:3,4
preparation 19:9
51:15
prepared 13:8 16:1
18:16 20:1,4
28:21 29:4 34:20
47:20 98:4,10
145:20
preparing 13:3
18:23 20:2 29:7
45:3,4 46:16,19
48:1 53:9,12,24
present 2:17 49:23
149:23
presentation 49:1
50:3,14 97:17
presented 43:11
50:15 52:15
presenting 97:5
pretty 108:19
137:25 141:21
142:11 145:17,22
150:17

previous 96:6
previously 101:17
181:9
pre-diabetic 84:18
85:6,8
principal 8:12
print 12:17 14:24
16:19 42:20 43:24
44:16 58:17
printed 16:13,20
42:22
printing 16:21
printout 43:22
prior 9:16 23:12
45:3,4 60:14,16
60:19 62:25 67:24
89:19 98:7 104:24
105:7 118:21
126:8 138:9
139:10
probability 98:1,21
100:2
probable 100:1
probably 17:6,19
19:20 43:24 44:20
47:21 49:14,14,18
50:23 58:14 59:4
70:1 71:20 76:5,6
79:2,6,7 81:7,10
83:21 84:20,21
86:1 91:15 93:13
93:15 94:1 96:3
97:8 105:1 118:11
135:19 138:1
145:22 147:7
155:10 158:5
160:3 176:5
problem 169:5,13
problems 168:16
process 13:18 18:23
20:2,4 90:6,9
produced 6:4,7
26:5 27:17 34:17
product 49:8
Products 1:5 4:5
181:5
profession 50:7
professionally
57:20,24

profile 50:4 51:16
52:9 63:9,18
72:17
prognosis 23:14
progressive 95:16
promotional 49:25
prompted 94:11
proof 123:8,9
124:25
proposition 122:25
151:24
proved 122:14
proven 123:17
provide 36:22
provided 12:6,21
15:6,8,20 18:25
24:10,12,24 25:5
25:8 26:3,23
35:21,22 36:12,13
36:14,15 37:7
42:23,25 54:15
58:11 59:25 60:7
60:22 69:10 82:1
87:21 113:24
181:15
provider 96:16
providing 36:19
37:2
proximal 131:3
psychiatric 30:11
31:18 46:18 50:5
69:25 70:2 112:21
psychiatrist 49:23
52:11,16 55:4
psychiatrists 50:6
Psychiatry 28:16
35:13
psychologically
176:3,4
Public 1:23 4:11
178:15 179:20
publication 26:20
28:1 31:11 57:10
published 30:18,20
40:3 43:3,18
48:10,13,16 57:13
PubMed 30:13,15
30:21 44:15
pull 25:3,24 41:11

108:8
pulled 15:12 18:22
20:8 24:23 28:17
28:18 29:3 30:2,4
30:6,12,16 31:7
31:22 32:7 35:14
35:17 37:10,16
39:4 41:5 53:3
67:10 113:23
pulling 19:9 30:14
114:6
pulmonary 82:9
169:4,13
punched 27:4
purpose 4:4
purposes 173:13
pursuant 4:10 5:15
179:8
put 27:4 35:4,9
36:11,18 38:20
44:24 45:5,10
46:23 52:4 58:16
68:20 75:10 77:8
81:17 103:4,7
112:22 130:16
136:11 142:11
144:2 173:19
175:17
puts 159:22
putting 20:5 60:22
125:2 167:13
p.m 177:5

Q

quantify 63:10
64:23 65:19 92:2
158:10,18
quarter 90:11
quarters 107:1
109:3
question 10:17,20
36:4 41:15 61:1
61:25 62:10 66:4
70:17 77:9,9
94:14,14 95:10,13
95:14,22 98:9,9
98:18 99:24
102:19 103:22
104:25 110:14
112:7 128:18

139:9 140:20
147:17 158:15
169:9 175:8
questioned 92:24
questioning 5:20
77:14
questions 10:12,13
36:4 51:11 54:23
75:8
quetiapine 29:21
32:17 38:24 39:9
39:15,21 40:4,7
40:10 41:4,9,13
41:18,21 43:5,11
46:6 47:19 48:2
52:22,25 54:6,13
54:21 59:22 88:14
quickly 26:18
141:21 142:12
144:3
quite 42:17 58:20
103:4 144:11

R

RABER 2:12
Ramirez 168:6
random 77:9,15
92:25 93:2
randomized 9:8,11
39:3,5 46:25 47:5
range 72:11 76:11
78:15 81:6,7,12
81:22 84:16,19
85:6,13,14,15,18
104:21 106:14
107:7 126:16
127:8,18 161:2
rate 22:3,5 143:12
read 26:18 28:12
35:1 37:17 42:21
42:22 45:3,14
46:15,19 64:14
70:1 140:21
153:17,22 154:1
162:25 163:12,13
171:21 181:10,12
181:14,17
reading 70:3 72:5,8
72:21,22,25 73:2
76:7 77:8,15,16

77:19,21 78:2,12
78:14 82:6 83:19
86:8,8,21 88:22
89:3,3 92:14,22
93:12,14 94:5,7
94:16,19 113:18
132:22 140:15
141:13
readings 59:14
  60:18 67:24 68:5
  68:8,13,13,22
  69:1,5,11 70:10
  70:16,19 72:15,19
  73:4,24 74:3,9,10
  76:14 78:5,24
  81:20 82:14 85:13
  85:22 89:9,24,25
  93:19 94:6,18
  96:8
ready 48:8
real 93:15 105:20
realize 36:2
realized 30:19
really 7:16 31:24
  34:19 39:11 50:14
  68:17 83:13 96:7
  98:18 99:8 104:10
  126:7 144:18
  158:21 162:22
  172:16
reason 5:1 9:17
  52:1 53:3 73:11
  74:23 77:14
  159:14 170:25
  171:18,22
reasonable 61:12
  61:23 62:2 74:7
  98:1,5,11,20
  100:1 116:1,6,11
  116:13 122:14
  123:19 125:12,16
  127:13,15 158:24
  159:25 160:3
reasons 53:6
  165:20 171:23
  175:5
recall 38:15 47:21
  51:5 53:1,2 60:8
  66:5 69:15 70:7

74:14,22,25 86:13
86:14 104:14
107:23 109:14
110:20 111:13,19
113:25 118:6,18
118:19 119:5,12
134:12,18 135:9
135:14 136:25
138:11 140:7
142:20 143:23,24
145:15 146:13
151:20 160:25
169:5
recalled 36:19
receive 12:12
received 8:14 15:17
  15:17 16:21,24
  17:8,11 18:20
  21:25 49:11,15
  90:24 91:1 102:6
  102:22 147:21
receives 90:22
receiving 96:15
  103:1
recess 48:6 92:8
  133:19
recognizing 89:24
recollection 114:1
  139:1
recommend 71:18
reconvenes 58:15
record 19:15 21:19
  30:22 69:16 75:1
  88:9 89:13,19
  92:13 101:15
  106:21 111:1
  112:6 113:5,7,17
  113:22,23 114:3
  117:21,25 118:7
  133:18 136:23
  137:21 140:7,12
  140:15 160:20
  163:6,7 170:25
recorded 22:9,13
  22:18 148:14
records 6:2 13:22
  16:13,18,20,24
  17:1,17,18,23,25
  18:3 20:9 59:11

