191

```
 1      A  I don't remember.
 2      Q  Have you ever looked to see if the
 3  confirmation of fasting was based on anything other than
 4  Mrs. Burns' self report that she was fasting?
 5      A  I don't remember.
 6      Q  Would that be important to you in determining
 7  how reliable --
 8      A  Yes, it would.
 9      Q  I've got to ask you to just wait until I
10  finish.
11          I think we also talked yesterday about the
12  three blood glucose readings that were taken early in
13  the morning in 1994 and that all were above 126; do you
14  remember that?
15      A  Yes, I do.
16      Q  And I think I may have gotten my time periods
17  a little confused and misspoken about the reason she was
18  in the hospital, but that is neither here nor there.
19          You mentioned that you wouldn't entirely rely
20  on those three elevated readings within the diabetic
21  range because you didn't know what was going on with her
22  at the time she was hospitalized; is that correct?
23      A  That is correct.
24      Q  Will you agree with me that doctors such as
25  yourself do in normal clinical practice use hospital
```

192

```
 1  blood glucose readings as confirmatory of diabetes?
 2      A  No, I think that would be very few instances
 3  where I would make the diagnosis of diabetes based on
 4  blood glucose that was based on hospital.
 5      Q  Didn't you tell me yesterday that one of the
 6  times that people get diagnosed with diabetes is when
 7  they come into the hospital with a heart attack and they
 8  learn for the first time that they have diabetes, that
 9  they weren't aware of before?
10      A  I said that, but actually if someone came in
11  to the hospital with a heart attack and had elevated
12  blood sugars, I would test them after they got out of
13  the hospital to see whether or not they had diabetes or
14  not, so hyperglycemia could be the first clue to the
15  diabetes.
16          But whenever possible you always want to try
17  to do a diagnostic test under normal circumstances, not
18  under stressful circumstances.
19      Q  Okay.  So I understand you might want to do a
20  follow-up in the office or two follow-ups in the office,
21  but you would consider that elevated test during a
22  hospitalization with a heart attack for example highly
23  suspicious of diabetes, wouldn't you?
24      A  It would be suspicious, but people can develop
25  what is called stress hyperglycemia during
```

193

```
 1  hospitalization and they don't confirm as being diabetic
 2  on testing thereafter.
 3      Q  You have no evidence, do you, that in 1994
 4  Mrs. Burns was experiencing stress hyperglycemia, do
 5  you?
 6      A  I don't know, I don't have any evidence, no.
 7      Q  And, again, if you were called in to consult
 8  with -- are you ever called in to consult with heart
 9  attack patients who show elevated glucose readings
10  during the times what they are hospitalized?
11      A  Sometimes.
12      Q  And is it common for doctors such as yourself
13  to say to patients under those circumstances, look, we
14  have done a couple fasting blood draws, two of them have
15  come back in the diabetic range, we think it's most
16  likely that you have diabetes, we want to follow-up but
17  we think that's most likely what we are seeing?
18      A  Yes.
19      Q  That would be the kind of conversation that
20  you would have in a patient in your normal clinical
21  practice?
22      A  Possibly, uhm-hum.
23      Q  That doesn't sound at all like an unusual
24  conversation for you to have, does it?
25      A  No.
```

194

```
 1      Q  Now, the 239 that you are using to say is
 2  diagnostic of diabetes, that didn't get confirmed, did
 3  it, it's not two readings?
 4      A  I don't remember.
 5      Q  So before Mrs. Burns ever went on Seroquel we
 6  have three fasting readings in the diabetic range in
 7  1994, and then we have a couple other fasting readings
 8  in the diabetic range before June of 2002, right?
 9      A  I don't remember which ones were fasting,
10  which ones weren't.
11      Q  Do you remember we discussed --
12      A  I remember there was one that was labeled as
13  fasting.
14      Q  Do you remember we discussed one that was 134
15  with a nine hour fast?
16      A  Yes, I remember that one.
17      Q  And then we discussed one that was I think
18  around 127 that was early in the morning?
19      A  Yes, which is not confirmed to be fasting.
20      Q  But it was early in the morning and you said
21  it was presumptively fasting?
22      A  Correct, but she could have had intervenous
23  fluids going in, I don't recall which hospitalization.
24      Q  And you have not done anything to either rule
25  in or rule out that she had intervenous fluids?
```

4 (Pages 191 to 194)

195

1    A   How would I do that?
2    Q   Looking at the records.
3    A   No, I did not.
4    Q   So we have five elevated readings before she
5    ever took Seroquel, and we have several that are in the
6    pre-diabetic range before she ever took Seroquel, right?
7    A   Yes.
8    Q   Isn't it more likely than not that she was
9    diabetic before she ever took Seroquel?
10   A   It's possible.
11   Q   It's more likely than not, isn't it?
12   A   It's possible.
13   Q   You can't say one way or another?
14   A   No.
15   Q   You certainly wouldn't say that a single
16   self-reported reading in August of 2003 is better
17   diagnostic proof than five laboratory readings before
18   she ever took Seroquel?
19   A   No, if that were the situation, no, I would
20   have to agree with you.
21   Q   Let's talk about -- and yesterday when we
22   talked you had not noticed that Mrs. Burns had reported
23   in her medical records, and to at least one of her
24   doctors that she had received a diagnosis of diabetes in
25   2000; is that right?

196

1    A   That is correct, I never read that.
2    Q   Okay.  And you have not done any follow-up on
3    that since yesterday?
4    A   I apparently don't have those medical records.
5    (BY Ms. Freiwald)
6    MS. FREIWALD:  Let's mark 24, please.
7    (Whereupon, the above referred to document
8    was marked as Defendant's Exhibit No. 24.)
9    (BY Ms. Freiwald)
10   BY MS. FREIWALD:
11   Q   Do you know what this document is, ma'am?
12   A   It looks like it's a list of at least part of
13   her medical history.
14   Q   Have you read any of the testimony in this
15   case anything about this list?
16   A   I think I remember seeing it.
17   Q   Okay.  Do you know whether this was created by
18   Mrs. Burns or not?
19   A   I don't know.
20   Q   I'm going to represent to you that it was
21   created by Mrs. Burns.
22   And if you look at the entry in 2000, can you
23   agree with me that it says:  2000 Elevated blood sugars
24   and ketones in urine.  Acuchecks 120-190 confirmed by
25   lab on multiple occasions.  No longer able to work due

197

1    to PDSD and major depression which increased in severity
2    chronic elevated cortisol level.  Lacerated radial
3    artery; do you see that?
4    A   Yes.
5    Q   And let's look at -- you didn't consider this
6    document in forming your opinions?
7    A   I don't recall.
8    Q   And let's look at what I will mark 25.
9    (Whereupon, the above referred to document
10   was marked as Defendant's Exhibit No. 25.)
11   BY MS. FREIWALD:
12   Q   Is this a document that you can remember
13   whether you have reviewed before or not?
14   A   I don't know, it doesn't look familiar.
15   Q   I'm just going to direct your attention to the
16   paragraph Past History.  This is for the record a
17   document from Dr. Laura Yauch, if I am saying that
18   correctly, Bates Number 21, and it's dated January of
19   2008, so I am looking at the Past History, and do you
20   see about a third of the way up from the bottom of that
21   paragraph it says in 2000 diagnosed with diabetes?
22   A   Yes, I see that.
23   Q   Okay.  And did you consider the fact that
24   Dr. Yauch had obtained from the patient a history that
25   she had been diagnosed with diabetes in 2000 when she

198

1    was treating Mrs. Burns independent of this litigation?
2    A   No, how do we know she got this from
3    Mrs. Burns?
4    Q   It says Past History.  Isn't that where
5    doctors usually get past history?
6    A   Or either from previous medical records, which
7    aren't always entirely accurate obviously.
8    Q   In any event, you didn't consider this record
9    in forming your opinion, did you?
10   A   I don't believe so.
11   Q   You weren't aware of this record until I
12   showed it to you?
13   A   I don't believe so.
14   Q   And this record either has a patient stating
15   or a prior medical record stating to Dr. Yauch that
16   Mrs. Burns was diagnosed with diabetes as early as 2000?
17   A   I already answered that.
18   Q   The answer is yes?
19   A   Yes.
20   Q   Okay.  Let's talk about other risk factors for
21   diabetes, I want to turn your attention to your report,
22   and on page 6, Doctor, in the bottom paragraph you say:
23   "It is also likely that the weight gain
24   contributed to her development of hypertension and
25   dyslipidemia."  Do you see where I am reading?

## 199

1   A  Yes.
2   Q  That's wrong, isn't it?
3   A  What do you mean?
4   Q  That's just wrong, that is not true, that is
5 not consistent with the records.
6   A  I'm sorry, I don't know what you mean.
7   Q  Isn't it true that Mrs. Burns had hypertension
8 and dyslipidemia before she ever took Seroquel?
9   A  But that's not what I stated there, I stated
10 that the weight gain contributed to her development of
11 hypertension and dyslipidemia.
12   Q  How can you develop hypertension or develop
13 dyslipidemia if you already have it?
14   A  Well, I'm not sure I understand your question.
15 You are saying she had hypertension and dyslipidemia
16 before she had a weight issue?
17   Q  I am saying she had hypertension and
18 dyslipidemia before she ever took Seroquel.  She had a
19 weight issue as far back as the medical records allow us
20 to look?
21   A  Well, that is all I stated there is that the
22 weight gain contributed to her development of
23 hypertension and dyslipidemia.
24   Q  I don't understand how you are using
25 development; are you saying that it caused the onset of

## 200

1 hypertension or dyslipidemia?
2   A  I am saying that the weight gain is a risk
3 factor for the development of those two conditions.
4   Q  Okay.  Define development for me.
5   A  The process which leads to the onset of a
6 clinical disease.
7   Q  Okay.  Was the onset of hypertension in
8 Mrs. Burns before or after she started Seroquel, or
9 don't you know?
10   A  I have to look here.  She was begun on an
11 antihypertensive medication in June of 2003.
12   Q  That's not my question.
13   A  Sorry, I am just looking at my notes here, and
14 I will finish answering your question.
15   Q  Sure.
16   A  She was noted earlier than that to be
17 hypertensive also.
18   Q  How early do you have in your report for being
19 noted for being hypertensive?
20   A  In 12 of '98.
21   Q  And that is the earliest record you had,
22 right, 1998, the year?
23   A  That is correct.
24   Q  So you wouldn't have known that she actually
25 got her diagnosis of hypertension in 1994?

## 201

1   A  No, I wouldn't have known that.
2   Q  Or at least in '94.  And have you made any
3 attempt to chart her blood pressure readings going as
4 far back as your medical records allowed you?
5   A  I looked back as far as I could in the medical
6 records to look at issues such as blood pressure and
7 cholesterol.
8   Q  No, what I am asking is have you done anything
9 to systematically review her blood pressure readings
10 over - well, my records go back almost ten years before
11 the date that you give her for being diagnosed with
12 diabetes - have you done anything to look at all the
13 blood pressure readings we have and analyze how well or
14 not well her blood pressures were controlled?
15   A  I looked at her medical records and noted her
16 blood pressures, and whether or not she has a diagnosis
17 of hypertension.
18   Q  You didn't remember before you just looked at
19 your report when she had a diagnosis of hypertension,
20 right?
21   A  That is correct.
22   Q  Okay.  Are you going to testify that
23 Mrs. Burns' hypertension was any less well controlled
24 because of Seroquel than it was before she took
25 Seroquel?

