287

1    A  I would agree to that.
2    Q  Have you seen records indicating whether or
3  not Seroquel helped her live a better life?
4    A  I don't recall.
5    Q  Did you consider any of that in forming your
6  opinions in this case, that is the benefits that she
7  received from the medicine?
8    A  No.
9    Q  You mentioned that you thought that the drug
10  Effexor is associated with an increase in weight?
11    A  I think that I have read some things about
12  that that, but it's not totally clear.
13    Q  Well, what is your opinion on that?
14    A  I am not sure, because the literature is
15  conflicting and there is not much of it.
16    Q  Okay.  But you are saying that Effexor does
17  not —is not associated with an increase in glucose; is
18  that correct?
19    A  I think that's true.
20    Q  So what you are saying then is that there is a
21  drug that some studies show increases weight, but does
22  not have an effect on blood glucose, correct?
23    A  I think that is correct.
24    Q  And as an endocrinologist would you agree that
25  it's possible for a drug to have an effect on weight

288

1  gain, but no effect on blood glucose levels?
2    A  Yes.
3    Q  And you can't rule that out with regard to
4  Seroquel, can you?
5    MR. PIRTLE:  Objection, form.
6    THE WITNESS:  No.
7  BY MR. RABER:
8    Q  Doctor, you say in your report here that —
9  let me strike that.
10    Do you know how much Mrs. Guinn weighed when
11  she started taking Seroquel?
12    A  I believe she weighed - soon after she was put
13  on - about a month after Seroquel was started she
14  weighed 155 pounds.
15    Q  Did you see any records that gave a weight
16  that were closer in time to when she actually started?
17    A  No.
18    Q  Do you understand that she started Seroquel in
19  the hospital in May the 2nd of 2002?
20    A  I don't know if it was May the 2nd, but she
21  was started in May, I don't think she was admitted until
22  May the 3rd.
23    Q  Well, she was transferred, she was in
24  intensive care and then she was transferred?
25    A  Right.

289

1    (Whereupon, the below referred to document
2    was marked as Defendant's Exhibit No. 38.)
3    (BY Mr. Raber)
4  BY MR. RABER:
5    Q  Let me see if I can clear this up.  I would
6  like to show you a document that we will mark as
7  Exhibit 38, and does that appear to be a record for a
8  hospitalization for Mrs. Guinn on April 29, 2002?
9    A  Yes, it does.
10    Q  And what does Exhibit 38 show her weight to be
11  on April the 29 of 2002?
12    A  160 pounds.
13    Q  And would you agree with me that if we assume
14  that she started taking Seroquel three days later that
15  that would be a better baseline weight to consider than
16  a weight a month later?
17    A  Yes.
18    Q  Doctor, is it your opinion that Seroquel
19  causes weight gain?
20    A  Yes, it is.
21    Q  And under your theory or opinion about
22  Seroquel causing weight gain, when do you expect to see
23  that weight gain occur?
24    A  I think it starts occurring in many cases
25  within a few months of onset or initiation of the

290

1  medication can continue to occur there after.
2    Q  Does it occur right away?
3    A  No.
4    Q  Well, when does it start?
5    A  Within a few months.
6    Q  Can you be any more specific than that?
7    A  No.
8    Q  Within one month?
9    A  I can't be that specific.
10    Q  Within two months?
11    A  I can't be that specific.
12    Q  If your theory is correct, would you expect to
13  see weight gain in let's say the first three and a half
14  months?
15    A  Could be.
16    Q  Would you expect to see that?
17    A  It could be.
18    Q  Well, could be is one thing, would you expect
19  to see it?
20    A  Could be is different than expect, and I think
21  it could be.
22    Q  So my question is would you expect to see
23  weight gain in the first three and a half months under
24  your theory?
25    A  I don't know, but I wouldn't be surprised.

291

```
1        Q   It's true, isn't it, that Mrs. Guinn did not
2   gain any weight in the first three and a half months
3   taking Seroquel?
4        MR. PIRTLE:  Objection, form.
5        THE WITNESS:  She started in May, I guess so.
6   BY MR. RABER:
7        Q   Let me show you, we saw that she weighed
8   160 pounds on April 29, 2002, correct?
9        A   Yes.
10       Q   And let's look at Exhibit 39.  Exhibit 39 is a
11  record of a visit with a Nancy Thompson dated August 15,
12  2002, correct?
13       A   Yes.
14       Q   And August 15, 2002 is roughly three and a
15  half months after Mrs. Guinn started taking Seroquel,
16  correct?
17       A   Yes.
18       Q   And, see that her weight was 160 pounds when
19  she started Seroquel and 160 pounds three and a half
20  month later, true?
21       A   Yes.
22       Q   That is inconsistent with your theory that
23  Seroquel causes weight gain, isn't it?
24       MR. PIRTLE:  Objection, form.
25       THE WITNESS:  No.
```

292

```
1   BY MR. RABER:
2        Q   That is a piece of evidence that is
3   inconsistent with your opinion, isn't it?
4        MR. PIRTLE:  Same objection.
5        THE WITNESS:  No.
6   BY MR. RABER:
7        Q   How is no weight gain in three and a half
8   months consistent with your opinion that Seroquel causes
9   weight gain?
10       A   I didn't say it caused it within three and a
11  half months, I said it could occur soon after starting
12  the medication, but could continue for longer duration.
13       Q   What method -- have you tried to apply any
14  methodology to determine when people start gaining
15  weight on Seroquel?
16       A   No.
17       Q   Does it vary from patient to patient?
18       A   Undoubtedly.
19       Q   Did you make any effort to determine in this
20  particular case as to Mrs. Guinn when it is that
21  Seroquel actually started causing her to gain weight?
22       A   Other than tracking her weight as I have noted
23  in my report, no.
24       Q   Well, did she magically start gaining weight
25  after three and a half months for some reason?
```

293

```
1        MR. PIRTLE:  Objection, form.
2        THE WITNESS:  I don't think there is anything
3   magical about it.
4   BY MR. RABER:
5        Q   Okay.  Well, what methodology do you use to
6   have the opinion that Mrs. Guinn can go three and a half
7   months on Seroquel without gaining weight and then after
8   that point Seroquel does cause her to gain weight?
9        MR. PIRTLE:  Objection, form.
10       THE WITNESS:  For one thing the dosage was
11  increased.
12  BY MR. RABER:
13       Q   Any other reasons?
14       A   I wouldn't be surprised if it took some time
15  for there to be weight gain.
16       Q   Why is that?
17       A   Because weight gain can be variable in terms
18  of how quickly it occurs.
19       Q   Why is that?
20       A   I don't know why.
21       Q   Does Seroquel have any effect on the pancreas?
22       A   Not that I am aware of.
23       Q   And the weight gain that you believe
24  Mrs. Guinn experienced while she was taking Seroquel
25  would you attribute that to her taking in more calories
```

294

```
1   than she was burning?
2        A   It could be.
3        Q   Can you give us any other reason why she
4   gained weight while she was taking Seroquel other than
5   eating more and not being as active?
6        A   It could be an effect of the Seroquel.
7        Q   In what way?
8        A   I don't know.
9        Q   You would have to speculate about that?
10       A   I wouldn't even speculate.  All I know is
11  there is an association between drugs like Seroquel and
12  weight gain.
13       Q   Have you made any attempt to quantify the
14  amount of weight gain that you believe was caused by
15  Seroquel compared with other things that may cause
16  weight gain?
17       A   No.
18       Q   And you acknowledge that there are other
19  things in Mrs. Guinn's life that could cause weight gain
20  besides Seroquel?
21       A   Yes.
22       Q   Have you done anything to rule out those other
23  things as the sole cause of Mrs. Guinn's weight gain?
24       MR. PIRTLE:  Objection, form.
25       THE WITNESS:  I wouldn't know how to do that.
```

295

BY MR. RABER:

1  Q   And in fact you wrote an editorial in
2  November 2004 as reflected in Exhibit 20 which says
3  that:
4         "Sedentary adults in the United States eat an
5  average of 500-800 calories more per day than needed to
6  maintain weight. At that rate, they will gain a pound
7  to a pound and a half a week", correct?
8     A   I think we established that yesterday that I
9  said that, yes.
10    Q   And so we agree that Mrs. Guinn was sedentary?
11    A   Yes.
12    Q   And so under your own opinion that was
13  published in Clinical Diabetes, Mrs. Guinn's sedentary
14  lifestyle alone could explain a weight gain of 50 pounds
15  in a year?
16    A   I would have to take a minute and do the
17  calculation.
18    Q   Well, you say a pound and a half a week, so
19  let's just say a pound a week, 52 weeks in a year?
20    A   Correct.
21    Q   So would you agree that under your own
22  assessment that Mrs. Guinn's sedentary lifestyle alone
23  could account for a weight gain of 50-pounds in one
24  year?

296

1     A   I was quoting another study.
2     Q   This is your name on the editorial?
3     A   That is correct, I do cite that study as a
4  reference.
5     Q   And that was your opinion, wasn't it?
6     A   I mean not exactly, I was quoting the opinion
7  of someone else, I wasn't —
8     Q   Well, let me ask you this, look at your
9  statement here that says:
10        "Sedentary adults in the United States eat an
11  average of 500-800 calories per day than needed to
12  maintain weight." Do you see any quotation marks around
13  that?
14        MR. PIRTLE: Objection, form.
15        THE WITNESS: No, but there is a footnote in
16    the reference.
17  BY MR. RABER:
18    Q   You agreed with that statement, didn't you?
19    A   Basically, yes.
20    Q   That was your opinion when you wrote the
21  editorial, wasn't it?
22    A   I guess strictly speaking you could say that.
23    Q   And then let's look at the next sentence, you
24  mention that there was a footnote that you were
25  attributing that to someone else; is that right?

297

1     A   Yes.
2     Q   How about the next sentence, what does that
3  say?
4     A   It says: "At that rate, they will gain a
5  pound to a pound and a half a week."
6     Q   Are there any quotation marks around that
7  statement?
8     A   No.
9     Q   Is there any footnote attributing that to
10  someone else?
11    A   No.
12    Q   Those are your words, aren't they?
13    A   That is correct.
14    Q   And that is what you believed in
15  November 2004?
16    A   If they ate 500 to 800 calories a day they
17  could conceivably gain that much weight.
18    Q   And that's what you believe as we sit here
19  today?
20    A   Yes.
21    Q   And that alone could explain a 50-pound weight
22  gain in one year for Mrs. Guinn because she had a
23  sedentary lifestyle, true?
24        MR. PIRTLE: Objection, form.
25        THE WITNESS: It could.

298

1        (BY Mr. Raber)
2  BY MR. RABER:
3     Q   Did you do anything to try and rule out
4  Mrs. Guinn's sedentary lifestyle as the sole cause of
5  her gaining weight while she was taking Seroquel?
6        MR. PIRTLE: Objection, form.
7        THE WITNESS: No.
8  BY MR. RABER:
9     Q   You say in your report, Doctor, in October
10  2005 her total cholesterol rose to 241 milligrams per
11  desilter, correct; do you see that?
12    A   I am looking. I'm sorry, I don't see it,
13  where is it?
14    Q   I am looking at a different version. If you
15  look on page 6 of your report, maybe a quarter of the
16  way down, third of the way down, kind of in the middle
17  of that big paragraph there it says in October 2005 her
18  total cholesterol rose to 241 milligrams per desilter;
19  do you see that?
20    A   Yes.
21    Q   Is it your opinion that Seroquel caused
22  Mrs. Guinn's cholesterol to go up?
23    A   It's possible.
24    Q   It's possible. Do you hold that opinion to a
25  reasonable degree of medical probability?

