**worse** 202:22 203:4
  203:6,7 237:21
**worsen** 346:17
**worsened** 202:8
  358:4
**worsening** 202:13
  202:16 203:24
  208:16 237:16
  301:23
**worsens** 343:10
**Worshing** 219:13
  220:1 222:10
**Worshing's** 219:7
  219:10
**wouldn't** 191:19
  192:23 195:15
  200:24 201:1
  219:16 220:4
  222:14 232:12,17
  235:23 237:2
  245:10 249:6,16
  267:8 290:25
  293:14 294:10,25
  310:24 325:11
  335:3,15 344:16
**write** 260:8 323:22
  323:24 338:2,5
  383:13
**write-in** 366:17
**writing** 224:6
  241:17 242:23
  324:6
**written** 186:7
  331:15
**wrong** 199:2,4
  236:8,15,18 238:1
  304:5 323:13
**wrote** 212:20 225:9
  243:16 252:20
  270:3 295:2
  296:20

**X**

**X** 228:14

**Y**

**Y** 228:15
**Yauch** 197:17,24
  198:15
**year** 187:13 200:22

295:16,20,25
  297:22 325:8,11
  333:15,17
**years** 201:10 229:2
  229:3,6,8,16,17
  229:20,22,24
  230:4,13 246:1,2
  246:4,10 248:5,8
  248:10 249:3,7
  254:8 257:6 273:8
  285:2 299:11
  322:3 327:25
  334:21 335:1,6
  336:12,18 347:5,6
  347:10,12 355:6
  368:8,13,15
  369:11
**yesterday** 186:3,16
  186:20 188:20
  189:1 190:13
  191:11 192:5
  195:21 196:3
  213:18 233:22
  239:3 240:20
  295:9
**younger** 335:4

**Z**

**ziprasidone** 208:14
  218:3 270:15
  278:10 279:6
  280:12 301:21
**Ziprasidone/Geo...**
  270:22
**Zocor** 271:11
**Zyprexa** 337:6,10

**0**

**00043** 249:25

**1**

**1** 188:16 251:20
**1st** 342:24 343:4,25
**1:00** 349:20
**1:17** 341:2
**10** 246:6 256:9,9,21
  307:1 327:18,19
  383:1
**10th** 380:17
**10:50** 283:8

**100** 211:20 263:12
  263:14 273:11
  278:20 286:12
**101** 327:8
**107** 342:11
**107.1** 320:25
**109** 264:7
**11** 253:20 348:23
  351:23 354:15
  359:14 360:19
**11th** 350:10,16
  354:1
**11%** 360:7
**11:00** 349:19
**11:47** 318:4
**114** 265:14
**119** 342:17
**12** 200:20 229:20
  265:13 316:17,24
  351:20
**12/29/09** 379:16
  380:21
**120-190** 196:24
**124** 327:9
**125** 263:12,14
**126** 191:13 327:9
  342:24 344:5
**127** 194:18
**13** 188:16
**130** 341:15,20,21
**131** 344:8 346:4,6
**134** 194:14
**136** 211:18
**14** 306:4
**14-pound** 306:10
**15** 291:11,14
**155** 288:14
**158** 346:1
**160** 289:12 291:8
  291:18,19 313:16
**166** 211:18 344:8
  346:6
**17** 249:23 250:1
  252:10 360:20
**17%** 360:7
**17:55** 342:21
**1769** 182:4 383:6
**18** 188:16 314:3,5,9
**184** 306:2

**186** 184:4
**19th** 276:16
**190's** 351:9
**19103** 183:9
**192** 256:13
**194** 273:1 311:6
  316:15 351:15
**196** 184:11
**197** 184:12
**198** 305:23
**1988** 273:11
**1990** 250:1 252:10
  252:18,23 253:6
  272:18
**1991** 249:11,24
  250:18 251:2,20
  252:3
**1992** 264:10 266:6
  369:5
**1993** 368:6
**1994** 191:13 193:3
  194:7 200:25
  273:11,22 274:19
  274:21
**1997** 265:13,16,20
  265:22 266:7
**1998** 200:22 248:11
  248:13,15,19,21
  248:22 272:14
  276:2,5 373:8
**1999** 273:1,4
  275:24 277:6,20

**2**

**2** 188:2,11,16
  239:25 240:4
  243:21 302:6,7
  327:9
**2nd** 281:24 288:19
  288:20
**20** 285:2 295:3
  327:3
**20th** 333:2,24
  341:17
**200** 189:16 211:22
  278:19 286:15
  346:3,5,9 351:8
  353:4
**200s** 189:22
**2000** 189:14,21

195:25 196:22,23
  197:21,25 198:16
  276:13,16
**20005** 183:13
**2002** 188:21 194:8
  278:9,20,24
  279:20 280:2
  281:24 283:12
  284:20 286:3
  288:19 289:8,11
  291:8,12,14 341:9
  341:13,17 342:2,8
  342:14,24 343:4
  343:25 368:11
**2003** 188:22 189:7
  189:10 190:2,3,6
  195:16 200:11
**2004** 203:4,11
  204:6 246:8
  253:21 256:5,10
  256:22 295:3
  297:15 328:16
**2005** 298:10,17
**2006** 305:23 306:1
  306:25 308:16,19
  308:23 333:2,24
**2007** 225:10 227:9
  311:5 314:3,5,9
  316:15,23 318:9
  320:9 336:3
  351:15
**2008** 182:11 185:14
  197:19 314:21
  348:23 350:10,16
  351:23 354:1,10
  354:15,18 379:11
  380:17 381:11
  383:1,7
**202** 311:7 313:13
**202.434.5538**
  183:14
**205** 275:3,10
  276:24 313:10
  314:16 350:18
  351:23 354:13
**206** 313:16 314:10
  314:20 351:18
**208** 273:23 274:6,9
  274:10,25 276:20

314:12
**21** 188:16 197:18
 204:6
**215.994.4000** 183:9
**223** 184:12
**23** 374:7
**23%** 362:2
**238** 184:5
**239** 189:9 194:1
**24** 184:11 196:6,8
**24th** 274:19
**240** 184:13
**241** 184:13 298:10
 298:18 299:4
**249** 184:14
**25** 184:12 197:8,10
 253:21
**251** 184:14
**254** 277:8,11
**255** 184:15
**26** 184:12 211:17
 223:24 224:2
**26th** 274:20,21
**263** 184:15
**265** 184:16
**27** 184:13 224:19
 240:8,11,18 241:1
 241:9 269:8 318:8
**274** 184:16
**276** 184:17
**28** 184:13 241:5,9
 241:10,23 242:3
 243:20,21 246:7
 253:20 254:17
 256:8,10
**28th** 320:9 341:13
 369:5
**281** 184:17
**283** 184:18
**289** 184:18
**29** 184:14 249:18
 249:23,23 250:6
 252:8,9 280:2
 289:8,11 291:8
**29th** 342:8
**291** 184:19
**2929** 183:8

────────────
**3**
────────────
**3** 261:7 361:24

**3rd** 288:22 368:11
**30** 184:14 251:14
 251:18,18 383:17
**30th** 342:14,20
**300** 203:11 211:19
 277:16,19,25
 278:3 299:11
 367:10
**303** 368:15
**305** 369:7
**31** 184:15 255:21
 255:25 256:1,16
 256:19,25 258:3
 259:12,18 260:22
**313** 184:19
**32** 184:15 263:18
 263:22,22 264:23
**320** 184:20
**33** 184:16 265:1,3,5
**332** 184:20
**34** 184:16 274:14
 274:18,18
**341** 184:21
**348** 184:21
**35** 184:17 276:8,12
 276:13
**357** 184:6
**36** 184:17 281:18
 281:22,23
**366** 184:7
**367** 184:22
**37** 184:18 283:15
 283:18,20 284:5,8
**378** 184:22
**38** 184:18 289:2,7
 289:10
**382** 383:11
**39** 184:19 291:10
 291:10

────────────
**4**
────────────
**4** 188:16 246:8
 256:10,22
**4th** 256:5 368:6
**4/29/02** 342:10
**40** 184:19 313:21
 313:24 314:1
**41** 184:20 320:5,9
 320:22,23
**42** 184:20 332:22

333:1,1,6
**43** 184:21 341:4,8,8
**44** 184:21 249:25
 348:18,22,22
 353:25
**45** 184:22 254:8
 333:15,17 367:20
 367:25 368:4
**46** 184:22 378:4,9

────────────
**5**
────────────
**5** 240:16 241:2
 269:12
**5/10/2002** 284:10
**5/3/2002** 284:10
**5:09** 342:9,10
**5:55** 342:15
**50** 230:16 295:15
 334:21 365:6
**50-pound** 297:21
**50-pounds** 295:24
**500** 297:16
**500-800** 295:6
 296:11
**5020** 183:3 383:4
**52** 295:20

────────────
**6**
────────────
**6** 188:16 198:22
 211:17 217:21
 298:15 354:7
 357:17 374:8
**6%** 362:3
**6-week-placebo-c...**
 361:25
**6.6** 336:5
**6:07-cv-10291**
 182:8 184:10
 185:8
**6:07-cv-15701**
 182:9
**6:07-cv-15959**
 182:8 185:8 383:6
**60** 334:14 335:6
**67** 277:7 374:15

────────────
**7**
────────────
**7** 182:11 334:17
 335:8,11,16
 361:23

**7th** 185:14 379:11
 383:6
**7/30/92** 263:23
**7:40** 342:24
**700s** 203:13
**713.292.2750** 183:4
**725** 183:13
**77006** 183:4 383:4
**78** 346:1

────────────
**8**
────────────
**8/12/97** 265:6
**8:00** 182:12 185:15
 341:14,18
**8:55** 263:23 264:17
**80** 334:25 335:2
**800** 297:16

────────────
**9**
────────────
**9** 188:16
**9th** 183:3 383:4
**9/14** 188:7
**9:00** 265:10
**9:08** 227:2
**94** 201:2
**954-331-4400**
 182:25
**958217** 182:22
**98** 200:20
**99** 327:8

384

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Burns v. AstraZeneca, LP, et al.
Guinn v. AstraZeneca, LP, et al.
Curley v. AstraZeneca,LP, et al.

[Janice Burns 6:07-cv-15959]
[Linda Guinn 6:07-cv-10291]
[Connie Curley 6:07-cv-15701]

_____

Miami Beach, Florida
October 20, 2008
12:30 o'clock p.m.

VOLUME III

PAGES 384 - 571

- - - - - - - - -

DEPOSITION

OF

JENNIFER B. MARKS, M.D.

