469

1   it becomes to attribute any weight gain on Seroquel to
2   Seroquel?
3       A   I don't think so.  She obviously was a person
4   that had a tendency to gain weight and lose weight.  It
5   doesn't mean that the Seroquel also didn't contribute as
6   a factor.
7       Q   What methodology would you use to establish
8   that the Seroquel contributed as a factor in somebody
9   who can lose and gain close to 30 pounds?
10      A   No methodology.
11      Q   Is there any study that would support putting
12  any amount of weight gain while on Seroquel on Seroquel?
13      A   No, but you can't rule it out I don't think.
14      Q   Have you done anything to rule it in in this
15  case?
16      A   No.
17      Q   So would you agree with me that given
18  Ms. Curly's history of gaining weight she certainly has
19  shown that she is capable of gaining the amount of
20  weight she gained on Seroquel even without taking any
21  medicine associated with weight gain?
22      A   Yes.
23      Q   Are you going to offer an opinion that you can
24  attribute any particular number of pounds while on
25  Seroquel to Seroquel?

470

1       A   I think I have answered that before, no.
2       Q   No, you are not going to offer that opinion?
3       A   A certain amount of pounds is attributable to
4   the Seroquel that she took?
5       Q   Yes.
6       A   No.
7       Q   Are you going to offer an opinion that you
8   need to gain some particular number of pounds or she
9   needed to gain particular number of pounds to increase
10  her risk of diabetes by some amount that you would
11  consider to be clinically significant?
12      MR. BRUDNER:  Objection, form.
13      THE WITNESS:  I don't understand the question.
14  BY MS. FREIWALD:
15      Q   Is there some amount of weight that you
16  believe is a threshold for clinical significance in
17  terms of increasing risk of diabetes?
18      A   You can't say with certainty, but many sources
19  will quote 5 to 7 to 10 percent weight gain as being
20  clinically significant.
21      Q   And have you looked upon whether that depends
22  on baseline body weight?
23      A   No.
24      Q   Have you looked to see whether that depends
25  upon amount of time holding the weight?

471

1       A   I don't understand the question.
2       Q   Does it depend - does whether it's significant
3   for increasing risk depend upon how long you have held
4   the weight?
5       A   You mean as you get older?
6       Q   Have you looked to see whether there are
7   studies that distinguish between weight gained within a
8   period of weeks or months or held for weeks and months
9   versus weight gain that is held for years?
10      A   The weight gain that has held for years would
11  obviously have more of an impact on chronic disease
12  development.
13      Q   Is there any data that you can point me to
14  that shows an increased risk with weight gain that is
15  held for less than two or three or four years?
16      MR. BRUDNER:  Objection, form.
17      THE WITNESS:  There are studies that I have
18  looked at weight yo-yoing, which means gaining and
19  losing as being contributing to increased risk for
20  diabetes.
21  BY MS. FREIWALD:
22      Q   Over what period of time?
23      A   Years.
24      Q   Any study that you can point me to that looks
25  at weight gain over less than a period of years?

472

1       A   Yes, I am sure that there are studies that
2   look at - shorter term studies that look at weight gain
3   and what impact it has on individuals risk.
4       Q   Can you name me one?
5       A   Not right now.  I could look one up for you.
6       Q   Have you attempted to look at any of those
7   studies?
8       A   I hadn't thought about it until you just asked
9   the question.
10      Q   So sitting here today you don't have any data
11  to support an increased risk of short term weight gain?
12      A   Define short term.
13      Q   Anything less than two or three years.
14      A   I believe that that would be a risk.
15      Q   Other than your personal belief, do you have
16  any study you can point me to?
17      A   Not that I can point you to today.
18      Q   Doctor, have you looked to see whether
19  Ms. Curly's weight pattern between -- Have you looked to
20  see whether Ms. Curly's weight pattern between January
21  of 2003 and December of 2004 differed in any way from
22  her pre-Seroquel patterns of weight gain?
23      A   Not specifically.
24      Q   Would you agree with me that if her rate of
25  weight gain in that time period was in fact less than it

23 (Pages 469 to 472)

473

1  was at times prior to using Seroquel you couldn't
2  attribute any of her weight gain during that time period
3  to Seroquel?
4      A  I don't think you can say that you can't
5  attribute any of her weight gain to Seroquel.
6      Q  If she is gaining at a lower rate while on
7  Seroquel than she did at time periods before ever taking
8  Seroquel, would you agree with me that you can't
9  possibly say that any of her weight gain is attributable
10  to Seroquel?
11     MR. BRUDNER:  Objection, form.
12     THE WITNESS:  No, but some of her other
13     factors that contributed to the weight gain before
14     that might be different.
15  BY MS. FREIWALD:
16     Q  Do you know?
17     A  No.
18     Q  So you would be speculating?
19     A  Yes.
20     Q  And am I correct that in this time period I
21  have just identified, 2003 to December of 2004, you are
22  not prepared to say that any particular amount of weight
23  gained while taking Seroquel was attributable to
24  Seroquel?
25     MR. BRUDNER:  Objection, form.

474

1      THE WITNESS:  That is correct.
2  BY MS. FREIWALD:
3      Q  You calculated Ms. Curly's BMI at the time
4  that she began using Seroquel, do you know what height
5  you used to get that BMI?
6      A  I don't right now.  I am sure I found a height
7  in the record.
8      Q  Did you notice if there was consistency or
9  inconsistency in the heights reported in Ms. Curly's
10  records?
11     A  I don't recall.
12     Q  Do you know how tall Ms. Curley is?
13     A  She is in her low 5 feet or very close to
14  5 feet.
15     Q  You don't know if what she has reported as her
16  height has differed with different doctors or even with
17  the same doctor at different periods of time?
18     A  I don't recall that was anything striking
19  that I noticed.
20     Q  And you don't know sitting here today what
21  height you used to get her BMI of 29.9?
22     A  No, I am sorry, I don't.  I think I calculated
23  at 27, not 29.9.
24     Q  I'm sorry, 27, I was looking at your
25  parenthetical.

475

1      Would you agree with me that since BMI is a
2  function of weight relative to height, if you use one of
3  the higher reported weights, one of the higher reported
4  heights you would have gotten a lower BMI than if you
5  had used one of the lower reported heights?
6      MR. BRUDNER:  Objection, form.
7      THE WITNESS:  Yes.
8  BY MS. FREIWALD:
9      Q  It's just an obvious proposition, right?  If
10  she has given her height at anything ranging from 4'9"
11  to 5'1" and 3 quarters and you make her 5'1" and 3
12  quarters, you are going to get an image of her being
13  thinner than if you use her height being reported at
14  4'9"?
15     MR. BRUDNER:  Objection, form.
16     THE WITNESS:  Yes.
17  BY MS. FREIWALD:
18     Q  But you don't know what height you used?
19     A  No.
20     Q  Now, you say that in November of 2004 she was
21  on Seroquel 75 milligrams - we talked about that a
22  little bit - and her weight going to 151, but you
23  haven't looked, you didn't do anything to look to see
24  how that shift in weight corresponded in terms of pounds
25  gained per month or per day or per week to prior rates

476

1  of gain, correct?
2      A  Correct.
3      Q  And then you go on to say in January of 2005
4  the dose was increased to 100 milligrams per day, and
5  that by March of 2005 she weighed 167 pounds.
6      Would it be true that you again didn't do
7  anything to see how that rate of gain or weight change
8  corresponded to prior periods of time?
9      A  That is correct.
10     Q  Did you look to see what happened to her
11  weight in September of 2005?
12     A  No, just October where it said she had
13  dropped.
14     Q  Are you attributing the weight loss to
15  Seroquel?
16     A  No.
17     Q  Are you offering opinion that if she hadn't
18  been on Seroquel she would have lost more weight than
19  she did?
20     A  Not necessarily.
21     Q  Have you looked to form any opinion as to what
22  factors contributed to her losing weight?
23     A  I probably did, I don't recall at the moment.
24     Q  Have you looked to see what other medications
25  Ms. Curley was on at the time that she was Seroquel that

477

1  it might have impacted her weight either positively or
2  negatively?
3      A  Yes.
4      Q  What other medications did you note that could
5  have impacted her weight positively or negatively?
6      A  What time period are we talking about again?
7      Q  At any time period while she was taking
8  Seroquel.
9      A  Well, she started on hydrochlorothiazide in
10  June of 2005, which can cause usually a very mild weight
11  loss because of fluid diuresis.
12          After that later on in May of 2006 she was
13  started on Avandia, and Metformin, and later Niaspan and
14  Lipitor, and then later than that Byetta.
15      Q  Are those the only medications you noted that
16  she was on that could be relevant to weight gain during
17  the time that she was taking Seroquel?
18      A  I think so, yes.
19      Q  Is Prozac associated with weight gain?
20      A  It can be.
21      Q  Is Paxil associated with weight gain?
22      A  I am not sure.
23      Q  Did you look to see whether any medications
24  that she was being treated with for psychiatric issues
25  are associated with weight gain?

478

1      A  Yes, I thought I did.
2      Q  I didn't notice you mentioning any.
3      A  I guess I missed them.
4      Q  If I understand your testimony from earlier,
5  your opinion that Seroquel played a role in causing
6  Ms. Curly's diabetes is based on the fact that she got a
7  diagnosis of diabetes, temporal with taking Seroquel,
8  and gaining weight, correct?
9      A  Correct.
10      Q  But you will agree with me that you can't say
11  that any of her weight gain was caused by Seroquel?
12      A  That is correct.
13      Q  So if her weight gain was independent of
14  Seroquel, and you need her weight gain in the causal
15  link to diabetes, as you describe it, your temporal
16  theory, then wouldn't you agree with me you can't link
17  her diabetes to the use of Seroquel?
18      A  But I never said that her weight gain was
19  independent of Seroquel, I just said you couldn't say
20  that the Seroquel was the only cause of it.
21      Q  Well, you told me that you can't say that it
22  was the cause of any of her weight gain, you don't know?
23      A  I can't say it isn't.
24      Q  So you are using the inability to rule out
25  Seroquel as causing her weight gain as the justification

479

1  for saying that it was the cause of her weight gain?
2      A  No.
3      Q  If Seroquel was not the cause of her weight
4  gain, then you would agree with me that you can't
5  attribute her diabetes under your model, your temporal
6  connection model to the use of Seroquel?
7      A  Well, I think the mechanisms that contribute
8  to the development of diabetes with these medications
9  are not entirely known, and some of the dysglycemia
10  develops, develops early in the course of treatment with
11  medications before there is significant amount of weight
12  gain.
13      Q  Well, I think you pointed me last time to the
14  fact you agreed last time with the fact that you can't
15  identify any mechanism other than weight gain that has
16  been demonstrated --
17      A  They have been speculated.
18      Q  -- With Seroquel, right?
19      A  That have been speculated, but not
20  demonstrated.
21      Q  But putting aside just guesswork, the only
22  mechanism that you think you can hang your hat on at all
23  is weight gain, right?
24          MR. BRUDNER:  Objection, form.
25          THE WITNESS:  I think that is one of the

480

1  stronger mechanisms that you can hang your hat on
2  as you say.
3  BY MS. FREIWALD:
4      Q  There is no other mechanism that you can
5  identify that is anything other than speculation at this
6  point in time, right?
7      A  Correct.
8      Q  So if --
9      A  But that doesn't mean that there aren't other
10  mechanisms.
11      Q  Well, you have got to be able to say something
12  to a reasonable degree of scientific certainty, and I'm
13  assuming you are not going to tell me that something
14  happens to a reasonable degree of scientific certainty
15  if it's still speculation?
16          MR. BRUDNER:  Objection, form.
17          THE WITNESS:  Speculation is probably a little
18  bit too loose a word, I think hypothesis, because
19  some of the diabetes develops apparently
20  independent of significant weight gain.
21  BY MS. FREIWALD:
22      Q  Doctor, your theory of the Curley case when we
23  started out today was you told me that she took
24  Seroquel, connected with that she gained weight, and she
25  also got a diagnosis of diabetes also connected with

