312

JOB NO. 99441

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

David Haller v. AstraZeneca, LP, et al.    Case No. 6:07-cv-15733
Eileen McAlexander v. AstraZeneca LP, et al. Case No. 6:07-cv-10360
Richard Unger v.  AstraZeneca LP, et al.    Case No. 6:07-cv-15812
Linda Whittington v. AstraZeneca LP, et al.  Case No. 6:07-cv-10475

ORAL DEPOSITION OF
BRIAN R. TULLOCH, M.D., FRCP, FACP
OCTOBER 9, 2008
VOLUME 3

    ORAL DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP,

produced as a witness at the instance of the Defendant and

duly sworn, was taken in the above styled and numbered cause

on Thursday, October 9, 2008, from 4:58 p.m. to 9:17 p.m.,

before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State

of Texas, reported by machine shorthand, at Laminack, Pirtle &

Martines, 5020 Montrose Blvd., 9th Floor, Houston, Texas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record herein.

---

**313**

```
 1         A P P E A R A N C E S
 2
      FOR THE PLAINTIFF:
 3       RUSS BRUDNER, ESQ.
         LAMINACK, PIRTLE & MARTINES
 4       5020 Montrose Blvd., 9th Floor
         Houston, Texas  77006-6533
 5       713.292.2750
 6
      FOR THE DEFENDANTS:
 7       JANE THORPE, ESQ.
         BRENDAN KRASINSKI, ESQ.
 8       ALSTON & BIRD, L.L.P.
         1201 West Peachtree Street
 9       Atlanta, Georgia  30309-3424
         (404) 881-7000
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**315**

```
 1              EXHIBITS (cont'd.)
 2    NO.    DESCRIPTION              PAGE
      46   McAlexander time line       414
 3    47   Pharmacy records dated 6-12-07   424
      48   Physical Information & Functional
 4         Assessment dated 8-14-01    431
      49   Medical record dated 3-16-96    432
 5    50   Medical record dated 2-13-97    433
      51   Medical record dated 5-15-97    435
 6    52   Medical record dated 1-18-99    436
      53   Medical record dated 7-5-00    436
 7    55   Lab result dated 2-19-02    453
      54   Discharge/Referral Summary dated
 8         5-22-02    456
      56   Lab results dated 4-11-96    461
 9    57   Lab results dated 6-12-01    462
      58   Lab results dated 6-24-01    464
10    59   Lab results dated 7-26-01    466
      60   Medical records          470
11    61   Medical records          472
      62   Lab results dated 12-18-01    472
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**314**

```
 1              INDEX
 2                       PAGE
 3
 4    APPEARANCES.................. 313
 5
      BRIAN R. TULLOCH, M.D., FRCP, FACP
 6
      EXAMINATION
 7    By Ms. Thorpe................ 316
 8    CORRECTION PAGE............. 475
 9    SIGNATURE PAGE.............. 476
10    REPORTER'S CERTIFICATION..... 477
11
12         E X H I B I T S
```

```
13    NO.  DESCRIPTION           PAGE
      31   Medical record dated 7-29-04    325
14    32   Article titled "Relation of weight
           gain and weight loss on subsequent
15         diabetes risk in overweight adults"   345
      33   Medical record dated 7-2-02    366
16    34   Pain Management Consultation dated
           8-7-02    367
17    35   Second Neurological Opinion dated
           8-6-02    378
18    36   Article titled "Postoperative Spinal
           Wound Infections and Postprocedural
19         Diskitis"    383
      37   Progress Report/Discharge Summary
19         dated 1-6-03    388
20    39   Medical notes from Dr.
           Cabeda-Rovirosa    391
21    39   Medical record dated 5-19-03    392
      40   Letter dated 7-24-03    395
22    41   Function report dated 10-1-04    397
      42   Medical record dated 10-19-05    399
23    43   Medical record dated 1-23-06    402
      44   Article titled "A Comprehensive
24         Review of Spinal Arachnoiditis"    406
      45   Expert Report of Brian Tulloch, M.D.
25         re Eileen McAlexander    414
```

---

**316**

```
 1         (Please refer to Volume 1 of the deposition
 2    of Brian R. Tulloch, M.D., FRCP, FACP for the agreements
 3    of counsel.)
 4         BRIAN R. TULLOCH, M.D., FRCP, FACP,
 5    having been duly sworn, testified as follows:
 6         CONTINUED EXAMINATION
 7    BY MS. THORPE:
 8    Q.  Okay, Dr. Tulloch.  Remember we were talking
 9    about Mr. Unger.  So we are going to continue —
10    A.  Yes, ma'am.
11    Q.  — on that matter.
12         If you'll recall, I asked you to check and
13    see if you had actually reviewed Memorial Hospital
14    Pembroke Pines' records that you described that you
15    reviewed in your report on Mr. Unger?
16    A.  Right.  And I can confirm that — I looked
17    through the disks which we took home that had his name
18    on it.  And although they have earlier references to his
19    medical health going back to 2000, neither of those
20    relate to the two that we discussed.  The earliest one I
21    have on that disk, in fact, was a nonpsychiatric entry
22    from a department — podiatric department, and that goes
23    back to February the 17th of 2000.  There's a workmen's
24    comp entry from February the 17th of 2001 with rehab
25    going through to 2004.  There's a pain management
```

317

1   program that goes through several dates and ending up in
2   January the 23rd of 2006, so it starts earlier and goes
3   up to that. So I think I can confirm that those two
4   addresses had blank entries behind them.
5       Q. Okay. So you did not review records from
6   Memorial Hospital Pembroke Pines or from Medicaid on
7   Mr. Unger, correct?
8       A. I couldn't — I couldn't find anything attached
9   to those titles, that's correct, ma'am.
10      Q. So your report on Mr. Unger was incorrect in
11  that regard, correct?
12      A. It has — it has sources that on — on
13  examination in your slide did not have slides related.
14  It has a source but not a content.
15      Q. So you did not review records of Memorial
16  Hospital Pembroke Pines or Medicaid records although
17  your report said you did?
18      A. Right. I had the title on them, but they did
19  not have — they were empty — empty files.
20      Q. All right. Now — and the first date of a
21  medical record you reviewed of Mr. Unger was what?
22      A. Well, now you asked me, I have — I have
23  medical records going back to February the 17th of 2000.
24      Q. Okay. All right.
25      MS. THORPE: And, Madam Court Reporter, I'm

318

1   looking for the — I'm looking for the exhibits from
2   last night. Okay. Thank you.
3       Q. (BY MS. THORPE) And the records you have from
4   February 17, 2000, is a podiatrist record —
5       A. Yes, ma'am.
6       Q. — is that right?
7          And what is the content of that record?
8       A. It's purely podiatric.
9       Q. Okay. And you do not include — or the
10  plaintiffs' law firm that did the chron — the time line
11  for you that's been marked as Exhibit 22 does not have
12  any reference to the February of 2002 podiatric —
13      A. 2000.
14      Q. Excuse me.
15      A. 2000.
16      Q. All right. So Exhibit 22 doesn't have any
17  reference to the February of 2000 podiatric record,
18  correct?
19      A. And I — I don't think it would be relevant.
20  It doesn't have a sugar on it, it doesn't have a weight
21  on it, it has a whole lot about feet.
22      Q. So the first —
23      A. And that applies to probably that whole content
24  from 2000 to 2003.
25      Q. All right. So the first record that has

319

1   anything to do with Mr. Unger's weight that you've seen
2   is January 25, 2001?
3       A. Yes, ma'am.
4       Q. And the first record that has anything to do
5   with his — strike that.
6          The beginning of his medical records, as
7   far as you are concerned, in terms of his
8   endocrinological history is January 25, 2001, right?
9       A. I think that's reasonable.
10      Q. All right.
11      A. As I said, I — I — when I was putting the
12  report together, I primarily worked from the -- what —
13  let us call the time zone Exhibit 22. I mentioned I
14  glanced at a number of — of these others. But this
15  correlated as best one could to give a coordinated
16  history that — for the Exhibit 22.
17      Q. All right. So it's — it's fair to say that
18  you have no medical records for the first 50 years of
19  Mr. Unger's life?
20      A. I think that's reasonable.
21      Q. Okay. Now, you have one weight in your time
22  line that's been marked as Exhibit 22 before Mr. Unger
23  took Seroquel?
24      A. That's correct.
25      Q. And that is the 260-pound weight on January 25,

320

1   2001?
2       A. That's correct.
3       Q. And his height, I think we agreed, was 5'9",
4   right?
5       A. Yes, ma'am.
6       Q. And I think you agreed last night his BMI was
7   38.4, just to get us where we were?
8       A. Right.
9       Q. So he was morbidly obese before he began to
10  take Seroquel, correct?
11      A. That's a pretty good statement.
12      Q. You do not know what the highest weight
13  Mr. Unger has ever attained is, do you?
14      A. If there is data from before January the 21st
15  of 2001, no, I do not have maximum weight. And if
16  there's anything subsequent to this time line, it
17  probably — that's — time line in Exhibit 22, it
18  probably is not in my report. But as we've shared, the
19  time line that is in Exhibit 22 stops on November the
20  30th of 2007. So we've got time before January 2001 and
21  after 2007, which, if it becomes relevant, I will be
22  adding under that clause in my last paragraph.
23      Q. And you know what my position is —
24      A. Yes, ma'am —
25      Q. — about adding things.

3 (Pages 317 to 320)

321

1   A. — I promise I will give it to our attorney who
2   will give it to your attorney who will give it to you,
3   yes, ma'am.
4       Q. All right. But you do not know and did not
5   know before you formed your opinions in this case how
6   long Mr. Unger had been obese before he took Seroquel?
7       A. No, ma'am. My time line starts on January the
8   25th.
9       Q. And you don't know if he ever weighed more than
10  325 pounds before he started taking Seroquel, right?
11      A. That's correct.
12      Q. You do not know what Mr. Unger's pattern of
13  weight gain and weight loss was in the first half
14  century of his life or any portion thereof, right?
15      A. That's correct.
16      Q. You don't know how much weight he gained at
17  various periods of time before he took Seroquel, right?
18      A. That's correct.
19      Q. You don't know how much weight he lost before
20  he took Seroquel?
21      A. That's correct.
22      Q. You don't know if he was obese as a child?
23      A. That's correct.
24      Q. You've never examined Mr. Unger?
25      A. We established that yesterday.

322

1       Q. And you don't know — or do you know if he has
2   central adiposity?
3       A. I've had no — no measurements that would
4   ferret that out. And that would be waist-hip ratios.
5   I've not seen anybody measure that in the psychiatric
6   floors. As we have discussed over several of these
7   cases, nonpsychiatric numbers are quite rare in some of
8   these charts.
9       Q. Well, he's had a number of nonpsychiatric
10  caregivers, right?
11      A. Right.
12      Q. He's been to lots and lots of doctors who
13  aren't psychiatrists, correct?
14      A. And still —
15          MR. BRUDNER: Objection, form.
16          You can answer.
17      A. And still I did not see waist-hip ratios.
18      Q. (BY MS. THORPE) If Mr. Unger were your patient
19  and you wanted to know what his weight history was, what
20  would you do?
21      A. I would get whatever data was available from
22  his medical chart. And in a stable home with stable
23  parents — sometimes these numbers go way back to the
24  early years. Somewhere in that pile is a growth chart
25  which shows how one can follow the height/weight numbers

323

1   of children as they mature.
2       Q. Would you ask his wife or his relatives what
3   his weight history was?
4       A. Yes. I think if one goes a long way back, it
5   would be parents, should they still be alive. I'm
6   looking to see if there was a stable other in his life.
7       Q. Do you know whether he's married or not?
8       A. That's the point. I don't recall, as we shared
9   yesterday, this man — I had looked at this man's chart
10  some months back, so I don't recall.
11      Q. All right. You don't remember if he has a
12  wife?
13      A. I don't remember.
14      Q. And you never — but you never asked any of his
15  relatives —
16      A. No, ma'am.
17      Q. — what — let me finish my question.
18          You never asked any of his relatives what
19  his weight history was or asked him what his weight
20  history was, correct?
21      A. I did not have access to the patient, as we've
22  discussed.
23      Q. Did you ever ask the lawyers if you could meet
24  any of these plaintiffs?
25      A. I certainly have access to all but one of the

324

1   Zyprexa cases before the issue of giving a deposition
2   came up. I had not been offered this access on these
3   patients.
4       Q. Okay.
5       A. And I did not ask for it.
6       Q. All right. When you formed your opinions in
7   this case and wrote them down in your report that's been
8   marked as Exhibit 21, you didn't know that Mr. Unger
9   went to a doctor about his weight when he was a teenager
10  because he felt fat and was prescribed amphetamines, did
11  you?
12          MR. BRUDNER: Objection, form.
13          You can answer.
14      A. I did not. Ma'am, as we've shared, I have no
15  information below the age of 50.
16      Q. (BY MS. THORPE) And — and you didn't read his
17  deposition, I think we've agreed?
18      A. We've established that as well, yes, ma'am.
19      Q. So you didn't know he had an obesity problem
20  that went back to his teen years, then, did you?
21      A. No. Given how obese he was at the age of 50,
22  I'm not surprised. Quite often this is a common
23  situation.
24      Q. Now, before you — well, let's look at the time
25  line that's been marked as Exhibit 22. And if you can

325

1   find July 29, 2004, the entry there.
2       A. July what number? I have July 20 and July 10.
3       Q. Yeah. Hang on a minute. I'll find it.
4           So you -- you found no entry on July 29,
5   2004, in your time line that's been marked as
6   Exhibit 22, right?
7       A. Yes. I offered you July 10th and July 20th. I
8   have no July 24th.
9       Q. All right. And no July 29th, right?
10      A. The only July dates I have are the ones I
11  offered you.
12      Q. All right.
13          (Exhibit No. 31 marked.)
14      Q. (BY MS. THORPE) I'm going to show you what's
15  been marked as Exhibit 31 for identification and ask if
16  you've ever seen this record from Dr. Schechter before.
17      A. No, ma'am. I am not surprised at the first
18  statement.
19      Q. Well, I want to direct your attention to the
20  plan on Exhibit 31.
21      A. Okay.
22      Q. And you see that it says, "We did find a center
23  that can accommodate his 54-inch girth and 300-pound
24  physique."
25          Do you see that?

326

1       A. I did, ma'am. Thank you.
2       Q. So you didn't put that entry in your time line
3   that's been marked as Exhibit 22, right?
4       A. That's correct.
5       Q. But when it says 54-inch girth, it's
6   basically -- they're talking about his waist size,
7   right?
8       A. Right. We have -- we have a waist size right
9   there.
10      Q. So the date of Exhibit 31 is July 29, 2004,
11  right?
12      A. That's correct. Thank you.
13      Q. Now, I'm going to show you -- just put it in
14  the center of the table -- Mr. Unger's deposition on
15  page 163 where he's asked what his waist size was ten
16  years ago from the date of the deposition. And can you
17  tell us what he said?
18      A. I'm looking at page 163, line 10 and 11. And
19  in line 11, he says, "1997 and '98 it may have been 54."
20  And I assume that's inches. "I can't recall for sure."
21      Q. Okay. So he was suggesting that as early as
22  1997, long before he took Seroquel, he had a waist size
23  of 54 inches, right?
24      A. That's correct.
25      Q. And when in July of 2004 he had a waist size of

327

1   54 inches, he weighed 300 pounds, correct?
2       A. That's correct.
3       Q. All right. So we know that Mr. Unger before he
4   took Seroquel had a very, very serious problem with
5   obesity, right?
6           MR. BRUDNER: Objection, form.
7           You may answer.
8       A. Yes, ma'am.
9           MR. BRUDNER: I'm just objecting for the
10  record. It may be a little bit different than the way
11  that Tom works. Just ignore me.
12          THE WITNESS: No problem. Okay. I'm here
13  to help both of you, so don't worry about it. But I --
14  I promise not to talk over either of you, so I'm just
15  waiting for you to make sure I wasn't interrupting.
16          MR. BRUDNER: All right.
17      A. Please continue, ma'am.
18      Q. (BY MS. THORPE) You can't rule out,
19  Dr. Tulloch, that Mr. Unger's weight gain after he
20  started taking Seroquel was caused by the same things
21  that caused him to gain weight and reach a very large
22  size before he took Seroquel, right?
23      A. Ma'am, I -- I agree with that. What I would
24  have expected was all of those factors would have been
25  there and also the psychotropics would have been another

328

1   factor considering.
2       Q. What do you mean all of those factors would
3   have been there?
4       A. The factors which we discussed yesterday. And
5   do you need me to enumerate them?
6       Q. I need to know what you mean in your response
7   when you say "all of those factors."
8       A. Contributing to his obesity, which would be the
9   injury to the back, the abnormality in the cervical
10  disk, which would tend to make him less physically
11  active, and then his long-standing obesity problem. And
12  they would all have been there. And then one adds on
13  top of that a psychotropic that has been described as
14  associated with weight gain. I would assume that that
15  would be another factor. I go back to the camel and the
16  saddle.
17      Q. So you think that when he started -- when
18  Mr. Unger started taking Seroquel --
19      A. Page 10 on the bottom of my --
20      Q. Just bear with me a minute. So it's your
21  opinion that when Mr. Unger started taking Seroquel in
22  October of 2002 his condition in his back was stable?
23      A. I think that's a reasonable supposition. If
24  you look through his chart, he is going to pain medicine
25  clinics to have his long-standing back pains looked at

329

1    and dealt with and treated.  So in that setting the
2    issue would be it's a long-standing recurrent problem.
3    So I think stable meaning stable still a problem rather
4    stable no longer a problem would be a reasonable
5    interpretation of that statement.
6        Q.  Well, how -- how would you describe his
7    condition in October of '02?
8        A.  Oh, he'd had a back injury which continued to
9    give him pain.
10       Q.  And that was back in 1997?
11       A.  Back in 1997.
12       Q.  And what was his level of physical activity in
13   October of '02?
14       A.  Limited and limited by his back pain and
15   whatever else the psychosis imposed.
16       Q.  Okay.  And so -- and he was psychotic, in your
17   opinion?
18       A.  Yes, ma'am.
19       Q.  Now, the -- the relative risk for diabetes in a
20   man like Mr. Unger with a BMI of 38.4 is 42.6.  You know
21   that, don't you?
22       A.  I think that's a -- reasonable.
23       Q.  And back at the beginning of the deposition, I
24   asked you for a list of the causes of his diabetes and
25   you did not include his preexisting obesity.  Is that

330

1    just an omission or --
2        A.  I apologize for omitting it.  Clearly, it is a
3    major problem.  And in earlier parts of this discussion
4    and with an earlier patient, we have discussed the
5    contributions of obesity towards the diabetes risk.
6        Q.  All right.  So it was -- it would be added to
7    the hypertension and hyperlipidemia and the smoking and
8    the psychosis that you described as causes of
9    Mr. Unger's obesity, right?
10       A.  Contributing factors, yes, ma'am.
11       Q.  All right.  But causes.  You've said they were
12   causes --
13       A.  Okay.
14       Q.  -- of his diabetes; is that correct?
15       A.  Yes, ma'am.
16       Q.  All right.  Now, one way of describing a
17   relative risk of 42.6, which we agree that Mr. Unger had
18   because of his preexisting obesity, is that he is 42.6
19   times more likely than someone who has a normal BMI to
20   develop diabetes.  You would agree with that, wouldn't
21   you?
22       A.  Yes, ma'am.
23       Q.  And people with a BMI of 38.4 who have diabetes
24   have -- over 97 percent of them will have diabetes
25   because of their BMI.  You agree with that, right?

