JOB NO. 99531

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

David Haller v. AstraZeneca, LP, et al.      Case No. 6:07-cv-15733
Eileen McAlexander v. AstraZeneca LP, et al. Case No. 6:07-cv-10360
Richard Unger v.  AstraZeneca LP, et al.      Case No. 6:07-cv-15812
Linda Whittington v. AstraZeneca LP, et al.  Case No. 6:07-cv-10475

ORAL DEPOSITION OF
BRIAN R. TULLOCH, M.D., FRCP, FACP
OCTOBER 16, 2008
VOLUME 5

ORAL DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP,

produced as a witness at the instance of the Defendant and

duly sworn, was taken in the above styled and numbered cause

on Thursday, October 16, 2008, from 4:27 p.m. to 7:13 p.m.,

before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State

of Texas, reported by machine shorthand, at Laminack, Pirtle &

Martines, 5020 Montrose Blvd., 9th Floor, Houston, Texas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record herein.

638

```
1            A P P E A R A N C E S
2
   FOR THE PLAINTIFF:
3  RUSS BRUDNER, ESQ.
   LAMINACK, PIRTLE & MARTINES
4  5020 Montrose Blvd., 9th Floor
   Houston, Texas  77006-6533
5  713.292.2750
6
   FOR THE DEFENDANTS:
7  JANE THORPE, ESQ.
   BRENDAN KRASINSKI, ESQ.
8  ALSTON & BIRD, L.L.P.
   1201 West Peachtree Street
9  Atlanta, Georgia  30309-3424
   404.881.7000
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

639

```
1            I N D E X
2              PAGE
3
4  APPEARANCES................ 638
5
   BRIAN R. TULLOCH, M.D., FRCP, FACP
6
   EXAMINATION
7    By Ms. Thorpe................ 640
8  CORRECTION PAGE................ 728
9  SIGNATURE PAGE................ 729
10 REPORTER'S CERTIFICATION........... 730
11
12       E X H I B I T S
   NO.  DESCRIPTION          PAGE
13  84  Documents produced by witness re
       AstraZeneca          646
14  85  E-mail dated 8-13-97      647
    86  Drawing            692
15  87  Emergency Assessment Record dated
       9-5-05            699
16  88  Discharge Summary dated 9-16-05  700
    89  Vascular Laboratory Consultation
17     dated 6-19-03         707
    90  Progress Notes dated 6-3-06    709
18  91  Lab results dated 6-9-06    709
    92  Progress Notes dated 6-12-06   709
19  93  Progress Notes dated 8-10-06   710
    94  Lab results dated 9-22-06    710
20  95  Curriculum Vitae Synopsis    712
21
22
23
24
25
```

640

```
1        (Please refer to Volume 1 of the deposition
2  of Brian R. Tulloch, M.D., FRCP, FACP for the agreements
3  of counsel.)
4        BRIAN R. TULLOCH, M.D., FRCP, FACP,
5  having been duly sworn, testified as follows:
6        CONTINUED EXAMINATION
7  BY MS. THORPE:
8     Q.  Doctor, I — your report in Mr. Haller's case
9  is right there in front of you.
10    A.  Okay.  Thank you.
11    Q.  Exhibit 65.  And let me get you to turn back to
12 his — the — your comments about Mr. Haller
13 specifically.
14    A.  Okay.  I have that.
15    Q.  On the second page of those comments, the
16 fourth paragraph that begins, "However, having developed
17 insulin requiring diabetes," are you with me?
18    A.  Yes, ma'am.
19    Q.  Look down — well, let me just ask you.
20        This paragraph that begins, "However,
21 having developed insulin requiring diabetes" appears in
22 each one of the reports in all of the plaintiffs' —
23    A.  Right.
24    Q.  — cases, right, that you —
25    A.  Right.
```

641

