206

1    A. I think, you know, from her perspective, that was not
2  an unreasonable association.
3        MR. McCONNELL: Can we look at Folder 20,
4  please?
5        (Perry Exhibit No. 24 marked.)
6    Q. (BY MR. McCONNELL) Doctor, let me know if this is a
7  medical record you've looked at before for Ms. Burns.
8    A. I believe it is.
9    Q. And what is it that Ms. Burns reports about her
10  reaction to Seroquel?
11   A. It's the greatest thing she's ever been on.
12   Q. That's a pretty good rave review from a patient,
13  isn't it?
14   A. Certainly is.
15   Q. Did you read Ms. Burns' deposition?
16   A. I did.
17   Q. Didn't she say it was very effective in helping her
18  sleep and relieve her anxiety?
19   A. Yes.
20   Q. And Dr. Billingsly believed overall that Seroquel was
21  having a beneficial effect on her life, wasn't it?
22   A. Yes, I think so.
23   Q. Now, Ms. Burns is not taking Seroquel anymore, is
24  she?
25   A. Not that I'm aware of. I don't think so.

207

1    Q. All right. Do you know when she stopped taking
2  Seroquel?
3    A. Again, I thought sometime in late 2005. I can —
4    Q. Do you agree that when she stopped taking Seroquel in
5  late 2005, it had nothing to do with weight gain or
6  hyperglycemia or diabetes?
7    A. Honestly, don't recall why she stopped.
8    Q. Well, do you recall that she thought that her
9  son-in-law was trying to overdose her?
10   A. I do remember that she had some ideations about her
11  family, yeah, but I didn't know that was why she wasn't going
12  to take it anymore.
13   Q. As you sit here, do you have any reason to believe
14  that Ms. Burns stopped using Seroquel because of anything to do
15  with weight gain or diabetes?
16   A. Not that I can recall.
17   Q. Okay. Now, Ms. Burns no longer uses Seroquel. How's
18  she doing in terms of being able to sleep?
19   A. My understanding is that she's continuing to have
20  pretty much the same mental health issues that she's had on and
21  off.
22   Q. Well, the sleep problems that seemed to go away while
23  she was on Seroquel have returned since she stopped using
24  Seroquel, true?
25   A. True.

208

1    Q. And even today, Dr. Billingsly is continuing to try
2  different combinations to help Ms. Burns sleep, right?
3    A. Correct.
4    Q. He's gone back to trying Ambien, for example, right?
5    A. Correct.
6    Q. He also, in December 2007, said that he is going to
7  try her on prazosin, p-r-a-z-o-s-i-n, for nightmares and
8  flashbacks.
9    A. Right.
10   Q. Do you recall that?
11   A. Uh-huh.
12   Q. What's prazosin?
13   A. That's — and, actually, I thought it was a very
14  interesting choice. It's an Alpha 1 adrenergic receptor
15  blocker that's typically used in hypertension, and it is more
16  typically used for certain situations with high blood pressure,
17  but it's been found — in some cases, there have been case
18  reports that it's been helpful for people with trauma-related
19  nightmares.
20   Q. Now, again, as with Ms. Curley, in your report on
21  Ms. Burns, you make reference to the prescribing decision.
22  This is in your little Paragraph No. 2 on the third page —
23   A. Right.
24   Q. — where you, again, say, "was prescribed for an
25  off-label use in the case of Ms. Burns." And that's true,

209

1  isn't it?
2    A. I think that was, yes.
3    Q. And Ms. Burns was being treated for PTSD and major
4  depression, right?
5    A. Correct.
6    Q. She was also being — one of the goals of
7  Dr. Billingsly was to help her sleep, too, right?
8    A. Yeah, and I — yes.
9    Q. And you say, "Seroquel was not indicated for use in
10  either of these disorders when they were prescribed.  Off-label
11  use of medications is not unusual in psychiatry; however, use
12  of any psychiatric medication should be based upon either
13  documented or plausible efficacy."
14        The same thing that you said for Ms. Curley,
15  right?
16   A. Correct.
17   Q. And here, if Dr. Billingsly's goal was to do whatever
18  he could to help Ms. Burns sleep, there was plausible efficacy
19  for that issue.
20   A. I'm sure drawing upon what he's heard from colleagues
21  or his previous experiences with sleep, that's — you know, I'm
22  sure that he thought that that was one of the potential
23  effects.
24   Q. In his deposition when Dr. Billingsly was asked why
25  he prescribed Seroquel, he said, "There was several reasons.

210

1 One of the ones was that I tried her on various things for
2 sleep and she had not slept and Seroquel is known to be very
3 sedating." He also said, "Additionally, part of her problem is
4 very severe anxiety that, as I said, was related to the PTSD;
5 and antipsychotics, in general, tend to reduce anxiety
6 symptoms."
7        He's right about that, isn't he?
8    A. Some kinds of anxiety symptoms, yeah.
9    Q. Well, what about the anxiety symptoms at issue here?
10   A. Yeah. I mean, I think -- you know, like I said, I
11 don't have any issue with him thinking that there's a
12 plausibility that this might work.
13   Q. He also said, Dr. Billingsly, that when he makes a
14 decision to use a drug like Seroquel for off-label purposes,
15 that he looks at case reports in the literature, discussion
16 with colleagues, "what I perceive to be the benefits and risks
17 of the medication to the patient, the alternatives available,
18 and how severely the patient's symptoms are."
19       That's not a bad risk-benefit analysis, is it?
20   A. No.
21   Q. And he says he's looked at articles in medical
22 journals, reviews, and looking up things on PubMed, right?
23 Does it sound to you like Dr. Billingsly was pretty diligent?
24   A. Sure.
25   Q. Now, you say in your report -- again, on Page 3, you

211

1 say, "The use of neuroleptic medications should be considered
2 in only the most extreme situations when active symptoms known
3 to be responsive to neuroleptics are present and after other
4 interventions have proven to be ineffective."
5        That's the case with Ms. Burns, isn't it?
6    A. Well, you know, I'm -- I don't know that he
7 completely exhausted every other non-neuroleptic
8 psychopharmacological choice or non-psychopharmacological
9 choice. I mean, here's a woman with posttraumatic stress
10 disorder and could have done cognitive behavioral
11 interventions, could have done a variety of other interventions
12 that are known to be effective with PTSD. So, again, the
13 target of my -- you know, him thinking that there was some
14 plausible rationale, I think, is -- was reasonable.
15   Q. And this is a woman with, you know, multiple suicide
16 attempts, so there's a certain degree of urgency involved with
17 this patient, isn't there?
18   A. She's seriously disturbed, yeah.
19   Q. Now, I want to go to the weight issue with Ms. Burns.
20 On the bottom of Page 2 to the top of Page 3 in your report,
21 you wrote "Her psychiatrist initially prescribed Seroquel in
22 June of 2002." Then you go on to say, "Within six months, she
23 gained 20 pounds. Within the first year of starting Seroquel,
24 she's gained over 40 pounds and developed diabetes."
25       What do you base your statement on that she

212

1 gained 20 pounds within the first six months?
2    A. It was the weight gain -- you know, again, I used the
3 case abstract materials that were provided and looked at the
4 weights that were documented during that time.
5    Q. Right. What's the closest weight to the time she
6 started on Seroquel that was available?
7    A. Well, there's a weight that's in this chart that's
8 178 on December of 2000, but I don't see any other weights
9 prior to that -- over the next year and a half.
10   Q. All right. So, you're going from the -- to get to
11 that 20-pound increase in six months, then 40 pounds in a year,
12 what's the baseline weight that you're using?
13   A. I think I'm going with, like -- well, she was in the
14 200s at times in 1998 and down to 90 -- to 176 in '99 and 200
15 in 2000, 178 in December of 2000; and I think that's the weight
16 I was using.
17   Q. What's -- I'm sorry. So, your baseline was what?
18   A. Was the earliest previous weight, which was --
19   Q. Or latest previous weight.
20   A. Yeah, the most available previous weight, 178.
21   Q. So, you choose the 178 as the latest weight before
22 the use of Seroquel, which was June of '02, correct?
23   A. Yeah. And I think if you look at from '98 to 2000,
24 you know, the weights are between 200 and 176, 196, 200, 207.
25 So, you know, she -- within six months, she gained -- 20-pound

213

1 weight gain. If even if you consider her baseline 200, that's
2 about right.
3    Q. Yeah. As you pointed out, in 1998 -- we'll go
4 through some of these weights -- but she was pretty
5 consistently in the 210s, 211, right?
6    A. Yeah. And then, you know, that's -- as the years
7 went by, it appears that her basal weight went down a little
8 bit.
9    Q. Now, to say that the 178-pound weight, December 26 of
10 2000, is the latest weight before she started using Seroquel,
11 you're -- that's what this abstract, Exhibit 16, says, right?
12   A. Yeah.
13   Q. All right. Are you sure it's accurate?
14   A. That 178 is accurate?
15   Q. Well, no. That that weight is the weight that
16 actually is closest in time before she started using Seroquel.
17   A. You know, I don't know. I mean, there may be
18 available earlier more proximate weights, but --
19   Q. Right. And that would be relevant though, wouldn't
20 it, to your opinion as to whether there was a temporal
21 relationship between the use of Seroquel and weight gain?
22   A. Yeah. Well, I mean, the medical record, the
23 clinician's medical record itself says that there's a 30-pound
24 weight gain in the past four months.
25   Q. Well, that's him reporting what she said, isn't it?

54 (Pages 210 to 213)

**214**

1  That's not based on actual weight gain.
2     A.  You know, I don't know.  I mean, I — I don't know.
3        MR. McCONNELL:  Can we look at — is it Folder
4  2?
5        (Perry Exhibit No. 25 marked.)
6     Q.  (BY MR. McCONNELL)  Doctor, is this a medical record
7  for Ms. Burns that you've reviewed prior to formulating your
8  opinions in this case?
9     A.  If it was in the records, yeah.
10     Q.  Okay.  What's the date of this document?
11     A.  March 2001.
12     Q.  All right.  So, this is subsequent to the December
13  26, 2000, entry in the abstract where the weight is recorded as
14  178 pounds, right?
15     A.  Right.
16     Q.  And it's still though before Ms. Burns started using
17  Seroquel, right?
18     A.  Correct.
19     Q.  So, why wouldn't this be referenced as a baseline or
20  just at least referenced in the abstract?
21     A.  Just wasn't put in.
22     Q.  This is kind of a material omission, isn't it?
23     A.  I don't know if it's an omission by anything but, you
24  know, accident, but —
25     Q.  I'm not talking about intention.  I didn't mean to

**215**

1  suggest that.  I mean, I actually know Ms. Grainger, respect
2  her.  I'm not talking about that.  I'm just talking about it's
3  a useful piece of information.
4     A.  Yeah.  This would be helpful.
5     Q.  And, in fact, her weight is recorded — Ms. Burns'
6  weight is recorded in this document, isn't it?
7     A.  Correct.
8     Q.  And it — what is it?
9     A.  197.
10     Q.  So —
11     A.  Which is — you know.
12     Q.  It's almost 20 pounds — let's be exact.  It's 19
13  pounds more.
14     A.  Well, I did — you know, I said she had gained 20
15  pounds within this first six months.  So, if her baseline is 197
16  and by the — you know, after six months of taking Seroquel,
17  it's 220 roughly, that's about 20 pounds.
18     Q.  Right.  Yeah.
19        MR. McCONNELL:  Can we look at Folder 27,
20  please?
21        (Perry Exhibit No. 26 marked.)
22     Q.  (BY MR. McCONNELL)  Doctor, you were talking about
23  your basis for saying that Ms. Burns gained weight, and this
24  is — this may — I guess this is the document you probably
25  were relying on, you tell me, where she says her sleep is okay

**216**

1  using 600 milligrams of Seroquel and it does seem that that
2  also continues to help her pain.  "Unfortunately, she's also
3  gained weight which may be associated with that to the amount
4  of about 20 pounds," right?
5     A.  Yeah.  I mean, that's consistent with what I recall.
6     Q.  Right.  Now — but she wasn't actually weighed at the
7  this doctor visit, was she?
8     A.  No.  I don't see that she was.
9     Q.  Right.  This was a self-report.  And didn't Ms. Burns
10  in her deposition say she wasn't weighed by Dr. Billingsly
11  during this visit?
12     A.  Correct.  I don't think it was a routine part of
13  their clinical contact.
14        MR. McCONNELL:  May I see 28, please?
15        (Perry Exhibit No. 27 marked.)
16     Q.  (BY MR. McCONNELL)  If you look at this progress
17  note, this is from April 24th, 2003, right, Doctor?
18     A.  Yes.
19     Q.  And, again, it's at Dr. Billingsly's office?
20     A.  Correct.
21     Q.  And here under the objective section, Ms. Burns
22  says — "She told me" — told Dr. Billingsly — "that she's
23  gained 30 pounds in the past three or four months and it does
24  look like she's gained some, although I could not quantify it."
25     A.  Correct.

**217**

1     Q.  That confirms that he wasn't actually weighing her.
2  This is self-report, correct?
3     A.  Correct.
4        MR. McCONNELL:  Okay.  See the next one.
5        (Perry Exhibit No. 28 marked.)
6     Q.  (BY MR. McCONNELL)  And, Doctor, this is an October
7  20th initial back examination, October 10th, 2003, for
8  Ms. Burns; is that right?
9     A.  That's the date, yes.
10     Q.  And she complains of back pain?
11     A.  Correct.
12     Q.  If you look at the second page — actually, if you
13  look at the bottom under current medications, she's on a number
14  of medications, correct?
15     A.  Correct.
16     Q.  Including Prozac, as we mentioned before, right?
17     A.  Right.
18     Q.  She's also on prednisone.  Do you see that?
19     A.  I do.
20     Q.  What's prednisone?
21     A.  It's a steroid.
22     Q.  Does that have an effect on blood sugar?
23     A.  Yeah, it can.
24     Q.  Now, if you look at the top of this page, same page,
25  under general, it says "The patient states she's overweight

218

1  with weakness and weight gain of 20 pounds in the past year."
2          Do you see that?
3      A. Yes.
4      Q. All right.
5          MR. FIBICH: I'm sorry. Tell me where it is.
6          MR. McCONNELL: It's the top of Page 2.
7      Q. (BY MR. McCONNELL) So, looking at these documents
8  together, this and the one that we just looked at, is it fair
9  to say that in April 2003, Ms. Burns self-reports that she
10  gained 30 pounds in the last three to four months; and in
11  October 2003, she reports that she gained 20 pounds in the past
12  year, correct?
13     A. Correct.
14     Q. Does that mean -- or wouldn't that mean that between
15  April and October 2003, she lost 10 pounds?
16     A. That would imply it. And she was weighed on that
17  visit and she weighed 212, so that would be consistent with
18  what she's reporting.
19     Q. Okay. Now -- and I think you alluded to this
20  before -- you're aware that Ms. Burns has a long history of
21  weight fluctuations before she ever took Seroquel, right?
22     A. Yes.
23     Q. Do you mention those fluctuations in your expert
24  report anywhere?
25     A. No.

219

1      Q. I mean, aren't those fluctuations relevant to this
2  temporal relationship between Seroquel usage and weight gain?
3      A. Potentially.
4      Q. If you look at the abstract that you're relying upon,
5  Exhibit 16, we do see the references from 1998 to Ms. Burns'
6  weight being in excess of 210 pounds, right?
7      A. Correct.
8      Q. All throughout 1998, looks like it's 210 or 211
9  pounds, right?
10     A. Yes.
11     Q. Was her weight ever steady for a six-month period, as
12  far as you could tell?
13     A. Well, it looks like it was relatively steady in that
14  year, 1998. You know, all of those values for six months are
15  within one pound of each other.
16     Q. So, the one time it was steady was when she was
17  around 210 or 211 pounds, right?
18     A. Correct.
19     Q. What was the most she ever weighed before she took
20  Seroquel?
21     A. Looks like it was 211.
22     Q. And what was the most she ever weighed while she was
23  on Seroquel?
24     A. I want to say 223, 224. And there's a weight of 223
25  on the -- April of '03.

