270

08-I-99405 sh

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:

Janice Burns v. AstraZeneca LP, et al.   Case No. 6:07-cv-15959
Connie Curley v. AstraZeneca LP, et al.  Case No. 6:07-cv-15701
Linda Guinn v. AstraZeneca LP, et al.   Case No. 6:07-cv-10291

************************************************************

ORAL DEPOSITION OF

BRUCE D. PERRY, M.D., Ph.D.

October 9, 2008

Volume 2

************************************************************

ORAL DEPOSITION of BRUCE D. PERRY, M.D., Ph.D.,

produced as a witness at the instance of the Defendants, and

duly sworn, was taken in the above-styled and numbered causes

on the 9th of October, 2008, from 8:30 a.m. to 10:55 a.m.,

before Shanon M. Hair, CSR in and for the State of Texas,

reported by machine shorthand, at the office of Fibich,

Hampton & Leebron, L.L.P., 1401 McKinney Street, Suite 1800,

Houston, Texas  77010-9998, pursuant to the Federal Rules of

Civil Procedure and the provisions stated on the record or

attached hereto.

271

INDEX

1
2  Appearances.......................................272
3  BRUCE D. PERRY, M.D., Ph.D.
4      Examination by Mr. McConnell...................273
5      Examination by Mr. Brock.......................276
6      Further Examination by Mr. McConnell...........351
7  Signature and Changes.............................355
8  Reporter's Certificate............................357
9
10          EXHIBITS
   NO. DESCRIPTION                              PAGE
11
   38.......................................296
12      Document entitled "Linda Carol Guinn-Seroquel
        Patient"
13  39.......................................299
        05-13-88 letter to Marie Husson from
14      Stephen A. Kotzen, M.D.
   40.......................................303
15      09-26-94 doctor's notes
   41.......................................306
16      06-19-02 Progress Note
   42.......................................306
17      04-30-02 lab results
   43.......................................309
18      01-19-00 Humana Priority Care Record
   44.......................................309
19      09-07-01 Humana Priority Care Record
   45.......................................309
20      10-15-01 Humana Priority Care Record
   46.......................................346
21      10-18-07 medical record
22
23
24
25

272

    A P P E A R A N C E S

1
2  FOR THE PLAINTIFFS:
3      Tommy Fibich, Esq.
       FIBICH, HAMPTON & LEEBRON, L.L.P.
4      1401 McKinney Street, Suite 1800
       Houston, Texas  77010-9998
5      (713) 751-0025, fax (713) 751-0030
       tfibich@fhl-law.com
6
   FOR THE DEFENDANTS:
7
       Stephen J. McConnell, Esq.
8      Lauren Cates, Esq.
       DECHERT LLP
9      Cira Centre
       2929 Arch Street
10     Philadelphia, Pennsylvania  19104-2808
       (215) 994-4000, fax (215) 994-2222
11     stephen.mcconnell@dechert.com
       lauren.cates@dechert.com
12
            -and-
13
       Robert C. "Mike" Brock, Esq.
14     RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
       184 Commerce Street
15     Montgomery, Alabama  36104
       (334) 206-3100, fax (334) 481-0801
16     rcb@rsjg.com
17
18
19
20
21
22
23
24
25

273

1          (8:30 a.m.)
2          BRUCE D. PERRY, M.D., Ph.D.,
3  having been previously duly sworn, testified as follows:
4          EXAMINATION
5  BY MR. McCONNELL:
6      Q.  Good morning, Dr. Perry.  How are you?
7      A.  Fine.  Thank you.
8      Q.  Couple times yesterday you had referenced studies --
9  peer-reviewed journal studies regarding Seroquel; is that
10 right?
11     A.  Yes.
12     Q.  And we talked a little bit yesterday about how those
13 studies pretty much always have a limitations section at the
14 end, correct?
15     A.  Correct.
16     Q.  And you certainly -- in formulating your opinions,
17 you're not trying to stretch any of those studies past the
18 limitations acknowledged by the authors, are you?
19     A.  No.
20     Q.  Okay.  Now, my question to you, which may help me cut
21 through this as opposed to going through all these studies --
22 but let me start by asking you, can you name a single
23 peer-reviewed study where the authors of the study conclude
24 that they have shown that Seroquel causes diabetes?
25     A.  No.

274

1      Q.  Can you point to any study where there is evidence of
2  a link between patients who gained weight on Seroquel and
3  patients who acquired a diagnosis of diabetes?
4      A.  No.  None of the studies I looked at, that I recall,
5  made that analysis.
6      Q.  Have you yourself ever filed an adverse event
7  relating to Seroquel?
8      A.  No.
9      Q.  Now, you mentioned yesterday the Catie study.
10     A.  Yes.
11     Q.  Are you familiar with that study?
12     A.  Elements of it.  I mean, there are lots of
13 publications that have come out of that.
14     Q.  Okay.  And I think that came up in the context when I
15 was asking you yesterday if Seroquel had a better EPS profile
16 than first-generation atypicals; is that right?
17     A.  Correct.
18     Q.  Okay.  And you said you didn't think it did based on
19 Catie, correct?
20     A.  Well, compared to perphenazine, it was -- you know,
21 it didn't.
22     Q.  You absolutely anticipated my follow-up question.
23 Catie involved only one FGA, correct?
24     A.  Correct.
25     Q.  Do you know why the people who did the Catie study

275

1 chose just perphenazine as the FGA?
2   A. I don't know why they did. I mean, I can imagine
3 that -- the complexity of a study with multiple would have
4 been, you know, even more difficult than that study already was
5 to conduct, so -- I'm sure they had some process that they went
6 through to make that choice, but I don't know what that was.
7   Q. Haloperidol's another FGA, isn't it?
8   A. Correct.
9   Q. In fact, do you agree that haloperidol's probably
10 more widely prescribed in this country among FGAs than
11 perphenazine?
12   A. I don't know the data, but I would not -- I would be
13 surprised if it wasn't.
14   Q. Okay. Do you agree that haloperidol is associated
15 with relatively high rates of movement side effects called
16 extrapyramidal side effects?
17   A. Than -- than what?
18   Q. Okay. No. That's a fair question. Would you agree
19 that haloperidol's associated with higher rates of EPS than
20 second-generation atypicals?
21   A. My understanding is that, in general, it is.
22   Q. All right. Among the second-generation atypicals, do
23 you agree that Seroquel has a better EPS profile than Risperdal
24 or olanzapine?
25   A. Again, I think that that's accurate based upon the

276

1 way they rank-ordered those side effects.
2   Q. Now, are you aware that in the Catie study there
3 actually was an examination of metabolic syndrome, among other
4 end points?
5   A. I knew that that was part of what they were looking
6 at, yeah.
7   Q. And isn't it the case that for Seroquel there were
8 fewer patients with metabolic syndrome at three months than at
9 baseline?
10   A. Honestly, I don't know that for sure. If you say
11 that that's accurate, I have no reason to doubt it.
12   Q. I have no further questions. Thanks, Doctor. Turn
13 it over to Brock. Thank you.
14       (8:34 a.m.)
15           EXAMINATION
16 BY MR. BROCK:
17   Q. Good morning again.
18   A. Good morning.
19   Q. And just for the record, we've met. I'm Mike Brock.
20 I'm also one of the lawyers representing AstraZeneca. I'm
21 going to try to move through Ms. Guinn's case as quickly as we
22 can today.
23   A. Sure.
24   Q. Many of the questions I will ask are similar to the
25 ones that you were asked yesterday, so shouldn't be any

277

1 surprises today. But if I ask a question you don't understand
2 or if I word it poorly, just let me know and I'll try to
3 rephrase. Just a few questions in terms of your background and
4 your present practice before we get to Ms. Guinn.
5           Could you just walk me through, at present, how
6 you spend your time in a typical week?
7   A. Sure. I think -- gosh. A typical week would be --
8 maybe one day would be on the road, going to some other
9 community to teach. Usually, that's an interdisciplinary group
10 that includes physicians of different sorts, social workers,
11 sometimes attorneys. Most of the focus of that teaching is on
12 brain development, the impact of developmental trauma and so
13 forth on children and clinical interventions related to that.
14   Q. When you say "brand development," are you talking
15 about the Child Trauma Academy brand or --
16   A. Brand development?
17   Q. I thought you said "brand development."
18       THE WITNESS: Did I?
19       MR. FIBICH: I think so.
20   A. Brain development.
21   Q. (BY MR. BROCK) Brain.
22   A. Brain development.
23   Q. Brain. Okay. I thought you said "brand." My
24 apologies.
25       MR. FIBICH: North Dakota accent.

278

1   A. My North Dakota accent. Sorry. Brain development.
2 What the heck?
3   Q. (BY MR. BROCK) All right. Talking about brain
4 development --
5   A. Brain development. Sorry.
6   Q. -- and focussing on child and adolescent care.
7   A. Correct, correct.
8   Q. Yesterday, you mentioned that the $12,000 a day you
9 would charge for appearing at trial was less than what you
10 received for speaking and teaching.
11   A. Correct.
12   Q. Is it this one-day-a-week activity that you're
13 talking about where you make $12,000 or more for speaking
14 engagements?
15   A. That's one of the things that we do, yeah.
16   Q. Okay.
17   A. It's my -- the typical honoraria is $18,000 a day,
18 $20,000 a day on weekends, although we negotiate with
19 communities based upon, you know, mission and other aspects.
20 So -- but it's roughly -- typically is around 15.
21   Q. Okay. In terms of the number of attendees at these
22 meetings, how many people will be there?
23   A. Oh, it can range from 1200 to 250. You know, some --
24 in some cases, there will be a more select clinical training,
25 sort of program development process, which is another way I

279

1  spend my time with some of the organizations that we work with
2  that work with these children or -- whether it's, you know, the
3  Attorney General of California or the -- you know, the Ministry
4  of Children's Services in Alberta or -- sometimes it's a child
5  welfare organization that has a -- does a lot of work with
6  children who are in foster care, for example.
7     Q.  Okay.  Have the lawyers talked to you about appearing
8  at the trial of Ms. Guinn's case in February of 2009?
9     A.  Not directly, no.
10    Q.  Okay.  Let me just ask a question about your charges
11 for appearing at trial.  Just hypothetically --
12    A.  Sure.
13    Q.  -- if you were to fly to Orlando, say, on a
14 Wednesday --
15    A.  Right.
16    Q.  -- meet with the lawyers on Wednesday and then
17 testify on Thursday --
18    A.  Correct.
19    Q.  -- would your charge be $24,000 or $12,000?
20    A.  What I typically do is I'll use an hourly charge for
21 the travel day, and I don't usually include travel.  It will be
22 for whatever, you know, work I did for preparation and
23 meetings.  And then the day I testify, then I would give the
24 day charge.
25    Q.  Okay.

280

1        MR. FIBICH:  He charges more for having to put
2  up with your questions.
3        MR. BROCK:  Probably an appropriate charge.
4     Q.  (BY MR. BROCK)  So, in the context of the typical
5  week that we're talking about, one day a week or so is spent on
6  the road traveling and teaching to community groups on the
7  issues of child and adolescent care?
8     A.  Roughly, yeah.
9     Q.  Okay.  All right.  Take me through the rest of the
10 typical week.
11    A.  Then the rest of the week will involve a variety of
12 activities, including doing web-based clinical and teaching
13 activities where I don't travel but we have people from various
14 sites participate in clinical training activities and --
15    Q.  Does this web-based clinical and teaching activity
16 include direct patient care, from your perspective?
17    A.  In some cases, there are the direct clinicians -- the
18 clinicians who are, you know, treating a child or working with
19 the family will present a case and talk about the child, talk
20 about some issue that they're struggling with, and we will, as
21 a group, have a discussion.  It's more like a clinical
22 consultation.
23        In most cases, it's framed -- you know, we have
24 training activities where the specific purpose of the activity,
25 even though it involves this clinical review and discussion, is

281

1  to teach people about child development, neurodevelopment,
2  advances in working with children who've been maltreated and so
3  forth.  So, we are not really part of the clinical team, but we
4  have -- you know, we give recommendations on occasion to the
5  clinicians.
6     Q.  Okay.
7     A.  And then there are other activities where we have
8  more direct relationships with a site where the input is -- you
9  know, our -- the family and the patient are aware that we are
10 part of -- you know, they're seeking our clinical input about
11 something and that we are essentially going to be a consultant
12 to the treatment group.
13    Q.  Okay.
14    A.  So, that will be maybe another -- I'll typically do
15 one or two of those a week.  And then there are a range of
16 activities.  You know, there's some direct patient care,
17 there's -- I do a lot of writing and essentially analysis of
18 data, meeting with people who are part of our clinical group
19 and so forth on -- you know, discussing different projects and
20 things like that.
21    Q.  Okay.  You mentioned yesterday that you have direct
22 care responsibility for approximately 20 to 25 patients.  Do
23 you remember saying that yesterday?
24    A.  Correct.
25    Q.  Are any of those patients adults?

282

1     A.  Several of them are adults, yes.
2     Q.  And how is it that adults come to be seen in the
3  Child Trauma Academy?
4     A.  Well, there's a couple ways.  One is that they are
5  people that I've been working with since they were adolescents
6  and they're now young adults.  And the second way is that many
7  of the people who are maltreated or traumatized when they're
8  young end up having neuropsychiatric symptoms that persist into
9  adult life, and so there will be occasions when I will do work
10 with adults who have had earlier developmental trauma.
11    Q.  Okay.  How many of the present 25 are adults?  Can
12 you give me your best judgment about that?
13    A.  I would say -- there's a number that I am part of
14 that treatment team process where, you know, maybe once a month
15 I'll give an update and hear how things are going.  I won't be
16 the one who's doing direct therapy, but I have -- I think
17 there's two -- three -- maybe three or four where I'm the
18 direct -- sort of the main clinical person.  We will have other
19 people that get involved in the care, but they would identify
20 me as their therapist.
21    Q.  Okay.  The three or four that you're referencing at
22 this point are three or four out of the 20 or 25 for which you
23 give primary care, primary psychiatric care?
24    A.  Yeah.
25    Q.  Okay.  Do you presently have privileges at any

283

1  hospitals in the Houston area?
2      A.  No.
3      Q.  Do you have privileges at any hospitals in Canada?
4      A.  No.
5      Q.  So, you don't regularly admit or see patients in a
6  hospital setting?
7      A.  Correct.
8      Q.  You don't regularly prescribe medicines for diabetes,
9  do you?
10     A.  No.
11     Q.  You don't regularly or as part of your practice
12  manage diabetes for any of your patients, do you?
13     A.  No.
14     Q.  You don't routinely monitor patients for diabetes, do
15  you?
16     A.  No.
17     Q.  When did you start telling patients about the risk of
18  weight gain and glucose disregulation with respect to
19  antipsychotics?
20     A.  Well, I probably started talking about that directly
21  with patients -- I think we started talking about the potential
22  for weight gain, you know, early in 2000s.  And I think -- you
23  know, I have to say, as I said yesterday, we so rarely
24  prescribe antipsychotics that when we do we have a consent form
25  that has a list of all of the potential effects and the

284

1  warnings and we sit down and talk with people.
2      Q.  Right.
3      A.  So, I'm assuming that, you know -- and I have to go
4  back and look at some of that stuff, but by 2004 when the Dear
5  Doctor warning came out, I'm pretty sure we incorporated that
6  into the template we have for --
7      Q.  Did you prescribe any first- or second-generation
8  antipsychotics in the decade of the Nineties?
9      A.  Sure, yeah.
10     Q.  Did you prescribe first-generation antipsychotics in
11  the decade of the Eighties?
12     A.  Yes.
13     Q.  With respect to the first-generation antipsychotics
14  that you prescribed in the Eighties and Nineties, did you
15  advise patients about any of the issues relating to weight gain
16  and glucose disregulation?
17     A.  In the Eighties and Nineties?
18     Q.  Yes.
19     A.  Probably not, not that I recall.  Most of what we
20  focussed on -- the things that we were targeting were EPS and
21  NMS and --
22     Q.  Beginning in the early 2000s when you began to tell
23  patients about issues concerning weight gain and glucose
24  disregulation, did you have a standard presentation that you
25  made to the patient, regardless of the antipsychotic that you

285

1  were prescribing?
2      A.  Well, we didn't have a -- my recollection of all of
3  that is that we talked -- when someone was going to go on an
4  antipsychotic, we talked about EPS, we talked about tardive
5  dyskinesia, talked about the possibility of NMS; and then based
6  upon the specific profile of the medication, we would add in
7  whatever other elements were a particular feature of that
8  medication.
9      Q.  Have you written any publication anywhere a
10  statement to the effect that you believe that second-generation
11  antipsychotics are related to the development of glucose
12  disregulation?
13     A.  Have I written that?
14     Q.  Yes.
15     A.  In a paper?
16     Q.  In a paper.
17     A.  I don't think so.
18     Q.  Or otherwise.
19     A.  No.
20     Q.  Other than your expert report in this case.
21     A.  Right, right.  Not that I'm aware of.
22     Q.  Okay.  So, the only place you have ever written that
23  second-generation antipsychotics may contribute to the
24  development of glucose disregulation or weight gain is the
25  expert report that you've submitted in this litigation?

286

1      A.  Correct.
2      Q.  Okay.  We talked about your typical week here in
3  Houston and I need to understand a little better your practice
4  in Canada, if that's okay.
5      A.  Sure, sure.
6      Q.  So, what months do you usually spend in Canada during
7  the year?
8      A.  Currently, it's variable.  I will go up probably
9  every couple of months for four to five days, depending upon
10  the requests -- various requests from the province.  And
11  sometimes I won't be able to make it to one of the things they
12  want me to do and I'll participate by phone or we'll use
13  another web-based communication model.  But, typically, I'm up
14  there every couple months for three or four days.
15     Q.  Okay.  And is there an extended period of time in the
16  summer that you go to Canada to live and work?
17     A.  I try to.  I try to go up and incorporate sort of
18  holiday time, writing time, with my time up in Alberta.
19     Q.  Okay.  And a typical summer, how many weeks will you
20  spend in the Alberta, Canada, area?
21     A.  Oh, I don't know.  Six maybe.
22     Q.  Okay.  And describe for me, if you would, please,
23  your practice in Alberta.  What do you do up there?
24     A.  Basically, I teach and I provide consultation to
25  people in both government and people working with government

**287**

1  who are trying to help children who are maltreated and
2  traumatized. I will work with -- you know, when I originally
3  went up there, I was working with multiple ministries. I
4  continue to work with them, but I'm contracted with the
5  Ministry of Children's Services. So --
6      Q. Do you provide direct patient care in Canada?
7      A. No. I'm asked, on occasion, to help them review a
8  difficult clinical situation. I help set up a complex case
9  review process for the province for the Department of
10  Children's Services, but I don't provide direct care.
11      Q. Are you licensed to provide direct patient care in
12  Canada?
13      A. I was. I'm not. I haven't been for the last two
14  years since I don't do it.
15      Q. Did you at one time provide direct patient care in
16  Canada?
17      A. I did for a few of the really difficult challenging
18  kids, yeah.
19      Q. And those were all either children or adolescents?
20      A. Correct.
21      Q. All right. Let's talk a little bit about Ms. Guinn.
22  Did you go back and look at any of her records between the
23  conclusion of the deposition yesterday and this morning?
24      A. I looked at the -- that spreadsheet that Ms. Grainger
25  had provided, but I had other work I had to do because --

**288**

1      Q. I understand.
2      A. So, I didn't realize -- preparation didn't seem to be
3  of much use.
4      Q. No. It's no problem. I was just trying to get a
5  sense for if you did anything sort of to help get ready for
6  today different than what you did to get ready for the other
7  two cases you were asked about yesterday.
8      A. No. I sort of just told myself this would be a
9  continuation of the same extremely pleasurable experience.
10      Q. Thank you. Let me run through a few things with you
11  about Ms. Guinn and see if we have agreement about these
12  matters. I probably have records here for most of the things
13  I'll ask you about. If you want to see something, just let me
14  know and I'll see if I can find it.
15      A. Okay.
16      Q. And I don't know if you -- do you have any of her
17  records here today?
18      A. I didn't bring -- all my records were on those CDs,
19  so I don't have them in paper form.
20      Q. All right. Let's just see if we agree about this:
21  Presently, Ms. Guinn is a 60-year-old female who has a
22  longstanding history of affective disorder, having been
23  diagnosed with major depression in 1987, major depression with
24  psychotic features in '97, and schizophrenia probably in the
25  Eighties but certainly by May of 2002.

**289**

1      A. That sounds correct, sounds accurate, based upon what
2  I recall.
3      Q. She has a significant medical history, including a
4  diagnosis of hypertension in 1991, hypercholesteremia that was
5  noted in 1989 for which she's been treated since 2001, and she
6  is a long-term smoker of a pack-and-a-half a day for 37 years.
7      A. Correct.
8      Q. She has a longstanding history of obesity.
9      A. Correct.
10      Q. Do you agree that her maximum weight prior to taking
11  Seroquel was 208 pounds?
12      A. I don't recall that offhand, but I would not be
13  surprised and I trust you if that's what you say.
14      Q. Okay. The records that I've looked at show that she
15  has recorded weights of 208 pounds in 1994 and, again, of 208
16  pounds in 2000. Do you agree with that?
17      A. That sounds consistent with what I recall.
18      Q. Okay. She's also been diagnosed with chronic
19  obstructive pulmonary disease which is likely secondary to
20  smoking, and that diagnosis was made in 2000, correct?
21      A. I know she had COPD. I don't know the exact date she
22  was given that diagnosis.
23      Q. A diagnosis of COPD would be consistent with her
24  extensive smoking history, correct?
25      A. Correct.

