Expert Report of Bruce D. Perry, M.D., Ph.D.


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Guinn v. AstraZeneca LP, et al.
[Linda Guinn 6:07-cv-10291]

_____

Preliminary Summary of Opinions

September 4, 2008


RE: Linda Guinn 6:07-cv-10291


My name is Bruce Duncan Perry, M.D., Ph.D. I am a Board-certified general psychiatrist and a Board-certified child and adolescent psychiatrist.  I am the Senior Fellow of the ChildTrauma Academy, a Houston-based organization dedicated to research and education in the area of child trauma and maltreatment. In addition I serve as a Senior Consultant to the Ministry of Children's Services for the Province of Alberta. From 1992 to 2001, I served as the Chief of Psychiatry at Texas Children's Hospital and the Thomas S. Trammell Research Professor in the Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine.  Prior to that I was on the faculty of the Departments of Pharmacology and Psychiatry at the University Of Chicago School Of Medicine from 1988 to 1991.   My curriculum vitae is produced as an attachment to this report.


I am being paid $500/hr for review, preparation of reports, potential testimony and all other activity related to this review.


Qualifications and Basis for Opinions

My opinions relate to my field of expertise.  I have extensive clinical and research experience in the area of psychopharmacology.  I have a Ph.D. in pharmacology and focused on the clinical neurosciences and central nervous system pharmacology in my training and subsequent research.  I founded the Pediatric Psychopharmacology Clinic at Texas Children's Hospital and ran this clinic for more than six years and have treated hundreds of children with a range of neuropsychiatric problems.  I founded and ran the Trauma Recovery Program at the Houston VAMC and have participated in clinical trials of psychotropic medications in my training and subsequent research.  I serve and have served on many academic panels, review boards, study sections and committees focusing directly or indirectly on the key issues in psychopharmacology.  I have taught in this area for many years and continue to teach at a post-graduate level in the areas of treatment of high-risk children with various neuropsychiatric problems. This work includes teaching about the use of psychotropic medications, including atypical antipsychotics, in off label situations. I have served on the psychopharmacology panel for the United States Pharmacopeia (USP).

Expert Report of Bruce D. Perry, M.D., Ph.D.

The basis for my opinions comes from this research and clinical experience; from knowledge of the peer reviewed literature and academic studies in this area; and my knowledge, training and clinical and research experience as a physician, and Board Certified general and a Board Certified child and adolescent psychiatrist. Based upon this and the review of available medical and mental health records, legal records, industry records provided by the plaintiff's attorneys, I provide the following opinions with reasonable degree of medical certainty:

<u>General Comments and Opinions</u>
The use of psychotropic medications has increased dramatically in the last ten years. Much of this increase is due to use of neuroleptic or antipsychotic agents. This increase is well beyond any documented increase in neuropsychiatric disorders and beyond any documented "discovery" of a profound increased efficacy of any new neuroleptic agent. Much of this increase appears to be related to increased polypharmacy and use of neuroleptics for non-indicated purposes (off-label use). All of this is despite the documentation of serious and significant risks associated with the use of many neuropsychiatric medications (e.g., weight gain, diabetes, cardiac effects, and increased risk for suicide).

A major contributing factor to increased use of psychotropic medications in my opinion is the aggressive marketing and promotion practices by pharmaceutical companies such as Astra Zeneca's in the case of Seroquel. Identifying key "influencers" in psychiatric practice, funding their research, hiring them as consultants, paying them as part of the pharmaceutical companies "speaker's bureau", funding their professional meetings and CEU events – all have the potential to distort the dissemination of important emerging information required for any practicing physician to make fully-informed decisions regarding safe and effective prescribing. Decisions regarding use of a newer, more expensive medication vs. an older, generic medication with equal efficacy can be unduly influenced; side effect profiles can be misrepresented; use for non-indicated purposes can be over-promoted, all of which occurred with Seroquel as a result of Astra Zeneca's conduct.

Furthermore, pharmaceutical representatives visiting physician's offices to promote their products are typically given limited training in psychopharmacology and in the specific uses and risks of the products they then go promote as well as financial incentives for increasing prescription rates and dosages prescribed by their physician clients. Again, these practices can influence prescribing practices in ways that compromise a physician's capacity to make optimal and safe prescribing decisions.

The collective result of these industry practices can be the development of individual physician prescribing practices that are not fully or accurately informed; the consequences of can be disastrous for an individual patient. It is my opinion that this was the case with Linda Guinn as Astra Zeneca failed to communicate warnings of diabetes and metabolic side effects of the drug to physicians in a timely manner. Internal documents reflect that the marketing of Seroquel involved misrepresentations, ie the "weight neutral" claim in the face of evidence that, in fact, Seroquel caused weight gain. Further, the Seroquel product labeling failed to communicate a warning of diabetes for years after the company was aware of the association and risk.

1) Linda Guinn appears to have developed diabetes following the use of Seroquel. Seroquel use is temporally associated with the development of her weight gain and diabetes. Ms. Guinn was initially prescribed Seroquel by her psychiatrist in May of 2002. At this time she had high cholesterol, was being treated for this and she had a family history of diabetes. Her prescribing

Expert Report of Bruce D. Perry, M.D., Ph.D.

physician at that times claims to have known that there was a relationship between Seroquel and increased risk for weight gain and development of diabetes though there was no warning about either condition in the product labeling at this time. She continued on Seroquel through 2006. Her closest documented weight at the start of taking Seroquel was in June of 2002 when she weighed 155 lbs. By September of 2002, she weighed 177 lbs and was diagnosed with hypertension; by November of 2002 she was being evaluated for suspicion of diabetes. A confirmed diagnosis appears in February 2006 at which time oral hypoglycemic agents were initiated. In July of 2003 she weighed 191 lbs. The temporal relationship between the start of Seroquel, her weight gain and subsequent manifestations and diagnosis of diabetes, and the documented relationship between Seroquel and risk for developing diabetes, lead me to conclude that Seroquel was a causative factor in her weight gain and her diabetes. Diabetes is associated with long-term multi-organ complications and this disease will impact the need for and cost of her health care and will likely result in increased need for monitoring, hospitalizations at increased cost of care and treatment.

2) Linda Guinn was started on Seroquel despite having clear medical risk factors that would currently be considered relative contraindications to use. The clear and evolving medical risk factors (e.g., high cholesterol, hypertension and obesity) present at the beginning of her course with Seroquel should have been clear contraindications to her prescribing physician and to the prescribing physicians in subsequent years. The potential gain from using this medication should have been weighed against documented or plausible risks. Her initial prescribing physician was a frequent client of AstraZeneca representatives and in deposition he continues to minimize the relationship between Seroquel and increased risk of developing serious medical problems including hyperglycemia, obesity and diabetes. His understanding of the risks associated with Seroquel use appear to reflect the influence of minimizing input and misrepresentations from AstraZeneca representatives of the true risks of known to the company rather than serious cautions resulting from statements issued by professional organizations, the FDA and controlled research studies.

3) Rational and safe prescribing of Seroquel depends upon weighing potential benefits against the potential risks. Prior to 2004 evidence existed of the relationship between Seroquel and increased risk for weight gain and the development of diabetes evidenced in internal Astra Zeneca documents. Astra Zeneca did not make this key information known to prescribing physicians until 2004. In 2004 several professional groups (including the American Psychiatric Association) issued warnings based upon consensus panel reviews that there was a clear association between use of several second-generation neuroleptics including Seroquel and the development of obesity and diabetes. Recommendations to prescribing physicians included careful monitoring of weight, blood glucose, lipids and other pre-diabetic symptoms, signs and laboratory findings – recommendations that should have been in the Seroquel label but were not. By this time, Ms. Guinn's treating physicians documented suspicion of diabetes. She continued on Seroquel until 2006.

In summary, I conclude that Seroquel was a causative factor in the development of diabetes in Linda Guinn, a disease that will likely result in significant complications and increased medical care and expense. And further, that the practices of AstraZeneca related to the aggressive marketing and selective, inadequate disclosure of the known risks of Seroquel contributed to Linda Guinn developing diabetes.

Expert Report of Bruce D. Perry, M.D., Ph.D.

These opinions are based upon the materials reviewed, my professional experience and my knowledge of the field.  Should further information be provided, I reserve the right to modify or amend my opinions.

Respectfully submitted,

Bruce D. Perry, M.D, Ph.D.

| Year | Type | Attorney/Firm | Case No. / Court | Case Name |
|---|---|---|---|---|
| 2000 | Trial | FL Bend DA | | State v Matney |
| 2000 | Special Counsel | Ret. Senator Danforth | | Special Counsel Investigation on Waco |
| 2000 | Special Testimony | NSW Premier and Cabinet | | Special Meeting on Child Policy |
| 2000 | Deposition | Filbich & Garth | | Coyle et al. v Monica Kay Stanley and Cosco |
| 2000 | Trial | Montgomery Co DA: 9th Judicial District (Mike Griffin) | No. 97-45232, 284th District Co | State v Davila |
| 2000 | Trial | Harris Co DA | 338th Judicial District | State v Lori Jones (in the matter of Sarah Rogers) |
| 2001 | Deposition | Milhoff& Jacks | 98-09959 98th Judicial Court, Austin, TX | Williams et al. v. Daughters of Charity Health Services of Austin |
| 2001 | Trial | Storey, Moore & McCally | 96-46027 | J. S. Parker and K. Parker |
| 2001 | Trial | Harris County DA: Lisa Andrews | | State v Anthony Rogers |
| 2002 | Trial | Macon County State's Attorney | | In re K.S. a minor |
| 2003 | Trial | Attorney General of Colorado | Consolidated Case 99 L 1886 | State v Dicke |
| 2003 | Deposition | Andre' M. Grant | | E.H. et al. and Mother v City of Chicago, et al. ROLAND RODRIGUEZ and MANIKA GUERRERO VEGA, Individually and as Next Friends of J'NET ANN RODRIGUEZ and ROLAND RODRIGUEZ, Minors; and ROLAND RODRIGUEZ, as Administrator of the Estate of JENNIFER MARIE RODRIGUEZ, Deceased V. FIRST TRANSIT, INC., et al |
| 2003 | Deposition | Milhoff & Jacks | CAUSE NO. 2001-34768 | Bryan Flock for deceased son (Brandon) et al v Scripto-Tokai et al |
| 2003 | Deposition | Vinson & Elkins | C.A. H-00-3744 | |
| 2004 | Deposition | Rodriguez, Colvin & Chaney | NO. 02.11-11513CV | Solis et al at El Paso et al |
| 2004 | Deposition | Lewis, Ogletree, Deakins, Nash, Smoak & Stewart PC | Cause No. 2002-17485 | Stephen J. Little, et al v Jason Timmons et al |
| 2004 | Deposition | Williams & Connolly | No. 2000/179-M/B | Gayter v Wyndham |
| 2005 | Deposition | Williams and Connolly | No. 2000/179-M/B | Gayter v Wyndham |
| 2005 | Deposition | Lembhard Howell | | Rivera v Swift Transportation |
| 2005 | Deposition | Propes and Keveny/Andre' Grant/Eugene Pincham | Consolidated Case 99 L 1886 | Crawford et al v City of Chicago et al |
| 2005 | Deposition | Emond, Vines, Gorham & Waldrep | CV-01-CO-1433-S | Byrd et al v Alabama Dept Youth Svcs |
| 2005 | Trial | Propes and Keveny/Andre' Grant/Eugene Pincham | Consolidated Case 99 L 1886 | Crawford et al v City of Chicago et al |
| 2006 | Deposition | Powers and Santola | 01-CV-0730 (TJM/DRH) | Ingrao v The County of Albany, NY; The County of Montgomery, NY |
| 2006 | Trial | Lembhard Howell | | Rivera v Swift Transportation |
| 2007 | Deposition | Friedan-Dobrinsky | Case No: 04-7847-CA-10 | Tepper v Royal Carribean Cruise Liners |
| 2007 | Deposition | Venis & Bowling | | Garcia-Bangochea v Department of Child Family Services (Florida) |
| 2008 | Court hearing | Texas DCFS | | Texas v multiple (FLDS) |

## *CURRICULUM VITAE*

Bruce Duncan Perry, M.D., Ph.D.

Senior Fellow

The ChildTrauma Academy
710 N. Post Oak, Suite 130
Houston, TX  77024

Mailing Address
5161 San Felipe
Suite 320
Houston, TX  77056
USA

Phone: (713) 446-1491
FAX:  (713) 513-5465
Email: BDPerry@ChildTraumaAcademy.org

**Websites**
www.ChildTrauma.org
www.ChildTraumaAcademy.org
www.ChildTraumaAcademy.com

***Birth date***
May 6, 1955
***Birthplace***
Bismarck, North Dakota

Present Position

***Senior Fellow***:  The ChildTrauma Academy, Houston, TX (1996-present)
***Senior Consultant***:  Alberta Ministry of Children's Services (2002-present)

Previous Positions

***Medical Director***:  Provincial Programs in Children's Mental Health, Alberta Mental Health Board, Calgary, Alberta, CANADA (2001-2003)
***Chief of Psychiatry***:  Texas Children's Hospital, Baylor College of Medicine, (1992-2001)
***Thomas S Trammell Research Professor of Child Psychiatry***:  Baylor College of Medicine, (1993-2001)
***Associate Professor***:  Departments of Psychiatry and Behavioral Sciences, (1992-2001), Pediatrics, (1993-2001), Pharmacology, (1993-2001) and Neuroscience Program, (1994-2001), Baylor College of Medicine, Houston,

Texas

**_Vice Chairman for Research_:** Department of Psychiatry and Behavioral Sciences, (1992-1999), Baylor College of Medicine

**_Assistant Professor_:** Departments of Psychiatry (1989-1992), Pediatrics (1990-1992), and Section of Pharmacology, (1991-1992): The University of Chicago

**_Director_:** Laboratory of Developmental Neurosciences (1987-1992), Section of Child and Adolescent Psychiatry, The University of Chicago

**_Co-Director_:** Human Brain Tissue Bank (1989-1992), Department of Psychiatry, The University of Chicago

**_Director_:** Center for the Study of Childhood Trauma, (1990-1993), St. Joseph's Carondelet Child Center

**_Instructor_:** Department of Psychiatry, The University of Chicago, (1987-1989)

**_Fellow_:** Harris Center for Developmental Studies, The University of Chicago, (1987-1989)


Education

**_Fellowship in Child and Adolescent Psychiatry_:** Section of Child and Adolescent Psychiatry, Department of Psychiatry, The University of Chicago, Chicago, IL (1987-1989)

**_Post-Doctoral Fellowship (Psychiatry)_:** Department of Psychiatry, Yale University, New Haven, CT (1984-1987)

**_Internship (Flexible)_:** St. Raphael's Hospital, Yale University School of Medicine, New Haven, CT (1984-1985)

**_Medical School_:** Northwestern University School of Medicine, Chicago, IL (1977-1984) MD awarded 1984

**_Graduate School (Pharmacology)_:** Department of Pharmacology, The Graduate School, Northwestern University, Chicago, IL (1979-1984) PhD awarded 1984

**_Undergraduate School_:** Amherst College, Amherst, MA, Neuroscience Program (1975-1977)

**_Undergraduate School_:** Stanford University, Stanford, CA, Biology and Psychology (1973-1975)

**_High School_:** Bismarck Public High School, Bismarck, ND (1970-1973)


Professional Activities

Teaching

**_Baylor College of Medicine_:** (1992-2001) CNS Pharmacology; Developmental Neurobiology; Research Issues in Psychiatry, Pediatric Psychopharmacology; Trauma-related Disorders and related subjects to medical students, psychiatry, pediatric and child psychiatry residents, graduate students in psychology, pharmacology, social work, and the neurosciences (see later sections)

**_The University of Chicago_:** (1987-1992) Introductory Neurosciences; Advanced Clinical Neurosciences; Developmental Neurobiology; Research Issues in Child Psychiatry, Psychopharmacology, Psychopathology

**_Yale University_:** (1985-1987) Psychopharmacology

**_Northwestern University_:** (1980-1983) CNS and ANS Pharmacology

**_Illinois College of Optometry_:** (1981-1983) CNS and ANS Pharmacology

**_University of North Dakota_:** (1980) Hypnosis, Acupuncture and Placebo

**_Amherst College_:** (1978-1979) Laboratory Techniques in Physiological Psychology

**_Stanford University_:** (1974) Mathematics without Anxiety

## Accreditation

- Diplomat, National Board of Medical Examiners, Certificate # 248587; Oct1,1985
- Connecticut State Medical License #027784 – Inactive (Certificate, Nov 14, 1986)
- Illinois State Medical License #036-075366 - Inactive
- North Dakota Medical License #6328 - Inactive
- Texas State Medical License # J3573 – Active
- Alberta Medical License # S09869 – Active, Courtesy (# C11697)
- Board Certified in Psychiatry: American Board of Psychiatry and Neurology (ABPN) Certificate #33888, January 1991
- Board Certified in Child and Adolescent Psychiatry: American Board of Psychiatry and Neurology Certificate # 2837, September 1991


## *Committees (current)*

### Local, State or Provincial

*Member*, Technical Advisory Committee, Population-based Mental Health/Illness Surveillance in Alberta, Ministry of Health and Wellness, Alberta, CANADA, 2002-

*Member*, Ministerial Advisory Committee for the Alberta Centre for Child, Family and Community Research, Ministry of Children's Services, Alberta, CANADA,  2003-

*Member*, Residential Review Committee, Ministry of Children's Services, Alberta,  CANADA, 2004-


### National& International

- *Member*, Advisory Panel, National Center for Child Trauma (UCLA), 2001-
- *Member,* Advisory Work Group on Children and Terrorism, US Surgeon General's Office,  Washington, DC., 2001-
- *Board of Directors*, The Reiner Foundation, Los Angeles, CA, 1998 - 1999
- *Board of Directors,* I Am Your Child Foundation, Los Angeles, CA 1998-2004
- *Advisory Board,* WAVE (Worldwide Alternatives to Violence), London, 1999-
- *Advisory Board,* Childhaven, Seattle, WA, 1999 –
- *Advisory Board,* KERA's First Impressions Early Childhood Public Awareness Campaign, Dallas, 2000-
- *Member*, American Academy of Pediatrics, Early Brain and Child Development Project, Chicago, 1999-
- *Member,* United States Pharmacopoeia (USP) Drug Advisory Panel, 2000-*2006*
- *Board of Scientific Advisors,* Foundation Against Interpersonal Trauma, 2001-
- *Advisory Board,* Attachment Parenting Inc., 2001-
- *Advisory Board,* Protect Inc., 2002-
- *Advisory Committee,* Alberta Centre for Child, Family and Community Research*,* 2003-
- *Board of Directors,* Alberta's Promise, 2003 – 2009
- *Board of Scientific Advisors,* SAIV: Spiritual Alliance to End Violence, 2004 –
- *Advisory Board,* Roots of Empathy, Toronto, ON, Canada, 2004 –
- *Advisory Board,* KidZone, America, 2006-
- *Advisory Board,* Great Kids, Inc*, 2007-*
- *Advisory Board,* Multiplying Connections:  A Positive Development for all Children, The Health Federation of

