EXHIBIT 22

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. |
| This document relates to: | 6:06-MDL-1769-ACC-DAB |
| EILEEN MCALEXANDER, RICHARD UNGER, DAVID HALLER, and LINDA WHITTINGTON | |

## DECLARATION OF BRIAN TULLOCH, M.D.

1. My name is Brian Tulloch, M.D. I am competent to make this declaration and the facts stated herein are within my personal knowledge and are true and correct.

2. I obtained a Masters degree in Biochemistry before attending Oxford University as a Rhodes Scholar to study Medicine, thereafter specializing in Endocrinology, a field focusing on the management of Diabetes, Hormonal and other Internal Medical conditions.

3. I am a practicing Endocrinologist at Diagnostic Clinic in Houston, Texas where on a daily basis I evaluate, diagnosis and treat patients with diabetes and related complications and other metabolic and endocrine disorders. I have served as a Clinical Associate Professor in Internal Medicine and Ophthalmology at The University of Texas Medical School at Houston and a Clinical Associate Professor at M.D. Anderson Hospital and Tumor Institute, also in Houston. I have been an Attending Physician at the Diagnostic

1

Center and the Hermann Hospitals and am currently Attending Physician at the Methodist Hospital and Park Plaza Hospital, all in Houston, Texas.

4. I have conducted Medical Research, taught Medical Studies in the United Kingdom and at the University of Texas Medical School in Houston. For the past 31 years I have practiced Endocrinology, Diabetes & Internal Medicine in the Houston Medical Center. I have contributed time, funds and expertise to various Texas and National Diabetes Charities including serving as President of the American Diabetes Association, Texas State Affiliate, and twice as President of the Local ADA chapter. I have gained extensive experience in managing the medical problems of patients with diabetes and associated medical conditions similar to those presented by the subject patients. As member of a national panel of experts in Diabetes to several National Diabetes related Pharmaceutical companies I give some 30-90 lectures annually to postgraduate meetings of physician colleagues on topics related to Diabetes, Obesity, the Metabolic Syndrome, Hyperlipidemia, Hypertension and Heart Disease.

5. As consultant in Endocrinology & Metabolism to the Methodist Hospital & Park Plaza Hospitals in Houston I have covered the medical care of acute cases of diabetes presenting through the Emergency room with diabetes, hypertension, hyperlipidemia, depression and combinations thereof, not only for their management in the Emergency room, but also I have followed them for care in the hospital & Psychiatric Care Units thereafter.

6. I am a member of the American Diabetes Association, the Endocrine Society, the American Association of Clinical Endocrinologists and a Fellow of the American College of Physicians and the Royal College of Physicians of London.

2

7. I am familiar with the peer-reviewed medical and scientific literature pertaining to the causes, care and treatment of diabetes and am a Manuscript reviewer for the peer-reviewed journals *Diabetologia, Hormone and Metabolic Research, Clinical Science, Cardiovascular Research, Biochemical Pharmacology, Journal of Clinical Investigation, Journal of Biological Chemistry, Artery,* and *Metabolism: Clinical and Experimental.*

8. I have attached my curriculum vitae and the report I submitted to counsel for Plaintiffs in this litigation, and I incorporate those documents by reference herein.

9. Prior to my depositions regarding Eileen McAlexander, David Haller, Richard Unger and Linda Whittington, I had reviewed medical records provided to me and wrote a report stating opinions based on those available records, with the caveat that I reserved the right to supplement my opinions as record production was ongoing. At my depositions on each of these Plaintiffs and subsequent to that time, I have been provided additional medical records which reflect additional data involving Plaintiffs' weights and blood sugars prior to and during their use of Seroquel and diagnosis of diabetes. Additional records were produced to me at and subsequent to my depositions that were unavailable to me at the time of my initial reviews and reports. I hereby supplement and clarify my opinions and testimony as stated below based on these new records and data.

10. At the time of my deposition the question was raised as to whether or not Eileen McAlexander had evidence of diabetes prior to ingestion of Seroquel. She does not. During the deposition I was shown blood sugars drawn prior to the initiation of Seroquel, all of which were non-diagnostic of diabetes. Supplemental records have provided additional glucose levels as follows that are inconsistent with a diagnosis of diabetes prior to initiation

3

of Seroquel and support my opinion that she did not have diagnostic evidence of diabetes prior to Seroquel: 3-16-96: glucose 79 (normal); 4-12-96: glucose 116 (normal level if non-fasting, impaired glucose tolerance if fasting); 6-14-99: glucose 98 (normal); 7-12-00: glucose 84 (normal); 6-12-01 nonfasting glucose of 145 (normal for a non-fasting level); 6-19-01 glucose of 119 (normal if nonfasting and impaired glucose tolerance if fasting); and 7-26-01 glucose of 125 (normal if nonfasting and impaired glucose tolerance if fasting). All of these sugars are normal nonfasting levels. The times on some are not evident but none of them reach the level sufficient for a diagnosis of diabetes according to American Diabetes Association criteria. As such, these new records and data support my opinion that Ms. McAlexander did not have a clinical diagnosis of diabetes prior to initiation of Seroquel on August 30, 2001.

