Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 126

1  of, one has to look at both the epidemiologic
2  content and the issue of statistical significance.
3      Barner, in the context of that, is being
4  placed in the context of the many other articles
5  involved, all of which use similar methodologies
6  and have difficulties attached to them, some of
7  which show a relationship and some of which don't.
8  And here is just one that doesn't. By controlling
9  for body mass index, it at least addresses one
10  issue.
11      Q. (By Ms. Relkin) I direct you to the last page
12  of the Barner study, it is the paragraph before the
13  limitations and the third sentence begins with
14  "although". It states, "Although our study results
15  show no difference in new onset diabetes" --
16      A. I'm sorry, I'm trying to find where you are.
17      Q. "Graphically significant".
18      A. Got you.
19      Q. "Although our study results show no difference
20  in new onset diabetes between patients taking typical
21  agents and those taking atypical agents, the overall
22  frequency in this population was 7.1 percent which is
23  higher than the 6.3 percent prevalence in the general
24  population. Thus, it is important that all patients
25  taking antipsychotic agents be monitored for symptoms

## Page 127

1  of diabetes."
2      Do you disagree with Barner's last
3  recommendation, that it is important that patients
4  taking antipsychotic agents be monitored for diabetes
5  symptoms?
6      A. I think that patients taking antipsychotic
7  agents should be monitored for symptoms of diabetes.
8  There is a much higher rate of diabetes in patients
9  with psychotic diseases.
10      Q. Is it your testimony to the court that the
11  only reason why one should monitor those patients for
12  diabetes symptoms is because of the population from
13  which they are coming as opposed to any potential risk
14  of any of the antipsychotic agents?
15      A. I don't think it is the only reason. The
16  background issue is a given disease that they have
17  which is associated with diabetes. That's reason
18  enough.
19      The difference that's explained here of 7.1
20  percent and 6.3 percent prevalence is hard to interpret
21  in terms of how significant that is and whether that
22  alone is enough to have you screening for patients
23  taking these agents. In fact, if the prevalence of
24  diabetes in the population as a whole is 6.3 percent,
25  there's arguments for screening. At CDC while I was

## Page 128

1  there, we issued a recommendation that all adults
2  should be screened for diabetes.
3      Q. Do you understand that a package insert when a
4  drug company makes recommendations for following
5  patients who are on a drug, that the recommendations
6  are generally derived because of concerns about what
7  the drug may precipitate as opposed to general public
8  health recommendations which are more like the CDC
9  bailiwick?
10      MS. THORPE: Object to form, vague, ambiguous.
11      THE WITNESS: I understand there are different
12  criteria by which package insert statements get
13  written that aren't used in many other parts of
14  health care and medicine.
15      Q. (By Ms. Relkin) Have you reviewed -- by the
16  way, given your earlier testimony that you have no
17  opinion and did not study the data as to whether the
18  first generation or other second generation
19  antipsychotic drugs contribute to diabetes, does that
20  in any way handicap your ability to assess the validity
21  of this study?
22      A. No, because I can read this study and see
23  which information they have used and how they have
24  interpreted it. The data speak for themselves.
25      They provide background in the study, and the

## Page 129

1  data in this study indicate what's happened with
2  olanzapine and what's happened with it relevant to the
3  other atypicals being addressed. So I think one can
4  readily analyze and interpret and comment on a study
5  like this, while not having formed an opinion suitable
6  for medical or legal review in the course of so doing.
7      Q. When you read this study and you read that
8  language I just read to you about the difference and
9  frequency in the population between the general
10  population and this study's population, did that make
11  you want to take a harder look at what the data is on
12  these other antipsychotics since these are a lot of the
13  comparators?
14      MS. THORPE: Object to form.
15      THE WITNESS: The difference between 7.1 and
16  6.3 is of interest. Again, that's not what I was
17  focusing on in the study, nor is the particular
18  conclusion from Barner one that I have relied my
19  opinion on, having said several times that this
20  mix of studies, even those such as Barner that
21  found no difference, and those such as a minority
22  but eight of the others which found a difference.
23  I wouldn't rely a scientific opinion on any of
24  that body of literature.
25      Q. (By Ms. Relkin) Have you reviewed the package

33 (Pages 126 to 129)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 130

1  insert for Seroquel?
2      A. Yes.
3      Q. Do you disagree with any of the information in
4  the package insert?
5      A. Can I see the package insert?
6      Q. While you sit here, is there anything that you
7  can recall that you disagree with?
8      A. I'm not willing to do that.
9      Q. If I have time, I'll get back to it.
10     A. It is a long, detailed, multi-clause package
11 insert.
12     Q. You didn't comment about it in your report.
13     A. I didn't feel it was necessary.
14     Q. If I have time, we'll get to it. You talked
15 about polycystic ovarian syndrome as one condition that
16 causes diabetes. Are you aware of other medical
17 conditions that cause diabetes?
18        MS. THORPE: Object to form, mischaracterizes
19 his testimony.
20        THE WITNESS: I included as I indicated
21 before, polycystic kidney disease in this chart as
22 a comparator to recognize the risk factors for the
23 occurrence of diabetes. There are other endocrine
24 disorders that I think are related to diabetes.
25        There are undoubtedly other health conditions

Page 131

1      which pose a risk of diabetes I'm not thinking of
2      now, but some such as tumors of the pancreas or
3      removal of the pancreas for one reason or another,
4      et cetera, et cetera. But again, that wasn't the
5      reason I created this particular table, as I
6      indicated before the reasons I did it.
7      Q. (By Ms. Relkin) I understand. I just wanted
8  to explore that. What about Cushing's syndrome?
9      A. I said there are other endocrine conditions
10 that are related. Cushing's syndrome is an endocrine
11 disorder.
12     Q. In your opinion Cushing's syndrome is a
13 disorder that can cause diabetes?
14     A. I believe so, yes.
15     Q. You don't have a relative risk for that? Do
16 you know whether a relative risk even exists for
17 Cushing's syndrome, or is it just so generally
18 recognized in the endocrine community that --
19     A. I think one, again, compared to one's weight,
20 age, diet, it's dwarfed by these others in terms of
21 prevalence in the population in terms of general
22 applicability. So I don't know what the relative risk
23 is, there may be one, I don't know what the relative
24 risk is for Cushing's syndrome, but it is certainly
25 not listed as a general risk factor for the

Page 132

1  population.
2      Q. What is the criteria for the diagnosis of
3  diabetes mellitus II?
4      A. The ADA criteria, I actually wouldn't mind
5  having the ADA handout.
6      Q. I will get it for you, but do you know the
7  answer offhand?
8      A. I do.
9      Q. Can you tell me?
10     A. I'd like to look at it at the same time.
11        MS. RELKIN: Let's mark that.
12        (Plaintiffs' Exhibit-7 was marked for
13 identification.)
14        MS. RELKIN: We have marked as Exhibit 7 the
15 consensus development conference on antipsychotic
16 drugs and obesity and diabetes.
17        THE WITNESS: This is not the ADA publication
18 criteria which usually occurs on screening
19 documents.
20     Q. (By Ms. Relkin) This is what I had handy.
21        MS. THORPE: I think we have it.
22        MS. RELKIN: I will move on because time is
23 tight.
24     Q. (By Ms. Relkin) Doctor, what is a clinically
25 significant change in mean fasting glucose?

Page 133

1      A. One that would be large enough to have a
2  health impact.
3      Q. Would that vary patient by patient, clinically
4  significant to a particular patient?
5      A. In some circumstances.
6      Q. Obviously, it would vary by patient, but what
7  is the range of numbers that to you, the smallest
8  number by which a particular patient could have a
9  clinically significant change in mean fasting glucose?
10     A. I'd say changes under 5 or 10 are probably not
11 clinically significant. But again, it depends on the
12 individual patient you are looking at and what their
13 particular blood glucose is at the time.
14     Q. If someone's fasting blood glucose at the time
15 is 121 and then they have a change of 5, that gets them
16 to 126; is that right?
17     A. 5 and 121 is 126.
18     Q. Is 126 the accepted number by the ADA for
19 diagnosis of diabetes?
20     A. In two measurements.
21     Q. So if someone has a change of 5 in two
22 measurements and they start with a baseline fasting
23 glucose of 121, would you agree that 5 for that patient
24 is clinically significant?
25     A. It has clinical significance if that would

34 (Pages 130 to 133)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 134

1 cause the doctor to alter their treatment plan.
2 Q. That would render them to be diagnosed under
3 accepted criteria as being diabetic; is that correct?
4 A. That's correct.
5 Q. Does everyone whose diagnosis of being
6 diabetic then get diabetes medication?
7 A. Most do if there is a confirmed diagnosis.
8 Some doctors like to add other tests to the glucose
9 tolerance test.
10 Q. Some doctors like to, if someone is on the
11 cusp, say they just get to 126, might try diet and
12 exercise as a way to avoid diabetes medication, is
13 that done too?
14 A. It is.
15 Q. Not necessarily everyone who is diagnosed with
16 diabetes gets diabetes medication, but many do; is that
17 true?
18 A. Rather than use the term medication, I'd
19 probably say an intervention on the part of the doctor
20 which might include medication, might include
21 behavioral modification.
22 Q. Many of the studies that you described in your
23 report of those 20 studies, they determine if someone
24 has diabetes based on the ICD-9 code; is that right?
25 A. That's correct.

## Page 135

1 Q. Some of them use as an alternative the
2 commencement of a prescription of an antidiabetic
3 agent, Metformin or some other medication; is that
4 right?
5 A. I'd have to look at the individual studies.
6 Again, the nature of the studies, some define how they
7 have diagnosed diabetes or used it in the study. Some
8 haven't. Some have been more vague.
9 Q. If one of the studies used, as the surrogate
10 for ascertainment of diabetes, the prescription of a
11 diabetes medication, would you agree that it might
12 under-ascertain the incidence of diabetes for those
13 physicians who choose to first try the exercise-diet
14 route because that person would not be coded as a
15 diabetic even though they reached the criteria of 126
16 measured twice?
17 A. I thought I had you until you added that last
18 sentence.
19 MS. RELKIN: Let's repeat it without that last
20 clause. Thank you.
21 And whenever you want to break, let me know.
22 MS. THORPE: I would like to break, but I
23 don't want to interrupt your questioning.
24 MS. RELKIN: Let's get this question.
25 (Thereupon, a portion of the record was read

## Page 136

1 by the reporter as follows:
2 "If one of the studies used, as the surrogate
3 for ascertainment of diabetes, the prescription of
4 a diabetes medication, would you agree that it
5 might under-ascertain the incidence of diabetes
6 for those physicians who choose to first try the
7 exercise-diet route?")
8 MS. THORPE: Object to form, vague, ambiguous.
9 THE WITNESS: My answer is I don't know the
10 answer to that, whether they are just as likely to
11 put down the diagnosis of diabetes as not, and
12 record it, because at some point they have to say
13 why are they recommending that this person do this
14 behavioral change. Normally you would say, I'm
15 doing it because I am managing a first diagnosis
16 of diabetes.
17 You are just as likely to get folks who
18 potentially are over-diagnosing diabetes on the
19 basis of only one measurement or a measurement
20 that's near that. So these are ascertainment
21 issues that crop up in any kind of study like
22 this.
23 MS. RELKIN: Want to take a break?
24 MS. THORPE: Sure.
25 (Whereupon, at 2:44 p.m., a ten-minute recess

## Page 137

1 was taken.)
2 MS. RELKIN: Would you read his last answer.
3 (Whereupon, the record was read by the
4 reporter as requested.)
5 Q. (By Ms. Relkin) Do you agree that there is
6 persuasive literature that Seroquel causes
7 statistically significant weight gain amongst its
8 users?
9 A. Seroquel is associated with a two to
10 five-kilogram weight gain when one looks at the body of
11 literature.
12 Q. That's how many pounds?
13 A. Roughly four-plus to ten or twelve, probably,
14 doing the kilogram conversions in my head.
15 Q. That weight gain can commence how soon after
16 the commencement of Seroquel use?
17 A. Most of the weight gain observed occurs within
18 the first several weeks of use of Seroquel and then
19 plateaus.
20 Q. But it doesn't generally go down, fair to
21 state?
22 A. No, some people lose weight over time and some
23 gain some more. It is a distribution. The numbers I
24 gave you were the mean figures for it.
25 Q. But from a mean perspective, those who remain

35 (Pages 134 to 137)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

**Page 138**

1 on it do not lose weight, although obviously with a
2 mean some people will and some people won't.
3     MS. THORPE:  Object to form, compound and
4 mischaracterizes his testimony.
5     THE WITNESS:  I'm sorry.
6     Q. (By Ms. Relkin)  Did you hear it?
7     A. Give it to me again.
8     MS. RELKIN:  Read it back.
9     (Thereupon, a portion of the record was read
10 by the reporter.)
11     THE WITNESS:  That was my --
12     Q. (By Ms. Relkin)  That was my question.  I am
13 asking questions that sound like your answer.
14     A mean is the same as an average, correct?
15     A. Correct.
16     Q. So therefore, the numbers you gave of a mean
17 weight gain of four-plus to ten pounds or twelve pounds
18 would connote that while some people may have lost
19 weight, there is sufficient increase that you are
20 getting an average increase of the magnitude you
21 described of four to twelve pounds, fair to state?
22     A. I would say in terms of it represents a
23 distribution of weights with the mean as you have
24 described it as an average in the middle.  That's where
25 the two to five kilograms are.

**Page 139**

1     And then it means there is a tail on either
2 side of some people that have not gained at all, some
3 may have lost, some may have gained less than two
4 kilograms and some may have gained more than five
5 kilograms.
6     Q. Some people may have gained up to twenty pounds
7 or twenty-four pounds potentially?
8     A. It is a possibility.
9     Q. Have you reviewed the literature on the
10 association between Seroquel use and triglycerides?
11     A. I have.
12     Q. Have you addressed that in your report?
13     A. I haven't emphasized triglycerides in the
14 report.  The focus in this seemed to be weight and the
15 diabetes outcome.
16     Q. Is it discussed anywhere in your report, this issue
17 of triglycerides; I just don't remember offhand?
18     (Witness reviewing document.)
19     A. I am looking at the declaration.
20     Q. The report is the longer one than the
21 declaration.
22     A. Right, I know.  No, I didn't.  There
23 are a variety of measures or things that are used
24 to measure elements in the metabolic syndrome
25 including weight circumference and ratio and

**Page 140**

1 triglycerides, et cetera.  I chose because this is
2 the one most commonly used in most of the literature
3 on weight or surrogate or more accurate measure of BMI.
4     Q. What, if any, role do those triglycerides have
5 in the development of diabetes?
6     A. It's unclear.
7     Q. There is some data on the role; is that right?
8     A. It is scientifically unclear what the
9 relationship is between triglycerides and diabetes.
10     Q. Is it fair to say it is an end point of
11 concern that many investigators look at triglycerides
12 as one of the tests that are performed to consider
13 metabolic factors in an agent?
14     MS. THORPE:  Object to form.
15     THE WITNESS:  It is a test along with several
16 others that gets ordered to assess metabolic
17 state.
18     Q. (By Ms. Relkin)  Generally, high triglycerides
19 is not a good thing from a public health perspective,
20 would you agree?
21     A. High triglycerides along with other
22 alterations of your lipoprotein spectrum have to be
23 considered in terms of management care.
24     Q. Endocrinologists measure triglycerides in
25 patients because it is an end point that can have

**Page 141**

1 endocrinological, it is a matter of endocrinological
2 concern?
3     That's poorly worded.  Let me withdraw that.
4     Why do endocrinologists look at triglyceride
5 measurement in patients?
6     A. I leave that up to them to explain.  As a
7 general internist, it is a test I would get along with
8 a number of other tests.  But it is an important one
9 and worth obtaining.
10     Q. What were your findings as to the association
11 between Seroquel ingestion and triglycerides?
12     A. Not all the studies look at triglycerides.
13 There's a couple that do and it might pay to -- do you
14 have a specific result that you are concerned about?
15     Q. It is a generic question I have and we could
16 start pulling out specific studies.  But time is tight.
17     A. I didn't find a consistent pattern of Seroquel
18 leading to a given outcome in triglycerides that would
19 lead me to draw a conclusion based on the literature as
20 I have described it in the report that I have used.
21     Q. You did see some studies that showed a
22 statistically significant increase in triglycerides
23 among Seroquel users; is that fair to state?
24     MS. THORPE:  Object to form.  And let me
25 stress that this is not a memory test.  If you

