# EXHIBIT  25

Confidential - Jennifer L. Payne, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-   -   -

IN RE:  SEROQUEL      :
PRODUCTS LIABILITY    :
LITIGATION            :
                      :
MDL Docket No. 1769:

This document relates to:

All Group One Initial Trial Pool Cases
-   -   -

October 22, 2008

-   -   -

C O N F I D E N T I A L

-   -   -

Oral deposition of JENNIFER L.
PAYNE, M.D., taken pursuant to notice,
was held at the law offices of Goodell
DeVries Leech & Dann, LLP, One South
Street, 20th Floor, Baltimore, Maryland
21202, commencing at 10:01 a.m., on the
above date, before Linda Rossi Rios, RPR,
CCR and Notary Public.

-   -   -

Golkow Technologies, Inc.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Jennifer L. Payne, M.D.

Page 2

1  APPEARANCES:
2
3  BAILEY PERRIN BAILEY LLP
   BY: FLETCHER V. TRAMMELL, ESQUIRE
4       and
   ANDREW KIRKENDALL, ESQUIRE
5  The Lyric Centre
   440 Louisiana Street
6  Suite 2100
   Houston, Texas 77002
7  (866) 716-8300
   Counsel for the Plaintiffs
8
9
   DECHERT, LLP
10 BY: STEPHEN J. McCONNELL, ESQUIRE
       and
11     NILS BURTON SNELL, ESQUIRE
   Cira Centre
12 2929 Arch Street
   Philadelphia, Pennsylvania 19104
13 (215) 994-2222
   (215) 994-2845
14 stephen.mcconnell@dechert.com
   nils.snell@dechert.com
15 Counsel for AstraZeneca
16
17       - - -
18
19
20
21
22
23
24

Page 3

1       - - -
2         INDEX
3  WITNESS                     PAGE NO.
4  JENNIFER L. PAYNE, M.D.
5  By Mr. Trammell          5, 242
6  By Mr. McConnell           224
7       - - -
8      EXHIBITS
9  NO.    DESCRIPTION       PAGE NO.
10 Payne-1 Notice of Deposition    13
11 Payne-2 Report              27
12 Payne-3 Reference list       27
13 Payne-4 Curriculum Vitae     27
14 Payne-5 Prevention of
          Schizophrenia Relapse
15        with Extended Release
          Quetiapine Fumarate
16        Dosed Once Daily article 227
17 Payne-6 Laboratory Discharge
          Summary              230
18
19 Payne-7 Diabetic Flowsheet   232
20 Payne-8 Progress Notes       234
21 Payne-9 Laboratory Report    235
22 Payne-10 Laboratory Report   236
23 Payne-11 Chemistry Profile   238
24       - - -

Page 4

1      DEPOSITION SUPPORT INDEX
2
   Direction to Witness Not To Answer
3
   Page Line Page Line
4
   (None)
5
6
7
8
9  Request For Production of Documents
10 Page Line Page Line
11 (None)
12
13
14 Stipulations
15 Page Line Page Line
16 (None)
17
18
19 Questions Marked
20 Page Line Page Line
21 (None)
22
23
24

Page 5

1       - - -
2       JENNIFER L. PAYNE, M.D.,
3  after having been duly sworn, was
4  examined and testified as follows:
5
6       EXAMINATION
7       - - -
8  BY MR. TRAMMELL:
9    Q.   Good morning, Dr. Payne.
10   A.   Good morning.
11   Q.   My name is Fletch Trammell.
12 I'm here with Andrew Kirkendall from my
13 firm, and we are attorneys who represent
14 plaintiffs in the Seroquel product
15 liability litigation. Do you understand
16 that?
17   A.   Yes.
18   Q.   You've been retained by
19 AstraZeneca in this case. Is that
20 correct?
21   A.   Yes.
22   Q.   What do they retain you to
23 do?
24   A.   They retain me to review the

2 (Pages 2 to 5)

Confidential - Jennifer L. Payne, M.D.

Page 6

1   literature regarding whether there's an
2   association between quetiapine and weight
3   gain and diabetes, and to review
4   particular individual cases.
5       Q.   When was the first time you
6   were contacted by AstraZeneca?
7       A.   I don't recall an exact
8   date, but I think it was somewhere around
9   February 2007.  I could be wrong on the
10  month.
11      Q.   Who contacted you, do you
12  remember?
13      A.   It was a lawyer from the law
14  firm of Dechert.
15      Q.   Was it Mr. McConnell?
16      A.   No, it was not.
17      Q.   And what was the substance
18  of that conversation?
19      A.   The substance was that there
20  was a lawsuit being brought against
21  AstraZeneca, would I be willing to review
22  some literature and meet with the lawyers
23  about the case.
24      Q.   Prior to February of 2007,

Page 7

1   had you had any interaction with
2   AstraZeneca either through the company or
3   through their lawyers?
4       A.   Certainly not through their
5   lawyers.  I had an interaction where I
6   gave a talk to some area managers.  That
7   was really the only interaction I had
8   directly with the company.
9       Q.   Can you describe, I guess,
10  the setting of that talk?  Was it a
11  presentation to sales managers?
12      A.   That's a really good
13  question.  I don't remember exactly who
14  the people were.  My understanding was
15  that they were regional managers of some
16  sort.  The meeting was in D.C.  It was a
17  very theoretical talk and really more of
18  a conversation after I gave some of my
19  ideas about what constitutes an
20  antidepressant medication.
21      Q.   Which drug were you talking
22  about?
23      A.   I wasn't talking about any
24  drug in particular.  I do some clinical

Page 8

1   trial work with novel therapeutics.  It
2   was really more of a theoretical talk
3   about why certain medications may work as
4   antidepressants in some settings.
5       Q.   And when was that?
6       A.   I believe that was in 2006,
7   but I'll be honest, I'm not sure.  I'd
8   have to look back.
9       Q.   Were you talking about
10  antipsychotics being used as
11  antidepressants?
12      A.   That was one of the
13  medications -- medication groups I talked
14  about.  I also do work with a medication
15  called riluzole, which is a medication
16  used for ALS.  And we talked a lot about
17  that.
18      Q.   That was a talk that was
19  sponsored by AstraZeneca.  Is that right?
20      A.   Yes.
21      Q.   Does AstraZeneca make an
22  antidepressant, as far as you know?
23      A.   Actually I have no idea.
24      Q.   Did you talk about the side

Page 9

1   effects of antipsychotics at that
2   meeting?
3       A.   No.
4           MR. MCCONNELL:  You have to
5   let him finish before you answer.
6           THE WITNESS:  I'm sorry.
7   BY MR. TRAMMELL:
8       Q.   I should have asked you,
9   have you ever been deposed before?
10      A.   Once.
11      Q.   Under what circumstances?
12      A.   I'm sorry, let me amend
13  that.  I've been deposed once as an
14  expert witness.  That's the end of my
15  general statement.
16      Q.   That's the only time you've
17  been deposed?
18      A.   I've been deposed in
19  two cases having to do with patients of
20  mine.
21      Q.   Under what circumstances?
22      A.   The first one was a patient,
23  before she came under my care, had hit
24  and killed someone in a motor vehicle

3  (Pages 6 to 9)

Confidential - Jennifer L. Payne, M.D.

Page 10

1 accident while she was in a manic state.
2 And I admitted her to the hospital right
3 after that incident, and so I was deposed
4 in that case. I actually testified at
5 the trial against her.
6     Q.   The criminal trial?
7     A.   The criminal trial.
8         The second was in a hearing
9 about disability for a patient of mine.
10     Q.   You were testifying on their
11 behalf to secure disability benefits?
12     A.   Yes.
13     Q.   You don't know the names of
14 those cases by any chance, do you?
15     A.   I know the names of the
16 patients.
17     Q.   What were those?
18     A.   The disability one was
19 Patricia Smirniotis.
20     Q.   How do you spell that?
21     A.   S-M-I-R-N-I-O-T-I-S. And
22 the first one was Martha Ladenson,
23 L-A-D-E-N-S-O-N.
24     Q.   At the talk that you gave in

Page 11

1 D.C. in 2006, is there a transcript of
2 that talk?
3     A.   No.
4     Q.   Did you make any slides?
5     A.   I did have some slides.
6     Q.   Do you know what happened to
7 them?
8     A.   I don't know offhand. I
9 could have them, I may not.
10     Q.   Did you create those slides?
11     A.   I did.
12     Q.   Were any slides provided to
13 you by AstraZeneca?
14     A.   No.
15     Q.   Did you have any discussions
16 with AstraZeneca about the slides before
17 you gave the talk?
18     A.   No.
19     Q.   Did they give you any
20 instructions as to the type of talk you
21 ought to give?
22     A.   No.
23     Q.   What was your understanding
24 as to why they wanted you to give a talk

Page 12

1 to doctors about novel treatments for
2 antidepressants -- for depressants?
3     A.   The talk was not
4 specifically to doctors, it was to
5 members of the AstraZeneca regional team.
6 My understanding was that they wanted to
7 generate a conversation about novel
8 therapeutics. And because of my work,
9 they wanted me to kind of introduce that
10 topic and start a discussion.
11     Q.   After you were -- after
12 February of 2007 when you were first
13 called about testifying in these cases,
14 what happened then? I suppose they sent
15 you some literature?
16     A.   Yes.
17     Q.   Do you remember when that
18 was?
19     A.   I do not.
20     Q.   Do you know what they sent
21 to you?
22     A.   They sent a lot of
23 literature, so I'm not sure what came
24 first.

Page 13

1     Q.   And at what point did you
2 decide that you were willing to testify
3 in these cases?
4     A.   Again, I don't think I can
5 give you an exact date. I reviewed the
6 literature and met with the lawyers
7 several times, and at some point in that
8 process, it became clear I was
9 comfortable with going forward.
10         - - -
11         (Exhibit Payne-1, Notice of
12     Deposition, was marked for
13     identification.)
14         - - -
15 BY MR. TRAMMELL:
16     Q.   I'll show you what's marked
17 as Plaintiff's Exhibit 1, which is the
18 deposition notice. If you'll flip to the
19 back page, have you reviewed the items
20 listed in Schedule A?
21     A.   I did.
22     Q.   Were these given to you
23 prior to your deposition?
24     A.   Yes.

4 (Pages 10 to 13)

Confidential - Jennifer L. Payne, M.D.

Page 14

1    Q.   Is it your understanding
2  that you've provided documents and
3  information responsive to these topics?
4    A.   Yes.
5    Q.   If you look at number 9,
6  other communications related to the
7  speech you gave in 2006, do any exist?
8    A.   I don't have any
9  communications related to that.  Our
10 e-mails are erased every six months.
11   Q.   The way I read 9 is your
12 slides are probably responsive to it?
13   A.   Okay.
14        MR. MCCONNELL:  Well, I'm
15 not sure I agree with that, but
16 that's fine.  It says all
17 communications with any
18 defendant's counsel related to,
19 and then the categories.
20        MR. TRAMMELL:  Right.  Well,
21 I suppose we'll figure out a way
22 to request it if we haven't
23 already.
24        MR. MCCONNELL:  I bet you

Page 15

1  will.
2  BY MR. TRAMMELL:
3    Q.   I want to talk about your
4  professional or educational experience.
5  What -- you got your undergraduate degree
6  from Davidson College.  Is that correct?
7    A.   Yes.
8    Q.   Did you do anything between
9  college and postgraduate school?
10   A.   I went to the University of
11 Virginia for a year in the neuroscience
12 Ph.D. program.
13   Q.   What is that?
14   A.   It's a Ph.D. program in
15 neuroscience.  It's graduate school.  Did
16 basic science research.  While I was
17 there, I decided that I wanted to go to
18 medical school and probably should have
19 enrolled in an M.D. Ph.D. program.  In
20 order to apply to medical school I was
21 required to exit the Ph.D. program.  So I
22 continued working in the same lab that I
23 had been working in as a research
24 assistant for the next year while I

Page 16

1  applied to medical school.  And then
2  matriculated at Washington University in
3  St. Louis.
4    Q.   Did you -- as part of
5  medical school, what special training did
6  you undertake in psychiatry?
7    A.   As part of medical school,
8  you do rotations in your third year in
9  general psychiatry.  We rotated at a
10 state hospital on the inpatient
11 psychiatric unit at Washington University
12 at Barnes Hospital.  In your fourth year,
13 you're allowed to do what are essentially
14 elective rotations.  And I did elective
15 psychiatry rotations at Johns Hopkins for
16 two months.
17   Q.   So after Washington, you
18 moved back to Baltimore to do your
19 residency?
20        MR. MCCONNELL:  Objection to
21 form.
22 BY MR. TRAMMELL:
23   Q.   Is that right?
24   A.   Just to clarify, I had lived

Page 17

1  here for a year at NIH doing a Howard
2  Hughes fellowship and doing further basic
3  science research during medical school.
4  So, yes, I did return to Baltimore.
5    Q.   What is the Howard Hughes
6  fellowship?
7    A.   The Howard Hughes fellowship
8  is an honor fellowship.  About 40 medical
9  students a year come to NIH and live on
10 the NIH campus doing basic science
11 research.  The goal of the program is to
12 promote medical students going into basic
13 science research or clinical research as
14 part of their career.
15   Q.   Is that something you would
16 do instead of having a clinical practice
17 or an association with them?
18   A.   It could be either.  Most
19 people that do basic science research are
20 associated with an academic institution.
21 Clinical research can be done in a
22 private practice setting as well, but
23 again, clinical researchers are often
24 associated with academic institutions.

