Confidential - Jennifer L. Payne, M.D.

Page 122

1 for example, affects a number of
2 receptors, and it's thought that its
3 clinical efficacy is improved because it
4 is affecting a number of different
5 neurotransmitter systems. We don't know
6 how a medication like quetiapine would be
7 effective in anxiety. We don't know what
8 the broken part is in anxiety.
9 Q. I assume the answer is the
10 same for behavioral disorders. Is that
11 right?
12 A. The answer is the same for
13 behavioral disorders as well as mood
14 disorders as well as schizophrenia. We
15 have some general understandings, but we
16 do not have specific understandings.
17 Q. There's a discussion in your
18 report that begins on page 8 in the
19 second paragraph where you begin to talk
20 about the biological bases for treating
21 -- or the biological bases of psychiatric
22 illnesses which I think describes
23 generally what we've been talking about
24 this morning.

Page 123

1       Go to the next paragraph,
2 "As with any chronic medical condition,
3 psychiatrists must often weigh the risks
4 and benefits of psychiatric medications
5 and try to minimize side effects while
6 maximizing outcomes."
7       When you say "any chronic
8 medical condition," what are you
9 referring to?
10 A. I'm referring to any chronic
11 medical condition. For instance, high
12 blood pressure, high cholesterol, even
13 cancer. You can consider that.
14 Q. I guess what you mean, you
15 tell me, is that not only when treating
16 chronic medical conditions because
17 antipsychotics are often used or
18 sometimes used to treat acute conditions,
19 that whenever psychiatrists use these
20 drugs, they have to weigh the risks and
21 benefits and try to minimize side effects
22 while maximizing outcomes?
23 A. Yes, I'm trying to draw a
24 parallel between psychiatry and medicine

Page 124

1 that is clearly there because many people
2 don't often see that parallel.
3 Q. We've talked a lot about the
4 kind of vague and difficult to discern
5 boundaries between these disorders and
6 the diagnostic criteria that require a
7 great deal of skill and research into the
8 patient's history. Is that a skill
9 that's -- when dealing with these
10 illnesses, with mental illnesses, is that
11 a special skill of people that are
12 trained in psychiatry?
13 A. I think that a psychiatrist
14 in general is better at it. I think that
15 doctors in other specialties can
16 certainly be good at it and have been
17 trained to do that as part of their
18 general medical training, and should be
19 able to at least identify if someone is
20 having a mood disorder or psychotic
21 symptoms. And to some extent some of the
22 distinctions that we've drawn today and
23 we've talked about today don't always
24 matter in terms of deciding to treat

Page 125

1 someone. Sometimes it does matter. But
2 deciding whether someone has primarily
3 major depression or an anxiety disorder
4 to some extent doesn't matter because an
5 antidepressant will work for either one
6 of those conditions.
7       So I guess what I'm trying
8 to say is that I think medical doctors in
9 general should have the basic skills in
10 the same way that I should have the basic
11 skills in managing a patient with
12 diabetes on an inpatient unit or a
13 patient with high blood pressure on an
14 inpatient unit even though I'm a
15 psychiatrist and not a general
16 practitioner.
17 Q. Do you think that
18 nonpsychiatrist doctors are as qualified
19 to treat mental illnesses as
20 psychiatrists?
21 A. No, I don't think they're as
22 qualified, but I think the basics should
23 be there. I should be able to read an
24 EKG, they should be able to diagnose

32 (Pages 122 to 125)

Confidential - Jennifer L. Payne, M.D.

**Page 126**

1  someone with major depression.
2      Q.   Well, I guess that's what I
3  was trying to get at, my lead in to that
4  question.  The analysis of an EKG is more
5  objective than a distinction among
6  different types of mental illnesses in a
7  presenting patient, isn't it?
8      A.   Yes, but there are a lot of
9  medical illnesses that present -- that
10  you have to make a clinical diagnosis or
11  you may not have access to particular
12  laboratories, et cetera.
13      Q.   Isn't that where the
14  training or experience of a psychiatrist
15  distinguishes him from a nonpsychiatrist
16  doctor?
17      A.   I would agree with that.
18          MR. TRAMMELL: Let's break.
19          - - -
20          (A recess was taken from
21      12:31 p.m. to 1:07 p.m.)
22          - - -
23  BY MR. TRAMMELL:
24      Q.   We took a short break for

**Page 127**

1  lunch, Doctor.  You understand that
2  you're still under oath?
3      A.   I do.
4      Q.   We were talking about the
5  statement in your report that says that
6  psychiatrist must weigh the risks and
7  benefits of psychiatric medications to
8  try to minimize side effects while
9  maximizing outcomes.
10      A.   Yes.
11      Q.   Is that true with quetiapine
12  also?
13      A.   Yes.
14      Q.   What information do doctors
15  typically have access to relating to
16  risks and benefits of prescription drugs
17  generally and quetiapine specifically?
18      A.   In general, which I think
19  relates to quetiapine as well, doctors
20  have access to journals, information on
21  the Web, conferences, speeches, meetings
22  at their own institutions if they're in
23  academic centers, like the grand rounds
24  that I mentioned.  They can receive

**Page 128**

1  information from drug reps.  The FDA also
2  publishes information on the Web.  And in
3  letter form.  That's all I can think of
4  right now.  But there may be other
5  sources as well.  Oh, colleagues as well.
6  Clinical experience.
7      Q.   Is it important to have --
8  is it important for prescribing doctors
9  to have all relevant information about
10  serious risks with which the drug is
11  associated when analyzing the risks and
12  benefits?
13          MR. MCCONNELL: Objection.
14      Form.
15          THE WITNESS: I think it's
16      important for doctors to have all
17      known risks when analyzing risks
18      and benefits.  I think sometimes
19      there are unknown risks associated
20      with any medication.
21  BY MR. TRAMMELL:
22      Q.   I'm not talking about the
23  unknown -- I'm not talking about things
24  that are unknown.  I'm talking about

**Page 129**

1  things that are known.  If AstraZeneca
2  had information about Seroquel's
3  propensity to cause diabetes and didn't
4  publicize that information, that would
5  affect a doctor's ability to properly
6  weigh the risks and benefits of
7  prescribing Seroquel, wouldn't it?
8          MR. MCCONNELL: Objection to
9      form.
10          THE WITNESS: I would agree
11      that if AstraZeneca intentionally
12      hid information on a medication,
13      that that would certainly affect a
14      doctor's ability to weigh those
15      risks and benefits.
16          I also think that there are
17      situations where -- as a clinical
18      researcher, there are times when
19      information is in the process of
20      being developed or analyzed, and I
21      can imagine that there might be
22      situations where a thorough
23      investigation needs to be
24      undertaken before something is

33 (Pages 126 to 129)

Confidential - Jennifer L. Payne, M.D.

Page 130

1    published. I certainly do that
2    with my own data.
3    BY MR. TRAMMELL:
4        Q.   If AstraZeneca selectively
5    withheld data that showed that Seroquel
6    was associated with an increased risk of
7    diabetes from prescribing physicians,
8    that would affect their ability to
9    properly weigh the risks and benefits of
10   prescribing Seroquel, wouldn't it?
11           MR. MCCONNELL: Objection to
12   form.
13           THE WITNESS: If by
14   selectively withholding
15   information you mean not revealing
16   that information to the FDA, is
17   that what you mean?
18   BY MR. TRAMMELL:
19       Q.   No, I mean not revealing it
20   to doctors.
21           MR. MCCONNELL: Same
22   objection.
23           THE WITNESS: In what way
24   would they reveal it to doctors?

Page 131

1    BY MR. TRAMMELL:
2        Q.   Publishing the results of
3    studies that were -- that showed that
4    Seroquel was associated with an increased
5    risk of diabetes.
6            MR. MCCONNELL: Same
7    objection.
8            THE WITNESS: I think if a
9    company intentionally hides
10   information and does not reveal
11   that to the FDA and did not --
12   intentionally decided not to
13   publish information, and that was
14   not revealed to the FDA, that
15   could certainly be construed as a
16   problem.
17           I guess I don't know the
18   context of your question. And it
19   is -- again, as a clinical
20   researcher, it sometimes takes a
21   while to publish information. So
22   if someone intentionally was
23   hiding information or destroying
24   data, then that would certainly be

Page 132

1    an issue.
2    BY MR. TRAMMELL:
3        Q.   If AstraZeneca -- well,
4    you'll agree with me that the relative
5    risk of diabetes among the atypical
6    antipsychotics is a competitive issue for
7    the manufacturers?
8            MR. MCCONNELL: Objection to
9    form.
10           THE WITNESS: And could you
11   define "competitive issue"?
12   BY MR. TRAMMELL:
13       Q.   Sure. What I mean is that
14   for the manufacturers of the atypical
15   antipsychotics, it's to their advantage
16   for their drug to be thought of as less
17   associated with an increased risk of
18   diabetes versus their competitors?
19       A.   I think any time a
20   medication is associated with a lower
21   risk of a particular side effect, that is
22   a competitive advantage.
23       Q.   And so if AstraZeneca
24   withheld the evidence that its drug

Page 133

1    Seroquel was associated with an increased
2    risk of diabetes in order to gain a
3    competitive advantage, that would be
4    wrong, wouldn't it?
5            MR. MCCONNELL: Objection.
6    Form. Calls for a legal
7    conclusion. Outside the scope of
8    this expert report.
9            THE WITNESS: Define
10   "withheld."
11   BY MR. TRAMMELL:
12       Q.   Data showing that Seroquel
13   is associated with an incidence of
14   diabetes that's higher than the incidence
15   publicized by the company.
16       A.   I think what I'm struggling
17   with is exactly what you mean by
18   "withheld." I think there are multiple
19   different levels of that. If by
20   "withheld" you mean again destroying
21   data, not revealing to the FDA, we do
22   have a regulatory body that regulates
23   what is decided about medications and how
24   they can be prescribed and what goes in

34 (Pages 130 to 133)

Confidential - Jennifer L. Payne, M.D.

Page 134

1  the label, et cetera.  So if you're
2  talking about that extreme, then I think
3  that is a problem.  What I'm not clear on
4  is, I mean, "withheld" can be construed
5  in multiple different ways.
6      Q.   Well, let's say AstraZeneca
7  disseminates a message about Seroquel's
8  association with diabetes that is
9  contradictory to what they know.  Is that
10  wrong?
11      MR. MCCONNELL:  Objection to
12  form.  Legal conclusion.  Outside
13  the scope.
14      THE WITNESS:  I have to say
15  that my job in writing this report
16  was really to give a general idea
17  about psychiatric illness, how
18  quetiapine and other
19  antipsychotics are used, and
20  analyze the data both for and
21  against the idea that quetiapine
22  is associated with weight gain
23  and/or diabetes.  In addition, I
24  was asked to give specific

Page 135

1      individual reports on patients.
2  I've not been asked to give an
3  opinion on the company.
4  BY MR. TRAMMELL:
5      Q.   You've also rendered an
6  opinion that -- rendered an opinion as to
7  Seroquel's association with diabetes and
8  discussed the evidence in support of your
9  opinion where Seroquel ranks in the class
10  and Seroquel's overall propensity to
11  cause diabetes.  And you've given that
12  opinion in the context of two specific
13  cases.  And so what I'm asking you is if
14  there's information that you can't
15  include in your opinion because it was
16  withheld by AstraZeneca, does that
17  compromise your opinion in any way?
18      MR. MCCONNELL:  Objection.
19  Speculation.
20      THE WITNESS:  I think that
21  if there is more information to be
22  evaluated, I'm absolutely happy to
23  include that in my opinion.
24  BY MR. TRAMMELL:

Page 136

1      Q.   Well, is data on Seroquel's
2  association with diabetes relevant to
3  your opinion?
4      MR. MCCONNELL:  Objection to
5  form.
6      THE WITNESS:  Yes.
7  BY MR. TRAMMELL:
8      Q.   That's the data you rely on
9  or that information is the information
10  you rely upon in reaching your conclusion
11  with regard to Seroquel's association
12  with diabetes, isn't it?
13      MR. MCCONNELL:  Objection to
14  form.
15      THE WITNESS:  Yes.
16  BY MR. TRAMMELL:
17      Q.   So if relevant information
18  about Seroquel's association with
19  diabetes is withheld from you because
20  that information contains -- or because
21  that information supports the higher
22  incidence of diabetes with Seroquel
23  treatment, that affects the credibility
24  of your report, doesn't it?