60:2,10,13,15
69:2,12,20,25
70:3 74:22 75:21
81:23 82:2 91:13
97:25 101:17
104:12 105:11
107:9,10,13,15,21
108:8 110:17
111:11 112:21
114:24 135:1,16
139:17,25 146:10
167:18 168:14
169:2,21 170:14
recreate 44:1
red 24:22 26:2 35:3
reduced 179:10
Redweld 19:16,16
reference 33:22
  34:9,10,11,12,16
  34:20,23 36:8,9
  40:15
referenced 88:12
references 138:14
referred 11:10
  20:20 24:17 32:20
  33:14 71:4 75:4
  86:4 88:5 92:18
  105:15 106:18
  107:24 108:20
  111:5 114:11
  140:2 143:4 162:9
  168:7 170:5 171:4
  181:7
referring 109:6
  113:2 140:17
reflect 17:7 22:12
  22:16 69:20
reflecting 43:22
reflects 17:11 20:8
  21:1 69:16 109:2
  134:14
regard 5:14 16:5
  43:5,11 47:19
  48:19 49:20 51:16
  53:21 54:5 56:2,5
  69:11 102:21
regulations 55:16
  55:19
relate 39:9 55:19

81:24
related 8:14 27:7
  38:23 41:3,8
  42:12 48:1,22
  50:3 115:20,22
  168:16 172:15
Relates 1:6 4:6
relating 111:11
relationship 155:23
  156:2
relative 64:16
  131:5 154:10
  156:13 158:18
  176:12
relatively 123:24
  142:2
relevance 139:15
relevant 41:4 43:4
  69:6 105:23 126:8
reluctant 141:3
rely 29:7 71:22
  76:2 112:6
relying 113:5
remember 7:7,8,16
  7:17 8:10,21
  17:25 42:17 44:18
  46:17 50:25 52:11
  52:13 60:15 70:3
  81:23 96:11 109:9
  113:21 114:5,7
  119:9 136:19
  169:22
removed 7:24
rendered 23:13
repeat 9:24 56:4
  61:25 62:10 95:14
  104:25 139:9
  161:9
rephrase 10:22
report 5:14,15 13:3
  18:16,23 19:9
  20:2,5 24:12 26:4
  27:19 28:22 29:5
  29:8 30:8 31:3,11
  32:8,12 33:2,5,19
  34:8,16 45:3,4,11
  45:15 46:16,19
  53:9,10 59:25
  60:22 67:24 68:23

77:7 81:17 86:9
86:17 87:18 88:13
88:25 92:22 97:24
110:4 112:24
114:3 125:23
133:24 138:17,18
138:19 164:10,11
179:9
reported 1:22
  115:5 132:24
reporter 10:25 11:6
  179:1,8
reports 6:10 20:3
  29:21 33:24 36:24
  44:25 46:24 47:11
  53:25 56:16 107:4
  163:22 164:14,16
represent 6:6,24
  39:4 47:18 68:14
  107:14 170:11
representations
  50:19
representative
  40:13
represented 24:1
  37:3,8 38:8 47:25
represents 40:16
reputation 57:21
requested 11:20
requires 159:22
research 8:12 37:23
reserved 4:25
reserving 4:19
resident 7:6
resistance 65:6,10
  65:14,22 66:8,13
  66:22,24 67:14,17
respected 57:18
  58:4
respectively 72:18
responds 71:24
responsible 164:19
restaurants 49:3
restricted 38:18
  40:25
restrictions 38:20
result 129:24
results 30:18,20
  32:8

retain 20:16 173:16
retained 179:15
retention 23:23
retrospective 39:2
return 181:15,16
  181:19
review 12:8 18:15
  18:18 27:10 28:13
  31:10 33:4 41:12
  43:4 47:11 49:20
  51:16 54:1,17
  55:1 82:3 97:24
  110:16 111:11
  124:10 138:20,21
  139:16 151:19
  169:21
reviewed 6:1 18:11
  19:6 31:14 33:7
  38:8 40:10 41:8
  41:23 43:12 44:25
  45:11 47:12,12,15
  47:19,25 54:8
  69:24 82:2 123:3
  151:16
reviewing 19:24
  26:10 75:21 81:23
  107:22
re-creatable 44:13
right 6:11 11:9 15:7
  19:14 21:12,18,21
  26:7,22 29:20
  31:3 45:8 46:16
  46:19 48:11,12
  56:23,24 57:1,7
  57:25 66:5 72:9
  72:10 74:24 75:25
  79:23 80:11 86:17
  88:15 92:17 99:13
  101:1 106:10,23
  113:24 116:23
  121:3 122:10
  124:6,12 125:4
  130:3 132:6 133:7
  133:22 134:23
  135:22 136:10,15
  136:23 140:15,19
  140:21 143:7
  153:24 154:4,5
  156:18 159:19

161:25 162:25
163:22 164:7,10
164:13 169:3,13
169:25 170:3,14
172:2,18,23 173:2
173:14,17 174:9
176:7
rigorous 100:25
ring 74:20,21
risk 29:11 32:23
  35:11 46:5 50:16
  50:18,21 51:1,2
  62:25 63:1,6,10
  63:17,20,24 64:2
  64:16,17,23 65:10
  65:15 66:3,9 67:1
  67:5,14 80:22
  82:17,20 120:13
  149:12 150:2,4,9
  150:12,16,20
  151:2,5,8 152:2
  152:10,22 153:7
  153:12,18 154:10
  154:20 156:13,13
  156:17 157:9,13
  158:2,3,14,16
risks 50:7,13 51:8
  80:1 150:24
Risperidone 46:6
Ritz 4:12
road 4:13 79:20
role 9:22,22 88:14
  158:22,25 159:6,8
  160:7
room 4:13 74:13
  75:2,9 76:22
  144:17,19,24
rough 63:15 106:5
roughly 13:6 110:1
RPR 1:23
rule 84:12,15 85:12
  95:12,24 97:18
rules 4:18,23 6:11
ruling 117:15
run 38:11
running 73:15
  145:1

——— S ———
S 2:7 179:14 181:25

sad 172:6,7,9,12
  174:7,7
sadness 174:19
safe 165:19
Safety 47:1,6
saw 34:12 69:3 73:2
saying 94:17
  113:22 116:16,22
  116:24,25 120:15
  121:14 123:8
  146:11,22 147:6
  160:16 164:3,18
says 20:14 25:18
  32:15 86:17,17,23
  89:15 125:8
  140:15 141:10,14
  141:23 142:23
  152:8,19 153:3
  155:17 156:1
  162:19 163:20
  164:9 167:14
  168:15 169:2
  170:10,14
scale 136:22
Schedule 11:20
  12:1
Schizophrenia 32:3
  35:12 46:7
schizophrenics
  29:12
Schwartz 30:10,25
  31:13
science 38:8
scientific 62:15
  122:15
scientist 57:18
scrubbing 145:14
se 112:21
seal 178:10 179:16
search 30:13 38:4,6
  38:22 40:24 43:23
  44:8,18
searches 37:1,10
  38:11 40:12,23
  42:11,15 44:10,12
second 40:11 48:20
  86:15 101:10
  134:1 147:8
secondarily 128:13

Second-Generati...
  35:11
secretary 27:4
section 30:25 59:13
  59:16
Security 87:24 88:9
sedentary 142:2,4,9
  142:16 143:10
  144:4,6,12,13
  145:17,22,24
see 13:22 21:12
  22:10 27:13 30:17
  32:5 34:11,15
  35:24 37:2,6 38:4
  40:9,24 41:2 42:5
  43:17 46:13 52:24
  60:9,12 71:2
  72:17,21 75:15
  77:10 82:23 85:10
  86:16,23 87:24
  88:17 91:14 94:12
  105:11 106:1,21
  107:8,21 108:3
  118:1,7 123:1
  168:11,17 169:10
seeing 23:14 86:13
  135:14
seen 11:16,18 28:8
  58:21 65:21 66:1
  69:16 76:14 94:18
  96:7 105:9 114:2
  117:10 134:13
  135:24 144:1
  151:4
self-addressed
  181:15
self-report 134:11
self-reported
  136:18 163:9
seminars 23:17
sense 38:16 71:24
  104:23 144:22
  146:4,6 147:3
sent 12:10,12,14,14
  14:10,12,15,20,21
  15:5 16:6 28:5,6
  28:10 29:15 30:4
  30:5,6 34:18,25
  35:1,23,24,25