## 202

1   A  No.
2   Q  Using your own definition of development that
3 you just gave me a moment ago, did Seroquel cause the
4 onset of dyslipidemia in Mrs. Burns in your opinion?
5   A  She was noticed to be dyslipidemic before she
6 started on the Seroquel.
7   Q  Are you going to testify that Seroquel
8 worsened Mrs. Burns' dyslipidemia?
9   A  It's possible.
10   Q  Have you formed an opinion that it's more
11 likely than not?
12   A  Yes, it's likely that the Seroquel contributed
13 to the worsening of the dyslipidemia.
14   Q  I don't mean in theory it's likely, I mean
15 have you actually looked at her medical records to see
16 if there was a worsening of dyslipidemia, and if you can
17 apply some methodology that says it was causally related
18 to Seroquel?
19     MR. PIRTLE:  Objection, asked and answered.
20 She has changed the question.  You can answer it
21 again.
22     THE WITNESS:  Her dyslipidemia got worse if
23 that is what you are asking me.
24 BY MS. FREIWALD:
25   Q  Show me how.

203

1  A. Can I look at her summary that she had?

2  Q. Sure.

3  A. It's my impression that her dyslipidemia got
4 worse. In 2004 she was started on pharmatherapeutic
5 treatment for dyslipidemia that would imply that it got
6 worse.

7  Q. How does that imply that it got worse or that
8 somebody finally noticed that they should do something
9 about it?

10  A. It could be that too. Her total cholesterol
11 in October of 2004 was up almost to 300, I believe
12 that's higher than it had been earlier. Triglycerides
13 were in the 700s, clearly that is higher than it was
14 earlier.

15  Q. Have you done any analysis to see what was
16 going on with her at those times other than the fact
17 what she happened to be on Seroquel?

18  A. I don't know what you mean by analysis.

19  Q. Have you done anything to rule in other causes
20 of changes in her lipid parameters or -- I'm sorry, have
21 you done anything to rule out other causes of changes in
22 her lipid parameters at that time?

23  A. Well, consider the possibility of her weight
24 contributing to the worsening of her dyslipidemia.

25  Q. Have you considered other medications?

204

1  A. I certainly believe I did, yes.

2  Q. Do you know which medications she was on at
3 the time?

4  A. Let me find that again. Yes.

5  Q. Where are you looking?

6  A. I am looking in October of 2004, it's page 21,
7 several medications listed there.

8  Q. And have you for example checked the PDR to
9 see how they may have effected her in terms of lipid
10 levels?

11  A. No, I don't need to check the PDR.

12  Q. Do you know if this is a comprehensive list?

13  A. I don't know at this point whether it's a
14 comprehensive list.

15  Q. And do you know if the rise in triglyceride
16 levels that is seen on this one occasion went back down
17 again while she was still on Seroquel?

18  A. She was started in treatment for her
19 cholesterol and triglycerides.

20  Q. Yes, well, she was started on medication it
21 would have mostly effected her LDL, right?

22  A. No, the Tricor is for triglycerides.

23  Q. Do you know what other changes were occurring
24 in Mrs. Burns' life or what else was going on that could
25 have effected her lipid levels at that time?

205

1  A. I don't know what you are --

2  Q. I'm asking whether you have done anything to
3 rule out other causes of lipid changes at that time?

4  MR. PIRTLE: Hold on a second. Objection to
5 form. She has already identified what she has done
6 and you have asked her a vague question, done
7 anything else.

8 (BY Ms. Freiwald)

9 BY MS. FREIWALD:

10  Q. Doctor, have you looked to see how -- You
11 agree with me that Mrs. Burns' triglycerides and other
12 lipid parameters were elevated before she ever went on
13 Seroquel?

14  A. Yes, I do.

15  Q. And do you have any study that you rely on to
16 say that Seroquel causes changes in lipid levels or that
17 it causes changes in lipid levels on the order of
18 magnitude that you are attributing in Mrs. Burns?

19  MR. PIRTLE: Objection to form. You can
20 answer.

21  THE WITNESS: It has been reported in the
22 literature that Seroquel may be associated with
23 changes in lipid profiles.

24 (BY Ms. Freiwald)

25 BY MS. FREIWALD:

206

1  Q. So you are relying on literature that
2 discusses a possible association?

3  A. That is correct.

4  Q. You understand there is a difference between
5 possible association and causation?

6  A. Yes, I do.

7  Q. Is there any literature you can cite me that
8 says that Seroquel causes lipid levels on the order of
9 magnitude -- I'm sorry, is there any literature that you
10 can point me to that says that Seroquel causes lipid
11 changes?

12  A. I already told you that there is literature
13 that says that Seroquel is associated with changes in
14 lipid profiles.

15  Q. Possible association?

16  A. Yes, definite association, it's a possible
17 cause.

18  Q. What literature are you citing?

19  A. A lot of the literature that is on the list
20 that we provided for you.

21  Q. Can you point me to any article you provided
22 me with that it specifically discusses lipid changes?

23  A. Yes, I can.

24  Q. As a possible association?

25  A. Yes.

7 (Pages 203 to 206)

207

1      MR. PIRTLE:  Take your time and go through it.
2      THE WITNESS:  It's the American Diabetes
3  Association and American Psychiatric Association
4  Consensus Development Conference on antipsychotic
5  drugs and obesity and diabetes.  Under the heading
6  Dyslipidemia it says:
7      "An additional related consequence of SGA use
8  is their effect on serum lipids.  Although the data
9  are limited, the available evidence suggests that
10  changes in serum lipids are concordant with changes
11  in the body weight."  Et cetera, et cetera.
12      Their abbreviation for SGA means second
13  generation antipsychotics.
14  BY MS. FREIWALD:
15      Q  So that what you just read me says that lipid
16  changes may be tied to weight changes, it doesn't say
17  that—
18      A  Which are tied to the use of second generation
19  antipsychotics.
20      Q  It doesn't say that, it doesn't say that
21  second generation antipsychotics generally cause weight
22  change?
23      A  Okay.  Under Obesity is says:
24      "There is considerable evidence, particularly
25  in patients with schizophrenia, that treatment with SGA

208

1  can cause a rapid increase in body weight."
2      Q  Do you know what it can cause, not did cause?
3      A  No, I never said it did cause, I said it can
4  cause.
5      Q  Okay.  And do you know what the consensus
6  conference said with regard to Seroquel specifically in
7  lipid profile?
8      A  I am not sure that they said specific things
9  about it, they do mention that:
10      "Clozapine and olanzapine, which produce the
11  greatest weight gain, are associated with the greatest
12  increases in total cholesterol, LDL cholesterol, and
13  triglycerides and with decreased HDL cholesterol.
14  Aripiprazole and ziprasidone, which are associated with
15  the least amount of weight gain, do not seem to be
16  associated with the worsening of serum lipids.
17  Risperidone and quetiapine appear to have intermediate
18  effects on lipids."
19      And then they refer to a table here which
20  essentially says the same thing.
21      Q  That's not what the table says, does it?
22      A  Let me go look at the table.  What does the
23  table not say?
24      Q  The table says the data on Quetiapine and
25  lipid profiles is discrepant?

209

1      A  And that's what the paragraph said, too.
2      Q  It's discrepant, that doesn't mean that it can
3  cause, it means it's discrepant, it's conflicting?
4      A  There are conflicting literature, yes, you're
5  correct.
6      Q  And the ADA Consensus Conference specifically
7  distinguishes between Olanzapine and Clozapine and
8  Quetiapine?
9      A  That's correct.
10      Q  It doesn't put Quetiapine in the same group
11  among the SGAs as Olanzapine and Clozapine, correct?
12      A  It makes that distinction, you're correct.
13      Q  Do you know what SGA stands for?
14      A  Second generation antipsychotics.
15      Q  You saw that in the article?
16      A  Yes.
17      Q  And it also distinguishes between Olanzapine,
18  Clozapine and Quetiapine with regard to possible
19  association with weight changes, correct?
20      A  Correct.
21      Q  And you are not disagreeing with the ADA
22  Consensus Statement in terms of the data for Seroquel
23  and lipid changes being discrepant, are you?
24      A  No.
25      Q  Is it true that the natural progression of

210

1  diabetes if left untreated can also cause increases in
2  lipid levels, particularly triglyceride levels?
3      A  If the diabetes is out-of-control, correct.
4      Q  If it's untreated?
5      A  If it's out-of-control.
6      Q  Is there any clinical trial that you can point
7  me to that would support Seroquel causing a change in
8  Mrs. Burns' triglycerides of the magnitude that you are
9  attributing to Seroquel?
10      A  I don't remember specific numbers, whether any
11  of the articles actually gave ranges.
12      Q  Do you know what the mean or median change in
13  any lipid parameter is in clinical trials of Seroquel?
14      A  I would have to look at the literature again.
15      Q  Have you attempted to review that in any kind
16  of a comprehensive or a systematic way?
17      A  I read the article, I don't retain the numbers
18  in my head.
19      Q  Okay.  But sitting here today you don't have
20  any sense of what the mean shifts were, if any, in any
21  lipid parameters patients taking Seroquel in clinical
22  trials?
23      A  No, I don't remember.
24      Q  And you don't remember if there is any
25  clinical trail data that would support the idea of

211

1    Seroquel being associated with lipid changes on the
2    order of magnitude that you are attributing in
3    Mrs. Burns, do you?
4        A   No, I don't recall.
5        Q   Do you agree with me that Mrs. Burns'
6    pre-Seroquel lipid levels would have warranted her
7    receiving treatment prior to ever going on Seroquel?
8        A   By treatment you mean?
9        Q   Statin therapy, Niaspan, Tricor?
10       A   I agree that they certainly would have
11   required some dietary intervention, I think it would be
12   the numbers that I am seeing here that would be a little
13   controversial as to whether or not pharmacotherapy would
14   be necessary.
15       Q   What numbers are you saying that would make
16   that controversial?
17       A   She has on page 6 December 26, LDL cholesterol
18   of 136, the page before that there is an LDL 166,
19   triglycerides are in the 300 range.
20       Q   The goal for LDL is 100, right?
21       A   For somebody with diabetes, yes.
22       Q   And her total cholesterol is above 200, isn't
23   it?
24       A   Yes, it is.
25       Q   And that's above goal, isn't it?

212

1        A   But what is important is the LDL cholesterol.
2        Q   You don't treat based on total cholesterol
3    also?
4        A   No, I don't.
5        Q   And her triglycerides are above goal, aren't
6    they?
7        A   Yes, they are.
8        Q   And certainly she was at least pre-diabetic in
9    that time period, right?
10       A   That is correct.
11       Q   So you would have wanted her within diabetic
12   goal, right?
13       A   No, that is not the recommendation.
14       Q   Haven't you said that before, that patients
15   with prediabetes benefit by being within diabetes goals
16   for cholesterol levels?
17       A   I don't think so.
18       Q   No?
19       A   I don't think so.  Unless you are going to
20   pull out something that says I wrote it.
21       Q   So your testimony is that you agree that she
22   had elevated cholesterol levels before she ever took
23   Seroquel?
24       A   Yes.
25       Q   You agree that she has sleep apnea?

213

1        A   I don't know that.  I know it was on the list
2    of diagnoses.
3        Q   Can that effect blood pressure?
4        A   I don't know the answer to that.  If I were to
5    guess I would say possible.
6        Q   Effect weight?
7        A   Sleep apnea effect weight, no, I don't believe
8    so.
9        Q   Can sleep deprivation effect weight or don't
10   you know?
11       A   I don't know the answer to that.
12       Q   Can sleep deprivation effect appetite?
13       A   I don't know the answer to that.
14       Q   Can sleep deprivation effect mood?
15       A   I would guess, yes.
16       Q   Evidence she was sedentary before she took
17   Seroquel?
18       A   I think we discussed that yesterday, yes.
19       Q   Evidence that she had mental illness?
20       A   Yes.
21       Q   And that's associated with increased obesity
22   and increased glucose levels?
23       A   Mental illness is associated with increased
24   obesity and elevated glucose levels, yes.
25       Q   She certainly had life stressors which can

214

1    cause elevations in glucose levels?
2        A   Not necessarily.
3        Q   Can it cause periodic changes in glucose
4    levels?
5        A   Can it, yes, is it common, no, I don't think
6    so.
7        Q   I thought you said that stress in the hospital
8    setting for example could effect glucose levels?
9        A   That is a different kind of stress.  I thought
10   you were talking about life's daily stresses.
11       Q   Mental illness?
12       A   I have already said that mental illness is
13   associated with increased blood glucose levels.
14       Q   Have you read any literature on whether life
15   stressors can effect glucose levels?
16       A   I don't think so.
17       Q   She had PCOS?
18       A   Did she?  I don't remember that.  PCOS, I
19   don't know that, whether she had PCOS or not.
20       Q   I am going to represent to you that she did.
21   Assuming that she did, just assume for the sake of my
22   question that she did, okay, is PCOS associated with
23   metabolic disregulation?
24       A   Yes, PCOS is associated with metabolic
25   disregulation.