30 (Pages 295 to 298)

299

1    A   Yes.
2    Q   So your testimony in this case is that
3   Seroquel caused Mrs. Guinn's cholesterol to rise to
4   241 milligrams per desilter?
5    A   Could be one of the causes.
6    Q   It could be one of the causes.
7        Did you do anything to attempt to rule out any
8   other causes?
9    A   No.
10    Q   Did you know that she had total cholesterol
11   readings over 300 years before she ever took Seroquel?
12    A   You told me that earlier.
13    Q   Well, if you assume that that is true, how in
14   the world can you say that Seroquel caused her total
15   cholesterol to go up when they were at levels on
16   Seroquel below what they were before she ever took it?
17        MR. PIRTLE:  Objection form.  You can answer
18   it.  Go ahead.
19        THE WITNESS:  At different times, I mean there
20   can be different reasons at different times for why
21   someone has a lab abnormality.
22   (BY Mr. Raber)
23   BY MR. RABER:
24    Q   And what is the basis for your opinion that —
25   is it that Seroquel did in fact cause her cholesterol to

300

1   go up or may have?
2    A   May have.
3    Q   What is the basis for that opinion?
4    A   Whatever I read in the literature.
5    Q   And does the may have cause rise to that you
6   believe it is more likely than not to a reasonable
7   degree of medical probability that Seroquel in fact
8   caused her total cholesterol to rise?
9        MR. PIRTLE:  Objection form.  You can answer.
10        THE WITNESS:  I think it's maybe one of the
11   causes.
12   BY MR. RABER:
13    Q   That wasn't quite the answer to the question.
14        The question is do you believe that it's more
15   likely than not to a reasonable degree of medical
16   probability that Seroquel caused her total cholesterol
17   to increase?
18    A   Yes.
19    Q   And you base that on what?
20    A   The literature suggesting that there is an
21   association between Seroquel and dyslipidemia.
22    Q   Which literature?
23    A   Do you want me to find some literature?
24    Q   Yes.
25    A   I don't have all of the articles here, but the

301

1   ones that I do have, this is Metabolic Syndrome and
2   Mental Illness, Newcomer.
3        Related in part to their propensity to induce
4   weight gain, some second generation antipsychotic agents
5   have been associated with an increased risk for
6   dyslipidemia and diabetes.
7    Q   Does he specifically refer to Seroquel?
8    A   No.
9    Q   No?
10    A   No.
11    Q   I just didn't hear you, that's all.
12    A   This is from the Consensus publication:
13        "An additional related consequence of SGA use
14   is their effect on serum lipids.  Although the data are
15   limited, the available evidence suggests that changes in
16   serum lipids are concordant with changes in body weight.
17   Clozapine and Olanzapine, which produce the greatest
18   weight gain, are associated with the greatest increases
19   in total cholesterol, LDL cholesterol, and triglycerides
20   and with decreased HDL cholesterol.
21        Aripiprazole and ziprasidone, which are
22   associated with the least of amount of weight gain, do
23   not seem to be associated with a worsening of serum
24   lipids.  Risperidone and quetiapine appear to have
25   intermediate effects on lipids."

302

1    Q   And that consensus group said that it was
2   intermediate effects because the data was discrepant,
3   right?
4    A   I don't see that there.  I think there was a
5   different article that says the data was discrepant.
6    Q   Well, do you see Table 2?
7    A   You're correct, they refer to it in Table 2 as
8   the data being discrepant.
9    Q   And discrepant means some studies show one
10   thing and other studies show something different?
11    A   That is correct.
12    Q   So the consensus group was saying there were
13   some studies that show an association between Seroquel
14   and lipid abnormalities and some studies that don't show
15   that?
16    A   Correct.
17    Q   Nothing clear, correct?
18    A   Discrepant.
19    Q   And so in any other articles other than
20   Newcomer and the Consensus statement?
21    A   The review that was published in Clinical
22   Diabetes by Llorente.  "Because several of the newer
23   antipsychotics are associated with significant weight
24   gain, one would expect that hyperlipidemia should also
25   be associated with the use of these medications.

303

1    Results of database analysis, chart reviews
2  and clinical trials indicate that Clozapine and
3  Olanzapine use is associated with increased serum
4  triglyceride levels. Findings are equivocal regarding
5  changes in cholesterol levels. Divergent results are
6  seen with Risperidone and Quetiapine."
7       Q  So I heard equivocal data with regard to
8  Olanzapine and Clozapine, correct?
9       A  Findings were equivocal regarding those two
10  drugs, correct.
11      Q  And I heard divergent data with regard to
12  Seroquel?
13      A  Divergent results, yes.
14      Q  And, again, that means mixed results?
15      A  Yes.
16      Q  So that doesn't sound like more likely than
17  not to a reasonable degree of medical probability, does
18  it?
19      MR. PIRTLE: Objection, asked and answered,
20  and now bordering on bad faith again.
21      MR. RABER: Don't accuse me of that.
22      MR. PIRTLE: Well, unless you all are going to
23  waive the learned intermediary defense, because
24  it's in these warnings, don't be asking those kind
25  of questions.

304

1       MR. RABER: I will ask the questions that I
2  believe are appropriate, you can object.
3       MR. PIRTLE: I am going to try this case, if
4  you want to waive the learned intermediary defense
5  in this case as these warnings being wrong --
6       MR. RABER: If I decide to waive it, you will
7  know it.
8       MR. PIRTLE: All right. Are you all telling
9  the truth on the package insert or not?
10  (BY Mr. Raber)
11  BY MR. RABER:
12      Q  Just so I can clarify, because what you are
13  really saying that it's possible --
14      MR. PIRTLE: Asked and answered -- I'm sorry.
15      MR. RABER: Is it possible that your counsel
16  is interfering with this deposition?
17      MR. PIRTLE: No, it's possible I am objecting.
18  (BY Mr. Raber)
19      MR. RABER: Okay. Wait until I'm done with
20  the question, please.
21  BY MR. RABER:
22      Q  Dr. Marks, just to clarify your testimony, are
23  you saying that the ability of Seroquel to cause
24  increases in cholesterol is a possibility and nothing
25  more than that?

305

1       MR. PIRTLE: Objection, form. Asked and
2  answered.
3       THE WITNESS: I would agree that it's a
4  possibility.
5  BY MR. RABER:
6       Q  And nothing more than that?
7       MR. PIRTLE: Objection, form.
8       THE WITNESS: I would agree it's a
9  possibility.
10  BY MR. RABER:
11      Q  Would you say that it's more than a
12  possibility?
13      MR. PIRTLE: Objection, form. Asked and
14  answered.
15      THE WITNESS: I don't know.
16  (BY Mr. Raber)
17  BY MR. RABER:
18      Q  Doctor, did Mrs. Guinn ever lose weight while
19  she was taking Seroquel?
20      A  She lost some weight while she was on
21  Seroquel, yes.
22      Q  In fact in your report you indicate that in
23  February 2006 she weighed 198 pounds when she was
24  diagnosed with diabetes, true?
25      A  Yes.

306

1       Q  And that three months later in May 2006 her
2  weight had dropped to 184 pounds?
3       A  Yes.
4       Q  She lost 14 pounds over that three month
5  period, true?
6       A  Yes, but she was on medications that have
7  weight loss as a side effect.
8       Q  Which medications are those?
9       A  Byetta, and sometimes Metformin.
10      Q  How do you know that that 14-pound weight loss
11  was attributed to the Byetta or the Metformin as opposed
12  to being more active or watching their diet?
13      A  I don't know, but most people lose weight on
14  Byetta.
15      Q  By the time people are on Byetta are they also
16  being counseled to be active and watch their diet?
17      A  Often.
18      Q  The two kind of go together, don't they?
19      A  In my mind they would, I can't speak for
20  everyone else.
21      Q  In any event, in your own report you
22  acknowledge that there were times when Mrs. Guinn was
23  able to lose weight while she was taking Seroquel?
24      A  Yes.
25      Q  You state in your report in May 2006 Abilify

32 (Pages 303 to 306)

307

1   was started at 10 milligrams per day, Seroquel was
2   tapered because: "She was told that the Seroquel caused
3   her diabetes", do you see that?
4       A   Yes.
5       Q   Who told her that the Seroquel caused her
6   diabetes?
7       A   One of her healthcare providers.
8       Q   Are you sure about that?
9       A   I think so.
10      Q   Which one?
11      A   I don't remember, I would have to look at
12  them.
13      Q   Have you read the depositions of the
14  healthcare providers?
15      A   Some of them.
16      Q   Have you seen that all of them have denied
17  ever telling her that?
18      A   I saw that in a couple of the depositions,
19  yes.
20      Q   And do you believe them or not?
21      A   I don't know, I don't know them.
22      Q   Do you think maybe her lawyers told her that
23  Seroquel caused her diabetes?
24          MR. PIRTLE: Objection. Do not answer that
25  question.

309

1   lawsuit or bad for the lawsuit?
2           MR. PIRTLE: Objection, speculation.
3           THE WITNESS: I have no idea.
4   BY MR. RABER:
5       Q   It makes common sense if you filed a complaint
6   that says Seroquel has ruined my life, that it's
7   probably not good for your case to keep on taking it;
8   would you agree with that?
9           MR. PIRTLE: Objection, form. Answer if you
10  can.
11          THE WITNESS: I don't know how to answer that.
12  BY MR. RABER:
13      Q   Just use your common sense.
14      A   I don't have any common sense.
15          MR. PIRTLE: On that subject.
16  (BY Mr. Raber)
17          MR. RABER: Are we going to swear you?
18          MR. PIRTLE: Well –
19          THE WITNESS: I meant on that subject.
20          MR. PIRTLE: You know that is an inappropriate
21  question asking what is good and bad for a lawsuit.
22          MR. RABER: Well, I am talking about something
23  that is in her medical records that is in her
24  report.
25          MR. PIRTLE: About the lawsuit.