- - - - - - - - -

JOB NO: 959152
Reported By:
Evan A. Ferguson, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

**385**

1  APPEARANCES:
2
3  LAMINACK, PIRTLE & MARTINEZ, LLP.
   BY: RUSS M. BRUDNER, ESQUIRE,
   5020 Montrose Boulevard, 9th Floor
4  Houston, Texas 77006
   713.292.2750
5  Appearing on behalf of the Plaintiff.
6
7  DECHERT, LLP.
   BY: HOPE S. FREIWALD, ESQUIRE,
8  BY: KIRSTIN MILLER MAZZEO, ESQUIRE,
   Circa Centre, 2929 Arch Street
9  Philadelphia, Pennsylvania 19104-2808
   215.994.4000
10 Appearing on behalf of the Defendant.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**386**

1              I-N-D-E-X
2  WITNESS:              PAGE:
3  JENNIFER B. MARKS, M.D.
4  DIRECT EXAM CONTINUED BY MS. FREIWALD:   388
5
6           E-X-H-I-B-I-T-S
7  "MDL" BURNS NO.6:07-cv-15959
   "MDL"GUINN NO. 6:07-cv-10291    FOR IDENTIFICATION
8  "MDL"CURLEY NO.6:07-cv-15701
9  NO. 47          394
   NO. 48          394
10 NO. 49          443
   NO. 50          444
11 NO. 51          445
   NO. 52          445
12 NO. 53          447
   NO. 54          461
13 NO. 55          465
   NO. 56          467
14 NO. 57          496
15
16
17
18
19
20
21
22
23
24
25

**387**

1          - - - - - - - -
2       Deposition of JENNIFER B. MARKS, M.D., a
3  witness of lawful age, taken by the Defendant, for the
4  purpose of discovery and for use as evidence in the
5  above-entitled cause, wherein IN RE: Seroquel Products
6  Liability Litigation, and This Document Relates to
7  Burns v. AstraZeneca, LP, et al., [Janice Burns
8  6:07-cv-15959] [Linda Guinn 6:07-cv-10291] pending in
9  the UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF
10 FLORIDA, ORLANDO DIVISION, pursuant to notice heretofore
11 filed, before EVAN FERGUSON, a Notary Public in and for
12 the State of Florida at Large, at the Ritz Carlton Hotel
13 Board Room, One Lincoln Road, Miami Beach, Miami-Dade
14 County, Florida, on the 20th day of October 2008,
15 commencing at 12:30 o'clock p.m.
16          - - - - - - -
17 Thereupon:
18       JENNIFER B. MARKS, M.D.,
19    A witness named in the notice heretofore
20 filed, being a witness of lawful age, and being first
21 duly sworn in the above cause, testified under oath as
22 follows:
23       DIRECT EXAMINATION CONTINUED
24    (BY Ms. Freiwald)
25

**388**

1  BY MS. FREIWALD:
2    Q   Doctor, I think we agreed the last time we
3  were just going to treat this kind of as a continuing
4  deposition so that we don't have to go over some of the
5  old ground we established the last time.
6        Is it fair to say that last time you gave some
7  answers to some general questions which weren't
8  applicable to either the Burns or the Guinn case, and
9  those answers, those general answers would be equally
10 applicable to the Curley matter; is that true?
11   A   Yes, I believe so.
12   Q   Okay.  And last time I spent a good bit of
13 time walking you through the Notice of Deposition that
14 we sent the lawyers representing you, remember there was
15 a rider with a Schedule A and it asked for a bunch of
16 items?
17   A   Yes, yes, I do.
18   Q   And that Notice of Deposition we marked as an
19 Exhibit to the deposition, and I am going to represent
20 to you the rider that you and I discussed the last time
21 is exactly the same rider as for the Curley case, so I
22 am not going to go through item by item, but I just want
23 to ask you generally is there anything that you have
24 relied on by way of general background materials for the
25 testimony that you expect to give today that you did not

389

1  make me aware of last time?
2      A   No, there isn't.
3      Q   Okay.  I understand that there is Curley's
4  specific medical records that you would have read that
5  we would not have discussed the last time?
6      A   That is correct.
7      Q   But with regard to general literature, or
8  anything related to the subject of endocrinology, or
9  atypical antipsychotics, the list would be the same as
10  it was a couple of weeks ago when we were back here
11  taking your deposition in Burns and Guinn, right?
12      A   That is correct.
13      Q   Okay.  Have you done anything to prepare for
14  today since we last met?
15      A   Since we last met I reviewed the synopsis that
16  I created for this case Curley, Curley case, and I
17  reviewed the time line, which is similar to the time
18  line that was made for the other two cases, and reviewed
19  some of the articles that we had discussed before.
20      Q   Let me break up your answer a little bit.
21          The time line that you pointed to is the time
22  line that was prepared for you by Ms. Grainger who works
23  for the Plaintiff's lawyers, right?
24      A   Yes.
25      Q   And it's in format and in concept the same

390

1  time line as you relied on for the Guinn matter and the
2  Burns matter; is that correct?
3      A   I don't know if relied on is the way I would
4  put it, but I utilized it for those two cases and it's
5  similar to that.
6      Q   Did you rely on the Curley time line for
7  purposes of forming your opinions in the Curley matter?
8      A   Not entirely.
9      Q   In part?
10      A   In part.
11      Q   And are there specific medical records that
12  you looked at and pulled out and made any kind of
13  particular note of for the Curley matter that you have
14  with you here today?
15      A   No, there aren't.
16      Q   Are there any specific medical records that
17  you in your own working files separated from the others
18  because you took particular time to notice them in
19  drafting your Curley report?
20      A   I reviewed the medical records that were
21  provided to me, if that's what you are asking me.
22      Q   Yes, what I am asking is is whether there are
23  any specific pages or entries that you segregated or
24  identified specially because you took particular note of
25  them, either put them in a separate pile or tabbed them

391

1  or wrote on them or did anything where I could see, oh,
2  those are the records that Dr. Marks really paid
3  attention to?
4      A   I took the medical records that were provided
5  to me on the Curley case in entirety and isolated them
6  from the other two cases, if that's what you mean.
7      Q   The medical records that were provided to you
8  in the Curley case, were they provided in electronic
9  format?
10      A   Yes.
11      Q   Are there any particular pages of the medical
12  records that you took the time to print out?
13      A   I printed out a fair amount of it, yes.
14      Q   And do you have some set of printed medical
15  records that you have maintained?
16      A   I have the medical records that were provided
17  to me electronically, yes.
18      Q   Yes, but are there hard copies that you
19  separately maintained?
20      A   I made copies of the medical records, yes.
21      Q   And do you have those hard copies that you
22  particularly printed out in your file somewhere?
23      A   Yes, they are in my files.
24      Q   And what volume, can you tell me in inches or
25  pages, do you have of actually printed records off of

392

1  what you got electronically?
2      A   For this case it was intermediate I think
3  between the other two.  I haven't looked at them for a
4  while, so I can't remember what volume, I mean it was a
5  large amount of them provided for all three cases, I
6  really can't separate in my mind which were the Curley
7  and what volume was related to Curley.
8      Q   Is it your testimony, Doctor, that for the
9  Curley matter you, generally speaking, looked at the
10  records that were sent you in electronic form, but some
11  of the records you decided to print out and make hard
12  copies of?
13      A   I see what you are asking me.  I started to
14  print out medical records from each case, but they
15  became really too much volume, so I was really stopped
16  doing that, and just used the electronic medical
17  records.
18      Q   What I am trying to understand is whether the
19  printed records that you have would reflect anything
20  about what you particularly thought was important in the
21  records that you were sent?
22      A   No, they were pretty much chosen randomly.
23      Q   So if I get it now, what happened is you got a
24  disk or multiple disks of electronic records for each of
25  the three cases that we are discussing, correct?

3 (Pages 389 to 392)

393

1    A   Correct.
2    Q   And when you first started to get into the
3    files you were going to print everything out and look at
4    everything in hard copy, and at some point you just gave
5    up on that because it became too much?
6    A   That is pretty much the gist of it, yes.
7    Q   Okay.  And is there no separate subset of
8    records Dr. Marks thought were of particular interest or
9    of importance that exist in hard copy for any of the
10   three cases?
11   A   No, there aren't.
12   Q   That helps, thank you.
13       Now, in addition to the time line you refer to
14   an outline, that may not have been the word you used,
15   but you have a second document with you today, and what
16   is that second document?
17   A   The second document is the summary of - I
18   don't know what you call it - summary of my findings and
19   it's attached to my CV and attached to the list of
20   articles, et cetera, that we had at the last meeting as
21   well.
22   Q   Is what I would call your expert report?
23   A   Yes, that is what the words would be, yes,
24   sorry.
25       MR. BRUDNER:  That's all right.

394

1    (BY Ms. Freiwald)
2        MS. FREIWALD:  Fine.  So let's do this, let's
3    mark your report in the Curley case Number 47.
4        What I am going to do is I am going to mark a
5    summary that was prepared by Ms. Grainger as 48,
6    and we will just make that part of the record when
7    we locate our copy of it.
8        (Whereupon, the above referred to documents
9    were marked as Exhibit Nos. 47 & 48.)
10   (BY Ms. Freiwald)
11   BY MS. FREIWALD:
12   Q   Dr. Marks, I think you testified that since we
13   last met what you have done is you have spent some time
14   looking at the summary again and looking at your report
15   again; is that right?
16   A   That is correct.
17   Q   Have you done anything else?
18   A   I reread some of articles that were included
19   in the original list.
20   Q   Which articles did you reread?
21   A   Could I have that that I just gave you?  I
22   think this is probably both of them.
23   Q   You have handed me about a half a dozen
24   articles that you are telling me are the ones you have
25   gone back and looked at since you were last deposed.

395

1        And that would be Guo 2007; Guo 2006.  You
2    actually handed me two copies of Guo 2006; Koller 2004;
3    Miller 2008; Llorente 2006; and Brecher 2007.
4        To the best of your recollection is this
5    everything you have looked at in the way of general
6    medical literature since we last spoke?
7    A   To the best of my recollection.
8    Q   Did you attempt to pull any additional
9    literature since we last spoke?
10   A   No.
11   Q   Have you spent any time meeting with any of
12   the Plaintiff's lawyers or with Ms. Grainger since we
13   last spoke either by phone or in person?
14   A   Not until this morning.
15   Q   About how much time did you spend with the
16   Plaintiff's lawyers this morning?
17   A   Not counting lunch, a couple hours.
18   Q   And can you tell me generally what you
19   discussed?
20   A   If I had any questions or concerns about the
21   way that the deposition went before.
22       We talked a little bit about some of the
23   articles, that was pretty much it.
24   Q   Were there any issues that they expressed to
25   you needed to handle differently than last time?

396

1    A   Not really.
2    Q   Were there any questions you asked of them?
3    A   No, just general things.
4    Q   Did you have any discussions specific to
5    Mrs. Curley?
6    A   No, actually we did not.
7    Q   Did you discuss any of the literature for
8    Seroquel related to any particular dose of Seroquel?
9    A   No.
10   Q   Have you done anything else by way of research
11   or further investigation since we last spoke?
12   A   No.
13   Q   Can you tell me looking at Exhibit 2, which is
14   your chronology of time spent on this matter, about how
15   much time you spent specifically on the Curley case
16   before you drafted your report?
17   A   Actually, no, I didn't break it up that way, I
18   guess I should have, but I didn't.
19   Q   And have you added to Exhibit 2, or would you
20   be able to tell me how much time should be added to
21   Exhibit 2 since we last met in terms of time spent on
22   these matters?
23   A   What will be added has not been added yet, but
24   what will be added is the amount of time that it took
25   for me to give the depositions.