25 (Pages 477 to 480)

481

1  that temporally and therefore you are saying that
2  Seroquel played a role in her diabetes, right?
3      A   I did say that, I was remiss not to point out
4  there could also have been other mechanisms.
5      Q   So you are now changing your opinion?
6      MR. BRUDNER:  Objection, form.
7      THE WITNESS:  It's not really a change in
8  opinion, it's just sort of an amended opinion.
9      (BY Ms. Freiwald)
10  BY MS. FREIWALD:
11      Q   Where in your report do you identify some
12  other mechanism that you say was relevant to Ms. Curly's
13  getting diabetes?
14      A   I don't think I mentioned another mechanism in
15  here.
16      Q   And there is no other mechanism that you can
17  say has been demonstrated with a reasonable degree of
18  scientific certainty?
19      A   No, that is correct.
20      Q   So would you agree with me, putting aside
21  speculative mechanisms --
22      A   Hypothetical mechanisms.
23      Q   Hypothetical mechanisms - unproved mechanisms,
24  that you can't link Ms. Curly's diagnosis of diabetes to
25  Seroquel based upon weight gain because you can't link

482

1  weight gain to the use of Seroquel?
2      A   She gained weight when she was on Seroquel, I
3  can't say it's not at least in part due to the Seroquel.
4      Q   But you can't say that it is?
5      A   That is correct.
6      Q   And if you can't say that the weight gain is
7  linked to the Seroquel, then you can't say that the
8  diabetes is linked to the Seroquel by any mechanism that
9  you think is anything more than a guess at this point?
10      A   But you can't say that it isn't.
11      Q   So the inability -- you are going to testify
12  that because you can't prove that Seroquel was not a
13  cause of her diabetes, you are going to guess that it
14  could have been a cause of her diabetes?
15      A   I think it's more than a guess.
16      Q   Is your testimony that the best thing you can
17  say is that you can't prove that Seroquel wasn't a cause
18  of her diabetes?
19      A   Yes.
20      Q   Okay.  So your opinion is that because
21  AstraZeneca can't prove the negative, it may have -
22  Seroquel may have been a cause of her diabetes?
23      MR. BRUDNER:  Objection, form.
24      THE WITNESS:  Yes, given the information that
25  is available about Seroquel.

483

1  BY MS. THORPE:
2      Q   And that is the best opinion that you can
3  offer in this case?
4      A   Yes.
5      MS. FREIWALD:  Okay, let's take a break.
6      (Whereupon, a short recess was had
7  at 3:01 p.m.)
8      (BY Ms. Freiwald)
9  BY MS. FREIWALD:
10      Q   Doctor, given what we have looked at of
11  Ms. Curly's weight pattern, do you agree that you cannot
12  say that it was more likely than not that Seroquel
13  caused her to gain weight that in turn caused her to
14  develop diabetes?
15      A   No, you can't say that.
16      Q   And in fact everything you told me the last
17  time about there usually being years of delay between
18  developing diabetes and getting the diagnosis of
19  diabetes is still true in your mind, correct?
20      MR. BRUDNER:  Objection, form.
21      THE WITNESS:  Correct.
22  BY MS. FREIWALD:
23      Q   So in fact there is very rarely a temporal
24  connection between the true onset of diabetes and the
25  diagnosis of diabetes?

484

1      A   If you are talking about the true onset of
2  clinical diabetes, there is often a temporal
3  relationship between a drug and the development of
4  clinical diabetes, not the prodrome that is subclinical.
5      Q   How are you using clinical?
6      A   Clinical symptoms, development of
7  symptomatology.
8      Q   You mean subjective symptomatology, not lab
9  values?
10      A   No, it could also be objective lab values use
11  that exceed the threshold for diabetic diagnosis.
12      Q   We talked last time about the fact that most
13  people will have diabetes for years before they actually
14  get a diagnosis of diabetes, correct?
15      A   Many people will.
16      Q   And there is nothing about Ms. Curley that
17  allows you to say that she is an exception to that rule
18  of many people?
19      A   Correct.
20      Q   And you don't need to have symptoms in order
21  to have diabetes, correct?
22      A   Correct.
23      Q   You don't even need to necessarily have
24  evidence of hyperglycemic lab values to have diabetes,
25  correct?

26 (Pages 481 to 484)

485

1      A   It depends on what you are calling diabetes,
2  but many people that don't have diabetes for years
3  before they are diagnosed actually have abnormal blood
4  sugars, they just haven't been identified.
5      Q   I am asking kind of the opposite question of
6  that, if I understand what you have just told me is that
7  there are lots of people who have abnormal glucose
8  readings, but no doctor actually calls that diabetes?
9      A   Yes.
10     Q   And that at some point some doctor says I'm
11 going to call it diabetes, and so they get a diagnosis,
12 even though maybe it was appropriate that they have the
13 diagnosis years before?
14     A   Correct.
15     Q   I want to flip it around for a second, now
16 what I am saying to you is isn't it true that if you
17 look at somebody's lab work infrequently, you might pick
18 up some readings that look normal or close to normal
19 when in fact they have diabetes?
20     A   That is correct.
21     Q   You may not find laboratory evidence of
22 diabetes even in a patient who had it for years before
23 diagnosis?
24     A   That can happen, too.
25     Q   So the fact that a patient might have lab

486

1  values in the 90's or the low 100's on two or three or
2  four occasions before getting a diagnosis of diabetes
3  does not allow you to say to a reasonable degree of
4  scientific certainty that she did not have diabetes
5  before she got the diagnosis?
6      A   Well, if she didn't have the diagnosis, she
7  technically didn't have diabetes.
8      Q   Let me ask the question better.  If the --
9  Well, that's not true, let me say that again?
10         MR. BRUDNER:  Objection, form.
11 BY MS. FREIWALD:
12     Q   Just because you have the diagnosis doesn't
13 mean you don't have the disease?
14         MR. BRUDNER:  Objection, form.
15         THE WITNESS:  That is correct, but technically
16     you don't have the disease until you have the
17     diagnosis.
18     (BY Ms. Freiwald)
19 BY MS. FREIWALD:
20     Q   You have the disease, you just don't know you
21 have the disease?
22     A   I think this is semantics.
23     Q   It's not because you don't get the disease
24 because some doctor tells you the day you get the
25 disease?

487

1      A   That is correct.
2      Q   You get the disease when your body changes in
3  a way that it has the disease, whether that is noticed
4  in your medical records or not, correct?
5      A   Correct.
6      Q   And so it's not at all semantics to say that
7  you don't get diabetes just because some doctor tells
8  you you now have diabetes, you just simply become aware
9  on that date of your diabetes?
10     A   That is correct.  When we say that many people
11 have had it for a number of years before they are
12 diagnosed that is what we mean, it hasn't come to the
13 attention, it's been there, but it hasn't been
14 identified.
15     Q   And in your clinical experience, am I correct
16 that a patient can have multiple laboratory values that
17 appear to be normal or close to normal over years, and
18 then one day they have lab values that cause the doctors
19 to diagnose them with diabetes, but that doesn't mean
20 that they were actually not diabetic during that earlier
21 time period?
22     A   Correct, it doesn't necessarily mean that they
23 were not diabetic.
24     Q   If you sample a diabetic infrequently you may
25 draw times where that diabetic has glucose readings in

488

1  the 90's or the low 100's and not notice readings that
2  are above the diagnostic threshold?
3      A   Correct.
4      Q   So would you agree with me that if Ms. Curley
5  has readings that are in the 90's on some occasions
6  before she actually gets a diagnosis of diabetes, that
7  doesn't mean that at those time periods she was not
8  diabetic?
9      A   Not necessarily.
10     Q   And you are not testifying that anything that
11 is associated with any amount of weight gain is a
12 potential cause of diabetes, are you?
13     A   I don't understand the question.
14     Q   Well, is it your testimony that anything that
15 can be associated with any amount of weight gain is a
16 potential cause of diabetes?
17     A   Not entirely.
18     Q   So have you ever told a patient for example
19 that if they gain 5 pounds on vacation that they are
20 increasing their risk of diabetes by some certain
21 number?
22     A   I might have.
23     Q   Do you actually have -- Seriously?
24     A   Well, I mean you motivate patients in
25 different ways.

489

1    Q   Well, I am not asking you about what you might
2  say that is almost fanciful as a motivator for patients,
3  what I am asking you is have you ever, based upon an
4  evidence based approach to medicine, told somebody that
5  gaining 1 or 2 or 3 or 4 pounds on a short term basis is
6  going to increase their risk of diabetes by some
7  statistically significant amount?
8    A   No.
9    Q   And you have never told a patient that
10 anything that they do in their lives that causes some
11 incremental shift in weight is a cause of diabetes,
12 correct?
13   A   Well, almost anything that increases weight
14 can be a cause of diabetes.
15   Q   Not short term?
16       MR. BRUDNER:  Objection, form.
17       THE WITNESS:  No, I guess not.
18 BY MS. FREIWALD:
19   Q   And there are I mean almost - there is almost
20 an unending list that can cause somebody to gain weight,
21 right?
22   A   An unending list, I hope not.  There are a lot
23 of factors.
24   Q   There are more types of food that I can count
25 that can cause you to gain weight, correct?

490

1    A   Correct.
2    Q   There is change in mood, correct?
3    A   Not directly, I mean that is usually because
4  of the change in eating habits.
5    Q   Or changing activity level?
6    A   Changing activity level.
7    Q   Mood can also effect cortisol, correct?
8    A   Uhm-hum.
9    Q   That has to do with how much fat you carry
10 around your abdomen?
11   A   That is speculative.
12   Q   That is a theory that is out there?
13   A   Yes.
14   Q   And various medications can cause small
15 amounts of weight gain?
16   A   Correct.
17   Q   By the way, did you -- you listed some of
18 them, you didn't list Neurontin as one of the drugs that
19 Ms. Curley was on that was associated with weight gain?
20   A   I don't think it is.
21   Q   Did you look?
22   A   I think so.
23   Q   Did you look to see about Remeron, whether
24 that is associated with weight gain?
25   A   What is Remeron?