331

1        MR. BRUDNER:  Objection, form.
2        A.  I think that's a reasonable statement.
3        Q.  (BY MS. THORPE)  Okay.  Now, this means that
4    obesity of the type that Mr. Unger had before he ever
5    took Seroquel is an overwhelming cause of his diabetes.
6    You would agree with that, right?
7        A.  Yes, ma'am.
8        MR. BRUDNER:  Objection, form.
9        Q.  (BY MS. THORPE)  Less than 3 percent of people
10   with diabetes and BMIs of 37.2 like Mr. Unger's --
11   excuse me -- 38.2 like Mr. Unger's -- let me start that
12   question over.
13       Less than 3 percent of people with diabetes
14   and BMIs of 38.4 like Mr. Unger's before he took
15   Seroquel will have diabetes for reasons other than
16   obesity, right?
17       A.  That's reasonable.
18       Q.  So -- and what we're talking about for
19   Mr. Unger is the concept of attributable risk, right?
20       A.  Yes, ma'am.
21       Q.  And if the attributable risk percent for a BMI
22   of 38.4 and a relative risk of 42.6 is 97 percent before
23   Mr. Unger ever took Seroquel, how can you say that
24   Seroquel more likely than not caused Mr. Unger's
25   diabetes?

332

1        A.  In my view, ma'am, he gained another 43 pounds
2    on top of that weight, and my belief is that that was a
3    further contributing factor, that it was -- and, again,
4    I come back to the final straw that broke the camel's
5    back.  And the other factors -- with all the other
6    factors present absent the 45 pounds in weight gain, in
7    my view, he would still have been at risk from
8    developing diabetes but the time might have been
9    substantially later, although substantially might have
10   been in months and many years rather than in decades.
11       Q.  It's your opinion, then, to a reasonable degree
12   of probability that Mr. Unger would have developed
13   diabetes even if he had never taken Seroquel, right?
14       A.  Yes, ma'am.
15       Q.  And tell me as to Mr. Unger whether or not you
16   have an opinion to a reasonable degree of medical
17   probability when he would have developed diabetes had he
18   not taken Seroquel.
19       A.  Well, I -- I've -- I will have to speculate
20   that it would have -- as I've said a moment ago, that it
21   would have been within the next three to five years.
22       Q.  From -- from when?
23       A.  From -- expect -- from the date of the first
24   weight that he had before he had given -- been given
25   medication that accelerated his weight gain.  So --

**333**

1    Q. From October of 2002 or from January 25, '01?
2    A. My comment relates to from the moment before he
3  got his first dose of Seroquel.
4    Q. Okay. So just before he got the first dose in
5  October —
6    A. Right.
7    Q. — of 2002, you would say he had three to
8  five —
9    A. Three to five years.
10    Q. — years and then he would have developed
11  diabetes?
12    A. Yes.
13    Q. And am I understanding correctly that the
14  reason that you think that Seroquel caused him to
15  develop diabetes is because — is only because Seroquel
16  came before the development of his diabetes in time?
17    A. Yes, ma'am. And the — the time that he was
18  taking Seroquel was associated with a 43-pound weight
19  gain.
20    Q. Okay. So the only — so the only basis of your
21  opinion with regard to Seroquel's role in his
22  development of diabetes is that there is a temporal
23  relationship between his taking Seroquel and the
24  development of his weight gain?
25    A. Accelerated weight gain of 43 pounds, ma'am,

**334**

1  yes.
2    Q. And that's the only basis of your opinion that
3  Seroquel ultimately caused him to have diabetes?
4    A. Yes, ma'am. And we discussed yesterday if
5  literature appears that Seroquel also contributes
6  directly to insulin resistance or some other adverse
7  effect on the pancreas, I reserve the right to add that
8  in as another factor. We don't have data on that right
9  now.
10    Q. Okay. Now, how do you rule out the possibility
11  that even though he took Seroquel in — in the course of
12  his life since he turned 50 —
13    A. Right.
14    Q. — that it had — that his preexisting obesity
15  actually was the sole cause of his developing diabetes?
16    A. I think that to make that statement, which I'm
17  not going to make, would negate the fact that he gained
18  43 pounds in weight while taking the medication. What
19  I'm needing to accept in producing the report is in my
20  view the 43-pound weight gain was a major accelerating
21  factor in a endocrine condition which on the basis of
22  his obesity and the other risk factors that we listed
23  might well have been coming his way within the next
24  three to five years.
25    Q. All right. Let me briefly return to

**335**

1    Ms. Whittington, and I think this will be the last
2    comment we — we — the last time we talk about
3    Ms. Whittington this week.
4        But you remember that Ms. Whittington
5    weighed 190 pounds and had a BMI of 32.3 before she took
6    Seroquel, right?
7    A. Yes, ma'am.
8    Q. And — and that was in November of 1996, right?
9    A. Yes, ma'am.
10    Q. So she had preexisting obesity, as we
11    discussed, before she took Seroquel?
12    A. Yes, ma'am.
13    Q. Now, I'm going to ask you a few questions just
14    to get us back to where we were because — and then
15    you'll see where I'm going.
16        You recall that a person like
17    Ms. Whittington who has a BMI of 32.3 has a relative
18    risk for developing diabetes of 40.3. Remember that?
19    A. Yes, ma'am.
20    Q. And — and you remember that that means that
21    someone like Ms. Whittington before she took Seroquel is
22    40.3 times more likely than someone who has a normal BMI
23    to develop diabetes, right?
24    A. Yes, ma'am.
25    Q. And you know that someone who — that a

**336**

1    relative risk of 40.3 translates into an attributable
2    risk of 97.5 percent, right, or around 97 percent?
3    A. Right.
4    Q. So you know that an attributable risk of 97
5    point — 97 percent means that 97 percent of people who
6    have diabetes and have a BMI of 32.3 like
7    Ms. Whittington have diabetes because of their — their
8    BMI and their obesity, right? Right?
9    A. Yes, ma'am.
10    Q. So in — I want to ask you specifically as to
11    Ms. Whittington. If the — if there is an — an
12    attributable risk of 97 percent before Ms. Whittington
13    ever took Seroquel, how can you say that Seroquel more
14    probably than not caused her to develop diabetes?
15    A. Again, my belief is it relates to her weight
16    gain. Had she been given an alternative psychotropic
17    that was not associated with weight gain, my belief is
18    that she might still have developed diabetes but at a
19    significantly later period of time.
20    Q. And tell me with Ms. — with regard to
21    Ms. Whittington when you think she would have developed
22    diabetes.
23    A. Okay. Can I have my report on Ms. Whittington?
24    Q. Sure. It's right here right on the top.
25    A. Great. Okay. I'm just refreshing my memory.

**337**

1  As I see it, this lady was given Zyprexa, and the best
2  we can attribute weight change with Zyprexa was plus
3  20 pounds.  Then she was given Seroquel, and the best
4  that we can attribute to the Seroquel was a weight
5  change of another plus 40 pounds.  Now I have the
6  numbers.  Let me have your question.
7      Q.  Okay.  My question was:  If she hadn't taken
8  Seroquel, when would she have — well, let me — let me
9  ask — let me lay a foundational question on you —
10     A.  Okay.
11     Q.  — here.
12         You agree that to a reasonable degree of
13  probability Ms. Whittington would have developed
14  diabetes even if she had never taken Seroquel, right?
15     A.  Yes, ma'am.  We covered a lot of that —
16     Q.  Right.
17     A.  — yesterday.
18     Q.  So that's the basis of my question.  When would
19  she have developed diabetes had she not taken Seroquel?
20     A.  Again, I'm having to speculate on what we know
21  about Ms. Whittington.  We agreed last day or the day
22  before that that she had an abnormal — a nearly
23  abnormal sugar nearly ten years before.  And we have
24  seen a relatively slow progression in sugar abnormality
25  even despite a 60-pound weight gain and a progression in

**338**

1  time.  And, remember, both weight and age were factors
2  which we've discussed as contributing issues.
3         So my belief is that this lady would have
4  had a relatively slow progression towards diabetes, much
5  slower than the man that we're discussing —
6     Q.  Mr. Unger.
7     A.  — because we have data to show that it was
8  nearly abnormal in the mid-Nineties and it was not all
9  that abnormal by the time she'd gained another
10  60 pounds.  So my belief is that she might have
11  developed diabetes maybe in another 10 or 15 years and
12  the 60 pounds accelerated that.
13         I — I say that because I go back to the
14  camel and the straw and whatever.  But we do believe
15  these patients who have type 2 diabetes in their family
16  have a pancreas which is destined to burn out before
17  they live out their lives.  And then I try to add to
18  that the list of complicating factors which can
19  accelerate that rate of burn-out.
20     Q.  Okay.
21     A.  We have a lady here whose rate of burn-out was
22  relatively slow.  And so my hypothesis would be maybe 5
23  to 15 years and then we add 60 pounds and then
24  recalculate.  And that's my best interpretation of my
25  understanding of this lady.

**339**

1      Q.  So if the attributable risk for developing
2  diabetes in someone who has a BMI like Ms. Whittington
3  before she took Seroquel is 97 percent, how can you say
4  that Seroquel has a 33 percent chance of causing her to
5  develop — excuse me — Seroquel has a 66 percent chance
6  of causing her to develop diabetes?
7      A.  Remember, I gave you those numbers with great
8  reluctance and I gave you those with great reluctance
9  because I think they were my best guess.
10     Q.  Okay.  And so can I just ask you —
11     A.  Yes.
12     Q.  — this question?  With regard to
13  Ms. Whittington, is the only basis of your opinion that
14  she took Seroquel and then in time had weight gain and
15  then in time had diabetes?
16     A.  And then in time — if I may clarify that —
17  and then in time progressed from very near to diabetes
18  to marginal diabetes.  Remember, her number only went
19  from — let's take two fasting numbers that you and I
20  are both happy with.  She went from a fasting number in
21  the low 120s in the mid-Nineties to a fasting sugar of
22  131 in the time after she'd had the two psychotropics.
23         In contrast, our man whom we are now
24  discussing or were until Ms. Whittington came up, again,
25  had very dramatic obesity and then we suddenly find

**340**

1  numbers which are — which reflect very major glucose
2  decompensation.  If I remember, his sugars were of the
3  order of a thousand.
4      Q.  All right.  So you would agree that as to
5  Ms. Whittington, the only basis for your opinion is the
6  temporal relationship between the ingestion of Seroquel
7  and the weight gain and then the diabetes?
8      A.  Yes, ma'am.
9      Q.  All right.
10     A.  In somebody whose rates of progression were
11  demonstrably quite slow.
12     Q.  Okay.
13     A.  And I say that because I'm discouraging anybody
14  from taking her numbers which demonstrably have
15  reflected very slow progression and trying to apply the
16  same conclusions which relate to her to a man like Unger
17  who was relatively more obese and whose blood sugar was
18  much more discordant by the time he came to medical
19  attention for his sugar problem.
20     Q.  So you agree as to Ms. Whittington the only
21  basis for your opinion, just talking about
22  Ms. Whittington, is that temporal relationship between
23  her ingestion of Seroquel and the weight gain and then
24  her diabetes —
25     A.  Yes, ma'am.

8 (Pages 337 to 340)

341

1  Q. -- correct?  All right.
2      Now, I'm going to -- I want to ask you some
3  sort of general questions here, Dr. Tulloch.  You agree
4  that the strength of risk factors or causes of diabetes
5  like -- like obesity have been studied by scientists,
6  correct?
7  A. Yes, ma'am.
8  Q. You know that there have been studies that
9  report the association between metabolic syndrome and
10 diabetes?
11 A. Yes, ma'am.
12 Q. And there are studies that report the
13 association between obesity and diabetes that we've
14 already been talking about, these relative risks, right?
15 A. Yes, ma'am.
16 Q. We know that there are studies that report the
17 association between hypertension and diabetes, right?
18 A. Yes, ma'am.
19 Q. And family history and diabetes?
20 A. Yes, ma'am.
21 Q. Impaired glucose and diabetes?
22 A. Yes, ma'am.
23 Q. There are studies of those associations, right?
24 A. Yes, ma'am.
25 Q. Those associations, as we've been discussing,

342

1  are expressed quantitatively as relative risks, right?
2  A. Yes, ma'am.
3  Q. In your review of literature to -- before you
4  formed your opinions in these cases, you didn't go out
5  and review the scientific literature to -- to find the
6  studies that quantitate the contribution of risks or
7  causes that predate Seroquel use in these patients -- in
8  these plaintiffs like hypertension or metabolic syndrome
9  or impaired glucose or family history or these factors
10 we've been discussing, right?
11 A. That's correct, ma'am.  I said before I'm
12 essentially, as you see in my report, a busy, active,
13 clinical endocrinologist.  And those data, be they
14 available, are in an epidemiologist's field and they're
15 very important.  But at the level of what we teach to
16 the medical students from a clinical viewpoint, it's
17 more the trends and numbers which they have to be
18 comfortable, these are the risk factors, these are what
19 you look for, these are what you will expect, and these
20 are the ways they can be modified.
21 Q. So you did not undertake such a literature
22 search of the causes or risk factors and the
23 quantitative risks, correct?
24 A. Of the quantitative aspects of those numbers,
25 yes, that's correct, ma'am.

343

1  Q. And you, having not undertaken such a review of
2  the literature, can't rule out that preexisting obesity,
3  hypertension, metabolic syndrome, hyperlipidemia,
4  psychosis, age, impaired glucose tolerance were more
5  probably than not causes of diabetes in these
6  plaintiffs?
7  A. I believe that they were.  I think we're in
8  agreement in that setting.  The main issue which I have
9  held out for both the patients so far was that on top of
10 all that was a measurable significant weight gain during
11 the single psychotropic that Mr. Unger had and the two
12 psychotropics which Ms. Whittington had.
13 Q. You can't rule out that those risk factors I
14 just described like preexisting obesity, hypertension,
15 metabolic syndrome, hyperlipidemia, psychosis, impaired
16 glucose tolerance are sole causes of the diabetes in
17 these plaintiffs, right?  Because you didn't go out and
18 quantitate the risks?
19 A. Yes.  But also --
20 Q. You agree with that?
21 A. My understanding -- well.
22 MR. BRUDNER:  Please let him answer.
23 A. Let me answer.
24 Q. (BY MS. THORPE)  I didn't understand the yes.
25 You said yes.  I'm trying to understand that, and then

344

1  you can certainly explain.
2  A. Your -- you used the word "sole."  And in my
3  vocabulary sole means single.  And you applied the word
4  sole to about six risk factors.  So --
5  Q. Okay.  Well, let me verify the question.
6  A. No, you don't need to go through each one.  But
7  if you needed me to say those six risk factors were
8  significant contributing factors to the risk of
9  diabetes, my answer is yes.  If you said they are the
10 sole causes of diabetes, my answer is no.  So that's why
11 I needed to clarify it.
12 Q. You've never compared -- well, let's look --
13 look at it this way.
14     Let's just focus on Mr. Unger.  You can't
15 rule out as to Mr. Unger that his preexisting morbid
16 obesity was the sole cause of his diabetes?
17 A. I think we've been in agreement that with that
18 level of obesity, his chances of developing diabetes was
19 very high indeed.  My contention in this report is that
20 this further weight gain, that chance of him developing
21 diabetes, was accelerated by a proportion, and probably
22 the proportion might be different from the ratio of his
23 weight gain to his existing weight because I think it
24 would be simplistic to apply simple mathematical
25 calculations to that.  But I stand to be corrected if

345

1  you can produce data on that.
2  Q. Well, I want to talk to you about an article
3  that you have in your stack of materials. And let me
4  mark it as an exhibit. You've told us you rely on the
5  Resnick study, right, the — I'm trying to get the
6  exhibit sticker off. Hang on one second and I'll give
7  it to you.
8  A. Let me have it.
9  (Exhibit No. 32 marked.)
10  Q. (BY MS. THORPE) I've put before you Exhibit
11  No. 32, Dr. Tulloch, which is a study that you list in
12  your reference information. And that is a part of
13  Exhibit 4, right?
14  A. Thank you, ma'am. I think —
15  Q. Is that right?
16  A. I think Exhibit 16 — yes.
17  Q. Oh, okay. All right. You're welcome to find
18  it.
19  A. The reason I'm digging for this is I wrote down
20  some memory sticks on the front.
21  Q. Here's Exhibit 16 if you want to look at —
22  A. And I think that it would save us time to dig
23  those out because they were the results of my reading —
24  reading that whole literature and putting the
25  conclusions on the front.