```
1     Q.  — where you've prepared a report, correct?
2     A.  Yes, ma'am.
3     Q.  And then there is a sentence that says,
4  "Already able to cope with little productive activity in
5  his profession, he will as a result of his diabetes
6  experience ongoing further loss of productivity."
7        Do you see that sentence?
8     A.  Yes, ma'am.
9     Q.  And that sentence appears in every report that
10 you've made in all the cases involving all the
11 plaintiffs you're testifying in, right?
12    A.  Yes, ma'am.
13    Q.  You know that — well, let me just ask you.
14        What is Mr. Haller's profession?
15    A.  I don't think he has a profession, so he's —
16 his mental restrictions have been such that he's — he's
17 not been constructively able to contribute to
18 communities.
19    Q.  So your statement —
20    A.  So I think —
21    Q.  — here is not —
22    A.  — if —
23    Q.  — it doesn't fit Mr. Haller's situation —
24    A.  Activity —
25    Q.  — correct?
```

642

1       A. — I think — his limitations were — were
2   mental before he became — before his pancreas
3   overstressed and he developed high blood sugars, yes,
4   ma'am, so —
5       Q. He doesn't have a profession that you know
6   of —
7       A. No, ma'am.
8       Q. — correct?
9       A. And may I also start — if I go back to the
10  very first sentence, you're quite correct, this was cut
11  and pasted. And this man, as we agreed yesterday, does
12  not have insulin-requiring diabetes. So may I start by
13  apologizing —
14      Q. Right.
15      A. — and striking that? So let us assume the
16  insulin has been removed.
17      Q. Well — and as to this other sentence in your
18  report about his profession, you would agree that
19  diabetes complications are not going to impact his
20  profession because he doesn't have —
21      A. Doesn't have one.
22      Q. — a profession?
23      A. That's correct, ma'am, yes.
24      Q. That's also true of the other three plaintiffs,
25  correct?

643

1       A. Well, I think so. I think we did have — if I
2   remember, we had one who had started off life as a male
3   nurse.
4       Q. That was Mr. Unger?
5       A. Right. And I think we've agreed that his main
6   restriction that limited his function as a male nurse
7   was actually his back problems. So I go back to that
8   poor camel that's had multiple layers and we just add
9   sugar on the top.
10      Q. Okay. But you will agree that Mr. Unger has
11  been disabled and not working since May of 2002,
12  correct?
13      A. That's correct, yes, ma'am.
14      Q. And so your sentence in his report that says
15  that he will as a result of his diabetes experience
16  ongoing further loss of productivity, referring to his
17  profession, would not be true as to Mr. Unger because
18  he's already disabled, correct?
19      A. Has very little productivity, that's correct,
20  ma'am, yes.
21      Q. And then as to Ms. Whittington, she, too, was
22  disabled many, many years before she got diabetes,
23  correct?
24      A. Yes, ma'am, I — I agree with that.
25      Q. And so she was not working in any profession,

644

1   correct?
2       A. Productively, that's correct, yes.
3       Q. All right. And as to Ms. McAlexander, she was
4   disabled and not working, and so this statement in the
5   report about ongoing further loss of productivity in
6   professional activities due to diabetes complications
7   doesn't apply to her either, correct?
8       A. She wasn't doing much in the first place,
9   that's correct, ma'am, yes. .
10      Q. All right. Now, if you would look at page 2 of
11  your report, I want to direct your attention to the next
12  to the last paragraph that says, "I have reviewed the
13  Physician's Desk Reference, PDR, medical and scientific
14  journal articles regarding the group of medications
15  referred to as atypical antipsychotics, including
16  Seroquel, and documents produced by AstraZeneca in this
17  litigation, a summary of which is listed and attached
18  hereto as Exhibit B."
19          Did I read that correctly?
20      A. Yes, ma'am.
21      Q. Now, it — what you are calling Exhibit B in
22  this sentence is what is entitled Reference Exhibit
23  List, correct?
24      A. That's correct.
25      Q. And it's pages 1 through 17, right?

645

1       A. That's correct.
2       Q. And the paragraph that I just read and the —
3   the reference exhibit list appear in each report in
4   every case that you've given an opinion in, right?
5       A. That's correct, ma'am, yes.
6       Q. So there's — that paragraph appears in the
7   Unger case? Yes?
8       A. Yes, ma'am.
9       Q. And also in Whittington, McAlexander, and
10  Haller?
11      A. Yes, ma'am.
12      Q. All right. The — you agree that the statement
13  in your report that you've reviewed documents produced
14  by AstraZeneca in this litigation, a summary of which is
15  listed and attached hereto as Exhibit B, tells the
16  reader of your report that you read the documents listed
17  in Exhibit B, that is, the reference exhibit list,
18  before you formed your opinions in the case —
19      A. Yes, ma'am.
20      Q. — right?
21      A. Uh-huh.
22      Q. But you have not reviewed the documents in the
23  reference exhibit list that were produced by AstraZeneca
24  in this litigation, right?
25      A. Well, ma'am, what I said last night and I — I

3 (Pages 642 to 645)

646

1   can clarify today was we -- I had one that related to
2   the 1997 paper, and then when I discussed the issue of
3   what was available from the AstraZeneca litigants, I
4   went through with the nurse practitioner the -- the
5   data which we discussed.  I called her last night, and I
6   have available for you the data which I discussed with
7   her.  I understood I would not be shepherding that
8   particular list of documents through the Court for the
9   reasons we discussed last night.  I'm a clinician, I'm
10  primarily more related to diabetes as it applies to a
11  clinical patient.
12          So exactly which AstraZeneca scientist said
13  to what, I did not believe I would be in a position to
14  follow up.  However, the documents which I referred to
15  last night and which were discussed with the nurse
16  practitioner I have brought available and will make
17  available to you.  These were the ones that she sent me.
18          (Exhibit No. 84 marked.)
19      Q.  (BY MS. THORPE)  All right.  Dr. Tulloch, I've
20  marked as Exhibit 84 for identification a collection of
21  documents that you have just testified that a nurse
22  practitioner provided to you yesterday?
23      A.  That's correct.  Actually, this morning.
24      Q.  This morning.
25      A.  Yeah.

647

1      Q.  Okay.  And so does exhibit -- so have you read
2   the documents contained in Exhibit 84?
3      A.  Ma'am, I referred to the document from 1997
4   which I had, and I have got a second copy here.  I
5   referred to our discussing these others, and I did not
6   tender them because -- for the reasons that I mentioned
7   earlier, I had not intended to be standing as a witness
8   for these particular issues.
9          But in light of the discussion of last
10  night, I thought it would be better that we had the
11  documents so the Court could have at least an
12  examination of what I had viewed with her and the 1997
13  document which relates to the phrase that was present in
14  my report.
15          (Exhibit No. 85 marked.)
16      Q.  (BY MS. THORPE)  All right.  I'm going to show
17  you what's been marked as Exhibit 85.  And yesterday
18  evening you referred to an e-mail that you had before
19  you prepared your report.  Is Exhibit 85 that e-mail?
20      A.  Yes, ma'am, that's correct.
21      Q.  Okay.  So Exhibit 84 is a collection of
22  documents that you have not read?
23      A.  As a -- that's correct.  Well, let me
24  say Exhibit 84 includes a collection of documents which
25  I discussed with the nurse practitioner --

648

1      Q.  Right.
2      A.  -- which I did not read line by line for the
3   reasons I have described.
4      Q.  Right.  My question for you is:  Have you read
5   the documents contained in Exhibit 84?
6      A.  Yes, ma'am.
7      Q.  When did you read them?
8      A.  This morning.
9      Q.  Okay.  Before you wrote your report that's been
10  marked in these --
11     A.  Sixty-five.
12     Q.  -- 65 and the reports in the Unger,
13  McAlexander, and Whittington cases, you did not read the
14  AstraZeneca documents that are contained in Exhibit 84,
15  correct?
16     A.  That's correct.  As I said last night, I was
17  aware of the contents of them.  I had discussed them
18  with the nurse practitioner.  I knew what was in the
19  contents, but I had not read them line by line.
20         MR. BRUDNER:  Excuse me.  That reminds me.
21  Were we going to go over 63?  You remember --
22         MS. THORPE:  Oh, thank you for -- I found
23  it last night.
24         MR. BRUDNER:  Oh, okay.
25         MS. THORPE:  But unfortunately, I packed my

649

1   boxes up and sent them off without thinking about it,
2   but we were going to put a stipulation on the record
3   that it's -- that Exhibit 63 was an incomplete copy of
4   Dr. Tulloch's report in Haller.  It was inadvertently
5   missing a page, and so we remarked Exhibit 63 as
6   Exhibit 65, and we all agree that that's okay, right?
7          MR. BRUDNER:  That's correct.
8          THE WITNESS:  Just between us and not on
9   the record.  If I may, this is off the record?
10         MS. THORPE:  It's okay.
11         (Discussion off the record.)
12     Q.  (BY MS. THORPE)  All right.  So back on the
13  record.
14         Exhibit 85 is the only document produced by
15  AstraZeneca that you reviewed before signing your
16  reports in these cases, correct?
17     A.  That's correct, that I reviewed at length.  I
18  was aware of the other contents, I have discussed them
19  with the nurse practitioner, as I mentioned, but this
20  one I had read line by line.
21     Q.  Let me go back, Doctor, just to be clear.  I
22  understand that you say that you discussed with a
23  paralegal --
24     A.  Yes, ma'am.
25     Q.  -- the content of the documents that have been

4 (Pages 646 to 649)

650

1   marked as Exhibit 84 before you signed your reports,
2   right?
3       A. That's correct, yes.
4       Q. But you did not read the documents yourself
5   that make up Exhibit 84 before you signed your reports,
6   correct?
7       A. That's correct.
8       Q. You relied on the interpretation of those
9   documents that had been marked as Exhibit 84 on a nurse
10  paralegal, correct?
11      A. That's correct, ma'am.  And I hope I've
12  explained why.
13      Q. Well, why?
14      A. As I said, because I did not consider myself an
15  expert in this field and I understood if the issue came
16  up in court, it would be handled by a scientist who
17  would be looking at the medical data in-depth.  And my
18  suspicion is that that would probably be Dr. Wirshing.
19  However, if I was asked to do that, I would be prepared
20  to do so.  But it's -- it's not a field that I've spent
21  a lot of time in.
22      Q. So when you say you did not consider yourself
23  to be an expert in the field, what field are you talking
24  about?
25      A. The -- the assessment of psychiatric

651

1   medications under FDA development conditions.  And you
2   asked me last night whether I was an expert in FDA
3   related legislation and I declined expertise in that
4   area.
5       Q. So you did not feel that you had the expertise
6   to talk about labeling issues with regard to Seroquel,
7   correct?
8       A. That's correct, ma'am, yes.
9       Q. And you did not feel that you have the
10  expertise or the background to talk about the content of
11  the documents that have been marked as Exhibit 84,
12  correct?
13      A. That's correct, other than that would apply to
14  a practicing clinician with my background.  Remember,
15  I'm an endocrinologist with an interest in diabetes and
16  heart disease and hyperlipidemia.
17      Q. Well, so I need to know.  Are -- do you
18  consider yourself to have the expertise to talk about
19  the contents and the substance of the documents that
20  have been marked as Exhibit 84?
21      A. Ma'am, as I -- as I've mentioned, I understood
22  I would not be called upon to do it, and, therefore, I
23  didn't focus -- my time is precious as is yours.  So I
24  was comfortable -- as long as I knew what the contents
25  were and as long as I knew that the issues would be

652

1   covered by an expert in the field, I was comfortable
2   with knowing their contents and implying -- how it would
3   apply to a clinician.
4       Q. All right.  So you did not intend to offer an
5   opinion about the content or the substance of the
6   documents that have been marked as Exhibit 84; is that
7   correct?
8       A. Without appropriate requests on behalf of
9   yourself or my -- my colleagues, yes, ma'am.
10      Q. So -- so the statement in your report on page 2
11  that you have reviewed documents produced by AstraZeneca
12  in this litigation which are listed and attached as
13  Exhibit B is not true, correct?
14      A. Well, it depends what one means by -- I have
15  not read them line by line.  I knew what the contents
16  were.
17      Q. Go ahead.
18      A. I knew what the contents were.  I knew what the
19  issues were, but I did not feel that I would be
20  reviewing that -- those particular details without
21  which -- my focus was on the patients, and I hope the
22  contents of the last depositions have been essentially
23  on the patients.
24          As I said a moment ago, I understand that
25  somebody with a background like Dr. Wirshing would be

653

1   handling the issue of the FDA legislation.  I considered
2   this to be under the FDA legislation.
3       Q. In other words, you considered Exhibit 84 to be
4   related to labeling, an area which you do not have
5   expertise in?
6       A. Which I did not -- that I felt would be covered
7   by another colleague, yes, ma'am.
8       Q. And that you did not have expertise in?
9       A. That's correct.
10      Q. It is correct, is it not, that you did not
11  review the documents produced by AstraZeneca in this
12  litigation, a summary of which is listed and attached
13  hereto as Exhibit B?
14      A. Ma'am, you just asked me that and I've given
15  you my best answer.  I had reviewed in detail the
16  contents of Exhibit 85.  I had been aware of the
17  contents of the balance of Exhibit 84 which are the
18  others.  I had read them since we made this review last
19  night.
20          At the time I made this report, I was aware
21  of the contents, I was prepared to refer to the
22  situation, but I believed that the details would be
23  covered by a colleague with the expertise of
24  Dr. Wirshing.
25      Q. You understand that somebody -- well, let me --

654

1 let me ask you this.
2     Exhibit 84 is not — does not include all
3 the documents that are on the reference exhibit list,
4 correct?
5     A. That's correct, ma'am.
6     Q. So you — when you say on page 2 of your report
7 that you have reviewed documents produced by AstraZeneca
8 in this litigation, a summary of which is listed and
9 attached hereto is Exhibit B, you did not review all of
10 the AstraZeneca documents that appear on Exhibit B as
11 you say you did in this report, correct?
12     A. Well, maybe if you — if you look at the
13 wording of page 2, the wording was "and documents
14 produced by AstraZeneca." I did not say I had reviewed
15 all of the documents. And we've agreed that the
16 reference list, which has been attached to my report,
17 seems to be a common reference list, as you pointed out,
18 between myself and other experts that you or your
19 colleagues have deposed.
20     So at the time I was making that statement,
21 I would not have been in the position to itemize all of
22 the references on the common reference list. Does that
23 help you?
24     Q. No, it really doesn't help me. So let me go
25 back, Dr. Tulloch —

655

1     A. Okay.
2     Q. — and ask another question.
3     A. Let me go back — well, please, I'm awaiting
4 your question.
5     Q. The AstraZeneca documents that are shown on the
6 reference exhibit list that is attached to your report,
7 you did not read them all, correct?
8     A. That's correct, yes.
9     Q. Have — it is also correct that you did not
10 read before signing this report the documents that are
11 contained in Exhibit 84, correct?
12     A. With the exception of Document 85.
13     Q. All right. Let's take the document — is the
14 document that's been marked as Exhibit 85 also in
15 Exhibit 84?
16     A. That's correct.
17     Q. Let's take it out.
18     A. Okay.
19     Q. Okay. Take it out of Exhibit 84.
20     MR. BRUDNER: It is.
21     Q. (BY MS. THORPE) Okay. That's what I thought.
22     A. It's out.
23     Q. All right. Okay. So that's — that's what I
24 understood, but let me reask my question.
25     MR. BRUDNER: The confusion is it started

656

1 out in that group.
2     THE WITNESS: It was in the pile.
3     Q. (BY MS. THORPE) Then we separated it out,
4 so — all right, Dr. Tulloch. Before signing your
5 report, you did not review — strike that.
6     Before signing your report in these cases,
7 you did not read the documents that are contained in
8 Exhibit 84, which are AstraZeneca documents, correct?
9     A. That's correct.
10     Q. The only document you read before signing your
11 report is Exhibit 85, which is an e-mail, right?
12     MR. BRUDNER: Objection, form.
13     A. That's correct.
14     Q. (BY MS. THORPE) You would agree, wouldn't you,
15 Dr. Tulloch, that your statement in your report that you
16 have reviewed the documents produced by AstraZeneca in
17 this litigation, a summary of which is listed and
18 attached hereto as Exhibit B, is misleading to the
19 reader?
20     A. Okay. I'll accept that.
21     Q. You — so let me — let me get you to look at
22 the next paragraph down from that paragraph that begins,
23 "Based on my education, training, and experience."
24     Do you see that?
25     A. Yes, ma'am.

657

1     Q. So on page 2 of your report, you say, "Based on
2 my education, training, and experience, my review of the
3 published literature pertaining to antipsychotics and of
4 documents pertaining to Seroquel produced by AstraZeneca
5 and my review of the medical records, I'm qualified to
6 render the opinions stated below which are stated to a
7 reasonable medical probability," right?
8     A. Yes, ma'am.
9     Q. And you put that statement in every report in
10 all four cases you've signed on to testify in, right?
11     A. Yes, ma'am.
12     Q. The statement that you have reviewed documents
13 pertaining to Seroquel produced by AstraZeneca is not
14 true, right?
15     MR. BRUDNER: Objection, form.
16     Q. (BY MS. THORPE) At the time you signed this
17 report?
18     A. It's conditional. I've reduced — I
19 produced — I had reviewed Item 85, I had reviewed the
20 contents of Exhibit 84, and I had not read them line by
21 line.
22     Let me go back to the patients. When we
23 looked at the patients, I was careful to delineate which
24 parts of the patients' charts I had read, and with those
25 patients I also gave you the lists of what I had looked

6 (Pages 654 to 657)

658

1    at and lists of what I had not looked at.
2        I don't feel there's any difference between
3    that and the contents of our current discussion, but I'm
4    happy to clarify them in any way that would help you.
5        Q. You will agree that when you wrote the
6    paragraph that begins, "Based on my education, training,
7    and experience, my review of the published literature
8    pertaining to antipsychotics and of documents pertaining
9    to Seroquel produced by AstraZeneca," when you read and
10   signed that paragraph, you had read only Exhibit 85,
11   correct?
12       A. And discussed the contents of Exhibit 84 with a
13   colleague who was active in this case, yes, ma'am.
14       Q. Is it correct that the only thing that you had
15   read at the time that you signed off on this report that
16   says that you were basing your opinion on your review of
17   documents pertaining to Seroquel produced by AstraZeneca
18   was Exhibit 85?
19       A. That's correct.
20           MR. BRUDNER: Objection, form.
21       Q. (BY MS. THORPE) When you signed off on this
22   report and this particular paragraph, you agree that you
23   had read only a portion of the medical and scientific
24   literature on Seroquel, correct?
25       A. Yes, ma'am.

659

1        Q. And you had reviewed only a portion of the
2    medical records on the four plaintiffs, correct?
3        A. That's correct.
4        Q. And isn't it fair to say, Dr. Tulloch, that you
5    believe at this point you haven't done enough homework
6    in these cases to render a reliable opinion?
7            MR. BRUDNER: Objection, form.
8        A. Ma'am, I did the best I can. I believe I did
9    look at a number of the points that were relevant to
10   these patients' weights and their — and their
11   development of type 2 diabetes, and I believe that my
12   impressions were the best that could be obtained in the
13   current setting.
14       I have given you information from the time
15   we started that the review had not been exhaustive for
16   the reasons I had said, I had not looked at all the
17   depositions, and some of that relates to our — the
18   limitation in our being able to meet. I'm a busy
19   clinician with an active clinical load. So I have tried
20   to — to allocate my time to the best possible use for
21   both the Court and for my duties to my patients.
22       Q. (BY MS. THORPE) So my question was: Do you
23   agree that you haven't done enough homework in these
24   cases to render a reliable opinion?
25           MR. BRUDNER: Same objection.

660

1        A. I believe that my opinion is reasonable in the
2    setting. I'm always — I'm a humble man. I'm always
3    open to criticism.
4        Q. (BY MS. THORPE) All right. May I have
5    Exhibit 85, please?
6        A. Yes, ma'am.
7            (Short recess from 4:57 to 4:59.)
8        Q. (BY MS. THORPE) Okay. So how did you get
9    Exhibit 85?
10       A. How did I get it? I discussed the issues of
11   weight gain with the nurse practitioner and I said —
12       Q. And who is that?
13           THE WITNESS: What's the lady's name?
14           MR. BRUDNER: Granger.
15       A. Granger, a lady called Granger who had been
16   working with this case. And I said, "What was the
17   data?" And she produced this e-mail, and she produced
18   these. And I said, "Well, if Dr. Wirshing's going to
19   handle those, tell me what the contents of that was."
20   And in here — in the — I'm referring to the pile that
21   includes Exhibit 84. In there is data relating to
22   special considerations for Seroquel marketing in Japan
23   and special considerations for Seroquel marketing in
24   Holland where specific restrictions were put in because
25   of side effects.

661

1        And I said, "Well, what — what do we know
2    about this country?" And that was when this data came
3    up. And that was where I put in the phrase — under
4    atypical antipsychotics and diabetes, I put, "In my
5    opinion, the company agents were aware as early as 1997
6    of an association between Seroquel and weight gain."
7        On page — the second page is a statement
8    by the person who wrote this e-mail that says to the
9    effect we know that weight gain in this case relating to
10   Seroquel and patients is dose related.
11       As I mentioned last night, I did not hammer
12   that when we were discussing it last night. But here
13   was not only realization that weight gain was an issue
14   but that weight gain in the opinion of this scientist
15   was dose related. And as I said earlier, I believe that
16   these issues would be covered by somebody who would be
17   reviewing those in detail.
18       Q. (BY MS. THORPE) Dr. Tulloch, when did you
19   receive Exhibit 85?
20       A. I looked at Exhibit 85 on the day that I was
21   completing this report, and that would have been about
22   six weeks ago. I see the report does not have a date on
23   it. But I turned in that report at least six weeks ago,
24   and I have mentioned it. It was not in this pile, which
25   is why I promised I would produce it. I have had access

7 (Pages 658 to 661)

662

1    to Exhibit 85 since I wrote the report.
2        Q. And so how did you receive it?
3        A. Oh, the same way as I received all the other
4    documents, ma'am.  Some I had which related to Zyprexa,
5    some I got up from the Index Medicus or the electronic
6    equivalent of that.  And when I asked for them, they
7    were printed up by the plaintiffs' attorneys' office and
8    delivered to me.
9        Q. So a hard copy of Exhibit 85 was delivered to
10   you?
11       A. That's correct.
12       Q. It was not e-mailed to you?
13       A. No, no, ma'am.
14       Q. And the copy of Exhibit 85 that you brought
15   today, was that a copy that you had in your office
16   before — at the time that you signed your report?
17       A. Ma'am, what I said last night was I'm surprised
18   that Exhibit 85 was not in the file that I had tendered