220

1      Q. So -- and she took Seroquel for how many years?
2      A. Three or more, but -- I think.
3      Q. Three or four years, from '02 to '06?
4      A. Yeah, yeah, about three years, three-and-a-half.
5      Q. So, let's say over a three- or four-year period,
6  you're talking about a total weight gain -- if you're comparing
7  highest to highest, you're talking about a difference of about
8  12 pounds?
9      A. Yeah.
10     Q. In September of 1998, looking at the abstract,
11  Ms. Burns weighed 207-and-a-half pounds, right?
12     A. Correct.
13     Q. And then in December of 1998, she weighed 179 pounds,
14  right, still looking at the abstract?
15     A. Correct.
16     Q. So, that's a loss of 28.5 pounds in three-months,
17  right?
18     A. Something happened between the 12th and the 27th of
19  December. She was 192 on the 12th -- 11th of December. So,
20  you know -- I mean, this -- I don't know if this is when she
21  was in the hospital or --
22     Q. It was a suicide attempt, wasn't it?
23     A. Yeah, yeah.
24     Q. And that would account for that dramatic weight loss
25  wouldn't it?

221

1      A. Right. But, you know, a whole year later, she's up
2  at essentially 202, 207, 200 in 2000. So, after she gets out
3  of the hospital, all through '99 and -- as far as I can see,
4  she maintains her weight somewhere around 200, 178.
5      Q. Well, June -- if you look at June of 1999, she was up
6  to 196 pounds, right?
7      A. Right. That's what I said, around 200 pounds.
8      Q. So -- well, certainly between April of 1999 and June
9  of 1999, she gained 20 pounds, right, just looking at your
10  abstract?
11     A. Yeah.
12     Q. Right? Why was it that she gained the 20 pounds
13  during that two-month period?
14     A. Don't know.
15     Q. There could be lots of reasons, right?
16     A. Could.
17     Q. It would just be speculation at this point.
18     A. Sure.
19     Q. Okay. Then in October of 1999, looking again at the
20  abstract, she weighed 207 pounds, correct?
21     A. Correct.
22     Q. So, that's an 11-pound weight gain in less than four
23  months, right?
24     A. Correct.
25     Q. And this is all before she takes Seroquel, correct?

222

1    A.   Correct.
2    Q.   Why did she gain those 11 pounds in less than four
3    months?
4    A.   I don't know.
5    Q.   I mean, that 11-pound — that's a significant weight
6    gain in four months.  Don't you agree?
7    A.   Sure.
8    Q.   Okay.  Then December of 2000, her weight is back down
9    to 178 pounds, right?
10   A.   Correct.
11   Q.   And, again, that's related to a suicide attempt,
12   isn't it?
13   A.   Correct.
14   Q.   All right.  And then in March of '01 — well, you
15   don't have — well, now I look at this, there's no reference to
16   a March '01 — there's no reference to a 2001 weight anywhere
17   on this abstract, is there?
18   A.   No.
19   Q.   Any idea why?  Why was the year 2001 omitted?
20   A.   I have no idea.
21   Q.   Okay.
22   A.   But — but I did see the March 2001 weight —
23   Q.   Right.
24   A.   — that you pointed out to me, which was 197.
25   Q.   Right.  So, she gained — between December of 2000

223

1    and March of 2001, Ms. Burns gained 19 pounds, right?
2    A.   Correct.
3    Q.   How'd she do that?
4    A.   I don't know.
5    Q.   All right.  So, now let's talk about the period when
6    Ms. Burns was on Seroquel.  If you look at the abstract,
7    there's an entry for April 10th, 2003, where it lists Ms. Burns
8    as weighing 223 pounds, right?
9    A.   Correct.
10   Q.   And that's sort of the high watermark, isn't it, for
11   purposes of your analysis in this case?
12   A.   Looks like it, yeah.
13   Q.   All right.  But she continued to take Seroquel after
14   she weighed 223 pounds, right?
15   A.   That's correct.
16   Q.   I mean, you agree it wouldn't be fair to sort of
17   cherry-pick, take the highest number that she was on with
18   Seroquel, and ignore the subsequent history, would it?
19   A.   No.
20   Q.   All right.  I mean, you want to look at the whole
21   picture, don't you?
22   A.   Yeah.  And, you know, she's consistently 219, 220,
23   218, 212, 210, 212.  So, I mean, I think —
24   Q.   Well, but what was she in — how about August 20th of
25   2003, which is listed in the abstract?

224

1    A.   206.
2    Q.   Okay.  So, that means between April and August of
3    2003 while she's on Seroquel, she's lost 17 pounds, correct?
4    A.   That's correct.
5    Q.   How'd she do that?
6    A.   I'm not sure.  Maybe she's living a healthier life.
7    Q.   Well, you're right.  It's — by living a healthier
8    life, you really can affect your weight gain, can't you?
9    A.   Yeah.
10   Q.   Seroquel didn't stop her from losing those 17 pounds,
11   did it?
12   A.   No.
13   Q.   All right.  Now, going to April of '04, she's at 207
14   pounds, right?
15   A.   Correct.
16   Q.   But in March of '04, she was at 212, correct, just
17   going by the abstract?
18   A.   Yeah.
19   Q.   You accept these weights as accurate, correct?
20   A.   Yeah.
21   Q.   I mean, insofar as they're listed here, they're
22   accurate?
23   A.   Yeah.
24   Q.   How'd she lose the five-and-a-half pounds between
25   March of '04 and April of '04, little bit more than a month?

225

1    A.   I'm not sure.
2    Q.   Okay.  And then if you look at August 23rd, 2004,
3    again, reflected in the abstract, there's a weight of 195
4    pounds, right?
5    A.   Correct.
6    Q.   And, again, Ms. Burns is still on Seroquel at this
7    point, isn't she?
8    A.   She is.
9    Q.   So, from April of '04, where she'd already lost 11
10   pounds from eight months prior — but from April of '04 where
11   she weighed 217 to August of '04, just four months later,
12   Ms. Burns lost 22 pounds, correct?
13   A.   Looks like it, yeah.
14   Q.   How'd she do that?
15   A.   It may be that she started to get her diabetes in
16   control.  I mean, it could be a number of things.  I hope it's
17   that she's taking better care of herself.
18   Q.   But my point is if you're going to compare her
19   weights on Seroquel with her weights before Seroquel, you've
20   got a lot to weights to choose from, right?
21   A.   Correct.
22   Q.   And if you want to talk about a temporal
23   relationship, if you had picked different numbers during the
24   time when she was on Seroquel, you could end up with a result
25   that shows no temporal relationship, true?

57 (Pages 222 to 225)

226

1    A.  Well, I think if I took the mean of the two years
2    before and the mean of the two years after, there would be an
3    increase in weight.
4    Q.  Have you done that?
5    A.  No, but I can do it by tomorrow morning, if you want.
6    Q.  It's totally up to you, Doctor.  Do you think that
7    would be a fair way of doing it?
8    A.  I — it may be, yeah.
9    Q.  I mean, you have to admit it would be absolutely
10   unfair, wouldn't it — if you were trying to opine to somebody
11   the effect of Seroquel on Ms. Burns' weight and if you were to
12   go in and say to a jury, "I'm going to pick the lowest amount
13   she weighed before she was on Seroquel" — which is absurd
14   because I'm not talking about when she was a kid, but a few
15   years before that, pick the lowest, and then compare it with
16   the highest she weight when she was on Seroquel, that's —
17   A.  That would not be particularly useful.
18   Q.  If you go to January of '05 — let's say January
19   10th — Ms. Burns is now back up to 208 pounds, right?
20   A.  Correct.
21   Q.  And why did she gain that weight, do you know?  Why
22   did she gain — she was 195 August of '04, and now she's up to
23   208 in January of '05.  Why did she gain that weight?
24   A.  Not sure.
25   Q.  Okay.  And now in May of '05 — May 23rd of '05, at

227

1    the bottom of Page 29, she's at 181 pounds, which is — for her
2    is pretty low, isn't it?
3    A.  Correct.
4    Q.  And she's still on Seroquel, isn't she?
5    A.  She is.
6    Q.  So, she lost 27 pounds in four months, correct?
7    A.  That's what it looks like, yeah.
8    Q.  Could that be because of the Seroquel?  Could the
9    Seroquel somehow have helped her lose that weight?  I mean,
10   weight loss is actually listed in the label, right?
11   A.  I think that since she had been on Seroquel roughly
12   at the same dosages during that time — I don't know.  I mean,
13   she's actually taking less Seroquel from — you know, it looks
14   like at some point in the middle of 2005 or early 2005, she
15   started taking less Seroquel and her weight went down.  She —
16   in March, she reported that she thought she'd gotten some EPS
17   with the Seroquel, so she went off of it, and then she claims
18   her EPS resolved and that she now is back up to 200.  So, I'm
19   not sure whether he weight loss during that period of time
20   might have been related to that.
21   And then March, she went back on it at a lower
22   dose, taking 200 instead of — I guess she was up at 600
23   previously.  Then she says she wants to increase it in May and
24   her weights go up a little bit.  Now she's taking 800 in April
25   of '05 and her weights start to creep back up.  I don't know.

228

1    I'm not sure whether there's any dose relationship, but could
2    be.
3    Q.  From this data, can you tell to a reasonable degree
4    of medical certainty?
5    A.  No.
6    Q.  I mean, you agree that just as Ms. Burns had major
7    weight fluctuations before she took Seroquel, she actually had
8    major weight fluctuations while she was on Seroquel.
9    A.  Correct.
10   Q.  What about after she stopped taking Seroquel?  Didn't
11   she also have weight fluctuations?
12   A.  Yes.
13   Q.  If we look in the year 2006, for January 19th, 2006,
14   she weighed 186 pounds, right?
15   A.  Yes.
16   Q.  And then August 10th of 2006, she's way down to
17   164 pounds, right?
18   A.  Yep.
19   Q.  And then December 27th, 2006, she's back up to 178
20   pounds, right?
21   A.  Correct.
22   Q.  So, she gained — from August of '06 to December of
23   '06, she gained 14 pounds, right?
24   A.  Correct.
25   Q.  What was the cause of that?

229

1    A.  I don't know.
2    Q.  It certainly wasn't the Seroquel, right, because
3    she's off?
4    A.  Correct.
5    Q.  All right.  Then —
6    A.  What is clear though is her baseline appears to be
7    lower.
8    Q.  Well, let's keep going.  Wait.  Before we keep going,
9    are you sure about that?
10   A.  At least for that five-, six-month period.
11   Q.  All right.  But you've looked at all the medical
12   records, right?  Are you going to say her baseline is now
13   lower?
14   A.  Well, I know she gets back up to 200, but there's a
15   significant period of time where — a full year where she's
16   between 180 and 160.
17   Q.  Well, if you look at March of '07 —
18   A.  Right.
19   Q.  March 16th of '07, she's back up to 210, right?
20   A.  Yeah.  Well, she's 180 in January of '07, and that's
21   the highest weight she has for — you know, essentially, the
22   highest weight she has is 186 for a full year after she
23   stopped — the full year after she stopped Seroquel, her
24   highest weight was 186.  She got down to — as you said
25   earlier, 164.

58 (Pages 226 to 229)

**230**

1   Q. Then she goes back up to 210.

2   A. Yeah.

3   Q. Why'd she gain that weight?

4   A. I don't know.

5   Q. Again, that couldn't have had anything to do with

6   Seroquel, right?

7   A. No, no.

8   Q. All right. Now, throughout all this time, even

9   without all the weight fluctuations, even when she went down —

10   even when she went down to her lowest weight, she was always

11   obese, wasn't she?

12   A. Correct.

13   Q. All right. You talked about the drop in her weight

14   after she went off Seroquel. Now, we saw earlier, didn't we,

15   that pretty much whenever Ms. Burns attempted suicide, her

16   weight dropped precipitously, right?

17   A. In those Decembers, yeah, she — apparently at the

18   bottom of her severe depressive episodes.

19   Q. Right. What about after she went off of Seroquel and

20   she had her two suicide attempts then?

21   A. She was symptomatic then.

22   Q. She dropped weight then, too, right?

23   A. Yeah, but I don't think that she was actively

24   suicidal for a full year.

25   Q. Do you agree that Ms. Burns had many other risk

**231**

1   factors for obesity besides what you're saying is the temporal

2   relationship with Seroquel, such as poor eating habits, poor

3   diet, sedentary lifestyle, limited exercise —

4   A. Yes.

5   Q. — depression, PTSD, and other life events?

6   A. Yes.

7   Q. All right. You read Ms. Burns' deposition, haven't

8   you?

9   A. Yes.

10   Q. And when she was asked what she'd been able to do to

11   bring her weight down those times that she's been able to get

12   down significantly, what did she say?

13   A. My recollection is that she talks about, you know,

14   trying to be more active and trying to eat better.

15   Q. All right. She attributed her weight fluctuations to

16   her diet and her exercise, correct?

17   A. Correct.

18   Q. Do you have any way of ruling out the other causes of

19   weight gain for the times when Ms. Burns gained weight when she

20   was on Seroquel?

21   A. No.

22   Q. Did Dr. Billingsly ever attribute Ms. Burns' weight

23   gain to Seroquel?

24   A. I think that he charted — acknowledged that she

25   reported weight gain and he observed weight gain, but I don't

**232**

1   know that he directly attributed it to the Seroquel.

2   Q. He never did, did he? He never said in his

3   depositions —

4   A. That he thought it was from it, no.

5   Q. Now, you say in your expert report on Page 2 — you

6   say, "Janice Burns gained weight and developed diabetes

7   following the use of Seroquel. In my opinion, Seroquel played

8   a significant role in the development of diabetes."

9   Is it your testimony that prior to Ms. Burns'

10   use of Seroquel, that she never had glucose readings in excess

11   of 126?

12   A. No.

13   Q. You know that she did, right?

14   A. Correct.

15   Q. Well, let me ask you this: This is going to sound

16   like kind of a silly question, but looking at your opinion that

17   Seroquel played a significant role in the development of

18   diabetes, would that opinion be the same if Ms. Burns had

19   diabetes before she ever took Seroquel?

20   A. No. I mean, she — but she had — no.

21   Q. It couldn't be, right? And that's just logically

22   silly, right?

23   A. Right.

24   Q. I mean, if she had diabetes before she took Seroquel,

25   it wasn't the Seroquel that caused her diabetes. Fair?

**233**

1   A. Correct.

2   Q. Let's talk a little bit about her glucose readings

3   before she ever started Seroquel.

4   MR. McCONNELL: Can we look at folder 44,

5   please?

6   (Perry Exhibit No. 29 marked.)

7   Q. (BY MR. McCONNELL) Doctor, Exhibit 29, these are

8   medical records for Ms. Burns. They're from Bay Medical Center

9   and they're dated April 25th of 1994, correct?

10   A. Correct.

11   Q. And if you look at the next-to-last page, there's a

12   chemistry profile. It says "Discharge Cumulative Trend Report"

13   from April 16th, 1994, to April 21st, 1994. You see that?

14   A. Yes.

15   Q. So, it looks like she was taking a lot of blood tests

16   during this period, right?

17   A. Correct.

18   Q. Why would that be? Do you have an opinion?

19   A. They were probably trying to do some sort of

20   evaluation.

21   Q. Okay. Now, if you look at her glucose result from

22   April 21, the time of the blood draw is 08:00, right?

23   A. Correct.

24   Q. Is that suggestive to you of fasting?

25   MR. FIBICH: Object to form.

**234**

1    A.  You know, it could be.  I mean, it's in the morning.

2    Q.  (BY MR. McCONNELL)  Right.  And what's the glucose

3  reading for that day and that time?