**290**

1      Q. Now, she has a significant family history for the
2  development of diabetes, correct?
3      A. That -- I honestly didn't recall that, but I'm not
4  surprised.
5      Q. Okay. And when you say you're not surprised, why is
6  that?
7      A. Just because I'm not surprised. I mean, that -- I
8  don't recall that as a something that she said. In fact, for
9  some reason, I think she said at some point that she didn't
10  have a history of diabetes in her family, but I may be wrong.
11  I may be misrecalling the way -- what she said in her
12  deposition, but --
13      Q. See if this helps you. I have seen in the medical
14  records that I've looked at that her family history for
15  diabetes is significant in that her father, two grandparents,
16  and a paternal uncle all have diabetes mellitus.
17      A. That would be significant.
18          MR. FIBICH: Object to form.
19      Q. (BY MR. BROCK) That would be significant, correct?
20      A. Yes.
21      Q. Now, in evaluating Ms. Guinn's case, is it correct
22  that you did not note that she had a significant family history
23  for the development of diabetes mellitus?
24      A. You know, at the time that I was reviewing the
25  medical records, I probably did note that, but I didn't recall

291

1  it just now.
2      Q.  All right.  Now, when you say that having a family
3  history of a parent, two grandparents, and a paternal uncle as
4  having diabetes mellitus is significant, why do you say that?
5      A.  Because that's a risk factor for the development of
6  diabetes in the individual.
7      Q.  All right.  Now, did you also note in the medical
8  records that Ms. Guinn had elevated glucose readings as early
9  as 1992 that was 109, which was a fasting measurement, and 1997
10  that was 114 and was also a fasting measurement?
11      A.  I remember that she had mildly-elevated blood sugars
12  prior to taking Seroquel.
13      Q.  Okay.  When you see a patient who has elevated blood
14  glucose readings in the prediabetic range, does that tell you,
15  as a physician, that if the patient doesn't take good care of
16  herself, that she is on the road to the development of
17  diabetes?
18      A.  Well, it certainly tells me that she's got
19  prediabetic indicators and is at risk.
20      Q.  Okay.  Based on elevated glucose readings of 109
21  fasting in 1992 and 114 fasting in 1997, would you agree that
22  Ms. Guinn was prediabetic?
23      A.  Yes.
24      Q.  Okay.  And when you, as a physician, use the term
25  "prediabetic," what does that refer to?

293

1      Q.  Is one reason that age is a risk factor for the
2  development of diabetes is that the more time that passes, the
3  more at risk one becomes for the development of diabetes
4  because of this long process that you described?
5      A.  Well, I — I mean, you could speculate that that's
6  the — one of the mechanisms related to that, but I — you
7  know, I can't say that there's been an — you know, I am
8  unaware of people being able to look at the mechanism that's
9  related to that, but that's a reasonable speculation.
10      Q.  All right.  In terms of what we understand about the
11  development of diabetes, it certainly can be said that one
12  explanation for the development of diabetes in an individual
13  patient is the passage of time.
14      A.  Well, I — may I rephrase kind of what you're saying?
15      Q.  Sure.
16      A.  I think it is accurate to say that the length of time
17  that the system is strained or burdened by some of the
18  challenges that would push it out of homeostasis is a factor.
19      Q.  Okay.  So, then is what I said correct, that the
20  passage of time is one of the explanations for the development
21  of diabetes in some patients?
22      A.  Well, the passage in time in the presence of risk
23  factors that would overload the homeostatic mechanisms.
24      Q.  Okay.
25      A.  So — but the passage of time, if those weren't

292

1      A.  It means that they're beginning to show signs of
2  difficulty regulating glucose.
3      Q.  Okay.  Do you agree that the development of diabetes
4  in any individual patient is a long process?
5      A.  Well, I think it — I think it's a physiological
6  process that — and those usually have relatively long
7  timelines, yeah.
8          MR. FIBICH:  I object to the form of that
9  question, too.
10      Q.  (BY MR. BROCK)  Okay.  Now, when you say that it's a
11  relatively long process, what are you referring to?
12      A.  Well, physiological systems have built-in homeostatic
13  mechanisms to try and keep, you know, the regulation of certain
14  key chemicals within a certain range; and as systems unwind or
15  become overloaded, it usually takes time for that homeostasis
16  to be sort of broken up.  So, usually, it takes time.
17      Q.  Okay.  So — we talked yesterday about the idea that
18  age is a risk factor for the development of diabetes, correct?
19      A.  Correct.
20      Q.  Does Ms. Guinn carry the risk factor of age for the
21  development of diabetes?
22      A.  Yes.
23      Q.  And did she carry that risk factor at the time that
24  she started taking Seroquel in May of 2002?
25      A.  Yes.

294

1  present, you know, that wouldn't put a strain on the
2  homeostasis for glucose regulation.
3      Q.  For Ms. Guinn, with the risk factors that we've
4  already talked about —
5      A.  Yes.
6      Q.  — the passage of time would be an explanation for
7  the development of diabetes in her, correct?
8      A.  I wouldn't want to —
9          MR. FIBICH:  Object to form.
10      A.  — use the word "explanation," but it's — I would
11  say that it's a factor involved in the development of diabetes.
12      Q.  (BY MR. BROCK)  Okay.  The passage of time was a
13  factor in Ms. Guinn in the development of diabetes, true?
14          MR. FIBICH:  Object to form.
15      A.  I think that that's a reasonable comment, yeah.
16      Q.  (BY MR. BROCK)  Okay.  When was the last time that
17  you regularly treated adults with schizophrenia and major
18  depressive disorder?
19      A.  Oh, I — actually, I've got adults that I work with
20  right now who have major depressive disorder.
21      Q.  Okay.  So, included within the patient set that you
22  described for me earlier would be patients that would be in
23  this category?
24      A.  That — well, not — that don't have schizophrenia
25  but have major affective disorder, sort of — one has bipolar,

295

1    one as major depression and -- so, I'm currently working with
2    adults that have some of those problems.
3         Q.  Okay.  At any time in your practice, have you
4    considered yourself to be a primary psychiatric provider for a
5    large adult population?
6         A.  No.
7         Q.  Now --
8         A.  Well, actually, may I -- actually, may I -- actually,
9    I have, and if -- when I first came to Baylor College of
10   Medicine, I directed and ran the trauma recovery program at the
11   VA, and those were all adults.  Many of them had comorbid
12   schizophrenia, bipolar disorder, and the volume of patients was
13   quite high, and I did that for probably five to six years.
14        Q.  Okay.  And what period of time was that?
15        A.  Oh, I have to look at my CV.  I think when I came
16   down here was 1991 or 2, so --
17        Q.  In the early Nineties?
18        A.  Yeah.  Early through mid Nineties, yeah.
19        Q.  Okay.  So, it's been over ten years since you have
20   regularly treated a large adult population as a primary
21   psychiatric provider, true?
22        A.  Correct.
23        Q.  Okay.  Now, Ms. Guinn's weight has historically
24   fluctuated, correct?
25        A.  Yeah.  My -- that's my recollection, yeah.

296

1         Q.  All right.  Let me show you, if I could, the summary
2    that was furnished to us yesterday.
3              (Perry Exhibit No. 38 marked.)
4         Q.  (BY MR. BROCK)  I'm going to show you Perry 38.  And
5    is this the summary that you received with regard to Ms. Guinn?
6         A.  This -- yeah.  I think this is it.
7         Q.  And did you utilize this summary in preparing the
8    expert report with regard to Ms. Guinn that was submitted to
9    us?
10        A.  Yes.  This is part of what I used.
11        Q.  Okay.
12             MR. FIBICH:  Mike, give me one minute.  I just
13   thought of something I've got to get out this morning.
14             MR. McCONNELL:  No problem.
15             (Recess from 9:05 a.m. to 9:10 a.m.)
16        Q.  (BY MR. BROCK)  Do you have in front of you now
17   Exhibit 4 --
18        A.  Yes.
19        Q.  -- and Exhibit 38?
20        A.  38, yes.
21        Q.  Okay.  And for the record, Exhibit 4 is your report
22   with regard to the Guinn case, correct?
23        A.  Correct.
24        Q.  And Exhibit 38 is the medical records summary that
25   was furnished to you through plaintiffs' counsel and on which

297

1    you relied to prepare, in part, your expert report.
2         A.  Correct.
3         Q.  Now, if you turn to Page 2 of the summary, do you see
4    that the summary that was provided to you begins in September
5    of 2001?
6         A.  Correct.
7         Q.  All right.  And there is a -- there's no weight or
8    laboratory information indicated there, but there is a comment
9    about Lescol being dispensed.  Do you see that --
10        A.  Right.
11        Q.  -- if you read across to the right?  And what is
12   Lescol?
13        A.  It's a medication that helps manage lipid regulation.
14        Q.  Okay.  And that would be for the hypercholesteremia
15   that had been diagnosed earlier that we talked about a few
16   minutes ago?
17        A.  Correct.
18        Q.  Now, in understanding whether Seroquel might have
19   contributed to Ms. Guinn's weight gain, is it important to know
20   her weight history from early adulthood to the point of time
21   when she started taking Seroquel?
22        A.  It would be helpful, yes.
23        Q.  And it would be important to know if she's a patient
24   that cycles with regard to her weight, correct?
25        A.  Correct.

298

1         Q.  When we use the term "cycle," we mean a patient who
2    goes up and down over her life-span, correct?
3         A.  Correct.
4         Q.  And that's something that patients with schizophrenia
5    often do, correct?
6         A.  That's something that people of all sorts tend to do.
7         Q.  Right.  But you've seen that in your practice and it
8    is recorded in the medical literature that folks with
9    schizophrenia, because of irregular lifestyle and that type of
10   things, do have a tendency to cycle with their weight, correct?
11        A.  Correct.
12        Q.  Now, do you know what Ms. Guinn's lowest reported
13   weight is in adulthood?
14        A.  No.
15        Q.  Would it surprise you to know that her lowest
16   recorded weight in adulthood is 110 pounds?
17             MR. FIBICH:  Object to the form.
18        A.  Yeah, that would be surprising.
19        Q.  (BY MR. BROCK)  All right.  And why would you say
20   that that is surprising?
21        A.  Because the majority of the weights that I saw, you
22   know, for a long time period was that she was quite heavy.
23        Q.  Now, if a patient has a tendency to cycle with regard
24   to weight over their life-span, would that be evidence that
25   would tend to show that Seroquel did not cause weight gain

299

1    during the period of time of ingestion?
2        A.  It could be.
3            (Discussion off the record at 9:14 a.m.)
4            (Perry Exhibit No. 39 marked.)
5        Q.  (BY MR. BROCK)  I'm going to hand you Exhibit 39,
6    just to keep us going.  We'll staple it in a minute, if that's
7    okay.
8        A.  Sure.
9        Q.  This is a letter that is written by Dr. Stephen
10   Kotzen of North Miami Beach, Florida, dated May 13th, 1988.  Do
11   you see that?
12       A.  I do.
13       Q.  And if you turn to the last page, you'll see that he
14   has signed that letter, correct?
15       A.  Correct.
16       Q.  All right.  And do you see on the second page he is
17   recording some information about physical examination?
18       A.  Correct.
19       Q.  And he records that height is 64-and-a-half inches
20   and weight is 166 pounds, correct?
21       A.  Correct.
22       Q.  For her height and weight, she would be considered
23   obese at that point of time?
24       A.  I think so, yeah.
25       Q.  Now, if you turn back a page, do you see in the

300

1    second full paragraph, about three-quarters of the way down,
2    there is a sentence that begins "She was divorced
3    one-and-a-half years ago"?  Do you see that?
4        A.  Yes.
5        Q.  "And went back to work during the separation after a
6    hiatus of ten years."  Do you see that?
7        A.  Yes.
8        Q.  All right.  If you come down just a little bit more
9    to the last paragraph, do you see that she says — let me start
10   over.
11           If you come down to the last paragraph, do you
12   see that it is recorded by the physician that at the time of
13   her divorce, she weighed 111 pounds?
14       A.  Correct.
15       Q.  Do you have any reason to believe that any of this
16   information is not accurate?
17       A.  What I know is that apparently she was actually
18   weighed in the doctor's office; and, you know, I would
19   interpret this as her reporting to him that that's what she
20   weighed.  So, I don't know whether he weighed her at the time
21   of her divorce or whether she's reporting that.  If she's
22   reporting that, I would — it would sound less — I think you
23   just have to take that into consideration as what she said.  I
24   don't think it carries the same weight as if she had been
25   weighed by him.

301

1        Q.  All right.  Do you see that at the — in that
2    sentence, if you finish it out, "At the time of her divorce,
3    she weighed 111 pounds, and has been gaining weight since."
4            Do you see that?
5        A.  Yes.
6        Q.  So, if this is her self-reporting what she weighed a
7    year and a half earlier, she's also giving the narrative
8    summary that since the time of her divorce, that her weight has
9    been steadily gaining, correct?
10       A.  Correct.
11       Q.  Do you have any information about her weight in 1987
12   that is different about her report of being 111 pounds on May
13   13th, 1988?
14       A.  No.
15       Q.  As far as you know, if we look at all the records
16   that we have on Ms. Guinn, the most accurate record that we
17   have about her weight in 1986 or 1987 is the report that we
18   have here which records a weight of 111 pounds.
19       A.  That — yeah.  Her self-report of 111, correct.
20       Q.  Now, in the context of practicing medicine, you
21   understand that physicians take a history and physical — a
22   history from the patient in order to evaluate their condition,
23   correct?
24       A.  Correct.
25       Q.  And it would be appropriate to record information

302

1    that the patient gives to the physician about weight gain in
2    past years, correct?
3        A.  Certainly.
4        Q.  Do you have any reason to dispute Ms. Guinn's
5    statement that she weighed 111 pounds at the time of her
6    divorce?
7        A.  No.
8        Q.  Do you dispute that she had significant weight gain
9    from the time of her divorce in 1987 to her visit with
10   Dr. Kotzen on May 13th, 1988?
11       A.  No.  Excuse me.  No.
12       Q.  Can you give the jury an explanation as to why she
13   gained 55 pounds during that period of time?
14       A.  No.
15       Q.  Certainly wasn't related to Seroquel.
16       A.  Not as far as I can see.
17       Q.  Now, do you know when Seroquel was first introduced
18   to the market in the United States?
19       A.  I want to say late-Nineties, '97 — is that —
20       Q.  Yeah.  So, certainly in the early 1980s she wasn't
21   taking Seroquel, was she?
22       A.  No.
23       Q.  All right.  Now, are you aware of the fact that by
24   1994, Ms. Guinn's weight had increased to 208 pounds?
25       A.  By 1994?

9 (Pages 299 to 302)

303

1    Q.  Yes.
2    A.  I — you know, I knew that her weight was high.  I
3  didn't remember the specific number.
4        (Perry Exhibit No. 40 marked.)
5    Q.  (BY MR. BROCK)  I'm going to show you Exhibit 40,
6  which is a 09-26-94 office record of Dr. Eugene Ramsay with
7  regard to Linda Guinn, and I'd ask you to look at the
8  examination portion of the document and confirm for the jury,
9  if you would, please, that her weight is recorded as 208.
10    A.  Certainly.
11        MR. FIBICH:  You got any more copies?
12        MR. BROCK:  Maybe.  I do.  I'll get you one in
13  just a second.
14        MR. FIBICH:  If it's going to slow you down,
15  I'll just read along with the witness.
16    Q.  (BY MR. BROCK)  Is that correct?
17    A.  That's correct.
18    Q.  In 1994, her weight was 208?
19    A.  Correct.
20    Q.  Now, that weight of 208 is not recorded in your
21  medical records summary, nor is it recorded in your expert
22  report, correct?
23    A.  Correct.
24    Q.  You also don't record the 55-pound weight gain
25  between '86 and '88, do you?

304

1    A.  No.
2    Q.  What caused Ms. Guinn's weight gain of — from 166
3  pounds to 208 pounds between 1988 and 1994?
4        MR. FIBICH:  Object to form.
5    A.  I — I don't know.
6    Q.  (BY MR. BROCK)  Now, if you will look at your report
7  quickly — do you have that there?
8    A.  Yes.
9    Q.  And if you'll come to the second page of the report,
10  there's a paragraph at the bottom that begins "Linda Guinn
11  appears to have developed diabetes following the use of
12  Seroquel."  Do you see that?
13    A.  Yes.
14    Q.  And then if you turn the page, you'll see that you
15  have stated, about five lines down, "Her closest documented
16  weight at the start of taking Seroquel in June of 2002 when she
17  weighed" — "was in June of 2002 when she weighed 155 pounds."
18  Do you see that?
19    A.  Correct.  Yes, I do.
20    Q.  Now, the 155 that you reference there, is that a
21  weight that you took from the medical records summary on Page
22  3?
23    A.  Yes, it is.
24    Q.  Do you see that there is a weight recorded there of
25  155 pounds?

305

1    A.  Yes.
2    Q.  Do you know that there was also a weight taken of
3  Ms. Guinn while she was in the hospital in May and that that
4  weight was 160 pounds?
5    A.  I didn't — I didn't recall that specifically, no.
6    Q.  Well, that would be important to know, wouldn't it?
7    A.  Potentially, yes.
8    Q.  Because it will impact on what is happening with
9  Ms. Guinn in the early months of her treatment on Seroquel,
10  correct?
11    A.  Correct.
12    Q.  And it's your belief that if Seroquel contributes to
13  weight gain, that that most likely happens in the early stages
14  of treatment, correct?
15    A.  Well, it's my understanding that the — in general,
16  that the weight gains happen in the first five to six months
17  and then there's a slow increase, continuing weight gain, that
18  happens at a slower rate after that.
19    Q.  Right.  I believe you actually said yesterday that
20  the reports show that there is some weight gain that is seen in
21  some of the studies in the first three to three-and-a-half
22  months, correct?
23    A.  Early, correct.
24    Q.  Right.  That's what you said yesterday, right?
25    A.  That's my recollection, yes.

306

1    Q.  Now — so, the baseline weight for Ms. Guinn, if
2  we're trying to evaluate what happened in the early months of
3  treatment, is important, isn't it?
4    A.  Yes.
5        (Perry Exhibit No. 41 marked.)
6    Q.  (BY MR. BROCK)  Is Exhibit 41 the note of June 19th,
7  2002, that shows a weight of 155?
8    A.  Yes.  That looks like that's what it is.
9        (Perry Exhibit No. 42 marked.)
10    Q.  (BY MR. BROCK)  I'm going to show you Exhibit 42,
11  which is a record from the Palmetto General Hospital.  The
12  record I'd like to direct your attention to is dated 04-29-02,
13  and I'll ask you to confirm for the jury that the recorded
14  weight on 04-29-02 is 160 pounds.  It's on about the fourth
15  page.
16    A.  Looks like she grew 2 inches, too.  She has — she's
17  5'-6" in this one and this one says she's 5'-4".  So, maybe she
18  does — those extra 2 inches added those 5 pounds.  Sorry.
19    Q.  Will you answer my question?
20    A.  Yes.  I'm sorry.  Yes.
21    Q.  Does the record of the Palmetto General Hospital
22  record that she weighs 150 — 160 pounds —
23    A.  60.
24    Q.  — at the time of admission?
25    A.  Yes, sir.

10 (Pages 303 to 306)

307

1    Q.  And that is the closest weight that we have in
2  proximity to her beginning Seroquel, correct?
3    A.  Yeah.  I think that's correct.
4    Q.  And so between early May when she started taking
5  Seroquel and the June note that you referenced in your expert
6  report, the medical records reflect that she actually lost 5
7  pounds, correct?
8    A.  Correct.
9    Q.  And you did not note that in your expert report, did
10  you?
11    A.  No.
12    Q.  And that was not noted in the medical records summary
13  that was furnished to you, was it?
14    A.  No.
15    Q.  Now, by July of 2002, her weight was recorded as 161
16  pounds, correct?
17    A.  Correct.
18    Q.  And then in August, her weight was 166 pounds,
19  correct?
20    A.  Correct.
21    Q.  So, between the time she began Seroquel in early May
22  and July 9th of 2002, the medical record does not reflect
23  weight gain, does it?
24    A.  To July, no.  It looks like it's roughly the — she's
25  around the same weight.

308

1    Q.  You would say that it would be roughly equivalent,
2  correct?
3    A.  Correct.
4    Q.  So, in the early periods of treatment, Ms. Guinn,
5  according to the medical records, did not gain weight.
6    A.  That looks accurate, yes.
7    Q.  Let me run through a few pre-Seroquel weights with
8  you and see if these are consistent with your recollection of
9  the — of your review of the chart.  On 9-24 of '94, she
10  weighed 208 pounds.  And that's the record we looked at a few
11  minutes ago, correct?
12    A.  Correct.
13    Q.  The Citrus Health Network records reflect that in
14  February of 1995, her weight was down to 180 pounds.  Do you
15  recall that?
16    A.  I don't recall that specifically, but I do recall
17  fluctuations of weight.
18    Q.  Do you dispute that her weight was down to 180 by
19  February of 95?
20    A.  No.
21    Q.  Then the records show that by March of 1999, her
22  weight was back up to 194 pounds.  Do you agree with that?
23    A.  I'm — I trust your summary of the record.
24    Q.  Okay.  And then in January of 2000, she's back again
25  to her all-time high of 208 pounds, correct?