PERRY, Bruce D.  CV   9/8/08                                                      4

Philadelphia, 2007-

**_Committees_** _(past)_

**_Institutional_**
- *Member*, Brain Research Foundation and Brain Research Institute, 1989-1991 (Chicago)
- *Chair*, Chicago Consortium for Psychiatric Research, PTSD Research Subcommittee, 1991-1993
- *Steering Committee*, Neurobiology of Disease Program, Neurosensory Institute, BCM
- *Search Committee, Chief*, Developmental Pediatrics, Texas Children's Hospital
- *Research Committee*, Department of Psychiatry, Baylor College of Medicine
- *Advisory Board*, High School for Health Professionals, Baylor College of Medicine
- *Executive Committee*, Department of Psychiatry, Baylor College of Medicine
- *Advancements and Promotions Committee*, Department of Psychiatry, Baylor College of Medicine
- *Therapeutic Abortions and Sterilization Committee,* Texas Children's Hospital

**_Local_**
- *Project Advisory Board*, Alliance for the Mentally Ill: Greater Chicago (AMI-GC)
- Illinois State Psychiatric Institute, Drug Evaluation Committee, 1990-1992
- *Advisory Board*, Alliance for the Mentally Ill of Greater Chicago
- Children's Crisis Care Center Task Force (CPS Fund Board), 1993-1997 (Houston)
- *Board of Advisors*, Mark Roberts Foundation for the Prevention of Child Abuse, 1995-1997
- State of Texas Child Fatality Review Team, 1995-1997
- *Board of Directors*, Texas Professional Society on the Abuse of Children, 1994-1999
- *Board of Advisors*, Houston Advocates for Mentally Ill Children,  1993- 2001
- *Board of Directors*, The Grief Center (Bo's Place), 1995-2001
- *Chairman,* Advisory Board, Healthy Steps, Houston, 1998-2001
- *Advisory Board,* Hogg Foundation for Mental Health's Healthy Steps Project, Austin, 1998-*2001*
- *Advisory Board,* Success by Six, United Way of Greater Gulf Coast, 2000-2001
- *Advisory Board,* Early Connections: An Early Childhood Education Institute: Episcopal Health Charities and the Greater Houston Collaborative for Children, 2000-2001
- *Committee member,* Step Through External Partnerships (STEP) Project; Texas Department of Protective and Regulatory Services, Austin,  2000-2001

**_National_**
- *Ad Hoc Member*, Special Study Group, MacArthur Early Childhood Transitions Network 1994
- Academy of Child and Adolescent Psychiatry Scientific Issues Work Group, 1988-1990
- *Board of Counselors*, Loyola University Chicago School of Law, CIVTAS ChildLaw Center,  1993-1997
- *Board of Counselors*, The CIVITAS Initiative, 1993-1997
- *Research Committee*, American Professional Society on the Abuse of Children, 1995-1997
- *Advisory Board*, BMC Group, Inc, Children and Violence Initiative, Washington, DC, 1994-1997
- *Board of Advisors*, I Am Your Child, National Public Engagement Campaign, 1997-1999
- *Board of Directors*, CIVITAS Initiative, 1997- 1999 (Chicago)
- *Member,* Child Health and Financing Committee, National Association of Children's Hospitals and Related Institutions (NACHRI), Alexandria VA, 1999-2001
- *Conduct Disorders Committee*, American Academy of Child and Adolescent Psychiatry, 1994-2000

- National Board of Medical Examiners, Test Material Development Committee, 1996-2000
- *Board of Directors*, I am Your Child Foundation, *Los Angeles, CA  1998-2000*
- *Advisory Board*, White House Summit on Youth Violence, Department of Justice, Washington, DC, 1999-2000

## International

- Work Group on "Children, Violence and War" (Spunk Fund and Harris Foundation) 1991-1993
- Work Group on Bosnia (Dept of Defense, Menninger Clinic, World Health Organization, United Nations Consortium)

## Other Activities

- *Coordinator*, Grand Rounds, Department of Psychiatry, University of Chicago, 1990-1992
- *Program Consultant*, St. Joseph's Carondelet Child Center, 1989-1995
- *Consultant*, Princess Sophie Foundation of Romania (neglect, adoption, orphans) 1995
- *Trainer*, Federal Bureau of Investigation, FBI Academy and National Center for the Analysis of Violent Crime (critical incident protocols, juvenile violence, interviewing child victims) 1993- present
- *Consultant*, Federal Bureau of Investigation (Critical Incident Response Group: CIRG and Child Abduction and Serial Killer Unit: CASKU) 1995-present
- *Consultant*, Scholastic Inc., 2000-present

## Honors and Awards

- Northwestern University *Graduate Fellow*, 1979-1980
- National Institute of Health Training Grant *Predoctoral Fellow (GM 07263)*, 1980-1982
- National Institute of Mental Health *Predoctoral Fellow (ADAMHA: MH-08834)*, 1982-1984
- Recipient, American Society of Pharmacology and Experimental Therapeutics *Robert F Furchgott Travel Award*, 1983
- Nominee, *Donald B Lindsley Prize in Behavioral Neuroscience*, 1984
- *Invited Faculty Netherlands Institute for Brain Research*, Royal Academy of Science, 15th International Summer School of Brain Research, 1987
- Recipient, *Presidential Scholar Award, American Academy of Child and Adolescent Psychiatry*, 1988
- Recipient, *American College of Neuropsychopharmacology, Travel Award*, 1988
- Recipient, *Director's Clinical Service Leadership Award*, Houston VAMC, 1993
- Recipient, *Department of Veteran's Affairs, National Service Director's Award* (Mental Health and Behavioral Sciences), Washington, DC, 1993
- *Lawrence Breslow Memorial Lecturer*, Lutheran General Hospital, Chicago, 1993
- *19th Annual Ester S Zetland Lecturer*, Chicago Psychoanalytic Association and Association of Child Psychotherapists, Chicago, IL 1993.
- *The Thirty-third Gertrude Victorson Ratner Lecturer*, Evanston Hospital, Northwestern University, Chicago, IL 1994
- Recipient, *Mental Health Association Research Award*, Houston, TX, 1995
- *Warren Wright Lecturer*, Northwestern University School of Medicine, Chicago, IL, 1995
- Recipient, *Carondelet Child Center's Public Service Award,* Chicago, IL  1995
- Recipient, *The Children's Hospital Department of Psychiatry and Behavioral Sciences, Rosenberry Award*, The

University of Colorado, Denver, CO 1995

- *The First Annual Holt W. Webster Lecturer*, Children's Hospital and Medical Center, University of Washington School of Medicine, Seattle WA 1996
- Recipient, *The Children's Hospital Department of Psychiatry and Behavioral Sciences, Rosenberry Award*, The University of Colorado, Denver, CO 1996
- Selected to -- *The Best Doctors in America: Central Region* 1996-2001
- *Angela and William Barrett Lecturer*, Department of Pediatrics University of Texas Medical Center, Southwest, Dallas TX 1997
- Invited Participant, *White House Conference on Early Childhood and the Brain,* 1997
- Invited Plenary Speaker, *President's Summit on America's Future*, Philadelphia, 1997
- Invited Speaker, *National Governor's Association*, Brain Development and Early Childhood Initiatives, Washington, DC, 1997
- Invited Testimony, *United States Senate, Appropriations Committee*, Recent Findings on Early Childhood Development, Washington, DC, 1997
- Recipient, *Distinguished Service Award,* National Association of Homes and Services for Children, Houston, TX 1997
- *2nd Annual Lynn Harris Memorial Lecturer and Visiting Professor* Department of Pediatrics, University of Arkansas for Medical Sciences and the Arkansas Children's Hospital Foundation, Little Rock, AK  1998
- Invited Speaker, *White House Dinner on Early Brain Development, 1998*
- *Visiting Professor in Neuroscience, Amherst* College, Amherst, MA 1999
- Keynote Speaker, **White House Summit on Youth Violence**, *Safe from the Start*, Washington, DC, 1999
- Recipient, *T. Berry Brazelton Award for Service, Research and Advocacy*, Texas Infant Mental Health Association, 1999
- Recipient, *Prevent Child Abuse America VOICE Award*, Annual Prevent Child Abuse Gold & Silver Ball, Chicago, IL, 1999
- *18th Dr. McIver Furman Del Mar Lecturer in the Health Sciences, Corpus Christi, TX, 2000*
- Inductee, *Texas Mental Health Association's Ring of Honor*, Founding Class, 2000
- *2nd Narkewicz Visiting Professor in Child Advocacy and Community Health*, Department of Pediatrics, University of Vermont School of Medicine, Burlington, VT 2000
- Recipient, *National Leadership Award in Public Child Welfare*, National Association of Public Child Welfare Administrators (NAPCWA), Washington DC, 2001
- Finalist, *Distinguished Achievement Award for Excellence in Educational Publishing*, The Association of Education Publishers, 2001
- *Littman Research Day Lecturer,* University of Calgary Department of Psychiatry, Calgary, AB, 2002
- *23rd Ira S. Stevens Lecturer,* Mental Health Association of Westchester, New York,  Understanding and Working with Traumatized Children, Elmsford, NY, 2003
- Honorary Member, *Texas Association for Infant Mental Health*, 2004 -
- Honoree, Canisius College, Early Childhood Education program distinguished graduate student award named *"The Dr. Bruce Perry Early Childhood Award"* Canisius College, Buffalo, NY, 2004
- Selected, *America's Top Psychiatrists*, Consumer Research Council of America, 2004-2006
- Selected, *Best Doctors in America*, 2000-present
- Inaugural Lecturer, *Annual Margaret McCain Lecture*, Centre for Children and Families in the Justice System, London Ontario, 2004
- Recipient, *Alberta Centennial Medal*, from Premier of Alberta and Lieutenant Governor of Canada, 2005
- Recipient, *Circle of Courage Award*, Reclaiming Youth International, San Antonio, TX, 2006
- Inductee, *Hall of Fame, Bismarck High School*, Bismarck, North Dakota, 2006

- Honoree, **"Dr. Bruce Perry Day,"** Lawton, OK, February 21, 2006
- Recipient**, Honorary Mayor-President**, City of Baton Rouge, Parish of East Baton Rouge, LA, 2006
- Recipient. *Ambassador of Peace,* Violence Prevention Coalition of Orange County, California, 2006
- Recipient, **Harvey R. Houck, Jr. Award,** Justice for Children, Washington, D.C. and Houston, TX, 2006
- Recipient, **Presidential Citation**, American Psychological Association, Division 41/37, Psychology-Law Society, San Francisco, 2007

Editorial Review

### *Grants*

- Clinical Research Planning Panel, **Intramural Research Program of the National Institute of Mental Health (NIMH IRP)**, 1998
- Ad Hoc Reviewer, **Research Advisory Group for Mental Health (National Veterans Administration Study Section)**, 1986-1987
- Ad Hoc Reviewer, **March of Dimes Basic Science Study Section**, 1988
- Ad Hoc Reviewer, **Merit Review Board for Mental Health and Behavioral Sciences**, Department of Veterans Affairs, 1994-1995
- Ad Hoc Member, National Institute of Mental Health (NIMH) Board of Scientific Counselors Meeting, **Investigating the Behavioral and Biological Consequences of Child Abuse**, Bethesda, Maryland, 1997
- Ad Hoc Member, PHS: NIH/NIMH, **Violence and Traumatic Stress Review Committee**, 1995-1998
- Member, **Merit Review Board of Mental Health and Behavioral Sciences**, Department of Veterans Affairs, 1998-1999

### *Journals*

- Ad Hoc referee:  **Brain Research; Developmental Brain Research; Molecular Brain Research; Life Sciences; Biological Psychiatry; Archives of General Psychiatry; Journal of Neuropsychiatry and Clinical Neurosciences; Neuroscience Letters; Journal of Interpersonal Violence; Journal of Pharmacological and Experimental Therapeutics; Pharmacology, Biochemistry and Behavior; Annals of Neurology; Pediatrics; Archives of Pediatric and Adolescent Medicin; Journal of the Academy of Child and Adolescent Psychiatry; International Journal of Neuropsychiatry**
- Ad Hoc book reviews: **Yale Journal of Biology and Medicine; Journal of Neuropsychiatry and Clinical Neurosciences; Journal of Interpersonal Violence; New England Journal of Medicine**
- Review Panel: **Journal of the American Academy of Child and Adolescent Psychiatry**, 1994-
- Advisory Editorial Board**, Healthy Child Alerts**, Chicago, IL, 1999- 2005
- Editorial Board: **Cultic Studies Journal**, 1994-2007
- Editorial Board: Consulting Editor, **Child Maltreatment, the Journal of the American Professional Society on the Abuse of Children**, 1995- 1999
- Editorial Board: **Journal of Child and Adolescent Trauma**, 2007-

### Other

- Reviewer: American Medical Association's **Diagnostic and Treatment Guidelines on Mental Health Effects of Family Violence** AMA, Chicago, 1995
- Reviewer:  NIMH **National Plan for Child and Adolescent Mental Disorders,** 1995
- Reviewer:  State of Texas' *Sunset Commission's* **Review of the Texas Department of Protective and Regulatory Services**, 1995

PERRY, Bruce D.  CV   9/8/08                                                        8

- Reviewer: *Clinical Practice Guidelines for Children & Adolescents in the Emergency Department,* Emergency Medical Services for Children, National Association of Social Workers, 1998

Research Support: Grants and Contracts

Active

*1) CQI Trauma-informed services: Case-based training and introduction of the Neurosequential Model of Therapeutics (sub-contract with Northwestern University; John Lyons, Ph.D P.I.)*

|  |  |
|---|---|
| Sponsor: | Illinois Department of Child and Family Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2006 |
| End date: | 2008 |
| Total: | $ 250,000 (CTA component) |
| 2006 budget: | $86,000 |

*(2) Critical Incident Response Team Secondary Trauma Prevention Project*

|  |  |
|---|---|
| Sponsor: | Texas Department of Protective and Regulatory Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 1985 |
| End date: | annual renewable |
| Total: | $ 450,000 |
| 2006 budget: | $60,000 |

*3) Safe from the Start: Decreasing the Impact of Exposure to Violence in Young Children*

|  |  |
|---|---|
| Sponsor: | Attorney General's Office, State of California |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2003 |
| End date: | annual renewable |
| Total: | $ 250,000 |
| 2006 budget: | $ 70,000 |

*4) Train the Trainer: Understanding Traumatized and Maltreated Children*

|  |  |
|---|---|
| Sponsor: | Klamath County Collaborative, Klamath OR |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2005 |
| End date: | 2007 |
| Total: | $ 75,000 |
| 2007 budget: | $ 28,000 |

*5) Developing Trauma-informed Public Systems:  Focus on Philadelphia*

|  |  |
|---|---|
| Sponsor: | Foundations, Inc; Casey Family Foundation |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2004 |
| End date: | 2005 |
| Total: | $ 50,000 |
| 2005 budget: | $ 50,000 |

*6) Kidzone: Facilitating the Creation of a Developmentally-informed, Family-sensitive Community*

|  |  |
|---|---|
| Sponsor: | Foundations, Inc; Philadelphia Collaborative |

| | |
|---|---|
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2005 |
| End date: | open |
| Total: | undetermined |
| 2007 budget: | $65,000 |

**7) Translational Neuroscience: Applications for Traumatized Children in the Education System**

| | |
|---|---|
| Sponsor: | Northern Illinois University and DCFS of Illinois |
| PI: | Bruce D. Perry, M.D., Ph.D. and Ned Kalin, M.D. |
| Start date: | 2007 |
| End date: | open |
| 2006-7 budget: | $ 50,000 |

**8) Introduction to the Neurosequential Model of Therapeutics: Applications for Traumatized Children in the Mental System**

| | |
|---|---|
| Sponsor: | State of Kansas |
| PI: | Bruce D. Perry, M.D., Ph.D. |
| Start date: | 2007 |
| End date: | open |
| 2006-7 budget: | $ 85,000 |

Past Research Support (Selected: Last Five Years)

*(1) Children's Crisis Care Center Program Project*

| | |
|---|---|
| Sponsor: | Harris County Child and Protective Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 1996 |
| End date: | annual renewable |
| Total: | $ 350,000* to date |
| 2000 budget: | $ 75,000 |

*(2) ChildTrauma Academy's Core Child and Family Assessment Model*

| | |
|---|---|
| Sponsor: | Texas Department of Protective and Regulatory Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2000 |
| End date: | 2001, renewable X 3yrs |
| Total: | $ 800,000 |
| 2000 budget: | $ 400,000 |

*(4) Early Childhood and Brain Development Curriculum: Train the Trainers Project*

| | |
|---|---|
| Sponsor: | Brown Family Foundation |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2000 |
| End date: | 2002 |
| Total: | $ 166,000 |
| 2000 budget: | $ 83,000 |

*(5) ChildTrauma Core Family and Child Assessment Project*

| | |
|---|---|
| Sponsor: | Pritzker Cousins Foundation |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2000 |

End date:              2002
Total:                 $ 100,000
2000 budget:           $ 50,000

**(6) Juvenile and Family Court Curriculum Project:  Early Childhood Development**
Sponsor:        Court Improvement Act/Children's Justice Act (TDPRS)
PI:             B.D. Perry, MD, PhD
Start date:     2000
End date:       2002
Total:          $ 160,000
2000 budget:    $ 80,000

**(7) Texas Children's Hospital Satellite Clinic Telemedicine Demonstration Project**
Sponsor:            Texas Information Infrastructure Board
PI:                 L. Jefferson, MD
Co-Investigator:    B.D. Perry, MD, PhD
Start date:         2000
End date:           2002
Total:              $ 200,000 (estimate)
2000 budget:        $ 80,000