11. The issue of weight gain was also raised at the time of my deposition. Records dated 8-14-01 reflect a weight of 260 lbs. Available records dating back to 1996 reflect a weight of 271 lb. with a gradual loss down to 250 lb on 7-3-01. In actuality, Ms. McAlexander lost weight in the 5 year period prior to the initiation of Seroquel. She was given a 3 week trial of Risperdal commencing 8-9-01 and ending prior to August 30th. On August 14th a weight of 260 lb was recorded. Seroquel was started on 50 mg of Seroquel on August 30, 2001. This dose was increased to 75 mg daily on September 8, 2001. On December 1, 2001 her dose was decreased to 25 mg at bedtime. On December 13th, she weighed 278 lb, an 18 lb weight gain since the initiation of Seroquel. Records provided to me subsequent to my deposition and dated February 5th, 2002, demonstrate her weight had

4

increased to 287 lb on that date, which reflects a 27 lb weight gain since the initiation of Seroquel.

12. On February 11, 2002 she was admitted to a hospital and stated she had stopped Seroquel 3 weeks prior. At the time of my deposition I was shown a February 19, 2002 record that I had previously not been provided which reports a fasting glucose result of 146, which is consistent with a diagnosis of diabetes. At that time I did not have medical records demonstrating the weight of 287 lb on February 5th as stated above and as stated in my deposition, could not determine the amount of weight gain she had on Seroquel prior to evidencing glucose results consistent with diabetes. Thus at my deposition I stated "I will need to suspend my opinion [on weight gain] until I can find a weight that relates to that." Ongoing record production and review has provided me with that weight data, reported above, which supports a weight gain of 27 lb from the time she was started on Seroquel to the time of her first diabetic glucose result. This reflects a weight gain of greater than 10% of her body weight of 260 lb. at the time she commenced Seroquel which significantly increased her risk of diabetes and supports my opinion that but for the weight gain she evidenced on Seroquel she would not have developed diabetes when she did.

13. On February 22, 2002 she was restarted on 300 mg Seroquel at bedtime, which she continued for approximately 1 year until February 13, 2003 at which time it was increased to 600 mg daily. By 6-18-03 her weight had grown to greater than 300 lb. and her sugars were repeatedly consistent with diabetes. In September 2003 she was hospitalized and required insulin. Upon discharge she was placed on Glucophage for diabetes control. She maintained the 600 mg dose of Seroquel until July 13, 2005 when her dose was decreased to

5

200 mg. It was again decreased to 150 mg on September 29, 2005 and again to 100 mg daily on October 21, 2005. She stopped Seroquel on August 2, 2006. Her glucose control on various oral agents while on Seroquel was poor with repeated Hemoglobin A1C levels of 7 or greater.

14. Thus the additionally provided and reviewed medical records support and confirm my opinions that Ms. McAlexander gained greater than 10% of her body weight after commencing Seroquel and subsequently developed Type 2 Diabetes with poor glycemic control. Her pattern of weight gain on Seroquel and subsequent development of diabetes is consistent with patients reported in the peer-reviewed medical literature, including the AstraZeneca clinical trials, of patients who developed diabetes after exposure to Seroquel. Her weight gain subsequent to Seroquel ingestion is consistent with a published, biologically plausible mechanism of how this drug causes diabetes. It is my opinion based on reasonable medical probability that, but for ingestion of Seroquel, Eileen McAlexander would not have developed diabetes at the time of her diagnosis in February 2002.