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 142

1 have got a study that you want to show the doctor,
2 you can do that.
3 MS. RELKIN: It is not a memory test on my end
4 too, and I don't have every study at my disposal.
5 MS. THORPE: Your question is, is there any
6 study? You said some. What do you mean?
7 MS. RELKIN: It wasn't in his report. He said
8 he reviewed it. I want to get an understanding of
9 what his take is on it because it is a potentially
10 important issue. And I don't have everything here
11 to show him.
12 MS. THORPE: I was thinking you had an article
13 to show him. But that's okay.
14 MS. RELKIN: I am not a defense lawyer, I am
15 not as prepared. What can I say.
16 THE WITNESS: Again, in the absence of a
17 particular set of data to look at, my summary
18 conclusions from the data was that it was a mixed
19 bag and that, yes, there may have been elements of
20 it that showed an increase of, and whether it
21 reached statistical significance or not, I'd have
22 to look at the article, but it showed an increase
23 in triglycerides.
24 But there were other elements in those same
25 articles that undermined the strength of any

Page 143

1 increase and indeed questioned whether this was
2 consistent and valid. And in fact, in one of the
3 articles, maybe I will recall as I look through my
4 own report, that even in the places where there
5 was a potential slight increase in triglycerides,
6 the blood glucose was not increased. So in some
7 of the studies as well, and this may have been, I
8 don't remember whether it was in the FDA
9 submission.
10 Again, I'd have to see what you are looking
11 at, there was some kind of artificial divisions of
12 the data that permitted one piece of it to look
13 elevated and the other piece wasn't elevated or
14 not significant. So it makes it very hard to
15 interpret what the meaning of that is.
16 Q. (By Ms. Relkin) Triglyceride levels are
17 measured in some of the clinical studies as well, is
18 that fair to say?
19 A. It might be helpful to actually be able to
20 look at what you are referring to.
21 Q. If triglyceride levels shifted to greater than
22 150 milligrams per deciliter in 29.2 percent of the
23 quetiapine patients as compared to 20.4 percent of
24 placebo-treated patients, would that be a finding that
25 you would find of concern?

Page 144

1 A. Is this a hypothetical with numbers you have
2 just created?
3 Q. No, this is from an internal summary done by
4 my office of Study 126.
5 A. I'd really like to look at 126 and see those
6 tables if we are going to talk about it.
7 Q. This is from your box. This is yours.
8 A. Great, I still need to see it. There's a lot
9 of stuff in the box.
10 Q. Here is 126. This is yours.
11 (Plaintiffs' Exhibit-8 was marked for
12 identification.)
13 Q. (By Ms. Relkin) We are calling this Exhibit 8.
14 (Witness reviewing document.)
15 Q. Are you ready to answer that question?
16 A. No, I would like to know where you are
17 looking. I have got 126.
18 Q. 126, yes.
19 A. Where are you quoting from?
20 Q. Under the safety data section.
21 A. Do you have a page, table number?
22 Q. If you want to give it back to us for a
23 second, we can try to direct you to it.
24 A. Okay.
25 Q. While my colleague is trying to find the right

Page 145

1 page, with regard to Study 126, did you review the
2 complete, entire Study 126 or was it excerpted, do you
3 know?
4 A. I believe if it is four inches thick, then I
5 had the complete study.
6 Q. What we have here which came from your box --
7 MS. THORPE: You also got discs.
8 THE WITNESS: Yes, there are discs in that
9 stuff.
10 Q. (By Ms. Relkin) Did you print out all the
11 discs?
12 A. Oh, no.
13 Q. Did you sit at your computer and review every
14 page of those discs?
15 A. I moved through it. They have indexes and
16 there's lots of stuff in there that's not relevant to
17 this particular litigation and I found the things that
18 were.
19 Q. Is triglyceride levels something that you
20 consider being relevant?
21 A. Sure, it's in tables.
22 Q. You would agree that Study 126 was carefully
23 controlled?
24 A. Study 126 and 127 fall into the observational
25 epi category that we have been discussing which is that

37 (Pages 142 to 145)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 146

1    those were designed with a different purpose in mind.
2    They were designed as efficacy studies, but in so
3    doing, were collecting safety information along the
4    way.  And as such they have some of the pitfalls of the
5    observational epi that we spent sometime discussing
6    already, namely, that some of the significant risk
7    factors, in particular, weight, obesity, BMI, are not
8    part of the analysis.
9         Q.  Apparently the hard copy that's here that we
10   marked as Exhibit 8 does not have the data with the
11   triglycerides, so obviously we don't have time to fire
12   up the computer and find the CD and pull it out.  So
13   sitting here, you don't know what the triglyceride
14   findings were from 126 and you didn't draw any opinions
15   from that?
16        A.  As I indicated, there must be 300 pages in
17   that submission, and I have seen them more than once
18   and I have analyzed them and reviewed them.  But I am
19   not prepared to talk about them without having them in
20   front of me.
21        Q.  When you reviewed them, you didn't make your
22   own notes as to triglycerides?
23        A.  I rarely make my own notes.
24        Q.  Did you review Study 144?
25        A.  Study 144, does that have a different, an

Page 147

1    alternative title?  Is that part of 126?  Look at the
2    top.  There's like a slash.  Some of these have two
3    different numbers.
4         Q.  144 is a distinct study from 126.  It is
5    entitled MultiCenter, Randomized, Parallel-Group,
6    Double-Blind, Placebo-Controlled Phase III Study of the
7    Efficacy and Safety of Quetiapine Fumarate and Lithium
8    as Monotherapy for up to 104 Weeks Maintenance
9    Treatment of Bipolar I Disorder in Adult Patients.
10        MS. THORPE:  I am going to object to this
11   question, this whole line of questioning.  As you
12   could tell by the Study Number 144, there are a
13   huge number of these clinical trials that have
14   been produced to you and they are on discs and
15   there is an FDA submission with 84 trials
16   summarized.
17        So to call out a number and ask somebody if
18   they remember if they read Study 144 when you are
19   sitting there with the boxes of documents is not
20   right.  So I object.
21        MS. RELKIN:  If I ask a generic question, I'm
22   faulted for not pointing out a specific study.  So
23   now I am going to a specific study that I am going
24   to ask him questions about.  I gave him the study
25   number, he didn't recognize the number.

Page 148

1         MS. THORPE:  He hasn't responded to your
2    question.
3         MS. RELKIN:  So I said, here's the title and
4    then I am going to ask some follow up substantive
5    questions.  So right now you are objecting because
6    I am asking him a question because there are a lot
7    of studies and he doesn't remember them all.
8    That's the nature of your objection.  That's crazy.
9         MS. THORPE:  I have made my objections.  You
10   have characterized it.
11        Q.  (By Ms. Relkin)  Having read that long title
12   to which I got an objection --
13        A.  Snappy title.
14        Q.  Very snappy, dated April 1, 2008, do you
15   recall the study?
16        A.  I can answer this much more easily for you if
17   you are willing to hand me back my --
18        Q.  Absolutely.
19        A.  Besides that, I've got a pile of notes in
20   front of you which may indicate to me whether I --
21        Q.  Let's mark your notes, by the way.  We'll mark
22   as Exhibit 9 --
23        A.  These are not notes on all the studies.  They
24   happened to be notes I took on some of them.
25        Q.  It looks to me on Exhibit 9 there is a pad --

Page 149

1         MS. THORPE:  He has a note that I saw tucked
2    into his report too.  Be sure and get that.
3         THE WITNESS:  This is a summary that I just
4    put together for materials.
5         Q.  (By Ms. Relkin)  Was that done during the
6    break?
7         A.  No.  I did this one myself as I looked over my
8    report.  You asked a question on whatever, I can find
9    it more easily in here by knowing that.
10        Q.  Of course, that's fine.  That's great.
11        A.  I just think Number 144 may be there.
12        Q.  I am going to give it to you.  This legal pad,
13   are those patient-specific notes of the particular
14   Plaintiffs?
15        A.  They are.
16        Q.  That's what it looks like.  I will just stick
17   a tab on it.  We don't have to waste any time on it.
18        (Plaintiffs' Exhibit-9 was marked for
19   identification.)
20        Q.  (By Ms. Relkin)  This is 9.  I think the notes
21   you are probably looking for are three pages and I
22   don't know whether they all go together.  You just gave
23   me one of them.
24        A.  No, they are separate.
25        (Plaintiffs' Exhibit-11 was marked for

38  (Pages 146 to 149)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 150

1 identification.)
2 Q. (By Ms. Relkin) Exhibit 11 is the one you just
3 handed to me that was stuck in your report that you did
4 in preparation.
5 (Plaintiffs' Exhibit-10 was marked for
6 identification.)
7 Q. (By Ms. Relkin) Exhibit 10, I just went out of
8 order, is some other notes that you will identify.
9 A. Rather than start looking through all this, if
10 you have got the copy of 144.
11 (Plaintiffs' Exhibit-12 was marked for
12 identification.)
13 Q. (By Ms. Relkin) Exhibit 12 is on a red piece
14 of paper with other notes. Maybe this will help.
15 A. I don't need that.
16 Q. Did you take a look at that one?
17 (Witness reviewing document.)
18 A. I don't need it.
19 Q. These notes that you just looked at don't
20 encompass 144?
21 A. No.
22 Q. You have notes about 125, 126 and 127?
23 A. Right. But you were about to give me that.
24 Q. Yes. And then I put a yellow sticky on Page
25 243 because that's where there is some discussion of

Page 152

1 here which describes it, actually. So the data on
2 which this statement you have got here is not here.
3 Q. This is from your files.
4 A. It may be from my file, I am just telling you
5 that the other piece is somewhere else in the file, I
6 don't know. But this is not complete.
7 Q. When you say the blurb, there is text in this
8 study that discusses triglyceride levels, correct?
9 A. Correct.
10 Q. Do you want to read that into the record since
11 we only have one copy?
12 A. Sure. Can I read the other things in the same
13 section?
14 Q. My question is devoted right now to the
15 triglycerides.
16 A. That's exactly what I am going to read to you
17 in a second. A difference could be observed in the
18 proportion of patients with a shift in triglycerides to
19 greater or equal to 150 milligrams per deciliter, 18.7
20 percent in the Seroquel treatment group, 13 percent in
21 the placebo treatment group, 12.9 percent in the
22 Lithium treatment group.
23 That was what you wanted. Now, if we back up
24 a bit, "All treatment groups decreased in total
25 cholesterol, LDL and triglycerides during randomized

Page 151

1 the triglyceride levels, and there's a check on this,
2 this is from your file, there is a check.
3 A. That's my check.
4 Q. That means you read it?
5 A. That means I read it.
6 MS. RELKIN: Did we give this an exhibit tab
7 or not? Here is Exhibit 13 for Study 144, or the
8 abstracted.
9 (Plaintiffs' Exhibit-13 and Exhibit-14 were
10 marked for identification.)
11 (Witness reviewing document.)
12 Q. (By Ms. Relkin) Doctor, obviously you can't
13 read the whole study in the time constraints we have,
14 but look at enough of it to see the introduction to
15 context and the page I directed you to on triglycerides.
16 A. I need some more time, I'm afraid, one of the
17 reasons being that there are multiples of these studies
18 in these different populations and the methodology was
19 different in many of them. So I just want to be sure
20 what we have got before I offer commentary.
21 (Witness reviewing document.)
22 Q. Are you able to --
23 A. This is not the complete thing, because there
24 is a reference to some of this data in Table 11.3.9.5-8
25 which is highly relevant to this blurb you have got

Page 153

1 treatment. Decreases in lipid laboratory data were
2 smaller than the quetiapine treatment group compared
3 with the placebo and Lithium treatment groups except
4 for HDL. However, HDL levels changed very little in
5 all treatment groups."
6 Q. Do you know what the data is on Lithium and
7 triglycerides?
8 A. Again, I need the table.
9 Q. I am just saying, not from this study but just
10 as a generic matter, do you know whether there is an
11 association between Lithium used and increased
12 triglycerides?
13 A. I don't have data on them specifically.
14 One other important thing in this study that I
15 think is very important is, it is one of those, it is a
16 study looking at efficacy. And because other
17 antipsychotic meds weren't used, there is a placebo
18 group and a Seroquel group.
19 And there is a much higher dropout rate from
20 patients in the placebo group. So you end up with much
21 more study time in the Seroquel group.
22 The reason is that the people in the placebo
23 group are having psychiatric episodes and have to be
24 placed on something, so they drop out of the
25 study. So over the period of time of the study, and it

                39 (Pages 150 to 153)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

**Page 154**

1  is described here in the method, that's where I was
2  taking my time earlier to look at it, you end up with,
3  I think, a 40 percent difference in amount of time in
4  the study, and that 40 percent difference means you
5  are observing events in one group for 40 percent more
6  time than you are in the other.
7      And that permits a higher level of whatever it
8  is you are measuring. So there needs to be some
9  adjustment for that.
10      Q. Do you know whether they did adjust for that?
11      A. They didn't adjust for it in the particular
12  descriptions that both I read and you read, or that I
13  read for you.
14      Q. You referred to it as being an efficacy study,
15  but the title is Safety and Efficacy, correct?
16      A. Yes, but it was designed primarily, if you
17  look at the first 15 pages or the first set of purposes
18  of it, and we start with primary objective, look at the
19  primary objective. It's initiation, how does it treat,
20  these scores that are the young mania rating scale, the
21  depression rating scale are all efficacy studies.
22  That's the primary objective.
23      It then lists a total of nine secondary
24  objectives, and Number 9 is "To determine whether
25  quetiapine is safe and well-tolerated." So yes, it

**Page 155**

1  lists both, but there is a huge difference in the
2  emphasis on why this study was being done.
3      Q. You talked about dropout rates, people
4  dropping out because they were on placebo and not
5  getting treated for their psychoses. But would you
6  agree that there is also a dropout problem in other
7  studies due to the therapeutic drugs having unwanted
8  adverse effects?
9      A. Any time you get a dropout in a study, you
10  have to consider that in terms of the analysis in the
11  study.
12      Q. But if a drug makes people uncomfortable,
13  makes them lose weight, does any other number of
14  unpleasant things, some people drop out because they
15  can't tolerate the drug or don't like it?
16      A. Yes.
17      Q. To be clear, dropout is not exclusive to a
18  placebo?
19      A. None of those have a 40 percent dropout rate.
20  40 percent is a huge chunk. It is almost half of your
21  total population, so it can affect the results, as
22  opposed to three or four people or ten.
23      Q. Let's go to Study 125. That's a study you
24  talk about in your report. Do you recall Study 125?
25      A. I am getting a pile of stuff here.