5 (Pages 14 to 17)

Confidential - Jennifer L. Payne, M.D.

---

**Page 18**

1     Q.  What's the distinction
2 between basic research and clinical
3 research?
4     A.  Basic research is done in a
5 laboratory setting. It generally
6 involves animal models or molecular
7 techniques. Clinical research involves
8 doing research with patients directly.
9     Q.  So after NIH, you did your
10 residency at Johns Hopkins. Is that
11 right?
12     A.  After medical school was
13 finished at Wash U, I did my residency at
14 Johns Hopkins. NIH was in the middle of
15 medical school.
16     Q.  What did you do after your
17 residency?
18     A.  I actually went back to NIH
19 and did a clinical research fellowship
20 for two years in the mood and anxiety
21 disorders program.
22     Q.  Where was the clinical
23 setting for the research you were doing?
24     A.  At NIH.

---

**Page 19**

1     Q.  And they actually have
2 patients that they treat?
3     A.  Yes. Building 10 is the
4 hospital on the NIH campus, and people
5 from all over the world come there to get
6 specific treatments. We had both an
7 inpatient unit, psychiatric unit
8 dedicated to mood disorders as well as an
9 outpatient clinic where we saw
10 outpatients that were having mood
11 disorder problems.
12     Q.  How does someone qualify to
13 be an NIH participant or patient?
14     A.  There are general numbers
15 that you can call. You can be referred
16 there by your psychiatrist. We got a lot
17 of patients referred because they were
18 treatment resistant, for example. But
19 there are general numbers that are
20 advertised on the Internet and locally,
21 and patients will call, they'll be
22 screened over the phone if they would fit
23 into a research protocol, and they're
24 referred that way as well.

---

**Page 20**

1     Q.  Did you publish anything as
2 a result of your clinical research
3 experience at NIH?
4     A.  I did.
5     Q.  What did you publish?
6     A.  I can tell you the exact
7 names if we look at my CV, but I
8 published several reviews while I was
9 there. Also published the clinical trial
10 using a medication called pramipexole,
11 also known as Mirapex which is a
12 Parkinsonian medication. We use that for
13 treatment-resistant bipolar depression.
14 Also included as an author on the use of
15 riluzole in major depression which was an
16 open label study.
17     Q.  Is that the only riluzole
18 study you've done?
19     A.  No, actually I'm conducting
20 a double blind placebo-controlled
21 riluzole study in bipolar depression
22 right now.
23     Q.  Who makes riluzole?
24     A.  I knew you were going to ask

---

**Page 21**

1 that. I've actually forgotten.
2     Q.  Is it a brand drug?
3     A.  It's called an orphan drug
4 because it's made for ALS. The brand is
5 called Rilutek. And the trial I have
6 going is not supported by the
7 pharmaceutical company which is why I
8 don't remember who makes it.
9     Q.  Is it supported by NIH?
10     A.  It's supported by the
11 Stanley Bipolar Research Institute.
12     Q.  What is that?
13     A.  It's a private foundation
14 that supports clinical trial work in
15 bipolar disorder.
16     Q.  Who funds it, do you know?
17     A.  It's Stanley, the Stanley
18 family.
19     Q.  Up to that point, what
20 training did you have in designing or
21 conducting clinical trials?
22     A.  I had not had much training
23 in clinical trials. I had some exposure
24 during my elected rotation in psychiatry

---

6 (Pages 18 to 21)

Confidential - Jennifer L. Payne, M.D.

Page 22

1 at Johns Hopkins to a clinical trial that
2 was going on in Alzheimer's disease. But
3 the fellowship training I received at NIH
4 was really my main training in clinical
5 trial work.
6      Q.   What sorts of training did
7 they do at NIH on clinical trials or
8 related to clinical trials?
9      A.   Well, the program is not
10 just clinical trials. It's clinical
11 research in general so that patients
12 would come in and they might be involved
13 in a clinical trial, but we would also do
14 imaging studies. We would take blood for
15 genetic studies. We were really doing
16 more than just clinical trial work. It
17 was kind of more comprehensive than that.
18 But the training itself was very hands on
19 so that I was involved in recruiting
20 patients and moving patients through the
21 clinical research on multiple levels.
22      Also, because it was an NIH
23 fellowship, there were fellows in other
24 areas. So, for instance, there were

Page 23

1 fellows in schizophrenia or fellows in
2 endocrinology. And we had course work
3 in, for example, the ethics of clinical
4 research, that we would meet together as
5 a group about every week.
6      Q.   Were you designing the
7 trials that you were working on?
8      A.   I was not. Those had been
9 designed prior to my coming to NIH.
10      Q.   Are there regulations that
11 apply to how clinical research is done?
12      MR. MCCONNELL: Objection to
13 the extent it calls for a legal
14 conclusion. You can answer.
15      THE WITNESS: There are
16 regulations, particularly having
17 to do with informed consent, et
18 cetera.
19 BY MR. TRAMMELL:
20      Q.   Are there regulations that
21 are distinct to NIH versus overriding
22 federal or state regulations?
23      MR. MCCONNELL: Objection to
24 the extent it calls for a legal

Page 24

1 conclusion. Go ahead.
2      THE WITNESS: Not to my
3 knowledge.
4 BY MR. TRAMMELL:
5      Q.   So there was just a set of
6 rules to follow when conducting clinical
7 trial research?
8      MR. MCCONNELL: Same
9 objection.
10      THE WITNESS: I think that's
11 simplifying it. I think when you
12 design a clinical trial, it
13 depends on what your questions
14 are, the sample, what the ethical
15 issues regarding the sample are,
16 et cetera. I think it's probably
17 more complicated than just saying
18 there's a set of regulations.
19 BY MR. TRAMMELL:
20      Q.   After you were done at the
21 NIH, what did you do?
22      A.   I returned to Johns Hopkins
23 as an assistant professor and started
24 setting up my own research and also doing

Page 25

1 clinical work.
2      Q.   Did you teach class?
3      A.   Yes.
4      Q.   What class did you teach?
5      A.   Well, we teach a number of
6 different classes. I didn't teach a
7 class that started in September and ended
8 in December. I do a number of lectures
9 for a number of different classes, if you
10 will, at all levels of the medical school
11 as well as for residents. Would you like
12 me to detail those?
13      Q.   No. When you say "we," you
14 mean that there's a program where the
15 professors are rotated in and out?
16      A.   I mean faculty in general.
17 Some of us do more lecturing than others.
18 I'm one of those that does more.
19      Q.   When did you start doing
20 that?
21      A.   Almost immediately.
22      Q.   So in 2003?
23      A.   I believe I lectured at
24 least once or twice in 2003. I came to

7 (Pages 22 to 25)

Confidential - Jennifer L. Payne, M.D.

Page 26

1  Hopkins faculty officially at the end of
2  August of 2003. So it was a few months.
3      Q.   How long have you been a
4  licensed doctor?
5      A.   I believe I got my license
6  either at the end of my third year of
7  residency -- no, I'm sorry, it was prior
8  to that, because I was able to sign
9  involuntary consents during my third
10  year. So it was probably at the end of
11  my second year.
12      Q.   So in 2000?
13      A.   Let me think about that.
14  No, it was before that.
15      MR. MCCONNELL: Do you need
16  to look at your CV?
17      THE WITNESS: That would be
18  great. I'm terrible at dates.
19  BY MR. TRAMMELL:
20      Q.   I only have one copy.
21      MR. MCCONNELL: We'll get
22  you a copy.
23      Has that already -- parts of
24  it have already been marked?

Page 27

1      MR. TRAMMELL: No, I haven't
2  been able mark it because I don't
3  have a copy. If you have a copy,
4  we'll mark the whole thing.
5      MR. MCCONNELL: You want to
6  mark the one I just handed over?
7      MR. TRAMMELL: Yes.
8          - - -
9      (Exhibits Payne-2, Report,
10  Payne-3, Reference list, and
11  Payne-4, Curriculum Vitae, were
12  marked for identification.)
13          - - -
14      THE WITNESS: Can I check if
15  it's there? It may not be.
16      MR. TRAMMELL: Sure.
17      THE WITNESS: It's not on
18  there. I believe that would have
19  been in '98 or '99.
20      MR. MCCONNELL: Exhibit 1
21  was the depo notice. Is that
22  right?
23      MR. TRAMMELL: Right.
24      MR. MCCONNELL: And is this

Page 28

1  Exhibit 2?
2      MR. TRAMMELL: This is
3  Exhibit 4. Exhibit 2 is the
4  report. Exhibit 3 is the --
5      MR. MCCONNELL: Exhibit 2 is
6  the report.
7      MR. TRAMMELL: Exhibit 2 is
8  the general report. Exhibit 3 is
9  the reference list. Exhibit 4 is
10  the CV.
11      MR. MCCONNELL: Thank you.
12  BY MR. TRAMMELL:
13      Q.   So you began the residency
14  program in July of '98. Is that right?
15      A.   Well, internship was '97 to
16  '98. That's part of the residency
17  program.
18      Q.   Is that a standard -- well,
19  is there an internship in psychiatry at
20  Johns Hopkins or was there in '97?
21      A.   Yes. It's a general
22  medicine internship.
23      Q.   So the internship in general
24  medicine is what one does when they're

Page 29

1  going to specialize in psychiatry?
2      A.   Yes.
3      Q.   And then your first year of
4  your psychiatry residency you got your
5  medical license?
6      A.   I believe it would have been
7  at the end of the first year. I think
8  so, yes.
9      Q.   So you've been a licensed
10  physician for about ten years?
11      A.   Yes.
12      Q.   The bulk of it in Maryland
13  only?
14      A.   In Maryland only.
15      Q.   After you left NIH in '03,
16  you said you went back to Johns Hopkins
17  and taught classes, and what else did you
18  do there? Did you have a clinical
19  practice at Johns Hopkins?
20      A.   Yes.
21      Q.   What was the nature of that
22  practice?
23      A.   I brought a number of
24  outpatients back with me and accepted new

8 (Pages 26 to 29)

Confidential - Jennifer L. Payne, M.D.