Page 137

1      MR. MCCONNELL:  Objection to
2  form.  Speculation.
3      THE WITNESS:  I personally
4  don't have evidence that anything
5  was withheld from me for that
6  reason, so I'm not sure I can
7  answer your question.
8  BY MR. TRAMMELL:
9      Q.   If it was.
10      A.   If it was withheld in order
11  to influence my opinion?
12      Q.   Yes.
13      MR. MCCONNELL:  Same
14  objection.
15      THE WITNESS:  I think if
16  there's more information to be
17  reviewed, I'm happy to review it
18  and see if that changes my opinion
19  or not.
20  BY MR. TRAMMELL
21      Q.   Well, in rendering this
22  opinion, you rely on studies, you rely on
23  the data underlying those studies to the
24  extent it is in the study.  If, for

35 (Pages 134 to 137)

Confidential - Jennifer L. Payne, M.D.

Page 138

1    example, all you had was studies -- and I
2    know this is not the case, but if all you
3    had were studies that said Seroquel was
4    not associated with diabetes, and you
5    rendered an opinion that said it's not
6    associated with diabetes, that would be
7    credible because it would be based on all
8    the information that you had.  But if
9    there were information that you were not
10   given that said the exact opposite,
11   wouldn't that make your conclusion
12   incredible in the first instance?
13          MR. MCCONNELL:  Objection to
14   form.
15          THE WITNESS:  I think it
16   means that the opinion was
17   rendered on not all -- on all
18   available data.  One thing to keep
19   in mind is that there is -- there
20   are loads of unpublished data out
21   there.  I've done a number of
22   studies myself and analyses, I
23   haven't published yet because I
24   haven't gotten around to it or

Page 139

1    because it wasn't a very strong or
2    interesting finding.  That's not
3    to say that there aren't
4    potentially people out there who
5    are withholding some information
6    somewhere.
7          But any time you render an
8    opinion based on the scientific
9    literature, it's based on the
10   available data.  And so if there
11   is data that is available that I
12   have not reviewed, again, I'm
13   happy to review it and see if that
14   changes my opinion.  It may or may
15   not change my opinion.  I think
16   that's the other thing to keep in
17   mind.
18   BY MR. TRAMMELL:
19       Q.  Do doctors need -- if a
20   doctor is attempting to determine whether
21   to prescribe someone Seroquel, does that
22   doctor need information about Seroquel's
23   association with diabetes?
24          MR. MCCONNELL:  Objection.

Page 140

1    Form.  Speculation.  Scope.
2          THE WITNESS:  I'm sorry,
3    repeat the question, I got
4    distracted.
5    BY MR. TRAMMELL:
6       Q.  Sure.  If a doctor is
7    prescribing -- weighing the risks and
8    benefits and determining whether it's
9    appropriate to prescribe someone
10   Seroquel, does that doctor need
11   information about Seroquel's association
12   with diabetes?
13          MR. MCCONNELL:  Objection.
14          THE WITNESS:  Yes.
15   BY MR. TRAMMELL:
16       Q.  Why?
17       A.  Anytime a doctor is
18   prescribing any medication, it's
19   important to take into account risks and
20   benefits.  Now, just because a particular
21   risk exists with a particular medication,
22   that does not mean that in certain cases
23   that that would alter your prescribing
24   practice.

Page 141

1       Q.  You prescribe Seroquel to
2    your patients.  Is that correct?
3       A.  I have.
4       Q.  Do you have any patients
5    currently on Seroquel?
6       A.  I do.
7       Q.  Do you monitor their blood
8    glucose levels?
9       A.  The ones in my private
10   outpatient practice that I've had on
11   Seroquel, I have.  I have one patient at
12   the Inner City Clinic that I've attempted
13   to get several blood tests on, and she's
14   been noncompliant with that.  I would
15   like to monitor her.
16       Q.  And why do you do that?
17       A.  Because it's recommended
18   that we monitor things like cholesterol
19   and glucose in the same way that we
20   should monitor high blood pressure, et
21   cetera.
22       Q.  In the package insert you
23   mean?
24       A.  In the --

36 (Pages 138 to 141)

Confidential - Jennifer L. Payne, M.D.

Page 142

1    Q.   In the label?
2    A.   Yes.  In the class wide
3  things we try to do that.
4    Q.   When did you start -- you
5  mean you do that with every patient
6  taking an antipsychotic?
7    A.   I do.
8    Q.   When did you start doing
9  that?
10   A.   I would say that I first
11 started doing that with Seroquel -- I'm
12 sorry, with Zyprexa probably before the
13 label.  The other antipsychotics have
14 really been since the label change.
15   Q.   Why were you monitoring
16 Zyprexa patients before the label change?
17   A.   Primarily because of the
18 significant weight gain that I saw in my
19 patients.
20   Q.   Was it because of the
21 literature describing the association
22 between Zyprexa and significant weight
23 gain and diabetes?
24   A.   To be honest, I don't

Page 143

1  remember.  I do tend to monitor my
2  patients in general for medical
3  conditions, and so I check labs on most
4  of my patients at least once a year, if
5  not more than that.
6    Q.   So with your Zyprexa
7  patients, because you noted significant
8  weight gain, you were concerned about the
9  possible development of diabetes?
10   A.   I was concerned about a
11 number of issues including cholesterol.
12   Q.   Were you concerned about the
13 possible onset of diabetes in those
14 patients because of the weight gain?
15   A.   Yes.
16   Q.   Are patients who suffer from
17 mental illness at a greater risk than
18 patients who don't suffer from mental
19 illness for diabetes?
20   A.   In my opinion, yes.
21   Q.   And why is that?
22   A.   I think the literature
23 supports that.  If you look at the
24 literature on schizophrenia specifically,

Page 144

1  there is a higher rate of, first of all,
2  obesity; and secondly, of glucose
3  dysregulation predating the use of
4  antipsychotics.  They also have a higher
5  family history of Type 2 diabetes.  It's
6  unclear if there's a related mechanism in
7  some way.  And, again, we don't
8  understand exactly what the broken part
9  is in schizophrenia, and it could be that
10 they're related.
11   Q.   But patients who suffer from
12 mental illness are at an increased rate
13 of the development -- for the development
14 of diabetes.  Is that correct?
15   A.   Yes, and other medical
16 complications.
17   Q.   Do patients generally
18 suffering from mental illness have
19 comorbid conditions that are also
20 associated with an increased risk of
21 diabetes?
22   A.   Such as a sedentary
23 lifestyle, is that what you're asking?
24   Q.   Sure.

Page 145

1    A.   Yes.
2    Q.   Are there any other types of
3  behaviors or conditions that people with
4  mental illnesses are predisposed to that
5  are also predicates for diabetes?
6    A.   Yes.  So patients with major
7  mental illness are more likely to smoke,
8  are more likely to eat poorly, more
9  likely to have a low socioeconomic income
10 and be associated with eating fast food,
11 et cetera.  They're more likely to have a
12 sedentary lifestyle, not exercise, not go
13 to the doctor, not take their
14 medications, all of which really
15 predispose to things like high blood
16 pressure, diabetes, cardiovascular
17 disease, et cetera.
18   Q.   So people with mental
19 illnesses for a variety of reasons are at
20 a far greater risk of developing diabetes
21 than people without mental illnesses.  Is
22 that right?
23   A.   I would think that -- let's
24 again be clear.  There is a spectrum of

37 (Pages 142 to 145)

Confidential - Jennifer L. Payne, M.D.

Page 146

1  mental illness ranging from people with
2  mild depression to people with
3  schizophrenia, with chronic
4  hallucinations and illusions. I would
5  say the severely mentally ill patients
6  are more likely to have medical illnesses
7  such as diabetes.
8      Q.   Is weight gain a risk factor
9  for diabetes?
10     A.   Obesity is a risk factor for
11  diabetes.
12     Q.   Is obesity caused by weight
13  gain?
14     A.   Yes, can be.
15     Q.   Is there a type of obesity
16  that does not involve weight gain?
17     A.   No.
18     Q.   Is Seroquel associated with
19  weight gain?
20     A.   Seroquel can be associated
21  with some weight gain in some patients.
22  There are patients who actually lose
23  weight while on Seroquel. So I can't
24  make that general statement.

Page 147

1      Q.   Is Seroquel a weight loss
2  drug?
3      A.   No. But by the same token
4  it is not a weight gain drug if some
5  patients lose weight on it.
6      Q.   Have you seen any data
7  discussing the differences among study
8  participants in weight loss versus weight
9  gain?
10     A.   I'm sorry, repeat that?
11     Q.   You said that some patients
12  on Seroquel lose weight. Have you seen
13  any data describing the incidence of
14  weight gain versus weight loss on
15  Seroquel?
16     A.   I've seen some studies that
17  looked specifically at BMI and whether
18  someone was more likely or less likely to
19  gain or lose weight.
20     Q.   Which studies are those?
21     A.   I'm terrible at author's
22  names, but it's on my list.
23     Q.   Can you tell me where?
24     A.   On here? Wasn't it the

Page 148

1  Brecher study?
2      Q.   Number 3?
3      A.   Maybe. There are a lot of
4  studies on here. It may have been the
5  Brecher study.
6      Q.   Brecher number 3 is one of
7  them?
8      A.   I believe.
9      Q.   How about number 9?
10     A.   That's a review, that's not
11  a specific study. I would have to look
12  at the specific study to tell you that.
13     Q.   Without looking at them, can
14  you tell me offhand which study?
15     A.   I remember that Brecher was
16  one of them.
17     Q.   Was it the Brecher that's
18  number 3?
19     A.   Well, there's another one
20  listed here that it could have been,
21  which was '79. But I believe number 3
22  was the one I'm thinking of.
23     Q.   Any others that you remember
24  offhand?

Page 149

1      A.   Not off the top of my head.
2      Q.   But any others would be
3  contained in this list?
4      A.   Yes.
5      Q.   Do you know who Martin
6  Brecher is?
7      A.   I do not know him
8  personally.
9      Q.   Do you have any idea what
10  his job is?
11     A.   I believe that he worked for
12  AstraZeneca.
13     Q.   Nevertheless, it's your
14  understanding, at least based on the
15  initial Seroquel label and every label
16  since then, that Seroquel is associated
17  with a statistically significant weight
18  gain?
19     A.   My understanding is that
20  from the beginning the label has listed
21  weight gain as a possible side effect,
22  not that it occurs in every patient.
23     Q.   Right.
24     A.   Right?

38 (Pages 146 to 149)

Confidential - Jennifer L. Payne, M.D.

| Page 150 |
|---|

1      Q.   No, it doesn't occur in
2 every patient, but -- well, where's the
3 specific language? What it says is that
4 patients taking Seroquel were
5 approximately four times more likely to
6 experience a statistical significant
7 weight gain than patients taking placebo.
8 And you can independently verify that, if
9 you want. That's essentially what it
10 says.
11      A.   Okay.
12      Q.   Is it your opinion that
13 treatment with Seroquel is associated
14 with an incidence of diabetes?
15      A.   No, it is my opinion that
16 the data is discrepant on that issue.
17      Q.   What accounts for the
18 discrepancy?
19      A.   I think that that's
20 difficult to say. There are probably a
21 number of reasons that can account for
22 that discrepancy, including study design,
23 patient population, and issues specific
24 to the patients that were in those

| Page 151 |
|---|

1 studies.
2      Q.   Are the results of the data
3 discrepant because some studies say
4 Seroquel is associated with an increased
5 risk and some studies say it's not?
6      A.   Yes.
7      Q.   Just in general, has it been
8 your experience that studies that are
9 funded by a drug company to study their
10 drug are favorable to the drug company,
11 the results are favorable?
12      A.   I think on average studies
13 funded by drug companies are favorable.
14 I think that that trend has been changing
15 to some extent over the last few years.
16      Q.   Are you familiar with
17 studies that have been done on the
18 favorability of industry-sponsored
19 studies?
20      A.   Yes, and I think that those
21 articles are complicated by the fact that
22 negative studies are far less likely to
23 get published because they are rejected
24 by peer-reviewed journals.

| Page 152 |
|---|

1      Q.   I don't understand that.
2      A.   When you have a study that's
3 negative, it is difficult to get that
4 particular study published. So, for
5 instance, I have a study looking at
6 whether premenstrual symptoms run in
7 families with major depression and
8 bipolar disorder. The study is negative.
9 It looks like there aren't -- there's not
10 a familial predisposition to that
11 particular trait. I had it rejected by
12 one journal. I've had another one, it's
13 been there for a long time. It's very
14 hard to get those kinds of studies
15 published because no one wants kind of
16 an, oh, well, okay, this didn't work kind
17 of study. They want studies that are
18 exciting or show a positive result.
19      The fact that the
20 pharmaceutical industry has negative
21 studies that were not published is no
22 different from any clinical researcher or
23 basic science researcher who has negative
24 studies that they are not able to publish

| Page 153 |
|---|

1 or they don't waste their time trying to
2 publish.
3      Q.   I think that's actually the
4 inverse of what I'm talking about. I'm
5 talking about studies that are funded by
6 drug companies that are positive for the
7 drug company, are you aware of research
8 discussing the incidence of positive
9 results funded by the company?
10      A.   Yes, I am. But, for
11 instance, there was a study that came out
12 recently that looked at, and I'm --
13 again, I do not know the author's name
14 for this particular study. But it looked
15 at antidepressant trials that were
16 reviewed by the FDA. Do you recognize
17 the study?
18      Q.   Yes, I do.
19      A.   And it showed that if the
20 negative studies had been included, that
21 there wasn't as much evidence that the
22 antidepressants were effective. The
23 problem with that study that they did not
24 take into account is that it is much more

39 (Pages 150 to 153)

Confidential - Jennifer L. Payne, M.D.