58:18,22
sentence 39:11
  134:1,25 140:17
  141:14 146:14
  147:2,8 161:1
sentences 134:8
  147:7
separate 14:20
  59:21
September 21:16
  24:2 32:10 35:19
Sernyak 46:21
Seroquel 1:5 4:5
  25:2,11,14 47:2,6
  48:11 61:5,9,14
  61:18,24 62:3,7,9
  62:13,18,22 63:12
  65:7 76:18,25
  77:5,18 87:7,14
  90:2 94:10,22,24
  95:2,7 98:1,4,12
  98:14,21 99:3,13
  100:2,10 102:1,5
  102:8,14,22,24
  103:1,4,13,14,18
  103:19 104:19,24
  105:7 110:12,19
  115:3,7,13,14,20
  115:22 116:2,3,8
  116:8,14,23 117:1
  117:2,6,10,18,22
  117:24 118:1,8,10
  118:10,15,17,19
  118:20,24 119:4,8
  119:11,16,21,25
  120:7,9,10,15,16
  120:25 121:2,8,19
  121:20 122:2,8,19
  123:12,21 124:11
  124:15 125:8,17
  125:24 126:3,6,8
  126:11,15,19,20
  127:2,4,9,10,19
  128:9,12,19,20
  130:4 132:20,23
  133:2,7,10,14
  134:4 135:3,8,12
  135:17,25 137:19
  137:24 138:7,9,25

| | | | | |
|---|---|---|---|---|
| 139:4,7,11,22 | sick 111:25 | 65:15 66:20 71:24 | sponsored 49:5,25 | steroids 82:10,13 |
| 140:18,24 146:15 | side 50:21 51:2,12 | 72:14 78:5 90:22 | spreadsheets 20:3 | 82:19,24 138:3,6 |
| 147:14,20 148:6 | 54:6 86:16 173:19 | 91:8 97:7,12 | Squibb 49:7,8,12 | 138:14,16,22 |
| 148:10,15,19,25 | side-effects 28:16 | 124:15,16 144:7 | stack 15:14 | 139:1,3,8,14,21 |
| 158:20 159:4 | sign 44:24 45:5,10 | 144:10 151:24 | stage 120:12 | 172:19,20,22 |
| 160:17,23 161:7 | 45:18 47:17 181:8 | 153:4 156:21 | stairs 145:2,4 | 173:6 176:22 |
| 161:23 162:7 | 181:14,17,19 | 159:22 165:22 | stand 123:10,18 | Steve 4:16 |
| 164:4,7,18,22,24 | signature 180:24 | 172:1 173:24 | standard 83:7 | sticker 20:18 |
| 165:3,4,6,9,23,25 | 181:8,19,23 | 176:18 | standards 100:25 | stipulate 173:13 |
| 166:6,10,14,19 | significance 40:22 | somebody's 72:6 | standing 144:23 | stop 141:8 |
| 167:7,11,22,23,25 | 155:8 | 116:19 168:19 | start 5:19 24:5 | stopped 16:22 52:1 |
| 169:24 170:21 | significant 151:11 | somewhat 83:15 | 97:23 150:18 | stopping 139:11 |
| 171:2,15,16,17 | 158:2,3 159:8 | soon 49:17 123:24 | 151:7 175:10 | Street 2:8,13 |
| 173:2 174:23,24 | signs 45:7 | sorry 21:6,11 22:21 | started 60:14 76:18 | stress 73:11 89:12 |
| 176:17,21 181:5 | similar 68:16 118:8 | 31:23 36:6 41:15 | 76:25 102:8,14 | 89:14,20 97:5 |
| serum 113:18 | 118:12 127:21 | 43:2 45:16 71:3 | 103:14,19 110:19 | stresses 73:17 |
| Services 1:24 30:11 | simply 5:10 42:12 | 86:10 101:16 | 115:3,6 119:7 | strictly 168:3 |
| 89:15 181:22 | 126:20 167:14 | 107:11 110:13,14 | 122:21 123:24 | strike 38:4 101:16 |
| serving 22:25 | single 96:13,24 | 111:4 119:17 | 132:2 135:3,7,12 | 115:10 173:4 |
| sessions 23:18 | 119:21 120:8 | 125:14 143:24 | 138:25 141:7 | strong 80:7,12 |
| set 10:5 53:24 | 121:10 130:15,17 | 147:16 148:22 | 147:14,20 148:25 | 91:17 96:8 |
| setting 73:7 | 133:14 157:9,13 | 152:11 161:9 | 154:7 158:13 | stronger 101:25 |
| settled 7:19,20,22 | 168:2 | sort 12:21 169:12 | 159:4,24 160:17 | strongly 80:22 94:8 |
| 8:4 | sit 55:24 60:16,19 | sound 106:10 | 161:21 | 94:20 95:1,6 |
| seven 66:6 | sitting 37:22 94:17 | sounds 106:11 | starting 39:24 | 112:5 |
| severe 28:25 81:11 | 109:7 111:20 | space 144:7 | 118:20 127:4 | studies 8:19 29:7 |
| severity 168:25 | 114:1 | speak 10:25 11:1 | 139:11 161:23 | 33:8 39:1,2,2,15 |
| share 20:24 | situation 9:19 | speaking 73:23 | starts 100:16,17 | 39:23,24 40:2 |
| sheet 19:18 20:7 | 129:7 172:11 | 162:19 | 153:4 | 41:21 43:3,17 |
| 26:10 180:1 | situps 144:17,18 | Special 30:25 | state 1:23 4:12 9:1 | 150:11 153:25 |
| 181:11,13,14 | six 13:7 17:6 18:21 | specific 6:9 33:24 | 61:11 68:14 105:6 | study 8:12,15,16,17 |
| short 48:6 92:8 | 49:14 91:24 | 48:13,16,24 53:21 | 112:15 178:3,15 | 9:13,17 10:6 |
| 122:21 169:11 | 110:22 126:10 | 60:23 | 179:4,16 | 28:24 29:12 32:11 |
| shortness 162:24 | 152:9 153:6 156:3 | specifically 38:15 | stated 143:9 | 33:1,12 35:19 |
| 168:15,21 | 156:4 | 39:16 42:9,10 | statement 51:1 57:1 | 46:24 47:1,5,10 |
| shoulders 11:7 | skinnier 148:24 | 50:4 54:1 67:11 | 57:4 143:16 | 122:24 123:4,8 |
| show 75:1 92:13 | skip 170:3 | 68:23 89:18 | 167:14 | 129:14,17,19 |
| 107:12 108:24 | sleep 74:20 169:7 | specified 179:12 | states 1:1 4:9 60:2 | 152:7 153:23 |
| 150:11 162:13 | 169:15 | speculate 145:19,21 | 141:2,4,6 143:10 | stuff 15:14 34:4 |
| 168:5 | slide 50:25 | 146:1,7 | 162:22 | subject 5:17 53:15 |
| showed 94:6,8 | slides 51:19 52:18 | speculating 158:8 | status 23:13 75:11 | 57:13 |
| 107:9 159:12 | slightly 85:22 94:13 | speculation 125:2 | 86:17 94:3 97:9 | subjective 137:2 |
| showing 86:7 113:8 | slow 90:9 | 146:3 | steady 110:4,17,22 | subjects 38:9 53:8 |
| 163:6 | Smith 35:10 45:12 | spell 70:5 | 135:25 | submitted 21:22 |
| shown 12:1 34:13 | snapshot 84:4 | spend 19:8 142:1 | stenographically | subsequent 18:1 |
| 114:24 165:22 | Social 87:24 88:9 | spent 19:19 20:8 | 179:9 | 44:8 |
| 179:10 | solicitor 179:13 | 21:20 22:1,8,12 | STEPHEN 2:12 | subsequently 15:3 |
| shows 129:14,18 | somebody 26:17 | 22:17 112:20 | steroid 82:21 83:1 | 17:24 |
| shrugs 11:7 | 27:3 34:21 58:17 | spikes 82:23 | 83:8 139:11 | substantial 9:22 |