215

1     Q   Do you consider it a cause or a marker of
2   metabolic disregulation?
3     A   Its' probably a marker.
4     Q   People with PCOS tend to have metabolic
5   disregulation?
6     A   They tend to have metabolic syndrome.
7     Q   Mrs. Burns had metabolic syndrome?
8     A   I don't know what her weight circumference
9   was, certainly she had many of the other features of it.
10    Q   Did you ever attempt to assess whether
11  Mrs. Burns had metabolic syndrome before she ever took
12  Seroquel?
13    A   She did have, I just said she did have
14  metabolic syndrome.
15    Q   Fine, I thought you said something slightly
16  different than that, if your testimony is she had
17  metabolic syndrome before she took Seroquel, that's
18  fine.
19    A   If appears that she did he, we don't have the
20  entire information that we would want, but, yes, she
21  did.
22    Q   She had low birth weight?
23    A   Yes, she did.
24    Q   And that is associated with increased risk of
25  diabetes?

216

1     A   Yes, it is.
2     Q   Would you agree with me that the various risk
3   factors we have just discussed individually or some
4   combination would be more than sufficient to explain her
5   developing diabetes without her ever taking Seroquel?
6     A   Certainly.
7     Q   Did you look to see whether she was on
8   medications other than steroids that could have effected
9   weight or glucose levels at any time?
10    A   Yes, I did.
11    Q   Do you use medications in your practice that
12  can effect weight or glucose levels?
13    A   Yes.
14    Q   Use insulin?
15    A   Yes.
16    Q   And that can cause an increase in weight?
17    A   Yes.
18    Q   You don't believe it causes diabetes, do you?
19    A   No.
20    Q   Do you use beta blockers?
21    A   Occasionally.
22    Q   Can that effect weight?
23    A   Rarely, uncommonly.
24    Q   Effect glucose levels?
25    A   Uncommonly.

217

1     Q   But you know that that is a potential risk of
2   beta blockers?
3     A   Yes.
4     Q   And you nevertheless use them in patients who
5   have diabetes?
6     A   In patients who need to have a beta blocker,
7   yes.
8     Q   And that would include patients with diabetes?
9     A   Yes.
10    Q   Ace inhibitors, can they also effect weight
11  and glucose levels?
12    A   Not that I am aware of.
13    Q   Would you agree with me that there is no
14  medication -- Strike that.
15        Would you agree with me that there is no
16  antipsychotic that has not been associated with a
17  possibility of increased weight or increased glucose?
18    A   I don't know the literature enough to know
19  that. I know that as we discussed a few minutes ago
20  there were differences between the antipsychotics.
21    Q   Well, you stated on page 6 of your report it
22  is my opinion that Seroquel would not be a drug of
23  choice in a patient with risk factors for diabetes.
24    A   Correct.
25    Q   Are you going to offer an opinion that there

218

1   is some medication that would have been a preferable
2   therapy for Mrs. Burns?
3     A   Aripiprazole, and ziprasidone.
4     Q   Is that an opinion that you feel that you have
5   done sufficient review of the literature to offer that
6   you would have overridden the therapeutic choice of
7   Seroquel as an endocrinologist and said that she had
8   should have gotten Abilify or Geodon instead?
9     A   How many questions are you asking me there?
10    Q   Fair enough. As an endocrinologist is it your
11  testimony that as an endocrinologist you would have
12  overridden the choice of the psychiatrist to give Geodon
13  or Abilify?
14    A   No, I would have called the psychiatrist to
15  discuss it with him or her.
16    Q   And have you done a thorough review of the
17  literature for Geodon and Abilify?
18    A   It depends on what you mean by thorough, I
19  read it.
20    Q   Have you looked to see how many studies there
21  are of Geodon or Abilify that would bear on the issue of
22  weight gain or glucose?
23    A   No, mostly I have relied on the review
24  articles from the Consensus statement.
25    Q   You are aware that there is substantially less

10 (Pages 215 to 218)

219

1   literature for those two drugs?
2       A   I am not surprised, they are newer.
3       Q   You are a doctor, you can't say that you have
4   proven that those are safer medications just because
5   there is less information for them?
6       A   No, of course not.
7       Q   And have you read Dr. Worshing's deposition?
8       A   I don't recall.
9       Q   In this litigation you don't know whether you
10  read Dr. Worshing's depositions, he is one of the
11  Plaintiffs' experts?
12      A   I don't remember, sorry.
13      Q   If Dr. Worshing testified that over time the
14  weight profile for Abilify doesn't really look any
15  different from the weight profile for Seroquel, you
16  wouldn't disagree with that, would you?
17      A   I don't know.
18      Q   You don't know?
19      A   I have not seen that data myself.
20      Q   You haven't seen the weight data?
21      A   I haven't seen what you just said about
22  Abilify, but I don't recall whether I have seen this
23  deposition or not.
24      Q   That is not the question I am really asking
25  you.

220

1           What I am saying is if Dr. Worshing testified
2   that over time the weight profile for Abilify didn't
3   appear any different than the weight profile for
4   Seroquel, you wouldn't be in a position to disagree with
5   that statement, would you?
6       A   I would want to know what he bases his
7   statement on.
8       Q   Would you have any evidence to disagree with
9   that statement?
10          MR. PIRTLE:  Objection, form.
11  BY MS. FREIWALD:
12      Q   Would you have any —
13      A   Only what I have mentioned that I have read.
14      Q   Okay.  Anything you can specifically cite?
15          MR. PIRTLE:  Pull out the studies.
16          THE WITNESS:  You know I am not an expert
17  psychiatrist, and I don't use these medications
18  myself.  I have read in the literature and know
19  that there is a the possibility that there are
20  differences between these medications, and if
21  differences do exist, I would want to use one of
22  the medications that was less likely to cause the
23  adverse effects.
24      (BY Ms. Freiwald)
25

221

1   BY MS. FREIWALD:
2       Q   You don't know if differences actually do
3   exist?
4       A   I have read in the literature that differences
5   exist.
6       Q   You have read of a possibility?
7       A   That is correct.
8       Q   And you don't consider yourself an expert on
9   how to rank these various antipsychotics in terms of the
10  risk and benefits?
11      A   No, I just raise the issue that there could be
12  differences.
13      Q   And I gather you also haven't considered
14  whether there are other differences in risks for these
15  medications independent of the risk of weight gain that
16  a doctor would want to consider in making a prescribing
17  decision?
18      A   Certainly a doctor would want to consider
19  individual differences.
20      Q   Right.  For example you don't know whether
21  Seroquel is better for neurologic side effects than some
22  of the other drugs?
23      A   No, I know what I read, but I don't use the
24  medications.
25      Q   But that would be a legitimate thing to put

222

1   into the risk and benefit calculation, right?
2       A   I would think so.
3       Q   And you don't know if Seroquel is better for
4   say prolactin elevations than say some of the other
5   medications?
6       A   No, I don't.
7       Q   And that would be legitimate to put into the
8   risk and benefit profile?
9       A   Yes, that would be a minor consideration.
10      Q   Well, Dr. Worshing testified that prolactin is
11  associated with increased appetite, so that would be
12  kind of important, right?
13      A   I wasn't aware of that.
14      Q   You wouldn't dispute that, would you?
15      A   I have no basis to dispute it.
16      Q   And also prolactin can effect sexual function,
17  other things that people really care about in how they
18  live their life, right?
19      A   It can.
20      Q   And you don't know if Seroquel has a better
21  profile than some of the medicines in terms of risk of
22  sudden cardiac death?
23      A   No, I don't.  If I were prescribing it, I
24  would.
25      Q   Have you ever prescribed or refilled a

11 (Pages 219 to 222)

**223**

1 prescription for Seroquel?
2    A   No.
3    Q   Have you ever had a patient that you know of
4 who was on Seroquel?
5    A   Not that I recall.
6    Q   Have you made any attempt to determine whether
7 Seroquel was an effective drug for Mrs. Burns?
8    A   What kind of an attempt?
9    Q   Reviewing the medical records.
10    A   Yes, I reviewed the medical records.
11    Q   Was Seroquel effective for Mrs. Burns?
12    A   If my memory serves me correctly I think it
13 was at times.  She had relief of hip pain, she went off
14 and on it a couple times because of what she described
15 as EPS, she had some nausea and vomiting.
16    Q   A couple times or once where she lowered the
17 dose?
18    A   I don't know whether it was more than once, I
19 am seeing one time here.
20    Q   You are flipping through Glenda's summary that
21 she gave you?
22    A   Yes.
23       (Whereupon, the below referred to document
24    was marked as Defendant's Exhibit No. 26.)
25    (BY Ms. Freiwald)

**224**

1 BY MS. FREIWALD:
2    Q   By the way, we should mark as Exhibit 26, you
3 brought with you today the chronology that was prepared
4 by one of the nurses that or paralegals - I am not
5 sure - that works for one of the Plaintiffs' lawyers and
6 that you used in writing your report, correct?
7    A   Correct.
8    Q   And that is what you are looking at now?
9    A   Correct.
10    Q   And that that summary purports to provide by
11 date Mrs. Burns' weight some information on laboratory
12 values, antipsychotic therapy and diagnosis and
13 comments, correct?
14    A   Correct.
15    Q   It does not reference page numbers for the
16 medical records in any column of the chart, correct?
17    A   No, that is correct.
18    Q   So it doesn't allow you to say, oh, I know
19 that this record is Bates Number 27 and go find it and
20 look it up for yourself?
21    A   No.
22    Q   So I interrupted you, and you were completing
23 your answer about Seroquel being effective, I think.
24    A   I think I completed my answer.
25    Q   Do you know how many times Mrs. Burns

**225**

1 attempted to commit suicide while she was not on
2 Seroquel?
3    A   I know of one time.
4    Q   Which one do you know of?
5    A   Early in her history I think back before the
6 medical records that I had reviewed referred to.
7    Q   Do you know of any other times sitting here
8 today?
9    A   I thought she had tried, I wrote in my report
10 that she had attempted suicide in April 2007, but I am
11 not sure I was correct about that.
12    Q   Do you know if there were other attempts
13 before she ever went on Seroquel?
14    A   No, I don't know.
15    Q   Do you know if she was ever hospitalized in
16 connection with her diabetes?
17    A   I don't recall that.
18    Q   And has she been hospitalized on more than one
19 occasion in connection with either suicide attempts or
20 fears of suicide attempts while not on Seroquel?
21    A   I don't remember.
22    Q   You don't remember whether her suicide
23 attempts ended up with her being in the hospital?
24    A   I'm sorry, you asked me whether she had been
25 hospitalized for suicide attempts or fear for suicide

**226**

1 attempts.
2    Q   You agree she has been hospitalized with
3 suicide attempts?
4    A   That is correct.
5    Q   You don't remember if she has ever been
6 hospitalized because people were concerned that she was
7 going to kill herself or try to kill herself?
8    A   That sounds right to me, but I don't recall
9 exactly.
10    Q   Did you make any attempt to see if Mrs. Burns
11 had problems with other antipsychotic or mood
12 medications that she took?
13    A   No.
14    Q   Would that be important in assessing whether
15 Seroquel was a reasonable therapeutic choice for her?
16    A   If it were my job to assess whether Seroquel
17 was a reasonable therapeutic choice for her, yes.
18    Q   But that's not your job?
19    A   I don't think so.
20    Q   Not something that you consider yourself
21 expert in?
22    A   No.
23       MR. PIRTLE:  Let's take a break when you get
24    to a breaking point.
25       MS. FREIWALD:  Okay, we can take a break.