308

1           MR. RABER: What is the basis for that?
2           MR. PIRTLE: You are trying to get her to
3   speculate on an attorney-client communication.
4           MR. RABER: Do you have an attorney-client
5   privilege with this witness?
6           MR. PIRTLE: You are asking what I told the
7   client, which is absolutely not true.
8           MR. RABER: Well, if she knows that you told
9   the client, then you have waived the privilege.
10          MR. PIRTLE: Well, she doesn't know that. I
11  didn't tell the client that, and she is not
12  answering that question. Take it to the judge.
13  (BY Mr. Raber)
14  BY MR. RABER:
15      Q   Doctor, do you know that Mrs. Guinn filed her
16  lawsuit in April of 2006?
17      A   No, I didn't know that.
18      Q   And so that means that when she says in May of
19  2006 she was told that Seroquel caused her diabetes,
20  that was a month after she had filed her lawsuit, did
21  you know that?
22      A   No, I didn't.
23      Q   If she had filed a lawsuit in April 2006,
24  would that be a good thing or a bad thing for her to
25  continue taking Seroquel; would that be good for the

310

1           MR. RABER: Well, about the timing of it and
2   the statement that was made.
3           MR. PIRTLE: I haven't seen the lawsuit in the
4   medical record.
5   BY MR. RABER:
6       Q   Do you allow lawyers for your patients to
7   influence your prescription decisions?
8       A   No.
9       Q   Do you think that is a good idea to have
10  lawyers for your patients dictating your prescription
11  decisions?
12          MR. PIRTLE: Objection, form.
13          THE WITNESS: No, it's probably a bad idea.
14  (BY Mr. Raber)
15  BY MR. RABER:
16      Q   Why is that?
17          MR. PIRTLE: The same objection.
18          THE WITNESS: Lawyers aren't qualified to
19  decide what medications people should take.
20  BY MR. RABER:
21      Q   Are lawyers qualified to tell their clients
22  what medications caused their illnesses?
23          MR. PIRTLE: Objection, form.
24          THE WITNESS: I wouldn't think so.
25

33 (Pages 307 to 310)

311

BY MR. RABER:

1  BY MR. RABER:
2      Q   What happened to Mrs. Guinn's weight after she
3  stopped taking Seroquel and started taking Abilify?
4      A   Well, if she stopped taking the Seroquel
5  sometime before April 2007, and her weight was
6  194 pounds, then her weight the following January
7  was 202 pounds.
8      Q   So she gained weight after she stopped taking
9  Seroquel, right?
10     A   Yes, she did.
11     Q   That is inconsistent with your theory that
12 Seroquel caused her to gain weight, isn't it?
13     A   I don't think so.
14     Q   How is it consistent with your theory?
15     A   It's a different point in time, different
16 circumstances.
17     Q   And why is that?
18     A   Well, a cause for something at one time
19 doesn't necessarily mean it caused it at another time.
20     Q   Doesn't it make sense to you that as a doctor
21 that you take away something that you believe is causing
22 weight, and the result is that the person gains even
23 more weight, that the thing you took away wasn't really
24 the thing causing the weight gain to begin with?
25     A   No, not necessarily.

312

1      Q   You don't think it has any impact on the fact
2  that she gained weight after she stopped taking
3  Seroquel?
4      A   No.
5      Q   Can you tell us why she gained weight after
6  she stopped taking Seroquel?
7      A   I can't.
8      Q   Was it the Abilify that was causing the weight
9  gain?
10     A   I don't know that.
11     Q   Could it be it have been?
12     A   I think it could have been.
13     Q   Do you believe to a reasonable degree of
14 medical probability that the Abilify was causing her
15 weight gain after she stopped taking Seroquel?
16     A   No, I don't.
17     Q   And why aren't you able to make that
18 conclusion?
19     A   I think that in the literature Abilify is less
20 associated with weight gain than Seroquel.
21     Q   You have a temporal association between her
22 taking Abilify and gaining weight, don't you?
23     A   I do.
24     Q   Isn't that temporal association enough to say
25 that the Abilify is causing the weight gain?

313

1      A   It's not enough.
2      Q   Is a temporal association like that ever
3  enough to conclude that a drug is causing weight gain?
4      A   Ever enough?
5      Q   Yes.
6      A   I can't answer whether it's ever enough.
7      Q   You note in your report that — let me ask you
8  this, what has been Mrs. Guinn's highest weight since
9  she stopped taking Seroquel?
10     A   The only weight I have was the 205 pounds.
11     Q   After she —
12     A   I'm sorry, strike that - I am starting to talk
13 like a lawyer - 202 pounds.
14     Q   Have you ever seen anything that indicates
15 that actually her highest weight or that she ever
16 reached 160 pounds, I mean 206 pounds?
17     A   After stopping the Seroquel?
18     Q   Right.
19     A   No, I didn't see that.
20         (Whereupon, the below referred to document
21         was marked as Defendant's Exhibit No. 40.)
22     (BY Mr. Raber)
23 BY MR. RABER:
24     Q   Okay, let's mark this as Exhibit 40.  Doctor,
25 I have placed a document in front of you that is marked

314

1  as Exhibit 40, does that appear to be a record from
2  Quality Medical Care, P.A. for Linda Guinn dated
3  October 18, 2007?
4      A   Yes, it does.
5      Q   And October 18, 2007 Mrs. Guinn was no longer
6  taking Seroquel, correct?
7      A   I believe that is correct.
8      Q   And what does it show her weight to be on
9  October 18, 2007?
10     A   206.
11     Q   Now, we saw that before Mrs. Guinn ever took
12 Seroquel her highest weight was 208 pounds; do you
13 remember that?
14     A   Yes, I do.
15     Q   We saw that according to report her highest
16 weight on Seroquel was 205 pounds, correct?
17     A   Correct.
18     Q   And we now see since she stopped taking
19 Seroquel her actual weight or highest weight is
20 206 pounds, correct?
21     A   No, we have a weight from January 2008 that
22 was less than that.
23     Q   Okay.  I am asking about the highest weight.
24     A   I'm sorry, apparently.
25     Q   So as I understand it then her highest weight

315

1   on Seroquel was less than her highest weight before she
2   started taking Seroquel, right?
3       A   Two pounds.
4       Q   And her highest weight -- is that correct, is
5   it correct, though?  Let me back up and get a clean
6   answer.
7           Is it true that Mrs. Guinn's highest weight on
8   Seroquel was less than her highest weight before she
9   ever started taking Seroquel?
10      A   I am just a little confused here.  You are
11  asking me if her highest weight on Seroquel was less
12  than her highest weight before she ever started taking
13  Seroquel?
14      Q   Yes.
15      A   That would be yes.
16      Q   And we also see that her highest weight on
17  Seroquel is also less than her highest weight since
18  stopping Seroquel?
19      A   Yes.
20      Q   How do those facts impact your opinions as to
21  Seroquel causing weight gain in Ms. Guinn?
22      A   They don't.
23      Q   Why not?
24      A   Because she gained weight while she was on the
25  Seroquel, which is a possible cause of weight gain.

316

1       Q   She gained weight before she started Seroquel,
2   right?
3       A   Yes, she did.
4       Q   She didn't need Seroquel to gain that weight
5   before then, did she?
6       A   No.
7       Q   And she gained weight after she stopped taking
8   Seroquel, right?
9       A   A couple of pounds, yes.
10      Q   Well, a couple.  I think we saw that she has
11  gone from -- what did she weigh when she stopped taking
12  Seroquel?
13      A   I don't know anymore.
14      Q   Well, according to your report anyway, in
15  April of 2007 she weighed 194 pounds, right?
16      A   Right.
17      Q   And so that's she gained at least 12 pounds,
18  right?
19      A   She was of off of the -- I don't know when
20  exactly she went off the Seroquel because it was
21  tapered.  I think she was only on Abilify in April.
22      Q   So we know - if we assume that she was only on
23  Abilify starting in April 2007 - we know that she gained
24  12 pounds after she stopped taking Seroquel, right?
25      A   Correct.

317

1       Q   So she was able to gain weight before she
2   started Seroquel, correct?
3       A   Yes.
4       Q   And able to lose weight before she started
5   Seroquel?
6       A   Correct.
7       Q   She was able to gain weight while she was on
8   Seroquel?
9       A   Correct.
10      Q   And she was able to lose weight while she was
11  on Seroquel?
12      A   Correct.
13      Q   She was able to gain weight after she stopped
14  taking Seroquel?
15      A   Correct.
16      Q   And she was able to lose weight after she
17  stopped taking Seroquel?
18      A   Correct.
19      Q   What method have you used to determine whether
20  or not the weight gain you talk about while she was on
21  Seroquel was caused by Seroquel as opposed to just a
22  normal weight gain and loss cycle that she has
23  experienced over a long period of her life?
24      A   There is no method that I know of.
25      (BY Mr. Raber)

318

1       MR. RABER:  Do you wanted to try and order
2   lunch?  Let's go off the record for just a second.
3       (Whereupon, a short luncheon was taken at
4   11:47 a.m.)
5       (BY Mr. Raber)
6   BY MR. RABER:
7       Q   I would like you to look at your - continue
8   with your report, which is Exhibit 27, you say at one
9   point sometime in 2007 a urine specimen was noted to
10  have microalbumenuria; do you see that?
11      A   Yes.
12      Q   What if anything is significance about that
13  observation?
14      A   The microalbumenuria could be an early marker
15  of the development of kidney disease.
16      Q   Now, you said could be, is it your opinion to
17  a reasonable degree of medical probability that this
18  reference here to microalbumenuria demonstrates kidney
19  problems for Ms. Guinn?
20      A   It's very possible that it does.
21      Q   Very possible?
22      A   Yes.
23      Q   Do you believe its more likely than not to a
24  reasonable degree of medical probability?
25      A   Other things can cause albumen leakage into

## 319

1 the urine as well.
2    Q   So it's fair to say that you are not saying
3 that it's more likely than not to a reasonable degree of
4 medical certainty that she has kidney problems as
5 evidenced by that reference?
6    A   The language gets me, but it's possible that
7 she has some kidney involvement from her diabetes.
8    Q   It's a possibility, but not more than that; is
9 that a fair way to put it?
10    A   It's somewhere between a possibility and a
11 probability.
12    Q   Do you know where, and what the circumstances
13 were for that elevated microalbumen level?
14    A   No, I don't.
15    Q   Was she in the hospital?
16    A   I don't remember, can I check?
17    Q   Uhm-hum.
18    A   I don't see it right now.
19    Q   Can having a fever raise the level of the
20 microalbumen?
21    A   I don't think so.
22    Q   Do you know whether or not Mrs. Guinn had a
23 knee replacement?
24    A   Whether or not she had a knee replacement?
25    Q   Yes.

## 320

1    A   I think she did.
2    Q   Do you know when that happened?
3    A   No, I don't.
4     (Whereupon, the below referred to document
5     was marked as Defendant's Exhibit No. 41.)
6    (BY Mr. Raber)
7 BY MR. RABER:
8    Q   Showing you a document that has been marked as
9 Exhibit 41, and it is a dated April 28th, 2007 called a
10 Discharge Cumulative Trend Report for Linda Guinn, and
11 it appears to have some blood chemistry, blood count
12 type information there; do you see that?
13    A   Yes.
14    Q   Is this the report that you relied on for the
15 statement in your report about the urine specimen having
16 microalbumenuria?
17    A   Yes, I think so.
18    Q   And you are looking at the last page of this
19 Exhibit?
20    A   Correct.
21    Q   What Exhibit Number is that again?
22    A   41.
23    Q   Let's look at the last page of Exhibit 41
24 then, and the basis for your statement in your expert
25 report is this finding of a 107.1 level of microalbumen?

## 321

1    A   Yes.
2    Q   Do you also see where it says below that the ADA
3 recommends that at least two of three specimens
4 collected within a three to six month period be abnormal
5 before considering a patient to be within a diagnostic
6 category?
7    A   Yes.
8    Q   Do you have at least two or three specimens?
9    A   I don't think we do.
10    Q   Do you disagree with the recommendations of
11 the ADA on this point?
12    A   No.
13    Q   So you would agree that this reading here is
14 not sufficient to say within a reasonable degree of
15 medical probability that Mrs. Guinn in fact has kidney
16 damage?
17    A   This means that she could potentially have
18 kidney damage.
19    Q   But you can't say anything more than that to a
20 reasonable degree of medical probability, right?
21    A   I can't diagnose it, no.
22    Q   Are you familiar with an organization called
23 Prime, P-R-I-M-E?
24    A   Yes.
25    Q   What is it?