397

1    Q   What about the time spent doing additional
2  reading, rereading articles or meeting with Plaintiff's
3  counsel?
4    A   True, that wasn't that much time, but thank
5  you for reminding me of that.
6    Q   Roughly how much time would you say that was?
7    A   An hour and a half.
8    Q   An hour and a half total looking at the
9  literature and meeting with Plaintiff's counsel?
10   A   No, an hour and a half looking at the
11 literature and reviewing these.  I have been busy the
12 last couple of weeks.
13   Q   And then how much time meeting with
14 Plaintiff's counsel?
15   A   A couple of hours this morning.
16   Q   Last time we met I asked you to look at the
17 attachments to your Burns report, which had the list of
18 reference materials, and excluding the case specific
19 materials for Mrs. Curley, if I understand correctly the
20 list is identical for the Curley case, correct?
21   A   It should be, yes.
22   Q   And if I were to do what I did the last time,
23 which was to ask you to put checks and pluses next to
24 particular items based on what you actually reviewed,
25 the checks and pluses would be the same for the Curley

398

1  case as they were for the Burns and the Guinn case,
2  correct?
3    A   Yes.
4    Q   Can you tell me how you decided what you were
5  going to put in the general part of your report before
6  you got to the Curley specific part?
7    A   Well, I was told that I should describe what
8  my medical training and experience were, and give some
9  general information about diabetes, epidemiology, how
10 it's diagnosed, a little bit about how it's treated,
11 something about the complications and the expense of
12 diabetes.
13   Q   Did you write this as an original writing or
14 did you get this from somewhere?
15   A   I had a template that was about - I don't
16 think it was about diabetes.  I don't recall whether the
17 template was specific or not but, no, this was pretty
18 much an original synopsis.
19   Q   So you sat down and you wrote as an original
20 document for purposes of this litigation?
21   A   I might have cut and pasted things from other
22 things that I have written.
23   Q   Do you know what other things?
24   A   No, not specifically.
25   Q   Did you do this yourself or did -- Strike

399

1  that, I won't ask that question.  Did you do this
2  yourself; if there was cutting and pasting, did you do
3  it yourself?
4    A   Yes.
5    Q   But you don't remember where from?
6    A   Parts of it came from something else I had
7  written, a chapter or something about diabetes.
8    Q   Do you remember what?
9    A   It might have been a chapter in -- the best I
10 can recollect is it was a chapter from a book I had
11 written.
12   Q   How long ago did you write this general part?
13   A   For this expert report?
14   Q   Yes.
15   A   Sometime within the last several months.
16   Q   And how did you decide if you did some cutting
17 and pasting what you should put in and what you should
18 leave out from other sources?
19   A   Just judgment.
20   Q   Did you think that in writing the general part
21 of your report it was important to be accurate and
22 complete?
23   A   Yes.
24   Q   And did you think it was important to be fair
25 and balanced in your presentation?

400

1    A   Yes.
2    Q   And not to tell a part truth or not the whole
3  truth?
4    A   Certainly.
5    Q   And you wouldn't want to tell just a part
6  truth and leave out the rest of the story, would you?
7    A   No, I wouldn't intend to do that.
8    Q   You wouldn't want this to be misleading in any
9  way, right?
10   A   Correct.
11   Q   And you wouldn't want it to leave out parts
12 that were not helpful to the Plaintiff's case just
13 because they were not helpful to the Plaintiff's case?
14   A   Correct.
15   Q   Did you interview or talk to Mrs. Curley at
16 any point before writing your Curley report?
17   A   No.
18   Q   Have you ever spoken with Ms. Curley?
19   A   No.
20   Q   Have you ever asked to speak with her?
21   A   No.
22   Q   Have you ever asked to examine her?
23   A   No.
24   Q   Why not?
25   A   First of all it wouldn't have occurred to me

401

1 to do it, and I didn't think that that was what my job
2 description was.
3    Q   Why wouldn't it have occurred to you to do it?
4    A   Because I didn't think that was what my job
5 description was.
6    Q   What did you think your job description was?
7    A   To review the medical records and to write my
8 medical opinion as to whether or not I thought that she
9 had developed diabetes based on her medical treatment.
10    Q   Before being an expert hired by the
11 Plaintiff's lawyers, have you ever given an opinion
12 about why somebody developed a disease without examining
13 them personally?
14    A   Probably.
15    Q   When?
16    A   Well, we do things like what is called
17 curbside consults in the medical profession, one person
18 will describe a case to the colleague who has more
19 expertise in a particular area and ask them what do you
20 think about this, or what do you think is going on or
21 that sort of thing, so it's an informal expression of
22 opinion.
23    Q   Have you ever published an opinion anywhere in
24 writing where you didn't actually examine the patient
25 yourself?

402

1    A   I don't think so.
2    Q   Have you ever made any assessment of
3 somebody's future prognosis without examining the
4 patient yourself?
5    A   I don't think so.
6    Q   Have you ever made an assessment as to whether
7 somebody's current state of health put them at increased
8 risk of complications of a disease without examining the
9 patient themselves?
10    A   Yes.
11    Q   When would that be?
12    A   We commonly will discuss cases with trainees,
13 medical students, residents, fellows, things like that,
14 that involve patients that we have not personally seen
15 and the case will be reviewed, the records will be
16 reviewed, and the group will discuss things such as what
17 you are asking me about.
18    Q   In those situations you are talking about
19 short term prognosis, right, like somebody is in the
20 hospital and you are talking about what might happen to
21 them in the next week?
22    A   It could be either short term or long term.  I
23 deal with a lot of chronic diseases, diabetes being one
24 of them.
25    Q   Have you ever said this patient is going to

403

1 get neuralgia or this patient is at increased risk of
2 retinopathy or this patient is more likely than not to
3 get any particular consequence of a disease without
4 having met that patient personally?
5    A   Yes.
6    Q   As a general matter or with regard to that
7 patient personally?
8       MR. BRUDNER:  Objection, form.
9       THE WITNESS:  I don't understand.
10    (BY Ms. Freiwald)
11 BY MS. FREIWALD:
12    Q   I understand that you might say generally
13 speaking patients with a particular profile are
14 generally a greater risk of certain consequences, but
15 what I am asking you is whether you have ever actually
16 told a colleague or told a patient that they are more
17 likely than not to have a certain adverse consequence
18 without actually examining that patient yourself?
19    A   I wouldn't be likely to tell a patient that,
20 but I am certain I have told colleagues that.
21    Q   Can you give me an example?
22    A   Something we do on a weekly basis, again, when
23 we discuss cases, especially when we are in a position
24 of being the faculty person that is discussing a case
25 with a group of trainees, we would say after hearing

404

1 about the case Mrs. Jones or Mr. Smith is at a very
2 great risk for developing X, Y or Z.
3    Q   And have you ever said this patient more
4 likely than not will get this particular consequence
5 without actually examining that patient yourself?
6    A   Yes, I am sure I have.
7    Q   Can you tell me when?
8    A   Same example.
9    Q   But you can't think of any particular
10 situation?
11    A   No, I mean we do it fairly often as part of
12 the job.
13    Q   And have you ever come to a conclusion that a
14 patient — Strike that.
15       In your normal practice before concluding that
16 a patient had for example neuropathy, would you
17 typically want to examine that patient?
18    A   Before I made a diagnosis of neuropathy?
19    Q   Yes.
20    A   Yes.
21    Q   Doctor, have you determined that Mrs. Curley
22 is more likely than not to get any particular
23 complication of her diabetes?
24    A   Let me go back to where I said.
25    (BY Ms. Freiwald)

405

1  MS. FREIWALD:  Let the record reflect that
2  Dr. Marks is reading her report.
3  THE WITNESS:  Can you ask me that again?
4  BY MS. FREIWALD:
5  Q  Have you determined that Ms. Curley is more
6  likely than not to develop any particular complication
7  of her diabetes?
8  A  Can you define more likely than not?
9  Q  More likely than not.
10  A  I think it's very possible that she will.
11  Q  What particular complication -- very possible?
12  A  Yes.
13  Q  What does very possible mean?
14  A  It means that she might and she might not.
15  Q  Is there any particular complication that you
16  have determined that it is probable, it is more likely
17  that she will get it than she will not get it?
18  A  I think probably cardiovascular disease would
19  fall into that category.
20  Q  Is there some particular cardiovascular injury
21  that you believe she is more likely than not to get?
22  A  When I refer to cardiovascular disease, things
23  like strokes or heart attacks.
24  Q  Is that because Ms. Curley has a strong
25  history of cardiovascular disease?

406

1  A  That's not what I was thinking specifically,
2  but I can check and see if she has a strong family
3  history of cardiovascular disease.
4  I was referring to her diabetes and her
5  hypertension and her dyslipidemia.  I don't know whether
6  she had a strong family history of cardiovascular
7  disease or not.
8  Q  We can talk about that later.
9  If she had a family history of cardiovascular
10  disease, that would be relevant to your assessment of
11  whether or not she was likely to develop that
12  consequence?
13  A  Yes.
14  Q  And it would be relevant to whether she was
15  more likely than not to develop that consequence even if
16  she never had diabetes?
17  A  Yes.
18  Q  And do you know whether Ms. Curley smokes
19  cigarettes?
20  A  I need to check again.  Yes, she did.
21  Q  Do you know how long, for how long she smoked
22  cigarettes?
23  A  No, I don't exactly.
24  Q  Do you know how much she smoked?
25  A  No, I don't.

407

1  Q  Would that be relevant to determining whether
2  she was at increased risk of cardiovascular disease?
3  A  Well, any exposure to tobacco would increase
4  her risk for cardiovascular disease.
5  Q  And does greater tobacco exposure lead to
6  greater risk?
7  A  Yes.
8  Q  Any exposure is bad, but more is worse,
9  correct?
10  A  Correct.
11  Q  And there is no point at which it doesn't get
12  worse, you can't max out on how bad it is for you,
13  right?
14  A  There is no threshold that I believe.
15  Q  Okay.  There is no ceiling?
16  A  No ceiling, there is also no threshold below
17  which there is no risk.
18  Q  And so that would be highly relevant to
19  determining whether Mrs. Curley was at increased risk of
20  getting cardiovascular disease even if she had never
21  gotten diabetes, correct?
22  A  Yes, correct.
23  Q  And if she were a heavy smoker, that well
24  might make it more likely than not she would develop
25  cardiovascular complications even if she had never

408

1  gotten diabetes, correct?
2  A  Correct.
3  Q  If I told you that Mrs. Curley smoked
4  cigarettes from the time she was 12 or 13 years old at
5  about 2 packs per day, could we agree that that made her
6  a very heavy smoker?
7  A  We could agree on that, yes.
8  Q  That is a huge smoking history, is it not?
9  A  I would have to give you that.
10  Q  And that smoking history alone would make it
11  more likely than not that she would develop some form of
12  cardiovascular complication even if she had no other
13  risk factors for cardiovascular disease; is that
14  correct?
15  A  Yes.
16  Q  And I gather you have not done any analysis to
17  try to quantify Mrs. Curly's risk of developing
18  cardiovascular disease based upon all of her risk
19  factors excluding diabetes; is that correct?
20  A  That is correct.
21  Q  And you can't as you sit here today tell me
22  that she would not get cardiovascular disease if she
23  didn't have diabetes, but she will get cardiovascular
24  disease because she has diabetes?
25  A  That was a little confusing.

7 (Pages 405 to 408)

409

1    Q   Sure.  You are not going to testify that if
2  she didn't have diabetes, but she had all her other
3  risk factors she would not get cardiovascular
4  disease?
5    A   No.  The reason I selected cardiovascular
6  disease as something that she would be more likely than
7  not to get is because of all of risk factors that she
8  comes with.
9    Q   Okay.  We are going to talk about her risk
10  factors later, we will go back and talk about some of
11  the consequences later, but I just want to be clear, you
12  are not going to testify that if Mrs. Curley had never
13  gotten diabetes she wouldn't be at increased risk for
14  cardiovascular disease?
15    A   No.
16    Q   And in fact she would be, just based on her
17  smoking history alone, at extremely high risk of
18  cardiovascular disease, even taking diabetes out of the
19  equation?
20    A   Yes, I believe so.
21    Q   And her risk would only go up adding family
22  history, if I told you her father had had a heart
23  attack?
24    A   Yes.
25    Q   That is a significant family history, is it

410

1  not, having a first degree relative who has had a heart
2  attack?
3    A   Well, it depends on his age at the time of his
4  attack, but.
5    Q   Do you know?
6    A   What his age was when he had the heart attack?
7    Q   Yes.
8    A   No, I don't.
9    Q   Did you know that he had a heart attack before
10  I just told you?
11    A   I don't recall.
12    Q   Do you know for how long Ms. Curley has had
13  hypertension?
14    A   I would have to look again.  All these cases
15  really sort of blend in my mind unless I check.
16        It looks like the first time she was started
17  on an antihypertensive medication was in 2005, that
18  doesn't mean she didn't have hypertension before that.
19    Q   Is there anything in your records that
20  reflects her having hypertension before then?
21    A   It apparently it may have been as early as
22  2003.
23    Q   Do you know whether there are even earlier
24  records of her having hypertension?
25    A   I don't know the answer to that.