491

1    Q   You tell me, you are the doctor.
2    A   I don't know what Remeron is, I did not see
3  that one.  Does it have another name that you know of?
4    Q   That is the one I know.
5        What about cigarette smoking, can that effect
6  weight up and down?
7    A   I think down when you are smoking.
8    Q   Do you know if there are any data on the
9  difference in weight in heavy smokers versus light
10 smokers?
11   A   No, I don't know.
12   Q   Do you know if efforts to quit smoking can
13 cause increases of weight or be associated with
14 increases in weight?
15   A   I think that's pretty well-known.
16   Q   Have you made any attempt to look at all of
17 the variables that could have effected Ms. Curly's
18 weight during the time where she also happened to be
19 taking Seroquel and see whether any of those variables
20 could independently explain her weight gain?
21       MR. BRUDNER:  Objection, form.
22       THE WITNESS:  I think so.
23 BY MS. FREIWALD:
24   Q   And would you agree with me that there could
25 have been many reasons or there could have been no

492

1  reason at all, given her past history of gaining weight
2  and losing weight, why Ms. Curley gained weight while
3  see was taking Seroquel?
4    A   Correct.
5    Q   And if we assume, if we accept your statement
6  that we don't know if the Seroquel played a role in
7  Ms. Curly's weight gain, then you would agree with me
8  there is no other theory that you have that would let
9  you say to a reasonable degree of medical certainty that
10 the Seroquel played a role in Ms. Curly's developing
11 diabetes?
12       MR. BRUDNER:  Objection, form.
13       THE WITNESS:  I got confused.
14 BY MS. FREIWALD:
15   Q   We have discussed that you can't say to a
16 reasonable degree of medical certainty that Seroquel
17 caused Ms. Curley to gain any particular amount of
18 weight, correct?
19   A   Any particular amount of weight, yes.
20   Q   And there is no other mechanism that you can
21 say more likely than not has been proved to be the
22 explanation for Seroquel causing diabetes in patients,
23 correct?
24   A   Not that has been improved.
25   Q   And you can't say that there is any other

493

1  mechanism that you are going to point to as more likely
2  than not the explanation for how Seroquel could have
3  caused diabetes in Ms. Curley?
4    A   No.
5    Q   Can weight gain also been associated with
6  menopause or being postmenopausal?
7    A   Yes.
8    Q   Did you look at that in connection with
9  Ms. Curley?
10   A   Yes.
11   Q   And what if anything do you remember?
12   A   Well, she is perimenopausal age.
13   Q   And that would be a time where women can have
14  weight fluctuation and weight gain?
15   A   There is some controversy as to whether it has
16  anything to do with menopause, but from something that
17  is frequently seen.
18   Q   It's common to see weight gain in women who
19  are perimenopausal or postmenopausal?
20   A   Yes.
21   Q   Did you make any observations in your report
22  or to yourself but not written in your report about
23  Ms. Curly's dietary choices?
24   A   No.
25   Q   Did you note any of her doctors discussing her

494

1  dietary choices?
2    A   I don't recall.
3    Q   Did you note her doctors wanting her to be on
4  a more healthful diet at many points in time?
5    A   I don't recall.
6    Q   Did you note whether there were any issues
7  with Ms. Curley being able to eat and chew food
8  normally?
9    A   I don't recall anything like that.
10   Q   Could that effect - if somebody can't chew
11  their food normally, could that effect the choices that
12  they make and whether they have erratic patterns of
13  gaining or losing weight?
14       MR. BRUDNER:  Objection, form.
15       THE WITNESS:  I am not sure what would cause
16  somebody not to be able to chew other than
17  something that I don't recall that she had.
18  BY MS. FREIWALD:
19   Q   Not having any teeth?
20   A   Well, lack of teeth, yes.
21   Q   Is that something you noticed in the records?
22   A   No.
23   Q   Do you have an opinion as to when Ms. Curley
24  was actually diagnosed with diabetes or based upon what
25  record?

495

1    A   Well, I think by November of 2004 she was
2  probably clearly diabetic, but I don't know when prior
3  to that she actually developed the diabetes.
4    Q   Could you tell me what citation you are
5  looking at?
6    A   What citation I am looking at?
7    Q   What record?
8    A   She had a random glucose of 136,
9  November 2004.
10   Q   So explain that to me, how were you thinking
11  about that random glucose in terms of when you think she
12  was diabetic?
13   A   I think I said I think she probably had
14  diabetes at that point in time, I can't know that for
15  sure.
16   Q   And what I am just asking you is explain to me
17  what your clinical thought process is about that random
18  glucose of 136.
19   A   Well, it's not entirely normal glucose.
20   Q   Okay.  If she had a glucose reading in the
21  130's before she ever started Seroquel, would that be
22  equally suggestive of the likelihood of being diabetic?
23   A   That's all they are is suggestive because if
24  it had been say an hour after she had eaten, it might be
25  totally normal in either case.

496

1  Clearly by March of 2005 she had a random
2  glucose of 205, and that would not be normal at
3  anybody's look.
4    Q   Unless it happened to be just two hours
5  postprandial you still want know?
6    A   Still wouldn't know.
7       (Whereupon, the below referred to document
8  was marked as Exhibit No. 57.)
9  (BY Ms. Freiwald)
10  BY MS. FREIWALD:
11   Q   Let's look at Dr. Campo's record from Bates
12  Number 105, and the date is 1/20/00, the time is
13  10:15 a.m.  We will mark that as 57.
14       The document I just handed you is a two page
15  document, I apologize, so it's 105 and they are out of
16  Bates Number order, 104, but do you see, Doctor, that
17  Ms. Curley had a glucose reading of 133 in January of
18  2000?
19   A   Yes.
20   Q   And would you agree with me that that reading
21  is on its face indistinguishable from the reading of 136
22  that you were talking to me about from 2004, correct?
23   A   Yes.
24   Q   And to the extent that you use the 2004
25  reading as suggestive of not being normal, you would

29 (Pages 493 to 496)

497

1  equally have to use this 2000 reading of as suggestive
2  that Ms. Curley was not normal from the standpoint of
3  glucose metabolism?
4     A   Did I say suggestive or suspicion?
5     Q   You can use either word?
6     A   You have to look at this with a little bit of
7  suspicion either one of them, but it would have to be
8  confirmed in either case, but, yes, they are equivalent.
9     Q   And you wouldn't treat one differently from
10  how you would treat the other?
11    A   No.
12    Q   Did you note in the records any discussion of
13  particular eating habits with Ms. Curley that could
14  effect the reliability of her glucose readings?
15    A   Not that I recall now.
16    Q   Did Ms. Curley have a practice of not eating
17  for long periods of time?
18    A   I think there was some erraticness to her
19  eating patterns, but I don't know about long period of
20  time.
21    Q   If a person goes for long stretches without
22  eating, will their glucose level continue to decline
23  over time?
24    A   No.
25    Q   No?

498

1     A   No.
2     Q   If somebody is ten hours of fasting, won't
3  their glucose level be lower than if they are say eight
4  hours of fasting or six hours?
5     A   Not necessarily, and I interpreted your
6  question to mean would it go to abnormal low levels.
7     Q   No, I wasn't suggesting that. What I am
8  suggesting is that if somebody's fast is more than eight
9  hours, if it's 10 or 12 or 14 hours, am I right that
10  their glucose level could look lower than what you would
11  expect if they had a more typical 8 hour fast?
12    MR. BRUDNER: Objection, form.
13    THE WITNESS: Could it look lower, yes, but I
14  wouldn't expect it to necessarily.
15  BY MS. FREIWALD:
16    Q   No, not even by some amounts?
17    A   No, it depends on your glycogen stores in your
18  liver. If you have adequate glycogen stores, then there
19  will be hepatic glucose production, which will keep your
20  glucose in the normal range.
21    Q   Yes, but I am not talking about going below
22  normal, so what I am saying is that if somebody has a
23  glucose reading in the 90's for example but that's not
24  after an 8 hour fast, that's after a 14 hour fast, isn't
25  it true that if they had an 8 hour fasting glucose they

499

1  might have come up with a higher reading?
2     MR. BRUDNER: Object, form.
3     THE WITNESS: No, I don't think you can say
4  that necessarily.
5  BY MS. FREIWALD:
6     Q   Really?
7     A   Really.
8     Q   Okay. Is there any data that you can point me
9  to to say that glucose levels wouldn't continue to
10  decline over some period of time?
11    A   No, we usually consider eight hours to be a
12  sufficient fast, so we don't really treat eight hours as
13  different than ten hours, if that's what you are asking.
14    Q   For 14 hours or 16 hours?
15    A   Correct. I mean it really takes about 24
16  before you start thinking about that is really going to
17  be a continued drop.
18    Q   And what do you consider the range of normal
19  variation in somebody's glucose level?
20    A   A normal person?
21    Q   Yes, let's start with a normal person.
22    A   Probably no more than about 30 points, 30, 40
23  points.
24    Q   So if somebody comes in and they test at 91
25  one day, that could mean that their true glucose level

500

1  is anywhere between 61, and 121?
2     A   No, what I interpreted your question to mean
3  is what kind of elevation and range of blood glucose
4  would you get in response to glucose low for instance.
5     Q   Okay.
6     A   I don't know if I can tell you what the
7  variation is like a real fasting level, but it would not
8  be that much.
9     Q   Is it 10 points, 15 points?
10    A   Probably 10, somewhere in that ballpark.
11    Q   20 points?
12    A   No, probably not that high.
13    Q   Okay. And so if somebody comes in one day and
14  they are 96, they could be 106 on some other day give or
15  take?
16    A   Sure.
17    Q   From your standpoint as a clinician, do you
18  distinguish between a reading of 106 and 96 in terms of
19  your sense of the clinical health of the patient?
20    A   I think if you had multiple readings of 106
21  versus multiple readings of 96 you would think that that
22  person with 106 had a little more dysglycemia than the
23  person with 96.
24    Q   But you would need to see confirmed readings
25  with consistency in two patients to draw a distinction

30 (Pages 497 to 500)

501

1 between those two people?
2     A   I think that would be fair to say, yes.
3     Q   And you would say it would just be a little
4 bit of difference between those two patients?
5     A   Yes.
6     Q   Now, you agree with me that you can't say that
7 Ms. Curley wasn't diabetic as far back as January 2000;
8 is that right?
9     A   I forget what her blood sugars were.
10    Q   That was the 133 that we looked at.
11    A   No, I can't say with certainty.
12    Q   You can't say that it's more likely than not
13 that she wasn't diabetic as far back as January 2000?
14    A   That is too many negatives.
15    Q   Can you say that it's more likely than not
16 that she was not diabetic -- let me finish my question
17 just so the record is clean.
18        Are you going to testify that it is more
19 likely than not that Ms. Curley was not diabetic before
20 she took Seroquel?
21    A   In 2000?
22    Q   You can pick that date.
23    A   Well, the fact that she remained, her blood
24 sugar was 130 in 2000, and was still another random
25 blood glucose was 130 in 2004 suggests that there hasn't

502

1 been much progression during that period of time, it's
2 not absolute evidence, but it's suggestive that there
3 isn't.
4     Q   What I am asking you is whether there is any
5 way that you can rule out Ms. Curley having diabetes as
6 far back as 2000?
7     A   Not with complete surety.
8     Q   Can you say it's more likely than not that she
9 didn't have diabetes as far back as 2000?
10    A   I think it may be more likely than not since
11 we haven't seen any progression over the ensuing four
12 years.
13    Q   Would she have to progress to have had
14 diabetes back in 2000?
15    A   No, but most people you would expect to see
16 it, nothing is black and white, but.
17    Q   Did you see enough records to know whether she
18 had progression or not?
19    A   No, in fact I haven't seen this one before
20 today.
21    Q   So you don't know whether she actually did
22 have progression or not before she ever started taking
23 Seroquel?
24    A   No, as I said I am just basing it on these two
25 blood sugars and making a supposition.

503

1     Q   Somebody who has diabetes can have two blood
2 sugars that are the same separated by years, correct?
3     A   Yes, yes.
4     Q   Would you agree with me that it is more likely
5 than not that Ms. Curley at least had some level of
6 glucose disregulation before she ever took Seroquel?
7     A   I don't know that.  This could be a normal
8 random blood sugar.
9     Q   A minute ago you used that reading in 2004 as
10 evidence that she likely had glucose disregulation?
11    A   No, I said it was suspicious.
12        MR. BRUDNER:  Objection to form.
13        THE WITNESS:  It would raise a suspicion, I
14 don't think you can say it any more than that about
15 it.
16 (BY Ms. Freiwald)
17 BY MS. FREIWALD:
18    Q   Okay.  Can you say one way or another whether
19 Ms. Curley did or didn't have diabetes before she took
20 Seroquel?
21    A   No.
22    Q   Can you say one way or another whether
23 Ms. Curley did or didn't have prediabetes before she
24 ever took Seroquel?
25    A   No.