346

1       I think it's actually in here. Yes, ma'am.
2  May I tender my scribbled version of the Resnick data as
3  an exhibit or just refer to it. It's in Exhibit 16
4  (sic).
5  Q. I've marked it separately, a clean copy. And
6  you can have your copy that you've written on in front
7  of you, too, if you want.
8  A. That's fine.
9  Q. All right. Now, let me — let me just first —
10  you know, we've been talking about weight gain and
11  Mr. Unger. And we've established that Mr. Unger has a
12  BMI of 38.4, right?
13  A. Yes, ma'am.
14  Q. And that was before he took Seroquel, right?
15  A. Right.
16  Q. Now, did you undertake a search of the
17  scientific and medical literature on the effect of
18  weight gain in someone who is obese?
19  A. No, ma'am.
20  Q. Okay. You just found — how did you find
21  Resnick?
22  A. I — I looked at risks of — I — I googled
23  weight gain and diabetes risks in adults —
24  Q. All right.
25  A. — and this one came up.

347

1  Q. All right. So you wouldn't represent to
2  anybody that you had undertaken a methodical look at the
3  literature on the issue of weight gain in — in people
4  who are morbidly obese, right?
5  A. On the contrary, ma'am. I do not present
6  myself as a statistician. I'm a clinical
7  endocrinologist.
8  Q. All right. But you have told us that you rely
9  on Exhibit 32, right, the Resnick article?
10  A. The Resnick — Resnick's article is one of the
11  bits of information that I — I looked to for — to see
12  if somebody had got some numbers on this because,
13  remember, this study came out in 2000.
14  Q. Now, the — the Resnick article that's been
15  marked as Exhibit 32 is the only article in your stack
16  of literature that's been marked in connection with
17  these depositions that deals with the effect of weight
18  gain in someone who is obese, right?
19  A. Without diabetes, yes, ma'am.
20  Q. Okay.
21  A. The effect of weight gain on the subsequent
22  risk of developing diabetes, yes, ma'am.
23  Q. And the study objective of the Resnick study
24  that's been marked as Exhibit 32 — tell me if I'm
25  reading it correctly — it's to determine whether

348

1  long-term weight gain and weight loss are associated
2  with subsequent risk of type 2 diabetes in overweight
3  nondiabetic adults. Did I read that correctly?
4  A. Yes, ma'am.
5  Q. And let's look — if you look in the first
6  column — or excuse me — the second column on the first
7  page of the article in the first real paragraph that's
8  not bolded, do you see that?
9  A. Yes, ma'am.
10  Q. And you see the sentence that begins
11  "accordingly" about three quarters through that
12  paragraph, "Accordingly, the purpose"?
13  A. Okay. Yes, ma'am.
14  Q. Tell me if I'm reading that sentence correctly.
15  "Accordingly, the purpose of this study is to test the
16  hypotheses that weight gain over approximately ten years
17  in a cohort of overweight adults is associated with
18  increased risk of diabetes in the subsequent ten years."
19       Did I — did I get that right?
20  A. That's exactly right, ma'am. And when we were
21  first discussing this, I tendered those conclusions in
22  probably the discussion of our first patient.
23  Q. So —
24  A. So, yes, ma'am, we are —
25  Q. So this is a study — the Resnick study that's

## 349

1 been marked as Exhibit 32 is a study of weight gain and
2 diabetes over a 20-year period, right?
3     A. That's -- that's good, yes.
4     Q. Now, Mr. Unger, we agreed, didn't gain his
5 weight over a 20-year period, right?
6     A. He had an accelerated period of weight gain
7 over the duration of his time on Seroquel. But if we
8 start at time zero for Seroquel, he was already 50 years
9 old and had a level of morbid obesity, which we have
10 already discussed and agreed on.
11     Q. He was -- he was on Seroquel for four years,
12 right?
13     A. Yes, ma'am.
14     Q. So the weight gain that we're talking about
15 that you're attributing as a cause of diabetes occurred
16 over a four-year period and then he got diabetes.
17 That's your -- that's what you've been saying, right?
18     A. Yes, ma'am, I -- I think it's a significant --
19     Q. And so --
20     A. -- contributing factor.
21     Q. So the -- the -- so the weight gain that
22 Mr. Unger had that you are blaming on Seroquel and that
23 you say caused Mr. Unger to have diabetes occurred over
24 a short period of time, over a four-year period rather
25 than a 20-year period as in the Resnick article that's

## 350

1 been marked as Exhibit 32, right?
2     A. That's correct, ma'am.
3     Q. Now, if you would look at page 601 of the
4 Resnick article in the second column, I want you to tell
5 me if I'm reading the sentence that begins in the first
6 real paragraph correctly.  "Although the age
7 standardized cumulative incidence of diabetes in the BMI
8 greater than or equal to 37 kilograms per meters squared
9 group, number 141, was 26.2 percent, annual weight
10 change was unrelated to the development of diabetes in
11 that group."
12         Did I read that sentence correctly?
13     A. You read it correctly, ma'am, huh-uh.
14     Q. So what Dr. Resnick is saying is even in people
15 who have weight gain over a long period of time, if
16 they're really obese, that is, greater than 37 kilograms
17 per meters squared, their weight change does not lead to
18 the development of diabetes.  Did I --
19     A. I think you read that correctly, ma'am.
20     Q. All right.
21     A. Uh-huh.
22     Q. So the Resnick article that's been marked as
23 Exhibit 32 actually provides data that establish that
24 weight gain in someone like Mr. Unger who had a BMI of
25 38.4, even if held for a long period of time, would not

## 351

1 lead to the development of diabetes?
2     A. I -- I accept your reading of that paragraph,
3 yes, ma'am.
4     Q. You agree with my interpretation of that
5 paragraph?
6     A. I'll accept it.
7     Q. That was "yes"?
8     A. Yes, ma'am.
9     Q. Okay.  All right.  I want to show you -- let me
10 ask you to think about dose and weight gain.
11 Remember -- recall that last night we talked about dose
12 and diabetes?
13     A. Yes, ma'am.
14     Q. Can you identify any scientific or medical
15 literature that says or reports that a dose of
16 50 milligrams of Seroquel is associated with weight
17 gain?
18     A. No, ma'am, I haven't looked at quantitation.  I
19 think I explained that --
20     Q. We talked about --
21     A. -- last night --
22     Q. -- diabetes, right?
23     A. Yeah.
24         -- that I didn't have a dose curve and it
25 would take a little while to look for it.  But having --

## 352

1 knowing that this issue's come up, I promise that by the
2 time we get to court, I will have diligently sought for
3 that if there isn't an epidemiologist with that.  I
4 suspect it may be out there.
5     Q. Well, let me ask you -- let me ask it this way.
6 You know of no literature that says that a dose of
7 50 milligrams of Seroquel is associated with weight gain
8 as we sit here today, correct?
9     A. That's correct.
10     Q. And as we sit here today, you know of no
11 scientific or medical literature that says that Seroquel
12 is associated with -- 75 milligrams of Seroquel is
13 associated with weight gain?
14     A. Yes, ma'am, we went through all this.  Do you
15 need to go up all the doses again or are we going to
16 agree?  Okay.  Well, carry on.  We'll try and get it
17 faster this time.
18     Q. You will agree with me that as we sit here
19 today, you can identify no literature that says that a
20 dose of Seroquel of 100 milligrams is associated with
21 weight gain, right?
22     A. That's correct.
23     Q. And you will agree with me that as we sit here
24 today, you can identify no literature that says that a
25 150-milligram dose of Seroquel is associated with weight

353

1 gain?
2   A. That's correct.
3   Q. All right. Doctor, I need to know what
4 literature that -- strike that.
5       One of the risk factors for the development
6 of diabetes is a sedentary lifestyle, right?
7   A. Yes, ma'am.
8   Q. And it's a cause of diabetes, correct, a
9 sedentary lifestyle can be a cause --
10   A. Yes, ma'am.
11   Q. -- of diabetes?
12   A. Uh-huh.
13   Q. Can you tell me what a sedentary lifestyle is?
14   A. Much would define -- again, if one has to -- at
15 a clinical level, it's somebody who does not exert much
16 physical activity. At a scientific level, it would be
17 measured in kilopond meters of energy concerned --
18 energy expended. And this could be measurable with a
19 pedometer, for example, or by putting measuring units on
20 the exercise machines that the subjects are using.
21       So at the level of clinical application,
22 the way we get this data is we ask the patient how much
23 walking you do, how many -- how long do you walk, do you
24 spend time in the gym, what do you do when you're in the
25 gym, and what -- if you're lifting weights, how heavy

354

1 are the weights and how often do you do the lifts.
2   Q. Okay.
3   A. So this is a -- a rough, clinical,
4 nonscientific but clearly quite effective way of
5 gathering information, and it helps us understand how
6 best to advise the patient on to improve -- how to
7 improve his lifestyle.
8   Q. And in your clinic when people come in that
9 you're taking care of who are overweight or obese, do
10 you have them fill out a questionnaire or how do you get
11 that information?
12   A. Yes, ma'am. We -- we have them fill out a
13 five-page questionnaire, which has that sort of data,
14 and then when issues like this come up, I make a point
15 of expanding on the quantitation of that. And then when
16 they come back for routine follow-up, there's another
17 little square which reminds me to ask how much physical
18 activity they've been doing from the last visit.
19   Q. And you will agree with me that a sedentary
20 lifestyle is the kind of risk factor or cause that has
21 been studied by scientists to determine what the
22 quantitative association is between that sedentary
23 lifestyle and the development of diabetes, right?
24   A. Yes, ma'am.
25   Q. And you didn't undertake to look at that

355

1 literature before you formed your opinions in this case
2 about Mr. Unger's diabetes, right?
3   A. That's correct.
4   Q. Now, you agree that a sedentary lifestyle and
5 physical inactivity is associated with the development
6 of increased insulin resistance and/or glycemic control
7 totally independent of body weight, right?
8   A. Yes, ma'am.
9   Q. So in thinking about what a sedentary lifestyle
10 is, would you agree that someone who doesn't do any
11 exercise would be said to have a sedentary lifestyle?
12   A. I think that's reasonable. Somebody who said
13 he was -- he did no walking other than from the fridge
14 to the kitchen to the TV set would be a reasonable
15 example of somebody who wasn't doing much.
16   Q. And you would agree that that's almost a
17 precise description of Mr. Unger, right?
18   A. I think that's a reasonable description of this
19 man, yes, ma'am.
20   Q. And in someone with that limited physical
21 activity and a truly sedentary lifestyle like Mr. Unger,
22 how do you rule out that sedentary lifestyle as the sole
23 cause of his diabetes totally separate and apart from
24 Seroquel?
25   A. As I said earlier, it -- I have to accept that

356

1 it was one of a number of causes. And I was reluctant
2 in a previous case to quantitate individually each one,
3 again, because I haven't looked at the statistics in the
4 context it's being studied.
5       In my belief, it was a contributing factor,
6 but I wouldn't be happy to contribute it as the -- offer
7 it as the sole contributing factor. And one of the
8 reasons for that being he had a number of other risk
9 factors which we've discussed at some length.
10   Q. You agree, Dr. Tulloch, that you can determine
11 whether you're going to lose weight or stay the same
12 weight or gain weight by how many calories you take in
13 compared to how many calories you burn out through
14 exercise, correct?
15   A. Yes, ma'am.
16   Q. And the calories in would be calculated in
17 terms of the foods and beverages you -- let me just try
18 to make it very simple.
19       There's a simple equation that describes
20 whether we lose weight, stay the same, or gain weight,
21 right?
22   A. Yes, ma'am.
23   Q. And it's known as calories in, calories out,
24 right?
25   A. That's right.

357

1    Q. And so if you -- in any given day or week or
2    whatever time period you're looking at total up the
3    number of calories you take in by food and eating and
4    compare it or add or subtract, I guess -- well, strike
5    that.
6         If you take -- if you calculate the number
7    of calories that you take in in food and drink and
8    subtract the number of calories you burn through
9    exercise and your metabolism generally, you'll come out
10   with a number that's either positive or negative that
11   reflects what's happened to your calories, right?
12   A. I -- I think in simplistic terms that's a
13   reasonable statement, yes, ma'am.
14   Q. All right. And putting it very simply, if you
15   have -- if you take in more calories through food and
16   drink than you burn in exercise or by the function of
17   your metabolism, you're going to gain weight?
18   A. Yes, ma'am.
19   Q. All right. You agree that physical activity
20   burns calories, right?
21   A. Yes, ma'am.
22   Q. You agree that if you reduce your physical
23   activity, you greatly reduce the number of calories you
24   burn?
25   A. Yes, ma'am.

358

1    Q. If you eliminate your physical activity, you
2    can hugely reduce the number of calories you burn,
3    right?
4    A. There's a -- there's a problem and -- well, let
5    me say yes to that, but there are some complicating
6    issues which may become relevant later.
7    Q. Okay. Do you want to just kind of define what
8    they are here --
9    A. Yeah.
10   Q. -- quickly?
11   A. Out there -- and I'm going to draw on the back
12   of my version.
13   Q. Why don't I give you a piece of paper. Is that
14   an exhibit?
15   A. Yeah, but it's not -- no, it's not an exhibit,
16   it's a copy.
17        Out there -- and I'll have trouble -- I'll
18   have to find it. It's somewhere out there.
19        Out there's a very interesting curve. And
20   I'm showing it to you and it shows a slope downwards at
21   the beginning on the left-hand side and then a slow
22   straightening of the -- the curve on the right-hand
23   side. And somewhere I found this and it's fascinating
24   because what it shows is -- this is level of physical
25   activity, which is on the X axis, and this is amount of

359

1    calories consumed. And to me it was absolutely
2    fascinating because what it showed is that after a
3    certain nadir, folk tended to consume a certain amount
4    of calories and increased the calories that they
5    consumed in relation to the amount of exercise. But
6    below a certain dip point, folk consumed calories anyway
7    whether they were exercising or not.
8         And when you ask me a question, I have to
9    think of this curve. I can't produce it. I've found it
10   in the last 25 years and it would take me a while --
11   Q. You don't know what article --
12   A. It's fascinating -- no.
13        But I use it to teach my patients that need
14   to come off the left-hand part of this curve and get on
15   to the right-hand part of the curve.
16        Clearly, nutrition/hunger studiers will
17   find out why that happens from the point of view of what
18   happens in the brain and what happens in the muscles.
19        But if I was slow to answer your question,
20   it was because that curve was sitting up there.
21   Q. Okay. In your brain. All right.
22        So a pound has 3500 calories in it, right?
23   I mean, you gain a pound if you take in 3500 extra
24   calories, right?
25   A. Yes, I think in kilos and it's 9,000, so the

360

1    proportion's about right, yeah.
2    Q. Okay. So if using Mr. Unger as an example, if
3    he kept eating the same thing every day that he had for
4    years, kept -- his calorie intake the same but reduced
5    his physical activity by burning 500 calories --
6    A. Yes, ma'am, please continue.
7    Q. -- less a day, how many days would it take for
8    him to gain a pound?
9    A. We -- we can't directly relate that. There's
10   several reasons for that. Calories can be stored either
11   as glycogen or protein, which have somewhat less --
12   somewhat more weight per calories. Fat, on the other
13   hand -- a kilo of stored fat has a lot more calories in
14   it than a kilo of either muscle or glycogen. And if we
15   take carbohydrate, our first step is to store it as
16   glycogen and then later it becomes stored as fat.
17        So if I'm slow in -- in accepting your
18   numbers, it's because what are we going to store this
19   as. If we store it as -- I'm turning it off. I'll take
20   that later.
21   Q. Do you need to take it?
22   A. No.
23   Q. Well, then, let's just do it this way. You
24   would agree that if you do something that reduces your
25   physical activity so that you burn 500 calories less a

13 (Pages 357 to 360)

361

1   day, it -- you can gain a pound of weight relatively
2   quickly?
3       A. Yes, ma'am. And in that setting where the
4   person is physically inactive, a lot of that would be
5   stored as fat.
6       Q. Okay. So you would agree that in someone who
7   reduces his physical activity by just enough to -- to
8   reduce his calorie burning by 500 calories a day, he
9   could gain a lot of weight pretty fast, right?
10      A. Yes, ma'am.
11      Q. What kinds of activities burn 500 calories?
12      A. To give you a depressing example, a slice of
13  bread is 80 calories, and you have to walk almost a mile
14  to burn off 80 calories. So there's a surprise -- at
15  the level of walking as opposed to in a nonsedentary
16  activity, a surprising amount of physical activity is
17  necessary to burn as little as 80 calories.
18      Q. Can you think of any activities that burn 200,
19  300 calories?
20      A. Yes. One would have to speed up a bit. And so
21  jogging would -- would certainly be able to do that and
22  exercising on a treadmill with a 15 percent slope on
23  the -- on the treadmill or exercising on an exercise
24  cycle with a major restriction put on the wheel. These
25  are examples of heavier exercise.