19   because it was amongst the references which I had
20   discussed.  When it became apparent that it was not, I
21   had promised you last night that I would look into
22   finding it.  When I could not find it in my office, I
23   asked for the whole pile to be sent to me this morning.
24   With any luck, I will still find the original copy of
25   Exhibit 85.

663

1        Q. So Exhibit 85 that we have marked here as well
2    as Exhibit 84 is a collection of documents that was
3    delivered to you at your office this morning by
4    Ms. Granger; is that right?
5        A. Yes, ma'am.  We've just made that statement
6    about half an hour ago.
7        Q. All right.
8        A. I'm sorry that we're repeating it.
9        Q. Now, do you know — do you know to whom
10   Exhibit 85 was addressed?  Do you know this person, John
11   Monyak or Barbara Kowalcyk or Mark Scott?
12       A. No, ma'am.
13       Q. Do you know what their jobs are at AstraZeneca?
14       A. No, ma'am.
15       Q. Do you know if they work at AstraZeneca?
16       A. No, ma'am.
17       Q. Do you know that — who Lisa Arvanitis is?
18       A. No, ma'am.
19       Q. Do you know what her job is at AstraZeneca?
20       A. No, ma'am.
21       Q. Do you know that she's a scientist?  Do you
22   know that she's a scientist?
23       A. No, ma'am.  And — and —
24       Q. Do —
25       A. — in anticipation of your further questions, I

664

1    believe that this was a document from the AstraZeneca
2    pile, and I believe that these issues would be
3    appropriately dealt with by whoever took this issue to
4    court.  And what you heard was my belief is that I would
5    not be that individual.
6        Q. Because you don't feel like you're qualified?
7        A. That's correct.
8        Q. And the exhibit — it's got an exhibit number
9    from some other deposition, I assume, an Exhibit No. 24
10   that says MacFadden.  Do you see that?
11       A. Yes, ma'am.
12       Q. And you haven't read any deposition in which
13   Exhibit 85 was discussed, correct?
14       A. That's correct.
15       Q. You have no personal knowledge or understanding
16   of any of the facts contained in Exhibit 85, correct?
17       A. That's correct.
18       Q. You know nothing about the context in which
19   Exhibit 85 was created, correct?
20       A. That's correct.
21       Q. Any opinion that you've formed based on your
22   review of Exhibit 85 on the day that you finalized your
23   report would be a personal opinion and not an expert
24   opinion, correct?
25       A. I think that's reasonable, ma'am, yes.

665

1        Q. Now, if you look at the paragraph in your
2    report that's entitled The Atypical Antipsychotics and
3    Diabetes —
4        A. Yes, ma'am.
5        Q. — as we discussed last night, your first
6    sentence says, "Based on my review of documents produced
7    by AstraZeneca in this litigation, it is my opinion that
8    the company agents were aware as early as 1997 of the
9    association between Seroquel and weight gain."
10           Did I read that correctly?
11       A. That's correct, ma'am.
12       Q. That statement as you wrote it is incorrect
13   because it says documents plural and you had only read
14   this one document, Exhibit 85, when you wrote it, right?
15       A. That's reasonable.  Okay.
16       Q. And — but the information that you're
17   referring to in the substance of that sentence is
18   Exhibit 85?
19       A. That's correct.
20       Q. And you, in essence, are withdrawing this
21   opinion as an expert witness — that's this first
22   sentence in your report — correct, because it's not
23   your area of expertise?
24       A. I think that's reasonable, yes.  May I tender
25   that — may I expand on that —

8 (Pages 662 to 665)

666

1    Q. There's no question on the floor, so --
2    A. Okay.
3    Q. -- I would object to --
4    A. Go on. Never mind.
5    Q. -- additional expansion.
6        So, Doctor, going back to page 2 of your
7    report where you say that you've reviewed documents
8    produced by AstraZeneca in this litigation, a summary of
9    which is listed and attached hereto as Exhibit B, why
10   did you put that in your report when you didn't
11   review -- didn't read the documents that are in --
12   listed in as Exhibit B?  Why did you put that in?
13   A. Ma'am, because I was aware of their content.
14   Q. From your conversation with Ms. Granger?
15   A. Yes, ma'am. And I had reviewed the pile. I
16   mean, the pile was there. I said, "What's in here?"
17       She said, "There's this, there's this,
18   there's this."
19       And I said, "Okay. And how early was it?
20       And she said, "There's this."
21       And I'm -- in my first indications I was
22   referring to the contents of Reference 84 -- Exhibit 84.
23   And then when we looked at the earliest available data
24   from documents which I understood to be produced from
25   AstraZeneca. Because as I was trying to say earlier, I

667

1    didn't have a direct insight into who Dr. Arvanitis is
2    without accepting the word of my colleagues that this
3    was from AstraZeneca. You see, there's -- I did -- so I
4    have to assume that that was correct.
5        If that was correct, there was a date of an
6    e-mail that related to 1997. So I was then quite
7    comfortable saying to the best of my knowledge from data
8    that I have seen from AstraZeneca, as early as 1997 the
9    associations between the product, weight gain, and
10   diabetes were there. As I mentioned last night, I did
11   not go on further, although it is also mentioned in this
12   e-mail that in their view at the time weight gain was
13   dose related.
14   Q. So based on your review of one e-mail that's
15   been marked as Exhibit 85, you were willing to write a
16   report that would be used in federal court describing
17   the awareness of company agents whose identity you
18   didn't even know regarding scientific proposition, i.e.,
19   Seroquel being associated with weight gain?
20   A. Yes, ma'am, with one condition, the condition
21   being my understanding at the time was that the issue
22   would be fully discussed by an expert in this field.
23   Q. But you were willing to sign your name to
24   something based on one e-mail, right?
25   A. Yes, ma'am, and the -- and the understanding --

668

1    the knowledge of the contents of Exhibit 84.
2    Q. But you didn't read them?
3    A. I haven't read them. I discussed what was in
4    there, and I had been reassured -- or at least I had
5    understood that the issue would be appropriately dealt
6    with by a colleague of the expertise similar to
7    Dr. Wirshing.
8    Q. Now, the second sentence in the paragraph under
9    the atypical antipsychotics and diabetes part of your
10   report says that evidence also supports my opinion that
11   AstraZeneca had evidence that Seroquel was associated
12   with glucose dysregulation in 1999 and 2000 though this
13   significant adverse event did not appear as a warning in
14   the Seroquel label for many years, right?  You wrote
15   that sentence?
16   A. Yes, ma'am.
17   Q. And that sentence was not based on an e-mail
18   and was not based on any documents you read but was
19   based on a conversation with a lawyer and a paralegal,
20   correct?
21   A. That's correct. And the knowledge that the
22   documents existed and that the issue would be clarified
23   by a colleague who was expert in the field, yes, ma'am.
24   Q. The knowledge that the documents existed was
25   conveyed to you by the lawyer and the paralegal, right?

669

1    A. That's correct, ma'am, yes.
2    Q. And you relied on their representation about
3    that?
4    A. Yes, ma'am.
5    Q. And that was the basis of your signing a report
6    that -- strike that.
7        You relied on a representation by a lawyer
8    and a paralegal as a basis -- as the sole basis for a
9    statement that AstraZeneca had evidence that Seroquel
10   was associated with glucose dysregulation in 1999 and
11   2000, right?
12   A. That's correct, ma'am. And may I go on? And
13   the knowledge that the issue would be appropriately
14   covered by a colleague. Do you understand?  I -- in
15   that setting I believed I was part of a team. My team
16   was to -- my team function was to look at the patients,
17   look at the weights, and look at the association with
18   diabetes and see if there was reasonable evidence.
19   Another team member would be looking at the issues of
20   legislation through the FDA and the scientists working
21   in the Seroquel presentation to market. I hope you
22   understand that. So I was leaving that component to
23   another member of the team.
24   Q. Well, except you put it in your report, sir.
25   A. Yes, ma'am.

670

1  Q. And the third sentence that I want you to look
2  at is the one that says — begins, "Based on information
3  available to me."
4  A. Yes, ma'am.
5  Q. In that sentence you say, "Based on information
6  available to me, AstraZeneca did not provide accurate
7  information about the risks of weight gain, elevated
8  triglycerides, and diabetes associated with Seroquel
9  ingestion to physicians in a timely manner."
10  You see that?
11  A. Yes, ma'am.
12  Q. Now, that's what you would call a labeling
13  opinion, right?
14  A. Yes, ma'am.
15  Q. And so you're not going to give a labeling
16  opinion in these cases, correct?
17  A. I think that's reasonable. I said earlier I
18  believe there are others with a different background who
19  will do it better than me, yes, ma'am.
20  Q. It's not your area of expertise?
21  A. That's correct.
22  Q. And the information that you had available to
23  you when you wrote this report was a conversation with
24  lawyers — lawyer and paralegal and the e-mail that's
25  been marked as Exhibit 85, correct?

671

1  A. Yes, ma'am.
2  Q. All right. If you could take the list that's
3  been marked — that's part of your report that's been
4  marked as Exhibit 65 that is the exhibit reference
5  list —
6  A. Yes, ma'am.
7  Q. — and mark the things that you haven't read if
8  that's — that may be easier than marking the things you
9  have read. Whatever's easier.
10  A. Okay.
11  Q. You can say —
12  A. Let me — let me —
13  Q. But you need to say what you're doing.
14  A. — relate them. That's fine, we'll do that.
15  Q. So what are you going to — which way are you
16  going to go?
17  A. I think it's probably easiest if I relate the
18  contents of Exhibit 85 — I'll need to find it — and
19  then Exhibit 84 and I'll need to find that. Is that —
20  Q. You haven't read Exhibit 84. I want to — let
21  me — let me —
22  MR. BRUDNER: Objection, form.
23  Q. (BY MS. THORPE) Let me say that again. I want
24  to know the things that you read before you signed off
25  on your report.

672

1  A. Okay. That's fine.
2  Q. So that takes out Exhibit 84.
3  A. Well, yes, I knew the contents of Exhibit 84.
4  What I — let me find Exhibit 85 and then — okay. I —
5  I think I have that — let me mark it. It's on page 9
6  of page 17 and it's about a dozen up from the bottom and
7  it's numbers 10612514. On page 9 of 17.
8  Q. Okay. So did you put a check by it or —
9  A. Yes, ma'am.
10  Q. All right. So that's something you read before
11  you signed your report?
12  A. That's correct.
13  Q. All right. Then I want you to check off
14  everything else you read before — read before you
15  signed your report.
16  A. Ma'am, here I will have to go through the
17  contents of that pile because there were a number here,
18  which, as I mentioned, had come up through my — my
19  searching.
20  Q. Okay. I need a list of either what you read or
21  what you didn't read.
22  A. Okay.
23  Q. It doesn't matter to me which is easier for
24  you, but —
25  A. Why don't I skim through —

673

1  Q. Great.
2  A. I'll skim through the pile —
3  Q. That's —
4  A. — which is labeled Exhibit 16 —
5  Q. Okay.
6  A. — and tender — why don't I tender the
7  contents probably in order to save us time.
8  Q. You know, I want a list that — where you have
9  checked off what you've read so that we don't have any
10  dispute —
11  A. Okay.
12  Q. — after this is over about what you read
13  before you formed your opinion.
14  A. Okay. Okay, ma'am, I have put them on a pile.
15  In the interest of time, I offer the pile, but if you
16  wish me to read them into the court reporter, I can give
17  the first author and the page if —
18  Q. No, I don't need you to do that. I asked you
19  to check them off on Exhibit 65.
20  A. Ma'am, it — there's 17 pages here, and to find
21  each reference on a page of references that I didn't —
22  Q. Okay.
23  A. — compile is going to be time-consuming. I
24  understand what you wish to do, and I don't wish to deny
25  you access to your knowledge. I'm just trying to work

674

1 in the best interest of our time.
2     Q. Well, that's why I suggested at the beginning
3 that you mark off on the 17 pages what you have not
4 read.
5     A. There may be even more than on the list. What
6 I — what I've tendered is the pile of references that
7 was in Exhibit 16. I know I've read all of those. I
8 mentioned earlier that there were multiple other pages
9 that I — I consulted when the Zyprexa reference was —
10 was in — in litigation, and those are there in the
11 background of my mind.
12     Q. Let me make a suggestion here. I want to walk
13 away with a list of what you have and have not read on
14 the exhibit that's attached to your deposition, which is
15 a very fair — it's attached to your report.
16     A. No problem.
17     Q. And so does this make sense to you? I'm going
18 to impose on my colleague here and give him the stack
19 and ask him to check off the ones that are on the list
20 on the exhibit and then you can review it and see if
21 it's correct. And we can go ahead.
22     A. Okay. If that's not too much of an imposition
23 on your colleague.
24     Q. It's an imposition but —
25         MR. KRASINSKI: I've been imposed worse

676

1         THE REPORTER: One at a time, please.
2     Q. (BY MS. THORPE) You understand, Dr. Tulloch,
3 that my colleague, Mr. Krasinski, is going to go through
4 each piece — article that you have separated out and
5 look at the title and check it off on Exhibit 65 and
6 that process is okay with you and you're going to verify
7 that it's correct, right?
8     A. More than that, ma'am, your colleague has
9 earned my eternal gratitude.
10     Q. He already has mine. Okay. So let's — let's
11 keep — are you handing him another?
12     A. I think that came off this one.
13     Q. Okay. Do you know what that pile is?
14         MR. KRASINSKI: This exhibit should be 16.
15         THE WITNESS: Three PDR articles. They
16 were in that pile. And 85 you already have ticked.
17 That's the e-mail.
18         MR. KRASINSKI: Okay.
19         THE WITNESS: Great. If there are any
20 questions, I'm here to help.
21     A. Ma'am, thank you. I really appreciate your
22 working with a time practical way of solving that issue.
23     Q. (BY MS. THORPE) Okay.
24     A. Thank you.
25     Q. Now, how much time have you spent on medical

675

1 than that.
2         THE WITNESS: May I — another option, if
3 it makes it easier, would — there's a Xerox machine
4 here, if he'd like to Xerox the front page from each
5 reference. Whatever makes it easier for you.
6         MS. THORPE: That doesn't — that doesn't
7 help. We just have to go through the list.
8         MR. BRUDNER: That just imposes on me.
9         MS. THORPE: That's right.
10         THE WITNESS: This is one pile. And I
11 appreciate both of you —
12         MS. THORPE: That's Exhibit 4.
13         THE WITNESS: — finding a — what I think
14 is a perfectly reasonable — this is No. 16, and that is
15 whatever that other pile was, ma'am.
16         MR. KRASINSKI: And then —
17         THE WITNESS: Do you want your own copy of
18 this or you're welcome to my copy, 65.
19         MR. KRASINSKI: Should I do it? Do you
20 want me to do it on the exhibit?
21         MS. THORPE: Yeah.
22         THE WITNESS: Yeah, in which case may —
23     Q. (BY MS. THORPE) And so you understand, Dr.
24 Tulloch —
25     A. I will live with this.

677

1 record review in each of these four cases?
2     A. My belief is each case, about eight to ten
3 hours.
4     Q. All right. And do you have invoices that you
5 have submitted to the law firm?
6     A. I don't have them today. I can produce them,
7 yes, ma'am.
8     Q. All right.
9     A. I can.
10     Q. Did you give them to Russ and then get them —
11     A. Yes.
12     Q. — sent to us?
13     A. Certainly.
14     Q. Because I think we're entitled to those —
15     A. Of course, yes.
16     Q. — invoices.
17         And how much time did you spend in
18 reviewing the scientific literature?
19     A. I would guess another — maybe — may I guess
20 15 hours? And the reason why I'm vague is, as I'm sure
21 you do, I do a little bit of traveling on the airlines
22 and these references travel with me, so the — the
23 reference are read while flying on the airlines, et
24 cetera.
25         I try to be fair to my colleagues in the

11 (Pages 674 to 677)

678

1   law firm and I add up the hours.  And you will get from
2   the invoices the total number of hours which included
3   the references, the patients' material, and the
4   preparation of the report.
5       Q.  So you think you've spent about 40 hours in
6   reviewing the medical records for the four cases, right?
7   That would be ten hours apiece?
8       A.  Yes, ma'am.
9       Q.  And then about 15 hours in your reviewing the
10  literature which would add up to about 55 hours in
11  review?
12      A.  Yes, ma'am, I think that's reasonable.
13      Q.  How much time did you spend writing the report?
14      A.  As I mentioned, I was writing the report -- on
15  each individual patient, I was writing the report while
16  I was reviewing, so the review -- the writing of the
17  report would be part of the patient review process.
18      Q.  All right.  How about the introductory portion
19  of your report that is separate from the two pages that
20  you have on the individual patient?
21      A.  That took me quite a long time, but as you
22  understand, at least some of that review of diabetes as
23  a whole I made for the Zyprexa report, and those hours I
24  did not bill to my colleagues in this context.
25      Q.  Okay.  So how much time did you spend on

679

1   writing the nonpatient-specific part of your report --
2       A.  My guess --
3       Q.  -- in this case?
4       A.  -- in this case -- right.
5       Q.  Not -- not what you got from your Zyprexa
6   litigation.
7       A.  In this case my -- my guess would be about
8   another four hours.
9       Q.  So if you look at your report -- here's a copy
10  of it.  If you look at your report, Doctor, the --
11  looking at the portion that is not related to a specific
12  plaintiff --
13      A.  Yes, ma'am.
14      Q.  -- the beginning part of it, how much of that
15  report is the same as what you wrote in Zyprexa?
16      A.  Oh, very similar, ma'am.  And I -- if you -- I
17  have to write about diabetes in a number of contexts.
18  My belief is that the -- the content -- the discussion
19  of the disease of diabetes would almost be verbatim from
20  what I used for the folk in Zyprexa.  The changes would
21  be -- for an example on page 7 -- and I'm happy to share
22  that with you.  Since I wrote that report, the
23  Australian study -- let me refer you to page 7, the
24  third paragraph down.  Got it?  The Australian study on
25  stomach size and stomach stapling and recovery of

680

1   diabetes is new data.  I added that.
2       I believe the reduction in life expectancy
3   I updated with new available data, which is in one of
4   the exhibits that your colleagues are checking out.  The
5   annual cost of being a diabetic I think totally
6   remodified -- the American Diabetes Association produces
7   a report every two to three years, and I got a new
8   report that hadn't been in the Zyprexa case.
9       The atypical section I significantly
10  modified, again, by looking up what was unique to
11  Seroquel as opposed to what was present in the family of
12  atypicals and in the Zyprexa case.
13      Q.  Okay.  So it took you about four hours to do
14  that?
15      A.  To the best of my remembrance, yes, ma'am.
16      Q.  And the section on general opinions about
17  diabetes is identical to what you used in the Zyprexa
18  case, right?
19      A.  I believe so, yes, ma'am.
20      Q.  And the section on diagnosis of diabetes would
21  be identical to what you had in the Zyprexa case,
22  correct?
23      A.  I believe so, yes.  Just trying to think if
24  there was -- let me leave on record it would be very
25  similar.  If there was any nuances that have been --

681

1   come out relating to a new American Diabetes Association
2   report, I would have included that.
3       Q.  And then the complications of diabetes and the
4   increased risk of vascular disease, that would have been
5   virtually identical to your Zyprexa report, correct?
6       A.  To the best of my remembrance, yes, ma'am.
7       Q.  And then the section on small vessel disease
8   and the impact of treatment of diabetic complications,
9   those two paragraphs are virtually identical to what
10  they were in your Zyprexa report, right?
11      A.  To the best of my recollection, yes, ma'am.
12      Q.  Okay.  Now, I want to return for a minute to
13  Mr. Haller, just really one last question which is:
14  From your review of his records, you know of no
15  complications that he has from his diabetes at present?
16      A.  Yes, ma'am, I think that's a correct statement.
17      Q.  Okay.  Dr. Tulloch, tell me what diabetic
18  nephropathy is.
19      A.  Ma'am, in the presence of consistently high
20  levels of sugar, the proteins of the body obtain an
21  adherence of sugar which modifies their structure.  The
22  kidney in essence is a filtration mechanism, and as the
23  proteins become modified by the presence of sugar, the
24  filtration mechanism of the kidney becomes deficient and
25  it starts to leak small quantities of albumin.

682

1      Some research workers about 15 years ago —
2      Q. Where does that albumin go when it leaves?
3      A. It comes up — the kidney filters essentially
4    all of the blood. It's then modified through a tubular
5    system that has a — let me call it a wriggly worm at
6    the top and a loop and another wriggly worm at the
7    bottom, to use medical students' terminology, and then
8    from there it ends up in the bladder. In the wriggly
9    worm at the top and the bottom various parts of the
10   filtration are reabsorbed by the body.
11     But when the proteins are modified in the
12   filtration system, some of the albumin that leaks out is
13   not re-collected in the wriggly part of the first or the
14   second part of the filtration system, and that starts to
15   be picked up in the urine.
16     Research workers have found that those very
17   small quantities of urine which are called
18   microalbumin — and I think I discuss that — are
19   predictive of the patients which are going to get
20   vascular disease later on amongst all the group of
21   diabetics. So if one had a hundred diabetics, those who
22   had positive microalbuminuria would be the ones who
23   would most likely be getting stroke or a heart attack.
24     Q. So when you do labs on someone who has diabetic
25   nephropathy, you would expect an elevated level of

683

1    microalbumin in the urine?
2      A. That's correct, ma'am. If I can help you,
3    again, as a medical student, the numbers are — micro
4    levels, if we choose a round number, would be 30 or
5    more. Significant proteinuria would be 300 or more.
6    And we're talking about quantitation of the amount of
7    albumin in our urine which in a normal person is zero.
8    So mostly what — any albumin which has filtered through
9    the system is reabsorbed through the squiggly system of
10   the — of the tube.
11     If it's overcome, micro quantities would be
12   between 30 and 300, and then gross loss of protein would
13   be greater than 300 and if — in terms of milligrams per
14   24 hours. And then people who have diabetic kidneys
15   that are in the process of failing, gram quantities of
16   urine start to leak out of the kidney and ultimately
17   those kidneys no longer function and then the patient
18   has to be presented for either dialysis or
19   transplantation.
20     So if — in answer to your question I have
21   described a progression from the very earliest of damage
22   to the kidney when it leaks just a tiny bit of
23   albumin — but that's predictive of the guys who are
24   going to get stroke and heart attack — to the other end
25   of the spectrum where somebody's literally in gram

684

1    quantities of protein and that kidney is about to fail
2    and that guy will need either dialysis, transplantation,
3    or good-bye.
4      Q. So if I'm looking at a lab report and I want to
5    know if this person is having a — basically a protein
6    spill into the urine such as you've described —
7      A. Yes, ma'am.
8      Q. — what would be the — the descriptors on the
9    lab report that you would look for?
10     A. What you would look for would be — Medicare