4    A.  118.

5    Q.  And it says "H."  Does that mean it's high?

6    A.  Correct.

7    Q.  And I think you said earlier today that you thought

8  glucose readings over a hundred would at least get somebody's

9  attention.

10    A.  Right.

11    Q.  And you -- you know for a definition of diabetes, you

12  have two fasting readings in excess of 126, right?

13    A.  Correct.

14    Q.  Okay.  The day before, on April 20th, Ms. Burns had a

15  blood draw at 8:15 in the morning, right?

16    A.  At -- yeah, on the 20th, correct.

17    Q.  And what was her glucose reading for that day?

18    A.  144.

19    Q.  All right.  That's quite high, isn't it?

20    A.  Yes.

21    Q.  And then two days before that, on April 18th, she had

22  a blood draw at 6:55 in the morning, right?

23    A.  Correct.

24    Q.  And what was her glucose reading for that?

25    A.  148.

**236**

1  right?

2    A.  Correct.

3    Q.  It -- so, it certainly wouldn't include these glucose

4  readings from 1994, correct?

5    A.  Correct.

6    Q.  Do you know why the abstract started in 1998 and

7  didn't go back further in time?

8    A.  No.

9    Q.  Did you instruct the plaintiffs' lawyers or the nurse

10  to not go back before 1998?

11    A.  No.

12    Q.  I mean, is there any valid reason that you can think

13  of why you wouldn't go back before 1998 if you want to get a

14  real sense of Ms. Burns' medical history?

15        MR. FIBICH:  Object to form.

16    A.  No.

17    Q.  (BY MR. McCONNELL)  All right.  The reading that you

18  referenced that is in the abstract on May 28th, 1998, a glucose

19  reading of 157, Doctor, isn't it true even if that were not a

20  fasting draw, that is suggestive of some sort of glucose issue?

21    A.  Exactly.

22    Q.  And then if you look at, let's see, August 2000 --

23  and this is in the abstract -- there's a glucose reading of

24  134, correct?

25    A.  Correct.

**235**

1    Q.  All right.  If she has two readings in excess of 126

2  and they're fasting, she's got diabetes, doesn't she?

3        MR. FIBICH:  Object to form.

4    Q.  (BY MR. McCONNELL)  And this is in 1994.

5    A.  Correct.

6    Q.  All right.  And the day before, on April 17th, she

7  had a glucose reading of 133, correct?

8    A.  Correct.

9    Q.  Are these glucose readings in the medical abstract

10  that Ms. Grainger provided to you?

11    A.  I'm not sure.  I know that there were a number of

12  elevated glucoses that were present before she took Seroquel.

13  There's one in 1998 that was 157; 113 in '98; 134 in 2000, for

14  example; 127 in 2000.

15    Q.  Yeah.  Those are all pretty high, aren't they?

16    A.  Correct.

17        MR. FIBICH:  Let's take a short break when you

18  get a chance, whenever you --

19        MR. McCONNELL:  Yeah.

20        MR. FIBICH:  -- get to a stopping point.

21        MR. McCONNELL:  I'm just -- five more minutes

22  and I'll --

23        MR. FIBICH:  Finish up.

24    Q.  (BY MR. McCONNELL)  Doctor, I note that the abstract

25  that was prepared for you commences January of 1998; is that

**237**

1    Q.  So, that's over the 126 figure, correct?

2    A.  Correct.

3    Q.  Do you know whether or not that was a fasting draw?

4    A.  I don't.

5        MR. McCONNELL:  Can we get a look at Folder 48,

6  please?

7        (Perry Exhibit No. 30 marked.)

8    Q.  (BY MR. McCONNELL)  Is this a report that you've seen

9  before?

10    A.  It's in the records.

11    Q.  And what time was this blood draw?

12    A.  7:30 in the morning.

13    Q.  Okay.  Look at the -- below that, to the left, does

14  it list what the fasting hours are?

15    A.  Says nine.

16    Q.  Nine hours fasting, right?  So, that's a real fasting

17  draw, isn't it?

18    A.  Yep.

19    Q.  And it's a reading of 134?

20    A.  Correct.

21        MR. McCONNELL:  And can we get Folder 49?

22    Q.  (BY MR. McCONNELL)  And you can look at the abstract

23  while we round this up, but there's a reference to December 26,

24  2000.  Do you see a glucose reading of 127?

25    A.  Yep.

238

1      (Perry Exhibit No. 31 marked.)
2      Q.  (BY MR. McCONNELL)  Do you see the glucose reading of
3  127 at the top of this lab result?
4      A.  Yes, sir.
5      Q.  And if you look at the top left for the time of the
6  specimen draw, what time is it?
7      A.  It's 6:30 in the morning.
8      Q.  Right.  Wouldn't that suggest to you likely a fasting
9  draw?
10     MR. FIBICH:  Object to form.
11     A.  Certainly.
12     Q.  (BY MR. McCONNELL)  Isn't it true that if you look
13  through the medical records of Ms. Burns and go back as far as
14  1994, you will find at least nine separate glucose readings
15  that appear to be fasting and they're in excess of 126?
16     MR. FIBICH:  Object to form.
17     A.  I can't -- you know, if that's the count.  I
18  certainly was aware that she had lots of abnormal glucose
19  values before she took Seroquel.
20     MR. McCONNELL:  Can we get Folder 50?
21     (Perry Exhibit No. 32 marked.)
22     Q.  (BY MR. McCONNELL)  Doctor, you know that Dr. Green
23  was one of Ms. Burns' treating physicians?
24     A.  Yes.
25     Q.  And this is a progress note dated April 2nd -- I'm

239

1  sorry -- August 2nd, 2000, for Ms. Burns, correct?
2      A.  Correct.
3      Q.  And do you see where he says -- this is Dr. Green
4  writing this, in the third sentence -- "If I understand her
5  correctly, she also states she has had a new onset of diabetes
6  recently."  Do you see that?
7      A.  Yes.
8      Q.  He's quoting Ms. Burns.
9      A.  Correct.
10     Q.  Who was a nurse.
11     A.  Correct.
12     Q.  All right.  Do you have any reason to doubt
13  Ms. Burns?
14     MR. FIBICH:  Object to form.
15     A.  No.  I mean, I don't doubt that she said that to him.
16     Q.  (BY MR. McCONNELL)  Do you have any reason to --
17  especially based on the glucose readings that we just saw, do
18  you have any reason to doubt that that's an accurate statement?
19     A.  That she thought that she had a new onset of
20  diabetes?
21     Q.  No, that she had new onset of diabetes, the fact that
22  she had diabetes.
23     A.  You know, I think -- you know, this sort of sits as
24  it is.  I don't know what to say about it.  I think that her --
25  from what I could see, her other internal medicine folks hadn't

240

1  given her that diagnosis.  But, you know, if she had
2  self-diagnosed it, she thought she had diabetes.  I -- I don't
3  know what else to say.
4      Q.  Well, let me just -- let me change the question.
5      Based on the glucose numbers that you saw, is
6  there any basis for you to say that is an incorrect statement
7  by Ms. Burns, that she had new onset of diabetes?
8      MR. FIBICH:  Object to form.
9      A.  Well, I certainly think that she had all the
10  prediabetic indicators and -- but I -- you know, aside from
11  what she says here, I didn't see anything in the record in 2000
12  that said she had the diagnosis of diabetes mellitus.
13     Q.  (BY MR. McCONNELL)  She said it again just a weeks
14  later to Dr. Green, didn't she, that she reported that she had
15  pain, diabetes, and overall psychological issues?
16     MR. FIBICH:  Are you reading from the same
17  document?
18     MR. McCONNELL:  No.  It's another document.
19     Q.  (BY MR. McCONNELL)  I'll put the document in front of
20  you.
21     (Perry Exhibit No. 33 marked.)
22     Q.  (BY MR. McCONNELL)  And, Doctor, this is another
23  medical record from Dr. Green, correct?
24     A.  Correct.
25     Q.  It's dated August 25th, 2000, so it's about three

241

1  weeks after the progress note we just look at, right?
2      A.  Correct.
3      Q.  And Ms. Burns says, "Out of nowhere, patient" --
4  well, the doctor writes "Out of nowhere, patient," being
5  Ms. Burns, "stated she has assigned power of attorney over to
6  her daughter 'just in case something happened to me.'  When
7  asked if she implied she might be suicidal, she said, 'No.
8  It's just I don't want my son getting involved in anything and
9  to protect my daughter from him.'  Other reported reasons were
10  associated with her pain, diabetes, and overall psychological
11  well-being," right?
12     A.  Correct.
13     Q.  You've read this medical record before today, right?
14     A.  I did.
15     Q.  I mean, did you go -- after reading these documents,
16  did you go through the medical records for Ms. Burns to see if
17  this was true or not, that she had diabetes before she ever
18  took Seroquel?
19     A.  I looked at her -- you know, the Axis 3 labels that
20  were given to her and looked at her other medical records and I
21  did not see that she had been given by a physician the
22  diagnosis of diabetes.
23     Q.  But you certainly saw the glucose readings, right?
24     A.  Absolutely, and I knew that she had all the risk
25  factors and all the prediabetic indicators.

242

1      Q.  Well — and we've been talking a little bit about the
2   timeline that was provided by the plaintiffs' nurse.  You know,
3   don't you, in this case that Ms. Burns herself prepared
4   timelines?
5      A.  I don't know that.
6      Q.  Had you ever seen any timelines in this case that
7   Ms. Burns prepared?
8      A.  From her?
9      Q.  Yeah.
10      A.  I don't think so.
11      Q.  Okay.
12          (Perry Exhibit No. 34 marked.)
13      Q.  (BY MR. McCONNELL)  Doctor, you ever seen this
14   document before?
15      A.  It looks familiar.  I mean, I can't — but I don't —
16   it doesn't — I don't know exactly where.
17      Q.  I'll represent to you this is a document Ms. Burns
18   herself prepared.  I think it may have been put into her
19   medical history, so I think it's something you should have seen
20   in reviewing her medical records.  You can check that.
21      A.  Do you know which — where it was?  Was it in her
22   psychiatric records?
23      Q.  Well, if you look at the bottom left, it says "J.
24   Burns, The Family Clinic."  I don't know if that would tell
25   you, but —

243

1      A.  I guess I can go back and look —
2      Q.  Yeah.
3      A.  — but I don't — yeah.
4      Q.  If you go back and look and you don't find it,
5   tomorrow, just tell us.
6      A.  Okay.
7      Q.  But if you look at the reference near the bottom,
8   about eight lines up or so, it says "2000, elevated fasting
9   blood sugar and ketones in urine, Accu-Cheks 120 to 190,
10   confirmed by lab on multiple occasions."
11      A.  Right.
12      Q.  See that?
13      A.  And that's consistent with what's in here.
14      Q.  And it's true, isn't it, that if you have elevated
15   fasting blood sugar and you're in the range of 120 to 190 on
16   multiple occasions, that gives rise to a diagnosis of diabetes?
17      A.  Well, not being an endocrinologist and knowing the
18   specific criterion, I certainly know that this is abnormal,
19   this is consistent with prediabetic situation.  I don't know
20   that that's, you know, the threshold for giving the diagnosis
21   of diabetes mellitus.
22      Q.  I mean, do you — as you sit here, do you have your
23   understanding as to what does permit a diagnosis of diabetes?
24      A.  You know, I think that there is, you know, a
25   recollection about a certain values and certain scores on a

244

1   glucose tolerance test and certain fasting blood levels that
2   are present, and that's it.
3      Q.  Do you know whether or not Ms. Burns understood what
4   the factors were to support a diagnosis of diabetes?
5      A.  I don't know.
6      Q.  Okay.
7          (Perry Exhibit No. 35 marked.)
8      Q.  (BY MR. McCONNELL)  Doctor, this is another timeline
9   prepared by Ms. Burns — actually, looks kind of similar to the
10   other one, but it's not exactly the same.
11          MR. FIBICH:  Let me ask you a question because
12   you're holding these out as prepared by her.  Did she so
13   testify at her deposition?  I mean, what's your basis for
14   saying she prepared them?
15          MR. McCONNELL:  I think — let me get back to
16   you.  I think the answer is yes, but I want to be sure about
17   that.  I don't remember.  We do have information that was
18   prepared by her, I don't know if she said it or the doctor said
19   it or both.
20      Q.  (BY MR. McCONNELL)  If you look at this, do you see a
21   similar entry near the bottom, 2000, says "Elevated blood
22   sugar" — and now says "ketenes" — "in urine.  Accu-Cheks 120
23   to 190, confirmed by lab on multiple occasions."
24          Do you see that?
25      A.  Correct.

245

1      Q.  I've got one more document before the break —
2      A.  I also see that in 2000 — she actually specifically
3   articulates diabetes in 2003, so apparently she does know the
4   difference or is making some distinction between the diagnosis
5   and those lab values.
6      Q.  All right.
7          MR. McCONNELL:  Would you get the next one,
8   which is Folder 2?
9          MS. CATES:  It's already been marked.
10          MR. McCONNELL:  Oh, it has?  What exhibit number
11   is it, do you know?  Is this the Social Security Disability
12   physical?
13          MS. CATES:  It's 25.
14      A.  25.
15      Q.  (BY MR. McCONNELL)  Exhibit 25?  Thank you.
16          You see Exhibit 25, Doctor, which is the
17   disability physical done for the disability determination for
18   Ms. Burns?
19      A.  Yes.
20      Q.  And this makes reference to her application for
21   disability because of psychiatric problems.  She claims PTSD,
22   correct?
23      A.  Correct.
24      Q.  And she talks about her December 2000 suicide attempt
25   where she tried to cut her right wrist with a scalpel; is that

## 246

1 right?

2   A. Correct.

3   Q. Okay. If you look at the next page, under review of

4 systems, for diabetes — there's an entry for diabetes, isn't

5 there?

6   A. Sure. That's — right.

7   Q. And it says "In 2000, her fasting blood sugars" —

8 that's F — "FBS" is what it says, right?

9   A. Right.

10   Q. — "her FBS ranged from 120 to 190. She's presently

11 on no diet or medications for that and does not check her

12 sugars." Do you see that?

13   A. Yes. Do you know how these are generated?

14   Q. The Social Security determinations?

15   A. Right.

16   Q. I assume based on what she said.

17   A. Right. Well, they're — they have a review of

18 systems. There's a whole bunch of things where — just because

19 they have a heading called "Diabetes," I'm not sure that that

20 means that they're giving her that designation.

21   Q. Do you know for sure?

22   A. No, but I — you know, it's —

23   Q. Do you have any reason to believe that Ms. Burns was

24 inaccurate in her reports of her fasting blood sugar

25 measurements?

## 247

1      MR. FIBICH: Object to form.

2   A. No, no.

3   Q. (BY MR. McCONNELL) Okay. Any reason to believe she

4 gave any inaccurate information to her doctors?

5      MR. FIBICH: Object to form.

6   A. No.

7   Q. (BY MR. McCONNELL) I mean, you're not in a position

8 to say for certain self-reports, you believe those, but you

9 don't believe others, are you?

10   A. No. I — I am making the point, however, that this

11 is highly likely generated from a template form where these

12 headings are preexisting —

13   Q. Right.

14   A. — and where people just fill in relevant information

15 related to diabetes as opposed to saying that she has

16 diabetes —

17   Q. Right.

18   A. — or that she has — you know, they have a column

19 for joints. If she had heart disease, they'd have a heart

20 disease column.

21   Q. Right. There's a heading that says "Diabetes." And

22 if she didn't have diabetes, it could just have said "Not

23 Applicable."

24   A. Right. And she gave them information that was

25 relevant to diabetes, but she didn't say, "I have diabetes

## 248

1 mellitus."

2   Q. Right. But she said she had multiple fasting blood

3 sugars in excess of 120.