309

1    A.  If — again, I have no — I trust your representation
2  of the summary.
3    (Perry Exhibit No. 43 marked.)
4    Q.  (BY MR. BROCK)  Exhibit 43 is a Humana record from
5  1-19 of 2000, and does it record a weight of 208?
6    A.  Yes, sir.
7    Q.  Then in the period predating her Seroquel use, she
8  shows in September of 2001 a weight of 173, October of '01 of
9  174, and January of '02 of 174.  Is that consistent with your
10  recollection?
11    A.  Again, my recollection was that her weight
12  fluctuated, but I didn't memorize specific weights at specific
13  dates.
14    Q.  Okay.
15    (Perry Exhibit No. 44 marked.)
16    Q.  (BY MR. BROCK)  Just for completeness so you'll have
17  the background for it, I'll show you Perry Exhibit 44.  And
18  tell the jury if that records a weight on September 7th of 2001
19  of 173.
20    A.  Yes, it does.
21    (Perry Exhibit No. 45 marked.)
22    Q.  (BY MR. BROCK)  And is Exhibit 45 a record of 10-15
23  of 2001 that records a weight of 174?
24    A.  Yes, it does.
25    Q.  All right.  So, you agree with me generally that this

310

1  is a patient whose weight has cycled over time prior to
2  beginning the initiation of Seroquel therapy, correct?
3    A.  Yes.
4    Q.  And there have been wide swings in her weight during
5  her adult life, correct?
6    A.  Correct.
7    Q.  There have been times when she's been up over 200
8  pounds and times when she's been in the 175 range and times
9  when she's been in the 160 range.
10    A.  Correct.
11    Q.  But we've seen that there are times when she has
12  dramatic weight gain or loss over a short period of time.
13    A.  Apparently so, yes.
14    Q.  Now, people in the United States gain weight without
15  regard to the ingestion of antipsychotic medications, correct?
16    A.  Correct.
17    Q.  And we've seen from Ms. Guinn's history that her
18  weight was cycling pretty dramatically even before she started
19  taking Seroquel, correct?
20    A.  Correct.
21    Q.  Do you have the point of view as you sit here
22  today that Ms. Guinn's weight gain on Seroquel is associated
23  with the ingestion of the medicine?
24    A.  Well, part of what I obviously need to do is
25  reevaluate an analysis of these weights, but I do think that

11 (Pages 307 to 310)

311

1  it's highly likely that it contributed to her weight gains
2  while she was on the medication.
3     Q.  All right.  You're familiar with the concept of
4  placebo-controlled randomized clinical trials, correct?
5     A.  Correct.
6     Q.  And just to work through a few basics of that
7  concept, "randomized" means that you're trying to organize
8  patient populations that are similar, correct?
9     A.  Correct.
10    Q.  In other words, if you're going to do a randomized
11 study against placebo, you want the patients that are in the
12 active medicine to have characteristics that are similar to the
13 patients that are on placebo, correct?
14    A.  Correct.
15    Q.  And it's that randomization that helps you understand
16 if there's an effect of the medicine, correct?
17    A.  Correct.
18    Q.  Because — if you take the issue of weight gain, we
19 know that people, especially schizophrenics, are going to
20 sometimes cycle with their weight up and down, whether they're
21 taking an antipsychotic or not, correct?
22    A.  Correct.
23    Q.  So, the issue that you need to get at as you look at
24 this case — that is, Ms. Guinn's case — is the issue of did
25 Seroquel cause the weight gain or is this just something that

312

1  is part of her continuing pattern of cycling, correct?
2     A.  Correct.
3     Q.  Now, when we talk about placebo-controlled trials,
4  the reason that we have a placebo control is that we want to
5  understand what the background rate is in a similar population,
6  correct?
7     A.  Correct.
8     Q.  And you agree, do you not, that there is a background
9  weight — rate for weight gain in schizophrenic patients?
10    A.  I'm sorry.  Could you repeat that again?
11    Q.  Some schizophrenics will gain weight whether they're
12 on an antipsychotic or not, correct?
13    A.  Correct.
14    Q.  I mean, we've seen Ms. Guinn gain weight and lose
15 weight when she was not on an antipsychotic, correct?
16    A.  Correct.
17    Q.  All right.
18    A.  And, you know, just to clarify, you keep referring to
19 her as having schizophrenia.  I'm not sure that's the current
20 working diagnosis that her clinicians are using, but — just to
21 clarify.
22    Q.  In her life, she has carried the diagnosis of
23 schizophrenia, correct?
24    A.  She was given that diagnosis at one time, correct,
25 and carried it for a while.  Again, my understanding is that's

313

1  been modified to be some form of bipolar affective disorder,
2  but —
3     Q.  All right.  Patients with bipolar disorder will cycle
4  with regard to their weights, correct?
5     A.  People with no diagnosis with cycle with respect to
6  their weight.
7     Q.  Right.  So, one of the things that you will be —
8  that you're doing in this case is you're trying to understand
9  is Ms. Guinn's weight gain something that is naturally
10 occurring and consistent with her cycling pattern or is it
11 something that's caused by the medicine, correct?
12    A.  Something that's impacted by the medicine, yeah.
13    Q.  Now, you mentioned a minute ago that you thought it
14 might be wise for you to sort of reevaluate Ms. Guinn's
15 situation, given what you know now about the dramatic swings
16 that she's had in weight.  That's what you said just a minute
17 ago, correct?
18    A.  Well, I said that I will go back and reevaluate these
19 cycles in the weights as I move forward in this process.
20    Q.  So, you agree, don't you, that you can't state as you
21 sit here right now to a reasonable degree of medical and
22 scientific certainty that Ms. Guinn's weight gain during the
23 period of time that she was ingesting Seroquel was related to
24 the medicine?
25    A.  Currently, correct, yes.

314

1     Q.  And if that's the case, you would also have to agree
2  that you could not state to a reasonable degree of medical or
3  scientific certainty that the development of diabetes in this
4  patient is related to Seroquel.
5     A.  No.  I don't think that they're the same thing
6  necessarily.  I'm — the mechanism of the difficulty regulating
7  glucose and the onset of diabetes is — may not, in fact, be
8  directly related to the weight issue.
9     Q.  All right.
10    A.  As you earlier pointed out, no studies have actually
11 made that connection.
12    Q.  Now, it's correct, is it not, that you do not have
13 the expertise to explain to the court or to the jury the
14 mechanism through which Seroquel might contribute to the
15 development of diabetes; is that true?
16        MR. FIBICH:  Object to form.
17    A.  No.  I actually have the expertise that — the
18 information is just not known to the field.
19    Q.  (BY MR. BROCK)  Okay.
20    A.  I could certainly explain — you know, if there was a
21 known mechanism of action, I could certainly explain the
22 physiology to the jury.
23    Q.  Okay.  As you sit here today, you can't say that
24 Ms. Guinn's weight gain caused or contributed to the
25 development of diabetes in her, correct?

315

1    A.  I can't say that it's the weight gain, correct.

2    Q.  Now, if we take weight gain out of the picture, you

3  would agree with me, would you not, that in your expert report

4  the only possible mechanism that you identified that possibly

5  led to the development of diabetes in Ms. Guinn was the

6  mechanism of weight gain?

7    A.  No, that's not correct.  I didn't — I did not talk

8  about mechanism in my report.  And I think as we discussed

9  yesterday, the mechanisms are not known.

10    Q.  All right.  So, do you agree that you can't state to

11  a reasonable degree of medical certainty that there's a

12  mechanism other than weight gain that causes diabetes in

13  patients?

14    A.  Well, I could state within a reasonable degree of

15  medical certainty that there is an increased risk for the

16  development of diabetes by taking Seroquel —

17    Q.  In —

18    A.  — and that the mechanism is unknown.

19    Q.  All right.  In Ms. Guinn's case, what you identified

20  in your expert report as the item that was causally related to

21  the development of diabetes was the issue of weight gain,

22  correct?

23    A.  I don't think that that's the way I describe that.

24    Q.  Can you tell me as you sit here now when you say

25  that — let's strike that.

316

1    When you say that you need to reconsider the

2  weight gain issue in light of the things that we've just

3  discussed —

4    A.  Yes.

5    Q.  — is it correct that the reconsideration of the

6  weight gain issue may also mean that Seroquel did not

7  contribute to the development of diabetes in this patient?

8    A.  I — I guess — I'm sorry.  Can you say that again?

9    Q.  I'll try to.  I'll try to.

10    A.  I'm trying to —

11    Q.  You have said that you can't state to a reasonable

12  degree of medical certainty today that Seroquel contributed to

13  Ms. Guinn's weight gain, correct?

14    A.  Correct.

15    Q.  That being the case, you can't state today that

16  Seroquel caused or contributed in any way to the development of

17  diabetes in Ms. Guinn, true?

18    A.  No.  I — they're — they're two different

19  phenomenon, and they very well may be interrelated.  But as I

20  said before, it's — the mechanism by which Seroquel causes

21  diabetes may very well be a direct action on, you know,

22  adrenergic receptors and pancreatic cells that are involved in

23  the regulation of glucose as opposed to, you know, some

24  indirect effect through weight gain.

25    So, I still believe and feel that there is a

317

1  temporal association with her taking Seroquel and her

2  developing diabetes, I still believe that it is a contributing

3  factor, and I think that, you know, the data that are out there

4  about the increased risk support that conclusion.

5    Q.  Okay.  Now, you have said to Mr. McConnell that you

6  couldn't identify a placebo-controlled clinical trial that

7  reflects an increased risk for the development of diabetes in

8  patients, correct?

9    A.  No.  I said that I couldn't identify a

10  placebo-controlled controlled study that was able to document

11  that it caused diabetes.

12    Q.  Fair enough.  Fair enough.

13    All right.  Now, do you agree that as you sit

14  here today you can't state to a reasonable degree of medical

15  certainty any specific mechanism that may have caused or

16  contributed to the development of diabetes in Ms. Guinn?

17    A.  I — I don't have any unusual expertise that

18  everybody else in the field has, so, no.

19    Q.  So, let me make sure I got a good question and a good

20  answer to this one.  So, you can't state to a reasonable degree

21  of medical certainty as you sit here today a mechanism through

22  which Ms. Guinn acquired diabetes that would be related to

23  Seroquel.  That's true, isn't it?

24    A.  What is true is that I can tell you that there is not

25  a known mechanism that anyone can state with a reasonable

318

1  degree of medical certainty how this increased risk comes

2  about.  There are a number of plausible explanations, but I

3  don't think there's any evidence that supports one versus the

4  other.

5    Q.  Right.

6    A.  And my understanding is the mechanism has not been

7  determined.

8    Q.  Right.  So, I want to just get right now what

9  Dr. Perry knows, okay?

10    A.  Okay.

11    Q.  So, it's true, is it not, that Dr. Perry cannot state

12  to a reasonable degree of medical or scientific certainty a

13  mechanism through which Seroquel causes or contributes to

14  diabetes?  That's true, isn't it?

15    A.  Are you asking me whether I know any plausible

16  mechanisms —

17    Q.  No.

18    A.  — or whether I know the mechanism?

19    Q.  I'm asking you if you can give to the jury

20  information — expert information that you know the mechanism

21  through which Seroquel may contribute to the development of

22  diabetes.

23    MR. FIBICH:  Object to form.

24    Q.  (BY MR. BROCK)  Or is it, as you say, no one knows

25  that?

13 (Pages 315 to 318)

319

1    A.  My understanding is that that is something that's
2  under investigation, but nobody knows that.
3    Q.  What is it that you think you need to do to better
4  understand Ms. Guinn's cycling issue in terms of whether
5  Seroquel may have contributed to her weight gain?
6    A.  I think I'll probably do a much more detailed
7  dose-weight analysis and then look carefully at the other
8  weights that you've identified and see whether there are
9  factors that could potentially contribute to weight gain and
10  try to get an understanding of what her equilibrium factors
11  were at the time she started.
12    Q.  All right.  Let me turn my attention now to the
13  benefit that Ms. Guinn derived from the medicine.  Did you look
14  at the hospital records from Palmetto that relate to her
15  admission of May of 2002?
16    A.  Yes.
17    Q.  And you agree, do you not, that she presented to the
18  hospital in a state in which she was confused and agitated and
19  hallucinating?
20    A.  Correct.
21    Q.  And she was appropriately worked up in the emergency
22  department and admitted to the intensive care unit, correct?
23    A.  That's my understanding.
24    Q.  And that would be an appropriate thing to do for a
25  patient that was agitated and confused, correct?

320

1    A.  Correct.
2    Q.  You saw that there was an evaluation done on her that
3  related to her admission to the hospital that basically stated
4  that Ms. Guinn, if released from the hospital, could be a
5  threat to herself?
6    A.  Correct.
7    Q.  And we know that because she had already attempted
8  suicide.
9    A.  Correct.
10    Q.  Did you see in the medical records where there were
11  times when she was in the hospital where she actually had to be
12  put in four-point restraints?
13    A.  Yes.
14    Q.  And so the jury understands, four-point restraints
15  means they've tied your arms and your legs basically to the bed
16  but in soft restraints so that you can't self-harm.
17    A.  Correct.
18    Q.  Or harm to others.
19    A.  Correct.
20    Q.  And from your review of the records and depositions,
21  do you agree that it was appropriate to protect her from
22  herself by putting her in four-point restraints?
23    A.  From what I could see, yes.
24    Q.  Now, in the period of time leading up to her
25  admission to Palmetto Hospital in May of 2002, do you agree

321

1  that she had been given a number of other antipsychotics and
2  they weren't working?
3    A.  I know that she was given other antipsychotics and
4  she still had a psychotic break.
5    Q.  Right.  One of the diagnoses that was made of her on
6  her admission to Palmetto Hospital was paranoid schizophrenic,
7  correct?
8    A.  Correct.
9    Q.  And based on the information the physicians had at
10  that time -- that is, May of 2002 -- you don't have any basis
11  for disagreeing with that diagnosis?
12    A.  Well, I would not have given her that diagnosis, but,
13  you know, that's -- I can see why they gave that diagnosis.
14    Q.  All right.  Given the presentation that you -- that
15  was made to the physicians in May of 2002, do you agree that it
16  was reasonable for them to conclude that the patient suffered
17  from paranoid schizophrenia?
18    A.  Again, I would not have given that diagnosis.  I
19  think that it was much more consistent with an acute psychotic
20  episode that could have been part of a very severe depression;
21  but, again, I can see why they gave that diagnosis.
22    Q.  Okay.  You agree that you weren't there to see the
23  patient and evaluate the patient hands-on, correct?
24    A.  Correct.
25    Q.  So, they were in a better position in that way to

322

1  make that evaluation than you would be here several years
2  later, correct?
3    A.  At that point, sure.
4    Q.  Yeah.  Do you think they committed malpractice in --
5  or negligence in terms of their evaluation of the patient as
6  being paranoid schizophrenic?
7    A.  No.
8    Q.  Okay.
9    A.  That's -- these diagnostic -- you know, giving
10  someone a diagnostic label is something that -- you know, it --
11  this happens all the time.
12    Q.  All right.  So, it's reasonable --
13    A.  As you said, I have the hindsight of seeing that she
14  had a long history of affective disorder before and, since,
15  she's had a long history of affective symptoms, so it's more
16  consistent with a different disorder.
17    Q.  With what they were presented with in May of 2002,
18  you'd agree the diagnosis was appropriate.
19    A.  It was reasonable.  Again, it's not something I would
20  have given, but it's reasonable.
21    Q.  All right.  And the patient was started on Seroquel
22  therapy while in the hospital, correct?
23    A.  Correct.  That's my understanding.
24    Q.  The psychiatric community, when it admits a patient
25  to a hospital and puts a patient on antipsychotic therapy, the

323

1  goal is to get the patient to a place where they can care for
2  themselves where they're not a risk to themselves or others and
3  can be released from the hospital, correct?
4      A.  Correct.
5      Q.  And you saw that in the hospital record there were
6  treatment goals like that for this patient.
7      A.  Yes.
8      Q.  And through the initiation of Seroquel therapy, this
9  patient was able to be released from the four-point restraints
10 and actually return to the activities of daily living.
11     A.  Correct.  Seroquel -- excuse me.  Seroquel was part
12 of the intervention process.
13     Q.  Sure.  And do you agree that for this patient at this
14 point in time that Seroquel provided great benefit?
15         MR. FIBICH:  Object to form.
16     A.  I have every reason to believe that it was helpful in
17 decreasing her psychotic symptoms, yes.
18     Q.  (BY MR. BROCK)  It's recorded in the notes that she
19 was actually hallucinating and was out of touch with reality.
20 Is that something that's sometimes seen in patients with
21 psychosis?
22     A.  That's kind of the definition of psychosis.
23     Q.  It is?  Okay.  And that's a very serious thing to the
24 patient, is it not?
25     A.  Yes.

324

1      Q.  And second-generation antipsychotics are an effective
2  means for treating those conditions, correct?
3          MR. FIBICH:  Object to form.
4      A.  Yes.
5      Q.  (BY MR. BROCK)  Okay.  And in this particular case,
6  the second-generation antipsychotic was helpful to this patient
7  in relieving those symptoms --
8          MR. FIBICH:  Object to form.
9      Q.  (BY MR. BROCK) -- from your view?
10     A.  Yes.
11     Q.  Okay.  Now, you saw in the record that before this
12 patient was released from the hospital, there was actually a
13 counseling session conducted with the patient about the
14 medicines that she would be taking upon discharge, correct?
15     A.  I recall something like that, yeah.
16     Q.  And do you recall the testimony of Dr. Nodal that he
17 had been prescribing first-generation antipsychotics since the
18 early Eighties and that he then began to prescribe SGAs when
19 they became available?
20     A.  Yes.
21     Q.  And that he had a pretty standard speech that he gave
22 to patients who would be taking those medicines about the
23 risk-benefit profile, correct?
24     A.  He -- I remember him -- in his deposition, he said
25 that, yes.

325

1      Q.  All right.  And that's an appropriate thing to do for
2  a physician, correct; that is, to advise of the risks of the
3  medicine?
4      A.  Correct.
5      Q.  And what he testified to is that he told patients who
6  took antipsychotics, whether they be first-generation or
7  second-generation, that they should watch their weight, they
8  should report to him immediately if they had hallucinations,
9  that they should watch for movement-type disorders, and that
10 type of thing, correct?
11         MR. FIBICH:  Object to form.
12     Q.  (BY MR. BROCK)  That's what he testified to?
13         MR. FIBICH:  Object to form.
14     A.  I don't remember the specific things he said.  I know
15 that he listed the classic -- you know, EPS and -- you know,
16 and he did say that he talked about weight, so --
17     Q.  (BY MR. BROCK)  And as you sit here today, I mean, do
18 you have any basis for challenging the credibility of Dr. Nodal
19 on that point?
20     A.  Well, I have to say his deposition struck me that he
21 was -- he said that he's always been giving the same -- exact
22 same warning, independent of what the drug was, as long as it
23 was a second-generation antipsychotic.  And I -- I may be
24 recalling this inaccurately, but I remember being struck by the
25 fact that he also said that he was warning about weight gain

326

1  and hyperglycemic things even before it was something that was
2  generally shared with the physician population, so --
3      Q.  There's been information about weight gain and
4  hyperglycemia on the antipsychotics going back into the
5  Eighties though, correct?
6          MR. FIBICH:  Object to form.
7      A.  In some form, yeah.
8      Q.  (BY MR. BROCK)  Okay.  But in any event, I mean, his
9  testimony is that he advised about weight gain and the other
10 things that we've talked about.  And in terms of his
11 credibility on that point, you don't know him, you don't have
12 any reason to say that it's not true.
13         MR. FIBICH:  Object to form.
14     A.  No.  I don't have any reason to say that it's not
15 true.
16     Q.  (BY MR. BROCK)  Now, upon her discharge from the
17 hospital, she continued to do well on Seroquel, didn't she?
18     A.  I -- it's my understanding that it helped manage her
19 symptoms, yes.
20         MR. FIBICH:  Take a bathroom break while you're
21 getting your stuff together.
22         MR. BROCK:  That's fine.
23         (Recess from 10:01 a.m. to 10:07 a.m.)
24     Q.  (BY MR. BROCK)  By November of 2002, Ms. Guinn was
25 being seen by physicians and nurses at The Circle of Care,

327

1   correct?
2       A.  Correct.
3       Q.  All right.
4       A.  Right.
5       Q.  In November of 2002, Ms. Guinn consulted with a nurse
6   practitioner, Lana Meyer.  Do you remember seeing those
7   records?
8       A.  And I reviewed the records, but I — there were —
9   she actually had so many people that she saw there that I
10  couldn't remember all the names.
11      Q.  Well, she saw Lana Meyer for about a year, and then
12  Nurse Thompson —
13      A.  Nurse Thompson.
14      Q.  — for a long period.
15      A.  And then there was also physicians that were kind of
16  in and out — "in and out" might not be the right word — that
17  were also part of that team, so —
18      Q.  Right.  Now, you agree that a patient has the right
19  to provide input as to decisions that are made regarding health
20  care, correct?
21      A.  Certainly.
22      Q.  And I believe you testified yesterday that it's many
23  times the case when the difficult cases come to you where you
24  practice that you will continue patients on the medicines that
25  they're on for a period of time if they say they're doing well