<u>**Consultant**</u>

- PHS NIMH  Research Career Award (K-08) **Traumatized Young Children:  Risk for Maladaptation:** (*Principal Investigator:  Michael S. Scheeringa*) Tulane Department of Psychiatry and Neurology, Active 7-96 to 7-00

- PHS NIMH Scientist Development Award for Clinicians (K-20) **PTSD in Maltreated Adolescents: Psychobiology** (*Principal Investigator:  Michael DeBellis*) Western Psychiatric Institute, University of Pittsburgh, Active 3-96 to 7-99

- PHS NIMH Research:  Victor Carrion, M.D. (K-20) **Neuroimaging in Children with PTSD,** Stanford University, Active 2001-2006

<u>Past Research Support (Selected)</u>

<u>**Principal Investigator**</u>

- PHS NIDA DA-00250:7   **Effects of Cocaine in Reaggregating Neuronal Cultures.** (*Principal Investigator: B D Perry*)  Active:  1990 - 1993.  Total direct costs $ 396,066 (30 % effort)
- PHS ADAHMA  Pre-doctoral Fellowship for Mark Wainwright (*Sponsor/Principal Investigator: B D Perry*): **Dopamine Receptor Regulation in Hybrid Striatal Cells.**  Active:  1992 to 1994
- Scottish Rite Schizophrenia Research Program:  **Developmental Determinants of Dopamine Receptors in Tissue Culture** (*Principal Investigator: B.D. Perry*)  Active: 1992 to 1994: Total direct costs $ 65,000
- PHS ADAHMA  Pre-doctoral  Fellowship  (MH-08834)  (*Sponsor: David U' Prichard*) **Adrenergic Receptor Regulation in Mammalian Brain.** Active 1982-1984.
- Pfizer, Inc:  **Double-Blind Comparison of Sertraline and Placebo in Outpatients with Post-traumatic Stress Disorder** (93-CE21-0640, 0641),  Active 7-94 to 7-96, (*Principal Investigator:  B.D. Perry*),  Annual Budget,  $ 123,875

- CIVITAS Initiative:  **Development of Emotional, Behavioral and Neurophysiological Symptoms in Children Following Traumatic Abuse or Neglect: An Integrated Service, Training and Research Program** *(Principal Investigator: B.D. Perry)* 7-94 to 7-99: Annual Budget  $250,000 (Total $1,250,000)
- Texas Department of Protective and Regulatory Services:  **A Longitudinal Clinical Case Management Model for Severely Traumatized Children in the CPS System:  A Pilot Study**  *(Principal Investigator:  B.D. Perry)*  Active 4-94 to 9-98, Total Budget  $ 600,000
- Child Protective Services Fund Board:  **Children's Crisis Care Center: Development of a Proactive Assessment and Service Model for Children at Risk**  (Principal Investigator:  B.D. Perry)  3-96 to 7-98:  Annual Budget  $ 160,000
- Hogg Foundation for Mental Health:  **Critical Incident Stress Debriefing Models for Traumatized Children** *(Principal Investigator: B.D. Perry)* 9-96 to 9-99,  Total Budget  $ 109,000
- M.B. O'Connor:  **Development of a Broad-based Assessment Process for Adolescents in the Juvenile Justice System:  The Burnett Bayland Project**  *(Principal Investigator:  B.D. Perry)*  3-97 to 3-99, Total Budget  $ 112,000

**Co-Investigator**
- National Institute of Mental Health Grant  PHS MH-28942-07 **Development of Dopamine-containing Neurons in Primary Reaggregate Cell Cultures** *(Principal Investigator: A Heller)*  Active: 1988-1991. (10 % effort)
- National Institute on Drug Abuse PHS DA-00085 **The Effects of Chronic Methamphetamine Administration** *(Principal Investigator: L Seiden)* Active: 1990-1995. (15 % effort)
- Shaw Foundation Grant:  **Research in Child and Adolescent Mental Health** *(Principal Investigators: B Leventhal and C Roth)* Active: 1990-1991, Total direct costs: $ 100,000
- National Institute on Drug Abuse, Research Training Grant:  **Research Training in Drug Abuse**  *(Principal Investigator: L Seiden)*:  Core Faculty and Trainer:  1992-1997.
- Department of Education, **Early Childhood Violence Prevention Collaborative of Houston:  A Training Program.** (CFDA No. 84.266)  *(Principal Investigator: R McLaughlin)*  Active 1993-1995, Total Project Budget: $ 1,000,000 (10 % effort).
- Azzam Foundation  **Comparison of Medical and Psychosocial Outcomes of Injured Children with Multidisciplinary  vs Conventional Medical Follow-up.**  (Principal Investigator:  MJ Hanfling) Active 10-94 to 10-96:  Total Project Budget $ 310,000 ( 10 % effort)
- HRSA Ryan White (Title IV) **Case Management and Psychotherapy Services for HIV-Infected Children/Families followed at Texas Children's Hospital** (Principal Investigator: WT Shearer, Sub-project Director:  B.D. Perry)  Annual Sub-project Budget $ 10,000, 1995-1996
- NIH/NICDH: **Rett Syndrome Research Program Project** *(Principal Investigator: DG Glaze)*  Neuropathological Abnormalities in Rett Syndrome (SubProject PI:  D Armstrong), (10 % effort)

**Consultant/Collaborator**
- Stoff, D  (Hershey Medical College, Pennslyvania)  NIMH, RO-1:  **Serotonergic Mechanisms in Childhood Aggressive Disorders.**
- Giller, E  (The University of Connecticut)  PHS, NIMH RO-1:  **Neuroendocrine Mechanisms in Post-traumatic Stress Disorders**
- Van Kammen, D  (The University of Pittsburgh)  VAMC Merit Award:  **Neurochemical Mechanisms in Schizophrenia**
- Perlman, R and Fox, A  (The University of Chicago)  PHS, RO-1:  **Calcium Channel Mechanisms in Cultured Adrenal Chromaffin Cells**
- Murberg, M (The University of Washington)  VAMC Merit Award:  **Sympathetic Nervous System and Opioid Functioning in Combat Veterans with PTSD**
- Todd, RD and O'Malley, KL  (Washington University)  NIMH RO-1:  **Molecular Cloning of Dopamine Receptors**

- Mukherjee, J (The University of Chicago) NIMH RO-1: **Development of Dopaminergic Radiopharmaceuticals**

## Publications

Books

Perry, Bruce D. and Maia Szalavitz *The Boy Who Was Raised As A Dog: And Other Stories from a Child Psychiatrist's Notebook;  What Traumatized Children Can Teach Us About Life, Loss and Healing* Basic Books, New York, 2007

Perry, Bruce D. *Maltreated Children: Experience, Brain Development and the Next Generation*, Norton Professional Books, New York, in preparation

Journals (peer-reviewed)

1. Perry, B.D. & U'Prichard, D.C. *3H-Rauwolscine (alpha-yohimbine): A specific antagonist radioligand for brain alpha2-adrenergic receptors.* Eur J Pharmacol, 76, 461-464, 1981

2. Mellow, A.M., Perry, B.D., & Silinsky, E.M. *Effects of calcium and strontium in the process of acetylcholine release from motor nerve endings.* J Physiol (Lond), 328, 547-562, 1982

3. Perry, B.D., Stolk, J.M., Vantini, G., Guchhait, R.B. & U'Prichard, D.C. *Strain differences in rat brain epinephrine synthesis and alpha-adrenergic receptor number:  Apparent in vivo regulation of brain alpha-adrenergic receptors by epinephrine.* Science, 221, 1297-1299, 1983

4. Perry, B.D., Vantini, G., Stolk, J.M. & U'Prichard, D.C. *Apparent regulation of brainstem and hypothalamic adrenergic receptors by PNMT and epinephrine:  A comparison in inbred rat strains.* Psychopharmacology Bulletin, 19(4), 612-616, 1983

5. Vantini, G., Perry, B.D., Hurst, J.H., Guchhait, R., Elston, R.C., U'Prichard, D.C. & Stolk, J.M. *Genetic differences in phenylethanolamine N-methyltransferase activity in rats.* Psychopharmacology Bulletin, 19(4), 616-619, 1983

6. Perry, B.D., Simon, P. & U'Prichard, D.C. *Interactions of neuroleptic compounds at alpha2-adrenergic receptor affinity states in bovine caudate nucleus.* Eur J Pharmacol, 95, 315-318, 1983

7. Vantini, G., Perry, B.D., Guchhait, R.B., U'Prichard, D.C. & Stolk, J.M. *Brain epinephrine systems:  Detailed comparison of adrenergic and noradrenergic metabolism, receptor number and in vivo regulation, in two inbred rat strains.* Brain Research, 296, 49-65, 1984

8. Stolk, J.M., Vantini, G., Guchhait, R.B., Hurst, J.M., Perry, B.D., U'Prichard, D.C. & Elston, R.C. *Inheritance of adrenal phenylethanolamine N-methyltransferase activity in the rat.* Genetics, 108, 633-649, 1984

9. Stolk, J.M., Vantini, G., Perry, B.D., Guchhait, R.B. & U'Prichard, D.C. *Assessment of the functional role of brain adrenergic neurons:  Chronic effects of phenylethanolamine N-methyltransferase inhibitors and alpha-adrenergic receptor antagonists on brain norepinephrine metabolism.* J Pharmacol Exp Ther, 230(3), 577-586, 1984

10. Perry, B.D., Pesavento, D.J., Kussie, P.H., U'Prichard, D.C. & Schnoll, S.H. *Prenatal exposure to drugs of abuse in humans: Effects on placental neurotransmitter receptors.* Neurobehavioral Toxicology and Teratology, 6, 295-301, 1984

11. Stolk, J.M., Vantini, G., Guchhait, R.B., Perry, B.D. & U'Prichard, D.C.  *A model for evaluating the functional role of brain adrenaline-containing neurons.* Clinical Neuropharmacology, 7, Suppl. 1, S372- S373, 1984

12. Perry, B.D.  *Alpha2-adrenergic receptor binding sites in mammalian brain: Characterization, localization, regulation and relation to central adrenergic systems.* University Microfilms, Ann Arbor, Michigan, 1984

13. Wang, C., Pasulka, P., Perry, B.D., Pizzi, W.J. & Schnoll, S.H.  *Effect of perinatal exposure to methadone on brain opioid and alpha-adrenergic receptors.* Neurobehavioral Toxicology and Teratology, 8:399-402, 1986

14. Perry, B.D., Giller, E.L. & Southwick, S.  *Altered platelet alpha2-adrenergic binding sites in post-traumatic stress disorder.* Am J Psychiatry, 144(11): 1511-1512, 1987

15. Krystal, J.H., Kosten, T., Perry, B.D., Southwick, S.M., Mason, J. & Giller, E.L.  *Neurobiological aspects of post-traumatic stress disorder: review of clinical and preclinical studies.* Behav Ther, 20: 177-198, 1989

16. Mukherjee, J., Perry, B.D. & Cooper, M.  *Fluorinated benzamide neuroleptics. 1. Radiosynthesis of (S)-N- [(1-Ethyl-2-pyrrolidinyl)methyl]-5-(2[F-18]fluoroethyl)-2-methyoxybenzamide: a potential fluorine-18 labeled PET radiotracer for dopamine D2 receptors.* J of Labeled Compounds and Radiopharmaceuticals, 28: 609-616, 1990

17. Southwick, S.M., Yehuda, R., Giller, E.L. & Perry, B.D.  *Platelet alpha2-adrenergic receptors in borderline personality disorder.* Am J Psychiatry, 147: 1014-1017, 1990

18. Southwick, S.M., Yehuda, R., Giller, E.L. & Perry, B.D.  *Platelet alpha2-adrenergic receptor binding sites in major depressive disorder and borderline personality disorder.* Psychiatry Res, 34: 193-203, 1990

19. Mukherjee, J., Luh, K.E., Yasillo, N., Perry, B.D., Levy, D., Chen, T., Ortega, C., Beck, R.N. & Cooper, M.  *Dopamine D2 receptors imaged by PET in Cebus Apella using [F-18]benzamide neuroleptic.* Eur J Pharmacology, 175: 363-364, 1990

20. Kleven, M., Perry, B.D., Woolverton, W. & Seiden, L.  *Effects of repeated injections of cocaine on D1 and D2 dopamine receptors in rat brain.* Brain Research, 532: 265-270, 1990

21. Perry, B.D., Cook, E., Leventhal, B., Wainwright, M. & Freedman, D.X.  *Platelet 5-HT2-serotonin receptor binding sites in autistic children and their first degree relatives.* Biol Psychiatry, 29: 1-10, 1991

22. Mukherjee, J., Perry, B.D. & Cooper, M.  *(S)-N-[(1-Ethyl-2-pyrrolidinyl)methyl]-5-(3[18F]-fluoropropyl)-2,3-dimethoxybenzamide: a high affinity [18F]-fluorinated radioligand for imaging dopamine D2 receptors by PET.* J Medicinal Chemistry, accepted, in revision.

23. Giller, E.L., Kosten, R.T., Yehuda, R., Perry, B.D., Southwick, S. & Mason, J.W.  *Psychoendocrinology and pharmcotherapy of PTSD.* Clinical Neuropharmacology, 13: 329- 331, 1991

24. Gui-Hua, C., Perry, B.D. & Woolverton, W.  *Effects of chronic SCH 23390 or acute EEDQ on the discriminative stimulus effects of SKF 38393.* Pharmacol Biochem Behavior 41: 321-327, 1992

25. Farfel, G., Kleven, M.S., Woolverton, W.L., Seiden, L.S. & Perry, B.D.  *Effects of repeated injections of cocaine on catecholamine receptor binding sites, dopamine transporter binding sites and behavior in Rhesus monkeys.* Brain Res, 578: 235-243, 1992

26. Yang, Z.Y., Mukherjee, J.& Perry, B.D.  *Fluorinated Derivatives of 7-Chloro-8-Hydroxy-3-Methyl-1-(3'-Aminophenyl)-2,3,4,5-Tetrahydro-1H-3-Benzapine (SCH 38548): Selective and High Affinity Ligands for Dopamine D-1 Receptors.* J Labeled Compounds and Radionuclide Res, accepted, in revision.

27. Cook, E., Perry, B.D., Dawson, G., Wainwright, M. & Leventhal, B.L.  *Receptor inhibition by immunoglobulin fraction: specific inhibition by autistic children, their relatives, and control subjects.* J Autism and Developmental Disorders, 23: 67-78, 1993

28. Tsai, L-L, Bergmann, B.M., Perry, B.D. & Rechtschaffen, A.  *Effects of chronic total sleep deprivation on central noradrenergic receptors in rat brain.* Brain Res, 602:221-227, 1993

29. Choi, A., Cahill, A., Perry, B.D. & Perlman, R.  *Histamine evokes greater increases in phosphatidylinositol metabolism and catecholamine secretion in epinephrine-containing than in norepinephrine containing chromaffin cells.* J Neurochemistry, 61:2, 541-549, 1993

PERRY, Bruce D.  CV   9/8/08

14

30. Perry, B.D. *Neurodevelopment and the neurophysiology of trauma I: Conceptual considerations for clinical work with maltreated children.* APSAC Advisor, 6:1,1-18,  1993

31. Perry, B.D. *Neurodevelopment and the psychophysiology of trauma II:  Clinical work along the alarm-fear-terror contiuum.* APSAC Advisor, 6:2, 1-20, 1993

32. Tsai, L.L., Bergmann, B.M., Perry, B.D. & Rechtschaffen, A. *Effects of chronic sleep deprivation on central cholinergic receptors in rat brain* Brain Research, 642: 95-103, 1994

33. Schwarz, E. & Perry, B.D. *The post-traumatic response in children and adolescents.* Psychiatric Clinics of North America, 17 (2): 311-326, 1994

34. Wainwright, M.S., Perry, B.D., Won, L.A., O'Malley, K.L., Wang, W-Y & Heller, A. *Immortalization of murine striatal neurons by somatic cell fusion with the N18TG2 neuroblastoma:  Characterization of cell lines expressing a variety of dopamine receptors and cholinergic markers.* J Neuroscience, 15 (1):676-688,1995.

35. Perry, B.D., Pollard, R., Blakely, T., Baker, W., & Vigilante, D. *Childhood trauma, the neurobiology of adaptation and 'use-dependent' development of the brain: How "states" become "traits'".* Infant Mental Health J, 16 (4): 271-291, 1995.

36. Unis, A.S., Cook, E.H., Vincent, J.G., Gjerde, D.K., Perry, B.D. & Mitchell, J. *Peripheral serotonergic measures correlate with aggression and impulsivitiy in juvenile offenders.* Biological Psychiatry, 42; 7: 553-560, 1997.

37. Perry, B.D. *Clonidine decreases symptoms of physiological hyperarousal in traumatized children.* J Amer.Acad. Child Adol. Psych, in revision.

38. Perry, B.D., Luchins, D. & Schmajuk, N.A. *Hippocampal lesions result in altered dopamine receptor densities in frontal cortex, nucleus accumbens and corpus striatum in the rat.* Pharmacol Biochem Behav, accepted, in revision.

39. Perry, B.D. & Pollard, R. *Homeostasis, stress, trauma, and adaptation: a neurodevelopmental view of childhood trauma.* Child and Adolescent Psychiatric Clinics of North America, 7; 1: 33-51, 1998.

40. Miranda, L., Arthur, A., Milan, T., Mahoney, O., & Perry, B.D. *The art of healing: The Healing Arts Project* Early Childhood Connections, Journal of Music- and Movement-Based Learning, 4:4, 35-40, 1998

41. Perry, B.D., Czyzewski, D., Lopez, M., Spiller, L., Treadwell-Deering, D., *Neuropsychologic impact of facial deformities in children.* Clinics in Plastic Surgery, 25:4, 587-597, 1998.

42. Perry, B.D. and Azad, I. *Post-traumatic stress disorders in children.* Current Opinions in Pediatrics, 11:4 1999

43. Perry, B.D., Dobson, C., Schick, S. *The CTA Core Assessment Model:  A Proactive, Multidimensional Child and Family Assessment Process for Child Protective Services* submitted.