15. Regarding Richard Unger, Defendants misrepresent the intent of my testimony regarding whether or not Richard Unger had diabetes prior to Seroquel ingestion. When asked if I knew if Mr. Unger had diabetes prior to Seroquel, it was in the context of blood sugars. Mr. Unger's available records do not record glucose levels prior to ingestion of Seroquel and I thus could not comment on whether or not they were abnormal or at diabetic level as there was simply no data to make that determination. However, the evidence supports that Mr. Unger did not have diabetes at the time the first sugar was taken after Seroquel was started, which further supports the opinion that he did not have a prior history

of diabetes and that the diabetes developed after months of Seroquel exposure and significant weight gain. As I stated in my deposition we do have a blood sugar after initiation of Seroquel on 10-29-03 which was 89 and perfectly normal while on no oral hypoglycemic agents or special diet that would control any pre-existing diabetes had it existed in Mr. Unger. Further, there are several references in the records prior to initiation of Seroquel that Mr. Unger denied diagnosis or history of diabetes prior to prescription of Seroquel, which supports a non-diabetic state as he had seen multiple health care providers who did not report symptoms of diabetes nor a history of same. On 2-7-01 Mr. Unger denied a history of diabetes. On 8-6-02 Dr. Jose Joy notes he denied a history of diabetes, again evidence that no healthcare provider had noted symptoms of nor diagnosed diabetes prior to Mr. Unger starting Seroquel. Mr. Unger did however gain at least 43 lb between the time he began taking Seroquel in 2002 and developing glucose levels of over 1000 in September 2005 which led to the new diagnosis of diabetes by Dr. Herminio Garcia-Estrada. The diagnosis of diabetes is confirmed and reiterated in his medical records by multiple treating physicians of Mr. Unger including Dr. Patricia Ares-Romano, Dr. Rafael Mas, Dr. Marie Williams, Dr. Luis Quintero, and Dr. Arnold Zager who notes his opinion that Mr. Unger's diabetes was possibly related to his use of neuroleptic medications (Seroquel). On 5-2-07 Dr. Zager notes "He was found to be diabetic, and this is noteworthy since Seroquel as well as other newer neuroleptic agents have been found to increase the chances of developing diabetes as well as lipid abnormalities. " I concur with Dr. Zager's opinions. Mr. Unger has required medical therapy for his diabetes on which he remains today. Mr. Unger had been on 200 mg of Seroquel for the majority of 2 years prior to his diagnosis of diabetes, which initially required

hospitalization and insulin due to the extremely high glucose levels. Thus it is my opinion that the evidence in available medical records is consistent with the opinion that Richard Unger did not have diabetes prior to Seroquel exposure, did develop diabetes after a 43 lb weight gain on a consistent dosing of 200 mg of the drug, and but for his prolonged use of Seroquel would not have developed diabetes at the time he was diagnosed in September 2005.

16. Regarding David Haller and the issue of pre-existing diabetes, he had 18 glucose levels drawn prior to starting Seroquel reflected in available records between 1985 and 2002, all of which reflect normal glucose levels and make pre-existing diabetes extremely unlikely. A glucose level of 128 was noted on 9-23-98 which would also be a normal non-fasting result and only 2 points over the level considered to be abnormal if fasting. Ten of the 18 normal glucose levels were drawn subsequent to this 1998 level, further supporting a non-diabetic state prior to initiation of Seroquel

17. Mr. Haller's weight was not recorded at the time he commenced Seroquel in October 2002. A weight of 226 was noted on 3-13-03 which increased to 247 on 6-23-03 on 400 mg Seroquel daily. Mr. Haller's weight fluctuated which is consistent with multiple notations in the medical records that he was gaining weight and was concerned about it. His weight on Seroquel peaked at 251 lb in May 2004, at least a 25 lb weight gain since the first weight was recorded on Seroquel, at which time his treating physician noted Mr. Haller was "concerned with his weight gain and overall health." He began to lose weight in the ensuing months. In June 2004 he required hospitalization with insulin for elevated blood sugars and suspected pancreatitis, another condition associated with Seroquel use and which Mr.

Haller's treating physician Dr. Sreenath questioned as being drug induced. Pancreatitis can further damage the insulin producing cells of the pancreas and induce diabetes. Mr. Haller lost weight during and after the hospitalization but was diagnosed with uncontrolled diabetes on August 6, 2004, at which time his weight was 225 lb after hospitalizations. Mr. Haller evidenced at least a 25 lb weight gain after commencing Seroquel, which is over 10% of his body weight and increases his risk of diabetes, and shortly thereafter was diagnosed with diabetes. While weight gain is a mechanism reported in the literature whereby Seroquel can induce diabetes, there are also reports in the medical literature in which patients did not gain weight on Seroquel but the overall risk of diabetes was still increased in that patient population. There are also mechanisms reported in the literature of Seroquel causing insulin resistance and increased glucagon production in the liver that are also accepted to be causally associated with diabetes. As with many other drug exposure-disease relationships, the exact mechanism is not always known, yet the causal association is accepted in the medical and scientific communities. It is my opinion that is the case here and that but for the exposure to Seroquel, Mr. Haller would not have developed diabetes in August 2004.