**Page 156**

1      Q. Just put it in the middle. That's the pile.
2  We are moving on. We could spend hours on each of
3  them, but obviously we don't have it.
4      Do you recall Study 125?
5      A. Yes.
6      Q. That's a study you talk about in your report
7  that I think you find as being supportive of the safety
8  of Seroquel; is that right?
9      A. Study 125 is looking specifically, right, at
10  the relationship of Seroquel on glucose metabolism. It
11  is the one study that expressly does that.
12      Q. Do you know whether Study 125 has ever been
13  published?
14      A. Not that I know of.
15      Q. Do you know that there was a poster
16  presentation done by Ratner about that study?
17      A. I may have seen the blurb on the poster at
18  sometime.
19      Q. Do you know Dr. Newcomer? Are you familiar
20  with his name?
21      A. I know of Dr. Newcomer. I don't know him
22  personally. He is a psychiatrist at Wash U in St.
23  Louis, I believe, if he is still there.
24      Q. Do you know whether Dr. Newcomer had reviewed
25  a draft of Study 125 and made a number of substantive

**Page 157**

1  comments? Have you seen those?
2      A. I don't. I am familiar with his other work
3  including a very thorough review of all the
4  antipsychotic agents including Seroquel.
5      Q. Did you ask counsel to give you all the
6  documents in their files that were at all germane to
7  this issue?
8      A. Yes.
9      Q. Did you see any, other than the actual studies
10  and study reports, did you see any internal company
11  documents such as emails, memos and so forth?
12      A. I asked for all the scientific information
13  relevant to my being prepared to make comments on the
14  questions asked of me. I didn't ask for memos or
15  internal company documents.
16      Q. If physicians and statisticians within the
17  company who are very familiar with the drug and the
18  studies have done their own analysis of the studies and
19  commented, is that information you might find helpful?
20      A. I'm not quite sure what you are talking about
21  in terms of -- you mean they took the data and they
22  issued a report, they published something, or what?
23      Q. They took the data and they discussed
24  internally issues of concern, phraseology about how to
25  address certain issues, problem issues.

40  (Pages 154 to 157)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 158

1  MS. THORPE: Object to form as vague,
2  ambiguous. There's no way anybody could know what
3  you are talking about from your question.
4  Q. (By Ms. Relkin) Internal candid assessments
5  by the scientists, physicians, statisticians at
6  AstraZeneca about some of the very studies you've
7  reviewed, have you seen any of the that data?
8  MS. THORPE: Object to the form and object to
9  the characterization. If you got such documents
10  that you want the witness to look at, put them on
11  the table.
12  MS. RELKIN: If I have time, I will. I want
13  to know if at any time he reviewed it.
14  MS. THORPE: No, let the record reflect that
15  that kind of allegation that comes from that kind
16  of statement when you don't back it up with
17  something that you won't let the witness look at,
18  speaks for itself.
19  MS. RELKIN: Internal candid statements, is
20  that a bad thing?
21  MS. THORPE: The way you described it and the
22  tone of voice in which you said it, you put the
23  document on the table, and let's talk about it.
24  MS. RELKIN: Ms. Thorpe, you keep referring to
25  tone of voice. It is really inappropriate. My

## Page 159

1  tone of voice is not raised.
2  I happen to be from New York, I have
3  inflexions, excuse me. I don't speak with a flat
4  affect. To criticize that is really offensive.
5  MS. THORPE: We are waiting for the documents.
6  MS. RELKIN: No, we are not waiting for
7  documents. You are not telling me how to take my
8  deposition.
9  Q. (By Ms. Relkin) Did you see such documents,
10  internal assessments of safety data that were not
11  published, that were memos between AstraZeneca
12  officials? Have you seen any?
13  MS. RELKIN: Object to the form of the
14  question, for the reasons previously stated.
15  Q. (By Ms. Relkin) When I say officials, I mean
16  scientists.
17  MS. THORPE: Same objection.
18  THE WITNESS: I have not seen internal memos.
19  Q. (By Ms. Relkin) You talked about the
20  well-done review by Dr. Newcomer. You have not seen
21  Dr. Newcomer's comments with regard to draft
22  publications of Study 125, correct?
23  A. Not that I recall.
24  Q. Going back to, the way we went from 144 to 125
25  is you highlighted the high dropout rate in 144 because

## Page 160

1  of the fact that it was placebo.
2  MS. THORPE: Object to form. I think you
3  misspoke in terms of the numbers. So I think the
4  record is going to be unclear.
5  MS. RELKIN: Maybe I misspoke.
6  Q. (By Ms. Relkin) When you were talking about
7  Study 144, you made a point of stating that there was a
8  high dropout rate in Study 144 because it was a placebo
9  trial and patients were having psychotic episodes so
10  they dropped out; is that right?
11  A. They had to go on some kind of therapy, so
12  they couldn't be on no drug therapy.
13  Q. Therefore, that was a concern you had about
14  the data?
15  A. It affects the interpretation of results.
16  Q. Segway to Study 125, and Study 125 which we
17  briefly addressed is something you discussed in your
18  report, correct?
19  A. Yes.
20  Q. If you can turn to Page 21 of your report.
21  A. Yes.
22  Q. So you start talking about Study 125 on Page
23  20 of your report, right? And you describe it being a
24  randomized trial comparing alternative, atypical
25  antipsychotics conducted by AstraZeneca with the express

## Page 161

1  intention of evaluating the effect of Seroquel on glucose
2  metabolism. And then you talk about some of the study
3  strengths. And then you note that the study, "Despite the
4  strong design, the study did have some limitations,
5  specifically it was not placebo-controlled and was
6  subject to a significant dropout rate."
7  Do you see that?
8  A. I do.
9  Q. Do you recall what that dropout rate was?
10  A. No, I'd have to get a copy of 125 again.
11  Q. Will you accept my representation that 59 out
12  of 168 patients on quetiapine dropped out or
13  discontinued. Would you consider as you describe a
14  significant dropout rate, is that a significant dropout
15  rate?
16  A. Sorry, I'm not imputing anything to you but
17  these studies which are thick and complicated and
18  different from each other, I feel I really need to look
19  at it once numbers start coming out. The statements I
20  make, I stand by, but when it comes to giving the exact
21  numbers, I really need to look at the numbers.
22  Q. These are your notes, great. This makes life
23  easier. Happily either you or counsel did a chart.
24  A. No, that chart was done by my sometime
25  assistant, and I really haven't used it. But I

41 (Pages 158 to 161)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

**Page 162**

1 submitted it because it was part of the stuff for
2 preparation.
3     Q. But I take it since he is your graduate
4 student you --
5     A. Stand by everything he wrote, no.
6     Q. You don't think he is capable of accurately
7 putting in the table, the dropout rate?
8     A. It doesn't matter. I would like to have the
9 125 in front of me if we are going to discuss 125.
10     Q. It is not a perfect world. Studies aren't
11 perfect and depositions aren't perfect, and we have
12 time and space limitations. The best we have is your
13 own surrogate, the guy you hired who has been paid by
14 Alston & Bird who you relied upon for literature
15 search, for discussing issues. Here is his chart which
16 was included and if you can tell me from his chart what
17 the discontinuance rate is, recognizing with your
18 qualifier that you don't necessarily accept that what
19 he did was accurate.
20     (Witness reviewing document.)
21     A. What's here is a rather shorthand description,
22 and I'm sorry, it may not be a perfect world, but it is
23 even more imperfect not to have the document that you
24 want me to refer to in hand. And I would rather not
25 have a secondary, cursory summary if I am going to

**Page 163**

1 discuss it.
2     Q. So the summary of 59 out of 168 patients you
3 are not accepting as being accurate necessarily?
4     A. Where do you see 59? Where are those numbers
5 on here?
6     Q. Go to the next page, the very top of the
7 chart. Here is a copy of the whole study.
8     A. I would say that I have no reason to think
9 that that isn't true if he put that down. I apologize
10 because I was looking here for that and it is tucked in
11 over here.
12     Q. It is actually a very handy piece of work that
13 he did.
14     Here, just for the sake of the record, is our
15 copy of Study 125. I'm sorry, I thought we had brought
16 multiples to xerox, but referring you to Table 6.2 if
17 you want to just confirm that his summary there is
18 accurate.
19     (Witness reviewing document.)
20     Q. The question was very simple, it is about the
21 number, 59, discontinued out of 168 quetiapine
22 patients; is that correct?
23     A. Yes, but I like to look at numbers in context.
24 That's what makes a good epidemiologist.
25     Q. It slows down a deposition.

**Page 164**

1     A. I can't help you. If you want a good
2 epidemiologist, you can't have a fast deposition. You
3 can have a very fast deposition with a bad
4 epidemiologist too.
5     (Witness reviewing document.)
6     A. 59 is in here, and for the denominator, 168 it
7 is, yes.
8     Q. Is that a dropout rate of 35 percent? I have
9 a calculator if you want.
10     A. Whatever 59 over 168 is, roughly.
11     Q. Does that sound about right?
12     A. Yes.
13     Q. That's pretty comparable to the dropout rate
14 of 40 percent that you were criticizing. It is a
15 little bit lower, but not that far apart from the 40
16 percent dropout rate you were criticizing in 144?
17     A. What dropout contributes to the study is
18 more than just a percentage of the dropout. It can be
19 significant for a study or not.
20     Why folks dropped out, I believe that was one
21 of the reasons I was looking a little earlier in the
22 report is that for quetiapine dropping out, for any of
23 the atypicals being used, it was listed as a worsening
24 of their schizophrenia, was the main reason for
25 discontinuation. But there was also a dropout rate

**Page 165**

1 from olanzapine and risperidone.
2     Q. For the dropout patients it wasn't terribly
3 efficacious; it made schizophrenia worse?
4     A. I can't comment on efficacious. That involves
5 the diagnosis that was being used before and I believe
6 the study -- excuse me a second.
7     (The witness answers the telephone.)
8     A. Sorry.
9     Q. No problem. Regardless of the cause of
10 dropout, whether it is efficacy or whatever, there was
11 approximately a 35 percent dropout rate which is not
12 trivial, correct?
13     A. Correct.
14     Q. In your report, you state that "A small
15 clinically insignificant increase in area under the
16 curve was seen in the baseline non-diabetic population
17 at 24 weeks."
18     Do you see that? That's Page 21 of your
19 report in the middle. It is near the bottom paragraph
20 too. Do you see that, Page 21?
21     A. Right. You are starting with "A small
22 clinically insignificant" --
23     Q. "Increase in AUC was seen in the baseline
24 non-diabetic population at 24 weeks."
25     A. Right.

42 (Pages 162 to 165)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

**Page 166**

1  Q. If you can turn to the data to see what you
2  were describing as small, clinically insignificant.
3  MS. RELKIN: We'll mark that 125 study.
4  THE WITNESS: That's Table 11.3.7.1. It
5  doesn't look like it's in here. Can you put your
6  hands on it?
7  Q. You have it so I can't.
8  A. I will be happy to give it to you if you can
9  find it.
10  Q. If you give it back to me, I think my
11  colleague, Chelsea, can.
12  A. There is a supplementary appendix for tables
13  for many of these studies and if it is not in it,
14  that's where the tables are, unless it comes out of the
15  CDs.
16  Q. While she is looking for it, can you define
17  for me what level you determined to be a clinically
18  significant increase in area under the curve?
19  A. Again, I have to look at it.
20  Q. Do you have a threshold or standard or range
21  to be clinically insignificant?
22  A. It depends on what the mean was for the
23  distribution of that study as well, so I would like to
24  see the table. It will remind me why that statement is
25  worded as it is.

**Page 167**

1  Q. By the way, with regard to the mean, when we
2  are talking about clinical insignificance or clinical
3  significance, would you agree that as we talked about
4  earlier means or averages, that even if you just look
5  at the mean number, even if you are correct that it is
6  clinically insignificant, that there could be some
7  patients who are on the high end who have the highest
8  numbers where their increase might be clinically
9  significant even though it gets diluted in the average?
10  A. That is true.
11  Q. While she is looking for that, we might not
12  have it handy, I am going to move on to some other 125
13  issues. Did Study 125 control for BMI?
14  A. I believe 125 did control for BMI.
15  Q. Do you know whether it correlated those
16  controls to glucose levels?
17  A. I'm not quite sure what you mean by control to
18  glucose levels.
19  Q. Do you know whether it compared the control to
20  the particular patients?
21  A. All of that data is in the study results. You
22  can find all that in the tables.
23  Q. You believe it did do it on a patient basis?
24  A. The patients were, one of the advantages of
25  the study was that it was carefully administered and

**Page 168**

1  there were baseline measurements of all the appropriate
2  parameters and the measurement of glucose was based on
3  a true fasting blood sugar which is a problem with many
4  of these studies because it can't be determined. The
5  patients were hospitalized for the period of time
6  getting their glucose measured which made sure that
7  they were truly fasting.
8  Q. Is a study intended to assess whether a drug
9  causes diabetes valid, if it inadvertently includes
10  patients with preexisting diabetes in the population?
11  A. I'm sorry, say that again.
12  Q. Is a study intended to assess whether a drug
13  causes diabetes valid if it inadvertently included
14  patients with existing diabetes in the study?
15  A. I think the operative word in the question is
16  inadvertent. Ideally, you do a measure beforehand and
17  see what the blood sugars are.
18  And in this study, there are blood sugars
19  drawn prior to beginning the study. So if there were
20  patients with diabetes or prediabetes or characterized
21  as such, they could be followed thereafter knowing
22  where they started.
23  So there is no problem if it is not
24  inadvertent. In this case, if there is such a word as
25  advertent, that was it.

**Page 169**

1  Q. If it is mistaken, you would agree that for
2  studies such as Study 125, the design did not intend to
3  have the diabetics in the study?
4  A. No, the design was intended to characterize
5  the people that were entered into the study. It didn't
6  intend not to. In fact, and again, if we have the full
7  package of it, I think we can find in it, it pays to
8  look. Again, there are so many of these, one needs to
9  read the population selection criteria and see who was
10  excluded and who wasn't.
11  Q. Is it your testimony that Study 125 was
12  supposed to have diabetics?
13  A. I'd like to have 125 in front of me if I am
14  going to answer questions on 125.
15  MS. THORPE: Let the record reflect it is in
16  front of the lawyer asking the questions.
17  MS. RELKIN: I am going to hand it to him in a
18  second. When you said that, it literally landed
19  in front of me.
20  I didn't have it the moment before. So that
21  was a really uncalled-for statement.
22  Q. (By Ms. Relkin) I am going to hand you the
23  study in a moment, but I will just read for the record,
24  and you can check that I am reading it correctly, it is
25  Page 53 of the study, Section 5.3.4.3, incorrectly

43 (Pages 166 to 169)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 170

1  enrolled randomized patients. "Incorrectly enrolled or
2  randomized patients were normally to be discontinued
3  from the study treatment and assessments. During the
4  study, the central laboratory failed to automatically
5  flag for and notify the investigator on the blinded
6  glucose values that exceeded the limit of 7 for fasting
7  glucose and 11.1 for two-hour glucose which was among
8  the exclusion criteria. According to the protocol, a
9  fax notification should have been sent out from the
10 central laboratory to notify the investigator on the
11 occurrence of such high glucose values with an
12 instruction to exclude the patients from further
13 participation.
14      "However, this procedure did not work properly
15 due to a programming error in the Covant central
16 laboratory database, and these patients were mistakenly
17 maintained in the study as long as the laboratory data
18 remained blinded. Due to this failure on the part of
19 the central laboratory, several patients were
20 incorrectly randomized for participation in the study
21 despite the fact that they fulfilled exclusion criteria
22 at randomization." And then it describes the listing
23 of the patients by number.
24      A. What does it say about their --
25      MS. THORPE: What is the question? You are

Page 171

1  asking him if you read it correctly? He doesn't
2  have it in front of him.
3      MS. RELKIN: I didn't ask him that.
4      MS. THORPE: I am just saying, what is the
5  question?
6      MS. RELKIN: Your witness just interjected
7  something and I was going to phrase the question.
8      Q. (By Ms. Relkin) Do you recall reading this
9  section when you analyzed this study?
10     A. Yes, I do.
11     Q. Did you report this issue in either your
12 expert report or your declaration to the court?
13     A. Again, what you have read is incomplete, so
14 one of the questions is, were these patients included
15 in the analysis and conclusions.
16     Q. Take a look at that section. You have the
17 study now.
18     A. Again, sorry about this, but you can't just
19 look at the section. You have got to look at what were
20 the criteria for exclusion and were they included in
21 the analysis eventually.
22     Q. The text talked about they were in the
23 criteria for exclusion but were kept in.
24     A. Right, and so one element of this is, you
25 could say it is a higher quality study when you can

Page 172

1  find your mistakes, show them in the course of the
2  thing and then eliminate those folks from further
3  analysis, if you can do that.
4      Q. Were they eliminated from the analysis upon
5  which you rely for your opinions?
6      A. That's what I am reviewing now. I didn't make
7  a note of that earlier.
8      Q. When you first reviewed this study and relied
9  upon it in your report, did you do the analysis that
10 you are doing now? Did you look to see whether those
11 inadvertently included diabetics were contained within
12 the data?
13     A. Yes.
14     Q. But you don't remember the outcome one way or
15 the other?
16     A. I don't, and even if I did, I would want to
17 check for purposes of this deposition.
18     (Witness reviewing document.)
19     MS. THORPE: I know you are short of time, but
20 I have the table in my hand. It is cited in his
21 report. It is pulled out, but if you want to --
22     MS. RELKIN: Sure, okay. What page?
23     MS. THORPE: I have two copies of it, Page
24 335.
25     I think you should look at everything.