Page 30

1  patients. This was primarily in mood
2  disorders, but I also had patients with
3  anxiety disorders and schizophrenia and
4  continue to do so until this day. From
5  the beginning of being on faculty at
6  Hopkins, I've run the mood disorder
7  service two months out of the year. I
8  also provided consultations for the mood
9  disorders consultation clinic once
10  weekly.
11       Q.   I'll make a note of that
12  when I look at your report in a minute,
13  but when did you begin prescribing
14  antipsychotic drugs?
15       A.   In residency.
16       Q.   So in 1998?
17       A.   Yes.
18       Q.   Did you prescribe Seroquel
19  in 1998?
20       A.   I don't remember.
21       Q.   Do you recall what types of
22  patients you were treating with those
23  drugs?
24       A.   In residency at Hopkins we

Page 31

1  see all kinds, so patients with
2  schizophrenia, schizoaffective disorder,
3  bipolar disorder, any sort of psychotic
4  disorder, major mood disorders, et
5  cetera.
6       Q.   Were you engaged in clinical
7  trial work while you were doing your
8  residency?
9       A.   No.
10       Q.   When were you first
11  published, do you know?
12       A.   I was first published in
13  1996.
14       Q.   Was that the "Soluble
15  ß-amyloid induces Alzheimer's disease
16  features in human fibroblasts and in
17  neuronal tissues"?
18       A.   Yes.
19       Q.   And you contributed to that
20  article during medical school?
21       A.   Yes.
22       Q.   I want to talk about your
23  report. This is Exhibit 2. So since you
24  left NIH, you've been on the faculty of

Page 32

1  Johns Hopkins School of Medicine. Is
2  that correct?
3       A.   Yes.
4       Q.   At the point -- how long
5  have you been the codirector of the
6  Women's Mood Disorders Center and the
7  adult mood disorders clinical trial unit?
8       A.   The codirector of the
9  Women's Mood Disorders Center, I believe
10  we started in the fall, after I returned
11  to Hopkins.
12       Q.   '03?
13       A.   So that would have been in
14  '04. So one year after I came back to
15  Hopkins. I came back in '03. The
16  director of the clinical trials unit,
17  I've been the director of that for the
18  past three years.
19       Q.   So since the fall of '05?
20       A.   Yeah.
21       Q.   What is the Women's Mood
22  Disorders Center?
23       A.   It initially started as
24  really a consultation service. And I

Page 33

1  began seeing basically a subset of people
2  with mood disorders, specializing in the
3  care of women during times of hormonal
4  change and helping women decide what to
5  do during times like pregnancy, if they
6  have a history of a mood disorder and
7  treating postpartum depression and
8  depression during perimenopause.
9            It has -- I've since
10  expanded that. We have some research
11  that's going on, and we have also
12  provided follow-up care for women who are
13  pregnant or postpartum through the
14  women's center. We're slowly expanding
15  our services and the number of people
16  that are working within the center.
17       Q.   How did you become
18  interested in women's mood disorders?
19  Were you recruited by Dr. Swartz?
20       A.   No, it's something I've been
21  interested in for a while. And during my
22  fellowship, I became particularly
23  interested in the fact that women
24  experienced twice the rate of depression

9 (Pages 30 to 33)

Confidential - Jennifer L. Payne, M.D.

Page 34

1  compared to men. I worked with Husseini
2  Manji at NIH, whose specialty is trying
3  to understand what the broken part is,
4  what the pathophysiology is in major
5  depression and bipolar disorder. I
6  became very interested in this
7  observation because I felt that it was
8  potentially a clue to try to understand
9  exactly what is wrong in the brains of
10  people with major depression and bipolar
11  disorder.
12      Q.  Have you done clinical
13  trials on this issue, the issue of why
14  women have a higher incidence of mood
15  disorders?
16      A.  No. I have a prospective
17  study of women who have a history of mood
18  disorders who are pregnant, and we're
19  looking at genetics and hormone levels
20  and stress and sleep. And that is
21  partially trying to address that issue,
22  but it's not a clinical trial in the
23  sense of using a particular medication.
24      Q.  What research have you done

Page 35

1  and what publications have you authored
2  on the subject of women's mood disorders?
3      A.  I've done a number of
4  publications on the subject of women's
5  mood disorders. I particularly look at
6  the correlation between mood symptoms at
7  particular reproductive hormonal changes.
8  So, for instance, premenstrual symptoms
9  predict that a woman will be more likely
10  to have a postpartum mood episode which
11  also predicts that a woman may have mood
12  disturbance during the perimenopausal
13  time. I've seen women with major
14  depression. I've also looked at women
15  with bipolar disorder.
16      Q.  Can we take them one at a
17  time because I'll forget.
18      A.  Okay.
19      Q.  You said that premenstrual
20  symptoms are an indicator of whether a
21  woman will experience postpartum
22  depression?
23      A.  In women with major
24  depression but not bipolar disorder.

Page 36

1      Q.  Is that a hypothesis or is
2  that something that you tested?
3      A.  That's something I was
4  testing. And so I published a paper
5  specifically on whether that's true or
6  not.
7      Q.  What data did you rely on?
8      A.  We had several large
9  multi-site genetic studies that were
10  conducted by one of my mentors, Dr. J.
11  Raymond DePaulo at Hopkins. I had access
12  to that data, and data had been collected
13  on premenstrual symptoms, postpartum
14  depression and perimenopausal mood
15  symptoms in the women who participated in
16  those studies. So if you look at my CV,
17  the paper that was published in the
18  Journal of Affective Disorders in 2007
19  entitled: "Reproductive Cycle-Associated
20  Mood Symptoms in Women with Major
21  Depression and Bipolar I Disorder,"
22  that's the data that I'm talking about
23  now.
24      I've also published another

Page 37

1  study which is listed there in 2008
2  called: "Familial Aggregation of
3  Postpartum Mood Symptoms in Families with
4  Bipolar Disorder." That was specifically
5  looking at whether postpartum depression
6  runs in families who also have bipolar
7  disorder. I'm essentially trying to look
8  at whether there's a genetic basis for
9  postpartum depression. And that paper
10  provides support that there is a genetic
11  basis for postpartum depression.
12      Q.  What is postpartum
13  depression?
14      A.  That's a complicated
15  question. Postpartum depression meets
16  DSM-IV criteria for major depressive
17  episode. Also according to DSM-IV, the
18  onset of the depression needs to occur
19  within four weeks of labor and delivery.
20  So that's the official diagnosis -- I'm
21  sorry, definition of postpartum
22  depression. But you can see postpartum
23  depression in women with major depression
24  and bipolar disorder.

10 (Pages 34 to 37)

Confidential - Jennifer L. Payne, M.D.

Page 38

1    Q.   And is it a specific type of
2  major depression that only manifests
3  after birth?
4    A.   It is considered a specific
5  type because it may be tied to the
6  hormonal changes that occur during labor
7  and after delivery.  Some women seem to
8  have a propensity to have a depressive
9  episode after labor and delivery for
10 every time they have a child.
11   Q.   I guess what I'm trying to
12 understand, is it -- does it occur under
13 circumstances where someone has major
14 depression and experiences an event after
15 delivering a child or is it only
16 associated with postpartum?
17   A.   Mainly postpartum mood
18 episodes occur in women with an
19 underlying mood disorder diagnosis.  It
20 can however be the presenting mood
21 episode.  So, for instance, a lot of
22 women with bipolar disorder will have
23 their first major depressive episode or
24 their first manic episode in the

Page 39

1  postpartum time.  It's clearly a time of
2  high risk for women.  But there are a few
3  cases of women who only have a mood
4  episode in the postpartum time, who don't
5  seem to have mood episodes at other
6  nonreproductive times.  But I would say
7  those cases are pretty rare.
8    Q.   So it's generally women who
9  are predisposed or more susceptible to
10 suffer from depression, and it's a
11 triggering event?
12   A.   Yes.  But not every woman
13 who has a mood disorder will have a
14 postpartum episode.  So understanding why
15 particular women have a mood episode at
16 that time is an opportunity to perhaps
17 understand exactly what happens in major
18 depression or bipolar disorder in
19 general.
20   Q.   Is the postpartum depression
21 triggered by hormones related to giving
22 birth?
23   A.   We don't know.  And that's
24 why I'm studying it.  It seems to me that

Page 40

1  there are certainly cases where it
2  appears that the hormonal changes trigger
3  the episode.  There's also experimental
4  evidence in the literature that shows
5  it's changes in the hormonal levels that
6  can trigger those mood episodes.
7    Q.   Do those hormones -- in
8  other words, there are extraordinary
9  levels of some hormone after childbirth,
10 and do they eventually subsist or
11 moderate?
12   A.   What happens is that high
13 hormone levels of estrogen and
14 progesterone that occur during pregnancy
15 drop off precipitously after labor and
16 delivery.  There are other hormonal
17 changes that occur, including in the
18 stress system.  But it seems to be that
19 the changes particularly in estrogen and
20 progesterone going from a high level to a
21 low level may be what triggers postpartum
22 depression in some women.
23   Q.   But it's your opinion that
24 most women who experience this have an

Page 41

1  underlying mental illness and the mental
2  illness is unmasked in some way by the
3  event of giving birth?
4    A.   I would not say it's my
5  theory.  I would say that the literature
6  supports that most women who have a
7  postpartum mood episode go on to meet
8  criteria for either major depression or
9  bipolar disorder.
10   Q.   And what you're trying to
11 explore is whether the hormonal changes
12 during birth are what caused that?
13   A.   Trying to explore that and
14 also whether there's a genetic
15 vulnerability that expresses itself
16 during that time.
17   Q.   Is there a plan to do
18 prospective trials on this?
19   A.   So this study I am doing
20 right now is a prospective study.  And
21 obviously these kinds of studies are
22 going to need to be done in large
23 numbers.
24   Q.   Who designed the study that

11 (Pages 38 to 41)

Confidential - Jennifer L. Payne, M.D.

Page 42

1 you're doing now?
2     A.  I did.
3     Q.  Who is funding it?
4     A.  NIH.
5     Q.  How is this study designed?
6 I suppose I can let you tell me, but I'll
7 ask, you interview pregnant women and
8 recruit them into the trial and I suppose
9 analyze them for underlying mental
10 illness and then monitor them throughout
11 childbirth?
12     A.  So this particular study is
13 part of what's called my K Award. A K
14 Award is awarded to an individual to
15 further their training in either basic or
16 clinical research.
17     Q.  Is it merit based or is it
18 just something everyone gets that
19 participates?
20     A.  Well, it's reviewed by NIH
21 scientific committees. So it's merit
22 based in that the committee felt that
23 both the project and myself were worth
24 funding.

Page 43

1     Q.  So just before you tell me
2 how the trial works, you -- this is an
3 area of research you're interested in so
4 you designed a trial and submitted it to
5 NIH and they awarded you funds to do the
6 trial?
7     A.  Right.
8     Q.  So how does the trial work?
9     A.  So the trial itself works
10 that I'm recruiting women who have a
11 history of a mood disorder already who
12 are pregnant. And we see them preferably
13 during their first, second and third
14 trimester, though they can enter the
15 study at any trimester. And then after
16 they have their baby, we try to see them
17 within a week of childbirth and then one
18 month and three months. We collect blood
19 for genetic studies. We collect blood
20 for hormones and various neurotrophic
21 factors and cytokines. We do what's
22 called a SCID, which is a clinician
23 interview based on the DSM to clarify
24 exactly what their diagnosis is. We

Page 44

1 measure their mood at every visit. We
2 measure self reports of sleep and how if
3 they're stressed about particular events,
4 et cetera. We also monitor what
5 medications they're taking.
6     Q.  If you determine that the
7 health changes associated with childbirth
8 are unmasking or triggering events of
9 depression in these people, what
10 treatment will you recommend or what
11 treatment will be possible to deal with
12 that?
13         MR. MCCONNELL:  Objection to
14 the form of the question.
15         THE WITNESS:  It depends
16 on -- everybody is an individual
17 case. So depending on what the
18 problem is and what their
19 treatments have been in the past,
20 what's worked, what medications
21 they're on at the time of the
22 event would be -- all of that
23 would factor into what I would
24 potentially recommend. Many of

Page 45

1 these women that we're following,
2 I'm not managing clinically. Some
3 of them I am, some of them I'm
4 not.
5 BY MR. TRAMMELL:
6     Q.  Is there a medication on the
7 market that regulates hormonal changes
8 associated with childbirth?
9     A.  No, nor would you want that
10 to happen. Because the hormonal changes
11 are a natural part of how one has a baby.
12 So even though that could be triggering a
13 mood episode in a woman, you wouldn't
14 want to keep a woman's hormone levels
15 artificially high, for instance, or low.
16 It would affect the pregnancy.
17     Q.  And so the idea would be to
18 treat to underlying illness?
19     A.  Correct.
20     Q.  And so even in women who
21 didn't have a history of mental illness
22 but maybe had a family history, is it
23 possible that one of the results of the
24 research would be that it's appropriate

12 (Pages 42 to 45)

Confidential - Jennifer L. Payne, M.D.