Page 154

1  difficult to get those negative studies
2  published, and that that is a significant
3  factor as to why those negative studies
4  are not published and not necessarily
5  included in the evaluation of that drug.
6  However, the FDA does review negative
7  studies that are not published.
8       Q.   Are you familiar with the
9  summary of the literature that is funded
10 by the makers of the atypical
11 antipsychotics about these drugs, the
12 paper that was published on this issue
13 about these drugs particularly?
14      A.   Which paper is that?
15      Q.   I was hoping you were
16 familiar with it.  I don't know the name
17 of it offhand.  It doesn't ring a bell to
18 you?
19      A.   Not off the top of my head.
20      Q.   Do you think the information
21 in the Seroquel label that it's roughly
22 four times the number of people on the
23 Seroquel-treated groups versus
24 placebo-treated groups who have

Page 155

1  experienced statistically significant
2  weight gain in excess of 7 percent of
3  their body weight, you think that that
4  information is inaccurate?
5       A.   No.  I would say about
6  25 percent to a third do experience
7  significant weight gain.
8       Q.   Is it your opinion that
9  weight gain associated with Seroquel
10 treatment is not the type of weight gain
11 that can contribute to diabetes?
12      A.   I think it is the type of
13 weight gain that could contribute to an
14 increased risk for diabetes, but I don't
15 think that's any different from any
16 other -- practically any other
17 psychiatric medication, including typical
18 antipsychotics.  Almost every psychiatric
19 medication is associated with weight
20 gain.
21      Q.   How long have you known that
22 weight gain is a risk factor for
23 diabetes?
24      MR. MCCONNELL:  Objection to

Page 156

1  form.
2       THE WITNESS:  I've known
3  that obesity and significant
4  weight gain over time is
5  associated with diabetes since
6  medical school.
7  BY MR. TRAMMELL:
8       Q.   You talk in your report
9  about antipsychotic medication in
10 general, and there's a comparison between
11 first generation drugs and second
12 generation drugs and the distinction made
13 about the side effects having to do with
14 EPS and tardive dyskinesia.  Is it your
15 opinion that Seroquel has a lesser
16 association with EPS and tardive
17 dyskinesia than first generation
18 antipsychotics?
19      A:   My opinion, quetiapine has a
20 lower chance of that.  It's not zero.
21 And first generation antipsychotic like
22 Haldol and Prolixin clearly have a higher
23 risk at that.
24      Q.   Are you familiar with the

Page 157

1  CATIE study?
2       A.   I am.
3       Q.   Wasn't the result of the
4  CATIE study or a conclusion of the
5  authors that the incidence of EPS in the
6  atypical antipsychotic groups was
7  indistinguishable from the influence of
8  EPS in the asenapine group?
9       A.   I don't remember
10 specifically, but that is ringing a bell.
11      Q.   Do you dispute that?
12      A.   I don't dispute that
13 finding.  I do think that there was a
14 nonrandomized subject in that study and
15 the patients who had a history of EPS
16 were not randomized to the typical
17 antipsychotic group.  And, therefore, you
18 really can't draw any conclusions about
19 the rates of EPS and atypicals versus
20 asenapine.
21      Q.   Have you reviewed any other
22 data comparing quetiapine specifically to
23 first generation drugs related to the
24 incidence of EPS or tardive dyskinesia?

40 (Pages 154 to 157)

Confidential - Jennifer L. Payne, M.D.

**Page 158**

1     A.   Everything I've reviewed is
2 in my list. I've not specifically looked
3 at that in the last few weeks.
4     Q.   Do you think it's possible
5 that someone could experience the type of
6 weight gain on Seroquel that would cause
7 diabetes?
8         MR. MCCONNELL: Objection to
9     form.
10         THE WITNESS: I think it is
11     possible that someone could
12     experience weight gain that over
13     time could potentially lead to
14     diabetes. Again, I think you need
15     to look at the two individual
16     cases. And I also think that's no
17     different from, again, any
18     psychiatric medication, including
19     some antidepressants.
20 BY MR. TRAMMELL:
21     Q.   But, again, it's possible
22 that there would be a patient taking
23 Seroquel that could experience the type
24 of weight gain that could lead to the

**Page 159**

1 onset of diabetes. Is that possible?
2         MR. MCCONNELL: Objection.
3     Form.
4         THE WITNESS: Yes, but I
5     think you need to consider each
6     case on an individual basis.
7 BY MR. TRAMMELL:
8     Q.   Do you make a distinction
9 between -- I know you do in your clinical
10 practice or have, but do you make a
11 distinction between the relative risk
12 among the atypical antipsychotics to
13 cause diabetes or the relevant
14 association with diabetes?
15     A.   In what way? I mean, there
16 are potentially distinctions, and so
17 distinction how?
18     Q.   Are some more likely to be
19 associated with diabetes than others?
20     A.   I think there's evidence
21 that some may be more likely. I think
22 there are differences among the agents.
23     Q.   Do you rank them in terms of
24 their level of risk?

**Page 160**

1     A.   I think you can rank them
2 based on current evidence in the
3 literature.
4     Q.   How can they be ranked?
5     A.   For weight gain or diabetes
6 or both?
7     Q.   Both.
8     A.   So Clozaril and
9 olanzapine --
10     Q.   I'm sorry, let's start with
11 weight gain.
12     A.   Clozaril and olanzapine I
13 think in the literature can safely be
14 said to cause the most weight gain.
15 Again, this has to be taken in the
16 context of individual patients. I've had
17 individual patients on both Zyprexa and
18 Clozaril who did not gain any weight
19 despite years of therapy. So what I'm
20 saying is in general and not specific to
21 an individual. Intermediate end weight
22 gain would be Risperdal and quetiapine.
23 So far the evidence supports that Geodon
24 and Abilify caused the least -- are

**Page 161**

1 associated with the least weight gain,
2 though they are fairly new and,
3 therefore, I think we have to continue
4 monitoring that.
5     Q.   And you base that opinion on
6 a review of the literature that's
7 contained in your reference list?
8     A.   Yes.
9     Q.   How do you rank the drug in
10 terms of their association with diabetes?
11         MR. MCCONNELL: Objection to
12     form.
13         THE WITNESS: The one thing
14     that I think needs to be clear is
15     that -- I'm not clear that there's
16     a direct mechanism of action
17     between these medications and
18     diabetes. So I think I need to
19     clarify and say association with
20     diabetes.
21 BY MR. TRAMMELL:
22     Q.   Which is the reason we do
23 clinical trials. Right?
24     A.   Which is why we do clinical

41 (Pages 158 to 161)

Confidential - Jennifer L. Payne, M.D.

Page 162

1  trials. However, there's not been a
2  clinical trial specifically examining
3  whether any of these medications directly
4  cause diabetes. Not randomized
5  prospective double blind, et cetera. So
6  I think it is fairly clear that the
7  highest association is in Clozaril and
8  olanzapine. And I think that there are
9  discrepant results for both Risperdal and
10  quetiapine.
11      Q.   Is it a coincidence to you
12  that olanzapine and Clozaril are
13  associated with the highest weight gain
14  and the highest incidence of diabetes?
15      A.   I think it is likely that
16  the two are connected, but, again, I
17  don't think that we know from a
18  biological perspective that that is
19  directly linked. It could be that
20  something causes both weight gain and
21  diabetes in that the weight gain is not
22  directly associated with the diabetes,
23  but it is also just as likely that the
24  weight gain ultimately leads to an

Page 163

1  increased risk for diabetes. So I can't
2  say and I'm not an expert in that area.
3      Q.   Which again is why we have
4  clinical trials. Isn't that kind of the
5  basis of your own medical practice, no
6  psychiatrist knows how any atypical
7  antipsychotic works and yet they use
8  them?
9      A.   Uh-huh.
10      Q.   No one knows exactly whether
11  or why atypical antipsychotics cause
12  diabetes and yet it's on the warning
13  label?
14      A.   Uh-huh. Yes.
15      Q.   Despite the fact that
16  there's not perfect certainty, it's still
17  useful information, isn't it?
18      A.   It is useful information and
19  we still use Clozaril and Zyprexa despite
20  that clear risk.
21      Q.   In other words, perfect
22  certainty is not required for information
23  about the association to be useful to
24  doctors and to be disseminated?

Page 164

1          MR. MCCONNELL: Objection.
2  Form and scope.
3          THE WITNESS: I agree that
4      perfect certainty is not required
5      for it to be useful information.
6  BY MR. TRAMMELL:
7      Q.   On page 13 you say:
8  "Choosing to prescribe a particular
9  atypical antipsychotic medication instead
10  of another is usually based on the side
11  effect profile of the particular
12  medications..."
13          MR. MCCONNELL: Where are
14  you?
15  BY MR. TRAMMELL:
16      Q.   13, the second full
17  paragraph. If you take just that part of
18  the sentence, can you explain what that
19  means?
20      A.   That means that you can't
21  tell looking at a particular patient what
22  medication a patient is going to respond
23  to. And this -- I'm specifically
24  referring to antipsychotic medications.

Page 165

1  But this really applies across groups of
2  psychiatric medications. Therefore, you
3  often end up choosing a particular
4  medication based on the side effects
5  profile.
6          So in the case of
7  quetiapine, for example, it is sedating.
8  If you have a patient who is agitated and
9  not sleeping at night, it makes sense to
10  choose quetiapine that may help them
11  sleep at night and make them less
12  agitated rather than something that's
13  more stimulating.
14          So I'm saying that you may
15  -- the side effect profile may help you
16  differentiate between the different
17  medications and choose one that may --
18  you can use the side effect profile to
19  your advantage in that particular
20  patient.
21      Q.   If you had a patient who was
22  at high risk of diabetes and -- well, if
23  you had a patient who is at high risk of
24  diabetes, would you be more likely to

42 (Pages 162 to 165)

Confidential - Jennifer L. Payne, M.D.

Page 166

1   prescribe Zyprexa than Clozaril?
2        A.   It would depend on the
3   patient, to be honest with you.  If that
4   particular patient was extremely ill and
5   had failed other medications, and I
6   thought that Clozaril had a very good
7   chance, I've done that despite a high
8   risk of diabetes.  If we're in an acute
9   situation on an inpatient unit, I have
10  certainly prescribed Zyprexa in someone
11  who was at high risk of diabetes.  So it
12  depends on the patient is the answer.
13       Q.   What about a patient with
14  PTSD or anxiety?
15       A.   Again, I think it depends on
16  how severe the case is.
17       Q.   Without respect to the
18  severity of the mental illness, you were
19  focusing on the risks of exposing a
20  patient to side effects, would you be
21  less likely to prescribe Zyprexa to
22  someone who was at an extreme risk of
23  developing diabetes or more likely to
24  prescribe Zyprexa or would it factor into

Page 167

1   your decision at all?
2        MR. MCCONNELL:  Objection to
3   form.
4        THE WITNESS:  If you're
5        asking if I was just choosing on
6        the basis of a side effect
7        profile, I would say I never
8        choose just on the basis of a side
9        effect profile, because every case
10       is an individual.  You have to
11       take the patient into account for
12       both the side effects, but also
13       the severity of their illness and
14       what risks or not risks you're
15       willing to take.
16  BY MR. TRAMMELL:
17       Q.   Have you reviewed the new
18  drug application for quetiapine?
19       A.   What exactly are you
20  referring to?
21       Q.   The submission that
22  AstraZeneca made to the FDA to get
23  approval to market quetiapine.
24       A.   I don't believe I have.

Page 168

1        Q.   Have you reviewed any of the
2   submissions made by AstraZeneca to the
3   FDA?
4        A.   No, I don't believe so.
5        Q.   So unless that information
6   is also an item in your reference list,
7   it's not considered in your opinion?
8        A.   No.
9        Q.   Is Seroquel a safe and
10  effective treatment for insomnia?
11       A.   Seroquel is a safe and
12  effective treatment for insomnia that is
13  associated with psychiatric illnesses.
14  There is recent evidence that it may be
15  an effective treatment in insomnia in the
16  general population, though I don't think
17  those studies have been large enough to
18  fully render an opinion on that.  It's
19  certainly been used for insomnia, and is
20  quite effective for insomnia.
21       Q.   Is it a safe treatment for
22  insomnia absent mental illness?
23       A.   I think depending on the
24  patient, it may be a choice.  If a

Page 169

1   patient who does not have psychiatric
2   illness, has failed a number of
3   treatments for insomnia -- insomnia is
4   actually associated with a number of
5   medical problems, the development of a
6   number of medial problems, including
7   weight gain, as well as ultimately the
8   development of psychiatric disorders.
9   So, again, I think you have to go back to
10  the individual cases.  There are
11  certainly doctors who may prescribe
12  quetiapine for insomnia in the setting of
13  a treatment-resistant case.
14       Q.   You say you've had no
15  patient develop diabetes while taking
16  Seroquel.  Is that right?
17       A.   To my knowledge, no patient
18  that has been taking quetiapine has
19  developed diabetes.
20       Q.   And you didn't actually go
21  back and find out about every patient
22  you've ever prescribed Seroquel to?
23       A.   No.
24       Q.   This statement just means

43 (Pages 166 to 169)

Confidential - Jennifer L. Payne, M.D.