10:6,14:7 129:15 129:21 141:21 144:3 149:5 154:14,23 159:22 161:18
substantially 47:22 165:24 168:19
succeeding 112:2 112:10
sudden 96:9 97:1
suddenly 96:15,18 96:19,20 159:15
sufficient 72:8 73:5 73:25 160:13
sufficiently 66:10 66:12
sugar 84:22 85:9,17 85:17 97:6 100:20 103:5
sugars 68:16 82:18 84:21,23 89:7,11 96:6 99:20
suggest 52:8 85:16 95:8 100:21 123:25 145:17 147:11 165:9 166:19
suggested 163:8
suggesting 129:23 148:7 149:1
suggestion 124:19
suggestions 117:9 124:23
suggestive 94:9,20 94:23 95:1,6
suggests 155:22 163:6 167:5
suicide 111:15 112:5
suit 8:21 179:13
summarize 59:10
summary 58:8 69:10 81:25 87:21 113:24
supervision 179:11
support 122:25
suppose 54:23 112:16 127:24 150:19

sure 9:25 16:23 28:4 32:6 34:19 41:16 48:5 60:13 61:20 66:11 70:6 76:3,6 92:7,15 95:15 97:10 105:1 106:12 108:18,19 111:4 117:20 119:18 123:2 126:23 127:12 130:11 131:24 132:9 133:22 138:16 143:18 145:23 147:18 150:22,25 152:4 157:18,21 168:20 181:14
surety 144:16
surgeon 73:12
surgery 73:17 74:19
surprise 64:1 66:15
surprised 70:8,11 70:14,15
surprising 156:20
survey 29:21
susceptible 82:12 149:2
suspicion 91:17
suspicious 77:20 93:5,13
swimming 162:21
swing 127:1
swings 126:16,19
sworn 6:18 178:9
symptom 97:5
syndrome 48:22 50:16 53:16
synopses 46:24 47:11,15
synopsis 59:24 60:12
system 96:21 132:20
systematic 54:17 55:1 138:20,21
systematically 54:20

────
T

take 11:7,15 14:3 24:7 45:18 46:14 48:4 50:20 61:19 77:23 81:10 88:2 89:2 92:6 101:10 105:13 113:18 117:10 166:6,10 171:20 173:5 181:6
taken 4:3 14:4 48:6 61:5,9 62:9,17,22 82:7 83:11 89:7 130:4 133:14 137:23 179:12
takes 44:16 90:7 95:17 116:22 165:14,16
talk 48:24 50:5,24 58:7 59:2 97:22 104:3
talked 87:16 98:10
talking 4:16 5:23 35:20 39:1 168:3 169:10
talks 48:19,21 49:2 49:12,14,19,22,25 50:19 51:7,15,21 52:7,10 53:1,4,15 53:21 65:21 141:5 151:1
tally 19:12
tell 5:4 7:4,14 11:16 16:19 17:16 19:3 33:21 34:10 38:3 38:6 45:6 67:18 67:23 77:12 78:25 81:19 84:7 93:12 109:7 110:1 114:21 123:11 130:1 147:12,18 153:21,25 157:22 158:1 170:8
telling 69:17 85:4
tells 135:21
template 34:3
temporal 100:9 102:25 131:8 132:12,15,18,21
temporally 131:13

ten 13:7 19:21 66:3 66:7 90:16 127:23 131:7 155:18 157:8
tend 154:3
term 152:12
terms 44:18 79:17 149:12 157:9
terrible 38:5
test 71:22,23 72:3 75:23,25,25 76:2 84:5 93:3,22
testified 6:18 10:9
testify 61:3,7 173:1
testifying 166:9
testimony 15:16 16:24 31:1 32:11 33:7 51:6 68:18 68:21,25 69:4 85:11 100:7 113:3 134:9 139:2 148:23 149:16 154:23 166:5 175:20 179:10
testing 94:12
Texas 2:4 181:4
Theoretically 156:19
theories 122:16
theory 149:10 165:24 173:4
therapy 47:2 83:8
thereabouts 78:24 129:2
thing 10:24 130:15 132:12,15
things 11:24 23:25 35:23 36:2 39:5 75:22 80:11 124:24 125:3,4 131:3,6 132:14 133:23 144:21 172:16,21 176:7 176:14
think 4:22 5:8,11 5:17 7:3,19,22 17:9,19 18:20 20:12 25:23 28:11 30:2 34:1,4,12,18

35:15,23 36:12,12 36:16 38:21 44:3 44:14 47:22 49:18 51:18,20 52:3,19 53:18 57:18 58:22 64:8 65:19 66:2,6 66:20,21 68:9,12 71:23 76:1,2 79:4 79:7,22 82:8 85:3 89:6,21 92:3 93:22 95:25 96:12 96:24 97:15,17 98:7,13 99:1,19 100:5 104:9 107:5 109:8,11,13 112:20 113:3,4,6 115:23 116:13 120:21 122:5,7,8 122:10,18 123:23 127:5,12,20 129:17,25 130:22 131:3 134:17 135:13 136:11 138:11 139:2 144:13,14,18,20 145:11,19 147:9 147:11 148:4,11 152:4,6,7,15,24 153:12,17,21 154:1,21 155:16 155:25 156:5 158:9,19,21 159:3 159:7,14,18 160:25 161:17,18 162:1,4 164:23 165:8 171:18,22 173:10 175:21,21
thinking 155:1
thinner 149:20 158:13 171:14
thirty 181:17
THOMAS 2:3 181:3
thought 5:2 18:2 28:11 31:4 45:13 45:14 69:6 79:6 175:12
thousands 125:4,6
three 6:3 16:2

Case 6:06-md-01769-ACC-DAB   Document 1316-7   Filed 02/27/09   Page 6 of 12 PageID 25370