227

1     (Whereupon, a short recess was taken at
2     9:08 a.m.)
3     (BY Ms. Freiwald)
4  BY MS. FREIWALD:
5     Q   Doctor, are you going to testify that there is
6  any particular consequence of diabetes that Mrs. Burns
7  has suffered up until this point in time?
8     A   I think I only had her medical records up
9  until 2007, so I could only comment up to that point.
10    Q   Okay.  So then I will ask my question up until
11 the point where your medical records ended.
12    A   I think if I remember correctly she was
13 diagnosed with neuropathy, and that is the only thing
14 that I recall in terms of classic diabetic
15 complications.
16    Q   And did you note in the record that the
17 neuropathy was not confirmed by testing?
18    A   I think it's always -- it's not always
19 necessary to confirm neuropathy by specific testing.
20    Q   I'm sorry, I am asking a slightly different
21 question.  Did you notice that there was a specific test
22 done and it did not confirm neuropathy?
23    A   That I don't remember.
24    Q   And did you notice any medical records that
25 Mrs. Burns has pain in many places of her body,

228

1  including her legs --
2     A   Correct.
3     Q   -- And her arms and her hands that are not
4  being attributed to diabetes by any doctor?
5     A   That is correct.
6     Q   And did you notice in the records that no
7  doctor has been able to say whether any part of her pain
8  is truly neuropathic as a result of these
9  other causes of pain that she has?
10    A   I did note that usually neuropathy is a
11 clinical diagnosis specific testing doesn't always
12 confirm the diagnosis.
13    Q   No, I am asking a different question, there is
14 nothing in the records that says that X percent of her
15 pain is neuropathy, and Y percent is everything else?
16    A   I don't think so.
17    Q   And have you made any attempt to quantify what
18 percentage of her pain can in any reliable way to be
19 attributed to neuropathy as opposed to her fibromyalgia,
20 her spinal problems, her other problems?
21    A   No, no.
22    Q   Have you made any attempt to determine if her
23 level of pain would be any less if she weren't diabetic?
24    A   No.
25    Q   How long does it typically take for neuropathy

229

1  to develop?
2     A   Years.
3     Q   Five or seven years?
4     A   Occasionally it can be quicker than that, but.
5     Q   Usually diabetic neuropathy?
6     A   It's a number of years.
7     Q   It's - the data suggests that it usually
8  begins five to ten years, right, before onset of
9  diabetes?
10    MR. PIRTLE:  Objection, form.
11    THE WITNESS:  No.
12 BY MS. FREIWALD:
13    Q   I'm sorry, I'm sorry, that was a bad question,
14 I didn't mean to ask that.
15    Would you agree that the data shows that
16 neuropathy usually does not begin until many years,
17 typically at least five years after the beginning of
18 glucose disregulation?
19    A   That would be sort of an average, somewhere
20 between five to 12 years.
21    Q   And you also agree that in most patients
22 diagnosis of diabetes occurs five to ten years after the
23 actual onset of the disease?
24    A   It can go for a number of years without being
25 diagnosed, if that is what you are asking me.

230

1     Q   Well, the epidemiologic data tells us that
2  it's more likely than not that when somebody has been
3  diagnosed with diabetes they have actually had the
4  disease for at least five years?
5     A   That is based on studies that have described
6  people who present the first time with complications, so
7  it's based on the rate of development of complications.
8  So it's impossible to know when somebody really
9  developed the disease obviously.
10    Q   But you agree with me that the inference that
11 has been drawn from those studies by endocrinologists
12 like yourself is that most patients who are diagnosed
13 with diabetes have actually had the disease for years
14 before the diagnosis?
15    A   Many patients.  In that particular study we
16 are talking about it was about 50 percent.
17    Q   Is there any particular complication of
18 diabetes that you are going to testify that Mrs. Burns
19 is more likely than not to suffer at any point in time?
20    A   I don't understand the question.
21    Q   Is there any particular identifiable
22 complication of diabetes that you will testify as trial
23 that Mrs. Burns is more likely than not to suffer in the
24 future?
25    A   I don't really know how to answer that.  I

13 (Pages 227 to 230)

**231**

1  mean she is as likely as anybody else with diabetes to
2  develop complications.
3      Q   Is there any --
4      A   I can't say whether she is more likely than
5  not, that is impossible to know.
6      Q   You can't say whether she is more likely than
7  not to develop any complication of diabetes in the
8  future?
9      A   No, I mean I can speculate.
10     Q   Okay.  And you haven't made any attempt I
11 gather to assess what her likelihood is of developing
12 some of the complications that are associated with both
13 diabetes and hypertension and dyslipidemia just by
14 virtue of her hypertension and dyslipidemia alone?
15     A   I don't understand the question, sorry.
16     Q   Sure.  Let me try and rephrase it.
17         There are certain complications that you have
18 identified in your report as associated with diabetes,
19 correct?
20     A   Uhm-hum.
21     Q   And you have also said in your report that
22 many of those complications are also independently
23 associated with other conditions that Mrs. Burns has,
24 hypertension, dyslipidemia, obesity, metabolic syndrome,
25 sedentary lifestyle, poor diet?

**232**

1      A   Correct.
2      Q   Just to name the majority of them?
3      A   Yes.
4      Q   Do you agree with me so far?
5      A   Yes.
6      Q   Have you made any attempt to calculate what
7  the likelihood of any future complication would be
8  attributable to any of those risk factors independent of
9  her diabetes which existed long before she ever was
10 diagnosed with diabetes?
11         MR. PIRTLE: Objection to form.
12         THE WITNESS: I wouldn't know how to make such
13     a calculation.
14     (BY Ms. Freiwald)
15 BY MS. FREIWALD:
16     Q   So if between now and the time of trial she
17 develops some complication you wouldn't be able to say
18 how much is that due to her preexisting dyslipidemia,
19 obesity, sedentary lifestyle versus her diabetes?
20     A   No, not with certainty, but people with
21 diabetes that don't have hypertension or dyslipidemia
22 are more likely to get cardiovascular disease for
23 instance, so there are no independent effects of
24 hypertension or dyslipidemia in those individuals, it's
25 the diabetes that increases their risk.

**233**

1      Q   Most diabetics we are learning actually
2  probably had hypertension and dyslipidemia before they
3  ever had diabetes, right?
4      A   No, I don't know that.
5      Q   You don't know that?
6      A   No, I don't know that.
7      Q   Have you made any attempt to assess
8  independent of diabetes what Mrs. Burns' risk is of
9  having any future health complication that is also
10 associated with diabetes?
11         MR. PIRTLE:  Objection, form.  You can answer
12     if you can.
13         THE WITNESS:  Have I made any attempt to --
14 BY MS. FREIWALD:
15     Q   Assess her relative risk of having some
16 complication that is associated with diabetes
17 independent of having diabetes, because she has other
18 risk factors that are associated with those same
19 complications?
20     A   No, I haven't.
21     Q   Do you still have your Abilify slides?
22     A   I mentioned yesterday I think I do.
23         MS. FREIWALD:  I am going to make a request
24     that they be produced if they still exist.
25         MR. PIRTLE:  Send me a request.

**234**

1      I read carefully the Duces Tecum, I don't
2  think they are encompassed within that.
3         MS. FREIWALD:  We can discuss it later, I just
4  want to put it on the record for now.
5      (BY Ms. Freiwald)
6  BY MS. FREIWALD:
7      Q   Are you testifying that you have an opinion as
8  to why Seroquel or how Seroquel is associated with
9  weight gain in your view?
10     A   No.
11     Q   Did you note in Mrs. Burns' records that there
12 are times when she is taking Seroquel that she describes
13 having less appetite?
14     A   No, I don't recall that.
15     Q   Did you review in Mrs. Burns' medical records
16 that there are times off Seroquel that she describes
17 having sugar cravings?
18     A   No, I don't remember that.
19     Q   Have you made any effort to assess whether
20 Seroquel effected Mrs. Burns' appetite or desire for
21 certain foods?
22     A   No.
23     Q   Have you made any attempt to look to see what
24 the fluctuations in Mrs. Burns' weight were off of
25 Seroquel up through today?

14 (Pages 231 to 234)

235

1    A   Up through today?
2    Q   Yes.
3    A   No.
4    Q   You described her as being able to lose weight
5  off of Seroquel, but did you did look to see if there
6  are also periods of time where she gained weight?
7    A   I'm sure I did.
8    Q   And did you see that there were times where
9  she gained weight and attained a level of weight that
10  was consistent with what she weighed on Seroquel as well
11  as before she ever took Seroquel?
12    A   I would have to look at that again.
13    Q   That's not something you remember sitting here
14  today?
15    A   No.
16    Q   Did you notice that Mrs. Burns had a fatty
17  liver?
18    A   I don't remember.
19    Q   That is consistent with metabolic syndrome,
20  abdominal obesity, et cetera?
21    A   It's consistent with being overweight in the
22  least.
23    Q   Doctor, you wouldn't want to apply a different
24  standard to your analysis of the Burns case and the
25  opinions that you are offering at trial from the

236

1  standard that you would use in your normal clinical
2  practice, would you?
3        MR. PIRTLE: Objection, form.
4        THE WITNESS: I don't understand the question.
5      (BY Ms. Freiwald)
6  BY MS. FREIWALD:
7    Q   In offering the opinions that you have offered
8  in this case, it would be wrong to use a different
9  standard than the standard that you would apply in
10  making any kind of diagnostic decision in your own
11  practice, correct?
12        MR. PIRTLE: Objection, form.
13        THE WITNESS: Probably.
14  BY MS. FREIWALD:
15    Q   And it would be wrong to apply a different
16  standard for assessing causation on the question of —
17  Strike that.
18        It would be wrong to use a different standard
19  when you are working as an expert witness in this case
20  from the standard that you have applied for your own
21  medical judgment outside of litigation?
22        MR. PIRTLE: Objection, form.  You can answer
23    if you can.
24        THE WITNESS: I don't think I can answer it.
25

237

1  BY MS. FREIWALD:
2    Q   Okay.  You wouldn't want to use a different
3  test just because you are being paid as an expert
4  witness from the tests that you use when you are
5  exercising normal clinical judgment not being paid as an
6  expert witness, right?
7        MR. PIRTLE: Objection, form.  You can answer
8    if you can.
9        THE WITNESS: That's right.
10  BY MS. FREIWALD:
11    Q   You told me about the lawsuit in connection
12  with the patient in the clinical trial, right?
13    A   Yes.
14    Q   And the thrust of that lawsuit was that there
15  was a temporal connection between him being in a study
16  that you were working on and worsening of some of his
17  diabetes symptoms, right?
18    A   Specifically his retinopathy.
19    Q   And the argument that you advance was that you
20  could not blame you and your colleagues just because his
21  retinopathy happened to get worse while he was in your
22  study, because basically he had a long prior history of
23  problems with his diabetes?
24    A   That's true.
25    Q   Okay.  Isn't the argument that you are using

238

1  here today exactly the argument that you said was wrong
2  when you were sued?
3    A   No, I don't think it is.
4    Q   You are using an argument of you are saying
5  that in that case you said that you couldn't rely on
6  temporal connection, correct, because the patient
7  already had a long history of disease?
8    A   That is a totally different situation, I don't
9  see how it's the same.
10      (BY Ms. Freiwald)
11        MS. FREIWALD: I think I don't have any more
12    questions.
13        MR. RABER: Everybody ready?
14        MR. PIRTLE: Ready when you are.
15            DIRECT EXAMINATION
16    (BY Mr. Raber)
17  BY MR. RABER:
18    Q   Good morning, Dr. Marks, my name is Steve
19  Raber and I represent AstraZeneca, and I am going to ask
20  you some questions specifically about the case involving
21  Linda Guinn I believe it's pronounced; am I right on
22  that that it's Guinn rather than Guinn?
23        MR. PIRTLE: You're right, and I have made
24    that mistake myself.
25