## 322

1    A   It's a company - referring to the same
2 organization which I assume we are - a company that I
3 did some talks for a couple of years ago on medical
4 education talks.
5    Q   What kind of affiliation do you have with
6 Prime?
7    A   I have no affiliation with Prime.
8    Q   Tell us how that works with doing some
9 speaking engagements through Prime.
10    A   I met the woman that is one of the heads of
11 the company through her husband, who is a patient of
12 mine, and she had this company which was involved in
13 doing medical education presentations on a wide variety
14 of topics, including diabetes, and related topics
15 related to diabetes, and she asked me if I would talk.
16    Q   And did you give any talks that were arranged
17 through Prime?
18    A   Yes.
19    Q   And on whose behalf were you speaking on those
20 talks?
21    A   I think it was worded on behalf of Prime
22 Incorporated, there were medical sponsors, but I don't
23 recall.
24    Q   Did you get paid for that work as a speaker?
25    A   Yes.

323

1    Q    And who paid you for that?
2    A    Prime.
3    Q    What was that funded in any way by the
4    pharmaceutical industry?
5    A    Yes, supported by the pharmaceutical company.
6    Q    Have you ever been a speaker for AstraZeneca?
7    A    I don't recall that I have.
8    Q    Have you been a speaker for some other
9    pharmaceutical companies?
10   A    Yes.
11   Q    And you have been paid to do that?
12   A    Yes.
13   Q    Do you see anything wrong with doing that?
14   A    No.
15   Q    And do you feel that in being speaker for a
16   pharmaceutical companies you are providing education to
17   fellow doctors in the community?
18   A    Yes.
19   Q    Do you believe that is a legitimate avenue for
20   providing information to doctors?
21   A    Yes.
22   Q    Do you ever have anybody help you write
23   articles that you publish?
24   A    Help me write them?
25   Q    Yes, in other words they might help with the

324

1    draft and review content and suggest changes?
2    A    Yes.
3    Q    Do you see any problem with doing that?
4    A    As long as all authors are identified.
5    Q    Have you heard of something called ghost
6    writing?
7    A    I could guess what it means.
8    Q    You have at least heard the term?
9    A    I think so.
10   Q    Do you think it's appropriate — would you
11   agree that it's appropriate for doctors to have someone
12   prepare a draft as long as the author approves the
13   content of what ultimately is published?
14   A    Yes.
15   Q    And puts his or her name on it?
16   A    Yes.
17   Q    Doctor, for people who have risk factors for
18   developing diabetes, do you recommend that those
19   patients be monitored or have their blood glucose
20   monitored?
21   A    For patients who are at risk for diabetes?
22   Q    Yes.
23   A    Yes.
24   Q    And is it your opinion that people who are
25   taking atypical antipsychotic medications should have

325

1    their blood glucose monitored?
2    A    Yes.
3    Q    In those circumstances how often should
4    somebody's blood glucose be monitored?
5    A    I don't think there are any official
6    recommendations, but it's probably safe to do it every
7    three to six months, something like that.
8    Q    Would twice a year be sufficient in your mind?
9    A    In many cases, sure.
10   Q    So in other words if somebody monitored it for
11   twice a year, you wouldn't say that that was
12   unreasonable, would you?
13   A    No.
14   Q    Can you state with any reasonable degree of
15   medical probability when Mrs. Guinn would have developed
16   diabetes in the absence of using Seroquel?
17   A    No.
18   Q    Are you willing to testify to a reasonable
19   degree of medical probability that Mrs. Guinn did not
20   have diabetes before she took Seroquel?
21   A    I don't think you could say that with a total
22   certainty.
23   Q    She might have, she might not have, does that
24   sum it up?
25   A    Yes.

326

1    Q    And you are not able to exclude the
2    possibility that she already had it before she took
3    Seroquel, correct?
4    A    Based on the data that we have there is no
5    evidence that she had it, but we can't totally rule it
6    out.
7    Q    But I think you agreed that she did have
8    prediabetes; would you agree on that?
9    A    Yes.
10   Q    What is the likelihood of someone who has
11   prediabetes converting to diabetes if that patient
12   doesn't modify their risk factors?
13   A    It's significantly high, I don't think I can
14   give you a number.
15   Q    Is it more likely than not that the person
16   will develop diabetes under those circumstances?
17   A    Probably if they don't modify their lifestyle
18   issues, yes.
19   Q    Doctor, you mentioned earlier that the stress
20   from a hospitalization can raise someone's glucose; do
21   you remember that?
22   A    I mentioned that the stress from certain
23   diagnoses that people are admitted to the hospital with
24   can be associated with transient hyperglycemia.
25   Q    Can you give us any idea of the range of that

37 (Pages 323 to 326)

327

1  effect on blood glucose?
2      A   What do you mean by range?
3      Q   Is it raising it five points, three points, 20
4  points?
5      A   To a hyperglycemic level.
6      Q   From non-hyperglycemic?
7      A   Yes.
8      Q   But that could be going from 99 to 101 for
9  example, or 124 to 126 which will only be a 2 point?
10     A   Talking about into the diabetic types of
11 ranges.
12     Q   But I am talking about how big is the absolute
13 change in the blood glucose levels that it can be
14 associated with the stress from hospitalizations you put
15 in?
16     A   I can't give you a number.
17     Q   In your experience is a change in blood
18 glucose of less than 10 a clinically significant amount?
19     A   You mean a change less than 10?
20     Q   Yes.
21     A   Probably no.
22     Q   Is there anything about Mrs. Guinn that would
23 make you – that makes you believe that she is an
24 exception to the general rule you told us about where
25 patients actually have diabetes for about five years

328

1  before they learn their diagnosis?
2      A   If she was being monitored quite closely by
3  the health system, that might make it more likely that
4  her diabetes would be identified in less than that
5  period of time.
6      Q   Anything else?
7      A   I don't think so.
8      Q   Could that also mean that she had – actually
9  had diabetes even earlier if there were manifestations
10 that doctors were looking at?
11     A   I don't understand the question.
12     Q   Well, let me ask you this, can you say with
13 any reasonable medical probability when Mrs. Guinn
14 actually developed diabetes?
15     A   Probably – she probably developed diabetes
16 around 2004.
17     Q   You say probably, can you say that to a
18 reasonable degree of medical probability more likely
19 than not that that is the case?
20     A   Yes.
21     Q   What is the methodology that you used?
22     A   Looking at the blood glucoses that we have,
23 and just making an estimate.
24     Q   That is an estimate you said?
25     A   Yes, it is.

329

1      Q   Has that method you have just described for us
2  been peer reviewed anywhere?
3      A   No.
4      Q   Has the method you just described been tested
5  anywhere?
6      A   No.
7      Q   Do you believe that that method is a reliable
8  method for determining when somebody actually developed
9  diabetes as opposed to being formally diagnosed with it?
10     A   Sorry, ask me again.
11         (Whereupon, the above referred to question
12 was read back.)
13         THE WITNESS:  No, but I think it's fairly
14 reliable when you have significant elevation to
15 assume that that is around the time of onset of
16 diabetes.
17 (BY Mr. Raber)
18 BY MR. RABER:
19     Q   Are you aware of any scientific methodology
20 that allows you to form the opinion that Mrs. Guinn
21 developed diabetes while she was using Seroquel as
22 opposed to before she started Seroquel?
23     A   I don't believe that there is evidence that
24 she had diabetes before she started Seroquel.
25     Q   Ma'am, my question can you tell us any

330

1  methodology you used that allows you to form the opinion
2  that she developed diabetes while she was using Seroquel
3  as opposed to before she started?
4          MR. PIRTLE:  Objection, form.  Go ahead and
5  answer.
6          THE WITNESS:  Just examination of the data.
7  BY MR. RABER:
8      Q   What data?
9      A   The facts.
10     Q   What facts?
11     A   The facts in her case.
12     Q   The fact that she was female?
13     A   The fact that I don't have clear elevations of
14 blood glucoses into the diabetic range prior to her
15 going on Seroquel.
16     Q   Can you be more precise in describing the
17 methodology that you used to make that determination
18 that she developed diabetes while she was using Seroquel
19 as opposed to before she started?
20     A   Just examination of the data that we have in
21 front of us.
22     Q   When you say the data that you have in front
23 of you, are you talking about your report?
24     A   That which came from review of the medical
25 records.

331

```
1       Q   Anything else specific?
2       A   No.
3       Q   And when you say data, are you talking about
4   her blood glucose readings?
5       A   Yes.
6       Q   Are you talking about anything else?
7       A   Hemoglobin A1c.
8       Q   Anything else?
9       A   No.
10      Q   And your method consists of looking at her
11  glucose readings, her hemoglobin A1c and then making
12  estimates based on your professional experience, is that
13  a fair way to describe it?
14      A   That is a fair way to describe it.
15      Q   Have you ever seen that methodology written
16  about in the scientific literature anywhere?
17      A   No.
18      Q   Doctor, would you agree that microvascular
19  complications can be delayed or prevented by maintaining
20  excellent chronic glycemic control?
21      A   Yes.
22      Q   And do you see any reason why that proposition
23  does not apply to Mrs. Guinn's case?
24      A   No.
25      Q   Can you identify any particular complications
```

332

```
1   of diabetes that you believe are reasonably certain to
2   occur in Mrs. Guinn's case?
3       A   No.
4       Q   Does Mrs. Guinn still smoke?
5       A   I don't know if she still smokes.
6       Q   Would that be important in determining the
7   progression of any microvascular disease?
8       A   Knowing whether she smokes now?
9       Q   Yes.
10      A   Certainly it could impact the development of
11  microvascular disease.
12      Q   Is smoking a good thing for microvascular
13  disease?
14      A   Bad thing.
15      Q   Is it prior smoking or current smoking or
16  both?
17      A   It's both.
18      Q   You know that Mrs. Guinn was a long term
19  smoker, don't you?
20      A   I don't recall.
21          (Whereupon, the below referred to document
22          was marked as Defendant's Exhibit No. 42.)
23      (BY Mr. Raber)
24  BY MR. RABER:
25      Q   Showing you a document that has been marked as
```

333

```
1   Exhibit 42, Exhibit 42 is an initial office visit for a
2   patient named Linda Guinn on November 20th, 2006; is
3   that correct?
4       A   Yes.
5       Q   And if you look at the second page of
6   Exhibit 42 you see that it's signed by a
7   Dr. Choi Velasco, correct?
8       A   Yes.
9       Q   Who is Dr. Choi Velasco?
10      A   I don't know.
11      Q   Is he one of Mrs. Guinn's treating physicians?
12      A   Apparently so.
13      Q   Do you see in this report of the visit under
14  social history Dr. Choi Velasco notes she is still
15  actively smokes 45 pack year smoking history?
16      A   Yes.
17      Q   What does a 45 pack year smoking history mean?
18      A   It means she smoked a heck of a lot.
19      Q   For a long time?
20      A   Yes.
21      Q   And do you see where it says she is still
22  actively smokes?
23      A   Yes.
24      Q   And November 20th, 2006 that is after she was
25  diagnosed with diabetes, correct?
```

334

```
1       A   Yes.
2       Q   Can you tell us what impact this smoking
3   history will have on her prognosis?
4       A   It makes her more at risk for developing
5   vascular disease, particularly cardiovascular disease.
6       Q   How would you define good control of blood
7   glucose in your practice?
8       A   It depends a little bit on what patient you
9   are talking about.
10      Q   In case of Mrs. Guinn how would you define
11  good control?
12      A   How old is she now?
13      Q   Are you going to make me do the math now?
14      A   60 approximately.
15      Q   Right.
16      A   I would want to get her hemoglobin A1c at
17  least to the less than 7 percent range, but possibly as
18  close to normal as possible without causing any adverse
19  events like hypoglycemia.
20      Q   And would your answer be different if she were
21  50 years old?
22      A   No.
23      Q   What was the significance then of inquiring
24  about her age, how would that effect your answer?
25      A   My answer would be different if she were 80
```