411

1    Q   Would chronic hypertension be a significant
2  risk factor for cardiovascular disease independent of
3  having diabetes?
4    A   Yes.
5    Q   Did you do anything in the Curley case to try
6  to verify the accuracy of the chart that was prepared
7  for you by Ms. Grainger?
8    A   I went back to the medical records myself to
9  try to determine if there were errors or omissions.
10    Q   And did you find any errors or omissions?
11    A   Not that I recall.
12    Q   You didn't find anything missing in terms of
13  weight or glucose or blood pressure readings?
14    A   Yes, I take that back, I am sure I found some
15  additional weights and glucoses and things like that
16  that were probably not in the summary.
17    Q   Did you put them in to any additional summary
18  that you have, or do you annotate your chart in any way?
19    A   I would have put them into the expert report.
20    Q   Are you going to testify at trial that
21  Ms. Curley would not have developed diabetes had she not
22  taken Seroquel?
23    A   No.
24    Q   Are you going to testify at trial that
25  Ms. Curley would not have developed diabetes at the time

412

1  period she did had she not taken Seroquel?
2    A   I don't think I can know that with a surety.
3    Q   Are you going to testify that it was more
4  likely than not that she would not have developed
5  diabetes within the time period that you believe she did
6  had she not taken Seroquel?
7    A   Yes.
8    Q   And what is your methodology for reaching that
9  conclusion?
10    A   Judgment.
11    Q   Is there any matrix you use, any published
12  formula, any literature, anywhere that you can point me
13  to to say that it was more likely than not that she
14  would not have developed diabetes within the time period
15  that you believe she did had she not taken Seroquel?
16    A   No, it's just an opinion.
17    Q   And what can you tell me went into that
18  opinion?
19    A   Just the chronology, and the fact that she was
20  on the Seroquel at the time that she began to have
21  significant problems with her blood sugar and with her
22  triglycerides.
23    Q   Are you going to offer an opinion as to when
24  Ms. Curley actually developed diabetes as opposed to
25  when she got her diagnosis?

---

413

1   A   I would have to go back and look carefully and
2   see if I could come up with such an opinion, but
3   probably not.
4      Q   Have you attempted to come up with such an
5   opinion as of today?
6      A   As of today, no.
7      Q   So sitting here today you can't tell me when
8   it is that you believe that Ms. Curley developed
9   diabetes?
10     A   Do you want me to give it a try?
11     Q   I want to know whether you have done that yet
12  in preparing your expert report.
13     A   I don't remember.
14        I mean I am sure I got a sense of when I
15  thought she developed diabetes, but it's been awhile
16  since I really thoroughly looked at these.
17     Q   If at some point in the course of her
18  deposition you tell me that you suddenly recall when it
19  is you think she developed diabetes -- Strike that,
20  start again.
21        If at some point while we are talking today
22  you tell me that you suddenly recall when it is you
23  think she developed diabetes, please say so, but I'm not
24  going to ask you to sit here and develop opinions in the
25  course of your deposition.

---

414

1        Is your opinion that she developed diabetes
2   when she did based upon the temporal connection between
3   her use of Seroquel and her receiving the diagnosis of
4   diabetes?
5      A   In part, yes.
6      Q   Is it based upon a temporal connection between
7   your belief that she gained weight and then was given a
8   diagnosis of diabetes while taking Seroquel?
9      A   Yes.
10     Q   And is that the primary basis for your opinion
11  that there was a temporal connection between her use of
12  Seroquel and her receiving a diagnosis of diabetes?
13     A   That together with the weight gain.
14     Q   So essentially your opinion is that Ms. Curley
15  gained weight while on Seroquel, got a diagnosis of
16  diabetes while on Seroquel, therefore you say that the
17  Seroquel was the cause of her getting diabetes?
18     A   Yes.
19     Q   And is there any methodology other than that
20  for forming your opinion that you can describe to me?
21     A   No.
22     Q   How do you know that Ms. Curley developed
23  diabetes while on Seroquel if you don't know when she
24  developed diabetes?
25     A   I said I could take a look and see and form an

---

415

1   opinion as to when I thought she developed diabetes.
2      Q   Well, didn't you think that was an important
3   thing to do before you issued an expert report saying
4   that AstraZeneca was to blame for Ms. Curly's diabetes?
5      A   And I am sure I did, again, it's just been
6   some time since I formulated that opinion and I need to
7   look at it again.
8      Q   Does it say it somewhere in your expert report
9   when you believe she developed diabetes?
10     A   Probably not in so many terms.
11     Q   Well, take a minute and look at your report
12  and tell me if you think in some way it tells me that
13  you had an opinion at the time you wrote your report
14  that you shared with us as to when she developed
15  diabetes.
16     A   It seems to begin in November of 2004 through
17  early 2005 she started having abnormal blood sugars in
18  conjunction with some weight gain, so I would say it's
19  probably around then that one could have made a
20  diagnosis of diabetes at that point in time.
21     Q   And that is based upon a temporal connection
22  between weight gain and seeing lab values that you say
23  are suggestive of increasing blood sugar?
24     A   Lab values that are suggestive of increasing
25  blood sugar, plus increasing weight, yes.

---

416

1      Q   Do you agree that you cannot rule out that
2   Ms. Curley had diabetes before she ever took Seroquel?
3      A   Yes, I do.
4      Q   Do you agree that you can't rule out that she
5   had diabetes before she ever gained weight while on
6   Seroquel?
7      A   Yes.
8      Q   Do you agree that you don't know when
9   Ms. Curley developed prediabetes?
10        MR. BRUDNER:  Objection, form.
11        THE WITNESS:  That is correct.
12  BY MS. FREIWALD:
13     Q   Am I correct that you are not offering an
14  opinion that Ms. Curley was without any impairment in
15  her beta cell function before she ever took Seroquel?
16     A   I'm sorry, say it again.
17     Q   Are you going to offer an opinion that
18  Ms. Curley was normal from the standpoint of beta cell
19  function before she ever took Seroquel?
20     A   No, I can't say that.
21     Q   Are you going to offer an opinion that --
22  would you agree that she had at least prediabetes before
23  she ever took Seroquel?
24     A   How are you defining prediabetes?
25     Q   How are you defining prediabetes?

---

9 (Pages 413 to 416)

417

1    A   Either impaired glucose tolerance or impaired
2    fasting glucose.
3        Q   Okay.
4        A   So I can't say that she had prediabetes before
5    she took Seroquel.
6        Q   Did you say she did not have prediabetes
7    before she took Seroquel?
8        A   No.
9        Q   Are you prepared to say that you know what her
10   true baseline glucose values were before she took
11   Seroquel?
12       A   I mean we have some baseline glucose levels.
13   But what you mean by true glucose baseline level is some
14   chronic value, then no.
15       Q   Are you prepared to say that you can quantify
16   an amount of an upward shift in her glucose levels that
17   you claim is because of Seroquel?
18       A   I don't understand the question.
19       Q   Are you going to testify that her glucose
20   values shifted up by a particular number, particular
21   number of points that is due to Seroquel?
22       A   No, I don't think anybody could do that.
23       Q   Are you going to say that her weight shifted
24   by a particular number of pounds that is due to
25   Seroquel?

418

1        A   A certain number of pounds?
2        Q   Uhm-hum.
3        A   No.
4        Q   Do you have an opinion as to how much weight
5    Seroquel caused Ms. Curley to gain?
6        A   Somewhere around 20 pounds was what she gained
7    while she was on the Seroquel.
8        Q   And what I want to know is how much are you
9    going to testify was caused by Seroquel?
10       A   I can't do that.
11       Q   And you agree that there are many different
12   causes of weight gain?
13       A   Sure.
14       Q   In people who use Seroquel or don't use
15   Seroquel, correct?
16       A   Yes.
17       Q   Just because you are using Seroquel doesn't
18   mean that you suddenly free yourself from all of the
19   other things that could cause you to gain weight,
20   correct?
21       A   Correct.
22       Q   So it would be improper, would it not, to
23   assume that just because somebody gained 20 pounds on
24   Seroquel that all 20 pounds was attributable to
25   Seroquel?

419

1        A   Improper, I would say it would be hasty.
2        Q   You would need to do more to determine what
3    the basis of your opinion would be, correct?
4        A   Well, I am not sure that you could ever
5    separate out what the causes were.
6        Q   Well, do you know what the mean weight gain is
7    seen at different doses of Seroquel over different
8    periods of time?
9        A   I know that in some of the studies it was a
10   weight gain of upwards of 5 or 7 percent of body weight.
11       Q   Do you know what that translates into in
12   pounds, mean pound changes or mean kilogram changes in
13   any particular study at any particular dose?
14       A   Well, if you weigh a hundred pounds it's going
15   to be 5 to 7 pounds.
16       Q   Do you know what the data are with regard to
17   magnitude of change at any particular dose over any
18   particular period of time?
19       A   Can you ask me again?
20       Q   Yes.  Do you know what the mean changes seen
21   in clinical trials of Seroquel are with any particular
22   dose over any particular period of time?
23       A   I know that they have reported weight gains of
24   7 percent of body weight.
25       Q   Can you break that out for me over periods of

420

1    time or over dose?
2        A   No, I don't think so.
3        Q   And do you know what percent of patients that
4    7 percent shift would even include over different
5    periods of time of use?
6        A   I think it's 20 to 25 percent of patients.
7        Q   Over what period of time, do you know?
8        A   The period of time of whatever the study is
9    that they are looking at.
10       Q   Do you know what the study is that is
11   reporting that result or if there are different studies
12   that report different results over different periods of
13   time?
14       A   There are different studies that report
15   different results over different periods of time.
16           The one that I recall this particular amount
17   of weight gain I would have to look back to see what the
18   duration of the study is, I want to say six months, but
19   I am not exactly sure about that.
20       Q   And do you know what the mean dose is that you
21   are thinking of?
22       A   In the hundreds ranges.
23       Q   In the hundreds range?
24       A   Yes.
25       Q   Meaning multiple hundreds like 200, 300, 400,

10 (Pages 417 to 420)

## 421

1   500, right?
2      A   200 to 300.
3      Q   Do you know what study you are thinking of?
4      A   I could find it for you.
5      Q   Okay.
6         (Whereupon, a short recess was had.)
7      (BY Ms. Freiwald)
8   BY MS. FREIWALD:
9      Q   So we were talking about Ms. Curley's weight
10  gain, and I asked you if there was any article or data
11  that you relied on to inform you about the amount of
12  expected weight gain that you say exists with Seroquel,
13  and you pointed me to Brecher 2007, correct?
14     A   Correct.
15     Q   And what is it that you relied on in the
16  Brecher 2007 article?
17     A   That many of the patients that were exposed to
18  Seroquel had clinically significant weight gain.
19     Q   And can you tell me what the mean or the
20  median weight gain was as described in that article?
21     A   The mean or median?
22     Q   Yes.
23     A   The mean was approximately 3 kilograms, the
24  median was 2 and a half kilograms.
25     Q   Over what period of time, and with what dose?