504

1     Q   Can you see what the magnitude of the decline
2 was if any during the time period that she took
3 Seroquel?
4     A   The decline?
5     Q   In her glucose regulatory capacity.
6     A   Well, it clearly got worse if she had a random
7 blood glucose of 205.
8     Q   Can you quantify how much worse?
9     A   No, not from those numbers.
10    Q   Is there any way to quantify how much any
11 decline in her glucose function while taking Seroquel
12 effected her clinical course?
13    A   I don't understand the question.
14    Q   Let me try it again.
15        Are you going to testify that there is any
16 particular consequence of diabetes that Ms. Curley is
17 more likely than not going to have happen to her?
18    A   If something accelerated the time course to
19 the development of diabetes, then it's possible that she
20 will have more years of exposure to the altered
21 metabolism that could put her at potentially more risk
22 for developing complications.
23    Q   Do you know whether something accelerated the
24 time course?
25    A   No, I don't.

505

1    Q   Then my original question was are you going to
2  testify that she is more likely than not going to have
3  any specific consequence of her diabetes at any point in
4  her life?
5    A   Could you repeat the question?
6    Q   Sure.  Are you going to testify that
7  Ms. Curley is more likely than not going to develop any
8  particular consequence of diabetes at any point in her
9  life?
10   A   Because of?
11   Q   Just let's for starters say just because she
12 is a diabetic are you going to say that she is more
13 likely than not going to develop any particular
14 consequence that is associated with having diabetes?
15   A   Well, she could develop diabetic microvascular
16 complications which you have to have diabetes to
17 develop.
18   Q   Right, I am not asking you what are all the
19 complications that one could develop that have been
20 associated with diabetes in populations of people with
21 diabetes, I am asking you whether there is any
22 particular consequences of diabetes that you believe you
23 can say to a reasonable degree of medical certainty
24 Ms. Curley is more likely than not going to get?
25   A   Well, if she didn't get diabetes, she wouldn't

506

1  get diabetic complications.
2    Q   No, start again.  Right now I am not talking
3  about Seroquel, right?
4    A   I wasn't either.
5    Q   Okay.  Your testimony is that Ms. Curley has
6  diabetes, right?
7    A   Correct.
8    Q   And you have written in your report that there
9  are certain bad consequences that can happen generally
10 speaking to people who have diabetes, correct?
11   A   Correct.
12   Q   But you would agree with me that not all of
13 those consequences happen to all patients, right?
14   A   Yes, yes.
15   Q   And in fact there are patients who have none
16 of those bad consequences, correct?
17   A   Correct.
18   Q   So what I want to know is if there is any
19 particular bad consequence that you are going to say
20 more likely than not Ms. Curley is going to see because
21 of the diabetes in her.
22   A   I would have to answer it the same way, if she
23 didn't have diabetes she wouldn't get diabetic
24 complications.
25   Q   Which complication are you prepared to say

507

1  more likely than not she will develop if any?
2    A   Okay, when you phrase it that way I understand
3  that a little better.  I cannot say that she is more
4  likely than not going to develop diabetic complications.
5    Q   Okay.  Is there any complication that is
6  associated with having the disease of diabetes that you
7  believe Ms. Curley has today?
8    A   I don't think so, I know she was on
9  Gabapentin, but I am not sure what the indication for
10 that was, so I can't identify anything that she has
11 today, I don't believe.
12   Q   Would you agree with me that independent of
13 having diabetes she has hypertension and dyslipidemia
14 and a family history of cardiovascular disease?
15   A   Yes.
16   Q   And even if she had never developed diabetes,
17 those risk factors would impact her future prognosis,
18 correct?
19   A   Yes.
20   Q   And being a smoker definitely effects the
21 range of possible bad things that could happen to her in
22 the future?
23   A   Correct.
24   Q   And would you agree with me that there is if
25 at some point in time she develops some problem, you

508

1  couldn't say that that problem was a result of her
2  diabetes as a result of her dyslipidemia, hypertension
3  and smoking?
4        MR. BRUDNER:  Objection, form.
5  BY MS. FREIWALD:
6    Q   Correct?
7    A   If I understand the question correctly, sure,
8  she could develop diabetic nephropathy, which would be a
9  result of her diabetes.
10       If you are talking about cardiovascular
11 disease, we can't separate all those other risk factors.
12   Q   So for all the macrovascular complications,
13 stroke, heart attack, you can't separate all the other
14 risk factors from diabetes, correct?
15   A   No.
16   Q   And those are complications that she clearly
17 has plenty of risk factors for independent of having
18 diabetes, correct?
19   A   Correct.
20   Q   And frankly her smoking puts her at increased
21 risk of microvascular complications too, does it not?
22   A   Probably nephropathy.
23   Q   Nephropathy is disease of small vessels of the
24 kidneys, correct?
25   A   Yes, there are different types.

509

1   Q   None of them great to have?
2   A   Correct.
3   Q   And if you have nephropathy, if you smoke you
4   are at increased risk of developing disease of the small
5   vessels of kidneys, correct?
6   A   Correct.
7   Q   And you are at also increased risk of
8   developing disease of the peripheral vessels, correct?
9   A   Yes.
10   Q   The vessels in your hands and in your feet and
11   your lower legs, correct?
12   A   Correct.
13   Q   And her smoking history puts her at
14   substantially increased risk of developing small vessel
15   disease, does it not?
16   A   That type, those types that we just talked
17   about, yes.
18   Q   And as far as you know Ms. Curley is
19   continuing to smoke today, correct?
20   A   As far as I know.
21   Q   So she continues to expose herself to
22   ever-greater risk of developing macrovascular disease
23   and microvascular disease, correct?
24   A   Yes.
25   Q   Frankly every day she smokes cigarettes she

510

1   increases her risk of having a heart attack or a stroke
2   or developing an aneurysm or having Alzheimer's or
3   having a bunch of other things, right?
4   A   The last two things I don't know about.
5   Q   You don't know of any association between
6   Alzheimer's and smoking?
7   A   No.
8   Q   Then I will limit myself. Every day that she
9   smokes she continues to increase her risk of having a
10   heart attack, a stroke, some other kind of thrombotic
11   event, correct?
12   A   Correct.
13   Q   And she continues to increase her risk of
14   having disease of the small vessels throughout her whole
15   body, correct?
16   A   Yes.
17   Q   And of course she continues to increase her
18   risk of having a whole bunch of different kinds of
19   cancers, correct?
20   A   Correct.
21   Q   Not just lung cancer, but it's breast cancer
22   and renal cancer and liver cancer and bladder cancer?
23   A   Bladder cancer I am aware of, but not the
24   other ones.
25   Q   Would you agree with me that there are --

511

1   A   It's a bad thing.
2   Q   That smoking is a really really bad choice to
3   make, correct?
4   A   Correct.
5   Q   And it's associated with a bunch of different
6   cancers we don't have to necessarily have the same list,
7   but there are several of them, aren't there?
8   A   Yes.
9   Q   And given her history of smoking, her family
10   history of diabetes, her family history of
11   cardiovascular disease, really it would be impossible to
12   make any predictions about what might happen to her in
13   the future or Seroquel having played any role on what
14   might happen to her in the future, correct?
15   A   Correct.
16   (BY Ms. Freiwald)
17   MS. FREIWALD:  We have to take a break because
18   we haven't checked out of our rooms yet.
19   (Whereupon, a short recess was had at
20   3:49 p.m.)
21   BY MS. FREIWALD:
22   Q   Doctor, do you know how much weight -- I'm
23   sorry, do you know how much of a decline in glucose a
24   drug needs to cause for the FDA to approve it as an
25   agent for controlling glucose levels in diabetics?

512

1   A   Not officially, but I think new drugs have to
2   at least lower the hemoglobin A1c that are drugs that
3   are currently on the market, and it's usually about a
4   half a percent or something like that.
5   Q   Do you know if there is any milligram per
6   desilter standard?
7   A   No, I think they go by A1c's.
8   Q   In your own practice do you have some rule
9   that you use for what is a clinically significant shift
10   in A1c either up or down?
11   A   Not really, it depends where you are on the
12   spectrum of A1c's.  Of course if somebody has a
13   hemoglobin A1c of 10, I would expect I would consider
14   clinically significant A1c drop one and a half or two
15   where if somebody has a 1.7 I would consider a half a
16   drop.
17   Q   So if somebody has an A1c of 6, are you going
18   to consider an A1c a 6.19 significant clinically
19   significant?
20   A   Probably not.
21   Q   And are you going to consider a patient who
22   has a shift from 6 to 6.19 different from a patient who
23   has a shift from 6 to 6.2 and a half or 6.3?
24   A   I might start to consider it different than
25   6.2 and a half or 3.

513

1    Q   What is your methodology for doing that?
2    A   No methodology, just gut.
3    Q   And you are saying 6 versus 6.3, 6 versus
4    6.1.9?
5    A   Yes.
6    Q   Is there anything that you can point me to
7    that says that the patient with an A1c of 6.19 is
8    different prognostically than the patient with an A1c of
9    6.3 or 6?
10   A   Not really.
11   Q   Not really?
12   A   No, I mean there is no threshold for
13   complications, it's felt to be a continuum.
14   Q   Is there any data that you are aware of that
15   shows a statistically significant increased risk of
16   diabetes in patients taking Seroquel at 50 milligrams?
17   A   I don't know right now whether there is or
18   not.
19   Q   Is there any study you are aware of that shows
20   a statistically significant increased risk of having any
21   elevated biomarker for diabetes in patients who are
22   taking 50 milligrams?
23   A   What kind of a biomarker?
24   Q   Well, for example are you aware of the concept
25   that different studies can use different endpoints?

514

1    A   Uhm-hum.
2    Q   So I asked you whether you were aware of any
3    study that looked at 50 milligrams of Seroquel
4    particularly with regard to the endpoint of diabetes,
5    correct?
6    A   Correct.
7    Q   And you said you weren't aware of any?
8    A   Not that I can think of off of the top of my
9    head.
10   Q   Would you agree with me that in order to have
11   an endpoint of diabetes you would need confirmed reading
12   based upon ADA criteria, correct?
13   A   Correct.
14   Q   Are you even aware of any study in patients
15   taking 50 milligrams of Seroquel that shows clinically
16   significant elevations of glucose or A1c compared to
17   placebo for example?
18   A   I think, if I am not mistaken, the article I
19   discussed with you earlier does show, did look at
20   patients that were taking less than 100 milligrams per
21   day of Seroquel, if I am not mistaken.
22   Q   Show me what data you are pointing to.
23   A   It was less than 200 milligrams, I stand
24   corrected.
25   Q   Any data you know of in patients with

515

1    50 milligrams?
2    A   Not that I can think of off of the top of my
3    head.
4    Q   Any data that you know of that shows
5    statistically significant increase in diabetes cases or
6    in glucose levels or in A1c levels compared to patients
7    taking placebo at 75 milligrams or 100 milligrams?
8    A   Not that I can specifically point to off the
9    top of my head.
10   Q   Did you make any attempt in formulating your
11   opinions in the Curley case to look at what data exists
12   for the dose that Ms. Curley was taking to see if there
13   is any evidence to support even an association between
14   those doses and increased risk of diabetes?
15   A   She was on a variety of doses, 100 milligrams
16   in March of 2005, I think she was on a higher dose then
17   also at some point.
18   Q   Your report reflects that she was on
19   25 milligrams twice a day, increased to 75 milligrams,
20   increased to 100 milligrams?
21   A   Yes, that is correct, and I think that is
22   accurate.
23   Q   You believe that is accurate?
24   A   I think so.
25   Q   I believe that is accurate too based upon her

516

1    deposition testimony, and what I have seen of the
2    records.
3        Is there any data that you are aware of to
4    even support an association between Seroquel at those
5    doses and increased risk of diabetes or clinically
6    significant shift in glucose levels?
7        MR. BRUDNER:  Objection, sidebar.
8        THE WITNESS:  Not that I can point to off the
9    top of my head, but if I could just point out that
10   we are both incorrect, because at some period of
11   time here she was on 100 milligrams twice a day.
12   BY MS. FREIWALD:
13   Q   Well, actually did you read her deposition
14   testimony?
15   A   I did, but not -- I don't remember what it
16   was.
17   Q   Are you aware that she testified that although
18   the doctor told her she could take the 100-milligram
19   pill twice a day, she never took it more than once a
20   day?
21   A   No, I wasn't aware of that.
22   Q   So assuming that she never took a dose of
23   greater than 100, is there any data you can point me to
24   that shows an increased risk for clinically significant
25   glucose changes with Seroquel at those doses?