362

1       Q. How many calories do you burn if you walk a
2   mile at a regular pace?
3       A. As I said, I think it's about -- it's
4   depressingly low, and I offered it at about 80 to a
5   hundred calories. Again, clearly, that depends on the
6   size, the rate, the amount of weight carried, et cetera.
7       Q. You agree with me that Mr. Unger had severe
8   back problems?
9       A. Yes, ma'am.
10      Q. And you have characterized them as being
11  stabilized in -- before he started taking Seroquel; is
12  that right?
13      A. Well, I -- I think that's -- he continued to
14  receive therapy from a pain clinic, and so there's no
15  data in the charts I looked at that showed that there
16  was a sudden deterioration, although he did return for
17  further and further review of his level of pain and the
18  anatomy of his pain and received analgesics for his
19  pain. So I would have to say the pain was present and
20  ongoing.
21          I found nothing in the charts that I
22  reviewed that there was a sudden major deterioration
23  after the initial injuries which we discussed and after
24  the infection which he incurred, both of which were well
25  before he took his atypical antipsychotics.

363

1       Q. So you think his infection occurred well before
2   he took the atypical antipsychotic Seroquel?
3       A. Yes, ma'am.
4       Q. And you saw -- and there was, in your opinion,
5   no sudden deterioration after he developed the
6   infection?
7       A. Yes, ma'am.
8       Q. And -- you agree with that?
9       A. Yes, ma'am.
10      Q. And your report indicates that Mr. Unger was
11  disabled, doesn't it?
12      A. Yes, ma'am.
13      Q. When was he disabled?
14      A. As I recall, it -- it happened in about 1997,
15  which was when he -- prior to that he'd been a
16  registered nurse. 1997 was when the back injury
17  occurred. They tried to take a picture of that and that
18  was when the disk became inflamed and infected.
19          I'm sorry, I thought I switched this off.
20          MR. BRUDNER: It's persistent.
21      A. There we go. It's now off. I apologize.
22          So I ascribe that to a scant deterioration
23  in the state of his back in 1997.
24      Q. (BY MS. THORPE) Okay. So let me see if I've
25  got the time line correct. In 1997 -- well, before you

364

1   formed your opinions in this case, it was your
2   understanding that he had a back injury in 1997 and that
3   in the 1997 time frame he had a picture taken or a
4   diskogram taken that led to an infection?
5       A. In that location, yes, ma'am.
6       Q. In that time frame, right?
7       A. Yes, ma'am.
8       Q. 1997?
9       A. (Witness nods.)
10      Q. Yes?
11      A. Yes, ma'am.
12      Q. And then it -- before you formed your opinions
13  in this case, you understood that he was disabled or --
14  in 1997?
15      A. Yes, ma'am, that the injury to his back made it
16  impractical for him to continue with his work as a
17  registered nurse.
18      Q. And that after 1997 he had no sudden
19  deterioration of his back injury; is that right?
20      A. Yes, ma'am.
21      Q. Okay. So, Dr. Tulloch, do you know that
22  Mr. Unger had at least 68 visits to medical care givers
23  for his back or back pain after 1997?
24      A. Ma'am, I did not count them up. I've said
25  earlier that his visits to pain medication facilities

365

1  were present, continuous, and ongoing. But thank you
2  for giving me the numbers.
3      Q. You didn't know how many —
4      A. I did not count them.
5      Q. — visits he went to?
6      A. But I said within the last 20 minutes it was
7  present and ongoing.
8      Q. And were you aware that after 1997 — in fact,
9  in 2002, just before he started Seroquel he was
10 hospitalized because of the severe problems in his back?
11     A. No, I could accept that given the nature of his
12 ongoing pain and the findings that have been described
13 anatomically in his X rays.
14     Q. Were you aware that many of his psychiatric
15 visits were related to depression stemming from his back
16 pain and that these occurred after he started taking
17 Seroquel?
18     A. I had not — as I said earlier, I had not
19 counted up the number of visits he'd had to the pain
20 medication group, but I knew they were ongoing.
21     Q. Well, my question was: Were you aware before
22 you formed your opinions in this case that many of his
23 psychiatric visits after he started Seroquel were
24 related to his depression that stemmed from his back
25 pain?

366

1      A. Okay. I — I had not viewed them in that —
2  with that emphasis. I will accept your statement and I
3  will check to see how those individual visits were —
4  were reviewed.
5      Q. Were you aware that he received multiple
6  physical therapy treatments in 2001 and in — and
7  forward in time through 2004?
8      A. Yes, ma'am, I —
9      Q. So you knew that before you formed your
10 opinion?
11     A. Yes, ma'am.
12         MR. BRUDNER: It looks like progress.
13 Should we take a break? Now's a good time whenever —
14         MS. THORPE: You know, let me get through
15 this section.
16         MR. BRUDNER: Okay.
17         THE WITNESS: This is — this is a
18 long-distance call that keeps on coming through, so —
19         MS. THORPE: If you want to — well, if you
20 need to — I mean, I can wait if you need to take a
21 call.
22         THE WITNESS: Give me 30 seconds, at least.
23         MS. THORPE: Okay.
24         (Short recess from 6:19 to 6:25.)
25         (Exhibit No. 33 marked.)

367

1      Q. (BY MS. THORPE) Okay. To sort of orient us,
2  you recall that Mr. Unger started taking Seroquel in
3  October of 2002, right?
4      A. Yes, ma'am.
5      Q. All right. I'm going to show you what's been
6  marked as Exhibit 33 for identification.
7      A. Thank you.
8         MS. THORPE: And I'm sorry, I don't have
9  another copy of that one. It's the only — I just have
10 copies for myself and the witness.
11     Q. (BY MS. THORPE) Now, this is a note from
12 Dr. Schechter from July of 2002, right?
13     A. Yes, ma'am.
14     Q. And — I goofed — I goofed up.
15        But, Doctor, there are a lot of these
16 records, so let me just — I'm going to go ahead and go
17 on to the next one just in the interest of time.
18     A. Okay.
19     Q. That's not the one I intended to mark.
20        (Exhibit No. 34 marked.)
21     Q. (BY MS. THORPE) But it's — that's related to
22 his back injury, right?
23     A. Yes, ma'am.
24     Q. Now, I'm going to show you what's been marked
25 as Exhibit 34. And this is a neurologic opinion

368

1  regarding Mr. Unger, correct?
2      A. Yes, ma'am.
3      Q. And it's dated August 6, 2002, right?
4      A. I'm looking for the date on the bottom.
5      Q. It says date of visit.
6      A. August the 7th, 2002, yes, ma'am.
7      Q. Well, it's — if you look at date — let me see
8  what I gave you.
9      A. The date's down at the bottom in small print.
10     Q. Okay. All right. But it says — all right.
11 That's fine. I am proceeding to — here we go. Okay.
12        So Exhibit 34 is a note from Westside
13 Regional Medical Center, right?
14     A. Yes, ma'am.
15     Q. Dated August 7, 2002?
16     A. Yes, ma'am.
17     Q. And so this — this note, can you tell me if it
18 appears on your time line, anything about this visit?
19     A. No, ma'am.
20     Q. And it's not mentioned in your report, is it?
21     A. That's correct.
22     Q. And you have not reviewed the records of
23 Westside Regional Medical Center, correct —
24     A. If it's not —
25     Q. — before forming your opinions?

369

```
 1        A. -- in my list in the first paragraph, no,
 2  ma'am.
 3        Q. Why don't you just double-check me. And I
 4  don't think it is. Is that right?
 5        A. Yes, ma'am.
 6        Q. It's not in your -- it's not a medical record
 7  that you've ever reviewed and it's not in your -- in the
 8  time line prepared by the plaintiffs' law firm, right?
 9        A. That's correct.
10        Q. And so you didn't have the facts that are set
11  out in Exhibit 34 before you formed your opinion in this
12  case, right?
13        A. That's correct.
14        Q. Now, what this record shows, if you would look
15  at the second paragraph under history of present pain
16  complaint, it indicates that Mr. Unger had a lumbar
17  discography on July 12, 2002, right?
18        A. Yes, correct.
19        Q. And so you were incorrect when you said that
20  that happened in 1997, right?
21        MR. BRUDNER: Objection, form.
22        A. You know, ma'am --
23        Q. (BY MS. THORPE) Or did he have another one?
24        A. That's the point. Yeah, I think he's probably
25  had several, because I found on a disk last night that
```

370

```
 1  he's had some more. So --
 2        Q. Some more, is that what you -- your accent --
 3        A. Yes, that he's had some more in 2008, which is
 4  after my report which we agreed stopped in 2007.
 5        So if we go back to my report, the problem
 6  that happened in 1997 wasn't that -- just that he got a
 7  disk examined under radiological conditions but bacteria
 8  were introduced into the disk at the time of the
 9  examination. And diskitis is a term which I had
10  interpreted to mean a bacterial infection of a lumbar
11  disk, which is a very, very unpleasant set of
12  circumstances --
13        Q. Right.
14        A. -- to deal with.
15        Q. And you think that happened in 1997?
16        A. I believe from my reading of the time line --
17  if it's challenged, I'll have to go back and look at the
18  originals.
19        Q. Well, let's --
20        A. I believe that occurred in 1997.
21        Q. All right. Let's keep going here in -- and
22  I'll ask you to find that record for me in a minute.
23  But let's focus on Exhibit 34 right now, okay --
24        A. Yes, ma'am.
25        Q. -- the one that's dated August 7, 2002, just a
```

371

```
 1  couple of months before he started taking Seroquel.
 2        A. Right.
 3        Q. Okay. So in -- this record shows that he was
 4  referred by his primary care physician to Dr. Neil
 5  Schechter and a lumbar discography was performed on July
 6  12, 2002, right?
 7        A. Yes, ma'am.
 8        Q. And that procedure was done at Outpatient
 9  Cervical Services down in Plantation and was positive at
10  the L4-5 level with concordant pain reproduction and a
11  herniated disk at L4-5, right?
12        A. Yes, ma'am.
13        Q. So that means that in his lower back at the --
14  at the level in his vertebra of the 4th and 5th
15  vertebra, he had a herniated disk, correct?
16        A. Yes, ma'am.
17        Q. Now, this report, which you did not review
18  before writing your opinion, said that during the
19  ensuing week after the diskogram in July of 2002,
20  Mr. Unger noted a rather significant escalation of his
21  pain in the same general distribution, right?
22        A. Yes, ma'am.
23        Q. So that means that he was feeling really bad
24  pain a couple of months before he started taking
25  Seroquel in that area of his -- where he had that
```

372

```
 1  diskogram, right?
 2        A. Yes, ma'am.
 3        Q. And then Exhibit 34 says that he began to
 4  experience some fevers, right?
 5        A. That's correct.
 6        Q. And that Mr. Unger was admitted to the hospital
 7  for a workup of possible diskitis, correct?
 8        A. That's correct, yes.
 9        Q. Now, that would have been in July of 2002 just
10  before he started taking Seroquel, right?
11        A. Yes, ma'am.
12        Q. Now, do you think that he had diskitis in 1997,
13  also?
14        A. I will have to check original sources. But
15  that's what I put in my -- in my report.
16        Q. But you may have been wrong about that, right?
17        A. And if my original source is incorrect, I'm --
18  I'm comfortable with being corrected on the date.
19        Q. Okay. Well, let's -- let's just keep going
20  here with this.
21        A. Because certainly this August of 2002 Regional
22  Medical Center summary does relate to infection in a
23  disk.
24        Q. All right. And the -- the report that we're
25  looking at that's been marked as Exhibit 34 goes on to
```

16 (Pages 369 to 372)

373

1 say that an MRI scan of the lumbar spine was performed
2 and read by a Dr. Reuven Porges, the radiologist, as
3 being positive for diskitis, right?
4 A. Yes, ma'am.
5 Q. So in -- in August of 2002, just a couple of
6 months before he started taking Seroquel, he had a
7 diskitis which is, as you described, a bacterial
8 infection of a disk, right?
9 A. That's correct.
10 Q. And then Exhibit 34 goes on to describe his
11 laboratory work which shows that he had an infection,
12 right?
13 A. Well --
14 Q. Well, let me put it this way --
15 A. He had a modest elevation of sed rate. His
16 white cell count is not dramatically elevated, but there
17 is a left shift, which means that some of the white
18 cells in there have been recently activated.
19     Most labs are -- a high white cell count
20 which you look for -- for an infection. The upper limit
21 of normal is 10.8, so 9.2 is not -- is not above. So,
22 then, the issue would be how relevant is the left shift,
23 because that's the only evidence we have here.
24 Q. And this doctor who was taking care of him for
25 his diskitis in Exhibit 34 says that he had blood work

374

1 that indicates the presence of diskitis, right?
2 A. I don't dispute that statement.
3 Q. Okay.
4 A. But I do dispute his recommendations because
5 there's not an antibiotic amongst the Recommendations 1,
6 2, and 3. So --
7 Q. So you're disagreeing that they took care of
8 him, right?
9 A. I --
10 Q. Is that right?
11 A. If -- if I were looking after Mr. Unger and I
12 got Recommendations 1, 2, and 3, I would call that man
13 and say, "Hey, talk to me."
14 Q. For -- say -- why? Why would you say that?
15 A. Because if the whole issue of the possibility
16 of an infection is raised in this setting, then -- then
17 the possibility of an antibiotic should certainly be
18 included under recommendations. If a disk inflammation
19 was on any other basis, then there are new tests or
20 alternative tests that one can do to pinpoint whether
21 it's due to a bacterial infection.
22 Q. And what are those tests?
23 A. I would -- I would ask the physician to tell me
24 whether he wanted them to do them or whether he'd want
25 me to do them if I were caring for him.

375

1 Q. What are the tests?
2 A. You can label white cells and see where they
3 collect, and white cells tend to collect at a point of
4 bacterial invasion. So you can get a labeled
5 leukocyte -- that's white cells -- scan and find where
6 they are, and if there was a bacterially infected disk
7 there, I would expect that test to be positive.
8 Q. Is that a procedure that you've ever done?
9 A. No, ma'am, but the radiologists do it routinely
10 if there's an -- if there's a fever and there's a
11 suspicion of an infection somewhere in the body.
12 Q. It's -- it's not your area of expertise.
13 You're not an infectious disease person --
14 A. No, ma'am.
15 Q. -- or a radiologist?
16 A. I invoke -- if I were -- if I were in charge of
17 this man, I would invoke a test like that, yes, ma'am.
18 Q. Okay. You're not a radiologist?
19 A. No, ma'am.
20 Q. And you're not an infectious disease expert?
21 A. No, ma'am. But I deal --
22 Q. And you're not an orthopedist?
23 A. But I deal with a lot of infectious disease
24 situations not unlike this.
25 Q. So you're not arguing that he had -- that he

376

1 didn't have diskitis, are you?
2 A. No.
3 Q. Okay.
4 A. I -- I was interpreting -- I was giving you my
5 interpretation of the white cell count, which does not
6 hit the upper limit of normal, and then I was looking at
7 this man's recommendations. And if there was the
8 possibility of a bacterial infection, I would have --
9 that's why I said I'd record them and said, What do you
10 think? Your words suggest we might be dealing with
11 something inflaming the disk; if you think it's bacteria
12 one, two, three, four of the tests that we should be
13 doing; if you think it's autoimmune, then we should be
14 looking at alternatives.
15 Q. Now, do you -- when you look down at the -- you
16 were already looking at the medications they put him on.
17 He was on OxyContin, 40 milligrams, three times a day,
18 right?
19 A. Yes, ma'am.
20 Q. And what is OxyContin?
21 A. It's an opiate. It's one of the morphine
22 family.
23 Q. It's a very strong narcotic pain medication,
24 correct?
25 A. Let's leave it that it's one of the -- one of

17 (Pages 373 to 376)

377

1  the opiate family.
2      Q. Don't you agree that it's a very strong pain
3  medication?
4      A. It's used for -- it's used for pain that
5  requires narcotics, yes, opiate narcotics.
6      Q. It's something that can be addictive?
7      A. Yes, ma'am.
8      Q. And it's -- it's only prescribed for very
9  serious pain, right?  You would agree with that?
10     A. It should only be prescribed for very serious
11 pain, yes, ma'am.
12     Q. All right.  And he was also prescribed Vicodin,
13 correct?
14     A. Yes, ma'am.
15     Q. And that's a another pain medication that is
16 potentially addictive, correct?
17     A. No, ma'am.
18     Q. Vicodin is not?
19     A. Oh, I beg your pardon.  Yes, it's another --
20 it's a combination of an opiate and a nonopiate.  And
21 it -- it is potentially pain addictive, yes.  I beg your
22 pardon.
23     Q. And he was also given Soma.  Tell us what that
24 is.
25     A. That's a muscle relaxant which has a street