11   pays for a microalbuminuria test to be done once a year
12   and it's done because it's predictive and you don't need
13   to do a whole lot of other things.
14     Every time the urine is tested, it's tested
15   for proteinuria and that's with a dip stick and that is
16   set at about 300 milligrams. So if you're looking for
17   the smallest quantities of kidney damage, you'd be
18   asking for microalbuminuria; if you were looking for
19   significant protein damage, you'd be looking for a dip
20   stick positive proteinuria.
21     Q. Okay. And the lab result would be protein in
22   urine —
23     A. Yes.
24     Q. — which is the way it would read, or
25   microalbumin?

685

1      A. In the urine, yes, ma'am.
2      Q. Okay. Is there any other lab test that would
3    relate to indicating that there was nephropathy?
4      A. Yes. When the kidney is starting to fail,
5    it — the function of the kidney is to clear nitrogenous
6    waste. And let's use the word "creatinine," which is
7    the protein which comes from our muscles. We — a
8    normal kidney can keep the level of creatinine below
9    1.2.
10     So if you are looking for how well is the
11   kidney doing, you'd look for protein in the mechanisms
12   we discussed. If you were looking for how well is the
13   kidney keeping the blood clean, you would look in the
14   blood tests for the level of creatinine. And any number
15   much in excess of 1.2 — and it varies from lab to
16   lab — would be the earliest manifestation of kidney
17   failure. When the creatinine is much above 6, between 6
18   and 10, the patient would be on the list for dialysis or
19   transplantation.
20     Q. So when someone has diabetic nephropathy, is —
21   is that — the presence of that condition predictive of
22   how long they've actually had diabetes?
23     A. Regrettably, no, ma'am. There are some folk
24   who develop diabetic nephropathy very early, and that's
25   been looked at. And there seem to be HLA markers which

**686**

1 predict which patient will get kidney problems, and
2 there's also HLA markers which predict which patients
3 are unlikely to get kidney markers.
4 So we've started with a genetic
5 predisposition. And then amongst the other variables is
6 the level of blood sugar, so a hemoglobin AIc would give
7 you a best estimate of that, and then blood pressure
8 folks who have poorly controlled blood pressure are
9 inclined to get rapidly progressive damage to the
10 kidneys.
11 Q. Uncontrolled blood pressure?
12 A. Yes, ma'am. Well, let me be quantitative if
13 you need those numbers. If -- we now believe a diabetic
14 subject should have his numbers controlled such the
15 top number should be less than 130 and the bottom number
16 should be less than 85.
17 Q. And if they have blood pressure in that level
18 or lower, then they are less likely to develop diabetic
19 nephropathy quickly --
20 A. That's correct.
21 Q. -- is what you're saying?
22 So do you agree that there have been
23 studies on the relationship between the presence of
24 diabetic nephropathy and the origin or -- of the
25 development of diabetes, type 2 diabetes? In other

**687**

1 words, the time relationship between the onset of type 2
2 diabetes and the development of diabetic nephropathy?
3 A. If -- if you have a reference, you've caught
4 me.
5 Q. You don't know?
6 A. That's right. No, I don't.
7 You heard me say earlier that there are
8 genetic markers which predict for those who will and
9 those -- those who are likely to and those who are
10 unlikely to. And I've discussed the other variables.
11 A -- another variable is whether the
12 physician chooses to use two groups of blood pressure
13 medications called ACE and ARB -- ACE, angiotensin
14 converting enzyme, and angiotensin receptor blockers.
15 Those two have been shown to be protective of the
16 development of proteinuria. So anybody who has
17 diabetes, even if they have normal blood pressure, we
18 encourage our colleagues to treat them with an ACE or a
19 ARB -- that's a term for blood pressure medication --
20 because it's inclined to reduce the chance of developing
21 proteinuria with everything else that means, later
22 onset of strokes and heart attacks.
23 Q. But I take it from what you're saying, you are
24 unfamiliar with literature which suggests that one can
25 predict the onset -- the time period in which diabetes

**688**

1 developed in relationship to the onset of diabetic
2 nephropathy?
3 A. Tell me how -- tell -- I'm trying to understand
4 the -- the subtleties of that question. I've described
5 that diabetic nephropathy is proportional to bad
6 treatment, high blood pressure, absence of ACEs or ARBs,
7 and congenital bad luck as reflected by an HLA blocker.
8 And are you asking me for something else or --
9 Q. Yes.
10 A. -- have I --
11 Q. Okay. I'm asking you whether or not you are
12 familiar with literature that studies the question
13 of whether or not those who have diabetic nephropathy
14 have had type 2 diabetes for certain periods of time.
15 A. Ah, yes. The -- I leave implication of time.
16 But -- but the reason why it's not high on the list --
17 because, clearly, the implication being the longer
18 they've had diabetes, the more likely they are to have
19 diabetic nephropathy.
20 But more overriding than that are some of
21 the other factors I've mentioned. If they've had
22 diabetes for many, many years, the blood pressure's been
23 well-controlled, the diabetes has been well-controlled
24 as reflected by a hemoglobin AIc of down 6.5 or less,
25 and they happen to be lucky with their HLA group, we may

**689**

1 have patients who have had diabetes for 50 years with
2 very little, if any, nephropathy.
3 On the other hand, there are type 2
4 diabetics who can present with almost just newly
5 discovered high sugar who already have evidence of
6 leakage of protein in the kidney. So time is not high
7 on my list. You asked me for a list and I -- I
8 understand you're now asking for time, but time is not
9 high on my list because the other issues I mentioned can
10 be so much more dominant.
11 Q. Well, it wouldn't surprise you that there would
12 be people who would present with high sugars and
13 undiagnosed diabetes, because at least 25 percent of the
14 population at any given time we know now has undiagnosed
15 diabetes, correct?
16 A. Yes, that's --
17 Q. So whether or not you're diagnosed with
18 diabetes has nothing whatsoever to do with when you
19 develop diabetes, correct?
20 A. I think that's a reasonable statement. And --
21 Q. So --
22 A. -- so one looks at average blood sugars over
23 the prevailing time until the point of reference, yes,
24 ma'am.
25 Q. And you know that there is, you know,

14 (Pages 686 to 689)

690

1    relatively exquisite literature on the develop -- the
2    length of time it takes to develop diabetic retinopathy,
3    right?
4        A.  Again, ma'am, yes, but time isn't as much of a
5    variable as prevailing hemoglobin AIc.  And if I --
6        Q.  I'm -- so you don't know of any literature --
7    my question to you is:  You don't know of any literature
8    that -- that says if you've got diabetic nephropathy,
9    you've had diabetes -- you've more likely than not had
10    diabetes for a certain number of years?
11        MS. THORPE:  Let the record reflect that
12    the witness is drawing a picture.
13        A.  Ma'am, thank you for asking that question.
14    From the early treatment diabetic retinopathy study,
15    which is one of the studies we discussed, and -- it
16    related to type 1 diabetics -- a number of work --
17    research workers in essence crunched the data.  And I
18    will show you a diagram which we can use if you feel
19    it's clear enough and would use something or I can
20    produce the original given a little time.
21        And what we have is a summary of what
22    happened to those patients.  And what we saw was -- on
23    the X axis was time, on the Y axis was a representation
24    of something going wrong in the eye, where up at the top
25    was a lot and down at the down was very little.  And I'm

691

1    showing you a family of curves, and the lowest curve
2    would be a hemoglobin AIc of 7, and the highest curve is
3    a hemoglobin AIc of 11.
4        And the original chart that this is a rough
5    diagram of essentially, therefore, shows that as you
6    progress in time, if the hemoglobin AIc is near normal,
7    the rate of progression of retinopathy is very low.  On
8    the other hand, if the subject has a hemoglobin AIc of
9    11, the rate of progression of retinopathy is quite
10    fast.
11        Now, early treatment of diabetic -- the
12    diabetes control and complications trial is useful
13    because they were type 1 diabetics, the implication
14    being they didn't have -- they didn't carry all the
15    other environmental baggage that a type 2 does.  We've
16    mentioned high blood pressure, obesity, abnormal lipids.
17    Type 1 diabetics on average are lean and sugar is their
18    main abnormality.  So this is a clearer one than it
19    would be if one used type 2 diabetics for that.
20        Having described it, I offer it to the
21    Court as an example of time and sugar and eye --
22    progression of eye disease or I can produce the original
23    if you prefer.
24        Q.  (BY MS. THORPE)  I -- my question to you, sir,
25    was about diabetic nephropathy.  Is there literature

692

1    like you've just described with retinopathy for diabetic
2    nephropathy?
3        A.  Ma'am, the -- there should be.  The reason for
4    diabetic nephropathy not being as clean is that it's not
5    so easy to measure.  But my suspicion is -- and I
6    haven't looked at it because I use this one far more for
7    teaching.  In that setting one would have on the Y axis
8    to be grams or -- milligram of protein leakage and then
9    creatinine change.  So it's not such a clean measurable
10    commodity as changes in the eye.
11        Q.  My question to you is:  Do you know of any
12    literature that has the time course of the development
13    of diabetic nephropathy in people who have type 2
14    diabetes?
15        A.  Offhand, I can't think of a -- a study which
16    would clarify it as clearly as this EBDRS -- I mean --
17    DCTT study for the reasons I've mentioned.
18        Q.  Can you think of any literature on the topic of
19    the time course of diabetic nephropathy and people who
20    have type 2 diabetes?
21        A.  Not offhand.  Clearly, I'm sure it's out there.
22    I just haven't used it for -- for teaching in the manner
23    that I've used this particular curve.
24        Q.  Let me mark your drawing as Exhibit 86.
25        (Exhibit No. 86 marked.)

693

1        Q.  (BY MS. THORPE)  All right.  You agree I've
2    just marked your drawing?
3        A.  Yes, ma'am.
4        Q.  You agree that an acute illness can cause a
5    major metabolic stress and can produce abnormal sugars
6    in somebody within 72 hours?
7        A.  Yes, ma'am.
8        Q.  And that can be -- can that be in somebody
9    who's not even diabetic to start?
10        A.  I don't think so.  I think -- excuse me -- most
11    of us have -- have more than adequate insulin reserve.
12        Q.  Okay.  So you have to be -- either have
13    impaired fasting glucose or be diabetic, then develop an
14    acute illness and then you can have a major metabolic
15    stress and that can produce abnormal sugars within 72
16    hours?
17        A.  Yes, ma'am.
18        Q.  All right.  And the kind of acute illness you
19    might be talking about, for example, might be an
20    infection, right?
21        A.  A good example which often comes on is
22    influenza.
23        Q.  Okay.  Or pneumonia?
24        A.  Or pneumonia.
25        Q.  How about urinary tract infection?

15 (Pages 690 to 693)

694

1   A. Yes. But there the difficulty is the symptoms
2   in the urinary tract infection often overlay, but
3   certainly that can cause high sugar.
4   Q. Urosepsis could cause the manifestation of high
5   sugar, right?
6   A. Yes, in those subjects who have reduced insulin
7   reserve, yes, ma'am.
8   Q. What kind of labs would you expect to see that
9   would, you know, mark an infection that would be
10  stressful enough to produce abnormal sugars in someone
11  within 72 hours? Not glucose but other labs. What kind
12  of markers of infection would you be looking for?
13  A. Well, if it's a bacterial infection, the white
14  cell count would be elevated.
15  Q. To what? To what?
16  A. A normal white cell count is 10.8 in most labs,
17  thousand, and an acute bacterial infection, the number
18  could be twice that, 22 to 24,000. If it's a viral
19  infection, the white cell count may be normal or low, in
20  which case all you'd had would be the signs of an
21  infection as reflected by high fever and muscle aches
22  and pains. But the white cell count could be normal.
23  Q. Any other markers?
24  A. Of an acute infection? Well, if it's in the
25  lungs, it would be associated with cough and sputum. If

695

1   it's in the bloodstream, it could be associated with
2   embolic signs or red cells in the urine. If -- if it's
3   in the gut, it would be associated with maybe diarrhea.
4   If it's in the gallbladder or the appendix, it would be
5   associated with tenderness and rebound in the organs in
6   the area of the organs that were inflamed or infected.
7   Q. And let's talk a little bit about
8   hyperosmolari. Tell me what can cause hyperosmolari.
9   A. Okay. I'm assuming that your question relates
10  to a condition called hyperosmolar coma, which is a
11  common -- well, at least which is a known presenting
12  complication of elderly type 2 diabetic subjects. Our
13  best interpretation of that is that a condition produces
14  stress on the body, the sugar rises.
15  Q. Like an infection?
16  A. Like an infection.
17  Q. Like a urinary tract infection or pneumonia?
18  A. Why don't we use influenza because it's virus
19  and, therefore, isolated from any other issues.
20      Let's assume our subject -- an elderly
21  subject gets a viral pneumonia such as influenza. The
22  temperature would be up, the stress hormones which
23  include cortisol and prolactin and adrenaline would go
24  up. The net effect of that would be to cause a rise in
25  sugar. In elderly subject, quite often the fever

696

1   would cause a lot of fluid loss. The high sugar would
2   cause fluid loss through the kidneys. And some elderly
3   subjects do not drink enough to maintain the fluid that
4   they are losing.
5       The net effect of that over the next 36
6   hours is -- as I mentioned yesterday, any time the
7   sugar's above 180 to 200, there's an obligate diuresis
8   from the kidney. So fluid is being lost and a person
9   who is a grape turns into a raisin. If one then
10  measured the sugar in the raisin, if there's enough
11  insulin not to allow free fatty acids to mobilize, the
12  patient comes in with a very high level of sugar.
13  That's what we would call hyperosmolar, sugars may be as
14  high as 2,000 but without evidence of ketosis.
15      Let me explain why that is. If we look at
16  the action of insulin, you need a little bit of insulin
17  to stop free fatty acids breaking down and making fatty
18  acids which become ketones. You need a little more
19  insulin, about tenfold more, to get sugar into the
20  cells. So in these older patients in whom there's
21  enough insulin not to allow free fatty acids to mobilize
22  but not enough to bring that high sugar down normal,
23  that's -- those are the subjects who are at risk from
24  hyperosmolar coma. Does that help?
25  Q. Yes. And hyperosmolar -- you could have a

697

1   hyperosmolar condition without being in a coma, correct?
2   A. Yes, ma'am. The level of coma depends on the
3   height of sugar and the time that the brain is squeezed
4   back to a raisin or down to a raisin.
5   Q. And you don't have to have a coma at all?
6   A. Absolutely, ma'am.
7   Q. All right. I mean -- okay.
8       So the hyperosmolar condition can be caused
9   by -- could be caused by urosepsis, could be triggered
10  by urosepsis?
11  A. Ma'am, the term "urosepsis" is implied that
12  there are bacteria circulating in the blood that
13  originated in the urinary tract. This could be from the
14  bladder or it could be from an abscess near the kidney,
15  yes, ma'am. And having defined that, yes, it would be
16  one of the -- it could be one of the contributing
17  factors that would produce a hyperosmolar state.
18  Q. All right. And what about trauma? Can trauma
19  produce a hyperosmolar state?
20  A. Well, I'm thinking. If we ask for a trauma to
21  a limb such as a broken arm or a broken leg,
22  theoretically it could but it's very rare just because
23  of the combination of circumstances. Usually the broken
24  limb is brought to medical attention so that the 36
25  hours that is usually required for the development of

16 (Pages 694 to 697)

698

1  the hyperosmolar state is -- doesn't -- isn't occurred.
2  The patient receives medical care.
3      So you would have to then hypothesize an
4  elderly person breaking a limb in an isolated set of
5  circumstances where they were not brought to medical
6  care. Certainly in that setting hyperosmolar state
7  could occur.
8      Q. Do you agree that there are certain medications
9  that can trigger a hyperosmolar state like diuretics
10 such as Hyzaar?
11     A. Yes, ma'am. The substance you have mentioned
12 is actually a combined medication. It's got an ARB plus
13 a diuretic.
14     Q. Which is hydrochlorothiazide?
15     A. Yes, ma'am. And that can lead to loss of salt
16 and water. The dose of hydrochlorothiazide, which has
17 been associated with development of high sugars, is
18 usually a little bit more than is present in Hyzaar.
19 The -- much above 25 milligrams in 24 hours is
20 associated with a rise in blood sugar in the elderly
21 subjects. If Hyzaar has 12-1/2 milligrams, it's on the
22 safer side.
23     Q. Okay. But it can be associated with the
24 development -- Hyzaar or other diuretics can be
25 associated with the development of a hyperosmolar state?

699

1      A. Yes, ma'am.
2      May I -- may I simplify your question and
3  say let's forget the ARB component of Hyzaar, let's just
4  take hydrochlorothiazide. If a subject was on
5  50 milligrams a day of hydrochlorothiazide and had
6  marginal pancreatic reserve, it would be possible to
7  lose a lot of fluid, to raise the sugar, and develop a
8  hyperosmolar state, at least theoretically.
9      Q. All right.
10     (Exhibit No. 87 marked.)
11     Q. (BY MS. THORPE) Let me show you what's been
12 marked as Exhibit 87 for identification. And, Doctor,
13 this is a record on Mr. Unger in September of 2005 when
14 he went to the emergency room, right? You've looked at
15 this?
16     A. Yes, ma'am.
17     Q. And he slipped and fell at home and went to the
18 emergency room complaining of ankle pain and swelling,
19 right?
20     A. Yes, ma'am.
21     Q. And if you look at the report, his blood
22 pressures measured, on the front page, when he first
23 came in -- is recorded as 80/45, right?
24     A. Yes, ma'am.
25     Q. That's a very low blood pressure, correct?

700

1      A. Well, in a fit young school girl, that could
2  almost be normal. In an obese subject of this man's
3  weight, that is getting down.
4      Q. It's pretty low, isn't it?
5      A. Yes, ma'am.
6      Q. And if you go to the next page of Exhibit 87,
7  you see that his blood pressure is recorded two more
8  times, a second time at 98/62 and a third time at
9  101/44. Both of those are abnormal blood pressures for
10 someone of Mr. Unger's girth, correct?
11     A. Could be, yes, ma'am.
12     Q. And if you look at the top of the page, you see
13 that he's noted to have bilateral edema, right?
14     A. Yes, ma'am.
15     Q. And then you understand that Mr. Unger was sent
16 home from the emergency room, right?
17     A. Yes, ma'am.
18     Q. Now, the next day you know that Mr. Unger was
19 admitted to Mercy Hospital, right?
20     A. Yes, ma'am.
21     (Exhibit No. 88 marked.)
22     Q. (BY MS. THORPE) And I'm going to show you
23 his -- the discharge summary from his admission at -- at
24 Mercy Hospital.
25     A. Thank you, ma'am.

701

1      Q. And -- and you've seen that document before,
2  correct?
3      A. Yes, ma'am.
4      Q. And it's been marked as Exhibit 88, correct?
5      A. Yes, ma'am.
6      Q. And Mr. Unger had an admitted -- admitting
7  diagnosis of altered mental status and urosepsis, right?
8      A. That's correct.
9      Q. And the laboratory data on admission reflected
10 a high white blood cell count?
11     A. Yes, ma'am.
12     Q. And a left shift in his neutrophils and
13 lymphocytes?
14     A. That's correct.
15     Q. Which is indicative of infection, correct?
16     A. Acute infection, yes, ma'am.
17     Q. And he had a high sed rate, which is a general
18 lab result but also reflects infection, correct?
19     A. Yes, ma'am.
20     Q. And Mr. Unger was noted to have a -- also a
21 questionable infection of his left lower extremity,
22 right?
23     A. Yes, ma'am.
24     Q. Would you agree that the hyperosmolar condition
25 that Mr. Unger had was caused by his infection that is

702

1    reflected in his lab — you know, his laboratory values?
2        A. I — I believe that that was one of the
3    factors, yes, ma'am.
4        Q. All right. What were the other factors?
5        A. He was obese; he is on an atypical
6    antipsychotic; he was on Hyzaar, which we agreed
7    contained hydrochlorothiazide, and in this case the dose
8    was 25 milligrams. He was on two other diuretics, one
9    is Bumex and the other one is Zaroxolyn, and each of
10   those would have reduced his free water and serum
11   sodium.
12       Q. So he was on multiple diuretics which would
13   have been in your mind contributing causes of his
14   hyperosmolar condition, correct?
15       A. Yes, ma'am.
16       Q. And his obesity was in your mind a contributing
17   cause of his hyperosmolar condition, correct?
18       A. Well, of the abnormal blood sugar which was a
19   contributing factor, yes, ma'am.
20       Q. And his infection that his labs reflected was
21   also a contributing factor, correct?
22       A. Yes, ma'am.
23       Q. And also a cause of his hyperosmolar condition,
24   right?
25       A. Yes, ma'am.

703

1        Q. Now, as with many things we've discussed, you
2    have not reviewed the literature to figure out the
3    particular quantitative contribution any of these
4    drawings or his obesity or the infection played in
5    leading him to develop this hyperosmolar condition,
6    right?
7        MR. BRUDNER: Objection, form.
8        A. That's — that's correct, ma'am.
9        Q. (BY MS. THORPE) And any of these conditions,
10   the diuretics he was on, his obesity, the infection, in
11   and of itself could have led this very obese man to
12   develop the abnormal hyperosmolar condition, right?
13       A. Yes, ma'am.
14       Q. You would agree that — well, let — let me ask
15   you this.
16           When did Mr. Unger develop diabetes, not
17   when was he diagnosed, but when did he develop diabetes?
18       A. Well, from my report I note that in September
19   of 2005 after a fall he was noted to have a blood sugar
20   of 1590.
21       Q. That was his admission, right, to Mercy
22   Hospital —
23       A. That was this particular admission.
24       Q. — right?
25       A. So to appropriately answer your question, I

704

1    would need to go back to the time line which summarizes
2    his clinical state and see if we can find an earlier —
3        Q. That's not it.
4        A. — Haller — see if we can find an earlier
5    number for you.
6        MS. THORPE: Let's go off the record for a
7    minute while I look for this.
8        THE WITNESS: Okay. Thank you.
9        (Short recess from 6:16 to 6:21.)
10       Q. (BY MS. THORPE) So we found Mr. Unger's time
11   line for you.
12       A. Thank you, ma'am.
13       Q. So do you need the question to refresh you?
14       A. No, ma'am. What I recall — we discovered when
15   he had a very high sugar which was associated with a
16   fall and then a hyperosmolar state, and what we're
17   looking for is evidence of a sugar before that which
18   would be compatible with the diagnosis of diabetes.
19           On my time line, I really don't have a
20   sugar value between October 29th of 2003 and September
21   the 6th of 2005. Given the natural history which we've
22   discussed, my belief is he would have had a — would
23   have probably — more likely than not would have had
24   abnormal sugars in the fasting or maybe in the loaded
25   state between those two times.

705

1        Q. Well, my question to you is: When did he get
2    diabetes?
3        A. We do not have an answer to that for all that
4    we've shared. But there are a number of folk whose
5    sugar's compatible with the diagnosis of diabetes which
6    is greater than 126, is so modest in their effect on the
7    body's functions that they remain undiagnosed.
8        Q. So it's fair to say that you don't know when
9    Mr. Unger actually developed diabetes, correct?
10       A. That's correct.
11       Q. You don't know whether or not he had diabetes