4   A. Right, which is exactly what we've been talking

5 about.

6      MR. McCONNELL: Take a break now?

7      MR. FIBICH: Please.

8      (Recess from 3:08 p.m. to 3:16 p.m.)

9   Q. (BY MR. McCONNELL) Doctor, I'm going to try to clean

10 the record up. I had asked you this question, but inartfully

11 apparently: If Ms. Burns had diabetes before she ever took

12 Seroquel, then logically it is not possible to say that her

13 Seroquel caused her diabetes, correct?

14      MR. FIBICH: Objection. Asked and answered.

15   A. Correct.

16   Q. (BY MR. McCONNELL) All right. As a doctor and now

17 having seen the medical records for Ms. Burns, isn't it true as

18 you sit here today you can't say for sure that she didn't have

19 diabetes before she ever took Seroquel?

20   A. Well, I can say that she certainly had prediabetic —

21 you know, all the prediabetic elements present before she took

22 Seroquel.

23   Q. And — okay. But she might have had diabetes.

24   A. You know, from my reading of the record, it looks

25 like other physicians who know about diabetes saw her during

## 249

1 that time and didn't give her that diagnosis, so — you know,

2 and I'm — again, at times when she was in the care of

3 physicians who had access to that same information, she wasn't

4 given that diagnosis, so I'm not in a position to say that

5 they're wrong.

6   Q. Well, let me rephrase it a little bit.

7      Can you say today, sitting here, to a reasonable

8 degree of medical certainty that Ms. Burns did not have

9 diabetes before she took Seroquel?

10   A. I can say within a reasonable degree of medical

11 certainty that she had not been given a diagnosis by a

12 physician before she took Seroquel.

13   Q. I'll take that, but I'll also take the answer to my

14 question.

15   A. No.

16   Q. You can't say it?

17   A. No. I mean, I — you know, I can't fly back in time

18 and do the tests and make the determination.

19   Q. In your report on Ms. Burns on Page 2, the middle of

20 the third paragraph —

21      (Sotto voce discussion.)

22   Q. (BY MR. McCONNELL) I'm sorry. It's Page 3,

23 Paragraph 3.

24   A. Okay.

25   Q. You said, "At the time of initial prescribing of

250

1  Seroquel, Ms. Burns' psychiatrist was unaware of the
2  relationship between Seroquel and either weight gain or
3  diabetes." Do you see that?
4  A. Yes.
5  Q. What do you base that on?
6  A. I base it upon what I presume was his ability to have
7  access to the information about those relationships based upon,
8  you know, the labeling and the available data.
9  Q. Well, you know that Dr. Billingsly testified in his
10  deposition that he was aware of the relationship between
11  antipsychotics and weight gain —
12  A. Correct.
13  Q. — when he first prescribed Seroquel, correct?
14  A. Correct.
15  Q. And, in fact, Dr. Billingsly even warned Ms. Burns
16  about weight gain when he prescribed Seroquel to her.
17  A. I know he said that, yeah.
18  Q. And he also said she already had abnormal blood
19  sugars and high enough to be diagnosed as having diabetes prior
20  to that. He said that, didn't he?
21  A. He said that.
22  Q. So, going back to the question I was asking you
23  before about what her physician's saying, didn't
24  Dr. Billingsly, in fact, say that she may have had diabetes
25  before she ever took Seroquel?

251

1  A. He said that in deposition. He didn't chart that in
2  his records.
3  Q. Do you disbelieve Dr. Billingsly in his deposition
4  testimony under oath?
5  A. No. I — but I know that if he really felt that she
6  had diabetes, he probably would have charted that in his
7  records.
8  Q. Well, he — Dr. Billingsly says — now, under oath,
9  he's saying that she already had abnormal blood sugars, high
10  enough to be diagnosed as having diabetes, before she ever took
11  Seroquel.
12  A. And I don't doubt that he said that.
13  Q. Do you disagree with him?
14  A. No. I mean, I don't have any way to disagree with
15  his opinion on that.
16  Q. Okay. And Dr. Billingsly testified he knew that
17  weight gain can lead to glucose disregulation, didn't he?
18  A. Yes.
19  Q. And he said he took that into account when making
20  prescribing decisions.
21  A. He did say that.
22  Q. Are you aware that Dr. Billingsly testified he
23  received the dear health care provider letters sent out by
24  AstraZeneca that warned of diabetes risk?
25  A. Yes.

252

1  Q. And isn't it true also that Dr. Billingsly testified
2  that he had read the ADA consensus statement released in early
3  2004?
4  A. Correct, yes.
5  Q. And he said he knew of the risks and continued to
6  prescribe Seroquel for Ms. Burns because she was receiving
7  benefit.
8  A. Correct.
9  Q. So, even after there was the — the warning in the
10  label of diabetes, Dr. Billingsly still thought — even with
11  that, given the benefit that Ms. Burns was getting from this,
12  it was still sensible to prescribe this for her.
13  A. Correct. That's his opinion.
14  Q. Do you disagree with his opinion?
15  A. I would not have done that, but he did.
16  Q. You would have taken her off the Seroquel?
17  A. I would have tried to find another agent that
18  wouldn't have the same impact on weight, blood sugar, and would
19  try to address the symptoms.
20  Q. And, in fact, after — Dr. Billingsly tried to do
21  that and wasn't able to succeed, right?
22  A. Correct.
23  Q. I mean, it may be that for some people like
24  Ms. Burns, Seroquel is the best drug for her.
25     MR. FIBICH: Object to form.

253

1  A. That may be.
2  Q. (BY MR. McCONNELL) Wouldn't you agree — and this is
3  not entirely abstract. You're somebody who deals with extreme
4  cases, right?
5  A. Right.
6  Q. Aren't there going to be some people out there that
7  even diabetes, as bad as it is, diabetes is not as bad as some
8  of the mental infirmities that they're dealing with.
9     MR. FIBICH: Object to form.
10  A. I would imagine in some cases that's so, yeah.
11  Q. (BY MR. McCONNELL) I mean, if the choice is between
12  diabetes, which is manageable, and suicide attempts, it might
13  actually make sense to risk the diabetes.
14  A. Well, if that was the only drug out of all of the
15  potential medications that were out there, I could say that,
16  but I think that even though he — many of the medications that
17  are available were tried, I'm not sure that there was a
18  completely exhaustive clinical trial with all the potential
19  medications that could have worked with her.
20  Q. You're certainly not saying that Dr. Billingsly
21  committed malpractice by continuing to prescribe the Seroquel
22  after 2004, are you?
23  A. No.
24  Q. Now, Ms. Burns has other risk factors for diabetes,
25  correct?

64 (Pages 250 to 253)

254

1    A.  Correct.
2    Q.  Obesity is a risk factor?
3    A.  Yes.
4    Q.  Not just obesity, but central adiposity is a
5    particularly strong risk factor for diabetes.
6    A.  Correct.
7    Q.  And she had that, right?
8    A.  I'm assuming that she had that, that's — people — I
9    haven't seen her, but —
10   Q.  She also had high blood pressure?
11   A.  Yes.
12   Q.  Which is a risk factor for diabetes, isn't it?
13   A.  Correct.
14   Q.  High cholesterol and triglycerides, which are also
15   risk factors?
16   A.  Correct.
17   Q.  Can age be a risk factor for diabetes?
18   A.  Yes.
19   Q.  In what sense?
20   A.  The older you get, the higher the risk.
21   Q.  Okay.  And was Ms. Burns' age a risk factor for
22   diabetes?
23   A.  I think she might have crossed over a threshold
24   where it becomes a risk factor.  I think — what is it, 45
25   or — so — I'm not sure what that age was at that time.  I

255

1    suppose we can figure it out.
2    Q.  And we've also seen that she took a variety of
3    medications that have been linked with hyperglycemia, correct?
4    A.  Correct.
5    Q.  Now, Ms. Burns is about 5 feet 7 inches tall,
6    correct?
7    A.  I didn't memorize that, but I trust you.
8    Q.  Okay.  Now, we did look at her last weight — that we
9    have from the medical records anyway — prior to starting
10   Seroquel, and that was that March 2001 record showing a weight
11   of 197, correct?
12   A.  Correct.
13   Q.  So, before she takes Seroquel, she's 5-feet-7, weighs
14   197 — and Mr. Fibich can challenge my math on this again, but
15   we calculate that as a BMI of about 30.85.  Seem about right?
16   A.  Yes.
17   Q.  Let's say 30.  That would be obese, right?
18   A.  Correct.
19   Q.  And Ms. Burns had a long history of obesity, didn't
20   she?
21   A.  Yes, she did.
22   Q.  In 1994, she weighed 198.  So, she was obese then,
23   correct?
24   A.  Correct.
25   Q.  And do you recall Ms. Burns in her deposition

256

1    describing her body shape as being that of a certain fruit?
2    A.  I don't.  I don't remember.
3    Q.  All right.  It wasn't — she said she was not
4    pear-shaped.  Do you recall what shape she said she was?
5    A.  No.
6    A.  She said she was apple-shaped.
7    A.  Apple-shaped, right.  That's what it was.
8    Q.  And do you agree that obese people with an
9    apple-shaped body type are more likely to develop diabetes?
10   A.  Yes, that's correct.
11   Q.  And do you agree that Ms. Burns was obese at least
12   eight years before taking Seroquel?
13   A.  Yes.
14   Q.  I think we said this before.  She does have
15   hypertension, correct?
16   A.  Correct.
17   Q.  And she had hypertension at least nine years before
18   being diagnosed with diabetes?
19   A.  I'm not sure it was nine years, but many years
20   before.
21   Q.  Okay.  And she has high cholesterol, correct?
22   A.  Correct.
23   Q.  In fact, I don't know if it's in the abstract, but —
24   are cholesterol measurements in the abstract that Ms. Grainger
25   did for you?

257

1    A.  Sometimes, yep.
2    Q.  Well, if you look in the abstract, there is a
3    reference to February 19th, 1998, 211-and-a-half pounds; and it
4    says blood test was remarkable for high cholesterol and high
5    triglycerides, right?
6    A.  Yeah.
7    Q.  So, that was noted by Ms. Grainger.
8    A.  Correct.
9    Q.  I want Ms. Grainger to read this transcript and
10   realize I've said very nice things about her and her abstract.
11   All right.  So, this was several years before
12   Ms. Burns ever took Seroquel, correct?
13   A.  Correct.
14   Q.  All right.  Ms. Burns was born November 5th, 1953.
15   That seem right to you?
16   A.  Correct.
17   Q.  Okay.  We were talking about the age —
18   A.  Couple years older than I am, yeah.
19   Q.  Right.  So, that would place her — in 1998, that
20   would make her 45.  So, she would be at that risk factor,
21   correct?
22   A.  She would be, correct.
23   Q.  Okay.  I will just very quickly go through this list.
24   Given that Ms. Burns took Prozac, Elavil, Remeron, Sinequan,
25   Zyprexa, Wellbutrin, Celexa, lithium, prednisone — those are

258

1  all drugs that have been associated with glucose disregulation,
2  correct?
3     A.  Correct.
4     Q.  Were you able to rule out all these alternative
5  causes — risk factors for diabetes for Ms. Burns; namely, the
6  obesity, the central adiposity, hypertension, high cholesterol,
7  high triglycerides, and age?
8     A.  Rule them out?
9     Q.  Right.
10    A.  No.
11    Q.  All right. Were you able — similar question as with
12  Ms. Curley. I'll try to get through this fast. Were you able
13  to quantify the extent to which they elevated Ms. Burns' risk
14  for diabetes?
15    A.  No.
16    Q.  Do you agree that any one of those factors that we
17  just listed that Ms. Burns had could have caused diabetes on
18  its own?
19    A.  Yes.
20    Q.  You haven't gone through the model, the risk model
21  for diabetes, and quantified the extent to which these together
22  would have increased her risk of diabetes, have you?
23    A.  No, I have not.
24    Q.  Would you agree, putting aside Seroquel, that given
25  Ms. Burns' obesity, central adiposity, hypertension, high

259

1  cholesterol, high triglycerides, and age, as well as use of
2  other medications that can raise glucose levels, that all of
3  those together dramatically increased her risk of diabetes?
4     A.  Yes.
5     Q.  Can you say for certain that Ms. Burns would not have
6  gotten diabetes if she had not taken Seroquel?
7     A.  No.
8     Q.  Is there any scientific methodology that would permit
9  you to say when she would have gotten diabetes if she had not
10  taken Seroquel?
11    A.  No.
12    Q.  Again, in your report, just as with Ms. Curley, you
13  made some references to the practices of AstraZeneca related to
14  the aggressive marketing and selective inadequate disclosure of
15  the known risks of Seroquel and you say that contributed to
16  Janice Burns developing diabetes, right?
17    A.  Yes.
18    Q.  We talked before about the weight neutral piece. Are
19  there other particular marketing pieces that you have in mind
20  when you say that?
21    A.  Well, the — no, not really. I mean, it's the way
22  it's presented as weight neutral and — I think that's it.
23    Q.  Now, Dr. Billingsly was asked questions about the
24  extent to which he relied on sales reps to make prescribing
25  decisions, right?

260

1     A.  Correct.
2     Q.  First of all, didn't Dr. Billingsly testify under
3  oath that the sales reps from AstraZeneca talked to him only
4  about on-label uses of Seroquel?
5     A.  Yes, he did.
6     Q.  Do you have any reason to doubt his veracity?
7     A.  No.
8     Q.  Dr. Billingsly also said that his decision to
9  prescribe Seroquel was not influenced by AstraZeneca's
10  marketing, didn't he?
11    A.  That's what he said, yes.
12    Q.  Do you have any reason to disbelieve him?
13    A.  No.
14    Q.  Did Dr. Billingsly ever see the weight neutral claim?
15    A.  I can't say. I don't know.
16    Q.  Okay. Now, I want to end with the prognosis issue.
17  And you say that Seroquel was a causative factor in the
18  development of diabetes in Janice Burns, a disease that will
19  likely result in significant complications and increased
20  medical care and expense. What significant complications are
21  you referring to for Ms. Burns?
22    A.  They're very similar to, you know, the typical
23  complications of poorly-managed diabetes; circulation problems,
24  diabetic retinopathy, potential renal problems, you know,
25  cardiac risks.

261

1     Q.  Can you say for certainty today that she'll
2  experience cardiac problems as a result of diabetes?
3     A.  No.
4     Q.  Can you say for certainty as you sit here today that
5  she'll experience renal problems?
6     A.  No.
7     Q.  Can you say for certain she'll experience circulatory
8  problems?
9     A.  No.
10    Q.  Dr. Randles is also one of Ms. Burns' doctors, isn't
11  he?
12    A.  Correct.
13    Q.  He testified, didn't he, that some diabetes can be
14  treated by diet and exercise alone?
15    A.  Yes.
16    Q.  Is he right about that?
17    A.  Yes.
18    Q.  So, not all diabetics need to be on medication?
19    A.  Correct.
20    Q.  Does Ms. Burns take any medication to control her
21  diabetes?
22    A.  I think she was taking an antiglycemic.
23    Q.  Do you know whether she's taking metformin?
24    A.  It's — I'd have to check, but I knew she was taking
25  something.

66 (Pages 258 to 261)

262

1    Q.  Do you know what Cymbalta is?
2    A.  Cymbalta is a psychostimulant.
3    Q.  Do you know why she's taking Cymbalta?
4    A.  No.
5    Q.  Okay.  Has the metformin been effective for
6  Ms. Burns?  Is her glucose under control as a result of taking
7  metformin?
8    A.  My understanding is it's under pretty good control.
9    Q.  Have you looked at Ms. Burns' most recent lab
10  reports?
11    A.  If they were in the records, I looked at them, but I
12  it wasn't a focus of what I was looking at.
13    Q.  If you look at the abstract that Ms. Grainger very
14  helpfully prepared, Page 44 --
15    A.  Yeah.
16    Q.  -- there's an entry for June 15th, 2007.  Do you see
17  that?
18    A.  Yeah.
19    Q.  And her blood glucose is 95, correct?
20    A.  That's correct.
21    Q.  That's pretty good, isn't it?
22    A.  Yeah.
23    Q.  And her A1C is 6.0, which is the also good, isn't it?
24    A.  It's good, yeah.  It's getting -- it's right on the
25  edge there, but it's pretty good.