328

1   on that medicine, correct?
2       A.  Correct.
3       Q.  And then for cases where you initiate medicine
4   therapy when the patient would come back, one of the things you
5   would do as a physician would be to try to evaluate that, say,
6   "How are you doing," right?
7       A.  Correct.
8       Q.  And that response that the patient gives you is
9   important to your evaluation as to whether the medicine is
10  working or not, correct?
11      A.  Yes, sir.
12      Q.  If the patient comes in and says, "I'm not sleeping,"
13  or, "I'm hearing voices," and they're on a medicine that you've
14  prescribed, you would think about prescribing something else to
15  see if you could find another therapy that might work.
16      A.  Correct.
17      Q.  Or if there are other modalities that are available
18  to you other than medicine, you might consider those also.
19      A.  Correct.
20      Q.  All right.  For Ms. Guinn, consistently over a long
21  period of time, she reported to her health care providers that
22  Seroquel was working very well for her, correct?
23      A.  Correct.
24      Q.  In fact, by November of 2002, she reported to her
25  health care provider that she was not having any side effects

329

1   from Seroquel, no akathisia, dystonia, neuroleptic-induced
2   Parkinson's, or tardive dyskinesia, correct?
3       A.  Correct.
4       Q.  And at that point, he says it's doing a fairly good
5   job of controlling the psychotic symptoms, correct?
6       A.  Correct.
7       Q.  Now, when we talk about psychotic symptoms, what are
8   they?
9       A.  You may recall when she — in her testimony in her
10  deposition, she talked about hearing voices in her head and
11  feeling like she was losing touch with reality and — it's —
12  those are examples of psychotic symptoms.  Essentially, it's
13  when the normal, linear, rational form of processing sensory
14  information breaks down and influences the way you perceive
15  things and the way you think and the way you process
16  information and you actually — your brain starts to play
17  tricks on you both, sensory tricks and cognitive tricks.  You
18  have odd thoughts and you hear and perceive and sometimes even
19  see things that are really not there.
20      Q.  Okay.
21      A.  So —
22      Q.  Does medicine understand what causes those things to
23  happen?
24      A.  Well, I — again, there are multiple — it depends
25  upon your level of understanding.  There are mechanisms that

330

1   people understand certain systems are involved in those
2   symptoms.  What exactly happens in those systems to cause those
3   problems is not well understood.  Again, there are a number of
4   plausible mechanisms that are suggested, but nobody knows for
5   sure.
6       Q.  Okay.  To be clear, these side effects of akathisia,
7   dystonia, neuroleptic-induced Parkinson's, tardive dyskinesia,
8   those are very serious side effects of medicines, correct?
9       A.  They can be, yes.
10      Q.  And it is generally considered that the
11  second-generation antipsychotics are an improvement over the
12  first-generation antipsychotics with regard to those
13  conditions.
14      A.  Well, it's — it had generally been believed that,
15  and I think that that's being reevaluated with the Catie study,
16  but —
17      Q.  And we've talked about that.
18      A.  Correct.
19      Q.  But amongst the physician community, it's generally
20  felt, is it not, that the second-generation antipsychotics were
21  an improvement with regard to movement disorders?
22      A.  Correct.  That's the perception.
23      Q.  By her visit of December 12th, 2002, with Nurse
24  Meyer, she was denying any auditory hallucinations, she had no
25  evidence of psychosis, and she wasn't suicidal, correct?

**331**

1    A. Correct.

2    Q. She reported that the combination of medicines she is

3    taking right now have been very helpful, correct?

4    A. That's my recollection, yes.

5    Q. Okay. The point being that if we compare her

6    condition in May of 2002 when she was admitted to the hospital

7    to her condition in December of 2002, we can see dramatic

8    improvement from a mental health perspective, correct?

9    A. Correct.

10   Q. And you would attribute that, in part, to the use of

11   Seroquel?

12   A. Yes, I would.

13   Q. The prescriptions that Dr. Nodal and Nurse Meyer, if

14   she -- I think she did renew them some. Was Seroquel an

15   appropriate medicine to be prescribed for Ms. Guinn, given her

16   presentation in May and her improvement with the medicine over

17   time up through December of 2002?

18   A. Well, I think that Seroquel definitely improved her

19   symptoms. I also think that someone with her preexisting

20   medical condition should not have been given Seroquel, with

21   what was known about the impact of Seroquel on increasing risk

22   for diabetes and the impact that it has on -- in some cases on

23   the management of glucose.

24   Q. Okay. From the perspective of Nurse Meyer and

25   Dr. Nodal, do you believe that they made appropriate

**332**

1    prescribing decisions based on their description of what they

2    understood about the medicine?

3    A. Yeah. I believe they -- based upon what they knew,

4    they were -- those were reasonable decisions.

5    Q. Okay. Now, if we go over to January of 2003, she is

6    reporting that Seroquel has seemed to be helping her a lot and

7    that there's a consideration given at this point to possibly

8    decreasing the dosage of Seroquel at follow-up, correct?

9    A. I don't remember that specifically, but I -- I trust

10   your reading of the notes.

11   Q. Okay. Now, by February of 2003, she is reporting to

12   Nurse Meyer that she's doing excellent on her medication. "She

13   said she has never felt better. She denies any depressive

14   symptoms. She is sleeping and eating all right. In fact, she

15   has lost 6 pounds because she has been working out," correct?

16   A. I don't know that specific notation, but I know that

17   she was -- actually reported multiple times in multiple notes

18   that she was doing well and that the Seroquel was part of that

19   improvement.

20   Q. Now, for Ms. Guinn on this weight issue, is it

21   correct that when a patient starts feeling better, that they're

22   more likely to eat on a regular basis?

23   A. Well, I mean, that may be. I mean, it's -- different

24   people manage that differently depending on the nature of their

25   symptoms. Some people eat, as we talked about yesterday, to

**333**

1    sooth themselves when they're anxious or tense. So, when they

2    get better, they don't eat as badly or eat at much junk. Some

3    people actually increase their motor activity or physical

4    activity and burn more calories when they feel better, so both

5    of those are involved in weight gain.

6    Q. Now, for Ms. Guinn on the issue of weight gain, we

7    also have the issue that she lived a pretty sedentary

8    lifestyle, correct?

9    A. Correct.

10   Q. And one of the reasons for that is that she had

11   progressive arthritis as well as some pretty serious back

12   problems.

13   A. Correct.

14   Q. And those were manifesting themselves during the

15   period of time that she was taking Seroquel, correct?

16   A. And before.

17   Q. Yeah. And so one explanation for weight gain is

18   eating more and exercising less, correct?

19   A. Certainly.

20   Q. Eating more and being less active.

21   A. Correct.

22   Q. And as to Ms. Guinn, she did have health problems

23   that significantly affected her ability to exercise.

24   A. Correct.

25   Q. Did you, in your review of the records, make note of

**334**

1    the fact that she was taking medications that would increase

2    the risk of the development of diabetes?

3    A. I knew that she was on a number of medications that

4    can influence glucose handling.

5    Q. Do you know what Depo-Medrol is?

6    A. It's a steroid.

7    Q. Right. Is it referred to as a glucocorticoid?

8    A. I believe it is, yes.

9    Q. Does the glucocorticoid Depo-Medrol cause problems

10   with glucose?

11   A. It can.

12   Q. Do you know how many injections of that medicine or

13   what dosage she received between July of 2003 and February of

14   2005?

15   A. I don't.

16   Q. Do you know that she received any?

17   A. I recall that she received some. I don't -- you

18   know, I didn't chart that.

19   Q. Okay. If she received intramuscular injections on at

20   least eight occasions between July of 2003 and February of

21   2005, would you agree that those injections would be

22   significant risk factors for the development of glucose

23   disregulation?

24   MR. FIBICH: Object to form.

25   A. Well, I -- they would certainly influence glucose

335

1    disregulation, yes.
2        Q.  (BY MR. BROCK)  Did you consider those when you
3    thought about this particular case?
4        A.  Well, I tried to look at a number of the risk factors
5    that were present in this woman's life and —
6        Q.  The reason I ask is it wasn't in your report and it's
7    not in the summary, as I recall.  It may be, but I don't recall
8    it being there.
9            MR. FIBICH:  I think you interrupted him, too.
10       Q.  (BY MR. BROCK)  I'm sorry.  I do apologize.  Go ahead
11   and finish your answer.
12       A.  No, it's not in my report, but I did consider those
13   things as potential factors.  And I think as you would recall,
14   my report does not ever say Seroquel is the only cause or the
15   only contributing factor.  I just believe it was a causative
16   element in this process.
17       Q.  Okay.  If Ms. Guinn came to you in 2005 and you took
18   a history from her and knew that she was prediabetic going back
19   to the early 1990s, had been obese since at least the early
20   1990s, had a significant family history for the development of
21   diabetes, suffered from hypercholesteremia, it wouldn't be
22   surprising at all to you if you took a fasting blood sugar and
23   found that she was in the diabetic range, correct?
24           MR. FIBICH:  Object to form.
25       A.  No, I wouldn't be surprised by that.

336

1        Q.  (BY MR. BROCK)  All right.  And that would be because
2    with that many risk factors, the likelihood that the patient
3    will develop diabetes is pretty substantial, whether or not the
4    patient is on a medicine that may contribute to that disease
5    process, correct?
6        A.  Correct.
7            MR. FIBICH:  Object to form.
8        A.  Correct.  It would be — there would be significant
9    risk for the development of diabetes, independent of any
10   medications she's on.
11       Q.  (BY MR. BROCK)  Right.  Do you know a Dr. Marks who
12   practices endocrinology in the Miami area?
13       A.  No.
14       Q.  Have you seen Dr. Marks' expert report?
15       A.  I don't think so.  I don't — I really wasn't
16   provided any expert reports.
17       Q.  Okay.  Dr. Marks was asked to review the Guinn file,
18   among others, and gave a deposition earlier this week and I'm
19   going to read to you something that she testified to and see if
20   you agree with this.
21       A.  Okay.
22       Q.  She was asked a question, "And would you agree that
23   her combination of long-term obesity and a strong family
24   history of diabetes made it very likely that she would develop
25   Type 2 diabetes, whether she took Seroquel or not?

337

1            Answer: "Yes, I do."
2            Do you agree with that?
3            MR. FIBICH:  Object to form.
4        A.  I do, and I actually think my previous answer was
5    consistent with that.
6        Q.  (BY MR. BROCK)  Okay.  "More likely than not, in
7    fact, right?"
8            And she said, "Probably."
9            "More likely than not to a reasonable degree of
10   medical probability?"
11           Answer: "Yes."
12           MR. FIBICH:  Object to form.
13       Q.  (BY MR. BROCK)  So, do you agree with that?
14       A.  I can't say that — you know, I can't disagree with
15   that, but I can't say that I would be able to say for sure that
16   she — you know, that they're 50 percent — that 50 percent of
17   the time she's going to get it and 51 percent she's not.  I
18   couldn't say that.
19       Q.  Right.  But to the concept that somewhere in her
20   life, whether she took Seroquel or not, she was likely to
21   develop diabetes, do you disagree with Dr. Marks on that?
22           MR. FIBICH:  Object to form.
23       A.  I don't disagree that she's at great risk for the
24   development of diabetes.
25       Q.  (BY MR. BROCK)  Okay.  And can you tell the jury, if

338

1    she had not taken Seroquel, when that disease process would
2    have manifested itself?
3            MR. FIBICH:  Object to form.
4        A.  No.
5        Q.  (BY MR. BROCK)  You can't exclude obesity as the
6    cause of Ms. Guinn's diabetes, correct?
7        A.  Well, when you talk about — are you talking about
8    the direct mechanism or the only — the causative factor?
9        Q.  Well, I'm talking about — obesity is a risk
10   factor —
11       A.  Correct.
12       Q.  — in the development of diabetes, correct?
13       A.  Correct.
14       Q.  Do you believe that obesity contributed to
15   Ms. Guinn's diabetes?
16       A.  I think it's highly likely, yes.
17       Q.  Okay.  More likely than not, you can't exclude
18   obesity as the cause of the diabetes, correct?
19           MR. FIBICH:  Object to form.
20       A.  I think that it's — that there are probably multiple
21   causative factors that contributed to the final — whatever the
22   final physiological mechanism is that get — got her to become
23   diabetic.  I think there were probably multiple factors
24   involved.
25       Q.  (BY MR. BROCK)  Okay.  I'm — I need to see if I can

**339**

1  get an answer to this question.
2      A.  Okay.
3      Q.  More likely than not, was obesity a cause of
4  Ms. Guinn's diagnosis of diabetes?
5      A.  Can I modify it a little bit?
6      Q.  Sure.
7      A.  I think, more likely than not, it was a causative
8  factor in her diabetes, yes.
9      Q.  Okay.  So, coming back to my original question, you
10  can't exclude diabetes as a cause -- excuse me.  Coming back to
11  my question, you can't exclude obesity as a cause of
12  Ms. Guinn's diabetes, correct?
13          MR. FIBICH:  Object to form.
14      A.  Correct.
15      Q.  (BY MR. BROCK)  All right.  Same question for family
16  history.  You can't exclude family history as a cause of
17  Ms. Guinn's diabetes.
18      A.  Correct.
19      Q.  And does family history take into account the genetic
20  component of the risk of diabetes?
21      A.  Yes.  I mean, obviously, there are multiple factors
22  that are involved in that family history.
23      Q.  So, knowing that she had a family history, you would
24  say that she was genetically predisposed to the illness --
25      A.  Correct.

**340**

1      Q.  -- of diabetes, correct?
2      A.  Correct.
3      Q.  Okay.  Did the steroid injections, more likely than
4  not, play a causal role in the development of diabetes in
5  Ms. Guinn?
6          MR. FIBICH:  Object to form.
7      A.  I think it's likely they were a causative factor.
8      Q.  (BY MR. BROCK)  When I was asking you about obesity,
9  you understood that I was asking you about obesity that existed
10  over her life before she started taking Seroquel, correct?
11      A.  Correct.
12      Q.  Okay.  Did her smoking history of one to
13  one-and-a-half packs per day for 37 years, more likely than
14  not, contribute to the development of diabetes?
15      A.  I have to say, I don't -- I do not know those
16  relationships -- I mean, it very well may be.  I do think that
17  it contributed to some of her other health factors that may be
18  related to the development of diabetes.
19      Q.  Okay.
20      A.  So, either -- again, I don't know that it's a
21  specific risk factor, but --
22      Q.  Knowing that she was prediabetic before she ever took
23  Seroquel tells us that she had glucose disregulation issues
24  before ingestion of the medicine, correct?
25      A.  Correct.

**341**

1      Q.  Let me ask you the same question about hypertension
2  and hypercholesteremia.  Did hypertension and
3  hypercholesteremia, more likely than not, cause Ms. Guinn to
4  have diabetes?
5      A.  More likely than not, they were causative factors in
6  her development of diabetes.
7      Q.  When do you say that Ms. Guinn developed diabetes?
8      A.  I'd have to look.  I -- November of 2002, there was
9  the suspicion of -- apparently, there were some concerns about
10  potential diabetes.
11      Q.  She didn't have a diagnosis of diabetes in November
12  of 2002 though, did she?
13      A.  No.  She was given the diagnosis -- from my
14  recollection or what I've written and what I recall, was in
15  February of 2006.
16      Q.  Okay.  Now, let me ask this question:  Assuming that
17  she had the diagnosis of diabetes in February of 2006, how can
18  you say that she wouldn't have developed diabetes at that point
19  in time even if she had not been taking Seroquel?
20      A.  I can't.
21      Q.  You testified yesterday about sales and marketing
22  activity with regard to AstraZeneca and Seroquel.  You remember
23  that?
24      A.  A little bit, yes.
25      Q.  And you talked a little bit about the weight neutral

**342**

1  claim that was made in some of the documents that you looked
2  at, correct?
3      A.  Correct.
4      Q.  Now, you've looked at the health care provider
5  depositions in this case, correct?
6      A.  I have.
7      Q.  You have seen that none of the health care providers
8  in this case say that anyone made misrepresentations to them
9  about weight gain, correct?
10      A.  Not to their recollection, no.
11      Q.  And so if we think about a statement of weight
12  neutral being made in a document, as far as you know for
13  Ms. Guinn, a claim of weight neutral didn't influence any
14  prescribing decisions, correct?
15      A.  Not that they -- not that the prescribers said.
16      Q.  All right.  Well, that's really what we have to go
17  on, right, is what they testified to, correct?
18      A.  To some degree, sure, but people's behavior -- I
19  mean, even in his own deposition, Dr. Nodal didn't even
20  remember, you know, certain meetings with drug reps.  You know,
21  the influence -- you know, advertising, for example, works on
22  us without us consciously being aware that it's having an
23  impact.
24      Q.  Right.  New --
25      A.  Drug rep visits are done for a purpose and --

343

1   Q.  With Dr. Nodal, you saw that Dr. Nodal actually
2   wanted to be a speaker for AstraZeneca.  Did you see that?
3   A.  Yeah.  He was a little huffy that he wasn't.
4   Q.  Yeah.  He got moved down on the list actually, right?
5   A.  That's correct.
6   Q.  And, yet, continued to prescribe Seroquel because he
7   thought it was beneficial to his patients, correct?
8   MR. FIBICH:  Object to form.
9   A.  That was — yeah.  He felt it was very effective for
10  his patients.
11  Q.  (BY MR. BROCK)  Now, you don't contend, do you, that
12  after you're off Seroquel, that it can in some ways continue to
13  cause weight gain, do you?
14  A.  No.
15  Q.  And you saw in the records, did you not, that
16  Ms. Guinn had pretty significant weight gain after she came off
17  Seroquel.
18  A.  It's — I trust you on that, but I did not note that.
19  Q.  Okay.  When did Ms. Guinn come off Seroquel?
20  A.  I think it was — I think that there was an intention
21  to taper her off in 2006.
22  Q.  Which concluded in December of 2006?
23  A.  Yes, something like that.  There was initially an
24  attempt to taper her off, but I think for some reason — trying
25  to figure this out.  I know they transitioned her to Abilify

344

1   in — it actually looks like it was in 2007.
2   Q.  Do you know when she last took Seroquel?
3   A.  I don't know for sure, but it looks like the last —
4   there's a notation that — in March of '07 that she was taking
5   Seroquel, but also in March she was on Abilify.  So, that might
6   have been the time when they were weaning her off Seroquel and
7   starting her on Abilify, although earlier there was a notation
8   that they were going to taper her in June of '06.
9   So, this is — actually, yesterday, when I
10  had — I misrecalled the discontinuation of Seroquel with
11  Ms. Curley, this was the situation that was — I was really
12  recalling, that there was an intention to taper her off
13  medications — off Seroquel in June of '06, but apparently that
14  did not take place and she stayed on it until '07.
15  Q.  So that we'll have a date that is — that we can work
16  from, let me just ask you to assume that the patient
17  discontinued Seroquel in December of 2006.
18  A.  Okay.
19  Q.  If it turns out to be early 2007, if there's a record
20  that supports that, then we can look at that when we get to
21  trial, but —
22  A.  Sure.
23  Q.  — let's assume that she came off of Seroquel in late
24  '06 or within the first month or two of '07.  Is that fair —
25  A.  That's fair.

345

1   Q.  — for purpose of our discussions?
2   A.  Sure.
3   Q.  Her weight on 1-4 of '07 is shown to be 188 pounds.
4   Is that consistent with your review of the records?  Do you
5   have that —
6   A.  I've got 190 in March of '07.
7   Q.  Well, actually, by March the 5th of '07, she's up to
8   196.  Do you have that one?
9   A.  I've got 190 on March 13th, but I don't have a weight
10  for that visit on March 5th.
11  Q.  Okay.  Assuming she's off Seroquel in early January
12  of '07 and she's at 188 — or assuming she's at 190 in March,
13  somewhere in the 188 to 190 range, can you tell the jury what
14  her highest weight was off Seroquel?
15  MR. FIBICH:  Object to form.
16  Q.  (BY MR. BROCK)  And when I say "off Seroquel," I mean
17  after the medicine was discontinued.
18  A.  Yeah.  I mean, I would — from what I have here, it
19  looks look like it's about 194.
20  Q.  So, your review of the records didn't uncover the
21  record of 10-18 of '07 where she weighed 206 pounds?
22  A.  That — there's a visit recorded, but not a weight,
23  and I didn't recall that weight.  As I said, I read these when
24  they came in and didn't memorize them.
25  Q.  It's not a memory test.  I'll show you the record.