44. Read, J., Perry, B.D., Moskowitz, A. & Connolly, J. *The contribution of early traumatic events to schizophrenia in some patients: a traumagenic neurodevelopmental model.* Psychiatry 64 (4) 319-345, 2001

45. Perry, B.D. *Childhood experience and the expression of genetic potential: what childhood neglect tells us about nature and nurture* Brain and Mind 3: 79-100, 2002

46. Anda, R.F., Felitti, R.F., Walker, J., Whitfield, C., Bremner, D.J., Perry, B.D., Dube, S.R., Giles, W.G. *The enduring effects of childhood abuse and related experiences: a convergence of evidence from neurobiology and epidemiology*, European Archives of  Psychiatric and Clinical Neuroscience, 256 (3) 174 - 186, 2006

47. Perry, B.D. *The impact of childhood trauma on neurodevelopment* Journal of Developmental and Behavioral Pediatrics, in preparation,

48. Shumow, L & Perry, B.D. *The education of children in foster care: trauma, stress & implication for schools*, in review, 2007

49. Barfield, S., Gaskill, R., Dobson, C. & Perry, B.D. Examining the effects of the Neurosequential Model of Therapeutics© (NMT) with Filial Therapy in a therapeutic preschool setting: Implications for work with children with serious emotional disturbance (in preparation)

50.

PERRY, Bruce D. CV   9/8/08

## Book Chapters

1. U'Prichard, D.C., Mitrius, J.C., Kahn, D.J. & Perry, B.D. **The alpha2-adrenergic receptor:  Multiple affinity states and regulation of a receptor inversely coupled to adenylate cyclase.**  In: The Molecular Pharmacology of Neurotransmitter Receptor Systems.  (T Segawa, HL, Yamamura and K Kuriyama, Eds.).  In: Advances in Biochemical Psychopharmacology, Vol. 36, pp. 53-57, 1983.

2. U'Prichard, D.C., Perry, B.D., Wang, C.H., Mitrius, J.C. & Kahn, D.J.  **Molecular aspects of regulation of alpha2-adrenergic receptors.**  In: Frontiers in Neuropsychiatric Research.  (E Usdin et al., Eds.). MacMillan Press, London, pp. 65-82, 1985

3. Perry, B.D. & U'Prichard, D.C.  **Alpha adrenergic receptors in neural tissues:  Methods and applications of radioligand binding assays.**  In: Methods in Neurobiology, Vol. I  Brain receptor methodologies, Part A: General methods and concepts.  Amines and acetylcholine (PJ Marangos, I Campbell and RM Cohen, Eds.). Academic Press, New York, 256-284, 1985.

4. Stolk, J.M., Vantini, G., Guchhait, R.B., Elston, R.L., Perry, B.D. & U'Prichard, D.C.  **Genetic mechanisms regulating phenylethanolamine N-methyltransferase and their implications for the physiological response to stress.**  In: Catecholamine and Other Neurotransmitters in Stress (I Kvetnansky and E Usdin, Eds.).  Elsevier Press, Amsterdam, 1985.

5. Perry, B.D.  **Placental and blood element neurotransmitter receptor dysregulation:  A model for examining mechanisms of neurochemical teratology in humans.**    Chapter 13. In: Neurochemistry of Functional Neuroteratology, Progress in Brain Research. Vol. 73  (GJ Boer, MGP Feenstra, M Mirmiran et al. Eds.). Elsevier Press, Amsterdam, 189-206, 1988.

6. Yehuda, R., Southwick, S.M., Perry, B.D., Mason, J.W. & Giller, E.L. **Interactions of the hypothalamic- pituitary-adrenal axis and the catecholaminergic system in PTSD.**  In: Advances in Psychiatry: Biological Assessment and Treatment of Post Traumatic Stress Disorder (EL Giller , Ed.).  American Psychiatric Press, Washington, DC, pp 115-135, 1990.

7. Perry, B.D., Southwick, S.W., Yehuda, R. & Giller, E.L.  **Adrenergic receptor regulation in post-traumatic stress disorder.**  In: Advances in Psychiatry: Biological Assessment and Treatment of Post Traumatic Stress Disorder (EL Giller , Ed.).  American Psychiatric Press, Washington, DC, 87-115, 1990.

8. Giller, E.L., Perry, B.D., Southwick, S.M., Yehuda, R., Wahby, V., Kosten, T.R. and Mason, J.W.  **Psychoendocrinology of posttraumatic stress disorder.**  In: PTSD: Biological Mechanisms and Clinical Aspects (ME Wolf and AD Mosnaim, Eds). American Psychiatric Press, Washington, DC, 158-170, 1990.

9. Perry, B.D.  **Neurobiological sequelae of childhood trauma:  Post traumatic stress disorders in children.** In Catecholamine Function in Post Traumatic Stress Disorder: Emerging Concepts  (M Murburg, Ed.) American Psychiatric Press, Washington, DC, 253-276,  1994

10. Yehuda, R., Southwick, S.M., Perry, B.D. & Giller, E.L. **Peripheral catecholamine alterations in borderline personality disorder.**  In: Biological and Neurobehavioral Studies of Borderline Personality Disorder (K Silk, Ed.).  Progress in Psychiatry Series.  American Psychiatric Press, Washington, DC, 63-89,  1994

11. Perry, B.D. & Pate, J.E.  **Neurodevelopment and the psychobiological roots of post traumatic stress disorders.** In: The Neuropsychology of Mental Disorders:  A Practical Guide. (C Stout  and LF Koziol, Eds.).  Charles C Thomas, Springfield, IL,  129-147, 1994

12. Perry, B.D. **Incubated in terror:  Neurodevelopmental factors in the 'cycle of violence'** In:  Children In a Violent Society (J Osofsky, Ed.). Guilford Press, New York, pp 124-148,  1997

13. Perry, B.D., **Neurodevelopmental adaptations to violence: How children survive the intragenerational vortex of violence.** In: "Violence and Childhood Trauma: Understanding and Responding to the Effects of Violence on Young Children," (Ed., W. Reed) Gund Foundation Publishers, Cleveland, Ohio, 1997, pp.67-80

14. Perry, B.D. *Children's reactions to stress.* Section 21 in <u>Teaching Resource for Instructors in Prehospital Pediatrics</u> (Eds., G.L. Foltin, M.G. Tunik, A.Cooper, D. Markenson, M.Treiber, R. Phillips, T. Karpeles) Center for Pediatric Emergency Medicine, Mt. Sinai New York, NY:, 1998

15. Perry, B.D., *Memories of fear: How the brain stores and retrieves physiologic states, feelings, behaviors and thoughts from traumatic events:* In: <u>Images of the Body in Trauma</u> (JM Goodwin and R. Attias, Ed.). Basic Books. New York, pp 26-47 1999

16. Perry, B.D. *Anxiety disorders.* In: <u>Textbook of Pediatric Neuropsychiatry</u> (CE Coffey and RA Brumback, Eds.). American Psychiatric Press, Inc, Washington, DC., 580-594, 1999

17. Perry, B.D. & O'Connor, M. *Neurodevelopment and violence.* In: <u>Youth Incarceration and the Promotion of Positive Youth Development: Theoretical and Empirical Challenges, Policy and Program Options</u> (CS Taylor and RM Lerner, Eds.). Cambridge University Press. In preparation

18. Perry, B.D., Colwell, K. & Schick, S. *Child Neglect.* In: <u>Encyclopedia of Crime and Punishment</u>, Encyclopedia of Crime and Punishment Vol 1. (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 192-196, 2002,

19. Dominguez, R. Z., Nelke, C.F & Perry, B.D., *Sexual Abuse of Children.* In: <u>Encyclopedia of Crime and Punishment</u>, (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 202-207, 2002,

20. Mann, D., Corell, A. P., Ludy-Dobson, C. & Perry, B.D. *Physical Abuse of Children.* In: <u>Encyclopedia of Crime and Punishment</u>, (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 197-202, 2002,

21. Perry, B.D. *The neurodevelopmental impact of violence in childhood.* In <u>Textbook of Child and Adolescent Forensic Psychiatry</u>, (Eds., D. Schetky and E.P. Benedek) American Psychiatric Press, Inc., Washington, D.C. pp. 191-203, 2002

22. Perry, B.D. *The neuroarcheology of childhood maltreatment: the neurodevelopmental costs of adverse childhood events.* In: <u>The Cost of Maltreatment: Who Pays? We All Do.</u> (Eds., K. Franey, R. Geffner & R. Falconer), Family Violence and Sexual Assault Institute, San Diego, pp. 15-37, 2001

23. Perry, B.D. *Trauma and terror in childhood: the neuropsychiatric impact of childhood trauma.* In <u>Handbook of Psychological Injuries: Evaluation, Treatment and Compensable Damages</u> (Eds., I. Schultz & D. O. Brady) American Bar Association Press, Chicago, 2002

24. Pathak, S & Perry, B.D. *Anxiety disorders* in <u>Pediatric Neuropsychiatry</u> (C.E. Coffey, R.A. Brumback, D.R. Rosenberg, K.K. S. Voeller, Eds.). Lippincott, Williams & Wilkins, New York, NY pp. 289-305, 2005

25. Perry, B.D. *The Neurosequential Model of Therapeutics: Applying principles of neuroscience to clinical work with traumatized and maltreated children* In: <u>Working with Traumatized Youth in Child Welfare</u> (Ed. Nancy Boyd Webb), The Guilford Press, New York, NY, pp. 27-52, 2006

26. Perry, B.D. *Fear and learning: Trauma-related factors in the adult learning process* in <u>The Neuroscience of Adult Learning</u> (S. Johnson and K. Taylor, Eds ) New Directions in Adult and Continuing Education: 110, pp 21-27 Josey-Bass, New York, 2006

27. Perry B.D. *The neurobiology of stress, distress and trauma: implications for caregivers working with children away from home* in <u>Disabled Children Living Away From Home</u> (M. Szilagyi, Ed) MacKeith Press, London, in preparation

28. Perry, B.D. *Child maltreatment: the role of abuse and neglect in developmental psychopathology* in <u>Textbook of Child and Adolescent Psychopathology</u> (Theodore P. Beauchaine and Stephen P. Hinshaw, Eds) pp. 93-128 Wiley, New York 2008

<u>Other Publications</u>

1. Perry, B.D. & U'Prichard, D.C. *Selection and use of alpha-adrenergic radioligands.* <u>New England Nuclear New</u>

PERRY, Bruce D.  CV   9/8/08

Product News, July/August, pp. 1-4, 1983

2. Southwick, S.M., Giller, E.L. & Perry, B.D.  *Adrenergic receptor regulation in post-traumatic stress disorder.*  PTSD Quarterly, Vol. 4, No. 2, 1987

3. Perry, B.D., Conroy, L. & Ravitz, A.  *Persisting psychophysiological effects of traumatic stress:  The memory of "states".*  Violence Update 1:(8), 1-11, 1991

4. Perry, B.D.  *Congressional testimony at oversight hearings on federal law enforcement actions in relation to the Branch Davidian Compound in Waco, Texas*:  In Congressional Record (    )pp 312-383 with attachments ()

5. Perry, B.D. & Marcellus, J.E. *The impact of abuse and neglect on the developing brain*  Colleagues for Children 7: 1-4, 1997

6. Perry, B.D. *Aggression and violence: The neurobiology of experience.*  The American Academy of Child and Adolescent Psychiatry's Developmentor  Spring, 1996.

7. Perry, B.D. *Gray Matter*  Forbes ASAP, 3rd Annual Big Issue. (1998, November 30).

8. Perry, B.D. & Rubenstein, J.L. *The child's loss: Death, grief and mourning: How caregivers can help children exposed to traumatic death* CTA Parent and Caregiver Education Series Volume 1: Issue 1 (http://www.childtrauma.org/Loss2.htm), ChildTrauma Academy Press  1999

9. Perry, B.D. & Rubenstein, J.L. (Spanish translation by Alma Collazo and Edgar Rivera ) *LA PÉRDIDA EN EL NIÑOMUERTE, LUTO Y DUELO: CÓMO PUEDEN LOS CUIDADORES AYUDAR A NIÑOS QUE HAN ESTADO EXPUESTOS A MUERTES TRAUMÁTICAS* CTA Parent and Caregiver Education Series Volume 1: Issue 2 (http://www.childtrauma.org/deathsp.htm), ChildTrauma Academy Press  1999

10. Perry, B.D. *Brain structure and function I: Basics of organization* CTA Interdisciplinary Education Series Volume 2: Issue 1 (http://www.childtrauma.org/brain_I.htm), ChildTrauma Academy Press  2000

11. Perry, B.D. *Bonding and attachment in maltreated children: Consequences of emotional neglect in childhood* CTA  Parent and Caregiver Education Series  Volume 1: Issue 3 (http://www.childtrauma.org/Attach_ca.htm), ChildTrauma Academy Press 1999.

12. Perry, B.D. (Spanish translation by Alma Collazo and Edgar Rivera) *FORMACIÓN DE VÍNCULOS Y EL DESARROLLO DE APEGO EN NIÑOS MALTRATADOS:* CONSECUENCIAS DE LA NEGLIGENCIA EMOCIONAL EN LA NIÑEZ CTA Parent and Caregiver Education Series Volume 1: Issue 4 (http://www.childtrauma.org/Attach_ca.htm), ChildTrauma Academy, 1999

13. Perry, B.D. *Helping traumatized children: A brief overview for caregivers* CTA Parent and Caregiver Education Series Volume 1:  Issue 5, ChildTrauma Academy Press, 1999

14. Perry, B.D. *Brain structure and function II: Special topics informing work with maltreated children* CTA Interdisciplinary Education Series Volume 2: Issue 2 (http://www.childtrauma.org/brain_II.htm), ChildTrauma Academy Press, 2000

15. Perry, B.D. *Principles of working with traumatized children: Special considerations for parents, caregivers, and teachers* CTA Parent and Caregiver Education Series Volume 1: Issue 5 (http://www.childtrauma.org/principles_TC.htm), ChildTrauma Academy Press, 1999

16. Perry, B.D. *The effects of traumatic events on children* CTA Parent and Caregiver Education Series Volume 1: Issue 6 (http://www.childtrauma.org/effects.htm), ChildTrauma Academy Press, 1999

17. Kaufman, R.M. & Perry, B.D.  *Understanding juvenile and family court: Special focus on competency, capacity, and hearsay* CTA Parent and Caregiver Education Series Volume 2: Issue 1 (http://www.childtrauma.org/Juv_Fam_Ct.htm), ChildTrauma Academy Press, 1999

PERRY, Bruce D.   CV   9/8/08                                                   18

18. Perry, B.D. *The vortex of violence: how children adapt and survive in a violent world* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 3 (<u>http://www.childtrauma.org/vortex_interd.htm</u>), ChildTrauma Academy Press, 2000.

19. Perry, B.D. *Stress, trauma, and post-traumatic stress disorders in children: an introduction* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 4 (<u>http://www.childtrauma.org/ptsd_interdisc.htm</u>), ChildTrauma Academy Press, 1999.

20. Perry, B.D. *Effects of traumatic events on children: An introduction* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 5 (<u>http://www.childtrauma.org/effects_I.htm</u>), ChildTrauma Academy Press, 1999.

21. Ludy-Dobson, C., Guttentag, C., Schick, S., Conrad, D., Carrabine, C., Perry, B.D. *Interdisciplinary assessment: an effective model for understanding maltreated children* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 6 (<u>http://www.childtrauma.org/assess.htm</u>), ChildTrauma Academy Press, 1999.

22. Conrad, D.J. & Perry, B.D. *The cost of caring: Understanding and preventing secondary traumatic stress when working with traumatized and maltreated children* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 7 (<u>http://www.childtrauma.org/Cost_of_Caring_I.htm</u>), ChildTrauma Academy Press, 2000.

23. Perry, B.D. & Welch, L. *Testifying in juvenile and family court: Preparing for depositions, hearings, and trials* <u>CTA Interdisciplinary Education Series</u> Volume 2: Issue 8 (<u>http://www.childtrauma.org/testifying.htm</u>), ChildTrauma Academy Press ,1999.