18.  In my deposition regarding Linda Whittington, I was shown a 1993 glucose level that was 123 which, if fasting, would be consistent with impaired glucose tolerance at best and not diagnostic of diabetes in any regard. If it was a non-fasting sugar, it is normal. However glucose levels after that and prior to starting atypical antipsychotic therapy were 85 (10-27-95), 99 (4-4-96), and 85 (7-16-96), all normal glucose levels, which supports a non-diabetic state as she had no diagnosis of diabetes at that time and was on no agents to control blood sugars. Prior to starting Seroquel, Ms. Whittington took Risperdal and then Zyprexa.

9

She gained a total of 20 lbs on Zyprexa but a total of 40 lb on Seroquel from first prescription to time of diagnosis of diabetes in February 2006 – twice the weight and approximately 20% of her body weight which was 204 lb 1 month prior to starting Seroquel at a 25 mg dose. After stopping Seroquel and switching to Geodon, her weight dropped back to 200 lb. This data supports that but for use of Seroquel, Ms. Whittington would not have developed diabetes when she did in February 2006.

19. Defendants also raised the issue of multiple risk factors and quantification of risk of each risk factor in each individual plaintiff and took issue with my opinions that Seroquel was the straw that broke the camel's back in each of these patient's circumstances. To clarify, epidemiology is the study of populations, not individuals. And while well designed controlled epidemiologic studies can give valuable information regarding the relative risk of an individual risk factor for a disease entity, given the differences across studies including varying demographics of the populations studied, varying controls, varying study designs and end points, and varying power of the study to detect risk, it is impossible to attribute a percentage of risk for each risk factor in a given individual. Further, a clinician such as myself must take into consideration the physiologic variables and susceptibilities of an individual and consider the fact that risk factors may interact synergistically in different ways in different patients. It is also important to note that while each of these patients had other risk factors for diabetes as do most Americans today, their risk profiles were relatively stable prior to the addition of Seroquel as a new risk factor for diabetes as demonstrated in the peer-reviewed literature and the accelerated weight gain noted in these individuals following Seroquel ingestion. Further these individuals did not develop diabetes despite

having other risk factors for diabetes until after exposure to Seroquel. This is the basis for my opinion that but for exposure to Seroquel, these individuals would not have developed diabetes when they did.

20. Defendants also implied that low dose Seroquel was not associated with weight gain. I would offer the 2007 peer-reviewed publication by Martin Brecher, et al, who is employed by AstraZeneca, as a basis for my disagreement. This analysis of data from AstraZeneca clinical trials, all of which were funded and conducted by AstraZeneca, concludes that "long-term treatment with quetiapine monotherapy is associated with moderate weight gain." Indeed Dr. Brecher notes weight gain in patients on less than 200 mg of Seroquel daily. Dr. Brecher goes on to note "the degree of weight gain associated with doses of quetiapine > 600 mg/day was generally similar to that observed with doses > 200 mg/day" and weight gain was noted in all dose categories.

21. I have reached these opinions in the cases of Eileen McAlexander, Richard Unger, David Haller, and Linda Whittington, whose cases I have reviewed, using methodology consistent with the methods used by clinicians in clinical practice when evaluating a referred patient's history and clinical course and when asked to give second opinions and consultations to other physicians based on the patient's records and diagnostic testing. My methodology with regard to each opinion was the same: I reviewed medical histories and the notes of physical examinations performed by other physicians; I gathered and scrutinized clinical data, including weight recordings and results of laboratory tests; I reviewed and analyzed existing peer-reviewed published literature and the manufacturer's

own clinical trials, all supporting the view that Seroquel can cause diabetes; and I considered the role other risk factors might have played in the development of diabetes in each individual's case. I ultimately concluded that, but for ingestion of Seroquel, Eileen McAlexander, Richard Unger, Linda Whittington, and David Haller would not have developed diabetes at the time of their respective diagnoses. I based these opinions on the totality of the circumstances – the temporal association of ingestion of Seroquel with the onset of diabetes, the fact that other risk factors had not brought about the onset of diabetes prior to the introduction of Seroquel, the presence of a biologically plausible mechanism whereby Seroquel can cause diabetes, the demonstration in the literature of a significantly increased risk of diabetes as a result of Seroquel ingestion, and the consistency in the clinical courses of the individuals here compared with those of patients in literature and clinical trials.

22. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the ___ day of November, 2008.

Brian R. Tulloch, M.D.