Page 173

1      MS. RELKIN: We don't have time for him to
2  look at everything.
3      MS. THORPE: He can look at what he needs to
4  look at, but I am telling you --
5      MS. RELKIN: This is a deposition, time is
6  tight. There have been 10 to 15-minute gaps while
7  he looks at these studies because he doesn't
8  remember them and he didn't bring them and he
9  doesn't have summaries of them. And he doesn't
10 want to rely on his student's summaries of them.
11     MS. THORPE: I object to your
12 characterization. I would say it is because of
13 the questions that have been asked, but I am not
14 going to be pejorative, as you were being.
15     MS. RELKIN: I wasn't being. Let's not go
16 there.
17     Does he have that?
18     MS. THORPE: I put it there, but I think he
19 needs to look at it in the context of your
20 question.
21     MS. RELKIN: Just for the record, when you say
22 it's in the report, he doesn't have in the report
23 the actual data?
24     MS. THORPE: Yes, he does, he has the table,
25 he has the cite to the table. So if you have the

44 (Pages 170 to 173)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 174

1    document, all you have to do is turn to that
2    table. It's right there.
3        MS. RELKIN: So I'd like the doctor to just do
4    that so we don't have to waste time while he reads
5    other things.
6        MS. THORPE: You know what --
7        MS. RELKIN: I am entitled to direct the
8    witness to look at the exhibit responsive to the
9    question, because we are wasting time. He is
10   coming up with other things, why 125 is a great
11   study.
12       Q. (By Ms. Relkin) Doctor, please look at the
13   table which is what you reference in your report on
14   this very issue.
15       MS. THORPE: Are you withdrawing your question
16   that he is trying to answer and are you posing a
17   new question?
18       MS. RELKIN: No, I want him to answer the same
19   question with the data that answers it, not for
20   him to review the study and come up with
21   gratuitous other stuff.
22       MS. THORPE: If you don't withdraw the
23   question, then he needs to do just what he's
24   doing.
25       MS. RELKIN: No, he doesn't. You yourself,

Page 175

1    Jane, said, here's the table that addresses this
2    issue.
3        MS. THORPE: It is one table that addresses
4    the issue that I know of. So I was trying to
5    help. But the doctor has to do what he has to do
6    to get comfortable with the question that you
7    asked.
8        THE WITNESS: I've got the table that you are
9    referring to and the summary statement I have in
10   the report on it. If I might just remind you,
11   that of course this is on Page 335 of the document
12   of which there is data on every single page and
13   multiple pieces of data. So you will have to
14   pardon me for wanting to look at it closely and
15   wanting to make sure I give you the correct
16   answers.
17       It would be easy to go to it and give you a
18   flip answer. But the answers on this require some
19   understanding of what's gone on and to memorize
20   the contents of those two boxes is rather
21   difficult and I might say it is beyond my powers
22   to do so.
23       So I am not purposely slowing you down. I am
24   trying to give you the best answers I can for your
25   purposes. So let's proceed with the question.

Page 176

1        Q. (By Ms. Relkin) Do you remember the question?
2        A. I don't.
3        MS. RELKIN: How hard is it to find it?
4        (Whereupon, the record was read by the
5    reporter as requested.)
6        Q. (By Ms. Relkin) So Were those inadvertently
7    included, the diabetics included within the data?
8        A. I would still have to look further on that.
9    That question is not answered on this particular table,
10   but what is answered on this particular table is
11   something that is not germane to the discussion.
12       And that's my comment in the book which you
13   look at non-diabetic patients in this of which there
14   were 86 on Seroquel and significant numbers in the
15   other two groups, and you looked at what was the area
16   under the curve across the three different groups.
17   Again, this has nothing to do with the excluded
18   patients. They are not in there. This is
19   non-diabetic.
20       They would have fallen into the diabetic or
21   diabetic risk categories on the basis of their numbers.
22   These numbers are not significantly different from one
23   another, and thus the basis for my statement.
24       Q. But if there were more patients who were
25   inadvertently coded as being diabetic in the other

Page 177

1    arms, in the olanzapine and risperidone arms, those
2    would show up as diabetics and therefore make those two
3    drugs look to have a worse profile as compared to
4    quetiapine, therefore making quetiapine appear to be
5    safer, true?
6        A. I don't understand why you are saying if there
7    were. Is there any reason for there to be more of the
8    other two?
9        Q. Did you do an analysis when you chose to
10   discuss this paper to determine on this issue of
11   inadvertent inclusion of diabetics whether they were
12   equally included in the three arms or whether they were
13   in fact substantially more in the olanzapine and
14   Risperdal arms?
15       A. I still don't follow you because they have the
16   numbers of what they would have and they wouldn't be
17   listed as non-diabetic patients.
18       Q. Right, they would be listed as diabetic.
19       A. Right.
20       Q. And therefore, the study would make it look
21   like quetiapine was safer than the other two agents.
22       A. I don't interpret that as what would happen.
23       Q. When you reported the statistics in your
24   report for the area under the curve, were you reporting
25   it for everyone or only for the diabetics?

45 (Pages 174 to 177)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 178

1   A. The report itself lists, we can go statement
2   by statement here.
3       Again, "A small clinically insignificant
4   increase," and you see, this is what you had me read
5   before.
6   Q. Right.
7   A. "Was seen in the baseline non-diabetic
8   population at 24 weeks."
9   Q. You referred to it in your report as the
10  patients in the baseline non-diabetic population at 24
11  weeks. Sitting here, do you know whether those
12  patients who were inadvertently included as being
13  deemed non-diabetic were in fact the diabetics who got
14  in due to the error that was described in the study?
15  A. Are you saying, are the patients that were
16  initially enrolled -- maybe clarify that for me. Just
17  say that again maybe in a different phrase.
18  Q. The sentence here in your report, when you
19  talked about, "The small clinically insignificant
20  increase in the area of the curve was seen in the
21  non-diabetic population at 24 weeks," how do you know
22  that what you are describing as the baseline
23  non-diabetic population --
24  A. My reading in this is that they were
25  discontinued and not included in it.

Page 179

1   Q. You are reading that they were not included or
2   that they actually did get included, they didn't cut
3   them out of the data?
4   A. It says, "For a listing of the incorrectly
5   randomized patients, see Table 11.3.7.1.31." If we
6   have a copy of that, we can demonstrate what happened
7   to them and where they are.
8   Q. Do you have that table accessible?
9       MS. THORPE: Do I? I'm sorry, what is the
10  table?
11      MS. RELKIN: There is a particular table the
12  doctor just read the number of.
13      MS. THORPE: It is on the disc we gave you.
14      MS. RELKIN: I have the disc too. I don't
15  have the paper here.
16      MS. THORPE: We don't have the hard copy.
17  Q. (By Ms. Relkin) Let me show you the analysis,
18  the draft of the Newcomer manuscript with the marked up
19  change which we don't know if it's ever been submitted
20  for publication or what the status is, but we did
21  receive it in discovery with the track changes. I am
22  marking it as Koplan Exhibit 15.
23      (Plaintiffs' Exhibit-15 was marked for
24  identification.)
25  Q. (By Ms. Relkin) I am going to direct your

Page 180

1   attention to Page 15. Obviously, look at the first
2   page or two to see the context of what this exhibit is.
3   A. This is a draft of a paper being submitted
4   somewhere or what?
5   Q. We don't know the full situation. It was
6   recently produced in this litigation from the
7   electronic discovery. It is a draft of Newcomer's
8   paper on Study 125.
9       (Witness reviewing document.)
10  A. It is a draft being edited as we speak, from
11  what I can see. So what --
12  Q. First, I take it, you have not seen this?
13  A. I have not seen this.
14  Q. Then if you turn to Page 125, there is a
15  discussion of this issue.
16  A. There is also not a date on it.
17  Q. That's beyond my control. There are edits
18  from John Newcomer, there's a date, different dates
19  from July of 2007 at the end, 7-29?
20  A. So we are dealing with a draft of something
21  that may or may not have been published and if it was
22  it could be in very different form when published.
23  Q. Do you know whether Study 125 has ever been
24  published?
25  A. No, it is an in-house study done for FDA

Page 181

1   purposes.
2   Q. You think it is an important study; you are
3   relying on it in your report.
4   A. I characterize it exactly as I would
5   characterize it, which is in the absence of much direct
6   measurement of the effect of Seroquel on glucose
7   metabolism, this is one of the few things that tries to
8   do that or maybe the only thing that tries to do that
9   directly.
10  Q. So therefore don't you think this study is
11  worthy of publication based upon your own assessment of
12  it?
13  A. I wouldn't make that judgment. I'm not sure
14  these type of studies done for FDA purposes are worthy
15  of publication per se.
16  Q. Done for FDA purposes, that makes them bad in
17  some way?
18  A. No, it is not a literature in which I can
19  determine what is the best grounds for something to be
20  published or not.
21  Q. In part, you are really not a drug safety guy
22  so you don't know what they publish in this field.
23  That's not really your field.
24      MS. THORPE: Object to the form.
25      THE WITNESS: From what I have seen they

46 (Pages 178 to 181)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 182

1    publish, it is valuable in a certain framework.
2    Basically, a lot of the stuff is used for
3    hypothesis generation, and that's a perfectly
4    valid, decent thing to do. It then requires a
5    more rigorous, careful study.
6        So I have no problem with people doing this
7    work or publishing or these journals. All I am
8    saying is I am in no position to judge either the
9    observational epi where they should publish and
10   with who and why nor would I offer an opinion on
11   125.
12       Q. (By Ms. Relkin) 125 is not observational epi,
13   it is clinical trial data.
14       A. Whatever. I don't have a strong feeling one
15   way or the other as to what should be published or not
16   published. It may well serve all the purposes it needs
17   in the format it is in. If it doesn't, then
18   publication might be helpful.
19       Q. If you turn to Page 15, there is a discussion
20   of what happened at week 24. Go to the second full
21   paragraph on Page 15.
22       It says at week 24, small changes from
23   baseline and fasting glucose were seen in all treatment
24   groups, 3.18 milligrams for quetiapine, 2.33 for
25   olanzapine and 4.40 for risperidone. It is

Page 183

1    statistically significant for quetiapine and
2    risperidone.
3        Do you see that?
4        A. Yes.
5        Q. By the way, did you discuss that those
6    findings were statistically significant in your report
7    or your declaration to the court?
8        A. What findings?
9        Q. The findings I just read, the changes --
10       A. I don't know what this is I'm reading, to tell
11   you the truth.
12       Q. -- the changes from baseline and fasting
13   glucose.
14       A. You have just asked me to read an isolated
15   paragraph here. I haven't looked at anything else in
16   this paper. Where does this data come from?
17       Q. This is Dr. Newcomer. You see Dr. Newcomer,
18   Dr. Ratner, he is the one who did the poster
19   presentation.
20       A. Yes.
21       Q. Martin Brecher, he is AstraZeneca.
22       A. You may not like it, but normally, I like to
23   read the paper before commenting on one paragraph on
24   Page 15 of it.
25       Q. We have already established you have written,

Page 184

1    you told the court about Study 125. Here is some more
2    data about 125 you haven't seen before.
3        A. I didn't even know this was about 125. You
4    have asked me to turn to Page 15. I am reading the
5    third paragraph down without putting it in any context.
6        Q. From the title --
7        A. I didn't even know he did Study 125.
8        Q. Do you know who did Study 125?
9        A. I don't have the names of all the authors of
10   it, no. I believe the author listed on, I have 125
11   here, they list a head researcher, and in this case
12   it's Robin Emsley from South Africa. And then the
13   medical sponsor is Dr. Brecher.
14       Q. Do you see in this draft here we have Dr.
15   Brecher listed?
16       A. I see.
17       Q. All the names are there.
18       A. But again, a written article for publication
19   and the document I have before me are two different
20   things. Nevertheless, if, going back on Page 15, the
21   very thing you are pointing out, I can't be sure this
22   is referring to the same thing I have in my report, but
23   I believe I state, "Subjects taking Seroquel had a
24   small increase in fasting glucose from baseline."
25       Let's see here. I've got 3.19 at 24 weeks and

Page 185

1    it seems to have been modified to 3.18 in the paper you
2    just showed me.
3        Q. In your report, the way you describe it as
4    being not clinically significant, and you don't address
5    whether or not it is statistically significant,
6    correct?
7        A. That's correct. I think there are two
8    different things, as I have said a number of times.
9        Q. Of course they are, and they are both
10   important criteria. Clinical significance is
11   important, statistical significance is important,
12   right?
13       A. Right. But statistical significance is not
14   important at all unless you have valid epidemiologic
15   information up front. So as a stand-alone, it is
16   necessary, but it is not as a stand-alone.
17       Q. When you are describing it, you are only
18   describing the negative, you are pooh-poohing it
19   because it is not clinically significant. You don't
20   volunteer the fact that it does happen to be
21   statistically significant, correct?
22       A. Absolutely incorrect. That's your judgment
23   and interpretation. When I state in this document,
24   "Subjects taking Seroquel had a small increase in
25   fasting glucose from baseline," I think that's both

47 (Pages 182 to 185)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 186

1  stating the finding and indicating something that works
2  in the other direction of a small decrease or a big
3  decrease or whatever.
4       I am stating it. There is no judgment, this
5  is a good or a bad thing, I am stating a fact. My view
6  is --
7       Q. We are supposed to infer from this sentence
8  that this was statistically significant even though you
9  didn't affirmatively state it because you didn't call
10 it as being not insignificant?
11      MS. THORPE: Object to form, argumentative,
12 compound, unclear.
13      THE WITNESS: I won't characterize whether the
14 statistical significance was including it or not,
15 but I will say that 3 milligrams, when your
16 overall blood sugar is in excess of 90, is
17 probably clinically insignificant.
18      Q. (By Ms. Relkin) You feel qualified to say that
19 even though you are not an endocrinologist and you
20 haven't treated diabetics for well over 20 years?
21      A. I do feel qualified to say that a 3 milligram
22 difference in blood sugar is not considered clinically
23 significant.
24      Q. Nevertheless, in terms of ascertaining whether
25 or not this drug has an effect on fasting glucose, the

Page 187

1  fact that there is a change of 3.18 that is
2  statistically significant is a relevant piece of data?
3       A. Absolutely relevant. That's why I put it in
4  here. I don't deny it. It's there.
5       Q. If that number is actually lower than the true
6  result because of interference by these inadvertent
7  diabetics who are coded as non-diabetics, that could
8  change the findings, true?
9       A. I don't have information on that to comment on
10 here. I don't believe that is the case. If there was
11 miscoding, that is not -- in the paper you just gave me
12 which is to be published, I would think that would have
13 been explored.
14      It is in the report. It is clearly stated,
15 and then the figures follow that. So my assumption was
16 that those were corrected or why would you have a half
17 a page that describes this problem and the fact that
18 those were pulled from the study?
19      Here you have a paper that's being sent to an
20 editor for publication, which the authors' reputations
21 are at stake in the public arena, and basically the
22 same data is present there. So to me, that further
23 confirms it.
24      Q. When you publish a paper with other
25 investigators, I take it you email each other drafts

Page 188

1  with track changes and questions that you all raise
2  internally; is that fair to state?
3       A. Yes.
4       Q. Here do you see that this document has track
5  changes? Just flip to, say, Page 23. It is pretty
6  obvious there are deletions, there are inclusions?
7       A. Yes, I see the track changes.
8       Q. If we go back to Page 15, go to the bottom
9  paragraph, do you see there is underlining with some
10 capitals?
11      A. Yes.
12      Q. Does that look like a track change or perhaps
13 a comment being made? It says, "We said earlier that
14 no one developed diabetes post-randomization. Are
15 these just the subjects who were mistakenly let in?
16 That should be explained."
17      So it is a question here raised which wasn't
18 clear to whichever investigator was making those
19 comments; is that right?
20      A. It looks like a point of clarification is
21 asked for by somebody.
22      Q. Is it fair to state there is an unresolved
23 issue here? And you obviously weren't the
24 investigator, you don't know the answer, I don't know
25 the answer.