Page 46

1 to treat those women with medication
2 during pregnancy?
3           MR. MCCONNELL:  Objection.
4 Form.
5           THE WITNESS:  It in theory
6 could be.  Part of the goal of the
7 research is to be able to identify
8 prophylactically women at high
9 risk of having a postpartum mood
10 episode.
11 BY MR. TRAMMELL:
12     Q.   What other research have you
13 done that deals with women's mental
14 health issues?
15     A.   I told you about the
16 datasets that I had access to.  One of
17 the things, as I pointed out previously,
18 was looking at whether there was
19 potentially a genetic basis for
20 postpartum depressive episodes, and I am
21 currently involved in doing linkage
22 analysis studies in that same dataset,
23 looking for whether there are particular
24 regions of chromosomes that are

Page 47

1 associated with the trait of a postpartum
2 depression.  I've also done a small study
3 interviewing women who have adopted
4 infants in the last five years about
5 their experience of depressive symptoms
6 with the idea that women who adopt
7 infants are essentially an environmental
8 control for postpartum depression because
9 they go through the same environmental
10 stressors that a new mother does, but
11 they don't go through the same biological
12 ones.  And I'm hoping to expand that
13 study in the next year or two.
14     Q.   Is that all of the research
15 you've done related to women's mental
16 health issues?
17     A.   I would say that is a good
18 summary of what I've done.
19     Q.   What research have you done
20 related to mental health issues that
21 don't focus on women's issues?
22     A.   So most of the research that
23 I have done, other than focusing on
24 women's mental health, has to do with the

Page 48

1 clinical trial work.  So I mentioned that
2 I have a double blind placebo-controlled
3 study of riluzole and bipolar depression.
4 That's funded by Stanley Foundation.
5     Q.   And you're in the midst of
6 that study.  Is that right?
7     A.   Yes.  I have a second study
8 funded by the Stanley Foundation looking
9 at the use of valacyclovir in cognitive
10 symptoms of bipolar disorder.  That is
11 based on some evidence in the literature
12 that patients with bipolar disorder who
13 have demonstrable cognitive defects are
14 more likely to be infected with the
15 herpes simplex virus 1, so it's a natural
16 question as to whether valacyclovir might
17 improve their cognitive status.  I've
18 also been involved not as the PI, but my
19 group has been involved in the study
20 supported by Novartis for an
21 antidepressant called Agomelatine and
22 major depression.
23           I have also, particularly
24 when I first arrived back at Hopkins on

Page 49

1 faculty, participated in interviewing
2 subjects who have bipolar disorder or
3 major depression for genetic studies.
4     Q.   What does that mean?
5     A.   That means that there were
6 several, again, multi-site genetic
7 studies that have been going on for years
8 at Hopkins.  And I participated in those
9 studies by interviewing and diagnosing
10 patients with mood disorders.
11     Q.   What is a genetic study?
12     A.   A genetic study is looking
13 for the genetic basis for either major
14 depression or bipolar disorder.
15 Sometimes we look at families, sometimes
16 we look at individuals, the different
17 techniques within the sample that you're
18 using.
19     Q.   Have you done any research
20 or clinical trial work that deals with
21 schizophrenia?
22     A.   I have not.  The caveat to
23 that is that some of the patients that
24 participate in the genetic studies have

13  (Pages 46 to 49)

Confidential - Jennifer L. Payne, M.D.

Page 50

1  what is called schizoaffective disorder.
2      Q.   The Novartis study you said
3  is a study your group is doing.  What
4  does that mean?
5      A.   So I have a number of people
6  who work with me as part of my group.
7  Frank Mondimore is someone who has been
8  participating in some of my clinical
9  trials.  He was the PI on that particular
10  study.  But he could be considered part
11  of my group, meaning that I'm the head of
12  the group.
13      Q.   Do you have any role in the
14  implementation of the study?
15      A.   That particular study was
16  brought to my group.  He was the PI, he
17  made the decisions about advertising and
18  recruitment, et cetera.  But the basis of
19  the study used my research assistants and
20  coordinator and space that I had set up.
21      Q.   Other than your research and
22  studies -- other than your research
23  having to do with women's mental health
24  issues, have you done any research or

Page 51

1  studies on other discrete populations?
2      A.   Besides mood disorders in
3  women?
4      Q.   Right.
5      A.   No.
6      Q.   What is the adult mood
7  disorders clinical trials unit, is that
8  what you've been describing to me?
9      A.   That is what I'm describing
10  to you as my group.
11      Q.   That's your group, okay.
12      A.   Yeah.
13      Q.   And when did -- you said
14  that began in the fall of '05?
15      A.   I think at that point, we
16  had more than one clinical trial going.
17  I had more than one person working for me
18  and we became an official group at that
19  time.
20      Q.   And what does that mean, you
21  just decide you would call yourself the
22  adult mood disorders clinical trial unit?
23      A.   With the blessing of my
24  chair so that we could refer to ourselves

Page 52

1  as a clear separate group from the mood
2  disorders group, for example.
3      Q.   Why is that important?
4      A.   It's important in that in
5  terms of space issues, for example, in
6  assigning duties for budgets and various
7  support.  Recruitment of the faculty, et
8  cetera.
9      Q.   Do you personally raise
10  money for the AMBCTU?
11      A.   I do not.
12      Q.   How is money raised for your
13  group?
14      A.   We get grants.
15      Q.   From whom?
16      A.   Primarily the Stanley
17  Foundation.
18      Q.   Was the Stanley Foundation
19  funding grants to Hopkins before you got
20  there?
21      A.   No.
22      Q.   What is your relationship
23  with the Stanley Foundation?
24      A.   I've applied for two grants

Page 53

1  from them, and oversee those grants.
2      Q.   And that's the Valtrex and
3  riluzole studies?
4      A.   Correct.
5      Q.   Where is the Stanley
6  Foundation?
7      A.   That's a good question.  I
8  believe they have offices located in
9  D.C., but I could be wrong about that.
10      Q.   It says you're also
11  codirector of the residents outpatient
12  psychiatry program.
13      A.   That's a new designation.
14  That would be as of July 2008.
15      Q.   The residents outpatient
16  psychiatry program is a program that
17  precedes July 2008.  Right?
18      A.   Yes.
19      Q.   And is the residents
20  outpatient program a program to treat
21  outpatients that's staffed by residents?
22      A.   Correct.
23      Q.   And you oversee it?
24      A.   Correct.

14  (Pages 50 to 53)

Confidential - Jennifer L. Payne, M.D.

Page 54

1    Q.   You and your codirector?
2    A.   Yes.
3    Q.   Who is your codirector?
4    A.   My codirector is Joe
5    Bienvenu.
6    Q.   What sorts of direction do
7    you provide the residents?
8    A.   The program itself needed
9    some extensive overhauling which is why
10   Dr. Bienvenu and I took over the program.
11   And we're making sure that patients that
12   are seen by residents are registered,
13   billed properly, that the residents are
14   receiving appropriate supervision when
15   making decisions about what appropriate
16   resident cases should be, and making sure
17   that the residents are seeing enough
18   outpatients to qualify for graduating
19   from residency.
20   Q.   Is there any sort of -- are
21   there any evidence-based medicine
22   guidelines that you require the residents
23   to adhere to?
24   A.   They're taught by a series

Page 55

1    of lectures that are -- include
2    evidence-based teaching. But there isn't
3    a specific set of guidelines.
4    Q.   Is there a set of guidelines
5    for using evidence-based medicine for
6    prescribing drugs?
7    A.   There's not a specific set
8    of guidelines, no.
9    Q.   There's no algorithm or
10   anything?
11   A.   No. There are several
12   algorithms that exist, but they are
13   certainly not required, and there's
14   several competing ones.
15   Q.   Is that part of your
16   training of the residents?
17   A.   No. We primarily focus at
18   Hopkins on learning how to diagnose and
19   treat and formulate cases, meaning that
20   you take a really good history and you
21   understand what the issues are and are
22   able to diagnose accurately. We don't
23   use forms that are checklists in order to
24   make diagnoses, for example.

Page 56

1    Q.   Doctors are free to use
2    their judgment. Is that right?
3    A.   That's correct.
4    Q.   And is there a -- is it the
5    same with the doctors that work in the
6    Women's Mood Disorders Center?
7    A.   Yes.
8         MR. MCCONNELL:  Objection to
9    form. You can answer.
10        THE WITNESS:  Yes.
11   BY MR. TRAMMELL:
12   Q.   There's no algorithm,
13   there's no required system of medicating
14   patients, it's left to the doctor's
15   judgment?
16   A.   That's correct. Every case
17   is an individual.
18   Q.   Are the Women's Mood
19   Disorders Center, your group, which is
20   the adult mood disorders clinical trials
21   unit or the residents outpatient
22   psychiatry program, funded in any way by
23   pharmaceutical companies?
24   A.   No.

Page 57

1    Q.   Do you get free samples to
2    give to your patients?
3    A.   There are samples available
4    to give to patients, yes.
5    Q.   Including samples of
6    Seroquel. Is that right?
7    A.   I'll be honest, I'm not sure
8    if they're in the cabinet or not. I
9    would assume they are.
10   Q.   Do drug reps come by the
11   center and buy lunch and interact with
12   you guys?
13   A.   They come and meet with me.
14   I do not allow them to buy lunch.
15   Q.   Do they meet with the
16   outpatients or the residents in the
17   outpatient psychiatry program?
18   A.   They do not -- under our
19   supervision, to my knowledge, they do not
20   meet with the residents at all.
21   Q.   Have you ever -- have you
22   ever submitted an idea for a research to
23   a pharmaceutical company?
24   A.   I have. And then I've not

15  (Pages 54 to 57)

Confidential - Jennifer L. Payne, M.D.

Page 58

1  followed up on it.
2      Q.   When did you do that?
3      A.   Oh, let's see.  Maybe two
4  years ago.
5      Q.   To whom did you submit it?
6      A.   I was considering looking at
7  the medication Geodon and severe
8  premenstrual symptoms in women with
9  bipolar disorder.
10     Q.   So you submitted to Pfizer
11  two years ago, and what was the -- did
12  they have a response?
13     A.   They were interested in it
14  and then I didn't follow up on it.
15     Q.   Why?
16     A.   Mainly because at the time I
17  was considering moving to UNC, and it was
18  a tumultuous time, it was not clear
19  exactly where I was going to be.  Since
20  then I've been busy with starting this
21  director of the outpatient program for
22  residents.
23     Q.   Was it a tumultuous time
24  because of anything having to do with

Page 59

1  your work as a doctor or researcher?
2      A.   No, it was a tumultuous time
3  because it was not clear at what
4  institution I was going to be.
5      Q.   And why was that?
6      A.   I had a job offer at UNC and
7  I was considering going there versus
8  staying at Johns Hopkins.  It's difficult
9  to plan a research study under those
10  circumstances.
11     Q.   What did you say, what was
12  the test with Geodon?
13     A.   We were interested in
14  premenstrual symptoms and bipolar
15  disorder.  Premenstrual symptoms in
16  general appear to be responsive to
17  medications that affect serotonin.  The
18  problem with that is that antidepressants
19  can destabilize bipolar disorder.  So
20  using medications like Zoloft or Prozac
21  during the premenstrual time can actually
22  cause a manic episode in a woman with
23  bipolar disorder.
24         At the same time, having

Page 60

1  severe premenstrual symptoms can also
2  destabilize someone's bipolar disorder.
3  We were particularly interested in Geodon
4  because it has some serotonergic
5  activity, but it's also an antipsychotic
6  and has mood stabilizing activity.  So we
7  were thinking that it may be useful under
8  those sets of symptoms.
9      Q.   Are premenstrual symptoms a
10  type of depression?
11     A.   Yes.
12     Q.   Is there a clinical name for
13  them other than premenstrual symptoms?
14     A.   Premenstrual dysphoric
15  disorder would be the research criteria
16  used for DSM.
17     Q.   Is that properly treated by
18  antipsychotics, in your opinion?
19     A.   In patients without bipolar
20  disorder, no.  There's not enough
21  evidence for that at this point.
22     Q.   You graduated from Davidson.
23  Are you from North Carolina?
24     A.   No, I'm not.  I'm from West

Page 61

1  Virginia.
2      Q.   What was the nature of your
3  Alzheimer's disease research at NIH?
4      A.   That was basic science
5  research.  We were looking at neurons and
6  fibroblasts and examining a particular
7  type of channel called a potassium
8  channel.  And there was a particular form
9  of that channel that was associated with
10  Alzheimer's disease.  We were looking at
11  whether we could diagnose Alzheimer's
12  disease by using a skin biopsy and
13  studying those particular potassium
14  channels.
15     Q.   I was trying to -- I was
16  reading your report and trying to figure
17  out how you spend your day since the
18  responsibilities are kind of divided up
19  into parts of the year.  Can you just
20  describe what your typical workday is
21  like?
22     A.   I probably would say that I
23  have different typical workdays.  So
24  maybe I -- can I describe a week for you?

16 (Pages 58 to 61)

Confidential – Jennifer L. Payne, M.D.