Page 170

1  you have no recollection of anyone to
2  whom you prescribed Seroquel developing
3  diabetes?
4       MR. MCCONNELL:  What page
5  are you on?
6       MR. TRAMMELL:  16.
7       THE WITNESS:  That's
8  correct.  It would have been
9  difficult for me to track down
10  inpatients, for example.
11  BY MR. TRAMMELL:
12      Q.   That's what to your
13  knowledge means, you don't know with any
14  certainty whether a patient that you have
15  prescribed Seroquel to has developed
16  diabetes?
17      A.   I don't know of any of my
18  outpatients that I have treated with
19  quetiapine have developed diabetes.  I
20  did not track down inpatients that I
21  prescribed quetiapine to.
22      Q.   This is just your
23  allegorical account with your experience
24  with quetiapine?

Page 171

1       MR. MCCONNELL:  Objection to
2  form.  Allegorical.
3  BY MR. TRAMMELL:
4       Q.   You didn't conduct any
5  research to determine whether this was
6  the case?
7       A.   That's correct.  This is my
8  clinical recollection.
9       Q.   On page 17, after you recite
10  the diabetes warning, and the report
11  says: "Notwithstanding the 'class'
12  label...," what did you mean by putting
13  the quotation marks around the word
14  "class"?
15      A.   I wrote this report with a
16  layperson in mind, and I felt that class
17  label might not be completely clear to a
18  layperson, and, therefore, put it in
19  quotes.
20      Q.   Is it your opinion that this
21  label is warranted based on Seroquel?
22      MR. MCCONNELL:  Objection to
23  form.
24      THE WITNESS:  It is my

Page 172

1  opinion that this warning is
2  appropriate for the entire class
3  of antipsychotics.
4  BY MR. TRAMMELL:
5       Q.   Including Seroquel?
6       A.   Including Seroquel.
7       Q.   It's appropriate for doctors
8  to warn patients about the risk of
9  diabetes when taking Seroquel.  Is that
10  right?
11      MR. MCCONNELL:  Objection.
12  Form.
13      THE WITNESS:  It is
14  appropriate.
15  BY MR. TRAMMELL:
16      Q.   It is appropriate for
17  doctors to monitor patients taking
18  Seroquel for signs of the development of
19  diabetes.  Is that right?
20      A.   It is appropriate for both
21  Seroquel and any antipsychotic, including
22  typicals.
23      Q.   Do you know when the
24  information that was the basis of the

Page 173

1  change in the label was known to
2  AstraZeneca?
3       A.   I do not know.
4       Q.   Why do you think it's an
5  appropriate warning to put in the label?
6       MR. MCCONNELL:  Objection to
7  form.
8       THE WITNESS:  I think it's
9  inappropriate for antipsychotics
10  to have this in their label
11  because there is evidence in the
12  literature that both typical and
13  atypical antipsychotics may be
14  associated with weight gain and/or
15  diabetes in particular patients.
16  And until we really understand
17  what the basis of that is, the
18  entire class should be labeled.
19  There is a similar idea behind all
20  antidepressants have to be labeled
21  with the warning for suicide now.
22  Even medications that have not
23  clearly been associated with an
24  increased risk of suicidal

44  (Pages 170 to 173)

Confidential - Jennifer L. Payne, M.D.

Page 174

1    thoughts.
2  BY MR. TRAMMELL:
3      Q.   That's because when there's
4  reasonable evidence of an association
5  between a drug and a side effect, doctors
6  ought to be warned of that evidence.  Is
7  that right?
8          MR. MCCONNELL:  Objection to
9  form.  Calls for a legal
10 conclusion.
11         THE WITNESS:  That's
12 because, as I said, there are
13 medications that are being labeled
14 with the risk for suicidal
15 thoughts, that there is no
16 evidence that that particular
17 medication has an increased risk
18 of suicidal thoughts, but because
19 it's in the same class, there's a
20 concern, guilt by association, if
21 you will, that that medication
22 may, in fact, be associated with
23 it.  We just haven't seen it.
24 BY MR. TRAMMELL:

Page 175

1      Q.   And just to be clear, you're
2  not saying there is no evidence of an
3  association between Seroquel and
4  diabetes, are you?
5      A.   Just to be clear, I'm not
6  saying that there is no evidence.  I'm
7  saying there's discrepant evidence.
8      Q.   But when there's reasonable
9  evidence of an association between a drug
10 and a serious side effect, doctors ought
11 to be warned of that.  Is that right?
12         MR. MCCONNELL:  Objection.
13 Form.  Calls for a legal
14 conclusion.  Scope.
15         THE WITNESS:  Define
16 reasonable evidence.
17 BY MR. TRAMMELL:
18     Q.   Evidence that the ordinary
19 and reasonable person would think was
20 significant.
21     A.   I would actually --
22         MR. MCCONNELL:  Objection to
23 form.
24         THE WITNESS:  I would

Page 176

1  actually disagree with that
2  definition.  I think that what is
3  happening, which I think is
4  appropriate, with the FDA is that
5  if there is some evidence that a
6  class of medications may be
7  associated with a serious risk,
8  that they are labeling the entire
9  class.  So there are medications
10 for which there is no evidence, no
11 reasonable evidence that they're
12 associated with that serious side
13 effect, are getting labeled.
14         I actually think that
15 sometimes it's unreasonable from a
16 layperson's perspective to label
17 that medication with that warning,
18 but because we are unclear, we do
19 so in order to protect the public.
20 BY MR. TRAMMELL:
21     Q.   Right.  And I asked a bad
22 question and it's my fault.  But not --
23 outside the context of class labeling,
24 with respect to an individual drug and

Page 177

1  the ordinary and reasonable person who is
2  not a layperson but a doctor, the
3  ordinary and reasonable doctor, if there
4  is a reasonable evidence to suggest that
5  a drug is associated with a serious side
6  effect, shouldn't doctors be warned of
7  that?
8          MR. MCCONNELL:  Objection.
9  Form.  Calls for legal conclusion.
10 Scope of report.
11         THE WITNESS:  Doctors should
12 be warned of reasonable evidence
13 certainly.  What is happening is
14 that the FDA is warning even when
15 there's not a direct link or
16 sometimes even any evidence of a
17 particular side effect.
18         MR. TRAMMELL:  Just to be
19 safe, I'll object to everything
20 after certainly.
21 BY MR. TRAMMELL:
22     Q.   Page 19, the paragraph that
23 begins "The ADA/ABA Consensus
24 Statement...," the sentence begins:  "For

45 (Pages 174 to 177)

Confidential - Jennifer L. Payne, M.D.

Page 178

1  example...," in the middle of the
2  paragraph, "For example, just because the
3  average rate of weight gain in
4  quetiapine-treated patients is higher
5  than placebo in some studies there's no
6  indication that quetiapine is the
7  underlying cause for the weight gain; in
8  fact, a patient's psychiatric improvement
9  is often associated with weight gain."
10  Do you see that sentence?
11      A.  Yes.
12      Q.  Is there any scientific
13  basis for that statement?
14      A.  No, but there's plenty of
15  clinical basis for that.
16      Q.  Whose clinical --
17      A.  My clinical experience, a
18  number of patients gain weight as they
19  clinically improve.  That's observed
20  easily on -- in the inpatient unit.
21      Q.  Is there a scientific basis
22  for the rest of that paragraph, the
23  sentences that make up the rest of that
24  paragraph, being "Placebo-Treated

Page 179

1  individuals may not improve during a
2  trial and thus may demonstrate no weight
3  gain in contrast to those improving on
4  quetiapine"?
5      A.  I have not looked at any
6  articles specifically to try to support
7  that statement.
8      Q.  Is there a scientific basis
9  for the statement: "Also, if
10  placebo-treated individuals drop out
11  earlier than quetiapine-treated
12  individuals, the normal course of time
13  would typically allow the quetiapine
14  group to gain more weight than the
15  placebo group"?
16      A.  I have not looked for
17  articles to specifically support that
18  statement.
19      Q.  That statement is not
20  supporting any literature that you've
21  found?
22      A.  I have not specifically
23  looked at that literature, or if there is
24  literature.

Page 180

1      Q.  The next paragraph says:
2  "Importantly, studies have shown that any
3  associated weight gain in a given patient
4  can be monitored by the doctor, the
5  patient can be counseled and there is
6  evidence that dietary and exercise
7  intervention decrease weight gain in
8  these populations just like in the
9  general population."  You cite two
10  studies, Kwon '06 and Wu '08.  Is your
11  understanding that weight gain can be
12  monitored and weight can be decreased
13  with exercise and diet something that
14  became known in 2006 and 2008?
15      A.  No.  But these studies
16  specifically looked in at the psychiatric
17  population to see if there was any
18  difference in that population in terms of
19  these kinds of interventions.  I mean,
20  both of these studies showed that even if
21  someone has a diagnosis of, I believe,
22  major depression, that they're able to
23  participate in exercise and diet changes
24  that can promote weight loss.

Page 181

1      Q.  Go to page 23.  It's the
2  sentence that references the Peuskens
3  trial.  It says: "Peuskens 2007 found
4  more high glucose shifts in placebo
5  treated schizophrenia patients compared
6  to quetiapine XR treated patients."  It's
7  not your opinion that Seroquel is less
8  associated with glucose dysregulation
9  than placebo, is it?
10      A.  It's not my opinion that in
11  general quetiapine is less likely to
12  cause glucose shifts than placebo, but
13  that in some studies, this one in
14  particular, it was certainly no different
15  in the smaller shift than placebo which
16  indicates that -- one of the things to
17  keep in mind here is that when you're
18  measuring things in studies, there can be
19  significant differences that have very
20  little clinical significance, so that a
21  difference between a glucose shift of
22  zero and five on a fasting glucose level
23  can actually happen from one day to the
24  next in a normal individual.  So my guess

46 (Pages 178 to 181)

Confidential - Jennifer L. Payne, M.D.

Page 182

1  is there's something along those lines.
2  and that this is really no different than
3  placebo.
4      Q.   Is this one of the studies
5  that supports your opinion that the data
6  regarding Seroquel's association with
7  diabetes is discrepant?
8      A.   Yes.  As are the following
9  two studies there.
10     Q.   If there's a discrepancy
11 with some studies saying Seroquel is
12 associated with diabetes and some studies
13 saying it's not, is there a reason that
14 it's your opinion that it isn't or is
15 that your opinion?
16     MR. MCCONNELL:  Objection to
17 form.
18     THE WITNESS:  I think that
19 what you have to keep in mind is
20 that there are many reasons why
21 diabetes might be associated with
22 a particular medication that have
23 nothing do with a direct
24 mechanism, including higher

Page 183

1  baseline risk.  Could also be that
2  the medications that the patient
3  was previously on.  One of the
4  things to keep in mind with the
5  quetiapine literature is that many
6  of the patients were previously on
7  Zyprexa which came out right
8  before quetiapine and then were
9  switched to quetiapine because of
10 weight gain issues.  And that
11 could influence the outcome for
12 quetiapine even though it may have
13 been associated with Zyprexa.  So
14 I think the studies are open to
15 interpretation.  And the fact that
16 they're discrepant results
17 indicates that it is at least an
18 open question as to whether
19 there's any connection at all.
20 BY MR. TRAMMELL:
21     Q.   So it's your opinion that
22 there's not enough information to
23 establish an association.  Is that right?
24     A.   It's my opinion that there

Page 184

1  is not enough information to establish a
2  direct association between quetiapine and
3  diabetes that is 100 percent for sure.
4      Q.   Is there enough information
5  to establish an association between any
6  of the atypical antipsychotics and
7  diabetes that's 100 percent sure?
8      A.   In any one individual
9  patient --
10     Q.   No, association.
11     A.   -- or just in general?
12     Q.   Not causation.  Association.
13     A.   I think there's more
14 supporting Zyprexa and Clozaril.
15     Q.   Is it 100 percent for sure?
16     A.   Probably not.
17     Q.   Can you think of an
18 association between a drug and a side
19 effect that is 100 percent for sure?
20     A.   No.
21     Q.   Is 100 percent or absolute
22 certainty the standard for what doctors
23 ought to know about side effects?
24     MR. MCCONNELL:  Objection.