Page 200

| | | | | |
|---|---|---|---|---|
| 19:11,23 20:10 | 147:20,21 148:14 | totality 37:3,8 38:8 | Twelfth 2:13 | 158:15 175:8,20 |
| 21:6,11,14 26:3 | 150:10,24 152:25 | 39:14 47:18 | Twice 7:3 | understanding 5:4 |
| 27:2,8 29:23 | 153:16 154:3,19 | toxicologist 55:9 | two 19:11 21:5,6,11 | 10:1 12:5,13,16 |
| 33:23 34:5 36:23 | 155:12,15 156:3,4 | 124:8 | 21:14,16 25:21 | 102:17,20,23 |
| 65:12,16,18,24 | 157:5 158:19 | toxicology 124:11 | 27:8 31:23 36:4 | 110:8,21 |
| 70:9,20 73:4,23 | 159:4,4 160:2,17 | track 41:15 81:16 | 46:23 47:10,23 | understood 10:17 |
| 73:24 84:6,8 94:6 | 160:18 161:12,12 | training 23:17 55:4 | 71:21 73:23 84:6 | 12:7 |
| 94:18 134:8 | 162:2 163:12,21 | 63:16 | 84:8 85:1 89:8,24 | undoubtedly 120:2 |
| threshold 78:6 | 167:11 171:15,20 | transcript 181:9,13 | 89:25 91:24 93:19 | unfortunately |
| 155:8 | 174:24,25 175:19 | 181:14,16,25 | 106:6 107:16 | 140:16 |
| thrust 52:7,10 | 176:24 179:12 | transcription | 114:15,19 144:20 | United 1:1 4:9 |
| tidbit 142:21 | 181:7 | 179:11 | 153:1 156:10 | 143:10 |
| tie 163:11 | timeframe 66:6 | transferred 26:13 | 175:8 | universe 39:7 41:17 |
| time 4:20,23 5:12 | times 7:2 59:23 | transport 123:4,7 | two-sided 20:13 | unscientific 9:21 |
| 7:10 13:1 17:21 | 68:15 139:7 165:2 | treated 82:6,8 | type 8:18 29:11 | unsigned 26:3 |
| 17:23 19:8,13,19 | 167:22 | 169:6 | 38:13 50:10 79:5 | unusual 97:11,12 |
| 20:8,14 21:5,20 | tired 16:21 | treatment 47:3,7 | 79:6 80:13,16 | updated 24:1 |
| 22:1,6,8,12,13,17 | tissue 123:5 | 169:7 | 82:8 97:1 98:2,6 | upper 88:18 |
| 22:18 24:7,12 | titles 37:18 | trial 4:20 30:20 | 98:22 | use 4:4 13:3 28:25 |
| 30:8 32:12 34:12 | today 5:19 10:12 | 39:3 41:8,12 | types 50:10 | 32:24 33:19 34:2 |
| 41:25 44:6 49:19 | 11:3,17,18,25 | 49:20,23 52:15,20 | typically 67:18 | 35:3 46:5 63:8 |
| 51:11 52:3 57:6 | 15:2 16:2 18:24 | 54:2,5,6,8,12,12 | 72:22 88:21 | 64:21,25 65:4 |
| 62:25 63:10,12 | 20:10 22:10 24:1 | 54:17,25 117:8 | 117:10 | 71:11 72:2 83:1 |
| 64:18 65:23 66:1 | 24:5,10,23 26:19 | 167:4 | ——— U ——— | 90:18 100:18,19 |
| 71:18 73:10,14 | 37:13,17 51:19 | trials 39:5,8,22 | Uhm 116:21 | 100:24 101:3,4,24 |
| 75:11,23 76:18 | 53:13 60:16,19 | 40:6 41:21 164:21 | Uhm-hum 18:12 | 119:24 126:6,8,18 |
| 78:6,6,23 79:3,15 | 86:13 91:12 94:17 | tried 82:4 111:20 | 60:5 86:19 126:13 | 126:24 138:21,22 |
| 81:15,16,24 82:6 | 109:7 111:20 | 112:1,9 | 128:1 134:7 | 139:12 144:22 |
| 84:1,13 85:19 | 114:2 125:8 | triglyceride 81:5 | 164:17 168:13 | 146:14 |
| 88:17 89:18 90:17 | 143:22 155:23,24 | triglycerides 77:22 | 172:24 173:18 | usual 65:3,4 74:1 |
| 90:18 92:21,24 | 156:24 159:13 | 81:1,2,9 113:18 | ultimately 26:13 | 75:20 76:9 |
| 93:3,6,21 95:17 | token 150:1 | true 54:16,24 60:25 | 66:14,25 | utilizing 63:14 |
| 96:3 98:14,24 | told 11:23 45:13 | 91:5 92:1 94:20 | unclear 146:17 | 173:22 |
| 100:19 102:5 | 69:13,21 70:8,15 | 105:2 130:22 | uncommon 82:25 | U.S 35:16 45:12 |
| 103:12 105:4 | 74:19 101:15 | 133:8,11 141:9,19 | underlinings 16:7 | 46:2 |
| 107:16 109:11,13 | 120:24 121:5 | 141:22 142:4,9 | undermine 165:24 | |
| 109:23 110:11 | 122:7 137:10 | 175:22 | underneath 15:11 | ——— V ——— |
| 111:2,25 112:18 | 163:23 | truly 181:20 | undersigned 178:7 | v 1:7,8,8 4:7 |
| 112:20 115:2 | tolerance 71:22,23 | truthful 143:15 | understand 10:20 | VA 7:11 8:4,8,17 |
| 116:7 117:23 | 78:15,19 79:16 | try 11:3 38:22 39:6 | 15:15,16 16:23 | 10:3,6 |
| 118:1 119:7,13 | 93:22 | 39:12,13 58:9 | 24:21 27:15 30:23 | VADT 8:19 22:21 |
| 120:6 122:21,22 | tomorrow 58:11,15 | 63:10 168:24 | 31:1 33:21 39:18 | vaguely 114:4 |
| 127:17 130:6 | 175:11 | trying 27:15 68:4 | 51:6 58:10 81:19 | valid 71:14,16 |
| 131:3,5 133:1 | tons 108:8 | 77:12 141:6 | 95:13 99:22 | value 93:25 |
| 134:16,20 135:11 | top 20:18 29:13 | 162:20 171:21 | 100:25 102:4,19 | values 70:25 113:24 |
| 137:14,23 138:6,8 | topic 42:12 | Tuesday 181:6 | 103:22 107:15 | 114:6 |
| 138:9,24 139:3,14 | topics 37:4,9,23 | turn 34:10 42:16 | 112:7 120:5 | variables 96:1 |
| 142:2,21 146:22 | total 77:22 80:25 | 86:15 | 133:22 150:23 | variation 72:12 |
| 146:22 147:14,14 | 146:23 | turned 38:17 | 151:5 152:12 | varied 84:23 |
| | | | | various 68:15 |