239

```
 1   BY MR. RABER:
 2      Q   Dr. Marks, I am going to try not to cover the
 3   same ground that you have already covered yesterday and
 4   this morning, and I want to just ask a few questions to
 5   make sure that I don't do that.
 6          I have heard you give testimony specifically
 7   about Mrs. Burns, and I have also heard you give
 8   testimony about everything else that's not specific to
 9   Mrs. Burns; is that a fair characterization?
10      A   I think so.
11      Q   Okay.  Now, can we assume that the testimony
12   you gave that does not relate specifically to Mrs. Burns
13   applies with the same force to Mrs. Guinn's case?
14      A   You mean testimony about diabetes and risk
15   factors and that sort of thing, general information?
16      Q   Anything that did not relate specifically to
17   Mrs. Burns, can we assume that that testimony applies
18   with equal force to Mrs. Guinn's case?
19          MR. PIRTLE:  Objection form.  But you can
20   answer.
21          THE WITNESS:  I would think so.
22   (BY Mr. Raber)
23   BY MR. RABER:
24      Q   I want to show you a document marked as
25   Exhibit 2, which I understand to be a log of the time
```

240

```
 1   that you spent in preparing your expert reports; is that
 2   correct?
 3      A   That is correct.
 4      Q   And does Exhibit 2 include all of the time you
 5   spent working on the Guinn case?
 6      A   Yes.
 7          (Whereupon, the below referred to document
 8          was marked as Defendant's Exhibit No. 27.)
 9   (BY Mr. Raber)
10   BY MR. RABER:
11      Q   I would like to mark as Exhibit 27 a document
12   and ask you if this appears to be the report you
13   prepared relating to Mrs. Guinn with a copy of your
14   CV attached and a copy of materials reviewed attached?
15      A   Yes, it does.
16      Q   Dr. Marks, Exhibit 5 includes what appears to
17   be the same reference Exhibit list that is attached to
18   Exhibit 27; is that correct?
19      A   Correct, yes.
20      Q   And Ms. Freiwald asked you yesterday to go
21   through with a red pen and put some checks and some
22   pluses next to certain items on the reference Exhibit
23   list; do you remember that?
24      A   Yes.
25      Q   If I were to ask you to do the same thing on
```

241

```
 1   Exhibit 27, would you use the same checks and same plus
 2   marks that you used on Exhibit 5?
 3      A   Yes.
 4          (Whereupon, the below referred to document
 5          was marked as Defendant's Exhibit No. 28.)
 6      (BY Mr. Raber)
 7   BY MR. RABER:
 8      Q   I would like to mark this next document as
 9   Exhibit 28, we will come back to 27 in a minute.
10          Dr. Marks, can you tell us what Exhibit 28 is?
11      A   It's a summary sort of a chronology that was
12   prepared by Glenda Grainger based on Mrs. Guinn's
13   medical records.
14      Q   This summary was prepared by someone who works
15   for the Plaintiffs' lawyers law firm?
16      A   Yes.
17      Q   You relied on this summary in writing your
18   report and forming your opinions?
19      A   Not entirely.
20      Q   Did you rely on it at all?
21      A   Yes.
22      Q   Were there medical records that you relied on
23   that are not encompassed within Exhibit 28?
24      A   Well, the medical records obviously have a lot
25   more detail in there.
```

242

```
 1      Q   What else did you rely on in drafting your
 2   report in forming your opinions other than what is set
 3   forth in Exhibit 28?
 4      A   The details of the medical records.
 5      Q   Did you pay close attention to the details of
 6   those medical records?
 7      A   I tried to.
 8      Q   How much time did you spend reviewing the
 9   medical records for Mrs. Guinn?
10      A   I don't recall the exact amount of time, but
11   it's included in the total time.
12      Q   Was it less than ten hours?
13      A   I don't know.
14      Q   Do you know how many pages of medical records
15   Mrs. Guinn has?
16      A   Lots.
17      Q   Do you think you reviewed them all?
18      A   I tried to look at them all, yes, to the best
19   of my ability.
20      Q   Do you think you missed a few?
21      A   Probably.
22      Q   And did you understand the importance of
23   reviewing her medical records in writing your report and
24   forming your opinions?
25      A   Yes, I did.
```

16 (Pages 239 to 242)

243

1    Q   You wanted to be thorough?
2    A   Yes.
3    Q   Did you do an independent review of
4  Mrs. Guinn's medical records or did you utilize this
5  outline to refer you to certain records?
6    A   Actually I looked at the medical records first
7  even before I was provided with this outline, and then I
8  was provided with the outline, I went through it and at
9  various points went back to the medical records to check
10  details.
11    Q   Do you feel like you need to have more
12  information to have opinions relating to Mrs. Guinn's
13  case?
14    A   I don't think so.
15    Q   If I show you information that you didn't
16  consider when you wrote your report in gave your
17  opinions, are you open to changing your mind about your
18  opinions?
19    A   Sure.
20    Q   Let's look at Exhibit 28, if we can.
21  Specifically on page 2 of Exhibit 28 you have at the
22  bottom of the page category that says risk factor for
23  diabetes mellitus?
24    A   Yes.
25    Q   Is it mellitus or mellitus?

244

1    A   Mellitus.
2    (BY Mr. Raber)
3    MR. RABER:   I have been hanging around Pirtle
4  too long.
5    MR. PIRTLE:   Diabetes.
6    (BY Mr. Raber)
7  BY MR. RABER:
8    Q   Dr. Marks, what is a risk factor for diabetes
9  mellitus?
10    A   Risk factor for diabetes is other conditions
11  that have been prescribed with great frequency as being
12  associated with diabetes or occurring prior to the onset
13  of diabetes.
14    Q   I notice that you didn't put any medications
15  down under the risk factor for diabetes mellitus; is
16  there a reason for that?
17    A   This list was made by Glenda, not me.
18    Q   Okay.  Are there any medications that
19  Mrs. Guinn was taking that you would consider a risk
20  factor for diabetes mellitus?
21    A   Can I look at my summary?
22    Q   Sure.
23    A   Oh, I shouldn't mark it, should I?
24    I think, if I am not mistaken, that there has
25  been some conflicting literature suggests that Effexor

245

1  might be associated with risk for diabetes, but I am not
2  a hundred percent sure about that.  I remember looking
3  it up, but I don't remember that it was conclusive.
4    Hydrochlorothiazide very uncommonly and
5  usually in large doses has been associated with glucose
6  disregulation.  Other than the Seroquel I don't see any
7  other medications.
8    Q   Now, are you saying that Seroquel fits your
9  definition of a risk factor for diabetes?
10    A   No, I wouldn't call it a risk factor for
11  diabetes, I would call it for the development of
12  diabetes.  I thought you asked me about medication that
13  is could potentially cause diabetes.
14    Q   Let's look at these risk factors.  You would
15  agree that obesity was a risk factor for Mrs. Guinn,
16  correct?
17    A   Yes, I would.
18    Q   And you would agree that she was obese for a
19  long time before she developed diabetes, correct?
20    A   Can I look back and to see how long it was?
21    Yes, she was obese prior to the development
22  of -- did you ask me prior to the development
23  diabetes?
24    Q   Yes.
25    A   Yes.

246

1    Q   For many years?
2    A   She was obese for a number of years before she
3  developed diabetes.
4    Q   In fact she had obesity in her teenage years?
5    A   I don't recall.
6    Q   Look at page 10 of your outline, if you would,
7  which is Exhibit 28; do you see that entry there on
8  February 4, 2004?
9    A   Yes, I do.
10    Q   It says exogenous obesity since teenage years,
11  doesn't it?
12    A   You're correct, it does.
13    Q   How strong a risk factor for diabetes is long
14  term obesity?
15    A   It's a strong risk factor.
16    Q   One of the strongest?
17    A   Yes, I would say so.
18    Q   Is there anything stronger?
19    A   Family history.
20    Q   Family history is stronger than long term
21  obesity?
22    A   Probably.
23    Q   Would you agree with me that Mrs. Guinn had a
24  family history of diabetes?
25    A   I believe she did, yes.

17 (Pages 243 to 246)

247

1    Q   Her father had diabetes, right?
2    A   I don't remember which parent it was.  She
3    definitely had a history of diabetes.
4    Q   Her father had it, right?
5    A   I don't remember that.
6    Q   She had two grandparents who had diabetes,
7    right?
8    A   Could be, I don't recall those details.
9    Q   She had an uncle that had it, right?
10   A   I don't recall the detail.
11   Q   If you were to assume that Mrs. Guinn had a
12   father with diabetes, a paternal uncle with diabetes,
13   and two grand parents with diabetes, would you agree
14   that that is a strong family history of diabetes?
15   A   Yes, I would.
16   Q   And would you agree that her combination of
17   long term obesity and a strong family history of
18   diabetes made it very likely that she would develop Type
19   II diabetes whether she took Seroquel or not?
20   A   Yes, I do.
21   Q   More likely than not in fact, right?
22   A   Probably.
23   Q   More likely than not to a reasonable degree of
24   medical probability?
25   A   Yes.

248

1    Q   Mrs. Guinn also suffered from hypertension,
2    true?
3    A   True.
4    Q   And she had hypertension that dated back to
5    more than ten years before she developed diabetes,
6    right?
7    A   I will have to look.  I don't know how many
8    years it was before she developed diabetes.  I mean, I
9    am sorry, yes, that is what you asked me, right?
10   Q   It was more than ten years, wasn't it?
11   A   I have records that only went back to 1998.
12   Q   Is it your testimony that you did not consider
13   any medical records of Mrs. Guinn before 1998?
14   A   I didn't have any records of Mrs. Guinn before
15   1998.
16   Q   So you didn't consider any, did you?
17   A   That is correct.
18   Q   Don't you think that would be kind of
19   important to know what was going on before 1998?
20   A   I didn't have access to any records before
21   1998.
22   Q   Did you ever ask to see records before 1998?
23   A   I assumed there were none available.
24   Q   Do you know the old saying about assuming?
25   A   I'm not an attorney, so I took what I was

249

1    given.
2    Q   Well, let me ask you this, you have said that
3    people typically have diabetes for several years before
4    they are diagnosed, correct?
5    A   That is very common, yes.
6    Q   So wouldn't you want to know what was going on
7    in Mrs. Guinn's life in the several years before she
8    developed diabetes?
9    A   Not necessarily.
10   Q   Is the fact that she had hypertension since at
11   least 1991 relevant?
12   A   I don't think the duration is relevant, no.
13   Q   Would you agree that hypertension is a risk
14   factor for diabetes?
15   A   Yes, but knowing how long she had it really
16   wouldn't alter the way that you would treat her.
17       (Whereupon, the below referred to document
18       was marked as Defendant's Exhibit No. 29.)
19   (BY Mr. Raber)
20   BY MR. RABER:
21   Q   Would you agree with me that — Well, let me
22   ask you this question.  Let's mark this one as
23   Exhibit 29.  Exhibit 29 is a document dated January 17,
24   1991 with the numbers Epilepsy Foundation South Florida
25   00043 with another document attached page 44 that is

250

1    dated May 17, 1990 from the Epilepsy Foundation; do you
2    see that?
3    A   Yes.
4    Q   Have you ever seen these records before?
5    A   No.
6    Q   Do you see on the first page of Exhibit 29 at
7    the end of the first paragraph it says:
8        "Other medical problems include hypertension
9    for which the patient is taking Lasix and recently KCL".
10   Do you see that?
11   A   No, I am sorry, where is it?
12   Q   End of the first paragraph it says:
13       "Other medical problems include hypertension
14   for which the patient is taking Lasix and recently KCL",
15   do you see that?
16   A   Yes, I do.
17   Q   And we know from that then that Mrs. Guinn has
18   had hypertension since at least 1991, don't we?
19   A   Well, we know that this doctor thinks that she
20   has hypertension.
21   Q   We also know that she is taking medication for
22   it, true?
23   A   Lasix isn't really an antihypertensive, and
24   potassium is only used because Lasix depletes the
25   potassium.