39 (Pages 331 to 334)

335

1    years old.
2        Q   What would your answer be if she was 80?
3        A   That I wouldn't try to get the hemoglobin A1c
4    probably as lowered as far I would with a younger
5    person.
6        Q   So someone 60 years old like Mrs. Guinn, you
7    would want to be more aggressive in having the
8    hemoglobin level to a level of 7; is that fair to say?
9        A   Correct.
10       Q   And someone like Mrs. Guinn with a hemoglobin
11   level below 7, that you consider her to have good
12   control of her blood glucose?
13       A   It's hemoglobin A1c by the way.
14       Q   I'm sorry.
15       A   She wouldn't want to have a hemoglobin of less
16   than 7.
17       Q   Let me just back up and say do you consider --
18   Strike that.
19           Using your own standard for what constitutes
20   good glycemic control, would you agree that Mrs. Guinn
21   has good control over her blood glucose now?
22       A   Now?
23       Q   Yes.
24       A   I don't know what her control is now.
25       Q   Well, based on the most recent records you saw

337

1        A   Not that I could think of right now.
2        Q   Did Mrs. Guinn try any other antipsychotic
3    drugs before other than Geodon and Seroquel before
4    those?
5        A   Not that I am aware of.
6        Q   Have you ever heard of Zyprexa?
7        A   Yes.
8        Q   Did she take it?
9        A   I don't remember.  I think she may have.
10       Q   Do you consider what effect if any Zyprexa had
11   on her weight pattern?
12       A   If I don't remember when she took it, I
13   probably didn't consider whether it has effected her
14   weight.
15       Q   Are you familiar with an antipsychotic drug
16   called trilithon?
17       A   Trilithon, I know the name but I am not
18   terribly familiar with it.
19       Q   Do you know whether Ms. Guinn took that?
20       A   I don't remember that.
21       Q   Did you look at any medication logs to try and
22   determine which drugs Mrs. Guinn had taken?
23       A   I looked through her medical records.
24       Q   Did you look through any medication logs?
25       A   I don't remember if there was a medication log

336

1    is it your opinion that her blood glucose is in good
2    control?
3        A   In 2007 in September it was in good control.
4        Q   And what was the A1c number then?
5        A   6.6.
6        Q   And with that kind of good glycemic control,
7    is that putting her in the category of patients for whom
8    more serious complications of diabetes can be minimized
9    or prevented?
10       A   Yes.
11       Q   Is it your opinion that weight gain over a
12   period of say three to four years is a risk factor for
13   developing diabetes as opposed to chronic obesity?
14       A   I think they are both risk factors for
15   developing diabetes.
16       Q   Can you identify any literature for the
17   proposition that incremental weight gain or over a
18   period of two to four years is a risk factor for
19   diabetes?
20       A   No, probably not.
21       Q   So what is the basis of that opinion?
22       A   Experience.
23       Q   Your own personal experience?
24       A   Yes.
25       Q   Anything other than that?

338

1    there.  What would a medication log be?
2        Q   Do you keep a medication log where you write
3    down the medications for each of your patients in a
4    certain section of the medical records?
5        A   No, I usually write it just in the progress
6    note.
7        Q   Have you ever seen doctors that keep a medical
8    log?
9        A   Yes.
10       Q   Have you seen one for Mrs. Guinn in this case
11   that lays out what medications she was on?
12       A   I have a recollection of seeing medication
13   logs.
14       Q   But you can't say whether or not she took
15   trilithon?
16       A   No, I can't.
17       Q   Do you remember if she took the drug called
18   Stelazine?
19       A   I have heard of it.
20       Q   Is it an antipsychotic drug?
21       A   I think so.
22       Q   Do you know whether she took that?
23       A   No.
24       Q   Do you know whether Mrs. Guinn had any side
25   effects from taking Stelazine?

339

1   A   I remember one of the drugs that she was
2   taking caused some I think some neuroleptic symptoms.
3   Q   That wasn't Seroquel, was it?
4   A   No, I don't think so.
5   Q   And those neuroleptic symptoms caused her to
6   discontinue that drug, right?
7   A   Which?
8   Q   The one that caused it.
9   A   Which drug? I'm sorry.
10  Q   You said that one of the drugs that caused
11  neuroleptic symptoms, and my question is when those
12  occurred she stopped taking it; is that your
13  recollection?
14  A   I think so.
15  Q   Have you read the expert reports of any of the
16  other Plaintiffs' expert witnesses in these cases?
17  A   Plaintiffs' reports, no.
18  Q   Have you read any of the reports of any of the
19  defense expert witnesses in this case?
20  A   No.
21  Q   Would you be curious to know what Dr. Barrett
22  has said about this case?
23  A   Sure.
24  Q   Do you think you might agree with him or
25  disagree with him?

340

1         MR. PIRTLE: Objection, form.
2         THE WITNESS: I don't know. Either could
3   happen.
4   BY MR. RABER:
5   Q   Have you ever seen any lists of medication
6   that are known to cause diabetes that are put out by the
7   ADA?
8   A   I don't think so.
9   Q   Did you examine Mrs. Guinn?
10  A   No.
11  Q   Have you ever spoken with her?
12  A   No.
13  Q   Do you agree that the term association is
14  something different than causation?
15  A   I do.
16  Q   What is the difference between the two?
17  A   Association does not necessarily mean that
18  there is a causal relationship.
19  Q   Bear with me, it may seem like we are wasting
20  time, but I can assure you we're not, okay?
21         MR. PIRTLE: He is cutting his material.
22  (BY Mr. Raber)
23         MR. RABER: Let's take a five minute break,
24  let me just consult with these guys here and see
25  where we are, okay?

341

1         (Whereupon, a short recess was taken
2   at 1:17 p.m.)
3         (Whereupon, the below referred to document
4   was marked as Defendant's Exhibit No. 43.)
5   (BY Mr. Raber)
6   BY MR. RABER:
7   Q   Doctor, I want to show you a document that we
8   will mark as Exhibit 43, and Exhibit 43 is records from
9   Palmetto General Hospital in April and May of 2002 and
10  appears to set forth the results of some lab tests; does
11  that look like that to you?
12  A   Yes.
13  Q   And on first page for April 28th of 2002 you
14  have a sample collected at it looks like 8:00 p.m. of a
15  glucose level of 130; do you see that?
16  A   I'm sorry, I drifted for a minute there.
17  Q   The first glucose reading on April 20th, 2002
18  looks like it was collected at 8:00 p.m., correct?
19  A   Yes.
20  Q   And the listing there is 130 H, correct?
21  A   I think it's 130, yes.
22  Q   And what is the significance of the H number
23  next to it?
24  A   It means it's outside of the reference range
25  for that laboratory.

342

1   Q   Is that evidence of Mrs. Guinn having diabetes
2   in April of 2002?
3   A   It could be.
4   Q   Could be?
5   A   Yes.
6   Q   You would want to see more readings?
7   A   Yes.
8   Q   Then you see on April 29th, 2002 a sample
9   taken at 5:09 a.m., do you see that on the first page
10  far right side sample on 4/29/02, 5:09 a.m. the glucose
11  there is 107, correct?
12  A   Correct.
13  Q   And if you turn the page and you see there is
14  another sample collected on April 30th, 2002 at
15  5:55 p.m. in the hospital, correct?
16  A   Yes.
17  Q   And that reading is 119 H?
18  A   Right.
19  Q   And then the last one if you turn the page it
20  looks like we see the same April 30th reading repeated
21  there at 17:55?
22  A   Yes.
23  Q   Okay. And then the last reading is on May the
24  1st 2002 at 7:40 a.m. listing there is glucose 126 H,
25  correct?

343

1    A   Correct.
2    Q   Now, if you look at these readings taken over
3  a series of three days, does that provide evidence that
4  as of May the 1st of 2002 Mrs. Guinn already had
5  diabetes?
6    A   No, because I would need to know the
7  circumstances under which they were drawn, did she have
8  dextrose in an IV running.
9       Also she was rather severely at some point
10  hypokalemic and hypokalemia worsens insulin resistence.
11   Q   What is hypokalemic?
12   A   Low potassium.
13   Q   Would the records indicate whether or not
14  Mrs. Guinn was receiving dextrose or anything like that
15  in her IVs at that time?
16   A   It should.
17   Q   Have you looked at the records to see whether
18  or not that was provided to her?
19   A   Probably.
20   Q   Can you give us an opinion one way or the
21  other whether she was receiving it?
22   A   I don't recall.
23   Q   Would you agree with me that you cannot rule
24  out the possibility that Mrs. Guinn had diabetes as of
25  May the 1st, 2002?

344

1    A   That is correct.
2    Q   Doctor, what happened to -- Strike that.
3       We saw that while she was taking Seroquel
4  Mrs. Guinn had blood sugar levels that got up above the
5  diabetic levels of 126, correct?
6    A   Correct.
7    Q   And I think that you in your report referred
8  to a fasting glucoses in the range of 131 to 166?
9    A   Yes.
10   Q   All right.  Once Seroquel was discontinued and
11  everything else being equal, would you expect those
12  numbers to come up or come down?
13   A   It could do either one.
14   Q   Well, if your opinion is that it's the
15  Seroquel that is causing the increase in the blood
16  glucose, wouldn't it stand to reason that if you take
17  the Seroquel away the blood glucose levels will go down?
18   A   It's too simplistic.  I think it's it depends
19  on the mechanism.
20   Q   Is that called the dechallenge that I have
21  just described?
22   A   I don't know, I have never heard that term.
23   Q   It's too simplest to say that taking away the
24  Seroquel would result in the blood glucose going down?
25   A   Yes.

345

1    Q   Why is that too simplistic?
2    A   Well, there are other examples, steroids for
3  instance that we have talked about before.  If people
4  are on chronic steroid treatment when - if you can stop
5  that treatment sometimes the blood glucoses normalize,
6  and sometimes they don't.
7    Q   Well, my question was everything else being
8  equal if you take away the Seroquel and replace it with
9  something else, would you expect the blood glucose to go
10  down?
11       MR. PIRTLE:  Asked and answered.  I have
12  objected, asked and answered.  You can answer it
13  again.
14       THE WITNESS:  Not necessarily.  If the weight
15  were contributing, I mean if the same weight is
16  there and that is contributing to the hyperglycemia
17  then if the weight doesn't go away, as it doesn't
18  in this particular case, then you might expect no
19  change in the blood glucoses at all.
20  (BY Mr. Raber)
21  BY MR. RABER:
22   Q   Do you know whether or not Mrs. Guinn has had
23  higher blood glucose levels on Abilify since she stopped
24  taking Seroquel?
25   A   I think she has had similar blood glucose

346

1  levels on some occasions.  I have got here 78 to 158,
2  it's kind of in the same ballpark.
3    Q   Would something above 200 be in the same
4  ballpark as 131 to -- Strike that.
5       Would glucose levels above 200 be in the same
6  ballpark as levels from 131 to 166?
7    A   It's a little bit different ballpark.
8    Q   And do you know whether or not Mrs. Guinn's
9  blood glucose levels have been above 200 while she has
10  been taking Abilify and not taking Seroquel?
11   A   I don't believe I know the answer to that.
12   Q   What impact would that have on your opinions
13  about Seroquel's effect on blood glucose?
14   A   Once the diabetes is established, even if you
15  remove the cause of it the diabetes might not go away,
16  and in fact diabetes is a progressive disease that
17  continues to generally worsen over time.
18   Q   Progressive disease that happens no matter
19  what?
20       MR. PIRTLE:  Objection, form.
21       THE WITNESS:  No matter what --
22  BY MR. RABER:
23   Q   I thought you just said that you can control
24  it?  I thought you agreed with me that you can control
25  it with exercise and drugs and things like that?