## 422

1         And let the record reflect the witness is
2   reading from the front page of the article.
3      A   Over 52 weeks 37 percent of patients gained
4   more than 7 percent of their baseline body weight.
5      Q   And did you tell me what dose?
6      A   They were in doses -- Sorry.  Then that was in
7   doses of less than 200 milligrams a day.  Then in doses
8   of 200 to 400 milligrams a day was about 2 kilograms
9   compared with 4.
10     Q   Are you sure you are reading that right?
11     A   Let me look again.  In patients treated with
12  less than 200 milligrams a day the mean weight gain was
13  1 and a half kilograms compared with 4 for those on 200
14  to 400 milligrams a day.
15     Q   Okay.
16     A   And 1.9 kilograms to 400 to 600, and about 3
17  and a half kilograms for over 600 milligrams per day.
18     Q   Is there anything in Brecher 2007 that shows a
19  mean or a median weight gain of 20 pounds of patients
20  taking Seroquel?
21     A   No.
22     Q   Is there anything in Brecher 2007 that shows a
23  mean or median weight gain of 20-pounds in patients
24  taking 100 milligrams or less of Seroquel?
25     A   No.

## 423

1      Q   Are you relying on Brecher 2007 to tell you
2   what the mean or median weight gain is in patients
3   taking 50, 75 or 100 milligrams of Seroquel?
4      A   No.
5      Q   Is there any article or data that you have
6   seen anywhere to support the proposition that patients
7   taking Seroquel at the dose that Ms. Curley took are at
8   risk of gaining 20 pounds from use of Seroquel?
9      A   Not in this short term study, no.
10     Q   52 weeks?
11     A   Yes.
12     Q   You are calling that a short term study?
13     A   Yes, I mean she was exposed to Seroquel longer
14  than a year I believe.
15     Q   And do you know what Ms. Curly's weight
16  pattern was in the first year on Seroquel?
17     A   She weighed about 143 pounds when she was
18  started on Seroquel, and that was in January 2003.
19        And November 2004 same dose, 75 milligrams a
20  day, her weight had gone up to 151 pounds, the dose was
21  increased to 100 milligrams a day, and by March 2005 she
22  weighed 167 pounds.
23     Q   That's not what I asked you, I asked you if
24  you knew what happened to her weight in first year on
25  Seroquel.

## 424

1      A   Sorry, the first year.  No, I don't have those
2   two exact time points.
3      Q   Are you going to testify how much of the
4   20 pounds that you say Ms. Curley gained while on
5   Seroquel was attributable to Seroquel?
6      A   No.
7      Q   And are you going to testify that there is any
8   number of points that Ms. Curly's glucose rose that is
9   attributable to Seroquel?
10     A   No.
11     Q   Are you going to testify that she went from
12  being a normal glycemic patient to being a diabetic
13  patient as a result of using Seroquel?
14     A   No.
15     Q   Are you able to quantify at all the degree of
16  decrement in her glucose function that you say happened
17  because of Seroquel?
18     A   No.
19     Q   Are you able to quantify at all the amount of
20  increased risk of diabetic related future injury that
21  she suffered as a result of Seroquel over whatever her
22  baseline risk was?
23     A   No.
24     Q   Are you going to quantify at all the
25  percentage decline in her beta cell function that

425

1    occurred because of Seroquel in your opinion?
2    A.  No.
3    Q    Are you going to testify that you know how
4    much her beta cell function had to decline in order for
5    her to go from being not diabetic at some point to being
6    diabetic?
7    A   Her specific beta cell function?
8    Q   Yes.
9    A   No.
10   Q   So just by way of example, you are not going
11   to come in and say she had 50 percent of beta cell
12   function before starting on Seroquel and it went to
13   40 percent of beta cell function because of Seroquel and
14   that was the difference between not being diabetic and
15   being diabetic?
16   A   No.
17   Q   Is that even something that you would be able
18   to do?
19   A   I don't think so, not in retrospect for sure.
20   Q   What I am trying to understand is that is
21   there any way that you are going to quantify the
22   magnitude of the shift that you say happened in
23   Ms. Curly's beta cell function or glycemic status that
24   is in your mind attributable to Seroquel?
25   A   No.

426

1    Q   Is there any methodology that you know of that
2    would even allow you to do that?
3    A   Possibly prospectively to actually measure
4    beta cell function.
5    Q   If you had seen Ms. Curley back in time and
6    going as far back as we could go and monitor her beta
7    cell function you might have been able to track each
8    incremental point of decline along the way, correct; is
9    that what you are saying?
10   A   Theoretically using research techniques that
11   no one would probably do.
12   Q   They are not even techniques that exist in
13   normal clinical practice, correct?
14   A   That is correct.
15   Q   It's not something you do in your normal
16   clinical practice is track incremental beta cell decline
17   over time?
18   A   There may be cases that you would do that.
19   Q   Is it something that you have actually done?
20   A   Yes, you can measure C peptide secretion.
21   Q   And is that something that you have done
22   prospectively in some patients, or is it something that
23   you are saying theoretically could be done?
24   A   I have measured C peptides, not sequentially
25   for that purpose if that is what you are asking.

427

1    Q   So it's not something you have done in your
2    normal practice, which is try to quantify with
3    C peptides or any other measurements incremental
4    declines in beta cell function over time?
5    A   Correct.
6    Q   And you agree with me that as you testified
7    last time we were together that diabetes is a slow and
8    progressive disease, correct?
9    A   Correct.
10   Q   It's not like one day you are not diabetic and
11   the next day you are diabetic, correct?
12   A   Not usually.
13   Q   It's there is no bright-line moment in time
14   when diabetes happens, correct?
15   A   Correct.
16   Q   And it's not like you can say that you are
17   free of the risks of diabetes if your glucose is 120 and
18   all of a sudden you are burdened with those risks when
19   your glucose becomes 127, correct?
20   A   Probably not.
21   Q   In fact certainly not, because we know that
22   there are risks that are associated with being
23   prediabetic, correct?
24   A   Correct, but there were people who would say
25   when your blood sugar gets to 126 that's when your risk

428

1    of developing complications goes up considerably.
2    Q   There is discussion about even changing those
3    cutoffs and making them stricter in the future, correct?
4    A   Yes, there is.
5    Q   So in any event it's a continuum, it's not a
6    bright-line?
7    A   It's most likely a continuum.
8    Q   And I gather you can't tell me in any
9    quantifiable way where Ms. Curley was on the continuum
10   before she started using Seroquel, and then where she
11   was on the continuum, or how much she moved on that
12   continuum as a result of using Seroquel in your opinion?
13   A   As a result of using the Seroquel?
14   Q   Yes.
15   A   No.
16   Q   Do you agree that Ms. Curley had multiple risk
17   factors for diabetes before she ever took Seroquel?
18   A   Yes, I do.
19   Q   And can you tell me what risk factors you
20   identified in your review of the records?
21   A   She had a family history of diabetes and
22   dyslipidemia, and she was overweight.
23   Q   Any others?
24   A   I don't think so.
25   Q   We will talk about whether there are others

12 (Pages 425 to 428)

429

1   later.
2       Would you agree with me that based strictly on
3   those risk factors that you identified, it is not
4   surprising that Ms. Curley developed diabetes when she
5   did?
6       A   When she did?  She had family history of
7   diabetes, but not any personal history of any known
8   specific diabetes risks except for the fact that she was
9   overweight.
10      Am I surprised that she developed diabetes
11  when she did, I guess not.
12      Q   And that's assuming that her only risk factors
13  were you say a family history of diabetes, dyslipidemia
14  and overweight?
15      A   It was a family history of diabetes and a
16  family history of dyslipidemia.  At the time when her
17  medical records started she did not have dyslipidemia.
18      Q   Those were the opinions you had at the time
19  that you wrote your report?
20      A   Yes.
21      Q   And those are the opinions you have today?
22      A   The same.
23      Q   And based upon those risk factors it was not
24  surprising that Ms. Curley developed diabetes, correct?
25      A   Correct.

430

1       Q   You have lots of patients in your clinical
2   practice who develop diabetes in their late 40's, early
3   50's with those risk factors, correct?
4       A   Yes.
5       Q   And I believe you told us that one in three
6   Americans will eventually develop diabetes, correct?
7       A   I don't know if I told you that or not, it's
8   roughly true.
9       Q   So I don't have to pull it out and you will
10  agree with me on that one?
11      A   Yes.
12      Q   And you wouldn't need Seroquel to explain her
13  getting diabetes even with just the risk factors you
14  have identified so far?
15      A   Not necessarily.
16      Q   Not at all, because you see patients all the
17  time who have never taken Seroquel and with those risk
18  factors develop diabetes, correct?
19      A   Yes, but that is fairly mild risk factors and
20  then she began to gain weight, and in a relatively short
21  period of time had frankly elevated blood glucoses, it
22  seemed a little fast.
23      Q   We will go back and talk about that.
24      But just to be clear, you have patients with
25  Ms. Curly's risk profile who have never taken Seroquel

431

1   and who have developed diabetes, correct?
2       MR. BRUDNER:  Objection, form.
3       THE WITNESS:  Yes.
4   BY MS. FREIWALD:
5       Q   And who developed it at about the same age as
6   Ms. Curley was when she first got her diagnosis of
7   diabetes, correct?
8       MR. BRUDNER:  The same objection.
9       THE WITNESS:  More or less, yes.
10  BY MS. FREIWALD:
11      Q   All right.  Let's talk about the chronology
12  that you have and your understanding specifically of the
13  facts of the Curley case.
14      I am looking on page 5 of your report in the
15  section Opinions Related To Connie Marie Curley, okay?
16      A   Yes.
17      Q   And you say that she is a 55 year old woman
18  with a long history of psychiatric problems, chronic
19  pain, history of elicit drug use, PTSD, and an attempted
20  drug overdose in 2001.
21      What elicit drug use did you note in the
22  records?
23      A   I think it was marijuana and cocaine.
24      Q   And does cocaine increase the risk of
25  cardiovascular complications, disease, events?

432

1       A   Acute cardiovascular complications, yes.
2       Q   And can it also cause vascular injury over
3   time?
4       A   Yes.
5       Q   And I think you testified last time that
6   marijuana can be associated with weight gain?
7       A   I said I had heard that, yes.
8       Q   Changes in eating habits?
9       A   Yes.
10      Q   And you would stipulate to that?
11      A   Yes.
12      Q   And did you make any attempt to look at how
13  her use of illegal drugs may have corresponded with
14  shifts in her weight over different periods of time?
15      A   No, I did not.
16      Q   And you note an attempted drug overdose in
17  2001, did you note how many times Ms. Curley attempted
18  suicide?
19      A   I don't recall.
20      Q   I gather you are not going to give any
21  opinions about the appropriateness of prescribing
22  Seroquel for Ms. Curley; is that right?
23      A   What specifically would you be asking me?
24      Q   Are you going to offer any opinions about
25  whether it was an appropriate therapeutic choice for the

433

1  psychiatric and other problems that she had?
2      A   Well, I am not a psychiatrist, I don't think
3  she clearly has an indication for Seroquel, but I could
4  be wrong about that.
5      Q   Are you going to offer any opinions about
6  whether it was an appropriate therapeutic decision to
7  use Seroquel, and the way that her physicians prescribed
8  it?
9      A   If someone asked me about it I would give my
10  opinion, yes.
11      Q   Is it offered anywhere here in this report?
12      A   No, I don't believe so.
13      Q   And you don't hold yourself out as an expert
14  in prescribing Seroquel, correct?
15      A   No.
16      Q   You don't hold yourself out as an expert in
17  treating pain, do you?
18      A   No.
19      Q   You don't hold yourself out as an expert in
20  treating sleep disorders, do you?
21      A   No.
22      Q   You don't hold yourself out as the expert in
23  treating any kind of psychiatric disorder, do you?
24      A   No.
25      Q   And if I understand you correctly you have

434

1  never prescribed Seroquel, right?
2      A   Correct.
3      Q   You don't even think you have ever refilled a
4  prescription for Seroquel, correct?
5      A   I am pretty sure I have not.
6      Q   You are not aware of any patient who has ever
7  been in your care where you have had to think about the
8  risks or benefits of Seroquel for somebody who is your
9  patient?
10      A   No.
11      Q   And you are not going to offer an opinion that
12  there was any other therapeutic choice that you think
13  was a better choice for Ms. Curley from the standpoint
14  of her endocrinologic issues?
15      A   For her endocrinologic issues there may have
16  been better choices, I don't know about her psychiatric
17  issues.
18      Q   Are you going to offer an opinion that there
19  was some specific agent that you think would have been a
20  better choice for her from the standpoint of metabolic
21  issues?
22      A   If someone were to ask me, I would offer an
23  opinion.
24      Q   Well, did you form an opinion prior to writing
25  this report?