517

1    A   Not that I can point to off the top of my
2    head.
3        Q   Are there any data that you can point me to at
4    those doses that support the idea that those doses cause
5    weight gain at the level that you have described in your
6    report for Ms. Curley?
7        A   Not that I can point to off the top of my
8    head.
9        Q   Did you make any effort before you issued your
10   report in this matter to look to see whether there are
11   data that are inconsistent with the idea that the doses
12   Ms. Curley took are associated with increased risk of
13   weight gain or increased risk of diabetes?
14       A   Not specifically, but my sense of the issue is
15   that these things in many studies were found to be dose
16   related.
17       Q   Did you do any kind of systematic review of
18   the literature to see if there is a dosed response for
19   either weight gain or shifts in glucose values or
20   diabetes?
21       A   Related to Seroquel?
22       Q   Yes.
23       A   There is the dose relationship.
24       Q   What is it, I mean where is the data?
25       A   Well, the studies that have looked at the

518

1    development of diabetes do suggest that it's dose
2    related, I don't remember how low the doses go that they
3    look at.
4        Q   Did you look at all the literature to see if
5    there is evidence of a linear dose response?
6        A   I looked at the available literature that I
7    could find.
8        Q   Which is what you checked off, and then I
9    don't actually remember whether Brecher 2007 was on your
10   list, I think it was, and when you say what you could
11   find, you are talking specifically about Brecher 2007?
12       A   That is one that is refreshes in my memory,
13   yes.
14       Q   Did you look at the FDA submission from the
15   company in June of 2008?
16       A   You mean what is in the PDR?
17       Q   No, were you aware that there was a submission
18   related to metabolic parameters by the company in June
19   of 2008 to the FDA?
20       A   I don't think so.
21       Q   Have you looked at any other analysis of the
22   company of dose related data?
23       A   I don't think so.
24       Q   Is it your testimony that there are doses of
25   Seroquel that are not associated with an increased risk

519

1    and then higher doses that may be?
2        A   No, I think it's my testimony that I am
3    probably going to go back and look at this again to see
4    what the data is with the lower doses because I just
5    don't recall.
6        Q   Sitting here today you don't know whether
7    there is any data to support an increased risk at lower
8    doses; is that correct?
9        A   That is correct.
10       Q   And you don't know whether there is any data
11   to support an increased risk for either weight gain or
12   diabetes or clinically significant shifts in glucose
13   values, correct?
14       A   Related to that kind of dose range, I don't
15   recall.
16       Q   If the data at 50 or 75 or 100 milligrams do
17   not show a difference between Seroquel and placebo, that
18   would be further evidence that the Seroquel played no
19   role in Ms. Curley having diabetes, correct?
20           MR. BRUDNER:  Objection, form.
21           THE WITNESS:  Well, could certainly be
22   evidence against it.  Studies - the results of
23   studies aren't always the same, applicable to the
24   real world.
25

520

1    (BY Ms. Freiwald)
2    BY MS. FREIWALD:
3        Q   But before you came into court and testified
4    that Seroquel played a role in causing Ms. Curley's
5    diabetes and AstraZeneca should pay her money damages
6    for that, you would want to know whether there is any
7    data to even support an association of the doses she
8    took, correct?
9        A   I said I was going to go back and look at that
10   specific issue.
11       Q   But sitting here today you can't say that you
12   have that information at hand, right?
13       A   No, that is correct.
14       Q   Did you attempt to look at Ms. Curly's weight
15   pattern after she stopped taking Seroquel to see her
16   losses and gains?
17       A   I think I did, I think I mentioned after she
18   was -- let me find out where she was taken off the
19   Seroquel was she continued on it or was she -- I think
20   she was continued on it, if I am not mistaken, at least
21   quite sometime.
22       Q   Let me ask this question, do you know when
23   Ms. Curley stopped taking Seroquel?
24       A   That is what I am trying to find out.  I don't
25   right at this moment.  I can't find it right at this

35 (Pages 517 to 520)

521

1   moment.  I did know, because I remember making a note of
2   it.
3       Q   Does it say it in your report anywhere?
4       A   I thought it did.  I thought it did honestly,
5   but I don't see it now, which sort of would lead me to
6   believe that it wasn't stopped, let me just see if I can
7   find it.
8           I think she was continuing on it until
9   sometime in 2006 to the best of my knowledge.
10      Q   That would be a pretty important thing to
11  know, wouldn't it?
12      A   Yes, and I think I did know it because you're
13  right, it obviously is an important thing to know.
14      Q   If you don't know when she stopped taking
15  Seroquel, then would you agree with me that sitting here
16  today you don't know what her pattern of post Seroquel
17  weight loss or weight gain was?
18      A   No, but in February 2006 it's mentioned that
19  she had an allergy to Seroquel, I would assume that
20  would imply that somebody was going to discontinue or
21  had to discontinue it.
22      Q   What are you assuming?
23      A   That it was discontinued.
24      Q   Do you know when?
25      A   I know she was still on it in June 2005, but

522

1   then in February 2006 it's noted that she had an allergy
2   to Seroquel.  So if it was discontinued then it was most
3   likely discontinued prior to that.
4       Q   But you don't know sitting here today when it
5   was discontinued?
6       A   I don't know that sitting here today, although
7   I am sure I did know it and I will certainly go back and
8   check.
9       Q   Doctor, do you understand this is my chance to
10  take your deposition?
11      A   I understand that, I am sorry.
12      Q   And that I have a right to know what your
13  opinions are, not what they might be after you learn the
14  case, correct; do you understand that?
15      A   Yes.
16      Q   And you had an obligation to do a full and
17  thorough review of this case before you formed an
18  opinion, didn't you?
19      A   Yes, I did.
20      Q   And you had an obligation to know whether
21  there were any data supporting even an association
22  between Seroquel and diabetes with the dose she took,
23  didn't you?
24      A   Yes.
25      Q   And you didn't fulfill that obligation, did

523

1   you?
2       A   I didn't think about that.
3       Q   And you also had an obligation to look at all
4   of her weight gain and know what her pattern of weight
5   gain and loss was before you formed an opinion in this
6   case, didn't you?
7       A   I looked at the records that I was given.
8       Q   Well, you had an obligation to make sure that
9   they were thorough, didn't you?
10      A   Yes.
11      Q   And because if she was a weight cycler, that
12  substantially impacts whether her weight shifts on
13  Seroquel were typical for her or whether they were not
14  typical for her?
15      A   As I have said before she obviously was a
16  person who had a tendency to gain and lose weight.
17      Q   But the important thing was knowing that and
18  you didn't know that before you gave your opinion, did
19  you?
20          MR. BRUDNER:  Objection, form.
21  BY MS. FREIWALD:
22      Q   What was important was that you knew the
23  extent of her tendency to gain and lose weight before
24  you offered your opinion?
25          MR. BRUDNER:  The same objection.

524

1           THE WITNESS:  You're right, I did not know to
2   the extent to which prior to the Seroquel she did
3   that, but I don't think that that necessarily
4   impacts on future risk factors for gaining weight;
5   in other words when she was gaining and losing
6   weight before Seroquel, menopause wasn't a
7   significant factor, but yet we consider it to
8   possibly be a factor during a time later on in her
9   life.
10  (BY Ms. Freiwald)
11  BY MS. FREIWALD:
12      Q   Well, you have to know all the things that
13  impacted her gaining and losing weight before, during
14  and after she took Seroquel, correct?
15      A   Yes.
16          MR. BRUDNER:  Objection.
17  (BY Ms. Freiwald)
18  BY MS. FREIWALD:
19      Q   And you have to decide whether there is any
20  methodology whether Seroquel made a difference in her
21  weight gain patterns, correct?
22      A   Correct.
23      Q   And you didn't do that, right?
24      A   I formed an opinion based on the information
25  that I was given and the thought processes that I went

525

1  through.
2     Q   But we can agree now that that was an opinion
3  that wasn't based on all of the evidence that was
4  relevant, right?
5     A   Which evidence was relevant that I didn't?
6     Q   You didn't have all the evidence about her
7  weight patterns, correct?
8     A   I stated that the relevance of that to me is
9  less than it is to you.
10    Q   Okay.  Well, you would agree that it's
11 relevant whether she gained and lost weight before she
12 took Seroquel --
13        MR. BRUDNER:  Objection, form, asked and
14     answered.
15        (BY Ms. Freiwald)
16 BY MS. FREIWALD:
17    Q   -- And in what amount?
18    A   I don't know what amount.  I stated a number
19 of times that she obviously was a person who had a
20 tenancy to gain weight.
21    Q   Doctor -- mover to strike as nonresponsive --
22 You would agree it's relevant to know how much of a
23 weight cycler she was, correct?
24        MR. BRUDNER:  Objection, form, and asked and
25     answered.

526

1        THE WITNESS:  I think we disagree on the
2     relevance.
3        (BY Ms. Freiwald)
4  BY MS. FREIWALD:
5     Q   You are telling me that it's not relevant
6  whether somebody made 20 pounds swings or whether they
7  were more or less stable before they ever took Seroquel?
8     A   I don't think it's the most relevant thing,
9  no.
10    Q   What is the most relevant thing?
11    A   It's the weight gain that she had later on
12 when she developed the diabetes.
13    Q   You don't know that that weight gain had
14 anything to do with Seroquel if she was somebody who had
15 major weight gains before she ever took Seroquel?
16    A   And I have said that I do agree with you as
17 far as that goes.
18    Q   So you didn't make any effort before you
19 issued your report to actually conclude that the
20 Seroquel was a cause of her weight gain, right?
21        MR. BRUDNER:  Objection, form.
22        THE WITNESS:  I don't think I can say that
23     it's a cause of her weight gain, and I think I can
24     say that you can't rule it out.
25

527

1  BY MS. FREIWALD:
2     Q   You didn't do anything to systematically
3  determine that Seroquel was a cause of her weight gain,
4  correct?
5     A   I don't know what I would be able to do to
6  systematically determine that Seroquel was a cause for
7  her weight gain.
8     Q   The last paragraph of your report, Doctor,
9  says the exposure to a medication which caused weight
10 gain worsened her underlying insulin resistance.
11        You agree that you can't say that the
12 medication caused weight gain in Ms. Curley, correct?
13        MR. BRUDNER:  Objection, form.  Asked and
14     answered.
15        THE WITNESS:  Not with a hundred percent
16     surety.
17        (BY Ms. Freiwald)
18 BY MS. FREIWALD:
19    Q   You can't say more likely than not?
20    A   I think more likely than not it has had
21 something to do with her weight gain.
22    Q   Doctor, you told me you can't tell, you don't
23 know how much weight gain would be associated with
24 Seroquel, if any, given her patterns of weight gain
25 before she ever took the drug --

528

1        MR. BRUDNER:  Objection, form.
2  BY MS. FREIWALD:
3     Q   -- Correct?
4     A   No, you said that, I didn't say that.  I said
5  she was somebody that tends to gain and lose weight.
6     Q   How much weight gain was caused by the
7  Seroquel?
8     A   I don't know.
9     Q   Any can you tell me?
10    A   I don't know.
11    Q   Okay.  So you would agree this sentence the
12 exposure to a medication which caused weight gain --
13    A   Is overstated.
14    Q   -- Is not accurate?
15    A   It's overstated.
16    Q   You can't say that it caused weight gain and
17 that it actually worsened her underlying insulin
18 resistance?
19    A   No, I should have said it may have caused
20 weight gain.
21    Q   So the best you could say it's a possibility
22 based upon some generalities that you believe are true?
23        MR. BRUDNER:  Objection, form.
24        THE WITNESS:  That what I can say is it's a
25     possibility.