378

1  value, which means it is used in the streets for
2  whatever the kids use it for.
3      Q. But it's a -- it's a -- it has sedative
4  properties, doesn't it?
5      A. Yes, it's a muscle relaxant with central
6  sedative property.
7      Q. And OxyContin and Vicodin also have sedative
8  properties, right?
9      A. They're opiates --
10     Q. They make you sleepy?
11     A. They're opiates and they can make you drowsy,
12 yes, ma'am.
13     Q. So let me show you --
14         (Exhibit No. 35 marked.)
15     Q. (BY MS. THORPE) -- another record from -- let
16 me show you what's been marked as Exhibit 35 for
17 identification.
18     A. Thank you.
19     Q. This is another visit at about the same time,
20 right?
21     A. It's dated August the 6th in 2002.
22     Q. And this is where he got a second neurologic --
23 neurosurgical opinion, right, Mr. Unger did?
24     A. Yes, ma'am.
25     Q. Now, this is, again, another medical record

379

1  that you did not review before forming your opinions in
2  this case, right?
3      A. That's correct.
4      Q. And it's not on the time line prepared by the
5  plaintiffs' lawyers regarding this case, right?
6      A. That's correct.
7      Q. So if you look down to the -- this is a record
8  of Dr. Jose Joy, correct?
9      A. Yes, ma'am.
10     Q. And this -- this, again, is a record that was
11 created about two months before Mr. Unger started taking
12 Seroquel, right?
13     A. Yes, ma'am.
14     Q. And Dr. Joy notes at -- toward the end of the
15 first paragraph if on or around May or June of 2002,
16 Mr. Unger was having much more back pain with severe
17 spasms and incontinence, right?
18     A. Yes, ma'am.
19     Q. He was having such severe pain, according to
20 Dr. Joy, that he was having difficulty getting up out of
21 a chair, correct?
22     A. Yes, ma'am.
23     Q. This is not a condition that has been -- strike
24 that.
25         The condition that Dr. Joy is noting here

380

1  represents a new development in Mr. Unger, right?
2  Things have gotten worse for Mr. Unger?
3      A. I think an exacerbation of a preceding issue.
4  He -- I think we'll all agree that the initial back
5  injury was August the 13th, 1997, and that's in the
6  second line, and clearly now in 2002, May, things have
7  got worse.
8      Q. Okay.  Just before he started Seroquel, things
9  got worse for Mr. Unger in terms of his back?
10     A. Yes, ma'am.
11     Q. He was having such severe pain he couldn't get
12 up out of a chair without great difficulty, right?
13     A. Yes, ma'am.  And what would be most upsetting
14 would be his problem with incontinence.
15     Q. And he was having difficulty even walking short
16 distances, right?
17     A. Yes, ma'am.
18     Q. And apparently after he had the diskogram, his
19 back pain continued to get worse in the summer of 2002
20 and he developed an infection of the disk space, right?
21     A. I believe so, yes.
22     Q. And so here's a second person saying that he
23 has diskitis, right?
24     A. Yes, ma'am.
25     Q. His major complaint, according to Dr. Joy, just

381

1    before he started taking Seroquel, is that he had severe
2    pain in his low back deep and dull in nature but with a
3    burning quality to it with severe pain radiating down
4    both lower extremities, mostly left, occasionally right,
5    extending all the way to his foot with severe spasms
6    affecting his gluteal thigh muscles, right?
7        A.   Yes, ma'am.
8        Q.   With his urinary incontinence, he had pain
9    radiating into both of his groin areas, right?
10       A.   Yes, ma'am.
11       Q.   And he was unable to maintain an erection,
12   right?
13       A.   Yes, ma'am.
14       Q.   He was on continued -- this doctor also reports
15   that he was on Vicodin, OxyContin, and Soma, all
16   sedating medications as we've discussed, right?
17       A.   Yes, ma'am.
18       Q.   Dr. Joy did a physical exam of Mr. Unger,
19   right?
20       A.   Yes, ma'am.
21       Q.   And he said that he was in obvious distress
22   with severe guarding of his lumbar spine --
23       A.   Yes, ma'am.
24       Q.   -- right?
25            And he saw him and could see that he had

382

1    great difficulty getting up from a sitting position?
2        A.   That's correct.
3        Q.   He said he could barely bend 10 degrees, right?
4        A.   That's correct.
5        Q.   Now, you would agree that all of the pain
6    medications with which he was sedated and this severe
7    back pain that he had with this diskitis reduced the
8    amount of physical activity he had just as he was
9    starting Seroquel, correct?
10       A.   Yes, ma'am.
11       Q.   And the -- okay.
12            So have you ever had a patient that had
13   diskitis before?
14       A.   No, ma'am.
15       Q.   It's a pretty rare thing to have happen, isn't
16   it?
17       A.   Well, I've had patients who had infections in
18   their lumbar spine, so the answer -- I'll have to
19   retract that.
20            And, in fact, I had one poor guy who -- in
21   whom it happened spontaneously.  Bacteria can circulate
22   in the blood from a bad tooth or a tooth abscess, and I
23   think that's what happened with him.  So I -- it
24   can happen and it's a significantly serious condition
25   when it does occur.

383

1        (Exhibit No. 36 marked.)
2        Q.   (BY MS. THORPE)  I'm going to show you what's
3    been marked as Exhibit 36 for identification.
4        A.   Thank you.
5        Q.   And this is an article about post-procedural
6    diskitis, right?
7        A.   Yes, ma'am.  Thank you.
8        Q.   And if you'd turn to page 442, which is the
9    second page of the article.
10       A.   Uh-huh.  I have it.
11       Q.   And look down to the third paragraph in the
12   second column.
13       A.   Yes, ma'am.
14       Q.   And you see a sentence that says, "Malignancy,
15   chemotherapy, immune suppression, and diabetes mellitus
16   have been implicated as risk factors for post-procedural
17   infections"?
18       A.   Yes, ma'am.
19       Q.   And -- and what that means is if you have
20   diabetes, it -- it is actually a risk factor that you
21   might develop a condition like this diskitis, right?
22       A.   Yes, ma'am.
23       Q.   And if you look at the paragraph before that
24   paragraph, it also says obesity is a risk factor for
25   this kind of problem with diskitis, right?

384

1        A.   Yes, ma'am.
2        Q.   If Mr. Unger had diabetes in 2002 before he had
3    the diskogram, which was in the summer of 2002, it could
4    have caused him to develop diskitis, right?
5        A.   Well, ma'am, anybody worth their salt would
6    have had a lab test that included chemical profile.  And
7    the fact that it's not mentioned in either of these two
8    leads me to believe that the chemical profile was
9    normal.  The only way I could confirm that would be to
10   look at the original.
11       Q.   Right.  And you haven't -- before forming your
12   opinion, you haven't looked at the medical records
13   relating to his care during the time that he had
14   diskitis, right?
15       A.   Ma'am, I think we've shared that I was unaware
16   of this particular event at this time.
17       Q.   So you don't know if the --
18       A.   I have data --
19            MR. BRUDNER:  You have to let him finish
20   his answer.
21       A.   I had data that related to a time in 1997.
22       Q.   (BY MS. THORPE)  Right.
23       A.   So if we are, this is a second event.  I
24   mentioned a moment ago that this man, if the diagnosis
25   was correct, merited intravenous antibiotics.  And

385

1 Dr. Joy also mentions that his recommendation when he
2 sent the patient back to Dr. Schechter would be to use
3 intravenous antibiotics.
4 　　Q. Do you have any reason —
5 　　A. I do not.
6 　　Q. — to know that he didn't have intravenous —
7 　　A. That's the point. I do not see in — or recall
8 when I looked at all of these charts an event in — in
9 this time when he merited or underwent intravenous
10 antibiotics, this time meaning August of 2002.
11 　　Q. You didn't read any of these records relating
12 to this episode, so you have no idea one way or the
13 other what happened to him as we sit here today when he
14 was treated for diskitis?
15 　　A. Ma'am —
16 　　　　MR. BRUDNER: Objection, form.
17 　　A. — what — what I shared with you was I went
18 through the charts that were listed on page 10 of my
19 review. We have agreed that this particular event was
20 not in the list of charts which I related to. And we
21 have found Dr. Joy who recommended intravenous
22 antibiotics.
23 　　　　My suspicion is if that man did have
24 diskitis and if he did have an event relating to
25 intravenous antibiotics, which usually are undertaken

386

1 for six weeks to six months after an event like this,
2 that this would have been referred to in all of the
3 clinical data which I reviewed and which are listed on
4 page 10.
5 　　Q. (BY MS. THORPE) Before you formed — before
6 you formed your opinions in this case, were you aware
7 that he went into the hospital for his diskitis in
8 August of 2002?
9 　　A. No, ma'am. I — I've mentioned to you that
10 this particular event did not appear on my horizon.
11 　　Q. It's not on your —
12 　　A. Either when I look through his list of — of
13 patients — of physicians that he had seen or the
14 doctor — the hospital if he was admitted to a hospital.
15 　　Q. So you didn't review any medical records from
16 his hospitalization in August of 2002?
17 　　A. That relates — yes, ma'am, that relate to
18 2002, yes.
19 　　Q. And so when you formed your opinions in this
20 case, it's not in your time line, it's not in your
21 opinion that he was hospitalized and treated with
22 antibiotics delivered through a catheter in August of
23 2002, right?
24 　　A. That's correct.
25 　　Q. You — you had no idea that that was happening

387

1 to Mr. Unger, correct?
2 　　A. That event was below the horizon in the list of
3 physicians' charts which I reviewed.
4 　　Q. It did not hit your radar screen?
5 　　A. Yes, ma'am.
6 　　Q. Is that fair to say?
7 　　A. That's right.
8 　　Q. Now, you would expect that with that kind of
9 a — well, you'll agree that diskitis is a very severe
10 illness, right?
11 　　A. We related to that in 1997, yes, ma'am.
12 　　Q. All right. And so you agree?
13 　　A. Yes, ma'am.
14 　　Q. And you would expect on the kinds of drugs that
15 he was on, the sedating narcotics and the catheter and
16 the severe pain that he was undergoing, that he would
17 have extremely limited physical activity, correct?
18 　　A. Yes, ma'am, I think we would agree on that.
19 　　Q. And you assumed that he — when you formed your
20 opinions in this case, that he quit working in 1997,
21 right?
22 　　A. Yes, ma'am, that was what the chart suggested,
23 yes.
24 　　Q. But — and nowhere in your time line or in your
25 report do you say that, in fact, he worked until May of

388

1 2002, right? You — you're assuming he was disabled in
2 1997?
3 　　A. That's correct.
4 　　　　MR. BRUDNER: Objection, form.
5 　　Q. (BY MS. THORPE) Okay. The kind of physical
6 inactivity that Mr. Unger had in 2002 could mean that he
7 could gain weight because he was sedentary, right?
8 　　A. Yes, if — if he was given intravenous
9 antibiotics, ma'am, he would have been bedridden for a
10 while.
11 　　Q. Okay. And he would be — truly have a
12 sedentary lifestyle that would put him at risk for
13 developing diabetes if he didn't already have it, right?
14 　　A. It would have been another contributing factor,
15 yes, ma'am.
16 　　Q. Now, I'm going to show you —
17 　　A. Thirty-seven.
18 　　　　(Exhibit No. 37 marked.)
19 　　Q. (BY MS. THORPE) — a document from January 6th
20 of 2003 from the CORA Rehabilitation Clinics which you
21 said you reviewed, right?
22 　　A. Yes, ma'am.
23 　　Q. But this document does not appear on the time
24 line that the plaintiffs' law firm prepared for you,
25 right?

```
                                                    389
1        A. That's correct.
2        Q. And at that point, if you look down in the —
3    where it says "functional activities" on the sort of
4    lower third of the document.
5        A. Yes, ma'am.
6        Q. It says that Mr. Unger had difficulty with gait
7    and standing upright -- or his difficulty with gait and
8    standing upright persists, right?
9        A. Yes, ma'am.
10       Q. And the patient is using a walker, right?
11       A. That's correct.
12       Q. So — now, before this period of time around
13   January of 2003, you — Mr. Unger was not using a
14   walker, right?
15       A. To the best of my knowledge, yes.
16       Q. Until he — until he got diskitis in the summer
17   of 2002, his activity wasn't so limited that he had to
18   use a walker, right?
19       A. That's correct.
20       Q. And this is a period of time when he was on
21   Seroquel, right?
22       A. Yes, ma'am.
23       Q. And the physical therapist in CORA
24   Rehabilitation says that the patient presents minimal
25   overall progress, right?
```

```
                                                    390
1        A. I'm looking for those words.
2        Q. "Patient does present minimal overall progress
3    since evaluation."
4           It's the second sentence under functional
5    activities.
6        A. Yes, ma'am.
7        Q. And —
8        A. I'm just above the line.  Yeah, I've got it,
9    yeah.
10       Q. Right.  And then the physical therapist goes on
11   to say that they suggest discharge with physician
12   follow-up secondary to minimal progress?
13       A. Yes, ma'am.
14       Q. So — so Mr. Unger in — you know, while he's
15   on Seroquel, while he's so sick that he has to use a
16   walker is at -- not making progress as of January 2003,
17   right?
18       A. That's correct.
19       Q. You would agree with me that this kind of
20   condition, whether or not he was on Seroquel, could have
21   caused Mr. Unger to gain weight?
22       A. Yes, ma'am.
23       Q. Okay.  Now, I'm —
24       A. On the other hand, if he had an infection and
25   was feeling bad from his antibiotics, he might have been
```

```
                                                    391
1    also losing weight.  So I'll accept that he could have
2    been less sedentary and have gained weight.  But
3    sometimes antibiotics make people feel bad and sometimes
4    large amounts of opiates make people feel nauseated.
5           So whereas I agree sedentary nature would
6    have kept him still, both antibiotics and -- and feeling
7    sick and being given no -- opiates can make people
8    nauseated and not necessarily take in as many calories
9    as you'd expect.
10       Q. In fact, you know, at the beginning when he was
11   on all of those antibiotics and he was taking all those
12   drugs, it wouldn't surprise you if he lost some weight,
13   right?
14       A. That's correct.
15       Q. But when he started to get adjusted to those —
16   well, strike that.
17          When he stopped the antibiotics and started
18   getting accustomed to those narcotics, then you might
19   expect the weight gain to start if his physical activity
20   was very restricted?
21       A. Yes, ma'am.
22          (Exhibit No. 38 marked.)
23       Q. (BY MS. THORPE)  All right.  I'm going to show
24   you what's been marked as Exhibit 38 for identification
25   and direct your attention to his visit on February 13,
```

```
                                                    392
1    2003.  It's sort of in the middle of the page.
2        A. Got it, uh-huh.
3        Q. And this is when he's going to see his
4    psychiatrist, Dr. Cabada-Rovirosa, right?
5        A. Yes, ma'am.
6        Q. You didn't review these records, did you?
7        A. If he's not on my list — Rovirosa, no, he's —
8    he's not on my list, so I did not have this one.
9        Q. So here he's telling — he's in to see a
10   psychiatrist.  And he says, "In February of '03, he has
11   been under severe pains.  He feels very limited due to
12   his condition and this has taken a big emotional toll
13   for him.  He feels incapacitated to work mostly
14   secondary to his pain.  Pain is a very limiting
15   situation for him," right?
16       A. Yes, ma'am.
17       Q. And so, again, he's in to see his psychiatrist
18   because in part of the serious problems he's having in
19   terms of the pain from his back?
20       A. Yes, ma'am.
21       Q. All right.
22          (Exhibit No. 39 marked.)
23       Q. (BY MS. THORPE)  I'm going to show you a
24   document that's been marked as Exhibit 39.
25       A. Thank you.
```

21 (Pages 389 to 392)

393

1       Q. And this is a letter dated May 19, 2003, right?
2       A. I see a date fax 6-11-03. Tell me where you
3   find the May 19th.
4       Q. Date of evaluation.
5       A. Okay. Date of evaluation, yes, ma'am.
6       Q. And this — in the time line that the
7   plaintiffs' law firm prepared for you, this letter is
8   not included, right?
9       A. That's correct.
10      Q. And this letter attempts to go through the
11  entire history of his back condition, right?
12      A. Yes, ma'am.
13      Q. And it says that in the course of nonsurgical
14  treatment of his back problem, the patient developed
15  diskitis around the time that he had a diskogram in July
16  of 2002, correct?
17      A. That's correct.
18      Q. Nothing in his history says that he had
19  diskitis in 1997, correct?
20      A. Yes, ma'am.
21      Q. It just talks about diskitis in 2002.
22      A. Yes, ma'am.
23      Q. And this letter that's been marked as
24  Exhibit 39 goes all the way back to his original injury
25  in August of 1997 when he fell on his back and was

394

1   subsequently diagnosed as having suffered a lumbar disk
2   herniation, right?
3       A. Yes, ma'am.
4       Q. So Dr. Bloom who wrote this letter did not
5   recount any kind of prior diskitis in —
6       A. I accept that. This is the first information
7   that collates it all very well. But that would
8   certainly move his infective diskitis from 1997 to 2002,
9   yes, ma'am.
10      Q. So you think now that more probably than not he
11  had the diskitis — one diskitis episode and it occurred
12  in the year he started Seroquel?
13      A. And the date is 2002, yes.
14      Q. All right.
15      A. And he also received — this is the first time
16  we've got good evidence he had antibiotics as well for
17  that.
18      Q. Right. He was put on Vancomycin, right?
19      A. That's correct.
20      Q. And then in April of '02, just a few months
21  prior to this time, he began to develop urinary
22  symptoms, including decreased force of his urinary
23  stream, hesitancy, and incontinence, specifically when
24  he took diuretics, right?
25      A. Yes, ma'am.