12   before he took Seroquel, right?
13       A. That's correct. We have only one normal sugar,
14   October the 29th of 2003, at least it was a normal
15   sugar, and we — we don't know if he'd had any glucose
16   load test before that, that's correct.
17       Q. What is edema? What is edema?
18       A. Edema is a term that relates to the occurrence
19   of free water in the tissues under the skin.
20       Q. Edema contributes to your weight?
21       A. Yes, ma'am.
22       Q. So when you're weighed, this water that
23   accumulates under your skin can add to your weight,
24   right?
25       A. Yes, ma'am. We use —

18 (Pages 702 to 705)

706

1   Q. It's not —
2   A. — the word "water." Usually it's salt and
3   water. It's actually tissue fluid. But, yes, ma'am.
4   Q. Okay. And the tissue fluid that accumulates
5   isn't created by the calories that you would take in,
6   right?
7   A. That's correct.
8   Q. It is not caused — edema is not caused by
9   eating?
10   A. Woo. There are many causes of edema.
11   Q. Okay. Tell me what the causes of edema are.
12   A. The main causes of edema are an inability of a
13   kidney to clear free salt and water, and this can be
14   because the kidney is damaged for the mechanisms we
15   mentioned earlier, for example, long-standing diabetes.
16   It could be because the patient has abnormal blood
17   pressure which modifies the kidneys' ability to work.
18   It could be because the patient has a heart condition
19   which reduces the ability of the kidney to function when
20   the heart is not perfusing it right. And then finally
21   there's a fine balance between the proteins in the
22   tissues and the proteins in the capillaries, and if that
23   balance is upset by a loss of albumin, then one can get
24   edema because there isn't enough oncotic pressure in the
25   capillaries to bring sugar back out to bring fluid,

707

1   meaning salt and water, back out of the tissues.
2   Q. When you've talked about Seroquel being
3   associated with weight gain, you're not talking about
4   weight gain from edema?
5   A. That's correct, ma'am. To the best of my
6   interpretation of the available literature, I believe
7   it's to do with retention of calories.
8   Q. Okay. And edema can actually add to your —
9   edema can actually add to your weight considerably,
10   right?
11   A. Yes, ma'am, in folk who have a low protein
12   state in their serum, you could get 15 to 20 pounds
13   worth of fluid retained —
14   Q. And you —
15   A. — and maybe more.
16   Q. You know that Mr. Unger had edema, you just saw
17   that he had it when he went to the ER, right?
18   A. Yes, ma'am.
19   Q. And I'm going to show you a record dated June
20   19, 2003 —
21   (Exhibit No. 89 marked.)
22   Q. (BY MS. THORPE) — which I've just marked as
23   Exhibit 89.
24   A. Thank you, ma'am.
25   Q. And he has gotten consultation from a vascular

708

1   laboratory because he's reporting his main problem is
2   unexplainable edema in both of his legs below the knees,
3   correct?
4   A. Yes, ma'am.
5   Q. How much of Mr. Unger's weight gain is related
6   to his edema?
7   A. We don't have measurements of his limb girth
8   other than these ones. So you've heard me say I believe
9   at least 15 to 20 pounds might be retained in subjects
10   with significant edema. But we don't know — we don't
11   have a way of discriminating from the reading of the
12   scale how much of the weight change is from retention of
13   salt and water and how much is from retention of
14   calories.
15   Q. So you don't know in Mr. Unger how much of his
16   weight gain was attributable to edema that didn't have
17   anything to do with Seroquel, right?
18   A. Yes, ma'am.
19   Q. That's correct?
20   A. That's correct.
21   Q. Okay. Now, Mr. Unger, as we've discussed, was
22   on Seroquel during the year 2006 up until October,
23   right?
24   A. Yes, ma'am.
25   Q. I'm going to show you — I'm looking for a pen

709

1   here.
2   (Exhibit No. 90 marked.)
3   Q. (BY MS. THORPE) — a document that's been
4   marked as Exhibit 90 that is a note from his doctor,
5   Dr. Quintero, who you know is an endocrinologist, right?
6   A. Thank you, ma'am. Yes.
7   Q. And Dr. Quintero's note from May 3, 2006, while
8   Mr. Unger was taking Seroquel, shows that his blood
9   glucose has been stable, right?
10   A. Yes, ma'am.
11   (Exhibit No. 91 marked.)
12   Q. (BY MS. THORPE) And then I'm going to show you
13   a lab report that's been marked as Exhibit 91 from
14   June — on June 9th of 2006. And you can see that his
15   glucose level in June of 2006 was 88, right?
16   A. Yes, ma'am.
17   Q. And that was normal?
18   A. Yes, ma'am.
19   Q. And he had an A1c, which is on the next page,
20   which was 6.1, which indicates pretty good control of
21   his blood sugar, right?
22   A. Yes, ma'am.
23   Q. And this was while he was on Seroquel, correct?
24   A. Yes, ma'am.
25   (Exhibit No. 92 marked.)

710

1  Q. (BY MS. THORPE) And I'm going to show you
2  another note from Dr. Quintero that's been marked as
3  Exhibit 92. And this is a -- a record of June 12, 2006,
4  right?
5  A. Yes, ma'am.
6  Q. And you've seen this before, right?
7  A. Yes, ma'am.
8  Q. And he says that Mr. Unger comes in for
9  follow-up and that he has excellent blood glucose,
10  right?
11  A. Yes, ma'am.
12  Q. And that's at a time when he was on Seroquel?
13  A. Yes, ma'am. I would also point out that his
14  blood pressure is quite low. Remember we were
15  speculating. And there's a guy under an otherwise
16  stable condition and his pressure's 90/60.
17      (Exhibit No. 93 marked.)
18  Q. (BY MS. THORPE) I'm going to show you what's
19  been marked as Exhibit 93 for identification. And
20  that's an August of '06 note from Dr. Quintero during
21  the time that Mr. Unger was on Seroquel. And he has a
22  note that he has an A1c of 6.1, which, again, is good
23  control of his blood sugar, correct?
24  A. Yes, ma'am.
25      (Exhibit No. 94 marked.)

711

1  Q. (BY MS. THORPE) All right. I'm going to show
2  you what's been marked as Exhibit 94 for identification.
3  And this is a lab report from September of 2006 while
4  Mr. Unger is still taking Seroquel. And, again, his
5  glucose --
6  A. Eighty-seven.
7  Q. -- is 87, and that's normal, right?
8  A. Yes, ma'am.
9  Q. And his A1c is 6.0, which is also normal?
10  A. Yes, ma'am.
11  Q. And so during the -- the time after his
12  admission to Mercy Hospital in September of 2005 when he
13  had the trauma and the infection and the diuretics and
14  he had the high blood sugar, after that point his blood
15  sugars were well-controlled, correct?
16  A. Yes, ma'am.
17  Q. In October of 2006, he went off Seroquel and
18  his blood sugars after he went off Seroquel remained the
19  same, didn't they?
20  A. Yes, ma'am.
21  Q. They still remained in the normal range after
22  he went off Seroquel, correct?
23  A. Yes, ma'am.
24  Q. So there's really no difference in his blood
25  sugars before and after his Seroquel use, correct?

712

1  A. That's correct.
2  Q. And you saw no differences in his other labs
3  before or after Seroquel like cholesterol and
4  triglycerides?
5  A. That's correct.
6      (Exhibit No. 95 marked.)
7  Q. (BY MS. THORPE) All right. I'm going to show
8  you what's been marked as Exhibit 95 for identification,
9  which is your curriculum vitae.
10  A. Thank you, ma'am.
11  Q. This is the C.V. that was produced to us,
12  Dr. Tulloch. Is it current?
13  A. It's as current as my C.V. is. In other words,
14  I -- I've done a lot of things and I don't write
15  everything down on my C.V. An academic C.V. is
16  sometimes updated every six to nine months, and so there
17  would be a lot more current stuff in an academic
18  physician's.
19  Q. Well, what I want to know is if this has all
20  your publications, grants, and abstracts on it.
21  A. Yes, that's right.
22  Q. Is it correct that the last time you received a
23  research grant was in 1998?
24  A. Yes.
25  Q. When was the last time you -- well, strike

713

1  that.
2      It looks like from looking at your C.V. the
3  last time you authored a peer-reviewed publication was
4  1985?
5  A. That's reasonable.
6  Q. When was the -- it also looks like the last
7  time you authored an abstract was 1985?
8  A. That's correct.
9  Q. Have you ever published anything regarding
10  Seroquel?
11  A. No, ma'am.
12  Q. Have you ever published anything regarding
13  second-generation antipsychotics?
14  A. No, ma'am.
15  Q. Have you ever published anything regarding any
16  kind of antipsychotic?
17  A. No.
18  Q. Have you conducted any original research that
19  hasn't been published regarding Seroquel?
20  A. No, ma'am.
21  Q. Or any other antipsychotic?
22  A. No, ma'am.
23  Q. Have you ever published or conducted research
24  on weight gain?
25  A. No, ma'am.

714

1    Q. How many times have you served as an expert
2    witness in your career? Is — I know you have the
3    four — you know, you have the last four years.
4        A. I really don't think I have a — an answer to
5    that. What you have listed are the most recent ones.
6    But I did mention I'm — I'm — I do a lot for TMLT,
7    which is Texas Medical Liability Trust. And probably —
8    fairly commonly I get a phone call, we think
9    such-and-such has happened, what do you think. And
10   that's, in essence, a casual opinion which I often give
11   back on the phone.
12       Medical Liability Trust is a sort of
13   doctors looking after doctors. And I probably give —
14   and have over the last 15 years given a casual report
15   quite frequently. Now, quite frequently, some years can
16   be 12 times a year and other years may be only once a
17   year. So, clearly, if I tender a guess, the guess could
18   be 40 or 50 occasions. And a lot of those times they're
19   just telephone calls.
20       What you have listed in Exhibit — give me
21   the number —
22       Q. D.
23       A. — D are the major public appearances in which
24   I appeared — gave a deposition or appeared in court.
25       Q. I guess what I'm looking for is whether —

715

1    other than the six items that are listed on your
2    testimony list, have — you know, outside of the past
3    four years, have you given any other sworn testimony
4    where you've given a deposition or you've been —
5        A. Yes.
6        Q. — to court or whatever?
7        A. I think — outside the four years, I think the
8    biggest one was the Rezulin trials, which are probably
9    probably six or seven years ago. And I did a lot of
10   work with the defense for Rezulin, and the colleague
11   busy at the time was — was Mr. Tom Sartwelle.
12       Q. Can you spell that?
13       A. S-a-r-t-w-e-l-l-e.
14       Q. Do you remember where he worked?
15       A. Well, he had his own law firm for many years.
16   He was a active medical defense attorney in this
17   community.
18       Q. Other than that, has there been any other sworn
19   testimony that you've given?
20       A. To the best of my knowledge, in the last four
21   years in public, what you have is there.
22       Q. And, I mean —
23       A. Oh, going back before that?
24       Q. Yes.
25       A. Not at the level of public depositions. Much

716

1    of what I give is — is casual and on the phone.
2        Q. I'm only asking you for your —
3        A. I would —
4        Q. — sworn testimony.
5        A. I would stay with the Rezulin as the most
6    memorable of those.
7        Q. Okay. I'm not looking for memorable, I'm
8    looking for all, all that you know of where you gave
9    either a deposition or you testified in court.
10       A. I can't remember other cases coming through to
11   court other than the Rezulin one.
12       Q. So you don't remember ever giving a deposition
13   other than Rezulin and these six cases that are in
14   your —
15       A. That's correct.
16       Q. — report?
17       Has any Court ever entered any kind of
18   order that you're aware of excluding your testimony?
19       A. No, ma'am, not at all.
20       Q. On your C.V. you list that you serve as a
21   clinical associate professor at M.D. Anderson?
22       A. Ma'am, that's an honorary position. Clearly,
23   I'm not a cancer doctor. What it was — for many years
24   I gave lectures at the training unit at the M.D.
25   Anderson. And usually so that the — whatever paper

717

1    work they need for their lectures, they award an
2    honorary position for that. It does not mean I have
3    spent time caring for cancer patients in the M.D.
4    Anderson.
5        Q. Okay. I'm trying to understand what it does
6    mean.
7        A. Yeah. No, that's why I'm trying —
8        Q. You mention it in your report. You say you're
9    a clinical associate professor at M.D. Anderson Hospital
10   in Houston.
11       A. Actually, if you look at the wording, it's the
12   University of Texas and M.D. Anderson, because those two
13   are parallel.
14       Q. Okay. I'm looking at the first page of your
15   report. You say, "I'm a clinical associate professor in
16   internal medicine and ophthalmology at the University of
17   Texas Medical School at Houston and a clinical associate
18   professor at M.D. Anderson Hospital and Tumor Institute
19   also in Houston."
20       A. That's correct.
21       Q. Do you teach at M.D. A — M.D. Anderson
22   Hospital?
23       A. Not now. I have in the past.
24       Q. Right.
25       A. And that — that's historical.

21 (Pages 714 to 717)

718

1     Q. All right. When was that?

2     A. Oh, probably five years ago.

3     Q. And in the -- in that time, that five years

4 ago, what was the work involved?

5     A. I would give a lecture on the abnormalities of

6 blood lipids with endocrine cases. I would give a

7 lecture on hyperlipidemia and its management.

8     Q. How many times did you do that?

9     A. It was once a year for many years, and it was

10 sort of part of their curriculum. They would have

11 external lecturers that would come in.

12     Q. Okay. And who at M.D. Anderson would know

13 about your relationship to do that? Was there -- is

14 there anybody who would --

15     A. I could call up and find out. Ma'am, once a

16 year I would get a renewal from the dean, and I think

17 the dean that was employing me at the time has since

18 retired.

19     Q. So it wouldn't surprise you that you're --

20 you're not on their --

21     A. Current.

22     Q. -- materials currently, right?

23     A. Currently. That's right, yeah.

24     Q. And so it was at least five years ago that you

25 did this?

719

1     A. Yes, ma'am.

2     Q. And it was a one time -- once a year --

3     A. Once a year.

4     Q. -- lecture for how many years?

5     A. Oh, probably 10 years, maybe 15.

6     Q. Okay. The -- similarly, you list yourself as a

7 clinical associate professor at the University of Texas

8 Medical School, right?

9     A. That's correct.

10     Q. And you're not such a professor now?

11     A. I'm not active -- well, clinic -- clinical

12 associate is the context which is an honorary -- an

13 honorary position. Essentially they keep us on their

14 list so that if they need another lecturer in a

15 particular topic, we are invited. And pretty well the

16 same applies for the University of Texas as for the M.D.

17 Anderson, that I have given talks there, we have an

18 endocrine meeting on a Thursday night, and I am invited

19 to give lectures at that endocrine meeting from time to

20 time.

21     But, again, I suspect the last one I gave

22 was at least three or four years ago.

23     Q. And so -- and how many times have you given

24 such a lecture at the University of Texas Medical

25 School?

720

1     A. Probably once a year, once every second year.

2     Q. About three or four years ago?

3     A. Yeah, up until about three or four years ago,

4 ma'am, yes.

5     Q. And you are not on the faculty of either M.D.

6 Anderson or the University of Texas?

7     A. At present, that's correct.

8     Q. And you were not on the faculty of those

9 schools four or five years ago. You've never been --

10     A. No.

11     Q. -- on the faculty of those schools, correct?

12     A. I was. I was a full-time lecturer until -- and

13 clinical -- and non -- not -- I was an associate

14 professor, not a clinical associate professor. The word

15 "clinical" implies honorary. I was a full-time

16 professor from 1977 until 1981.

17     Q. Where?

18     A. At -- at the University of Texas.

19     Q. Okay.

20     A. I was recruited by the University of Texas to

21 serve as a full-time professor.

22     Q. And that -- and you served there until 1981?

23     A. That's correct, ma'am.

24     Q. And then after that you were not on the faculty

25 of the University of Texas?

721

1     A. Then I became on the honorary faculty and

2 remained on that for the next probably 15 years.

3     Q. And then four years ago you stopped doing that?

4     A. Right.

5     Q. And you -- and during that time period that you

6 were an honorary faculty member, that meant you gave a

7 lecture about once a year?

8     A. And taught medical students and took medical

9 students into the office for teaching and physical --

10 let me go back to the problem of a medical school, which

11 is to get clinicians to spend time with the students

12 who've had experience. And we still have students who

13 come to our offices from time to time. In fact, we have

14 some right now in our office.

15     And for those offices to be credentialed,

16 the medical school essentially carries a number of

17 clinical associate professorships. I last received a

18 salary from the University of Texas in 1981.

19     Q. When's the last time you received -- so when

20 you've done these lectures, they've been voluntary?

21     A. Yes, ma'am.

22     Q. All right.

23     A. And when I've done teaching, they've been

24 voluntary as well, yeah.

25     Q. So you have not been paid -- ever been paid by

22 (Pages 718 to 721)

722

1  M.D. Anderson?
2      A. After 1981, no.
3      Q. You were paid by M.D. Anderson before 1981?
4      A. No, I was -- the administration for University
5  of Texas and M.D. Anderson were a common umbrella.
6      Q. All right.  So up until 1981, you -- you were
7  at the University of Texas --
8      A. Right.
9      Q. -- and you taught full-time and you got paid
10  and after that you weren't paid again?
11     A. That's right.
12     Q. All right.  You would agree, Dr. Tulloch, that
13  the ADA/APA consensus statement we've placed is
14  consistent with the generally accepted view of the state
15  of science with regard to atypical antipsychotics and
16  diabetes risks?
17         MR. BRUDNER:  Objection, form.
18     A. Ma'am, I missed the first part of that
19  sentence.  Could you ask it again?
20     Q. (BY MS. THORPE)  The ADA/APA consensus
21  statement, you would agree, is consistent with the
22  generally accepted view of the state of the science with
23  regard to atypical antipsychotics and diabetes risk?
24         MR. BRUDNER:  Same objection.
25     A. At the time that it was produced, yes, ma'am.

723

1      Q. (BY MS. THORPE)  And do you agree that it still
2  reflects -- that the ADA/APA consensus statement still
3  is consistent with the generally accepted view of the
4  state of the science with regard to atypical
5  antipsychotics and diabetes risks?
6      A. Yes, ma'am.  But as we mentioned earlier, it
7  acknowledged that there was a deficiency in some of the
8  atypical antipsychotics, and, clearly, any statement
9  like that is subject to the arrival of -- of new
10  information.
11     Q. But you still agree that that statement
12  represents the general consensus currently of scientific
13  opinion with regard to atypical antipsychotics and
14  diabetes risk?
15     A. Yes, ma'am.
16     Q. You would agree that a significant percentage
17  of patients taking Seroquel would be expected to develop
18  diabetes because of the background incidence of diabetes
19  in the mentally ill even assuming no drug effect?
20     A. Yes, ma'am, we've acknowledged that as a
21  factor, yes, ma'am.
22     Q. You would agree that it would be important in
23  studying Seroquel and diabetes in epidemiologic studies
24  to control for factors such as obesity, BMI, family
25  history, smoking, and those types of things in order to

724

1  have a good study?
2      A. Yes, ma'am.
3      Q. And you would agree that to the extent that the
4  epidemiologic studies do not control for obesity, family
5  history, smoking, they cannot provide reliable evidence
6  of an association between Seroquel and diabetes?
7      A. Ma'am, I think in all of these clinical
8  studies, one has to take the best available information
9  given the inadequacy or the imperfection of the
10  subjects' risk factors.  So, yes, you -- one takes the
11  best conclusion one can.
12     Q. A -- you would agree that a substantial
13  percentage of patients lose weight while being treated
14  with Seroquel?
15         MR. BRUDNER:  Objection, form.
16     A. It has been recorded that patients have lost
17  weight with Seroquel, yes, ma'am.
18     Q. (BY MS. THORPE)  And one cannot rule out the
19  possibility that weight changes associated with Seroquel
20  treatment are due to changing lifestyles of patients
21  arising from reduction in the symptoms of their mental
22  illness or any number of other factors?
23         MR. BRUDNER:  Objection, form.
24     A. That's a reasonable statement.
25     Q. (BY MS. THORPE)  You would agree that the

725

1  reported findings of observational epidemiologic studies
2  comparing Seroquel -- strike that.
3         Okay.  Why don't I go through my notes just
4  to make sure that I've covered what I need to cover and
5  we'll give Brendan a few more minutes to finish up the
6  list and I think we'll be close to being done.
7         (Short recess from 6:55 to 7:11.)
8         MS. THORPE:  Let me just say that at
9  Dr. Tulloch's request we asked my colleague, Brendan
10  Krasinski, to go through Exhibits 4 and 16 and identify
11  those articles and materials that are on the reference
12  exhibit list that you produced to us.
13     Q. (BY MS. THORPE)  And as I understand it,
14  Dr. Tulloch, the materials that are in Exhibits 4 and 16
15  are all of the materials that you read in the way of
16  scientific or medical literature that pertain to your
17  opinions in this case, right?
18     A. In Seroquel, yes, ma'am.
19     Q. Right.
20     A. I mentioned I'd spent some time with Zyprexa
21  and that there's a whole lot of articles on Zyprexa
22  which are in my computer but which I don't believe
23  should cloud out our reference list today.
24     Q. Right.  Now, as I understand it from conferring
25  with my colleague, a number of the articles -- some of

23 (Pages 722 to 725)

726

1  the articles that are in your stack are not included in
2  the reference exhibit list.  So we have only checked the
3  ones that are on the reference list that you've read,
4  because my goal is to establish what you read on the
5  Reference Exhibit List.
6       A.  Okay.
7       Q.  That's not to say that we don't know that you
8  also read the other things that are in Exhibit 4 and 16.
9  So our effort was to identify those records at your
10  request — since you didn't want to sit there and do it,
11  those articles that you read on the reference exhibit
12  list.
13      So I want you to look at Exhibit 65 and
14  tell me if those articles appear to be the ones on the
15  reference list that you — that you read.
16      A.  Yes, ma'am.  I believe they are.  And I thank
17  your colleague for taking that time and trouble for
18  doing that.  I really do appreciate that.
19      Q.  And then, of course, you've also marked the
20  document Exhibit 85 —
21      A.  Yes, ma'am.
22      Q.  — which you read on the reference list?
23      A.  Yes, ma'am.  Thank you.
24      Q.  Okay.
25          MS. THORPE:  At this time that's all I

727

1  have.  Thank you, Dr. Tulloch.
2          THE WITNESS:  Thank you.
3          MR. BRUDNER:  We'll reserve our questions.
4          (Deposition concluded at 7:13 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

728

1                  CORRECTION PAGE
2  WITNESS NAME:  BRIAN R. TULLOCH, M.D., FRCP, FACP
   DATE:  10/16/2008
3
   PAGE  LINE  CHANGE        REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

729

1                  SIGNATURE PAGE
2      I, BRIAN R. TULLOCH, M.D., FRCP, FACP, have read
3  the foregoing deposition and hereby affix my signature
   that same is true and correct, except as noted on the
4  correction page.
5
6  _____
   BRIAN R. TULLOCH, M.D., FRCP, FACP
7
8
9  THE STATE OF TEXAS     )
10 COUNTY OF _____)
11
       Before me _____ on this day
12 personally appeared _____ known to me
   [or proved to me on the oath of _____ or
13 through _____(description of identity
   card or other document)] to be the person whose name is
14 subscribed to the foregoing instrument and acknowledged
   to me that he/she executed the same for the purposes and
15 consideration therein expressed.
       Given under my hand and seal of office this _____
16 day of _____, 2008.
17
18 _____
   NOTARY PUBLIC IN AND FOR
19 THE STATE OF T E X A S
20
   My Commission Expires:
21 _____
22
23
24
25

730