263

1    Q.  It's at least under control, right?
2    A.  That's correct.
3    Q.  When you talked about the complications -- the
4  significant complications, you said in your answer you were
5  talking about the typical complications of poorly-managed
6  diabetes, right?
7    A.  Yes.
8    Q.  Is there any evidence at this point that Ms. Burns'
9  diabetes is being poorly managed?
10    A.  No.
11    MR. McCONNELL:  Can I see Folder 63, please?
12    (Perry Exhibit No. 36 marked.)
13    Q.  (BY MR. McCONNELL)  Doctor, this is a medical record
14  for Ms. Burns.  It's with Dr. Laura -- looks like Yauch.  It's
15  dated January 15th, 2008.  Have you seen this document before?
16    A.  I've read Dr. Yauch's records, yeah.
17    Q.  Okay.  Now, in the bottom of the past history
18  paragraph, Dr. Yauch says, "She's also noted her sugars have
19  been in the 110 to 130 range, with her glycin hemoglobins below
20  7.  So, managed not tremendous, but managed, right?
21    A.  Correct.
22    Q.  Okay.  Earlier in this paragraph, by the way, does
23  Dr. Yauch not say, "In 2000, diagnosed with diabetes.  Also
24  placed on disability secondary to PTSD"?
25    A.  Yes, I see that.

264

1    Q.  Any reason to disbelieve what Dr. Yauch is saying
2  here?
3    A.  I'm not sure whether that's -- where that came from,
4  but -- might have been from the patient, might have been
5  from -- I -- it -- I did not see that in any of the medical
6  records I reviewed in 2000.
7    Q.  Right.  But you see it in this medical record that
8  you reviewed, right?
9    A.  Right, that she is retrospectively saying that she
10  was given that diagnosis.
11    Q.  Right.
12    A.  I'm not sure where that came from.
13    Q.  But as you sit here, you have no reason to challenge
14  what Dr. Yauch's saying?
15    A.  No.  Someone told her that or she read that
16  somewhere.
17    Q.  Well, certainly that is consistent with Ms. Burns'
18  self-report of diabetes before she ever took Seroquel, right?
19    A.  It's consistent that Ms. Burns might say that she had
20  diabetes in 2000 to another clinician.
21    Q.  There are times, are there not, when -- in the recent
22  years, when Ms. Burns has occasionally taken a lower dose of
23  metformin than she's supposed to?  Do you recall reading that
24  in the medical records?
25    A.  Honestly, I may have read that.  I don't -- I don't

265

1  remember that.
2    Q.  To a certain degree, the prognosis for Ms. Burns is
3  based upon a certain degree of compliance, correct?
4    A.  On her behavior, correct.
5    MR. McCONNELL:  Folder 64.
6    (Perry Exhibit No. 37 marked.)
7    Q.  (BY MR. McCONNELL)  Doctor, this is another medical
8  record for Ms. Burns.  It's more recent.  It's May 2nd, 2008,
9  from The Brain and Spine Center.  The doctor appears to be
10  Dr. Elzawahry.  Have you seen this medical record before?
11    A.  If it was in the records that they were sent, you
12  know, I did, when it came in, initially scan it.
13    Q.  Okay.  And if you look at the second page under plan,
14  Item 8, it says "Her blood sugar is under good control."  See
15  that?
16    A.  Yes.
17    Q.  Do you agree with that statement?
18    A.  I have no reason to not agree with it.
19    Q.  Okay.  What would you tell Ms. Burns to do to avoid
20  sequelae of diabetes?
21    A.  Eat right, exercise, listen to the directions your
22  doctors give you about using your medications, and --
23    Q.  Okay.
24    A.  -- pretty much live a good, clean life.
25    Q.  Thank you.  I have -- we can all take that advice,

266

1  Doctor.  Thank you, and I have completed my questioning with
2  respect to Ms. Burns.  I don't know if Mr. Brock has a few
3  things to end the day with.
4       MR. BROCK:  You want me to do 25 minutes and
5  then break or do you want to go ahead and --
6       MR. FIBICH:  It's your choice.
7       THE WITNESS:  The truth is I'd like to break
8  because I have a --
9       THE REPORTER:  Is this off the record?
10      MR. BROCK:  Yes, off the record.
11      (Deposition recessed at 3:38 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

267

1            CHANGES AND SIGNATURE
2  PAGE  LINE  CHANGE       REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24      I, BRUCE D. PERRY, M.D., Ph.D., have read the
25 foregoing deposition and hereby affix my signature that same is

268

1  true and correct, except as noted above.
2
3            BRUCE D. PERRY, M.D., Ph.D.
4
5  THE STATE OF _____)
6  COUNTY OF  _____)
7       Before me, _____, on this day
8  personally appeared BRUCE D. PERRY, M.D., Ph.D., known to me
9  (or proved to me under oath or through _____) to
10 be the person whose name is subscribed to the foregoing
11 instrument and acknowledged to me that they executed the same
12 for the purposes and consideration therein expressed.
13      Given under my hand and seal of office this _____ day
14 of _____, _____.
15
16
17            _____.
18      NOTARY PUBLIC IN AND FOR
19      THE STATE OF _____
20
21
22
23
24
25

269

1  STATE OF TEXAS
   COUNTY OF HARRIS
2
3       I, the undersigned certified shorthand reporter
   in and for the State of Texas, certify that the facts stated in
   the foregoing pages are true and correct.
4
5       I further certify that I am neither attorney or
   counsel for, nor related to or employed by, any of the parties
6  to the action in which this deposition is taken and, further,
   that I am not a relative or employee of any counsel employed by
7  the parties hereto, or financially interested in the action.
        The amount of time used by each party at the
8  deposition is as follows:
9       STEPHEN J. McCONNELL, ESQ. - 5:35
10      SUBSCRIBED AND SWORN TO under my hand and seal
   of office on this the _____ day of _____, 2008.
11
12
13
14            _____
              SHANON M. HAIR, CSR
              Certified Shorthand Reporter
15            In and for the State of Texas
16
   Certificate No. 6513
17 Expiration Date: 12-31-09
   Firm Registration No. 03
18
19
20
21
22
23
24
25

68 (Pages 266 to 269)

**A**

Abilify 76:17,19
ability 194:18,20
  195:15 250:6
able 18:3 70:3 75:6
  98:7 123:2 152:17
  185:12 207:18
  231:10,11 252:21
  258:4,11,12
abnormal 93:9
  238:18 243:18
  250:18 251:9
above-styled 1:17
absolutely 11:19
  22:25 69:22 96:4
  226:9 241:24
abstract 16:21
  186:24 187:19
  188:1,2,14,18,19
  188:21 189:1,13
  189:16,18,20
  191:16 193:14
  212:3 213:11
  214:13,20 219:4
  220:10,14 221:10
  221:20 222:17
  223:6,25 224:17
  225:3 235:9,24
  236:6,18,23
  237:22 253:3
  256:23,24 257:2
  257:10 262:13
abstracted 17:15
  84:16 185:15
abstraction 188:8
absurd 226:13
abuse 31:7,20,21
  32:4,7 55:23
  174:7 176:2
  178:12 179:11,12
  179:14 180:6,25
  181:24
abused 28:21 92:12
  92:23 175:24
  176:1
abusive 28:25
  32:18,20 33:1
  53:6
academic 10:9

42:23 49:1
Academies 26:6
  39:4
Academy 25:21
  35:23 38:22,23
  39:9,11 41:5
  188:12
Acampo 112:8
  152:24 153:3,6
  156:22 157:21
Acampo's 153:1
accept 224:19
acceptable 111:7
accepting 124:22
  201:10
access 14:19 127:9
  249:3 250:7
accident 89:13
  214:24
accompanied 71:9
account 65:22
  220:24 251:19
accurate 18:5,16
  19:1 22:2 60:8
  88:6 98:9 99:10
  156:15 167:16
  172:23 173:14
  174:16 213:13,14
  224:19,22 239:18
accurately 162:9
accused 181:23,24
Accu-Cheks 243:9
  244:22
achieve 198:20
acknowledged
  231:24 268:11
act 28:22
acted 22:13,17
acting 182:14
  184:13
action 59:3,7,13,17
  59:21 107:11,13
  123:2,3 269:5,6
active 45:10 165:23
  211:2 231:14
actively 155:24
  230:23
activity 2:19 57:17
  106:15

actual 72:10,11
  214:1
acute 2:16 71:8,8
  94:21 168:6,7,11
ADA 126:18,21
  127:14,16 130:25
  131:5,12,16
  132:14,22 155:19
  252:2
add 124:1 129:25
addictive 200:3,5
  200:15
adding 107:14
  114:12
addition 78:21 95:8
  95:23 125:16
  138:24 181:17
additional 66:1,10
  84:7 114:13
  125:19
Additionally 210:3
address 200:3
  252:19
addressed 33:5
  107:14
addressing 97:14
adequate 108:14
adequately 37:13
adiposity 254:4
  258:6,25
adjunctive 2:18
  106:14 168:7
administer 77:3
admission 3:22
  178:5 192:19
admissions 187:3
admit 143:18 226:9
admits 144:13
  186:9
admitted 110:19
  178:4 186:1 192:4
adolescent 27:6,10
  29:18 35:18,24
  43:17,23,24 44:3
  44:5 46:3
adolescents 45:11
  68:11 69:17 73:16
  73:17
adrenaline 30:12

adrenergic 208:14
adult 3:23 45:13,18
  71:17 192:20
adults 45:19,23,24
  68:11 103:16
  147:20,23 148:1
Advances 47:5
adverse 30:24
  31:15,19,21 32:12
  32:15,22 33:6
  166:14,17,17
  167:17,20 168:2
  168:17 169:21,25
  170:16 201:4
  202:5,9,20 203:4
  203:5 204:25
  205:8
advice 265:25
affect 33:19 51:5
  87:16,24 88:12
  89:15 92:15 130:6
  159:25 174:3
  193:22,25 194:3
  196:3,4 224:8
affective 174:3
affiliated 132:4
affix 267:25
age 148:9 153:5
  254:17,21,25
  257:17 258:7
  259:1
agencies 81:7
  170:14
agency 182:12
agent 25:6 96:3
  122:2 252:17
agents 35:1,4 42:12
  79:12 94:9 95:16
  96:5 100:15 152:2
  175:1
ages 181:12
aggressive 71:10
  157:13 259:14
agitated 196:10
ago 48:4 68:8,20
  69:5,15 102:9
agree 22:24 23:5,7
  23:25 24:4,6,13
  24:15,19 25:7,11

25:14 36:20,22
  41:12 50:12,23
  53:25 81:14 87:6
  88:2,11 90:23,25
  92:19 95:13 96:20
  96:23 101:15
  103:3 104:20
  105:4,14 109:11
  109:13,13 115:18
  118:3 119:17,25
  120:16 131:5,9
  135:25 136:3,6,17
  137:21 138:2,18
  142:24 152:1,4
  153:6,20 154:3
  155:10,17,21
  164:25 165:3
  183:5,8,9 194:15
  194:23 195:8,12
  195:17 196:14
  198:24 199:20
  205:10,25 207:4
  222:6 223:16
  228:6 230:25
  253:2 256:8,11
  258:16,24 265:17
  265:18
Agreed 124:3,3
agreement 9:15
  14:22
ahead 21:24 72:17
  163:24 266:5
AIC 156:17
AKA 3:13,15
  172:14
al 1:7,7,8
Alabama 5:15
Alberta 40:8
allegation 176:2
alleged 53:23 54:2
allergy 116:16,19
Allied 9:25
allow 154:7
allowed 73:2
alluded 69:14
  73:13 218:19
Alpha 208:14
alterations 93:9
  124:11

altered 93:10
alternate 57:8
alternative 75:7
   136:12,13,16
   152:18 258:4
alternatives 210:17
alters 121:21
AMA 38:1
Ambien 197:18
   208:4
American 35:23,25
   38:7,16
Amherst 26:14
amitriptyline 203:1
   203:2,3
amount 38:14
   39:10 40:23 83:24
   108:15 216:3
   226:12 269:7
analogy 122:11
analysis 69:14
   70:23 71:22 73:3
   74:2,3,6 127:10
   127:22,24 152:1
   152:13,16 199:1
   210:19 223:11
analyzing 165:4
Anda 31:5
anger 186:13
animal 132:9
answer 16:11 21:25
   33:10 40:5 41:5
   45:18 104:13,16
   118:17 157:3
   244:16 249:13
   263:4
answered 41:4
   248:14
answers 80:22,24
antianxiety 94:9
anticipate 152:10
antidepressant
   2:18 94:8 99:7
   106:14 198:6
   203:24 204:20
antiglycemic
   261:22
antipsychotic 2:23
   3:6,8 7:19,22,22

74:7 76:8 95:9,22
   107:14 199:2
   203:19
antipsychotics 8:14
   8:15 10:10 12:24
   14:2,3,22 21:2
   23:3 24:17 42:11
   42:16,19 46:17
   67:23 69:5,19
   75:9 76:7,9,16
   79:3,11,19 95:16
   104:12,13,17
   107:16,18 136:7,9
   136:18,24 137:2
   158:22 160:4,6
   189:7,8 210:5
   250:11
Antipsychotic-In...
   63:1
anxiety 88:14,16
   90:12 94:9 174:7
   176:11,21,22
   206:18 210:4,5,8
   210:9
anybody 26:8 68:7
   117:15 166:16
anymore 185:5
   206:23 207:12
anyplace 102:22
anyway 92:10
   121:23 255:9
APA 38:3,6,10
   94:13 95:13,18
APA's 94:11,20
API 94:13
apnea 177:7
apologize 16:13
   28:8 58:14
apparently 160:17
   230:17 245:3
   248:11
appear 37:10 48:1
   131:10 177:9
   238:15
Appearances 2:2
appeared 18:10
   19:9 268:8
appears 15:17 91:8
   124:13 138:23

213:7 229:6 265:9
appendix 192:17
appetite 137:11
   179:2 202:10
apple-shaped 256:6
   256:7,9
Applicable 247:23
application 3:22
   66:24 67:8 245:20
applications 26:25
applied 26:21
   128:9
applies 56:8
apply 26:23,24
appreciate 8:4
   16:16
approached 46:9
appropriate 8:10
   22:21 39:13 72:1
   72:2,24 73:23
   74:6,7,24 94:1
   95:19 110:6 169:7
   193:5
appropriately
   137:10
approved 109:17
   164:15 165:6
   168:5 170:25
   171:8
approves 164:18
approximately
   6:21 74:20 84:8
   140:7,17
April 193:12
   216:17 218:9,15
   219:25 221:8
   223:7 224:2,13,25
   225:9,10 227:24
   233:9,13,13,22
   234:14,21 235:6
   238:25
Arch 5:9
architecture 97:14
   107:17 108:10
area 36:4 37:2
   38:25 61:1 132:7
   169:5
areas 91:2
argue 41:19

arrive 19:24
arrow 181:6
article 2:18,22 3:4
   3:7 30:23 31:3,4
   36:18,19,21,24
   62:23 63:2 65:18
   65:20 81:10 106:2
   106:5,12,13,19
   107:4,21 108:2,6
   119:10
articles 10:9 13:16
   21:9 30:8,10,21
   33:4 36:4,11,12
   37:5,5,6,10 46:2
   49:2,2,5,8,9,14,19
   49:21,24 50:3
   64:1 65:6,10
   80:14 84:25 107:6
   107:18 108:1,2,9
   119:8 127:25
   137:16 160:13,24
   160:25 161:3,5
   210:21
article's 65:8
articulated 91:24
   169:10
articulates 245:3
ascertain 18:4
   58:15
Ashby 3:15 4:17
   172:14
aside 57:17 163:22
   163:25 164:6
   200:12,14 240:10
   258:24
asked 12:23 28:6
   38:21 41:11,14
   42:14 43:16 48:6
   52:2,4,12,16 53:4
   58:10 71:22 73:5
   77:11 79:21 83:24
   115:12 116:15
   118:12,13 133:14
   153:15 159:5
   172:21 184:5
   188:14 209:24
   231:10 241:7
   248:10,14 259:23
asking 39:23 53:16