346

1   (Perry Exhibit No. 46 marked.)
2   Q.  (BY MR. BROCK)  Perry 46 reflects a weight of 206
3   pounds, correct?
4   A.  Yes, sir.
5   Q.  That's not in your nurse's chart, nor is it in your
6   expert report, is it?
7   A.  No.
8   Q.  And on this issue of weight cycling, it is important
9   that she's had significant weight gain after being off
10  Seroquel, correct?
11  A.  Correct.
12  Q.  And that's another fact that you didn't take into
13  account when you evaluated this case from the perspective of
14  determining if Seroquel had, in some way, contributed to weight
15  gain, correct?
16  A.  Well, that specific weight, no.
17  Q.  Well, you didn't even evaluate the concept that she
18  had gained significant weight after transitioning to Abilify,
19  correct?
20  A.  Again, in my recollection of reviewing the records,
21  she had very similar kinds of ups and downs in her weight on
22  Abilify and after — the similar cycles that she had had
23  when — that I saw when she was on Seroquel.
24  Q.  If she's cycling before Seroquel and she's cycling
25  after Seroquel and there are dramatic weight changes occurring

347

1  before and after ingestion of the medicine, those are important
2  considerations to the evaluation of any relationship between
3  Seroquel and weight gain, correct?
4      A.  Correct.  And as I said, a reevaluation of that will
5  take place.
6      Q.  I'm not going to redo all the questions that
7  Mr. McConnell asked yesterday.  I just want to ask one of them.
8      A.  Sure.
9      Q.  You understood that when you prepared this report,
10  signed it and submitted it in this litigation that it was
11  important that you be accurate and that you give the bases for
12  the opinions that you had in the report, correct?
13      A.  Correct.
14      Q.  And you understood that today was our opportunity to
15  ask you about the opinions that you had formed and the bases
16  for those opinions, correct?
17      A.  Correct.
18      Q.  Now, Ms. Guinn has been receiving medication for
19  diabetes since that diagnosis was made, correct?
20      A.  That's my understanding, yeah.
21      Q.  And her diabetes is pretty well controlled with the
22  use of those medicines, correct?
23      A.  Yes, I think so.
24      Q.  I mean, fortunately for her, she has had a good
25  response to the diabetes medications that have been prescribed

348

1  for her, correct?
2      A.  Correct.
3      Q.  You can't testify to a reasonable degree of medical
4  certainty that she will have any long-term problems associated
5  with the diagnosis of diabetes, correct, specific to her?
6      A.  No.  Not specific to her, no.
7      Q.  Okay.  You gave some testimony yesterday about the
8  product labels.  Do you remember that?
9      A.  Yes.
10      Q.  Now, you've never read any of the federal regulations
11  as relates to the labeling of medicines in the United States,
12  have you?
13      A.  Not that I recall, no.
14      Q.  You couldn't cite for the -- for us the ones that
15  would be applicable to the label change that took place with
16  regard to Seroquel in 2004, correct?
17      A.  Correct.
18      Q.  You understand that the FDA controls the placement of
19  language in the label; that is, whether it goes in warnings or
20  precautions or adverse events, correct?
21          MR. FIBICH:  Object to form.  Leading.
22      A.  Yeah.  I understand the FDA's ultimately responsible
23  for that.
24      Q.  (BY MR. BROCK)  And the criteria that the FDA employs
25  to decide whether something goes in a warning or a precaution

349

1  or an adverse event, you're not an expert on those regulations
2  or the placement of information in the label as relates to
3  that, correct?
4      A.  Correct.
5          MR. FIBICH:  Object to form.
6      Q.  (BY MR. BROCK)  Now, with regard to how physicians
7  learn about medicines, the label is not the only place that
8  physicians routinely go to to learn about medicines, correct?
9      A.  Correct.
10      Q.  They learn about medicines through talking to
11  colleagues, correct?
12      A.  On occasion.
13      Q.  By attending conferences?
14      A.  Correct.
15      Q.  By reviewing the peer-reviewed literature?
16      A.  Correct.
17      Q.  By looking at a medicine company's website as to what
18  information might be available on the website?
19      A.  Correct.
20      Q.  And it is true though that physicians, when they
21  prescribe medicines, are responsible to know the entire content
22  of the label, correct; that is, all of the indications, all of
23  the risk-benefit profile?
24          MR. FIBICH:  Object to form.
25      A.  It -- that would be ideal.

350

1      Q.  (BY MR. BROCK)  All right.  Well, I guess what I'm
2  asking is in terms of prescribers in this particular case, you
3  can't say that the placement of information about diabetes in
4  the warning section as opposed to making a black box -- putting
5  it in a black box would have made any difference, correct?
6      A.  Not with some of these people.
7      Q.  Okay.  You think you could say as to some of the
8  people, or are you saying as to the specific physicians
9  involved here?
10      A.  Well, I believe that there are some physicians who,
11  if that had been in the black box, would have changed their
12  prescribing practice.
13      Q.  Right.  And that's a general statement and I
14  understood you to say that yesterday.
15      A.  Correct.
16      Q.  I'm drilling down just a little bit to physicians in
17  this case.
18      A.  In this case.
19      Q.  You can't say that anything would have changed in
20  this case if the placement had been different.
21      A.  Not from reviewing their depositions.
22      Q.  Okay.  You did see where each of the physicians and
23  nurse practitioners testified in the Guinn case that they felt
24  like that they made appropriate prescribing decisions, correct?
25      A.  Correct.

351

1    Q. And we've already talked about that and I won't re-go
2    over that, but they were also asked the question of knowing
3    everything you know today and looking back on the situation in
4    hindsight, do you still feel like you made the right decision,
5    and they all said they did.
6    A. Correct.
7    MR. BROCK: Give me about a two-minute break.
8    MR. FIBICH: All right.
9    (Recess from 10:46 a.m. to 10:51 a.m.)
10    Q. (BY MR. BROCK) Thank you for your time.
11    MR. FIBICH: You through?
12    MR. BROCK: (Nods head affirmatively.)
13    MR. FIBICH: Okay. We'll reserve our questions
14    until later.
15    MR. McCONNELL: Actually, have a couple
16    follow-ups based on a few things Mr. Brock brought up. Two
17    minutes.
18    MR. FIBICH: Sure.
19    (10:51 a.m.)
20    EXAMINATION
21    BY MR. McCONNELL:
22    Q. Dr. Perry, Mr. Brock asked you a couple of questions
23    about weight cycling --
24    A. Correct.
25    Q. -- and I wanted to sort of pose the same questions

352

1    for Ms. Burns and Ms. Curley. They both also had histories of
2    weight cycling prior to using Seroquel, didn't they?
3    A. Correct.
4    Q. And they also had histories of weight cycling while
5    they were on Seroquel.
6    A. Correct.
7    Q. And also after they were on Seroquel, correct?
8    A. As far as I recall.
9    Q. Given that history of cycling -- I'll start with
10    Ms. Curley. Do you agree that given that history of cycling,
11    it's not possible to say to a reasonable degree of medical
12    certainty that the weight gained by Ms. Curley while she was on
13    Seroquel was caused by the Seroquel?
14    A. At this time, I can't say that.
15    Q. Same question for Ms. Burns.
16    A. Correct.
17    Q. Same answer?
18    A. Same answer.
19    Q. Okay. And now I want to ask a similar question to
20    the question that Mr. Brock asked about Ms. Guinn, again, for
21    both Ms. Burns and Ms. Curley, and I'll start with Ms. Curley.
22    Given the constellation of risk factors that Ms. Curley had for
23    diabetes that we discussed yesterday, including the family
24    history of diabetes, the age, the other drugs she used, the
25    preexisting obesity, and the high cholesterol -- you recall all

353

1    those for Ms. Curley, correct?
2    A. Yes, sir.
3    Q. Given that, isn't it true that it is likely that
4    whether or not Ms. Curley ever took Seroquel, at some point in
5    her life, she would have come down with diabetes?
6    MR. FIBICH: Object to form.
7    A. I think it is likely, yes.
8    Q. (BY MR. McCONNELL) Same question for Ms. Burns.
9    A. Yes.
10    Q. Same answer?
11    A. Yes.
12    Q. Okay. And then the last question is a labeling
13    question, and that is -- given your discussion yesterday about
14    the Seroquel label and changes that you would have suggested,
15    my question to you is: Based upon your review of the
16    depositions of the doctors for Ms. Curley, as well as the
17    medical records, is it possible to say to a reasonable degree
18    of medical certainty whether any change to the Seroquel label
19    would have made any difference to the prescribing decisions by
20    Ms. Curley's doctors?
21    MR. FIBICH: Object to form.
22    A. I really couldn't speak for, you know, what they
23    would have done. But, honestly, in reviewing the way some of
24    those treaters were circumspect about weighing benefits and
25    risks, I suspect that some of them may have selected a

354

1    different agent to use for those cases.
2    Q. (BY MR. McCONNELL) Well, let me ask specifically
3    about Ms. Curley's doctors. Can you say based upon what you
4    saw with respect to them that they would have made any
5    different prescribing decision had there been any revision to
6    the Seroquel label?
7    A. I think it's possible that the neurologist who -- she
8    would have selected something different. I think -- but
9    that -- again, I'm only speculating. She would really be the
10    person to be able to answer that question.
11    Q. Same question for Ms. Burns' doctors. Would it be
12    possible for you to say to a reasonable degree of medical
13    certainty that they would have made a different prescribing
14    decision if the Seroquel label had been revised?
15    MR. FIBICH: Object to form.
16    A. I can't really speak for that, no.
17    Q. (BY MR. McCONNELL) And as Mr. Brock did, I
18    appreciate your time. Thank you.
19    A. Thank you.
20    (Deposition concluded at 10:55 a.m.)
21
22
23
24
25

355

```
 1              CHANGES AND SIGNATURE
 2   PAGE   LINE   CHANGE        REASON
 3        _____
 4        _____
 5        _____
 6        _____
 7        _____
 8        _____
 9        _____
10        _____
11        _____
12        _____
13        _____
14        _____
15        _____
16        _____
17        _____
18        _____
19        _____
20        _____
21        _____
22        _____
23        _____
24        I, BRUCE D. PERRY, M.D., Ph.D., have read the
25   foregoing deposition and hereby affix my signature that same is
```

356

```
 1   true and correct, except as noted above.
 2        _____
 3              BRUCE D. PERRY, M.D., Ph.D.
 4
 5   THE STATE OF _____)
 6   COUNTY OF _____)
 7        Before me, _____, on this day
 8   personally appeared BRUCE D. PERRY, M.D., Ph.D., known to me
 9   (or proved to me under oath or through _____) to
10   be the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed the same
12   for the purposes and consideration therein expressed.
13        Given under my hand and seal of office this _____ day
14   of _____, _____.
15
16
17        _____
18        NOTARY PUBLIC IN AND FOR
19        THE STATE OF _____
20
21
22
23
24
25
```

357

```
 1   STATE OF TEXAS
 2   COUNTY OF HARRIS
         I, the undersigned certified shorthand reporter
 3   in and for the State of Texas, certify that the facts stated in
     the foregoing pages are true and correct.
 4
         I further certify that I am neither attorney or
 5   counsel for, nor related to or employed by, any of the parties
     to the action in which this deposition is taken and, further,
 6   that I am not a relative or employee of any counsel employed by
     the parties hereto, or financially interested in the action.
 7
         The amount of time used by each party at the
 8   deposition is as follows:
         STEPHEN J. McCONNELL, ESQ. - 0:08
 9       ROBERT C. "MIKE" BROCK, ESQ. - 2:01
10
         SUBSCRIBED AND SWORN TO under my hand and seal
11   of office on this the _____ day of _____, 2008.
12
13
14       _____
         SHANON M. HAIR, CSR
15       Certified Shorthand Reporter
         In and for the State of Texas
16
17   Certificate No. 6513
     Expiration Date: 12-31-09
18   Firm Registration No. 03
19
20
21
22
23
24
25
```

## A

Abilify 343:25
344:5,7 346:18,22
ability 333:23
able 286:11 293:8
317:10 323:9
337:15 354:10
above-styled
270:17
absolutely 274:22
Academy 277:15
282:3
accent 277:25
278:1
account 339:19
346:13
accurate 275:25
276:11 289:1
293:16 300:16
301:16 308:6
347:11
acknowledged
273:18 356:11
acquired 274:3
317:22
action 314:21
316:21 357:5,6
active 311:12
333:20
activities 280:12,13
280:14,24 281:7
281:16 323:10
activity 278:12
280:15,24 333:3,4
341:22
acute 321:19
add 285:6
added 306:18
admission 306:24
319:15 320:3,25
321:6
admit 283:5
admits 322:24
admitted 319:22
331:6
adolescent 278:6
280:7
adolescents 282:5
287:19

adrenergic 316:22
adult 282:9 295:5
295:20 310:5
adulthood 297:20
298:13,16
adults 281:25 282:1
282:2,6,10,11
294:17,19 295:2
295:11
advances 281:2
adverse 274:6
348:20 349:1
advertising 342:21
advise 284:15 325:2
advised 326:9
affective 288:22
294:25 313:1
322:14,15
affirmatively
351:12
affix 355:25
age 292:18,20
293:1 352:24
agent 354:1
agitated 319:18,25
ago 297:16 300:3
308:11 313:13,17
agree 275:9,14,18
275:23 288:20
289:10,16 291:21
292:3 308:22
309:25 312:8
313:20 314:1
315:3,10 317:13
319:17 320:21,25
321:15,22 322:18
323:13 327:18
334:21 336:20,22
337:2,13 352:10
agreement 288:11
ahead 335:10
akathisia 329:1
330:6
al 270:7,7,8
Alabama 272:15
Alberta 279:4
286:18,20,23
all-time 308:25
amount 357:7

analysis 274:5
281:17 310:25
319:7
answer 306:19
317:20 335:11
337:1,4,11 339:1
352:17,18 353:10
354:10
anticipated 274:22
antipsychotic
284:25 285:4
310:15 311:21
312:12,15 322:25
324:6 325:23
antipsychotics
283:19,24 284:8
284:10,13 285:11
285:23 321:1,3
324:1,17 325:6
326:4 330:11,12
330:20
anxious 333:1
apologies 277:24
apologize 335:10
apparently 300:17
310:13 341:9
344:13
Appearances 271:2
appeared 356:8
appearing 278:9
279:7,11
appears 304:11
applicable 348:15
appreciate 354:18
appropriate 280:3
301:25 319:24
320:21 322:18
325:1 331:15,25
350:24
appropriately
319:21
approximately
281:22
Arch 272:9
area 283:1 286:20
336:12
arms 320:15
arthritis 333:11
asked 276:25 287:7

288:7 336:17,22
347:7 351:2,22
352:20
asking 273:22
274:15 318:15,19
340:8,9 350:2
aspects 278:19
associated 275:14
275:19 310:22
348:4
association 317:1
assume 344:16,23
assuming 284:3
341:16 345:11,12
AstraZeneca 270:7
270:7,8 276:20
341:22 343:2
attached 270:24
attempt 343:24
attempted 320:7
attendees 278:21
attending 349:13
attention 306:12
319:12
attorney 279:3
357:4
attorneys 277:11
attribute 331:10
atypicals 274:16
275:20,22
auditory 330:24
August 307:18
authors 273:18,23
available 324:19
328:17 349:18
aware 276:2 281:9
285:21 302:23
342:22
a.m 270:18,18
273:1 276:14
296:15,15 299:3
326:23,23 351:9,9
351:19 354:20

## B

back 284:4 287:22
299:25 300:5
308:22,24 313:18
326:4 328:4
333:11 335:18

339:9,10 351:3
background 277:3
309:17 312:5,8
badly 333:2
based 274:18
275:25 278:19
285:5 289:1
291:20 321:9
332:1,3 351:16
353:15 354:3
baseline 276:9
306:1
bases 347:11,15
basically 286:24
320:3,15
basics 311:6
basis 321:10 325:18
332:22
bathroom 326:20
Baylor 295:9
Beach 299:10
bed 320:15
began 284:22
307:21 324:18
beginning 284:22
292:1 307:2 310:2
begins 297:4 300:2
304:10
behavior 342:18
belief 305:12
believe 285:10
300:15 305:19
316:25 317:2
323:16 327:22
331:25 332:3
334:8 335:15
338:14 350:10
believed 330:14
beneficial 343:7
benefit 319:13
323:14
benefits 353:24
best 282:12
better 274:15
275:23 286:3
319:3 321:25
332:13,21 333:2,4
bipolar 294:25
295:12 313:1,3

bit 273:12 287:21 300:8 339:5 341:24,25 350:16
black 350:4,5,11
blood 291:11,13 335:22
bottom 304:10
box 350:4,5,11
brain 277:12,20,21 277:22,23 278:1,3 278:5 329:16
brand 277:14,15,16 277:17,23
break 321:4 326:20 351:7
breaks 329:14
bring 288:18
Brock 271:5 272:13 276:13,16,19 277:21 278:3 280:3,4 290:19 292:10 294:12,16 296:4,16 298:19 299:5 303:5,12,16 304:6 306:6,10 309:4,16,22 314:19 318:24 323:18 324:5,9 325:12,17 326:8 326:16,22,24 335:2,10 336:1,11 337:6,13,25 338:5 338:25 339:15 340:8 343:11 345:16 346:2 348:24 349:6 350:1 351:7,10,12 351:16,22 352:20 354:17 357:9
broken 292:16
brought 351:16
BRUCE 270:11,15 271:3 273:2 355:24 356:3,8
built-in 292:12
burdened 293:17
burn 333:4
Burns 270:7 352:1 352:15,21 353:8

354:11
_____
C
C 272:1,13 357:9
California 279:3
called 275:15
calories 333:4
Canada 283:3 286:4,6,16,20 287:6,12,16
care 271:18,19,20 278:6 279:6 280:7 280:16 281:16,22 282:19,23,23 287:6,10,11,15 291:15 319:22 323:1 326:25 327:20 328:21,25 342:4,7
carefully 319:7
Carol 271:12
carried 312:22,25
carries 300:24
carry 292:20,23
case 270:7,7,8 276:7,21 279:8 280:19 285:20 287:8 290:21 296:22 311:24,24 313:8 314:1 315:19 316:15 324:5 327:23 335:3 342:5,8 346:13 350:2,17 350:18,20,23
cases 278:24 280:17 280:23 288:7 327:23 328:3 331:22 354:1
category 294:23
Cates 272:8
Catie 274:9,19,23 274:25 276:2 330:15
causal 340:4
causally 315:20
causative 335:15 338:8,21 339:7 340:7 341:5
cause 298:25

311:25 330:2 334:9 335:14 338:6,18 339:3,10 339:11,16 341:3 343:13
caused 304:2 313:11 314:24 316:16 317:11,15 352:13
causes 270:17 273:24 315:12 316:20 318:13 329:22
CDs 288:18
cells 316:22
Centre 272:9
certain 292:13,14 330:1 342:20
certainly 273:16 288:25 291:18 293:11 302:3,15 302:20 303:10 314:20,21 327:21 333:19 334:25
certainty 313:22 314:3 315:11,15 316:12 317:15,21 318:1,12 348:4 352:12 353:18 354:13
Certificate 271:8 357:17
certified 357:2,15
certify 357:3,4
challenges 293:18
challenging 287:17 325:18
change 348:15 353:18 355:2
changed 350:11,19
changes 271:7 346:25 353:14 355:1
characteristics 311:12
charge 278:9 279:19,20,24 280:3
charges 279:10

280:1
chart 308:9 334:18 346:5
chemicals 292:14
child 277:15 278:6 279:4 280:7,18,19 281:1 282:3
children 277:13 279:2,6 281:2 287:1,19
Children's 279:4 287:5,10
choice 275:6
cholesterol 352:25
chose 275:1
chronic 289:18
Cira 272:9
Circle 326:25
circumspect 353:24
cite 348:14
Citrus 308:13
Civil 270:23
claim 342:1,13
clarify 312:18,21
classic 325:15
clear 330:6
clinical 277:13 278:24 280:12,14 280:15,21,25 281:3,10,18 282:18 287:8 311:4 317:6
clinicians 280:17 280:18 281:5 312:20
closest 304:15 307:1
cognitive 329:17
colleagues 349:11
College 295:9
combination 331:2 336:23
come 274:13 282:2 300:8,11 304:9 327:23 328:4 343:19 353:5
comes 318:1 328:12
coming 339:9,10
comment 294:15

297:8
Commerce 272:14
committed 322:4
communication 286:13
communities 278:19
community 277:9 280:6 322:24 330:19
comorbid 295:11
company's 349:17
compare 331:5
compared 274:20
completeness 309:16
complex 287:8
complexity 275:3
component 339:20
concept 311:3,7 337:19 346:17
concerning 284:23
concerns 341:9
conclude 273:23 321:16
concluded 343:22 354:20
conclusion 287:23 317:4
condition 301:22 331:6,7,20
conditions 324:2 330:13
conduct 275:5
conducted 324:13
conferences 349:13
confirm 303:8 306:13
confused 319:18,25
connection 314:11
Connie 270:7
consciously 342:22
consent 283:24
consider 328:18 335:2,12
consideration 300:23 332:7 356:12
considerations

347:2
**considered** 295:4 299:22 330:10
**consistent** 289:17 289:23 308:8 309:9 313:10 321:19 322:16 337:5 345:4
**consistently** 328:20
**constellation** 352:22
**consultant** 281:11
**consultation** 280:22 286:24
**consulted** 327:5
**contend** 343:11
**content** 349:21
**context** 274:14 280:4 301:20
**continuation** 288:9
**continue** 287:4 327:24 343:12
**continued** 326:17 343:6
**continuing** 305:17 312:1
**contracted** 287:4
**contribute** 285:23 314:14 316:7 318:21 319:9 336:4 340:14
**contributed** 297:19 311:1 314:24 316:12,16 317:16 319:5 338:14,21 340:17 346:14
**contributes** 305:12 318:13
**contributing** 317:2 335:15
**control** 312:4
**controlled** 317:10 347:21
**controlling** 329:5
**controls** 348:18
**COPD** 289:21,23
**copies** 303:11
**correct** 273:14,15 274:17,19,23,24