24. Perry, B.D. *Effects of Technology on the Brain*. <u>Early Childhood Today</u> 13:6, 37-38 1999

25. Perry, B.D. *The Time is Now*. <u>Early Childhood Today</u> 14:4, 64 2000

26. Perry, B.D. *Creating an Emotionally Safe Classroom*. <u>Early Childhood Today</u> 15:1, 35-36 2000

27. Perry, B.D. *Attunement: Reading the Rhythms of the Child*. <u>Early Childhood Today</u> 15:2, 20-21 2000

28. Perry, B.D. *The Developmental Hot Zone: Helping Children Move from the Comfortable and Familiar and Take on New Challenges*. <u>Early Childhood Today</u> 15:3, 30-31 2000

29. Perry, B.D. *How the Brain Learns Best*. <u>Instructor</u> 110:4, 34-35 2000

30. Perry, B.D. *Why Do Kids kill?* <u>Junior Scholastic</u>, 102:16, 6-7 2000

31. Perry, B.D. *First experiences*. <u>Parent & Child</u> 8:1, 56-61 2000

32. Perry, B.D. *Children and Loss*. <u>Parent & Child</u> 8:2, 67-68 2000

33. Perry, B.D. *Why?* <u>Scholastic Action</u>, 23:13, 24-25 2000

34. Perry, B.D. *Bonding and attachment in maltreated children I: Introduction to emotional neglect.* <u>The WisKisds Journal: A Public Policy Analysis of Children's Issues in Wisconsin</u>. 19:1, 6-10, 2000

35. Perry, B.D. *Bonding and attachment in maltreated children II: consequences of emotional neglect in childhood.* 1. <u>The WisKisds Journal: A Public Policy Analysis of Children's Issues in Wisconsin</u> 9:2, 5-8, 2000

36. Perry, B.D., Hogan, L. and Marlin, S.J. *Curiosity, pleasure and play: a neurodevelopmental perspective*, <u>HAAEYC Advocate</u>, 20: 9-12, 2000

37. Perry, B.D. *Traumatized children: How childhood trauma influences brain development*. In: <u>The Journal of the California Alliance for the Mentally Ill</u> 11:1, 48-51, 2000

38. Perry, B.D. *Creating an emotionally safe classroom*. <u>Early Childhood Today</u> 15:1, 35-36 2000

39. Perry, B.D. *First experiences*. <u>Parent & Child</u> 8:1, 56-61 2000

40. Perry, B.D., *Sexual abuse of infants*.  Trauma, Violence and Abuse: A Review Journal, 1: 4-6, 2000

41. Perry, B.D. *Being the Bully*.  Scholastic Action 24:4, 20-21 2000

42. Perry, B.D. *On Safety and Learning: Creating an Emotionally Safe Classroom.* Scholastic Action Teacher's Edition 24:4, 4 2000

43. Perry, B. D. *Protecting Our Children.* Scholastic Action Teacher's Edition, 29:9, 8 2000

44. Perry, B.D. *Why? A Year after Columbine*  Scholastic Choices, 15:7, 8-10 2000

45. Perry, B.D. *Big Questions, Real Answers.*  Scholastic Choices 16:1, 6-10 2000

46. Perry, B.D. *Big Questions, Real Answers.*  Scholastic Choices 16:3, 30 2000

47. Perry, B.D. *Why?* Scholastic Scope, 48:15, 18-19 2000

48. Perry, B.D. *Being the Bully.* Scholastic Scope Teacher Edition 49:4, 18-19 2000

49. Perry, B.D. *Can Some People Read Minds?* Science World, 57:1, 16 2000

50. Perry, B.D. *Why Do We Have Body Hair?* Science World, 57:2, 22 2000

51. Perry, B.D. *Death and Loss: Helping Children Manage Their Grief.*  Early Childhood Today 15:4, 22-23 2001

52. Perry, B.D. *The Meaning in Words.*  Early Childhood Today 15:5, 19-20, 2001

53. Perry, B.D. *Curiosity: The Fuel of Development.*  Early Childhood Today 15:6, 22-23 2001

54. Perry, B.D. *The Importance of Pleasure in Play.*  Early Childhood Today 15:7, 24-25 2001

55. Perry, B.D. *A Place for Everyone: Nurturing Each Child's Niche.*  Early Childhood Today 15:8, 21 2001

56. Perry, B.D. *Promoting Nonviolent Behavior in Children: The Six Core Strengths.*  Early Childhood Today 16:1, 26-29 2001

57. Perry, B.D. *Attachment: The First Core Strength.*  Early Childhood Today 16:2, 28-29 2001

58. Perry, B.D. *Self-Regulation: The Second Core Strength.*  Early Childhood Today 16:3, 20-21 2001

59. Perry, B.D. *Children and Loss: Teachers Serve as a Crucial Emotional Bridge for a Child at Times of Loss. What Do We Need to Know to Help Students Cope?* Instructor (1990) 110:6, 36-38 2001

60. Perry, B.D. *Stop the Violence: Six Core Strengths that Help Students to Flourish.*  Instructor, 111:3, 34-35, 82 2001

61. Perry, B.D. *School Violence.* Junior Scholastic 103.16, 4 2001

62. Perry, B.D. *Keep the Cool in School!* Junior Scholastic 104:3, 10 2001 (October 10)

63. Perry, B.D. *Coping with Disaster.* Junior Scholastic, 8 2001 (October 15 and 22)

64. Perry, B.D. *America's Tragedy: Helping Students Cope (for Teachers).*  Junior Scholastic Teacher's Edition, T2 2001 (October 15)

65. Perry, B.D. *Dear Parents.* Junior Scholastic Teacher's Edition, T3 2001 (October 15)

66. Perry, B.D. *Creating Novelty.*  Parent & Child, 67-68 2001 (April/May)

67. Perry, B.D. *Raising a Nonviolent Child: Six Core Strengths Every Child Needs to Be Humane and to Protect Herself From Violence.*  Parent & Child, 2001 (September)

PERRY, Bruce D.  CV   9/8/08                                                                20

68. Perry, B.D. *Raising a Nonviolent Child: The Power of Attachment.* Parent & Child, 32-34 2001 (October)

69. Perry, B.D. *The Violence in Words.* Scholastic Action, 24:9, 16-17 2001

70. Perry, B.D. *Death and Divorce: Helping Children Cope with Loss.* Scholastic Action Teacher's Edition, 24:11, 8 2001

71. Perry, B.D. **Big Questions, Real Answers.** Scholastic Choices 16:4, 30 2001

72. Perry, B.D. **Big Questions, Real Answers.** Scholastic Choices 16:5, 30 2001

73. Perry, B.D. **Big Questions, Real Answers.** Scholastic Choices 16:6, 30 2001

74. Perry, B.D. **Big Questions, Real Answers.** Scholastic Choices 16:8, 30 2001

75. Perry, B.D. **Keeping the Peace in School.** Scholastic Choices 17.2, 6-7 2001

76. Perry, B.D. **How You Can Cope.** Scholastic Choices 17:3, 13 2001

77. Perry, B.D. The impact of traumatic events on children. The Health Journal, 2001

78. Perry, B.D. **Building Bonds.** Scholastic Choices 17:3, 30-31, 2001

79. Perry, B.D. **Helping Students Cope with Tragedy.** Scholastic Choices Teacher's Edition 17.3, T4 2001

80. Perry, B.D. *The Cool Rules.* Scholastic News, 64:7, 4-5 2001

81. Perry, B.D. *Cool Rules.* Scholastic News, 70:7, 4-5 2001

82. Perry, B.D. *The Violence in Words.* Scholastic Scope, 49:11, 18-19 2001

83. Perry, B.D. *School Violence: Why It Happens, What You Can Do.* Scholastic Scope, 49:15, 20-21 2001

84. Perry, B.D. *Keep the Cool in School.* Scholastic Scope 50:4, 14-17 2001 (October 15)

85. Perry, B.D. *Death and Divorce: Helping Children Cope with Loss.* Scholastic Scope Teacher's Edition, 49:17, T5 2001

86. Perry, B.D. **How to Talk about Disaster.** Science World 58:4, S8 2001

87. Perry, B.D. **Coping with Disaster.** Science World 58:5, 12 2001

88. Perry, B.D. **Preventing Violent Behavior: Understanding Self-Regulation.** Science World 58:6, 22 2001

89. Perry, B.D. **Affiliation: Join In: Why We Live in Groups.** Science World 58:7, 17-19, 2001

90. Perry, B.D., *Foreword* to The Baby Bonding Book  Victoria Loveland-Coen, 2002

91. Perry, B.D. **Affiliation: The Third Core Strength.** Early Childhood Today 16:4, 30-31 2002

92. Perry, B.D. **Awareness: The Fourth Core Strength.** Early Childhood Today 16:5, 24-25 2002

93. Perry, B.D. **Tolerance: The Fifth Core Strength.** Early Childhood Today 16:6, 26-27 2002

94. Perry, B.D. **Respect: The Sixth Core Strength.** Early Childhood Today 16:7, 2-3 2002

95. Perry, B.D. **Starting School: Why It Can Be Overwhelming.** Early Childhood Today 17:1, 30-31 2002

96. Perry, B.D. **Resilience: Where Does It Come From?** Early Childhood Today 17.2, 24-25 2002

97. Perry, B.D. **Respecting Others.** Junior Scholastic 104:13, 12 2002

98. Perry, B.D.  **Joining In: Find Out How Groups Work in Your Life as You Explore the Core Strength of Affiliation.** Junior Scholastic 104:15, 23 2002

99. Perry, B.D. **Belonging to the Group: Help Students Feel Included, Connected, and Valued.** Instructor (1990) 111.5, 36-37 2002

100. Perry, B.D. **We're All Different (We're All the Same): Teach Children to Embrace Diversity and Give Them a Gift They Can Use Throughout Their Lives.** Instructor (1990) 111:6, 37-39 2002

101. Perry, B.D. **Dr. Perry: Self Regulation Think Before You Act.** Scholastic Choices 17.4, 29 2002

102. Perry, B.D. **Join In: Find Out How Groups Work in Your Life as You Explore the Core Strength of Affiliation.** Scholastic Choices 17.5, 26-27 2002

103. Perry, B.D. **Thinking of Others: Find Out How Well You Know Other People as You Explore the Core Strength of Awareness.** Scholastic Choices 17.6, 28-29 2002

104. Perry, B.D. **Accepting Differences: How Well Do You Understand the Core Strength of Tolerance?** Scholastic Choices 17.7, 24-25 2002

105. Perry, B.D. **Coping with the 9/11 Anniversary.** Scholastic Choices Teacher's Edition 18:1, T5 2002

106. Perry, B.D. **Awareness: Judging Others: How We Form First Impressions.** Science World 58.8, 13 2002

107. Perry, B.D. **Tolerance: Overcoming Fear to Understand Others.** Science World 58:10, 13 2002

108. Perry, B.D. **Respect: Learning to Value Yourself and Others.** Science World 58:11, 16 2002 Perry, B.D. and Lockyear, B. *Too scared to learn – domestic violence and kids.* San Francisco Chronicle, Dec. 26, 2003

109. Perry, B.D. *Why Young Children are Curious.* Early Childhood Today 17:4, 26- 27  2003

110. Perry, B.D. *Young Children and Language.* Early Childhood Today 17:5, 18-19 2003

111. Perry, B.D. *On War and Young Children.* Early Childhood Today 17:6, 14-15 2003

112. Perry, B.D. *Explore, Discover, Master: How Curiosity Drives the Cycle of Positive Learning.* Parent & Child 10:4, 42-43 2003.

113. Perry, B.D. **Tough Questions for Difficult Times.** Parent & Child 10:5, 43 2003

114. Perry, B.D. *Talk It Up! : The Simple Act of Speaking with Your Child Has a Huge Impact on His Language Learning.* Parent & Child, 10:5, 63 2003

115. Wiley, M., Perry, B.D., Karr-Morse, R., Beilein, T., Carey, R., Grishaber, J., Murhpy, J. *Protect kids, reduce crime, save money: Prevent child abuse and neglect.* A report from New York Law Enforcement, Fight Crime: Invest in Kids, Albany NY, 2004

116. Perry, B.D. *How Children Process New Experiences.* Parent & Child, 13:1, 68-70 2005

117. Perry, B.D. *Maltreatment and the developing child: How early childhood experience shapes child and culture.* The Inaugural Margaret McCain lecture (abstracted); McCain Lecture series, The Centre for Children and Families in the Justice System, London, ON, 2005

118. Perry, B.D. and John Marcellus. **The Impact of Abuse and Neglect on the Developing Brain.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/abuse_neglect.htm

119. Perry, B.D. **Tough Questions for Difficult Times.** Scholastic.com. September 25, 2006. http://content.scholastic.com/browse/article.jsp?id=1482

120. Kneas, Kimberly Moore and B. D. Perry. **Using Technology in the Early Childhood Classroom.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/using_technology.htm

121. Perry, B.D. **Aggression and Violence: The Neurobiology of Experience.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/aggression_violence.htm

122. Perry, B.D. **Biological Relativity: Time and the Developing Child.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/biological_relativity.htm.

123. Perry, B.D. **Principles of Working with Traumatized Children.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/working_children.htm.

124. Perry, B.D. **The Child's Loss: Death, Grief and Mourning.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/child_loss.htm.

125. Perry, B.D.  **Expert Advice: Coping with the First Anniversary of 9/11.**  Scholastic News Online. Scholastic.com.  September 25, 2006 http://content.scholastic.com/browse/article.jsp?id=5282.

126. Perry, B.D. *Preface* Move Baby Move Sophie Foster and Jerome Hartigan, Random House New Zealand, pp. 9-13, 2006

Theses

1. Perry, B.D.  **An investigation of the role of CNS opiate receptors and catecholamines in an animal model of a 'pure' behavioral teratogen.**  Doctoral candidacy research thesis.  Department of Pharmacology, Northwestern University, 1980.

2. Perry, B.D. **Alpha2-adrenergic receptor binding sites in mammalian brain: Characterization, localization, regulation and relation to central adrenergic systems.** Doctoral dissertation. DC U'Prichard advisor. Northwestern University, 1984.

## Published Abstracts (Updated through 1998)

1. Perry, B.D. and U'Prichard, DC  **3H-Rauwolscine binding to alpha2-adrenergic receptors in bovine brain.**  Neurosci Soc Abstr, 7, 424, 1981.

2. U'Prichard, DC, Perry, B.D. and Kahn, DJ **Alpha2-adrenergic receptors in neurons: Heterogeneity of states with respect to agonists and antagonists, and regulation in vivo.**  Abstr. Symp.  "CNS Receptors- from Molecular Pharmacology to Behavior", Strasbourg, France, 1982.

3. Valverius, P, Borg, S, Fields, J, Hoffman, PL, Knoblech, M, Lee, J, Moses, R, Munoz-Marcus, M, Perry, B.D., U'Prichard, DC, Stibler, H and Tabakoff, B **Brain neurotransmitter receptors in alcoholics: A post mortem study.**  First Int Soc Biomed Res Alcoholism, Munich, Germany, 1982.

4. Perry, B.D., Schnoll, SH and U'Prichard, DC  **Placental neurotransmitter receptors in normal and substance-abusing women.** The Pharmacologist, 24, 134, 1982.

5. Perry, B.D., Stolk, JM, Vantini, G, Hurst, J and U'Prichard, DC  **Genetic analysis of an inverse relationship between brainstem alpha2-adrenergic receptors and PNMT activity and epinephrine level in rats.**  Neurosci Soc Abstr, 8, 525, 1982.

6. U'Prichard, DC and Perry, B.D.  **Regional and species comparison of brain alpha2-receptor states.**  Neurosci Soc Abstr,8, 525, 1982.

7. Perry, B.D., Vantini, G, Stolk, JM and U'Prichard, DC **Differences in medullary adrenergic receptor regulation in inbred rat strains:  Functional consequences of differences in brainstem PNMT activity.**  Abstr American College of Neuropsychopharmacology (ANCP) Meeting, Puerto Rico, 1982.

8. Vantini, G, Perry, B.D., Hurst, JH, Guchhait, RB, Elston, RC, U'Prichard, DC and Stolk, JM  **Genetic differences in phenylethanolamine N-methyltranferase (PNMT) activity in rats.**  ACNP Meeting, Puerto Rico, 1982.

9. Perry, B.D. and U'Prichard, DC  **The application of an allosteric model to neuronal alpha2-adrenergic receptor function and regulation.**  Abstr. Symp. "Neuroactive Drugs and Biomembrane Interaction," Ninth Meeting Int. Soc. Neurochem., J Neurochem, 41, (Suppl), S110, 1983.

10. Vantini, G, Perry, B.D., Guchhait, RB, Stolk, JM and U'Prichard, DC **Brain phenylethanolamine N-methyltransferase (PNMT) and epinephrine: Genetic and functional studies.**  5th International Catecholamine Symposium, Goteborg, Sweden, 1983.

11. Perry, B.D., Vantini, G, Guchhait, RB, Stolk, JM and U'Prichard, DC **Relationship between epinephrine synthesis and brain alpha-adrenergic receptors in inbred F344 and BUF rat strains.**  Abstract, 5th International Catecholamine Symposium, Goteborg, Sweden, 1983.

12. Stolk, JM, Vantini, G, Guchhait, RB, Elston, RC, Perry, B.D. and U'Prichard, DC **Mechanisms regulating the response of rat phenylethanolamine N-methyltransferase to stress.**  Third Symposium on Catecholamines and Other Neurotransmitters in Stress, Smolenice Castle, Czechoslovakia, 1983.

13. Perry, B.D.  **'In vivo' regulation of alpha-adrenergic receptors by the endogenous agonist, epinephrine.**  For Sigma Xi Graduate Research Symposium, Chicago, IL, 1983.

14. Salama, A.I, Perry, B.D., Lin, L, Mitrius, JC and U'Prichard, DC  **A comparison of the alpha2-antagonists RX 781094 and**

yohimbine at central and peripheral receptors. The Pharmacologist, 25, 166, 1983.

15. Perry, B.D., Vantini, G, Guchhait, RB, Stolk, JM and U'Prichard, DC  *Characterization of between- strains differences in brain adrenergic neurons and associated adrenergic receptors in F344 and BUF rats.*  The Pharmacologist, 25, 162, 1983.

16. Guchhait, RB, Vantini, G, Perry, B.D., U'Prichard, DC and Stolk, JM  *Evidence for structural differences in adrenal PNMTs from inbred rat strains.*  The Pharmacologist, 25, 162,1983.

17. Kussie, P, Perry, B.D., Pesavento, D, Schnoll, S and U'Prichard, DC  *Prenatal exposure to drugs of abuse in humans: Effects on neurotransmitter receptors.*  Neurosci Soc Abst, 9, Part 1, 520, 1983.

18. Vantini, G, Perry, B.D., Guchhait, RB, French, E, U'Prichard, DC and Stolk, JM  *Brain epinephrine- containing neurons: Functional role in regulating medulla-pons noradrenergic neurons.*  Neurosci Soc Abstr, 9, Part 2, 989, 1983.

19. Perry, B.D., Vantini, G, Stolk, JM and U'Prichard, DC  *Specific up-regulation of medullary/pontine and hypothalamic alpha-adrenergic receptors after PNMT inhibition.*  Neurosci Soc Abstr, 9, Part 2, 989, 1983.

20. Stolk, JM, Guchhait, RB, Vantini, G, Perry, B.D., U'Prichard, DC and Elston, RC  *PNMT activity in the rat:  Co-inheritance of adrenomedullary and regional brain enzyme.*  Neurosci Soc Abstr, 9, Part 2, 834, 1983.

21. Schnoll, SH, Perry, B.D., Kussie, PH, Pesavento, DJ and U'Prichard, DC  *Prenatal exposure to drugs of abuse in humans: Effects on placental neurotransmitter receptors.*  Symposium on "Developmental Effects of Drug Dependence Satellite of 3rd Meeting of the Committee on Problems of Drug Dependence, Louisville, KY, 1983.

22. Perry, B.D.  *Alpha2-adrenergic receptor binding sites in mammalian brain:  Characterization, localization, regulation and relation to central adrenergic neurons.*  Diss Abstr, 1984.

23. Vantini, G, Gelpi, J, Perry, B.D., Guchhait, RB, U'Prichard, DC and Stolk, JM  *Chronic treatment with the PNMT inhibitor 2,3, -dichloro-x-methyl benzylamine (DCMB):  Altered drug metabolism superimposed upon adaptive changes in brain adrenergic function.*  J Neurochem. P-713, 1984.

24. Wang, C, Pasulka, P, Perry, B.D. and Schnoll, SH  *Effect of perinatal exposure to methadone on brain opioid and alpha2-adrenergic receptors.*  Symposium of 4th Meeting of Committee on Problems of Drug Dependence.  Baltimore, MD, 1985.