Page 189

1       A. Again, I think it is a bit unfair to have me
2  commenting on this without -- there are elements of a
3  paper like this that are not in 125. So if one looks
4  even without being able to read the whole thing, and I
5  know you don't want me to, but if you look at the
6  bottom of Page 22 and read what the author is saying,
7  keep in mind that Dr. Newcomer seems to be one of the
8  authorities on this and has written multiple reviews,
9  "Small increases in HbA1c and fasting glucose were
10 observed in all three treatment groups. However, these
11 changes remained within the normal range."
12      So it means one of the reasons I say this is
13 not clinically significant is when your mean blood
14 sugar is 94, 93 and you add the 3 milligrams, or I will
15 give you 4 milligrams or 5 milligrams and it is still
16 within the normal range, it is under 100, so that
17 underlines what clinical significance is. It says,
18 "and there were no statistically significant between
19 group differences."
20      I'd have to read more on other things they
21 have written here. Again, it's very hard to interpret
22 a paper in draft because I do it and every other author
23 does it, you get co-authors disputing and wanting a
24 rewrite and not liking the way this was said. Only at
25 the end of the paper, when each author signs their name

48  (Pages 186 to 189)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

| Page 190 | Page 192 |
|---|---|

**Page 190**

1 to the document, testifying that everything in it is
2 what they believe to be true and their reputation is on
3 the line, does it go to the journal and then the editor
4 makes those decisions.
5      So it would be great to see if this was
6 published somewhere and what that paper looks like.
7 And I would love to have had access to this earlier to
8 read and see what they said. But I can't comment on it
9 fully, receiving it at this moment.
10      MS. THORPE: I don't want to interrupt your
11 line on this, but we have been going along an hour
12 and a half without a break. I don't know how much
13 longer you have.
14      MS. RELKIN: I have a good bit more. I'd like
15 to keep going unless the doctor tells me he needs
16 to take a break.
17      THE WITNESS: I can take a three-minute break
18 and be right back.
19      MS. THORPE: If you want to finish this line,
20 we are not stopping you.
21      MS. RELKIN: Let me finish this line.
22      MS. THORPE: Is that okay, just to finish up
23 on this?
24      THE WITNESS: That's fine.
25      Q. (By Ms. Relkin) If you go to Page 24?

**Page 191**

1      A. Of the Newcomer piece?
2      Q. Yes, this Newcomer draft letter report.
3      A. I'm there.
4      (Witness reviewing document.)
5      Q. There is a discussion of measurement of plasma
6 lipid changes in the different treatment groups. I
7 refer you to the deleted part, the column on the right.
8 If you look at the deleted column, deleted bubbles, it
9 is the fourth one from the bottom where it says,
10 "deleted, significantly increased following quetiapine
11 treatment."
12      Do you see that?
13      MS. THORPE: Read the rest of it. You read
14 part of it.
15      MS. RELKIN: Right, I am just directing him to
16 that. Obviously, he needs to read the whole thing
17 in context.
18      MS. THORPE: And the rest of it says, "and
19 that olanzapine treatment was also associated with
20 significant increases in total cholesterol, LDL
21 and triglycerides." That was the whole quote.
22      MS. RELKIN: Right, that's fine. Both drugs
23 do it.
24      MS. THORPE: Object to the speech. I object
25 under the rule of incomplete.

**Page 192**

1      MS. RELKIN: I wasn't asking the question. At
2 this point, I was directing the question to this
3 because if I started asking a question, you would
4 have objected that, hey, you were asking the
5 question, he hasn't had a chance to review it.
6      So stop imputing bad intent. And stop glaring
7 at me, too.
8      MS. THORPE: Let the record reflect that
9 everyone is laughing.
10      MS. RELKIN: Well, you were.
11      THE WITNESS: I'm at that spot. Do you have a
12 question for me?
13      Q. (By Ms. Relkin) Yes. Do you see that in an
14 earlier version of this draft report reported
15 significant increases of plasma lipid levels in the
16 quetiapine treatment group as well as the olanzapine
17 group?
18      A. I see what's deleted.
19      Q. Did I accurately describe --
20      A. Again, it is hard to interpret. When the
21 authors remove something and replace it with something
22 else, it means that their analysis shows what they
23 replaced it with.
24      If they are willing to stand on that and
25 submit it to journal and put their careers at risk if

**Page 193**

1 they are putting something that's inaccurate, that's an
2 extraordinary thing to do.
3      So are you implying that they are suppressing
4 information or that what they wrote which is that, is
5 incorrect? I guess those things are possible, but I
6 would be amazed if that were the case.
7      Q. Doctor, other than that one time of many
8 years, you have never really done work for drug
9 companies that are funded by them and address
10 competitively marketed pharmaceutical products, have
11 you?
12      A. No.
13      Q. But I take it you know enough about just the
14 arena that it is a highly competitive market between
15 very lucrative products of Seroquel and Zyprexa and
16 risperidone, is that fair to state?
17      A. I imagine that it is competitive.
18      Q. You would agree that pharmaceutical companies
19 should be honest and forthcoming and not suppress data
20 that might hurt their sales but reflect poorly on the
21 safety of the drug, wouldn't you?
22      A. If the implication is that market forces would
23 alter the content of a paper written by a distinguished
24 tenured professor at the Washington University School
25 of Medicine in St. Louis, I would be shocked and aghast

49 (Pages 190 to 193)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

### Page 194

1  and that someone who already has a hundred-plus
2  publications would put himself on the line by changing
3  things for the benefit of a drug company is
4  inconceivable to me.
5      Q. Have you been reading the newspaper about
6  hearings on the Hill about one of your colleagues at
7  Emory?
8      A. All the more reason why someone doing this in
9  a paper that's in draft now, they would be hanging
10 themselves out to dry for doing something like that
11 because of all the news of what's going on in the
12 paper.
13     Q. Do you know the name of the doctor from Emory
14 who is right now being implicated in not being
15 forthcoming on data with regard to the safety of
16 Zyprexa?
17     A. That's not what he is being implicated for,
18 first of all. He is being implicated for misreporting
19 dollar amounts that he received from pharmaceutical
20 companies. Again, that's been in the news and similar
21 events have been in the news for several years.
22     So can it happen? Sure, it can happen. But
23 the price to pay for that is basically professional
24 suicide.
25     Q. When you're caught.

### Page 195

1      A. So whether it could happen or not --
2      MS. THORPE: Object to the commentary, no
3  question, just the commentary which I move to
4  strike from the record.
5      MS. RELKIN: I withdraw it.
6      THE WITNESS: I choose not to draw such harsh
7  judgments on folks in the field in the course of
8  doing this, but the bottom line is, those are the
9  very questions that you raise that are appropriate
10 to raise when an editor sees a paper and decides
11 whether it should be published and asks some of
12 those questions.
13     In the course of putting together a paper, you
14 can take every paper I have ever written or any
15 other person has, and find deletions, arguments
16 between co-authors, do we include this, do we
17 include that. And I've got nothing to do with
18 drug companies in my papers. I think it makes it
19 hard to interpret a draft to go to publication.
20     Q. (By Ms. Relkin) Do you know whether Emory
21 University is doing any investigation of, I believe it
22 is Dr. Nemeroff, is that the name?
23     A. I have nothing to do with what they are doing
24 and I prefer not to comment on whatever is going on at
25 Emory University related to things that I don't work on

### Page 196

1  and I think it is inappropriate.
2      Q. You would agree that investigators who are
3  studying the safety of drugs that are used by consumers
4  should be forthright with their findings?
5      A. Absolutely.
6      Q. You would agree that if you read the recent
7  headlines and the history of some of the blockbuster
8  pharmaceutical agents including some that are in the
9  antipsychotic arena, there have been problems of
10 investigators being forthcoming about their connections
11 to industry and about some of their findings?
12     A. I agree.
13     Q. You would agree that that's not a good thing?
14     A. I agree.
15     Q. You would hope that that's not the case for
16 Seroquel and AstraZeneca, true?
17     A. I think it's the case for every drug company,
18 every researcher and every study done, should bank on
19 the science. And the importance of high integrity and
20 high competence in doing these studies is of extreme
21 importance. We all potentially are going to take these
22 medications at some time or other.
23     Q. Do you agree that a pharmaceutical company
24 should warn physicians who are prescribing medications
25 and warn consumers of those pharmaceutical products, of

### Page 197

1  important health risks of the product?
2      MS. THORPE: Object to form because it's
3  vague.
4      Q. (By Ms. Relkin) You can answer that. Do you
5  agree that pharmaceutical companies should warn
6  physicians and consumers of important health risks of
7  their products?
8      A. I think they should.
9      Q. From your experience in public health, I think
10 you have published about this, tobacco warnings, do you
11 agree that warnings can have an impact on the use of a
12 product?
13     MS. THORPE: Let me just say, I don't mean to
14 impute -- you have changed topic areas. I am
15 going to say that we cannot go all night and you
16 have a plane and he did not offer a warning
17 opinion in his report. So at this point, if you
18 want to know how I call it, you are going into
19 areas that are outside the scope of his direct and
20 you do so at your own risk in terms of your use of
21 time.
22     MS. RELKIN: It was one question.
23     MS. THORPE: You have asked more than one
24 question. You have now asked three questions.
25     MS. RELKIN: You interrupted me in the middle

50 (Pages 194 to 197)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 198

1 of a question before he answered it.
2    MS. THORPE: I have a right to make an
3 objection.
4    MS. RELKIN: Yes, but you could wait until I
5 have finished the question.
6    MS. THORPE: You finished the question.
7    MS. RELKIN: But now we have to have the
8 question reasked because I don't recall the
9 precise phraseology. I doubt the doctor does
10 either. Do you?
11    THE WITNESS: I don't think you came to the
12 end of the question.
13    MS. RELKIN: I was interrupted.
14 Can you get back to what I asked?
15    THE WITNESS: Can I get rid of some of this
16 stuff?
17    MS. RELKIN: Sure.
18    (Whereupon, at 4:34 p.m., a seven-minute
19 recess was taken.)
20    MS. RELKIN: What was the last question?
21    (Thereupon, a portion of the record was read
22 by the reporter.)
23    MS. THORPE: Object to form, outside the scope
24 of the offered opinions.
25    THE WITNESS: In that this specifically refers

Page 199

1 to tobacco use, that's a perfect example, is that
2 warnings can have an influence on the use of a
3 product, particularly when they are warnings like
4 occur in Europe in which the whole pack is covered
5 and says, smoking kills. The other extreme is in
6 China where you would need a magnifying glass to
7 read the warning and it is a vague warning at best
8 and has no impact on the use of the product. It
9 depends where it is, how it is listed and who
10 reads it.
11    Q. (By Ms. Relkin)  An example of warnings,
12 smoking kills from Europe, that's a clear, unequivocal
13 warning. It can have an impact on use?
14    MS. THORPE: Object to form for the reasons
15 stated above. Can I have a continuing objection
16 to all of these questions on all bases on warning?
17    MS. RELKIN: Sure.
18    THE WITNESS: Repeat the question.
19    Q. (By Ms. Relkin) I just said, when there is a
20 clear unequivocal warning, it can have an effect on
21 product use?
22    A. When the warning is clear, in the right place,
23 in the right level of visibility and has a strong
24 scientific basis, it can have an effect on product.
25    Q. Are you aware that there was a June 2008

Page 200

1 submission to the FDA?
2    A. Yes.
3    Q. And did you read that submission in its
4 entirety?
5    A. Yes.
6    Q. Have you performed any calculations of that
7 data?
8    A. No calculations.
9    Q. Did you conduct an analysis of the effect of
10 Seroquel on the end point of LDL?
11    A. I'm sorry, say that again.
12    Q. Did you conduct an analysis of the effect of
13 Seroquel on the end point of LDL levels?
14    A. I don't know what you mean by the end point.
15    Q. We already talked about the effect of Seroquel
16 on triglycerides and you said you didn't really focus
17 on that. Would that be your same answer for LDL?
18    A. Yes.
19    MS. THORPE: Let me just object to the
20 mischaracterization of what he said about
21 triglycerides.
22    Q. (By Ms. Relkin)  Did you conduct an analysis
23 of the effect of Seroquel on the end point of
24 hemoglobin A1c which is also HbA1c?
25    A. I didn't do an analysis of that, but I

Page 201

1 considered all the data relevant on hemoglobin A1c and
2 the various lipoproteins prior to reading all these
3 studies.
4    Q. Would you agree that HbA1c data is useful
5 because it gives you n idea of blood sugar over the
6 past three months, so it is more than just one snippet
7 in time?
8    A. It's useful in a couple of ways. That may be
9 one, but another one is it is very useful in terms of
10 an essential of control and management of a patient
11 with diabetes.
12    Q. Do you hold the opinion that schizophrenics
13 are at a higher risk for diabetes?
14    A. Yes.
15    Q. Do you have an odds ratio for that risk?
16    A. I don't have one, no.
17    Q. You did not include it on your table in your
18 report; is that correct?
19    A. No, I didn't.
20    Q. Why is that?
21    A. Because I have it in verbal form in the
22 report, I believe. It may be in the other one.
23    Yes, Section 5 on Page 7, I am happy to read
24 it if you want.
25    Q. Sure, why don't you read it out loud.