Page 62

1    Q.   Sure.  That would be great.
2    A.   Okay.  So on Mondays we have
3  grand rounds which is a big lecture as
4  part of the psychiatry department.  I
5  typically go to that meeting.  I also
6  typically supervise and see consults for
7  the Women's Mood Disorders Center on that
8  day.  On Tuesdays, I have my outpatient
9  practice where I see my own private
10  outpatients, private meaning that I am
11  their primary doctor.  They're still seen
12  through Johns Hopkins.  On Wednesdays, I
13  go to a clinic through Healthy Start.
14  That particular work is supported by a
15  private foundation grant with a goal of
16  putting mental health providers in local
17  community settings to provide psychiatric
18  care to the inner city community.  On
19  Thursdays we have our clinical research
20  meeting.  And I also do the Residents
21  Mood Disorders Clinic where I supervise
22  third year residents in the management
23  and treatment of patients with mood
24  disorders.  On all of those days, when I

Page 63

1  am not seeing patients, I'm either
2  writing papers, doing data analysis,
3  supervising other people on clinical
4  research issues.  I occasionally see
5  clinical research subjects as well.  On
6  Fridays, I am attempting to work from
7  home and do a lot of writing and data
8  analysis during that time.
9    Q.   What are grand rounds?
10    A.   Grand rounds is a weekly
11  meeting during the academic year where
12  different members of the department
13  present on either a particular clinical
14  topic or their research or some
15  combination of the two.
16    Q.   And do you present at grand
17  rounds?
18    A.   I do.
19    Q.   It's a meeting, right?
20    A.   It's a big auditorium full
21  of psychiatrists and Ph.D.s and residents
22  and medical students.  So it's kind of
23  more than a meeting.  It's a very formal
24  presentation.

Page 64

1    Q.   And it's specific to the
2  hospital.  Is that right?
3    A.   Grand rounds occurs in
4  almost every department, not just
5  psychiatry.  So it's specific to the
6  hospital as well as the department.
7    Q.   So there are psychiatry
8  grand rounds at Johns Hopkins?
9    A.   Correct.
10    Q.   That's the meeting on Monday
11  that you're talking about?
12    A.   That's right.  And there are
13  other meetings that I occasionally go to,
14  but I usually go to that one on Monday
15  for sure.
16    Q.   Is it only hospital
17  personnel who speak at grand rounds?
18    A.   Yes.  Or university.
19    Q.   You said you also do
20  consults at the women's clinic.  What
21  does that mean?
22    A.   That means I either see a
23  patient myself who is having some sort of
24  difficulty and make clinical

Page 65

1  recommendations to their psychiatrist, or
2  I supervise either a junior faculty or
3  a -- last year I had two fellows working
4  with me, so I supervised them in consult,
5  so they would perform the consult and
6  give me a synopsis of the history and
7  then I would meet with them and the
8  patient to make clinical recommendations.
9    Q.   This would be dealing with
10  women who suffer from mood disorders?
11    A.   Right.
12    Q.   Tuesday, your outpatient
13  practice, do you see those patients at
14  the Women's Mood Disorders Center?
15    A.   So one thing to understand
16  is that these entities don't have a
17  physical presence.  So I have my office.
18  So on Mondays, when I'm seeing women
19  through the Women's Mood Disorders
20  Center, that has a particular set of
21  paperwork and we try to limit the
22  patients we see that day to women who
23  have mood disorders, for example.  But
24  I'm still seeing them in my office.

17 (Pages 62 to 65)

Confidential - Jennifer L. Payne, M.D.

Page 66

1    Q.   And on Tuesdays you also see
2  patients at your office?
3    A.   Yes.
4    Q.   Is it primarily women with
5  mood disorders?
6    A.   I have a number of men and
7  I've had patients with primarily anxiety
8  disorders. I've also had a patient with
9  schizophrenia recently. So it's more
10 general than on Monday.
11   Q.   Are the majority of your
12 patients nonschizophrenic?
13   A.   The majority of my
14 outpatients are nonschizophrenic.
15   Q.   And the Healthy Start
16 Clinic, you said it's funded by a private
17 foundation. Do you know the name of that
18 foundation?
19   A.   I don't. This is a grant
20 that Johns Hopkins gave you obtained by
21 other people. So I'm really not involved
22 in that side of it.
23   Q.   You say you go to urban
24 clinics and provide a level of care they

Page 67

1  might not otherwise get?
2    A.   Correct.
3    Q.   On Thursday you have a
4  clinical research meeting with the group
5  you referred to earlier?
6    A.   Yes.
7    Q.   And then you said you work
8  with residents or train residents at the
9  Women's Mood Disorders Center?
10   A.   Sorry, it's the Residents
11 Mood Disorder Clinic. There we do
12 consults, do intakes and see follow-ups
13 of patients with mood disorders. That's
14 both men and women. They often have
15 anxiety disorders as well.
16   Q.   So you actually treat
17 patients on Thursday at the Residents
18 Mood Disorders Clinic?
19   A.   I do. I supervise
20 residents, I see the patients with the
21 resident, and advise the resident on how
22 to actively manage these patients.
23   Q.   It says you provide care to
24 general service seven weekends a year.

Page 68

1  What does that mean?
2    A.   So everybody who is on
3  faculty at Hopkins has weekend call.
4  And they're different -- we have four
5  different floors of psychiatric units.
6  I'm assigned to the general psychiatric
7  unit for weekend call. That floor is
8  primary schizophrenia, schizoaffective
9  disorder, substance abuse and major mood
10 disorders.
11   Q.   How many regular patients --
12 how many patients do you see regularly?
13 Is there a way to gauge the size of your
14 patient population?
15   A.   So my outpatient practice
16 has been approximately 40 to I'd say at a
17 maximum 50 longitudinal patients. The
18 Healthy Start population, we're managing
19 probably around 30 longitudinally.
20 Some -- it might be more than that
21 because some of those patients, as you
22 might imagine, only come a few times.
23 But I can think of probably about 30 that
24 have been there more than once or twice.

Page 69

1  Consults, I tend to do two to probably a
2  maximum of three a week.
3         In the residents clinic,
4  currently we have, I would guess, 10 to
5  12 patients that we're following
6  longitudinally because we can only see
7  them about once a month right now. We
8  are also doing a consult during that time
9  often.
10   Q.   What percentage of your
11 patients would you say are schizophrenic?
12   A.   Would you include
13 schizoaffective disorder with that?
14   Q.   No.
15   A.   I'd say at most 10 percent
16 for outpatients. That doesn't include
17 inpatients.
18         MR. TRAMMELL: Can we take a
19 quick break?
20         MR. MCCONNELL: Sure.
21         - - -
22         (A recess was taken from
23 11:14 a.m. to 11:22 a.m.)
24         - - -

18 (Pages 66 to 69)

Confidential - Jennifer L. Payne, M.D.

Page 70

1    MR. MCCONNELL: Just to make
2  it clear on the record, we did
3  bring and it's here in the corner
4  of the room, I believe all of Dr.
5  Payne's files, the stuff that
6  she's looked at in this case in
7  case you want to look at that
8  stuff.
9    THE WITNESS: It was an
10  effort.
11    MR. TRAMMELL: That is
12  impressive.
13  BY MR. TRAMMELL:
14    Q.  Did you keep all your notes
15  on them?
16    A.  I tried to keep all the
17  notes there.
18    Q.  Makes it easier.
19    We talked this morning about
20  your education and how you spend your
21  time professionally. I want to talk to
22  you about the information in your reports
23  about mental illness generally.
24    A.  Uh-huh.

Page 71

1    MR. MCCONNELL: That's a
2  yes?
3    THE WITNESS: Yes.
4  BY MR. TRAMMELL:
5    Q.  If you look at your report
6  on page 3, with the heading "Mental
7  Illness," the statement that says:
8  Mental illness diagnoses -- it says the
9  section is mental illness and you're
10  saying those diagnoses can be generally
11  grouped together in one of five
12  categories. And you list them as mood
13  disorders, schizophrenia, psychotic
14  disorders, anxiety disorders, behavioral
15  disorders and substance abuse, dementia,
16  delirium and other organic brain
17  disorders. Do you see that?
18    A.  Yes, I do.
19    Q.  Can you tell me generally
20  what are the distinct characteristics of
21  a mood disorder?
22    A.  The distinct characteristics
23  of a mood disorder is primarily a
24  disturbance in mood and energy. It tends

Page 72

1  to occur over time that causes
2  significant dysfunction in a patient's
3  life.
4    Q.  There are several different
5  types of mood disorders. Isn't that
6  correct?
7    A.  Yes.
8    Q.  What are they?
9    A.  The broad classification
10  mood disorders really includes major
11  depression and bipolar disorder. But
12  there are many others listed in DSM. For
13  instance, there's mood disorder not
14  always specified, there's mood disorder
15  due to general medical condition and
16  several others. But if you think broadly
17  in terms of mood disorders, there's
18  really two types and that's major
19  depression and bipolar disorder. Bipolar
20  disorder can be subdivided further.
21    Q.  What is the difference
22  between major depression and bipolar
23  disorder?
24    A.  Bipolar disorder consists of

Page 73

1  major depressive episodes usually, but
2  not always. And also has either manic or
3  hypomanic episodes. Major depression has
4  only major depressive episodes. Again,
5  mood disturbances tend to occur over
6  time.
7    Q.  What's the difference
8  between a major depressive episode and a
9  minor depressive episode?
10    A.  Major depressive episodes
11  meet specific criteria outlined in DSM,
12  including causing significant dysfunction
13  in a length of time criteria that is
14  generally described as most of the day,
15  nearly every day for two weeks or longer.
16  A major depressive episode includes
17  symptoms including a low mood, though
18  that mood could be irritable particularly
19  in younger people, teenagers.
20  Disturbances in energy, sleep, appetite,
21  negative thoughts, suicidal thoughts.
22    Q.  Are suicidal thoughts
23  required for major depression?
24    A.  No, but it's one of the

19 (Pages 70 to 73)

Confidential - Jennifer L. Payne, M.D.

Page 74

1 criteria that can be met for a major
2 depressive episode.
3     Q.   So for a diagnosis of major
4 depression, if a patient is irritable,
5 has bad eating habits, no energy, that
6 person could be considered suffering from
7 mental illness?
8     A.   If they met the number of
9 criteria required in DSM.
10     Q.   What is the number?
11     A.   I believe it is four or five
12 of the criteria.  The other thing to keep
13 in mind is that the disturbance needs to
14 not be what this person is like most of
15 the time.  When I teach residents, I talk
16 about that you have to formulate your
17 case.  You have to understand who this
18 person is.  There are people who have
19 kind of a negative outlook on life their
20 entire life.  And having that negative
21 outlook does not constitute having a mood
22 disorder.  So that what you want to see
23 is a pattern of disturbance that's
24 different from that person's usual self.

Page 75

1     Q.   And the distinction between
2 major depression and bipolar is that
3 bipolar also includes manic episodes?
4     A.   Or hypomanic, yes.
5     Q.   Hypomanic is some lesser
6 form of mania?
7     A.   You could consider it that.
8 Would you like me to describe it?
9     Q.   Please.
10     A.   So a manic episode is
11 generally characterized by elevated
12 energy and an elevated mood.  That mood
13 can either be euphoric, but it could also
14 be irritable when self esteem is
15 generally increased or grandiosed during
16 a manic episode.  To qualify for a full
17 manic episode, a person has to meet one
18 of three criteria.  They have to either
19 have psychotic symptoms, meaning
20 hallucinations or delusions, their
21 behavior has to be so out of control that
22 they require hospitalization for their
23 safety or for the safety of others, or
24 the dysfunction has to have a significant

Page 76

1 impact on their life.  So that third
2 category is kind of broad and it's open
3 to interpretation.  But examples would be
4 spending so much money that one has to
5 declare bankruptcy, or having an affair
6 when you're a person who would never have
7 an affair.
8         In addition, people tend to
9 have rapid speech, decreased need for
10 sleep, racing thoughts during manic
11 episodes.  A hypomanic episode has all
12 those same characteristics except that
13 they don't have one of those three
14 criteria, they're not psychotic, they
15 don't require hospitalization and the
16 dysfunction is not so much that it really
17 significantly impacts their life.
18     Q.   Okay.  The third criteria is
19 kind of a catchall, isn't it?
20     A.   It is.  So that really
21 there's a spectrum of bipolar disorder.
22 And there are certain cases that it is
23 hard to say whether they clearly fit into
24 a Bipolar I versus a Bipolar II category.

Page 77

1 The other thing to keep in mind is that,
2 again, you have to understand your
3 patient.  Patients, people, have affairs.
4 People have to declare bankruptcy without
5 being manic.  So that, again, it has to
6 be a disturbance in functioning that is
7 really different for that particular
8 patient.
9     Q.   And how is that distinction
10 made?
11     A.   By taking a really good
12 clinical history, and preferably by
13 interviewing family members who have
14 known the patient for longer than the
15 time that you've interviewed the patient.
16     Q.   Do you think it's bad
17 clinical practice in general to consider
18 a person to be suffering from a manic
19 episode in the absence of information in
20 the clinical history that would support a
21 conclusion that it was a unique
22 occurrence?
23         MR. MCCONNELL:  Objection to
24 form.