Page 185

1      Form.  Scope of report.  Calls for
2  a legal conclusion.
3      THE WITNESS:  No, it's not.
4  BY MR. TRAMMELL:
5      Q.   So you're not rendering any
6  opinion about when the appropriate time
7  was to include this warning in Seroquel's
8  label?
9      A.   I'm not rendering an opinion
10 on that.
11     Q.   Is it your opinion that
12 Seroquel is not associated with diabetes?
13     A.   It's my opinion that
14 Seroquel has discrepant data on whether
15 it's associated with diabetes or not.
16 And that that may vary by population and
17 certainly cannot be stated in an
18 individual case at this time.
19     Q.   Which -- and I think that's
20 an important point.  The purpose of doing
21 clinical trials is to assimilate evidence
22 about individual cases to demonstrate an
23 association among populations.  The
24 purpose of doing clinical trials and

47  (Pages 182 to 185)

Confidential - Jennifer L. Payne, M.D.

## Page 186

1  writing this literature is not to decide
2  in any individual case whether a drug is
3  associated with a side effect. Is that
4  right?
5      A.   That's true.
6      Q.   That determination has to be
7  made by a doctor relying on that
8  evidence. Isn't that right?
9      A.   Are you saying that the
10 determination as to whether something is
11 associated with a particular side effect
12 in an individual case has to be up to the
13 doctor?
14     Q.   Well, that's something that
15 can't be known with any certainty. Isn't
16 that right?
17     A.   If a particular side effect
18 is associated with a particular
19 medication.
20     Q.   Well, it can't be known with
21 complete certainty whether it is or
22 isn't?
23     A.   I think it is sometimes and
24 often difficult to know if a particular

## Page 187

1  side effect is associated with a
2  particular medication. However, if
3  someone were on Clozaril and developed
4  agranulocytosis, I think most people
5  would be hard pressed to argue that it
6  wasn't due to the Clozaril, for instance.
7      Q.   But agranulocytosis can
8  occur independent of Clozaril treatment?
9      A.   It can.
10     Q.   So no one can say with
11 certainty that a Clozaril-treated patient
12 suffers agranulocytosis because of
13 Clozaril, you may be able to say with a
14 degree --
15     A.   With a preponderance of the
16 evidence or something along those lines.
17     Q.   Right. But no one can say
18 with absolute certainty. No one can say
19 in any case where someone takes an
20 atypical antipsychotic and gets diabetes
21 with perfect certainty that it was or
22 wasn't caused in that individual case by
23 the use of the drug, can you?
24     A.   No.

## Page 188

1      Q.   And because drug labels are
2  intended to be generic, meaning all
3  doctors see the same label, it would be
4  inappropriate to, or at least
5  scientifically illegitimate to make
6  decisions about individual causations and
7  drug labels. Isn't that right?
8          MR. MCCONNELL: Objection to
9      form.
10         THE WITNESS: I'm not sure I
11     understand exactly what you're
12     asking.
13 BY MR. TRAMMELL:
14     Q.   Well, the only useful
15 information in the drug label is
16 information about an increased
17 association, isn't that right, for
18 purposes of describing the incidence of a
19 side effect in a drug?
20     A.   I would not say that's the
21 only useful information in a label.
22     Q.   Well --
23     A.   I would say that's one of
24 the useful purposes of the label.

## Page 189

1      Q.   In terms of describing in
2  this incidence of the adverse event with
3  a drug, that's done through describing
4  relative leveling of association between
5  the adverse event and drug treatment,
6  isn't it?
7          MR. MCCONNELL: Objection to
8      form.
9          THE WITNESS: If by relative
10     association you mean that an
11     increased incidence was seen and
12     that's put into the label, yes,
13     that is what a label consists of.
14 BY MR. TRAMMELL:
15     Q.   Are you going to render any
16 opinion about how much evidence should be
17 required before a warning is added to a
18 drug's label?
19     A.   I have not included that in
20 my report. I will answer any questions
21 I'm asked at trial, but I have not
22 rendered an opinion along those lines.
23     Q.   You said before that the
24 diabetes warning in the Seroquel label is

48 (Pages 186 to 189)

Confidential - Jennifer L. Payne, M.D.

Page 190

1  appropriate.  Do you expect to render an
2  opinion that there's insufficient
3  evidence to warn doctors about the risk
4  of diabetes with Seroquel treatment at
5  trial?
6      A.   If you're asking if my
7  opinion is that there is insufficient
8  evidence to say that diabetes is
9  associated with quetiapine, I think I've
10  rendered that opinion and said that I
11  think the data is discrepant.
12      Q.   Are you going to render an
13  opinion that there is insufficient
14  evidence for a diabetes warning in the
15  quetiapine label or the Seroquel label?
16          MR. MCCONNELL: Objection.
17      Asked and answered.
18          THE WITNESS: I think
19      that -- could you repeat that
20      question again?
21  BY MR. TRAMMELL:
22      Q.   Sure.  Do you expect to
23  render an opinion at trial that there is
24  insufficient evidence to support the

Page 191

1  inclusion of the diabetes warning in the
2  Seroquel label?
3          MR. MCCONNELL: Objection.
4      Asked and answered.  Also, object
5      to the extent it calls for a legal
6      conclusion.
7          THE WITNESS: I have
8      rendered an opinion that the label
9      is appropriate for the class, and,
10      therefore, that includes
11      quetiapine.
12  BY MR. TRAMMELL:
13      Q.   Just to follow up on the
14  questions I asked you earlier, and you
15  answered this, I just want to clarify,
16  are you saying that there is insufficient
17  evidence in an association between
18  Seroquel and diabetes, or are you saying
19  that there's insufficient evidence
20  concluding that Seroquel is the cause of
21  diabetes in any particular case?
22      A.   I'm saying that there is
23  discrepant evidence on both sides that
24  quetiapine is associated with diabetes.

Page 192

1  I also think that there -- that given
2  that, it is difficult to render a direct
3  cause in an individual case.
4      Q.   I want to talk to you about
5  your case specific opinions, but I need
6  to take a quick break.
7          - - -
8          (A recess was taken from
9      2:23 p.m. to 2:37 p.m.)
10          - - -
11  BY MR. TRAMMELL:
12      Q.   You've rendered two case
13  specific opinions in this case, in the
14  Curley and Burns cases.
15      A.   Yes.
16      Q.   What information -- did you
17  review any information other than what's
18  in the reference list?
19      A.   No.
20      Q.   So the medical records plus
21  the information is what you relied on in
22  rendering those opinions?
23      A.   Yes.
24      Q.   When were you contacted

Page 193

1  about the Curley and the Burns case by
2  AstraZeneca?
3      A.   I think late this summer we
4  started talking about specific cases.
5  Maybe August.
6      Q.   Did they give you any
7  instructions or tell you what they wanted
8  you to do --
9      A.   They told me --
10      Q.   -- with respect to these two
11  cases?
12      A.   They told me they just
13  wanted me to review the medical records.
14  I reviewed depositions when they became
15  available.  And that was it.
16      Q.   Did they ask you to render
17  an opinion about anything?
18      A.   My understanding was that I
19  was to review the cases from a
20  psychiatrist's perspective, and also look
21  at whether I found evidence for weight
22  gain or diabetes being associated with
23  the use of quetiapine in these cases.
24      Q.   So you were looking at

49 (Pages 190 to 193)

Confidential - Jennifer L. Payne, M.D.

Page 194

1  whether Seroquel was an appropriate
2  treatment given their mental illnesses
3  and whether the Seroquel treatment was
4  the cause of their weight gain or
5  diabetes?
6      A.   Yes.
7      Q.   I can read the report, but
8  what were your opinions on those two
9  issues?
10     A.   For both cases?
11     Q.   For Curley first.
12     A.   For Curley, I felt that
13  quetiapine was an appropriate medication
14  for her.  She had a complicated history
15  and had failed numerous medications.
16     Q.   What about her prior
17  treatment history and prior clinical
18  history did you consider in concluding
19  that Seroquel was an appropriate
20  treatment?
21     A.   Curley has been diagnosed
22  with major depression and PTSD.  She has
23  not been followed over the long run by
24  psychiatrists but had been referred to

Page 195

1  one several times and had intermittently
2  seen various psychiatrists.  She had a
3  long history of insomnia which
4  complicated her chronic pain issues which
5  included migraine headaches and
6  fibromyalgia.  She failed numerous
7  medications both for what can probably be
8  reduced down to major depression as well
9  as the insomnia.  She had numerous
10  symptoms of low mood and agitation, poor
11  energy, poor concentration, interrupted
12  sleep with nightmares and multiple pain
13  issues, including the symptoms consistent
14  with fibromyalgia as well as the
15  migraines.  The quetiapine was prescribed
16  by a neurologist on an inpatient service
17  for her pain issues, for her migraine
18  headaches.  And I felt that that was
19  appropriate.
20     Q.   I should just ask, you're
21  relying on the information that was given
22  to you and the medical records and the
23  depositions, you've done no independent
24  verification about whether any of that

Page 196

1  information is true?
2      A.   That's true.
3      Q.   You haven't examined the
4  patient?
5      A.   I have not examined the
6  patient.
7      Q.   You haven't spoken to her
8  doctors or anything like that?
9      A.   No.
10     Q.   Just to be clear also, it's
11  your opinion that it was appropriate for
12  Ms. Curley to be treated with Seroquel
13  for pain?
14     A.   The prescribing doctor
15  testified that she had prescribed the
16  medication for the migraine headaches and
17  insomnia.  It was unclear in the record
18  whether the psychiatrist that evaluated
19  her during that inpatient admission had
20  also concurred with that prescription.
21  The doctor thought that -- Dr. Wilson, I
22  should say, thought that the psychiatrist
23  had possibly suggested the use of
24  quetiapine.  It's not clear.

Page 197

1      The quetiapine, as I noted
2  Dr. Wilson said, was for the insomnia and
3  the headaches.  At the time Dr. Wilson
4  thought there may have been support for
5  the idea that quetiapine was helpful for
6  migraine headaches.  I'm not an expert in
7  migraine headaches, so I can't render an
8  opinion for that.  But she also said that
9  in patients with chronic pain issues,
10  that insomnia exacerbates their pain, and
11  I can corroborate and support that.  We
12  have an inpatient pain service at
13  Hopkins, and I've been the attending on
14  that service in the past and have treated
15  patients with chronic pain as
16  outpatients.  And if the patient who has
17  pain is not sleeping, that exacerbates
18  their pain.  So one method of treating
19  chronic pain is to get patients to sleep.
20     Q.   Is it your opinion that
21  Seroquel was a safe and effective
22  treatment for Ms. Curley's insomnia and
23  migraine headaches?
24     A.   I think that it's a safe and

50  (Pages 194 to 197)

Confidential - Jennifer L. Payne, M.D.

Page 198

1  effective treatment clearly for the
2  insomnia. I'm not a neurologist. I
3  think given the fact that she had chronic
4  pain issues which are the migraine
5  headaches, that it could have possibly
6  been used to improve that pain.
7        I also think it's clear that
8  she has a history of major depression and
9  PTSD. And quetiapine has been effective
10  in those conditions as well.
11        Q.   But that wasn't the use for
12  which it was prescribed. Right?
13        A.   As far as I can tell, Dr.
14  Wilson testified that she was using it
15  for insomnia and headaches, but she was
16  unclear if the psychiatrist had supported
17  the use or not.
18        Q.   What evidence do you rely on
19  to render the opinion that Seroquel is
20  safe and effective for the treatment of
21  insomnia?
22        A.   Well, both clinical
23  evidence -- I had a number of patients
24  who were having insomnia for --

Page 199

1  associated with psychiatric problems. I
2  think it is clear that Ms. Curley has
3  psychiatric problems and her insomnia is,
4  therefore, associated with that. And
5  there are a number of studies that are
6  listed in my materials reviewed that show
7  that quetiapine is associated with
8  improved sleep in patients with PTSD, for
9  example.
10        Q.   Is there anything in the
11  materials you reviewed that supports your
12  opinion that Seroquel is safe and
13  effective for the treatment of insomnia?
14        A.   If by insomnia you mean
15  difficulty sleeping, yes, there are.
16        Q.   What are those?
17        A.   For example, Robert, et al.,
18  2005, looked at sleep disturbances in a
19  sample of patients with PTSD and showed
20  that general sleep disturbance is
21  improved.
22        Q.   Are you in this Curley
23  report?
24        A.   Yes, I am. Bottom of page

Page 200

1  2. In addition, there are a number of
2  reports that I list here including --
3  excuse my pronunciation, Buane 2007,
4  Todder 2006, Endicott 2008, Katzman 2008,
5  which support the use of quetiapine in
6  insomnia associated with psychiatric
7  conditions. And then Cohrs, et al. in
8  2003 and Weigand in 2008 supports the use
9  of insomnia -- I'm sorry, quetiapine in
10  insomnia and otherwise psychiatry well
11  subjects. This is in the third paragraph
12  on page 2.
13        Q.   So Cohrs and Weigand are the
14  studies you rely on to support your
15  opinion that Seroquel is safe and
16  effective treatment for insomnia absent
17  mental illness?
18        A.   Yes.
19        Q.   Did you render an opinion
20  about whether Ms. Curley's Seroquel usage
21  was associated with her diabetes?
22        A.   I did.
23        Q.   And what is that opinion?
24        A.   That is on page 5. And my

Page 201

1  opinion states that there's evidence of
2  elevated blood sugars and a diagnosis of
3  hyperglycemia in 2000, before Ms. Curley
4  ever took quetiapine. In addition, I
5  felt that she had other risk factors that
6  put her at risk of developing diabetes
7  which included the very strong family
8  history. In fact, her mother developed
9  diabetes in her forties and actually died
10  of complications of diabetes. Her family
11  history is also significant for other
12  issues that predispose someone to the
13  development of diabetes including high
14  blood pressure and hypercholesteremia in
15  both of her parents. In addition, she
16  was overweight prior to starting
17  quetiapine which also puts her at higher
18  risk of developing diabetes. She has a
19  40-year smoking history and a history of
20  high blood pressure. These factors also
21  put her at high risk of developing
22  diabetes.
23        Finally, in the first year
24  that she took quetiapine, and it may have

51 (Pages 198 to 201)

Confidential - Jennifer L. Payne, M.D.