| | | | | |
|---|---|---|---|---|
| vary 85:1 | 163:13 168:14 | 130:12,18,24 | weights 81:16 | 133:13 145:18 |
| verbalize 11:6 | 172:3 173:7,24 | 131:4,16,18 132:1 | 105:5,9 107:3 | 158:5 174:18 |
| version 26:4 | 175:18 | 132:10,24,25 | 109:25 135:14 | write 143:14,24 |
| versus 35:11 | ways 104:23 | 133:1,3,5,7 134:2 | welcome 105:22 | 181:13 |
| 154:19 | Web 23:21 | 134:6,11,14,15,18 | well-known 82:20 | written 18:16 20:15 |
| Veterans 46:6 | website 25:22,25 | 134:22 135:2,6,10 | went 30:17,20 | 23:23 79:22 |
| view 81:3,4 119:24 | week 26:9 27:21 | 135:11 136:1,1,10 | 60:14 74:23 | 101:18 110:9 |
| visit 74:13 170:15 | 29:17 32:7 34:13 | 136:14,15 137:19 | 108:10 109:23 | 135:14 142:19,22 |
| visits 70:1 | 40:24 41:1 44:9 | 137:24 138:1,3,23 | 128:23,25 129:8 | 161:22 |
| volume 1:19 47:24 | 44:12 143:13 | 138:23 139:6,10 | 130:6 170:3 174:8 | wrong 33:22 |
| vulnerable 120:17 | weeks 18:21 | 140:16,25 141:21 | weren't 15:9 68:12 | wrote 14:6 26:11 |
| | weigh 150:4,6 | 142:11 143:12 | 101:14 | 31:2,11 32:12 |
| **W** | weighed 104:8,18 | 144:3 146:16 | WILLIAMS 2:12 | 33:2,4 57:3 80:24 |
| waiting 24:5 | 109:3,12,13,15 | 147:13,19,25 | Wilson 64:2 | 92:22 107:5 110:3 |
| waive 181:8,19,23 | 127:25 128:2,22 | 148:2,6,9,11,13 | Wilson's 64:14 | 114:3 143:16 |
| walk 141:7 | 134:10 135:17,21 | 148:18 149:2,5,8 | 66:3 | 160:20 |
| walking 162:22 | 136:5,6,24 140:13 | 149:8,15,17,18,22 | wish 181:12,18 | |
| want 4:19 6:11 | 149:25 | 149:24 150:2,10 | witness 3:2 4:3 5:5 | **Y** |
| 16:23 39:25 46:13 | weighing 136:22 | 151:2,25 152:1,3 | 6:16,17 15:22,25 | Yau 70:4 |
| 46:14 48:4 62:11 | 137:1 | 152:8,20,20 153:4 | 19:20 58:22 59:4 | Yauch 70:4 |
| 66:21 68:1 72:24 | weight 32:16 59:19 | 153:6,9,14,18,19 | 95:4 99:1 102:8 | year 7:10 9:6 21:3 |
| 76:20 77:23 89:10 | 81:15 97:22 103:4 | 154:14,19,19 | 103:22 111:7 | 22:23 38:20 44:7 |
| 92:6,12 97:22,23 | 103:7 104:3,21 | 155:4,5,7,11,18 | 120:21 121:14,24 | 63:1 65:18 66:3 |
| 98:25 99:22 103:7 | 105:1,2,6,7 106:2 | 155:18,21,23 | 122:5 124:19 | 102:9,10,10 |
| 108:8 133:22 | 107:17 108:4,14 | 156:2 157:5,8 | 125:20 129:7 | 126:10 129:15 |
| 140:6 141:8 | 109:8,16,20 110:4 | 158:11,12,19 | 130:11 131:16 | 135:6,7 151:25 |
| 146:15 161:2 | 110:9,18,22 112:6 | 159:2,3,21,23 | 142:15 146:6 | 152:21,23 156:6,8 |
| 168:5 | 112:11,14,14,18 | 160:16,22,24 | 149:22 152:15 | 156:17 |
| wanted 27:10 52:4 | 112:22,23 113:9 | 161:7,11,15,17,19 | 155:1 166:24 | years 7:6 9:16 |
| 76:6 93:19,23 | 114:18,19,22 | 161:24 162:1,4,25 | 167:13 174:3 | 38:19 48:21 65:12 |
| wants 26:17 | 115:1,6,12,13,19 | 163:2,9,15,25 | 178:10 179:10,16 | 65:17,24 66:7 |
| Washington 2:13 | 115:21 116:1,7,15 | 164:3,3,6,8,9,11 | witnesses 22:25 | 85:21 90:7,16,20 |
| wasn't 5:3 9:25 | 116:18,20,23 | 164:19,22,24 | word 46:14 161:1 | 91:16,17 95:10,20 |
| 93:5 96:14 98:9 | 117:1,5,9,16,17 | 165:2,3,6,10,11 | worded 134:24 | 96:23 97:19 120:8 |
| 99:17 102:10 | 117:23 118:2,4,8 | 165:12,15,17,17 | words 38:13 150:3 | 121:2 124:4 125:3 |
| 113:2 127:23 | 118:9,14,16,18,20 | 165:20,23,24 | work 50:6 60:21 | 125:3 127:23 |
| 145:9 167:7 | 118:21,23 119:3,6 | 166:3,7,11,14,15 | 62:12 64:13 94:3 | 131:7 135:24 |
| 171:22 176:3 | 119:7,10,11,13,15 | 166:19,20 167:6 | worked 55:22 | 143:24 150:3,5 |
| water 173:17 | 119:18,21,25 | 167:10,14,15,20 | workers 50:6 70:2 | 151:3 153:1,10 |
| waves 17:1,3 | 120:2,4,10,18 | 167:21,23,24 | working 20:9 60:3 | 156:10 157:8,8,9 |
| way 5:21,23 12:20 | 121:6,10,15,20 | 168:2,11 170:8,19 | works 64:20 | 159:10 |
| 37:24 38:3,6 | 122:3,10,20,23 | 170:21,23 171:3,9 | work-product 20:1 | younger 156:25,25 |
| 39:14 42:2,6 44:2 | 123:12,21 124:16 | 171:11,24 172:2,4 | worry 173:19 | yo-yoing 153:17 |
| 44:11 52:8 58:16 | 125:25 126:4,5,7 | 172:5,6,6,9,17,20 | worse 121:6 148:24 | Y-A-U 70:7 |
| 63:22 68:20 78:21 | 126:11,15,21 | 173:2,7,11,17,25 | wouldn't 66:15,17 | Y-A-U-C-H 70:6 |
| 95:18 98:25 | 127:1,7,8,10,16 | 174:6,8,9,11,18 | 68:16 70:15 73:24 | |
| 112:12 117:15 | 127:17,21 128:13 | 174:19,25 175:1,2 | 74:20 89:10 | **$** |
| 127:5,9 133:12 | 128:14,21 129:3,8 | 175:3,19,24 176:2 | 100:21 104:16 | $1,500 49:15 |
| 137:15 144:15 | 129:9,10,15,20,24 | 176:9,10,15,18,23 | 128:19 131:17 | $2,000 49:15 |
| 152:5 157:12,14 | | | | $600 22:4 |