18 (Pages 247 to 250)

251

1    Q   Are you going to dispute that she had
2    hypertension back in 1991?
3    A   I don't know whether she did or not, I mean
4    this physician was informed that she did from some
5    source and he quotes, he or she quotes two medications
6    that aren't typically used for hypertension.
7        So did he or she make the assumption that the
8    patient was hypertensive when they were told about the
9    medications?
10   Q   Is Capozide a medication that is used to treat
11   hypertension?
12   A   Yes, it is.
13       (Whereupon, the below refered to document
14       was marked as Defendant's Exhibit No. 30.)
15   (BY Mr. Raber)
16   BY MR. RABER:
17   Q   I want to show you a document that we will
18   mark as Exhibit 30. Dr. Marks, Exhibit 30 is a report
19   from the Epilepsy Foundation of South Florida dated
20   August 1, 1991; do you see that?
21   A   Yes, I do.
22   Q   And do you see at the bottom of the first
23   paragraph it says she also has a history of hypertension
24   for which she takes Capozide?
25   A   Yes, I do.

252

1    Q   Does that indicate to you that Mrs. Guinn has
2    had hypertension, that has been treated since at least
3    1991?
4    A   Yes.
5    Q   And this is a record you never saw before you
6    prepared your report?
7    A   That is correct.
8    Q   Jump back, if you would, to Exhibit 29, I
9    would like you to look at the second page of Exhibit 29,
10   that is a May 17, 1990 note from a visit with Epilepsy
11   Foundation, correct?
12   A   Yes.
13   Q   And do you see in the first paragraph there it
14   says she does relate a history of weight gain?
15   A   Yes.
16   Q   Does that indicate to you that Mrs. Guinn has
17   had issues or problems relating to weight gain since at
18   least 1990?
19   A   Yes, probably.
20   Q   And you were unaware of that when you wrote
21   your report, true?
22   A   Correct.
23   Q   Had Seroquel been invented in 1990?
24   A   I don't think so.
25   (BY Mr. Pirtle)

253

1    MR. PIRTLE:  Actually it had.
2    MR. RABER:  Okay, doctor.
3    MR. PIRTLE:  If you want to get technical
4    about it.
5    BY MR. RABER:
6    Q   Was Seroquel on the market in 1990?
7    A   I don't believe so.
8    Q   Dr. Marks, would you agree with me that
9    Mrs. Guinn's hypertension was at times inadequately
10   controlled?
11   A   I would have to look at the numbers again.
12   Q   Have you ever seen any references by any
13   doctors that say it was inadequately controlled?
14   A   I don't recall, I would have to look.
15       Are you asking whether it was inadequately
16   controlled on treatment or are you asking that she
17   required treatment because it was inadequately
18   controlled?
19   Q   Well, let's look, if we could, at your summary
20   on page 11. For the record this is Exhibit 28, do you
21   see entry there on February 25, 2004?
22   A   Yes.
23   Q   Do you see where it says benign essential
24   hypertension inadequately controlled?
25   A   That is correct.

254

1    Q   Would you agree with me that there were times
2    when Mrs. Guinn's hypertension was inadequately
3    controlled?
4    A   Yes.
5    Q   Even while she was on medication?
6    A   Yes.
7    Q   I noticed that — Well, strike that. Is age
8    over 45 years old a risk factor for diabetes?
9    A   Yes, it is.
10   Q   How come it's not listed here under risk
11   factors on your report?
12   A   I guess Glenda didn't think of it.
13   Q   Did you think of it?
14   A   Yes.
15   Q   Did you play any role in putting together this
16   time line?
17   A   This time line Exhibit 28?
18   Q   Yes.
19   A   No.
20   Q   So you would agree that in addition to the
21   risk factors that are listed here on this outline, age
22   should be added to that?
23   A   Yes, to be completely thorough.
24   Q   Is smoking a risk factor for diabetes?
25   A   No.

19 (Pages 251 to 254)

255

1     Q   Have you ever seen any studies indicating that
2   smoking increases a person's risk for developing Type II
3   diabetes?
4     A   No.
5     Q   You are not familiar with that literature?
6     A   No, it's an increased risk for cardiovascular
7   disease.
8     Q   Is sedentary lifestyle a risk factor for
9   diabetes mellitus?
10    A   Yes.
11    Q   Did Mrs. Guinn have a sedentary lifestyle?
12    I believe she did at times, yes.
13    Q   That is not listed on this outline, is it?
14    A   No.
15    Q   It a poor diet a risk factor for diabetes
16  mellitus?
17    A   Yes.
18    Q   Did Mrs. Guinn have a poor diet?
19    I don't remember that.
20    (Whereupon, the below referred to document
21    was marked as Defendant's Exhibit No. 31.)
22  (BY Mr. Raber)
23  BY MR. RABER:
24    Q   I would like to show you, if we could, a
25  document that we will mark as Exhibit 31.  Have you ever

256

1   seen Exhibit 31 before?
2     A   I don't believe so.  Can I take that back?  I
3   don't know if I have ever seen it or not.
4     Q   This a looks like a progress note from a visit
5   from with Dr. Ragsdale on February 4th, 2004?
6     A   Correct.
7     Q   Now, I want you to lay that down and put next
8   to it the outline that you have, Exhibit 28, turn to
9   page 10 of that outline.  Do you see on page 10 of
10  Exhibit 28 there is an entry there for February 4, 2004
11  that refers to Dr. Ragsdale?
12    A   Yes.
13    Q   And it refers to a weight of 192 pounds?
14    A   Yes.
15    Q   And that is the same weight that is shown on
16  Exhibit 31 which appears to be the underlying record,
17  correct?
18    A   Correct.
19    Q   Would you agree with me that Exhibit 31
20  appears to be the underlying record that was used in
21  creating this outline on page 10 for the entry on
22  February 4, 2004?
23    A   Yes.
24    Q   Now, I noticed that the actual record
25  Exhibit 31 says is totally unable to diet with any

257

1   success for any significant amount of time; do you see
2   that?
3     A   Not yet.
4     Q   It's in the first big paragraph there, it says
5   she has been suffering from exogenous obesity since
6   early teenage years, is totally unable to diet with any
7   success for any amount of time?
8     A   Yes, I see it.
9     Q   I notice that that statement about her being
10  unable to diet with any success does not appear anywhere
11  on the outline that you relied on; do you see that?
12    A   Yes.
13    Q   Does that indicate to you maybe a problem with
14  relying on outlines as opposed to the underlying
15  records?
16    MR. PIRTLE:  Objection, form, she didn't
17  testified she relied solely on the outline.
18    MR. RABER:  Don't coach her.
19    MR. PIRTLE:  I'm not coaching her.
20    MR. RABER:  Objection to form.  Don't do a
21  speaking objection it's improper.
22    MR. PIRTLE:  If you are going to be unfair,
23  she didn't say she relied totally.
24    THE WITNESS:  That is why I made the effort to
25  read these medical records.

258

1   (BY Mr. Raber)
2   BY MR. RABER:
3     Q   But you didn't review Exhibit 31, did you?
4     A   I don't remember whether I did specifically or
5   not.
6     Q   Isn't that a pretty important statement from
7   her doctor that she is totally unable do diet with any
8   success for any significant amount of time?
9     A   I think that represents what she told him.
10    Q   Are you saying that she is not reliable?
11    A   No, I am not saying that.  It represents what
12  she told him.
13    Q   Would you agree that she had problems with her
14  diet?
15    A   I don't know what you mean by problems with
16  her diet.
17    Q   That she was totally unable to diet with any
18  success for any significant amount of time?
19    A   No, I don't know that.
20    Q   You are not making an assumption one way or
21  the other?
22    A   People say that they have made attempts to
23  lose weight a lot of times when their attempts may have
24  been inadequate.
25    Q   Are you saying that you shouldn't believe what

20 (Pages 255 to 258)

259

1  Mrs. Guinn says?
2      A   No.
3      Q   Do you believe her statement here that she is
4  totally unable to diet with any success for any amount
5  of time?
6      A   I don't know.
7      Q   Well, let me ask you this then, if I had to
8  ask you a true/false question, and the question was
9  Mrs. Guinn's diet was a risk factor for the development
10 of Type II diabetes, true or false?
11     A   I don't have any facts about her diet.
12     Q   Well, what about Exhibit 31?
13     A   That she is unable to diet, it doesn't say
14 anything about the quality of the food she is eating,
15 the quantity of the food she is eating, so I don't know.
16 I would guess that her diet probably wasn't the best,
17 but I don't have any facts to support that.
18     Q   Look further down on Exhibit 31, do you see
19 under Assessment it says hypercholesterolemia; do you
20 see that?
21     A   Yes.
22     Q   On treatment with highly questionable dietary
23 discretion; do you see that?
24     A   Yes, I do.
25     Q   What does that mean to you as a practicing

260

1  physician, highly questionable?
2      A   He is questioning whether her diet is
3  appropriate in someone who has hypercholesterolemia.
4      Q   Does that indicate to you that she has a poor
5  diet?
6      A   Not necessarily.  I don't see any details
7  about her diet on this record.  If I were talking to the
8  patient, I would write down what the patient eats for
9  breakfast, lunch and dinner, and that would be factual
10 information.
11     Q   Are you going to tell this jury that
12 Mrs. Guinn's diet was just fine and not a risk factor
13 for diabetes?
14     MR. PIRTLE: Objection, form.  Go ahead.
15     THE WITNESS: No, I don't have that
16 information.
17 BY MR. RABER:
18     Q   Are you going to admit that her diet was a
19 risk factor for development of diabetes?
20     A   No, I mean I can speculate that it was, but I
21 don't have any information to say that.
22     Q   Looking at Exhibit 31 it says under
23 Assessment:  General deconditioning; do you see that?
24     A   Yes.
25     Q   What does that mean?

261

1      A   I don't know.
2      Q   Does it mean she is out of shape?
3      A   Probably.
4      Q   Does it mean she is not exercising?
5      A   I don't know that.
6      Q   Do you see where it says under the Plan:
7  3. American Medical Association diet, Type II is
8  recommended.  Daily exercise is encouraged.  Weight
9  reduction is strongly advised?
10     A   Yes.
11     Q   Does that indicate to you that Dr. Ragsdale
12 had a problem with Mrs. Guinn's diet at that point in
13 time?
14     A   Yes, it does.
15     Q   Does it indicate to you that he felt she
16 needed to be more active?
17     A   Yes.
18     Q   Does it indicate that he felt that she needed
19 to lose weight?
20     A   Yes.
21     Q   And he felt strongly about that?
22     A   He advised her strongly.
23     Q   Is receiving steroid injections a risk factor
24 for the development of Type II diabetes?
25     A   It depends on the duration of receiving

262

1  steroid injections.
2      Q   Did Mrs. Guinn receive steroid injections for
3  any reason?
4      A   Can I take back my answer to your last
5  question?  I wasn't thinking about what you said.
6  Steroid injections in to what?
7      Q   Back.
8      A   Okay.  It can be associated with
9  hyperglycemia, depending on the duration isn't
10 necessarily associated with diabetes, those things are
11 often not done for a long period of time.
12     Q   Did Mrs. Guinn receive regular steroid
13 injections for back problems?
14     A   I don't remember if she did or not.
15     Q   You didn't see that in the medical records?
16     A   I might have seen it in the medical records, I
17 don't remember if either way.
18     Q   Did you note it anywhere in your report?
19     A   I don't know, I would have to look.
20     Q   Would that be an important factor to consider
21 when you are talking about her glucose levels?
22     A   It might be, depending on how many injections
23 she got and for what duration of time.
24     Q   Is having prediabetes a risk factor for the
25 development of diabetes?