42 (Pages 343 to 346)

347

1      A   I do, but that is not the same thing as the
2   disease progressing.  I mean I should say the beta cell
3   function continues to decline.
4      Q   And the declining beta cell function, is that
5   a process that occurs over several years?
6      A   In many cases it's several years, sometimes
7   it's more rapid than that.
8      Q   Do you believe that in Mrs. Guinn's case that
9   the beta cell function in her pancreas declined over a
10   period of several years?
11      A   Yes, I do.
12      Q   Can you quantify how many years?
13      A   No.
14      Q   She certainly had diminished beta cell
15   function when she was in her pre-diabetic stage, didn't
16   she?
17      A   Yes.
18      Q   And can you say with any reasonable degree of
19   medical probability when that decline in her beta cell
20   function went from the pre-diabetic phase to actual
21   diabetes?
22      MR. PIRTLE:  Objection, asked and answered, I
23   think.
24      THE WITNESS:  I think I have answered that,
25   too.  When the blood glucoses started to be noted

348

1   to be more elevated — I can't find it now.
2      I answered it before in the reference to when
3   you asked me about when diabetes started.
4   BY MR. RABER:
5      Q   My question had to do with beta cell function,
6   which is what you have been talking about, and that is a
7   little different I think.
8      You would agree that she had some diminished
9   beta cell function when she was a pre-diabetic?
10      A   Yes.
11      Q   And at what point — can you say at what point
12   in time within a reasonable degree of medical
13   probability that beta cell function reached the point of
14   diabetes?
15      MR. PIRTLE:  Asked and answered.
16      THE WITNESS:  No.
17      (Whereupon, the below referred to document
18      was marked as Defendant's Exhibit No. 44.)
19      (BY Mr. Raber)
20   BY MR. RABER:
21      Q   I would like to show you a document that we
22   have marked as Exhibit 44.  Dr. Marks, is Exhibit 44 a
23   printout from Quest Diagnostics dated March 11, 2008?
24      A   Uhm-hum.
25      Q   I'm sorry, you need to say yes or no.

349

1      A   Yes.  Sorry.
2      Q   And it's for Linda Guinn?
3      A   Yes, it is.
4      Q   And you see that under comment it says
5   fasting?
6      A   Yes.
7      Q   Would you assume that this is indeed a fasting
8   sample?
9      A   It's a reasonable assumption, but the time is
10   a little off.
11      Q   Is there a certain time after which you start
12   to raise questions about whether a sample is truly
13   fasting?
14      A   Yes.
15      Q   What time would that be?
16      A   I can't tell you.  Anything that is not real
17   early in the morning.
18      Q   So something if you saw a study for example
19   where samples were taken 11:00 o'clock in the morning,
20   noon, 1:00 p.m., would you conclude that they were not
21   fasting samples?
22      A   I would want to get evidence as to whether
23   they were fasting or not.
24      Q   Absence evidence, your assumption would be
25   that they were not fasting?

350

1      A   I would think I would have to assume that,
2   that would be the safer assumption to make.
3      Q   And if you were dealing with a schizophrenic
4   or bipolar patient population, would you expect that it
5   would be more difficult or easier to get confirmation
6   about whether something was fasting?
7      A   I guess directly from the patient it might be
8   more difficult, if that is what you are asking.
9      Q   All right.  Do you see here that on
10   March 11th of 2008 —
11      MR. PIRTLE:  What if they were in the
12   hospital?  I'm sorry, something just popped in my
13   mind.
14      (BY Mr. Raber)
15   BY MR. RABER:
16      Q   You see here on March 11th, 2008 that
17   Mrs. Guinn's fasting blood glucose reached a level of
18   205?
19      A   Yes.
20      Q   Isn't that inconsistent with your opinions
21   about Seroquel's impact on blood glucose?
22      A   No.
23      Q   Why not?
24      MR. PIRTLE:  Asked and answered.
25      THE WITNESS:  She is still in carrying the

43 (Pages 347 to 350)

| | 351 |
|---|---|
| 1 | same amount of weight that she gained while she was |
| 2 | on the Seroquel. |
| 3 | BY MR. RABER: . |
| 4 | Q   Well, in fact didn't we see that she weighs |
| 5 | more, that her all time high weight after the Seroquel |
| 6 | was actually higher than her all time high on Seroquel? |
| 7 | A   By a couple of pounds, yes. |
| 8 | Q   Well, we know that she was over 200 when she |
| 9 | stopped Seroquel and she was in the 190's before, right? |
| 10 | MR. PIRTLE:  Asked and answered. |
| 11 | THE WITNESS:  I don't remember.  I think you |
| 12 | had a different number than I had. |
| 13 | (BY Mr. Raber) |
| 14 | BY MR. RABER: |
| 15 | Q   194 in April 2007, correct? |
| 16 | A   Yes. |
| 17 | Q   All right.  And I showed you a document that |
| 18 | showed that she got up to as high as 206? |
| 19 | A   That is correct. |
| 20 | Q   So that's 12 pounds? |
| 21 | A   Correct. |
| 22 | Q   All right.  So given those facts how is this |
| 23 | glucose reading of 205 on March 11, 2008 consistent with |
| 24 | your opinions about Seroquel? |
| 25 | MR. PIRTLE:  Asked and answered. |

| | 352 |
|---|---|
| 1 | THE WITNESS:  When she was on the Seroquel it |
| 2 | could be very possible that the Seroquel was not |
| 3 | only contributing to her increased weight, but was |
| 4 | also contributing to her glucose abnormalities. |
| 5 | Now she is off the Seroquel and so it is not going |
| 6 | to be any direct effect from the Seroquel. |
| 7 | BY MR. RABER: |
| 8 | Q   But she is off the Seroquel and her weight is |
| 9 | higher, and her glucose is higher — |
| 10 | A   That is correct. |
| 11 | Q   — How is that consistent with your theory of |
| 12 | blaming everything on Seroquel? |
| 13 | MR. PIRTLE:  Objection, argumentative. |
| 14 | BY MR. RABER: |
| 15 | Q   Strike that.  How is that consistent with your |
| 16 | theory that it's the Seroquel that is responsible for |
| 17 | the increased glucose? |
| 18 | MR. PIRTLE:  Objection, form. |
| 19 | THE WITNESS:  I didn't blame it all on |
| 20 | Seroquel, I think the Seroquel could have been a |
| 21 | cause. |
| 22 | (BY Mr. Raber) |
| 23 | BY MR. RABER: |
| 24 | Q   Well, how is it consistent even with that? |
| 25 | A   Well, the Seroquel is not a cause anymore, |

| | 353 |
|---|---|
| 1 | except that she gained weight while she was on it. |
| 2 | Q   Well, we can conclude, can't we, that |
| 3 | Mrs. Guinn's body is capable of producing glucose levels |
| 4 | above 200 without Seroquel? |
| 5 | A   Yes. |
| 6 | Q   And that is because of her underlying medical |
| 7 | profile, correct? |
| 8 | A   Correct. |
| 9 | Q   I want to kind of circle back to where we |
| 10 | started this morning when I started asking you |
| 11 | questions, I think we agreed that for the answers you |
| 12 | gave to Mrs. Freiwald about the general topics that |
| 13 | didn't relate specifically to Mrs. Burns that we could |
| 14 | assume that the same testimony holds true for |
| 15 | Mrs. Guinn; do you remember that? |
| 16 | A   Correct, yes. |
| 17 | Q   Now I am going to ask you kind of the flip |
| 18 | side of that, can we safely assume that the testimony |
| 19 | that you have given under my questioning on topics that |
| 20 | don't relate specifically to Mrs. Guinn, also applies to |
| 21 | Mrs. Burns and Mrs. Curley, who is going to be the |
| 22 | subject of the next round? |
| 23 | A   Yes. |
| 24 | Q   Let me show you, if you would look at |
| 25 | Exhibit 44, what we were just looking at, that is the |

| | 354 |
|---|---|
| 1 | March 11th, 2008 data about glucose, correct? |
| 2 | A   Yes. |
| 3 | Q   And if you turn to the second page there is a |
| 4 | reading there for hemoglobin A1c? |
| 5 | A   Yes. |
| 6 | Q   And what does that listing say there? |
| 7 | A   6 and a half percent. |
| 8 | Q   And under your standard you apply in your |
| 9 | practice you would agree that at least as of March of |
| 10 | 2008 Mrs. Guinn's blood glucose appeared to be under |
| 11 | excellent control? |
| 12 | A   Not as of that day she had a blood glucose of |
| 13 | 205. |
| 14 | Q   But as of the three months leading up to |
| 15 | March 11, 2008? |
| 16 | A   Correct. |
| 17 | Q   Have you seen any documents after March of |
| 18 | 2008 that show how well controlled her blood glucose is? |
| 19 | A   No, I don't believe I have. |
| 20 | Q   Do you expect to look into that before this |
| 21 | trial? |
| 22 | A   No, I didn't think about it. |
| 23 | Q   Do you feel like you need to do that in order |
| 24 | to testify at the trial? |
| 25 | A   No. |

44 (Pages 351 to 354)

355

1    Q   Looking through the medical records did you
2  see any evidence that Mrs. Guinn has experienced various
3  pains in her lifetime?
4    A   I do recall that.
5    Q   Can you describe for us the types of pains
6  that she has experienced over the years?
7    A   I think she had some pain in some of her
8  joints. Can I look?
9    Q   Sure. It's an open book test.
10   A   I think she had joint pain, specifically knees
11 and hips. She had pain in her feet, and I think I want
12 to say she had pain in her back too, but these cases all
13 become sort of a blur.
14   Q   But in any event would you agree that the
15 pains to her hips, back, knees, is not attributed to
16 diabetes?
17   A   Probably not.
18   Q   And would you agree that the pains in her
19 hips, her back and her knees has put limitations on her
20 ability to be active?
21   A   Probably.
22   Q   Do you feel like as an endocrinologist that
23 you are in a better position to determine the cause of
24 diabetes than a psychiatrist?
25   A   Probably.

357

1          MR. RABER:  Thank you very much, I appreciate
2  your patience with us, and that's all the questions
3  I have.
4          THE WITNESS:  Okay.
5          MR. PIRTLE:  Let me see if I have any points
6  to clarify.
7               CROSS EXAMINATION
8  (BY Mr. Pirtle)
9  BY MR. PIRTLE:
10   Q   I have just a few.  My name is Tom Pirtle, I
11 have a few questions.  I'm not going to be long, okay?
12   A   Okay.
13   Q   It fair to say that Ms. Guinn was predisposed
14 to having diabetes prior to the time she took the
15 substance Seroquel?
16   A   Yes.
17   Q   And did you say so in your report on page 6?
18          MR. RABER:  Objection, leading.
19          THE WITNESS:  Yes.
20 BY MR. PIRTLE:
21   Q   In your report you say based on my review of
22 her medical records it is my opinion based on reasonable
23 probability was the cause of her diabetes with treatment
24 of multiple medications; is that your opinion, Doctor?
25   A   Yes.