435

1      A   Did I form an opinion prior to writing this
2  report?
3      Q   Yes, is that part of the opinions that you
4  understand you are offering in this case?
5      A   No.
6      Q   So I mean I could offer you an opinion
7  about -- I could ask you whether you like the painting
8  sitting behind you, but the purpose of being here today
9  is to know what the opinions are that you expect - that
10  you have attempted to develop in your report, and that
11  you would expect to offer if this case would go to
12  trial, and so let me ask this question.
13          Have you attempted to develop an opinion as to
14  whether there was a better therapeutic choice for
15  Ms. Curley from the standpoint of metabolic issues?
16      A   Yes, I think there were choices that might
17  have been better.
18      Q   Where is that in your report?
19      A   It's not in my report.
20      Q   What choices would have been better?
21      A   Well, there are a couple of atypical
22  antipsychotics, which according to what I have read and
23  been exposed to, may not have the same metabolic effects
24  as Seroquel.
25      Q   Those are Abilify and Geodon that we talked

436

1  about last time?
2      A   Correct.
3      Q   And you say they may not have the same
4  effects?
5      A   Correct.
6      Q   But you haven't done a review of all of the
7  literature for Abilify and Geodon?
8      A   I am not an expert, no.
9      Q   And you haven't looked to see whether there
10  are any head-to-head studies comparing Abilify and
11  Geodon for metabolic effects to Seroquel, correct?
12      A   I don't believe that there are, not from what
13  I have come across, no.
14      Q   And you don't know what the mean weight shifts
15  are on Abilify or Geodon at any particular dose,
16  correct?
17      A   I don't recall.
18      Q   And do you know what percent of patients have
19  gained 7 percent or more of their body weight on Abilify
20  or Geodon?
21      A   No, I don't.
22      Q   Do you know what percentage of patients have
23  reported hyperglycemic events on Abilify or Geodon by
24  any way you might want to measure a hyperglycemic event?
25      A   No.

437

1    Q   And you are not going to say that it would be
2  more likely than not that had she taken Abilify or
3  Geodon she would not have gained weight?
4    A   No.
5    Q   You are not going to say that it was more
6  likely than not that if she had taken Abilify or Geodon
7  she would not have developed diabetes?
8    A   No, I am not going to say that.
9    Q   Any other therapeutic alternatives that I need
10 to ask you about?
11   A   No, I don't believe so.
12   Q   You say she had a strong family history of
13 diabetes and dyslipidemia, that is based upon your
14 knowledge of her mother, correct?
15   A   Mother and -- I think it was her mother or
16 father.
17   Q   Mother and father or just mother, or don't you
18 know?
19   A   I don't remember right now.  I don't remember.
20 I think it was more than one member of her family who
21 had diabetes.
22   Q   Do you know which member of her family had
23 diabetes?
24   A   I think her father did.
25   Q   Do you know at what age that member of her

438

1  family that had diabetes?
2    A   No, I don't.
3    Q   Do you for how long before he or she passed
4  away, he or she had diabetes?
5    A   No, I don't.
6    Q   Do you know anything about her mother or
7  father's risk profile, lifestyle choices, other factors
8  that would be relevant to the development of diabetes?
9    A   No.
10   Q   Do you know what her mother or father - since
11 you are not sure which one it was - did to try to manage
12 his or her diabetes?
13   A   No.
14   Q   Do you know if one of her parents had
15 cardiovascular disease?
16   A   Yes.
17   Q   Do you know which one?
18   A   I think you told me earlier it was her father.
19   Q   Before I told you did you know?
20   A   I didn't recall that.
21   Q   I think we established you didn't know how old
22 he was when he had a heart attack, right?
23   A   Correct.
24   Q   I think I told you he had a heart attack,
25 right?

439

1    A   Yes.
2    Q   And do you know where the family history of
3  dyslipidemia comes from?
4    A   Not specifically, it was probably something
5  written in the medical records.
6    Q   Would it be fair to say that assume for a
7  moment that her father had a heart attack, but the
8  records don't reflect that he had diabetes, is it in
9  your experience common to find that patients with
10 cardiovascular disease have some level of glucose
11 disregulation that they are not aware that they have?
12   MR. BRUDNER:  Objection, form.  You may answer
13 if you understand.
14   (BY Ms. Freiwald)
15 BY MS. FREIWALD:
16   Q   You can answer.
17   A   Yes.
18   Q   If a patient of yours tells you that they have
19 a parent who had cardiovascular disease, and they don't
20 know whether that person had undiagnosed diabetes or
21 not, do you have any standard practice in terms of
22 assuming that they may have?
23   A   I assume that they may have.
24       We often don't know, or especially people of
25 an older age often don't know what their family members

440

1  have had.
2    Q   You then say that Ms. Curley had no personal
3  health risks for diabetes except for being overweight.
4       In fact isn't it true that Ms. Curley had
5  hypertension before she ever used Seroquel?
6    A   I think what I stated here was no personal
7  health risks for diabetes were noted, and that would
8  mean that at the beginning of when I was referring to
9  her medical history.
10   Q   Okay.
11   A   So in 2001, I think she developed hypertension
12 later than that.
13   Q   So you are not saying that she didn't have
14 hypertension before she started using Seroquel, you are
15 just saying you didn't see it in the records; is that
16 correct?
17   A   That would be correct, I think it was first
18 noted in 2003, or that I first noted it in 2003.
19   Q   And you consider hypertension to be a risk
20 factor for diabetes, correct?
21   A   It's a little controversial whether it's a
22 risk factor or it's just an associated condition.
23   Q   People who have hypertension tend to be the
24 same people who have glucose disregulation?
25   A   It's probably more so the other way around,

441

1    but they are definitely associated.  People with
2    diabetes tend to have hypertension.
3        Q    And the hypertension tends to precede the
4    appearance of elevated sugar levels?
5        A    I don't know if I could say that that is true.
6        Q    Isn't it true that many patients who have
7    glucose disregulation actually have hypertension years
8    before they ever develop diabetes?
9        A    Many, yes, I don't think that's what you asked
10   me before.
11       Q    And part of the metabolic syndrome is
12   hypertension, which often precedes actually getting,
13   actually having evidence of glucose disregulation,
14   correct?
15       A    Correct.
16       Q    And having hypertension is considered to be a
17   risk factor for diabetes, is it not?
18       A    Yes, but they used a risk factor, I think
19   there it is used a little loosely, in other words there
20   isn't necessarily cause and effect, there are common
21   conditions that probably lead to both.
22       Q    Is it known to a reasonable degree of medical
23   certainty whether it's a cause and effect relationship
24   or whether it's just an association and the same
25   problems seem to cluster in certain people?

442

1        A    I think the latter is the case.
2        Q    You believe the latter is the case, you
3    believe that has been established to a reasonable degree
4    of medical certainty?
5        A    Yes, I do.
6        Q    So you believe to a reasonable degree of
7    medical certainty that there is a not a causal
8    relationship between hypertension and diabetes?
9        A    Correct.
10       Q    Can you point me to any particular literature
11   for that proposition?
12       A    Not that I have with me.
13       Q    Is there anything that you can think of, even
14   if you can't show me the article at this point?
15       A    Well, I think all of the articles that
16   discussed the metabolic syndrome, and the fact that it's
17   a clustering of risk factors for cardiovascular disease
18   discuss to some extent how the risk factors are
19   interrelated and whether or not there is cause and
20   effect.  I think it's still an area of controversy.
21       Q    Right, I understand that it's an area of
22   controversy.
23       A    Probably something else that causes diabetes
24   and hypertension, and not that hypertension causes
25   diabetes or that diabetes causes hypertension.

443

1        Q    But you are not saying that it is proved to a
2    reasonable degree of medical certainty whether it's
3    causal or whether it's that the two risk factors just
4    tend to be associated with diabetes?
5        A    No, not to a reasonable degree of medical
6    certainty, that's my opinion.
7        Q    You noted that Ms. Curley was overweight?
8        A    Yes.
9        Q    And you didn't note that she was sedentary?
10       A    I did not.
11       Q    Was Ms. Curley sedentary?
12       A    I don't recall if there was any reference to
13   her being sedentary or not.  I don't know.
14       Q    Is being sedentary a risk factor for diabetes?
15       A    Yes.
16       Q    Let me show you a few medical records.
17            MS. FREIWALD:  Can we mark 4/14/00, it will be
18   49.
19            (Whereupon, the above referred to document
20   was marked as Exhibit No. 49.)
21       (BY Ms. Freiwald)
22   BY MS. FREIWALD:
23       Q    Do you see on 4/14/00 it says she is unable to
24   function because of nerves?
25       A    Yes.

444

1        Q    Did you note that in your review of the Curley
2    file before writing your report?
3        A    I don't think so.
4        Q    And can we look at 2/25/02, it's the Social
5    Security disability record from 2/25.  Did you know when
6    Ms. Curley stopped working?
7        A    I don't remember.
8            (Whereupon, the below referred to document
9    was marked as Exhibit No. 50.)
10   BY MS. FREIWALD:
11       Q    And we will mark as 50, Social Security
12   Disability 2/25, which is dated - different dates on it,
13   I am going to call it 2/25/02.
14            And do you see where it says under the entry
15   on 4/22, Dr. Marks, she states that she picks up her
16   room at least once per week.  She is able to start it
17   and then she has to stop and rest?
18       A    Yes.
19       Q    Did you note any entries of Ms. Curley having
20   low energy, being unable to function, being unable to do
21   basic tasks without resting before you wrote your
22   report?
23       A    No.
24       Q    And would you agree that that is indicative of
25   somebody who was sedentary?

445

1    A  I don't know what it's indicative of, I am not
2  a psychiatrist.
3    Q  Well, no, I am not asking you about a
4  psychiatric assessment, would you agree that it's
5  indicative of somebody who is not able to be active?
6    A  You mean because she says she gets tired?
7    Q  Yes, doing minimal picking up things around
8  her room?
9    A  No, it could be somebody that has gotten
10  depressed or somebody that has gotten distracted by
11  other issues.
12    Q  Well, I am not asking you why she can't do it,
13  I am just asking doesn't it make clear that she is not
14  active at this point in the record?
15    A  I don't think that is terribly clear, no.
16    (Whereupon, the below referred to document
17    was marked as Exhibit No. 51.)
18  BY MS. FREIWALD:
19    Q  Okay.  Then let's look at 4/10/02, this will
20  be Exhibit 51, I will show you Social Security
21  Disability 144, and if you look at the last page in
22  terms of activities of daily living, the claimant stated
23  it takes her a long time to do household chores as she
24  is easily fatigued.  She can prepared meals for herself.
25  She feels essentially capable of managing her home.