529

1  BY MS. FREIWALD:
2      Q   That is the best you can say?
3      A   Yes.
4      Q   And you didn't know that she had actually lost
5  18 pounds in the first 15 months on Seroquel?
6      A   No, I didn't know that, if I recall correctly.
7      Q   And that is clearly highly relevant and part
8  of a thorough review and analysis of this case, isn't
9  it?
10     A   Yes.
11     Q   And it's something that you should have
12  thought of and considered before forming an opinion that
13  Seroquel caused weight gain which worsened her
14  underlying insulin resistance, correct?
15     A   I already stated that the sentence is perhaps
16  overstated.
17     Q   So the fact that she lost 18 pounds in the
18  first 15 months on Seroquel is something that you should
19  have considered before issuing your report in this case?
20     A   No, it's --
21     MR. BRUDNER:  Objection, form.
22     THE WITNESS:  It doesn't mean that the
23  Seroquel didn't have a role in her weight gain
24  later.
25

530

1  BY MS. FREIWALD:
2      Q   But as a responsible doctor wanting to do a
3  thorough job and a careful job and not a misleading job,
4  you would agree with me that you should have known that
5  she lost 18 pounds in the first 15 months on Seroquel?
6      MR. BRUDNER:  Objection, form.
7      THE WITNESS:  But I didn't know because I
8  didn't have access to those reports.
9  BY MS. FREIWALD:
10     Q   Is that because the Plaintiff's lawyers didn't
11  give it to you or because you didn't find it in what you
12  had?
13     A   I'm sure it's probably because I didn't find
14  it in what I had.
15     Q   So you had the access, you just didn't see it?
16     A   I don't know that.  I don't assume that they
17  would give me everything that they had, I just didn't
18  see it.
19     Q   And you don't know what her patterns of weight
20  gain or loss were after she took Seroquel, correct?
21     A   Well, as I stated here I think she actually
22  lost some weight, but she was then on a medication that
23  is associated, it has a side effect of weight loss.
24     Q   And you don't know what other medication
25  changes she made during that time that would have also

531

1  effected her weight, correct?
2      A   Well, I have mentioned several of her
3  medications here.
4      Q   But you haven't done a systematic review to
5  figure out what the full range of medications were that
6  could have effected her weight off of Seroquel?
7      A   I looked at her medical records.
8      Q   You couldn't even list me three or four of the
9  medications that could have effected her, right?
10     A   I don't believe that's true.
11     Q   You note one medication that you say could
12  have impact her losing weight after Seroquel?
13     A   Yes.
14     Q   And did she also gain weight after Seroquel?
15     A   Yes, she did.
16     Q   You have her up at 170 pounds?
17     A   Yes.
18     Q   And that because it's getting late I'm not
19  going to bother with whether that's her absolute highest
20  weight or not, but even 170 pounds would be higher than
21  what she was before she started Seroquel, correct?
22     A   She weighs 140 something, yes.
23     Q   So she has shown that she has been able to
24  continue to gain weight off of Seroquel, correct?
25     A   She is also on another medication that has a

532

1  side effect of weight gain, yes.
2      Q   Did you know what other things have changed in
3  her life that might also effect her weight gain, changes
4  in habit, changes in diet, changes in mood?
5      A   No, but one of the most important things I
6  think is she is on a medication that is associated with
7  weight gain.
8      Q   Which one is that that you are pointing to?
9      A   Avandia.
10     Q   And do you use Avandia?
11     A   Yes.
12     Q   Avandia is a medication for glucose control?
13     A   Yes.
14     Q   In diabetics who are not insulin dependent,
15  correct?
16     A   Correct.
17     Q   And even though it's associated with increased
18  weight, you consider it to be a good therapeutic choice
19  for some patients with diabetes, correct?
20     A   For not for many patients, I don't use it very
21  much.
22     Q   We have talked about the fact that insulin is
23  also associated with weight gain, correct?
24     A   Correct.
25     Q   And there are other medications that you use

38 (Pages 529 to 532)

533

1    in patients with diabetes that are associated with
2    weight gain, correct?
3       A  Correct.
4       Q  And is that because a medication can cause
5    weight gain and still have a net benefit for somebody
6    who has got impaired glucose metabolism or frank
7    diabetes?
8       A  That is correct.
9       Q  The mere fact that a medication is associated
10   with some amount of weight gain doesn't mean that it's
11   going to cause a net harm to the patient in terms of
12   their diabetes, right?
13      A  Correct, because they have mechanisms of
14   action built into them that stabilize the dysmetabolism.
15      Q  And by the same token, a medication might
16   cause weight gain, but it might do things to stabilize
17   somebody's life, allow them to eat better, allow them to
18   exercise, allow them to be more active and that could
19   generate a net benefit, correct?
20      A  Correct.
21      Q  If you go back in your review of the data on
22   low dose Seroquel, and you see that there is no
23   statistically significant data showing increased
24   diabetes or increased glucose disregulation in patients
25   taking those doses versus placebo, would you agree that

534

1    you could not offer the opinion that you have offered in
2    the Curley case?
3       A  I would agree that the evidence would be much
4    less, but still not impossible.
5       Q  Is it your belief that your job is to come in
6    to court and tell a jury that AstraZeneca should pay
7    money to Mrs. Curley for having diabetes as long as it's
8    not impossible that AstraZeneca played some role in
9    that?
10      MR. BRUDNER:  Objection, form.
11      THE WITNESS:  No, I have never thought of my
12   role involving anything to do with money.
13   BY MS. FREIWALD:
14      Q  Well, that's what it is, Doctor?
15      A  I haven't thought about it that way.
16      MR. BRUDNER:  Objection, form.
17      (BY Ms. Freiwald)
18   BY MS. FREIWALD:
19      Q  Well, is the opinion you are going to give to
20   a jury simply that it's not impossible that Seroquel
21   played some role in Mrs. Curly's diabetes?
22      A  Probably.
23      Q  Is that the strongest opinion you can give at
24   this point?
25      A  Yes.

535

1      Q  Okay.  Let's talk a little bit about your
2    practice, I never asked you this many hours ago.
3       Can you just tell me generally what your
4    patient population looks like, Doctor?
5      A  I take care of primarily patients with both
6    Type I and Type II diabetes and/or metabolic syndrome,
7    and I have several patients with polycystic ovarian
8    syndrome.
9      Q  Several, what does that mean?
10      A  I probably have 20 or 25 women with PCOS.
11      Q  Can you tell me a little bit about what your
12   understanding is in terms of the relationship between
13   PCOS and diabetes risk?
14      A  Many women with PCOS already have metabolic
15   syndrome.  Many women with PCOS tend to be overweight or
16   obese, so they tend to be at increased risk for
17   developing Type II diabetes because of these things.
18      Q  And do they carry that risk even if they have
19   their ovaries removed in some cases?
20      A  Some of them do have an underlying genetic
21   type of insulin resistance, but I don't think that's
22   mainstream.
23      Q  Is it your opinion that the PCOS is a
24   manifestation of metabolic disregulation more than a
25   cause of the metabolic disregulation?

536

1      A  Yes, it's my understanding that the insulin
2    resistance which creates hyperinsulinemia causes
3    disturbance in ovarian function which results in PCOS.
4      Q  So the problem doesn't go away when the
5    ovaries go away, the problem with the ovaries is just
6    part and parcel of the metabolic disregulation in these
7    women?
8      A  Well, it's a vicious cycle, so if you do
9    control the ovarian oversecretion to some extent, then
10   there can be some impact on the metabolic problems as
11   well, but usually you have to do it the other way, you
12   have to impact the metabolic problems and that results
13   in better ovarian function.
14      Q  About how many patients do you see a week?
15      A  In my private practice about 12.
16      Q  Can you tell me how you divide your time?
17      A  You mean during the days of the week?
18      Q  Sure.
19      A  I supervise a diabetes clinic at the VA one
20   morning a week, which involves supervising fellows and
21   residents, medical students.
22      I see patients all day one day a week.  I do
23   research other hours during the week.  Other than that
24   there is not really much set time.  Certain months of
25   the year I have more responsibilities for inpatient

537

1   teaching than other months, and more responsibility for
2   consultations.
3       Q   The 12 patients a week, that is basically the
4   number of patients you can see in one day in the office?
5       A   Yes.
6       Q   And you are only in your private office one
7   day a week?
8       A   Yes.
9       Q   And the VA patients, none of those are your
10  personal patients, correct?
11      A   Correct.
12      Q   How does that work, you round with students?
13      A   It's mostly fellows and residents, then they
14  will see the patients initially and formulate an opinion
15  about what the care should be, come and talk to me about
16  it and then I go see the patient with them.
17      Q   So what percentage of your time is actually
18  spent inpatient care?
19      A   25 to 30 percent.
20      Q   And what happens with the other 75 percent of
21  your time?
22      A   It's probably more than 25 to 30 percent if
23  you average it out over the year, so it's probably like
24  30 to 40 percent patient care.  I am chief of
25  endocrinology at the VA Hospital, so that requires

538

1   10 percent administration.  Up until August 1st I was
2   chief of the division of endocrinology for the
3   University of Miami, so that has freed up a considerable
4   amount of time.
5       About 20 to 25 percent of my time I am the
6   director of the fellowship training program.
7       Q   And are you able to divide your time between
8   Type I and Type II diabetes?
9       A   Yes, you mean how many of each patient that I
10  see?
11      Q   Yes.
12      A   I probably see 70 percent Type II or metabolic
13  syndrome types and the rest Type I.
14      Q   Do you have any patients who are not frankly
15  diabetic, but are coming to you because they have
16  metabolic syndrome and they are trying to prevent
17  getting diabetes?
18      A   Yes, a few.
19      Q   That is a rare thing?
20      A   It's relatively uncommon.  I usually have to
21  have a special reason to see people like that.
22      Q   So most of the time by the time somebody comes
23  to you they already are carrying a diagnosis of diabetes
24  or presumed diabetes from their primary care doctor or
25  their cardiologist or something like that?

539

1       A   Most of the time.
2       Q   And I gather you have never had a patient who
3   you thought developed diabetes because of their use of
4   Seroquel or any other antipsychotic?
5       A   No, not in my practice.
6       Q   You have never sent an adverse event report to
7   the FDA or to any pharmaceutical company saying I had a
8   patient that I thought developed diabetes in whole or in
9   part from the use of an atypical antipsychotic; is that
10  right?
11      A   No, that is right.
12      Q   And you have never published anything other
13  than your paid expert reports in these cases about the
14  association between atypical antipsychotics and
15  diabetes, correct?
16      A   Correct.
17      Q   Other than your administrative work and the
18  one day a week you see private patients and your work at
19  the VA, is there anything else you do with your medical
20  degree, any consulting work, any work for industry?
21      A   Yes, occasionally I consult for industry or
22  speak.
23      Q   You told me about the work you did for Bristol
24  Myers related to Abilify, and have you done any work for
25  any other pharmaceutical company related to atypical

540

1   antipsychotics?
2       A   No.
3       Q   You have worked with a variety of
4   pharmaceutical companies having to do with medications
5   for diabetes, correct?
6       A   Yes.
7       Q   Or other potential interventions for diabetes
8   like weight loss drugs, right?
9       A   Correct.
10      Q   So you have done work, am I right, for Merck?
11      A   Correct.
12      Q   For Novo/Nordisk?
13      A   Correct.
14      Q   For Pfizer?
15      A   Correct.
16      Q   For Synovia/Venus?
17      A   Correct.
18      Q   For Takeda?
19      A   Yes.
20      Q   For Lilly?
21      A   Yes.
22      Q   For Amylin?
23      A   Yes.
24      Q   We have already said for BMS, for EMP, I don't
25  even know what that is.