395

1       Q. And on this — this Dr. Bloom physically
2   examined the patient, right?
3       A. Yes, ma'am.
4       Q. And noted that he is using a walker and appears
5   to be in a moderate — moderate degree of discomfort,
6   and this is in May of 2003, right?
7       A. That's correct.
8           (Exhibit No. 40 marked.)
9       Q. (BY MS. THORPE)  Okay. I'm going to show you
10  what's been marked — okay.
11          I'm going to show you what's been marked as
12  Exhibit 40 for identification.
13      A. Thank you.
14      Q. And this is in July of 2003, and this is a
15  record by Dr. Terrence Peppard. And this is not a
16  record you reviewed, correct?
17      A. That's correct, it's not on my list.
18      Q. And you'll agree with me that Dr. Peppard, who
19  is in the rehabilitation business, said that the patient
20  had continued low back pain since August 13th of 1997,
21  although the pain worsened considerably in July 2002
22  mostly on the basis of diskitis, right?
23      A. Yes, ma'am.
24      Q. And then if you look down at the next
25  paragraph — well, actually, let's just go down to

396

1   the — let's go down to the second paragraph. He says,
2   "The patient has been taking significant amounts of pain
3   and psychotropic medications," right?
4       A. Yes, ma'am.
5       Q. And he says, if you go further into the
6   paragraph, "He has fallen to his knees several times in
7   the — in the past year"?
8       A. Yes, ma'am.
9       Q. "On the basis of dizziness as well as bilateral
10  lower extremity buckling"?
11      A. Yes, ma'am.
12      Q. "His weight has increased to 288 pounds at
13  5'9'," right?
14      A. Yes, ma'am.
15      Q. "He has noted difficulty voiding and may have
16  some degree of urinary retention," right?
17      A. Yes, ma'am.
18      Q. And he had urinary incontinence when he had the
19  active diskitis, right?
20      A. Yes, ma'am.
21      Q. He has difficulty holding on to objects in the
22  past but this was better once the Soma was discontinued,
23  right?
24      A. Yes, ma'am.
25      Q. He goes on to say that the patient needs to

22 (Pages 393 to 396)

397

1 have increased physical activity, although this may
2 increase his pain symptoms, and that he needs a
3 meaningful weight loss program?
4    A. I would agree with that.
5    Q. Okay. And Dr. Peppard tells me in the last
6 sentence that he has stressed to the patient that his
7 level of inactivity, chronic use of significant amounts
8 of medications, affected mental status, and morbid
9 obesity represent a significant risk to his overall
10 health?
11    A. I would agree with that, ma'am.
12    Q. Okay. Now — so that's in July 14th, 2003, at
13 a time that he was taking Seroquel, right?
14    A. Yes, ma'am.
15    Q. Okay. So I'm going to move to the next year —
16      (Exhibit No. 41 marked.)
17    Q. (BY MS. THORPE) — and show you what's been
18 marked as Exhibit 41 for identification.
19    A. Thank you.
20    Q. And you'll agree with me that you've not
21 reviewed this Social Security Administration function
22 report that appears to be filled out by Mr. Unger?
23    A. If I didn't list it, I probably hadn't. I do
24 remember seeing a Social Security — let's assume I
25 hadn't, then.

398

1    Q. You don't remember reading this?
2    A. I don't remember reading it, no.
3    Q. Would you —
4    A. But go on.
5    Q. — would you turn to page 6, please.
6    A. Six?
7    Q. Yeah.
8    A. I'm on page 6.
9    Q. All right. You would agree that Mr. Unger says
10 that he is unable to walk even a block with my walker,
11 then I get weak, fatigue, pain becomes unbearable?
12    A. Yes, ma'am.
13    Q. This is in 2004, right?
14    A. Yes, ma'am.
15    Q. And he says he can walk only 150 feet before
16 needing to stop and rest?
17    A. Yes, ma'am.
18    Q. And if you have to rest, it can — how long
19 before you can resume walking? He responds as long as
20 30 minutes, right?
21    A. Yes, ma'am.
22    Q. Now, if you will assume with me that he worked
23 through May of 2002, that he was a working person up to
24 that point, this report that's been marked as Exhibit 41
25 represents a very serious deterioration of his condition

399

1 in terms of physical activity and a sedentary lifestyle,
2 correct?
3    A. Yes, ma'am. I think that summarizes it well.
4    Q. Okay. And then —
5      (Exhibit No. 42 marked.)
6    Q. (BY MS. THORPE) — I'm going to show you
7 Exhibit 42 for identification. It takes us up to 2005.
8    A. Thank you, ma'am.
9    Q. And this is a document — Exhibit 42 does not
10 appear on the time line that was prepared for you by the
11 plaintiffs' law firm, right?
12    A. I did review Dr. Schechter's data. His list is
13 on my page 10. We're now looking at an entry by
14 Dr. Schechter in October 2005, the 19th of October —
15 okay, ma'am.
16    Q. It's not on the time line, right?
17    A. It's not on the time line. Although —
18    Q. And, in fact —
19    A. — I did see — I did review this man's data.
20    Q. Okay.
21    A. But please carry on.
22    Q. All right. So you actually — you read this
23 information in the October 19, 2005 letter from
24 Dr. Schechter that's been marked as Exhibit 42 before
25 you formed your opinions, right?

400

1    A. I believe so, ma'am, yes.
2    Q. And you attributed — and you do not mention
3 this letter or the information in this letter in the
4 report that you made on Mr. Unger, right?
5    A. That's correct. What I — what I had mentioned
6 was overall his mobility had been markedly decreased,
7 and then I went on to summarize the other kind of
8 components of his risks for diabetes.
9    Q. What you say in your report, sir, is that he
10 had a back injury in 1997 affecting the levels of L4 and
11 L5 and subsequently following a diskogram developed
12 diskitis which despite treatment rendered him incapable
13 of continued work in his profession. That's what you
14 wrote, right?
15    A. That's how I summarized it, that's —
16    Q. You didn't tell the reader of this report that
17 during the time he was on Seroquel, as of October 19,
18 2005, he is riding around in an electric scooter, did
19 you?
20    A. No, ma'am. What I said —
21    Q. And —
22    A. — was his — he was incapable of continuing
23 work with his — with his profession —
24    Q. Right.
25    A. — yes, ma'am.

23 (Pages 397 to 400)

401

1     Q. And someone who — he — he indicates in his
2 October 19, 2005 report he usually is able to ambulate
3 with a walker, right?
4     A. That's correct.
5     Q. But on the day that he visited Dr. Schechter,
6 he was riding an electric scooter?
7     A. That's correct.
8     Q. And he still has severe pain across his lower
9 back in October of 2005, right?
10     A. Yes, ma'am.
11     Q. He feels heaviness along his legs —
12     A. Yes, ma'am.
13     Q. — right?
14         The — Dr. Schechter did a physical exam,
15 correct?
16     A. Yes, ma'am.
17     Q. He says that as of that date in 2005 he's still
18 uncomfortable with regard to the lower back and he still
19 has diminished range of motion with tenderness across
20 his back and that straight leg raising causes back pain,
21 right?
22     A. That's correct.
23     Q. And then if you go down to the plan, Mr. Unger
24 says that he wants to get the Premier bathing system,
25 which is a self-contained shower and bathtub with a

402

1 hydrotherapy spa and heat system, right?
2     A. Yes, ma'am.
3     Q. And that's because he has significant
4 difficulty getting into his shower, right?
5     A. Yes, ma'am.
6     Q. And even has difficulty with sitting in a
7 shower chair as he still cannot reach his legs and
8 requires assistance in helping him bathe, correct?
9     A. Yes, ma'am.
10     Q. I'm going to show you — let me find it.
11     A. While you're sorting, may I take a brief break.
12     Q. Sure.
13         (Short recess from 7:18 to 7:24.)
14         (Exhibit No. 43 marked.)
15     Q. (BY MS. THORPE) Doctor, I'm going to show you
16 what's been marked as Exhibit 43 for identification.
17     A. Thank you, ma'am.
18     Q. Now we're up to 2006.
19     A. January 2006, yes, ma'am.
20     Q. And he's seeing Dr. Ruiz?
21     A. Yes, ma'am.
22     Q. And Dr. Ruiz is a pain management person,
23 right —
24     A. Yes, ma'am.
25     Q. — doctor?

403

1     A. Yes, ma'am.
2     Q. And Dr. Ruiz says that — recites his history
3 about the diskitis and his problems with his back,
4 right?
5     A. Yes, ma'am.
6     Q. And then he says his lower back — it looks
7 like it's missing a word, but it's probably "painful now
8 daily and increases with activity and decreases
9 partially with oral meds." Would you agree with that?
10     A. Yes, ma'am.
11     Q. He described it like a pressure/ache sensation
12 with radiation to both lower extremities, right side
13 more than left, right?
14     A. Yes, ma'am.
15     Q. And his pain ranges — in a scale of 1 to 10
16 with 10 being the worst, his pain ranges from 8 to 10,
17 right?
18     A. Yes, ma'am.
19     Q. That's a very high pain level, right?
20     A. Ten out of 10.
21     Q. And he's on a whole array of medicines in
22 January 2006 for his back, right? Well, some of them
23 are for his back. He's on MS Contin?
24     A. Right.
25     Q. What is MS Contin?

404

1     A. As we discussed a moment ago, it's an opiate
2 and — as is Vicodin.
3     Q. The MS Contin is morphine, right —
4     A. Yes, ma'am.
5     Q. — morphine sulfate contin?
6     A. That's correct.
7     Q. All right. And then we've already talked about
8 him being on —
9     A. Vicodin.
10     Q. — Vicodin.
11         So in January of 2006, if you turn over to
12 his labs and his MRI, this doctor thinks that he has
13 central clumping and intrathecal nerve roots suspicious
14 of arachnoiditis. Do you know what arachnoiditis is?
15     A. Yes, ma'am, it's an inflammation of one of the
16 linings around the brain and spinal cord.
17     Q. And the — this is a very, very serious
18 disease?
19     A. It's not a good thing to have.
20     Q. And the doctor says, "If the present pain
21 medicine fails and surgery is not an option, the patient
22 may be a candidate for intrathecal morphine trial,"
23 right? Do you know what that means?
24     A. Yes, ma'am.
25     Q. What does that mean?

24 (Pages 401 to 404)

**405**

1      A. That they put a little needle in there and he
2 gets a little button that he can press and give himself
3 tiny doses of intrathecal morphine.
4      Q. That would be -- well, let me ask you:  In all
5 of your practice of medicine, you've not had a patient
6 who had that kind of device?
7      A. Interestingly enough, if you have anything
8 quite modest nowadays in a hospital, you will wake up
9 with something like this.  But they take it out pretty
10 quickly after, yeah.
11      Q. Not -- not as a matter of, like, living with --
12      A. Yeah.
13      Q. -- this kind of --
14      A. No.
15      Q. -- device --
16      A. No.
17      Q. -- on a daily basis, right?
18      A. What they found was if folk are giving these in
19 the postoperative period and allowed to administer
20 themselves, they actually use very much less morphine
21 than if they're giving a subcutaneous or intramuscular
22 morphine in a different setting.
23      Q. Right.  When someone has a baby now, you have a
24 morphine pump, but -- if you have a C-section, right?
25      A. Yes, ma'am.

**406**

1      Q. But that's not what we're talking about with --
2 with Mr. Unger?
3      A. No.
4      Q. He's talking about a device that would be in
5 there all the time that he could inject morphine into
6 his back, right?
7      A. That would -- even the medical school would
8 describe that as a big deal.
9      (Exhibit No. 44 marked.)
10      Q. (BY MS. THORPE) Yes.  Okay.  So I've just
11 given you an article that has been marked as Exhibit 44
12 for identification on arachnoiditis, right?
13      A. Yes, ma'am.
14      Q. And the -- and the definition of the disease is
15 that it is characterized by inflammation and scarring of
16 the arachnoid membrane of the spinal cord, correct?
17      A. That's correct.
18      Q. And if you look at the top paragraph, it says,
19 "Unfortunately, there is no cure, only treatment of the
20 chronic symptoms," correct?
21      A. Yes, ma'am.
22      Q. And it is characterized -- some of the common
23 symptoms include burning pain in the low back that may
24 radiate down the legs, correct?
25      A. Yes, ma'am.

**407**

1      Q. And certainly doctor -- Mr. Unger had that,
2 right?
3      A. Yes, ma'am.
4      Q. It's pain that persists even at rest, and
5 Mr. Unger had that, right?
6      A. Yes, ma'am.
7      Q. Urinary urgency, frequency, and incontinence.
8 Mr. Unger had that, right?
9      A. At one stage, yes, ma'am.
10      Q. Okay.  Now, if you look under causes on
11 page 215 of Exhibit 44 --
12      A. Yes.
13      Q. -- possible causes include infections, trauma,
14 and spinal cord contamination, right?
15      A. Yes, ma'am.
16      Q. And he had a diskitis that fits that
17 definition, right?
18      A. Would fulfill it, yes, ma'am.
19      Q. Turn to the last page of Exhibit 44 in the
20 discussion portion on 219.
21      A. I have 19 and the discussion.
22      Q. And the authors of this article conclude that
23 the prognosis is poor for patients with spinal
24 arachnoiditis, right?
25      A. Yes, ma'am.

**408**

1      Q. There is no cure, and surgical intervention may
2 provide only temporary relief with the scarring
3 returning after a short period of time, correct?
4      A. Yes, ma'am.
5      Q. The patients are at risk for depression,
6 suicide, and drug and alcohol abuse as a result of
7 enduring pain for years at a time and the disabilities
8 associated with the disease, correct?
9      A. Yes, ma'am.
10      Q. The lifespan of the patient may be decreased as
11 much as 12 years, correct?
12      A. Yes, ma'am.
13      Q. Prevention of the disease is difficult and
14 cannot be reliable if there are, in fact, genetic
15 factors, right?
16      A. Yes, ma'am.
17      Q. Now, you agree that the condition that
18 Mr. Unger developed beginning in the summer of 2002
19 before he started taking Seroquel and that persisted
20 throughout the time since then could entirely explain
21 his weight gain?
22      A. It would be -- it could be one of the
23 possibilities.  As I've said earlier, the -- on big
24 doses of opiates, it is also possible to become
25 nauseated.  And so weight gain in that setting sometimes

**409**

1  does not occur. But when we're looking at somebody who
2  was hugely obese before any of this happened and who now
3  had significant discouragement to undertake much in the
4  way of physical activity, weight gain certainly is a
5  known possibility.
6      Q. You could not rule out in the case of Mr. Unger
7  that the problems that he had with his back beginning in
8  the summer of 2002 were the sole cause of his weight
9  gain?
10     A. Ma'am, I won't -- I won't go to the bait quite
11 that easily. What I have agreed with you is that very
12 severe back pain with limitation on his mode of activity
13 could be a cause for weight gain. I've also made the
14 statement that he was on an atypical antipsychotic whose
15 known side effect is weight gain. And clearly to
16 ascribe the inactivity or hypokinesis as the only cause
17 for his weight gain would be naive.
18     Q. So if Mr. Unger had not taken Seroquel but had
19 had these events happen to him after July of 2002, you
20 would agree with me that he could have gained weight of
21 the quantity that he gained while he was on Seroquel,
22 correct?
23     A. Of the quantity -- that he could have gained
24 weight, yes, ma'am.
25     Q. You would agree with me that if Mr. Unger had

**410**

1  not taken Seroquel but had had the experiences he had
2  after July 2002 with his back, that he could have very
3  easily gained 43 pounds?
4      MR. BRUDNER: Objection, form.
5      A. Ma'am, I also mentioned that large doses of
6  opiates can cause nausea. So he could have gained
7  weight, he could have lost weight, and he could have
8  remained the same.
9      Q. (BY MS. THORPE) And he could have gained
10 43 pounds while he was stricken with this horrible back
11 condition that he has, right?
12     A. He might have gained weight, yes, ma'am.
13     Q. All right. How do you rule out the back
14 problem that occurred virtually contemporaneously with
15 him starting Seroquel as a cause of his weight gain?
16     A. I -- I think "a cause" is the correct word. I
17 thought I heard you earlier say "the cause," and
18 clearly --
19     Q. I did.
20     A. -- I wouldn't let you get away with that. But
21 a cause is perfectly all right, I'll accept that.
22     Q. So you can't rule out his severe back problems
23 beginning in 2002 as a cause of his weight gain?
24     A. No, ma'am. I wouldn't wish to.
25     Q. All right. And you can't say how much of

**411**

1  Mr. Unger's weight gain that you say is 43 pounds was
2  due to his back problems or due to his ingestion of
3  Seroquel?
4      A. That's correct. I believe they both could be
5  contributing factors. On the other hand, if the opiates
6  he got for his pain made him nauseated, he might have
7  gained weight because of Seroquel. As I've said
8  earlier, the issue of opiates and appetite is out there.
9      Q. If you examined Mr. Unger -- if you had seen
10 him, could you have determined the degree to which his
11 activity was impaired?
12     A. In a manner similar to the physicians which
13 have already interviewed him, yes, ma'am. One takes a
14 history, one does a physical examination, one listens to
15 the family, and then one makes a conclusion. And we've
16 had some nice examples of that in some of the exhibits
17 that you have produced.
18     Q. Nowhere in your report did you describe the
19 kinds of narcotics that Mr. Unger was on like MS Contin
20 and OxyContin and Vicodin and a number of other
21 narcotics, did you?
22     A. No, ma'am, because as I've said a moment ago,
23 opiates can cause nausea and are not as commonly
24 ascribed to weight gain as some of the atypical
25 antipsychotics. So I went for the big elephant and left