```
1    THE STATE OF TEXAS      )
     COUNTY OF HARRIS        )
2
3              REPORTER'S CERTIFICATION
        DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP
4              TAKEN OCTOBER 16, 2008
5
        I, RENE WHITE MOAREFI, Certified Shorthand Reporter
6    in and for the State of Texas, hereby certify to the
     following:
7       That the witness, BRIAN R. TULLOCH, M.D., FRCP,
     FACP, was duly sworn by the officer and that the
8    transcript of the oral deposition is a true record of
     the testimony given by the witness;
9       That the deposition transcript was submitted on
     _____ to the witness or the attorney for the
10   witness for examination, signature and return to Esquire
     Deposition Services, by _____;
11      I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
12   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
13   outcome of the action.
        Certified to by me this _____ day of
14   _____, 2008.
15
16
17
18
19   _____
     RENE WHITE MOAREFI, CSR, CRR, RPR
20   CSR NO. 3070; Expiration Date: 12-31-08
     ESQUIRE DEPOSITION SERVICES, LLC
21   3401 Louisiana, Suite 300
     Houston, Texas 77002
22   (713) 524-4600
23
24
25
```

**A**

ability 706:17,19
able 641:4,17
  659:18
abnormal 691:16
  693:5,15 694:10
  700:9 702:18
  703:12 704:24
  706:16
abnormalities
  718:5
abnormality
  691:18
abscess 697:14
absence 688:6
Absolutely 697:6
abstract 713:7
abstracts 712:20
academic 712:15
  712:17
accept 656:20
accepted 722:14,22
  723:3
accepting 667:2
access 661:25
  673:25
accumulates
  705:23 706:4
accurate 670:6
ACE 687:13,13,18
ACEs 688:6
aches 694:21
acids 696:11,17,18
  696:21
acknowledged
  723:7,20 729:14
action 696:16
  730:12,13
active 658:13
  659:19 715:16
  719:11
activities 644:6
activity 641:4,24
acute 693:4,14,18
  694:17,24 701:16
ADA/APA 722:13
  722:20 723:2
add 643:8 678:1,10
  705:23 707:8,9

added 680:1
additional 666:5
addressed 663:10
adequate 693:11
adherence 681:21
administration
  722:4
admission 700:23
  701:9 703:21,23
  711:12
admitted 700:19
  701:6
admitting 701:6
adrenaline 695:23
adverse 668:13
affix 729:3
agents 661:5 665:8
  667:17
ago 652:24 661:22
  661:23 663:6
  682:1 715:9 718:2
  718:4,24 719:22
  720:2,3,9 721:3
agree 642:18
  643:10,24 645:12
  649:6 656:14
  658:5,22 659:23
  686:22 693:1,4
  698:8 701:24
  703:14 722:12,21
  723:1,11,16,22
  724:3,12,25
agreed 642:11
  643:5 654:15
  702:6
agreements 640:2
Ah 688:15
ahead 652:17
  674:21
AIc 686:6 688:24
  690:5 691:2,3,6,8
  709:19 710:22
  711:9
airlines 677:21,23
al 637:6,7,7,8
albumin 681:25
  682:2,12 683:7,8
  683:23 706:23
allocate 659:20

allow 696:11,21
ALSTON 638:8
altered 701:7
American 680:6
  681:1
amount 683:6
Anderson 716:21
  716:25 717:4,9,12
  717:18,21 718:12
  719:17 720:6
  722:1,3,5
angiotensin 687:13
  687:14
ankle 699:18
annual 680:5
answer 653:15
  683:20 703:25
  705:3 714:4
anticipation 663:25
antipsychotic 702:6
  713:16,21
antipsychotics
  644:15 657:3
  658:8 661:4 665:2
  668:9 713:13
  722:15,23 723:5,8
  723:13
anybody 687:16
  718:14
apiece 678:7
apologizing 642:13
apparent 662:20
appear 645:3
  654:10 668:13
  726:14
appearances 639:4
  714:23
appeared 714:24
  714:24 729:12
appears 640:21
  641:9 645:6
appendix 695:4
applies 646:10
  719:16
apply 644:7 651:13
  652:3
appreciate 675:11
  676:21 726:18
appropriate 652:8

appropriately
  664:3 668:5
  669:13 703:25
ARB 687:13,19
  698:12 699:3
ARBs 688:6
area 651:4 653:4
  665:23 670:20
  695:6
arising 724:21
arm 697:21
arrival 723:9
article 676:4
articles 644:14
  676:15 725:11,21
  725:25 726:1,11
  726:14
Arvanitis 663:17
  667:1
asked 650:19 651:2
  653:14 662:6,23
  673:18 689:7
  725:9
asking 684:18
  688:8,11 689:8
  690:13 716:2
assessment 639:15
  650:25
associate 716:21
  717:9,15,17 719:7
  719:12 720:13,14
  721:17
associated 667:19
  668:11 669:10
  670:8 694:25
  695:1,3,5 698:17
  698:20,23,25
  704:15 707:3
  724:19
association 661:6
  665:9 669:17
  680:6 681:1 724:6
associations 667:9
assume 642:15
  664:9 667:4
  695:20
assuming 695:9
  723:19
AstraZeneca 637:6

637:7,7,8 639:13
  644:16 645:14,23
  646:3,12 648:14
  649:15 652:11
  653:11 654:7,10
  654:14 655:5
  656:8,16 657:4,13
  658:9,17 663:13
  663:15,19 664:1
  665:7 666:8,25
  667:3,8 668:11
  669:9 670:6
Atlanta 638:9
attached 644:17
  645:15 652:12
  653:12 654:9,16
  655:6 656:18
  666:9 674:14,15
attack 682:23
  683:24
attacks 687:22
attention 644:11
  697:24
attorney 715:16
  730:9
attorneys 662:7
attributable 708:16
atypical 644:15
  661:4 665:2 668:9
  680:9 702:5
  722:15,23 723:4,8
  723:13
atypicals 680:12
August 710:20
Australian 679:23
  679:24
author 673:17
authored 713:3,7
available 646:3,6
  646:16,17 666:23
  670:3,6,22 680:3
  707:6 724:8
average 689:22
  691:17
awaiting 655:3
award 717:1
aware 648:17
  649:18 653:16,20
  661:5 665:8

666:13 716:18
awareness 667:17
axis 690:23,23
  692:7

**B**
B 639:11 644:18,21
  645:15,17 652:13
  653:13 654:9,10
  656:18 666:9,12
back 640:11 642:9
  643:7,7 649:12,21
  654:25 655:3
  657:22 666:6
  697:4 704:1
  706:25 707:1
  714:11 715:23
  721:10
background 651:10
  651:14 652:25
  670:18 674:11
  723:18
bacteria 697:12
bacterial 694:13,17
bad 688:5,7
baggage 691:15
balance 653:17
  706:21,23
Barbara 663:11
based 656:23 657:1
  658:6 664:21
  665:6 667:14,24
  668:17,18,19
  670:2,5
basically 684:5
basing 658:16
basis 669:5,8,8
beginning 674:2
  679:14
begins 640:16,20
  656:22 658:6
  670:2
behalf 652:8
belief 664:4 677:2
  679:18 704:22
believe 646:13
  659:5,8,11 660:1
  661:15 664:1,2
  670:18 680:2,19
  680:23 686:13

702:2 707:6 708:8
  725:22 726:16
believed 653:22
  669:15
best 653:15 659:8
  659:12,20 667:7
  674:1 680:15
  681:6,11 686:7 ,
  695:13 707:5
  715:20 724:8,11
better 647:10
  670:19
biggest 715:8
bilateral 700:13
bill 678:24
BIRD 638:8
bit 677:21 683:22
  695:7 696:16
  698:18
bladder 682:8
  697:14
blocker 688:7
blockers 687:14
blood 642:3 682:4
  685:13,14 686:6,7
  686:8,11,17
  687:12,17,19
  688:6,22 689:22
  691:16 697:12
  698:20 699:21,25
  700:7,9 701:10
  702:18 703:19
  706:16 709:8,21
  710:9,14,23
  711:14,14,18,24
  718:6
bloodstream 695:1
Blvd 637:23 638:4
BMI 723:24
body 681:20 682:10
  695:14
body's 705:7
bottom 672:6 682:7
  682:9 686:15
boxes 649:1
brain 697:3
breaking 696:17
  698:4
Brendan 638:7

725:5,9
Brian 637:12,17
  639:5 640:2,4
  728:2 729:2,6
  730:3,7
bring 696:22
  706:25,25
broken 697:21,21
  697:23
brought 646:16
  662:14 697:24
  698:5
BRUDNER 638:3
  648:20,24 649:7
  655:20,25 656:12
  657:15 658:20
  659:7,25 660:14
  671:22 675:8
  703:7 722:17,24
  724:15,23 727:3
Bumex 702:9
busy 659:18 715:11

**C**
C 638:1
call 670:12 682:5
  696:13 714:8
  718:15
called 646:5 651:22
  660:15 682:17
  687:13 695:10
calling 644:21
calls 714:19
calories 706:5
  707:7 708:14
camel 643:8
cancer 716:23
  717:3
capillaries 706:22
  706:25
card 729:13
care 698:2,6
career 714:2
careful 657:23
caring 717:3
carries 721:16
carry 691:14
case 637:6,7,7,8
  640:8 645:4,7,18
  658:13 660:16

661:9 675:22
  677:2 679:3,4,7
  680:8,12,18,21
  694:20 702:7
  725:17
cases 640:24 641:10
  648:13 649:16
  656:6 657:10
  659:6,24 670:16
  677:1 678:6
  716:10,13 718:6
casual 714:10,14
  716:1
caught 687:3
cause 637:19 693:4
  694:3,4 695:8,24
  696:1,2 702:17,23
caused 697:8,9
  701:25 706:8,8
causes 702:13
  706:10,11,12
cell 694:14,16,19,22
  701:10
cells 695:2 696:20
certain 688:14
  690:10 698:8
certainly 677:13
  694:3 698:6
CERTIFICATION
  639:10 730:3
Certified 730:5,13
certify 730:6,11
cetera 677:24
chance 687:20
change 692:9
  708:12 728:3
changes 679:20
  692:10 724:19
changing 724:20
chart 691:4
charts 657:24
check 672:8,13
  673:19 674:19
  676:5
checked 673:9
  726:2
checking 680:4
cholesterol 712:3
choose 683:4

chooses 687:12
circulating 697:12
circumstances
  697:23 698:5
Civil 637:24
clarified 668:22
clarify 646:1 658:4
  692:16
clean 685:13 692:4
  692:9
clear 649:21 685:5
  690:19 706:13
clearer 691:18
clearly 688:17
  692:16,21 714:17
  716:22 723:8
clinic 719:11
clinical 646:11
  659:19 704:2
  716:21 717:9,15
  717:17 719:7,11
  720:13,14,15
  721:17 724:7
clinician 646:9
  651:14 652:3
  659:19
clinicians 721:11
close 725:6
cloud 725:23
colleague 653:7,23
  658:13 668:6,23
  669:14 674:18,23
  676:3,8 715:10
  725:9,25 726:17
colleagues 652:9
  654:19 667:2
  677:25 678:24
  680:4 687:18
collection 646:20
  647:21,24 663:2
coma 695:10
  696:24 697:1,2,5
combination
  697:23
combined 698:12
come 672:18 681:1
  718:11 721:13
comes 682:3 685:7
  693:21 696:12

710:8
comfortable 651:24 652:1 667:7
coming 716:10
comments 640:12 640:15
Commission 729:20
commodity 692:10
common 654:17,22 695:11 722:5
commonly 714:8
communities 641:18
community 715:17
company 661:5 665:8 667:17
comparing 725:2
compatible 704:18 705:5
compile 673:23
complaining 699:18
completing 661:21
complication 695:12
complications 642:19 644:6 681:3,8,15 691:12
component 669:22 699:3
computer 725:22
concluded 727:4
conclusion 724:11
condition 667:20 667:20 685:21 695:10,13 697:1,8 701:24 702:14,17 702:23 703:5,12 706:18 710:16
conditional 657:18
conditions 651:1 703:9
conducted 713:18 713:23
conferring 725:24
confusion 655:25
congenital 688:7
consensus 722:13

722:20 723:2,12
consider 650:14,22 651:18
considerably 707:9
consideration 729:15
considerations 660:22,23
considered 653:1,3
consistent 722:14 722:21 723:3
consistently 681:19
constructively 641:17
consultation 639:16 707:25
consulted 674:9
contained 647:2 648:5,14 655:11 656:7 664:16 702:7
content 649:25 651:10 652:5 666:13 679:18
contents 648:17,19 649:18 651:19,24 652:2,15,18,22 653:16,17,21 657:20 658:3,12 660:19 666:22 668:1 671:18 672:3,17 673:7
context 664:18 678:24 719:12
contexts 679:17
CONTINUED 640:6
contribute 641:17
contributes 705:20
contributing 697:16 702:13,16 702:19,21
contribution 703:3
control 691:12 709:20 710:23 723:24 724:4
controlled 686:8,14
conversation 666:14 668:19

670:23
converting 687:14
conveyed 668:25
cope 641:4
copy 647:4 649:3 662:9,14,15,24 675:17,18 679:9
correct 641:1,25 642:8,10,23,25 643:12,13,18,19 643:23 644:1,2,7 644:9,23,24 645:1 645:5 646:23 647:20,23 648:15 648:16 649:7,16 649:17 650:3,6,7 650:10,11 651:7,8 651:12,13 652:7 652:13 653:9,10 654:4,5,11 655:7 655:8,9,11,16 656:8,9,13 658:11 658:14,19,24 659:2,3 662:11 664:7,13,14,16,17 664:19,20,24 665:11,19,22 667:4,5 668:20,21 669:1,12 670:16 670:21,25 672:12 674:21 676:7 680:22 681:5,16 683:2 686:20 689:15,19 697:1 699:25 700:10 701:2,4,8,14,15 701:18 702:14,17 702:21 703:8 705:9,10,13,16 706:7 707:5 708:3 708:19,20 709:23 710:23 711:15,22 711:25 712:1,5,22 713:8 716:15 717:20 719:9 720:7,11,23 729:3
correction 639:8 728:1 729:4
correctly 644:19

665:10
cortisol 695:23
cost 680:5
cough 694:25
counsel 640:3 730:11
count 694:14,16,19 694:22 701:10
country 661:2
COUNTY 729:10 730:1
course 677:15 692:12,19 726:19 730:1
court 637:2 646:8 647:11 650:16 659:21 664:4 667:16 673:16 691:21 714:24 715:6 716:9,11,17
cover 725:4
covered 652:1 653:6,23 661:16 669:14 725:4
created 664:19 706:5
creatinine 685:6,8 685:14,17 692:9
credentialed 721:15
criticism 660:3
CRR 637:21 730:19
crunched 690:17
CSR 637:21 730:19 730:20
current 658:3 659:13 712:12,13 712:17 718:21
currently 718:22 718:23 723:12
curriculum 639:20 712:9 718:10
curve 691:1,2,18 692:23
curves 691:1
cut 642:10
C.V 712:11,13,15 712:15 713:2 716:20
_____
D

D 639:1 714:22,23
damage 683:21 684:17,19 686:9
damaged 706:14
data 646:5,6 650:17 660:17,21 661:2 666:23 667:7 680:1,3 690:17 701:9
date 661:22 667:5 728:2 730:20
dated 639:14,15,16 639:17,17,18,18 639:19,19 707:19
David 637:6
day 661:20 664:22 699:5 700:18 729:11,16 730:13
DCTT 692:17
dealt 664:3 668:5
dean 718:16,17
declined 651:3
Defendant 637:18
DEFENDANTS 638:6
defense 715:10,16
deficiency 723:7
deficient 681:24
defined 697:15
delineate 657:23
delivered 662:8,9 663:3
deny 673:24
depends 652:14 697:2
deposed 654:19
deposition 637:11 637:17 640:1 664:9,12 674:14 714:24 715:4 716:9,12 727:4 729:3 730:3,8,9 730:10,20
depositions 652:22 659:17 715:25
described 648:3 683:21 684:6 688:4 691:20 692:1

describing 667:16
description 639:12
  729:13
descriptors 684:8
Desk 644:13
detail 653:15
  661:17
details 652:20
  653:22
develop 685:24
  686:18 689:19
  690:1,2 693:13
  699:7 703:5,12,16
  703:17 723:17
developed 640:16
  640:21 642:3
  688:1 705:9
developing 687:20
development 651:1
  659:11 686:25
  687:2,16 692:12
  697:25 698:17,24
  698:25
diabetes 640:17,21
  641:5 642:12,19
  643:15,22 644:6
  646:10 651:15
  659:11 661:4
  665:3 667:10
  668:9 669:18
  670:8 678:22
  679:17,19 680:1,6
  680:17,20 681:1,3
  681:15 685:22
  686:25,25 687:2
  687:17,25 688:14
  688:18,22,23
  689:1,13,15,18,19
  690:9,10 691:12
  692:14,20 703:16
  703:17 704:18
  705:2,5,9,11
  706:15 722:16,23
  723:5,14,18,18,23
  724:6
diabetic 680:5
  681:8,17 682:24
  683:14 685:20,24
  686:13,18,24

687:2 688:1,5,13
  688:19 690:2,8,14
  691:11,25 692:1,4
  692:13,19 693:9
  693:13 695:12
diabetics 682:21,21
  689:4 690:16
  691:13,17,19
diagnosed 689:17
  703:17
diagnosis 680:20
  701:7 704:18
  705:5
diagram 690:18
  691:5
dialysis 683:18
  684:2 685:18
diarrhea 695:3
difference 658:2
  711:24
differences 712:2
different 670:18
difficulty 694:1
dip 684:15,19
direct 644:11 667:1
disabled 643:11,18
  643:22 644:4
discharge 639:16
  700:23
discovered 689:5
  704:14
discriminating
  708:11
discuss 682:18
discussed 646:2,5,6
  646:9,15 647:25
  648:17 649:18,22
  658:12 660:10
  662:20 664:13
  665:5 667:22
  668:3 685:12
  687:10 690:15
  703:1 704:22
  708:21 722:13
discussing 647:5
  661:12
discussion 647:9
  649:11 658:3
  679:18

disease 651:16
  679:19 681:4,7
  682:20 691:22
dispute 673:10
DISTRICT 637:2,2
diuresis 696:7
diuretic 698:13
diuretics 698:9,24
  702:8,12 703:10
  711:13
DIVISION 637:3
DOCKET 637:4
doctor 640:8
  649:21 666:6
  679:10 699:12
  709:4 716:23
doctors 714:13,13
document 637:5
  647:3,13 649:14
  655:12,13,14
  656:10 664:1
  665:14 701:1
  709:3 726:20
  729:13
documents 639:13
  644:16 645:13,16
  645:22 646:8,14
  646:21 647:2,11
  647:22,24 648:5
  648:14 649:25
  650:4,9 651:11,19
  652:6,11 653:11
  654:3,7,10,13,15
  655:5,10 656:7,8
  656:16 657:4,12
  658:8,17 662:4
  663:2 665:6,13
  666:7,11,24
  668:18,22,24
doing 644:8 671:13
  685:11 721:3
  726:18
dominant 689:10
dose 661:10,15
  667:13 698:16
  702:7
dozen 672:6
Dr 646:19 649:4
  650:18 652:25

653:24 654:25
  656:4,15 659:4
  660:18 661:18
  667:1 668:7
  675:23 676:2
  681:17 709:5,7
  710:2,20 712:12
  722:12 725:9,14
  727:1
drawing 639:14
  690:12 692:24
  693:2
drawings 703:4
drink 696:3
drug 723:19
due 644:6 724:20
duly 637:19 640:5
  730:7
duties 659:21
dysregulation
  668:12 669:10

E

E 638:1,1 639:1,11
  729:19
earlier 647:7
  661:15 666:25
  670:17 674:8
  687:7 704:2,4
  706:15 723:6
earliest 666:23
  683:21 685:16
early 661:5 665:8
  666:19 668:3
  685:24 690:14
  691:11
earned 676:9
easier 671:8,9
  672:23 675:3,5
easiest 671:17
easy 692:5
eating 706:9
EBDRS 692:16
edema 700:13
  705:17,17,18,20
  706:8,10,11,12,24
  707:4,8,9,16
  708:2,6,10,16
education 656:23
  657:2 658:6

effect 661:9 695:24
  696:5 705:6
  723:19
effects 660:25
effort 726:9
eight 677:2
Eighty-seven 711:6
Eileen 637:7
either 644:7 672:20
  683:18 684:2
  693:12 716:9
  720:5
elderly 695:12,20
  695:25 696:2
  698:4,20
electronic 662:5
elevated 670:7
  682:25 694:14
embolic 695:2
emergency 639:15
  699:14,18 700:16
employed 730:11
employing 718:17
encourage 687:18
endocrine 718:6
  719:18,19
endocrinologist
  651:15 709:5
ends 682:8
entered 716:17
entitled 644:22
  665:2 677:14
environmental
  691:15
enzyme 687:14
epidemiologic
  723:23 724:4
  725:1
equivalent 662:6
ER 707:17
ESQ 638:3,7,7
Esquire 730:10,20
essence 665:20
  681:22 690:17
  714:10
essentially 652:22
  682:3 691:5
  719:13 721:16
establish 726:4

estimate 686:7
et 637:6,7,7,8
  677:23
eternal 676:9
evening 647:18
event 668:13
evidence 668:10,11
  669:9,18 689:5
  696:14 704:17
  724:5
exactly 646:12
examination 639:6
  640:6 647:12
  730:10
example 679:21
  691:21 693:19,21
  706:15
excellent 710:9
exception 655:12
excess 685:15
excluding 716:18
excuse 648:20
  693:10
executed 729:14
exhaustive 659:15
exhibit 640:11
  644:18,21,22
  645:3,15,17,17,23
  646:18,20 647:1,2
  647:15,17,19,21
  647:24 648:5,14
  649:3,5,6,14
  650:1,5,9 651:11
  651:20 652:6,13
  653:3,13,16,17
  654:2,3,9,10
  655:6,11,14,15,19
  656:8,11,18
  657:20 658:10,12
  658:18 660:5,9,21
  661:19,20 662:1,9
  662:14,18,25
  663:1,2,10 664:8
  664:8,9,13,16,19
  664:22 665:14,18
  666:9,12,22
  667:15 668:1
  670:25 671:4,4,18
  671:19,20 672:2,3

672:4 673:4,19
  674:7,14,20
  675:12,20 676:5
  676:14 692:24,25
  699:10,12 700:6
  700:21 701:4
  707:21,23 709:2,4
  709:11,13,25
  710:3,17,19,25
  711:2 712:6,8
  714:20 725:12
  726:2,5,8,11,13
  726:20
exhibits 680:4
  725:10,14
existed 668:22,24
expand 665:25
expansion 666:5
expect 682:25
  694:8
expectancy 680:2
expected 723:17
experience 641:6
  643:15 656:23
  657:2 658:7
  721:12
expert 650:15,23
  651:2 652:1
  664:23 665:21
  667:22 668:23
  714:1
expertise 651:3,5
  651:10,18 653:5,8
  653:23 665:23
  668:6 670:20
experts 654:18
Expiration 730:20
Expires 729:20
explain 696:15
explained 650:12
expressed 729:15
exquisite 690:1
extent 724:3
external 718:11
extremity 701:21
eye 690:24 691:21
  691:22 692:10
e-mail 639:14
  647:18,19 656:11

660:17 661:8
  667:6,12,14,24
  668:17 670:24
  676:17
e-mailed 662:12

──────────

**F**
FACP 637:12,17
  639:5 640:2,4
  728:2 729:2,6
  730:3,7
fact 721:13
factor 702:19,21
  723:21
factors 688:21
  697:17 702:3,4
  723:24 724:10,22
facts 664:16
faculty 720:5,8,11
  720:24 721:1,6
fail 684:1 685:4
failing 683:15
failure 685:17
fair 659:4 674:15
  677:25 705:8
fairly 714:8
fall 703:19 704:16
familiar 688:12
family 680:11
  691:1 723:24
  724:4
far 692:6
fast 691:10
fasting 693:13
  704:24
fatty 696:11,17,17
  696:21
FDA 651:1,2 653:1
  653:2 669:20
federal 637:24
  667:16
feel 651:5,9 652:19
  658:2 664:6
  690:18
fell 699:17
felt 653:6
fever 694:21 695:25
field 656:15,20,23
  650:23 652:1
  667:22 668:23

figure 703:2
file 662:18
filtered 683:8
filters 682:3
filtration 681:22,24
  682:10,12,14
finalized 664:22
finally 706:20
financially 730:12
find 662:22,24
  671:18,19 672:4
  673:20 704:2,4
  718:15
finding 662:22
  675:13
findings 725:1
fine 671:14 672:1
  706:21
finish 725:5
firm 677:5 678:1
  715:15
first 642:10 644:8
  665:5,21 666:21
  673:17 682:13
  699:22 717:14
  722:18
fit 641:23 700:1
five 718:2,3,24
  720:9
floor 637:23 638:4
  666:1
FLORIDA 637:2
fluid 691:1,2,3,8
  699:7 706:3,4,25
  707:13
flying 677:23
focus 651:23
  652:21
folk 679:20 685:23
  705:4 707:11
folks 686:8
follow 646:14
following 730:6
follows 640:5
follow-up 710:9
foregoing 729:3,14
forget 699:3
form 656:12 657:15
  658:20 659:7

671:22 703:7
  722:17 724:15,23
formed 645:18
  664:21 673:13
found 648:22
  682:16 704:10
four 657:10 659:2
  677:1 678:6 679:8
  680:13 714:3,3
  715:3,7,20 719:22
  720:2,3,9 721:3
fourth 640:16
FRCP 637:12,17