59:11 88:8 121:8
   121:11 160:22
   250:22
asks 61:1
asleep 105:2,3
aspect 41:14 189:5
aspects 34:10 189:5
assent 78:18
assess 50:22
assessment 50:14
   50:18 51:13
assessments 52:24
assign 105:23
assigned 241:5
assistant 43:6 84:14
associated 24:10
   49:7 99:25 108:18
   109:25 124:13
   128:13 137:18
   153:7 163:8 168:6
   169:3 171:1
   185:22 203:9
   204:16 216:3
   241:10 258:1
association 19:20
   38:7,17 69:6
   110:17 124:10
   125:17,25 130:14
   138:25 139:10
   141:24 206:2
assume 82:17,18
   114:5 152:5
   177:20 246:16
assuming 254:8
assumption 10:21
AstraZeneca 1:7,7
   1:8 6:12,15,16
   10:2,3 22:12
   49:12 64:11,21
   82:12 126:22
   127:7,20 131:23
   157:13 161:25
   251:24 259:13
   260:3
AstraZeneca's
   260:9
ate 143:8,16,21,22
attached 1:24 20:17
   61:11

attack 88:19
attacks 88:16
attempt 56:16
  101:23 102:4,9
  174:13 178:6
  186:20,21 187:6
  187:17,22 190:4,6
  193:8 196:23
  220:22 222:11
  245:24
attempted 101:3,8
  101:21 174:9
  190:9 230:15
attempting 135:13
attempts 101:12,15
  101:18 102:17,20
  174:15,18,19
  183:8,10 186:24
  187:8,20,24 188:3
  188:20 189:14
  190:1 191:1,8
  193:17,21,25
  194:6,8,10 211:16
  230:20 253:12
attention 19:17
  51:5 95:1 163:14
  166:18 167:2
  169:25 234:9
attorney 10:18 29:4
  241:5 269:4
attorneys 10:15,18
  10:22
attributable 125:5
attribute 231:22
attributed 205:17
  231:15 232:1
attributing 100:13
atypical 2:23 3:6
  23:2 104:12,13,16
  107:14,16,18
  136:7 137:1
  158:22 203:24
  204:20
atypicals 25:9
  79:14 119:22,22
August 54:25
  199:11 223:24
  224:2 225:2,11
  226:22 228:16,22

236:22 239:1
240:25
Australia 53:3
author 31:4 128:2
authors 65:19
  106:16
autonomic 93:7
available 37:21
  65:15 81:19 97:25
  126:9,21 127:3
  210:17 212:6,20
  213:18 250:8
  253:17
average 117:21
  135:18
averaged 147:1
avoid 136:15
  155:16 156:4
  265:19
avoiding 156:8
Avoids 176:20
awake 176:11,19
aware 35:8 61:4
  68:21 69:4 72:9
  118:12,13,19
  119:12 127:21,21
  131:20 137:16
  149:7 152:20
  154:9 158:21
  160:17 162:22
  165:11 169:9
  206:25 218:20
  238:18 250:10
  251:22
awareness 59:2
  161:24
Axert 150:24 151:2
axis 33:16 241:19
AZ 127:5 158:9
  159:11 160:2,17
  163:4
AZ's 159:17
a.m 1:18 6:2 11:7
  53:13,13 63:11,11
  86:14,14
A1C 262:23
─────────
        B
─────────
back 4:10 17:5 21:7
  89:14 107:25

115:10,17 122:19
144:21 184:6
208:4 217:7,10
222:8 226:19
227:18,21,25
228:19 229:14,19
230:1 236:7,10,13
238:13 243:1,4
244:15 249:17
250:22
background 152:14
backwards 42:25
baclofen 151:4,6
bad 111:11 123:15
  128:20 171:15
  175:17 199:16
  210:19 253:7,7
Bailey 10:23,23
  11:13,13
Bailey's 85:13
Baker-Acted
  190:15,18
balance 178:15
balancing 163:20
Ball-park 134:5
bariatric 34:7
bariatrics 34:6
basal 213:7
base 211:25 250:5,6
based 29:2 40:23
  52:24 58:15 59:1
  65:17 66:7 87:9
  87:19 89:2 103:6
  121:12,15 146:20
  148:23 152:1
  155:19 157:25
  163:3 183:10
  198:22 209:12
  214:1 239:17
  240:5 246:16
  250:7 265:3
baseline 139:8,25
  140:1,2 141:3,13
  141:20 146:8
  212:12,17 213:1
  214:19 229:6,12
baseline's 215:15
basically 13:5
  22:16 26:4 29:3

38:12 46:11 73:1
77:3,14 95:14
111:9 160:11
190:19
basis 35:22 39:22
  78:13 106:23
  108:5 110:4
  121:10 169:13
  178:4 194:21
  215:23 240:6
  244:13
bathroom 53:10
Bay 3:18,21 178:4
  192:5 233:8
Baylor 43:5,14
Beach 186:7
bear 131:10
bears 41:8 54:25
beat 192:22
beating 179:13
Beecham 112:15
beginning 39:7
  173:24 183:2
begins 107:10
behavior 75:17
  265:4
behavioral 3:18
  55:21 71:10 178:5
  192:5 211:10
behaviors 71:10,11
  75:21
belaboring 13:10
believe 16:23 17:14
  19:7 20:19 51:17
  56:21 58:19 59:6
  61:19 64:22 73:1
  85:6 86:9 87:10
  87:22 90:4 92:18
  93:24 96:8 102:23
  111:19,24 117:21
  146:19 150:9
  156:3 160:7,9
  162:1 169:23
  172:19 176:9
  188:23 195:21
  201:6 206:8
  207:13 246:23
  247:3,8,9
believed 22:12

206:20
believes 23:24
bell 97:8
beneficial 23:25
  24:7 206:21
benefit 163:20,21
  252:7,11
benefits 72:8
  164:15,19 210:16
best 45:1 72:4
  252:24
beta 178:24
better 23:2 24:16
  62:9 81:19 156:7
  162:10 170:4
  194:7 225:17
  231:14
beyond 56:21
  126:24
big 39:18 68:23
Bill 21:18
billed 83:14 84:5
Billingsly 195:1,14
  195:19 196:20
  197:18 198:13,18
  199:5,9 206:20
  208:1 209:7,24
  210:13,23 216:10
  216:22 231:22
  250:9,15,24 251:3
  251:8,16,22 252:1
  252:10,20 253:20
  259:23 260:2,8,14
Billingsly's 195:25
  198:2 199:24
  209:17 216:19
bills 178:19
biofeedback 144:22
bipolar 23:18,23
  75:16 168:6,8,11
  171:2,5
Birkett 64:14
birth 179:22,24
bit 42:8 59:14,20
  60:7 73:13 109:20
  183:16 191:22
  213:8 224:25
  227:24 233:2
  242:1 249:6

**black** 169:6 170:20
**Blizzard's** 85:14
**blocker** 178:24
   208:15
**blood** 18:22 19:1,2
   30:18 49:20 56:9
   77:3 110:12 111:4
   111:5,6,12,16,17
   111:23 112:1,3,7
   117:25 120:14
   123:21 148:10
   149:19,21 150:4
   150:10,15,17,22
   151:2,7,18,24
   156:13 157:7
   201:5 203:5 204:2
   208:16 217:22
   233:15,22 234:15
   234:22 237:11
   243:9,15 244:1,21
   246:7,24 248:2
   250:18 251:9
   252:18 254:10
   257:4 262:19
   265:14
**BMI** 125:10 133:16
   146:11 160:15,15
   161:1,2,10,10,20
   161:20 162:8,8
   255:15
**board** 26:9 29:15
   29:17,19,23 35:5
   35:7,9,9,17,18
**boards** 35:13,21
**Bob** 31:4
**body** 93:11 256:1,9
**body's** 93:8
**book** 31:3 33:4
   44:17 46:2 91:25
   92:3,9 93:14
**boring** 166:21
**born** 257:14
**borrow** 62:14
**bottom** 110:10
   187:10 201:23,24
   211:20 217:13
   227:1 230:18
   242:23 243:7
   244:21 263:17

**bought** 92:6
**bounds** 102:1
**box** 169:6 170:20
**Boy** 44:17
**boyfriend** 102:10
**boys** 28:21
**Bradford** 125:20
**brain** 4:21 59:4,16
   93:5,10 193:3
   265:9
**break** 53:10 235:17
   245:1 248:6 266:5
   266:7
**breaking** 174:17
**Brecher** 65:4
   127:25
**Brennan** 10:5
   64:14
**Brief** 166:5
**briefly** 13:5 26:11
   28:17 31:17 38:22
   93:4
**bring** 13:17 14:14
   231:11
**broad** 8:5 10:13
**broadly** 72:12
   78:22,23
**Brock** 5:13 6:16,16
   11:6 86:11 266:2
   266:4,10
**brother** 181:13
**brought** 14:11
   71:12,13 102:13
**Bruce** 1:11,15 2:3
   2:10 6:3,10
   267:24 268:3,8
**Buane** 106:17
**bullied** 182:4
**bunch** 30:14
   178:19 246:18
**bureau** 46:10
**Burns** 1:7 2:12 3:15
   3:17,18,20,21,23
   3:24 4:6,7,8,9,10
   4:12,13,14,15,16
   4:17,19,20,21
   12:12 20:14 56:24
   83:21 117:11
   172:14 173:24,25

174:9,18,22
175:11,22 176:8
177:25 178:4
179:6,7 180:25
181:17 182:7,15
182:20 183:1,15
185:10 186:1
187:7,9,20 189:22
190:3 191:9,11
192:19 193:6,17
194:1,3,9,15
195:1,7,15,20
196:1,9,21 197:10
197:19,21 198:14
199:14,25 200:22
201:1 203:12
204:13 205:5,11
206:7,9,15,23
207:14,17 208:2
208:21,25 209:3
209:18 211:5,19
214:7,16 215:5,23
216:9,21 217:8
218:9,20 219:5
220:11 223:1,6,7
225:6,12 226:11
226:19 228:6
230:15,25 231:7
231:19,22 232:6,9
232:18 233:8
234:14 236:14
238:13,23 239:1,8
239:13 240:7
241:3,5,16 242:3
242:7,17,24 244:3
244:9 245:18
246:23 248:11,17
249:8,19 250:1,15
252:6,11,24
253:24 254:21
255:5,19,25
256:11 257:12,14
257:24 258:5,13
258:17,25 259:5
259:16 260:18,21
261:10,20 262:6,9
263:8,14 264:17
264:19,22 265:2,8
265:19 266:2

**Burns's** 193:8
**business** 161:25
**b-a-c-l-o-f-e-n**
   151:4

---

**C**

**C** 5:1,13
**calculate** 255:15
**calculation** 72:24
   130:6 146:20
**calculations** 146:14
**Caliskan** 106:17
**call** 27:21 67:7
   122:1 161:12
   186:24
**called** 106:12
   155:11 246:19
**calls** 192:23,23
**calm** 93:17
**Canada** 27:20
   38:11 40:15 85:20
**cancer** 92:15,25
   122:6,8,13 133:24
**capture** 61:20
**captured** 15:3
**car** 89:13
**cardiac** 260:25
   261:2
**care** 3:16,19 68:11
   154:14 177:17,20
   180:15 182:1,12
   183:6 185:20
   225:17 249:2
   251:23 260:20
**carefully** 72:16
**case** 1:7,7,8 7:22,23
   8:1,17,24 15:5,25
   16:1,19 20:25
   22:6 24:21,22,23
   25:2 37:12 43:13
   45:2 48:7,23 50:7
   51:17 52:14,17
   53:2 55:5,8 56:16
   56:23,23 57:24,24
   58:8,16,23 59:1
   59:12,24 60:18,20
   67:2,10 70:5,6,11
   71:18,23,23 83:18
   84:2,2 87:2 91:7
   95:5 98:2 102:7

103:11 104:22
105:9 113:19
122:8,11 123:10
123:12 124:6,17
126:14 128:10,12
128:24 129:9,11
129:20 130:1,3,22
131:1 139:21
158:21 159:3,10
161:6,9 162:17
171:14 172:6
173:22,23 178:1
179:17 180:24
184:11 185:10
188:11 189:15
201:11 203:3
208:17,25 210:15
211:5 212:3 214:8
223:11 241:6
242:3,6
**cases** 8:8,12,13,16
   9:8,18 12:14,24
   18:24 20:4 24:8
   32:6 36:9 40:12
   45:10 48:13 53:1
   53:3,17,20 60:13
   61:21 65:23 70:24
   71:25 72:1 74:5
   74:20,23 75:4,6,7
   75:11 79:13 82:22
   83:15,22 84:11,13
   84:16 95:11 110:5
   125:4,13,15 170:9
   182:19 197:10
   208:17 253:4,10
**case-controlled**
   135:9,14
**categories** 15:4
**category** 13:12
   146:17 199:14
**Cates** 5:8 6:15,15
   92:1 144:6 175:4
   201:9 245:9,13
**causal** 53:22 54:1,6
   56:1 58:1,3,4,11
   58:25 114:3,14,14
   121:14,17
**causality** 55:7,15
**causative** 117:7

120:19 122:15
124:14 125:19
129:4,5,15,17,18
130:13 139:17
152:2,5,8 260:17
**cause** 54:3,4,7
55:22 68:22
108:17 121:4,4
124:7 127:4
138:10,13,15
141:5 151:25
228:25
**caused** 52:20 58:6
58:10,17,21
120:18 122:13,21
123:24 124:18
130:20 134:10
138:21 143:24
153:16,18 159:21
160:21 232:25
248:13 258:17
**causes** 1:17 56:17
57:2,25 90:6
117:13,16,22
119:25 152:18
153:4 231:18
258:5
**causing** 58:25
105:24 122:5
129:1
**CD** 13:21
**CDs** 9:19,22,23
10:14,16,19,25
11:10,12,15,23
13:20 14:8 16:23
16:25 17:1
**Celexa** 204:19,24
257:25
**center** 3:18,21 4:21
68:11 178:5 192:5
233:8 265:9
**central** 8:15 254:4
258:6,25
**Centre** 5:9
**CEO** 10:2
**certain** 17:17 19:12
33:18 59:21 155:1
155:4,7 170:13
208:16 211:16

243:25,25 244:1
247:8 256:1 259:5
261:7 265:2,3
**certainly** 8:5 14:8
17:20 24:4 25:8
30:20 33:1,3,14
36:20,22 57:4
73:4 74:3 78:4,5
79:24 82:11 88:12
96:16 108:8
113:22 114:13
118:6 132:11
144:3 149:17
152:1,7 166:18
171:18 191:23
193:23 194:16
205:12 206:14
221:8 229:2 236:3
238:11,18 240:9
241:23 243:18
248:20 253:20
264:17
**certainty** 121:3,13
128:25 138:20
154:1 228:4 249:8
249:11 261:1,4
**Certificate** 2:6
269:16
**certification** 29:19
35:10
**certified** 29:15,17
29:23 35:5,7
190:19 269:2,14
**certify** 269:3,4
**chairman** 43:5
**challenge** 105:22
108:5 110:4 159:7
159:9 168:14
255:14 264:13
**challenging** 158:19
**chance** 235:18
**change** 49:15 97:23
155:14 160:14
240:4 267:2
**changed** 92:20
167:22 168:4
205:19
**changes** 2:5 19:18
19:21 49:10