275:8 278:7,7,11 279:18 281:24 283:7 286:1 287:20 289:1,7,9 289:20,24,25 290:2,19,21 292:18,19 293:19 294:7 295:22,24 296:22,23 297:2,6 297:17,24,25 298:2,3,5,10,11 299:14,15,18,20 299:21 300:14 301:9,10,19,23,24 302:2 303:16,17 303:19,22,23 304:19 305:10,11 305:14,22,23 307:2,3,7,8,16,17 307:19,20 308:2,3 308:11,12,25 310:2,5,6,10,15 310:16,19,20 311:4,5,8,9,13,14 311:16,17,21,22 312:1,2,6,7,12,13 312:15,16,23,24 313:4,11,17,25 314:12,25 315:1,7 315:22 316:5,13 316:14 317:8 319:20,22,25 320:1,6,9,17,19 321:7,8,23,24 322:2,22,23 323:3 323:4,11 324:2,14 324:23 325:2,4,10 326:5 327:1,2,20 328:1,2,7,10,16 328:19,22,23 329:2,3,5,6 330:8 330:18,22,25 331:1,3,8,9 332:8 332:15,21 333:8,9 333:13,15,18,21 333:24 335:23 336:5,6,8 338:6 338:11,12,13,18 339:12,14,18,25

340:1,2,10,11,24 340:25 342:2,3,5 342:9,14,17 343:5 343:7 346:3,10,11 346:15,19 347:3,4 347:12,13,16,17 347:19,22 348:1,2 348:5,16,17,20 349:3,4,8,9,11,14 349:16,19,22 350:5,15,24,25 351:6,24 352:3,6 352:7,16 353:1 356:1 357:3
**counsel** 296:25 357:5,6
**counseling** 324:13
**country** 275:10
**COUNTY** 356:6 357:1
**couple** 273:8 282:4 286:9,14 351:15 351:22
**court** 270:2 314:13
**credibility** 325:18 326:11
**criteria** 348:24
**CSR** 270:19 357:14
**Curley** 270:7 344:11 352:1,10 352:12,21,21,22 353:1,4,16
**Curley's** 353:20 354:3
**current** 312:19
**currently** 286:8 295:1 313:25
**cut** 273:20
**CV** 295:15
**cycle** 298:1,10,23 311:20 313:3,5
**cycled** 310:1
**cycles** 297:24 313:19 346:22
**cycling** 310:18 312:1 313:10 319:4 346:8,24,24 351:23 352:2,4,9 352:10

**D**
**D** 270:11,15 271:3 273:2 355:24 356:3,8
**daily** 323:10
**Dakota** 277:25 278:1
**data** 275:12 281:18 317:3
**date** 289:21 344:15 357:17
**dated** 299:10 306:12
**dates** 309:13
**day** 277:8 278:8,17 278:18 279:21,23 279:24 280:5 289:6 340:13 356:7,13 357:11
**days** 286:9,14
**Dear** 284:4
**decade** 284:8,11
**December** 330:23 331:7,17 343:22 344:17
**DECHERT** 272:8
**decide** 348:25
**decision** 351:4 354:5,14
**decisions** 327:19 332:1,4 342:14 350:24 353:19
**decreasing** 323:17 332:8
**Defendants** 270:16 272:6
**definitely** 331:18
**definition** 323:22
**degree** 313:21 314:2 315:11,14 316:12 317:14,20 318:1,12 337:9 342:18 348:3 352:11 353:17 354:12
**denies** 332:13
**denying** 330:24
**department** 287:9 319:22

**depending** 286:9 332:24
**depends** 329:24
**deposition** 270:10 270:15 287:23 290:12 324:24 325:20 329:10 336:18 342:19 354:20 355:25 357:5,8
**depositions** 320:20 342:5 350:21 353:16
**Depo-Medrol** 334:5,9
**depression** 288:23 288:23 295:1 321:20
**depressive** 294:18 294:20 332:13
**derived** 319:13
**describe** 286:22 315:23
**described** 293:4 294:22
**description** 271:10 332:1
**detailed** 319:6
**determined** 318:7
**determining** 346:14
**develop** 336:3,24 337:21
**developed** 304:11 341:7,18
**developing** 317:2
**development** 277:12,14,16,17 277:20,22 278:1,4 278:5,25 281:1 285:11,24 290:2 290:23 291:5,16 292:3,18,21 293:2 293:3,11,12,20 294:7,11,13 314:3 314:15,25 315:5 315:16,21 316:7 316:16 317:7,16 318:21 334:2,22

335:20 336:9
337:24 338:12
340:4,14,18 341:6
**developmental**
277:12 282:10
**diabetes** 273:24
274:3 283:8,12,14
290:2,10,15,16,23
291:4,6,17 292:3
292:18,21 293:2,3
293:11,12,21
294:7,11,13
304:11 314:3,7,15
314:25 315:5,12
315:16,21 316:7
316:17,21 317:2,7
317:11,16,22
318:14,22 331:22
334:2 335:21
336:3,9,24,25
337:21,24 338:6
338:12,15,18
339:4,8,10,12,17
339:20 340:1,4,14
340:18 341:4,6,7
341:10,11,17,18
347:19,21,25
348:5 350:3
352:23,24 353:5
**diabetic** 335:23
338:23
**diagnosed** 288:23
289:18 297:15
**diagnoses** 321:5
**diagnosis** 274:3
289:4,20,22,23
312:20,22,24
313:5 321:11,12
321:13,18,21
322:18 339:4
341:11,13,17
347:19 348:5
**diagnostic** 322:9,10
**difference** 350:5
353:19
**different** 277:10
281:19 288:6
301:12 316:18
322:16 332:23

350:20 354:1,5,8
354:13
**differently** 332:24
**difficult** 275:4
287:8,17 327:23
**difficulty** 292:2
314:6
**direct** 280:16,17
281:8,16,21
282:16,18 287:6
287:10,11,15
306:12 316:21
338:8
**directed** 295:10
**directly** 279:9
283:20 314:8
**disagree** 337:14,21
337:23
**disagreeing** 321:11
**discharge** 324:14
326:16
**discontinuation**
344:10
**discontinued**
344:17 345:17
**discussed** 315:8
316:3 352:23
**discussing** 281:19
**discussion** 280:21
280:25 299:3
353:13
**discussions** 345:1
**disease** 289:19
336:4 338:1
**disorder** 288:22
294:18,20,25
295:12 313:1,3
322:14,16
**disorders** 325:9
330:21
**dispensed** 297:9
**dispute** 302:4,8
308:18
**disregulation**
283:18 284:16,24
285:12,24 334:23
335:1 340:23
**DISTRICT** 270:2,2
**DIVISION** 270:3

**divorce** 300:13,21
301:2,8 302:6,9
**divorced** 300:2
**DOCKET** 270:5
**Docter** 276:12
284:5
**doctors** 353:16,20
354:3,11
**doctor's** 271:15
300:18
**document** 270:6
271:12 303:8
317:10 342:12
**documented**
304:15
**documents** 342:1
**doing** 280:12
282:16 313:8
327:25 328:6
329:4 332:12,18
**dosage** 332:8
334:13
**dose-weight** 319:7
**doubt** 276:11
**downs** 346:21
**Dr** 273:6 299:9
302:10 303:6
318:9,11 324:16
325:18 331:13,25
336:11,14,17
337:21 342:19
343:1,1 351:22
**dramatic** 310:12
313:15 331:7
346:25
**dramatically**
310:18
**drilling** 350:16
**drug** 325:22 342:20
342:25
**drugs** 352:24
**duly** 270:17 273:3
**dyskinesia** 285:5
329:2 330:7
**dystonia** 329:1
330:7

—————————
            **E**
—————————
**E** 272:1,1
**earlier** 282:10

294:22 297:15
301:7 314:10
336:18 344:7
**early** 283:22 284:22
291:8 295:17,18
297:20 302:20
305:9,13,23 306:2
307:4,21 308:4
324:18 335:19,19
344:19 345:11
**eat** 332:22,25 333:2
333:2
**eating** 332:14
333:18,20
**effect** 285:10
311:16 316:24
**effective** 324:1
343:9
**effects** 275:15,16
276:1 283:25
328:25 330:6,8
**eight** 334:20
**Eighties** 284:11,14
284:17 288:25
324:18 326:5
**either** 287:19
340:20
**element** 335:16
**elements** 274:12
285:7
**elevated** 291:8,13
291:20
**emergency** 319:21
**employed** 357:5,6
**employee** 357:6
**employs** 348:24
**endocrinology**
336:12
**engagements**
278:14
**entire** 349:21
**entitled** 271:12
**episode** 321:20
**EPS** 274:15 275:19
275:23 284:20
285:4 325:15
**equilibrium** 319:10
**equivalent** 308:1
**especially** 311:19

**Esq** 272:3,7,8,13
357:9,9
**essentially** 281:11
281:17 329:12
**et** 270:7,7,8
**Eugene** 303:6
**evaluate** 301:22
306:2 321:23
328:5 346:17
**evaluated** 346:13
**evaluating** 290:21
**evaluation** 320:2
322:1,5 328:9
347:2
**event** 274:6 326:8
349:1
**events** 348:20
**everybody** 317:18
**evidence** 274:1
298:24 318:3
330:25
**exact** 289:21
325:21
**exactly** 330:2
**examination** 271:4
271:5,6 273:4
276:3,15 299:17
303:8 351:20
**example** 279:6
342:21
**examples** 329:12
**excellent** 332:12
**exclude** 338:5,17
339:10,11,16
**excuse** 302:11
323:11 339:10
**executed** 356:11
**exercise** 333:23
**exercising** 333:18
**Exhibit** 296:3,17,19
296:21,24 299:4,5
303:4,5 306:5,6,9
306:10 309:3,4,15
309:17,21,22
346:1
**EXHIBITS** 271:10
**existed** 340:9
**experience** 288:9
**expert** 285:20,25

296:8 297:1 303:21 307:5,9 315:3,20 318:20 336:14,16 346:6 349:1
expertise 314:13,17 317:17
Expiration 357:17
explain 314:13,20 314:21
explanation 293:12 294:6,10 302:12 333:17
explanations 293:20 318:2
expressed 356:12
extended 286:15
extensive 289:24
extra 306:18
extrapyramidal 275:16
extremely 288:9

F
fact 275:9 290:8 302:23 314:7 325:25 328:24 332:14 334:1 337:7 346:12
factor 291:5 292:18 292:20,23 293:1 293:18 294:11,13 317:3 335:15 338:8,10 339:8 340:7,21
factors 293:23 294:3 319:9,10 334:22 335:4,13 336:2 338:21,23 339:21 340:17 341:5 352:22
facts 357:3
fair 275:18 317:12 317:12 344:24,25
fairly 329:4
familiar 274:11 311:3
family 280:19 281:9 290:1,10,14 290:22 291:2

335:20 336:23 339:15,16,19,22 339:23 352:23
far 301:15 302:16 342:12 352:8
fasting 291:9,10,21 291:21 335:22
father 290:15
fax 272:5,10,15
FDA 348:18,24
FDA's 348:22
feature 285:7
features 288:24
February 279:8 308:14,19 332:11 334:13,20 341:15 341:17
federal 270:22 348:10
feel 316:25 333:4 351:4
feeling 329:11 332:21
felt 330:20 332:13 343:9 350:23
female 288:21
fewer 276:8
FGA 274:23 275:1 275:7
FGAs 275:10
Fibich 270:20 272:3,3 277:19,25 280:1 290:18 292:8 294:9,14 296:12 298:17 303:11,14 304:4 314:16 318:23 323:15 324:3,8 325:11,13 326:6 326:13,20 334:24 335:9,24 336:7 337:3,12,22 338:3 338:19 339:13 340:6 343:8 345:15 348:21 349:5,24 351:8,11 351:13,18 353:6 353:21 354:15
field 314:18 317:18

figure 343:25
file 336:17
filed 274:6
final 338:21,22
financially 357:6
find 288:14 328:15
fine 273:7 326:22
finish 301:2 335:11
Firm 357:18
first 284:7 295:9 302:17 305:16,21 344:24
first-generation 274:16 284:10,13 324:17 325:6 330:12
five 286:9 295:13 304:15 305:16
Florida 270:2 299:10
fluctuated 295:24 309:12
fluctuations 308:17
fly 279:13
focus 277:11
focussed 284:20
focussing 278:6
folks 298:8
following 304:11
follows 273:3 357:8
follow-up 274:22 332:8
follow-ups 351:16
foregoing 355:25 356:10 357:3
form 283:24 288:19 290:18 292:8 294:9,14 298:17 304:4 313:1 314:16 318:23 323:15 324:3,8 325:11,13 326:6,7 326:13 329:13 334:24 335:24 336:7 337:3,12,22 338:3,19 339:13 340:6 343:8 345:15 348:21 349:5,24 353:6,21

354:15
formed 347:15
formulating 273:16
forth 277:13 281:3 281:19
fortunately 347:24
forward 313:19
foster 279:6
found 335:23
four 282:17,21,22 286:9,14
fourth 306:14
four-point 320:12 320:14,22 323:9
framed 280:23
front 296:16
full 300:1
furnished 296:2,25 307:13
further 271:6 276:12 357:4,5

G
gain 283:18,22 284:15,23 285:24 297:19 298:25 302:1,8 303:24 304:2 305:13,17 305:20 307:23 308:5 310:12,14 310:22 311:18,25 312:9,11,14 313:9 313:22 314:24 315:1,2,6,12,21 316:2,6,13,24 319:5,9 325:25 326:3,9 333:5,6 333:17 342:9 343:13,16 346:9 346:15 347:3
gained 274:2 302:13 346:18 352:12
gaining 301:3,9
gains 305:16 311:1
GARRETT 272:14
general 275:21 279:3 305:15 306:11,21 350:13
generally 309:25

326:2 330:10,14 330:19
genetic 339:19
genetically 339:24
getting 326:21
give 279:23 281:4 282:12,15,23 296:12 302:12 318:19 347:11 351:7
given 289:22 312:24 313:15 321:1,3,12,14,18 322:20 331:15,20 332:7 341:13 352:9,10,22 353:3 353:13 356:13
gives 302:1 328:8
giving 301:7 322:9 325:21
glucocorticoid 334:7,9
glucose 283:18 284:16,23 285:11 285:24 291:8,14 291:20 292:2 294:2 314:7 316:23 331:23 334:4,10,22,25 340:23
go 284:3 285:3 286:8,16,17 287:22 313:18 332:5 335:10 342:16 349:8
goal 323:1
goals 323:6
goes 298:2 348:19 348:25
going 273:21 276:21 277:8 281:11 282:15 285:3 296:4 299:5 299:6 303:5,14 306:10 311:10,19 326:4 335:18 336:19 337:17 344:8 347:6
good 273:6 276:17

276:18 291:15
317:19,19 329:4
347:24
**gosh** 277:7
**government** 286:25
286:25
**Grainger** 287:24
**grandparents**
290:15 291:3
**great** 323:14
337:23
**grew** 306:16
**group** 277:9 280:21
281:12,18
**groups** 280:6
**guess** 316:8 350:1
**Guinn** 270:8 277:4
287:21 288:11,21
291:8,22 292:20
294:3,13 296:5,8
296:22 301:16
303:7 304:10
305:3,9 306:1
308:4 312:14
315:5 316:17
317:16,22 319:13
320:4 326:24
327:5 328:20
331:15 332:20
333:6,22 335:17
336:17 340:5
341:3,7 342:13
343:16,19 347:18
350:23 352:20
**Guinn's** 276:21
279:8 290:21
295:23 297:19
298:12 302:4,24
304:2 310:17,22
311:24 313:9,14
313:22 314:24
315:19 316:13
319:4 338:6,15
339:4,12,17
**Guinn-Seroquel**
271:12

**H**
**Hair** 270:19 357:14
**half** 301:7

**hallucinating**
319:19 323:19
**hallucinations**
325:8 330:24
**haloperidol** 275:14
**haloperidol's** 275:7
275:9,19
**Hampton** 270:21
272:3
**hand** 299:5 356:13
357:10
**handling** 334:4
**hands-on** 321:23
**happen** 329:23
**happened** 305:16
306:2
**happening** 305:8
**happens** 305:13,18
322:11 330:2
**harm** 320:18
**HARRIS** 357:1
**head** 329:10 351:12
**health** 308:13
327:19 328:21,25
331:8 333:22
340:17 342:4,7
**hear** 282:15 329:18
**hearing** 328:13
329:10
**heavy** 298:22
**heck** 278:2
**height** 299:19,22
**help** 273:20 287:1,7
287:8 288:5
**helped** 326:18
**helpful** 297:22
323:16 324:6
331:3
**helping** 332:6
**helps** 290:13
297:13 311:15
**hereto** 270:24
357:6
**hiatus** 300:6
**high** 275:15 295:13
303:2 308:25
352:25
**higher** 275:19
**highest** 345:14

**highly** 311:1
338:16
**hindsight** 322:13
351:4
**historically** 295:23
**histories** 352:1,4
**history** 288:22
289:3,8,24 290:1
290:10,14,22
291:3 297:20
301:21,22 310:17
322:14,15 335:18
335:20 336:24
339:16,16,19,22
339:23 340:12
352:9,10,24
**holiday** 286:18
**homeostasis** 292:15
293:18 294:2
**homeostatic** 292:12
293:23
**honestly** 276:10
290:3 353:23
**honoraria** 278:17
**hospital** 283:6
305:3 306:11,21
319:14,18 320:3,4
320:11,25 321:6
322:22,25 323:3,5
324:12 326:17
331:6
**hospitals** 283:1,3
**hourly** 279:20
**Houston** 270:22
272:4 283:1 286:3
**huffy** 343:3
**Humana** 271:18,19
271:20 309:4
**Husson** 271:13
**hypercholestere...**
289:4 297:14
335:21 341:2,3
**hyperglycemia**
326:4
**hyperglycemic**
326:1
**hypertension** 289:4
341:1,2
**hypothetically**

279:11

**I**
**idea** 292:17
**ideal** 349:25
**identified** 315:4,19
319:8
**identify** 282:19
317:6,9
**illness** 339:24
**imagine** 275:2
**immediately** 325:8
**impact** 277:12
305:8 331:21,22
342:23
**impacted** 313:12
**important** 297:19
297:23 305:6
306:3 328:9 346:8
347:1,11
**improved** 331:18
**improvement**
330:11,21 331:8
331:16 332:19
**inaccurately**
325:24
**inches** 299:19
306:16,18
**include** 279:21
280:16
**included** 294:21
**includes** 277:10
**including** 280:12
289:3 352:23
**incorporate** 286:17
**incorporated** 284:5
**increase** 305:17
333:3 334:1
**increased** 302:24
315:15 317:4,7
318:1
**increasing** 331:21
**independent**
325:22 336:9
**INDEX** 271:1
**indicated** 297:8
**indications** 349:22
**indicators** 291:19
**indirect** 316:24
**individual** 291:6

292:4 293:12
**influence** 334:4,25
342:13,21
**influences** 329:14
**information** 297:8
299:17 300:16
301:11,25 314:18
318:20,20 321:9
326:3 329:14,16
349:2,18 350:3
**ingesting** 313:23
**ingestion** 299:1
310:15,23 340:24
347:1
**initially** 343:23
**initiate** 328:3
**initiation** 310:2
323:8
**injections** 334:12
334:19,21 340:3
**input** 281:8,10
327:19
**instance** 270:16
**instrument** 356:11
**intensive** 319:22
**intention** 343:20
344:12
**interdisciplinary**
277:9
**interested** 357:6
**interpret** 300:19
**interrelated** 316:19
**interrupted** 335:9
**intervention**
323:12
**interventions**
277:13
**intramuscular**
334:19
**introduced** 302:17
**investigation** 319:2
**involve** 280:11
**involved** 274:23
282:19 294:11
316:22 330:1
333:5 338:24
339:22 350:9
**involves** 280:25
**irregular** 298:9

issue 280:20 311:18
  311:23,24 314:8
  315:21 316:2,6
  319:4 332:20
  333:6,7 346:8
issues 280:7 284:15
  284:23 340:23
item 315:20

**J**

J 272:7 357:9
Janice 270:7
January 308:24
  309:9 332:5
  345:11
job 329:5
JOHNSTON
  272:14
journal 273:9
judgment 282:12
July 307:15,22,24
  334:13,20
June 304:16,17
  306:6 307:5 344:8
  344:13
junk 333:2
jury 302:12 303:8
  306:13 309:18
  314:13,22 318:19
  320:14 337:25
  345:13

**K**

keep 292:13 299:6
  312:18
key 292:14
kids 287:18
kind 293:14 323:22
  327:15
kinds 346:21
knew 276:5 303:2
  332:3 334:3
  335:18
know 274:20,25
  275:2,4,6,12
  276:10 277:2
  278:19,23 279:2,3
  279:22 280:18,23
  281:4,9,10,16,19
  282:14 283:22,23

284:3 286:21
287:2 288:14,16
289:21,21 290:24
292:13 293:7,7
294:1 297:19,23
298:12,15,22
300:17,18,20
301:15 302:17
303:2 304:5 305:2
305:6 311:19
312:18 313:15
314:20 316:21,23
317:3 318:15,18
318:20 320:7
321:3,13 322:9,10
325:14,15,15
326:11 332:16,16
334:5,12,16,18
336:11 337:14,16
340:15,20 342:12
342:20,20,21
343:25 344:2,3
349:21 351:3
353:22
knowing 339:23
  340:22 351:2
known 314:18,21
  315:9 317:25
  331:21 356:8
knows 318:9,24
  319:2 330:4
Kotzen 271:14
  299:10 302:10

**L**

lab 271:17
label 322:10 348:15
  348:19 349:2,7,22
  353:14,18 354:6
  354:14
labeling 348:11
  353:12
labels 348:8
laboratory 297:8
Lana 327:6,11
language 348:19
large 295:5,20
late 302:19 344:23
Lauren 272:8
lauren.cates@de...