25. Giller, EL, Southwick, SM and Perry, B.D.  *Blood element adrenergic receptors in affective psychiatric disorders.*  Neurosci Soc Abstr, Vol. 12, Part 2, 1247, 1986.

26. Perry, B.D.  *Homeostasis and dysregulation of blood element adrenergic receptors.  A model for examining parameters of membrane receptor functioning in human psychiatric populations.*  Neurosci Soc Abstr, Vol. 12, Part 1, 414, 1986.

27. Giller, EL, Southwick, SM and Perry, B.D.  *Blood element adrenergic receptor parameters in post-traumatic stress disorder and related affective disorders.*  Society for Biological Psychiatry Annual Meeting, Chicago, IL, 1987

28. Perry, B.D., Southwick, SM and Giller, EL  *Dysregulation of platelet alpha2 and lymphocyte beta-receptors in psychiatric populations:  Application of a new paradigm for examining membrane receptor regulation in clinical populations.*  Soc. for Biol. Psychiatry Annual Meeting, Chicago, IL  1987

29. Perry, B.D., Southwick, SM and Giller, EL  *In vitro dysregulation of blood element adrenergic receptors:  Application of a new paradigm for examining parameters of membrane receptor regulation in humans.*  American Psychiatric Association Annual Meeting, Chicago, IL 1987

30. Southwick, S, Giller, EL and Perry, B.D.  *Altered adrenergic receptors in borderlines.*  Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

31. Perry, B.D.  *Altered placental and blood element neurotransmitter receptor regulation following substance abuse in humans: Models for mechanisms of neurochemical teratogenesis.*  15th International Summer School of Brain Research, Neurochemistry of Functional Neuroteratology, Amsterdam, The Netherlands, 1987

32. Perry, B.D., Southwick, SM and Giller, EL  *Adrenergic receptor regulation in post-traumatic stress disorder.*  Symposium on "Biological Aspects of Post- Traumatic Stress Disorder" at Third Annual Meeting of Society for Traumatic Stress Studies, Baltimore, MD 1987.

33. Southwick, SM, Giller, EL, and Perry, B.D.  *A comparison of blood element adrenergic receptor binding sites in borderline personality disorder and major depression.*  Neurosci Soc Abstr,Vol. 13, 1474,  1987

34. Perry, B.D., Southwick, SM and Giller, Jr., EL  *A re-examination of blood element adrenergic receptor regulation in psychiatric disorders.*  Neurosci Soc Abstr, Vol. 13, 1474, 1987

35. Perry, B, Southwick, S and Giller, EL  *Receptor dysregulation in psychiatric disorders.*  Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

36. Southwick, S, Giller, EL, and Perry, B.D. *Altered adrenergic receptors in borderline personality disorder.* Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

37. Perry, B.D., Southwick, SM, and Giller, EL *Adrenergic receptor regulation in post-traumatic stress disorder.* Symposium on "Biological Aspects of Post-traumatic Stress Disorders" at Annual Meeting of American Psychiatric Association, Montreal, 1988

38. Yehuda, R, Perry, B.D., Southwick, SM and Giller, E L *Platelet alpha2-adrenergic receptors borderline personality disorder: regulation related to 'anxiety'.* Soc Neurosci. Abstr., Vol. 14, 413, 1988

39. Perry, B.D. *Perinatal determinants of neuronal differentiation.* Proceedings of the 4th International Congress of Pre- and Perinatal Psychology, 1989

40. Kleven, M, Perry, B.D., Woolverton, W and Seiden, L *Repeated administration of cocaine alters striatal and frontal cortex D1 dopamine receptors.* Proceedings of the 8th Meeting of Committee on Problems in Drug Dependence (CPDD), Annual Meeting, 1989

41. Giller, EL, Yehuda, R, Perry, B.D., Southwick, S and Mason, J *Biological assessment and treatment of post-traumatic stress disorder.* Proceedings of the World Federation of Societies of Biological Psychiatry, Jerusalem, 1989

42. Yehuda, R, Edell, R, Giller, EL, Perry, B.D. and Southwick, SM *Platelet alpha-2 and MAO activity in hospitalized adolescents.* Proceedings of the Society for Biological Psychiatry, Biol. Psychiatry, 232, 1989

43. Wainwright, M, Perry, B.D., Choi, Y, Heller, A and Hoffmann, P *Characterization of dopamine receptors in immortalized dopamine-containing neurons.* Soc Neurosci Abstr, Vol 15, 431, 1989

44. Perry, B.D., Wainwright, M, Won, L, Heller, A and Hoffmann, P *Ontogeny of dopamine receptors in murine CNS tissues.* Soc Neurosci Abstr Vol. 15, 293, 1989

45. Perry, B.D., Cook, E, Leventhal, BL, Wainwright, M and Freedman, DX *Platelet 5-HT2-serotonergic receptor binding sites in autistic children and their family members.* Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. V, 67, 1989

46. Cook, E, Perry, B.D., Leventhal, BL, Wainwright, M, Dawson, G and Freedman, DX *Inhibition of specific binding to neurotransmitter receptor binding sites by the plasma IGG fraction from autistic children and their family members.* Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. 15, 67, 1989

47. Yehuda, R, Perry, B.D., Edell, W, Giller, E L and Southwick, SM *Relationship between premorbid functioning and platelet alpha2-adrenergic receptor binding sites and MAO activity in hospitalized adolescents.* Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. 15, 68, 1989

48. Giller EL, Perry, B.D., Rohrbaugh, R and Yehuda, R *Platelet alpha2 receptor binding sites in alcoholism.* Proceedings of 28th Meeting of the American College of Neuropsychopharmacology pp. 156, 1989

49. Perry, B.D., Wainwright, M, Won, L, Heller, A and Hoffmann, P *Enhanced expression of corpus striatal D1- dopamine receptor binding sites in the presence of dopamine-containing cells in reaggregate tissue culture.* `Proceedings of 28th Meeting of the American College of Neuropsychopharmacology pp. 129, 1989

50. Mukherjee, J, Luh, KE, Yasillo, N, Perry, B.D., Levy, D and Cooper, M *(S)-N-[1-ethyl-2-pyrolidinyl)methyl]- 5-(3[F-18]fluoropropyl),2,3-dimethoxybenzamide: a new PET radiotracer for dopamine D2 receptors.* Annual Meeting of NMB Congress, 1990

51. Mukherjee, J, Luh, KE, Yasillo, N, Perry, B.D., Levy, D, Chen, T, Chou, S, Ortega C and Cooper, M *Dopamine $D_2$ receptors imaged by PET in Cebus Apella with (S)-N-[1-ethyl-2-pyrolidinyl)methyl]-5-(3[F- 18]fluoropropyl)-2,3-dimethoxybenzamide.* Annual Meeting of Society of Nuclear Medicine, 1990

52. Mukherjee, J, Perry, B.D. and Cooper, M *Development of (S)-N-[1-ethyl-2-pyrolidinyl)methyl]-5-([F- 18]fluoroalkyl)-3-substituted-2-methoxybenzamides as potential dopamine D2 radiotracers for PET.* Annual Meeting of Society of Radiopharmaceutical Chemistry, 1990

53. Yehuda, R, Perry, B.D., Southwick, S and Giller, EJ *Alpha 2 adrenergic receptors in anxiety disorders, MDD and PTSD.* Proceedings of Annual Meeting of the American Psychiatric Association, 1990

54. Southwick, S, Krystal, J, Charney, D, Yehuda, R and Perry, B.D. *Pathophysiological aspects of PTSD.* Proceedings of Annual Meeting of the American Psychiatric Association, 1990

55. Perry, B.D. *Adrenergic receptors in child and adolescent PTSD in Symposium on Catecholamine Function in PTSD.* Proceedings of Annual Meeting of the American Psychiatric Association, 1990

56. Kleven, M, Perry B.D., Woolverton, W and Seiden, L *Long term effects of cocaine on $D_1$and $D_2$ receptors in rat brain.*

European Biological Psychiaty Society, 1990

57. Farfel, GM, Kleven, MS, Perry, B.D., Woolverton, WL and Seiden, LS  *Effects of repeated cocaine injections on D1 and D2 binding sites and dopamine reuptake sites in rhesus monkey caudate.* Soc Neurosci Abstr, Vol 16, 12, 1990

58. Wainwright, MS, Perry, B.D., Kontur, P and Heller, A   *Expression of D1-dopamine receptor binding sites in an immortalized murine corpus striatum cell line.* Soc Neurosci Abstr, Vol. 16, 646, 1990

59. Perry, B.D., Wainwright, MS, Won, L, Heller, A and Hoffmann, P  *The influence of dopamine neurons on D1-dopamine receptor binding site development in three dimensional reaggregate tissue culture.* Soc Neurosci Abstr, Vol. 16, 646, 1990

60. Perry, B.D., Cuenco, TC, Murphy, SG, Hoff, S and Wainwright, MS  *Altered dopamine receptors following prenatal cocaine exposure.* Proceedings of 29th Meeting of the American College of Neuropsychopharmacology, 1990

61. Stoff, DM, Cook, E, Perry, B.D., Pasatiempo, A, Bridger, WH, Friedman, E and Yeung, J  *Blood Serotonin (5-HT) indices in children.* Proceedings of 5th World Congress of Biological Psychiatry, Biol. Psych. 29: 523S, 1991

62. Farfel, G, Wainwright, M, Salti, H, Kleven, M, Woolverton, W, Seiden, LS and Perry, B.D.   *Neurotransmitter receptor/effector alterations in Rhesus monkey brain following repeated cocaine. injections.* Annual Meeting of Committee for Problems in Drug Dependence, 1991

63. Perry, B.D., Cuenco, JT, Murphy, S, Wainwright, M, Vigilante, D, Repogle, E and Choi, A  *Altered monoamine receptors following prenatal cocaine exposure.* Annual Meeting of Committee for Problems in Drug Dependence, 1991

64. Perry, B.D., Cuenco, JT, Murphy, S, Wainwright, M, Vigilante, D, Salti, M, Repogle, E and Choi, A  *Alterations in monoamine receptor-effector systems following prenatal cocaine exposure.* Neurobehavioral Teratology Society, 1991

65. Perry, B.D.  *Childhood Trauma and Neurophysiological Development.*  International Society for Traumatic Stress Studies Annual Meeting, Washington, DC 1991

66. Gui-Hua, C, Perry, B.D. and Woolverton, WL  *Effects of chronic SCH 23390 or acute EEDQ on the discriminative stimulus effects of SKF 38393.* Soc Neurosci Abstr, 21:98, 1991

67. Perry, B.D., Wainwright, M, Salti, H, Cuenco, JT and Farfel, G   *D-1 Dopamine receptors differentially coupled to phospholipase C (PLC) and adenylate cyclase (AC) in CNS.* Soc Neurosci Abstr, 21:86. 1991

68. Wainwright, M, Salti, H, Heller, A and Perry, B.D.  *D-1 Dopamine Receptor-mediated phospholipase C (PLC) activity in immortalized murine corpus striatum cells.* Soc Neurosci Abstr, 21: 86, 1991

69. Mukherjee, J, Yang, ZY, Perry, B.D. and Cooper, M  *High affinity and selective [F-18]flourinated derivatives of SCH 38548 as potential PET radiotracers for dopamine D-1 receptors.*  Proceedings of 39th Annual Meeting of the Society for Nuclear Medicine, 1992

70. Perry, B.D.  *Post-traumatic stress disorders in children:  Implications for the child witness.*  Proceedings of NATO Advanced Studies Institute "The Child Witness in Context:  Cognitive, Social and Legal Perspectives". Tuscany ITALY, 1992

71. Perry, B.D.  *Development of catecholamines and post-traumatic stress disorders in children exposed to violence.*  Institute on "Violence: Current Data and Implications for the Practice of Child and Adolescent Psychiatry" in Proceedings of 39th Annual Meeting of the American Academy of Child and Adolescent Psychiatry. 1992

72. Tsai, LL, Bergmann, B, Perry, B.D. and Rechtshaffen, A  *Effects of chronic sleep deprivation on central adrenoceptors in rat brain.* Soc Neurosci Abstr, 22, 1992

73. Perry, B.D.  *Catecholamine sensitization and pharmacotherapy in PTSD. in Symposium on Pharmacological Inverventions in PTSD.* Proceedings of Annual Meeting of the American Psychiatric Association. 1993

74. Unis, A.S, Cook, E, Vincent, J, Gjerde, D, Perry, B.D., Mitchell, J  *Peripheral serotonergic measures correlate with violence and impulsivity in juvenile offenders.* Proceedings of the American Academy of Child and Adolescent Psychiatry. 1993

75. Perry, B.D., Dunn, NJ, Denney, L, Baker, B, Rector, L, Sparks, J, Hibbert, K, Patterson, B, Guardiola, J, Daniels, J, Trevino, D, Locklin et al.  *Multi-agency rapid response for traumatized children: Lessons from the Koreshian children in Waco, Texas.* Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies. 1993

76. Garcia, J, Dunn, NJ, Denney, L, Blackburn, A, and Perry, B.D.  *Over-representation of medical problems in veterans at a PTSD specialty clinic.* Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies. 1993

77. Denney, L, Rector, L, Dunn, NJ, Pate, J and Perry, B.D.  *Critical incident debriefing protocols for traumatized children.* Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies. 1993

78. Dunn, NJ, Denney, L, Blackburn, A, Garcia, J, Wurth, M, Baker, B, Stulb, V and Perry, B.D.  *Stereotypes of the Vietnam vet:*

*Experiences of the Houston VAMC PTSD specialty clinic.* Proceedings of the Annual Meeting of the <u>International Society for Traumatic Stress Studies</u>.  1993

79. Perry, B.D.  *Childhood trauma, catecholamine sensitization and the devlopment of neuropsychiatric symptoms.* Proceedings of the Annual Meeting of the <u>International Society for Traumatic Stress Studies</u>. 1993

80. Perry, B.D.  *Evolution of emotional, behavioral, and physiological responses in children acutely exposed to violence.* Symposium on Children and Violence at the annual meeting of the <u>American Academy of Child and Adolescent Psychiatry</u>, New York, NY  1994

81. Perry, B.D.  *Evolution of physiological responses in acutely traumatized children.* Symposium on Childhood Trauma, at the annual meeting for the <u>International Society for Traumatic Stress Studies</u>.  Chicago, IL  1994

82. Perry, B.D.  *Dissociation and physiological hyper-reactivity as persisting adaptations in response to childhood trauma.* <u>11th International Conference on Multiple Personality and Dissociative States</u>.  Chicago, IL  1994

83. Perry, B.D.  *Neurodevelopmental adaptations to severe maltreatment: dissociation and hyperarousal.*  <u>Third National Colloquium of the</u> <u>American Professional Society on the Abuse of Children</u>. Tuscon, AZ  1995

84. Perry, B.D.  *Evolution of symptoms following traumatic events in children.* Symposium on Post-traumatic stress disorder: <u>Annual Meeting of the</u> <u>American Psychiatric Association</u>.  Miami, FL 1995

85. Vigilante, D and Perry, B.D.  *Development of computerized charting in an academic child psychiatry service,* <u>New Research Presentation at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry</u>, New Orleans, LA 1995.

86. Perry, B.D., Pollard, R and Blakley, T  *Prophylactic pharmacotherapies to prevent the abnormal persistence of post-traumatic neuropsychiatric symptoms.* <u>Annual Meeting of the International Society for Traumatic Stress Studies</u>, Boston, MA 1995

87. Perry, B.D., Baker, W, Pollard, R, Denney, L and Conrad, D Critical *incident response models for traumatized children* <u>Annual Meeting of the International Society for Traumatic Stress Studies</u>, Boston, MA  1995

88. Perry, B.D., Pollard, R, Vigilante, D, Blakley, T, Baker, B, Withers, A and Sturges, C  *Continuous heart rate monitoring in maltreated children* <u>New Research Presentation at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry</u>, New Orleans, LA  1995   .

89. Perry, B.D., Pollard, R, Blakley, T, Brazeau, N, Austin, N  *An innovative approach to the interdisciplinary training of medical and legal experts in the field of child maltreatment: the CIVITAS model*  <u>Research presentation APSAC Fourth Annual Colloquium</u>, Chicago, 1996

90. Pollard,R, Perry, B.D., Gomez, GM, Blakley, T  *Early environmental chaos and emotional neglect in children produces abnormal brain development* <u>Research presentation APSAC Fourth Annual Colloquium,</u> Chicago, 1996

91. Perry, B.D., Pollard, R, Conrad, D  *Various adaptations to childhood trauma:  dissociation and hyperarousal*  <u>Research presentation APSAC Fourth Annual Colloquium</u>, Chicago, 1996

93. Hanfling, M, Gill, A, Jaksic,T, Perry,B.D. and PIC Injury Group  *Factors predictive of poor outcome one year post childhood injury.*  <u>American Pediatric Society/Society for Pediatric Research Annual Meeting</u>, 1996

94. Perry, B.D.  *Trauma in childhood: the memory of states*  in Symposium on Body Symptoms and Trauma at <u>149th Annual Meeting of the American Psychiatric Association</u>, New York, 1996

95. Perry, B.D.  *The Branch Davidian children: lessons from Waco*  in Symposium on The Role of Psychiatrists in the Branch Davidian Crisis at Waco at <u>149th Annual Meeting of the American Psychiatric Association</u>,  New York, 1996

96. Perry, B.D., Vigilante, D. and Armstrong, D.  *Altered dopaminergic receptor binding sites in the caudate nucleus of subjects with Rett Syndrome.*  <u>Proceedings of the World Congress on Rett Syndrome</u>, Goteborg, Sweden, 1996

97. Perry, B.D.  *Integrated assessment and outcome in the child protective system.*  Int. Soc Traumatic Stress Studies,  1997

98. Perry, B.D. and Pollard, D.  *Altered brain development following global neglect in early childhood.*  <u>Soc. For Neuroscience</u>, Annual Meeting, New Orleans, 1997

99. Hanfling, M., Perry, B.D., Kozinetz, C., Gill, A., Tilbor, A., Brams, M., Levin, H.  *Improved medical and psychosocial outcomes of injured children with multidisciplinary versus conventional medical follow-up.*  <u>Fourth World Conference on Injury Prevention and Control</u>, Amsterdam, 1998.