51  (Pages 198 to 201)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 202

1    A. "Many mental health disorders are associated
2  with disturbances in eating patterns, physical activity
3  and subsequently weight." It gives us a reference of
4  McCready and Brown, two studies.
5    Q. Is there -- continue, I apologize.
6    A. Overweight and obesity, I'm sorry, you asked
7  about diabetes and this particularly addresses weight.
8  It is a little later on here.
9      I've got the wrong document, is the problem.
10 Hang on. It is at the very end of -- I'm sorry, this
11 is the declaration.
12   Q. You want your report probably.
13   A. Severe mental illness.
14   Q. What page are you on?
15   A. Page 19, Paragraph 45.
16   Q. You are on the declaration, okay.
17   A. Yes, "Severe mental illness including
18 schizophrenia and bipolar disorder are associated with
19 an increased risk of Type II diabetes. Persons with
20 schizophrenia have a two to fourfold increased
21 prevalence of Type II diabetes."
22     And that comes from this Irish expert
23 committee meeting. Bipolar disorder has a two to
24 threefold higher prevalence for Type II diabetes.
25   Q. Is that an increased risk independent of

Page 203

1  weight gain?
2    A. I'm not sure whether they did a, analyzed it
3  independent of weight or with weight.
4    Q. Can you think of a pathologic mechanism by
5  which the disorders of schizophrenia, and then a
6  separate question, bipolar disease, put a person at
7  increased risk for diabetes?
8    A. Can I think of them? Sure.
9    Q. I am not talking about social causes, that
10 they eat junk food and at the mental hospital they feed
11 them great food there too. I am talking, is there a
12 physical biological reason?
13   A. That's one of the things we don't have an
14 answer to for mental health neuropsychiatric problems,
15 which is that they clearly involve biochemical
16 disturbances, probably have a genetic basis. And we
17 are regularly finding an association of some common
18 genes of one entity with another.
19     So that whether it has intermediary steps in
20 it, whether it is a direct impact on metabolic
21 function, I don't know. I think the answer is out on
22 that. All that can be said is that there is an
23 association.
24   Q. You don't know whether the association is an
25 independent association or whether it is because of

Page 204

1  lifestyle and diet?
2    A. I believe it is an independent association.
3    Q. Sitting here, you are certain of that?
4    A. I said I believe it is. I would have to go
5  back and check on the papers.
6    Q. Is there any reason why you didn't include
7  that in the table then? I know you have it in your
8  declaration, but in terms of your expert report which
9  precedes the declaration, it was not in that table of
10 relative risks for risk factors for diabetes.
11   A. There is no particular reason why for not
12 including it one way or the other.
13   Q. Did you hold that same opinion back when you
14 wrote the report?
15   A. Yes.
16   Q. Did you consider putting it in that table?
17   A. No, I didn't.
18   Q. You say that "Beta-blockers are known to
19 impair glucose metabolism in a fashion that worsens
20 existing diabetes."
21     What are the characteristics of those
22 compounds that prompt this pathology?
23   A. I'm sorry, what do you mean by characteristics
24 of those compounds?
25   Q. You state that beta-blockers are known to

Page 205

1  impair glucose metabolism that worsens existing
2  diabetes.
3    A. There are studies that state that, correct.
4    Q. Are you able to articulate or do you know what
5  characteristics of those beta-blockers prompt that
6  finding?
7    A. You repeated it but I still don't understand.
8  When you say characteristics, what does that mean?
9    Q. What biopathological factors, why? Why
10 mechanistically?
11   A. I don't know what the mechanism is for it.
12   Q. That doesn't prevent you from holding the
13 opinion that they do impair glucose metabolism in a
14 fashion that worsens existing diabetes.
15   A. Not for those, but their having biologic
16 plausibility is a helpful determinant and a
17 particularly important one. We started off our
18 discussion some hours ago talking causation. So
19 biologic plausibility in some level of explanation is
20 an important piece of that.
21   Q. Do you have the biological plausibility on how
22 beta-blockers --
23   A. I don't, but if you also look, relative risk
24 is relatively low, it is 20 percent, 25 percent
25 increase in risk attached to beta-blockers and

52 (Pages 202 to 205)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

**Page 206**

1  diabetes.
2  Q.  Nevertheless, you accept it as a legitimate
3  risk factor for the development of diabetes?
4  A.  It is one accepted by the American Diabetes
5  Association.  I put it in there.
6  Q.  Would you agree that a failure to control for
7  obesity in diabetes mellitus is akin to a failure to
8  control for smoking in lung cancer?  You said it,
9  didn't you?
10  A.  I said it.
11  Q.  You don't know sitting here for sure whether
12  or not the study you relied upon for the proposition
13  that schizophrenics and bipolar patients have a higher
14  incidence of diabetes is controlling for obesity
15  issues, correct?
16  A.  I didn't do a review of that literature.
17  There is both a relationship between schizophrenia and
18  weight and a relationship between schizophrenia and
19  diabetes.
20  Q.  With regard to the Bradford Hill criteria, you
21  don't know the biologic plausibility of schizophrenics
22  and bipolar patients having increased risk of diabetes,
23  you don't know mechanistically why it would be if
24  that's a phenomenon?
25  A.  I wasn't doing the analysis of that particular

**Page 207**

1  relationship, but if I was, I would get that.
2  Q.  It was certainly something you talked to the
3  court about.
4  A.  Yes, this is well established in both the
5  psychiatric literature and in the diabetes literature.
6  It is listed as a risk, an independent risk.
7  Q.  You agree that many things in medicine are
8  multifactorial?
9  A.  Some things are.  There's many, many things in
10  medicine.  As you know, I have spent some part of my
11  career in infectious diseases and on many of those, it
12  is unifactorial.
13  Q.  If we exclude infectious disease, this is not
14  what the case is about, would you agree that many
15  things in non-infectious disease medicine are
16  multifactorial?
17  MS. THORPE:  I am going to object to the
18  question.  It could be the administration of the
19  CDC as multifactorial.
20  Q.  (By Ms. Relkin) In terms of how one develops
21  disease, would you agree that the etiology of the
22  development of disease is frequently multifactorial if
23  you exclude infectious disease where we are dealing
24  clearly with an agent that causes an infection that
25  spreads to someone?

**Page 208**

1  A.  I think that for many disease, outcomes that
2  end up in a disease, there is often more than one
3  factor.  In some of them there is a predominant factor.
4  In other words, there is a mix of factors.
5  Q.  You state in your report that "Short-term
6  weight gain," which you define as two to three years,
7  "is not associated with an increased risk of Type II
8  diabetes."
9  Is that correct?
10  A.  That's correct.
11  Q.  It is your testimony that there is no valid
12  published writings that hold a contrary view to that
13  opinion?
14  A.  Not that I'm familiar with.
15  Q.  So if someone gained -- we talked about means
16  before.  What's the average mean weight gain of a
17  patient taking Seroquel, do you recall?
18  A.  As I said before, it's two to five kilograms.
19  Q.  Which is in terms of pounds, that can go up to
20  twelve pounds?
21  A.  Twelve pounds.
22  Q.  So some people had no change, some people had
23  lower, somebody could get a 20-pound weight gain; is
24  that right?
25  A.  That's correct.

**Page 209**

1  Q.  You are testifying here that someone can have
2  a 20-pound weight gain for up to three years and it
3  would not precipitate a case of diabetes?
4  A.  It is not associated with an increase in Type
5  II diabetes.
6  Q.  You rely mostly on the Mishra report?
7  A.  On the Mishra report, and in addition, there
8  are other papers that look at this both in terms of
9  many of the issues related to weight gain in terms of
10  its duration and its relationship to a baseline weight,
11  and the amount of the weight gain.  All are factors in
12  terms of the relationship with diabetes.
13  Q.  You would agree that even if someone is
14  doomed because they are in the bad genetic pool and
15  because they have had childhood obesity and they are
16  going to wind up getting diabetes at some point but
17  they don't get it statistically until a certain age,
18  that if you gave an agent that precipitated an earlier
19  case of diabetes, that would be a bad thing from a
20  public health perspective?
21  MS. THORPE:  Object to form, incomplete
22  hypothetical and vague and compound.
23  Q.  (By Ms. Relkin) Let me phrase it differently.
24  You would agree that it is best to prolong the onset of
25  diabetes, even if it is inevitable, as long as

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 210

1   possible?
2        MS. THORPE: Same objection, just vague.
3        Q. (By Ms. Relkin) You can answer it, Doctor.
4        A. If I can rephrase it, if this is what you
5   mean, is it better to have a delayed onset of an
6   illness or a condition rather than earlier? Usually
7   that's the case.
8        Q. That's one of the reasons when you talk about
9   modifiable risk factors, you seek to modify them
10  particularly if you are a high-risk patient?
11       MS. THORPE: Same objection.
12       THE WITNESS: Again, it depends on the risk
13  factor and the condition you are dealing with.
14  All of these things are quite different.
15       Q. (By Ms. Relkin) You would agree that between
16  10 to 25 percent of Seroquel users gain more than seven
17  percent of their baseline weight due to the drug; is
18  that correct?
19       A. You are reading that off of part of the
20  report?
21       Q. It is paraphrasing from your report.
22       A. Yes.
23       Q. You still hold that opinion?
24       A. Yes.
25       Q. You hold the opinion that increased weight can

## Page 211

1   be a risk factor for diabetes?
2        A. Again, being more specific, the risk factors
3   for diabetes are a high BMI or an elevated BMI,
4   particularly in two time periods that have been looked
5   at and measures. One is early adulthood, 18 to 20, and
6   the other is middle age. But having a high BMI then
7   and then retaining it for a number of years places you
8   at high risk for diabetes.
9        Q. How long do you have to retain it? Is there a
10  scientific study?
11       A. Most of the studies suggest something on the
12  order of seven to ten years at a minimum.
13       Q. So it is your opinion that it can be -- are
14  you talking about obesity or just weight gain?
15       A. Overweight or obesity, elevated BMI.
16       Q. You can get by with having an elevated BMI for
17  six, seven years and avoid diabetes if you go on a
18  crash diet and lose the weight?
19       A. I can't speak to studies that have that
20  particular scenario attached to them. I don't think
21  they have been done.
22       Q. What degree of precision are you able to
23  quantify the length of time one needs to have the
24  elevated BMI before they get diabetes?
25       A. Epidemiologic studies done indicate that you

## Page 212

1   have to carry the weight for a period of time before
2   your risk increases and that that is an order of seven
3   to ten years.
4        Q. Are you talking about Mishra?
5        A. I am talking about Nerayan's studies, I will
6   give you all of them, the various Colditz studies,
7   Chan.
8        Q. They all come out with the same numbers?
9        A. That's why I said seven to ten years. If you
10  look at these things, Venkat, Nerayan, and the nurses'
11  study papers.
12       Q. I am going to move on to another issue at this
13  time. You say that, "No conclusion regarding
14  association of causation can be drawn on the basis of a
15  non-statistically significant relative risk because the
16  scientific community has accepted statistical
17  significance as essential to ruling out chance as an
18  explanation for an association."
19       That's on Page 6, Paragraph 15. Are those
20  your own words, Doctor?
21       A. They are.
22       Q. Have you always held that opinion?
23       A. Yes.
24       Q. Do you presume to speak for the entire
25  scientific community here?

## Page 213

1        A. No, I'm giving my opinions. Nothing in here
2   speaks for the entire scientific community.
3        Q. But you said, "The scientific community has
4   accepted statistical significance as essential to" --
5        A. That I can speak for. I would be hard-pressed
6   to find anyone in the scientific community who disputed
7   that statement, but I'm sure you can find someone who
8   does.
9        Q. By statistical significance, you are referring
10  to a 95 percent confidence interval?
11       A. I'm sorry, you are referring to what page?
12       Q. Page 6, Paragraph 15.
13       A. I got it.
14       Q. When you referred to statistical significance,
15  you were referring to a 95 percent confidence interval?
16       A. Yes, less than 0.05.
17       Q. So if you had a large, well-done study showing
18  a relative risk of 5.0, that the confidence interval is
19  94 percent, would you simply disregard it?
20       A. Give me those numbers again.
21       Q. If you had a large, well-done study with good
22  investigators that showed a relative risk of 5 but had
23  a confidence interval of 94 percent, would you simply
24  disregard it because it didn't meet the threshold of 95
25  percent?

54 (Pages 210 to 213)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 214

1    A. I would not simply disregard it, but all the
2  more reason, the better and the more well-done and
3  well-designed the study is, the more value the
4  confidence interval has.  Nevertheless, in what you
5  have just described, and if those are the criteria, it
6  is one of those areas in which you would say, this
7  doesn't meet significance, but all the more reason to
8  do some more studies and see if we can learn some more
9  information.
10   Q. You might say it is awfully close, there may
11 be a real problem here?
12   A. That's not what I would say.  If it doesn't
13 meet significance, it doesn't meet significance.
14 That's what significance is all about.  But it would
15 lead me not to totally discard the hypothesis that was
16 generated and being tested and say, let's look some
17 more.
18   Q. Would you disagree with the statement that,
19 "Although 0.05 is often the significance level
20 selected, other levels can and have been used."
21   A. Usually lower.
22   Q. Have higher levels been used?
23   A. Not by competent scientists.
24   Q. Do you respect the work of Dr. Kenneth
25 Rothman?

Page 215

1    A. I know Dr. Ken Rothman.  It depends.  I have
2  to look at a particular study.
3      MS. THORPE:  I think his name is Ken.
4      THE WITNESS:  Yes, Ken.  I haven't seen papers
5  by him in many, many years.
6    Q. (By Ms. Relkin) He is a well-regarded leading
7  epidemiologist who has published textbooks that are
8  relied upon by others; isn't that true?
9    A. He taught me my first-year epidemiology
10 course.
11   Q. Has he talked about an over-reliance at times
12 on confidence levels?
13   A. Yes, but it is not downgrading the numbers, it
14 is substituting other measures of probability.
15   Q. Are you aware that the EPA, the Environmental
16 Protection Agency has used a 0.10 standard or 90
17 percent level in its study on the effects of secondhand
18 smoke?
19   A. The Environmental Protection Agency or EPA
20 uses totally different criteria by which it makes its
21 scientific judgments, frequently having to rely on
22 models and hypotheses.  I have had much contact with
23 them, given my responsibilities for environmental
24 matters at CDC.
25   Q. Were you aware that they used a 90 percent

Page 216

1  confidence level in its study on the effect of
2  secondhand smoke?
3    A. I was not aware of what confidence level they
4  used.
5    Q. Do you agree that the selection of the
6  confidence level is somewhat arbitrary?  There is
7  nothing magic about 95 percent, is there?
8    A. It's arbitrary, but has become the gold
9  standard for scientific work.
10   Q. You say on Page 10 of your report, that "In
11 the range of therapeutic doses of Seroquel, it does not
12 seem to be a consistent dose-dependent relationship."
13     I want to know how you define a therapeutic
14 range.
15   A. Therapeutic range is, in the variety of
16 studies presented, what the lowest dose that gets used
17 that were described in the particular article or the
18 highest doses that are used.
19   Q. Do you know what those doses are, sitting
20 here?
21   A. They vary.  They ends up being averages so
22 they are odd numbers, some of them.  They are not the
23 same as a particular pill, but some of them vary
24 from under 200 to over 700 or 800.
25   Q. When you say it is not a consistent

Page 217

1  dose-dependent relationship, you would agree that there
2  certainly are some findings that show a dose-dependent
3  relationship, albeit not a hundred percent consistent?
4    A. I'm not looking at a hundred percent
5  consistent.  There are significant data sets of all the
6  things we have been talking about in other studies that
7  show absolutely no dose response effect, and I don't
8  remember directly any that do demonstrate it.
9    Q. Sitting here, would you agree that there are a
10 number of studies where you do see a dose response
11 relationship with increasing doses of Seroquel and
12 increasing weight gain?
13   A. I would have to see the studies.
14   Q. You don't recall offhand?
15   A. I don't --
16   Q. When you --
17     MS. THORPE:  Let him finish his answer.
18     THE WITNESS:  I'd be happy to look at them and
19 see what we are talking about, but I'd have to see
20 the particular study we are talking about rather
21 than a generalization.  There was no general
22 pattern of that.
23   Q. (By Ms. Relkin)  Did you do any kind of
24 systematic relationship of dose response relationship
25 where you charted it out?

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

### Page 218

1    A. I looked for it specifically in the studies.
2    Q. But do you have any notes where you comment on
3    it?
4    A. Actually, if one wants to look at the FDA
5    submission in which there is a series of tables that
6    you can look and see what the relationship is and also
7    record studies.
8    Q. Do you think that constitutes the totality of
9    studies?
10   A. It is not the totality, there are just two
11   studies there. But looking at the other ones, there's
12   no strong relationship or one that seemed to be robust
13   enough compared to the ones here.
14   Q. So you made a point of writing down the
15   negative on dose response, that Brecher had no dose
16   response and also FDA submission. You didn't make a
17   point of writing down other studies which showed a
18   positive dose response.
19   A. If you could show me one. I don't have one in
20   hand. I can't think of a study that showed a valid
21   dose response relationship.
22   Q. You are able to testify with reasonable
23   medical certainty that there are no studies showing a
24   dose response relationship between Seroquel and weight
25   gain?