20 (Pages 74 to 77)

Confidential - Jennifer L. Payne, M.D.

| Page 78 |
|---|
| 1  THE WITNESS: I'm not sure I |
| 2  understand the question. Could |
| 3  you repeat it? |
| 4  BY MR. TRAMMELL: |
| 5  Q.  Sure.  You said the way you |
| 6  take that vague third category and apply |
| 7  it to the patient is by taking a thorough |
| 8  clinical history or a thorough history of |
| 9  the patient.  Isn't the reason that a |
| 10  thorough history is important that the |
| 11  category is so vague?  Isn't that right? |
| 12  A.  That's at least part of the |
| 13  reason that taking a good clinical |
| 14  history is important.  There are other |
| 15  reasons why it's important.  That's |
| 16  definitely one of them. |
| 17  Q.  Because there are -- there |
| 18  are risks to calling someone or treating |
| 19  someone as a bipolar patient who actually |
| 20  isn't, aren't there? |
| 21  A.  Yes, there's a risk when you |
| 22  misdiagnose someone. |
| 23  Q.  If the third category of |
| 24  bipolar disorder, and we're talking about |

| Page 80 |
|---|
| 1  categorize. |
| 2  Q.  I don't mean to skip ahead, |
| 3  but patients who have psychotic features |
| 4  of mania or mania associated with |
| 5  psychotic features, those are the |
| 6  patients who are called schizoaffective |
| 7  patients.  Right? |
| 8  A.  No.  Psychotic symptoms are |
| 9  an absolute, one of the criteria |
| 10  potentially for mania in general. |
| 11  Schizoaffective disorder is a catchall |
| 12  term, to use your terminology, that |
| 13  includes patients that in theory have |
| 14  both psychotic symptoms and mood |
| 15  disturbance.  But they have psychotic |
| 16  symptoms when their mood is not |
| 17  disturbed.  So that when they are |
| 18  affectively neutral, they are still |
| 19  having psychotic symptoms despite the |
| 20  fact that they're not manic or depressed. |
| 21  Now, in practice, it is |
| 22  often difficult to determine whether |
| 23  someone absolutely fits that category or |
| 24  not because you need a very good |

| Page 79 |
|---|
| 1  Bipolar I, the third category of Bipolar |
| 2  I disorder is kind of a catchall.  And |
| 3  those are my words.  Isn't hypomania sort |
| 4  of a catchall for the catchall? |
| 5  A.  I'm not sure exactly what |
| 6  you mean a catchall for a catchall, but |
| 7  again, hypomania is a clinically |
| 8  significant difference from baseline.  So |
| 9  that you can't diagnose just anybody with |
| 10  Bipolar II disorder. |
| 11  Q.  Is there any discernible -- |
| 12  well, there's no objective distinction |
| 13  between hypomania and the third category |
| 14  of Bipolar I disorder, the third criteria |
| 15  for mania? |
| 16  A.  I would say there are no |
| 17  strict criteria.  But as part of training |
| 18  to be a psychiatrist and certainly in our |
| 19  discussions within the field, even as we |
| 20  are looking at these criteria, we're |
| 21  evolving into a DSM-V from a DSM-IV right |
| 22  now, that is a major topic of discussion. |
| 23  And I think it is certainly clear that |
| 24  there are patients that are difficult to |

| Page 81 |
|---|
| 1  informant or for the patient to be a very |
| 2  good historian and say, yes, I heard |
| 3  voices, but my mood was fine.  And it's |
| 4  hard to get that history sometimes.  So a |
| 5  lot of patients in that category really |
| 6  need to be followed longitudinally to see |
| 7  if they actually do fit into that |
| 8  category. |
| 9  Q.  And so a lot of the |
| 10  information that you rely on to reach a |
| 11  diagnosis for these patients is based on |
| 12  the patient -- the patient's rendition of |
| 13  the history of their condition? |
| 14  A.  That's one of the things |
| 15  that we rely on.  We tried very hard to |
| 16  get outside informants.  That's part of |
| 17  the training that we do at Hopkins, is to |
| 18  emphasize that point, to bring in family |
| 19  members.  Also getting old records can |
| 20  sometimes be extremely helpful. |
| 21  Q.  Is there a concern that if |
| 22  the patient is psychotic or has |
| 23  experienced mania that has caused |
| 24  significant dysfunction in their life, |

21 (Pages 78 to 81)

Confidential - Jennifer L. Payne, M.D.

Page 82

1  that the information isn't very reliable?
2      A.   It depends on the patient.
3      Q.   How is major depressive
4  disorder treated?
5      A.   In general, major depressive
6  disorder is treated with antidepressants.
7  But there are treatment-resistant cases
8  that sometimes require augmentation or
9  other strategies.
10      Q.   What are other strategies?
11      A.   For example, lithium
12  augmentation where also sometimes using
13  the anti-seizure medication Lamictal, we
14  often use thyroid augmentation.  And more
15  recently there was a study supporting the
16  use of atypical antipsychotics as
17  augmentation strategies.
18      Q.   Is psychotherapy part of the
19  treatment for major depressive disorder?
20      A.   Absolutely.
21      Q.   Is it an appropriate
22  treatment independent of pharmacotherapy?
23      A.   It depends on the case.  I
24  would say that in severe major

Page 83

1  depression, it is inappropriate to use
2  psychotherapy alone.  Severe meaning that
3  a patient's life is dangerous or is
4  threatened.  I think in mild major
5  depression, psychotherapy alone can be
6  extremely helpful.
7      Q.   What is the status of the
8  support in the literature for the use of
9  antidepressants to treat depression?
10      A.   I think it's clear that
11  antidepressants are useful in treating
12  major depression.  About 50 percent of
13  patients will respond to an
14  antidepressant, the first antidepressant
15  that they try.  Our treatments are not
16  perfect.
17      Q.   Are there high quality
18  prospective clinical trials demonstrating
19  the safety and efficacy of
20  antidepressants for treatment of major
21  depression?
22      A.   Yes.
23      Q.   What is the support in the
24  literature for the use of lithium or

Page 84

1  valproic acid for treatment of
2  depression?
3      A.   I actually don't think there
4  is much in the support of valproic acid.
5  And from my clinical perspective, I would
6  not use valproic acid to treat major
7  depression alone.  There's support in the
8  literature for lithium.  I could not tell
9  you the specific studies, but there is
10  certainly a long history of using lithium
11  as an augmentation agent.  There are a
12  number of theories that support the idea
13  of recurrent major depression, similar in
14  many ways to bipolar disorder in that
15  they are recurrent mood illnesses.  And
16  there's evidence in the literature that
17  lithium can help prevent those
18  recurrences.
19      Q.   Are there high quality
20  clinical trials supporting the use of
21  lithium combination therapy in major
22  depression?
23      A.   I believe there's some older
24  studies supporting that.

Page 85

1      Q.   What is the support in the
2  literature for the use of antipsychotics
3  to treat major depression?
4      A.   So there are studies that
5  are being done over the last few years
6  looking at antipsychotic medications as
7  augmentation agents in major depression.
8  These studies are also in the process of
9  being done right now is my understanding.
10      Q.   What studies are finished?
11      A.   Specific studies, with
12  specific authors?
13      Q.   Right.
14      A.   I don't think I can give you
15  exactly specific authors.  I would be
16  glad to look at my report and give you
17  names.  Would you like that?
18      Q.   Sure.
19      A.   I'm actually looking at a
20  case specific report where I go into
21  detail about --
22      Q.   Where is that?
23      A.   This is the Burns case.
24      Q.   In your reference list?

22  (Pages 82 to 85)

Confidential - Jennifer L. Payne, M.D.

Page 86

1      A.   It is in my -- I believe
2  it's in my general reference list, but
3  let me cross-reference that. I'm just
4  seeing if they're in my general reference
5  list or not. One second.
6      These are specific to
7  quetiapine in major depression.
8      Q.   You're referring to your
9  case specific report?
10     A.   This is my case specific
11 report. I did not go into specific
12 trials of antipsychotics or kind of more
13 general antipsychotic use in major
14 depression and specific medications in my
15 general report. I talked in general that
16 they are used off label, et cetera.
17 Specifically addressing quetiapine in
18 addition to antidepressants, there are a
19 number of studies there, including Doree
20 2007.
21     Q.   I'm sorry, what page are you
22 on?
23     A.   I'm on page 4, in the second
24 paragraph. And I'm going to possibly

Page 87

1  mispronounce this. This is Sagud 2006,
2  Pathak 2005, Moeller 2004 and Hussain
3  2006. There's another one, an agitated
4  depression which implies that the patient
5  has anxiety symptoms in addition to major
6  depression. And that one is Dannlowski
7  2008. And those are all specific to the
8  use of quetiapine.
9      Q.   You've read these studies?
10     A.   I have.
11     Q.   Have you reviewed the
12 underlying data?
13     A.   I've reviewed what was
14 presented in those studies.
15     Q.   These studies were sent to
16 you by AstraZeneca?
17     A.   Some of the studies may have
18 been provided by the lawyers. I did my
19 own searches, and I don't remember
20 particularly if these were provided or if
21 I got these. I know that there are some
22 studies in PTSD that I pulled myself, but
23 I honestly don't remember if these were
24 some of the ones I pulled myself.

Page 88

1      Q.   We talked about the
2  different kinds of bipolar disorder. How
3  is Bipolar I disorder treated?
4      A.   The mainstay of treatment
5  for Bipolar I disorder is a mood
6  stabilizer. There's really two types of
7  mood stabilizers. One is kind of the
8  classic mood stabilizer which would
9  include lithium, Depakote, Tegretol. The
10 second would be an antipsychotic
11 medication or an atypical antipsychotic
12 medication. Lamictal is another
13 medication that has been shown to be
14 effective for the treatment of Bipolar I
15 disorder. It is an anti-seizure
16 medication, but it's fairly new, so I
17 wouldn't put it in the classic mood
18 stabilizer category.
19     Q.   What is the evidentiary
20 support for the use of atypical
21 antipsychotics, particularly quetiapine,
22 to treat bipolar disorder?
23     A.   There are a number of
24 studies that have demonstrated

Page 89

1  prospectively in a randomized fashion
2  that atypical antipsychotics, quetiapine
3  included, can be effective both in
4  particular mood episodes, so for bipolar
5  depression or bipolar mania, but also in
6  terms of maintenance. For instance,
7  quetiapine has just gotten the indication
8  for maintenance treatment.
9      Q.   What information do you rely
10 upon in rendering that opinion?
11     A.   I rely on journal articles,
12 discussions at --
13     Q.   Can you tell me which
14 particular -- I'm sorry, I didn't mean to
15 interrupt you.
16     A.   Discussions at conferences.
17     Q.   Can you tell me which
18 articles particularly you rely on?
19     A.   I will tell you that I am
20 terrible at producing names. But
21 certainly there are a number of articles
22 here on my general reference list that
23 support that.
24     Q.   Are the articles which you

23 (Pages 86 to 89)

Confidential - Jennifer L. Payne, M.D.