Page 202

1 been as long as 18 months, if I remember
2 correctly, but -- I'm sorry, 15 months,
3 she actually lost weight. And if
4 quetiapine was associated with subsequent
5 weight gain, you would have expected that
6 she would have gained weight from the
7 beginning with quetiapine. The fact that
8 she lost weight during the first 15
9 months while on quetiapine, to me, does
10 not indicate that quetiapine was
11 associated with weight gain in this
12 patient and was not associated with her
13 later development of diabetes.
14     Q.    Is there any evidence about
15 any other factor that might have caused
16 that weight loss?
17     A.    I could not find a clear
18 factor associated with the weight loss.
19     Q.    Is there any evidence that
20 Ms. Curley had diabetes before she took
21 Seroquel?
22     A.    There were elevated blood
23 sugars in the year 2000 and a diagnosis
24 of hyperglycemia in the year 2000.

Page 203

1     Q.    Neither of which meets the
2 criteria for diabetes. Right?
3     A.    Not to my knowledge.
4     Q.    How long did Ms. Curley take
5 Seroquel?
6     A.    She began in January 2003
7 and discontinued it, as best as I can
8 tell, in July of 2005.
9     Q.    When was she diagnosed with
10 diabetes?
11     A.    She was diagnosed with
12 diabetes in September or October of 2005.
13     Q.    Do you know what dose she
14 took?
15     A.    She testified that she only
16 took 100 milligrams per day at most. She
17 began on 25 milligrams daily. That was
18 increased to 50 milligrams daily which
19 she took for a while. It was increased
20 to 75 milligrams. And ultimately to 100
21 milligrams.
22     Q.    When was -- do you know the
23 time at which her doses were increased?
24     A.    Let's see if I have that in

Page 204

1 here. So she was initially put on
2 25 milligrams but was discharged from the
3 inpatient unit in January of 2003 on
4 50 milligrams. So the 25 milligrams was
5 for a short period of time.
6 Approximately close to two years later
7 she was increased to 75 milligrams.
8 About 22 months later.
9     Q.    Do you know what month that
10 was?
11     A.    I don't have that listed
12 specifically in my report. Shortly
13 thereafter she was increased to
14 100 milligrams per day.
15     Q.    You don't know when that
16 was?
17     A.    I don't. But it seems to me
18 that she took quetiapine for
19 approximately two and a half years.
20 January to -- January 2003 to June or
21 July of 2005. And for at least 22 months
22 of that she was on the 50 milligrams. So
23 it was only at the end that she was
24 increased to 75 and then 100 milligrams.

Page 205

1     Q.    Do you know whether there's
2 any evidence that weight gain to the
3 extent it's associated with quetiapine or
4 Seroquel is a dose dependent side effect?
5     A.    I do know that there's no
6 clear evidence of doses of 100 milligrams
7 or less associated with significant
8 weight gain.
9     Q.    But you don't know whether
10 there's evidence that the amount of
11 weight gain depends on the size of the
12 dose?
13        MR. MCCONNELL: Objection.
14     Asked and answered. Go ahead,
15     answer the question.
16        THE WITNESS: Actually there
17     is no evidence of a dose-response
18     in the literature that I could
19     find.
20 BY MR. TRAMMELL:
21     Q.    This patient did gain weight
22 while on Seroquel. Is that right?
23     A.    Yes, but she also gained
24 weight prior to taking Seroquel and had a

52  (Pages 202 to 205)

Confidential - Jennifer L. Payne, M.D.

Page 206

1  history of weight cycling.
2      Q.   Did she have diabetes
3  prior -- I asked you that. The answer
4  was no. Excuse me.
5          MR. MCCONNELL: Objection.
6          MR. TRAMMELL: Not a
7  question.
8  BY MR. TRAMMELL:
9      Q.   Let me ask you something
10  that appears in both of your reports.
11  It's on page 2 where you say, quote, it's
12  important to recognize the two-way
13  street, end quote, between psychiatric
14  illness and medical complications that
15  are as a result of choices that a patient
16  makes and that are initially triggered by
17  the symptoms of a psychiatric illness.
18  You talk about that, what do you mean?
19      A.   What I mean is that many
20  patients who are psychiatrically ill have
21  difficulty engaging in healthy
22  activities. They are often unable to
23  exercise in severe forms of psychiatric
24  illness. Many patients are unable to

Page 207

1  leave the house or get up out of bed.
2  And in addition, they are more likely to
3  engage in unhealthy behavior such as
4  substance abuse, smoking, poor eating
5  choices, eating once a day, et cetera.
6      Q.   Let me ask you before we
7  switch to the Burns case, the back of
8  your reference list is this information
9  which I don't know that I have, but if
10  you'll just tell me, it looks to me like
11  you described the studies that you
12  reviewed and talk about the
13  characteristics of them. Is that all
14  this is?
15      A.   That is some of the studies
16  that I reviewed. So when I first got
17  some of the literature, I tried to
18  organize that information into a
19  spreadsheet and started by describing
20  some of the studies. I eventually
21  decided not to do that on every study I
22  reviewed.
23      Q.   Why?
24      A.   As I got to know the

Page 208

1  literature, it was less needed. It was
2  also tedious.
3      Q.   It looks tedious.
4      A.   It was.
5      Q.   So whatever this was, it's
6  incomplete?
7      A.   It is incomplete, that I
8  felt I should turn that in.
9      Q.   You were also asked to
10  render an opinion in the Burns case. Is
11  that correct?
12      A.   That's correct.
13      Q.   They sent you medical
14  records and asked whether you were able
15  to render an opinion based on a review of
16  those records?
17      A.   Yes.
18      Q.   What opinions did you
19  render, if any? I can read your
20  statement, but if you could just tell me.
21      A.   Sure. Ms. Burns has a very
22  long and complicated psychiatric and
23  medical history. She very clearly meets
24  criteria for major depression and PTSD.

Page 209

1  Unlike Ms. Curley, she had been in a
2  long-term outpatient treatment with her
3  psychiatrist. She also required multiple
4  inpatient stays for her psychiatric
5  illness and has a history of several
6  suicide attempts. She was prescribed
7  quetiapine beginning in June of 2002 by
8  her outpatient psychiatrist Dr.
9  Billingsley. At that time, she was
10  having significant insomnia and agitation
11  and severe depression. She found it to
12  be very helpful and, in fact, did not
13  attempt suicide while on the medication.
14  She found that it was helpful both for
15  her sleep as well as some hip pain which
16  may have been related to her improved
17  sleep and mood.
18          She subsequently
19  discontinued in January 2006. This was
20  after an admission that both she and her
21  family indicate that Ms. Burns was
22  overmedicated with the quetiapine and
23  other medications. Ms. Burns maintains
24  that this was not a suicide attempt and

53 (Pages 206 to 209)

Confidential - Jennifer L. Payne, M.D.

Page 210

1  thought that her son-in-law had put
2  quetiapine in her Hamburger Helper.  Her
3  daughter said she had gotten confused and
4  put quetiapine in her food and was
5  subsequently overmedicated.  No one
6  thought that the patient was trying to
7  commit suicide.  But in that setting, Dr.
8  Billingsley discontinued the medication.
9       In addition, she had
10  qualified for Medicare and would no
11  longer be able to get the medication for
12  free.  I don't know if you're familiar
13  with Part D, but a number of patients had
14  to go off of their medications in the
15  setting of qualifying for Medicare and
16  Part D.
17       In terms of -- do you want
18  me to go on to my opinions about
19  diabetes?
20       Q.   Not yet.  Can't wait to hear
21  them, but I'm going to ask you some
22  questions about what you just said.
23       A.   Okay.
24       Q.   Dr. Billingsley prescribed

Page 211

1  Seroquel to Ms. Burns for insomnia and
2  agitation.  Is that right?
3       A.   Yes.
4       Q.   We talked about insomnia.
5  Is Seroquel, in your opinion, a safe and
6  effective treatment for agitation?
7       A.   I think for -- I think Ms.
8  Burns had an agitated depression, and
9  there is a study that supports the use in
10  that.  And, yes, I do think it's helpful
11  for patients who are psychiatrically ill
12  and agitated.
13       Q.   Can you tell me what you
14  rely on in rendering the opinion that
15  Seroquel is safe and effective for
16  treatment of agitation?
17       A.   The one thing to keep in
18  mind is agitation is a symptom and not a
19  diagnosis.  And in my opinion, Ms. Burns
20  had an agitated depression.  And
21  agitation is seen in patients with
22  psychosis.  It's seen in patients with
23  anxiety or major depression.  And there
24  is a study that shows that quetiapine is

Page 212

1  useful for agitated depression.  I can
2  give you that reference, I think I've
3  given it to you before.
4       Q.   Sure.
5       A.   That is Dannlowski in 2008.
6  In addition, there are a number of
7  studies that show that it's effective for
8  PTSD.  The agitation could certainly have
9  been secondary to the PTSD or to the
10  major depression.  And I didn't see that
11  Dr. Billingsley gave an opinion as to
12  exactly which condition was causing the
13  agitation.  It's often difficult to tell.
14  But I felt that she met criteria for both
15  MDD or major depression and PTSD, and
16  there is evidence in the literature for
17  both of those indications.  She also is
18  noted not sleeping.
19       Q.   Is there evidence in the
20  record that the drug was being prescribed
21  for MDD or PTSD?
22       A.   Dr. Billingsley testified
23  that he prescribed it to her for her
24  agitation and insomnia.

Page 213

1       Q.   Is there evidence in the
2  record that there was agitation
3  associated with depression?
4       A.   I don't believe he rendered
5  an opinion, but she was depressed at the
6  time it was prescribed, yes.
7       Q.   Is that in Dr. Billingsley's
8  record?
9       A.   I believe so, yes.
10       Q.   What does it mean that
11  Seroquel is as effective as an
12  augmentation agent for antidepressant
13  treatment or for major depression?
14       A.   Augmentation means that you
15  prescribed a medication in addition to an
16  antidepressant in order to try to
17  maximize the effect of an antidepressant.
18  I've given several examples during this
19  deposition, including lithium
20  augmentation, thyroid augmentation and
21  atypical antipsychotics have been used to
22  augment the effects of antidepressants.
23       Q.   Is there any support for the
24  statement that Seroquel is effective as

54 (Pages 210 to 213)

Confidential - Jennifer L. Payne, M.D.