| 0 | 94:19 | 1997 107:10 159:12 | 2003 25:5,12,15,19 | 3 |
|---|---|---|---|---|
| 03 67:25 | 135 76:10 | 1998 60:3,16,19 | 25:21 45:12 46:10 | 3 3:9 24:16,18 |
| | 14 3:14 102:15 | 63:19 68:21 69:1 | 46:15 56:20 57:9 | 106:25 109:3 |
| 1 | 108:21,25 109:2 | 77:9 92:14 93:18 | 61:8 62:22 63:1 | 147:6 |
| 1 3:8 11:11,14 | 148:21,24 | 93:25 94:17 104:7 | 68:19 69:6 101:8 | 30 40:19 110:10 |
| 1/03 134:1,9 146:24 | 14-pounds 148:23 | 104:22 105:4 | 101:11,22 110:10 | 126:12,16 146:17 |
| 147:1 | 140 3:17 | 107:11 108:12,15 | 128:5,10 129:2 | 146:19 151:7 |
| 1/30/03 140:7 | 143 3:17 | 108:17,24 109:4,9 | 130:6 131:11 | 157:8 181:17 |
| 163:22 | 144 72:19 | 109:16 110:5,18 | 132:1 136:6,9,13 | 30-pounds 134:6 |
| 10 3:12 40:18 92:16 | 148 72:19 | 111:12 112:6,19 | 137:9 140:9 | 300 81:10 |
| 92:19 125:3 | 15 3:15 111:1,1,6 | 112:23 113:1,2,10 | 148:24 162:15 | 31 159:19 |
| 155:11 | 113:8 150:3,10 | 113:19 114:23 | 164:4 | 31.3 106:10 |
| 100 84:24 150:13 | 150 81:7,10 85:1 | 130:5 160:13 | 2004 26:21 38:21 | 32 3:9 |
| 150:14 151:6,9 | 157 77:9 92:14 | 1999 41:3 104:22 | 40:25 46:1,18 | 33 3:10 |
| 105 3:13 | 16 3:15 114:10,12 | 105:4 114:23 | 57:10 142:25 | |
| 106 3:13 | 162 3:16 | 115:3 | 143:17 151:21 | 4 |
| 107 3:14 | 168 3:16 | | 171:12 | 4 3:9 32:19,21 |
| 108 3:14 | 17 3:16 162:10,14 | 2 | 2005 32:10 35:20 | 4/03 134:5 146:16 |
| 11 3:8,13 105:14,16 | 170 3:18 | 2 3:8 8:18 20:13,21 | 38:21 45:13,19 | 146:25 |
| 105:25 | 170's 105:3 109:12 | 21:19 22:6,9,11 | 49:18 | 4/04 169:10 |
| 11/22/04 171:8,9 | 109:14 | 26:14 | 2006 31:20 46:3,7 | 4/16/98 106:16,22 |
| 11:11 92:9 | 171 3:18 | 2,000 42:18 | 61:8 | 106:24 |
| 110 83:21 84:9 85:5 | 175 104:21 | 2/6/95 108:3 | 2007 24:8 33:1 41:1 | 4/17 72:17 |
| 85:9 | 176 114:18 128:23 | 2:00 175:9 | 46:2,3 109:17 | 4/18 72:18 |
| 111 3:15 | 1769 1:5 181:6 | 2:02 177:5 | 2008 1:11 4:14 24:2 | 4/20 72:18 |
| 113 77:22 78:2,12 | 177 3:19 | 20 3:8,17 7:6 40:19 | 24:8 28:15 30:11 | 4/20/04 168:6 |
| 78:24 84:9 | 179 81:15 104:8,19 | 42:18,19 96:23 | 30:25 31:4,10,14 | 169:23 |
| 1131 78:14 | 108:16,17 109:9 | 125:3 126:11,16 | 35:13 41:1 45:12 | 4/25/94 105:13 |
| 114 3:15 | 110:4,17 112:23 | 134:3,22 136:8,17 | 69:21 178:11 | 4/29/99 114:15 |
| 115 85:5 | 113:9 128:24 | 137:3,11 140:9,19 | 179:17 181:1,7 | 4/30/98 106:25 |
| 12 3:13 29:13 | 18 3:16 150:11,18 | 143:3,5 144:7 | 202.434.5538 2:14 | 40's 156:22 |
| 106:17,19,24 | 152:25 168:5,8 | 146:19 157:8 | 206 147:23 148:8 | 452 70:24 |
| 12/26/00 89:4 | 180 104:21 181:11 | 161:23 163:21 | 149:23,25 162:2,7 | 455 70:24 |
| 12/26/2000 88:10 | 189 171:10 | 170:16 171:1 | 21 3:18 170:3,6 | 465 8:17 |
| 12/29/09 178:16 | 19 3:17 140:3,6 | 20-pound 134:15 | 210 109:3,3,15,15 | 49/305 32:17 |
| 179:21 | 19103 2:9 | 163:9 | 128:25 | |
| 12/31/98 110:25 | 195 170:10 171:11 | 200 42:18,19 81:22 | 211 106:25,25 | 5 |
| 12/98 77:21,24 | 196 107:18 114:19 | 106:2 107:18 | 107:5,19 108:11 | 5 3:10 33:15,18 |
| 80:25 111:1 | 198 107:18 108:4 | 108:10 127:25 | 214 129:1,2 | 35:3,8 37:19 38:1 |
| 120 83:24 84:24 | 1994 70:9,11,20 | 128:2,3,3,7,23 | 215.994.4000 2:9 | 40:15 44:21,24 |
| 1220 32:15 | 73:5 74:4,8,16 | 2000 27:25 68:21 | 217 77:22 81:1 | 45:9 60:2,3 |
| 126 70:10,16,21 | 76:14 94:7 104:4 | 69:5,14,17,22 | 168:12 170:12 | 155:11 |
| 73:24 78:6 100:20 | 104:5 105:10,12 | 81:20,25 82:7 | 22 3:18 170:13 | 5'5 113:10 |
| 100:22 101:24 | 107:9 108:10,10 | 89:17 101:19 | 171:5,9 | 5'7 106:3,21 |
| 127 88:24 89:3 | 120:5 127:25 | 131:10 160:13 | 220 128:24 | 5.73 83:19 |
| 13 3:14 107:25 | 128:22 159:11,13 | 20005 2:13 | 23 3:19 177:2 | 50 79:3,13 146:23 |
| 108:3 | 159:15 160:2,12 | 2001 135:2 136:1 | 24 3:9 | 147:6 |
| 133 72:19 | 1995 74:13,23 75:2 | 2002 29:1 35:17 | 265 77:23 81:1,2 | 500 81:7,8 142:5,10 |
| 134 86:24 89:2 94:7 | 75:14 107:16 | 46:21 128:9 135:2 | 2929 2:8 | 142:16 |
| | | 136:2,5,6 137:8 | | 500-800 143:11 |

5020 2:3 181:4
55 150:5
562 105:13,20,24
573 83:12

### 6

6 1:11 3:4,10 70:23
  71:1,5 75:2 83:16
  83:24,25 85:22
  114:15 133:23,24
6th 4:14 178:11
  181:6
6/02 102:14
6/16/99 114:16
6/99 110:25
6:07-cv-10291 1:4
  4:8
6:07-cv-15701 1:3
6:07-cv-15959 1:3
  3:7 4:8 181:6
6:30 88:18
6:52 75:14,17
6:55 72:18
60 140:6
600 134:4 140:17
67 88:10

### 7

7 3:11 32:16 75:3,5
  164:3
7/3/03 162:19
7:05 72:18
70 85:1
71 3:10
713.292.2750 2:4
725 2:13
75 3:11 79:4,5,14
77006 2:4 181:4

### 8

8 3:11 86:3,5,7,16
8/03 102:15
8/10/00 89:19
8/10/2000 86:8,10
8/23/04 169:24
  170:9
8:00 175:10
8:15 72:18
8:30 1:11 4:15
80 3:12

800 134:5 142:5,10
  142:17
86 3:11

### 9

9 3:12 88:6,8 181:1
9th 2:3 179:17
  181:4
9:45 48:7
90 151:14
92 3:12
94 94:18 159:19
95 128:2
954-331-4400 1:25
958074 1:22
96 128:3
97 128:3
98 68:19

182

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Burns v. AstraZeneca, LP, et al.
Guinn v. AstraZeneca, LP, et al.
Curley v. AstraZeneca, LP, et al.

[Janice Burns 6:07-cv-15959]
[Linda Guinn 6:07-cv-10291]
[Connie Curley 6:07-cv-15701]

Miami Beach, Florida
October 7, 2008
8:00 o'clock a.m.

VOLUME II

- - - - - - - - -

DEPOSITION

OF

JENNIFER B. MARKS, M.D.