21 (Pages 259 to 262)

263

1    A  Yes, it is.

2    Q  Would you agree that Mrs. Guinn had

3 prediabetes before she ever took Seroquel?

4    A  Can you define for me what you mean by

5 prediabetes?

6    Q  Well, you are the doctor, you tell me.

7    A  I can tell you what my definition of it is,

8 it's either glucose intolerance or impaired fasting

9 glucose.

10    Q  And what numerical ranges for fasting glucose

11 would amount to prediabetes?

12    A  Between 100 and 125.

13    Q  Would you agree with me that — and does it

14 require more than one reading between 100 and 125 to

15 conclude that somebody has prediabetes?

16    A  No.

17    (Whereupon, the below referred to document

18    was marked as Defendant's Exhibit No. 32.)

19    (BY Mr. Raber)

20 BY MR. RABER:

21    Q  I would like to show you, if we could,

22 Exhibit 32. Exhibit 32 is a lab report from SmithKline

23 Beecham date collection time 7/30/92 at 8:55; do you see

24 that?

25    A  Yes, I do.

264

1    Q  And do you see underneath that the patient's

2 name Linda Guinn, correct?

3    A  Yes.

4    Q  And do you see under remarks it says fasting

5 specimen?

6    A  Yes.

7    Q  And do you see where it says glucose 109?

8    A  Yes.

9    Q  Does that indicate to you that Mrs. Guinn as

10 far back as 1992 was pre-diabetic?

11    A  It's possible.

12    Q  It's possible?

13    A  Yes.

14    Q  What more do you need to know?

15    A  That it was really fasting for instance.

16    Q  Would the combination on this record of a

17 collection time of 8:55 a.m. and a specific remark that

18 it is a fasting specimen be a reliable indicator to you

19 that this is a fasting specimen?

20    A  If I received this report I would confirm with

21 the patient that she was indeed fasting.

22    Q  Do you have any reason to believe that

23 Exhibit 32 is not the results of a fasting specimen?

24    A  No.

25    Q  I would like to show you a document we will

265

1 mark as Exhibit 33.

2    (Whereupon, the above referred to document

3    was marked as Defendant's Exhibit No. 33.)

4 BY MR. RABER:

5    Q  Dr. Marks, Exhibit 33 is a lab report from

6 Quest Diagnostics with a collection date of 8/12/97 for

7 a patient named Linda Guinn?

8    A  Yes.

9    Q  And do you see on the right-hand-side it

10 states fasting 9:00 a.m.?

11    A  Yes.

12    Q  And what does it say her fasting glucose was

13 on August 12, 1997?

14    A  114.

15    Q  So does that indicate to you that at least as

16 far back as 1997 Mrs. Guinn was a pre-diabetic?

17    A  Yes.

18    Q  And so would you agree that to a reasonable

19 degree of medical probability it's more likely than not

20 that as far back as 1997 Mrs. Guinn met the criteria for

21 being a pre-diabetic?

22    A  In 1997 the criteria for being pre-diabetic

23 was different, but by using today's criteria I would say

24 yes.

25    Q  So for purposes, though, of evaluating

266

1 Mrs. Guinn and having expert opinions, you would agree

2 that Mrs. Guinn was in fact a prediabetic before she

3 ever took Seroquel?

4    A  Yes.

5    Q  And that we have evidence that she was a

6 pre-diabetic as far back as 1992 in the one record and

7 1997 in the other record?

8    A  That is correct.

9    Q  Would you agree that someone with

10 schizophrenia — Strike that. Would you agree that

11 schizophrenia is a risk factor for the development of

12 Type II diabetes?

13    A  I believe the literature is mixed, but I think

14 most people would say that people with schizophrenia

15 have an increased risk for diabetes.

16    Q  Same question about bipolar disorder?

17    A  I don't think that's well established.

18    Q  When you formed your opinions in this case did

19 you make any attempt to rule out all of these risk

20 factors for — Strike that.

21    You with agree with me then that Mrs. Guinn

22 had the following risk factors for diabetes, I am going

23 to list them: Obesity, hypertension, hyperlipidemia,

24 family history, age, sedentary lifestyle, and

25 prediabetes?

22 (Pages 263 to 266)

267

1    A  Yes.
2    Q  Did you make any effort in forming your
3  opinion to rule out those risk factors for diabetes that
4  I have just listed as the sole cause of Mrs. Guinn
5  developing diabetes?
6    A  How would I do that?
7    Q  Well, you are the expert, you tell me.
8    A  I wouldn't know how to do that.
9    Q  So is the answer then that you did not attempt
10  to rule out the risk factors I just listed as the sole
11  cause of Mrs. Guinn's diabetes?
12    A  You can't rule out those risk factors.
13    Q  And you made no attempt to do so, true?
14    A  I don't understand what you are asking me.
15    Q  Well, did you or did you not make any attempt?
16    A  What would attempt be?
17    Q  Well, if you don't know how to do it, and you
18  didn't do it that's all you need to say.
19      MR. PIRTLE: Objection, form.
20      THE WITNESS: Okay.
21  (BY Mr. Raber)
22  BY MR. RABER:
23    Q  Would you know how to rule out those risk
24  factors I listed as the sole cause of Mrs. Guinn's
25  diabetes?

268

1    A  No.
2    Q  And therefore you made no attempt to do so,
3  correct?
4      MR. PIRTLE: Objection, form.
5      THE WITNESS: Correct.
6  BY MR. RABER:
7    Q  And those risk factors I listed by themselves
8  to a reasonable degree of medical probability are
9  sufficient to explain the cause of Mrs. Guinn's
10  diabetes?
11      MR. PIRTLE: Objection, form.
12      THE WITNESS: Could you ask me that again,
13      please?
14  BY MR. RABER:
15    Q  Those risk factors that I just listed, age,
16  long term obesity, hypertension, hyperlipidemia, family
17  history, sedentary lifestyle, and prediabetes, those
18  risk factors alone to a reasonable degree of medical
19  probability are sufficient to explain the sole cause
20  Mrs. Guinn's diabetes without Seroquel?
21      MR. PIRTLE: Objection, form.
22      THE WITNESS: No, I have no way of ruling out
23      the Seroquel anymore than I can rule out any other
24      risk factors.
25      (BY Mr. Raber)

269

1  BY MR. RABER:
2    Q  But those risk factors alone are sufficient to
3  explain why Mrs. Guinn developed diabetes, true?
4      MR. PIRTLE: Objection, form.
5      THE WITNESS: True.
6  BY MR. RABER:
7    Q  Let's go back, if we could, to your report for
8  Mrs. Guinn, which I believe is Exhibit 27.
9    A  Correct.
10    Q  I have some questions for you about that.
11      Your report that relates specifically to
12  Mrs. Guinn begins on page 5; is that right?
13    A  Yes.
14    Q  We have discussed a number of risk factors for
15  diabetes that Mrs. Guinn had, and my question to you is
16  do you discuss anywhere in your report those risk
17  factors?
18    A  I think I point out all of the risk factors.
19    Q  I didn't see any reference to family history
20  in here.
21    A  That was an oversight on my part then.
22    Q  I don't see anywhere where you conclude that
23  she had risk factors for diabetes, am I reading that
24  incorrectly?
25    A  I certainly intended to put that statement to

270

1  that effect in there, it's clear that she has risk
2  factors, I pointed them out.
3    Q  I wrote down a list of the medications that
4  you included in your report, and I want to ask you about
5  each one of these, whether those medications are
6  associated either with weight gain or increases in blood
7  glucose, okay?
8    A  Yes.
9    Q  Lescol?
10    A  No.
11    Q  Verapamil?
12    A  Verapamil.
13    Q  Verapamil.
14    A  No.
15    Q  Ziprasidone?
16    A  I don't remember if that is one of the ones
17  that is or is not.
18    Q  That is Geodon, isn't it?
19    A  Geodon, and I think it's associated with less
20  weight gain than some of the others.
21    Q  Do you know whether -- Well, is
22  Ziprasidone/Geodon associated with increases in blood
23  glucose?
24    A  I think it can be.  I think they all can be.
25    Q  How about Effexor?

23 (Pages 267 to 270)

271

1     A   I mentioned about Effexor earlier that I
2   looked that up, and I seem to recall that it can be
3   associated, but it wasn't really definitive in the
4   literature.
5     Q   Associated with increased glucose?
6     A   Increased weight, I'm sorry.
7     Q   What about glucose?
8     A   I don't think so.
9     Q   How about enalapril?
10    A   No.
11    Q   Zocor?
12    A   No.
13    Q   Benecar?
14    A   No.
15    Q   Norvasc?
16    A   No.
17    Q   Hydrochlorothiazide?
18    A   I mentioned earlier that rarely that can be
19   associated with, and particularly in high doses, with
20   glucose abnormalities.
21    Q   Is Neurontin associated with weight gain?
22    A   That I don't know.
23    Q   Is Neurontin associated with increased blood
24   glucose?
25    A   I don't believe so, I have never heard it, but

272

1   I didn't specifically look that one up, sorry.
2     Q   Was Mrs. Guinn taking Neurontin?
3     A   I think she was at one time.
4     Q   How come it's not mentioned in your report?
5     A   I missed it.
6     Q   Did you think it was significant?
7     A   No.
8     Q   I don't see any reference to Mrs. Guinn
9   receiving steroid injections in your report, is that
10   another thing you missed?
11    A   I may have, yes.
12    Q   All right.  Looking at your report you say the
13   earlier records we have related to Mrs. Guinn are from
14   1998, right?
15    A   Those are the earliest records that I have,
16   yes.
17    Q   And in fact we have seen records dating back
18   to at least 1990?
19    A   That is correct.
20    Q   And do you know where there were records that
21   date back even before that?
22    A   No.
23    Q   Are you curious to see what those records say?
24    A   Sure.
25    Q   You note in your report the first weight noted

273

1   is in March 1999, 194 pounds; do you see that?
2     A   Yes.
3     Q   Do you have any idea what her weight history
4   was before March of 1999?
5     A   No.
6     Q   Well, we saw one medical record that indicated
7   that she suffered from exogenous obesity since early
8   teenage years?
9     A   I know that now.
10    Q   Did you know that Mrs. Guinn gained almost
11   100 pounds between 1988 and 1994?
12    A   No, I didn't.
13    Q   Would that be significant in evaluating her
14   weight cycles or weight history?
15    A   Yes.
16    Q   Would that indicate to you that she is capable
17   of gaining that much weight without Seroquel?
18    A   Yes.
19    Q   And what would be the cause of that kind of a
20   weight gain?
21    A   I don't know.
22    Q   Did you know that as early as 1994 Mrs. Guinn
23   weighed 208 pounds?
24    A   No, I didn't know that.
25    Q   Is that significant?

274

1     A   In what sense?
2     Q   The sense that she has been obese for a long
3   time.
4     A   Yes.
5     Q   And do you know whether she ever reached that
6   weight of 208 pounds while she was taking Seroquel?
7     A   No, I don't have that information.  What was
8   the weight again that you quoted?
9     Q   208 pounds.  Do you know whether she ever
10   reached 208 pounds while she was taking Seroquel?
11    A   I thought I answered that, no, I don't have
12   that information.
13        (Whereupon, the below referred to document
14        was marked as Defendant's Exhibit No. 34.)
15    (BY Mr. Raber)
16   BY MR. RABER:
17    Q   I would like to show you a document that we
18   will mark as Exhibit 34.  Exhibit 34 is a document dated
19   September 24th of 1994, true?
20    A   September 26th.
21    Q   I'm sorry, September 26th of 1994, correct?
22    A   Correct.
23    Q   And what does it say her weight is reported to
24   be on that date?
25    A   208 pounds.