356

1    Q   Why is that?
2    A   I probably understand more about the
3  pathogenesis of the disease.
4    Q   Would you look with suspicion on any diagnosis
5  by a psychiatrist of diabetes or an explanation as to
6  the cause of it?
7    A   Not if the data was unequivocal.
8    Q   Would you in your own practice rely on a
9  determination by a psychiatrist as to the cause of a
10 patient's diabetes?
11   A   I think it would depend on the psychiatrist.
12   Q   All right.  And what would you need to know in
13 order to rely on that opinion?
14   A   I would probably need to know the
15 psychiatrist, know their reputation.
16   Q   Even if you knew the psychiatrist and knew the
17 reputation, would you rely on that psychiatrist's
18 opinion as to the cause of a patient's diabetes or would
19 you want to do at least some checking with your
20 endocrinologist hat on?
21   A   The latter.
22   Q   You certainly would want to know what the
23 endocrinologist had to say about the matter before you
24 made up your mind; is that right?
25   A   Yes, correct.

358

1          MR. RABER:  Objection.
2  BY MR. PIRTLE:
3    Q   It also goes on to say the exposure to the
4  medication which caused weight gain worsened her
5  underlying instance of resistance and likely accelerated
6  the onset of diabetes in such a predisposed individual;
7  is that your opinion, Doctor?
8    A   Yes.
9          MR. RABER:  Objection to form.
10         THE WITNESS:  Yes.
11 BY MR. PIRTLE:
12   Q   Now, in arriving at your opinions, what did
13 you do to formulate these opinions?
14   A   I reviewed the medical records and formulated
15 the opinion.
16   Q   Did you also review a substantial amount of
17 medical literature?
18         MR. RABER:  Objection to form, leading.
19         THE WITNESS:  Yes, I did.
20 (BY Mr. Pirtle)
21 BY MR. PIRTLE:
22   Q   And is the medical literature and other
23 documents that you reviewed attached as an Exhibit on
24 the back of the report that you filed?
25   A   Yes, it is.

45 (Pages 355 to 358)

**359**

1    (BY Mr. Raber)
2       MR. RABER:  Objection.  I will come back and
3    clean it up.
4    BY MR. PIRTLE:
5       Q   And have you also included your CV?
6       A   Yes.
7       Q   I want to show you a document that was
8    produced by AstraZeneca that has a statement in it, you
9    testified I believe to a reasonable degree of medical
10   probability that Mrs. Guinn's cholesterol, and I am
11   going to say triglycerides, was elevated due to Seroquel
12   ingestion as a cause, correct?
13      A   Yes.
14      Q   Let me show you page 11, this is actually a
15   draft of the Seroquel product label, I have highlighted
16   the section I want you to read.
17      MR. RABER: It's a draft label?
18      MR. PIRTLE: It is.
19      MR. RABER: Do you know the date?
20      MR. PIRTLE: It's not dated.
21      MR. RABER: Does it have a Bates number on it?
22      MR. PIRTLE: It does not.
23      MR. RABER: Then we object to that.
24      MR. PIRTLE: So noted.
25

**360**

1       (BY Mr. Pirtle)
2    BY MR. PIRTLE:
3       Q   Will you read for the court the section
4    entitled:  Cholesterol and Triglyceride Elevations?
5       A   "In schizophrenia trials, SEROQUEL-treated
6    patients had increases from baseline in cholesterol and
7    triglycerides of 11% and 17%, respectively, compared to
8    slight decreases for placebo patients.  These changes
9    were only weakly related to the increases in weight
10   observed in SEROQUEL-treated patients."
11      Q   I will tell you this is a statement by the
12   company that manufactured this drug —
13      MR. RABER:  Objection to form.
14   BY MR. PIRTLE:
15      Q   —Is this statement consistent or
16   inconsistent with your opinions?
17      A   It's consistent with them.
18      Q   Does the statement indicate that the company
19   has signs that shows that there is 11 percent and
20   17 percent rise in triglycerides and cholesterol over
21   placebos in some of their trials?
22      MR. RABER:  Object to form.
23      THE WITNESS:  It does.
24      (BY Mr. Pirtle)
25

**361**

1    BY MR. PIRTLE:
2       Q   The last sentence says:  "These changes were
3    only weakly related to the increases in weight", does
4    that have any significance to you, Doctor?
5       A   It could.
6       Q   And how could it have significance?
7       A   Well, it suggests that there may be mechanisms
8    aside from weight gain that contribute to these
9    laboratory changes.
10      Q   Let me show you one more section.
11         You have had had some discussion with the
12   AstraZeneca lawyers as to whether or not Seroquel causes
13   weight gain; do you remember generally the discussions?
14      A   Yes.
15      Q   Let me show you this section.  Did you see the
16   section titled Weight Gain?
17      A   Yes.
18      Q   Could you read it allowed?
19      MR. RABER:  Objection, no foundation.  Go
20   ahead.
21      THE WITNESS:  In schizophrenia trials the
22   proportions of patients meeting a weight gain
23   criterion of greater than or equal to 7 percent of
24   body weight were compared in a pool of four 3- to
25   6-week-placebo-controlled clinical trials,

**362**

1    revealing a statistically significantly greater
2    incidence of weight gain for Seroquel (23%)
3    compared to placebo (6%).
4    BY MR. PIRTLE:
5       Q   You can stop right there, let me just ask you,
6    this is another statement by the company AstraZeneca,
7    and am I correct in saying that in this statement the
8    company acknowledges a statistically significant
9    increase in their clinical trials in the people who gain
10   weight and take the medicine over the people who took
11   the placebo?
12      MR. RABER:  Object to form.
13      THE WITNESS:  Yes.
14   BY MR. PIRTLE:
15      Q   Is that consistent with your opinion in this
16   case?
17      A   Yes.
18      Q   Now, two other points and I won't belabor it.
19         Do you remember there was some talk about
20   methodology, and I believe it came up during
21   Mrs. Guinn's case when you were looking at the medical
22   records to determine when you believed within reasonable
23   medical probability she developed diabetes?
24      A   I remember that discussion.
25      Q   And I seem to pick up you had trouble with the

363

1  word methodology; am I right?
2      MR. RABER:  Objection to form, leading.
3      THE WITNESS:  Yes, I believe so.
4  (BY Mr. Pirtle)
5  BY MR. PIRTLE:
6      Q   Will you tell the court what you did to
7  determine when you believe that Ms. Guinn got diabetes?
8      A   I reviewed the medical records that I had,
9  looked at the data that was available to me, looked at
10  the pattern of change of the blood glucoses and came up
11  with a reasonable period of time that I estimated that
12  she probably developed diabetes.
13      Q   And you looked at medical records, and inside
14  the medical records there were actually tests of what
15  her blood glucose was?
16      A   Yes.
17      Q   And you actually looked at the test results
18  that you had on Ms. Guinn?
19      A   Yes.
20      Q   And based on I guess the time between the
21  first positive and the last negative, is that when you
22  figured that they developed?
23      MR. RABER:  Object to form.
24      THE WITNESS:  More or less.
25

364

1  BY MR. PIRTLE:
2      Q   Is that any different than what you would do
3  with an ordinary everyday medical practice with any one
4  of the patients that you have looking at test results?
5      A   No, not really.
6      Q   The last subject.  I want to talk about
7  Mrs. Guinn's future.  In terms of what you know as an
8  expert on diabetes, is Ms. Guinn at risk for certain
9  side effects from diabetes?
10      MR. RABER:  Object to form.
11      THE WITNESS:  Serial complications, yes.
12  BY MR. PIRTLE:
13      Q   And will you tell me and the court what those
14  complications are generally that are associated with
15  someone who develops diabetes?
16      A   The complications are generally vascular,
17  including microvascular complications, retinopathy,
18  nephropathy, neuropathy and microvascular complications
19  which include cardiovascular diseases.
20      Q   All right.  In your field in endocrinology,
21  have those complications from diabetes been well both
22  defined and studied?
23      A   I am not sure what you mean by well defined
24  and studied.
25      Q   Well, have they been studied a lot in terms of

365

1  complications associated with developing diabetes, Type
2  II diabetes?
3      A   Yes.
4      Q   And have they been studied in a way where some
5  of the folks that studied them have derived percentages
6  of certain people who get Type II diabetes say at 50
7  have percentage chances of developing for example
8  coronary artery disease?
9      A   Yes.
10      Q   And are all those in published medical
11  literature, or at least a large portion of them?
12      A   Yes.
13      MR. PIRTLE:  Thanks very much.  I'm going to
14  get you out of here.
15      REDIRECT EXAMINATION
16  (BY Mr. Raber)
17  BY MR. RABER:
18      Q   A few cleanup things.
19      Doctor, are you offering the opinion that
20  Seroquel caused Mrs. Guinn's cholesterol, total
21  cholesterol to increase?
22      A   It's a possibility.
23      Q   Just a possibility?
24      A   Yes.
25      Q   You are not offering it to a reasonable degree

366

1  of medical certainty, correct?
2      A   Yes, I think that is the same thing.
3      Q   You equate possibility with a reasonable
4  degree of medical certainty?
5      A   I am not sure I really understand what a
6  reasonable degree of medical certainty is.
7      Q   Let me ask you this, can you say to a
8  reasonable degree of medical certainty that it's more
9  likely than not that Seroquel caused an increase in
10  Mrs. Guinn's total cholesterol?
11      MR. PIRTLE:  Objection form.  You can answer.
12      THE WITNESS:  I think it's a possibility.
13  BY MR. RABER:
14      Q   Do you think it's more likely than not?
15      A   Too many negatives.
16      Q   Do you understand, I mean it's a possibility
17  that I could win the election in a write-in campaign,
18  that is a possibility, it's not a very likely one?
19      A   No, it's not a possibility.
20      Q   It's a possibility, I mean lots of things are
21  possibilities.  And my question to you is are you saying
22  that it's just a possibility that Seroquel increased her
23  blood glucose or that you can say that it's more likely
24  than not that it increased her total cholesterol?
25      MR. PIRTLE:  Objection, form.

47 (Pages 363 to 366)

367

1       THE WITNESS: Haven't I answered that before?
2   BY MR. RABER:
3       Q   Well, I have asked you whether it's more
4   likely than not, and your answer is it's a possibility.
5       My question is are you saying it's a
6   possibility and nothing more than that?
7       A   I think it's a strong possibility.  I don't
8   know whether it's a probability or not.
9       Q   And in any event, it's your opinion that a
10  total cholesterol level below 300 has no impact on her
11  health, correct?
12      A   No, I said it depends on what the profile of
13  the total cholesterol is.
14      Q   Right.
15      A   The components are.
16      Q   Right, but you said that the total number by
17  itself has no clinical significance?
18      A   It may not have any clinical significance.
19      (Whereupon, the below referred to document
20      was marked as Defendant's Exhibit No. 45.)
21      (BY Mr. Raber)
22  BY MR. RABER:
23      Q   All right, and you are saying that — Let me
24  show you this document that we have marked as
25  Exhibit 45.