446

1    Do you agree that that is -- I'm sorry, and
2  then if you look on the third page she describes herself
3  as energy level very low; do you agree that that is
4  indicative of somebody who is not active and who would
5  qualify as being sedentary?
6    A  I don't know if you can say that if it
7  qualifies her as being sedentary, I think it qualifies
8  her as probably being depressed.  And are depressed
9  people sedentary, yes.
10    Q  Well, on its face - putting aside what the
11  reason would be - it is saying that she is not doing
12  very much, and she can't do very much without becoming
13  fatigued?
14    A  Yes, I guess that would be a fair way to
15  phrase it.
16    (Whereupon, the below referred to document
17    was marked as Exhibit No. 52.)
18    (BY Ms. Freiwald)
19  BY MS. FREIWALD:
20    Q  And why don't we look at 1/7/03, and 1/6/03.
21  1/6/03 will be 52.  1/6/03 is Tampa General Hospital
22  116, it's a headache initial evaluation, and can you see
23  at the bottom under subjective it says no exercise,
24  except does walk the dog short walks 15 steps; do you
25  see that?

447

1    A  Four times a day, yes.
2    Q  Four times a day, she takes the steps four
3  times a day, and that's all she does; would you agree
4  that that is consistent with somebody who is sedentary?
5    A  Yes.
6    (Whereupon, the below referred to document
7    was marked as Exhibit No. 53.)
8    (BY Ms. Freiwald)
9  BY MS. FREIWALD:
10    Q  And let me show you the last record from
11  1/7/03 which would be 53.  And this is Tampa General
12  121, and consecutive pages.
13    And if you look at page 3 of 6, the patient
14  reports activities of daily living, and then it says
15  patient reports she rests, lies down more than two hours
16  per day.  And on the next page she reports sedentary
17  greater than 16 hours per day; would you agree that that
18  is consistent with Ms. Curley being sedentary at least
19  in January of 2003?
20    A  Yes.
21    Q  And would you agree that sedentary lifestyle
22  is a risk factor for diabetes?
23    A  Yes.
24    Q  Was there anything that you noted in your
25  review of the file at any point that suggested that

448

1  Ms. Curley was not sedentary?
2    A  No, I think I probably assumed she was.
3    Q  But you didn't put that in your report when
4  you went through and described her risk factors?
5    A  No.
6    Q  Is being depressed a risk factor for diabetes?
7    A  I don't think that's been established.
8    Q  Have you reviewed any of the literature with
9  regard to depression and diabetes?
10    A  A small amount of it.
11    Q  Did you make any attempt right before offering
12  your opinions in this case to look at the literature on
13  the relationship between depression and diabetes?
14    A  Yes.
15    Q  What literature did you look at, because I
16  don't think any of it is on your reliance list?
17    A  It probably was the same literature that I
18  read about the antipsychotics.
19    Usually there is a background section that
20  talks about what risks are also present in patients that
21  are exposed to antipsychotics.
22    Q  So when you say you looked at the literature,
23  you are talking about kind of summary references in the
24  introductory part of the article where it will say
25  something like patients with depression have an

449

1   association of increased risk of diabetes or increased
2   risk of hyperglycemia, there is some kind of a general
3   statement like that?
4       A   And often in the introductory parts of the
5   articles as well as in the discussion parts of the
6   articles they will make reference to the risk for
7   diabetes.
8       Q   It will be in there also discussing for
9   example confounding factors in interpreting the data, it
10  will talk about the fact that patients who have
11  depression are at increased risk of diabetes, and that's
12  a confounder in determining whether there is an
13  association between the use of the antipsychotic and the
14  development of diabetes, correct?
15      A   I think the literature that I have read says
16  that there may be an increased risk of diabetes in
17  patients that are depressed, but I don't think that is
18  well established.  I think it is established for people
19  with schizophrenia.
20      Q   What I am asking you is have you actually read
21  any clinical trial data or FE data that specifically
22  looks to answer the question what the association is
23  between depression and diabetes?
24      A   I'm sure I have read an article or two here or
25  there.

450

1       Q   Is there any that you can take me to?
2       A   No, because I haven't read them recently.
3       Q   Do you agree that depression is considered a
4   risk factor for diabetes?
5       A   No.
6       Q   Can you point me to any article that says it
7   is not a risk factor for diabetes?
8       A   No.
9       Q   Do you agree that serious mental illness is a
10  risk factor for diabetes?
11      A   I think the only one that has been established
12  is schizophrenia.
13      Q   Are you aware that the ADA has said that there
14  is an increased risk of psychiatric disease associated
15  with diabetes?
16          MR. BRUDNER: Objection, form.  You may
17  answer.
18          THE WITNESS:  Ask me again.
19          (BY Ms. Freiwald)
20  BY MS. FREIWALD:
21      Q   Okay.  I asked the question poorly.  Are you
22  aware that -- Have you done any attempt to review the
23  literature on the association between psychiatric
24  illness other than schizophrenia and the association
25  with diabetes?

451

1       A   Diabetes is a risk factor for depression, for
2   chronic depression.
3       Q   I am asking it the other way.
4       A   I don't believe that the other way around has
5   been established.
6       Q   What I am asking you is if you have done any
7   kind of systematic review of the literature.
8       A   No, just review of yearly statements that are
9   put out by the ADA, et cetera.
10      Q   You are not familiar with the literature that
11  shows an increased risk of obesity -- Strike that.
12          Are you familiar with the literature that
13  shows an increased risk of obesity in patients with
14  depression?
15      A   Yes.
16      Q   You are not prepared to say that that
17  increased risk of obesity with depression confers an
18  increased risk of diabetes?
19      A   Yes.
20      Q   You are not prepared to say that?
21      A   I am sorry, I am prepared to say that.
22      Q   You are prepared to say that?
23      A   Yes.
24      Q   So you would agree that at least secondary to
25  obesity, depression carries an increased risk of

452

1   diabetes?
2       A   Yes.
3       Q   When you say that you are not sure that it's
4   been established that depression increases the risk of
5   diabetes, you mean directly?
6       A   Yes, whether or not people who are depressed
7   have a higher incidence of diabetes.
8       Q   But you believe that people who are depressed
9   have a higher incidence of obesity?
10      A   Probably higher than the general population.
11      Q   And secondarily diabetes?
12      A   Could happen that way, yes.
13      Q   Do you know?
14      A   No.
15      Q   Where did you get that Ms. Curley gained
16  13 pounds in the previous year and a half before
17  starting Seroquel?
18      A   I think before Seroquel was noted she weighed
19  about 129, 130 pounds.  Then in January 2003 her weight
20  was -- January 14 her weight was 143 pounds.
21      Q   Now, Doctor, the first record you have in the
22  summary that was given you by Ms. Grainger is 6/20/01,
23  correct?
24      A   That is the first one that she noted, yes.
25      Q   Did you go back to look to see what

18 (Pages 449 to 452)

453

1   Ms. Curly's weights were at any point before 6/20/01?
2      A   I probably looked but probably didn't find
3   anything.
4      Q   You didn't find anything?
5      A   No, I would have noted it.
6      Q   Okay.  Do you have any idea how many entries
7   there are for weight before 6/20/01?
8      A   No, I don't.
9      Q   So you don't know anything about where
10  Ms. Curley started going back in time or what happened
11  with her weight pattern prior to 6/20/01?
12     A   That is correct.
13     Q   Would it be relevant in your opinion to know
14  what the pattern of weight fluctuation was before
15  6/20/01 in order to assess whether Seroquel played any
16  role in her weight gain during the time period that she
17  was on Seroquel?
18     A   No, not necessarily.
19     Q   Why not?
20     A   Because just because somebody gains or loses
21  weight at one point in time doesn't mean that there is a
22  specific causality in that period of time that hasn't
23  gone away at a later period of time or it's not relevant
24  at a later period of time.
25     Q   Well, you would need to know, right?

454

1      A   Not necessarily, I mean I didn't have that
2   information.
3      Q   Well, you certainly can't assume that it's not
4   relevant?
5          MR. BRUDNER:  Objection, form.
6   BY MS. FREIWALD:
7      Q   Correct?
8      A   To me it doesn't carry a high level of
9   relevance.
10     Q   You are saying that if somebody lost and
11  gained weight over years prior to taking Seroquel, that
12  wouldn't be relevant to knowing whether Seroquel played
13  a role in their weight pattern while on Seroquel?
14     A   That is correct.
15     Q   So you would disagree with other experts in
16  this litigation who have said that it would be highly
17  relevant to know whether somebody had been gaining or
18  losing weight before taking the drug and whether that
19  pattern of gaining and losing weight was similar to the
20  patterns seen while taking the drug?
21         MR. BRUDNER:  Objection, form.
22         THE WITNESS:  I don't think it's necessarily
23     highly relevant.
24         I can see if you had that information it might
25     be useful.

455

1      (BY Ms. Freiwald)
2   BY MS. FREIWALD:
3      Q   Well, don't you need some way of trying to
4   figure out, since there are lots of things that make us
5   all gain weight, whether the weight gain on Seroquel was
6   attributable to Seroquel or not?
7      A   Well, I think that is the point is that there
8   are a lot of reasons that make us gain weight, and what
9   makes us gain weight at one point in our life isn't
10  necessarily functioning in what makes us gain weight at
11  another point in our life.
12     Q   But you wouldn't have to know, wouldn't you?
13     A   No.
14     Q   Well, you can't assume that the factors have
15  changed or gone away?
16         MR. BRUDNER:  Objection, form.
17         THE WITNESS:  No, but if I don't know about
18     them, it's not necessarily relevant to the time
19     period that we are talking about.
20  BY MS. FREIWALD:
21     Q   So if you don't know about them, then you just
22  get to treat them like they are not there?
23         MR. BRUDNER:  Objection, form.
24         THE WITNESS:  Yes.  If I don't have access to
25     the records, I don't have access to the records.

456

1      (BY Ms. Freiwald)
2   BY MS. FREIWALD:
3      Q   So your lack of access to the information make
4   the information not relevant?
5      A   No, I didn't say that.
6      Q   Okay.
7      A   I said it wasn't highly relevant.
8      Q   Well, it's every bit as relevant if you don't
9   know about it, you just may not be able to do anything
10  with it, right?
11         MR. BRUDNER:  Objection, form.
12         THE WITNESS:  I don't think it would be highly
13     relevant even if I had the information.
14  BY MS. FREIWALD:
15     Q   Well, how would you know if you don't know
16  what it says?
17     A   You got me, I wouldn't know.
18     Q   Okay.
19     A   I mean I don't know how to answer that.  I
20  wouldn't know, if I don't have the information I can't
21  know.
22     Q   Well, doesn't it behoove you to find out
23  whether there is information about Ms. Curly's weight
24  pattern in the decade before she took Seroquel before
25  you offer an opinion that her weight gain while she was

457

1  on Seroquel was attributable the drug?
2      A   You know, the information that I have is the
3  information that I have.  I didn't think there was
4  anything else available other than what I was given.
5      Q   And did you look at the records you were sent?
6      A   Yes, absolutely.
7      Q   Is it your testimony that the records you were
8  sent didn't include any weights before 6/20/01?
9      A   It would be my testimony that I didn't see any
10  weights before 6/20/01.
11      Q   If I told you that from 6/92 to 1/2000
12  Ms. Curley lost 19 pounds -- Well, I am going to change
13  that.  If I told you that between 6/92 and 7/98 she lost
14  29 pounds, that would be information you say you didn't
15  have available?
16      A   That is correct.
17          MR. BRUDNER:  Objection form.
18  BY MS. FREIWALD:
19      Q   And if I told you that between 7/98 and
20  January of 2000 she gained 10 pounds, that would be
21  information that you didn't have available to you?
22      A   That is correct.
23      Q   And if I told you that between January of 2003
24  she gained 34 pounds, that would be information you are
25  saying you didn't have available to you?