541

1    A   EMP, I don't know what that is either.
2    Q   For Roche?
3    A   Yes, way back.
4    Q   Pharmacia?
5    A   I don't recall that.
6    Q   Knoll?
7    A   Yes, way back.
8    Q   Did I miss anybody or does that more or less
9    cover it?
10   A   More or less.
11   Q   And has that work included research?
12   A   Yes.
13   Q   On drug development or clinical trials?
14   A   Yes.
15   Q   And when you have done that work, have you
16   thought that it was appropriate that the companies were
17   sponsoring clinical trials and having doctors such as
18   yourself participate in them?
19   A   Yes.
20   Q   You didn't think that because the company was
21   sponsoring the clinical trial that that meant it was bad
22   or biased or anything like that?
23   A   No.
24   Q   You certainly didn't think that your
25   credibility should be questioned because you were

542

1    willing to work with a pharmaceutical company that was
2    investigating a potentially helpful new drug, did you?
3    A   No.
4    Q   Or investigating new indications for a drug?
5    A   Correct.
6    Q   There is nothing wrong with that, is there?
7    A   Not in my opinion.
8    Q   Would it be your opinion that in fact it's
9    important for pharmaceutical companies to sponsor
10   research and to see if there are new potential
11   indications for medicines?
12   A   Yes, I believe that.
13   Q   And they shouldn't be criticized for the work
14   they do and have people claim that it's biased just
15   because they have done it, correct?
16       MR. BRUDNER: Objection, form.
17       THE WITNESS: Not unless there is evidence
18   that it's biased.
19   BY MS. FREIWALD:
20   Q   You would really need something to say the
21   mere fact that it was sponsored by a pharmaceutical
22   company doesn't make it biased, does it?
23   A   I certainly hope not.
24   Q   And have you also been part of speaker
25   bureaus?

543

1    A   Yes.
2    Q   In addition to the work you have done for BMS?
3    A   Yes.
4    Q   And did you think that was a valuable thing to
5    do?
6    A   Yes.
7    Q   Why did you think it was a valuable thing to
8    do?
9    A   It provides education.
10   Q   Do you think that those kinds of educational
11   opportunities are important for doctors?
12   A   Yes.
13   Q   Are they a way for people who specialize in
14   particular areas like yours to get more information
15   about new therapeutic choices that might help their
16   patients?
17   A   Get it out to the general physician audience?
18   Q   Well, let's take it in two ways.  Being an
19   advisory, have you been on advisory boards?
20   A   Yes.
21   Q   And did you think that was a good way for you
22   to learn about new ways you could help your patients?
23   A   No, they really weren't those kind of advisory
24   boards, they were like --
25   Q   Tell me what they were.

544

1    A   I don't think I can do that.
2    Q   Is there any way you can tell me generally
3    without disclosing any confidence?
4    A   Well, if a company is developing a new type of
5    intervention or drug, they may have a panel of what they
6    consider to be experts come and advise them on what kind
7    of additional studies should be done, when it goes to
8    market what is the right message to get out, those type
9    of things.
10   Q   And did you think that that was good and
11   valuable work for you to do?
12   A   Yes.
13   Q   Did you think that it was appropriate for
14   those companies to solicit the opinions of doctors about
15   what kind of studies they should do or even how they
16   should approach physicians in marketing their product?
17   A   Yes.
18   Q   And in fact do you think that it's better for
19   them to get the opinions of doctors like yourself than
20   to not get the opinions of doctors on these matters?
21   A   Probably, yes.
22   Q   And did you think that you had the ability to
23   be unbiased and objective and provide those
24   pharmaceutical companies with thoughtful and critical
25   assessment of what they should do in developing their

41 (Pages 541 to 544)

545

1 drug?
2    A  Yes.
3    Q  And was it generally your experience that
4 those companies seemed to take your opinions and the
5 opinions of your colleagues seriously, respect them,
6 consider them?
7    A  Yes.
8    Q  That is what you would expect a pharmaceutical
9 company to do, wouldn't you?
10    A  Yes, correct.
11    Q  That doesn't necessarily mean that they always
12 agree with the recommendations that they get from the ad
13 board, does it?
14    A  No, it certainly doesn't.
15    Q  But in your experience have the exchanges been
16 professional and appropriate and handled with what you
17 would consider to be scientific good faith?
18    A  Yes, I think in most cases that's true.
19    Q  Have you also gone to talks that are sponsored
20 by pharmaceutical companies about different therapeutic
21 agents?
22    A  Rarely.
23    Q  Have you participated in giving some of those
24 talks other than the ones you gave for BMS?
25    A  Yes.

546

1    Q  And have you thought that was a good thing to
2 do?
3    A  Yes.
4    Q  A way of educating maybe people who have less
5 expertise in a particular area than you do?
6    A  Correct.
7    Q  For example is it important to you to try to
8 reach out to PCPs who are not expert, as expert in
9 endocrinology as you might be, but practically speaking
10 are dealing with some of these issues?
11    A  Yes.
12    Q  And did you ever think there was anything
13 wrong in trying to talk about medicines for treating
14 diabetes with PCPs?
15    A  No.
16    Q  I asked you - I started to ask you a question
17 about your ad board work, and you said something to me
18 about did you think it was a good way to educate other
19 doctors; do you remember that?
20    A  Yes, about my what kind of work.
21    Q  I thought I was asking about your advisory
22 board work, I am trying to take us back to that point.
23      Did you think -- are there things you have
24 done with pharmaceutical companies that you thought were
25 good ways to educate the broader physician community

547

1 other than what we have already discussed?
2    A  Other than what we have discussed, no.
3    Q  Have you participated in CME's that talk about
4 disease states?
5    A  You mean as a speaker?
6    Q  Yes.
7    A  Yes.
8    Q  On did you think that was a good thing to do?
9    A  Yes.
10    Q  And do you consider it important for doctors
11 to help train other doctors about advances in the field
12 and development of scientific information?
13    A  Yes, I do.
14    Q  Did you get compensation for your time in
15 doing the different kinds of work we have talked about,
16 whether it's being on an advisory board or participating
17 as a speaker or being a clinical investigator?
18    A  Yes.
19    Q  Did you ever think it was inappropriate for
20 you to take compensation for those activities?
21    A  No.
22    Q  Do you agree with me that it's perfectly
23 appropriate for a physician to take compensation for
24 those activities?
25    A  Yes, I do.

548

1    Q  It takes a lot of work to put together a talk
2 to give to other doctors, doesn't it?
3    A  Yes.
4    Q  And it takes work to be a thoughtful
5 participant on a advisory board, doesn't it?
6    A  Yes.
7    Q  And doctors are busy and there is certainly
8 nothing wrong with paying them for their time and their
9 expertise, is there?
10    A  I don't think there is.
11    Q  Your reliance list, or your reference list
12 includes some internal company documents, did you
13 actually look at any of those?
14    A  No.
15    Q  Have you ever made a medical judgment based on
16 any internal company's documents from pharmaceutical
17 company?
18    A  I don't think so.
19    Q  Is that something that they teach you in
20 medical school?
21    A  No.
22    Q  Would you agree with me that you would want to
23 make any of your medical judgments based on scientific
24 literature of the type that you would normally rely on
25 in your clinical practice?

549

1    A   Yes, as I rule I think that's true.  I can
2  imagine that there might be internal documents that
3  would be revealing that were being withheld for whatever
4  reason, every once in awhile you hear about a company
5  doing that.
6    Q   But before you made any judgment based upon
7  those documents, you would want to know the full story
8  surrounding those documents, rights?
9    A   Yes.
10    Q   You wouldn't want to rely on some email taken
11  out of context without knowing what people have
12  testified to regarding that email what the explanations
13  have been, what the context has been, the whole thing,
14  correct?
15    A   Yes, I think so.
16    Q   There is a lot of room for somebody to be
17  misled if they just look at cherrypick documents and
18  don't know the full story, correct?
19    A   I guess so, but I have never been in that
20  situation, I can only imagine.
21    Q   You made a decision in your review of these
22  cases that you have looked at you would limit yourself
23  to the medical records, or Ms. Grainger's summary, and
24  the peer review data that you were able to find,
25  correct?

550

1    A   Yes, I did.
2    Q   You don't consider yourself an expert in FDA
3  labeling, do you?
4    A   No.
5    Q   And you didn't make any attempt to look at the
6  different labels for Seroquel at different points in
7  time and assess whether they were appropriate or not,
8  correct?
9    A   I saw one package insert from I don't know
10  what year it was.
11    Q   But that's the only one you looked at, right?
12    A   Yes.
13    Q   And there is nothing in your report that
14  purports to offer an opinion about that appropriateness
15  of the label at any point in time?
16    A   No.
17    Q   That is not an area where you consider
18  yourself to have expertise, correct?
19    A   Correct.
20    Q   Now, last time we were together Mr. Pirtle did
21  ask you some questions about the lipid data in the
22  Seroquel label; do you remember that?
23    A   Yes, I do.
24    Q   He actually showed you a draft label that
25  unfortunately we don't have with us today, but do you

551

1  remember him putting a document in front of you?
2    A   Yes, I don't remember what the document was,
3  but I do remember him pitting it in front of me.
4    Q   He represented to us that - it's on the
5  record - that it was a draft version of the Seroquel
6  label he represented it as having language consistent
7  with at least some iteration of the Seroquel label,
8  okay?  Do you remember that he asked you questions about
9  the percentage change in certain lipid parameters?
10    A   Yes.
11    Q   Seen in some number of patients taking
12  Seroquel?
13    A   I do remember.
14    Q   Before he put that in front of you, had you
15  looked at any of the data on lipid shifts in patients
16  using Seroquel?
17    A   Only what is included in the reviews of other
18  papers that I have already mentioned that I read.
19    Q   Did you make any attempt to look at what the
20  mean shifts or triglycerides or LDL or HDL were in
21  patients taking Seroquel at different doses for
22  different periods of time?
23    A   Not that I recall.
24    Q   Do you know if the shifts that you described
25  last time in Mrs. Burns were supported by, were

552

1  consistent with the mean shifts that were reported in
2  the label?
3    A   I don't remember the changes in Mrs. Burns
4  today.
5    Q   Other than what was in the label, you don't
6  have any specific knowledge of what has been seen in
7  clinical studies of Seroquel in terms of triglyceride or
8  cholesterol shifts, do you?
9    A   I think there are some changes that have been
10  observed in terms of elevating particularly
11  triglycerides, but I would have to go back and review it
12  again to be certain.
13    Q   Can you quantify for me the magnitude of the
14  changes as you understand them?
15    A   I can't right now.
16    Q   We talked a little while ago about the fact
17  that you are not going to offer an opinion that Abilify
18  or Geodon would have had a different effect on
19  Mrs. Curley from the standpoint of metabolic changes,
20  remember that conversation?
21    A   Yes.
22    Q   I just want to be clear, you are also not
23  expert in other side effects that are associated with
24  Abilify or Geodon, are you, correct?
25    A   No.