**412**

1  the little elephant on the side.
2      Q. And so would you describe this experience
3  that -- well, let me -- let me ask you this.
4      The experience that he had with his back in
5  July of 2002 was certainly a big elephant in Mr. Unger's
6  life, correct?
7      A. Very dramatic, ma'am.
8      Q. And the fact that he was taking serious
9  narcotic medication to manage the pain associated with
10 this back problem you chose not to include in your
11 report, correct?
12     A. Yes, ma'am.
13     Q. And --
14     A. I mentioned that it had changed his lifestyle,
15 it had stopped him from working, but I did not enumerate
16 them, again, for the reasons which you've said.
17 Firstly, some of these did not come into my horizon;
18 and, secondly, because I really don't know without
19 asking him what the opiates have done to his appetite.
20 Large doses of morphine and morphine-like substances
21 often cause nausea.
22     Q. And he continued on those opiates the entire
23 time he was taking Seroquel, correct?
24     A. Yes, ma'am.
25     Q. And during that period of time, he gained,

26 (Pages 409 to 412)

413

1   according to your report, 43 pounds, correct?
2       A. Forty-three, yes, ma'am.
3       Q. So the taking of those opiates while in the
4   beginning when he was on antibiotics and was first sick
5   might have affected his appetite, but certainly he
6   continued to eat enough to put on 43 pounds, correct?
7       A. He certainly put on weight, ma'am, yes.
8       Q. Right. And if he had been nauseous and
9   throwing up every day, it would have been unlikely that
10  he would have gained 43 pounds, right?
11      A. Unless his appetite center had been stimulated
12  by an atypical antipsychotic.
13      Q. Or maybe -- you would concede that it is -- let
14  me ask you this.
15          Would you concede that it's likely --
16  strike that.
17          All right. Let's -- let me ask you one
18  question I've been meaning to ask you, Doctor. Can you
19  define what level of BMI is obese? You would agree that
20  over 30 is obese?
21      A. I would agree that over 30 is on the line of
22  morbid obesity, ma'am, and --
23      Q. What about overweight? How would you define --
24      A. Overweight -- I think -- and there are several
25  classifications out there. An ideal weight would be

414

1   less than 23 to 25. Obese gets up to 30, and morbid
2   obesity much above 30 to 35. I mean, there's an
3   increasing as the numbers go up.
4       Q. All right. Let's turn to Ms. McAlexander. It
5   will take me a second to get my stuff together.
6          (Exhibit No. 45 marked.)
7       Q. (BY MS. THORPE) I'm going to show you what's
8   been marked as Exhibit 45 for identification and ask you
9   if this is your report on Eileen McAlexander.
10      A. Thank you. Yes.
11      Q. And --
12          (Exhibit No. 46 marked.)
13      Q. (BY MS. THORPE) -- I'm going to show you
14  what's been marked as Exhibit 46 and ask you if this is
15  a time line that was prepared by the plaintiffs' law
16  firm and given to you regarding Ms. McAlexander.
17      A. Thank you, ma'am. Yes.
18      Q. Okay. So with your report in front of you
19  that's been marked as Exhibit 45, do you have any
20  additions or changes to your report?
21      A. Not at this time, ma'am, no.
22      Q. In -- in -- is it your -- strike that.
23          Your report that's been marked as
24  Exhibit 45, in your mind, is factually and medically
25  accurate, correct?

415

1       A. To the best of my ability at the time it was
2   made, yes, ma'am.
3       Q. And you certainly used your best skills to make
4   it as factually and medically accurate as possible?
5       A. Yes, ma'am.
6       Q. The -- if you could turn to the reference or
7   reliance list that we've discussed before that's on
8   page --
9       A. Sixteen.
10      Q. -- 16. And what I'd like you to do is go down
11  that list and check the medical records that you've
12  reviewed. And if it helps to use -- do you want another
13  copy of your report to look at while you do it?
14      A. Okay. Sure. Thank you.
15          (Short recess from 7:44 to 7:48.)
16      A. Thank you, ma'am. I have matched up as well as
17  I can. There are a few on my list that don't appear
18  here and vice versa, but in the interest of time, I've
19  matched the principal ones.
20      Q. (BY MS. THORPE) So on -- thank you.
21          On Exhibit --
22      A. Forty-five.
23      Q. -- 45, you have marked the medical records that
24  you've reviewed on that reference list that's page 16,
25  right?

416

1       A. Yes, ma'am.
2       Q. And you didn't read all the medical records
3   with regard to Ms. McAlexander?
4       A. That's correct. As I said a moment ago, there
5   are some on my list which aren't there, and that may
6   just mean that the names are slightly different, and
7   some are on this --
8       Q. Could you identify the ones --
9       A. -- list which are not in my list, and that
10  would include what you've said, which is that ones that
11  I didn't see.
12      Q. Okay. On the ones that appear in the text of
13  your report with regard to Ms. McAlexander that aren't
14  on the reference list, can you identify those just by
15  telling me what they are?
16      A. Yes. I couldn't find South Duchess Family
17  Practice Center. I couldn't find Benedictine Hospital.
18  I did find Four Winds. I didn't find Social Security
19  Administration. I didn't find Family Care Specialists.
20  I did find Florida Psychiatric. I did find Ocala
21  Regional Medical Center. Amongst the doctors I found
22  Dr. Velisetty, Heflin. I did not find Dr. Schneider. I
23  did not find the Vassar hospitals. I did find
24  Dr. Gordon. I didn't find the Hudson Valley Heart
25  Center, and I didn't find the Digestive Diseases Center.

27 (Pages 413 to 416)

417

1      As I said, that may just be because the
2 titles are slightly different or the terminology was
3 taken off a different line on the titles.
4     Q. But what you're saying is there are a number of
5 medical records that are in the text of your report that
6 don't appear on the reference list?
7     A. That's correct.
8     Q. Okay. But in any event, you didn't read all of
9 the medical records that were provided to you by the
10 plaintiffs' lawyer —
11     A. That's correct.
12     Q. — correct?
13      And you didn't read any of the depositions
14 they provided to you —
15     A. That's correct.
16     Q. — of the various doctors or of the plaintiff,
17 correct?
18     A. That's correct, ma'am.
19     Q. And I'm talking about Ms. McAlexander.
20     A. Yes, ma'am.
21     Q. All right. By not reading all of the medical
22 records that were given to you on Ms. McAlexander, you
23 may have missed alternative explanations for any weight
24 gain that she had, right?
25     A. Yes, ma'am.

418

1     Q. And by not reading all of the medical records
2 on Ms. McAlexander, you may have missed other causes for
3 her diabetes other than Seroquel which you have blamed
4 in your report?
5     A. Yes, ma'am.
6     Q. Now, if you would turn to the — the text of
7 your report that — where it says, "Opinions relating to
8 Eileen McAlexander" —
9     A. Yes, ma'am.
10     Q. — "McAlexander," on the second page of that
11 part of your report you say that based on reasonable
12 medical probability, the excess weight gain experienced
13 following the administration of the atypical
14 antipsychotic Seroquel was a cause of and contributed to
15 the development of her diabetic state, right?
16     A. Yes, ma'am.
17     Q. So what you are saying is that the cause of her
18 diabetes is her weight gain that you attribute to her
19 ingestion of Seroquel, correct?
20     A. Yes, ma'am.
21     Q. And as is the case in other matters that we've
22 discussed with each other, you are not saying that there
23 is any evidence that Seroquel had a direct effect on
24 Ms. McAlexander, correct?
25     A. Yes, ma'am.

419

1     Q. That's correct? I'm correct? Sometimes when
2 you say yes, it's just not clear what you mean.
3     A. Okay. Maybe you should rephrase that question.
4     Q. Okay. I'll try it again.
5     A. Okay.
6     Q. There is no evidence that you know of that
7 Seroquel had a direct effect on Ms. McAlexander; is that
8 correct?
9     A. Had a direct effect on her psychosis or on her
10 weight?
11     Q. On her diabetes. Let me start over.
12      There is no evidence that you know of that
13 Seroquel had a direct effect on Ms. McAlexander such
14 that it caused her to have diabetes by some direct
15 mechanism?
16      MR. BRUDNER: Objection, form.
17     A. I go back to the reservation that with Zyprexa
18 there does seem to be a direct effect. With Seroquel it
19 has not yet been demonstrated. And at this time I think
20 the mechanism is most likely due to weight gain.
21     Q. (BY MS. THORPE) Okay.
22     A. But I leave that reservation because these
23 groups of medications seem to have a common effect on
24 weight and at least one of them has had a direct effect
25 on components of insulin action.

420

1     Q. Am I correct that you're not offering an
2 opinion here that Seroquel has a direct effect on the
3 pancreas or a direct effect on the pancreas of
4 Ms. McAlexander?
5     A. On — on current knowledge, yes, ma'am.
6     Q. Okay. Now, you have said that Seroquel is a
7 cause of her weight gain. What are the other causes of
8 her weight gain?
9     A. If we go back one page under the clinical
10 facts, we have a list of them. Second line would start
11 with major depression, obesity, asthma, cigarette
12 smoking habit, occasionally requiring glucocorticoids,
13 which are cortisone-like variants, usually Prednisone.
14 Obesity we've mentioned and hypertension, and then she
15 also has a family history of diabetes.
16     Q. Okay. My question was a little different, and
17 so let me just say it — ask it again.
18      Have you quantified — or not have you
19 quantified.
20      Have you identified any other causes of her
21 weight gain? I think you just gave me a list —
22     A. I beg your pardon. Okay. I gave you a list of
23 contributing factors to diabetes.
24     Q. Right.
25     A. Yes. Going back, I think an important one to

28 (Pages 417 to 420)

421

1  acknowledge would be that when she'd had an asthma
2  flare-up, she occasionally required glucocorticoids.
3  And we agreed that Prednisone as an example of the
4  glucocorticoids can induce weight gain.  Again, it
5  depends on the duration.  Commonly for asthma it's a
6  Medrol Dose Pack, and so they only get about five to
7  seven days of it.  And so the long-term effect on weight
8  is not as dramatic as a dose of cortisone that was
9  continued for any length of time.
10      Q.  So what — what else besides that, if anything,
11  could have contributed —
12      A.  That's about it.
13      Q.  — to her weight gain?
14      A.  That's about it.
15      Q.  And then on the other side of the coin, you
16  listed other causes of her diabetes as being major
17  depression, preexisting obesity that predated Seroquel,
18  asthma, cigarette smoking, the ingestion of — or the
19  taking of glucocorticoids, hypertension, and her family
20  history of diabetes?
21      A.  That's correct, ma'am.
22      Q.  All right.
23      A.  May I add another?
24      Q.  Sure.
25      A.  Somewhere in there further down she'd been on

422

1  the other atypical antipsychotic, Risperdal.
2      Q.  Okay.  And that in your mind is a cause of
3  diabetes, Risperdal is a cause of diabetes?
4      A.  It's a cause of weight gain and would then
5  contribute -- to be a contributing factor to diabetes in
6  somebody with a family history.
7      Q.  Okay.  And you think that that happened in the
8  case of Ms. McAlexander, that Risperdal was — let me
9  back up a second.
10      You equate a contributing factor and a
11  cause — they're the same thing in your mind, correct?
12      A.  Pretty well, yes, ma'am.
13      Q.  Okay.  So in your opinion, Risperdal in
14  Ms. McAlexander is a cause — a cause of her diabetes or
15  weight gain leading to diabetes?
16      A.  Should be on the list.  When one looks at
17  risks of -- it's nice to simply think of contributing
18  factors, then we're not arguing which one should be at
19  the top of the list.  Seroquel should be on that list as
20  should all of the others on the list you've just written
21  down.
22      Q.  So you have not quantified the contribution
23  that each of these causes that you've identified just
24  now have made to the development of diabetes in
25  Ms. McAlexander, correct?

423

1      A.  No, ma'am.
2      Q.  And you have not ruled out any of these causes
3  as — strike that.
4      Have you examined this plaintiff,
5  Ms. McAlexander?
6      A.  No, ma'am.  As we mentioned earlier, I did not
7  have access to any of these patients.
8      Q.  And you did not talk to her on the phone?
9      A.  No, ma'am.
10      Q.  And you did not send Ms. McAlexander a
11  questionnaire?
12      A.  No, ma'am.
13      Q.  Everything you know about Ms. McAlexander has
14  been given to you by the — her lawyers, correct?
15      A.  If that includes all of the medical literature
16  which we've discussed, yes, ma'am.  I did not get
17  anything directly from the lady.  As we mentioned, I had
18  no direct contact with her.
19      Q.  Okay.  Let's talk about her use of Seroquel.
20  Okay?  You indicate in your report that she began taking
21  Seroquel in — on August 30, 2001, right?
22      A.  Yes, ma'am.
23      Q.  And your report says that on that day she
24  had — was given Seroquel, 25 milligrams in the morning
25  and 50 milligrams at bedtime, right?

424

1      A.  Yes, ma'am.
2      Q.  Now, I want to show you her prescription record
3  from August 30.
4      (Exhibit No. 47 marked.)
5      Q.  (BY MS. THORPE)  I'm going to show you her
6  prescription record which has been marked as Exhibit 47.
7      A.  Thank you.
8      Q.  And you'll see that on August 30, 2001, she was
9  prescribed 25 milligrams by a Dr. Venkates Inaganti and
10  it says take one tablet twice.  Do you see that?
11      A.  Yes, ma'am.
12      Q.  And she was really — this is a — she was
13  really getting 50 milligrams a day when she started,
14  right, not 75 milligrams?
15      A.  Yeah.  Well, what I have — if I can refer
16  to — we don't have a number yet.
17      Q.  Yeah, we do.
18      A.  Okay.  We do, okay.
19      Q.  It's Exhibit 46.
20      A.  Okay.  Okay.  If I could refer you to page 3 on
21  the Exhibit 46.
22      Q.  The time line?
23      A.  The time line, yeah.
24      We have — in the time line, Venkates
25  Inaganti is described as having given her on 8-30-01

29 (Pages 421 to 424)

425

1  only a seven-day supply. So you do the math. She
2  theoretically should be taking 30 tablets. That's four
3  a day. That should be 100 milligrams. You then go on
4  to 9-8-01. She's given 75 milligrams. So depends on
5  how one reads that.
6      Now, let me go back and see if we can find
7  on this pharmacy readout anything that matches that.
8      Q. Well, if you look at August 30, 2001, on
9  Exhibit --
10     A. Right. We've got --
11     Q. -- 40 --
12     A. -- Inaganti and we've got 25 milligrams and one
13  tablet twice daily, so there's 50.
14     Q. Right. She started off on 50 milligrams --
15     A. Right --
16     Q. -- didn't she?
17     A. -- I think that's reasonable.
18     Q. Okay.
19     A. And then we now go up to 9-8.
20     Q. I'm going to get to 9-8 --
21     A. Okay.
22     Q. -- all right? So let me just --
23     A. No problem.
24     Q. -- take this one step at a time so the record
25  will be clear.

426

1      So you've looked at the Rite Aid record
2  which has been marked as Exhibit 47?
3      A. Yes, ma'am.
4      Q. And you agree that she was started out on
5  August 30, 2001, at 50 milligrams a day on Seroquel,
6  right?
7      A. Right.
8      Q. So the -- your report has a mistake in it that
9  says it's 75 milligrams instead of 50, right?
10     A. Yes.
11     Q. Okay. Then she goes -- Ms. McAlexander goes to
12  see Dr. Lavian on September 8, 2001. And as you noted,
13  she goes up to 75 milligrams a day --
14     A. Okay.
15     Q. -- right?
16     A. That's fine, yes, ma'am.
17     Q. And then if you look at your time line, you can
18  see on December 1, 2001, Dr. Lavian changes the dose
19  that Ms. McAlexander got down to 25 milligrams at
20  bedtime as of December 1, 2001. Do you see that?
21     A. Yes, ma'am.
22     Q. She continued taking 25 milligrams at bedtime
23  throughout January of 2002, correct?
24     A. Yes, ma'am.
25     Q. That's 25 milligrams of Seroquel, right?

427

1      A. Right.
2      Q. And then she continues through February 11th
3  taking 25 milligrams of Seroquel a day, right?
4      A. That's correct.
5      Q. On February 11, 2002, she is seen at
6  Benedictine Hospital where she reports that she has
7  stopped her medicine altogether for three weeks?
8      A. That's correct.
9      Q. So she's -- going back three weeks from
10  February 11th, she just -- she didn't take anything?
11     A. Right.
12     Q. She's a noncompliant psychiatric patient,
13  right?
14     A. That's correct.
15     Q. On February 22, 2002, she gets a new
16  prescription for Seroquel, right?
17     A. Yes, ma'am.
18     Q. And that prescription is for 300 milligrams a
19  day?
20     A. The dose went up, yes, ma'am.
21     Q. Yes. And then from August 30, 2001, through
22  February 11, 2002, so going from -- beginning of the
23  time she starts -- let me start over because I can --
24  let me just say it again.
25      She began Seroquel on August 30, 2001,

428

1  right?
2      A. Yes, ma'am.
3      Q. And then up to February 11, 2002, that's about
4  five and a half months, right?
5      A. Yes, ma'am.
6      Q. So for three of those five and a half months,
7  she's on a dose of 25 milligrams, right?
8      A. At least.
9      Q. Right. And the rest of the time during that
10  five and a half months her dose ranged from 50 to
11  75 milligrams --
12     A. We're in agreement.
13     Q. -- right?
14     A. That's right.
15     Q. Now, when she goes off on February 22, 2002,
16  her dose goes up to 300 milligrams at bedtime. She
17  stays on that dose until February 13, 2003, right?
18     A. That's correct.
19     Q. Then on February 13, 2003, her Seroquel dose is
20  increased to 600 milligrams at night by Dr. Velisetty?
21     A. That's correct.
22     Q. And that's a dose she takes at bedtime, right?
23     A. Yes, ma'am.
24     Q. And she stays on that dose until July 13, 2005,
25  right?