  639:5 640:2,4
  728:2 729:2,6
  730:3,7
free 696:11,17,21
  702:10 705:19
  706:13
frequently 714:15
  714:15
front 640:9 675:4
  699:22
fully 667:22
full-time 720:12,15
  720:21 722:9
function 643:6
  669:16 683:17
  685:5 706:19
functions 705:7
further 641:6
  643:16 644:5
  663:25 667:11
  730:11,12

──────────

**G**
gain 660:11 661:6,9
  661:13,14 665:9
  667:9,12,19 670:7
  707:3,4 708:5,16
  713:24
gallbladder 695:4
general 680:16
  701:17 723:12
generally 722:14,22
  723:3
genetic 686:4 687:8
Georgia 638:9
getting 682:23
  700:3

girl 700:1
girth 700:10 708:7
give 670:15 673:16
   674:18 677:10
   686:6 714:10,13
   714:20 716:1
   718:5,6 719:19
   725:5
given 645:4 653:14
   659:14 689:14
   690:20 704:21
   714:14 715:3,4,19
   719:17,23 724:9
   729:15 730:8
giving 716:12
glucose 668:12
   669:10 693:13
   694:11 705:15
   709:9,15 710:9
   711:5
go 642:9 643:7
   648:21 649:21
   652:17 654:24
   655:3 657:22
   666:4 667:11
   669:12 671:16
   672:16 674:21
   675:7 676:3 682:2
   695:23 700:6
   704:1,6 721:10
   725:3,10
goal 726:4
going 642:19
   647:16 648:21
   649:2 660:18
   666:6 670:15
   671:15,16 673:23
   674:17 676:3,6
   682:19 683:24
   690:24 700:22
   707:19 708:25
   709:12 710:1,18
   711:1 712:7
   715:23
good 693:21 709:20
   710:22 724:1
good-bye 684:3
gotten 707:25
gram 683:15,25

grams 692:8
Granger 660:14,15
   660:15 663:4
   666:14
grant 712:23
grants 712:20
grape 696:9
gratitude 676:9
Great 673:1 676:19
greater 683:13
   705:6
gross 683:12
group 644:14 656:1
   682:20 688:25
groups 687:12
guess 677:19,19
   679:2,7 714:17,17
   714:25
gut 695:3
guy 684:2 710:15
guys 683:23

─────────────
        H
─────────────
H 639:11
half 663:6
Haller 637:6
   640:12 645:10
   649:4 681:13
   704:4
Haller's 640:8
   641:14,23
hammer 661:11
hand 689:3 691:8
   729:15
handing 676:11
handle 660:19
handled 650:16
handling 653:1
happen 688:25
happened 690:22
   714:9
happy 658:4
   679:21
hard 662:9
HARRIS 730:1
heard 664:4 687:7
   708:8
heart 651:16
   682:23 683:24
   687:22 706:18,20

height 697:3
help 654:23,24
   658:4 675:7
   676:20 683:2
   696:24
hemoglobin 686:6
   688:24 690:5
   691:2,3,6,8
hereto 644:18
   645:15 653:13
   654:9 656:18
   666:9
he/she 729:14
high 642:3 681:19
   688:6,16 689:5,6
   689:9,12 691:16
   694:3,4,21 696:1
   696:12,14,22
   698:17 701:10,17
   704:15 711:14
highest 691:2
historical 717:25
history 704:21
   723:25 724:5
HLA 685:25 686:2
   688:7,25
Holland 660:24
home 699:17
   700:16
homework 659:5
   659:23
honorary 716:22
   717:2 719:12,13
   720:15 721:1,6
hope 650:11 652:21
   669:21
hormones 695:22
Hospital 700:19,24
   703:22 711:12
   717:9,18,22
hour 663:6
hours 677:3,20
   678:1,2,5,7,9,10
   678:23 679:8
   680:13 683:14
   693:6,16 694:11
   696:6 697:25
   698:19
Houston 637:23

638:4 717:10,17
   717:19 730:21
humble 660:2
hundred 682:21
hydrochlorothiaz...
   698:14,16 699:4,5
   702:7
hyperlipidemia
   651:16 718:7
hyperosmolar
   695:10 696:13,24
   696:25 697:1,8,17
   697:19 698:1,6,9
   698:25 699:8
   701:24 702:14,17
   702:23 703:5,12
   704:16
hyperosmolari
   695:8,8
hypothesize 698:3
Hyzaar 698:10,18
   698:21,24 699:3
   702:6

─────────────
        I
─────────────
identical 680:17,21
   681:5,9
identification
   646:20 699:12
   710:19 711:2
   712:8
identify 725:10
   726:9
identity 667:17
   729:13
ill 723:19
illness 693:4,14,18
   724:22
impact 642:19
   681:8
impaired 693:13
imperfection 724:9
implication 688:15
   688:17 691:13
implied 697:11
implies 720:15
implying 652:2
important 723:22
impose 674:18
imposed 674:25

imposes 675:8
imposition 674:22
   674:24
impressions 659:12
inability 706:12
inadequacy 724:9
inadvertently
   649:4
incidence 723:18
inclined 686:9
   687:20
include 654:2
   695:23
included 678:2
   681:2 726:1
includes 647:24
   660:21
including 644:15
incomplete 649:3
incorrect 665:12
increased 681:4
Index 662:5
indicates 709:20
indicating 685:3
indications 666:21
indicative 701:15
individual 664:5
   678:15,20
infected 695:6
infection 693:20,25
   694:2,9,12,13,17
   694:19,21,24
   695:15,16,17
   701:15,16,18,21
   701:25 702:20
   703:4,10 711:13
inflamed 695:6
influenza 693:22
   695:18,21
information 659:14
   665:16 670:2,5,7
   670:22 723:10
   724:8
ingestion 670:9
insight 667:1
instance 637:18
Institute 717:18
instrument 729:14
insulin 640:17,21

642:16 693:11 694:6 696:11,16 696:16,19,21
**insulin-requiring** 642:12
**intend** 652:4
**intended** 647:7
**interest** 651:15 673:15 674:1
**interested** 730:12
**internal** 717:16
**interpretation** 650:8 695:13 707:6
**introductory** 678:18
**invited** 719:15,18
**invoices** 677:4,16 678:2
**involved** 718:4
**involving** 641:10
**in-depth** 650:17
**isolated** 695:19 698:4
**issue** 646:2 650:15 653:1 661:13 664:3 667:21 668:5,22 669:13 676:22
**issues** 647:8 651:6 651:25 652:19 660:10 661:16 664:2 669:19 689:9 695:19
**Item** 657:19
**itemize** 654:21
**items** 715:1
**i.e** 667:18

**J**

**JANE** 638:7
**Japan** 660:22
**job** 637:1 663:19
**jobs** 663:13
**John** 663:10
**journal** 644:14
**June** 707:19 709:14 709:14,15 710:3

**K**

**keep** 676:11 685:8 719:13
**keeping** 685:13
**ketones** 696:18
**ketosis** 696:14
**kidney** 681:22,24 682:3 683:16,22 684:1,17 685:4,5 685:8,11,13,16 686:1,3 689:6 696:8 697:14 706:13,14,19
**kidneys** 683:14,17 686:10 696:2 706:17
**kind** 693:18 694:8 694:11 713:16 716:17
**knees** 708:2
**knew** 648:18 651:24,25 652:15 652:18,18 672:3
**know** 641:13 642:5 651:17 661:1,9 663:9,9,10,13,15 663:17,19,21,22 664:18 667:18 671:24 673:8 674:7 676:13 681:14 684:5 687:5 689:14,25 689:25 690:6,7 692:11 694:9 700:18 702:1 705:8,11,15 707:16 708:10,15 709:5 712:19 714:2,3 715:2 716:8 718:12 726:7
**knowing** 652:2
**knowledge** 664:15 667:7 668:1,21,24 669:13 673:25 715:20
**known** 695:11 729:12
**Kowalcyk** 663:11
**Krasinski** 638:7

674:25 675:16,19 676:3,14,18 725:10

**L**

**lab** 639:18,19 684:4 684:9,21 685:2,15 685:16 701:18 702:1 709:13 711:3
**label** 668:14
**labeled** 673:4
**labeling** 651:6 653:4 670:12,15
**laboratory** 639:16 701:9 702:1 708:1
**labs** 682:24 694:8 694:11,16 702:20 712:2
**lady** 660:15
**lady's** 660:13
**Laminack** 637:22 638:3
**law** 677:5 678:1 715:15
**lawyer** 668:19,25 669:7 670:24
**lawyers** 670:24
**layers** 643:8
**lead** 698:15
**leading** 703:5
**leak** 681:25 683:16
**leakage** 689:6 692:8
**leaks** 682:12 683:22
**lean** 691:17
**leave** 680:24 688:15
**leaves** 682:2
**leaving** 669:22
**lecture** 718:5,7 719:4,24 721:7
**lecturer** 719:14 720:12
**lecturers** 718:11
**lectures** 716:24 717:1 719:19 721:20
**led** 703:11
**left** 701:12,21
**leg** 697:21

**legislation** 651:3 653:1,2 669:20
**legs** 708:2
**length** 649:17 690:2
**let's** 655:13,17 676:10,10 685:6 695:7,20 699:3,3 704:6
**level** 682:25 685:8 685:14 686:6,17 696:12 697:2 709:15 715:25
**levels** 681:20 683:4
**Liability** 637:4 714:7,12
**life** 643:2 680:2
**lifestyles** 724:20
**light** 647:9
**limb** 697:21,24 698:4 708:7
**limitation** 659:18
**limitations** 642:1
**limited** 643:6
**Linda** 637:8
**line** 648:2,2,19,19 649:20,20 652:15 652:15 657:20,21 704:1,11,19 728:3
**lipids** 691:16 718:6
**Lisa** 663:17
**list** 644:23 645:3,17 645:23 646:8 654:3,16,17,22 655:6 671:2,5 672:20 673:8 674:5,13,19 675:7 685:18 688:16 689:7,7,9 715:2 716:20 719:6,14 725:6,12,23 726:2 726:3,5,12,15,22
**listed** 644:17 645:15,16 652:12 653:12 654:8 656:17 666:9,12 714:5,20 715:1
**lists** 657:25 658:1
**literally** 683:25
**literature** 657:3

658:7,24 677:18 678:10 687:24 688:12 690:1,6,7 691:25 692:12,18 703:2 707:6 725:16
**litigants** 646:3
**litigation** 637:4 644:17 645:14,24 652:12 653:12 654:8 656:17 665:7 666:8 674:10 679:6
**little** 641:4 643:19 677:21 689:2 690:20,25 695:7 696:16,18 698:18
**live** 675:25
**LLC** 730:20
**load** 659:19 705:16
**loaded** 704:24
**long** 651:24,25 678:21 685:22
**longer** 683:17 688:17
**long-standing** 706:15
**look** 640:19 644:10 654:12 656:21 659:9 662:21 665:1 669:16,17 669:17 670:1 676:5 679:9,10 684:9,10 685:11 685:13 696:15 699:21 700:12 704:7 717:11 726:13
**looked** 657:23,25 658:1 659:16 661:20 666:23 685:25 692:6 699:14
**looking** 650:17 669:19 679:11 680:10 684:4,16 684:18,19 685:10 685:12 694:12 704:17 708:25

713:2 714:13,25 716:7,8 717:14
**looks** 689:22 713:2 713:6
**loop** 682:6
**lose** 699:7 724:13
**losing** 696:4
**loss** 641:6 643:16 644:5 683:12 696:1,2 698:15 706:23
**lost** 696:8 724:16
**lot** 650:21 684:13 690:25 696:1 699:7 712:14,17 714:6,18 715:9 725:21
**Louisiana** 730:21
**low** 691:7 694:19 699:25 700:4 707:11 710:14
**lower** 686:18 701:21
**lowest** 691:1
**LP** 637:6,7,7,8
**luck** 662:24 688:7
**lucky** 688:25
**lungs** 694:25
**lymphocytes** 701:13
**L.L.P** 638:8

**M**

**MacFadden** 664:10
**machine** 637:22 675:3
**main** 643:5 691:18 706:12 708:1
**maintain** 696:3
**major** 693:5,14 714:23
**making** 654:20 696:17
**male** 643:2,6
**man** 642:11 660:2 703:11
**management** 718:7
**manifestation** 685:16 694:4
**manner** 670:9

692:22
**man's** 700:2
**marginal** 699:6
**mark** 663:11 671:7 672:5 674:3 692:24 694:9
**marked** 646:18,20 647:15,17 648:10 650:1,9 651:11,20 652:6 655:14 663:1 667:15 670:25 671:3,4 692:25 693:2 699:10,12 700:21 701:4 707:21,22 709:2,4,11,13,25 710:2,17,19,25 711:2 712:6,8 726:19
**markers** 685:25 686:2,3 687:8 694:12,23
**market** 669:21
**marketing** 660:22 660:23
**marking** 671:8
**Martines** 637:23 638:3
**material** 678:3
**materials** 718:22 725:11,14,15
**matter** 672:23
**ma'am** 640:18 641:2,8,12 642:4 642:7,23 643:13 643:20,24 644:9 644:20 645:5,8,11 645:19,25 647:3 647:20 648:6 649:24 650:11 651:8,21 652:9 653:7,14 654:5 656:25 657:8,11 658:13,25 659:8 660:6 662:4,13,17 663:5,12,14,16,18 663:20,23 664:11 664:25 665:4,11 666:13,15 667:20

667:25 668:16,23 669:1,4,12,25 670:4,11,14,19 671:1,6 672:9,16 673:14,20 675:15 676:8,21 677:7 678:8,12 679:13 679:16 680:15,19 681:6,11,16,19 683:2 684:7 685:1 685:23 686:12 689:24 690:4,13 692:3 693:3,7,17 694:7 697:2,6,11 697:15 698:11,15 699:1,16,20,24 700:5,11,14,17,20 700:25 701:3,5,11 701:16,19,23 702:3,15,19,22,25 703:8,13 704:12 704:14 705:21,25 706:3 707:5,11,18 707:24 708:4,18 708:24 709:6,10 709:16,18,22,24 710:5,7,11,13,24 711:8,10,16,20,23 712:10 713:11,14 713:20,22,25 716:19,22 718:15 719:1 720:4,23 721:21 722:18,25 723:6,15,20,21 724:2,7,17 725:18 726:16,21,23
**McAlexander** 637:7 644:3 645:9 648:13
**MDL** 637:4
**mean** 666:16 692:16 697:7 715:22 717:2,6
**meaning** 707:1
**means** 652:14 687:21
**meant** 721:6
**measurable** 692:9
**measure** 692:5

**measured** 696:10 699:22
**measurements** 708:7
**mechanism** 681:22 681:24
**mechanisms** 685:11 706:14
**medical** 644:13 650:17 657:5,7 658:23 659:2 676:25 678:6 682:7 683:3 697:24 698:2,5 714:7,12 715:16 717:17 719:8,24 721:8,8,10,16 725:16
**Medicare** 684:10
**medication** 687:19 698:12
**medications** 644:14 651:1 687:13 698:8
**medicine** 717:16
**Medicus** 662:5
**meet** 659:18
**meeting** 719:18,19
**member** 669:19,23 721:6
**memorable** 716:6,7
**mental** 641:16 642:2 701:7 724:21
**mentally** 723:19
**mention** 714:6 717:8
**mentioned** 647:6 649:19 651:21 661:11,24 667:10 667:11 672:18 674:8 678:14 688:21 689:9 691:16 692:17 696:6 698:11 706:15 723:6 725:20
**Mercy** 700:19,24 703:21 711:12

**metabolic** 693:5,14
**micro** 683:3,11
**microalbumin** 682:18 683:1 684:25
**microalbuminuria** 682:22 684:11,18
**MIDDLE** 637:2
**milligram** 692:8
**milligrams** 683:13 684:16 698:19,21 699:5 702:8
**mind** 666:4 674:11 702:13,16
**mine** 676:10
**minute** 681:12 704:7
**minutes** 725:5
**misleading** 656:18
**missed** 722:18
**missing** 649:5
**MOAREFI** 637:21 730:5,19
**mobilize** 696:11,21
**modest** 705:6
**modified** 680:10 681:23 682:4,11
**modifies** 681:21 706:17
**moment** 652:24
**months** 712:16
**Montrose** 637:23 638:4
**Monyak** 663:11
**morning** 646:23,24 648:8 662:23 663:3
**multiple** 643:8 674:8 702:12
**muscle** 694:21
**muscles** 685:7
**M.D** 637:12,17 639:5 640:2,4 716:21,24 717:3,9 717:12,18,21,21 718:12 719:16 720:5 722:1,3,5 728:2 729:2,6 730:3,7

**N**

N 638:1 639:1
name 660:13
  667:23 728:2
  729:13
natural 704:21
near 691:6 697:14
need 651:17 671:13
  671:18,19 672:20
  673:18 684:2,12
  686:13 696:16,18
  704:1,13 717:1
  719:14 725:4
neither 730:11
nephropathy
  681:18 682:25
  685:3,20,24
  686:19,24 687:2
  688:2,5,13,19
  689:2 690:8
  691:25 692:2,4,13
  692:19
net 695:24 696:5
neutrophils 701:12
never 666:4 720:9
new 680:1,3,7
  681:1 723:9
newly 689:4
night 645:25 646:5
  646:9,15 647:10
  648:16,23 651:2
  653:19 661:11,12
  662:17,21 665:5
  667:10 719:18
nine 712:16
nitrogenous 685:5
non 720:13
nonpatient-specific
  679:1
normal 683:7 685:8
  687:17 691:6
  694:16,19,22
  696:22 700:2
  705:13,14 709:17
  711:7,9,21
NOTARY 729:18
note 703:18 709:4,7
  710:2,20,22
noted 700:13

701:20 703:19
  729:3
notes 639:17,18,19
  725:3
nuances 680:25
number 659:9
  664:8 672:17
  678:2 679:17
  683:4 685:14
  686:15,15 690:10
  690:16 694:17
  704:5 705:4
  714:21 721:16
  724:22 725:25
numbered 637:19
numbers 672:7
  683:3 686:13,14
nurse 643:3,6 646:4
  646:15,21 647:25
  648:18 649:19
  650:9 660:11

**O**

oath 729:12
obese 700:2 702:5
  703:11
obesity 691:16
  702:16 703:4,10
  723:24 724:4
object 666:3
objection 656:12
  657:15 658:20
  659:7,25 671:22
  703:7 722:17,24
  724:15,23
obligate 696:7
observational
  725:1
obtain 681:20
obtained 659:12
occasions 714:18
occur 698:7
occurred 698:1
occurrence 705:18
October 637:12,20
  704:20 705:14
  708:22 711:17
  730:4
offer 652:4 673:15
  691:20

offhand 692:15,21
office 662:7,15,22
  663:3 721:9,14
  729:15
officer 730:7
offices 721:13,15
Oh 648:22,24 662:3
  679:16 715:23
  718:2 719:5
okay 640:10,14
  643:10 647:1,21
  648:9,24 649:6,10
  655:1,18,19,21,23
  656:20 660:8
  665:15 666:2,19
  671:10 672:1,4,8
  672:20,22 673:5
  673:11,14,14,22
  674:22 676:6,10
  676:13,18,23
  678:25 680:13
  681:12,17 684:21
  685:2 688:11
  693:12,23 695:9
  697:7 698:23
  704:8 706:4,11
  707:8 708:21
  716:7 717:5,14
  718:12 719:6
  720:19 725:3
  726:6,24
older 696:20
once 684:11 714:16
  718:9,15 719:2,3
  720:1,1 721:7
oncotic 706:24
ones 646:17 674:19
  682:22 708:8
  714:5 726:3,14
ongoing 641:6
  643:16 644:5
onset 687:1,22,25
  688:1
open 660:3
ophthalmology
  717:16
opinion 645:4
  652:5 658:16
  659:6,24 660:1

661:5,14 664:21
  664:23,24 665:7
  665:21 668:10
  670:13,16 673:13
  714:10 723:13
opinions 645:18
  657:6 680:16
  725:17
opposed 680:11
option 675:2
oral 637:11,17
  730:8
order 673:7 716:18
  723:25
organs 695:5,6
origin 686:24
original 662:24
  690:20 691:4,22
  713:18
originated 697:13
ORLANDO 637:3
outcome 730:13
outside 715:2,7
overcome 683:11
overlay 694:2
overriding 688:20
overstressed 642:3

**P**

P 638:1,1
packed 648:25
page 639:2,8,9,12
  640:15 644:10
  649:5 652:10
  654:6,13 657:1
  661:7,7 666:6
  672:5,6,7 673:17
  673:21 675:4
  679:21,23 699:22
  700:6,12 709:19
  717:14 728:1,3
  729:1,4
pages 644:25
  673:20 674:3,8
  678:19
paid 721:25,25
  722:3,9,10
pain 699:18
pains 694:22
pancreas 642:2

pancreatic 699:6
paper 646:2 716:25
paragraph 640:16
  640:20 644:12
  645:2,6 656:22,22
  658:6,10,22 665:1
  668:8 679:24
paragraphs 681:9
paralegal 649:23
  650:10 668:19,25
  669:8 670:24
parallel 717:13
part 668:9 669:15
  671:3 678:17
  679:1,14 682:13
  682:14 718:10
  722:18
particular 646:8
  647:8 652:20
  658:22 692:23
  703:3,23 719:15
parties 730:11
parts 657:24 682:9
pasted 642:11
patient 646:11
  678:15,17,20
  683:17 685:18
  686:1 696:12
  698:2 706:16,18
patients 652:21,23
  657:22,23,24,25
  659:10,21 661:10
  669:16 678:3
  682:19 686:2
  689:1 690:22
  696:20 717:3
  723:17 724:13,16
  724:20
pays 684:11
PDR 644:13 676:15
Peachtree 638:8
peer-reviewed
  713:3
pen 708:25
people 683:14
  689:12 692:13,19
percent 689:13
percentage 723:16
  724:13

perfectly 675:14
perfusing 706:20
period 687:25
721:5
periods 688:14
person 661:8
663:10 683:7
684:5 696:8 698:4
729:13
personal 664:15,23
personally 729:12
pertain 725:16
pertaining 657:3,4
657:13 658:8,8,17
phone 714:8,11
716:1
phrase 647:13
661:3
physical 721:9
physician 687:12
physicians 670:9
physician's 644:13
712:18
picked 682:15
picture 690:12
piece 676:4
pile 656:2 660:20
661:24 662:23
664:2 666:15,16
672:17 673:2,14
673:15 674:6
675:10,15 676:13
676:16
Pirtle 637:22 638:3
place 644:8
plaintiff 638:2
679:12
plaintiffs 640:22
641:11 642:24
659:2 662:7
played 703:4
please 640:1 655:3
660:5 676:1
plural 665:13
plus 698:12
pneumonia 693:23
693:24 695:17,21
point 659:5 689:23
710:13 711:14

pointed 654:17
points 659:9
poor 643:8
poorly 686:8
population 689:14
portion 658:23
659:1 678:18
679:11
position 646:13
654:21 716:22
717:2 719:13
positive 682:22
684:20
possibility 724:19
possible 659:20
699:6
pounds 707:12
708:9
practical 676:22
practicing 651:14
practitioner 646:4
646:16,22 647:25
648:18 649:19
660:11
precious 651:23
predict 681:2
687:8,25
predictive 682:19
683:23 684:12
685:21
predisposition
686:5
prefer 691:23
preparation 678:4
prepared 641:1
647:19 650:19
653:21
presence 681:19,23
685:21 686:23
present 647:13
680:11 681:15
689:4,12 698:18
720:7
presentation
669:21
presented 683:18
presenting 695:11
pressure 686:7,8,11
686:17 687:12,17

687:19 688:6
691:16 699:25
700:7 706:17,24
710:14
pressures 699:22
700:9
pressure's 688:22
710:16
pretty 700:4 709:20
719:15
prevailing 689:23
690:5
primarily 646:10
printed 662:7
probability 657:7
probably 650:18
671:17 673:7
704:23 714:7,13
715:9 718:2 719:5
720:1 721:2
problem 674:16
708:1 721:10
problems 643:7
686:1
Procedure 637:24
proceeding 730:12
process 676:6
678:17 683:15
produce 661:25
677:6 690:20
691:22 693:5,15
694:10 697:17,19
produced 637:18
639:13 644:16
645:13,23 649:14
652:11 653:11
654:7,14 656:16
657:4,13,19 658:9
658:17 660:17,17
665:6 666:8,24
712:11 722:25
725:12
produces 680:6
695:13
product 667:9
productive 641:4
Productively 644:2
productivity 641:6
643:16,19 644:5

Products 637:4
profession 641:5,14
641:15 642:5,18
642:20,22 643:17
643:25
professional 644:6
professor 716:21
717:9,15,18 719:7
719:10 720:14,14
720:16,21
professorships
721:17
progress 639:17,18
639:19 691:6
progression 683:21
691:7,9,22
progressive 686:9
prolactin 695:23
promised 661:25
662:21
proportional 688:5
proposition 667:18
protective 687:15
protein 683:12
684:1,5,19,21
685:7,11 689:6
692:8 707:11
proteins 681:20,23
682:11 706:21,22
proteinuria 683:5
684:15,20 687:16
687:21
proved 729:12
provide 670:6
724:5
provided 646:22
provisions 637:25
psychiatric 650:25
public 714:23
715:21,25 729:18
publication 713:3
publications
712:20
published 657:3
658:7 713:9,12,15
713:19,23
purposes 729:14
pursuant 637:24
put 649:2 657:9

660:24 661:3,4
666:10,12 669:24
672:8 673:14
p.m 637:20,20
727:4

Q

qualified 657:5
664:6
quantitation 683:6
quantitative 686:12
703:3
quantities 681:25
682:17 683:11,15
684:1,17
question 648:4
655:2,4,24 659:22
666:1 681:13
683:20 688:4,12
690:7,13 691:24
692:11 695:9
699:2 703:25
704:13 705:1
questionable
701:21
questions 663:25
676:20 727:3
quickly 686:19
Quintero 709:5