137:10 187:4
267:1
**changing** 138:24
**Channel** 47:5 48:1
**chaos** 31:22
**chapter** 31:3
**chapters** 33:4 46:2
**characterize**
102:17 161:19
**charge** 82:23 83:2
**charged** 48:11
**charging** 82:21
**chart** 212:7 251:1
**charted** 231:24
251:6
**charts** 18:21 131:4
**check** 15:2 17:11
18:15 19:6,14
62:9,10 64:4
77:16 171:23
172:23 173:3
191:13 242:20
246:11 261:24
**checked** 64:13 77:6
172:25 173:4
**checks** 15:2
**chemistry** 233:12
**cherry-pick** 223:17
**Chicago** 27:4,7
43:7
**chief** 43:3
**child** 25:21 26:6
27:6,10 29:18
32:4,6 35:17,23
38:21,23 39:1,4,9
39:11 41:5 43:9
43:10,17,23,24
44:3,5 45:8,17,21
45:22,25 46:2
74:18 75:14
188:12
**childhood** 30:24
31:7,20,20 32:22
33:1 34:15
**children** 44:4,8
45:7,11,19 53:3
68:11 69:17,21
70:3 71:7,18
73:15,16,17 75:13

77:11 92:12,16,22
103:15,17
**Children's** 40:8
43:4 71:1 77:10
**child's** 45:23
**choice** 23:2 105:13
105:13 208:14
211:8,9 253:11
266:6
**cholesterol** 120:12
123:19 128:21
254:14 256:21,24
257:4 258:6 259:1
**choose** 212:21
225:20
**chose** 17:24,25
**chronic** 2:23 3:5
56:2,6 58:2 91:6,8
**cigarettes** 133:23
133:23 134:1
**Cira** 5:9
**circulation** 154:18
260:23
**circulatory** 154:21
155:4 261:7
**circumstances** 23:3
50:25 125:8
**citations** 37:9 108:6
**cited** 107:21 125:21
125:23
**cites** 107:17,21
**civil** 1:23 28:15
29:8
**claim** 58:5 159:20
159:24 160:12
260:14
**claims** 189:14
227:17 245:21
**clarify** 58:13
**class** 33:18
**classes** 33:12
**classic** 35:4 134:17
**classical** 77:15
**classified** 90:12
**clean** 248:9 265:24
**clear** 14:8 19:5 40:4
54:2,7 55:22
75:21 92:12
132:16 229:6

**clearly** 180:10
**client** 45:24 68:15
69:25 74:18 75:2
172:19 180:10
**clients** 32:13 68:17
75:5 76:18 198:11
**clinic** 71:2 242:24
**clinical** 2:19 13:14
25:3 26:3 35:9
45:5 47:14 51:7
51:12 52:23,25
56:20 64:1 66:10
66:14 77:15
103:21 105:22
106:14 127:19
132:6 164:23
167:4,9 184:18
189:19,20,21
216:13 253:18
**clinician** 45:4 71:3
264:20
**clinicians** 72:15
88:5 89:9
**clinician's** 213:23
**Clinoril** 149:23
150:6
**close** 151:11
**closer** 140:25
**closest** 140:15
212:5 213:16
**clozapine** 2:22
24:10 79:6 119:14
131:6 137:18
**clue** 48:5
**Coast** 3:16,19
180:15
**cocaine** 144:14
149:10
**cognitive** 51:4
55:21 211:10
**coherence** 126:6,17
**coherent** 126:8
**cohort** 26:23
**Cohrs** 108:2
**colleagues** 44:24
47:25 72:13 79:25
209:20 210:16
**college** 26:17 43:6
**Colorado** 28:20

29:4
column 107:9 187:4
    187:5 202:8
    247:18,20
columns 189:6
combative 71:11
combination
    134:13
combinations
    208:2
combined 134:11
come 21:14 42:14
    68:12,16 69:21
    77:11 124:7
    151:11 154:24
    161:22 162:9
    170:14,19 184:4
    188:20
comes 40:1 48:17
    162:8,8,10,11
comfortable 62:17
    83:12 89:1 129:3
    129:14
coming 161:20,20
    193:24
commences 235:25
comment 189:10
commenting 49:22
    111:24 185:17
    194:13
Commerce 5:14
commit 183:17
    186:1,9 187:14
    190:9,12
committed 253:21
common 85:22
    154:24 200:17,20
commonly 197:15
commonly-used
    197:8
communicating
    47:10
communication
    82:6
communications
    14:4,17
comorbid 95:8,15
    95:17,19,24 96:2
companies 46:8,10

company 46:6
    80:17 81:1,1,11
    81:15,21 82:5
    161:18 170:15
company-sponso...
    46:12
compare 225:18
    226:15
compared 33:24
    49:20
comparing 220:6
comparisons 160:4
complain 89:17
complained 89:19
complains 217:10
complaints 50:24
complete 18:5,16
    19:2 60:8
completed 115:18
    266:1
completely 117:19
    188:25 211:7
    253:18
complex 34:20
    55:16 58:6 154:19
compliance 265:3
complications
    148:8 154:14,15
    154:24 155:9,16
    260:19,20,23
    263:3,4,5
comprehensive
    37:11
concentration 51:5
concept 130:16
    148:16
concern 136:11
    189:23,25
concerned 68:25,25
concerning 66:11
    66:15
concerns 76:12
conclude 117:7
    120:20 127:3
    139:11,17
concluded 34:15
    58:24 168:10
conclusion 19:24
    65:8,16 170:19

171:4
concurrently
    100:16
condition 50:15,19
    52:19,20 93:24
    156:8
conditions 33:17
    51:11 154:20
    174:8 183:2
conduct 159:18
conference 3:8
    131:17,21,24
    132:2,5
confidence 124:9
confidential 41:17
confirm 11:9 20:20
    146:25 172:3
confirmed 19:16
    243:10 244:23
confirms 217:1
confounding 123:6
    123:9 135:2,7
confounds 135:13
confused 157:20
connecting 135:4
connection 126:18
    130:11
Connie 1:7 3:13
    86:9 87:2 117:8
    144:11 157:15
consensus 3:7
    10:10 50:4 130:25
    131:12,16 132:14
    132:22 252:2
consent 78:18
consequences
    19:12
consider 34:5 139:1
    141:17 160:22
    213:1
considerable
    148:20 174:24
consideration 45:9
    54:5 56:12,13
    65:14 68:24 74:2
    113:24 268:12
considered 30:16
    73:18 134:17
    135:1 170:21

211:1
considering 54:1,4
    56:1 58:1,3
consistent 89:4
    179:17 216:5
    218:17 243:13,19
    264:17,19
consistently 213:5
    223:22
constant 182:8
constantly 182:3
constellation 34:13
    90:20,21 94:5
    149:8 196:11
constitute 105:9
consult 37:23
consultant 40:8
consultation 3:21
    27:24 40:11 44:24
    75:14
consultations 77:11
consulted 76:19
contact 12:22
    160:10 216:13
contacted 12:16,19
    28:19
contain 42:18
contained 13:7
    158:22
content 180:11
context 7:24 29:1
    65:14 81:16,18
    94:25 104:10
    182:24 185:23
    189:21 199:25
continue 13:23
continued 3:1 4:1
    110:13 114:23
    223:13 252:5
continues 92:13
    127:23 216:2
continuing 160:18
    207:19 208:1
    253:21
continuity 107:19
contractor 39:6,7
    40:22
contraindicated
    163:18

contribute 152:10
contributed 107:23
    157:14 259:15
contributing 139:1
    149:6
contribution 92:8
contributor 153:19
contributory 114:5
control 135:13
    156:1,13 157:1
    225:16 261:20
    262:6,8 263:1
    265:14
controlled 96:4
    135:15 167:4
controls 135:7
conventional 42:23
    45:5
convergence 31:8
convinced 69:22
    75:3 164:19
coordination
    178:16
cope 44:9
copies 9:17 17:3,6,8
    62:18
copy 9:14,15 15:9
    15:13 16:15
core 44:12
corporate 13:15
correct 10:5 11:13
    11:14,25 12:9
    14:10,13 15:11,18
    15:20,25 16:2,5,6
    17:2,18,19,22
    19:13 27:3,5 30:6
    46:4 48:9 52:6,7
    55:1,16 60:3
    64:18,19 65:3,20
    65:23 68:5 70:10
    72:3 73:15,18
    75:9 78:5,6 80:7
    81:22 83:22,23
    84:12,20,20,22,23
    89:8 94:22 96:11
    96:25 97:20 98:5
    98:12,24 99:18,23
    100:18,19,22,23
    103:4 106:17,18

109:16 112:17,21
113:18 117:8,9,12
118:8,11 120:23
122:5 126:2,20
131:7,8,18 132:7
132:10,19,24
133:10,21 134:16
135:4,5 136:19,22
136:25 139:19
140:8 141:1,2,4
141:11 142:9,10
142:16,17 143:22
143:23 144:12
145:9 146:10
150:2 151:5
152:25 153:11
156:19 157:8
158:1,6,18 159:13
159:23 164:12,20
164:24 165:5,10
167:7,12 168:3,8
168:9,13,23 171:3
171:9,10 173:6
175:16 176:3
177:18 178:7,13
180:7,17 183:4
186:21 187:9
189:23 190:2
191:9,10,17 192:2
192:20 195:2,23
196:24,25 197:4
197:13,23 198:1,4
199:4,9,12 201:2
201:2,3,5 202:7
203:15,16 204:15
204:23 208:3,5
209:5,16 212:22
214:18 215:7
216:12,20,25
217:2,3,11,14,15
218:12,13 219:7
219:18 220:12,15
221:20,21,24,25
222:1,10,13 223:2
223:9,15 224:3,4
224:15,16,19
225:5,12,21
226:20 227:3,6
228:9,21,24 229:4

230:12 231:16,17
232:14 233:1,9,10
233:17,23 234:6
234:13,16,23
235:5,7,8,16
236:2,4,5,24,25
237:1,2,20 239:1
239:2,9,11 240:23
240:24 241:2,12
244:25 245:22,23
246:2 248:13,15
250:12,13,14
252:4,8,13,22
253:25 254:1,6,13
254:16 255:3,4,6
255:11,12,18,23
255:24 256:10,15
256:16,21,22
257:8,12,13,16,21
257:22 258:2,3
260:1 261:12,19
262:19,20 263:2
263:21 265:3,4
268:1 269:3
**correctly** 239:5
**correlated** 150:3
**correspond** 19:22
**correspondence**
  9:14 10:20 18:8
  18:11 19:7,9
**counsel** 12:14 13:21
  16:20 65:7 85:1
  269:5,6
**count** 11:9 238:17
**counterregulatory**
  30:13
**counting** 11:10
**countries** 81:8
  170:19
**country** 170:18
**County** 3:18 178:4
  268:6 269:1
**couple** 12:17 38:21
  63:17 66:4 164:4
  202:14 257:18
**course** 11:19 42:17
  100:14 125:21
  152:4 184:21
  194:19

**court** 1:2 8:20 44:1
  85:7,19
**cover** 82:24 201:23
**co-author** 30:23
**crazy** 97:5
**create** 17:13 160:5
**creep** 227:25
**criminal** 29:13
**crisis** 80:2
**criteria** 125:21
**criterion** 88:13
  243:18
**critical** 72:12
  105:13 177:17,20
**crossed** 254:23
**cross-reference**
  173:12
**CSR** 1:19 269:14
**cult** 53:4
**Cultic** 35:19
**Cumulative** 4:11
  233:12
**Curley** 1:7 2:11,21
  3:10,11,12,13
  12:12 20:13 56:24
  83:21 86:9,15
  87:2,2,7 88:14,23
  89:17 91:20 95:17
  96:6,23 98:2,7,13
  98:18 99:15 101:3
  101:22 102:8
  108:24 110:6,10
  110:19,23 112:6
  114:10 116:2,20
  117:8 130:1,3,11
  139:21 140:9
  142:8,21 143:2,18
  144:11 148:4,18
  149:18 151:22
  154:7 155:1 156:1
  156:4,11 157:9,15
  159:4 162:24
  163:1 171:20
  172:1,21 179:7
  195:12 197:3,10
  200:23 208:20
  209:14 258:12
  259:12
**Curley's** 87:11 91:7

98:10 100:13,21
102:20 103:1,25
111:23 129:20
139:13 142:2
145:19 146:1
152:14,17,24
153:9 154:13
156:23 162:17
164:7
**current** 20:21,23
  29:19 43:3 53:7
  152:24 217:13
**currently** 25:20
  27:15 29:15 41:22
  44:20 45:3,14
  68:7 156:1
**cut** 16:10 163:23
  186:23 245:25
**cutting** 16:9
**CV** 14:24 20:17,17
  20:21,23 31:2
  46:22
**Cymbalta** 262:1,2
  262:3

**D**

**D** 1:11,15 2:3,10
  6:3 267:24 268:3
  268:8
**data** 23:8 24:14,25
  25:18,19 50:5
  65:15 66:10,14
  81:19 119:20
  126:8,9,17,21
  127:5,7,10,16,17
  131:10,21 132:2
  154:4 161:9,14
  162:7 164:23,25
  228:3 250:8
**date** 9:16 16:3 84:5
  110:14 112:15
  114:24 180:15
  189:24 214:10
  217:9 269:17
**dated** 54:25 142:11
  144:9 199:11
  233:9 238:25
  240:25 263:15
**dates** 151:6 180:16
**daughter** 192:22

241:6,9
**day** 83:5,6 88:17
  140:18 143:8
  145:1,2,4,7 234:3
  234:14,17 235:6
  266:3 268:7,13
  269:10
**days** 101:22,24
  199:16,16 234:21
**daytime** 2:19
  106:15
**day-to-day** 194:21
**deal** 45:21
**dealing** 45:22 109:7
  253:8
**deals** 45:19,19
  253:3
**dear** 251:23
**death** 76:13
**deaths** 169:3
**decades** 136:24
**December** 112:16
  178:3 183:15
  186:21 187:7,8
  190:4 191:3,23
  192:2,6 208:6
  212:8,15 213:9
  214:12 220:13,19
  220:19 222:8,25
  228:19,22 237:23
  245:24
**Decembers** 230:17
**DECHERT** 5:8
**decide** 113:25
  136:10
**decided** 26:23
**decision** 72:5 74:24
  75:1 158:15
  164:21 168:14
  199:24 208:21
  210:14 260:8
**decisions** 81:19
  110:4 157:25
  251:20 259:25
**deemed** 40:17
  71:25 72:2
**defamation** 29:3
**defendant** 28:15
  29:8,13

**Defendants** 1:16
5:6
**defer** 77:19 79:23
**define** 149:4
**definitely** 90:6
**definition** 121:24
234:11
**degree** 20:9 26:14
32:4 57:7,14 80:8
80:9,10 121:3,13
128:25 136:8
138:20 162:13
163:8 169:10
211:16 228:3
249:8,10 265:2,3
**Delusional** 166:3
**demonstrated**
23:13 105:21
122:16 126:23
**demonstrating**
96:4
**denominator** 39:16
**Depacon** 150:18,19
150:20
**department** 43:5
80:25
**departments** 43:7
**dependence** 126:10
**depending** 32:12
36:1 125:2 160:14
**depends** 54:10 94:5
163:20
**depo** 163:3
**deposed** 6:18 21:17
43:13 184:23
195:5
**deposing** 11:3
**deposition** 1:10,15
2:10 6:24 8:24
10:2 21:6,13,16
21:20,22 22:11
24:9 64:17 65:4
89:6 104:7 153:1
153:12 156:11,24
160:1 184:5,11,24
200:8 206:15
209:24 216:10
231:7 244:13
250:10 251:1,3