272:11
lawyers 276:20
  279:7,16
leading 320:24
  348:21
learn 349:7,8,10
led 315:5
Leebron 270:21
  272:3
legs 320:15
length 293:16
Lescol 297:9,12
letter 271:13 299:9
  299:14
let's 287:21 288:20
  315:25 344:23
level 329:25
Liability 270:4
licensed 287:11
life 282:9 310:5
  312:22 335:5
  337:20 340:10
  353:5
lifestyle 298:9
  333:8
life-span 298:2,24
light 316:2
likelihood 336:2
limitations 273:13
  273:18
Linda 270:8 271:12
  303:7 304:10
LINE 355:2
linear 329:13
lines 304:15
link 274:2
lipid 297:13
list 283:25 343:4
listed 325:15
literature 298:8
  349:15
litigation 270:4
  285:25 347:10
little 273:12 286:3
  287:21 300:8
  339:5 341:24,25
  343:3 350:16
live 286:16
lived 333:7

living 323:10
LLP 272:8
long 292:4,6,11
  293:4 298:22
  322:14,15 325:22
  327:14 328:20
longstanding
  288:22 289:8
long-term 289:6
  336:23 348:4
look 284:4 287:22
  293:8 295:15
  301:15 303:7
  304:6 311:23
  319:7,13 335:4
  341:8 344:20
  345:19
looked 274:4
  287:24 289:14
  290:14 308:10
  342:1,4
looking 276:5
  349:17 351:3
looks 306:8,16
  307:24 308:6
  344:1,3 345:19
lose 312:14
losing 329:11
loss 310:12
lost 307:6 332:15
lot 279:5 281:17
  332:6
lots 274:12
lowest 298:12,15
LP 270:7,7,8
L.L.P 270:21 272:3

**M**

M 270:19 357:14
machine 270:20
main 282:18
major 288:23,23
  294:17,20,25
  295:1
majority 298:21
making 350:4
malpractice 322:4
maltreated 281:2
  282:7 287:1
manage 283:12

297:13 326:18
332:24
management
  331:23
manifested 338:2
manifesting 333:14
March 308:21
  344:4,5 345:6,7,9
  345:10,12
Marie 271:13
marked 296:3
  299:4 303:4 306:5
  306:9 309:3,15,21
  346:1
market 302:18
marketing 341:21
Marks 336:11,14
  336:17 337:21
matters 288:12
maximum 289:10
McConnell 271:4,6
  272:7 273:5
  296:14 317:5
  347:7 351:15,21
  353:8 354:2,17
  357:9
McKinney 270:21
  272:4
MDL 270:5
mean 274:12 275:2
  290:7 293:5 298:1
  312:14 316:6
  325:17 326:8
  332:23,23 339:21
  340:16 342:19
  345:16,18 347:24
means 292:1 311:7
  320:15 324:2
measurement
  291:9,10
mechanism 293:8
  314:6,14,21 315:4
  315:6,8,12,18
  316:20 317:15,21
  317:25 318:6,13
  318:18,20 338:8
  338:22
mechanisms 292:13
  293:6,23 315:9

318:16 329:25 330:4
medical 271:21 289:3 290:13,25 291:7 296:24 298:8 303:21 304:21 307:6,12 307:22 308:5 313:21 314:2 315:11,15 316:12 317:14,21 318:1 318:12 320:10 331:20 337:10 348:3 352:11 353:17,18 354:12
medication 285:6,8 297:13 311:2 332:12 347:18
medications 310:15 334:1,3 336:10 344:13 347:25
medicine 295:10 301:20 310:23 311:12,16 313:11 313:12,24 319:13 325:3 328:1,3,9 328:13,18 329:22 331:15,16 332:2 334:12 336:4 340:24 345:17 347:1 349:17
medicines 283:8 324:14,22 327:24 330:8 331:2 347:22 348:11 349:7,8,10,21
meet 279:16
meeting 281:18
meetings 278:22 279:23 342:20
mellitus 290:16,23 291:4
memorize 309:12 345:24
memory 345:25
mental 331:8
mentioned 274:9 278:8 281:21 313:13

met 276:19
metabolic 276:3,8
Meyer 327:6,11 330:24 331:13,24 332:12
Miami 299:10 336:12
mid 295:18
MIDDLE 270:2
Mike 272:13 276:19 296:12 357:9
mildly-elevated 291:11
ministries 287:3
Ministry 279:3 287:5
minute 296:12 299:6 313:13,16
minutes 297:16 308:11 351:17
misrecalled 344:10
misrecalling 290:11
misrepresentations 342:8
mission 278:19
modalities 328:17
model 286:13
modified 313:1
modify 339:5
monitor 283:14
Montgomery 272:15
month 282:14 344:24
months 276:8 286:6 286:9,14 305:9,16 305:22 306:2
morning 273:6 276:17,18 287:23 296:13
motor 333:3
move 276:21 313:19
moved 343:4
movement 275:15 330:21
movement-type

325:9
multiple 275:3 287:3 329:24 332:17,17 338:20 338:23 339:21
M.D 270:11,15 271:3,14 273:2 355:24 356:3,8

N

N 272:1
name 273:22 356:10
names 327:10
narrative 301:7
naturally 313:9
nature 332:24
necessarily 314:6
need 286:3 310:24 311:23 316:1 319:3 338:25
negligence 322:5
negotiate 278:18
neither 357:4
Network 308:13
neurodevelopment 281:1
neuroleptic-indu... 329:1 330:7
neurologist 354:7
neuropsychiatric 282:8
neutral 341:25 342:12,13
never 332:13 348:10
New 342:24
Nineties 284:8,14 284:17 295:17,18 302:19
NMS 284:21 285:5
Nodal 324:16 325:18 331:13,25 342:19 343:1,1
Nods 351:12
normal 329:13
North 277:25 278:1 299:10
NOTARY 356:18
notation 332:16

344:4,7
note 271:16 290:22 290:25 291:7 306:6 307:5,9 333:25 343:18
noted 289:5 307:12 356:1
notes 271:15 323:18 332:10,17
November 326:24 327:5 328:24 341:8,11
number 278:21 282:13 303:3 318:2 321:1 330:3 334:3 335:4
numbered 270:17
nurse 327:5,12,13 330:23 331:13,24 332:12 350:23
nurses 326:25
nurse's 346:5

O

oath 356:9
obese 299:23 335:19
obesity 289:8 336:23 338:5,9,14 338:18 339:3,11 340:8,9 352:25
object 290:18 292:8 294:9,14 298:17 304:4 314:16 318:23 323:15 324:3,8 325:11,13 326:6,13 334:24 335:24 336:7 337:3,12,22 338:3 338:19 339:13 340:6 343:8 345:15 348:21 349:5,24 353:6,21 354:15
obstructive 289:19
obviously 310:24 339:21
occasion 281:4 287:7 349:12
occasions 282:9

334:20
occurring 313:10 346:25
October 270:12,18 309:8
odd 329:18
offhand 289:12
office 270:20 300:18 303:6 356:13 357:11
Oh 278:23 286:21 294:19 295:15
okay 273:20 274:14 274:18 275:14,18 277:23 278:16,21 279:7,10,25 280:9 281:6,13,21 282:11,21,25 285:22 286:2,4,15 286:19,22 288:15 289:14,18 290:5 291:13,20,24 292:3,10,17 293:19,24 294:12 294:16,21 295:3 295:14,19,23 296:11,21 297:14 299:7 308:24 309:14 314:19,23 317:5 318:9,10 321:22 322:8 323:23 324:5,11 326:8 329:20 330:6 331:5,24 332:5,11 334:19 335:17 336:17,21 337:6,25 338:17 338:25 339:2,9 340:3,12,19 341:16 343:19 344:18 345:11 348:7 350:7,22 351:13 352:19 353:12
olanzapine 275:24
once 282:14
ones 276:25 348:14
one-and-a-half 300:3 340:13

**one-day-a-week** 278:12
**onset** 314:7
**opinions** 273:16 347:12,15,16
**opportunity** 347:14
**opposed** 273:21 316:23 350:4
**ORAL** 270:10,15
**order** 301:22
**organization** 279:5
**organizations** 279:1
**organize** 311:7
**original** 339:9
**originally** 287:2
**Orlando** 270:3 279:13
**overload** 293:23
**overloaded** 292:15

**P**

**P** 272:1,1
**packs** 340:13
**pack-and-a-half** 289:6
**page** 271:10 297:3 299:13,16,25 304:9,14,21 306:15 355:2
**pages** 357:3
**Palmetto** 306:11,21 319:14 320:25 321:6
**pancreatic** 316:22
**paper** 285:15,16 288:19
**paragraph** 300:1,9 300:11 304:10
**paranoid** 321:6,17 322:6
**parent** 291:3
**Parkinson's** 329:2 330:7
**part** 276:5 281:3,10 281:18 282:13 283:11 296:10 297:1 310:24 312:1 321:20 323:11 327:17

**participate** 280:14 286:12
**particular** 285:7 324:5 335:3 350:2
**parties** 357:5,6
**party** 357:7
**passage** 293:13,20 293:22,25 294:6 294:12
**passes** 293:2
**paternal** 290:16 291:3
**patient** 271:12 280:16 281:9,16 284:25 287:6,11 287:15 291:13,15 292:4 293:13 294:21 297:23 298:1,23 301:22 302:1 310:1 311:8 314:4 316:7 319:25 321:16,23 321:23 322:5,21 322:24,25 323:1,6 323:9,13,24 324:6 324:12,13 327:18 328:4,8,12 332:21 336:2,4 344:16
**patients** 274:2,3 276:8 281:22,25 283:5,12,14,17,21 284:15,23 293:21 294:22 295:12 298:4 311:11,13 312:9 313:3 315:13 317:8 323:20 324:22 325:5 327:24 343:7,10
**pattern** 312:1 313:10
**peer-reviewed** 273:9,23 349:15
**Pennsylvania** 272:10
**people** 274:25 278:22 280:13 281:1,18 282:5,7

282:19 284:1 286:25,25 293:8 298:6 310:14 311:19 313:5 327:9 330:1 332:24,25 333:3 350:6,8
**people's** 342:18
**perceive** 329:14,18
**percent** 337:16,16 337:17
**perception** 330:22
**period** 286:15 295:14 298:22 299:1 302:13 309:7 310:12 313:23 320:24 327:14,25 328:21 333:15
**periods** 308:4
**perphenazine** 274:20 275:1,11
**Perry** 270:11,15 271:3 273:2,6 296:3,4 299:4 303:4 306:5,9 309:3,15,17,21 318:9,11 346:1,2 351:22 355:24 356:3,8
**persist** 282:8
**person** 282:18 354:10 356:10
**personally** 356:8
**perspective** 280:16 331:8,24 346:13
**phenomenon** 316:19
**Philadelphia** 272:10
**phone** 286:12
**physical** 299:17 301:21 333:3
**physician** 291:15 291:24 300:12 302:1 325:2 326:2 328:5 330:19
**physicians** 277:10 301:21 321:9,15

326:25 327:15 349:6,8,20 350:8 350:10,16,22
**physiological** 292:5 292:12 338:22
**physiology** 314:22
**Ph.D** 270:11,15 271:3 273:2 355:24 356:3,8
**picture** 315:2
**place** 285:22 323:1 344:14 347:5 348:15 349:7
**placebo** 311:11,13 312:4
**placebo-controlled** 311:4 312:3 317:6 317:10
**placement** 348:18 349:2 350:3,20
**plaintiffs** 272:2 296:25
**plausible** 318:2,15 330:4
**play** 329:16 340:4
**please** 286:22 303:9
**pleasurable** 288:9
**point** 274:1 282:22 290:9 297:20 299:23 310:21 322:3 323:14 325:19 326:11 329:4 331:5 332:7 341:18 353:4
**pointed** 314:10
**points** 276:4
**poorly** 277:2
**population** 295:5 295:20 312:5 326:2
**populations** 311:8
**portion** 303:8
**pose** 351:25
**position** 321:25
**possibility** 285:5
**possible** 315:4 352:11 353:17 354:7,12
**possibly** 315:4

332:7
**potential** 283:21,25 335:13 341:10
**potentially** 305:7 319:9
**pounds** 289:11,15 289:16 298:16 299:20 300:13 301:3,12,18 302:5 302:13,24 304:3,3 304:17,25 305:4 306:14,18,22 307:7,16,18 308:10,14,22,25 310:8 332:15 345:3,21 346:3
**practice** 277:4 283:11 286:3,23 295:3 298:7 327:24 350:12
**practices** 336:12
**practicing** 301:20
**practitioner** 327:6
**practitioners** 350:23
**precaution** 348:25
**precautions** 348:20
**predating** 309:7
**prediabetic** 291:14 291:19,22,25 335:18 340:22
**predisposed** 339:24
**preexisting** 331:19 352:25
**preparation** 279:22 288:2
**prepare** 297:1
**prepared** 347:9
**preparing** 296:7
**prescribe** 283:8,24 284:7,10 324:18 343:6 349:21
**prescribed** 275:10 284:14 328:14 331:15 347:25
**prescribers** 342:15 350:2
**prescribing** 285:1 324:17 328:14

332:1 342:14 350:12,24 353:19 354:5,13
**prescriptions** 331:13
**presence** 293:22
**present** 277:4,5 280:19 282:11 294:1 335:5
**presentation** 284:24 321:14 331:16
**presented** 319:17 322:17
**presently** 282:25 288:21
**pretty** 273:13 284:5 310:18 324:21 333:7,11 336:3 343:16 347:21
**previous** 337:4
**previously** 273:3
**pre-Seroquel** 308:7
**primary** 282:23,23 295:4,20
**prior** 289:10 291:12 310:1 352:2
**Priority** 271:18,19 271:20
**privileges** 282:25 283:3
**probability** 337:10
**probably** 275:9 280:3 283:20 284:19 286:8 288:12,24 290:25 295:13 319:6 337:8 338:20,23
**problem** 288:4 296:14
**problems** 295:2 330:3 333:12,22 334:9 348:4
**Procedure** 270:23
**process** 275:5 278:25 282:14 287:9 292:4,6,11 293:4 313:19

323:12 329:15 335:16 336:5 338:1
**processing** 329:13
**produced** 270:16
**product** 348:8
**Products** 270:4
**profile** 274:15 275:23 285:6 324:23 349:23
**program** 278:25 295:10
**Progress** 271:16
**progressive** 333:11
**projects** 281:19
**protect** 320:21
**proved** 356:9
**provide** 286:24 287:6,10,11,15 327:19
**provided** 287:25 297:4 323:14 336:16
**provider** 295:4,21 328:25 342:4
**providers** 328:21 342:7
**province** 286:10 287:9
**provisions** 270:23
**proximity** 307:2
**psychiatric** 282:23 295:4,21 322:24
**psychosis** 323:21 323:22 330:25
**psychotic** 288:24 321:4,19 323:17 329:5,7,12
**PUBLIC** 356:18
**publication** 285:9
**publications** 274:13
**pulmonary** 289:19
**purpose** 280:24 342:25 345:1
**purposes** 356:12
**pursuant** 270:22
**push** 293:18
**put** 280:1 294:1

320:12
**puts** 322:25
**putting** 320:22 350:4
**P.A** 272:14

**Q**
**question** 273:20 274:22 275:18 277:1 279:10 292:9 306:19 317:19 336:22 339:1,9,11,15 341:1,16 351:2 352:15,19,20 353:8,12,13,15 354:10,11
**questions** 276:12 276:24 277:3 280:2 347:6 351:13,22,25
**quickly** 276:21 304:7
**quite** 295:13 298:22

**R**
R 272:1
**Ramsay** 303:6
**ran** 295:10
**randomization** 311:15
**randomized** 311:4 311:7,10
**range** 278:23 281:15 291:14 292:14 310:8,9 335:23 345:13
**rank-ordered** 276:1
**rarely** 283:23
**rate** 305:18 312:5,9
**rates** 275:15,19
**rational** 329:13
**rcb@rsjg.com** 272:16
**read** 297:11 303:15 336:19 345:23 348:10 355:24
**reading** 332:10
**readings** 291:8,14

291:20
**ready** 288:5,6
**reality** 323:19 329:11
**realize** 288:2
**really** 281:3 287:17 329:19 336:15 342:16 344:11 353:22 354:9,16
**reason** 276:11 290:9 293:1 300:15 302:4 312:4 323:16 326:12,14 335:6 343:24 355:2
**reasonable** 293:9 294:15 313:21 314:2 315:11,14 316:11 317:14,20 317:25 318:12 321:16 322:12,19 322:20 332:4 337:9 348:3 352:11 353:17 354:12
**reasons** 333:10
**recall** 274:4 284:19 289:2,12,17 290:3 290:8,25 305:5 308:15,16,16 324:15,16 329:9 334:17 335:7,7,13 341:14 345:23 348:13 352:8,25
**recalling** 325:24 344:12
**received** 278:10 296:5 334:13,16 334:17,19
**receiving** 347:18
**receptors** 316:22
**Recess** 296:15 326:23 351:9
**recollection** 285:2 295:25 305:25 308:8 309:10,11 331:4 341:14 342:10 346:20
**recommendations**

281:4
**reconsider** 316:1
**reconsideration** 316:5
**record** 270:23 271:18,19,20,21 276:19 296:21 299:3 301:16,25 303:6,24 306:11 306:12,21,22 307:22 308:10,23 309:4,5,22 323:5 324:11 344:19 345:21,25
**recorded** 289:15 298:8,16 300:12 303:9,20,21 304:24 306:13 307:15 323:18 345:22
**recording** 299:17
**records** 287:22 288:12,17,18 289:14 290:14,25 291:8 296:24 299:19 301:15,18 303:21 304:21 307:6,12 308:5,13 308:21 309:18,23 319:14 320:10,20 327:7,8 333:25 343:15 345:4,20 346:20 353:17
**recovery** 295:10
**redo** 347:6
**reevaluate** 310:25 313:14,18
**reevaluated** 330:15
**reevaluation** 347:4
**refer** 291:25
**reference** 304:20
**referenced** 273:8 307:5
**referencing** 282:21
**referred** 334:7
**referring** 292:11 312:18
**reflect** 307:6,22 308:13

reflects 317:7 346:2
regard 296:5,8,22
  297:24 298:23
  303:7 310:15
  313:4 330:12,21
  341:22 348:16
  349:6
regarding 273:9
  327:19
regardless 284:25
Registration
  357:18
regular 332:22
regularly 283:5,8
  283:11 294:17
  295:20
regulating 292:2
  314:6
regulation 292:13
  294:2 297:13
  316:23
regulations 348:10
  349:1
relate 319:14
related 277:13
  285:11 293:6,9
  302:15 313:23
  314:4,8 315:20
  317:22 320:3
  340:18 357:5
relates 270:6
  348:11 349:2
relating 274:7
  284:15
relationship 347:2
relationships 281:8
  340:16
relative 357:6
relatively 275:15
  292:6,11
released 320:4
  323:3,9 324:12
relied 297:1
relieving 324:7
remember 281:23
  291:11 303:3
  324:24 325:14,24
  327:6,10 332:9
  341:22 342:20

348:8
renew 331:14
rep 342:25
repeat 312:10
rephrase 277:3
  293:14
report 285:20,25
  296:8,21 297:1
  301:12,17 303:22
  304:6,9 307:6,9
  315:3,8,20 325:8
  335:6,12,14
  336:14 346:6
  347:9,12
reported 270:20
  298:12 328:21,24
  331:2 332:17
reporter 357:2,15
Reporter's 271:8
reporting 300:19
  300:21,22 332:6
  332:11
reports 305:20
  336:16
representation
  309:1
representing
  276:20
reps 342:20
requests 286:10,10
reserve 351:13
respect 283:18
  284:13 313:5
  354:4
response 328:8
  347:25
responsibility
  281:22
responsible 348:22
  349:21
rest 280:9,11
restraints 320:12
  320:14,16,22
  323:9
results 271:17
return 323:10
review 280:25
  287:7,9 308:9
  320:20 333:25

336:17 345:4,20
  353:15
reviewed 327:8
reviewing 290:24
  346:20 349:15
  350:21 353:23
revised 354:14
revision 354:5
re-go 351:1
right 273:10 274:16
  275:22 278:3
  279:15 280:9
  284:2 285:21,21
  287:21 288:20
  291:2,7 293:10
  294:20 296:1
  297:7,10,11 298:7
  298:19 299:16
  300:8 301:1
  302:23 305:19,24
  305:24 309:25
  311:3 312:17
  313:3,7,21 314:9
  315:10,19 317:13
  318:5,8,8 319:12
  321:5,14 322:12
  322:21 325:1
  327:3,4,16,18,18
  328:6,20 331:3
  332:14 334:7
  336:1,11 337:7,19
  339:15 342:16,17
  342:24 343:4
  350:1,13 351:4,8
risk 283:17 291:5
  291:19 292:18,20
  292:23 293:1,3,22
  294:3 315:15
  317:4,7 318:1
  323:2 331:21
  334:2,22 335:4
  336:2,9 337:23
  338:9 339:20
  340:21 352:22
risks 325:2 353:25
risk-benefit 324:23
  349:23
Risperdal 275:23
road 277:8 280:6