100. Perry, B.D., Pfeiffer, D., Runyan, D., Webb, J., Conrad, D., Dobson, C., *Developmental delays in neglected and abused children.* <u>Head Start's Fourth National Research Conference,</u> Washington, DC, 1998

101. Perry, B.D.., Dobson, C., Conrad, D., Runyan, D., Schick, S., *The Children's Crisis Center:  A Successful Public/Private Partnership Serving Children in Children's Protective Service*, <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

102. Perry, B.D.., Runyan, D., Arthur, A., Mahoney, O., Pfeiffer, D., Milan, T., **The Child and Family Enrichment Program:  A School Based Healing Arts Program to Promote Healthy Child Development,** <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

103. Perry, B.D.., Marcellus, J., Blakley-Harris, T., Runyan, D., Pollard, R., Hanley., **The Physical Impact of Child Abuse and Neglect on the Developing Brain:  Physiological Measurements in the Assessment and Treatment of Maltreated Children,** <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

104. Perry,B.D.., Pfeiffer, D., Mahoney, O., Milan, T., Matorin, A., Schick, S., Runyan, D., Dobson, C., **The CIVITAS/4C Core Assessment Process:  Proactive Multidimensional Evaluation of Children Entering Children's Protective Service,** <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

105. Perry, B.D.., Muchin, S., Welch, L., Rubenstein, J., Jensen, B., **CIVITAS Initiative:  Effecting Systemic Change by Catalyzing Multi-disciplinary, Public Private Partnerships,** <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

106. Perry, B.D.., Muchin, S., Cook, W., Rubenstein, J., Welch., L., **The CIVITAS Cybary** [TM] **of Child Development and Maltreatment:  An Interactive Electronic Library to Document and Distribute Knowledge about Child Abuse and Neglect,** <u>Twelfth National Conference on Child Abuse and Neglect</u>, Cincinnati, OH 1998

<u>MULTIMEDIA MATERIALS (Selected through 2006)</u>

*Videotapes (to be updated)*

*Videotapes and DVDs*

1. Perry, B.D. *Innovations in Treatment of Children Impacted by Violence.* (60 minutes) From Second Conference on Children and Violence. Produced by University of Houston and Houston Department of Health and Human Services, in association with The Municipal Channel, 1995

2. Perry, B.D. *Hope as Protective Factor in Maltreated Children* (60 minutes)  From Conference on Psychotherapy and Religion:  Produced by The Institute of Religion, Texas Medical Center, 1995

3. Perry, B.D. **Dr. Bruce Perry Video Presentation.** (58 minutes) From Safe from the Start Symposium. Produced by Safe from the Start: Attorney General's Office, State of California, 2000.

4. Perry, B.D. (70 minutes) Produced by Safe from the Start : Attorney General's Office, State of California, 2001

5. Perry, B.D. and Rob Reiner.  **Windows of Opportunity.** (13 minutes) Produced by Safe from the Start: Attorney General's Office, State of California, ?.

6. Perry, B.D. **Early Exposure to Violence and its Effects on Learning and School Readiness.** (1 hour, 58 minutes) From the Orange County Symposium.  Produced by Safe from the Start: Attorney General's Office, State of California and the Orange County Department of Education Media Department, 2002.

7. Perry, B.D. **Challenging Our Beliefs.** Produced by The ChildTrauma Academy and Linkletter Media, 2004.

8. Perry, B.D. **The Amazing Human Brain.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

9. Perry, B.D. **How the Brain Develops: The Importance of Early Childhood.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

10. Perry, B.D.  **Neglect: How Poverty of Experience Disrupts Development.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

11. Perry, B.D.  **The Fear Response: The Impact of Childhood Trauma.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

12. Perry, B.D.  **Living and Working with Traumatized Children.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

13. Perry, B.D.  **Violence and Childhood.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

14. Perry, B.D.  **Developing Potential.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

15. Perry, B.D.  **Attachment.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

16. Perry, B.D.  **Self-Regulation.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

17. Perry, B.D.  **Affiliation.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

18. Perry, B.D.  **Attunement.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

19. Perry, B.D.  **Tolerance.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

20. Perry, B.D.  **Respect.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

21. Perry, B.D.  **What We Have Always Known.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

*CD-ROM*

1. Perry, B.D.  **Safe Schools: A New Approach to Create a Non-Violent Campus** CD Rom Package.  Produced by Safe from the Start: Attorney General's Office, State of California, 2005.

2. Perry, B.D.  **The Brain Game.**  Produced by The ChildTrauma Academy, 2004.

*Audiotapes (to be updated)*

1. Perry, B.D.  ***Children's Response to Trauma: Psychological, Physiological and Neurological***  Making Connections.  Produced by InfoEdge, Willowbrook, IL.  1996

2. Perry, B.D.  ***Interventions with Traumatized Children***    Making Connections.   Produced by InfoEdge, Willowbrook, IL.  1996

3. Perry, B.D.  ***Body Symptoms of Trauma (parts 1 and 2) American*** Psychiatric Association.  Produced by Mobiltape Co., Valencia, CA.  1996

Slides

1. Perry, B.D. ***Brain Organization and Function: A Brief Overview***, ChildTrauma Academy Presentations; Series1: Number 1 1999

2. Perry, B.D. ***Principles of Neurodevelopment: An Overview***, ChildTrauma Academy Presentations; Series1: Number 2  1999

3. Perry, B.D. ***Impact of Childhood Neglect: Focus on Attachment***, ChildTrauma Academy Presentations; Series1: Number 3  1999

4. Perry, B.D. ***Neurodevelopmental Impact of Childhood Trauma***, ChildTrauma Academy Presentations; Series1: Number 4 2000

5. Perry,  B.D. ***Neurodevelopmental Aspects of Violence: Effects of Violence on the Developing Child***,

ChildTrauma Academy Presentations; Series 2 (Special Topics): Number 1   2000

6. Perry, B.D. ***Clinical Work with Maltreated Children: The Interview*** ChildTrauma Academy Presentations; Series 3 (Clinical Topics): Number 1 2000

7. Perry, B.D. ***Clinical Work with Traumatized Children:  Pharmacotherapy***  ChildTrauma Academy Presentations; Series 3 (Clinical Topics): Number 4  2000

7. Perry, B.D. ***Neurodevelopmental Impact Childhood Violence: Safe from the Start (California)*** ChildTrauma Academy Presentation: Series 4 (Conference Training Materials): Number 1  2000

<u>Web-based</u>

1. The ChildTrauma Academy Website

> http://www.ChildTrauma.org

2. Scholastic's Dr. Perry Website and BBS: Sponsored by Scholastic

> http://scholastic.com/bruceperry

3. The ChildTrauma Academy's Online Courses

> http://ChildTraumaAcademy.com

## CURRICULUM VITAE (addendum)

Selected Educational Activities and Presentations

*(*Updated through 2000)*

### SELECTED PRESENTATIONS

**1981-1990**

### Research Presentations

- *Invited Speaker*, Symposium on Neuroactive Drugs and Biomembrane Interaction, Ninth International Society of Neurochemistry Meeting, Vancouver, BC  1983
- *Invited Panelist*, Society for Traumatic Stress Studies Third Annual Meeting Symposium, **Biological Aspects of Post Traumatic Stress Disorder**, Baltimore, MD  1987
- *Invited Panelist*, American Psychiatric Association Annual Meeting Symposium, **Biological Assessment and Treatment of Post Traumatic Stress Disorder**, Montreal, Canada 1988
- *Invited Chair and Symposium Organizer*, 4th International Congress, Pre- and Perinatal Psychology Plenary Symposium, **Perinatal Determinants of Neuronal Differentiation**, Amherst, MA  1989
- *Invited Panelist and Symposium Speaker*, Society for Traumatic Stress Studies, Annual Meeting, Symposium, **Biological Aspects of Post-traumatic Stress Disorder**, San Francisco, CA  1989
- *Invited Panelist*, American Psychiatric Association Annual Meeting, Symposium, **Catecholamines in Post-traumatic Stress Disorder**, New York, NY  1990

### Training/Education (local)

- *Invited Speaker*, Northwestern University Department of Pharmacology, 1981-1983; 1988
- *Invited Speaker*, University of Chicago, Pediatric Grand Rounds, Chicago, IL  1988
- *Invited Speaker*, Department of Psychiatry Grand Rounds, The University of Chicago, IL  1990
- *Invited Speaker*, Annual Meeting Illinois Council of Adolescent Psychiatry, Chicago, IL  1990

### Training/Educational (national/international)

- *Invited Speaker*, Mount Sinai Department of Psychiatry, **Homeostasis and Dysregulation of Blood Element Adrenergic Receptors**, New York, NY  1987

- *Invited Speaker*, Cornell Department of Psychiatry, ***Use of Peripheral Adrenergic Receptors as Markers in Psychiatry***, 1987
- *Invited Speaker*, Loyola University, Department of Psychiatry Grand Rounds, Chicago, IL 1988
- *Keynote Speaker*, Michigan Mental Health Association Annual Meeting, 1989

**Honorary Lectureships**

- *Invited Faculty*, Netherlands Institute for Brain Research, Royal Academy of Science, 15th International Summer School of Brain Research, ***Neurochemistry of Functional Neuroteratology: Permanent Effects of Chemicals on the Developing Brain***, Amsterdam, The Netherlands 1987

**1991**

**Research Presentations**

- *Invited Speaker*, Eleventh National Conference on Anxiety Disorders, Symposium on ***Neurobiological Aspects of Anxiety***, Chicago, IL 1991
- *Invited Speaker*, National Symposium, Schwab Rehabilitation Center, ***Prenatal Cocaine: Neurobiological Effects Exposed Prenatally to Drugs***, Chicago, IL 1991
- *Invited Speaker*, International Society for Traumatic Stress Studies, Symposium, ***Early Life Experiences and the Development of PTSD***, Washington, DC 1991
- *Invited Speaker*, Eighth International Conference on Multiple Personality / Dissociative States Symposium Chair, ***Recent Advances in the Etiology, Phenomenology, and Treatment of Post-traumatic Stress Disorder***, 1991
- *Invited Speaker*, Anxiety Disorders Association of America, Chicago Consortium for Psychiatric Research, ***The Development of the Noradrenergic and Gabaergic Systems: Early Life Experience and Anxiety Disorders***, 1991
- *Invited Speaker*, International Society for Traumatic Stress Studies, Symposium, ***Trauma, Psychopathology and the Development of Psychiatric Disorders***, Washington, DC 1991

**Training/Education (local)**

- *Invited Speaker*, Harris Foundation, Chicago, IL 1991
- *Invited Speaker*, The University of Chicago, Department of Pediatrics Grand Rounds, Chicago, IL 1991

**Training/Educational (national/international)**

- *Invited Speaker*, American Medical Television (The Discovery Channel), ***Recent Advances in the Treatment of Schizophrenia***, 1991
- *Invited Speaker*, University of Wisconsin, Special Grand Rounds, ***Traumatic Life Experiences During Development: Implications for Childhood Mental Disorders***, Madison, WI 1991

- *Invited Speaker*, Midwest Meeting of Speech and Language Disorders Society, 1991

**1992**

**Research Presentations**

- *Invited Participant/Speaker*, American Academy of Child and Adolescent Psychiatry, Annual Meeting, **Institute on Violence: Current Data and Implications for the Practice of Child and Adolescent Psychiatry,** Washington, DC  1992

**Training/Education (local)**

- *Invited Speaker*, Baylor College of Medicine, Department of Psychiatry, Grand Rounds, Houston, TX  1992

**Training/Educational (national/international)**

- *Invited Speaker*, University of Illinois, Michael Reese Hospital Grand Rounds, **Neurobiological Sequelae of Perinatal Cocaine Exposure**, Chicago, IL  1992
- *Invited Speaker*, Northwestern University, Evanston Hospital Grand Rounds, **The Development of Catecholamines: Early Life Experience and Anxiety Disorders**, Chicago, IL  1992

**Honorary Lectureships**

- *Invited Participant/Speaker*, Macarthur Foundation Study Group, **Post-traumatic Stress Disorders in Children**, 1992

**1993**

**Training/Education (local)**

- *Invited Speaker*, Baylor College of Medicine, Department of Pediatrics, Grand Rounds, Houston, TX  1993
- *Invited Speaker*, Institute of Religion, Conference on Psychotherapy and Faith, **Healing Maltreated Children**, Houston, TX  1993
- *Invited Speaker*, Veteran's Administration, Inspector General's Office, **Training Program on Post-Traumatic Stress Disorder**, 1993
- *Invited Speaker*, University of Texas Medical Branch, Department of Pharmacology and Toxicology, **Developmental Determinants of CNS Dopamine Receptor Expression**, Galveston, TX  1993
- *Invited Speaker*, The University of Texas, Department of Psychiatry and Behavioral Sciences, Grand Rounds,

*The Traumatized Child:  The Neurobiological Sequelae of Growing Up In An Abusive Environment*, Houston, TX  1993

## Training/Educational (national/international)

- *Invited Speaker*, Forest Hospital, Psychiatric Grand Rounds, *Recent Advances in PTSD*, Chicago, IL  1993
- *Invited Speaker*, Advanced Clinical Training Conference, University of North Dakota, West Central Human Services, *Severely Emotionally Disturbed Children and Families*, Bismarck, ND  1993
- *Invited Speaker,* Children's Memorial Hospital Symposium: Controversies in Child Abuse and Neglect, *Post-traumatic Stress and Behavioral Problems after Child Abuse*, Chicago, IL  1993
- *Invited Speaker,* Office of the Cook County Public Guardian, *Effects of Trauma on Abused Children*, Chicago, IL  1993
- *Invited Speaker*, Organized Crime Drug Enforcement Task Force (FBI, DEA, BATF), Lake Geneva, WI  1993
- *Invited Speaker*, Dupage County Special Education Institute, *Post-traumatic Stress Disorders in Children and Adolescents*, Wheaton, IL  1993

## Honorary Lectureships

- *Invited Speaker*, Lutheran General Children's Medical Center, Lawrence Breslow Memorial Lecture, *Violence in the 1990's*, Park Ridge, IL  1993
- *19th Annual Ester S Zetland Lecturer*, Chicago Psychoanalytic Association and Association of Child Psychotherapists, *The Traumatized Child:  The Neurobiologcal Sequelae of Growing Up In An Abusive Environment*, Chicago, IL  1993.

## 1994

## Research Presentations

- *Invited Speaker*, Kempe Center for the Prevention of Child Abuse, *Developing Multi-Agency Trauma Teams: Lessons from Waco*, Keystone, CO  1994
- *Invited Speaker*, Partners in Prevention and Treatment of Youth Violence: Maternal and Child Health, Mental Health and Substance Abuse, Region VI State Leadership Meeting, *The Role of Mental Health in Preventing and Treating Youth Violence*, Dallas, TX  1994
- *Invited Speaker*, American Academy of Child and Adolescent Psychiatry Annual Meeting, *Evolution of Emotional, Behavioral and Physiological Responses in Children Acutely Exposed to Violence*, New York, NY  1994
- *Invited Speaker*, International Society for Traumatic Stress Studies, *Psychophysiological Effects of Childhood Trauma and Their Influence on Development*, Chicago, IL  1994

## Training/Education (local)

- *Invited Speaker*, Child Victimization Seminar, Tarrant County Junior College/CPS Child Abuse Intervention Training Project, ***The Neurodevelopment and the Neurophysiology of Trauma***, Arlington, TX  1994
- *Invited Speaker*, Harris County Child Abuse Task Force, Junior League, ***The Traumatized Child***, Houston, TX  1994
- *Invited Speaker*, Houston Group Psychotherapy Society Annual Institute, ***The Breakdown of Group Defenses: Examples from the Surviving Branch Davidian Children***, Houston, TX  1994
- *Invited Speaker*, Houston Bar Association Juvenile Law Section, ***Waco, Revisited***, Houston, TX  1994
- *Invited Speaker*, Cook-Fort Worth Children's Medical Center, Grand Rounds, Fort Worth, TX  1994
- *Invited Speaker*, Baptist Children's Home Ministries, ***What We Learned from the Branch Davidian Incident***, San Antonio, TX  1994
- *Keynote Speaker*, National Conference on Children and Violence: Intervention and Prevention Programs for Youth, School and Media, Houston, TX  1994
- *Invited Speaker*, Advocates for Incest Survival, ***Childhood Trauma and Neurophysiological Development***, Houston, TX  1994
- *Invited Speaker*, University of Texas Medical Branch, Department of Psychiatry and Behavioral Sciences, Grand Rounds, ***Longitudinal Follow-up of Severely Abused Children***, Galveston, TX  1994

**Training/Educational (national/international)**

- *Invited Speaker*, LSU School of Medicine Grand Rounds, ***Developmental Sequelae of Trauma in Children***, New Orleans, LA  1994
- *Invited Speaker*, Arkansas Society for Neuroscience, ***The Neurodevelopmental Sequelae in Childhood Trauma***, Little Rock, AK  1994
- *Invited Speaker*, University of Arkansas Department of Psychiatry Grand Rounds, Post-***traumatic Stress in Children***, Little Rock, AK  1994
- *Invited Speaker*, Kempe Center for the Prevention of Child Abuse, ***Salt in the Wound: Re-traumatization of Maltreated Children by the Law Enforcement, Juvenile Justice, Child Welfare and Mental Health Systems***, Keystone, CO  1994
- *Plenary Speaker*, Illinois Council of Child and Adolescent Psychiatry, Lake Geneva, WI  1994
- *Invited Plenary Speaker*, Children's Memorial Hospital, Symposium, ***Controversies in Child Abuse and Neglect***, Chicago, IL  1994
- *Keynote Speaker*, Abused Adult Resource Center, ***After the Crisis Children's Issues, Behavioral Cues, Treatment Modalities beyond reporting for Parents, Educators, Law Enforcement, Social Service Providers***, Bismarck, ND  1994
- *Invited Speaker*, Crimes Against Children National Conference, ***Neurological Development of Children Raised in Psychologically Destructive Environments***, Washington, DC  1994
- *Invited Speaker*, Finch University of Health Sciences/ Chicago Medical School, Department of Psychiatry and Behavioral Sciences, Grand Rounds, ***Developmental Neurobiology of Trauma***, Chicago, IL  1994
- *Invited Speaker*, Youth Services Network of Southwest Ohio: Violence, Our Kids and Healing Post-traumatic Stress Disorder, ***Brain Development and Trauma***, Dayton, OH  1994
- *Invited Speaker*, Youth Services Network of Southwest Ohio: Violence, Our Kids and Healing Post-traumatic Stress Disorder, ***Clinic Work with Traumatized Children***, Dayton, OH  1994