### Page 219

1    A. Say that again.
2    Q. That show a dose response relationship between
3    Seroquel and weight gain.
4    A. I wouldn't say no, but I would have to see the
5    study to draw a conclusion on it.
6    Q. When I asked you whether you charted it out
7    and made a systematic analysis --
8    A. I did not chart it out.
9    Q. That's what I wanted to know. Thank you.
10       With regard to the epidemiology studies, the
11   Sachetti study, you claim it is worthless, right?
12   A. I was very fond of the country where the study
13   was done, but I am afraid the study is not particularly
14   interpretable for multiple reasons. Are we going to
15   talk about it more?
16   Q. We may.
17   A. I'd like to have a copy if we are going to.
18   Q. I don't know if I have an extra copy. Let's
19   go back to dose response.
20       Earlier we marked as Exhibit 9 a legal pad and
21   I quickly asked you if these were particular patient
22   records because in the beginning it looked like it had
23   a patient's name.
24   A. It's both.
25   Q. It looks like we have generic stuff in here

### Page 220

1    too. I didn't realize that.
2        If we go to the second page, you are
3    describing the Wechsler poster in 2008 and you have
4    actually some notes on increased glucose and weight
5    with different doses; is that right?
6    A. I can't say it's right. I need to look at it.
7        (Witness reviewing document.)
8    A. Right, I've got what you are looking at.
9    Q. Do you see that as the dose increases, some of
10   those measurements increase as well?
11   A. Yes, there's only three points on it and
12   there's no test of significance, a difference of 3.6
13   and 4.5 may not be meaningful.
14   Q. Why don't you read for the record what your
15   notes reflect with regards to the doses.
16   A. One is a poster presentation, not a paper. 2,
17   the three doses, 50, 150 and 300. The increase in
18   weight is 0.6 with 50, 3.6 with 150 and 4.5 with 300.
19   Q. That does look like a dose response
20   relationship, does it not?
21   A. It looks like it could be, but it doesn't have
22   statistical significance, given the three points and
23   the numbers. Doing a dose response with three points
24   can be done, but it's difficult and a little hard to
25   interpret.

### Page 221

1    Q. What about the increased glucose? That was
2    the weight gain, right?
3    A. The glucose shows no increase, the percent of
4    the population at 50, and basically the same with 150
5    and 300, 3.4 and 3.6. The placebo group had a 1.6
6    percent increase in glucose.
7    Q. But the actual number went up from 3.4 to 3.6
8    as the dose increased, true?
9    A. It's no difference from my perspective.
10   Q. When you discussed it earlier, you said it's a
11   poster presentation. In the scientific world, what
12   does that mean, does that mean it is less reliable?
13   A. It means you have less information with which
14   to interpret what you are looking at. The one page
15   which is a summary of what went on, I'm afraid it is
16   frustrating to you occasionally, it is necessary to
17   look through lots of other material to draw a
18   conclusion on the study. So again, it's interesting
19   and it would be nice to have more, but it's preferable
20   to have a full report or scientific paper on the
21   subject.
22   Q. Do you not have that full report or scientific
23   paper on the study?
24   A. I don't believe I do.
25   Q. Did you ask counsel to obtain one for you?

56 (Pages 218 to 221)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 222

1      A. I don't think there was one.
2      Q. The investigator who did the poster
3  presentation has the data somewhere, right?
4      A. I assume so.
5      Q. You don't know sitting here whether it was a
6  study that was funded by AstraZeneca and whether they
7  actually have access to that data, do you?
8      A. I would have to look at the poster. I didn't
9  write that down.
10      Q. Do you know the name of that study?
11      A. It is quetiapine for, I'm not sure, I don't
12  have the title of the study and I just identified it by
13  author and date.
14      Q. You agree that placebo-controlled blinded
15  studies is the gold standard?
16      A. They are the gold standard.
17      Q. Would you agree that the longer the study, the
18  more data makes it a better study?
19      A. Usually, it depends on what disease and
20  problem you are looking at. In some cases, the added
21  time doesn't add anything to the information.
22      Q. Do you know how long Study 125 was? Do you
23  recall how long 125 was?
24      MS. THORPE: You have it.
25      MS. RELKIN: If he doesn't recall offhand,

## Page 223

1  that's okay.
2      THE WITNESS: It went out to 24 weeks.
3      Q. (By Ms. Relkin) That's a relatively
4  short-term study?
5      A. It is a relatively short-term study.
6      Q. What about Studies 126 and 127 would you
7  criticize in your report?
8      A. The other thing to keep in mind with these
9  studies in terms of their length is, particularly when
10  you are doing a placebo branch but even without it, is
11  that the length of time in the study does have an
12  effect on the treatment of these very sick people. So
13  I would like to see longer studies as you indicate in
14  many of these.
15      In some instances, I guess they felt that it
16  wasn't conducive for the therapeutic needs of
17  individual patients. I'm sorry I cut you off.
18      Q. That's all right. Studies 126 and 127, do you
19  know how long they were?
20      A. They went out to a longer period of time which
21  went as long as, close to two years.
22      Q. That's an attribute of the study?
23      A. I think it is.
24      Q. Did Study 125 control for family history?
25      A. I don't believe it did.

## Page 224

1      Q. Did it control for sedentary lifestyle? I am
2  going to ask you four things.
3      A. If I am going to answer, I'm going to have to
4  find the criteria again for admission to the study.
5      Q. While you are looking, can you answer this:
6  Would you agree Study 125 did not have a placebo?
7      A. 125 did not have a placebo, and I state that
8  in the report as something that would have been
9  desirable.
10      (Witness reviewing document.)
11      A. Sorry, back to your question. You want to
12  know whether it is grounds for exclusion or not?
13      Q. Yes, first was family history.
14      A. That's what I thought was the case. Family
15  history was not a grounds for exclusion.
16      Q. What about sedentary lifestyle?
17      A. No, it was quite the opposite, they did not
18  want people in the study who were physically active and
19  that that has its own effect on glucose metabolism. So
20  they were choosing people who weren't necessarily
21  sedentary but at least who didn't exercise for 30
22  minutes a day or longer five days a week.
23      Q. You have, however, criticized other studies
24  that didn't control for sedentary lifestyle, haven't
25  you?

## Page 225

1      A. I have criticized other studies mostly for not
2  including weight in them. I'm not sure I criticized
3  studies, but it is desirable to have that information.
4  This is not sedentary lifestyle, sorry, but you have
5  mischaracterized what the inclusion is. It is not
6  sedentary lifestyle, it is quite the reverse. It is
7  people who can be considered in American terms as
8  exceptionally active.
9      Q. I heard your answer. My question was your
10  commentary with regard to other studies.
11      Did Study 125 control for gestational
12  diabetes?
13      A. No.
14      Q. You referred to there being an epidemic, you
15  have written about epidemic of childhood diabetes; is
16  that fair to state?
17      A. No.
18      Q. You haven't written about an epidemic of
19  childhood diabetes?
20      A. No, I have written about an epidemic of
21  childhood obesity.
22      Q. Have you looked at the data and seen an
23  increased incidence of childhood diabetes?
24      A. The data for that, there have been reports of
25  an increase in childhood diabetes, but the major data

57 (Pages 222 to 225)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 226

1 that run in parallel are data that are consistent with
2 Bradford Hill's criteria which is that the outbreak of
3 obesity in adults has been mirrored temporally in a
4 similar pattern of outbreak in Type II diabetes in
5 adults.
6     Q.  Isn't it true that when kids used to get
7 diabetes, it was called Type I and now endocrinologists
8 and internists are observing children with Type II
9 diabetes which just wasn't something observed years
10 ago?
11     A.  That's correct.
12     Q.  Would that suggest to you that now there is a
13 development of Type II diabetes among kids?
14     A.  It is usually adolescence where we are seeing
15 it but it is definitely earlier than previously was
16 seen.  It is occurring at an earlier age.  It is going
17 from middle-aged adults to adolescents.
18     Q.  With regard to the latency or time it takes to
19 develop diabetes, you describe it as being an eight to
20 ten-year minimum process; is that right?
21     A.  I think you would need to differentiate
22 between childhood diabetes Type II and adult diabetes
23 Type II.  We don't really have all the information in
24 hand about the metabolic issues and the risks and the
25 patterns in children.

Page 227

1         It may be a totally different pattern.  You
2 have different factors going on including growth
3 issues, different hormonal makeup.  So the conclusions
4 that one would make about an adult population cannot be
5 applied to children or vice versa, as with many other
6 diseases.
7     Q.  It can't be applied at all or it should be
8 applied with caution?
9     A.  I wouldn't attempt to apply it.  We don't have
10 enough information how each relates to the other.
11     Q.  Therefore, your opinion that it takes eight to
12 ten years for diabetes to manifest is only with regard
13 to adults and not necessarily to kids?
14     A.  And that's based on the data.
15     Q.  What's the data based on kids that you believe
16 it would be a shorter period of time?
17     A.  It may be the same period of time.  We don't
18 have enough data one way or the other to indicate what
19 the period of time is as to when.  Is it something --
20 in children it could be something that relates to
21 gestation and maternal activities.  It could be related
22 to early childhood feeding practices.
23         Children, it is a different entity.  There's
24 been a change and it is a clear one and a
25 well-documented change.  But the reasons for it have

Page 228

1 not been well elucidated.
2         I am 25 minutes past where I was supposed to
3 leave and I'm good for about another five minutes.  But
4 I really can't stay long.
5     Q.  I have ten minutes and we are done because I
6 have to go too.
7     MS. THORPE:  I have a couple of questions and
8 I'm going to ask them, bearing your schedule in
9 mind.
10     THE WITNESS:  You can all walk me down to the
11 car if you want, but I'm leaving in five minutes.
12     MS. RELKIN:  I just lost my train of thought.
13     Q.  (By Ms. Relkin)  If a medication is known to
14 be a risk factor for a certain disease and there is
15 epidemiology as to the causation of the disease which
16 doesn't take into account that medication, would you
17 agree that the epidemiology is imperfect?
18     A.  I'm sorry, there are lots of things there.
19 Let's take them, can you...
20     Q.  If it is known, let's just say suspected, if
21 it is suspected that a class of medications are known
22 to contribute to a certain unwanted event and then
23 investigators go to study other risk factors for this
24 unwanted event but don't ask or investigate as to the
25 drug usage which is a suspected other risk factor,

Page 229

1 would you agree that some of those studies are
2 imperfect because they are not considering this other
3 putative cause?
4     MS. THORPE:  Object to form, compound,
5 ambiguous.
6     THE WITNESS:  I really find it hard to follow.
7 Can you use like a specific example, some class of
8 this and what the disease is so that I am -- it is
9 a little hard for me to follow even coming up in
10 my own mind of an example of what you are thinking
11 of.
12     Q.  (By Ms. Relkin) Let's take obesity.  You have
13 published a lot about obesity, bad diet, kids not
14 getting exercise, it goes on and on in terms of
15 lifestyle reasons why we are seeing an increase in
16 diabetes.
17         And I know you haven't formed an opinion and
18 done specific research to determine about the typical
19 antipsychotics or about any of the atypicals other than
20 Seroquel, but let's assume hypothetically that you have
21 missed the fact that the typicals and the other
22 atypicals do indeed contribute to -- when I said
23 diabetes, let's make it obesity, contribute to obesity.
24 Studies that are assessing the contributory cause for
25 obesity that don't consider the incidence and frequency

58  (Pages 226 to 229)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

## Page 230

1  of the atypical drug use are missing a potentially
2  important contributory cause, wouldn't you agree?
3     MS. THORPE: Object to form.
4     THE WITNESS: What is the outcome that you are
5  measuring, a study that's looking at what?
6     Q. (By Ms. Relkin) You are taking a population
7  and you want to say, here's a population and they have
8  X percentage of obesity. Say you are comparing it to
9  20 years ago. How do you define your time pop studies,
10 what are they called?
11    A. It's okay, comparison over time, yes.
12    Q. Say during that time same period there's been
13 a huge increase in drug utilization of these agents.
14 Don't you think it would be important to take that into
15 consideration?
16    MS. THORPE: Object to form, incomplete
17 hypothetical, vague and ambiguous.
18    THE WITNESS: Actually, a study like that has
19 been done. In internal work at CDC in looking at
20 various hypotheses for an increase in obesity in
21 the country, a variety of things were looked at
22 from genetics to changes in drug prescribing
23 patterns to use of different things, and the
24 conclusion has been that the level of increase,
25 the population is increased in every format of

## Page 231

1  life as such, that it is being driven by very
2  different things than any change in drug use.
3     In addition, in the particular example you
4  gave, there is such an overriding, the people who
5  are taking these medications have an illness which
6  has such a strong association with obesity that it
7  becomes difficult to separate those two.
8     So in studies in the US done of obesity, if it
9  were done for individuals, they might ask about
10 medication use because they are asking about lots
11 of other things as well. But it is really not
12 felt to be a contributory factor in the epidemic
13 that we are seeing.
14    Q. (By Ms. Relkin) Can you identify that study
15 that you just described, the CDC study?
16    A. It was internal analyses. I don't know
17 whether they published it or not. It was done probably
18 five or six years ago looking for potential causes.
19    Q. Did it look specifically for Seroquel and the
20 other psychotic agents?
21    A. It looked at the range of medications being
22 used for all different types of diseases.
23    Q. Do you still have a copy of that report?
24    A. It wasn't a formal report.
25    Q. Do you have access to that report?

## Page 232

1     A. I do not.
2     Q. Sitting here, you can't confirm whether or not
3  it looked for the atypicals?
4     A. No.
5     Q. I'd like to read you, this will be my last
6  question, I'd like to read you a statement and see if
7  you agree with it. "Demonstrated in the following
8  literature review, there is largely consistent evidence
9  that the second generation agents associated with more
10 weight gain, i.e., clozapine and olanzapine, are
11 associated with an increased risk of diabetes,
12 hyperglycaemia and dyslipidaemia."
13    Do you agree with that statement?
14    A. I don't know what you are reading from, I
15 don't know what article.
16    MS. RELKIN: We'll mark this as an exhibit.
17 This is from your box.
18    (Plaintiffs' Exhibit-16 was marked for
19 identification.)
20    Q. (By Ms. Relkin) It is the Newcomer's review
21 which you applauded as being a thorough, good review,
22 and it is being marked as Koplan Exhibit 16 and it is
23 Page 17. Do you agree with that statement?
24    A. I agree with the general conclusions of his
25 article, so if you could hand me the paper, I will show

## Page 233

1  you what I agree with.
2     Q. I read you particular language. Do you agree
3  or disagree with that language?
4     A. I have no strong opinion on that language, but
5  there's much more pertinent information in that report.
6     Q. You said you have to leave, and it is an
7  81-page report.
8     A. It won't take long, I will find it for you.
9     Q. We don't need for you to discuss this stuff on
10 a different issue. I was asking you specifically about
11 that.
12    A. We are here to discuss Seroquel and its
13 relationship to various outcomes. This report
14 addresses Seroquel, not a general class of drugs.
15    Q. Okay, so let's --
16    A. One of the points -- you need to be familiar
17 with the article. And the article makes a point not
18 that there is a lump sum of all these different agents,
19 but that they are quite different from each other.
20 Otherwise they wouldn't write an article on all these
21 different things.
22    Q. And, Doctor --
23    MS. THORPE: Let the witness finish his
24 response.
25    MS. RELKIN: He finished.

59 (Pages 230 to 233)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 234

1     MS. THORPE:  No, you talked over him.
2     Do you have anything else to say?
3     THE WITNESS:  That will do.
4     Q.  (By Ms. Relkin) Doctor, I asked you earlier,
5  the quote I read you was referring to two other agents.
6  It didn't mention Seroquel and I wanted to know if you
7  agreed with the two other agents because you have
8  already testified earlier today you have no opinion
9  despite what you have read as to those two agents.  So
10  I want to know therefore whether you disagree as to
11  those two agents and weight gain.
12     A.  I hear his opinion.  It sounds reasonable, but
13  based on my review of the literature with a particular
14  focus on Seroquel, it causes me to be concerned about
15  the quality of the literature in general.
16     So I would say I respect this fellow's work.
17  I think he does a good job and that more likely than
18  not I would agree with his conclusions but that without
19  having to look further.
20     Q.  The conclusions, I said weight gain but he
21  also addressed its impact on diabetes.
22     A.  Right, in that that's a review article of all
23  the different medications and one of them that's
24  reviewed is Seroquel.  Why not take a look at what he
25  says on Seroquel.