Page 90

1 rely on to render that opinion in your
2 reference list?
3      A.   At least some of them are.
4      Q.   If you come up with other
5 articles that you expect to base that
6 opinion on at trial, it would be very
7 helpful to have those.
8      A.   I can tell you the bipolar
9 depression ones were produced with Joe
10 Calabrese.  If you'd like me to look
11 here, the McIntyre one is for bipolar
12 mania.  These are in no particular order.
13 If we come up with others, I'll be glad
14 to add to the list.
15      Q.   Did you review the clinical
16 trials performed by AstraZeneca that were
17 submitted to the FDA related to the
18 treatment of bipolar disorder and
19 Seroquel?
20      A.   I reviewed at least some of
21 them.  I am not aware of the exact list
22 of what was submitted to the FDA.
23      Q.   Is everything that was given
24 to you on that issue in your reference

Page 91

1 list?
2      A.   Yes.
3      Q.   Were you given the actual
4 data from the underlying studies?
5      A.   No.  I was given articles
6 that I read.
7      Q.   So your opinion depends on
8 the information in those articles being
9 legitimate and credible?
10      A.   And peer reviewed, yes.
11      Q.   What are the distinctions
12 between mood disorders and schizophrenia
13 and psychotic disorders?
14      A.   The primary distinction is
15 that in mood disorders the disturbance
16 has to do primarily with mood and energy.
17 In schizophrenia, the disturbance is
18 associated with what would we call
19 positive symptoms which would include
20 hallucinations and delusions as well as
21 significant cognitive symptoms and
22 negative symptoms.  Schizophrenia is
23 considered a chronic, very debilitating
24 illness.  Patients who develop

Page 92

1 schizophrenia often do not return fully
2 to normal or back to their previous
3 trajectory in life.  They have symptoms
4 of not being able to think in a logical
5 fashion at times.  They often are
6 apathetic and not really exactly a change
7 in energy, but a lack of interest in
8 doing things.  And then in addition, they
9 often suffer from very severe psychotic
10 symptoms that are chronic in nature.
11 They will hear voices, believe things to
12 be true that are not true.  For instance,
13 thinking that thoughts are leaking from
14 their head or that their body is
15 controlled, et cetera.
16      Q.   What's the cause of
17 schizophrenia and psychotic disorders?
18      A.   We do not know.  We do not
19 know the underlying cause, really, of any
20 major psychiatric disorder.  And it's an
21 active area of research.  If we did
22 understand that, we probably would have
23 more targeted and direct treatments.
24      Q.   How are psychotic disorders,

Page 93

1 including schizophrenia, treated?
2      A.   I didn't distinguish
3 psychotic disorders from schizophrenia.
4 Maybe I should do that.  Psychotic
5 disorder really means that someone has
6 either hallucinations or delusions in
7 that it's unclear if they -- in addition
8 to having schizophrenia or if they have a
9 mood disorder, et cetera.  So that
10 psychotic symptoms can occur really in
11 any psychiatric disorder.  One can, for
12 example, be delirious and have
13 hallucinations, and that doesn't mean
14 that that person has schizophrenia.  I
15 just want to clarify that.
16          What was your original
17 question?
18          MR. MCCONNELL:  How was it
19      treated?
20 BY MR. TRAMMELL:
21      Q.   Instead of that -- I'll ask
22 you that in a second.  How do you
23 distinguish, I guess, the manifestation
24 of psychotic disorders from

24 (Pages 90 to 93)

Confidential - Jennifer L. Payne, M.D.

Page 94

1   schizophrenia?
2       A.   So schizophrenia really has
3   this downward spiraling course where
4   patients are unable to work often or
5   function in a normal fashion.  Their
6   relationships are affected, et cetera.
7   Psychotic disorders, it's a little bit
8   more of a term that is used for when
9   you're not sure that a patient actually
10  has schizophrenia or if they have a mood
11  disorder in addition to psychosis.  Or
12  there are other categories that fit under
13  that, for instance, you can have a
14  psychotic disorder due to a general
15  medical condition.  If you're very ill,
16  you can have psychotic symptoms.  There
17  are patients whose functioning and
18  personality remain intact but they have a
19  period of time perhaps under great stress
20  where they have psychotic symptoms.  I
21  have a patient like that myself.  But
22  clearly does not meet criteria for
23  schizophrenia, but clearly also had
24  psychotic symptoms not in the setting of

Page 95

1   a mood disorder.  You might call that
2   psychotic disorder not always specified.
3   It really has to do with the course of
4   illness, to summarize the answer.
5       Q.   Is there any -- if there's
6   no understanding generally about how
7   mental illnesses are caused, what causes
8   people to experience them, is there any
9   understanding about why some people are
10  schizophrenic and some people have mood
11  disorders, for example?
12          MR. MCCONNELL:  Objection to
13      form.
14          THE WITNESS:  We have some
15      general ideas of what happens to
16      cause psychiatric disorders.  It
17      is clear that certain psychiatric
18      disorders run in families.  And,
19      therefore, probably have a genetic
20      basis.  So, for example,
21      schizophrenia seems to run in
22      certain families.  Bipolar
23      disorder seems to run in certain
24      families.  It is also clear in the

Page 96

1   literature that environment does
2   play a role.  There are a number
3   of studies, for instance, that
4   show that mothers who had the flu
5   or exposure to particular viruses
6   during a particular trimester of
7   her pregnancy have a higher rate
8   of children who have
9   schizophrenia.  There is a higher
10  rate of people with schizophrenia
11  during the famine, the famines
12  that occurred during World War II,
13  so that there may have been -- it
14  seems like the insults in utero
15  may increase the rate of
16  schizophrenia, for example.  But
17  it's also clear that schizophrenia
18  can run in certain families.  So
19  that there appears to be a
20  marriage between genetic or
21  biological vulnerability and the
22  environment.
23          Also a lot of patients will
24  become psychiatrically ill after

Page 97

1   they've had a head trauma or they
2   abused particular illegal
3   substances.  Or in the setting of
4   a significant stressor.  There are
5   some very elegant genetic studies
6   looking at particular genetic
7   polymorphisms that are associated
8   with major depression, but only if
9   that patient has a significant
10  life stressor.  And there are
11  protective forms of particular
12  genes that even in the setting of
13  life stressors does not produce
14  major depression.
15  BY MR. TRAMMELL:
16      Q.   Is all the information --
17  well, is it your opinion that quetiapine
18  is a safe and effective treatment for all
19  five of these categories of mental
20  illness?
21      A.   It is my opinion that in the
22  appropriate patient, quetiapine can be
23  used in each of these five areas.
24      Q.   And is the support for your

25  (Pages 94 to 97)

Confidential - Jennifer L. Payne, M.D.

Page 98

1   opinion information that's included in
2   the reference list?
3       A.   I don't believe that I
4   reviewed the support for the use of
5   quetiapine in delirium and other
6   organic -- and dementia and other organic
7   brain disorders, but the use of
8   antipsychotics, particularly in low doses
9   in the setting of delirium, has been well
10  known for years.
11      Q.   Is it your opinion as to
12  category five that it is limited to
13  antipsychotics generally as opposed to
14  quetiapine specifically?
15      A.   I would say that's true.
16      Q.   For the other four
17  categories, is the information that you
18  relied on to render the opinion that
19  quetiapine is safe and effective as a
20  treatment for those categories contained
21  in your reference list?
22      A.   Let me back up.  I also did
23  not review specifically the use of
24  quetiapine in behavioral disorders and

Page 99

1   substance abuse, but the caveat to that
2   is behavioral disorders and substance
3   abuse disorders are often comorbid with
4   the first three categories.  And, in
5   fact, I would say it's a rare case
6   certainly that I see that consists only
7   of behavioral disorder or substance abuse
8   disorder.
9       Q.   So to the extent that's a
10  distinct category of mental illness,
11  you're not rendering the opinion that
12  quetiapine specifically is a safe and
13  effective treatment for that category?
14      A.   I have not reviewed the
15  literature on that, so I would not render
16  that opinion.
17      Q.   For mood disorders,
18  schizophrenia and psychotic disorders and
19  anxiety disorders, is it your opinion
20  that quetiapine is a safe and effective
21  treatment?
22      A.   It is my opinion, yes, that
23  it is a safe and effective treatment for
24  certainly particular types of anxiety

Page 100

1   disorders, mood disorders and psychotic
2   disorders.
3       Q.   And is the information that
4   you rely upon to render that opinion
5   contained in your reference list?
6       A.   Yes.
7       Q.   Is there any information not
8   in your reference list other than your
9   clinical experience that you relied on to
10  render that opinion?
11      A.   No.
12      Q.   You said certain types
13  of mood disorders -- you said quetiapine
14  is safe and effective for treatment of
15  certain types of mood disorders.  Can you
16  tell me without having to ask you a
17  series of questions which ones it is safe
18  and effective for and which ones it's
19  not?
20      A.   So what I was considering
21  when I qualified that was that there
22  might be a mood disorder, for example,
23  due to a general medical condition that
24  you might not want to use quetiapine for.

Page 101

1   So I think in general quetiapine is safe
2   and effective for major depression and
3   bipolar disorder, but there certainly
4   might be a case where I would not choose
5   to use quetiapine.
6       Q.   And that's because the
7   condition is caused by -- well, in your
8   example, it's caused by another medical
9   condition?
10      A.   Exactly.
11      Q.   What is an example of
12  another medical condition that might
13  cause a mood disorder?
14      A.   Pancreatic cancer.  Also the
15  treatment for hepatitis C, interferon,
16  often causes major depression.
17      Q.   So someone's -- someone may
18  be so affected by those other conditions
19  that they would exhibit the diagnostic
20  criteria for --
21      A.   No, I think we need to be
22  careful with that statement.  There are
23  clear medical conditions that are
24  associated with the development of major

26 (Pages 98 to 101)

Confidential - Jennifer L. Payne, M.D.

Page 102

1  depression regardless of the burden of
2  that general medical condition.  So, for
3  instance, pancreatic cancer has an
4  incredibly high rate of major depression
5  associated with it, far higher than any
6  other cancer certainly that I can think
7  of regardless of the prognosis.  So that
8  it seems like there's something
9  underlying medically that is triggering
10  major depression in those patients.
11  Similarly, Alzheimer's disease and
12  Parkinson's disease have very high rates
13  of major depression associated with them
14  that seem to have something to do with
15  the underlying disease process.
16        Q.   And for those -- for major
17  depression that results from those other
18  conditions, quetiapine, you're not
19  rendering the opinion that quetiapine is
20  a safe and effective treatment?
21        A.   Again, I think every case is
22  an individual.  I think that there are
23  certainly cases where I would not
24  necessarily use quetiapine.  Also, I

Page 103

1  don't think that those conditions have
2  particularly been studied with
3  quetiapine.
4        Q.   Can you give me some
5  examples?
6        A.   I don't believe there's been
7  a study of quetiapine in depression
8  associated with pancreatic cancer.
9        Q.   Are there types of
10  schizophrenia or psychotic disorders
11  where quetiapine is not a safe and
12  effective treatment or is your answer the
13  same for mood disorders?
14        A.   I cannot think of a
15  psychotic disorder that it would not be a
16  safe and effective treatment for in
17  general.
18        Q.   But it is your opinion that
19  there are psychotic patients for whom
20  quetiapine isn't a safe and effective
21  treatment.  Is that correct?
22        A.   I think that there are --
23  again, I think every case is an
24  individual, and depending on the case,

Page 104

1  would render what I would choose for that
2  particular patient.  I don't think I can
3  make a general statement that quetiapine
4  is safe and effective for every case of
5  anything.
6        Q.   Is that because not all
7  drugs work with all patients?
8        A.   Yes.
9        Q.   Is it also your experience
10  that patients respond in terms of
11  efficacy different to other drugs and
12  also respond in terms of side effects
13  differently to drugs --
14        A.   Absolutely.
15        Q.   -- where one patient might
16  experience a side effect on a drug and
17  another might not?
18        A.   That's correct.
19        Q.   Even though it's the same
20  drug and the same condition?
21        A.   Yes.  And even that extends
22  to categories of drug.  So, for instance,
23  some people may have a side effect on a
24  particular SSRI and not on a second SSRI

Page 105

1  even though that's a risk for both of
2  them.
3        Q.   Do you have any idea why
4  that is?
5        A.   No.
6        Q.   What data have you reviewed
7  to support your opinion that quetiapine
8  is a safe and effective treatment for
9  anything?
10        A.   On my reference list are the
11  studies that I have reviewed.  I reviewed
12  a number of the early studies in
13  schizophrenia and psychotic disorders.
14  It was initially indicated for psychotic
15  disorders in general, and then later
16  picked up the indication specifically for
17  schizophrenia.  But it was primarily
18  studied in patients with schizophrenia in
19  the beginning.
20        Q.   So it's just the materials
21  contained in your reference list?
22        A.   Yes.
23        Q.   And just to be clear, you
24  reviewed the actual publications.  Is

27 (Pages 102 to 105)

Confidential - Jennifer L. Payne, M.D.