Page 214

1  an augmentation agent for antidepressant
2  treatment and major depression?
3      A.   Yes.
4      Q.   What support is there?
5      A.   These studies that I
6  mentioned earlier, including Doree 2007,
7  Sagud in 2006, Pathak in 2005, Moeller
8  2004, and Hussain 2006.
9      Q.   Those are in your report?
10     A.   Yes.
11     Q.   Billingsley notes that Ms.
12 Burns improved with Seroquel and that her
13 sleep was improved as was the pain in her
14 hip.  Does it say anything about the
15 depression?
16     A.   My reading of the records
17 was that the depression did improve.  She
18 was much more stable during that time
19 period.
20     Q.   And you're basing that on
21 Dr. Billingsley's medical records?
22     A.   Yes.
23     Q.   She took Seroquel for five
24 and a half years -- or excuse me, three

Page 215

1  and a half years?
2      A.   Yes.
3      Q.   When did she develop
4  diabetes?
5      A.   My opinion, she developed it
6  in the year 2000 prior to taking
7  quetiapine.
8      Q.   Where is that in your
9  report?
10     A.   That is on page 4, paragraph
11 3.
12     Q.   You base that on her
13 statement in the medical records?
14     A.   I base that on several
15 statements in the medical records.  She
16 stated that to two primary care doctors
17 and her therapist.  And it's also in the
18 disability records.  In addition, she had
19 elevated blood sugars in '94 and in '98.
20     Q.   Was there any evidence of
21 the diabetes diagnosis before she took
22 Seroquel?
23     A.   Ms. Burns and several
24 doctors indicated that she had received

Page 216

1  that diagnosis in the year 2000.
2      Q.   Well, if I say I have
3  diabetes, it doesn't mean that I do.  Is
4  there any evidence that she actually had
5  diabetes in the 2000 --
6          MR. MCCONNELL:  You're an
7      officer of the court, if you said
8      it, we believe it.
9  BY MR. TRAMMELL:
10     Q.   -- other than her statement
11 to the doctor?
12     A.   There's evidence that she
13 had elevated blood sugars prior to that.
14 She's also a nurse.  And clearly stated
15 to at least three providers that she met
16 criteria for diabetes in the year 2000.
17     Q.   Other than the elevated
18 blood sugars in '94 and the statements
19 about the diabetes diagnosis in 2000 and
20 the elevated blood glucose level in the
21 disability form, is there any evidence
22 that Ms. Burns had diabetes before she
23 took Seroquel?
24     A.   I think that's pretty good

Page 217

1  evidence, but I don't think there's other
2  evidence than what you tabulated there.
3      Q.   Well, is it within the
4  diagnostic criteria for diabetes to have
5  elevated blood glucose levels seven years
6  apart?
7      A.   I think people with diabetes
8  have elevated blood sugar levels seven
9  years apart.  I'm not sure what you're
10 asking.
11     Q.   Well, if the only evidence
12 you have is two tests that are seven
13 years apart, is that a sufficient basis
14 to diagnose diabetes?
15         MR. MCCONNELL:  Objection.
16     Misstates the records.  Go ahead.
17         THE WITNESS:  She had four
18     blood sugars in 1994 in four days
19     that showed elevated blood sugars.
20 BY MR. TRAMMELL:
21     Q.   Were those fasting?
22     A.   It was unclear.  And I
23 believe in 1998 she had fasting blood
24 sugar, but I'm not sure.  All of those

Confidential - Jennifer L. Payne, M.D.

**Page 218**

1  were elevated.
2  Q. Are the records sufficient
3  in 1994 to diagnose Ms. Burns as a
4  diabetic?
5  A. No.
6  Q. Are they sufficient in 2001?
7  A. Per her testimony to her
8  doctors, she had diabetes by Accu-Chek
9  and fasting blood glucoses in the year
10  2000. I don't have those records.
11  Q. So you're relying on her
12  testimony?
13  A. As a nurse, yes.
14  Q. When was she officially
15  diagnosed with diabetes?
16  MR. MCCONNELL: Objection to
17  form.
18  THE WITNESS: My
19  understanding from the records was
20  that she was diagnosed in the year
21  2000.
22  BY MR. TRAMMELL:
23  Q. There's no record subsequent
24  to the inception of Seroquel treatment of

**Page 219**

1  a new onset diabetes diagnosis?
2  A. I'm sorry, ask that again.
3  Q. Is there any evidence in the
4  medical records subsequent to the
5  inception of Seroquel treatment of a new
6  onset diabetes diagnosis?
7  A. Other than noted in her
8  primary care doctor and her therapist
9  that she had diabetes, that she told them
10  she had new onset diabetes?
11  Q. Well, I'm talking about
12  after she started taking Seroquel.
13  A. No. I don't have that here
14  in this report.
15  Q. You've also reviewed expert
16  reports from doctors that were retained
17  by plaintiffs. Is that correct?
18  A. Yes.
19  Q. Do you have any opinions
20  about those reports?
21  A. I've not rendered any
22  opinions on those reports.
23  Q. Do you have any reason to
24  disagree with anything in the reports?

**Page 220**

1  A. I don't remember. I've read
2  many reports over the last several
3  months.
4  Q. Do you expect at trial to
5  dispute anything that's in these reports?
6  A. I very well may, not having
7  the report in front of me.
8  Q. Have you ever heard of
9  William Wirshing?
10  A. I have. I read his report.
11  And some of his papers are actually on --
12  Q. I'm sorry, I should have
13  been more specific. He's one of our
14  experts.
15  A. I know.
16  Q. Do you take issue with
17  anything that Dr. Wirshing says in his
18  report?
19  A. I take issue with some
20  things. If you want to ask specific
21  questions, I'll be glad to answer those.
22  Q. Do you recall anything
23  specifically just off the top of your
24  head?

**Page 221**

1  A. I disagree with -- I believe
2  he states that quetiapine is associated
3  with diabetes. I disagree with that and
4  believe that the data is discrepant.
5  Q. Do you know Dr. Wirshing by
6  reputation?
7  A. I know that he's published
8  papers. I don't know him other than
9  that. I've not seen him speak.
10  Q. Does he have a good
11  reputation in the psychiatric community?
12  A. I don't know.
13  Q. Did you read Dr. Arnett's
14  report?
15  A. I'm not very good with
16  names. I don't recognize that name. I
17  may have.
18  Q. But you don't recall
19  anything specifically that you would take
20  issue with in Dr. Arnett's report?
21  A. Since I don't remember the
22  name, I can't tell you.
23  Q. Have you read the reports
24  from other defense experts?

56 (Pages 218 to 221)

Confidential - Jennifer L. Payne, M.D.

Page 222

1      A.   I've read the reports from
2   endocrinology.  Read several reports.
3      Q.   Have you ever met any of
4   those experts?
5      A.   No, I have not.
6      Q.   Have you ever talked to them
7   on the phone?
8      A.   No.  Not to my knowledge.
9      Q.   Exchanged e-mail?
10     A.   No.
11     Q.   Communicated with them in
12  any way?
13     A.   No.
14         MR. TRAMMELL:  Let me take a
15     quick break.  I may be just about
16     done.
17         - - -
18         (A recess was taken from
19     3:17 p.m. to 3:26 p.m.)
20         - - -
21  BY MR. TRAMMELL:
22     Q.   Doctor, have we discussed
23  every opinion that you expect to render
24  at trial?

Page 223

1          MR. MCCONNELL:  Objection to
2      the form.
3          THE WITNESS:  I expect to
4      render opinions in whatever I'm
5      asked at trial.  We have touched
6      on the opinions that I've rendered
7      in my statements.
8   BY MR. TRAMMELL:
9      Q.   Other than what's in your
10  statement, can you think of anything that
11  you will testify to at trial that we
12  haven't discussed?
13     A.   We didn't talk about Ms.
14  Burns' weight, which in my opinion
15  cycled prior to her taking quetiapine in
16  the same way it cycled while she was
17  taking quetiapine.  Other than that, I
18  can't think of anything else
19  specifically.
20     Q.   Is that significant to you
21  because in your opinion it discounts any
22  association between Seroquel-induced
23  weight gain and diabetes?
24     A.   I think it is evidence that

Page 224

1   the quetiapine did not change her weight
2   cycling and, therefore, was not
3   associated with diabetes in her case.
4          MR. TRAMMELL:  Well, I've
5      got good news for the people at
6      Healthy Start Clinic, I'm all
7      done.
8          MR. MCCONNELL:  May I have a
9      little cleanup?
10         MR. TRAMMELL:  Sure.
11         - - -
12         EXAMINATION
13         - - -
14  BY MR. MCCONNELL:
15     Q.   Doctor, do you recall
16  plaintiff counsel asking about whether it
17  was possible that Seroquel could lead to
18  weight gain which could lead to obesity
19  which could lead to diabetes in some
20  cases?
21     A.   Yes.
22     Q.   Is there sufficient
23  scientific evidence, in your opinion, to
24  show that that actually happens?

Page 225

1      A.   No.
2      Q.   Is there sufficient
3   scientific evidence to show that that
4   actually happened in the case of Ms.
5   Burns?
6      A.   No.
7      Q.   Is there sufficient
8   scientific evidence to show that that
9   actually happened in the case of Ms.
10  Curley?
11     A.   No.
12     Q.   I'd like you to have a look
13  at what has been marked as Exhibit 2
14  which is your general expert report.  Can
15  you find that, please?
16     A.   Yes.
17     Q.   Please turn to page 19,
18  bottom paragraph.  Do you have that in
19  front of you?
20     A.   I do.
21     Q.   Do you recall plaintiff
22  counsel asking you questions expressed in
23  this paragraph which continues over to
24  page 20?

57  (Pages 222 to 225)

Confidential - Jennifer L. Payne, M.D.

Page 226

1    A.   Yes.
2    Q.   Do you recall plaintiff
3  counsel asking about whether there was a
4  scientific basis for the opinions
5  contained in that paragraph?
6    A.   Yes.
7    Q.   For example, do you recall
8  specifically plaintiff counsel asking you
9  if there was a scientific basis for a
10  statement on page 20 at the end of this
11  paragraph where you say: "Also, if
12  placebo-treated individuals drop out
13  earlier than quetiapine-treated
14  individuals, the normal course of time
15  would typically allow the quetiapine
16  group to gain more weight than the
17  placebo group"? Do you remember him
18  asking you about that?
19    A.   Yes.
20    Q.   You said that you couldn't
21  recall doing a specific literature review
22  for that. Is that right?
23    A.   That's correct.
24    Q.   First of all, even if there

Page 227

1  was no literature supporting that
2  statement, would that mean that there was
3  no scientific basis for that statement?
4    A.   No.
5    Q.   Second, I want to put in
6  front of you an article that I believe
7  was referenced by plaintiff counsel.
8        - - -
9        (Exhibit Payne-5, Prevention
10    of Schizophrenia Relapse with
11    Extended Release Quetiapine
12    Fumarate Dosed Once Daily article,
13    was marked for identification.)
14        - - -
15  BY MR. MCCONNELL:
16    Q.   Is this an article that you
17  reviewed in preparing your opinions in
18  these cases?
19    A.   Yes.
20    Q.   Do you see that the lead
21  author is a man named Joseph Peuskens?
22    A.   Yes.
23    Q.   Do you recall that that's an
24  article this plaintiff counsel asked you

Page 228

1  about?
2    A.   Yes.
3    Q.   Could you look at page 44 of
4  this article, please?
5    A.   Yes.
6    Q.   Look at the middle column,
7  the paragraph that ends in that column,
8  the last sentence says: In addition, the
9  median duration of exposure to treatment
10  was higher for the quetiapine XR
11  group (106 days) than the placebo group
12  (55 days)." First of all, do you see
13  that?
14    A.   Yes.
15    Q.   I read that accurately?
16    A.   Yes, sir.
17    Q.   Does that show -- well, let
18  me rephrase that.
19        What does that show in terms
20  of study members dropping out?
21    A.   That shows that the placebo
22  subjects were more likely to drop out and
23  dropped out earlier than the
24  quetiapine-treated subjects. It's a very

Page 229

1  common phenomenon seen in clinical
2  trials, that placebo-treated subjects are
3  more likely to drop out early.
4    Q.   Just so the jury
5  understands, what are the implications of
6  that in terms of weight gain?
7    A.   That they are less likely to
8  gain weight if they're dropping out
9  earlier in the course of a trial. The
10  actively treated subjects, if they stay
11  in a trial longer, are more likely to
12  gain weight over the course of that
13  trial.
14    Q.   Is that consistent or
15  inconsistent with the opinions that you
16  expressed in this case?
17    A.   That's consistent.
18    Q.   The last thing I want to
19  talk about is Ms. Burns and the issue of
20  her blood glucose measurements. Do you
21  recall plaintiff counsel asking you about
22  that?
23    A.   Yes.
24        - - -

58  (Pages 226 to 229)

Confidential - Jennifer L. Payne, M.D.