- - - - - - - - -

JOB NO: 958217
Reported By:
Evan A. Ferguson, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

## Page 183

```
APPEARANCES:

LAMINACK, PIRTLE & MARTINEZ, LLP.
BY: THOMAS PIRTLE, ESQUIRE,
5020 Montrose Boulevard, 9th Floor
Houston, Texas 77006
713.292.2750
Appearing on behalf of the Plaintiff.


DECHERT, LLP.
BY: HOPE S. FREIWALD, ESQUIRE,
BY: KIRSTIN MAZZEO, ESQUIRE,
2929 Arch Street
Philadelphia, Pennsylvania 19103
215.994.4000
Appearing on behalf of the Defendant.


WILLIAMS & CONNOLLY, LLP.,
BY: STEPHEN D. RABER, ESQUIRE,
725 Twelfth Street, N.W.
Washington, D.C. 20005
202.434.5538
Appearing on behalf of the Defendant.



ALSO PRESENT: CHARLES HUNGER, Paralegal.
```

## Page 184

```
                I-N-D-E-X
WITNESS:                            PAGE:
JENNIFER B. MARKS, M.D.
DIRECT EXAM CONTINUED BY MS. FREIWALD:   186
DIRECT EXAMINATION BY MR. RABER:         238
CROSS EXAMINATION BY MR. PIRTLE:         357
REDIRECT EXAMINATION BY MR. RABER:       366

            E-X-H-I-B-I-T-S
"MDL" BURNS NO.6:07-cv-15959
"MDL" GUINN NO. 6:07-cv-10291   FOR IDENTIFICATION

    NO. 24      196
    NO. 25      197
    NO. 26      223
    NO. 27      240
    NO. 28      241
    NO. 29      249
    NO. 30      251
    NO. 31      255
    NO. 32      263
    NO. 33      265
    NO. 34      274
    NO. 35      276
    NO. 36      281
    NO. 37      283
    NO. 38      289
    NO. 39      291
    NO. 40      313
    NO. 41      320
    NO. 42      332
    NO. 43      341
    NO. 44      348
    NO. 45      367
    NO. 46      378
```

## Page 185

            --------
    Deposition of JENNIFER B. MARKS, M.D., a
witness of lawful age, taken by the Defendant, for the
purpose of discovery and for use as evidence in the
above-entitled cause, wherein IN RE: Seroquel Products
Liability Litigation, and This Document Relates to
Burns v. AstraZeneca, LP, et al., [Janice Burns
6:07-cv-15959] [Linda Guinn 6:07-cv-10291] pending in
the UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF
FLORIDA, ORLANDO DIVISION, pursuant to notice heretofore
filed, before EVAN FERGUSON, a Notary Public in and for
the State of Florida at Large, at the Ritz Carlton Hotel
Board Room, One Lincoln Road, Miami Beach, Miami-Dade
County, Florida, on the 7th day of October 2008,
commencing at 8:00 o'clock a.m.
            --------
Thereupon:
    JENNIFER B. MARKS, M.D.,
    A witness named in the notice heretofore
filed, being a witness of lawful age, and being first
duly sworn in the above cause, testified under oath as
follows:
        DIRECT EXAMINATION CONTINUED
    (BY Ms. Freiwald)

## Page 186

BY MS. FREIWALD:

Q  Good morning, Dr. Marks. Did you do anything since we broke yesterday to further prepare for your deposition?

A  No.

Q  After you left we noticed this one page written on Ritz Carlton notepaper and we took it on ourselves to assume that it is your handwriting, you are confirming that, right?

A  Yes.

Q  When did you make this note?

A  What is today, Tuesday. I think it was Sunday when we met.

Q  It says, among other things, epidemiologic studies reread, were there any particular epidemiologic studies you read between yesterday and Sunday?

A  It wasn't Sunday, it was last week when we first met, and all I did was go back over the articles that I had, and the ones that I indicated to you yesterday that I pulled last week.

Q  And it says package inserts, does that mean that you pulled the package inserts sometime within the last week?

A  Yes.

Q  It says Dr. Ragsdale Guinn, what does that

Page 187

1  mean?
2  A  To look at the deposition that Dr. Ragsdale
3  had given on Guinn.
4  Q  And present no diabetes, no MI risk, does that
5  stand for mental illness risk or heart attack?
6  A  Myocardial infarction.
7  Q  Present no diabetes; no myocardial infarction
8  risk; get study from Haffner; is that a study you have
9  gotten in the last week?
10  A  No, I haven't yet.
11  Q  Do you know what the study is?
12  A  Yes, it looks at the risk of myocardial
13  infarction over a seven year period in individuals with
14  diabetes compared to individuals with no diabetes with a
15  history of previous MI.
16  Q  Not a study that you are familiar with as you
17  sit here today?
18  A  I am familiar with it, yes.
19  Q  Who is Haffner?
20  A  Is one of the authors of the study.
21  Q  But you haven't pulled the study yet?
22  A  No.
23  Q  And it's not on your reference material?
24  A  It has nothing to do with this case actually.
25  Q  That clears that up.

Page 188

1  Another housekeeping chore I noticed this
2  morning that when we photocopied Exhibit 2 which is your
3  time log we cut off the months, are you able to tell me
4  just maybe go through, just handwrite here what are the
5  months or tell me where one month ends?
6  A  Well, these are August.
7  Q  Where we start with 9/14, that's August?
8  A  Why don't I get you the old list and send you
9  a copy.
10  MS. FREIWALD: You will get us a better copy
11  of Exhibit 2 so we can see the months?
12  MR. PIRTLE: Sure.
13  (BY Ms. Freiwald)
14  BY MS. FREIWALD:
15  Q  It looks to me like essentially up to August
16  you spent to 1, 2, 4, 6, 9, 13, 18 and a quarter, 21 and
17  a quarter hours on this case?
18  A  That's about right.
19  Q  That's about right, okay.
20  Now, you testified yesterday that you believed
21  that Mrs. Burns was not on steroids in the mid 2002 to
22  mid 2003 time period when she was taking Seroquel,
23  correct?
24  A  I think I testified that I was not aware that
25  she was on steroids.

Page 189

1  Q  Have you done anything since yesterday to see
2  if you were correct or not?
3  A  No.
4  Q  Would you agree with me if she was taking
5  steroids in or around the time that she -- Strike that.
6  Would you agree with me that if she was taking
7  steroids in or around August of 2003 you would need to
8  consider steroids as a possible explanation for the
9  glucose level of 239 that you cite in your report in
10  August of 2003?
11  A  If that were the case you would have to look
12  at that, yes.
13  Q  If that were the case then that would make
14  that reading comparable in your mind to the July of 2000
15  reading where you note that she has fasting blood
16  glucose levels of 200, but you also note that she was on
17  steroids?
18  A  I don't understand what you mean when you ask
19  me if it would make it comparable to it.
20  Q  It would make it a similar situation in July
21  of 2000 you note in your report that she has a fasting
22  glucose reading in the 200s, but you say that you don't
23  treat that as diagnostic of diabetes at that time
24  because she is on steroids, right?
25  A  Correct.

Page 190

1  Q  And so you would have to apply that same
2  standard to the test in August of 2003 if she was on
3  steroids in August of 2003?
4  A  If she were on steroids, yes.
5  Q  And am I also correct that the reading in
6  August of 2003 that you rely on as the time period where
7  you say she received her diagnosis of diabetes was not a
8  reading that was done by any professional laboratory?
9  A  I don't know, I don't have my report in front
10  of me anymore.
11  Q  You didn't come back with your report today,
12  okay?
13  A  I was using yours yesterday.
14  Q  Here we are.
15  A  Thank you. Your question was what again?
16  Q  Can you read back my question?
17  (Whereupon, the above referred to question
18  was read back by the Court Reporter.)
19  THE WITNESS: I still don't know the answer to
20  that question because I didn't make any notation
21  about where the blood glucose originated from.
22  (BY Ms. Freiwald)
23  BY MS. FREIWALD:
24  Q  Have you ever looked to see if there was a
25  professional laboratory that confirmed that reading?