24 (Pages 271 to 274)

275

1    Q   Now, I looked in your report, and towards the
2  bottom of page -- Well, you say before starting Seroquel
3  Mrs. Guinn's highest weight was 205 pounds; do you see
4  that?
5    A   Yes.
6    Q   That is incorrect, right?
7    A   I guess I was off by three pounds.
8    Q   So you missed in your review of the records
9  her highest all time weight before Seroquel, true?
10   A   Or I rounded it down to 205.
11   Q   Well, you are not telling us that you knew
12  about this Exhibit and round it down, are you?
13   A   No, that's not what I am saying.
14   Q   You missed it, right?
15   A   I didn't have that piece of information.
16   Q   You missed in your review of the records and
17  in this file you missed her highest all time weight
18  before Seroquel, true?
19      MR. PIRTLE:  Objection, argumentative.  You
20  can answer it again.
21      THE WITNESS:  I didn't have that record.
22  BY MR. RABER:
23   Q   I would like to show you a document we will
24  mark as -- Did you have all the records after 1999?
25   A   I don't know if I had them all or not.

276

1    Q   But at least on your report you say the
2  first -- the earlier records we have are from 1998?
3    A   That is correct.
4    Q   So is it safe to assume that for anything
5  after 1998 that you reviewed things carefully?
6    A   Yes.
7      (Whereupon, the below referred to document
8      was marked as Defendant's Exhibit No. 35.)
9    (BY Mr. Raber)
10  BY MR. RABER:
11   Q   I would like to show you a document that we
12  will mark as Exhibit 35.
13      Exhibit 35 is a record dated in 2000; is that
14  right?
15   A   Yes.
16   Q   Specifically January 19th of 2000?
17   A   Yes.
18   Q   And what does it say her weight was on that
19  date?
20   A   208.
21   Q   Did you miss that record, too?
22   A   No, I actually remember seeing this.
23   Q   But you didn't note it in your report?
24   A   I noted a weight of 205 pounds.  To me that is
25  not much difference.

277

1    Q   So you are saying that in your report we can
2  move the numbers around by a few and it won't make a
3  difference whether it's weight or glucose numbers or
4  those sorts of things?
5    A   No, that is not what I am saying.
6    Q   You say in your report in August 1999 a
7  fasting glucose was 67 milligrams per desilter and total
8  cholesterol was 254 milligrams per desilter, true?
9    A   True.
10   Q   Did she have glucose -- Strike that.  Did she
11  have cholesterol readings higher than 254 before this
12  time?
13   A   I don't know, I believe that is the first one
14  I have.
15   Q   Would you consider a total cholesterol number
16  above 300 to pose any health threats to a person?
17   A   Yes.
18   Q   Do you know whether or not Mrs. Guinn had any
19  total cholesterol readings above 300 before August of
20  1999?
21   A   No.
22   Q   Would that make a difference?
23   A   No, and if I could amend my answer from before
24  when you asked me about total cholesterol greater than
25  300 posing a health risk, it really depends on what the

278

1  LDL and HDL levels are.
2    Q   So you give no clinical significance to a
3  total cholesterol reading of greater than 300 without
4  knowing what the components of that are?
5    A   That is correct.
6    Q   Do you think you are in the minority on that?
7    A   No, she could have a very high HDL in which
8  case it could be less and her total cholesterol.
9    Q   You state in your report in January 2002 she
10  was prescribed ziprasidone; do you see that?
11   A   Yes.
12   Q   That is Geodon, correct?
13   A   Yes, correct.
14   Q   Why was she prescribed Geodon?
15   A   I think it was for depression or anxiety.
16   Q   Did it work?
17   A   I don't recall.
18   Q   Then you say for unknown reasons another
19  doctor changed her to Seroquel 200 milligrams a day in
20  May 2002, reducing the dose to 100 milligrams a day two
21  weeks later; do you see that?
22   A   Yes.
23   Q   As we sit here today do you know why she was
24  prescribed Seroquel in May of 2002?
25   A   No, I don't.

25 (Pages 275 to 278)

279

```
1        Q   Do you know anything about the circumstances
2   of that?
3        A   Not that I recall.
4        Q   Is it important?
5        A   As I stated for unknown reasons she was
6   changed from ziprasidone to Seroquel, that would suggest
7   that I didn't know the reason for the changing of the
8   prescription.
9        Q   Would it be important for you to know why she
10  was prescribed Seroquel?
11       A   It might be.
12       Q   Did you know that she tried to kill herself?
13       MR. PIRTLE:  Objection, form.  Also misstates
14  the record.  You can answer if you can.
15       THE WITNESS:  I don't remember whether there
16  was a period of time then that she tried to kill
17  herself.
18  BY MR. RABER:
19       Q   Do you know that she was in the emergency room
20  in early May of 2002 in four point restraints with
21  paranoid hallucinations, hearing voices, drug overdose
22  and then tried to kill herself?
23       MR. PIRTLE:  Objection, form.
24       THE WITNESS:  What was the date then?
25
```

280

```
1   BY MR. RABER:
2        Q   Checked in of April 29, 2002.
3        A   I don't recall exactly.
4        Q   You didn't see those records?
5        A   Yes, I probably did.
6        Q   Being in four point restraints in the hospital
7   sounds pretty serious, doesn't it?
8        MR. PIRTLE:  Objection, form.
9        THE WITNESS:  Yes.
10  BY MR. RABER:
11       Q   Would that be a good reason to start Seroquel?
12       A   I don't know.  If they felt that ziprasidone
13  wasn't helping her, then they might consider another
14  medication.
15       Q   Well, that doesn't sound much like that Geodon
16  is helping her, does it?
17       A   I don't know.
18       Q   Well, if she started it in January and three
19  months later she tries to kill herself and is in four
20  points restraint in the hospital?
21       MR. PIRTLE:  Objection, form.  Assumes facts
22  not in this case at all.  Bordering on bad faith
23  questions.
24  (BY Mr. Raber)
25
```

281

```
1   BY MR. RABER:
2        Q   That sounds pretty serious, doesn't it?
3        A   What sounds pretty serious?
4        Q   Being in four points restraints in the
5   hospital?
6        A   I answered that.
7        Q   It doesn't sound like the Geodon was working
8   too well, does it?
9        MR. PIRTLE:  Objection, form.
10  BY MR. RABER:
11       Q   Do you have an opinion as to whether or not
12  the Geodon helped her?
13       A   I would have to look at the specific records
14  to confirm that that was what she was taking at the time
15  and I would like to know if there are extenuating
16  circumstances.
17       (Whereupon, the below referred to document
18       was marked as Defendant's Exhibit No. 36.)
19       (BY Mr. Raber)
20  BY MR. RABER:
21       Q   I would like to show you a document that has
22  been marked as Exhibit 36.
23       Do you recognize Exhibit 36 as a progress note
24  from the Palmetto General Hospital dated May 2nd, 2002?
25       A   Yes.
```

282

```
1        Q   Do you see on the second line there it says
2   patient in four point restraint?
3        A   Is that what it says?
4        Q   That is what the doctor said it says.
5        A   Okay.
6        Q   Do you have any reason to dispute that?
7        A   No.
8        Q   Can we say in good faith that that says
9   patient in four points restraint?
10       A   Yes.
11  (BY Mr. Pirtle)
12       MR. PIRTLE:  That wasn't the crux of what I
13  was saying.
14  BY MR. RABER:
15       Q   Do people who attempt suicide sometimes get
16  put in four point restraints in your experience as a
17  nurse and as a doctor?
18       A   Probably.
19       Q   Can you think of any other reason to put
20  somebody if four point restraints in the hospital?
21       MR. PIRTLE:  Objection, form.
22       THE WITNESS:  Yes.
23  (BY Mr. Raber)
24  BY MR. RABER:
25       Q   What?
```

283

1      A   Agitation, somebody who is confused, somebody
2   who may fall out of bed.
3      (BY Mr. Pirtle)
4      MR. PIRTLE:  When you work your way to a
5   stopping point, I would like to take a first break.
6      MR. RABER:  Let's take our first break.
7      (Whereupon, a short recess was taken
8   at 10:50 a.m.)
9   BY MR. RABER:
10      Q   Dr. Marks, do you know why the doctors put
11   Mrs. Guinn in four point restraints in the hospital in
12   May of 2002?
13      A   No, I don't.
14      Q   I would like to show you a document we will
15   mark as Exhibit 37.
16      MR. PIRTLE:  Thank you.
17      (Whereupon, the above referred to document
18   was marked as Defendant's Exhibit No. 37.)
19   BY MR. RABER:
20      Q   Is Exhibit 37 a discharge summary from the
21   Palmetto General Hospital with an — you know what,
22   there is stuff attached to it that is not part of this
23   document, may I have that back and I will just pull off
24   the extraneous pages?
25      MR. PIRTLE:  Are you going to use them?

284

1      MR. RABER:  No, you can if you want to, but I
2   am not going to.
3      MR. PIRTLE:  I have seen them.
4   BY MR. RABER:
5      Q   Okay.  I have taken back Exhibit 37 and
6   removed the pages that are not part of what it should
7   be.
8      Exhibit 37 is a discharge summary, two pages
9   signed by a Dr. Guido Nodal with dates on it looks
10   like AD is 5/3/2002 and DD is 5/10/2002; is that right?
11      A   Yes.  Is AD admission date and is DD is
12   discharge date?
13      Q   I'm just saying what it says on the document;
14   is that correct?
15      A   I just wanted to understand.
16      Q   And do you see that there is an admission
17   diagnosis of schizophrenia chronic paranoid type?
18      A   Yes.
19      Q   And do you have any reason to dispute that
20   that was a diagnosis for Ms. Guinn in May of 2002?
21      A   No.
22      Q   The first sentence there indicates that
23   Mrs. Guinn had been admitted to the hospital after an
24   overdose; do you see that?
25      A   Yes.

285

1      Q   It says she had been having psychiatric
2   problems over 20 years with a history of auditory
3   hallucinations, paranoid delusions and much agitation.
4      The patient apparently had a suicide attempt
5   that she did not remember and was abusing marijuana at
6   home.  Do you see that?
7      A   Yes.
8      Q   Does smoking marijuana increase someone's
9   appetite?
10      A   I have heard that it does.
11      Q   Very clever answer there, very careful.
12      MR. PIRTLE:  Have you got a study on that?
13      MR. RABER:  Anecdotal evidence.
14   (BY Mr. Raber)
15   BY MR. RABER:
16      Q   Did you know that there were periods of time
17   when Mrs. Guinn was abusing marijuana at home?
18      A   I don't remember if I had known that fact or
19   not.
20      Q   Could marijuana have been an explanation for
21   Mrs. Guinn gaining weight while she was taking Seroquel?
22      A   It could be one explanation.
23      Q   Did you consider that in forming your
24   opinions?
25      A   No, I didn't.

286

1      Q   Would you agree with me that given these
2   circumstances Seroquel was an appropriate choice of
3   medication for Mrs. Guinn in May of 2002?
4      A   I don't know that, I am not a psychiatrist.
5      Q   You don't have an opinion one way or the
6   other?
7      A   No.
8      Q   Are you here to tell us that there were better
9   alternatives than Seroquel to treat her?
10      A   I am not here to tell you that.
11      Q   It says in that first full paragraph, she was
12   admitted to the unit and put on Seroquel 100 milligrams
13   BID.
14      Initially she was psychotic and paranoid.
15   Medication was increased up to 200 milligrams BID on
16   which the patient slowly recovered and the delusions and
17   the hallucinations went away; do you see that?
18      A   Yes, I do.
19      Q   That appears that Seroquel saved her life,
20   would you agree with that?
21      MR. PIRTLE:  Objection, form.
22      THE WITNESS:  No.
23   BY MR. RABER:
24      Q   Would you agree that it appears from these
25   records that Seroquel helped her?

27 (Pages 283 to 286)