368

1       MR. PIRTLE:  Do you have a copy?
2       MR. RABER:  Yes.
3   BY MR. RABER:
4       Q   And do you see on Exhibit 45 that that is a
5   laboratory report from SmithKline Beecham, the first
6   page dated, the collection date May the 4th, 1993?
7       A   Yes.
8       Q   Okay.  So that's nine years before she ever
9   took Seroquel?
10      A   Yes.
11      Q   She started May 3rd of 2002.
12      A   Okay.
13      Q   Almost to the day nine years.
14      And you see that her cholesterol total nine
15  years before she started Seroquel is 303?
16      A   Correct.
17      Q   Did she ever reach a cholesterol level that
18  high while she was taking Seroquel?
19      A   I don't believe so.
20      Q   Then how can you say that Seroquel caused her
21  cholesterol to go up?
22      A   It may have caused it to go up from the point
23  that it was at before she started on the Seroquel.
24      Q   But in any event you would agree that she had
25  a total cholesterol reading that was higher before she

369

1   ever took Seroquel?
2       A   Yes.
3       Q   And if you look at the third page of this
4   Exhibit, you will see that that is a collection date and
5   time of October 28th, 1992?
6       A   Right.
7       Q   And her total cholesterol there was 305,
8   correct?
9       A   Correct.
10      Q   Again a higher cholesterol level nine to ten
11  years before she ever started Seroquel, correct?
12      A   Yes.
13      Q   What is it about the term methodology that you
14  have a problem with?
15      MR. PIRTLE:  Objection, form.
16      THE WITNESS:  I think I had a problem just
17      with the way that you were using it.
18  BY MR. RABER:
19      Q   Well, when you read scientific articles is
20  there a section called methodology?
21      A   Yes.
22      Q   And that describes how people did a study?
23      A   Yes.
24      Q   And it describes how the process they went
25  through to reach certain conclusions?

370

1       A   Yes.  And I thought I described it to you, but
2   you didn't like the answer that I gave you.  I thought
3   maybe I was confused.
4       Q   Well, no, I thought I heard Mr. Pirtle suggest
5   that you were somehow having trouble understanding the
6   term methodology.
7       MR. PIRTLE:  As you used it, I will clear it
8       up.
9       THE WITNESS:  In the context that you used it.
10  BY MR. RABER:
11      Q   Well, what is it about the term that you had
12  trouble with?
13      A   I have just never heard it used in the context
14  of examining a patient's medical records, I mean it's
15  not really a methodology, we just examine the medical
16  records.
17      Q   Well, I wasn't asking you a question about
18  methodology for examining records, I was asking your
19  methodology for how you reached certain conclusions.
20      A   Okay.
21      Q   And you didn't tell me when I was asking those
22  questions that you didn't understand, did you?
23      MR. PIRTLE:  Objection, form.
24      THE WITNESS:  No, you said did I use a
25      published methodology or something to that effect,

371

1    and I said no.
2  BY MR. RABER:
3    Q   Okay.  Do you understand that certain
4  methodologies, for example the Wilson article, do you
5  remember that?
6    A   Yes.
7    Q   That quantifies the risk of diabetes?
8    A   Uhm-hum.
9    Q   Is that a methodology for determining
10  somebody's risk?
11    A   Yes.
12    Q   And you understand that that has been
13  published in a peer review journal?
14    A   Yes.
15    Q   Scientists can look at that methodology and
16  say I think it's good or I think it's unreliable?
17    A   Yes.
18    Q   Have you used any methodologies in arriving at
19  your opinions here that have been subject to that sort
20  of peer review?
21    A   No, but the absence of such peer review
22  doesn't mean that it's not valid.
23    Q   In any event, in response to my questions you
24  told me everything you did to form the opinions you did,
25  didn't you?

372

1    A   I believe so.
2    Q   And did Mr. Pirtle tell you he was going to
3  ask you some questions before he asked you questions
4  today?
5    A   He did.
6    Q   And did he tell you what questions he was
7  going to ask you?
8    A   Not specifically.
9    Q   Did he tell you the subjects that he was going
10  to ask you about?
11    A   He told me he was going to ask me about some
12  of the things that we had discussed about this case.
13    Q   Did he review some of the answers that you
14  gave to my questions and tell you that he was going to
15  follow up on some of those?
16    A   No.
17    Q   What did he do?
18    A   He told me he was going to review some of the
19  questions that you asked me and about the case and about
20  my opinions related to the case.
21    Q   Did he identify any subject matters for those
22  questions?
23    A   He said he was going to ask about the Seroquel
24  and whether or not it could have caused diabetes and/or
25  the lipid abnormality.

373

1    Q   Now, in response to Mr. Pirtle you told him
2  that you reviewed all the medical records to form your
3  opinions?
4    A   I don't remember if I said I reviewed all the
5  medical records, I think I said I reviewed all the
6  medical records that I had.
7    Q   And we know from this morning that you didn't
8  review anything before 1998?
9    A   That is correct.
10    Q   Now, you also said in response to Mr. Pirtle
11  that you reviewed substantial literature?
12    A   I think substantial was his word.
13    Q   Is that your word?
14    A   I reviewed quite a bit of the literature that
15  was available.
16    Q   And Mr. Pirtle asked whether or not the
17  materials you reviewed are attached to your expert
18  report; do you remember that?
19    A   Yes.
20    Q   And you didn't review everything that is
21  attached to your expert report, did you?
22    A   No.
23    Q   And in fact we went to through a whole
24  exercise with a red pen where we asked to you put check
25  marks and pluses by the things that you reviewed,

374

1  correct?
2    A   That is correct.
3    Q   And has anything that Mr. Pirtle asked you, do
4  you want to take a red pen and check some more things?
5    A   No.
6    Q   Okay.  And Mr. Pirtle read from a draft label
7  that talked about weight gain of 23 percent in Seroquel
8  patients versus 6 percent in placebo patients; do you
9  recall that?
10    A   Yes.
11    Q   And you indicated correctly that that shows a
12  statically significant difference, right?
13    A   Correct.
14    Q   But can you also conclude from that that
15  67 percent of the people who took Seroquel did not have
16  weight gain of that magnitude?
17    A   Yes, you can.
18    Q   And that means then that not everybody who
19  takes Seroquel gains weight, right?
20    A   Correct.
21    Q   In fact two thirds of the people, according to
22  that data, who take Seroquel don't gain weight?
23    A   Correct.
24    Q   Now, Mr. Pirtle asked you generally whether
25  someone who has diabetes is at risk for a number of

49 (Pages 371 to 374)

375

1   vascular and microvascular complications, correct?
2       A   Yes.
3       Q   And you listed some of those complications?
4       A   Correct.
5       Q   But you told me that you can't say that any of
6   those things are reasonably certain to occur with
7   Mrs. Guinn in particular, correct?
8       A   Correct.
9       Q   And you are not changing that answer, are you?
10      A   I would have to hear the exact wording of my
11  answer.
12      Q   But as you sit here today are you able to
13  point to any of these vascular or microvascular
14  complications from diabetes that in your opinion are
15  reasonably certain to occur with Mrs. Guinn?
16      A   Reasonably certain to occur, no.
17  (BY Mr. Raber)
18      MR. RABER:  Thanks, no further.
19      MS. FREIWALD:  I have a few.
20      MR. PIRTLE:  Wait a second, you are not going
21  to ask questions in this deposition, you are not
22  going to do that.
23      MS. FREIWALD:  You asked some questions about
24  the lipids, and I asked questions this morning
25  about triglycerides, and you asked general

376

1   questions.
2       MR. PIRTLE:  All my questions were directed
3   towards Ms. Guinn's case, you are still not going
4   to.
5       MS. FREIWALD:  I am going to ask my questions.
6       MR. PIRTLE:  You can forget it.  We are not
7   going to double team, you can forget it.
8       MR. RABER:  You are coming back anyway.  I am
9   just saying that to intervene, but I think she has
10  the right to because you opened it up, you opened
11  it up.
12      MS. FREIWALD:  You opened it up about
13  triglycerides generally in Seroquel.
14      MR. RABER:  You opened it up.
15      MR. PIRTLE:  I'm sorry, it's over.
16      MS. FREIWALD:  I am going to state on the
17  record I will do it the next time, but from my
18  perspective you asked general questions about the
19  drug, about the lipid profile, about the weight
20  profile, and I have every right to follow-up on
21  that.
22      MR. PIRTLE:  Well, my perspective just like we
23  were in trial, we are not going to follow one
24  lawyer representing the same client with another
25  lawyer, it ain't going to happen.

377

1       MS. FREIWALD:  Well —
2       MR. RABER:  We are going on case management
3   order on the agreement two questioners, just like
4   you had two of the company witnesses.
5       MR. PIRTLE:  Well, we didn't run two on
6   cross-examination, we used one person for
7   cross-examination.
8       MS. FREIWALD:  We just agreed, Tom, that there
9   are some general questions that were addressed in
10  Burns and some in Curley and they applied for both
11  cases, and we haven't been repetitive here, but you
12  asked some questions having to do with the label
13  and the lipid profile and I have every right to
14  follow-up on those questions.
15      MR. PIRTLE:  I don't remember her testifying
16  about Ms. Burns' lipid profile.
17      MS. FREIWALD:  You asked about the product
18  label and about the ability to effect lipids, she
19  testified earlier.
20      MR. PIRTLE:  Next time come back, that's fine,
21  but we are not going to follow one AZ lawyer with
22  another AZ lawyer, that is just not going to
23  happen.
24      MS. FREIWALD:  Fine.
25      MR. PIRTLE:  But are you going to attach that?

378

1       MS. FREIWALD:  You bet.  The that we are
2   referring to is the draft label Mr. Pirtle referred
3   to in his examination.
4       MR. PIRTLE:  We will mark as Exhibit 46 a
5   draft label, and then let me say I think it's a
6   draft, it could be off the Internet or I got it
7   from AstraZeneca's lawyer.
8       (Whereupon, the above referred to document
9   was marked as Defendant's Exhibit No. 46.)
10      (Thereupon, the deposition was adjourned.
11  Signature and formalities were not waived.)
12      - - - - - -

379

```
 1        ------
 2        CERTIFICATE OF OATH
 3   STATE OF FLORIDA
 4   COUNTY OF BROWARD
 5
 6
 7        I, the undersigned authority, certify
 8   that JENNIFER B. MARKS, M.D., personally appeared
 9   before me and was duly sworn.
10        WITNESS my hand and official seal this
11   7th day of October 2008.
12
13
14        _____
15        Evan A. Ferguson
          Notary Public, State of Florida
16        My Commission Expires: 12/29/09
          Commission No. DD498401
17
18
19
20
21
22
23
24
25
```

381

```
 1
 2             READING AND SIGNING
 3
 4
 5
 6
 7   _____     _____
     (DATE)          (NAME)
 8
 9
10
11   Sworn to and subscribed before
     me this ____ day of _____, 2008.
12
     _____
13        Notary Public
     My Commission expires:
14
15
16
17
18
19
20
21
22
23
24
25
```

380

```
 1        CERTIFICATE OF REPORTER
 2
 3
 4   STATE OF FLORIDA:
 5   COUNTY OF BROWARD:
 6
 7
 8        I, Evan A. Ferguson, Court Reporter,
     certify that pursuant to Notice of Taking Deposition
 9   in the above-styled cause, that I was authorized to
     and did stenographically report the foregoing
10   deposition as hereinabove shown, and the testimony
     of said witness was reduced to computer
11   transcription under my personal supervision.
          I further certify that the said deposition
12   was taken at the time and place specified
     hereinabove, and that I am neither of counsel nor
13   solicitor to either of the parties in said suit nor
     interested in the event of the cause.
14        I further certify that I have delivered
     the original copy of said deposition to STEPHEN D.
15   RABER, ESQUIRE, to be retained by him
     pending further order of the Court.
16        Witness my hand and official seal in the
     City of Fort Lauderdale, County of Broward, State of
17   Florida, this 10th day of October 2008.
18
19
20        _____
          Evan A. Ferguson, Notary
          Public at Large
21        My Commission expires 12/29/09
          Commission No. DD498401
22
23
24
25
```

382

```
 1                ERRATA SHEET
 2   PAGE NO.  LINE NO.
 3   ____  ____  _____
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   SIGNATURE_____  DATE_____
25
```

51 (Pages 379 to 382)