458

1          MR. BRUDNER:  Objection, form.
2          THE WITNESS:  I didn't have information prior
3      to June of 2001.  I think you just asked me about
4      up to 2003.
5  BY MS. FREIWALD:
6      Q   So you picked her rate of weight gain based
7  upon what you had available to you, but you don't know
8  if she had a much more dramatic course of weight gain
9  before she ever started using Seroquel than what you
10  were able to see?
11      A   That is correct.
12      Q   So you haven't looked to see how her weight
13  pattern from January of 2000 to January of 2003
14  corresponds to her weight pattern during any period of
15  time on Seroquel?
16      A   No, I have not seen that information.
17      Q   And do you know what happened to her weight
18  between when she started on Seroquel in January of 2003
19  and March of 2004?
20      A   She gained it looks like about 13 pounds.
21      Q   Between January of 2003 and March of 2004 your
22  testimony is that Ms. Curley gained weight?
23      A   Yes.
24      Q   I think you testified that you believe she
25  weighed about 143?

459

1      A   That was in January, not March.
2      Q   In January of 2003?
3      A   Correct.
4      Q   I am going to just tell you that my records
5  say that she weighed 144, but I think we can agree
6  that's basically the same thing on 1/5/03; do you have a
7  particular record that has her at 143 in January?
8      A   I wouldn't remember the exact record.  When
9  she was making daily visits, I guess she was in the
10  hospital I guess probably at that time.
11  (BY Ms. Freiwald)
12          MS. FREIWALD:  Kirstin, can I have the record
13      from 1/14/03 and also the record from 1/5/03?
14          MR. BRUDNER:  Take a break?
15          MS. FREIWALD:  Sure.
16          (Whereupon, a short recess was had.)
17  BY MS. FREIWALD:
18      Q   Doctor, if I understand your testimony, your
19  belief is that she gained 13 pounds in the year and a
20  half before starting Seroquel, and that's looking at a
21  weight of 143 on January 15th of 2003, and looking at a
22  weight of what did you tell me?
23      A   143.
24      Q   No, 129 on 6/20/01, are those the two weights
25  you are putting together?

460

1      A   Yes.
2      Q   So that would actually be 14 pounds, not
3  13 pounds, right?
4      A   Yes.
5      Q   The 1/15/03 record that you are relying on,
6  did you actually pull that and look at it?
7      A   I don't remember.
8      Q   Do you know where that weight was given or
9  whether it was a measured weight?
10      A   The weight from 114?
11      Q   Yes.
12      A   I don't recall specifically.  I assume it was
13  measured since it has a decimal point after it.
14      Q   Do you know in what context it was given?
15      A   I don't.
16      Q   Do you know if there was a weight from
17  actually at the time earlier, the time that she actually
18  was started on Seroquel?
19      A   No, the only weight I have was about two and a
20  half months before she was started on Seroquel.
21      Q   Is there any weight that is in your expert
22  report that is not contained in Glenda's summary?
23      A   There could be.
24      Q   Why don't you take the time and tell me if
25  there is.

461

1      A   What did you ask me, if there were weights in
2   my report that were not in the time line?
3      Q   Correct.
4      A   No, I don't see any.
5      Q   Does that mean that you didn't find any
6   weights in your review of the medical records beyond
7   what Ms. Grainger - what the lawyers gave you in their
8   time line?
9      A   It means I didn't find any that were out of
10  the range that were reported in the time line.
11     Q   And can you tell me how much time you spent
12  looking for those weight records?
13     A   I looked through the medical records, I can't
14  tell you how much time.
15     Q   If I told you that there are probably more
16  than 40 weights for Ms. Curley that you don't have in
17  your summary, would that surprise you?
18     MR. BRUDNER:  Objection, form.  Go ahead.
19     THE WITNESS:  Well, I wasn't going to list
20     every single weight, this was a summary.
21  BY MS. FREIWALD:
22     Q   Would it surprise you to learn that many of
23  those weights reflect a very different picture of
24  Ms. Curly's weight gain and weight loss pattern than
25  what is in your report?

462

1      MR. BRUDNER:  Objection, form.
2      THE WITNESS:  Yes, that would surprise me.
3      (Whereupon, the below referred to document
4      was marked as Exhibit No. 54.)
5   BY MS. FREIWALD:
6      Q   Can I show you that on 1/5/03 is when she
7   first started Seroquel her weight was 144.  I am going
8   to show you Tampa General 30, and we will mark that as
9   54.
10         Do you see this record that says that she
11  weighed 144 on 1/5/03?
12     A   Where is the weight?  Yes, I see it.
13     Q   Now, you didn't have that record in your
14  summary, correct?
15     A   I didn't include it in my summary because I
16  had one from approximately a week later that was
17  approximately the same.
18     Q   About ten days later, and it was down a little
19  bit after she started Seroquel, right?
20     A   A pound, nine-tenths of a pound.
21     Q   Okay.  Nine-tenths of a pound.  And we have
22  talked earlier about weight gain on Seroquel that is in
23  the range of a pound, right, in some studies?
24     A   Uhm-hum.
25     Q   So you can't ignore a pound when it's a loss

463

1   and count a pound when it's a gain, right?
2      A   I think it was weight gains in the ballpark of
3   a kilogram.
4      Q   2 pounds?
5      A   Yes.
6      Q   So but in any event you would agree with me
7   that it wouldn't be right to ignore small weight loss
8   and include as significant small weight gain, correct?
9      A   Correct.
10     Q   So --
11     A   You have to look at it over time.
12     Q   You have to look at it over time and you have
13  to include a full and fair picture, right?
14     A   Uhm-hum.
15     Q   And if you don't include a full and fair
16  picture then you could be giving an opinion that is not
17  reliable, correct?
18     A   Correct.
19     Q   And you wouldn't want to give an opinion that
20  is not reliable, would you?
21     A   No.
22     Q   Now, do you know what happened to Ms. Curly's
23  weight 2009 the time that she started Seroquel in
24  January of 2003 and March 30 of 2004?
25     A   I think you asked me that before.

464

1      Q   I did.
2      A   I don't specifically have a weight from March
3   of 2003 or 2004 did you say?
4      Q   2004.
5      A   I don't specifically have a weight listed from
6   that date.
7      Q   Would it surprise you to know that in March 30
8   of 2004 Ms. Curly's weight after being on Seroquel was
9   actually down 18 pounds to 126?
10     A   It wouldn't necessarily surprise me.
11     Q   Do you think that's relevant to your opinion
12  of whether Seroquel caused Ms. Curley to gain weight or
13  not?
14     A   Not necessarily.
15     Q   How not?
16     A   She was on relatively lower dose, very low
17  dose at that time.  I don't know what other things were
18  going on then, so I mean the Seroquel could still have
19  an effect when she did gain weight later.
20     Q   So when you see weight gain it's because of
21  Seroquel?
22     A   I never said it was because of Seroquel.
23     Q   So you are not saying that weight gain you see
24  while taking Seroquel is because of Seroquel?
25     A   I said it was while she was on Seroquel.

465

1    Q   So you are not offering an opinion that weight
2  gain while on Seroquel is because of Seroquel?
3    A   I don't believe I ever came out and said that.
4    Q   Okay. So I want to know are you saying that?
5    A   No.
6    Q   You are not saying that weight gain while on
7  Seroquel is because of Seroquel?
8    A   I can't know that for sure.
9      (Whereupon, the below referred to document
10   was marked as Exhibit No. 55.)
11  BY MS. FREIWALD:
12   Q   I want to for completeness show you the record
13  Tampa Medical Group/0008 from 3/30/04 that reflects that
14  Ms. Curly's weight was down 18 pounds in the first 15
15  months on Seroquel to 126, and we will mark that as 55.
16      MR. BRUDNER: Objection, form.
17  BY MS. FREIWALD:
18   Q   Doctor, I have handed you Exhibit 55, do you
19  see that it's a record for a follow-up visit from
20  Ms. Curley dated March 30, 2004 and that it reflects
21  that she weighed 126 pounds?
22   A   I do.
23   Q   And you are looking in your chart to see if
24  it's in your chart that was prepared by the law firm,
25  right?

467

1    A   That is correct.
2    Q   Now, your chart doesn't actually have any
3  information between March 22nd of 2003 and August of
4  2004, does it?
5    A   No.
6    Q   Do you know whether there are any records in
7  that period that reflect Ms. Curly's weight pattern?
8    A   I don't remember if I saw any or not.
9    Q   So you are not able to testify whether there
10  is evidence that she had a gradual decline in weight
11  documented on more than one occasion between January of
12  2003 and March of 2004?
13   A   No, I am not.
14   Q   And I gather you never looked to see what her
15  monthly average weight gain would be roughly between
16  January of 2000 and January of 2003?
17   A   Not specifically, no.
18      (Whereupon, the below referred to document
19   was marked as Exhibit No. 56.)
20   (BY Ms. Freiwald)
21  BY MS. FREIWALD:
22   Q   I am going to show you a record for Ms. Curley
23  from June 22nd of 1992 that we will mark as 56, this
24  June 22nd, '92 record Social Security Disability 24,
25  this is another record that we have marked 56 that you

466

1    A   No, I knew it wasn't in my chart, that is not
2  what I was looking for.
3    Q   So you would agree with me that Ms. Curley
4  lost 18 pounds in the first 15 months on Seroquel?
5    A   If it's an accurate weight, yes.
6    Q   You don't have any basis for saying it's not
7  an accurate weight, do you?
8    A   No.
9    Q   And are you offering an opinion that the dose
10  of Seroquel that she was on at that time is not
11  associated with weight gain, and so that explains how
12  she was able to lose weight?
13   A   No, I didn't say that. It's quite a weight
14  difference in a very short period of time, that is why I
15  question whether it was accurate.
16   Q   Have you looked at on how many occasions
17  Ms. Curley has substantial weight differences in short
18  periods of time?
19   A   In relatively short periods of time, not in
20  two months period of time, that is a little quick, but
21  obviously she was a person who had a tendency to gain
22  and lose weight.
23   Q   Independent of taking Seroquel, before she
24  ever took Seroquel she had a tendency to gain and lose
25  weight, correct?

468

1  didn't have; is that correct, Doctor?
2    A   That is correct.
3    Q   And do you see that it says that Ms. Curley
4  weighed 129 pounds in 1992?
5    A   I do.
6    Q   And that's about what she reported in 9/17/02,
7  correct?
8    A   Correct.
9    Q   But you don't know what happened to her in
10  those intervening years, do you?
11   A   No, I do not.
12   Q   You don't know how low she went and how much
13  she came back up again?
14   A   No, I don't.
15   Q   Would it surprise you to know that she lost as
16  much as 29 pounds and gained as much as 30 pounds back
17  again in those intervening years?
18      MR. BRUDNER: Objection to form.
19      THE WITNESS: No.
20  BY MS. FREIWALD:
21   Q   No, it wouldn't surprise you?
22   A   No, because I think you have already showed me
23  some of that.
24   Q   And the more I show you of the history of
25  Ms. Curly's weight cycling, would you agree the harder

22 (Pages 465 to 468)