553

1    Q   So for example do you know whether Abilify is
2    viewed as agitating, and therefore wouldn't be a good
3    choice for somebody like Mrs. Curly who was having a
4    problem sleeping?
5        MR. BRUDNER:  Object to form.
6        THE WITNESS:  No, I don't.  I barely know what
7    that means.
8    (BY Ms. Freiwald)
9    BY MS. FREIWALD:
10   Q   Okay.  Do you know how these cases came to
11   you, how you came to be an expert in this litigation?
12   A   I received an email originally from Glenda
13   asking if she could come and meet with me about whether
14   or not I would be interested in getting involved in this
15   type of thing.
16   Q   And at that point in time did you discuss
17   specifically the Burns and Guinn and Curley cases or did
18   that come later?
19   A   I think she told me basically sort of the
20   overview of what - I don't know if it was specifically
21   those cases - but the kind of case that they would be
22   asking me to review.
23   Q   Do you know how Glenda got your name?
24   A   I think a colleague of mine gave it to her.
25   Q   Have you ever put your name with any expert

554

1    referral organization?
2    A   No.
3    Q   Have you ever agreed to be an expert for
4    Plaintiff's lawyers in any other litigation involving
5    any antipsychotic drugs?
6    A   No.
7    Q   Have you ever done consulting work as an
8    expert witness for Plaintiff's lawyers before?
9    A   No, no.
10   Q   Other than Glenda, have you had any contact
11   with anybody representing Plaintiffs before you got to
12   the point of preparing for your deposition?
13   A   Glenda came accompanied with an attorney from
14   their office, I don't remember his name.
15   Q   Was it only one meeting that you had with
16   Glenda in person?
17   A   No.  I met with her for the initial
18   discussion, then two other times I think.
19   Q   And was a lawyer there only one other time?
20   A   I think he was there both times.
21   Q   But you don't know his name?
22   A   Sorry, I have his card in my office.  Glenda
23   did most of the talking.
24   (BY Ms. Freiwald)
25       MS. FREIWALD:  Why don't you give me five

555

1    minutes to look at my notes and I will see what
2    else I have and we can finish up.
3        (Whereupon, a short recess was had
4    at 4:57 p.m.)
5    BY MS. FREIWALD:
6    Q   A few things finishing up.
7        Doctor, are you full-time or part-time?  I was
8    a little confused about that based upon how you
9    described.
10   A   Well, I am a full-time faculty member.  Part
11   of my salary comes from the University of Miami and part
12   of it from the VA Hospital.
13   Q   Seeing patients one day a week in private
14   practice, for how long has that been your schedule?
15   A   Since I started on faculty in 1990, so many
16   years, 18 years.
17   Q   And when you see patients at the VA, do you
18   see the same patients over and over again, or is this
19   whoever happens to be there on a particular day?
20   A   Well, it's a little of both.  Its' a diabetes
21   management clinic, so we tend to have the same patients
22   come back over and over again, but there is always new
23   ones coming in.
24   Q   But they are not particularly your patients?
25   A   Some of them are.

556

1    Q   What does that mean?
2    A   Some of them I get more involved with than
3    others.  I tend to be the one person in that clinic who
4    is almost always there, whereas the fellows come and go,
5    so the patients actually know me better than they know
6    the fellows.
7    Q   One of the studies you have done through the
8    VA is the study of looking at the benefits of good
9    glucose control, right?
10   A   Yes.
11   Q   That is the VADT study?
12   A   Yes.
13   Q   And one of the conclusions of that study is
14   that excellent glucose control is possible, correct?
15   A   Correct.
16   Q   And you agree with me that patients can
17   achieve blood glucose control and can substantially
18   reduce or even eliminate their chances of having a bad
19   outcome, correct?
20   A   Especially in the research study.
21       MR. BRUDNER:  Objection, form.
22   (BY Ms. Freiwald)
23   BY MS. FREIWALD:
24   Q   You tell your patients I imagine, either at
25   the VA or in your private practice, that they can manage

44 (Pages 553 to 556)

557

1  their diabetes if they work with you with trying to
2  manage their diabetes?
3      A   Yes, I would say so.
4      Q   In the context of being a doctor, you don't
5  turn to your patients and say all these horrible things
6  are going to happen to you, you turn to your parents and
7  say this is a disease that we can live with, that we can
8  manage, that we can create a good outcome with, correct?
9      A   I think that is the general approach you start
10  with.  Sometimes you have to tell them the bad things
11  that will happen too, if they are not compliant.
12      Q   Sometimes you have to do that to scare them
13  into compliance?
14      A   Scare is a little strong of a word, but, yes,
15  general gist of it.
16      Q   You have even written that the fear of
17  diabetes often is not enough to make patients change
18  their habits, correct?
19      A   I would certainly believe that, I don't
20  remember writing it, but if you say I did, I believe it.
21      Q   And it may not even be enough to make people
22  change their habits when they know they are at high
23  risk, correct?
24      A   Unfortunately that is correct.
25      Q   People will often engage in habits that have

558

1  no upside to them, only downside and they know the
2  downside is there and unfortunately they don't change
3  their behavior, correct?
4      A   Correct.
5      Q   Smoking is an example of that, there is
6  nothing good that comes from it, and people know that it
7  can do harm to them and they don't change their
8  behavior, correct?
9      A   I would think that is a good example.
10      Q   But generally speaking when you talk to your
11  patients am I right what you try to say to them is that
12  there is good evidence that they can substantially
13  reduce or even eliminate the chances of having serious
14  diabetes complications if they follow your advice?
15      A   If they do it early enough, yes.
16      Q   One of the reasons it's important to do it
17  early is because many patients before they are even
18  diagnosed with diabetes have had the effects of
19  hyperglycemia for years?
20      A   That's very true.
21      Q   Now, you have also said, and I think this is
22  in your report, that diabetes isn't simply a matter of
23  sugar levels, right?
24      A   Correct.
25      Q   There tends to be a clustering of risk factors

559

1  in patients who are diabetic, correct?
2      A   Type II diabetes, yes.
3      Q   And when you see patients who have several
4  risk factors for diabetes, what we now call the
5  metabolic syndrome, it's not surprising if they
6  ultimately go on to develop insulin resistance and frank
7  diabetes, correct?
8      A   It's not surprising.
9      Q   Do you tell your patients that the fact --
10  Strike that.  You told me that you don't really have
11  very many patients who don't yet have diabetes; is that
12  right?
13      A   Not too many.
14      Q   Do you do some talking to primary care
15  doctors?
16      A   Yes.
17      Q   When you talk to primary care doctors, do you
18  tell them that they should impress on their patients
19  that if those patients have risk factors for diabetes
20  they shouldn't feel safe just because they haven't
21  gotten diabetes yet, it could happen at any point in
22  time, and it can't be predicted when it will happen?
23      A   True.
24      Q   And frankly increasing age is constantly
25  putting people at more risk; is that right?

560

1      A   That is true.
2      Q   So frankly just living an additional day of
3  your life incrementally increases your risk of having
4  diabetes, correct?
5      A   To some extent, yes.
6      Q   I mean obviously we don't parse these risks on
7  a day-by-day basis, but being in your mid 40's or above
8  puts you at increased risk of diabetes?
9      A   Yes.
10      Q   It's not surprising at all to see somebody in
11  their late 40's or early 50's get a diagnosis of
12  diabetes, right?
13      A   Right.
14      Q   What did you mean in your report where you say
15  that insulin resistance once established remains
16  relatively stable over time, therefore progression of
17  diabetes is the result of worsening B cell function,
18  beta cell function?
19      A   The insulin resistance develops prior to the
20  onset of clinical diagnosis of diabetes, and it reaches
21  a certain point and really doesn't get worse, despite
22  the development of diabetes and the progression of
23  diabetes, usually the insulin resistance is pretty much
24  established at a certain level.  What makes the glucose
25  control deteriorate and the need for more and more

561

1 medications to be the norm is a decline in the beta cell
2 function.
3    Q.  For any of those two things, you need the
4 insulin resistance and decline in the beta cell
5 function?
6    A.  Yes, yes.
7    Q.  And the beta cell function tends to lag behind
8 the insulin resistance in terms of being at a point
9 where it shows some clinical significance?
10    A.  You could look at it that way, although some
11 people, most people think that the insulin resistance
12 begins first, but not everybody does.
13    Q.  But in any event it's you need both pieces of
14 the puzzle to cause diabetes, correct?
15    A.  Correct.
16    Q.  Now, I wanted to ask you about one other thing
17 in the general part of your report.
18       On page 5 in the paragraph on diabetes and the
19 atypical antipsychotics, you had written Clozapine,
20 Quetiapine and Olanzapine are associated with the
21 greatest weight gain and occurrence of diabetes and
22 dyslipidemia; do you see where I am reading?
23    A.  Yes, I do.
24    Q.  Do you remember that we looked at the ADA
25 consensus document last time and we saw that the ADA

562

1 differentiated between Clozapine and Olanzapine on the
2 one hand, and Quetiapine on the other hand?
3    A.  I believe I remember that there was some
4 difference, yes.
5    Q.  So would you agree with me that in fact the
6 ADA did not group Quetiapine, Seroquel with Olanzapine
7 and Clozapine, it said that the data are discrepant?
8    A.  I think I got this from another source.
9    Q.  Do you know what source?
10    A.  I think it was one of the articles by
11 Newcomer.
12    Q.  And do you know if it's actually accurate or
13 not?
14    A.  To the extent that anything is published is
15 accurate.
16    Q.  Have you looked to see whether there is a
17 difference in weight gain for example between Clozapine
18 and Olanzapine and Seroquel?
19    A.  Yes, there are studies that are different and
20 in my recollection is that Quetiapine is not the one
21 that causes the most weight gain or dysmetabolism, it's
22 the Clozapine and the Zyprexa.
23    Q.  So they are different in terms of weight gain
24 and they are also different in terms of the data with
25 regard to metabolic changes, correct?

563

1    A.  Yes.
2    Q.  Did you attempt to use any kind of a risk
3 calculator for Mrs. Curley to see what her risk of
4 diabetes would have been independent of taking Seroquel?
5    A.  No.
6    Q.  At any point in time?
7    A.  No.
8    Q.  Do you have a belief that you know what her
9 percent risk was or how much increase risk she was
10 compared to patients without her profile before she ever
11 took Seroquel?
12       MR. BRUDNER:  Objection, form.
13       THE WITNESS:  She clearly had increased risks
14    for the development of diabetes.
15 BY MS. FREIWALD:
16    Q.  Okay.  Were you aware that she also expressed
17 concern to her doctors back in 2000 about potentially
18 being at increased risk of diabetes because of her
19 family history?
20       MR. BRUDNER:  Objection, form.
21       THE WITNESS:  I don't recall.
22 BY MS. FREIWALD:
23    Q.  If she did that, that wouldn't surprise you,
24 would it, given that she had a mother who developed
25 diabetes at a younger age?

564

1       MR. BRUDNER:  Objection to form.
2       THE WITNESS:  It wouldn't surprise me.
3 BY MS. FREIWALD:
4    Q.  I'm sorry, I said 2000, and I misspoke, it was
5 2001 that she expressed the concern to her doctors.
6       MR. BRUDNER:  The same objection.
7       THE WITNESS:  Okay.
8 BY MS. FREIWALD:
9    Q.  Doctor, when I look at your report, the
10 sentence that I see as summarizing your opinions is the
11 one we have already looked at, the exposure to a
12 medication which caused weight gain worsened her
13 underlying insulin resistance and likely accelerated the
14 onset of diabetes in such a predisposed individual.
15       I want to see if you can summarize where I
16 think we are.  You agree that Ms. Curley was predisposed
17 to diabetes before she ever took Seroquel?
18    A.  Yes.
19    Q.  And you can't say that she didn't have
20 diabetes before she ever took Seroquel?
21    A.  No, not a hundred percent.
22    Q.  And you can't say that the medication caused
23 her to gain weight?
24    A.  No.
25    Q.  And you can't say therefore that the