### 429

1    A. Yes, ma'am.

2    Q. And on July 13, 2005, her Seroquel dose is

3  decreased to 200 milligrams at bedtime by Dr. Velisetty,

4  right?

5    A. Yes, ma'am.

6    Q. And then from July 13, 2005, through August --

7  actually through September 29th of 2005, she stays on

8  200 milligrams at bedtime, right?

9    A. Yes, ma'am.

10    Q. And then on September 29, 2005, she goes to

11  150 milligrams at bedtime?

12    A. Yes, ma'am.

13    Q. Then she stays on that 150 milligrams at

14  bedtime until, according to your report, on October 21,

15  2005, she drops to 100 milligrams at bedtime?

16    A. Yes, ma'am.

17    Q. And then on August 2, 2006, she stops taking

18  Seroquel?

19    A. And she started a nonweight-affecting

20  medication, yes, ma'am.

21    Q. But she stopped taking Seroquel on August 2,

22  2006, right?

23    A. That's correct.

24    Q. So the time period we're talking about with

25  Seroquel is August 31, 2001 to August 2, 2006, correct?

### 430

1    A. Five years.

2    Q. But that's the right time?

3    A. Yeah, that looks --

4    Q. I've said it accurately.

5    Okay. Now, you say in your report that

6  prior to the administration of antipsychotics,

7  Ms. McAlexander's weight was 185 pounds. Do you see

8  that?

9    A. I see my report.

10    Q. Can you tell me where that weight came from?

11    A. That's what I see. I -- I don't see it in the

12  time line.

13    Q. Isn't it true, sir, that since 1996

14  Ms. McAlexander never weighed less than 255 pounds?

15    A. Certainly in 1996 I have 265, 265, 255 in '01.

16  So that number 185 is incorrect, and I don't know where

17  that came from. All of the numbers in the time line are

18  above 200, and the numbers back as early as '96 are 265

19  to 268.

20    Q. So the weight that you have for -- the weight

21  that you have for Ms. McAlexander as being the weight

22  prior to the administration of antipsychotics is wrong

23  in your report?

24    A. I believe it's incorrect, ma'am, yes. It

25  certainly doesn't relate to anywhere in the time line.

### 431

1    Q. And, in fact, in the weight that she had -- let

2  me show you an exhibit.

3    (Exhibit No. 48 marked.)

4    Q. (BY MS. THORPE) The weight that she had just

5  before she started taking Seroquel, as reflected on

6  Exhibit 48 -- and it's highlighted -- on August 14,

7  2001, is 260 pounds; isn't that right?

8    A. I think that's a much more representative

9  value, yeah.

10    Q. All right. Let's go through some of her

11  weights before her antipsychotic use. You'll agree with

12  me that Ms. McAlexander was 5'7" tall, right?

13    A. Yes, ma'am.

14    Q. And you would agree that her -- the weights

15  that she had before she started Seroquel are very

16  important to your opinion, right?

17    A. Yes, ma'am.

18    Q. They're important to your opinion because

19  knowing how obese some was -- one was before they

20  started Seroquel tells you how serious a preexisting

21  cause of diabetes was in that person, right?

22    A. Yes, ma'am.

23    Q. It also, knowing prior weights, tells you

24  whether or not the patient like Ms. McAlexander was a

25  weight cycler or not and whether she went up in her

### 432

1  weights or whether she went down in her weights before

2  she took Seroquel, right?

3    A. That's right.

4    Q. Because if she went up and then she went down

5  in her weights and was a weight cycler before she took

6  Seroquel, she might have done the same thing after she

7  took Seroquel even without regard to taking Seroquel,

8  correct?

9    A. That is a reasonable comment, yes, ma'am.

10    Q. All right. So the first weight that you have

11  on your time line for Ms. -- that was provided to you by

12  the plaintiffs' law firm with regard to Ms. McAlexander

13  is April 12, 1996, right?

14    A. Yes, ma'am.

15    Q. You reviewed Dr. Schneider's records before you

16  formed your opinions in this case, right?

17    A. Yes, ma'am.

18    Q. And Dr. Schneider's records --

19    (Exhibit No. 49 marked.)

20    Q. (BY MS. THORPE) Let me show you what's been

21  marked as Exhibit 51 for identification and ask you --

22    (Discussion off the record.)

23    Q. (BY MS. THORPE) I'm going to show you what's

24  been marked as Exhibit 49 for identification.

25    A. Okay.

433

1    Q. And that's a record from Dr. Schneider that you
2  reviewed, right?
3    A. Yes, ma'am.
4    Q. And in March of 1996, Ms. McAlexander weighed
5  271 pounds?
6    A. Yes, ma'am.
7    Q. She was 36 years old, right?
8    A. That's correct.
9    Q. And she had a BMI at – of 42.4 pounds in March
10  of 1996, right?
11    A. Yes, ma'am.
12    Q. That is morbidly obese, correct?
13    A. I would agree with that.
14    Q. And that weight does not appear on your time
15  line provided by the plaintiffs' law firm, right?
16    A. That's correct.
17       (Exhibit No. 50 marked.)
18    Q. (BY MS. THORPE)  Then I'm going to show you a
19  record from February 13th of 1997 that's been marked as
20  Exhibit 50 for identification.
21    A. Thank you.
22    Q. And you'll have to go with me a little bit on
23  this one because there's a hole punch over the 2.
24    A. Okay.  I'll buy it.
25    Q. On that date Ms. McAlexander weighed

434

1  268 pounds; is that right?
2    A. Yes, ma'am.
3    Q. And you reviewed that record before you formed
4  your opinions in this case, right?
5    A. Dr. Schneider, yes, ma'am.
6    Q. Yeah.  And that's a BMI of 42 in
7  Ms. McAlexander, right?
8    A. Yes, ma'am.
9    Q. And that weight does not appear on the time
10  line the plaintiffs' law firm provided you?
11    A. No.  But one about a week later does of
12  identical weight, so I think they match well as a
13  2-26-97 weight of 268 which is identical.  That's on
14  page 2 of the time line.
15    Q. And then – now, when you read these medical
16  records of Dr. Schneider or whoever and there's not an
17  entry on the time line, you didn't go in and correct the
18  time line?
19    A. No, ma'am.  Because they matched fairly well.
20  There's one – 2-13 and 2-26 that are within two weeks
21  of one another, and the date on the time line before
22  that was 265, the date on the time line after that was
23  268.  They're pretty close.
24    Q. So she was – she was ranging around 270 pounds
25  back in 1996?

435

1    A. There was a lot of this lady, yes.
2    Q. Right.  Now, you would – you consider the fact
3  that the February 13, 1997, weight was left out of that
4  time line to be a relatively trivial error, right?
5    A. Yes, ma'am.  And I apologize for that.
6    Q. Okay.
7    A. It changes so much in this case.
8    Q. She has –
9    A. We have – let me agree with you.  We have
10  multiple weights in 1996 and '97 which are in the mid
11  200s, 260, 260, 268, 268, and 265.
12    Q. But between 1998 and the year 2000, the time
13  line has no weights?
14    A. That's correct.
15    Q. And in order to know whether – what was going
16  on with her weight, you would want to know in – from
17  the medical records what was going on, right?
18    A. We would –
19       MR. BRUDNER:  Objection, form.
20    A. – indeed.
21       (Exhibit No. 51 marked.)
22    Q. (BY MS. THORPE)  And – so, for example, the
23  time line – I'll show you what's been marked as
24  Exhibit 51.  The time line does not include a weight on
25  January 15th of 1998 of 272 pounds where her BMI was

436

1  42.6, right?
2    A. That's correct, ma'am.
3    Q. In fact, there are no weights at all on the
4  time line for 1998, right?
5    A. That's correct.
6       (Exhibit No. 52 marked.)
7    Q. (BY MS. THORPE)  I'll show you what's been
8  marked as Exhibit 52.  That's a weight on May 17, 1999,
9  of 270 which put her BMI at 42.3, correct?
10    A. That's correct.
11    Q. And there are no weights on the time line at
12  all for 1999, right?
13    A. That's correct.
14       (Exhibit No. 53 marked.)
15    Q. (BY MS. THORPE)  And I'll show you Exhibit 53
16  for identification, which is from July 5, 2000, which
17  has a weight of 264 and a BMI of 41.3, right?
18    A. Yes, ma'am.
19    Q. And you have no weights at all –
20    A. I don't have –
21    Q. – on the time line for 2000, correct?
22    A. Yes, ma'am.
23    Q. Now, you reviewed Dr. Schneider's records where
24  these weights that have been marked as 51 through 54, I
25  believe – is that right?

32 (Pages 433 to 436)

437

1    A. Yes, ma'am.

2    Q. -- fifty-one through 53 --

3    A. Fifty-three, yeah.

4    Q. -- came from, but you didn't correct the time

5    line?

6    A. No, ma'am.

7    Q. Now, she started Seroquel, as we've discussed,

8    on August 30, 2001, right, Ms. McAlexander did?

9    A. Yes. I'm -- I'm -- there is a period when she

10   was on Risperdal. And from the time line, there is

11   August of 2001 to August -- oh -- okay. August -- a

12   fairly brief time. August the 9th of 2001 to August the

13   23rd of 2001. And by August the 30th, she's on her

14   first dose of Seroquel. So there's a brief perhaps

15   three weeks of Risperdal.

16   Q. So just to get your mind back to the numbers,

17   we've agreed that when she was age 36 in March of 1996,

18   she weighed 271 pounds and had a BMI of 42.4, right?

19   A. That's correct.

20   Q. And you're aware, as we've discussed, that

21   someone like Ms. McAlexander with a BMI of 42.4 has a

22   58.2-fold risk of developing diabetes?

23   A. Yes, ma'am.

24   Q. That means that she is 28.2 times more likely

25   than a normal weight person to develop diabetes?

438

1    A. That's correct.

2    Q. This risk means that among diabetics who have

3    BMIs of 42.4, 98 percent would have diabetes because of

4    their obesity, right?

5    A. Yes, ma'am.

6    Q. That would mean that only 2 percent of those

7    people didn't have diabetes because of their obesity who

8    had BMIs of the kind that Ms. McAlexander had, right?

9    A. Yes, ma'am.

10   Q. With a relative risk of 42.4 and an

11   attributable risk of 98 percent like Ms. McAlexander

12   had, how can you rule out preexisting obesity as the

13   sole cause of her diabetes?

14   A. Oh, I -- I don't think it would be the sole

15   cause because we have a number of other risk factors,

16   but I would accept it as a contributing -- as a major

17   contributing cause, and I've listed the other causes as

18   we discussed a moment ago.

19   Q. You would agree that her obesity, her

20   preexisting obesity, is an overwhelmingly greater cause

21   than her exposure to Seroquel --

22        MR. BRUDNER: Objection.

23   Q. (BY MS. THORPE) -- of her diabetes?

24   A. I believe that it would be inappropriate to

25   exclude Seroquel from that list on -- given all the

439

1    information that we've shared. And as I've said

2    earlier, it's difficult to ascribe numbers to individual

3    data.

4        But certainly Seroquel is an adding

5    factor -- and I'll go back to that poor camel -- which

6    clearly contributed another component to the many

7    numbers of risk factors she had for her diabetes.

8    Q. You would agree that Ms. McAlexander would have

9    developed diabetes even if she had never taken Seroquel?

10   A. Yes, ma'am.

11   Q. And you would agree that what you're saying is

12   that your opinion is only based on the temporal

13   relationship between Ms. McAlexander taking Seroquel and

14   then gaining weight and then developing diabetes, right?

15   A. Yes, ma'am.

16   Q. It's that time relationship --

17   A. Right.

18   Q. -- correct?

19        And you would agree that in comparison to a

20   relative risk of 58 -- of over 58 -- actually, of 58.2,

21   any relative risk associated with Seroquel would be

22   trivial?

23        MR. BRUDNER: Objection, form.

24   A. It would be a contributing factor. I think to

25   negate it to trivial would be an exaggeration, and I'm

440

1    not prone to exaggeration. But it -- it should be on

2    the list.

3    Q. (BY MS. THORPE) You would agree that the

4    relative risk of 58 is many times greater than any

5    relative risk you've read in the literature for

6    Seroquel?

7        MR. BRUDNER: Objection, form.

8    A. I'll have to think that one over. I know that

9    amongst the atypical antipsychotics Seroquel is -- is up

10   there with Risperdal and Olanzapine. And I think the

11   main mechanism we have right now is predominantly

12   through weight gain in the absence of a experimental

13   display like we had discussed earlier with Zyprexa.

14        I believe in this case the contributing

15   factor of additional weight gain certainly relates to

16   this lady. I'm having to rethink my conclusions because

17   the initial weight clearly was so different from the one

18   that I put in my report.

19   Q. (BY MS. THORPE) Well, you're right where I

20   wanted to go. So let me just ask you --

21   A. As I said earlier, I'm here to share data, not

22   to make unsubstantial claims.

23   Q. Well, the next sentence in your report is by

24   the time of her screening test for diabetes in

25   February -- on February 16, 2006, Ms. McAlexander's

33 (Pages 437 to 440)

441

1  weight had increased by 59 pounds, right?
2      A. Yeah, but that's not correct.
3      Q. That's a mistake in your report, right?
4      A. Yeah, that's a mistake.  And you're about to
5  find the second mistake which I've just spotted, but
6  I'll let you get there.
7      Q. All right.  So the 59 pounds is based on a
8  subtraction of 185 from 244 —
9      A. That's correct.
10     Q. — right?
11        Because you say that — that on February
12  16, 2006, she weighed 244 pounds, right?
13     A. Right.
14     Q. And so you subtract the 185, which isn't a
15  weight she ever had, from 244 pounds, right?
16     A. That's absolutely right.
17     Q. Now, is there — so we've got a mistake.  The
18  first mistake is putting a weight in at 185 pounds,
19  right?
20     A. Yes, ma'am.
21     Q. The second mistake is saying that she — her
22  weight increased by 59 pounds based on subtracting 185
23  from 245, right?
24     A. I would make those as the same mistake.  You're
25  coming to a third one — a second one.

442

1      Q. Okay.  You're quibbling with my counting of the
2  mistakes?
3      A. Yeah, because I think when we start off with
4  the wrong initial weight, then adding — subtracting
5  that from another number, that's the same — in my view
6  the same mistake.  But — but I'm — you're about to
7  come to another.
8      Q. Now — well, I am about to come to another.
9        If you look at your time line on page —
10  that's been marked as Exhibit 46, you don't have a
11  weight of 244 any time in 2006, right?
12     A. That's correct.
13     Q. So —
14     A. That's correct, it's substantially more.
15     Q. — both the —
16     A. Yeah.
17     Q. — both the 185 and the 244 are wrong?
18     A. That's correct.
19     Q. Okay.  So that's the —
20     A. That was the one.
21     Q. — that's the second mistake by your count,
22  right?
23     A. Yeah.
24     Q. So — now — so how much weight did she gain on
25  Seroquel?  Well, wait a minute, let's don't — let's

443

1  don't go there yet.
2      A. My best estimate if you need me — let's round
3  off her preliminary weights to — would you accept 260?
4  I'll take 260 or 270.  We have 265, 268, 272, and 255.
5  Are you comfortable with 260?  I mean, I'll raise it to
6  whatever it — roundabout —
7      Q. It's not bridge.
8      A. — roundabout 260.  And at the time when there
9  is a screening test for diabetes — and I have a date,
10  which is in February of '06 — we have 302 pounds on the
11  time line and another one at 299, a little bit later
12  than that.  So those are two.
13     Q. So tonight you would say — you would change
14  from 59 pounds to about 42 pounds?
15     A. About 42 pounds.
16     Q. All right.  Based on a screening date that you
17  believe is February of 2006 for diabetes?
18     A. Yeah —
19     Q. That's what your —
20     A. — I have that in my report, and I'm looking to
21  match it to sugars, yes, ma'am.
22     Q. Now — so — so the weight gain that you had in
23  your report was incorrect?
24     A. Is incorrect and should read 40 — 40 to
25  42 pounds.

444

1      Q. Okay.  So let's go on to the next sentence of
2  your report because — so now you've told us that —
3  here tonight in the deposition that you think her weight
4  gain is 42 pounds because you're basing it on a
5  screening in February of 2006 and you — tell me the
6  exact date you see the 302 pounds.
7      A. From the time line, February the 20th of '06.
8      Q. Okay.
9      A. And there's another one in June 16 of '06 of
10  299.
11     Q. So just to get it clear, you've subtracted the
12  260 weight that was in August of —
13     A. An average of the first — the bunch that we
14  looked at and shared, yes.
15     Q. In around August of 2001?
16     A. Right.
17     Q. And you've subtracted it now from a weight in
18  February of 2006 attributing a 42-pound weight gain to
19  Seroquel, right?
20     A. That's correct.
21     Q. And you're doing that because you think she had
22  a screening test for the diagnosis of diabetes in
23  February of 2006, right?
24     A. Well, in early 2006.  We have a sugar of 187 in
25  January of '06.  We have Accu-Chek readings of 156 in

34 (Pages 441 to 444)