710:2,20
Quintero's 709:7
quite 642:10 667:6
678:21 691:9
695:25 710:14
714:15,15

R

R 637:12,17 638:1
639:5 640:2,4
728:2 729:2,6
730:3,7
raise 699:7
raisin 696:9,10
697:4,4
range 711:21
rapidly 686:9
rare 697:22
rate 691:7,9 701:17
reabsorbed 682:10
683:9

read 644:19 645:2
  645:16 647:1,22
  648:2,4,7,13,19
  649:20 650:4
  652:15 653:18
  655:7,10 656:7,10
  657:20,24 658:9
  658:10,15,23
  664:12 665:10,13
  666:11 668:2,3,18
  671:7,9,20,24
  672:10,14,14,20
  672:21 673:9,12
  673:16 674:4,7,13
  677:23 684:24
  725:15 726:3,4,8
  726:11,15,22
  729:2
reader 645:16
  656:19
reading 708:11
realization 661:13
really 654:24
  676:21 681:13
  704:19 711:24
  714:4 726:18
reask 655:24
reason 677:20
  688:16 692:3
  728:3
reasonable 657:7
  660:1 664:25
  665:15,24 669:18
  670:17 675:14
  678:12 689:20
  713:5 724:24
reasons 646:9
  647:6 648:3
  659:16 692:17
reassured 668:4
rebound 695:5
recall 704:14
receive 661:19
  662:2
received 662:3
  712:22 721:17,19
receives 698:2
receptor 687:14
recess 660:7 704:9

725:7
recollection 681:11
record 637:25
  639:15 649:2,9,9
  649:11,13 677:1
  680:24 690:11
  699:13 704:6
  707:19 710:3
  730:8
recorded 699:23
  700:7 724:16
records 657:5
  659:2 678:6
  681:14 726:9
recovery 679:25
recruited 720:20
red 695:2
reduce 687:20
reduced 657:18
  694:6 702:10
reduces 706:19
reduction 680:2
  724:21
refer 640:1 653:21
  679:23
reference 644:13
  644:22 645:3,17
  645:23 654:3,16
  654:17,22 655:6
  666:22 671:4
  673:21 674:9
  675:5 677:23
  687:3 689:23
  725:11,23 726:2,3
  726:5,11,15,22
references 654:22
  662:19 673:21
  674:6 677:22
  678:3
referred 644:15
  646:14 647:3,5,18
referring 643:16
  660:20 665:17
  666:22
reflect 690:11
reflected 688:7,24
  694:21 701:9
  702:1,20
reflects 701:18

723:2
refresh 704:13
regard 651:16
  722:15,23 723:4
  723:13
regarding 644:14
  667:18 713:9,12
  713:15,19
Regrettably 685:23
relate 671:14,17
  685:3
related 646:1,10
  651:3 653:4
  661:10,15 662:4
  667:6,13 679:11
  690:16 708:5
  730:11
relates 637:5
  647:13 659:17
  695:9 705:18
relating 660:21
  661:9 681:1
relationship 686:23
  687:1 688:1
  718:13
relatively 690:1
relevant 659:9
reliable 659:6,24
  724:5
relied 650:8 669:2
  669:7
remain 705:7
remained 711:18
  711:21 721:2
remarked 649:5
remember 643:2
  648:21 651:14
  710:14 715:14
  716:10,12
remembrance
  680:15 681:6
reminds 648:20
remodified 680:6
removed 642:16
render 657:6 659:6
  659:24
RENE 637:21
  730:5,19
renewal 718:16

repeating 663:8
report 640:8 641:1
  641:9 642:18
  643:14 644:5,11
  645:3,13,16
  647:14,19 648:9
  649:4 652:10
  653:20 654:6,11
  654:16 655:6,10
  656:5,6,11,15
  657:1,9,17 658:15
  658:22 661:21,22
  661:23 662:1,16
  664:23 665:2,22
  666:7,10 667:16
  668:10 669:5,24
  670:23 671:3,25
  672:11,15 674:15
  678:4,13,14,15,17
  678:19,23 679:1,9
  679:10,15,22
  680:7,8 681:2,5
  681:10 684:4,9
  699:21 703:18
  709:13 711:3
  714:14 716:16
  717:8,15
reported 637:22
  725:1
reporter 673:16
  676:1 730:5
REPORTER'S
  639:10 730:3
reporting 708:1
reports 640:22
  648:12 649:16
  650:1,5
representation
  669:2,7 690:23
represents 723:12
request 725:9
  726:10
requests 652:8
required 697:25
requiring 640:17
  640:21
research 682:1,16
  690:17 712:23
  713:18,23

reserve 693:11
  694:7 699:6 727:3
restriction 643:6
restrictions 641:16
  660:24
result 641:5 643:15
  684:21 701:18
results 639:18,19
retained 707:13
  708:9
retention 707:7
  708:12,13
retinopathy 690:2
  690:14 691:7,9
  692:1
retired 718:18
return 681:12
  730:10
review 653:11,18
  654:9 656:5 657:2
  657:5 658:7,16
  659:15 664:22
  665:6 666:11
  667:14 674:20
  677:1 678:11,16
  678:17,22 681:14
reviewed 644:12
  645:13,22 649:15
  649:17 652:11
  653:15 654:7,14
  656:16 657:12,19
  657:19 659:1
  666:7,15 703:2
reviewing 652:20
  661:17 677:18
  678:6,9,16
Rezulin 715:8,10
  716:5,11,13
re-collected 682:13
Richard 637:7
right 640:9,23,24
  640:25 641:11
  642:14 643:5
  644:3,10,25 645:4
  645:12,20,24
  646:19 647:16
  648:1,4 649:6,12
  650:2 652:4
  655:13,23 656:4

656:11 657:7,10
657:14 660:4
663:4,7 665:14
667:24 668:14,25
669:11 670:13
671:2 672:10,13
675:9 676:7 677:4
677:8 678:6,18
679:4 680:18
681:10 687:6
690:3 693:1,18,20
694:5 697:7,18
699:9,14,19,23
700:13,16,19
701:7,22 702:4,24
703:6,12,21,24
705:12,24 706:6
706:20 707:10,17
708:17,23 709:5,9
709:15,21 710:4,6
710:10 711:1,7
712:7,21 717:24
718:1,22,23 719:8
721:4,14,22 722:6
722:8,11,12
725:17,19,24
rise 695:24 698:20
rises 695:14
risk 681:4 696:23
722:23 723:14
724:10
risks 670:7 722:16
723:5
room 699:14,18
700:16
rough 691:4
round 683:4
RPR 637:21 730:19
rule 724:18
Rules 637:24
Russ 638:3 677:10

S

S 638:1 639:11
729:19
safer 698:22
salary 721:18
salt 698:15 706:2
706:13 707:1
708:13

Sartwelle 715:11
save 673:7
saw 690:22 707:16
712:2
saying 667:7
686:21 687:23
says 641:3 643:14
644:12 658:16
661:8 664:10
665:6,13 668:10
670:2 690:8 710:8
scale 708:12
school 700:1 717:17
719:8,25 721:10
721:16
schools 720:9,11
science 722:15,22
723:4
scientific 644:13
658:23 667:18
677:18 723:12
725:16
scientist 646:12
650:16 661:14
663:21,22
scientists 669:20
Scott 663:11
seal 729:15
searching 672:19
second 640:15
647:4 661:7 668:8
682:14 700:8
720:1
second-generation
713:13
section 680:9,16,20
681:7
sed 701:17
see 641:7 656:24
661:22 664:10
667:3 669:18
670:10 674:20
694:8 700:7,12
704:2,4 709:14
seen 667:8 701:1
710:6
sense 674:17
sent 646:17 649:1
662:23 677:12

700:15
sentence 641:3,7,9
642:10,17 643:14
644:22 665:6,17
665:22 668:8,15
668:17 670:1,5
722:19
separate 678:19
separated 656:3
676:4
September 699:13
703:18 704:20
711:3,12
Seroquel 637:4
644:16 651:6
657:4,13 658:9,17
658:24 660:22,23
661:6,10 665:9
667:19 668:11,14
669:9,21 670:8
680:11 705:12
707:2 708:17,22
709:8,23 710:12
710:21 711:4,17
711:18,22,25
712:3 713:10,19
723:17,23 724:6
724:14,17,19
725:2,18
serum 702:10
707:12
serve 716:20
720:21
served 714:1
720:22
Services 730:10,20
set 684:16 698:4
setting 659:13
660:2 669:15
692:7 698:6
seven 715:9
share 679:21
shared 705:4
shepherding 646:7
shift 701:12
Short 660:7 704:9
725:7
shorthand 637:22
730:5

show 647:16
690:18 699:11
700:22 707:19
708:25 709:12
710:1,18 711:1
712:7
showing 691:1
shown 655:5
687:15
shows 691:5 709:8
side 660:25 698:22
sign 667:23
signature 639:9
729:1,3 730:10
signed 650:1,5
657:10,16 658:10
658:15,21 662:16
671:24 672:11,15
significant 668:13
683:5 684:19
708:10 723:16
significantly 680:9
signing 649:15
655:10 656:4,6,10
669:5
signs 694:20 695:2
similar 668:6
679:16 680:25
similarly 719:6
simplify 699:2
sir 669:24 691:24
sit 726:10
situation 641:23
653:22
six 661:22,23
712:16 715:1,9
716:13
Sixty-five 648:11
size 679:25
skim 672:25 673:2
skin 705:19,23
slipped 699:17
small 681:7,25
682:17
smallest 684:17
smoking 723:25
724:5
sodium 702:11
sole 669:8

solving 676:22
somebody 652:25
653:25 661:16
693:6,8
somebody's 683:25
sorry 663:8
sort 714:12 718:10
special 660:22,23
specific 660:24
679:11
specifically 640:13
spectrum 683:25
speculating 710:15
spell 715:12
spend 677:17
678:13,25 721:11
spent 650:20
676:25 678:5
717:3 725:20
spill 684:6
sputum 694:25
squeezed 697:3
squiggly 683:9
stable 709:9 710:16
stack 674:18 726:1
standing 647:7
stapling 679:2
start 642:9,12
683:16 693:9
started 643:2
655:25 659:15
686:4
starting 685:4
starts 681:25
682:14
state 637:21 697:17
697:19 698:1,6,9
698:25 699:8
704:2,16,25
707:12 722:14,22
723:4 729:9,19
730:1,6
stated 637:25 657:6
657:6
statement 641:19
644:4 645:12
652:10 654:20
656:15 657:9,12
661:7 663:5

665:12 669:9
681:16 689:20
722:13,21 723:2,8
723:11 724:24
**STATES** 637:2
**status** 701:7
**stay** 716:5
**stick** 684:15,20
**stipulation** 649:2
**stomach** 679:25,25
**stop** 696:17
**stopped** 721:3
**Street** 638:8
**stress** 693:5,15
695:14,22
**stressful** 694:10
**strike** 656:5 669:6
712:25 725:2
**striking** 642:15
**stroke** 682:23
683:24
**strokes** 687:22
**structure** 681:21
**student** 683:3
**students** 682:7
721:8,9,11,12
**studies** 686:23
688:12 690:15
723:23 724:4,8
725:1
**study** 679:23,24
690:14 692:15,17
724:1
**studying** 723:23
**stuff** 712:17
**styled** 637:19
**subject** 686:14
691:8 695:20,21
695:25 699:4
700:2 723:9
**subjects** 694:6
695:12 696:3,23
698:21 708:9
724:10
**submitted** 677:5
730:9
**subscribed** 729:14
**substance** 651:19
652:5 665:17

698:11
**substantial** 724:12
**subtleties** 688:4
**such-and-such**
714:9
**sugar** 643:9 681:20
681:21,23 686:6
689:5 691:17,21
694:3,5 695:14,25
696:1,10,12,19,22
697:3 698:20
699:7 702:18
703:19 704:15,17
704:20 705:13,15
706:25 709:21
710:23 711:14
**sugars** 642:3
689:12,22 693:5
693:15 694:10
696:13 698:17
704:24 711:15,18
711:25
**sugar's** 696:7 705:5
**suggested** 674:2
**suggestion** 674:12
**suggests** 687:24
**Suite** 730:21
**summarizes** 704:1
**summary** 639:16
644:17 645:14
653:12 654:8
656:17 666:8
690:21 700:23
**supports** 668:10
**sure** 677:20 692:21
725:4
**surprise** 689:11
718:19
**surprised** 662:17
**suspect** 719:21
**suspicion** 650:18
692:5
**swelling** 699:18
**sworn** 637:19 640:5
715:3,18 716:4
730:7
**symptoms** 694:1
724:21
**Synopsis** 639:20

**system** 682:5,12,14
683:9,9
**S-a-r-t-w-e-l-l-e**
715:13
_____
**T**
**T** 639:11 729:19
**take** 655:13,17,19
671:2 687:23
699:4 706:5 724:8
**taken** 637:19 730:4
730:12
**takes** 672:2 690:2
724:10
**talk** 651:6,10,18
695:7
**talked** 707:2
**talking** 650:23
683:6 693:19
707:3
**talks** 719:17
**taught** 721:8 722:9
**teach** 717:21
**teaching** 692:7,22
721:9,23
**team** 669:15,15,16
669:19,23
**telephone** 714:19
**tell** 660:19 681:17
688:3,3 695:8
706:11 726:14
**tells** 645:15
**temperature**
695:22
**ten** 677:2 678:7
**tender** 647:6
665:24 673:6,6
714:17
**tendered** 662:18
674:6
**tenderness** 695:5
**tenfold** 696:19
**term** 687:19 697:11
705:18
**terminology** 682:7
**terms** 683:13
**test** 684:11 685:2
705:16
**tested** 684:14,14
**testified** 640:5

646:21 716:9
**testify** 657:10
**testifying** 641:11
**testimony** 715:2,3
715:19 716:4,18
730:8
**tests** 685:14
**Texas** 637:22,23
638:4 714:7
717:12,17 719:7
719:16,24 720:6
720:18,20,25
721:18 722:5,7
729:9 730:1,6,21
**thank** 640:10
648:22 676:21,24
690:13 700:25
704:8,12 707:24
709:6 712:10
726:16,23 727:1,2
**theoretically**
697:22 699:8
**thing** 658:14
**things** 671:7,8,24
684:13 703:1
712:14 723:25
726:8
**think** 641:15,20
642:1 643:1,1,5
664:25 665:24
670:17 671:17
672:5 675:13
676:12 677:14
678:5,12 680:5,23
681:16 682:18
689:20 692:15,18
693:10,10 714:4,8
714:9 715:7,7
718:16 724:7
725:6
**thinking** 649:1
697:20
**third** 670:1 679:24
700:8
**Thorpe** 638:7 639:7
640:7 646:19
647:16 648:22,25
649:10,12 655:21
656:3,14 657:16

658:21 659:22
660:4,8 661:18
671:23 675:6,9,12
675:21,23 676:2
676:23 690:11
691:24 693:1
699:11 700:22
703:9 704:6,10
707:22 709:3,12
710:1,18 711:1
712:7 722:20
723:1 724:18,25
725:8,13 726:25
**thought** 647:10
655:21
**thousand** 694:17
**three** 642:24
676:15 680:7
719:22 720:2,3
**Thursday** 637:20
719:18
**ticked** 676:16
**time** 650:21 651:23
653:20 654:20
657:16 658:15
659:14,20 662:16
667:12,21 673:7
673:15 674:1
676:1,22,25
677:17 678:13,21
678:25 684:14
687:1,25 688:14
688:15 689:6,8,8
689:14,23 690:2,4
690:20,23 691:6
691:21 692:12,19
696:6 697:3 700:8
700:8 704:1,10,19
710:12,21 711:11
712:22,25 713:3,7
715:11 717:3
718:3,17 719:2,19
719:20 721:5,11
721:13,13,19
722:25 725:20
726:17,25
**timely** 670:9
**times** 700:8 704:25
714:1,16,18 718:8

719:23
time-consuming 673:23
tiny 683:22
tissue 706:3,4
tissues 705:19 706:22 707:1
title 676:5
TMLT 714:6
today 646:1 662:15 677:6 725:23
Tom 715:11
top 643:9 682:6,9 686:15 690:24 700:12
topic 692:18 719:15
total 678:2
totally 680:5
tract 693:25 694:2 695:17 697:13
training 656:23 657:2 658:6 716:24
transcript 730:8,9
transplantation 683:19 684:2 685:19
trauma 697:18,18 697:20 711:13
travel 677:22
traveling 677:21
treat 687:18
treated 724:13
treatment 681:8 688:6 690:14 691:11 724:20
trial 691:12
trials 715:8
tried 659:19
trigger 698:9
triggered 697:9
triglycerides 670:8 712:4
trouble 726:17
true 642:24 643:17 652:13 657:14 729:3 730:8
Trust 714:7,12
try 677:25

trying 666:25 673:25 680:23 688:3 717:5,7
tube 683:10
tubular 682:4
Tulloch 637:12,17 639:5 640:2,4 646:19 654:25 656:4,15 659:4 661:18 675:24 676:2 681:17 712:12 722:12 725:14 727:1 728:2 729:2,6 730:3,7
Tulloch's 649:4 725:9
Tumor 717:18
turn 640:11
turned 661:23
turns 696:9
twice 694:18
two 678:19 680:7 681:9 687:12,15 700:7 702:8 704:25 717:12
type 659:11 686:25 687:1 688:14 689:3 690:16 691:13,15,17,19 692:13,20 695:12
types 723:25

U
Uh-huh 645:21
ultimately 683:16
umbrella 722:5
Uncontrolled 686:11
understand 649:22 652:24 653:25 669:14,22 673:24 675:23 676:2 678:22 688:3 689:8 700:15 717:5 725:13,24
understanding 664:15 667:21,25
understood 646:7 650:15 651:21

655:24 666:24 668:5
undiagnosed 689:13,14 705:7
unexplainable 708:2
unfamiliar 687:24
unfortunately 648:25
Unger 637:7 643:4 643:10,17 645:7 648:12 699:13 700:15,18 701:6 701:20,25 703:16 705:9 707:16 708:15,21 709:8 710:8,21 711:4
Unger's 700:10 704:10 708:5
unique 680:10
unit 716:24
UNITED 637:2
University 717:12 717:16 719:7,16 719:24 720:6,18 720:20,25 721:18 722:4,7
updated 680:3 712:16
upset 706:23
urinary 693:25 694:2 695:17 697:13
urine 682:15,17 683:1,7,16 684:6 684:14,22 685:1 695:2
urosepsis 694:4 697:9,10,11 701:7
use 659:20 682:7 685:6 687:12 690:18,19 692:6 695:18 705:25 711:25
useful 691:12
usually 697:23,25 698:18 706:2 716:25

V

v 637:6,7,7,8
vague 677:20
value 704:20
values 702:1
variable 687:11 690:5
variables 686:5 687:10
varies 685:15
various 682:9
vascular 639:16 681:4 682:20 707:25
verbatim 679:19
verify 676:6
vessel 681:7
view 667:12 722:14 722:22 723:3
viewed 647:12
viral 694:18 695:21
virtually 681:5,9
virus 695:18
vitae 639:20 712:9
Volume 637:13 640:1
voluntary 721:20 721:24

W
walk 674:12
want 644:11 670:1 671:20,23 672:13 673:8 674:12 675:17,20 681:12 684:4 712:19 726:10,13
warning 668:13
wasn't 644:8
waste 685:6
water 698:16 702:10 705:19,22 706:2,3,13 707:1 708:13
way 658:4 662:3 671:15 676:22 684:24 708:11 725:15
weeks 661:22,23
weighed 705:22
weight 660:11

661:6,9,13,14 665:9 667:9,12,19 670:7 700:3 705:20,23 707:3,4 707:9 708:5,12,16 713:24 724:13,17 724:19
weights 659:10 669:17
welcome 675:18
well-controlled 688:23,23 711:15
went 646:4 699:14 699:17 707:17 711:17,18,22
weren't 722:10
West 638:8
we'll 671:14 725:5 725:6 727:3
we're 663:8 677:14 683:6 704:16
we've 643:5 654:15 663:5 686:4 691:15 703:1 704:21 705:4 708:21 722:13 723:20
Whatever's 671:9
whatsoever 689:18
When's 721:19
white 637:21 694:13,16,19,22 701:10 730:5,19
Whittington 637:8 643:21 645:9 648:13
who've 721:12
willing 667:15,23
Wirshing 650:18 652:25 653:24 668:7
Wirshing's 660:18
wish 673:16,24,24
withdrawing 665:20
witness 637:18 639:13 647:7 649:8 656:2 660:13 665:21

675:2,10,13,17,22
676:15,19 690:12
704:8 714:2 727:2
728:2 730:7,8,9
730:10
**Woo** 706:10
**word** 667:2 685:6
706:2 720:14
**wording** 654:13,13
717:11
**words** 653:3 687:1
712:13
**work** 663:15
673:25 690:16
706:17 715:10
717:1 718:4
**worked** 715:14
**workers** 682:1,16
690:17
**working** 643:11,25
644:4 660:16
669:20 676:22
**worm** 682:5,6,9
**worse** 674:25
**worth** 707:13
**wouldn't** 656:14
689:11 718:19
**wriggly** 682:5,6,8
682:13
**write** 667:15
679:17 712:14
**writing** 678:13,14
678:15,16 679:1
**wrong** 690:24
**wrote** 648:9 658:5
661:8 662:1
665:12,14 668:14
670:23 679:15,22

**X**
**X** 639:1,11 690:23
729:19
**Xerox** 675:3,4

**Y**
**Y** 690:23 692:7
**yeah** 665:25 675:21
675:22 717:7
718:23 720:3
721:24

**year** 684:11 708:22
714:16,17 718:9
718:16 719:2,3
720:1,1 721:7
**years** 643:22
668:14 680:7
682:1 688:22
689:1 690:10
714:3,14,15,16
715:3,7,9,15,21
716:23 718:2,3,9
718:24 719:4,5,22
720:2,3,9 721:2,3
**yesterday** 642:11
646:22 647:17
696:6
**young** 700:1

**Z**
**Zaroxolyn** 702:9
**zero** 683:7
**Zyprexa** 662:4
674:9 678:23
679:5,15,20 680:8
680:12,17,21
681:5,10 725:20
725:21

**0**
**06** 710:20

**1**
**1** 640:1 644:25
690:16 691:13,17
**1.2** 685:9,15
**10** 685:18 719:5
**10.8** 694:16
**10/16/2008** 728:2
**101/44** 700:9
**10612514** 672:7
**11** 691:3,9
**12** 710:3 714:16
**12-1/2** 698:21
**12-31-08** 730:20
**1201** 638:8
**126** 705:6
**130** 686:15
**15** 677:20 678:9
682:1 707:12
708:9 714:14

719:5 721:2
**1590** 703:20
**16** 637:12,20 673:4
674:7 675:14
676:14 725:10,14
726:8 730:4
**17** 644:25 672:6,7
673:20 674:3
**1769** 637:4
**180** 696:7
**19** 707:20
**1977** 720:16
**1981** 720:16,22
721:18 722:2,3,6
**1985** 713:4,7
**1997** 646:2 647:3
647:12 661:5
665:8 667:6,8
**1998** 712:23
**1999** 668:12 669:10

**2**
**2** 644:10 652:10
654:6,13 657:1
659:11 666:6
686:25 687:1
688:14 689:3
691:15,19 692:13
692:20 695:12
**2,000** 696:14
**20** 707:12 708:9
**200** 696:7
**2000** 668:12 669:11
**2002** 643:11
**2003** 704:20 705:14
707:20
**2005** 699:13 703:19
704:21 711:12
**2006** 708:22 709:7
709:14,15 710:3
711:3,17
**2008** 637:12,20
729:16 730:4,14
**22** 694:18
**24** 664:9 683:14
698:19
**24,000** 694:18
**25** 689:13 698:19
702:8
**29th** 704:20 705:14

**3**
**3** 709:7
**30** 683:4,12
**300** 683:5,12,13
684:16 730:21
**30309-3424** 638:9
**3070** 730:20
**3401** 730:21
**36** 696:5 697:24

**4**
**4** 675:12 725:10,14
726:8
**4:27** 637:20
**4:57** 660:7
**4:59** 660:7
**40** 678:5 714:18
**404.881.7000** 638:9

**5**
**5** 637:13
**50** 689:1 699:5
714:18
**5020** 637:23 638:4
**524-4600** 730:22
**55** 678:10

**6**
**6** 685:17,17
**6th** 704:21
**6-12-06** 639:18
**6-19-03** 639:17
**6-3-06** 639:17
**6-9-06** 639:18
**6.0** 711:9
**6.1** 709:20 710:22
**6.5** 688:24
**6:07-cv-10360**
637:7
**6:07-cv-10475**
637:8
**6:07-cv-15733**
637:6
**6:07-cv-15812**
637:7
**6:16** 704:9
**6:21** 704:9
**6:55** 725:7
**63** 648:21 649:3,5
**638** 639:4

**640** 639:7
**646** 639:13
**647** 639:14
**65** 640:11 648:12
649:6 671:4
673:19 675:18
676:5 726:13
**692** 639:14
**699** 639:15

**7**
**7** 679:21,23 691:2
**7:11** 725:7
**7:13** 637:20 727:4
**700** 639:16
**707** 639:17
**709** 639:17,18,18
**710** 639:19,19
**712** 639:20
**713** 730:22
**713.292.2750** 638:5
**72** 693:6,15 694:11
**728** 639:8
**729** 639:9
**730** 639:10
**77002** 730:21
**77006-6533** 638:4

**8**
**8-10-06** 639:19
**8-13-97** 639:14
**80/45** 699:23
**84** 639:13 646:18
646:20 647:2,21
647:24 648:5,14
650:1,5,9 651:11
651:20 652:6
653:3,17 654:2
655:11,15,19
656:8 657:20
658:12 660:21
663:2 666:22,22
668:1 671:19,20
672:2,3
**85** 639:14 647:15
647:17,19 649:14
653:16 655:12,14
656:11 657:19
658:10,18 660:5,9
661:19,20 662:1,9

662:14,18,25
663:1,10 664:13
664:16,19,22
665:14,18 667:15
670:25 671:18
672:4 676:16
686:16 726:20
**86** 639:14 692:24
692:25
**87** 639:15 699:10
699:12 700:6
711:7
**88** 639:16 700:21
701:4 709:15
**89** 639:16 707:21
707:23

**9**

**9** 672:5,7
**9th** 637:23 638:4
709:14
**9-16-05** 639:16
**9-22-06** 639:19
**9-5-05** 639:15
**90** 639:17 709:2,4
**90/60** 710:16
**91** 639:18 709:11
709:13
**92** 639:18 709:25
710:3
**93** 639:19 710:17
710:19
**94** 639:19 710:25
711:2
**95** 639:20 712:6,8
**98/62** 700:8
**99531** 637:1