255:25 266:11
267:25 269:5,8
**depositions** 9:24
10:1 15:23 16:18
22:5 64:11,13,20
64:23 73:7,10
87:10 152:22
195:3 232:3
**depressed** 107:15
107:20,23 137:14
143:15 186:19
**depression** 2:20
87:23 88:13 96:7
106:16 138:15
143:5 171:5 174:3
175:15 186:6
187:11 195:7
196:5 200:18
204:22 209:4
231:5
**depressive** 87:25
88:2,11 94:7
96:20 171:1
230:18
**describe** 59:11
**described** 133:2
**describes** 132:23
162:9 178:18
**describing** 256:1
**DESCRIPTION**
2:8 3:3 4:3
**designate** 170:10
**designated** 112:7
**designation** 166:25
170:20 246:20
**designed** 80:19
**Desk** 4:4
**Desyrel** 198:3
199:19
**detail** 7:2 20:10
23:17 57:21 73:25
127:6
**detailed** 50:24
159:11
**details** 179:14
180:5 190:3
**determination**
53:21 165:8
171:11 245:17

249:18
**determinations** 4:7
246:14
**determine** 56:16
81:15
**determined** 165:12
**determining** 55:15
164:14
**detrimental** 162:5
**develop** 36:9 38:25
44:9 121:10 256:9
**developed** 27:9
124:21 211:24
232:6
**developing** 116:11
157:15 259:16
**development** 3:7
26:3 27:11,14
30:25 31:22 40:11
57:19 113:23
114:6 116:6 117:8
122:3,24 123:3
124:12 130:24
152:11 160:2
185:22 232:8,17
260:18
**developmental**
27:11 32:1 34:14
93:21 179:20
**diabetes** 3:8 7:12
10:11 12:25 21:3
30:6,14,22 31:1,1
31:14,15,19 32:1
32:7 33:5 36:17
38:16 42:2 46:19
56:17 57:3,9,10
57:20 63:1 77:7
77:13,18 79:22,25
80:3 110:1 113:24
114:4,6,8,11,19
116:6,11,17,21
117:1,3,8,14,16
118:4,6,9 119:14
119:18,25 120:4
120:18 121:4,10
121:14,18,22,23
122:20,21,24
123:3,14,24 124:4
124:12,18,21,23

125:1,4,11,18
128:5,7 129:1
130:12,15,24
131:17 132:17,23
133:17 134:2,3,16
134:19,21,24
135:4 139:16,18
147:13,15,18,20
147:23 148:1,4,7
149:15,16 151:23
152:3,11,15
153:16 154:8,13
154:17,25 155:10
155:17 156:2,5,25
157:1,15 158:23
163:17 167:19
168:1,22 179:25
185:23 203:21
204:17 205:8
207:6,15 211:24
225:15 232:6,8,18
232:19,24,25
234:11 235:2
239:5,20,21,22
240:2,7,12,15
241:10,17,22
243:16,21,23
244:4 245:3 246:4
246:4,19 247:15
247:16,21,22,25
247:25 248:11,13
248:19,23,25
249:9 250:3,19,24
251:6,10,24
252:10 253:7,7,12
253:13,24 254:5
254:12,17,22
256:9,18 258:5,14
258:17,21,22
259:3,6,9,16
260:18,23 261:2
261:13,21 263:6,9
263:23 264:18,20
265:20
**diabetic** 80:2
110:17 120:17
121:1 169:4
260:24
**diabetics** 261:18

**diagnose** 52:10,12
77:14 89:7
**diagnosed** 77:7
79:21 89:10 96:20
· 102:3 113:14,20
116:21 117:1
147:24 148:2
155:17 175:15
250:19 251:10
256:18 263:23
**diagnoses** 189:9
**diagnosing** 50:12
50:17 51:14
185:18
**diagnosis** 50:20
51:18,21 52:12
87:15 89:1 139:16
193:22,24 240:1
240:12 241:22
243:16,20,23
244:4 245:4 249:1
249:4,11 264:10
**diagnostic** 88:4
187:3
**died** 148:7
**diet** 120:8 123:15
128:21 143:19
231:3,16 246:11
261:14
**dietary** 153:24
**difference** 45:20
70:1 184:12 220:7
245:4
**differences** 23:9
38:13
**different** 10:23
33:16 45:5,18
91:23 93:12 99:6
128:3 160:23
169:22 170:15
196:20 198:23
208:2 225:23
**differentiate** 131:5
**differently** 184:18
**difficult** 178:8
**difficulty** 105:2
196:14
**difficult-to-mana...**
154:20

digestive 202:9
dildos 28:22
diligence 72:14
diligent 210:23
diminishment 205:23
direct 94:25 123:2
directions 265:21
directly 232:1
director 26:10
disability 4:7,7
  245:11,17,17,21
  263:24
disabling 195:10
disagree 22:18
  104:20 105:4
  108:5 155:21
  157:4 159:14
  171:4,11 200:13
  251:13,14 252:14
disagreed 21:23
disagreeing 65:8
disallowed 85:21
disbelieve 158:2,7
  158:13,25 251:3
  260:12 264:1
Discharge 4:11
  233:12
disciplines 131:21
disclosure 157:14
  259:14
Discontinuation
  3:6
Discovery 47:5
  48:1
discrepant 126:17
  132:24 133:2,11
discuss 12:21 21:12
  31:11,14
discussed 184:12
discussion 9:3 11:7
  18:1 22:15 42:19
  144:19 145:23
  172:1 180:24
  201:16 210:15
  249:21
disease 30:14 92:15
  92:25 155:11
  247:19,20 260:18

diseases 30:4
disks 64:25 65:1
disorder 2:16,17
  23:18 50:23 55:24
  55:25 75:16 88:3
  88:11,24 89:25
  90:5,13 94:21,22
  95:15,17,20 96:20
  102:4 122:3 166:1
  166:3,5,7,9 168:6
  168:8 171:2 174:3
  174:4,7 196:12
  211:10
disorders 34:17
  42:9 95:9,24 96:3
  119:18 165:20
  167:23 209:10
dispute 109:10
disregulation 36:24
  56:10 108:21
  109:22 201:5
  251:17 258:1
disrupted 91:11
disruptive 75:17
disseminate 38:25
distinction 131:9
  245:4
distinctive 166:25
distress 102:10
DISTRICT 1:2,2
disturbance 71:10
disturbed 193:20
  211:18
DIVISION 1:3
DOCKET 1:5
doctor 6:7,11,18
  8:23 11:9,20
  15:22 23:24 25:20
  34:2 41:21 46:22
  51:3,9 53:14
  54:23 60:5 63:4
  63:20 67:22 77:19
  80:22 85:3 86:18
  94:19 103:24
  105:10 106:11
  108:13 110:5,9
  112:13 113:25
  133:9 137:22
  138:2 142:7 144:8

144:20 145:25
  147:13 154:12
  160:12 166:20
  172:12 176:18
  177:24 180:5,14
  184:13 192:14
  199:8 201:20
  206:6 214:6
  215:22 216:7,17
  217:6 226:6 233:7
  235:24 236:19
  238:22 240:22
  241:4 242:13
  244:8,18 245:16
  248:9,16 263:13
  265:7,9 266:11
doctors 50:13,17
  52:8 152:22
  162:17,25 163:1,1
  163:6 164:7 195:1
  197:11 200:18
  247:4 261:10
  265:22
doctor's 103:21
document 1:6 2:14
  3:13,15 4:17,18
  54:24 57:15 61:17
  61:18 64:6 82:8,9
  132:25 172:13
  173:10 179:11
  183:18 214:10
  215:6,24 240:17
  240:18,19 242:14
  242:17 245:1
  263:15
documentation
  54:2,7 55:20,22
  189:4
documented 103:6
  103:9,10,16
  140:15 209:13
  212:4
documents 49:12
  62:5 81:12 82:12
  82:24 84:25
  159:18 164:2
  218:7 241:15
Dog 44:18
doing 7:10 9:8 16:7

28:18,25 36:18
  65:14 68:7 73:15
  81:15 83:9 152:16
  184:18 207:18
  226:7
domestic 87:14
dosages 227:12
dose 76:8 108:23
  109:1,7,14,24
  115:22 126:10
  130:2,4,11 196:25
  227:22 228:1
  264:22
doses 79:3 109:18
  110:3 130:7
doubt 104:22
  239:12,15,18
  251:12 260:6
downs 139:9,9
dozen 74:22,23
  131:20
dozens 67:20
Dr 21:16 22:6,7,9
  22:12,18,20 23:1
  24:9,15 35:13
  39:18,20 44:7
  97:18 98:10,13
  104:11,21 105:5
  108:23 109:6
  110:5,5 112:8
  152:24 153:1,3,6
  153:9,12,17,22
  154:3 156:22
  157:16,20,21,21
  158:9,15,21 159:3
  159:10 195:1,14
  195:19,25 196:20
  197:18 198:2,13
  198:18 199:5,9,24
  206:20 208:1
  209:7,17,24
  210:13,23 216:10
  216:19,22 231:22
  238:22 239:3
  240:14,23 250:9
  250:15,24 251:3,8
  251:16,22 252:1
  252:10,20 253:20
  259:23 260:2,8,14

261:10 263:14,16
  263:18,23 264:1
  264:14 265:10
draft 82:8
dramatic 220:24
dramatically 259:3
draw 39:4 40:21
  62:2 233:22
  234:15,22 236:20
  237:3,11,17 238:6
  238:9
drawing 62:5
  209:20
dreams 181:10
drop 230:13
dropped 141:15
  230:16,22
drops 139:5
drug 10:1 53:22
  54:1 56:1 58:2
  64:23 66:24 67:8
  80:20 97:16
  104:25 127:23
  151:24 164:18,19
  165:6,8 169:22,23
  169:23,23 171:15
  171:17 178:6
  193:13 197:2
  210:14 252:24
  253:14
drugs 3:8 55:23
  100:6,12,18,25
  136:21 178:22
  258:1
drug-related 81:7
DSM 90:12,21
duly 1:17 6:4
dump 170:17
Duncan 6:10
duration 50:25
  115:3
duty 48:11
dysfunctional
  144:1
dyskinesia 25:9
D-e-s-y-r-e-l 198:3

E
E 4:17,18 5:1,1
eager 61:7

**earlier** 81:20 89:6 101:10 103:13 130:20 140:6,16 146:1 174:7 213:18 229:25 230:14 234:7 263:22

**earliest** 212:18

**early** 31:25 37:13 110:25 180:25 183:3 227:14 252:2

**easier** 50:4

**easiest** 39:6

**eat** 90:7 137:10 142:20 143:6,9 155:14 231:14 265:21

**eaten** 113:10

**eating** 34:12,17 137:15 138:5,8 143:3 144:1 156:7 231:2

**edge** 262:25

**editorial** 35:13,17 35:18,20

**education** 26:12

**effect** 23:25 24:5 34:16 49:19 69:19 90:3 100:7,9 105:1,15,17,24 109:8 126:9 133:13 136:18,20 150:22 151:7,18 151:20,21 170:7 206:21 217:22 226:11

**effective** 23:13,14 71:17 75:19 97:23 97:25 103:16 104:18 165:8,12 168:11 171:5,12 197:9,15,16 206:17 211:12 262:5

**effectively** 98:17

**Effectiveness** 2:22 3:4

**effects** 2:18 31:7

33:16 49:18 78:25 99:21 106:13 109:7 169:25 200:25 202:21 204:2 209:23

**efficacy** 23:8 69:20 72:11 94:8 96:5 103:7,9,10,13,22 105:9,23 209:13 209:18

**effort** 18:25

**efforts** 162:1 196:17

**eggs** 193:3

**eight** 37:12 68:20 69:5,13,13 74:13 78:1 201:1 225:10 243:8 256:12

**either** 37:18 65:7 98:11 102:25 103:6 105:2 108:1 152:15 184:5 209:10,12 250:2

**elaborate** 44:6 60:7

**Elaine** 3:15 172:14

**Elavil** 99:16,17,18 203:1,4 257:24

**element** 8:15 52:23 123:4 125:25 126:2,3,10 182:9

**elements** 91:22 126:5 184:6 188:8 248:21

**elevated** 235:12 243:8,14 244:21 258:13

**elevation** 203:5

**elevator** 139:5

**Elzawahry** 265:10

**embarrassed** 48:2

**Emerald** 3:16,19 180:15

**emerge** 181:15

**emergence** 181:10

**emotional** 31:24 55:21 178:12 179:10

**emotionally-char...** 180:11

**employed** 182:12 269:5,6

**employee** 269:6

**employment** 43:2

**enable** 185:14

**encountered** 75:9

**ended** 29:3,6 65:7 75:22

**endocrine** 30:4,5 33:17

**endocrinological** 182:21

**endocrinologist** 33:23 77:21 243:17

**endocrinology** 29:23,25 30:9 33:13,19,22

**endogenous** 55:23

**enduring** 31:7

**end-organ** 154:19

**engage** 74:5

**engaged** 72:20 193:13

**engagement** 46:16

**English** 132:6

**entered** 140:19 173:13

**entirely** 253:3

**entitled** 2:14,18,22 3:4,7,13,15 4:17 4:18 16:10 172:13

**entries** 172:25 180:16 202:15

**entry** 181:3 201:21 214:13 223:7 244:21 246:4 262:16

**environment** 181:19

**epidemiologic** 135:3,6

**epidemiological** 30:24 31:16 127:18

**epidemiology** 31:9 86:3,6

**episode** 187:11

**episodes** 168:6,8

171:1 230:18

**EPS** 24:16 25:9 69:1 76:23 227:16 227:18

**equally** 23:13,14

**equivalent** 23:8 141:17

**equivocal** 50:3 118:20

**ER** 71:12

**ergo** 130:17

**error** 61:10

**errors** 61:3,8

**especially** 163:3 193:6 239:17

**Esq** 5:3,7,8,13 269:9

**essentially** 14:4 18:8 23:12,16 29:7 39:3,7 40:17 53:3 75:4,23 77:12 83:4 93:19 178:24 221:2 229:21

**estimate** 155:20

**estimates** 155:19

**et** 1:7,7,8

**ethics** 22:15

**evaluate** 51:4

**evaluated** 56:21

**evaluation** 51:7 175:14 180:5,9 233:20

**event** 17:20 77:3 90:16 166:14 167:17,20 168:17 170:16

**events** 17:18 32:12 93:17 168:2 195:11 201:4 231:5

**everybody** 6:14 156:6

**evidence** 14:23 23:6 31:8 127:13 197:3 200:5,15 263:8

**evokes** 177:4

**exacerbate** 156:8

**exacerbating** 50:25

**exact** 117:15 215:12

**exactly** 38:12 73:12 73:19 74:4 98:3 116:4 123:20,22 133:19 169:22 173:10 175:25 236:21 242:16 244:10 248:4

**examination** 2:4 4:10 6:5 51:4 217:7

**examinations** 14:19

**examine** 52:11 59:5

**examined** 52:20

**example** 11:23 22:6 32:25 49:6 55:22 71:12 81:20,24 82:9 95:10 103:14 107:16 108:9 123:12 128:14,19 163:15 170:8 176:25 208:4 235:14

**Excel** 18:10

**excess** 125:10 143:22 219:6 232:10 234:12 235:1 238:15 248:3

**exclude** 54:13,14 56:14 57:25 120:22

**excluding** 189:13

**excruciating** 7:2

**Excuse** 172:8,18 182:13

**executed** 268:11

**executive** 26:10

**exercise** 57:18 120:10 123:17 128:21 138:13 145:1 155:15 231:3,16 261:14 265:21

**exercising** 145:8 156:7

**exhausted** 211:7

**exhaustive** 253:18