291:16
Robert 272:13
  357:9
role 340:4
roughly 278:20
  280:8 307:24
  308:1
routinely 283:14
  349:8
Rules 270:22
run 288:10 308:7
RUSHTON 272:14

_____
S

S 272:1
sales 341:21
saw 298:21 320:2
  323:5 324:11
  327:9,11 343:1,15
  346:23 354:4
saying 281:23
  293:14 350:8
says 300:9 306:17
  328:12 329:4
schizophrenia
  288:24 294:17,24
  295:12 298:4,9
  312:19,23 321:17
schizophrenic
  312:9 321:6 322:6
schizophrenics
  311:19 312:11
scientific 313:22
  314:3 318:12
seal 356:13 357:10
second 282:6
  299:16 300:1
  303:13 304:9
secondary 289:19
second-generation
  275:20,22 284:7
  285:10,23 324:1,6
  325:7,23 330:11
  330:20
section 273:13
  350:4
sedentary 333:7
see 283:5 288:11,13
  288:14,20 290:13
  291:13 297:3,9

299:11,13,16,25
  300:3,6,9,12
  301:1,4 302:16
  304:12,14,18,24
  308:8 319:8
  320:10,23 321:13
  321:21,22 328:15
  329:19 331:7
  336:19 338:25
  343:2 350:22
seeing 322:13 327:6
seeking 281:10
seen 282:2 290:13
  298:7 305:20
  310:11,17 312:14
  323:20 326:25
  336:14 342:7
select 278:24
selected 353:25
  354:8
self-harm 320:16
self-report 301:19
self-reporting
  301:6
sense 288:5
sensory 329:13,17
sentence 300:2
  301:2
separation 300:5
September 297:4
  309:8,18
serious 323:23
  330:8 333:11
Seroquel 270:4
  273:9,24 274:2,7
  274:15 275:23
  276:7 289:11
  291:12 292:24
  297:18,21 298:25
  302:15,17,21
  304:12,16 305:9
  305:12 307:2,5,21
  309:7 310:2,19,22
  311:25 313:23
  314:4,14 315:16
  316:6,12,16,20
  317:1,23 318:13
  318:21 319:5
  322:21 323:8,11

323:11,14 326:17
328:22 329:1
331:11,14,18,20
331:21 332:6,8,18
333:15 335:14
336:25 337:20
338:1 340:10,23
341:19,22 343:6
343:12,17,19
344:2,5,6,10,13
344:17,23 345:11
345:14,16 346:10
346:14,23,24,25
347:3 348:16
352:2,5,7,13,13
353:4,14,18 354:6
354:14
**Services** 279:4
287:5,10
**session** 324:13
**set** 287:8 294:21
**setting** 283:6
**severe** 321:20
**SGAs** 324:18
**sh** 270:1
**Shanon** 270:19
357:14
**shared** 326:2
**short** 310:12
**shorthand** 270:20
357:2,15
**show** 289:14 292:1
296:1,4 298:25
303:5 305:20
306:10 308:21
309:17 345:25
**shown** 273:24
345:3
**shows** 306:7 309:8
**side** 275:15,16
276:1 328:25
330:6,8
**signature** 271:7
355:1,25
**signed** 299:14
347:10
**significant** 289:3
290:1,15,17,19,22
291:4 302:8

334:22 335:20
336:8 343:16
346:9,18
**significantly**
333:23
**signs** 292:1
**similar** 276:24
311:8,12 312:5
346:21,22 352:19
**single** 273:22
**sir** 306:25 309:6
328:11 346:4
353:2
**sit** 284:1 310:21
313:21 314:23
315:24 317:13,21
325:17
**site** 281:8
**sites** 280:14
**situation** 287:8
313:15 344:11
351:3
**six** 286:21 295:13
305:16
**sleeping** 328:12
332:14
**slow** 303:14 305:17
**slower** 305:18
**smoker** 289:6
**smoking** 289:20,24
340:12
**social** 277:10
**soft** 320:16
**sooth** 333:1
**sorry** 278:1,5
306:18,20 312:10
316:8 335:10
**sort** 278:25 282:18
286:17 288:5,8
292:16 294:25
313:14 351:25
**sorts** 277:10 298:6
**sound** 300:22
**sounds** 289:1,1,17
**speak** 353:22
354:16
**speaker** 343:2
**speaking** 278:10,13
**specific** 280:24

285:6 303:3
309:12,12 317:15
325:14 332:16
340:21 346:16
348:5,6 350:8
**specifically** 305:5
308:16 332:9
354:2
**speculate** 293:5
**speculating** 354:9
**speculation** 293:9
**speech** 324:21
**spend** 277:6 279:1
286:6,20
**spent** 280:5
**spreadsheet** 287:24
**stages** 305:13
**STAKELY** 272:14
**standard** 284:24
324:21
**staple** 299:6
**start** 273:22 283:17
300:9 304:16
352:9,21
**started** 283:20,21
292:24 297:21
307:4 310:18
319:11 322:21
340:10
**starting** 344:7
**starts** 329:16
332:21
**state** 270:19 313:20
314:2 315:10,14
316:11,15 317:14
317:20,25 318:11
319:18 356:5,19
357:1,3,15
**stated** 270:23
304:15 320:3
357:3
**statement** 285:10
302:5 342:11
350:13
**States** 270:2 302:18
310:14 348:11
**stayed** 344:14
**steadily** 301:9
**Stephen** 271:14

272:7 299:9 357:9
**stephen.mcconne...**
272:11
**steroid** 334:6 340:3
**strain** 294:1
**strained** 293:17
**Street** 270:21 272:4
272:9,14
**stretch** 273:17
**strike** 315:25
**strong** 336:23
**struck** 325:20,24
**struggling** 280:20
**studies** 273:8,9,13
273:17,21 274:4
305:21 314:10
**study** 273:23,23
274:1,9,11,25
275:3,4 276:2
311:11 317:10
330:15
**stuff** 284:4 326:21
**submitted** 285:25
296:8 347:10
**subscribed** 356:10
357:10
**substantial** 336:3
**suffered** 321:16
335:21
**sugar** 335:22
**sugars** 291:11
**suggested** 330:4
353:14
**suicidal** 330:25
**suicide** 320:8
**Suite** 270:21 272:4
**summary** 296:1,5,7
296:24 297:3,4
301:8 303:21
304:21 307:12
308:23 309:2
335:7
**summer** 286:16,19
**support** 317:4
**supports** 318:3
344:20
**sure** 275:5 276:10
276:23 277:7
279:12 284:5,9

286:5,5 293:15
299:8 312:19
317:19 322:3
323:13 330:5
337:15 339:6
342:18 344:3,22
345:2 347:8
351:18
**surprise** 298:15
**surprised** 275:13
289:13 290:4,5,7
335:25
**surprises** 277:1
**surprising** 298:18
298:20 335:22
**suspect** 353:25
**suspicion** 341:9
**swings** 310:4
313:15
**sworn** 270:17 273:3
357:10
**symptoms** 282:8
322:15 323:17
324:7 326:19
329:5,7,12 330:2
331:19 332:14,25
**syndrome** 276:3,8
**system** 293:17
**systems** 292:12,14
330:1,2

---

**T**

**take** 280:9 291:15
300:23 301:21
311:18 315:2
326:20 339:19
344:14 346:12
347:5
**taken** 270:17 305:2
338:1 357:5
**takes** 292:15,16
**talk** 280:19,19
284:1 287:21
312:3 315:7 329:7
338:7
**talked** 273:12 279:7
285:3,4,4,5 286:2
292:17 294:4
297:15 325:16
326:10 329:10

330:17 332:25
341:25 351:1
**talking** 277:14
278:3,13 280:5
283:20,21 338:7,9
349:10
**taper** 343:21,24
344:8,12
**tardive** 285:4 329:2
330:7
**targeting** 284:20
**teach** 277:9 281:1
286:24
**teaching** 277:11
278:10 280:6,12
280:15
**team** 281:3 282:14
327:17
**tell** 284:22 291:14
309:18 315:24
317:24 337:25
345:13
**telling** 283:17
**tells** 291:18 340:23
**template** 284:6
**temporal** 317:1
**ten** 295:19 300:6
**tend** 298:6,25
**tendency** 298:10,23
**tense** 333:1
**term** 291:24 298:1
**terms** 277:3 278:21
293:10 319:4
322:5 326:10
350:2
**test** 345:25
**testified** 273:3
325:5,12 327:22
336:19 341:21
342:17 350:23
**testify** 279:17,23
348:3
**testimony** 324:16
326:9 329:9 348:7
**Texas** 270:19,22
272:4 357:1,3,15
**tfibich@fhl-law....**
272:5
**Thank** 273:7

276:13 288:10
351:10 354:18,19
**Thanks** 276:12
**therapist** 282:20
**therapy** 282:16
310:2 322:22,25
323:8 328:4,15
**thing** 314:5 319:24
323:23 325:1,10
**things** 278:15
281:20 282:15
284:20 286:11
288:10,12 298:10
313:7 316:2
325:14 326:1,10
328:4 329:15,19
329:22 335:13
351:16
**think** 274:14,18
275:25 277:7,19
282:16 283:21,22
285:17 290:9
292:5,5 293:16
294:15 295:15
296:6 299:24
300:22,24 307:3
310:25 314:5
315:8,23 317:3
318:3 319:3,6
321:19 322:4
328:14 329:15
330:15 331:14,18
331:19 335:9,13
336:15 337:4
338:16,20,23
339:7 340:7,16
342:11 343:20,20
343:24 347:23
350:7 353:7 354:7
354:8
**Thompson** 327:12
327:13
**thought** 277:17,23
296:13 313:13
335:3 343:7
**thoughts** 329:18
**threat** 320:5
**three** 276:8 282:17
282:17,21,22

286:14 305:21
**three-and-a-half**
305:21
**three-quarters**
300:1
**Thursday** 279:17
**tied** 320:15
**time** 277:6 279:1
286:15,18,18,18
287:15 290:24
292:15,16,23
293:2,13,16,20,22
293:25 294:6,12
294:16 295:3,14
297:20 298:22
299:1,23 300:12
300:20 301:2,8
302:5,9,13 306:24
307:21 310:1,12
312:24 313:23
319:11 320:24
321:10 322:11
323:14 327:25
328:21 331:17
333:15 337:17
341:19 344:6
351:10 352:14
354:18 357:7
**timelines** 292:7
**times** 273:8 310:7,8
310:8,11 320:11
327:23 332:17
**today** 276:22 277:1
288:6,17 310:22
314:23 316:12,15
317:14,21 325:17
347:14 351:3
**told** 288:8 325:5
**Tommy** 272:3
**touch** 323:19
329:11
**training** 278:24
280:14,24
**transitioned** 343:25
**transitioning**
346:18
**trauma** 277:12,15
282:3,10 295:10
**traumatized** 282:7

287:2
**travel** 279:21,21
280:13
**traveling** 280:6
**treated** 289:5
294:17 295:20
**treaters** 353:24
**treating** 280:18
324:2
**treatment** 281:12
282:14 305:9,14
306:3 308:4 323:6
**trial** 278:9 279:8,11
317:6 344:21
**trials** 311:4 312:3
**tricks** 329:17,17,17
**tried** 335:4
**true** 294:13 295:21
314:15 316:17
317:23,24 318:11
318:14 326:12,15
349:20 353:3
356:1 357:3
**trust** 289:13 308:23
309:1 332:9
343:18
**try** 276:21 277:2
286:17,17 292:13
316:9,9 319:10
328:5
**trying** 273:17 287:1
288:4 306:2 311:7
313:8 316:10
343:24
**turn** 276:12 297:3
299:13,25 304:14
319:12
**turns** 344:19
**two** 281:15 282:17
287:13 288:7
290:15 291:3
316:18 344:24
351:16
**two-minute** 351:7
**type** 298:9 325:10
336:25
**typical** 277:6,7
278:17 280:4,10
286:2,19

**typically** 278:20
279:20 281:14
286:13

---
**U**
---

**ultimately** 348:22
**unaware** 293:8
**uncle** 290:16 291:3
**uncover** 345:20
**undersigned** 357:2
**understand** 277:1
286:3 288:1
293:10 301:21
311:15 312:5
313:8 319:4
329:22 330:1
348:18,22
**understanding**
275:21 297:18
305:15 312:25
318:6 319:1,10,23
322:23 326:18
329:25 347:20
**understands**
320:14
**understood** 330:3
332:2 340:9 347:9
347:14 350:14
**unit** 319:22
**United** 270:2
302:18 310:14
348:11
**unknown** 315:18
**unusual** 317:17
**unwind** 292:14
**update** 282:15
**ups** 346:21
**use** 279:20 286:12
288:3 291:24
294:10 298:1
304:11 309:7
331:10 347:22
354:1
**usually** 277:9
279:21 286:6
292:6,15,16
**utilize** 296:7

---
**V**
---

**v** 270:7,7,8

Page 371

VA 295:11
variable 286:8
variety 280:11
various 280:13
286:10
versus 318:3
view 310:21 324:9
visit 302:9 330:23
345:10,22
visits 342:25
voices 328:13
329:10
volume 270:13
295:12

**W**
walk 277:5
want 286:12 288:13
294:8 302:19
311:11 312:4
318:8 347:7
352:19
wanted 343:2
351:25
warning 284:5
325:22,25 348:25
350:4
warnings 284:1
348:19
wasn't 275:13
302:15,20 330:25
335:6 336:15
343:3
watch 325:7,9
way 276:1 278:25
282:6 290:11
300:1 315:23
316:16 321:25
329:14,15,15
346:14 353:23
ways 282:4 343:12
weaning 344:6
website 349:17,18
web-based 280:12
280:15 286:13
Wednesday 279:14
279:16
week 277:6,7 280:5
280:5,10,11
281:15 286:2

336:18
weekends 278:18
weeks 286:19
weighed 300:13,18
300:20,20,25
301:3,6 302:5
304:17,17 308:10
345:21
weighing 353:24
weighs 306:22
weight 274:2
283:18,22 284:15
284:23 285:24
289:10 295:23
297:7,19,20,24
298:10,13,16,24
298:25 299:20,22
300:24 301:3,8,11
301:17,18 302:1,8
302:24 303:2,9,18
303:20,24 304:2
304:16,21,24
305:2,4,13,16,17
305:20 306:1,7,14
307:1,15,18,23,25
308:5,14,17,18,22
309:5,8,11,18,23
310:1,4,12,14,18
310:22 311:1,18
311:20,25 312:9,9
312:11,14,15
313:6,9,16,22
314:8,24 315:1,2
315:6,12,21 316:2
316:6,13,24 319:5
319:9 325:7,16,25
326:3,9 332:20
333:5,6,17 341:25
342:9,11,13
343:13,16 345:3,9
345:14,22,23
346:2,8,9,14,16
346:18,21,25
347:3 351:23
352:2,4,12
weights 289:15
298:21 308:7
309:12 310:25
313:4,19 319:8

welfare 279:5
went 275:5 287:3
300:5
weren't 293:25
321:2,22
we'll 286:12 299:6
344:15 351:13
we're 280:5 306:2
we've 276:19 294:3
310:11,17 312:14
316:2 326:10
330:17 351:1
who've 281:2
wide 310:4
widely 275:10
wise 313:14
witness 270:16
277:18 303:15
woman's 335:5
word 277:2 294:10
327:16
words 311:10
work 279:1,2,5,22
282:9 286:16
287:2,4,25 294:19
300:5 311:6
328:15 344:15
worked 319:21
workers 277:10
working 280:18
281:2 282:5
286:25 287:3
295:1 312:20
321:2 328:10,22
332:15
works 342:21
wouldn't 294:1,8
305:6 335:21,25
341:18
writing 281:17
286:18
written 285:9,13,22
299:9 341:14
wrong 290:10

**Y**
yeah 276:6 278:15
280:8 282:24
284:9 287:18
292:7 294:15

295:18,18,25,25
296:6 298:18
299:24 301:19
302:20 307:3
313:12 322:4
324:15 326:7
332:3 333:17
343:3,4,9 345:18
347:20 348:22
year 286:7 301:7
327:11
years 287:14 289:6
295:13,19 300:3,6
302:2 322:1
340:13
yesterday 273:8,12
274:9,15 276:25
278:8 281:21,23
283:23 287:23
288:7 292:17
296:2 305:19,24
315:9 327:22
332:25 341:21
344:9 347:7 348:7
350:14 352:23
353:13
young 282:6,8

**$**
$12,000 278:8,13
279:19
$18,000 278:17
$20,000 278:18
$24,000 279:19

**0**
0:08 357:9
01 309:8
01-19-00 271:18
02 309:9
03 357:18
04-29-02 306:12,14
04-30-02 271:17
05-13-88 271:13
06 344:8,13,24
06-19-02 271:16
07 344:4,14,24
345:3,6,7,12,21
08-I-99405 270:1
09-07-01 271:19

09-26-94 271:15
303:6

**1**
1-19 309:5
1-4 345:3
10-15 309:22
10-15-01 271:20
10-18 345:21
10-18-07 271:21
10:01 326:23
10:07 326:23
10:46 351:9
10:51 351:9,19
10:55 270:18
354:20
109 291:9,20
110 298:16
111 300:13 301:3
301:12,18,19
302:5
114 291:10,21
12th 330:23
12-31-09 357:17
1200 278:23
13th 299:10 301:13
302:10 345:9
1401 270:21 272:4
15 278:20
150 306:22
155 304:17,20,25
306:7
160 305:4 306:14
306:22 310:9
161 307:15
166 299:20 304:2
307:18
173 309:8,19
174 309:9,9,23
175 310:8
1769 270:5
180 308:14,18
1800 270:21 272:4
184 272:14
188 345:3,12,13
19th 306:6
190 345:6,9,12,13
19104-2808 272:10
194 308:22 345:19
196 345:8

**1980s** 302:20
**1986** 301:17
**1987** 288:23 301:11
  301:17 302:9
**1988** 299:10 301:13
  302:10 304:3
**1989** 289:5
**1990s** 335:19,20
**1991** 289:4 295:16
**1992** 291:9,21
**1994** 289:15 302:24
  302:25 303:18
  304:3
**1995** 308:14
**1997** 291:9,21
**1999** 308:21

### 2
**2** 270:13 295:16
  297:3 306:16,18
  336:25
**2:01** 357:9
**20** 281:22 282:22
**200** 310:7
**2000** 289:16,20
  308:24 309:5
**2000s** 283:22
  284:22
**2001** 289:5 297:5
  309:8,18,23
**2002** 288:25 292:24
  304:16,17 306:7
  307:15,22 319:15
  320:25 321:10,15
  322:17 326:24
  327:5 328:24
  330:23 331:6,7,17
  341:8,12
**2003** 332:5,11
  334:13,20
**2004** 284:4 348:16
**2005** 334:14,21
  335:17
**2006** 341:15,17
  343:21,22 344:17
**2007** 344:1,19
**2008** 270:12,18
  357:11
**2009** 279:8
**206** 345:21 346:2

**206-3100** 272:15
**208** 289:11,15,15
  302:24 303:9,18
  303:20 304:3
  308:10,25 309:5
**215** 272:10,10
**25** 281:22 282:11
  282:22
**250** 278:23
**272** 271:2
**273** 271:4
**276** 271:5
**2929** 272:9
**296** 271:11
**299** 271:13

### 3
**3** 304:22
**303** 271:14
**306** 271:15,16
**309** 271:17,18,19
**334** 272:15,15
**346** 271:20
**351** 271:6
**355** 271:7
**357** 271:8
**36104** 272:15
**37** 289:6 340:13
**38** 271:11 296:3,4
  296:19,20,24
**39** 271:13 299:4,5

### 4
**4** 296:17,21 306:17
**40** 271:14 303:4,5
**41** 271:15 306:5,6
**42** 271:16 306:9,10
**43** 271:17 309:3,4
**44** 271:18 309:15
  309:17
**45** 271:19 309:21
  309:22
**46** 271:20 346:1,2
**481-0801** 272:15

### 5
**5** 306:17,17,18
  307:6
**5th** 345:7,10
**50** 337:16,16

**51** 337:17
**55** 302:13
**55-pound** 303:24

### 6
**6** 306:17 332:15
**6:07-cv-10291**
  270:8
**6:07-cv-15701**
  270:7
**6:07-cv-15959**
  270:7
**60** 306:23
**60-year-old** 288:21
**64-and-a-half**
  299:19
**6513** 357:17

### 7
**7th** 309:18
**713** 272:5,5
**751-0025** 272:5
**751-0030** 272:5
**77010-9998** 270:22
  272:4

### 8
**8:30** 270:18 273:1
**8:34** 276:14
**86** 303:25
**88** 303:25

### 9
**9** 270:12
**9th** 270:18 307:22
**9-24** 308:9
**9:05** 296:15
**9:10** 296:15
**9:14** 299:3
**94** 308:9
**95** 308:19
**97** 288:24 302:19
**994-2222** 272:10
**994-4000** 272:10