PERRY, Bruce D. CV   9/8/08                                                                                    35

- *Invited Speaker*, National Association of Counsel for Children, 17th National Children's Law Conference, ***Presenting Expert Witness Testimony in Child Abuse Cases: A Collaborative Simulation Involving Victims with Post-traumatic Stress Disorder***, San Francisco, CA 1994

- *Keynote Speaker*, Cult Awareness Network National Conference, ***Understanding Children Raised in Psychologically Destructive Settings,*** Cleveland, OH 1994

- *Keynote Speaker*, International Conference on Multiple Personality and Dissociative States, ***Dissociation and Physiological Hyper-reactivity as Persisting Adaptations in Response to Childhood Trauma***, Chicago, IL 1994

- *Invited Speaker*, Wayne State University, Department of Psychiatry, Biological and Clinical Psychiatry of Anxiety and Depression Across the Life Cycle, ***Developmental Sequelae of PTSD in Children***, Dearborn, MI 1994

## Honorary Lectureships

- *Invited Plenary Speaker*, Kempe Center for the Prevention of Child Abuse, ***Impact of Traumatic Life Experiences on the Development of the Brain***, Keystone, CO 1994

- *Invited Speaker*, Evanston and Glenbrook Hospitals, Department of Psychiatry, Gertrude Victorson Ratner Lecture, ***Malignant Memories: Trauma and Abuse in Children and Adolescents***, Evanston, IL 1994

## 1995

## Research Presentations

- *Invited Speaker*, American Psychiatric Association Annual Meeting, Symposium on Post-traumatic Stress Disorders: ***The Evolution of Symptoms Following Traumatic Events in Children***, Miami, FL 1995

- *Invited Speaker*, Harvard University, Department of Psychiatry Special Symposium of Trauma, ***Neurodevelopment following Child Maltreatment***, Cambridge, MA 1995

- *Invited Faculty*, American Professional Society on the Abuse of Children Third Annual Symposium, ***Dissociative Disorders and Other Severe Reactions to Child Abuse***, Tucson, AZ 1995

## Training/Education (local)

- *Invited Speaker*, Child Abuse Prevention Network, ***What Happens to Abused Children?*** Houston, TX 1995

- *Invited Speaker*, School Based Interventions for Children of Addicted Parents, ***Dealing with Traumatized Children***, Houston, TX 1995

- *Invited Speaker*, Houston Bar Association Juvenile Law Section, ***Juvenile Justice Programs in Harris County***, Houston, TX 1995

- *Invited Speaker*, Main Academic Seminar, Houston Child Guidance Center, ***Research in Child and Adolescent Psychiatry***, Houston, TX 1995

- *Keynote Speaker*, Council of Agencies Serving Youths, ***Community Youth Services***, Houston, TX 1995

- *Invited Speaker*, St. Martin's Episcopal Church, ***Trauma and Children***, Houston, TX 1995

- *Invited Speaker*, Texas Youth Commission, ***The Violent Child***, Hunt, TX 1995

- *Invited Speaker*, Health Services Department, ***The Impact of Violence on Children,*** Houston, TX  1995
- *Invited Speaker*, Psychopharmacology Update, BCM Office of Continuing Education, ***Pharmacotherapy of Post-traumatic Stress Disorders***, Houston, TX  1995
- *Invited Speaker*, Baylor College of Medicine, Department of Psychiatry, Grand Rounds, ***Memory and Trauma,*** Houston, TX  1995

## Training/Educational (national/international)

- *Invited Speaker*, Loyola Law School, ***PTSD and Court Testimony, Chicago, IL*** 1995
- *Keynote Speaker*, Arkansas APSAC, ***Neurodevelopmental Sequelae of Childhood Trauma***, Little Rock, AK  1995
- *Invited Speaker*, World Association for Infant Mental Health Annual Meeting, The ***Impact of Trauma on the Developing Infant***, Arlington, TX  1995
- *Keynote Speaker*, North Dakota Educational Association, ***Children and Violence***, Fargo, ND  1995
- *Invited Speaker*, Federal Bureau of Investigation, ***Investigating Abuse and Neglect on Federal Reservations,*** Sioux Falls, SD, 1995
- *Invited Speaker*, Grand Rounds, Department of Psychiatry, University of North Dakota School of Medicine, ***Neurodevelopmental Sequelae of Childhood Maltreatment***, Fargo, ND  1995
- *Invited Speaker*, Third Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, ***Neurodevelopment and Maltreatment of Children***, Bellevue, WA  1995
- *Invited Keynote*, Annual Meeting of Public Health, ***Violence and the Developing Brain,*** San Diego, 1995
- *Keynote Speaker*, National Institute of Mental Health, ***The Role of Mental Health in Preventing and Treating Youth Violence***, Dallas, TX  1995
- *Invited Speaker*, Grand Rounds, Rush Presbyterian Medical School, ***Trauma and Development,*** Chicago, IL  1995
- *Invited Speaker*, Second Annual Resident Education Symposium, Chicago Consortium for Psychiatric Research, ***Anxiety Disorders in Maltreated Children***.  Chicago, IL  1995
- *Keynote Speaker*, American Public Health Association's Annual meeting (sponsored by CMHS, NCCAN and APHA), ***The Impact of Violence on the Developing Child***, San Diego, 1995
- *Keynote Speaker*, Oklahoma State Department of Heath, Conference on Youth and Family Violence, The ***Impact of Violence on the Developing Child***, Oklahoma City, OK, 1995
- *Keynote Speaker*, The Second National Conference on Children and Violence, ***The Neurobiological Impact of Violence***, Clear Lake, TX  1995
- *Keynote Speaker*, National Family Advocacy Conference (United States Air Force), ***Neurodevelopmental Sequelae of Childhood Trauma***, San Antonio, 1995
- *Keynote Speaker*, Third Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, ***Experience, Development of the Brain and Trauma: Working with Maltreated Children***, Bellevue, WA  1995
- *Keynote Speaker*, Research Symposium on Violence and Childhood Trauma, ***The Impact of Violence on the Developing Child***, Urban Child Research Center, Cleveland State University, Cleveland, OH  1995

## Honorary Lectureships

- *The Rosenberry Lecturer*, Denver Children's Hospital, University of Colorado Department of Pediatrics,

*Neurodevelopment and the Neurophysiology of Trauma*, Denver, CO  1995

- *Invited Keynote*, (Maternal and Child Health) Emergency Medical Services for Children Annual Investigators Meeting, **The Neurobiological Impact of Pediatric Trauma,** Washington, DC  1995
- *Warren Wright Lecturer*, Northwestern University School of Medicine, Neurodevelopmental Sequelae of Childhood Trauma, Chicago, IL  1995

**1996**

**Research Presentations**

- *Invited Speaker,* Symposium on Traumatized Children The American Psychiatric Association in New York, NY, 1996.
- *Invited Speaker,* Brain Development in Young Children: New Frontiers for Research, Policy, and Practice Conference **Early experience and the developing brain, specifically social and physical deprivation**, Chicago, IL 1996
- *Invited Speaker,* International Society for Traumatic Stress Studies, 12th Annual Meeting:  Trauma & Controversy, San Francisco, CA, 1996
- *Keynote Speaker and Panel Member,* Scholarship and Guidance Association Sixth Biennial Symposium **Trauma and It's Impact on "Adolescents"**, Chicago, IL 1996
- *Invited Speaker,* Houston Psychological Association, **Maltreated Children and Groups** Houston, TX 1996
- *Invited Speaker,* National Association of Counsel for Children, (NACC) 19th National Children's Law Conference, **How Law Changes the Developing Brain:  The Biological Nature of Cultural Structures**, Chicago, IL, 1996
- *Invited Speaker,* Youth Services Network of Southwest Ohio, Inc.**, Violence, Our Kids and Healing Post Traumatic Stress Disorder,** Dayton, OH 1996
- *Keynote Speaker,* American Psychiatric Association (APA) 11 National Conference on Child Abuse, **Critical Incident Response Team Modules For Maltreated Children,** Washington, DC 1996
- *Keynote Speaker,* Texas Families:  Today & Tomorrow Conference, **A Cross-Disciplinary Approach to Working with Maltreated Children,** Austin, TX 1996
- *Invited Speaker,* 149th 1996 APA Annual Meeting, **Traumatic Disruption of Bodily Experience and Memory**, New York, NY 1996

**Training/Education (local)**

- *Keynote Paper,* the "Child Abuse: A Multidisciplinary Approach to the Problem" Conference sponsored by the University of Texas Health Science Center, **The Impact of Violence on Child Development**, San Antonio, TX, 1996
- *Invited Speaker* The Tarrant County Children's Protective Service **Working with Maltreated Children**  Tarrant County, TX, 1996.
- *Co-Presenter* The Texas Families Conference **A Cross Disciplinary Approach to Working with Maltreated Children,** Austin, TX, 1996
- *Invited Speaker* Dallas Police Department and Dallas Children's Advocacy Center **Violence, Our Kids and Healing Post-traumatic Stress Disorder,** Dallas, TX, 1996

PERRY, Bruce D.  CV   9/8/08                                                    38

- *Guest Speaker,* Houston Division of the Federal Bureau of Investigation (FBI) Management Retreat, **The Impact of Trauma on Children: Implications for Investigation of Crimes Against Children** West Columbia, TX 1996

- *Invited Speaker,* Brazos County Courthouse, **The Impact of Trauma on Brain Development, Child Development and Behavior,** College Station, TX 1996

- *Invited Speaker,* Baylor College of Medicine Acute Care Pediatrics Conference, **Attention Deficit Disorder:  The Psychiatrist's View, The Neurobiology of the Acute Stress Responses and Recognizing the Depressed Child,** Hilton Head Island, South Carolina 1996

- *Invited Speaker,* University of Texas at Arlington, School of Social Work, **Working With Maltreated Children** Dallas, TX 1996

- *Invited Speaker,* Georgetown University Medical Center & Kairos Ventures II, Ltd., Second Annual Conference on Trauma, Loss & Dissociation:   Foundations of 21st Century Traumatology, **Trauma & Dissociation: Developmental Deficits & Experience-Induced Neuroplasticity/ Plenary,** Alexandria, VA 1996


**Training/Educational (national/international)**

- *Invited Speaker* The 2nd Annual CIVITAS Expert Witness Training Program **Forensic Interviewing of Children** Chicago, IL, 1996

- *Invited Speaker* Trauma, Loss, and Dissociation: The Foundation of 21st Century Traumatology Conference **Trauma, Dissociation and Developmental Losses,** Alexandria, VA, 1996

- *Invited Speaker* The 12th Annual Mental Health Conference, Making Connections: Addressing The Interface of Medical and Mental Health, **Interventions for Traumatized Children**  Chicago, IL, 1996

- *Invited Speaker* Family Preservation Meeting. Albuquerque, NM, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Critical incident response team models for maltreated children,** Chicago, IL, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Neurodevelopmental Adaptations to Severe Maltreatment: Clinical Implications in Work with Children and Adult Survivors** Chicago, IL, 1996

- *Keynote Speaker* Violence and Childhood Trauma: Understanding and Responding to the Effects of Violence on Young Children, Regional Conference **The Neurobiology of Child Maltreatment**  Belton, TX, 1996

- *Guest Speaker* The Violence in America Program, University of California, Santa Barbara, **Violence Against Children: Effects on Brain Development,** Santa Barbara, CA, 1996.

- *Invited Speaker,* Democratic Governor's Association National Policy Forum, Democratic National Convention, Our Children Our Future, **How Children Respond to Violence and How to Help Children Who Have Been Traumatized by Violence,** Chicago, IL 1996

- *Invited Speaker,* Hardiman Task Force, **Training for Missing and Exploited Children,** Quantico, VA 1996

- *Keynote Speaker,* The Centech Group, Inc., **NIMH Conference for Advancing Research on Developmental Plasticity,** Chantilly, VA 1996

- *Invited Speaker,* University of California, Santa Barbara, **Violence Against Children:   Effects on Brain Development,** Santa Barbara, CA 1996

- *Invited Speaker,* McGill University Divisional Conference on The Assessment and Treatment of Traumatic Stress in Children and Adolescents, **Trauma and Children** Montreal, Quebec, Canada


**Honorary Lectureships**

- *Invited Keynote*, Smithsonian Lecture Series on "Messianic Heroes and Heroines and Their Followers" Sponsored by Smithsonian Institution, ***Children Raised in Cult Settings***, Washington, DC, 1996
- *The Rosenberry Lecturer*, Denver Children's Hospital, University of Colorado Department of Pediatrics, ***Neurodevelopment and the Neurophysiology of Trauma***, Denver, CO  1996
- *The First Annual Holt W. Webster Lecturer*, Children's Hospital and Medical Center, University of Washington School of Medicine, **Neurodevelopmental Sequelae of Childhood Trauma**, Seattle, WA, 1996

**1997**

**Research Presentations**

- *Invited Speaker*, 17th Annual Division 39 Spring Meeting, Symposium on **Neurobiology of Personality I & II: Implications for Psychoanalytic Development Theory and Childhood Trauma, The Neurobiology of Adaptation and the "Use-dependent" Development of the Brain:  How "States" become "Traits."**  Denver, CO 1997

- *Invited Speaker*, Child Advocates, PanEnergy Corp Auditorium, Symposium on **The Impact of Volunteers in the Lives of Abused Children**, Houston, TX 1997
- *Invited Speaker*, 4th Annual Update in Adolescent Psychiatry, Northwestern Memorial Hospital, Symposium on **Neurodevelopment Sequelae of Childhood Trauma; Violence in Children Exposed to Chronic Abuse; Healing the Traumatized Child: Cognitive Behavior and Psychoeducational Approaches; Psychopharmacology of Acute and Chronic Trauma**, Chicago, IL 1997

**Training/Education (local)**

- *Invited Speaker*, Justice for Children Speaker's Forum, Houston, TX 1997
- *Invited Speaker*, The 1997 Mental Health Association Annual Meeting, Symposium on **The Advances in Brain Development:  The Biology of "Hope" is Wonderful**, Houston, TX 1997

**Training/Educational (national/international)**

- *Invited Speaker*, Institute for Mental Health Education and Training Seminars; University of Oklahoma Center for Continuing Education Forum, Symposium on **Childhood Trauma and Neurophysiological Development**, Norman, OK 1997
- *Invited Speaker*, Ohio State University, Risky Behaviors of Adolescents:  Integrating Research, Practice and Policy Early Symposium on **Childhood Trauma and the Effects upon Brain Development:  Effects During Adolescence**, Columbus, OH 1997
- *Invited Speaker*, Institute for Mental Health Education and Training Seminars, Symposium on **Childhood Trauma and Neurophysiological Development**, Norman, OK 1997
- *Guest Faculty; University of California, Los Angeles;* RAND Child and Adolescent Health Policy Seminarr, Grand Rounds, **Early Childhood Development**, Los Angeles, CA 1997
- *Invited Speaker*, "BrainChild" Professional Conference, Summit for Children Luncheon, Denver, CO 1997

- *Invited Speaker*, Wisconsin Council on Children and Families, Great Beginnings: The First Years Last Forever, **Principles of Working with Traumatized Children**, Madison, WI 1997

**Honorary Lectureships**

- *Invited Speaker*, National Governor's Association, Symposium on **Children: Focus on The First Three Years**, Washington, DC 1997

- *Invited Speaker*, National Committee to Prevent Child Abuse: Healthy Families America Conference, **Prenatal and Early Childhood Brain Development: Implications for HFA**, Chicago, IL 1997

- *Invited Speaker*, University of Texas Medical Center, Department of Pediatrics, Angela and William Barrett Lectureship, **Promoting The Optimal Development of Children**, Dallas, TX 1997

- *Invited Speaker*, I Am Your Child Campaign, Symposium on **Brain Development in Infants, Traces the 0-3 Timeline "Rethinking the Brain"**, Washington, DC 1997

- *Invited Speaker*, President's Summit for America's Future, Plenary Panel, **The New Way of Doing Business for America**, Philadelphia, PA 1997

- *Invited Speaker*, Senate Office Building, Senate Majority Caucus, Symposium on **Early Childhood Trauma and the Effects upon Brain Development: Effects During Adolescence**, Columbus, OH 1997

- *Invited Speaker*, The Heinz Endowments and Starting Points, University of Pittsburgh Medical Center, Symposium on **Nurturing Neurons: The Early Childhood Connection**, Pittsburgh, PA 1997

- *Plenary and Keynote Speaker*, Child's Agenda, Symposium on **Assessment and Treatment of Maltreated Children: A Neurodevelopmental Approach**, Auckland, NZ; Wellington, NZ; Christchurch, NZ 1997

- *Keynote Speaker*, Children's Advocacy Services of Greater St. Louis- Kathy J. Weinman Children's Advocacy Centre, **Neurobiological Sequelae of Abuse Principles for Working with Traumatized Children**, St. Louis, MO 1997

**1998**

**Research Presentations**

- *Invited Speaker*, American Academy of Pediatrics and the Committee on Scientific Meetings (COSM) 1998 Spring Session, **Early Brain Development: Current Thinking**, Atlanta, GA 1998

- *Invited Speaker*, Baylor College of Medicine, Psychiatry and Behavioral Sciences Grands Rounds, **Recent Advances in Trauma and Development**, Houston, TX 1998

- *Invited Speaker*, Emory University Charter Peachford Child and Adolescent Psychiatry Grand Rounds, **The Impact of Traumatic Experiences on the Developing Brain**, Atlanta, GA 1998

- *Invited Speaker*, 1998 American Psychiatric Association (APA) Annual Meeting, **The Neuro-Archeology of Child Abuse and Neglect: Use and Disuse of Dependent Neurodevelopment**, Toronto, Canada 1998

- *Keynote Speaker*, Woodruff Foundation Community Issues Forum, **Brain Development and It's Effect on Violent Behavior**, Cleveland, OH 1998

- *Keynote Speaker*, Twelfth National Conference on Child Abuse and Neglect: Engaging America's Communities, **The Impact of Abuse and Neglect on the Developing Brain**, Cincinnati, OH 1998