Page 235

1     Q.  Here is Seroquel.  On Page 66, "Package insert
2  data for quetiapine report that almost one quarter of
3  patients, 23 percent, gained at least seven percent of
4  body weight after three to six weeks of quetiapine
5  treatment compared with six percent of those receiving
6  placebo, suggesting three to four times the placebo
7  rate.  Findings from individual clinical trials are
8  consistent with these data."
9     Do you disagree with that?
10     A.  That's referring to the package insert.
11     Q.  Right, and then he said the findings are
12  consistent with the clinical trial data as well.
13     A.  I agree with what he says there, but in this
14  report he treats each second generation antipsychotic
15  as their own entity.
16     MS. THORPE:  Can you tell us where you are
17  reading, since you failed to give him the
18  reference?
19     MS. RELKIN:  I did, Page 69.  I did give him
20  the reference.  I beg your pardon.
21     MS. THORPE:  But you didn't give him the
22  document and he had to find it himself.
23     MS. RELKIN:  Page 69.
24     MS. THORPE:  You didn't provide him a copy.
25     MS. RELKIN:  This was from his file.  I didn't

Page 236

1  bring it.
2     MS. THORPE:  You were given these documents
3  before.  You were sent all these.
4     MS. RELKIN:  A day ago we got CD ROMs of a
5  gazillion documents.
6     MS. THORPE:  They were produced before that to
7  your team.
8     MS. RELKIN:  My team got it, the Texas folks
9  got the CD two days ago.
10     MS. THORPE:  They got it in a timely fashion,
11  given your request.  Go ahead.
12     THE WITNESS:  Let me interject.  I just would
13  like to read in his concluding discussion, same
14  author on Page 70 says, "The limited amount of
15  data evaluating the metabolic effects of
16  quetiapine therapy and the contradictory nature of
17  some results preclude definitive assessment of the
18  metabolic risks associated with its use."  And it
19  goes on to further support that.
20     So I think the author himself has analyzed
21  stuff and has come to a conclusion.  That's his
22  summary statement in that first paragraph.
23     Q.  (By Ms. Relkin) The date of that was what
24  year, that was back in 2005?
25     A.  Yes.

Page 237

1     Q.  There is additional data since then, right?
2     A.  There may well be, and I guess you have got a
3  paper that you are quoting the guy whose work you were
4  questioning a little while ago.  In any event, I am
5  comfortable with him as someone who is expert in the
6  field and I think that there may be more data, but I
7  haven't seen anything that contradicts what he's got
8  here.
9     And again, he is not saying good or bad.  He
10  is just saying, one, it is a limited amount of data,
11  and I think we still have a limited amount of data, and
12  it is contradictory in nature.
13     Q.  By the way, you reviewed the 2008
14  meta-analysis submitted to the FDA; is that right?
15     MS. THORPE:  Object to form as to the title.
16     THE WITNESS:  Are you referring to the June
17  2008 submission?
18     Q.  (By Ms. Relkin) June 2008.
19     A.  The June 2008 submission, yes.
20     Q.  Was that a meta-analysis?
21     A.  Not really, it wasn't a formal meta-analysis,
22  no.  Meta-analysis has a particular methodologic
23  approach that's taken in it where it really combines
24  the data in a different kind of way.  This is more a
25  compilation of data, is what I would call it.  They are

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 238

1 different, that's all.
2      Do you want this back?
3      Q. No, thanks, I think it is yours. When you
4 reviewed that June 2008 data, did some of it give you
5 pause as to your opinion saying, gee, actually there is
6 something going on here?
7      A. No.
8      Q. Last question. We didn't get a chance to go
9 and Koplan Exhibit 7 is the consensus paper by the
10 American Diabetes Association and the other
11 associations from February 2004. Do you agree with the
12 general findings of that paper?
13      A. The general findings?
14      Q. Do you agree with --
15      A. Does that mean every sentence in there I can
16 agree with or know enough about to answer? I agree
17 with it in general.
18      MS. RELKIN: Given the time constraints, I
19 guess I have to quit.
20      MS. THORPE: I have a couple of very quick
21 questions.
22      THE WITNESS: Go.
23           EXAMINATION
24 BY-MS.THORPE:
25      Q. Do you have an opinion as to whether weight

Page 239

1 gain reported in the literature with regard to Seroquel
2 represents an association or a causal relationship?
3      A. Weight gain related to Seroquel use is an
4 association.
5      Q. So when you have talked about the two to five
6 kilograms today, you were talking about an association,
7 not a causation?
8      A. I think I used that term, an associated
9 element.
10      Q. You were asked whether a person may gain 20
11 pounds on Seroquel. Were you talking about
12 distribution?
13      A. Distribution, people can lose 20 pounds and in
14 fact I described a curve that peaks at the mean and has
15 a tail on either end so people at one end are going to
16 gain more and people at the other end are going to lose
17 more.
18      Q. You were asked about the clinical significance
19 of five. Do you recall that?
20      A. I do.
21      Q. Is there a normal variation from day to day in
22 mean glucose levels?
23      A. There are two types of variation. There is a
24 variation day-to-day. There's day-to-day and there's
25 within a day.

Page 240

1      So there are studies on diurnal variation in
2 which it can go up and down during the course of the
3 day. And with any of us in lab tests, there's
4 variation from day-to-day, and that variation is in the
5 order of five milligrams at a time. And so when I use
6 the term, doesn't have clinical significance, it is
7 part of the variation you normally undergo one day to
8 the other without changing your disease risks. That's
9 not clinically significant.
10      Q. I'm skipping around here. There was a lot of
11 discussion about Study 125 which is the area under the
12 curve and the glucose tolerance study. Do you remember
13 that study?
14      A. Yes.
15      Q. You recall that there is a comparison of
16 Seroquel at baseline to Seroquel at 24 weeks, people
17 who use Seroquel out to 24 weeks?
18      A. Yes.
19      Q. Does the absence of a placebo in Study 125
20 affect that difference between the baseline and the --
21      A. In 125, yes, one would like to have a placebo
22 always, but in this particular case, the findings are
23 such where the people serve as their own control so
24 that you start off with a baseline level and the
25 question is, when you take this thing, do you go up.

Page 241

1      Now, if the findings had been actually taking
2 this medication lowers your blood sugar, you really
3 need a control group to say, well, is this
4 advantageous. You need a control group to look at it.
5 But where your concern is that it increases blood sugar
6 and it doesn't do that, you don't really need a control
7 for those results.
8      MS. RELKIN: Objection to the form of the
9 question.
10      Q. (By Ms. Thorpe) Let me change topics again.
11 If there is no mechanism that has been identified by
12 which an exposure causes a disease, do you think the
13 absence of a mechanism is a fact to be, a scientific
14 fact to be taken into account where there is also no
15 strong association shown in epidemiology?
16      MS. RELKIN: Objection to form, leading,
17 compound.
18      THE WITNESS: If I interpret your question
19 properly, as we discussed a little earlier, there
20 are a set of criteria, and amongst, all of them
21 have something to offer, but in the absence of a
22 strong association which I like to have and
23 temporality which you have to have, having a
24 biological explanation is certainly, helps you
25 come to some conclusion.

61  (Pages 238 to 241)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 242

1    Q. (By Ms. Thorpe) Talking about Study 125 again,
2  the area under the curve, there was a lot of discussion
3  about diabetic patients. And we looked at a table that
4  had non-diabetics. Do you remember that?
5    A. Right.
6    Q. Is there any reason to believe that -- let me
7  ask it this way: Any reason to believe that the
8  presence of diabetic patients in the Seroquel group
9  would cause there to be less effect on glucose in that
10 cohort, less effect on glucose change in the cohort?
11   MS. RELKIN: Object to form, leading,
12 speculative.
13   THE WITNESS: We don't have a scientific
14 answer, but one would assume that if you have got
15 diabetes or have prediabetes and something was
16 promoting, biologically promoting in this, that it
17 would knock it up.
18   Q. (By Ms. Thorpe) You talked about polycystic
19 ovarian syndrome and Cushing's syndrome?
20   A. Yes.
21   Q. Are those factors or causes?
22   A. Risk factors, they are associated. They are
23 not causal as such.
24   Q. My last question, Ms. Relkin referred to your
25 testimony in asbestos litigation. Is it correct that

Page 243

1  you have testified once?
2    A. My previous, when you say testified, in a
3  court, yes, I have testified.
4    Q. I am talking about in asbestos.
5    A. Yes, I testified once in asbestos litigation
6  and that was in regard to peritoneal mesothelioma.
7    Q. Is that a usual finding?
8    A. Peritoneal mesothelioma --
9    MS. RELKIN: Objection to form.
10   THE WITNESS: The usual concern is pulmonary.
11   MS. THORPE: Thank you. That's it.
12   MS. RELKIN: I get to do followup. You opened
13 the door on a bunch of stuff.
14   EXAMINATION(Continued)
15 BY-MS.RELKIN:
16   Q. You referred to peritoneal as not being usual.
17 You are not an asbestos expert, are you, Doctor?
18   A. I have a fair amount of knowledge about
19 asbestos.
20   Q. The World Health Organization recognized that
21 asbestos causes peritoneal mesothelioma, doesn't it?
22   A. There are different kinds of asbestos and the
23 variation between the types makes a difference in the
24 risks for asbestosis -- rather, of mesothelioma.
25   Q. The question Ms. Thorpe asked is whether or

Page 244

1  not whether peritoneal mesothelioma is not the regular
2  type of mesothelioma, something like that. And you
3  said, no, it's different. You didn't say pleural, but
4  that's what you were trying to distinguish it from.
5  You were talking about types of asbestos, correct?
6    A. We were talking about two different things,
7  risk factors for different forms of mesothelioma and we
8  were talking about the different types of asbestos. In
9  that I haven't done this testimony in, what, six years,
10 five years or whatever, this is not something I'm
11 prepared to the discuss in any detail.
12   Q. The jury didn't agree with your opinion, did
13 they?
14   A. I don't know. I wasn't there when this jury
15 made its conclusion.
16   Q. To go back to your answer that Ms. Thorpe
17 asked you as to weight being just an association as
18 opposed to causal, what's the basis for that opinion?
19   A. Strength of the association. Amongst other
20 things, there is a distinct and well-documented dose
21 response relationship between weight and diabetes done
22 in multiple studies and multiple places, and
23 well-designed ones. The relative risk for diabetes
24 from obesity in these groups is spectacularly high and
25 in the highest weight group it is over 90 for women.

Page 245

1      That isn't seen in any other relationship
2  including cigarette smoking and lung cancer and as such
3  it argues for causality rather than just association.
4  In addition, there are some biological plausibility
5  studies done as to the impact of obesity and massive
6  obesity on insulin resistance. You can go right down
7  the Bradford Hill criteria.
8    Q. The question, I believe, was with regard to
9  weight gain, isn't that right?
10   A. I thought you were referring to weight gain --
11   Q. Didn't Ms. Thorpe ask you --
12   A. Weight gain's relationship to diabetes. I
13 thought that's what you asked me.
14   Q. The question Ms. Thorpe asked you as to when
15 you gave an answer, something was causal and not -- it
16 was an association, not causal. What were you
17 answering?
18   A. Polycystic ovary disease was one.
19   MS. THORPE: No, we did whether weight gain
20 was an association for causation.
21   THE WITNESS: Weight gain.
22   MS. THORPE: With Seroquel.
23   Q. (By Ms. Relkin) When you answered the
24 question that the data with regard to Seroquel and
25 weight gain was an association but not causal.

62 (Pages 242 to 245)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

Page 246

1  A. Yes.
2  Q. Articulate your basis for that opinion.
3  A. Yes, it is a small degree of weight gain and
4  that level of weight gain, three to five kilograms in a
5  short period of time, is not associated with the onset
6  of diabetes.
7  Q. I am not talking about causal. I don't think
8  the question was with regard to causal as to the
9  ultimate outcome of diabetes.
10     The question is, the relationship where you
11 see that people taking Seroquel gain a bunch of weight,
12 is that a causal association or you are saying it is
13 only an association?
14  A. It is an association. It doesn't meet
15 Bradford Hill criteria.
16  Q. And which Bradford Hill criteria does it not
17 meet?
18  A. It doesn't meet biological plausibility. I'm
19 not aware of any mechanisms that describe why that
20 would do that.
21  Q. What if every other antipsychotic --
22     MS. THORPE: Let the witness finish his
23 answer.
24  Q. (By Ms. Relkin) Finish your answer.
25  A. If you go through the various criteria, it

Page 247

1  doesn't meet strength of association, the amount is
2  variable in different studies. The dose response is
3  not established. That's several of the criteria.
4  Q. You haven't published any of your findings
5  whatsoever about any of these Seroquel issues in any
6  journal, have you?
7  A. I have not.
8  Q. Have you tried to write them up?
9  A. No.
10  Q. Have you discussed them with any of your
11 peers?
12  A. No.
13  Q. So the only place you discussed them is in
14 this litigation context?
15  A. In the litigation context, that's correct.
16  Q. Obviously, there's lots more I could ask but I
17 have been told time is out. Thank you, Doctor. Nice
18 meeting you.
19  A. Nice to meet you. Thank you.
20     MS. RELKIN: I am going to mark all the boxes
21 even though most of it is probably repetitive but
22 I am going to mark as a separate Exhibit 17, some
23 study reports. 17 is going to be a study report
24 for 125 and 126. Exhibit 18 is going to be this
25 chart prepared by the graduate student for the

Page 248

1  professor.
2     We are breaking out the two boxes remaining.
3  The first banker box will be 19, the next will be
4  20.
5     (Plaintiffs' Exhibits-17 through 20 were
6  marked for identification.)
7     (Whereupon, at 5:53 p.m., the deposition was
8  concluded.)
9
10
11     (Pursuant to Rule 30(e) of the Federal Rules
12 of Civil Procedure and/or O.C.G.A. 9-11-30(e), the
13 deponent and/or a party having requested the right
14 to review the deposition, making corrections
15 and/or changes and signing, for that purpose the
16 errata pages have been annexed hereto.)
17
18
19
20
21
22
23
24
25

Page 249

1     C E R T I F I C A T E
2
3  STATE OF GEORGIA:
4  COUNTY OF FULTON:
5
6     I hereby certify that the foregoing transcript
7  was taken down, as stated in the caption, and the
8  questions and answers thereto were reduced to
9  typewriting under my direction; that the foregoing
10 pages 1 through 248 represent a true, complete,
11 and correct transcript of the evidence given upon
12 said hearing, and I further certify that I am not
13 of kin or counsel to the parties in the case; am
14 not in the regular employ of counsel for any of
15 said parties; nor am I in anywise interested in
16 the result of said case.
17     This, the 17th day of November, 2008.
18
19
20     MAXYNE BURSKY, CCR-2547
21
22
23
24
25

63  (Pages 246 to 249)

Confidential - Jeffrey P. Koplan, M.D., M.P.H.

---

**Page 250**

COURT REPORTER DISCLOSURE

Pursuant to Article 8.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Brown & Gallo, LLC. Brown & Gallo was contacted to provide court reporting services for the deposition. Brown & Gallo will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b).

Brown & Gallo has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Brown & Gallo will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

Maxyne Bursky, CCR-2547

---

**Page 251**

DEPOSITION OF JEFFREY P. KOPLAN, M.D., M.P.H.

I do hereby certify that I have read all questions propounded to me and all answers given by me on the 16th day of November, 2008, taken before Maxyne Bursky, and that:

1) There are no changes noted.
2) The following changes are noted:

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or the Official Code of Georgia Annotated 9-11-30(e), both of which read in part: Any changes in form or substance which you desire to make shall be entered upon the deposition...with a statement of the reasons given...for making them. Accordingly, to assist you in effecting corrections, please use the form below:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

---

**Page 252**

DEPOSITION OF JEFFREY P. KOPLAN, M.D., M.P.H.

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

Page No.     Line No.     should read:

If supplemental or additional pages are necessary, please furnish same in typewriting annexed to this deposition.

JEFFREY P. KOPLAN, M.D., M.P.H.

Sworn to and subscribed before me,
This the      day of          , 20   .

Notary Public
My commission expires:

---

Golkow Technologies, Inc. - 1.877.370.DEPS