Page 106

1  that right?
2       A.   I did.  And they are over
3  there.
4       Q.   But only the publications?
5       A.   Absolutely.  Only the
6  publications.
7       Q.   There's a statement in your
8  opinion that the mortality associated --
9  on page 4, the second paragraph,
10  mortality associated with mood disorders
11  is quite high, 10 to 20 percent
12  successfully commit suicide?
13      A.   That's correct.
14      Q.   Is that uniform or does it
15  depend on the type of mood disorder?
16      A.   The general number that is
17  given, for instance, what I was taught in
18  psychiatry residency, is 10 to 15 percent
19  patients with major depression
20  successfully commit suicide and something
21  like 15 to 20 percent of patients with
22  Bipolar I disorder successfully commit
23  suicide.  That mortality rate is separate
24  from other complications of those

Page 107

1  illnesses, including substance abuse.
2       There's also an increased
3  mortality rate due to any medical
4  condition so that if you have two
5  patients with the same stage of cancer
6  and one has major depression, the other
7  one doesn't, the one with major
8  depression has twice the rate of dying
9  from that cancer.
10      Q.   Why is that?
11      A.   We don't know, but we think
12  that there are effects in the immune
13  system and hypothalamic pituitary access
14  that may influence whether a patient's
15  body is able to successfully fight
16  cancer, for example.
17      Q.   Is there a distinction
18  between the suicide rate in patients who
19  have Bipolar I disorder with psychotic
20  features versus Bipolar I disorder with
21  significant dysfunction?
22      A.   I don't know the answer to
23  that.  I've not specifically looked at
24  that, and I'm not sure it's actually been

Page 108

1  specifically examined.
2       Q.   You said mood disorders are
3  associated with substance abuse and other
4  unhealthy habits such as smoking, not
5  exercising and eating properly.  Is that
6  based on literature?
7       A.   There is literature to
8  support that.  But that was -- that
9  statement was primarily based on both my
10  clinical experience as well as what I've
11  learned in residency and fellowship and a
12  general review of the literature.
13      Q.   It says major depression is
14  the leading cause of disability in the
15  U.S.  Is that correct?
16      A.   That's correct.
17      Q.   Where did you get that
18  standard?
19      A.   That is a statistic that I
20  believe I found on the Internet.  I did
21  not reference it.
22      Q.   What are the diagnostic
23  criteria for schizophrenia, do you know?
24      A.   I don't know the exact

Page 109

1  DSM-IV criteria off the top of my head.
2       Q.   Schizophrenia includes both
3  positive symptoms and negative symptoms.
4  Is that right?
5       A.   Right.
6       Q.   What are some of the
7  positive symptoms?
8       A.   Hallucinations and delusions
9  are the most common ones there.
10      Q.   And what are negative
11  symptoms?
12      A.   Negative symptoms are things
13  that have more to do with cognition and
14  kind of affective flattening.  So that
15  patients are kind of withdrawn from
16  others when you interview them, they're
17  hard to read or connect with in a
18  personal way.  They're often apathetic.
19  They will sit on a couch much of the day
20  and not be able to get up and do things
21  such as taking care of themselves.  They
22  may become very disorganized in their
23  behavior and in their thought patterns.
24  There's something called a formal thought

28  (Pages 106 to 109)

Confidential - Jennifer L. Payne, M.D.

Page 110

1  disorder, which means that as you are
2  talking to them, their thoughts are not
3  completely making sense. This could be
4  exaggerated to the point where they're
5  literally just saying words that are not
6  connected in any way with a thought
7  process.
8      Q.   Is there a distinction in
9  how positive symptoms and negative
10 symptoms are treated?
11     A.   Yes and no. The typical
12 antipsychotics, the older generation,
13 Haldol, Prolixin, were generally for many
14 patients, but not all patients, able to
15 treat the positive symptoms. Meaning
16 that they would take the hallucinations
17 and the delusions away. But they were
18 not able to treat the negative symptoms.
19 That's really the most disabling symptoms
20 in schizophrenia. I don't know if you
21 had a chance to ever see the movie A
22 Beautiful Mind.
23     Q.   Sure. Excellent.
24     A.   He was able to control his

Page 111

1  response to his positive symptoms over a
2  time. And so just taking away the
3  positive symptoms doesn't fix
4  schizophrenia. It's those negative
5  symptoms that really affect a patient's
6  ability to interact with other people,
7  hold a job, have a normal life.
8  Clozaril, which was the first atypical
9  antipsychotic, seemed to treat those
10 negative symptoms. We still don't
11 understand why. And, again, it's not for
12 every patient, but for many patients who
13 respond to Clozaril, it's really a
14 miracle drug. They're able to have a
15 fairly normal life.
16         People are working on how to
17 better treat those negative symptoms. So
18 there may be some distinction in how to
19 treat them, but I don't think we're quite
20 at the level of science that we need to
21 be for me to fully support that
22 statement.
23     Q.   What are the treatment
24 options available to you to treat

Page 112

1  negative symptoms?
2      A.   Right now, I mean, Clozaril
3  is obviously the best. There's -- some
4  of it is the atypical antipsychotics may
5  be better at treating negative symptoms,
6  but it's not 100 percent across the
7  board. They are not the same response
8  that we see with Clozaril. But they are
9  certainly much better at it than the
10 typical antipsychotics.
11     Q.   Is it your opinion that
12 quetiapine is more effective in treating
13 negative symptoms than atypical
14 antipsychotics?
15     A.   I would say on average, yes.
16 But, again, this comes down to
17 individuals and their responses.
18     Q.   Do you base that information
19 on any clinical trials or publications
20 that you've seen?
21     A.   That would probably be more
22 my clinical experience.
23     Q.   Okay. Have you reviewed any
24 data on that?

Page 113

1      A.   I have not specifically
2  looked at that issue.
3      Q.   Do you use Clozaril in your
4  clinical practice?
5      A.   I do.
6      Q.   Clozaril, despite its unique
7  side effects, is a drug that can be used
8  provided you're monitoring for that side
9  effect. Isn't that right?
10     A.   That's correct.
11     Q.   And it is the best
12 antipsychotic drug there is. Right?
13         MR. MCCONNELL: Objection to
14         form.
15 BY MR. TRAMMELL:
16     Q.   Bearing in mind that all
17 patients respond differently?
18     A.   All patients do respond
19 differently. I think it's hard to say
20 that any medication is the best at
21 anything. There are patients that do not
22 respond to Clozaril. I think that it has
23 a number of issues, including the
24 agranulocytosis, the weight gain, the

29 (Pages 110 to 113)

Confidential - Jennifer L. Payne, M.D.

Page 114

1  drooling, et cetera.  So in those
2  categories it's not the best from a side
3  effect profile perspective, but it is
4  certainly an amazing drug that has
5  produced a number of successful clinical
6  stories.
7      Q.   For the most severely
8  mentally ill patients, Clozaril is
9  regarded as the most effective treatment.
10 Isn't that right?
11     A.   I would disagree with that
12 statement in that the most severely
13 mentally ill patients may not have
14 schizophrenia.  Clozaril can be used in
15 bipolar disorder, but there are certainly
16 patients that I would consider extremely
17 mentally ill that Clozaril might not be
18 appropriate for.
19     Q.   How about for the most
20 extreme cases of schizophrenia?
21     A.   If they responded to
22 Clozaril, it will certainly be an
23 excellent drug for them.
24     Q.   Is there any evidence that

Page 115

1  Clozaril is a safe and effective
2  treatment for mood disorders?
3      A.   There is.  And actually
4  while I was at NIH, we were conducting a
5  trial looking at Clozaril specifically
6  for manic or mixed episodes of Bipolar I
7  disorder.  It was extremely effective.
8  That trial was -- to my knowledge has not
9  been written up.  But there has been --
10 there have been some small trials looking
11 at data mood disorders and I have used it
12 quite successfully in a number of mood
13 disorder patients.
14     Q.   Is there any other -- what
15 are the other options for treating
16 negative symptoms of schizophrenia other
17 than the options you've mentioned?
18     A.   I'm not an expert in this
19 area.  I do know that there have been
20 studies looking at certain, I believe,
21 vitamins and other things, but to my
22 knowledge, there is nothing that has been
23 shown to be extremely effective.  There
24 are other studies I think looking at

Page 116

1  particular psychotherapies even, but I'm
2  not an expert in that literature.
3      Q.   For the patients you see --
4  never mind.
5          I didn't let you fully
6  explain schizoaffective disorder earlier.
7  What are the distinctions between
8  schizoaffective disorder and Bipolar I
9  disorder and schizophrenia?
10     A.   The main distinction is that
11 schizoaffective disorder has mood
12 symptoms that are both separate and
13 potentially in conjunction with psychotic
14 symptoms.  So that what you're looking
15 for is a pattern of psychotic symptoms
16 and the absence of mood symptoms which
17 would separate it from bipolar disorder,
18 but you also wouldn't see mood symptoms
19 which is what would separate it from
20 schizoaffective -- I'm sorry,
21 schizophrenia.  So that the pattern would
22 be that a patient with schizoaffective
23 disorder might have a manic episode
24 during which they're psychotic, but then

Page 117

1  have a return to normal baseline mood but
2  continue to have psychotic symptoms
3  despite the fact that their mood was
4  normal.  What distinguishes it from
5  schizophrenia is that they're actually
6  having manic episodes or depressive
7  episodes.
8      Q.   Which is unique to
9  schizoaffective disorder among
10 chronically psychotic patients?
11     A.   Correct.  What I also said
12 was that this category can have patients
13 in it that actually have schizophrenia or
14 actually have bipolar disorder, but it's
15 difficult to tell because of obtaining an
16 accurate history.
17     Q.   How is schizoaffective
18 disorder treated?
19     A.   Generally it's treated with
20 a combination of mood stabilizers with
21 antipsychotic medications.
22 Antidepressants can also be a part of
23 that treatment.  Antidepressants can also
24 be used in bipolar disorder.

30  (Pages 114 to 117)

Confidential - Jennifer L. Payne, M.D.

Page 118

1  Q.  What percentage of your
2  patients with bipolar disorder would you
3  say you treat with just a mood
4  stabilizer?
5  A.  I would say a small
6  percentage. I tend to see very treatment
7  resistant cases at Johns Hopkins. I
8  would say if by mood stabilizer you
9  include both classic mood stabilizers and
10 antipsychotic medications, maybe a
11 quarter to a third of cases.
12 Q.  And what about the
13 remainder?
14 A.  Many patients do require an
15 antidepressant as well or a sleep
16 medication or thyroid augmentation.
17 There are even strategies using beta
18 blocker medications for some patients.
19 Some patients require AZT on occasion or
20 light box therapy or hormonal treatments.
21 There are all kinds of other things that
22 you can add into a mix.
23 Q.  To make sure I understand,
24 most of your patients who have bipolar

Page 119

1  disorder aren't treated with
2  antipsychotics?
3  A.  Are not?
4  Q.  Are not.
5  A.  I'd say many of my patients
6  with bipolar disorder are treated with
7  antipsychotics. So mood stabilizers,
8  just so that you and I are clear, also
9  include the use of antipsychotic
10 medications because they've been shown to
11 be effective for mood stabilization.
12 Q.  Again, the information that
13 you rely on in rendering that opinion is
14 either in your reference list or comes
15 from your clinical experience?
16 A.  Yes.
17 Q.  You are not rendering an
18 opinion that quetiapine specifically is a
19 safe and effective treatment for anxiety
20 disorders. Is that correct?
21 A.  I render an opinion that
22 there is evidence to support its use in
23 generalized anxiety disorder and PTSD,
24 both of which are subsets of anxiety

Page 120

1  disorders. There's also an article that
2  I referenced in agitated depression,
3  which is a depression that has anxious
4  features.
5  Q.  And all of the evidence that
6  you rely on to support that opinion is in
7  your references?
8  A.  Yes.
9  Q.  How is the distinction made
10 between anxiety that's associated with
11 mental illness versus regular human
12 anxiety, to be terribly crude? I'm sure
13 that's an awful way to ask that question.
14 A.  No, I understand what you
15 mean. It's sometimes tough. I saw a
16 patient yesterday that we were struggling
17 with whether the anxiety she was having
18 was normal due to a marital stressor or
19 if it was due to her underlying anxiety
20 disorder. I think where we try to draw
21 the line is that when anxiety is causing
22 dysfunction, significant dysfunction,
23 that you can say that this is beyond
24 normal. Everybody gets anxious and has a

Page 121

1  sleepless night every now and then. But
2  if someone gets anxious and is not able
3  to go to work because of that anxiety or
4  get their kids to school, that is
5  abnormal. So we really try to look at
6  dysfunction as at least one of the
7  markers as to whether that anxiety is
8  abnormal or not.
9  Q.  How does an antipsychotic
10 effectively treat anxiety disorder?
11 A.  We don't know how any of
12 these medications really work. Even
13 though we know that antipsychotics in
14 general work on the dopaminergic system,
15 for example, we really don't know when it
16 comes down to the molecular level exactly
17 what they're doing.
18 In addition, all psychiatric
19 medications are in general dirty drugs.
20 And by dirty, I mean that they affect
21 more than one neurotransmitter system and
22 more than one receptor. And, in fact,
23 many of our most effective drugs are
24 more — are less specific. So Clozaril,

31 (Pages 118 to 121)