Page 230

```
 1          (Exhibit Payne-6, Laboratory
 2      Discharge Summary, was marked for
 3      identification.)
 4          - - -
 5  BY MR. MCCONNELL:
 6      Q.  Doctor, do you have
 7  Exhibit 6 in front of you?
 8      A.  Yes, I do.
 9      Q.  Is this a medical record for
10  Ms. Burns that you used in formulating
11  your opinions in this case?
12      A.  Yes.
13      Q.  What's the date of this
14  record?
15      A.  The date is August 2, 2000.
16  Oh, I'm sorry.
17      Q.  No, no, no, that's fine.
18  You stated the date of the document.  Let
19  me ask you, is this a chemistry blood lab
20  report?
21      A.  It is.
22      Q.  What's the date of the
23  collection of the blood specimen?
24      A.  It's July 27, 2000.
```

Page 231

```
 1      Q.  Is there a measurement of
 2  Ms. Burns' glucose on this date?
 3      A.  Yes.
 4      Q.  What's the measurement?
 5      A.  236.
 6      Q.  Is there also an H next to
 7  the 236?
 8      A.  Yes.
 9      Q.  What does that mean?
10      A.  It's high.
11      Q.  What is the implication of
12  this medical record in terms of whether
13  or not Ms. Burns had diabetes in the year
14  2000?
15          MR. TRAMMELL:  Objection.
16  Form.
17          THE WITNESS:  She meets
18      criteria for diabetes in the year
19      2000 because a level above 200 in
20      a nonfasting sample is considered
21      to meet that criteria.
22  BY MR. MCCONNELL:
23      Q.  Now, you saw that the date
24  that this blood was collected was
```

Page 232

```
 1  July 27, 2000.  Is that right?
 2      A.  Yes.
 3      Q.  And the time of the
 4  collection was when?
 5      A.  12:15.
 6          MR. MCCONNELL:  Let me show
 7      you another document which we'll
 8      mark as Exhibit 7.
 9          - - -
10          (Exhibit Payne-7, Diabetic
11      Flowsheet, was marked for
12      identification.)
13          - - -
14  BY MR. MCCONNELL:
15      Q.  Doctor, do you have
16  Exhibit 7 in front of you?
17      A.  Yes, I do.
18      Q.  What is Exhibit 7?
19      A.  It's a diabetic flow sheet.
20      Q.  What's the date of this
21  document?
22      A.  7/27/2000.
23      Q.  Is this for Ms. Burns?
24      A.  It is.
```

Page 233

```
 1      Q.  And does this also reflect
 2  an Accu-Chek of blood glucose for Ms.
 3  Burns?
 4      A.  It does.
 5      Q.  Is this the same date as
 6  Exhibit 6?
 7      A.  It is.
 8      Q.  Exhibit 6 says the
 9  collection time was 12:15.  What's the
10  collection time listed on this diabetic
11  flow sheet of Accu-Chek?
12      A.  1500.
13      Q.  What's the measurement?
14      A.  271.
15      Q.  What is the implication of
16  that with respect to whether or not Ms.
17  Burns had diabetes in the year 2000?
18      A.  It meets criteria for
19  diabetes because it's greater than 200
20  and it's a nonfasting level.
21          MR. TRAMMELL:  Objection to
22  form.
23  BY MR. MCCONNELL:
24      Q.  By the way, is Exhibit 7
```

59 (Pages 230 to 233)

Confidential - Jennifer L. Payne, M.D.

Page 234

1 another document that you reviewed in
2 preparing your opinions in this case?
3     A. Yes, it is.
4     - - -
5     (Exhibit Payne-8, Progress
6     Notes, was marked for identification.)
7     - - -
8 BY MR. MCCONNELL:
9     Q. Doctor, you have Exhibit 8
10 in front of you?
11     A. Yes.
12     Q. Is this a document you
13 reviewed in preparing your opinions in
14 this case?
15     A. Yes.
16     Q. What is Exhibit 8?
17     A. This is a note by Kenneth
18 Green, the therapist that I was referring
19 to in my testimony in which he says: "If
20 I understand her correctly, she also
21 states that she had a 'new onset of
22 diabetes' recently..."
23     Q. How does that affect your
24 opinions in this case?

Page 235

1     A. It supports my opinion that
2 she developed diabetes in the year 2000.
3 This note is dated 8/2/2000 which is
4 after the two elevated blood glucoses in
5 July -- on July 27 of 2000.
6     - - -
7     (Exhibit Payne-9, Laboratory
8     Report, was marked for
9     identification.)
10     - - -
11 BY MR. MCCONNELL:
12     Q. Doctor, you have Exhibit 9
13 in front of you?
14     A. Yes.
15     Q. Is this a document that you
16 reviewed in preparing your opinions in
17 this case?
18     A. Yes.
19     Q. What is Exhibit 9?
20     A. It is a laboratory report
21 which is dated 8/10/2000 at 7:33 in the
22 morning.
23     Q. 7:33 in the morning is the
24 time of collection of the blood sample?

Page 236

1     A. Yes.
2     Q. What was the result of this
3 blood sample of Ms. Burns on this date?
4     A. 134.
5     Q. Is that for glucose?
6     A. Yes.
7     Q. Is that a high measurement
8 for a glucose measurement?
9     A. Yes. And it's marked that
10 way.
11     Q. What is the significance of
12 that in terms of your opinions in this
13 case?
14     A. This is a fasting sample.
15 It's noted that there were nine hours of
16 fasting prior to collection of the
17 sample. A glucose greater than 126 as a
18 fasting sample is consistent with the
19 diagnosis of diabetes. In conjunction
20 with the high nonfasting levels, she
21 meets criteria for diabetes in the year
22 2000.
23     - - -
24     (Exhibit Payne-10,

Page 237

1     Laboratory Report, was marked for
2     identification.)
3     - - -
4 BY MR. MCCONNELL:
5     Q. Doctor, do you have
6 Exhibit 10 in front of you?
7     A. Yes, I do.
8     Q. Is this a document that you
9 reviewed in preparing your opinions in
10 this case?
11     A. It is.
12     Q. Is it another medical record
13 of Ms. Burns?
14     A. Yes, it is.
15     Q. What specifically is this a
16 record of?
17     A. This is another set of blood
18 chemistries. It was collected on
19 12/26/2000. The time of collection was
20 06:30 in the morning. And the blood
21 glucose level was 127 which is marked as
22 high.
23     Q. What's the significance of
24 the collection time of 06:30?

60 (Pages 234 to 237)

Confidential - Jennifer L. Payne, M.D.

Page 238

1      A.   It's likely to be fasting.
2      Q.   And what does this document
3  tell you with respect to your opinions
4  regarding whether or not Ms. Burns had
5  diabetes in the year 2000?
6      A.   This in conjunction with the
7  other laboratory values indicates that
8  Ms. Burns meets criteria for diabetes
9  because it is a fasting blood glucose
10  greater than 126.
11          - - -
12      (Exhibit Payne-11, Chemistry
13  Profile, was marked for
14  identification.)
15          - - -
16  BY MR. MCCONNELL:
17      Q.   Doctor, do you have
18  Exhibit 11 in front of you?
19      A.   Yes.
20      Q.   Is this another document
21  that you reviewed in formulating your
22  opinions in this case?
23      A.   Yes.
24      Q.   What is Exhibit 11?

Page 239

1      A.   It is blood chemistries that
2  were obtained during an inpatient
3  hospitalization in April of 1994.  These
4  are taken on sequential days beginning on
5  April 16 and includes other chemistries
6  on April 17, 18, 20 and 21.  Blood
7  glucose was not obtained on the 16th.
8      Q.   Just to be clear, is this a
9  medical record pertaining to plaintiff
10  Janice Elaine Burns?
11      A.   Yes.
12      Q.   Now, with respect to the
13  blood glucose measurements on April 17,
14  18 and 20, do they reflect glucose
15  measurements?
16      A.   They do.
17      Q.   What are those measurements?
18      A.   On the 17th, the blood
19  glucose was 133.  On the 18th, 148.  On
20  the 20th, 144.  And on the 21st, 118.
21      Q.   And all those are marked H.
22  Is that right?
23      A.   That's correct.
24      Q.   Just focusing on the

Page 240

1  measurements for 17, 18, 20, the
2  measurements of 133, 148, 144, are those
3  significantly high glucose measurements?
4      A.   Yes.
5      Q.   Do you see the collection
6  times for those three dates?
7      A.   I do.
8      Q.   What are those collection
9  times?
10      A.   07:05 on the 17th.  06:55 on
11  the 18th.  08:15 on the 20th.
12      Q.   What do those collection
13  times tell you as to whether or not these
14  blood specimens were likely to be fasting
15  specimens?
16          MR. TRAMMELL:  Objection to
17  form.
18          THE WITNESS:  They're likely
19  to be fasting specimens given the
20  fact that they were taken as an
21  inpatient early in the morning.
22  BY MR. MCCONNELL:
23      Q.   How is this medical record
24  relevant to your opinion as to whether or

Page 241

1  not Ms. Burns already had diabetes before
2  she ever took Seroquel?
3      A.   They meet the criteria for
4  diabetes, which is a fasting blood
5  glucose greater than 126 on two
6  occasions.
7      Q.   Doctor, just looking at
8  Exhibits 6 through 11 collectively, based
9  upon those exhibits, do you have an
10  opinion to a reasonable degree of medical
11  certainty as to whether or not Ms. Burns
12  had diabetes before she ever took
13  Seroquel?
14          MR. TRAMMELL:  Objection.
15          THE WITNESS:  I believe that
16  it is absolutely clear that Ms.
17  Burns had diabetes to a reasonable
18  degree of medical certainty way
19  before she took Seroquel.
20          MR. MCCONNELL:  No further
21  questions.  Thank you.
22          MR. TRAMMELL:  Just a
23  couple.
24          - - -

Confidential - Jennifer L. Payne, M.D.

Page 242

```
 1        FURTHER EXAMINATION
 2            - - -
 3   BY MR. TRAMMELL:
 4       Q.   Doctor, you said the
 5   evidence indicates there's insufficient
 6   evidence to show that Seroquel treatment
 7   is associated with new onset diabetes.
 8   Correct?
 9       A.   Correct.
10       Q.   What would be sufficient
11   evidence for you to conclude that it was
12   associated with new onset diabetes?
13       A.   I think several things, the
14   first being more consistent literature
15   than exists.  I think that the literature
16   is very inconsistent on this issue.
17   Secondly, I'd like to see controlled
18   studies controlling for factors such as
19   preexisting psychotropic use, family
20   history of diabetes, other risk factors
21   for diabetes.  Ideally you'd like to see
22   a prospective randomized study over a
23   number of years looking at this issue.
24       Q.   Just to be clear, your
```

Page 243

```
 1   specialty is in psychiatry, you're not an
 2   endocrinologist, are you?
 3       A.   I am not an endocrinologist.
 4   However, I have had training in general
 5   medicine, including in medical school, I
 6   did a year of internal medicine during my
 7   internship.  I treat patients with
 8   diabetes and thyroid disorders both as
 9   inpatients and outpatients.  I've
10   diagnosed patients with those issues.  I
11   think I have enough experience in this
12   area to render opinions that would be
13   useful to a jury.
14       Q.   Are you an expert in the
15   association between Seroquel and
16   diabetes?
17       MR. MCCONNELL:  Objection.
18   Assumes facts not in evidence.
19       THE WITNESS:  I'm not sure
20   what you would diagnose as an --
21   what you would define as an expert
22   in the association between
23   diabetes and Seroquel.  I will say
24   that I think I reviewed more
```

Page 244

```
 1   literature than many people and
 2   certainly have educated myself in
 3   this subject.
 4   BY MR. TRAMMELL:
 5       Q.   Are you an expert in
 6   epidemiology?
 7       A.   I am not an expert in
 8   epidemiology.  I've taken classes in
 9   epidemiology and certainly have studied
10   that subject.
11       MR. TRAMMELL:  That's it.
12       MR. MCCONNELL:  Nothing
13   further.  Thank you.
14       (Witness excused.)
15       (Deposition concluded at
16   approximately 3:44 p.m.)
17
18
19
20
21
22
23
24
```

Page 245

```
 1
 2       CERTIFICATE
 3
 4
 5   I HEREBY CERTIFY that the
     witness was duly sworn by me and that the
 6   deposition is a true record of the
     testimony given by the witness.
 7
     It was requested before
 8   completion of the deposition that the
     witness, JENNIFER L. PAYNE, M.D., have
 9   the opportunity to read and sign the
     deposition transcript.
10
11
                       _____
12   LINDA ROSSI RIOS, RPR, CCR and
     Notary Public
13   Dated:  October 22, 2008
14
15
16   (The foregoing certification
17   of this transcript does not apply to any
18   reproduction of the same by any means,
19   unless under the direct control and/or
20   supervision of the certifying reporter.)
21
22
23
24
```

62  (Pages 242 to 245)

Confidential - Jennifer L. Payne, M.D.

Page 246

1  INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10          You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14          It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Page 247

1          - - - - - -
            ERRATA
2          - - - - - -
3  PAGE LINE CHANGE
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____

Page 248

1
2      ACKNOWLEDGMENT OF DEPONENT
3
4      I,_____, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 244, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10 corrections or changes in form or
11 substance, if any, noted in the attached
12 Errata Sheet.
13
14
15 _____
16 JENNIFER L. PAYNE, M.D.     DATE
17
18
19 Subscribed and sworn
   to before me this
20 _____ day of_____, 20____.
21 My commission expires:_____
22
   _____
23 Notary Public
24

63  (Pages 246 to 248)