# EXHIBIT  31

Case 6:06-md-01769-ACC-DAB   Document 1316-62   Filed 02/27/09   Page 2 of 34 PageID 27481

ism of antipsychotic agents
affect may sometimes have
quences.

F OF

rugs do not seem to
city for the diagnostic
be treated. They are
ate psychoses of un-
ling mania, paranoid
erbations of schizo-
st controlled clinical
and chronic phases
dition, antipsychotic
cally in many other
athic or organic, in
ms and severe agita-
fortunately, for dis-
phrenia and mania,
controlled compari-
iatives, and reliable
meager.

hiazines and other
deed antipsychotic
ceptance, particu-
he United States.
lly rigorous clinical
eyond reasonable
e effective and that
such as the barbi-
ines, or to alterna-
ich as electrocon-
:t" symptoms for
ats seem to be es-
tension, hyperac-
lity, negativism,
sions, insomnia,
and sometimes
ss; less likely is
gment, memory,
vorable progno-
tively acute ill-
o had relatively
o the illness.
of the antipsy-
does not consti-
ic patients. The
pport of acutely
as mastery of
long-term care
o be important
reviews of the

clinical use of antipsychotic drugs are available (May, 1968; Klein and Davis, 1969; Baldessarini, 1977b; Davis and Garver, 1978; Hollister, 1978a).

In order to assess changes in the patient's condition, an accurate evaluation of his mental and physical status at the start of therapy is necessary. Treatment goals should then be defined. Although rating scales for symptom complexes are available (see Levine et al., 1971), the physician can define treatable symptoms on the basis of clinical examinations or simple scales.

No one drug or combination of drugs has a selective effect on a particular symptom complex in groups of schizophrenic patients, although individual patients appear to do better with one agent than another; this can only be determined by trial and error. Since compliance with medication schedules can be poor on both inpatient and outpatient services, it is important to simplify the treatment regimen and to try to ensure that the patient is receiving the drug. In cases of severe and dangerous noncompliance, the patient can be treated with injections of fluphenazine decanoate or enanthate, long-acting preparations. Since delusional paranoid patients frequently believe that the medicine is "poison," this group is particularly appropriate for the administration of long-acting injectable preparations.

Since the choice of a drug cannot be made on the basis of anticipated therapeutic effect, the selection of a particular medication for treatment often depends on side effects. If a patient has responded well to a drug in the past, it should probably be used again. If the patient has a history of cardiovascular disease or stroke and the threat from hypotension is serious, a potent neuroleptic should be used in the smallest dose that is effective (see Table 19-1). If because of age, medical condition, or disease factors there is a marked risk of development of extrapyramidal symptoms, thioridazine should be considered, although small doses of potent antipsychotic drugs may be safer in the elderly. If the patient would be seriously discomforted by interference with ejaculation or if there are serious risks of cardiovascular or other autonomic toxicity, thioridazine should be avoided. If sedative effects are undesirable, a potent agent is preferable. If the patient has compromised hepatic function or if there is a potential threat of jaundice, haloperidol is probably a safe choice, although other high-potency agents may also be used. Choice can also be conditioned by the physician's experience in the use of a particular drug, a factor that can outweigh all others. Skill in the use of these drugs also depends on selection of an adequate dosage, knowledge of what to expect, and judgment as to when to stop therapy or change drugs.

Some patients do not respond satisfactorily to antipsychotic drug treatment, and many chronically disorganized schizophrenic patients, while helped during periods of acute exacerbation of their disease, may show highly unsatisfactory responses between the more acute phases of illness. Since the individual nonresponder cannot be identified beforehand with certainty, the physician must accept the fact that

there is a small subgroup of patients who do poorly or even become worse on medication, at least during some phases of their illness. If a patient does not improve after a course of adequate treatment and if he fails to respond to another drug given in adequate dosage, therapy should be discontinued and the diagnosis reevaluated.

The time course of response to antipsychotic drugs is such that 3 weeks or more is required to demonstrate positive effects in hospitalized schizophrenics. Full effect may require 6 weeks to 6 months. In contrast, improvement of some acutely psychotic patients can be seen within 48 hours. A few inconclusive reports have suggested that parenteral administration of an antipsychotic drug at the start of an acute psychosis may be particularly efficacious. However, it is not clear to what extent nonspecific sedative effects may contribute to early changes in such patients (Anderson and Kuehnle, 1974).

After the initial response of the patient, drugs are frequently used in conjunction with other psychological and supportive treatments. Although there is no clear statistical evidence that formal psychotherapy greatly affects prognosis (Grinspoon et al., 1968; May, 1968; Feinsilver and Gunderson, 1972; Hogarty and Ulrich, 1977), psychotherapy and other treatments are believed to assist the patient in adjusting to his environment.

There is no convincing evidence that combinations of antipsychotic drugs offer any advantage. A combination of an antipsychotic drug and an antidepressant may be useful in some cases, especially in depressed psychotic patients or in cases of agitated depression. However, the suggestion that a tricyclic antidepressant can reduce apathy and withdrawal in schizophrenia is not proven.

The duration of treatment has received a great deal of attention. In a review of 22 controlled prospective studies involving nearly 3200 schizophrenic patients, Davis (1975) noted that the mean overall relapse rate was 56% for those patients who were withdrawn from antipsychotic drugs and given a placebo, compared to only 15% of those who continued on proper drug therapy. It is sometimes found, at least for short periods (weeks or a few months), that dosage in chronic cases can be lowered to 100 to 300 mg of chlorpromazine (or its equivalent) per day without signs of relapse, although the average lowest effective dose for long-term maintenance treatment in schizophrenia is still not known (Davis and Garver, 1978). Intermittent therapy can be useful, particularly in reducing the incidence of side effects. Effective maintenance with monthly injections of a fluphenazine ester has been reported (Hirsch et al., 1973).

Optimal dosage of antipsychotic drugs is difficult to determine because of the variable dose-response curves and the difficulties in defining an end point of therapeutic response. In the treatment of acute psychoses, one should increase the dose of antipsychotic drug as rapidly as feasible, over a few days at most, to achieve control of symptoms. The dose is then adjusted during the next several weeks as the patient's condition warrants. Parenteral medication is often indicated for acutely agitated patients. Small doses (25 to 50 mg of chlorpromazine, 5 mg of haloperidol, or comparable doses of another agent) are

given *intramuscularly* (and almost never by other routes); these can be repeated as frequently as hourly to obtain the desired response. One must, of course, remain alert for hypotension or acute dystonic reactions, which are especially likely with such treatment. The desired effect may be delayed for several hours. Some antipsychotic drugs, including fluphenazine, other piperazines, and haloperidol, have been given in doses of several hundred milligrams a day orally without disaster, although there is no convincing evidence that such high doses of potent agents achieve superior results (Quitkin *et al*., 1974). After an initial period of stabilization, regimens based on a single daily dose are efficacious and safe; they may also allow some degree of selection of the time at which unwanted effects occur so as to minimize the patient's discomfort.

Table 19-1 (page 408) gives usual and extreme ranges of dosage for antipsychotic drugs employed in the United States. These ranges are only guidelines, and they have been established, for the most part, in the treatment of schizophrenic patients. Higher doses have been tried, but must still be considered experimental. While acutely disturbed inpatients may require higher doses of an antipsychotic drug than do more stable outpatients, the concept that a low-maintenance dose will suffice during follow-up care of a partially recovered or chronic psychotic patient is poorly substantiated. The minimal effective dose to achieve clear antipsychotic effects seems to be approximately 300 to 400 mg of chlorpromazine daily or the equivalent amount of another agent (Davis and Garver, 1978). Careful observation of the patient's changing response is the best guide to appropriate dosage.

The treatment of *organic mental syndromes* (i.e., delirium or dementia) is another accepted use of the antipsychotic drugs. They may be administered temporarily, while a specific and correctable structural, infectious, metabolic, or toxic cause is vigorously sought. They are used chronically when no correctable cause can be found. Once again, there are no drugs of choice or clearly established dosage guidelines (see Prien, 1973). In patients with acute "brain syndromes" without likelihood of seizures, frequent small doses (perhaps 2 to 6 mg) of a piperazine or haloperidol may be effective in controlling agitation. Agents with low potency should be avoided because of their greater tendency to produce sedation, hypotension, and seizures. The potent antipsychotic drugs are much less likely to cause excitement or additional confusion, as is common when barbiturates or other sedatives are given to such patients. This is also true for demented patients in whom use of small doses of potent antipsychotic drugs can be very helpful.

The use of antipsychotic drugs in *mania* and *depression* has met with some success. Haloperidol and chlorpromazine are both effective in the treatment of mania and are often used concomitantly with the institution of lithium therapy (see below). In fact, it is often impractical to attempt to manage a manic patient with lithium alone during the first week of illness, when the antipsychotic drugs are usually required. There is no controlled study to date of possible long-term preventive effects of antipsychotic

drugs in manic-depressive illness. The treatment of depression with phenothiazines is more controversial. Controlled studies have demonstrated the efficacy of several antipsychotic drugs in some depressed patients, especially those with striking agitation or psychotic delusions (see Overall *et al*., 1964; Baldessarini, 1977b).

*Anxiety* is considered by some to be an indication for the use of antipsychotic drugs. In view of the wide range of disturbing and serious side effects, the use of these drugs for such a purpose is inappropriate. However, for patients who have crippling anxiety that does not respond to sedative-antianxiety drugs, a brief trial of an antipsychotic agent might be warranted. (An antidepressant drug could be appropriate if, for example, panic attacks are present.) The long-term utility of antipsychotic drugs for the treatment of anxiety is *not* established, nor is it known at what rate tolerance to their antianxiety effects may occur. Patients who require or demand medication for anxiety for prolonged periods require careful medical and psychiatric evaluation. The physician should recall that the risk of tardive dyskinesia is *not* clearly related to the dose of antipsychotic drugs (Baldessarini and Tarsy, 1978). Thus, their use for prolonged periods, even in relatively small doses, can be expected to carry such a risk.

The status of the drug treatment of *childhood psychosis* and other behavioral disorders of children is confused by diagnostic inconsistencies and a paucity of controlled studies. Neuroleptics can benefit children with disorders that are characterized by some of the same features that occur in adult psychoses. Low doses of the more potent agents seem to be preferred in an attempt to avoid interference with daytime activities or performance in school (Campbell, 1975). Due to the wide range of behavioral disorders of children that are sometimes called psychoses, one can expect a proportion of children so treated to respond unfavorably to these agents. In evaluating the behavioral disorders of children, it is important to consider the syndrome of "minimal brain dysfunction" or "hyperactivity"; this responds poorly to antipsychotic agents but uniquely well to certain stimulant drugs, especially dextroamphetamine and methylphenidate (see De La Cruz *et al*., 1973). Information on dosages of antipsychotic drugs for children is very limited, as is the number of drugs currently approved in the United States for use in preadolescents (see Anders and Ciaranello, 1977). Most relevant experience is with chlorpromazine, for which the recommended daily doses are approximately 2 mg/kg of body weight. A suggested limit is 200 mg per day (orally) for preadolescents, 40 mg per day (intramuscularly) for children under 5 years of age or 23 kg of body weight, and 75 mg per day (intramuscularly) under age 12 years or 45 kg. Usual daily doses for other agents are: trifluromazine, 0.2 mg/kg; thioridazine, 0.5 to 3 mg/kg; chlorprothixene, 10 to 100 mg (over the age of 6); trifluoperazine and thiothixene, 1 to 15 mg and 1 to 30 mg for children over age 6 and 12 years, respectively. Haloperidol, utilized to treat the rare syndrome of Gilles de la Tourette in children and adolescents (Shapiro *et al*., 1973), is recommended at doses of 2

ass. The treatment of
es is more controver-
demonstrated the effi-
drugs in some de-
those with striking
is (see Overall et al.,

te to be an indication
ngs. In view of the
rious side effects, the
urpose is inappropri-
have crippling anxi-
sedative-antianxiety
chotic agent might be
drug could be appro-
attacks are present.)
rchotic drugs for the
itablished, nor is it
to their antianxiety
require or demand
aged periods require
ic evaluation. The
isk of tardive dyski-
the dose of anti-
and Tarsy, 1978).
riods, even in rela-
xcted to carry such

ment of childhood
isorders of children
xtensics and a pau-
leptics can benefit
e characterized by
iccur in adult psy-
lent agents seem to
d interference with
in school (Camp-
age of behavioral
etimes called psy-
ion of children so
s these agents. In
s of children, it is
me of "minimal
ty"; this responds
uniquely well to
dextroampheta-
La Cruz et al.,
atipsychotic drugs
number of drugs
States for use in
Iaranello, 1977).
ropromazine, for
ses are approxi-
suggested limit is
olescents, 40 mg
en under 5 years
d 75 mg per day
s or 45 kg. Usual
triflupromazine,
g/kg; chlorpro-
e of 6); trifluo-
and 1 to 30 mg
s, respectively,
re syndrome of
nd adolescents
ed at doses of 2

to 16 mg per day in children over 12 years of age.

For patients at the other end of the age spectrum, poor tolerance of the side effects of the antipsychotic drugs often limits the doses of drugs that can be given. One should proceed cautiously, using small, divided doses, with the expectation that the very elderly will require doses that are one half or less of those needed for young adults (see Baldessarini, 1977b; Prien and Cole, 1978).

## MISCELLANEOUS MEDICAL USES FOR ANTIPSYCHOTIC DRUGS

Neuroleptic drugs have a variety of uses in addition to the treatment of psychiatric patients Predominant among these are the treatment of nausea and vomiting (for which some antihistamines are also effective; Table 19-3), alcoholic hallucinosis, certain neuropsychiatric diseases marked by movement disorders (notably, Gilles de la Tourette's syndrome and Huntington's disease), and, occasionally,

intractable hiccough and pruritus (for which trimeprazine is recommended).

**Nausea and Vomiting.** Chlorpromazine, in relatively low, nonsedative doses, can prevent vomiting of certain etiologies The potent and selective antiemetic action of the drug has found useful clinical application in a number of disorders characterized by vomiting, such as uremia, gastroenteritis, carcinomatosis, radiation sickness, and emesis caused by a number of drugs including estrogens, the tetracyclines, opioid analgesics, agents used in the chemotherapy of malignancy, and disulfiram Chlorpromazine has also been used in nausea and vomiting of pregnancy, but pregnant patients should not be given the drug for this purpose (see Morselli, 1977; Goldberg and DiMascio, 1978) Chlorpromazine does not appear to control motion sickness. Although prochlorperazine is a very potent antiemetic agent, it produces a very high incidence of dystonias, especially when given intramuscularly, and hence should

Table 19-3.  PHENOTHIAZINES USED IN THE TREATMENT OF NAUSEA AND VOMITING

| NONPROPRIETARY NAME AND TRADE NAME | ROUTE, DOSAGE FORM, AND ADULT DOSE | | |
|---|---|---|---|
| | Oral<br>T = tablet<br>S = syrup<br>C = concentrate<br>SC = sustained-release capsule | Suppository | Intramuscular<br>A = ampul<br>S = syringe |
| Chlorpromazine (THORAZINE)<br>Base, U.S.P.<br>Hydrochloride, U.S.P. | * | 25,100 mg | * |
| (Dosage) | 10-25 mg every 4-6 hr | 25-100 mg every 6-8 hr | 25-50 mg every 2-4 hr |
| Perphenazine, U.S.P. (TRILAFON) | 8-16 mg/day | | 5 mg |
| (Dosage) | | | |
| Prochlorperazine (COMPAZINE)<br>Base, U.S.P.<br>Edisylate, U.S.P.<br><br>Maleate, U.S.P. | (S)5 mg/ml<br>(C)10 mg/ml<br>(T)5,10,25 mg<br>(SC)10,15,30,75 mg | 2.5,5,25 mg | (A)5 mg/ml (1 or 10 ml)<br>(S)5 mg/ml (2 ml) |
| (Dosage) | 5-10 mg, 3-4 times/day<br>10 mg, 2 times/day (SC) | 25 mg twice a day | 5-10 mg every 3-4 hr<br>(up to 40 mg/day) |
| Promethazine Hydrochloride,<br>U.S.P. (PHENERGAN) | (T)12.5,25,50 mg<br>(S)6.25,25 mg/5 ml | 12.5,25,50 mg | 25,50 mg/ml |
| (Dosage) | 12.5-25 mg every 4-6 hr | 12.5-25 mg every 4-6 hr | 12.5-25 mg every 4-6 hr |
| Thiethylperazine maleate<br>(TORECAN MALEATE) | (T)10 mg | 10 mg | (A)10 mg/2 ml |
| (Dosage) | 10-30 mg/day | 10-30 mg/day | 20 mg, 1-3 times/day |
| Triflupromazine Hydrochloride,<br>U.S.P. (VESPRIN) | * | | * |
| (Dosage) | 20-30 mg/day | | 5-15 mg every 4-6 hr<br>(up to 60 mg/day) |

* Dosage forms provided in Table 19-1.

be used with caution. The same precautions should be observed in the use of phenothiazines for nausea and vomiting as with the use of potent analgesics in the treatment of pain, because they may mask diagnostic symptoms in acute surgical conditions or neurological syndromes. Not all the phenothiazines are equally effective as antiemetics, and thioridazine is a notable exception to the general rule that most neuroleptic agents have antiemetic effects. It should be remembered that this action of most antipsychotic agents may thwart attempts to induce emesis pharmacologically (e.g., with apomorphine) in the management of cases of acute drug overdosage. The preparations and dosages of phenothiazines that are effective in the treatment of nausea and vomiting are listed in Table 19-3. Surprisingly, nausea is occasionally seen as a side effect of antipsychotic drugs.

Hiccough.   An interesting use of chlorpromazine is in the control of *intractable hiccough*. The mechanism of action in this disorder is unknown.

Withdrawal Syndromes.   Antipsychotic drugs are *not* useful in the management of withdrawal from opioids, and their use in the management of withdrawal from barbiturates and other nonbarbiturate sedatives is *contraindicated*, due to the high risk of seizures. This risk also precludes the use of neuroleptics during withdrawal from alcohol. However, they can be employed safely and effectively in certain psychoses associated with chronic alcoholism—especially the syndrome known as *alcoholic hallucinosis* (see Freedman et al., 1975)

Other Neuropsychiatric Disorders.   Antipsychotic drugs are useful in the management of several rare syndromes with psychiatric features that are also characterized by movement disorders. These include, in particular, Gilles de la Tourette's syndrome (marked by tics, other involuntary movements, grunts, and vocalizations that are frequently obscene) (see Van Woert et al., 1976) and Huntington's disease (marked by severe and progressive choreoathetosis, psychiatric symptoms, and a clear genetic basis) (see Chase, 1976). Haloperidol is currently regarded as the drug of choice for these conditions.

## II. Drugs Used in the Treatment of Disorders of Mood

Affective disorders—*mania* and *depression*—are characterized by changes in mood as the primary symptom. Either of these two extremes of mood may be accompanied by psychosis with disordered thought and delusional perceptions. Psychosis may have, as a secondary symptom, a change in mood, and it is this overlap that causes much confusion in diagnosis. Severe mood changes without psychosis frequently occur and are often accompanied by *anxiety* (see below). The deci-

sion to use an antidepressant drug rather than an antipsychotic agent, for example, may rest on such factors as predominant symptomatology, family and personal history, and precise information on the onset and course of the current episode of the disease.

*Mania,* characterized by elation (often tinged with dysphoria), hyperactivity, and uncontrollable thought and speech, is treated with both antipsychotic drugs and lithium carbonate. *Depression,* characterized by feelings of intense sadness or pessimistic worry, agitation, self-deprecation, physical changes (including insomnia, anorexia, and loss of drive, enthusiasm, and libido), and mental slowing, can be treated with the tricyclic antidepressant drugs, the monoamine oxidase inhibitors, some antipsychotic agents, lithium carbonate, and electroconvulsive shock treatment (ECT). There is no obvious chemical similarity between the various therapeutic modalities, but there are striking similarities in their effects on brain amines. However, the importance of amine metabolism in their mechanisms of action, much less in the biology of the mood disorders, remains undefined (see Baldessarini, 1975; van Praag, 1978). Problems of selection of treatment, as well as the decision to treat affective disorders, are discussed below.

## TRICYCLIC ANTIDEPRESSANTS

*Imipramine* (a dibenzazepine derivative), *amitriptyline* (a dibenzocycloheptadiene derivative), and other closely related compounds are the drugs currently most widely used for the treatment of depression. Because of their structure (see below), they are often referred to as the tricyclic antidepressants. Their efficacy in alleviating depression has been well established.

History.   In the late nineteenth century, Thiele and Holzinger synthesized iminodibenzyl and described its chemical characteristics in detail. The pharmacological properties were not investigated until the late 1940s, when Häfliger and Schindler synthesized a series of more than 40 derivatives of iminodibenzyl for possible uses as antihistamines, sedatives, analgesics, and antiparkinsonian drugs. One of these was *imipramine*, a dibenzazepine compound, which differs from the phenothiazines only by replacement of the sulfur with an ethylene linkage to produce a seven-membered central ring. Fol-

[Chap. 19]

nt drug rather
:, for example,
.s predominant
i personal his-
n on the onset
.sode of the dis-

.lation (often
.eractivity, and
.eech, is treated
.gs and lithium
.terized by feel-
.ssimistic worry,
.hysical changes
.ia, and loss of
.o), and mental
.he tricyclic an-
.namine oxidase
.g agents, lithium
.vulsive shock
. obvious chemi-
.ous therapeutic
.ing similarities
.s. However, the
.olism in their
.ess in the biol-
.remains unde-
.5; van Praag,
.f treatment, as
.affective dis-

ȷANTS

.e derivative),
.eptadiene de-
. related com-
.y most widely
.ssion. Because
.they are often
.utidepressants.
.epression has

.century, Thiele
.benzyl and de-
.in detail. The
.iot investigated
. and Schindler
.0 derivatives of
.antihistamines,
.insonian drugs
.nzazepine com-
.othiazines only
.a ethylene link-
.:ntral ring. Fol-

lowing screening in animals, a few compounds, in-
cluding imipramine, were selected on the basis of
sedative or hypnotic properties for therapeutic trial.

During clinical investigation of these phenothia-
zine analogs, Kuhn (1958) found quite fortuitously
that, unlike the phenothiazines, imipramine was
relatively ineffective in quieting agitated psychotic
patients. Instead, it apparently bestowed remarkable
benefit upon certain depressed patients. Subse-
quently, Kuhn administered imipramine to approxi-
mately 50 patients suffering from a variety of de-
pressive syndromes and concluded that it was most
useful in "endogenous" depressions characterized by
regression and inactivity, whereas patients with hy-
peractive, agitated, and anxious depressions were
made worse by the drug. Since then, further evidence
for the effectiveness of this compound has accumu-
lated (see Klein and Davis, 1969).

The search for chemically related compounds has
yielded, to date, six tricyclic compounds that are in
common clinical use in the United States. In addi-
tion to the dibenzazepines, imipramine and its sec-
ondary-amine congener (and major metabolite)
desipramine, there are amitriptyline and its
N-demethylated product nortriptyline (dibenzocy-
cloheptadienes), as well as doxepin (a dibenzoxe-
pine) and protriptyline (a dibenzocycloheptatriene).
There is little evidence that there are important dif-
ferences in the efficacy of these agents.

Chemistry and Structure-Activity Relationship.
The structures of the tricyclic antidepressant com-
pounds are given in Table 19-4. Although dibenza-
zepines seem to be similar to the phenothiazines
chemically, the ethylene group of imipramine's mid-
dle ring imparts dissimilar stereochemical properties
and prevents conjugation among the rings, as occurs
with the phenothiazines. The demethylated congener
of imipramine, the secondary amine desipramine,
has similar activity to that of imipramine as an anti-
depressant, although there are some pharmacologi-
cal dissimilarities as discussed below. It was sug-
gested that desipramine might be not only an active
metabolite of imipramine but also the active drug,
although this has been almost impossible to prove
with in-vivo experiments. It is now certain that
desipramine is no more effective or rapidly acting

than imipramine. The same generalizations can be
made from the comparison between amitriptyline
and nortriptyline. The latter pair are the structural
homologs of the thioxanthenes among the antipsy-
chotic drugs (c.f., Tables 19-4 and 19-1); however,
unlike the thioxanthenes, they do not occur as geo-
metric isomers since there is no center of asymmetry.
Geometric isomers of doxepin do exist; both are
active and are included in available products. The
3-chloro analog of imipramine (the homolog of
chlorpromazine), called clomipramine, is quite seda-
tive and is in common clinical use in Europe as an
antidepressant. In further contrast to the phenothia-
zines, compounds with only two carbon atoms sepa-
rating the amino nitrogen of the side chain from the
central ring retain some activity. Except for these few
facts, the structure-activity relationship of the tricy-
clic antidepressants remains poorly understood The
chemistry and structure-activity relationship of a
variety of experimental antidepressant agents are
discussed in more detail by Kaiser and Zirkle (1970)
and Usdin (1978a, 1978b).

## PHARMACOLOGICAL PROPERTIES

Central Nervous System. One might ex-
pect an effective antidepressant drug to have
a stimulating or mood-elevating effect when
given to a normal subject. Although this may
occur with the monoamine oxidase (MAO)
inhibitors, it is not true of the tricyclic anti-
depressants.

If a dose of 100 mg of imipramine is given
to a normal subject, he feels sleepy and tends
to be quieter, his blood pressure falls slightly,
and he feels light-headed. Often unpleasant
anticholinergic effects (dry mouth and
blurred vision) appear. There is little, if any,
change in pupillary size. Gait may become
unsteady, and the subject feels tired and
clumsy. These drug effects are usually per-
ceived as unpleasant, and cause a feeling of
"unhappiness" and an increase in anxiety.

Table 19-4.  TRICYCLIC ANTIDEPRESSANTS



$CH_2CH_2CH_2N(CH_3)_2$
Imipramine

$CHCH_2CH_2N(CH_3)_2$
Amitriptyline

$CHCH_2CH_2N(CH_3)_2$
Doxepin

$CH_2CH_2CH_2NHCH_3$
Desipramine

$CHCH_2CH_2NHCH_3$
Nortriptyline

$CH_2CH_2CH_2NHCH_3$
Protriptyline

There may be a deterioration in tests of performance (DiMascio *et al.*, 1964). These acute drug effects thus resemble those seen with certain phenothiazines.

Repeated administration for several days may lead to accentuation of these symptoms and, in addition, to difficulty in concentrating and thinking, comparable to that experienced during the course of similar treatment with chlorpromazine (Grunthal, 1958). Imipramine seems to produce greater impairment of cognitive and affective processes and lesser reduction in physical movement than does chlorpromazine.

In contrast, if the drug is given over a period of time to depressed patients, an elevation of mood occurs. *About 2 to 3 weeks must pass before the therapeutic effects of the drug are evident.* For this reason, the tricyclic antidepressants are not prescribed on an "as-needed" basis. The explanation of the slow onset of effects remains a matter of conjecture.

The manner in which imipramine relieves the signs and symptoms of depression is not clear. Its effect has been described as a dulling of depressive ideation rather than as euphoric stimulation. However, reports of manic excitement as well as of euphoria and insomnia indicate that imipramine does have a stimulant action under certain circumstances (Bunney *et al.*, 1972). Hallucinations, excitement, and confusion, which occur in a small percentage of patients receiving antidepressants (Lehmann *et al.*, 1958; Baldessarini and Willmuth, 1968), may represent central anticholinergic effects (*see* below; Granacher and Baldessarini, 1975).

*Effects on Sleep.* The tricyclic antidepressants occasionally have been used as hypnotics because of their sedative property. Although this effect may be useful in the initial therapy of a depressed patient who is not sleeping well, their general use for hypnosis is not recommended. In adequate doses they cause hangover and are not as effective as a conventional hypnotic. The drugs decrease the number of awakenings, increase stage-4 sleep, and markedly decrease time in rapid-eye-movement (REM) sleep. Amitriptyline and the investigational agent clomipramine appear to be especially sedative, while the secondary-amine antidepressants are less so.

*EEG Effects.* EEG studies in animals and man have revealed many complex effects, some of which change with the dose. Low doses of tricyclic antidepressants tend to have synchronizing effects that resemble those of sedatives or the phenothiazines; sometimes, particularly with amitriptyline, alpha rhythm is suppressed. High doses tend to produce stimulation and arousal and can induce seizure activity (*see* Itil, 1978; Longo, 1978).

*Effects on Animal Behavior.* Despite its clinical antidepressant effects, imipramine produces depression of spontaneous motor activity in laboratory animals. It impairs both acquisition and performance of conditioned avoidance responses. In all these tests, it is far less potent than chlorpromazine, although it bears some similarities to diazepam. Effects on hexobarbital- or alcohol-induced sedation are unpredictable; ataxia and mild hypothermia are usual.

Although imipramine decreases spontaneous motor activity in animals, it is also capable of stimulating a great variety of behavior patterns. Blockade of the reserpine-induced sedative or "depressive" patterns in animals is a characteristic of all the tricyclic antidepressants. The latter drugs must be given before the reserpine because an intact CNS store of amines must be present for this blocking effect to become evident. Since reserpine depletes the brain of both 5-HT and norepinephrine, it is not clear which amine, if not both, is important for this action. Although this interaction has been favored as a screening test for antidepressant agents and has helped to provide support for the "amine hypothesis" of affective disorders, the relationship between these animal tests and clinical depression is tenuous. Other effects in animals have been described that seem to represent stimulant-like activity. These include potentiation of adrenergic agonists, notably amphetamine, methylphenidate, and levodopa, and augmentation of some operant behaviors, food-reward reinforced behavior, and self-stimulation of the brain. Aggressive behavior induced by hypothalamic lesions can also be increased, as can shock-induced aggression in rodents after prolonged treatment with imipramine (*see* Lowe *et al.*, 1978). Many of these behavioral effects seem to be related to potentiation of amine-mediated (particularly noradrenergic) synaptic transmission in the CNS.

*Actions on Brain Amines.* Tricyclic antidepressants potentiate the action of biogenic amines in the CNS by blockade of their major means of physiological inactivation—re-uptake at nerve terminals. However, there is increasing doubt that this is either a necessary or sufficient explanation of the antidepressant action of these drugs. Similar doubts concerning the role of altered amine metabolism in the pathophysiology of manic-depressive illness have already been discussed above (*see* page 393). This reservation con-

mals and man
some of which
ricyclic antide-
essing effects that
henothiazines;
iptyline, alpha
ind to produce
uce seizure ac-

pite its clinical
oduces depres-
in laboratory
and perform-
ises. In all these
promazine, al-
zepan. Effects
i sedation are
pothermia are

ontaneous mo-
able of stimu-
terns. Blockade
r "depressive"
of all the tricy-
must be given
i CNS store of
cking effect to
tes the brain of
rot clear which
his action. Al-
ed as a screen-
l has helped to
othesis" of af-
veen these ami-
enuous. Other
d that seem to
se include po-
sstly ampheta-
, and augmen-
food-reward
lation of the
hypothalamic
hock-induced
reatment with
Many of these
o potentiation
lrenergic) syn-

yclic antide-
of biogenic
de of their
activation—
wever, there
her a neces-
the antide-
milar doubts
aline metab-
mic-depres-
i discussed
vation con-

cerning the actions of antidepressants is supported by the observation that several antidepressants are unable to potentiate the effects of biogenic amines. Moreover, other agents that are potent inhibitors of the transport of norepinephrine, notably amphetamine and cocaine, are poor antidepressants, despite the fact that they have stimulant and even euphoriant effects in some persons.

Related hypotheses have emphasized the interactions of antidepressants with other CNS amines, particularly 5-hydroxytryptamine (5-HT, serotonin) and acetylcholine. Since some antidepressants (amitriptyline, imipramine, and especially clomipramine) block the uptake of 5-HT, this CNS neurohumor may be involved in the effects of certain antidepressants (see van Praag, 1978). Nevertheless, the physiological importance of re-uptake of 5-HT versus its enzymatic deamination by MAO is uncertain, and many effective antidepressants have little apparent interaction with tryptaminergic neurons It has also been suggested that the potent antimuscarinic action of many tricyclic antidepressants may contribute to their major effects. The idea has received some clinical support from the observation that the cholinesterase inhibitor physostigmine may aggravate depression and have antimanic effects (Janowsky et al, 1974). However, the anticholinergic activity of the antidepressants correlates poorly with their main effects (Snyder and Yamamura, 1977), and other strongly antimuscarinic compounds, such as atropine, scopolamine, and many anticholinergic antiparkinsonian agents, are not effective antidepressants.

Despite many shortcomings of the concept that antidepressant drugs alter amine-mediated neurotransmission in the CNS, this point of view has dominated the field for 2 decades. At the present time, a few apparently valid generalizations can be made. Thus, all tricyclic antidepressants in current use in the United States block the neuronal transport (uptake) of norepinephrine, 5-HT, or both. Accordingly, they potentiate the effects of directly acting sympathomimetic amines, whether they are released endogenously or administered systemically. They block the effects of indirectly acting amines, such as tyramine, which presumably must be taken up by sympathetic neurons to cause the release of norepinephrine (see Chapter 8). Clomipramine is a rather selective blocker of 5-HT transport and causes a decreased turnover of the amine in the tryptaminergic-containing neurons of the midbrain raphe nuclei. In turn, their firing rate is de-

creased. In contrast, the demethylated antidepressants are thought to be much more selective in blocking the uptake of norepinephrine, and, accordingly, reduce its turnover and the firing rate of adrenergic neurons in the locus ceruleus (see Svensson and Usdin, 1978). These effects appear to represent integrated responses to the increased availability of neurotransmitters, and are the obverse of the effects of antipsychotic drugs (dopamine antagonists) to enhance firing rates and turnover of neurotransmitter in dopaminergic neurons (see above).

There are additional interactions between antidepressants and amine neurotransmitters that are less completely understood. These include apparent $\alpha$-adrenergic antagonistic actions (U'Pritchard et al, 1978), a gradually increasing release of norepinephrine (apparent increase in quantum released per nerve impulse) that may be related to presynaptic $\alpha$-adrenergic autoreceptors (Crews and Smith, 1978), neurophysiologically defined stabilizing effects on norepinephrine-containing cells of the locus ceruleus (see Chapter 12) (Svensson and Usdin, 1978), and a gradually evolving increased sensitivity of forebrain neurons to 5-HT (DeMontigny and Aghajanian, 1978). In addition, prolonged enhancement of the availability of norepinephrine due to inhibition of transport of the neurotransmitter may cause desensitization of $\beta$-adrenergic systems, perhaps as a result of reduction of the number of available receptors (see Sulser and Robinson, 1978). It remains to be determined if slowly evolving changes in receptor number or sensitivity or the activity of central noradrenergic systems can help to account for the typically prolonged onset of the clinical effects of antidepressant drugs.

Autonomic Nervous System. In contrast to the weak anticholinergic effects of the phenothiazines, the anticholinergic responses to therapeutic doses of the tricyclic antidepressants are prominent. These are manifested in blurred vision, dry mouth, constipation, and urinary retention. Amitriptyline seems to cause the highest incidence of these effects, while desipramine has relatively less anticholinergic effect in man (Blackwell et al, 1978). Tachycardia is frequent and may in part be an adrenergic effect caused by the blockade of norepinephrine re-uptake in the heart. Since the autonomic changes that accompany depression may include some of these symptoms, the determination of what is a true autonomic side effect of a tricyclic antidepressant must rest on a careful physi-

cal examination and history obtained before the initiation of drug therapy.

**Cardiovascular System.** Tricyclic antidepressants have marked effects on the cardiovascular system even in therapeutic doses (see Raisfeld, 1972; Jefferson, 1975). Imipramine lowers the blood pressure in anesthetized dogs and obtunds various cardiovascular reflexes, including the carotid occlusion reflex, the Bezold-Jarisch reflex, and postural responses. There is an increased tendency for arrhythmias to develop in patients on tricyclic drugs, and there have been several reports of unexpected deaths (Williams and Sherter, 1971; Moir et al., 1972). These adverse reactions may be related to the blockade of amine re-uptake by these drugs and the resultant high concentrations of norepinephrine in cardiac tissue. Orthostatic hypotension is commonly observed with therapeutic doses. Myocardial infarction and the precipitation of congestive heart failure during the course of treatment have been attributed to imipramine administration. Tachycardia is a common finding. The most prominent ECG change observed following the use of imipramine consists in inversion or flattening of the T waves. Direct, quinidine-like myocardial depressant effects of imipramine (and, presumably, of its congeners) can be prominent in human subjects (Bigger et al., 1977). One should be wary of potentially dangerous enhancement of the effects of other cardiac depressant drugs by tricyclic antidepressants.

Since the tricyclic antidepressants can cause orthostatic hypotension, produce arrhythmias, and interact in deleterious ways with other drugs (see below), great caution must be observed in their use in patients with cardiac disease. Unfortunately, since many depressed patients fall in an age group where cardiac problems are common and coexistence of depressive illness and cardiovascular disease is frequent, the physician is faced with a dilemma. This can be resolved by consideration of the usual self-limited time course of depressions, treatment of associated anxiety and sleep disorders with other medication (see below), and use of electroconvulsive therapy (ECT) in serious depressions.

**Respiration.** Imipramine in clinically useful doses produces little effect on respiration. Respiratory depression has been observed following poisoning with imipramine and with amitriptyline (see below).

**Absorption, Distribution, Fate, and Excretion.** Imipramine and other tricyclic antidepressant agents are well absorbed after oral administration. While they are usually initially used in divided doses, their relatively long half-lives and rather wide range of tolerated concentrations permit a gradual transition toward a single daily dose given at bedtime. This is most safely done for doses up to the equivalent of 150 mg of imipramine. High doses of these strongly anticholinergic agents can slow gastrointestinal activity and gastric emptying time, resulting in slower or erratic absorption of these and other drugs taken concomitantly; this can complicate the management of acute overdosage. Concentrations in plasma typically peak within 2 to 8 hours, but this can be delayed for over 12 hours. Intramuscular administration of tricyclic antidepressants can be performed under unusual circumstances, particularly with severely depressed, anorexic patients who may refuse oral medication. The pharmacokinetics of these agents is discussed by Morselli (1977) and Hollister (1978a); see also Appendix II.

Once absorbed, these lipophilic drugs are widely distributed; their pharmacokinetic properties are similar to those of the phenothiazines. They are strongly bound to plasma protein and to the constituents of tissues. The latter fact accounts for their large volumes of apparent distribution, which are typically 10 to 50 liters per kilogram. Toxic effects of these drugs can be expected when their concentrations in plasma rise above 1 $\mu$g/ml and can occur at even half this value. These concentrations are just a few times greater than those associated with therapeutic effects—100 to 300 ng/ml.

The tricyclic antidepressants are oxidized by hepatic microsomal enzymes, followed by conjugation with glucuronic acid. The major route of metabolism of imipramine is to the active drug desipramine; inactivation of either compound occurs largely by oxidation to 2-hydroxy metabolites and conjugation with

Case 6:06-md-01769-ACC-DAB   Document 1316-62   Filed 02/27/09   Page 10 of 34 PageID 27489

[Chap. 19]

clinically use-
on respiration.
een observed
ipramine and

te, and Excre-
icyclic antide-
bed after oral
e usually ini-
heir relatively
e range of tol-
gradual tran-
dose given at
lone for doses
ng of impta-
ngly anticho-
ointestinal ac-
e, resulting in
of these and
tly; this can
f acute over-
sma typically
t this can be
ntramuscular
tidepressants
sual circum-
ly depressed,
se oral medi-
these agents
and Hollis-
II.

lic drugs are
rmacokinetic
f the pheno-
nd to plasma
f tissues. The
e volumes of
typically 10
ic effects of
n their con-
1 μg/ml and
These con-
greater than
ic effects—

te oxidized
followed by
ine is to the
ation of ei-
oxidation to
gation with

glucuronic acid. In contrast, amitriptyline (while mainly demethylated to nortriptyline) and nortriptyline undergo preferential oxidation at the 10 position, followed by glucuronidation; the 10-hydroxy metabolites may have some biological activity. While the demethylated metabolites of both imipramine and amitriptyline clearly possess antidepressant activity, it is not known if this accounts for most or all of the activity of the parent drugs. It is clear that these demethylated products can accumulate in concentrations approaching, or even exceeding, those of their precursors. Doxepin also appears to be converted to an active metabolite, nordoxepin, by N-demethylation (Ziegler et al., 1978).

There is marked variation among subjects (up to 50-fold) in the ratio of methylated to demethylated molecules following administration of imipramine or amitriptyline in man (Nagy and Johansson, 1975). This variation, as well as that of the concentrations of the drug in blood, appears to be characteristic of the individual and is presumably under genetic control (Alexanderson and Sjöqvist, 1971). The question of possible correlations between concentrations of tricyclic antidepressants in blood and clinical response or toxicity is under active investigation. (For reviews, see Åsberg, 1974, 1976; Lader, 1974; Cooper et al., 1976; Glassman et al., 1977; Glassman and Perel, 1978; Baldessarini, 1979a.) While conclusions remain rather tentative, concentrations between 50 and 300 ng/ml or, more narrowly, between 100 and 200 ng/ml have been suggested to correlate best with clinically satisfactory antidepressant responses. When the plasma concentration of imipramine, amitriptyline, or doxepin is determined, it is customary to report the results for the sum of the parent compound and the demethylated metabolite.

The inactivation and elimination of tricyclic antidepressants occur over a period of several days, and half-lives range from about 10 to 20 hours for imipramine to an extreme of about 80 hours for protriptyline; the other agents have intermediate values (see Appendix II). It follows that most tricyclic antidepressants should be inactivated and excreted within a week after termination of treatment, with notable exceptions being

ordinary doses of protriptyline and overdosage with the other agents (Spiker and Biggs, 1976). Indeed, cardiac arrhythmias have been reported for 10 days or more following the acute phase of intoxication with large doses of drugs such as amitriptyline (Rasmussen, 1966; Vohra and Burrows, 1974). Tricyclic antidepressants are not removed effectively by any available dialysis technic

Tolerance and Physical Dependence. Tolerance to the anticholinergic effects, such as dry mouth, constipation, blurred vision, and tachycardia, tends to develop with continued use of imipramine. Orthostatic hypotension similar to that seen with the phenothiazines may occur initially, but tolerance to this effect is acquired. Occasional patients will show physical or psychic dependence on the tricyclic antidepressants (Shatan, 1966). A withdrawal syndrome consisting of malaise, chills, coryza, and muscle aching has been reported to follow abrupt discontinuation of high doses of imipramine. Despite these occasional problems, it is important to emphasize that tricyclic antidepressants have frequently been used for prolonged periods (years) by patients with severe recurring depression (so-called unipolar manic-depressive illness) without evidence of tolerance to their desirable effects (see Davis, 1976).

Preparations, Routes of Administration, and Dosage. These are presented in Table 19–5. A further consideration of dosage and the use of antidepressant drugs appears below

Toxic Reactions and Side Effects. Significant toxic effects of tricyclic antidepressant drugs are relatively common, and estimates of prevalence have run as high as 5% (Boston Collaborative Drug Surveillance Program, 1972). Most of these reactions involve antimuscarinic effects of the drugs and cerebral toxicity, but cardiac toxicity also represents a serious problem. The tricyclic antidepressants can be placed in the following approximate rank order of antimuscarinic potency: amitriptyline > imipramine > doxepin ≈ nortriptyline > desipramine ≈ protriptyline (Richelson and Diventz-Romero, 1977; Snyder and Yamamura, 1977; see also Blackwell et al., 1978). Clinical consequences of this effect include dry mouth and a sour or metallic taste, epigastric distress, constipation, dizziness, tachycardia, palpitations, blurred vision, and urinary retention. Special precautions should be taken in men with pros-

424 DRUGS USED IN THE TREATMENT OF DISORDERS OF MOOD [Chap. 19]

Table 19-5. ANTIDEPRESSANT DRUGS: PREPARATIONS, DOSAGE FORMS, AND DOSES

| NONPROPRIETARY NAME | TRADE NAMES | DOSAGE FORMS * | USUAL DAILY DOSE (mg) | EXTREME DAILY DOSE (mg) † |
|---|---|---|---|---|
| *Tricyclics* | | | | |
| Imipramine Hydrochloride, U.S.P. ‡ | IMAVATE, JANIMINE, PRESAMINE, SK-PRAMINE, TOFRANIL | (T)10,25,50 mg (A)25 mg/2 ml | 100–200 | 30–300 |
| Desipramine Hydrochloride, U.S.P. | NORPRAMIN, PERTOFRANE | (C)25,50 mg (T)25,50,75, 100,150 mg | 100–200 | 25–300 |
| Amitriptyline Hydrochloride, U.S.P. ‡ | AMITRIL, ELAVIL, ENDEP | (T)10,25,50,75, 100,150 mg (V)10 mg/ml in 10 ml | 75–200 | 50–300 |
| Nortriptyline Hydrochloride, U.S.P. | AVENTYL HYDROCHLORIDE, PAMELOR | (C)10,25 mg (S)10 mg/5 ml | 75–150 § | 20–150 |
| Doxepin Hydrochloride, U.S.P. | ADAPIN, SINEQUAN | (C)10,25,50,75, 100,150 mg (S)10 mg/ml | 75–150 | 25–300 |
| Protriptyline Hydrochloride, U.S.P. | VIVACTYL | (T)5,10 mg | 15–40 | 10–60 |
| *Monoamine Oxidase Inhibitors* | | | | |
| Isocarboxazid, U.S.P. | MARPLAN | (T)10 mg | 10–30 | 10–30 |
| Phenelzine Sulfate, U.S.P. | NARDIL | (T)15 mg | 15–30 | 15–90 |
| Tranylcypromine Sulfate, U.S.P. | PARNATE | (T)10 mg | 20–30 | 10–30 |

* T = tablet; C = capsule; V = vial for intramuscular injection; A = ampul for intramuscular injection; S = oral solution or concentrate.

† Extreme doses are for very young and very elderly patients at the low end and for hospital use in severe or treatment-resistant depression at the high end. In addition, due to the long biological half-life of MAO inhibition, small doses of MAO inhibitors are used after several days to weeks of treatment.

‡ Imipramine is also available as the pamoate (TOFRANIL-PM) in capsules containing 75, 100, 125, or 150 mg of the drug, but its advantages over the hydrochloride are not established. Amitriptyline hydrochloride is also available mixed with fixed doses of perphenazine in tablets containing 2/10, 4/10, 2/25, 4/25, or 4/50 mg of perphenazine/amitriptyline (ETRAFON, TRIAVIL) and mixed with chlordiazepoxide in tablets containing 5/12.5 or 10/25 mg of chlordiazepoxide/amitriptyline (LIMBITROL).

§ Although the recommended maximal daily dose is 100 mg, recent evidence indicates that many patients have relatively low concentrations in plasma and inferior clinical responses unless doses exceed 100 mg, while a few may have an excessive amount at doses above 150 mg/day (Asberg, 1976).

tatic hypertrophy. Paradoxically, excessive sweating is a fairly common complaint; the mechanism of this response is not known. Weakness and fatigue are attributable to central effects of the drug and may resemble those seen with the phenothiazines. There are marked individual differences in the type and the frequency of these side effects; and they may be related to concentrations of active drug in plasma. Older patients tend to suffer more from dizziness, postural hypotension, constipation, delayed micturition, edema, and muscle tremors. Very rarely, amitriptyline may cause inappropriate secretion of ADH.

Another undesirable effect of imipramine (and of all forms of treatment of depression) is a transition in certain patients from depression to hypomanic or *manic excitement*.

This striking feature of so-called bipolar manic-depressive illness is sometimes referred to as the "switch process" and has been studied in detail by Bunney and associates (1972). In addition to manic reactions to tricyclic antidepressants, delirium is common. These may be seen in approximately 10% of treated patients (and in over 30% of patients over age 50) (Davies *et al.*, 1971). These common drug-related problems are still frequently overlooked or misinterpreted as being part of the primary illness, particularly in the elderly. Small doses of physostigmine may aid in the diagnosis in some cases (*see* Granacher and Baldessarini, 1975). Among the CNS problems associated with tricyclic antidepressants, extrapyramidal reactions are rare, although *tremor* is not unusual. A fine tremor occurs in about 10%

[Chap. 19]

ID DOSES

EXTREME DAILY
DOSE (mg) †

10-300

25-300

50-300

20-150

25-300

10-60

10-30
15-90
10-30

= oral solution or

treatment-resistant
inhibitors are used

of the drug, but its
with fixed doses of
-RIAVLI) and mixed

nave relatively low
xcessive amount of


lled bipolar
metimes re-
ess" and has
y and associ-
reactions to
um is com-
pproximately
over 30% of
et al., 1971).
roblems are
isinterpreted
less, particu-
of physostig-
some cases
rini, 1975),
ociated with
ramidal re-
r is not un-
about 10%

of those receiving a tricyclic agent, although the prevalence of this effect is also much higher in elderly patients, particularly when high doses of drug are administered. Tremor may respond to small doses of propranolol. It is important to clarify the problem of the therapy of the various CNS-based toxic or psychiatric reactions to tricyclic antidepressants. *Antipsychotic drugs are to be avoided*, except for the management of manic reactions or severe agitation. They may exacerbate toxic confusional states, rather than help them. In any of these reactions, whether manic or toxic-organic, the best first step is to *stop the antidepressant*. Physostigmine may be effective in some cases, and, if sedation is urgently required, small doses of diazepam may be considered.

Although *loss of accommodation* is a common ophthalmological side effect of any strongly anticholinergic agent, including tricyclic antidepressants, the precipitation of *glaucoma*, while frequently mentioned, is actually a rare event. The risk is probably highest in elderly patients with the narrow-angle type of glaucoma. They require emergency treatment with a miotic agent if an attack is precipitated. Tricyclic antidepressants can still be used in patients with glaucoma, provided that pilocarpine eyedrops or an equivalent medication is continued (Nouri and Cuendet, 1971). The most rational choice of an antidepressant in such a case would be desipramine, due to its relatively low anticholinergic potency and moderate half-life.

Various types of *cardiovascular difficulties* have already been described above; these are also discussed by Raisfeld (1972), Moir and associates (1973), Vohra and Burrows (1974), Jefferson (1975), and Burrows and coworkers (1976). In one series, sudden deaths among cardiac patients receiving tricyclic antidepressants were four times more frequent than in those who were not so treated (Moir *et al.*, 1973). Patients at risk for ventricular arrhythmias may be especially vulnerable to the intrusion of ectopic ventricular contractions during the prolonged myocardial repolarization time that is induced by the tricyclic drugs. There is also a suspicion that antidepressant drugs may contribute to cardiomyopathies and to the worsening of congestive heart failure in some cases (Raisfeld, 1972).

Hypotension is frequent with antidepressants and may add further to the risk of ischemic damage to the heart or brain in vulnerable individuals. Dihydroergotamine (10 mg per day) has been used safely to treat such hypotension (Bojanovsky and Tolle, 1974). Although clinical studies of the relative risk of cardiac toxicity among antidepressants are few and inconclusive, and animal studies may not be pertinent, the current impression is that amitriptyline, protriptyline, and perhaps imipramine may be more dangerous than doxepin or mianserin in depressed patients with cardiac disease (*see* Burrows *et al.*, 1976; Hollister, 1978b). The cardiotoxic effects of tricyclic antidepressants produce especially dangerous complications following acute overdosage.

Miscellaneous toxic effects of tricyclic antidepressants include jaundice, agranulocytosis, and rashes, but these are very infrequent. Weight gain has been described; while its mechanism is obscure, increased appetite and caloric intake are usually implicated. Delay of orgasm and *orgasmic impotence* have been described in men and women. The safety of antidepressants during pregnancy and lactation or in the treatment of young children is not well established. Evidence concerning the possibility of *teratogenic effects* of the tricyclic agents is mixed but unconvincing (*see* Goldberg and DiMascio, 1978). Nevertheless, the possibility of toxic effects on fetal tissue remains unresolved (Morselli, 1977). For severe depression during pregnancy and lactation, ECT may be a relatively safe and effective alternative. Antidepressants are generally not recommended for use in children, although small doses of imipramine are used for the treatment of enuresis in those over 6 years of age. Children seem to be especially vulnerable to cardiotoxic and seizure-inducing effects of high doses of tricyclic compounds (Morselli, 1977), and deaths have occurred in children after accidental or deliberate overdosage with only a few hundred milligrams of drug.

*Acute poisoning* with tricyclic antidepressants is occurring with increasing frequency and, unlike acute overdosage with antipsychotic drugs, is life threatening. Unfortunately, most of the drugs used in the treatment of severe disorders of mood (tricyclic agents, MAO inhibitors, and lithium salts)

426   DRUGS USED IN THE TREATMENT OF DISORDERS OF MOOD   [Chap. 19]

are potentially lethal in doses that are readily available to patients with a high risk of suicide. While the margin of safety for the tricyclic antidepressants is not accurately known for man, deaths have been reported with doses of approximately 2000 mg of imipramine (or the equivalent of another drug), and severe intoxication can be expected at doses above 1000 mg. As a general rule, *it is unwise to dispense more than a week's supply of an antidepressant to an acutely depressed patient.*

The presenting of symptoms and the course of events in acute poisoning due to a tricyclic antidepressant is often complex (Noble and Matthew, 1969). A typical pattern is a brief phase of excitement and restlessness, sometimes with myoclonus, grand mal seizures, or dystonia, followed by rapid development of coma, often with depressed respiration, hypoxia, depressed reflexes, hypothermia, hypotension, and striking evidence of anticholinergic effects, with mydriasis, flushed dry skin and dry mucosae, decreased bowel sounds, urinary retention, and tachycardia. At this crucial stage the patient must be treated in an intensive care unit that allows constant cardiac monitoring and defibrillation and resuscitation when necessary. The most urgent needs are to support vital functions. Gastric lavage is sometimes used early in treatment, but this is best done only with a cuffed endotracheal tube safely in place. Although dialysis and diuresis are useless in such cases, administration of activated charcoal to adsorb the drug in the gut has some demonstrated utility (Crome *et al.*, 1977). The comatose phase disappears gradually, usually over 1 to 3 days, depending on the severity of the poisoning. A period of excitement and delirium is then very typical, again with prominent anticholinergic signs. Even when this phase of delirious intoxication has passed, the risk of life-threatening cardiac arrhythmias continues for at least several days, requiring close medical supervision and continued cardiac monitoring.

The efficacy and safety of various pharmacological interventions to counter tricyclic poisoning remain unsettled. Although physostigmine salicylate can sometimes produce dramatic effects to alleviate many of the antimuscarinic, cardiotoxic, and neurotoxic features of this syndrome (see Granacher and Baldessarini, 1975), indications for the use of this approach are not entirely clear. The major difficulty involves the toxicity of physostigmine itself, and seizures may result, particularly when large doses are given very rapidly (Baldessarini and Gelenberg, 1979). Its safety and efficacy seem to be greater in cases of mild intoxication, characterized by confusion and delirium but with stable vital functions and the absence of coma. Physostigmine is the only reversible anticholinesterase with appreciable capability to cross the blood-brain barrier to exert central actions. The usual dose is between 0.5 and 2 mg, given intramuscularly or by *slow* intravenous injection; the injection is then repeated as often as required by clinical signs. Typically, doses can be given every 30 to 90 minutes due to the short half-life of this agent. (For further details on the use of physostigmine, *see* Granacher and Baldessarini, 1975.) Cardiac toxicity and hypotension in such poisoning can be especially difficult to manage. The heart is usually hyperactive, with supraventricular tachycardia and a high cardiac output, but the arteriovenous pressure differential is decreased. The QRS complex of the ECG is moderately responsive to tricyclic antidepressants, and in acute overdosage it is typically prolonged to over 100 milliseconds. Generally, cardiac glycosides and depressants such as quinidine or procainamide are contraindicated, but phenytoin has been given safely and may simultaneously be useful to suppress the convulsive seizures that are often present. In addition, propranolol has been recommended (see Vohra and Burrows, 1974). Diazepam has been used to control seizures and myoclonic and dystonic features of tricyclic antidepressant poisoning. Aside from the problems of management created by the specific effects of tricyclic antidepressants, very serious hypoxia, hypertension or hypotension, and metabolic acidosis may have to be treated. In the presence of high concentrations of tricyclic antidepressants, the effects of α-adrenergic agonists, used as pressor agents, may be inhibited, and maintenance of intravascular volume may be difficult to achieve.

**Interactions with Other Drugs.** The tricyclic antidepressants are involved in several clinically important drug interactions. The binding of tricyclic antidepressants to plasma albumin can be reduced by competition with phenytoin, phenylbutazone, aspirin, aminopyrine, scopolamine, and phenothiazines (see Morselli, 1977). Other interactions that may also potentiate the effects of tricyclic drugs can result from interference with their metabolism in the liver. This effect has been associated with neuroleptic drugs, methylphenidate, and certain steroids, including oral contraceptives (see Morselli, 1977). In the opposite direction, barbiturates and certain other sedatives can increase the hepatic metabolism of the antidepressants by inducing microsomal enzyme systems, and the concurrent administration of these drugs should probably be avoided; benzodiazepines do not seem to have this effect (Gram *et al*, 1973).

Antidepressants potentiate the effects of alcohol, and probably other sedatives (Seppalä *et al*., 1975). The anticholinergic activity of tricyclic antidepressants makes it important to monitor the results if the drugs must be used simultaneously with antiparkinsonian agents, antipsychotic drugs (especially thioridazine), or other compounds with an-

the short half-life of
on the use of physo-
Baldessarini, 1975.)
on in such poisonings
manage. The heart is
aventricular tachycar-
d. The QRS complex
esponsive to tricyclic
overdosage it is typi-
lliseconds Generally,
nts such as quinidine
icated, but phenytoin
y simultaneously be
ive seizures that are
ropranolol has been
Burrows, 1974). Din-
of seizures and myo-
: tricyclic antidepres-
the problems of
ecific effects of tricy-
is hypoxia, hyperten-
abolic acidosis may
nce of high concen-
sants, the effects of
ressor agents, may be
intravascular volume

Drugs. The tricy-
volved in several
interactions. The
essants to plasma
competition with
, aspirin, amino-
enothiazines (see
actions that may
of tricyclic drugs
e with their me-
effect has been
drugs, methyl-
roids, including
rselli, 1977). In
turates and cer-
ease the hepatic
ssants by induc-
stems, and the
of these drugs
l; benzodiazep-
is effect (Gram

: the effects of
sedatives (Sep-
linergic activity
takes it impor-
the drugs must
antiparkinson-
ugs (especially
unds with an-

---

timuscarinic activity. The tricyclic antidepressants have prominent and potentially dangerous potentiative interactions with biogenic amines, such as norepinephrine, which normally are removed from their site of action by neuronal uptake. Presumably by a similar mechanism, the action of adrenergic neuron blocking agents such as guanethidine is prevented by the tricyclic antidepressants. This effect may be somewhat less noticeable with doxepin, which is a less potent blocker of re-uptake of norepinephrine by sympathetic neurons.

Tricyclic agents can also block the centrally mediated antihypertensive action of clonidine. A particularly severe, but rare, interaction has been noted following the concurrent administration of an MAO inhibitor and a tricyclic antidepressant. The resultant syndrome can include severe CNS toxicity, marked by hyperpyrexia, convulsions, and coma. Although this reaction is rare and the two classes of antidepressant agents have been combined safely (see Goldberg and Thornton, 1978), this use should be contraindicated, since the interaction has a potentially catastrophic outcome. There is no evidence that treatment with tricyclic agents plus MAO inhibitors is more efficacious than a tricyclic antidepressant alone. Tricyclic antidepressants can be used safely during ECT.

Therapeutic Uses. The use of tricyclic antidepressants in depressed patients is discussed below (see page 434). While several other possible indications for these drugs have been suggested, only enuresis in children over 6 years of age has been accepted as a possible use for imipramine (and only in doses up to 2.5 mg/kg, or 50 mg total, daily); the efficacy of such treatment is not completely settled (see Medical Letter, 1974; Stewart, 1975). Other areas of suggested use that remain investigational include certain syndromes that may mimic depression, overlap diagnostically with depression, or be accompanied by or complicated by secondary depression. These include alcoholism and the neuroses, especially phobic-anxiety syndromes (Klein et al., 1978) and some cases of obsessive-compulsive neurosis. The latter is notoriously difficult to treat by any method, and it remains unclear if the occasional benefit

seemingly provided by antidepressant drugs reflects an action on the primary disorder or on secondary depression that frequently accompanies it. Chronic pain, neuralgias, and migraine are other syndromes that may belong in the same category and that sometimes respond favorably to tricyclic agents or to other treatments used for depression.

## MONOAMINE OXIDASE (MAO) INHIBITORS

The MAO inhibitors comprise a rather heterogeneous group of drugs that have in common the ability to block oxidative deamination of naturally occurring monoamines. However, the relationship between MAO inhibition and some of the ancillary therapeutic actions of these drugs is not firmly established. These drugs have numerous other effects, many of which are still poorly understood. For example, they lower blood pressure and were at one time used to treat hypertension. Their use in psychiatry has also become very limited as the tricyclic antidepressants have come to dominate the treatment of depression and allied conditions. Thus, MAO inhibitors are used when tricyclic antidepressants give an unsatisfactory result and when ECT is inappropriate or refused. In addition, it has been repeatedly suggested, with some scientific support (see Robinson et al., 1978), that whereas severe depression may not be the most favorable indication for these agents, certain neurotic illnesses with depressive features, and also with anxiety and phobias, may respond especially favorably. However, the record of success of MAO inhibitors in controlled trials in comparison with tricyclic antidepressants or ECT is not good (see Klein and Davis, 1969). One possible determinant of their poor efficacy in severe depression may be the use of insufficient dosage (Robinson et al., 1978). Moreover, the complex, sometimes severe, and often unpredictable interactions between MAO inhibitors and many drugs and food-derived amines, as well as their tendency to damage the hepatic parenchyma, have made their medical use difficult and hazardous.

History. In 1951, isoniazid and its isopropyl derivative, iproniazid, were developed for the treatment

of tuberculosis. It was soon found that iproniazid had mood-elevating effects in tuberculous patients. In 1952, Delay and collaborators investigated the action of isoniazid in the treatment of depressed states and Zeller and coworkers found that iproniazid, in contrast to isoniazid, was capable of inhibiting the enzyme MAO. In 1957, following investigations by Kline and colleagues and by Crane, it was applied in psychiatry for the treatment of depressed patients. MAO inhibitors had an important impact on the development of modern biological psychiatry (For reviews of this topic, *see* Weil-Malherbe, 1967; Baldessarini, 1975, 1977b.)

Because of toxicity, there has been a great deal of flux in the introduction and withdrawal of MAO inhibitors. Drugs no longer available include *iproniazid, pheniprazine, etryptamine,* and *nialamide. Tranylcypromine* was withdrawn from the market during 1964, but again became available for use in patients under close medical observation. At present, the MAO inhibitors available for use in depression are *isocarboxazid, phenelzine,* and *tranylcypromine.*

**Chemistry and Structure-Activity Relationship.** The first MAO inhibitors to be used in the treatment of depression were hydrazide derivatives of hydrazine, a highly hepatotoxic substance. Subsequently, compounds unrelated to hydrazine were found to be very potent MAO inhibitors. Several of these agents were structurally related to amphetamine and were synthesized in an attempt to enhance central stimulant properties. Cyclization of the side chain of amphetamine resulted in the nonhydrazide MAO inhibitor *tranylcypromine.* Details of the structure-activity relationship and the chemistry of these agents can be found elsewhere (*see* Kaiser and Zirkle, 1970; Biel *et al.,* 1978). Structures of the MAO inhibitors currently available in the United States for psychiatric patients are as follows:



Tranylcypromine

Phenelzine

Isocarboxazid

**PHARMACOLOGICAL PROPERTIES**

MAO inhibitors exert their effects mainly on organ systems influenced by sympathomimetic amines and 5-HT. These agents inhibit not only MAO but other enzymes as well (*see* Costa and Sandler, 1972), and *they interfere with the hepatic metabolism of many drugs.* In addition, they are believed to exert effects

not directly related to enzyme inhibition. MAO is a flavin-containing enzyme that is localized in mitochondrial membranes, whether in nerve terminals or the liver. It is biochemically dissimilar to other nonspecific amine oxidases found, for example, in plasma. It is closely linked functionally with an aldehyde reductase in all tissues, but the products of these reactions can be carboxylic acids *or* alcohols, depending on the substrate and the tissue. MAO is important in regulating the metabolic degradation of catecholamines and 5-HT in neural or target tissues, and hepatic MAO has a crucial defensive role in inactivating circulating monoamines or those, such as tyramine, that originate in the gut and are absorbed into the portal circulation (*see* Baldessarini and Fischer, 1978). It appears that MAO exists in at least two forms with dissimilar substrate preferences and differential sensitivity to selective inhibitors (*clorgyline* versus MAO-A and *deprenyl* versus MAO-B); this might offer therapeutic advantages when it is desirable to potentiate certain amines selectively. (Extensive discussions of this and other aspects of MAO and its inhibitors are provided in the monograph edited by Costa and Sandler, 1972; *see also* Chapters 4, 8, 9, 12, and 21.)

The hydrazines isocarboxazid and phenelzine (and the nonhydrazine antihypertensive agent pargyline) bind irreversibly to MAO. In the clinical setting, maximal inhibition is usually achieved within a few days, although the antidepressant effect of these drugs may be delayed for 2 or 3 weeks. Since new enzyme molecules must be synthesized to restore amine metabolism to normal, it takes up to 2 weeks for the effect to be reversed. Enzyme inhibition by tranylcypromine, unlike that produced by the hydrazines or pargyline, is reversed much more rapidly, since this drug is not irreversibly bound to the enzyme. In addition, tranylcypromine has a more rapid onset of action. The enzyme-inhibitory effects of these drugs can be evaluated in human subjects by assay of urinary amines and their deaminated metabolites, sometimes after a test dose of an amine (Levine and Sjoerdsma, 1963), or by direct assay of MAO activity in conveniently biopsied tissues, such as skin or jejunum, or, more commonly, in blood platelets. The platelet technic is currently favored as a means of monitoring the actions of MAO inhibitors and has led to the impression that favorable clinical responses are likely to occur when platelet MAO is inhibited by at least 70% (Robinson *et al.,* 1978).

The capacity of MAO inhibitors to act as antidepressants has most often been assumed to reflect the increased availability of one or more monoamines in the CNS or sympathetic nervous system, although this assumption has been difficult to prove. One problem with this hypothesis is that the acute biochemical and pharmacological actions of MAO inhibitors precede the palliative effects in psychiatric illnesses by as long as 2 or more weeks. Reasons for this delay of therapeutic effects remain unexplained.

**Effects on Sleep and the EEG.** MAO inhibitors are among the most effective suppressors of REM sleep that are known. This effect has been used therapeutically in the treatment of narcolepsy (Wyatt *et al.,* 1971). Moreover, when they are effective in the

MONOAMINE OXIDASE (MAO) INHIBITORS

429

[Chap. 19]

ion. MAO is a
lized in mito-
ve terminals or
e to other non-
: example, in
nally with an
the products of
ds or alcohols,
tissue. MAO is
degradation of
r target tissues,
ensive role in
or those, such
it and are ab-
se Baldessarini
AO exists in at
ate preferences
tive inhibitors
ipronyl versus
tic advantages
certain amines
this and other
re provided in
Sandler, 1972;
;)
nd phenelzine
sive agent par-
In the clinical
rally achieved
epressant effect
3 weeks. Since
ssized to restore
up to 2 weeks
is inhibition by
ted by the hy-
ph more rapidly,
und to the en-
as a more rapid
tory effects of
un subjects by
xamined: mo-
ce of an amine
direct assay of
id tissues, such
only, in blood
ntly favored as
MAO inhibitors
vorable clinical
latelet MAO is
t et al, 1978).
act as antide-
d to reflect the
monoamines in
item, although
to prove One
the acute bio-
is of MAO in-
in psychiatric
s, Reasons for
a unexplained.

[AO inhibitors
ssors of REM
as been used
colepsy (Wyatt
effective in the

treatment of depression, MAO inhibitors correct the accompanying disorder of sleep, whether it is an increase or decrease of sleep time. In man, the effects of the MAO inhibitors upon the EEG are slight. Tranylcypromine does, however, have stimulant-like effects on the EEG.

**Animal Behavior.** The administration of single doses of an MAO inhibitor produces either minor changes in the behavior of animals or none at all, even when biochemical studies reveal marked alteration in the activity of the enzymes in the brain and significant elevations of concentrations of dopamine, norepinephrine, and 5-HT in the brain. However, when these drugs are combined with other agents, marked effects upon behavior and CNS function may be seen. Thus, in animals pretreated with MAO inhibitors, reserpine and tetrabenazine produce excitement rather than sedation, hexobarbital sleeping time is prolonged, and the actions of many other CNS depressants and stimulants may be augmented.

**Cardiovascular System.** MAO inhibitors lower blood pressure and provide symptomatic relief in angina pectoris. Their use as antihypertensive agents, now obsolete, is described in *previous editions* of this textbook (*see also* Chapters 8 and 9).

**Absorption, Fate, and Excretion.** All the currently employed MAO inhibitors are readily absorbed when given by mouth. They are never given parenterally. These drugs produce maximal inhibition of MAO in biopsy samples from man within 5 to 10 days There is little information on their pharmacokinetics. However, their biological activity is prolonged due to the characteristics of their interaction with the enzyme.

The hydrazide MAO inhibitors are thought to be cleaved, with resultant liberation of active products. They are inactivated primarily by acetylation. About one half the population in the United States and Europe (and more in other populations, such as Eskimos and certain Orientals) are "slow acetylators" of the hydrazine-type drugs, including phenelzine, and this may explain the exaggerated effects observed in some patients given conventional doses of phenelzine (Vesell, 1972).

**Toxic Reactions and Side Effects.** Toxic reactions from *overdosage* may occur in a matter of hours despite the long delay in onset of a therapeutic response. Reported effects of overdosage include agitation, hallucinations, hyperreflexia, hyperpyrexia, and convulsions. Both hypotension and hypertension have been reported. Treatment of such intoxication presents a problem. Sympathomimetic amines and barbiturates should be used with extreme caution. Conservative treatment aimed at maintaining normal temperature, respiration, blood pressure, and proper fluid and electrolyte balance has often been successful. Since the inhibition of the enzyme is irreversible, late toxic effects may appear. Patients with known overdosage of MAO inhibitors should be observed in the hospital for at least a week after the poisoning.

The potential toxic effects of the MAO inhibitors are greater and more serious than those of any other group of psychotherapeutic agents. The most dangerous are those involving the liver, the brain, and the cardiovascular system. Hepatotoxicity does not seem to be related to dosage or duration of therapy, and the incidence with currently used MAO inhibitors is low. Nevertheless, when it does occur, it can be serious because the hydrazide compounds cause cellular damage to the hepatic parenchyma. This problem has led to discontinuation of the use of several MAO inhibitors.

*Excessive central stimulation* consisting in tremors, insomnia, and hyperhidrosis may occur and might be considered extensions of the pharmacological effects. Agitation and hypomanic behavior may also occur, and on rare occasions hallucinations and confusion are observed. *Convulsions* have also been reported. Peripheral *neuropathy* following the use of hydrazides may possibly be related to a pyridoxine deficiency.

*Orthostatic hypotension* occurs with the use of all the MAO inhibitors currently employed. The immediate condition readily yields to recumbency, but the dose may have to be reduced or the medication withdrawn.

A variety of other less serious side effects have been reported, including dizziness and vertigo (perhaps related to orthostatic hypotension), headache, inhibition of ejaculation, difficulty in urination, weakness, fatigue, dry mouth, blurred vision, and skin rashes. Constipation is common, but the cause is not known.

**Interactions with Other Drugs.** The paucity of grossly observable signs following the administration of MAO inhibitors is deceptive, for major changes have occurred in the body's capacity to handle endogenous or exogenous biogenic amines and to respond normally to a wide spectrum of pharmacological agents. When MAO is inhibited, biogenic amines are not deaminated but remain active and produce behavioral and pharmacodynamic effects.

Because of their interference with various enzymes, the MAO inhibitors prolong and intensify the effects of other drugs and interfere with the metabolism of various naturally occurring substances. There is considerable evidence that administration of *precursors of biogenic amines* may cause marked effects when administered following MAO inhibitors. Thus, the administration of levodopa or 5-hydroxytryptophan increases the concentrations of catecholamines or 5-HT in brain, respectively, and produces signs of central excitation in animals. The concurrent administration of levodopa and an MAO inhibitor to patients can be expected to produce agitation and hypertension.

The actions of *sympathomimetic amines* are potentiated following the use of MAO inhibitors. The effect is greater with indirectly acting amines (e.g., amphetamine and tyramine) than with directly acting amines, which are potentiated in man to a greater degree by the tricyclic antidepressants. Since administered catecholamines are largely inactivated by catechol-O-methyltransferase and by neuronal reuptake, the MAO inhibitors have less effect in prolonging and intensifying their action. On the other

hand, inasmuch as certain sympathomimetic amines such as amphetamine and tyramine act peripherally, primarily by releasing the stores of catecholamines in nerve endings, and since the concentration of amines is raised by MAO inhibitors, profound potentiation of effects such as pressor responses may be expected (*see* below).

MAO inhibitors also interfere with detoxication mechanisms for certain other drugs. They prolong and intensify the effects of central depressant agents, such as general anesthetics, sedatives, antihistamines, alcohol, and potent analgesics; of anticholinergic agents, particularly those used in the treatment of parkinsonism; and of antidepressant agents, especially imipramine and amitriptyline. A serious *hyperpyrexic* reaction occurs after the concomitant use of *meperidine.* This reaction may be mediated by the release of 5-HT, since it does not occur in experimental animals if they are pretreated with inhibitors of 5-HT synthesis.

*Hypertensive crisis* is a most serious *toxic* effect of MAO inhibitors related to drug interaction Hypertensive crises were noted to be associated with the ingestion of cheese in patients receiving MAO inhibitors, particularly tranylcypromine and phenelzine but also other agents in this class. Acting on the suggestion of an alert pharmacist, Blackwell suggested that certain cheeses might contain a pressor amine or substance capable of liberating stored catecholamines (*see* Ayd and Blackwell, 1970). *Tyramine* was soon implicated as the culpable substance. The average meal of natural or aged cheeses contains enough tyramine to provoke a marked rise in blood pressure and other cardiovascular changes. Presumably as a result of hepatic MAO inhibition, tyramine and other monoamines in food or produced by bacteria in the gut escape oxidative deamination in the liver and release catecholamines that are present in supranormal amounts in nerve endings and the adrenal medulla. Other foods implicated in this syndrome include beer, wine, pickled herring, snails, chicken liver, yeast, large quantities of coffee citrus fruits, canned figs, broad beans (which contain dopa), and chocolate and cream or their products. Realistically, since more than 10 mg of tyramine seems to be required to produce significant hypertension, the most dangerous foods are aged cheeses and yeast products used as food supplements (*see* Marley and Blackwell, 1970; Baldessarini, 1977b). Patients being treated with MAO inhibitors and their families should be given a list of foods to be avoided and a general warning about the use of *any* medication by the patient without permission. Care must even be exercised here, since certain depressed patients have used such a list as a compilation of potential suicidal agents.

In certain instances, intracranial bleeding has occurred, and death has sometimes followed. Headache is a common symptom, and fever frequently accompanies the hypertensive episode. Narcotics should never be used for such headaches, and blood pressure should be evaluated immediately when a patient taking an MAO inhibitor reports a severe throbbing headache. There is a clinical similarity of the hypertensive syndrome to that seen in pheochromocytoma. Such episodes may also be encountered when MAO inhibitors are used with sympathomimetic amines, methyldopa, dopamine, and tryptophan. Acute increases in blood pressure can also follow the initial doses of reserpine and adrenergic neuron blocking agents such as guanethidine when these are given concurrently with an MAO inhibitor. It should be noted that tranylcypromine can cause a reaction if administered when the effect of phenelzine is still present. Switching a patient from one MAO inhibitor to another or to a tricyclic antidepressant requires that a rest period of 2 weeks intervenes.

Treatment of the hypertensive crisis is directed at lowering the blood pressure. For this purpose a short-acting α-adrenergic blocking agent (*e.g.,* phentolamine, 2 to 5 mg, intravenously) is recommended. In an emergency, chlorpromazine (50 to 100 mg, intramuscularly) can be used if phentolamine is not at hand; chlorpromazine can even be given to patients to use orally (100 mg) if an intense headache develops and medical help is not available. Fever may be reduced by external cooling.

The actual incidence of serious side effects is very difficult to determine. It has been estimated that by 1970 3.5 million patients had used tranylcypromine and, of these, 50 persons sustained cerebrovascular accidents and 15 died. Coincidental presence of nondrug-induced pathology probably plays an important role. There is no evidence that the relative incidence of hypertensive crises is any greater with tranylcypromine than with the other agents in this class, but the absolute number of patients treated with the latter drugs is considerably smaller. However, tranylcypromine is not recommended for use in patients over 60 years of age, or in those with cardiac disease or hypertension or at risk of stroke; it is questionable whether *any* MAO inhibitor should be used by patients in these categories.

*Therapeutic Uses.* The MAO inhibitors have been used primarily in the treatment of *depression* and certain *phobic-anxiety states.* Their possible use in *narcolepsy* is mentioned above; since the specific indication for their use is not yet clear and their toxicity relatively great, they have been reserved mainly for patients refractory to other treatments. They were at one time employed in the therapy of hypertension The use of MAO inhibitors in psychiatry is discussed below, with other drug treatments for disorders of mood (page 435).

## LITHIUM SALTS

Lithium salts were introduced into psychiatry in 1949 for the treatment of mania. However, they were not accepted in the United States for this use until 1970, in part due to reluctance of American physicians to accept the safety of this treatment. This was the result of reports of severe intoxication with lithium chloride from its use as a sodium substitute. In addition, lack of commercial interest in this inexpensive, unpaten-

used with sympathomi-
dopamine, and trypto-
food pressure can also
serpine and adrenergic
i as guanosthidine when
with an MAO inhibitor.
lcypromine can cause a
when the effect of
witching a patient from
er or to a tricyclic anti-
est period of 2 weeks

ive crisis is directed at
t. For this purpose a
cking agent (e.g., phen-
usly) is recommended.
azine (50 to 100 mg,
if phentolamine is not
even be given to pa-
an intense headache
not available. Fever
ooling.

ous side effects is very
en estimated that by
used tranylcypromine
ined cerebrovascular
cidental presence of
obably plays an im-
nce that the relative
e is any greater with
other agents in this
of patients treated
ably smaller. How-
mmended for use in
n those with cardiac
isk of stroke; it is
inhibitor should be
ries.

O inhibitors have
ment of *depression*
Their possible use
; since the specific
et clear and their
ve been reserved
other treatments.
in the therapy of
aibitors in psychi-
r drug treatments

ed into psychi-
ent of mania.
epted in the
l 1970, in part
physicians to
tent. This was
e intoxication
use as a so-
lack of com-
ive, unpaten-

---

table mineral meant that research to
establish its efficacy in manic-depressive ill-
ness was carried out without industrial sup-
port. Nevertheless, the clinical research sup-
porting the efficacy and safety of lithium salts
for mania and for the prevention of recurrent
attacks of manic-depressive illness is now
highly impressive. Many details of the phar-
macology and uses of lithium salts in psychi-
atry and medicine are reviewed elsewhere
(Baldessarini and Lipinski, 1975; Johnson,
1975; Johnson and Johnson, 1978).

**History.**  Lithium urate is quite soluble, and, ac-
cordingly, lithium salts were used as a treatment of
gout in the nineteenth century. The bromide of lith-
ium was employed in that era as a sedative and
anticonvulsant as well. Thereafter, lithium salts were
little used until the late 1940s, when lithium chloride
was employed as a salt substitute for cardiac and
other chronically ill patients. This ill-advised usage
led to several reports of severe intoxication and
death and to considerable notoriety concerning lith-
ium salts within the medical profession. Cade in
Australia, while looking for toxic nitrogenous sub-
stances in the urine of mental patients for testing in
guinea pigs, administered lithium salts to the animals
in an attempt to increase the solubility of urates.
Lithium carbonate made the animals lethargic, and,
in an inductive leap, Cade gave lithium carbonate to
several agitated or manic psychiatric patients. In
1949, he reported that this treatment seemed to have
a specific effect in mania. For a more detailed ac-
count of the early development of lithium salts in
psychiatric therapeutics, *see* Schou (1957, 1968,
1969) and Ayd and Blackwell (1970).

**Chemistry.**  Lithium is the lightest of the alkali
metals (group Ia); the salts of this monovalent cation
share some characteristics with those of sodium and
potassium, but not others. It is readily assayed in
biological fluids by flame-photometric and atomic-
absorption spectrophotometric methods Traces of
lithium ion occur in animal tissues, but it has no
known physiological role. It is very abundant in
many alkaline mineral-spring waters. Lithium car-
bonate is the salt in therapeutic use in the United
States.

## PHARMACOLOGICAL PROPERTIES

Therapeutic concentrations of lithium
have almost no discernable psychotropic ef-
fects in normal man. It is not a sedative,
depressant, or euphoriant, and this charac-
teristic differentiates lithium from all other
psychotropic agents. The general biology and
pharmacology of the lithium ion have been
reviewed in detail by Shou (1957) The
mechanism of action of lithium as a mood-
stabilizing agent remains unknown, although

---

effects on biological membranes are sus-
pected.

A most important characteristic of the
lithium ion is that it has a relatively small
gradient of distribution across biological
membranes, unlike sodium and potassium;
while it can replace sodium in supporting a
single action potential in a nerve cell, it is not
an adequate "substrate" for the sodium
pump and it cannot, therefore, maintain
membrane potentials. It is uncertain if im-
portant interactions occur between lithium
(at therapeutic concentrations of about
1 mEq per liter) and the transport of other
monovalent or divalent cations by nerve
cells.

**Central Nervous System.**  In addition to
speculations about altered distribution of
ions in the CNS, much attention has centered
on the effects of low concentrations of lith-
ium ion on the metabolism of the biogenic
monoamines that have been implicated in
the pathophysiology of mood disorders. In
animal brain tissue, lithium ion at concen-
trations of 1 to 10 mEq per liter inhibits
the depolarization-provoked and calcium-
dependent release of norepinephrine and
dopamine, but *not* 5-HT, from nerve termi-
nals. It may also slightly alter the re-uptake
and presynaptic storage of catecholamines in
directions consistent with increased inactiva-
tion of the amines. The ion has little effect on
catecholamine-sensitive adenylate cyclase
activity or on the binding of ligands to puta-
tive adrenergic receptors in brain tissue, al-
though there is some evidence that lithium
can inhibit the effects of receptor blocking
agents to cause supersensitivity in such sys-
tems (Pert *et al.*, 1978). Lithium has been
noted to modify hormonal responses medi-
ated by adenylate cyclase in other tissues (*see*
below). The effects of lithium on the distri-
bution of sodium, calcium, and magnesium
and on glucose metabolism have all been
suggested to contribute to the antimanic or
mood-stabilizing effects of the ion, but none
of these hypotheses has been substantiated
(*see* Baldessarini and Lipinski, 1975; Johnson
and Johnson, 1978).

When given to manic patients who charac-
teristically sleep very little, lithium corrects
the sleep disorder as the mania abates. How-
ever, there are no well-established primary

effects of lithium salts on sleep, except for some suppression of REM phases. Treatment with lithium also produces high-voltage slow waves in the human EEG, sometimes with superimposed fast-beta activity. Changes similar to those associated with ECT are occasionally observed and can include marked degrees of epileptiform discharge, even in subjects without a prior history of a seizure disorder (see Itil, 1978).

Absorption, Distribution, and Excretion. Lithium ions are readily and almost completely absorbed from the gastrointestinal tract. Complete absorption occurs in about 8 hours, with peak concentrations in plasma occurring 2 to 4 hours after an oral dose. The ion is initially distributed in the extracellular fluid and then gradually accumulated in various tissues to different degrees. The concentration gradients across cellular membranes are much smaller than those for sodium and potassium. The final volume of distribution is equal to that of total body water. Passage through the blood-brain barrier is slow, but when a steady state is achieved the concentration of lithium in the cerebrospinal fluid is about 40% of the concentration in plasma. There is no evidence of the ion binding to plasma proteins.

Approximately 95% of a single dose of lithium is eliminated in the urine. About one third to two thirds of an acute dose is excreted during a 6- to 12-hour initial phase of excretion, followed by a slow excretion over the next 10 to 14 days. With repeated administration, lithium excretion increases during the first 5 to 6 days until equilibrium is reached between ingestion and excretion. When therapy with lithium is stopped, there is a rapid phase of renal excretion followed by a slow 10- to 14-day phase. Since 80% of the filtered lithium is reabsorbed by the renal tubules, lithium clearance by the kidney is about 20% of that for creatinine, ranging between 15 and 30 ml per minute. This is somewhat lower in elderly patients (10 to 15 ml per minute) and higher in young persons. Sodium loading produces a small enhancement of lithium excretion, but *sodium depletion* promotes a clinically important degree of *retention of lithium.*

Because of the *low therapeutic index* for the lithium ion (as low as 2 or 3), concentrations in plasma or serum must be determined to facilitate the safe use of the drug. This must be done daily in the treatment of acutely manic patients. Indeed, the risks of such early treatment are sufficiently great that it may be wiser to postpone treatment with lithium until some degree of behavioral control and metabolic stability have been attained with antipsychotic drugs. Although the concentration of lithium in blood is usually measured at a trough of the oscillations that result from repetitive administration, the peaks can be two or three times higher than the steady-state concentration. When the peaks are reached, intoxication may result. (This can occur even when concentrations in morning samples of plasma are in the acceptable range of 1 mEq per liter.) Because of the very low margin of safety of the lithium ion and because of its short half-life during initial distribution, *divided daily doses must be used in man* (at least until experimental long-acting preparations are perfected).

While the pharmacokinetics of lithium tends to vary considerably between subjects, it is relatively stable, with time, in the individual patient (Baldessarini and Stephens, 1970). However, well-established regimens can be complicated by occasional periods of sodium loss, such as may occur with an intercurrent medical illness or with excessive sweating; hence, all patients should have plasma concentrations checked at least occasionally. The relatively stable and characteristic pharmacokinetics of the lithium ion in single patients makes it possible to predict dosage requirements of an individual based on the results of administration of a single test dose of lithium carbonate, followed by a single plasma assay 24 hours later (Cooper and Simpson, 1978).

Most of the renal tubular reabsorption of the lithium ion seems to occur in the proximal tubule. Nevertheless, its retention can be increased by any diuretic that leads to sodium depletion (e.g., furosemide, ethacrynic acid, and thiazides) (Himmelhoch *et al,* 1977; Jefferson and Greist, 1979). Renal excretion can be increased somewhat by the administration of osmotic diuretics, acetazolamide, or aminophylline, although this is of little help in the management of lithium-induced toxicity. Triamterene may increase excretion of lithium, suggesting that some reabsorption of the ion may occur in the distal nephron; however, spironolactone does not increase the excretion of lithium.

Less than 1% of ingested lithium leaves the human body in the feces, and 4 to 5% is excreted in the

he drug. This must
:atment of acutely
the risks of such
iently great that it
he treatment with
of behavioral con-
ity have been at-
: drugs. Although
m in blood is usu-
of the oscillations
idministration, the
times higher than
:ation. When the
:ation may result.
: concentrations in
na are in the ac-
:per liter.) Because
safety of the lith-
its short half-life
*divided daily doses*
:east until experi-
irations are· per-

ietics of lithium
between subjects,
time, in the indi-
ii and Stephens,
iblished regimens
isional periods of
:ur with an inter-
r with excessive
nts should have
ked at least occa-
ie and characteri-
ie lithium ion in
issible to predict
individual based
ition of a single
te, followed by a
rs later (Cooper

iabsorption of the
a proximal tubule.
: increased by any
pletion (e.g., furo-
iazides) (Himmel-
ireist, 1979). Renal
het by the admin-
acetazolamide, or
f little help in the
l toxicity. Triam-
ithium, suggesting
may occur in the
ilactone does not

leaves the human
is excreted in the

sweat. Lithium is secreted in saliva in concentrations about twice those in plasma, and this fluid has been used experimentally to monitor lithium concentrations. Since the ion is also secreted in human milk, women should not breast-feed infants; otherwise, lithium intoxication of the child may occur.

## Preparations, Route of Administration, and Dosage.

Preparations currently used in the United States are 300-mg tablets or capsules of $Li_2CO_3$. These include ESKALITH (capsules), LITHANE (tablets), LITHONATE (capsules), LITHOTABS (tablets), and nonproprietary preparations. In Europe and elsewhere different quantities are sometimes prepared (e.g., a 250-mg tablet), and salts other than the carbonate have been used, including a liquid solution of the citrate. The carbonate salt is favored for tablets and capsules because it is relatively less hygroscopic and less irritating to the gut than other salts, especially the chloride. Parenteral administration is never employed. Long-acting, "once-a-day" tablets are under investigation.

Unlike most other drugs, the lithium ion is not prescribed merely by dose. Instead, due to the very low therapeutic index of this agent, determination of the concentration of the drug in blood is crucial, and lithium cannot be used safely in patients who cannot have regular determinations of its concentration in plasma or serum. The concentration that is currently considered to be optimal is between 0.8 and 1.5 mEq per liter; the range of 1.0 to 1.5 mEq per liter is favored for treatment of manic or hypomanic patients; somewhat lower values (0.8 to 1.0 mEq per liter) are considered adequate and safer for long-term use for prevention of recurrent manic-depressive illness. These concentrations refer to blood samples obtained at $10 \pm 2$ hours after the last oral dose of the day. The recommended concentration is often attained by doses of 900 to 1500 mg per day in outpatients and 1200 to 2700 mg per day in hospitalized manic patients; the optimal dose tends to be larger in younger and heavier patients.

## Toxic Reactions and Side Effects.

Lithium therapy is initially associated with a transient increase in the excretion of 17-hydroxycorticosteroids, sodium, potassium, and water. This effect is usually not sustained beyond 24 hours. In the subsequent 4 to 5 days of lithium therapy, the excretion of potassium becomes normal, sodium is retained, and, in some cases, pretibial edema forms. Sodium retention has been associated with increased aldosterone secretion and responds to administration of spironolactone. Edema and sodium retention frequently disappear spontaneously after several days.

A small number of lithium-treated patients develop a benign, diffuse, nontender thyroid enlargement, suggestive of compromised thyroid function. In patients treated with lithium, thyroid [131]I uptake is increased, plasma protein-bound iodine and free thyroxine tend to be slightly low, and thyroid-stimulating hormone (TSH) secretion may be slightly elevated. However, patients usually remain euthyroid and obvious hypothyroidism is rare. In rats, the ion inhibits thyrotropin activation of thyroid adenylate cyclase, and inhibitory effects of lithium have been noted on the synthesis of cyclic AMP in several

other situations (Baldessarini and Lipinski, 1975; Forrest, 1975). It is unknown if there is a cause-and-effect relationship between this action of lithium and any of its subsequent effects. In patients who develop goiter, discontinuation of lithium or treatment with thyroid hormone results in shrinkage of the gland.

Polydipsia and polyuria occur in patients treated with lithium, occasionally to a disturbing degree. Several cases of acquired nephrogenic diabetes insipidus have been reported in patients maintained at therapeutic plasma concentrations of the ion. The polyuria disappears with termination of lithium therapy. The mechanism of this effect may involve inhibition of the action of ADH on renal adenylate cyclase, resulting in decreased ADH stimulation of renal reabsorption of water. However, there is also evidence that lithium may exert an action at a step beyond cyclic AMP synthesis to alter both thyroid and renal function. While there is thus uncertainty of the precise site of action of the cation, its effectiveness in blocking the renal response to ADH has aroused interest in its therapeutic usefulness in the treatment of the syndrome of inappropriate secretion of ADH (White and Fetner, 1975).

The lithium ion also has a weak action on carbohydrate metabolism that resembles somewhat that of insulin. In intact rats, lithium causes an increase in skeletal muscle glycogen accompanied by severe depletion of glycogen from the liver. The mechanisms of action of insulin and lithium probably differ inasmuch as maximal amounts of the two agents produce additive effects on glucose metabolism in the isolated rat diaphragm (Haugaard et al., 1974).

The prolonged use of lithium causes a benign and reversible depression of the T wave of the ECG, an effect not related to depletion of sodium or potassium (Demers and Heninger, 1971).

Lithium causes EEG changes characterized by diffuse slowing, widened frequency spectrum, and potentiation with disorganization of background rhythm. There are conflicting reports with regard to lithium and convulsive disorders. Seizures have been reported in nonepileptic patients with plasma lithium concentrations in the therapeutic range (Baldessarini and Stephens, 1970).

An increase in circulating leukocytes occurs during the chronic use of lithium and is reversed within 1 week after termination of treatment.

Allergic reactions such as dermatitis and allergic vasculitis can occur with lithium administration.

The occurrence of toxicity is related to the plasma lithium concentration and its rate of rise following administration. Acute intoxication is characterized by vomiting, profuse diarrhea, ataxia, coma, and convulsions. Symptoms of milder toxicity that are most likely to occur at the absorptive peak of lithium include nausea, vomiting, abdominal pain, diarrhea, sedation, and fine tremor. The more serious effects involve the nervous system and consist in mental confusion, hyperreflexia, gross tremor, dysarthria, seizures, and cranial-nerve and focal neurological signs, progressing to coma and death (Saron and Gaind, 1973). Other toxic effects are cardiac arrhythmias, hypotension, and albuminuria. In pregnancy, concomitant use of natriuretics and low-sodium diets is the most common cause of maternal

and neonatal lithium intoxication (Goldfield and Weinstein, 1973), and during post-partum diuresis one can anticipate potentially toxic retention of lithium by the mother. The use of lithium in pregnancy has been associated with neonatal goiter, CNS depression, hypotonia, and cardiac murmur. All these conditions reverse with time. More ominously, however, recent epidemiological data suggest that the use of lithium in early pregnancy may be associated with a severalfold increase in the incidence of cardiovascular anomalies of the newborn (especially Ebstein's malformation) (see Goldberg and DiMascio, 1978). For these reasons, the safety of lithium salts in pregnancy is at least uncertain, and such use is not recommended.

Examination of renal biopsies from patients exposed to lithium carbonate for periods ranging from less than one to several years has revealed degenerative changes and inflammatory responses in the kidney. These include swelling, deformation, and apparent destruction of the nephron. Since attempts to demonstrate significant losses of glomerular or tubular renal function have not been convincing, the significance of these observations remains in doubt. Renal function should be evaluated at least semiannually in patients receiving chronic therapy with lithium (see Jefferson and Greist, 1979).

*Treatment of Lithium Intoxication.* Since there is no specific antidote for lithium intoxication, treatment is supportive. If renal function is adequate, excretion can be accelerated slightly with osmotic diuresis and intravenous sodium bicarbonate solution. Dialysis is probably the most effective means of removing the ion from the body and should be considered in severe poisonings When the concentration of lithium in plasma is lowered by dialysis or other means, recovery is still slow. This suggests that the intracellular concentration of lithium may be the prime determinant of the appearance of clinical toxicity

Interactions with Other Drugs. Interactions between lithium and diuretics have been discussed above. Compensation should also be made for abnormal sodium loss, such as that caused by increased sweating or diarrhea. Lithium decreases the pressor response to norepinephrine in man. Thiazide diuretics may correct the nephrogenic diabetes insipidus caused by lithium (see Chapter 37). Lithium is often used in conjunction with antipsychotic and antidepressant drugs. Several case reports have suggested a risk of increased CNS toxicity of lithium when it is combined with haloperidol; this is, however, at variance with more than a decade of experience with this combination in Europe (see Tupin and Schuller, 1978). The antipsychotic drugs may block the nausea, which can be a sign of lithium toxicity. Urinary retention due to the anticholinergic effects of the tricyclic antidepressants can become particularly uncomfortable in the presence of a lithium-induced diuresis. There is, however, no absolute contraindication to the concurrent use of lithium and other psychotropic drugs.

Therapeutic Uses. The use of lithium in *manic-depressive illness* is discussed below.

Lithium treatment is ideally conducted only in patients with normal sodium intake and with normal cardiac and renal function. Very occasionally, patients with severe systemic illnesses can be treated with lithium, provided there are sufficiently compelling indications. Its use in medically healthy *adults or adolescents* for *acute mania* or the prevention of *recurrences of bipolar manic-depressive illness* are the only indications currently approved in the United States. In addition, based on compelling evidence of efficacy (see Davis, 1976), it is also sometimes used as an alternative to tricyclic antidepressants in severe recurrent depression (unipolar manic-depressive illness)

Lithium salts have also been tried, with very mixed results, to treat acute depression and a variety of disorders characterized by a recurrent or episodic course. These include premenstrual tension, drug-abuse syndromes including alcoholism, episodic aggression or anger, irregularity of food intake (notably in anorexia nervosa and the Klein-Levin syndrome with hypersomnia and hyperphagia), periodic catatonia (Gjessing's syndrome), and a variety of other neurotic, psychotic, or other behavioral disorders. In addition, lithium has undergone limited evaluation in several neurological disorders (especially Huntington's chorea and tardive dyskinesia), has been tried as an antithyroid agent, and has been used in the syndrome of inappropriate secretion of ADH. These trials have all had mixed results, and they have not led to generally accepted treatments for any of the conditions listed (see Schou, 1978)

## DRUG TREATMENT OF DISORDERS OF MOOD

Disorders of mood (*affective* disorders) are extremely common in general medical practice, as well as in psychiatry. The severity of these conditions covers an extraordinarily broad range, from normal grief reactions to death of a loved one, to severe, incapacitating, and frequently fatal psychosis. The lifetime risk of suicide in primary depression and manic-depressive illness is about 15%. Clearly, not all of the grief, misery, and disappointments of the human condition are indications for medical treatment, and affective disorders have a very high rate of spontaneous remission, provided that sufficient time passes. The antidepressant agents or lithium salts are thus generally reserved for the more severe and incapacitating dis-

y conducted only
dium intake and
nal function. Very
severe systemic
ith lithium, pro-
compelling indi-
healthy *adults or*
or the prevention
*nic-depressive ill-*
*ns* currently ap-
tes. In addition,
lence of efficacy
ometimes used as
antidepressants in
ssion (unipolar

ied, with very mixed
n and a variety of
current or episodic
ral tension, drug-
coholism, episodic
of food intake (no-
e Klein-Levin syn-
erphagia), periodic
, and a variety of
er behavioral dis-
undergone limited
al disorders (espe-
ardive dyskinesia),
gent, and has been
priate secretion of
ad mixed results,
lly accepted treat-
listed (*see* Schou,

e disorders) are
l medical prac-
The severity of
extraordinarily
ief reactions to
re, incapacitat-
hosis. The life-
ary depression
is about 15%.
nisery, and dis-
condition are
ment, and af-
r high rate of
ded that suffi-
ressant agents
rally reserved
pacitating dis-

orders of mood, and the most satisfactory re-
sults tend to occur in patients who have the
more severe illnesses. The data from clinical
research in support of the efficacy of antide-
pressant agents and of lithium are now over-
whelming (*see* Klein and Davis, 1969;
Klerman, 1972; Glassman and Perel, 1973;
Morris and Beck, 1974; Baldessarini, 1977b).
Nevertheless, many shortcomings and prob-
lems continue to be associated with all drugs
used to treat affective disorders. In addition
to less-than-dramatic efficacy in some cases,
virtually all of the drugs used to treat dis-
orders of mood are potentially lethal when
acute overdosage occurs and can cause an
appreciable degree of less severe morbidity
even with careful clinical use.

Despite their recognized limitations, the antide-
pressants and lithium carbonate have a well-estab-
lished and important place in medical practice. Cur-
rently the tricyclic agents are the most widely used
antidepressants. They are all apparently similar in
efficacy for depression, provided that adequate doses
are used for a sufficient period of time. Effective
doses, calculated in terms of imipramine or its
equivalent of a similar drug, are currently estimated
to exceed 100 mg per day, and doses above 200 mg
per day are best reserved for severely ill inpatients.
Since the onset of action of all antidepressant drugs
is delayed for up to 2 or 3 weeks, a trial of treatment
with an adequate dose cannot be judged a failure for
at least 1 month.

Secondary considerations govern the selection of a
specific antidepressant. If some sedation seems de-
sirable early in treatment, amitriptyline or doxepin is
usually selected. If anticholinergic side effects are to
be avoided, desipramine may be a rational choice.
Prior success with a specific agent is an additional
consideration. The tertiary-amino tricyclic antide-
pressants are highly effective and commonly used;
however, if they fail to produce satisfactory results, it
is probably best to change to a secondary amine and
to increase the dose. This advice is based on research
that indicates a complex biphasic relationship be-
tween the concentration of drug in blood and
the clinical response for the demethylated tricyclic
agents (*see* Baldessarini, 1979a).

Disappointing responses to antidepressant therapy
usually result from the use of inadequate doses (*see*
Kline, 1974) or too short a therapeutic trial (*see*
Klerman, 1978). Unless a patient is very debilitated
or unusually sensitive to the side effects of a tricyclic
antidepressant, it is best to begin treatment with
about 50 mg per day and to increase the dose rapidly
to the equivalent of 150 mg per day or more of
imipramine. For severely ill hospitalized patients, the
dose can be raised to the range of 200 to 300 mg per
day, although little added benefit and much more
toxicity are likely to result. It is also wise to avoid
single doses above 150 mg in outpatients. Due to the
high rate of relapse within the first year following
recovery from an acute, severe depressive illness,

treatment is usually continued for at least several
months (*see* Hollister, 1978b; Klerman, 1978; Man-
del and Klerman, 1978). In this phase of treatment,
doses below 100 mg per day of imipramine or its
equivalent are less likely to be effective, and, as an
approximate guideline, 100 to 150 mg per day for 3
to 6 months can be tried. Some physicians have
attempted to discontinue treatment gradually over
several months, in accordance with the clinical re-
sponse observed. In addition to this approach to the
management of the post-recovery phase of acute
depression, there is increasing evidence that the pro-
longed use of a tricyclic agent can have important
ameliorative or preventive effects on recurrent de-
pression (unipolar manic-depressive illness). This
treatment can be considered as an alternative to the
use of lithium carbonate to prevent recurrent de-
pression (*see* Davis, 1976; Klerman, 1978; Mandel
and Klerman, 1978).

While acute mania is a primary indication for the
use of lithium carbonate, it is, in actual practice, an
inferior agent for the management of severe manic
attacks. These episodes represent a serious medical
problem and require urgent hospitalization for the
protection and careful medical management of the
patient. While a few mildly hypomanic patients can
be managed successfully as outpatients with lithium
alone, it is more common to begin treatment of
severely manic patients with large doses of an anti-
psychotic drug (the type selected makes little differ-
ence). As the intake of food and fluids becomes
stable and the patient becomes more cooperative
over 5 to 10 days, lithium can be introduced gradu-
ally and safely. While the long-term benefits of anti-
psychotic drugs in bipolar disorders of mood have
yet to be proven, the preventive effects of lithium
carbonate have become its most compelling clinical
indication. This is most clear with bipolar affective
disorders, but lithium is probably also efficacious in
the prevention of the emergence of recurrent depres-
sion (*see* Davis, 1976; Klerman, 1978). Tricyclic
antidepressants are usually contraindicated in bi-
polar illness, except to treat acute depressive phases,
because of their tendency to provoke a "switch" to
mania or hypomania (Bunney *et al.*, 1972). In view
of the very low therapeutic index for lithium salts, as
well as recent suggestions that they may lead to
degenerative changes in the kidney (*see* above), it is
important to be circumspect when advising a patient
or family to embark on a prolonged regimen involv-
ing lithium. Factors that enter into this decision
include the severity of the illness, the frequency of
recurrence, and the probable reliability of the pa-
tient.

Other forms of treatment of depression have not
been well established or are no longer regularly
employed, with the important exception of ECT,
which remains the most rapid and effective treatment
for severe acute depression and is sometimes lifesav-
ing for acutely suicidal patients (*see* Avery and
Winokur, 1977; Freeman *et al.*, 1978). The MAO
inhibitors are generally inferior to other forms of
treatment in severe depression, based on controlled
trials, although tranylcypromine may be about as
effective as the tricyclic agents (*see* Klein and Davis,
1969). Doses of phenelzine that inhibit MAO activity
in platelets by more than 75 or 80% are probably

436     DRUGS USED IN THE TREATMENT OF ANXIETY     [Chap. 19]

effective (Robinson et al., 1978). Evidence in support of the efficacy of isocarboxazid is poor, and this agent can be considered virtually obsolete (see Hollister, 1978a). Despite the favorable results obtained with tranylcypromine and with doses of phenelzine above 60 mg per day, the toxicity of the former (see above) and the impracticality of MAO assays for most practitioners limit their clinical application. Nevertheless, MAO inhibitors are sometimes tried when a vigorous trial of a tricyclic antidepressant (e.g., 200 to 300 mg daily of imipramine or its equivalent for 4 weeks) has been unsatisfactory and when ECT is refused. In addition, MAO inhibitors may have selective benefits for conditions other than ordinary depression, including neurotic illnesses marked by phobias and anxiety as well as dysphoria (Tyrer et al., 1973) Thus, the indications for the MAO inhibitors are few and must be weighed against their potential toxicity and their complex interactions with many other drugs. Stimulants, with or without added sedatives, are an outmoded treatment for severe psychiatric depression; not only are they ineffective compared to a placebo, but they actually worsen dysphoria and agitation in some patients (see Klein and Davis, 1969; Mandel and Klerman, 1978).

## III. Drugs Used in the Treatment of Anxiety

Sedatives with useful antianxiety effects are consistently among the most commonly prescribed drugs. The appropriate generic term for this group of agents remains uncertain, although there is some reason to suspect that terms such as antianxiety agents, anxiolytics, and tranquilizers represent to some extent wishful thinking and the impact of advertising. With the possible exception of the benzodiazepines (and some of the antihistamines or anticholinergics), most drugs used to treat anxiety are either sedatives or at least have many properties in common with traditional sedatives, such as the barbiturates. Even the benzodiazepines share some of these properties, particularly when high doses are given. The wide diversity of compounds used to treat anxiety greatly complicates attempts to make generalizations about them. Many of these drugs are discussed in other chapters of this text (see Chapters 17, 18, 20, 21, 23, and 26). This section covers only a limited group of agents that are commonly used to treat anxiety and mild dysphoria, and only this use is emphasized. Since the benzodiazepines now dominate this field, they are given the most attention; the

other agents are mentioned only briefly. More extensive reviews of the pharmacology of these drugs, particularly the benzodiazepines, are available (see Ludwig and Potterfield, 1971; Garattini et al., 1973; Greenblatt and Shader, 1974; Baldessarini, 1977b; Chapter 17).

History. Man has sought chemical agents to modify the effects of stress and the feelings of discomfort, tension, anxiety, and dysphoria throughout recorded history Many of these efforts have led to the development of agents that are often classed as sedatives, and the single most widely used of these is one of the oldest—ethanol. In the last century, bromide salts and the barbiturates were introduced into medical practice as sedatives, along with compounds similar in effect to alcohol, including paraldehyde and chloral hydrate. By the 1930s it became apparent that bromides had cumulative toxic effects on the CNS, and their use in medical practice waned, although the availability of bromides in nonprescription preparations, remarkably, still continues. Throughout the early decades of this century, the barbiturates continued to be the dominant antianxiety agents in medical practice; however, by the 1950s, there was great concern with their propensity to induce tolerance, sometimes followed by physical dependence and potentially lethal reactions during withdrawal. These problems strongly colored professional and popular attitudes about sedatives, encouraged the search for safer agents, and appear to contribute to the use of new terms that emphasize their dissimilarities from the barbiturates and related sedatives. Some of this effort led to studies of derivatives of aliphatic polyalcohols; one of these, mephenesin, the o-methyl-phenyl derivative of propanediol, was found to have putative muscle relaxant and sedative properties, but was impractically short acting. Its chemical modifications led directly to the introduction of the propanediol carbamates (meprobamate and congeners) in the early 1950s, along with a variety of other analogs of barbiturates or derivatives of higher alcohols.

Throughout the 1950s, despite enormous popularity of some of these compounds for daytime sedation or for hypnotic effects, an increasing awareness developed that they shared many of the undesirable properties of barbiturates. These included an unclear separation between their useful antianxiety effects and excessive sedation and an impressive propensity to cause physical dependence and severe acute intoxication on overdose. This set the scene for the discovery of chlordiazepoxide in the late 1950s and the introduction of more than a dozen benzodiazepine congeners since that time. This class of sedatives has come to dominate the market and medical practice; in recent years, chlordiazepoxide and diazepam have been among the frontrunners in terms of numbers of prescriptions written for all drugs used in medical practice, accounting for perhaps 75% of approximately 100 million prescriptions for all sedatives annually in the United States alone, at a cost of about 500 million dollars.

oned only briefly.
f the pharmacology
rly the benzodiaze-
Ludwig and Potter-
, 1973; Greenblatt
ldessarini, 1977b;

: chemical agents to
d the feelings of dis-
dysphoria throughout
se efforts have led to
t are often classed as
videly used of these is
the last century, bro-
were introduced into
long with compounds
cluding *paraldehyde*
Is it became apparent
toxic effects on the
practice waned, al-
des in nonprescrip-
y, still continues.
of this century, the
dominant antianxi-
y; however, by the
vith their propensity
ollowed by physical
al reactions during
ngly colored profes-
bout sedatives, en-
ents, and appear to
ns that emphasize
iturates and related
o studies of deriva-
one of these, me-
ivative of propane-
e muscle relaxant
impractically short
led directly to the
arbamates (mepro-
1950s, along with
iturates or deriva-

aormous popular-
daytime sedation
ng awareness de-
f the undesirable
cluded an unclear
ntianxiety effects
essive propensity
severe acute in-
the scene for the
e late 1950s and
xzen *benzodiaze-*
class of sedatives
ad medical prac-
le and diazepam
n terms of num-
l drugs used in
erhaps 75% of
ons for all seda-
one, at a cost of

## BENZODIAZEPINE COMPOUNDS

Six benzodiazepine derivatives are presently available for the treatment of anxiety. In their order of introduction, they are *chlordiazepoxide, diazepam, oxazepam, clorazepate, lorazepam,* and *prazepam*. Although commonly used for treating anxiety, they share other therapeutic indications; these are discussed elsewhere (*see* Index).

**History.** Compounds of this type were initially synthesized in the 1930s. The first successful benzodiazepine, *chlordiazepoxide*, was developed by Sternbach's group at the Roche Laboratories in the late 1950s. Tests in animals indicated that chlordiazepoxide had interesting muscle relaxant, antistrychnine, and spinal reflex-blocking properties. It also produced "taming" of a number of species of animals in doses much lower than those producing ataxia or measurable hypnosis. This "taming" effect in monkeys led to the clinical trial of the drug in man for the determination of antianxiety effects. (For further details, *see* Garattini *et al.*, 1973.)

**Chemistry and Structure-Activity Relationship.** Over 2000 benzodiazepines have been synthesized. The structure-activity relationship of this group has been reviewed by Sternbach (1973). Chlordiazepoxide was the first compound introduced for clinical use, but several useful congeners have been developed. The structures of the six benzodiazepines that are available for treatment of anxiety are shown in Table 19-6.

### PHARMACOLOGICAL PROPERTIES

Chlordiazepoxide and diazepam can be considered prototypical drugs for their class. They have achieved wide use as antianxiety agents but have other therapeutic applications as well.

**Central Nervous System.** *Behavioral and Neurophysiological Effects.* The effects of the benzodiazepines in the relief of anxiety can readily be demonstrated in experimental animals. In conflict punishment procedures, benzodiazepines greatly reduce the suppressive effects of punishment. Positive effects in this experimental model are not seen with antidepressants and antipsychotics. The behavioral effects of antianxiety agents are extensively reviewed by Sepinwall and Cook (1978).

Difficulties in evaluating the therapeutic efficacy of psychotropic drugs in man are particularly great in the case of the antianxiety drugs, owing largely to the contribution

**Table 19-6. BENZODIAZEPINES FOR THE TREATMENT OF ANXIETY**



of nonpharmacological factors to the treatment of anxiety; disparate results have thus been obtained. Many studies have shown that chlordiazepoxide and its congeners are more effective than a placebo in the treatment of varied groups of anxious neurotic patients. However, negative results have also been reported (*see* Klein and Davis, 1969). The clinical popularity of these drugs apparently is the result of a combination of their pharmacological actions, their relative safety, and an extraordinary demand for agents of this type by both doctors and patients.

In common with barbiturates, chlordiazepoxide blocks EEG arousal from stimulation of the brain stem reticular formation. Central depressant actions of diazepam and other benzodiazepines on spinal reflexes occur and are in part mediated by the brain stem reticular system. Like meprobamate and the barbiturates, chlordiazepoxide depresses the duration of electrical afterdischarge in the

limbic system, including the septal region, the amygdala, the hippocampus, and the hypothalamus. These and other limbic and autonomic effects are the focus of particular theoretical interest at the present time, as are observations of potentiation of the effects of GABA or other inhibitory transmitters in the CNS by the benzodiazepines (see Bloom, 1977; Iversen, 1978; Tallman et al., 1980; Chapter 17).

*Effects on Sleep.* Benzodiazepines can be used effectively as hypnotics in conjunction with their use as antianxiety drugs. They seem to have only mild effects to suppress REM periods, but they do have a tendency to suppress the deeper phases of sleep, especially stage 4 (while *increasing* total sleep time). The significance of this is not known, but diazepam has been used in the treatment of "night terrors" that arise out of stage-4 sleep.

*EEG Effects.* The benzodiazepines cause an increase in fast-beta activity with an increase in amplitude of the EEG. This is a pattern similar to that of meprobamate and other sedatives. Virtually all benzodiazepines increase *seizure threshold* and are anticonvulsant. Diazepam is used clinically for this purpose, especially in status epilepticus (see Chapter 20).

**Cardiovascular and Respiratory Systems.** Considerable attention must be paid to the cardiovascular effects of the benzodiazepines since they are used so widely in cardiac patients. Diazepam, in an intravenous dose of 5 to 10 mg, causes a slight decrease in respiration, blood pressure, and left ventricular stroke work. Increase in heart rate and decrease in cardiac output can also occur. The effects are minimal, and it is unlikely that there is significant depression of cardiovascular function when the benzodiazepines are given in usual therapeutic doses by the oral route.

**Skeletal Muscle.** Diazepam is widely used as a muscle relaxant, although controlled studies rarely show any advantage of any benzodiazepine over either placebo or aspirin. Some muscle relaxation occurs after administration of any of the CNS depressants, and there seems to be no particular advantage to any one of them when given by the oral route. (See Chapter 21.)

**Absorption, Fate, and Excretion.** Chlordiazepoxide, oxazepam, and several other benzodiazepines are absorbed relatively slowly following oral administration, and peak concentrations in plasma may not be attained for several hours. In contrast, diazepam is one of the most rapidly absorbed benzodiazepines, reaching peak concentrations in about an hour in adults, but as quickly as 15 to 30 minutes in children. This rapidity of uptake, even after oral administration, may largely account for the euphoriant or intoxicating effect of large doses of diazepam that contributes to its popularity as a "street drug." Most of the benzodiazepines are bound to plasma protein to a great extent (85 to 95%)—a factor that limits the efficacy of dialysis in the treatment of acute poisonings. The apparent volumes of distribution for most benzodiazepines are high—about 1 to 3 liters per kilogram. Secondary peaks in the plasma concentration have been described for several benzodiazepines, for example, at 6 to 12 hours after an oral dose of diazepam. These are most likely due to enterohepatic recirculation (see Morselli, 1977).

The pharmacokinetic parameters that have been reported for these agents may be somewhat misleading for several reasons. Assay technics have not all been of high specificity, and active metabolites can markedly alter the actual biological half-life (e.g., the formation of nordiazepam from diazepam and even from chlordiazepoxide can extend biological half-life by twofold or threefold). The actual kinetics for some benzodiazepines is quite complex and is not easily analyzed by traditional models. Thus, the usually stated half-life for the elimination phase of the drug does not adequately depict the kinetics of the early distributive phase, which can be very important clinically. For example, the distributive (alpha) half-life of diazepam is about 2.5 hours, while the elimination (beta) half-time is about 1.5 days initially and even longer after prolonged treatment. Moreover, while correlations between plasma concentrations of benzodiazepines and clinical effects are imperfect (see Gottschalk, 1978), it is apparent that concentrations in plasma

[Chap. 19]

m when given by
r 21.)

retion. Chlordi-
everal other ben-
relatively slowly
n, and peak can-
not be attained
ast, diazepam is
sorbed benzodi-
incentrations in
as quickly as 15
This rapidity of
inistration, may
oriant or intoxi-
f diazepam that
y as a 'street
idiazepines are
great extent (85
s the efficacy of
cute poisonings.
listribution for
h—about 1 to 3
ry peaks in the
been described
for example, at
se of diazepam.
· enterohepatic
177).

leters that have
s may be some-
reasons. Assay
iigh specificity,
narkedly alter
(e.g., the for-
diazepam and
un extend bio-
hreefold). The
jodiazepines is
y analyzed by
usually stated
ise of the drug
kinetics of the
n can be very
iple, the dis-
diazepam is
ination (beta)
ially and even
it. Moreover,
sma concen-
d clinical ef-
alk, 1978), it
s in plasma

that border on twice the values usually considered to be effective are associated with undesirable degrees of sedation (see Morselli, 1977). For this reason, the benzodiazepines are *not* effectively or safely given once a day, despite their relatively long elimination half-lives; doses should be divided in two to four portions for the treatment of daytime anxiety.

With the probable exception of oxazepam and lorazepam, which are primarily conjugated with glucuronic acid to form inactive metabolites, the benzodiazepines used for anxiety are typically converted to active metabolites. Most of these are products of hepatic microsomal enzymatic activity, which leads to N-dealkylated or otherwise-oxidized products. In addition, clorazepate, which is probably inert as such, is converted nonenzymatically in gastric acid to an active metabolite, desmethyldiazepam or *nordiazepam*, which is also an active metabolite of chlordiazepoxide and diazepam. The benzodiazepines as a class tend to have minimal pharmacokinetic interactions with other drugs, with the exception of the MAO inhibitors. The *premature neonate* and the elderly may have half-lives for diazepam that are three or four times longer than those of young adults, children, or even full-term neonates. In addition, severe hepatic disease can increase the half-life of diazepam by a factor of two to five. Since formation of glucuronide is not restricted to hepatic microsomes, oxazepam and lorazepam may be safer agents for those with severely impaired hepatic function; they may also be safer for elderly patients, if only because of their relatively short duration of action. Most of the benzodiazepines are excreted almost entirely in the urine and in the form of oxidized and glucuronide-conjugated metabolites.

Information on the pharmacokinetic properties and metabolism of the benzodiazepines is described by Garattini and associates (1973), Greenblatt and Shader (1974), Morselli (1977), Gottschalk (1978), and Hollister (1978a); see also Appendix II.

**Tolerance and Physical Dependence.** High doses of benzodiazepines must be given for long periods of time and then abruptly withdrawn before marked withdrawal symp-

toms, including seizures, appear (see Allquander, 1978). Habituation can occur; however, because of the long half-lives and conversion to active metabolites, *withdrawal symptoms* after chronic use may not appear for a week after abrupt discontinuation of the drug. In most instances after usual doses, there is no withdrawal syndrome.

**Toxic Reactions and Side Effects.** The expected side effects of CNS depressants of drowsiness and ataxia are extensions of the pharmacological actions of these drugs. With diazepam, antianxiety effects can be expected at blood concentrations of 400 to 600 ng/ml, while some sedative effects and psychomotor impairment begin at concentrations just over 300 to 400 ng/ml, and gross CNS intoxication can be expected at concentrations over 900 to 1000 ng/ml (see Morselli, 1977). Therapeutic concentrations of chlordiazepoxide approximate 700 to 1000 ng/ml.

An *increase* in hostility and irritability, as well as vivid or disturbing dreams, is often reported as possible effects of the benzodiazepines, with the possible exception of oxazepam. Equally paradoxical is an *increase* in anxiety. Such a response is especially likely to occur in patients who feel threatened by being dulled by the sedative effects of antianxiety agents. Both psychoses and sudden suicidal impulses have occasionally been reported in patients receiving high doses of benzodiazepines, although their significance is obscure in many cases. On the other hand, one of the most common causes of reversible *confusional states in the elderly* is surely the *overuse of sedatives* of all kinds, including what would ordinarily be referred to as "small" doses of benzodiazepines.

In general, the clinical toxicity of the benzodiazepines is low. Weight gain, which may be the result of renewed appetite, occurs in some patients. Many of the side effects reported for these drugs so overlap with symptoms of anxiety that unless a careful history is taken one is hard put to ascribe these effects to the drug. Among the other toxic reactions seen with chlordiazepoxide are skin rash, nausea, headache, impairment of sexual function, vertigo, and light-headedness. Agranulocytosis has also been reported rarely. Menstrual irregularities have been

noted, and women may fail to ovulate while taking benzodiazepines.

Overdosage with the benzodiazepines is frequent, but serious sequelae are rare unless other drugs or ethanol are also administered. A few deaths have been reported at doses greater than 700 mg of diazepam or chlordiazepoxide. The striking advantage of this group of drugs is the remarkable margin of safety. Treatment for overdosage is purely supportive of respiratory and cardiovascular function.

The question of teratogenic effects of benzodiazepines or other toxic effects on the fetus is controversial (*see* Safra and Oakley, 1975; Morselli, 1977; Goldberg and DiMascio, 1978). The most persistent, but unproven, suggestion has been that there may be a small increase in the risk of midline cleft deformities of the lip or palate, although these remain well below the overall risk of birth defects (about 2% in the general population) and are correctable by surgery. It is clear that benzodiazepines depress CNS function in the neonate, and especially in the premature newborn. Concentrations of these drugs in umbilical cord blood may exceed those in the maternal circulation; as mentioned, the fetus and newborn are much less able to metabolize benzodiazepines than are adults.

**Interactions with Other Drugs.** These are infrequent with the benzodiazepines, and, except for an additive effect with other CNS depressants, they are usually not significant. Heavy cigarette smoking may decrease the effectiveness of usual doses of these drugs. The ability of benzodiazepines to induce the hepatic metabolism of other agents is much smaller than that of many other sedatives, especially the barbiturates.

**Preparations, Routes of Administration, and Dosage.** These are presented in Table 19-7.

**Therapeutic Uses.** The benzodiazepines are used in the treatment of *anxiety* (see below). In addition, chlordiazepoxide has been widely employed in the treatment of *alcohol withdrawal syndromes* (see Chapter 23). The substitution of an antianxiety agent for alcohol in chronic alcoholism is a common practice, but this does not appear significantly to reduce alcohol intake or in any way to be an effective treatment of alcoholism. Other uses are as premedication in *anesthesia*, and in *obstetrics* during labor (see Chapters 13 and 14).

Table 19-7.  BENZODIAZEPINES USED FOR ANXIETY: PREPARATIONS, DOSAGE FORMS, AND DOSES

| NONPROPRIETARY NAME | TRADE NAMES | DOSAGE FORMS * (mg) | USUAL DAILY DOSE (mg) † | EXTREME DAILY DOSES (mg) |
|---|---|---|---|---|
| Chlordiazepoxide, U.S.P. | LIBRITABS | (T)5,10,25 | 15–60 | 10–100 |
| Chlordiazepoxide Hydrochloride, U.S.P § | LIBRIUM, A-POXIDE, SK-LYGEN | (T)5,10,25 (C)5,10,25 (A)100/2 ml | 15–60 50–100(i.v. per dose) | 10–100 300(i.v.) |
| Clorazepate dipotassium ‡ | TRANXENE | (C)3.75,7.5,15 | 30 | 7.5–90 |
| Clorazepate monopotassium | AZENE | (C)3.25,6.5,13 | 13–52 | 6.5–78 |
| Diazepam, U.S.P. § | VALIUM | (T)2,5,10 (A)10/2 ml (V)50/10 ml (S)10/2 ml | 4–40 2–20(i.v. per dose) | 2–40 30(i.v.) |
| Lorazepam | ATIVAN | (T)0.5,1,2 | 2–6 | 1–10 |
| Oxazepam, U.S.P. | SERAX | (C)10,15,30 (T)15 | 30–60 | 30–120 |
| Prazepam | VERSTRAN | (T)10 | 20–40 | 10–60 |

* T = tablet; C = capsule; A = ampule; V = vial; S = syringe.

† The daily doses are given as total milligrams per day, assuming doses are divided into two to four portions per day. All doses are for adults or adolescents. For children 6 to 12 years of age, chlordiazepoxide may be given in divided daily doses of 10 to 30 mg. Diazepam may be given in divided daily doses of 3 to 10 mg to children over 6 months of age. For younger children, consult the manufacturer's instructions.

‡ Clorazepate dipotassium is also available as slow-release tablets (TRANXENE-SD), containing either 11.5 or 22.5 mg, to be taken once daily.

§ Parenteral preparations are available only for chlordiazepoxide hydrochloride and diazepam; intramuscular administration is not advisable; for details concerning intravenous use, see the manufacturer's instructions.

culation; as men-
orn are much less
iazepines than are

Drugs. These are
odiazepines, and,
t with other CNS
ly not significant.
nay decrease the
s of these drugs.
nes to induce the
x agents is much
other sedatives,

istration, and Dos-
ble 19–7.

iazepines are used
elow). In addition,
y employed in the
iL–syndromes. (see
n antianxiety agent
is a common prac-
ifecantly to reduce
an effective treat-
: as premedication
during labor (see

s,

| EXTREME DAILY DOSES (mg) |
|---|
| 10–100 |
| 10–100 |
| 300(i.v.) |
| 7.5–90 |
| 6.5–78 |
| 2–40 |
| 30(i.v.) |
| 1–10 |
| 30–120 |
| 10–60 |

· day. All doses are
es of 10 to 30 mg,
ildren, consult the

.5 mg, to be taken

ministration is not

---

Diazepam has also been employed as a skeletal muscle relaxant. It has been used successfully in the treatment of tetanus in the intravenous dose of 2 to 20 mg at intervals of 2 to 8 hours. In conventional doses it has been claimed, but not proven, to relieve the muscular spasticity of upper motoneuron disorders. On the other hand, there is evidence from controlled studies that diazepam is effective in relieving spasticity and athetosis in patients with cerebral palsy. The use of diazepam in cardioversion is well documented. Diazepam is also employed in the management of seizure disorders and a number of other medical, neurological, and surgical conditions, about which there is further information in Chapters 17 and 20.

## OTHER SEDATIVES USED FOR ANXIETY

Many other classes of drugs that act on the CNS have been used in the past for daytime sedation and the treatment of anxiety. Many of these uses are now virtually obsolete. They include that of the propanediol carbamates (notably, meprobamate), the barbiturates (which still have medical uses and are discussed in Chapter 17), many other pharmacologically similar nonbarbiturates, and yet another group of drugs that are sometimes called "sedative-autonomic" agents; the last-named group includes certain antihistamines and anticholinergic agents, some of which are included in nonprescription and prescription sedatives. Many of the dosage forms and usual doses of these are provided in Table 17–2 (page 350), and others are discussed elsewhere (see Chapter 26). The demise of most of these agents in modern psychiatric practice is due to the many problems associated with the use of traditional sedatives; these particularly include their tendency to cause unwanted degrees of sedation or frank intoxication and their liability to produce tolerance, physical dependence, and severe withdrawal reactions. However, it is worth noting that some of these agents are relatively safe and have rarely been abused. These include some of the "sedative-autonomic" agents, such as diphenhydramine, which is still used occasionally, especially in pediatric practice.

## DRUG TREATMENT OF ANXIETY

Anxiety is not only a cardinal symptom of many psychiatric disorders but also an almost-inevitable component of many medical and surgical conditions. Indeed, it is a universal human emotion, closely allied with appropriate fear, and often serving psychobiologically adaptive purposes. A most important clinical generalization is that anxiety is rather infrequently a "disease" in itself, although in truth the anxiety associated with many of the psychoneurotic disorders often

seems to have an incomprehensible life of its own, not readily explained by biological or psychoanalytical investigation. On the other hand, anxiety is often associated with medical or psychiatric problems that can readily be diagnosed and effectively treated. Sometimes, despite a thoughtful evaluation of a patient, no treatable primary illness is found, or, if one is found and treated, it may be desirable to deal directly with the anxiety at the same time. In such situations, antianxiety medications are frequently and appropriately used.

Currently, the most useful drugs seem to be the benzodiazepines. The specific drug chosen seems to make little difference, although the older agents, because of their long tenure, have been more thoroughly investigated. In patients with impaired hepatic function or in the elderly, oxazepam is currently favored; since lorazepam has similar characteristics, it may be a suitable alternative. Only chlordiazepoxide and diazepam have been used extensively in children.

Clinical experience strongly indicates that the most favorable responses to the benzodiazepines are obtained in situations that involve relatively acute anxiety reactions in medical or psychiatric patients who have either modifiable primary illnesses or primary anxiety neuroses. However, this group of anxious patients also has a high response rate to placebo and is the group most likely to undergo spontaneous improvement. Antianxiety drugs are also used in the management of more persistent or recurrent anxiety associated with the neuroses; guidelines for their appropriate use are less clear in these situations. Although there is a great deal of concern about the potential for habituation and abuse of sedatives, recent studies have suggested that physicians tend to be conservative and may even undertreat patients with anxiety. They may either withhold drug unless symptoms or dysfunction are severe or interrupt treatment within a few weeks, causing a high proportion of relapses (see Rickels et al, 1978). However, patients with very long-lasting or persistent patterns of dissatisfaction or insecurity or those who have diagnosable character disorders (see American Psychiatric Association, 1968, 1979) may be particularly difficult to treat successfully with antianxiety agents. They may be at higher risk of a gradual escalation of dose, physical dependence, or impulsive overdosing. Nevertheless, the few data available suggest that such abuses are relatively infrequent or, when one considers the millions of patients using such drugs, even rare (see Frazier, 1978).

Other agents have been tried experimentally in anxiety. β-Adrenergic antagonists have been used in an attempt to block the peripheral autonomic manifestations of anxiety, but controlled trials are few and

442     DRUGS AND THE TREATMENT OF PSYCHIATRIC DISORDERS     [Chap. 19]

generally do not show better results than those obtained with the benzodiazepines (see Frazier, 1978). Other methods of treatment, including psychotherapy and behavioral technics, are discussed by Frazier (1978). There are important, nonpharmacological factors that bear on the use and effects of antianxiety drugs. Discussions of the nonspecific and placebo aspects of such treatment are provided by Wolf (1959), Rickels (1968), Baldessarini (1977b), and Rickels and associates (1978). The general topic of the evaluation and treatment of anxiety is well reviewed by Cole and Davis (1975), Frazier (1978), and Rickels and associates (1978); aspects of the abuse of sedatives are reviewed by Mutler (1972) and Frazier (1978). Useful guidelines for the safe and rational use of sedatives in general practice are provided by an American Medical Association Committee (1974). The current status of some of the effective sedative-antianxiety agents as federally controlled substances is reviewed in Appendix I.

Alexander, C. S., and Nino, A. Cardiovascular complications in young patients taking psychotropic drugs. *Am. Heart J.*, 1969, 78, 757-769.

Alexanderson, B., and Sjöqvist, F. Individual differences in the pharmacokinetics of monomethylated tricyclic antidepressants: role of genetic and environmental factors and clinical importance *Ann. N.Y. Acad. Sci.*, 1971, 179, 739-751

American College of Neuropsychopharmacology Task Force. Drug therapy: neurological syndromes associated with antipsychotic drug use *N. Engl. J. Med.*, 1973, 289, 20-23.

American Medical Association Committee on Alcoholism and Drug Dependence. Barbiturates and barbiturate-like drugs. Considerations in their medical use. *J.A.M.A.*, 1974, 230, 1440-1441.

Anderson, W. H., and Kuehnle, J. C. Strategies for the treatment of acute psychosis. *J.A.M.A.*, 1974, 229, 1884-1889.

Avery, D., and Winokur, G. The efficacy of electroconvulsive therapy and antidepressants in depression. *Biol. Psychiatry*, 1977, 12, 507-523.

Ayd, F. J., Jr. A critical appraisal of chlordiazepoxide. *J. Neuropsychiatr.*, 1962, 3, 177-180.

Baldessarini, R. J. Schizophrenia *N. Engl. J. Med.*, 1977a, 297, 988-995.

Baldessarini, R. J., and Golenberg, A. J. Use of physostigmine in antidepressant-induced intoxication. *Am. J. Psychiatry*, 1979, 136, 1608-1609.

Baldessarini, R. J., and Stephens, J. H. Clinical pharmacology and toxicology of lithium salts. *Arch. Gen. Psychiatry*, 1970, 22, 72-77.

Baldessarini, R. J., and Willmuth, R. L. Psychotic reactions during imipramine therapy. *Can. Psychiatr. Assoc. J.*, 1968, 13, 571-573.

Berger, F. M. The pharmacological properties of 2-methyl-2-n-propyl-1,3 propanediol dicarbamate (miltown), a new interneuronal blocking agent *J. Pharmacol. Exp. Ther.*, 1954, 112, 413-423.

Bigger, J. T.; Giardina, E. G.; and Perel, J. J. Cardiac antiarrhythmic effects of imipramine hydrochloride. *N. Engl. J. Med.*, 1977, 296, 206-208.

Blackwell, B.; Stefopoulos, A.; and Enders, P. Anticholinergic activity of two tricyclic antidepressants. *Am. J. Psychiatry*, 1978, 135, 722-724

Bloom, F. E. Neural mechanisms of benzodiazepine action. *Am. J. Psychiatry*, 1977, 134, 669-672.

Bojanovsky, J., and Tölle, R. Dihydroergotamin gegen die Kreislaufwirkungen der Thymoleptika. *Dtsch. Med. Wochenschr.*, 1974, 99, 1064-1065.

Boston Collaborative Drug Surveillance Program. Adverse reactions to tricyclic-antidepressant drugs *Lancet*, 1972, 1, 529-530.

Bugemann, J.; Verbruggen, F; Dom, J.; and Schuermans, V. Prolactin, phenothiazines and admission to mental hospital, and carcinoma of the breast. *Lancet*, 1973, 3, 502-503.

Bunney, B. S., and Aghajanian, G. K. Mesolimbic and mesocortical dopaminergic systems: physiology and pharmacology. In *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 159-169.

Bunney, B. S.; Walters, J. R.; Roth, R. H.; and Aghajanian, G. K. Dopaminergic neurons: effect of antipsychotic drugs and amphetamine on single cell activity. *J. Pharmacol. Exp. Ther.*, 1973, 185, 560-571.

Bunney, W. E., Jr.; Murphy, D. L.; and Goodwin, F. K. The "switch process" in manic-depressive illness *Arch. Gen. Psychiatry*, 1972, 27, 295-302.

Burrows, G. D.; Vohra, J.; Hunt, D; Sloman, J. G.; Scoggins, B. A.; and Davies, B. Cardiac effects of different tricyclic antidepressant drugs. *Br. J. Psychiatry*, 1976, 129, 335-341.

Buyze, G.; Egberts, P.; Muuse, R; and Poslavsky, A. Blood levels of thioridazine and some of its metabolites in psychiatric patients. *Psychiatr. Neurol. Neurochir.*, 1973, 76, 229-239

Cade, J. F. J. Lithium salts in the treatment of psychotic excitement. *Med. J. Aust.*, 1949, 2, 349-352.

Campbell, M. Psychopharmacology in childhood psychosis. *Int. J. Ment. Health*, 1975, 4, 238-254.

Carlsson, A. Mechanism of action of neuroleptic drugs. In *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1057-1070.

Carlsson, A., and Lindqvist, M. Effect of chlorpromazine and haloperidol on formation of 3-methoxytyramine and normetanephrine in mouse brain. *Acta Pharmacol. Toxicol. (Kbh.)*, 1963, 20, 140-144.

Carpenter, W. T., Jr.; Strauss, J. S.; and Bartko, J. J. Flexible system for the diagnosis of schizophrenia: report from the WHO international pilot study of schizophrenia. *Science*, 1973, 182, 1275-1277.

Clark, M. L; Ray, T. S.; Paredes, A.; Ragland, R. E; Costiloe, J. P.; Smith, C. W.; and Wolf, S. Chlorpromazine in women with chronic schizophrenia: the effects on cholesterol levels and cholesterol-behavioral relationships *Psychosom. Med.*, 1967, 29, 634-642.

Clement-Cormier, Y. C.; Kebabian, J. W.; Petzold, G. L.; and Greengard, P. Dopamine-sensitive adenylate cyclase in mammalian brain: a possible site of action of antipsychotic drugs. *Proc. Natl. Acad. Sci. U.S.A.*, 1974, 71, 1113-1117.

Cook, L., and Weidley, E. Behavioral effects of some psychopharmacological agents. *Ann. N.Y. Acad. Sci.*, 1957, 66, 740-752.

Cooper, T. B., and Simpson, G. M. Kinetics of lithium and clinical response. In *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 923-931.

Courvoisier, S.; Fournel, J.; Ducrot, R.; Kolsky, M.; and Koetschet, P. Propriétés pharmacodynamiques du chlorhydrate de chloro-3(dimethylamino-3'propyl)-10 phenothiazine (4560 RP). *Arch. Int. Pharmacodyn. Ther.*, 1953, 92, 305-361.

Crane, G. E. Iproniazid (MARSILID) phosphate, a therapeutic agent for mental disorders and debilitating disease. *Psychiatr. Res. Rep.*, 1959, 8, 142-152.

———. Clinical psychopharmacology in its 20th year. *Science*, 1973, 181, 124-128.

Creese, J.; Burt, D.; and Snyder, S. H. Biochemical actions of neuroleptic drugs: focus on dopamine receptor. In

*Handbook of Psychopharmacology*, Vol. 10 (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 37–89.

Crews, F. T., and Smith, C. B. Presynaptic alpha-receptor subsensitivity after long-term antidepressant treatment *Science*, 1978, *202*, 322–324.

Crome, P.; Dawling, S.; and Braithwaite, R. A. Effect of activated charcoal on absorption of nortriptyline *Lancet*, 1977, *2*, 1203–1205.

Davies, R. K.; Tucker, G. J.; Harrow, M.; and Detre, T. P. Confusional episodes and antidepressant medication. *Am. J. Psychiatry*, 1971, *128*, 127

Delay, J., and Deniker, P. Trente-huit cas de psychoses traitées par la cure prolongée et continue de 4560 R.P. Le Congrès des Al. et Neurol. de Langue Fr. In, *Compte rendu du Congrès*. Masson et Cie, Paris, 1952.

Demers, R. G., and Heninger, G. R. Electrocardiographic T-wave changes during lithium carbonate treatment. *J.A.M.A.*, 1971, *218*, 381–386.

DeMontigny, C., and Aghajanian, G. K. Tricyclic antidepressants: long-term treatment increases responsivity of rat forebrain neurons to serotonin. *Science*, 1978, *202*, 1303–1305.

DiMascio, A.; Heninger, G.; and Klerman, G. L. Psychopharmacology of imipramine and desipramine: a comparative study of their effects in normal males *Psychopharmacologia*, 1964, *5*, 361–371.

Dimond, R. C.; Brammer, S. R.; Atkinson, R. L., Jr.; Howard, W. J.; and Earll, J. M. Chlorpromazine treatment and growth hormone secretory responses in acromegaly. *J. Clin. Endocrinol. Metab*, 1973, *36*, 1189–1195

Dobkin, A. B.; Gilbert, R. G. B.; and Lamoureux, L. Physiological effects of chlorpromazine. *Anaesthesia*, 1954, *9*, 157–174.

DuComb, L., and Baldessarini, R. J. Timing and risk of bone marrow depression by psychotropic drugs *Am. J. Psychiatry*, 1977, *134*, 1294–1295.

Erle, G.; Basso, M.; Federspil, G.; Sicolo, N.; and Scandellari, C. Effect of chlorpromazine on blood glucose and plasma insulin in man. *Eur. J. Clin. Pharmacol*, 1977, *11*, 15–18.

Feinberg, A. P., and Snyder, S. H. Phenothiazine drugs: structure activity relationships explained by a conformation that mimics dopamine. *Proc. Natl. Acad. Sci U.S.A*, 1975, *72*, 1899–1903.

Feinsilver, D., and Gunderson, J. Psychotherapy for schizophrenics—is it indicated? *Schizophr. Bull*, 1972, *6*, 11–23.

Forrest, J. J., Jr. Lithium inhibition of cAMP-mediated hormones: a caution. *N. Engl J. Med*, 1975, *292*, 423–424.

Forsman, A., and Öhman, R. On the pharmacokinetics of haloperidol. *Nord. Psykiatr. Tidskr*. 1974, *38*, 441–448.

Freeman, C. P.; Basson, J. V.; and Crighton, A. Double-blind controlled trial of electroconvulsive therapy (ECT) and simulated ECT in depressive illness *Lancet*, 1978, *1*, 738–740.

Frohman, L. A. Clinical neuropharmacology of hypothalamic releasing factors. *N. Engl. J. Med*, 1972, *286*, 1391–1398.

Gardos, G., and Cole, J. O. Maintenance antipsychotic therapy: is the cure worse than the disease? *Am. J. Psychiatry*, 1976, *133*, 32–36.

Glassman, A. H.; Perel, J. M.; Shostak, M.; Kantor, S. J.; and Fleiss, J. L. Clinical implications of imipramine plasma levels for depressive illness. *Arch. Gen Psychiatry*, 1977, *34*, 197–204.

Goldberg, E. B., and Thornton, W. E. Combined tricyclic-MAOI therapy for refractory depression: a review with guidelines for appropriate usage *J. Clin. Pharmacol*, 1978, *18*, 143–147.

Goldfield, M. D., and Weinstein, M. R. Lithium carbonate in obstetrics: guidelines for clinical use. *Am. J. Obstet. Gynecol*, 1973, *116*, 15–22

Gottschalk, L. A. Pharmacokinetics of the minor tranquilizers and clinical response. In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 975–985.

Gottschalk, L. A.; Biener, R.; Noble, E.; Birch, H.; Wilbert, D.; and Heiser, J. Thioridazine plasma levels and clinical response. *Comp. Psychiatry*, 1975, *16*, 323–337.

Gram, L. F.; Christiansen, J.; and Overo, K. F. Pharmacokinetic interaction between tricyclic antidepressants and other psychopharmaca *Acta Psychiatr. Scand*. [Suppl.], 1973, *243*, 52–53.

Granacher, R. P., and Baldessarini, R. J. Physostigmine in the acute anticholinergic syndrome associated with antidepressant and antiparkinson drugs. *Arch. Gen. Psychiatry*, 1975, *32*, 375–380.

Grinspoon, L.; Ewalt, J. R.; and Shader, R. Psychotherapy and pharmacotherapy in chronic schizophrenia. *Am. J. Psychiatry*, 1968, *124*, 1645–1652.

Growdon, J. H.; Gelenberg, A. J.; Doller, J.; Hirsch, M. J.; and Wurtman, R. J. Lecithin can suppress tardive dyskinesia. *N. Engl. J. Med*, 1978, *298*, 1029–1030.

Grünthal, E. Untersuchungen über die besondere psychologische Wirkung des Thymolepticums TOFRANIL. *Psychiatr.-Neurol. Wochenschr*, 1958, *136*, 402–408.

Hardesty, A. S., and Burdock, E. I. Quantitative clinical evaluation in psychopharmacology. In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 871–878.

Haugaard, E. S.; Mickel, R.; and Haugaard, N. Actions of lithium ions and insulin on glucose utilization, glycogen synthesis and glycogen synthase in the isolated rat diaphragm *Biochem. Pharmacol*, 1974, *23*, 1675–1685.

Himmelhoch, J. M.; Poust, R. I.; and Mallinger, A. G. Adjustment of lithium dose during lithium-chlorothiazide therapy. *Clin. Pharmacol. Ther*, 1977, *22*, 225–227.

Hirsch, S. R.; Gaind, R.; Rohde, P. D.; Stevens, B. C.; and Wing, J. K. Outpatient maintenance of chronic schizophrenic patients with long-acting fluphenazine: double blind placebo trial. *Br. Med. J*, 1973, *1*, 633–637.

Hogarty, G. E., and Ulrich, R. F. Temporal effects of drug and placebo in delaying relapse in schizophrenic outpatients. *Arch. Gen. Psychiatry*, 1977, *34*, 297–301.

Iwahara, S.; Iwasaki, T.; and Hasegawa, Y. Effects of chlorpromazine and homofenazine on a passive avoidance response in rats. *Psychopharmacologia*, 1968, *13*, 320–331.

Jacobson, G.; Baldessarini, R. J.; and Manschreck, T. Tardive and withdrawal dyskinesia associated with haloperidol *Am. J. Psychiatry*, 1974, *131*, 910–913.

Janowsky, D. S.; El-Yousef, M. K.; Davis, J. M. Acetylcholine and depression *Psychosom. Med*, 1974, *36*, 248–257.

Jus, K.; Jus, A.; Gautier, J.; Villeneuve, A.; Pires, P.; Pineau, R.; and Villeneuve, R. Studies of the actions of certain pharmacological agents on tardive dyskinesia and on the rabbit syndrome. *Int. J. Clin. Pharmacol*, 1974, *9*, 138–145.

Klein, D. F.; Zitrin, C. M.; and Woerner, M. Antidepressants, anxiety, panic, and phobia. In, *Psychopharmacology. A Generation of Progress* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1401–1410.

Klerman, G. L. Drug therapy of clinical depressions. *J. Psychiatr. Res*, 1972, *9*, 253–270.

Kline, N. S. Clinical experience with iproniazid (MARSILID). *J. Clin. Exp. Psychopathol*, 1958, *19*, Suppl., 72–78.

——— Antidepressant medications: a more effective use by general practitioners, family physicians, internists and others. *J.A.M.A.*, 1974, *227*, 1158–1160.

Kolodny, H. D.; Sherman, L.; Singh, A.; Kim, S.; and

444   DRUGS AND THE TREATMENT OF PSYCHIATRIC DISORDERS   [Chap. 19]

Benjamin, F. Acromegaly treated with chlorpromazine. *N. Engl. J. Med.*, 1971, *284*, 819–822.

Kuhn, R. The treatment of depressive states with G22355 (imipramine hydrochloride). *Am. J. Psychiatry*, 1958, *115*, 459–464.

Laborit, H.; Huguenard, P.; and Alluaume, R. Un nouveau stabilisateur vegetatif, le 4560 RP. *Presse Med.*, 1952, *60*, 206–208.

Lehmann, H. E.; Cahn, C. H.; and de Verteuil, R. L. The treatment of depressive conditions with imipramine (G22355). *Can. Psychiat. Assoc. J.*, 1958, *3*, 155–164.

Lehmann, H. E., and Hanrahan, G. E. Chlorpromazine, a new inhibiting agent for psychomotor excitement and manic states. *Arch. Neurol. Psychiatry*, 1954, *71*, 227–237.

Levine, R. J., and Sjoerdsma, A. Estimation of monoamine oxidase activity in man; techniques and applications. *Ann. N.Y. Acad. Sci.*, 1963, *107*, 966–974.

Loga, S.; Curry, S.; and Lader, M. Interactions of orphenadrine and phenobarbitone with chlorpromazine: plasma concentrations and effects in man *Br. J. Clin. Pharmacol.*, 1975, *2*, 197–208.

Mandel, M. R., and Klerman, G. L. Clinical use of antidepressants, stimulants, tricyclics and monoamine oxidase inhibitors. In, *Principles of Psychopharmacology*, 2nd ed. (Clark, W. G., and del Guidice, J., eds.). Academic Press, Inc., New York, 1978, pp. 537–551.

Medical Letter. Imipramine for enuresis. 1974, *16*, 22–24.

Meltzer, H. Y.; Goode, D. J.; and Fang, V. S. The effect of psychotropic drugs on endocrine function. In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 509–529.

Moir, D. C.; Cornwell, W. B.; Dingwall-Fordyce, I.; Crooks, J.; O'Malley, K.; Turnbull, M. J.; and Weir, R. D. Cardiotoxicity of amitriptyline *Lancet*, 1972, *2*, 561–564.

Moir, D. C.; Dingwall-Fordyce, I.; and Weir, R. D. A follow-up study of cardiac patients receiving amitriptyline. *Eur. J. Clin. Pharmacol.*, 1973, *6*, 98–101.

Moore, K. E., and Kelly, P. H. Biochemical pharmacology of mesolimbic and mesocortical dopaminergic neurons In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 221–234.

Nagy, A., and Johansson, R. Plasma levels of imipramine and desipramine in man after different routes of administration. *Naunyn Schmiedebergs Arch. Pharmacol.*, 1975, *290*, 145–160.

Noble, J., and Matthew, H Acute poisoning by tricyclic antidepressants: clinical features and management of 100 patients. *Clin. Toxicol.* 1969, *2*, 403–421.

Nouri, A., and Cuendet, J. F. Atteintes oculaires au cours des traitements aux thymoleptiques. *Schweiz. Med. Wochenschr.*, 1971, *101*, 1178.

Overall, J. E. Prior psychiatric treatment and the development of breast cancer. *Arch. Gen. Psychiatry*, 1978, *35*, 898–899.

Overall, J. E.; Hollister, L. E.; Meyer, F.; Kimball, I.; and Shelton, J. Imipramine and chlordiazide in depressed and schizophrenic patients. *J.A.M.A.*, 1964, *189*, 93–96.

Pert, A.; Rosenblatt, J. E.; Sivit, C.; Pert, C. B.; and Bunney, W. E., Jr. Long-term treatment with lithium prevents the development of dopamine receptor supersensitivity *Science*, 1978, *201*, 171–173.

Prien, R. F.; DeLong, S. L.; Cole, J. O.; and Levine, J. Ocular changes occurring with prolonged high dose chlorpromazine therapy *Arch. Gen. Psychiatry*, 1970, *23*, 464–468.

Quitkin, F.; Rifkin, A.; and Klein, D. F. Very high dosage vs. standard dosage fluphenazine in schizophrenia. *Arch. Gen. Psychiatry*, 1974, *22*, 1276–1281.

Raisfeld, I. H. Cardiovascular complications of antidepressant therapy; interactions at the adrenergic neuron. *Am. Heart J.*, 1972, *83*, 129–133.

Rasmussen, J Poisoning with amitriptyline *Dan. Med. Bull.*, 1966, *16*, 201–203

Richelson, E., and Diventz-Romero, S. Blockade by psychotropic drugs on muscarinic acetylcholine receptor in cultured nerve cells. *Biol. Psychiatry*, 1977, *12*, 771–785.

Rivera-Calimlim, L.; Castaneda, L.; and Lasagna, L. Effects of mode of management on plasma chlorpromazine in psychiatric patients. *Clin. Pharmacol. Ther.*, 1973, *14*, 978–986.

Rotrosen, J.; Angrist, B. M.; Gershon, S.; Aronson, M.; Giwan, P.; Sachar, E.; Denning, R. K.; Matthysse, S.; Stanley, M.; and Wilk, S. Thiethylperazine. *Arch. Gen. Psychiatry*, 1978, *35*, 1112–1118.

Sachar, E. J. Neuroendocrine responses to psychotropic drugs. In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 499–507.

Safra, M. J., and Oakley, G. P., Jr. Association between cleft lip with or without cleft palate and prenatal exposure to diazepam. *Lancet*, 1975, *2*, 478–480.

Sakalis, G; Curry, S. H.; Mould, G. P.; and Lader, M. H. Physiologic and clinical effects of chlorpromazine and their relationship to plasma level. *Clin. Pharmacol. Ther.*, 1972, *13*, 931–946.

Saron, B. M., and Gaind, R. Lithium. *Clin. Toxicol.*, 1973, *6*, 257–269.

Schou, M. Lithium in psychiatric therapy and prophylaxis. *J. Psychiatr. Res.*, 1968, *6*, 67–95

Sedvall, G. Receptor feedback and dopamine turnover in CNS. In. *Handbook of Psychopharmacology*, Vol. 6. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1975, pp. 127–177.

Sen, G., and Bose, K. C. *Rauwolfia serpentina*, a new Indian drug for insanity and high blood pressure. *Indian Med. World*, 1931, *2*, 194–201

Seppälä, T.; Linnoila, M.; Elonen, E.; Mattila, M. J.; and Mäki, M Effect of tricyclic antidepressants and alcohol on psychomotor skills related to driving. *Clin. Pharmacol. Ther.*, 1975, *17*, 515–522.

Shagass, C, and Straumanis, J. J. Drugs and human sensory evoked potentials. In, *Psychopharmacology: A Generation of Progress* (Lipton. M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 699–709

Shapiro, A. K.; Shapiro, E.; and Wayne, H. L. Treatment of Tourette's syndrome with haloperidol. Review of 34 cases *Arch. Gen. Psychiatry*, 1973, *28*, 92–97.

Shatan, C Withdrawal symptoms after abrupt termination of imipramine. *Can. Psychiatr. Assoc. J.*, 1966, *2*, 150–157

Snyder, S H.; U'Pritchard, D.; and Greenberg, D. A. Neurotransmitter receptor binding in the brain In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 361–370.

Snyder, S. H., and Yamamura, H. Antidepressants and the muscarinic acetylcholine receptor. *Arch. Gen. Psychiatry*, 1977, *34*, 236–239.

Spiker, D. G., and Biggs, J. F Tricyclic antidepressants: prolonged plasma levels after overdose. *J.A.M.A.*, 1976, *236*, 1711–1712

Stewart, M. Treatment of bedwetting. *J.A.M.A.*, 1975, *232*, 281–283

Sulser, F., and Robinson, S. E Clinical implications of pharmacological differences among antipsychotic drugs. In, *Psychopharmacology: A Generation of Progress*. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 943–954.

Svensson, T. H., and Usdin, T. Feedback inhibition of brain noradrenaline neurons by tricyclic antidepressants: α-receptor mediation. *Science*, 1978, *202*, 1089–1091.

Tupin, J. P., and Schuller, A. B Lithium and haloperidol incompatibility reviewed. *Psychiatr. J. Univ. Ottawa*, 1978, *3*, 245–251.

Tyrer, P.; Candy, J.; and Kelly, D A study of the clinical

xitriptyline. Don. Med.

o, S. Blockade by psy-
cctylcholine receptor in
iatry, 1977, 12, 771–785.
; and Lasagna, L. Ef-
plasma chlorpromazine
armacol. Ther., 1973, 14,

shon, S.; Aronson, M.;
, R. K.; Matthysse, S.;
thylperazine. Arch. Gen.

ponses to psychotropic
I Generation of Progress.
nd Killam, K. F.; eds.)
p. 499–507.
. Association between
tate and prenatal expo-
2, 478–480.
3, P.; and Lader, M. H.
of chlorpromazine and
Clin. Pharmacol. Ther.,

ım. Clin. Toxicol., 1973,

ıerapy and prophylaxis.

i dopamine turnover in
pharmacology, Vol. 6.
nd Snyder, S. H.; eds.)
pp. 127–177.
ıfia serpentina, a new
blood pressure. Indian

B.; Mattila, M. J.; and
lepressants and alcohol
riving. Clin. Pharmacol.

. Drugs and human
ısychopharmacology: A
M. A.; DiMascio, A.;
ress, New York, 1978.

yne, H. L. Treatment
iperidol. Review of 34
3, 28, 92–97.
fter abrupt termination
or. J., 1966, 2, 150–157
nd Greenberg, D. A.
; in the brain. In, Psy-
of Progress. (Lipton,
n, K. F.; eds.) Raven
70.
ntidepressants and the
Arch. Gen. Psychiatry,

cyclic antidepressants:
irdose. J.A.M.A., 1975, 232,

g.: J.A.M.A., 1975, 232,

linical implications of
g antipsychotic drugs.
ieration of Progress.
d Killam, K. F.; eds.)
, 943–954.
eedback inhibition of
cyclic antidepressants:
18, 202, 1089–1091.
hium and haloperidol
itr. J. Univ. Ottawa,

A study of the clinical

effects of phenelzine and placebo in the treatment of
phobic anxiety. Psychopharmacologia, 1973, 32, 237–254.
VPritchard, D. C.; Greenberg, D. A.; Sheehan, P. P.; and
Snyder, S. H. Tricyclic antidepressants: therapeutic
properties and affinity for alpha-noradrenergic receptor
binding sites in the brain. Science, 1978, 199, 197–198.
Vohra, J.; and Burrows. G. D. Cardiovascular complica-
tions of tricyclic antidepressant overdosage. Drugs, 1974,
8, 432–437.
White, M. G.; and Fetner, C. D. Treatment of the syn-
drome of inappropriate secretion of antidiuretic hormone
with lithium carbonate. N. Engl. J. Med., 1975, 292,
390–392.
Williams, R. B.; and Sherter, C. Cardiac complications of
tricyclic antidepressant therapy. Ann. Intern. Med., 1971,
74, 395–398.
Zelickson, A. S.; and Zeller, H. C. A new and unusual
reaction to chlorpromazine. J.A.M.A., 1964, 188, 394–396.
Ziegler, V. E.; Biggs, J. T.; and Wylie, L. T. Doxepin
kinetics. Clin. Pharmacol. Ther., 1978, 23, 573–579

*Monographs and Reviews*

Allgunander, C. Dependence on sedative and hypnotic
drugs. Acta Psychiatr. Scand. [Suppl.], 1978, 270, 1–120.
American Pharmaceutical Association Scientific Review
Subpanel on Psychotherapeutic Drugs. Evaluation of
Drug Interactions. The Association, Washington, D. C.,
1973.
American Psychiatric Association. Diagnostic and Statisti-
cal Manual of Mental Disorders, Vols. II and III. The
Association, Washington, D. C. 1968 and 1979.
Anders, T. F.; and Ciaranello, R. Psychopharmacology of
childhood disorders. In, Psychopharmacology: From The-
ory to Practice. (Barchas, J. D.; Berger, P. A.;
Ciaranello, R.; and Elliott, G. R.; eds.) Oxford University
Press, New York, 1977, pp. 407–467.
*Asberg, M. Individualization of treatment with tricyclic
compounds. Med. Clin. North Am., 1974, 58, 1083–1091
———. Treatment of depression with tricyclic drugs:
pharmacokinetic and pharmacodynamic aspects.
Pharmakopsychiatr., 1976, 9, 18–26.
Ayd, F. J., Jr.; and Blackwell, B. (eds.). Discoveries in
Biological Psychiatry. J. B. Lippincott Co., Philadelphia,
1970.
Baldessarini, R. J. The basis for amine hypotheses in
affective disorders: a critical evaluation. Arch. Gen. Psy-
chiatry, 1975, 32, 1087–1093.
———. Chemotherapy in Psychiatry. Harvard University
Press, Cambridge, Mass. 1977h.
———. Mood drugs. D.M., 1977c, 14, 1–65
———. Status of psychotropic drug blood level assays and
other biochemical measurements in clinical practice. Am.
J. Psychiatry, 1979a, 136, 1177–1180.
———. The "neuroleptic" antipsychotic drugs. I. Mecha-
nism of action. Postgrad. Med., 1979b, 65, 108–111,
114–119. 2. Neurologic side effects. Ibid., 1979b, 65, 123–
128.
Baldessarini, R. J.; and Fischer, J. E. Trace amines and
alternative neurotransmitters in the central nervous sys-
tem. Biochem. Pharmacol., 1978, 27, 621–626.
Baldessarini, R. J.; and Lipinski, J. G. Lithium salts:
1970–1975. Ann. Intern. Med., 1975, 83, 527–533.
Baldessarini, R. J.; and Tarsy, D. Tardive dyskinesia. In,
Psychopharmacology: A Generation of Progress. (Lipton,
M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven
Press, New York, 1978, pp. 993–1004
———. Relationship of the actions of neuroleptic drugs to
the pathophysiology of tardive dyskinesia. Int. Rev. Neu-
robiol., 1979, 21, 1–45
Barchas, J. D.; Berger, P. A.; Ciaranello, R. D.; and Elliott,
G. R. (eds.). Psychopharmacology: From Theory to Prac-
tice. Oxford University Press, New York, 1977.
Barchas, J. D.; Berger, P. A.; Matthysse, S.; and Wyatt,
R. J. The biochemistry of affective disorders and schizo-

phrenia. In, Principles of Psychopharmacology, 2nd ed.
(Clark, W. G., and del Guidice, J.; eds.) Academic Press,
Inc., New York, 1978, pp. 105–132.
Biel, J. H.; Bopp, B.; and Mitchell, B. D. Chemistry and
structure-activity relationships of psychotropic drugs. In,
Principles of Psychopharmacology, 2nd ed. (Clark, W. G.,
and del Guidice, J.; eds.) Academic Press, Inc., New
York, 1978, pp. 140–168.
Bradley, P. B. Phenothiazine derivatives. Pharmacol. Phy-
siciana, 1963, 1, 417–477.
Caldwell, A. E. History of psychopharmacology. In, Prin-
ciples of Psychopharmacology, 2nd ed. (Clark, W. G., and
del Guidice, J.; eds.) Academic Press, Inc., New York,
1978, pp. 9–40.
Chase, T. N. Rational approaches to the pharmacotherapy
of chorea. In, The Basal Ganglia. Association for Re-
search in Nervous and Mental Disease Publications,
Vol. 55. (Yahr, M. D., ed.) Raven Press, New York, 1976,
pp 337–350.
Clark, W. G., and del Guidice, J. Principles of
Psychopharmacology, 2nd ed. Academic Press, Inc., New
York, 1978.
Cole, J. O., and Davis, J. M. Minor tranquilizers, sedatives,
and hypnotics. In, Comprehensive Textbook of Psychiatry,
2nd ed. (Freedman, A. M.; Kaplan, H. I.; and Sadock,
B. J.; eds.) The Williams & Wilkins Co., Baltimore, 1975,
pp 1556–1968.
Conney, A. H. Pharmacological implications of micro-
somal enzyme induction. Pharmacol. Rev., 1967, 19,
317–366.
Cooper, J. R.; Bloom, F. E.; and Roth, R. H. The Bio-
chemical Basis of Neuropharmacology, 3rd ed. Oxford
University Press, New York, 1978.
Cooper, T. B.; Simpson, G. M.; and Lee, H. J. Thymo-
leptic and neuroleptic drug plasma levels in psychiatry:
current status. Int. Rev. Neurobiol., 1976, 19, 269–309.
Costa, E., and Sandler, M. (eds.). Monoamine Oxidases—
New Vistas. Advances in Biochemical Psychopharmacol-
ogy, Vol. 5. Raven Press, New York, 1972.
Davis, J. M. Overview: maintenance therapy in psychiatry.
I. Schizophrenia. Am. J. Psychiatry, 1975, 132, 1237–1245.
———. Overview: maintenance therapy in psychiatry
II. Affective disorders. Ibid., 1976, 133, 1–13
Davis, J. M., and Garver, D. L. Neuroleptics: clinical use
in psychiatry. In, Handbook of Psychopharmacology,
Vol. 10. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.;
eds.) Plenum Press, New York, 1978, pp. 129–164.
De La Cruz, F. F.; Fox, B. H.; and Roberts, R. H. (eds.).
Minimal brain dysfunction. Ann. N.Y. Acad. Sci. 1973,
205, 1–396.
Efron, D. H.; Holmstedt, B.; and Kline, N. S. (eds.).
Ethnopharmacologic Search for Psychoactive Drugs. Public
Health Service Publication No. 67–1645, U.S. Govern-
ment Printing Office, Washington, D. C., 1967.
Feighner, J. P.; Robins, E.; Guze, S.; Woodruff, R. A., Jr.;
Winokur, G.; and Munoz, R. Diagnostic criteria for use
in psychiatric research. Arch. Gen. Psychiatry, 1972, 26,
57–63.
Fielding, S., and Lal, H. Behavioral actions of neurolep-
tics. In, Handbook of Psychopharmacology, Vol. 10.
(Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.)
Plenum Press, New York, 1978, pp. 91–128.
Fink, M. EEG and human psychopharmacology. Annu.
Rev. Pharmacol., 1969, 9, 241–258.
Frazier, S. H. (ed.). The anxious patient. McLean Hosp. J.,
1978, 3, 1–64
Freedman, A. M.; Kaplan, H. I.; and Sadock, B. J. (eds.)
Comprehensive Textbook of Psychiatry, 2nd ed. The Wil-
liams & Wilkins Co., Baltimore, 1975.
Garattini, S.; Mussini, E.; and Randall, L. O. (eds.). The
Benzodiazepines. Raven Press, New York, 1973.
Glassman, A. H., and Perel, J. M. The clinical pharmacol-
ogy of imipramine. Arch. Gen. Psychiatry, 1973, 28, 649–
653

446    DRUGS AND THE TREATMENT OF PSYCHIATRIC DISORDERS    [Chap. 19]

————. Tricyclic blood levels and clinical outcome: a review of the art. In, *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 917–921.

Goldberg, H. L., and DiMascio, A. Psychotropic drugs in pregnancy. In, *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1047–1055.

Gordon, M. *Psychopharmacological Agents,* Vols. II and III. Academic Press, Inc., New York, 1967 and 1974.

Greenblatt, D. J., and Shader, R. I. *Benzodiazepines in Medical Practice.* Raven Press, New York, 1974.

Greengard, P. Cyclic Nucleotides, Phosphorylated Proteins, and Neuronal Function. Raven Press, New York, 1978, pp. 25–37.

Hollister, L. E. *Clinical Pharmacology of Psychotherapeutic Agents.* Churchill-Livingstone, Ltd., New York, 1978a.
————. Tricyclic antidepressants. *N. Engl. J. Med.,* 299, 1106–1109, 1168–1172.

Irwin, S. Psychoactive drug evaluation. In, *Search for New Drugs.* (Rubin, A. A., ed.) Marcel Dekker, Inc., New York, 1972, pp. 201–232.

Itil, T. M. Effects of psychotropic drugs on qualitatively and quantitatively analyzed human EEG. In, *Principles of Psychopharmacology,* 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 261–277.

Iversen, L. L. Biochemical psychopharmacology of GABA. In, *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 25–38.

Iversen, L. L.; Iversen, S. D.; and Snyder, S. H. (eds.), *Handbook of Psychopharmacology,* 14 vols. Plenum Press, New York, 1975, 1976–1978.

Janssen, P. A. Butyrophenones and diphenylbutyl-piperidines. In, *Psychopharmacological Agents,* Vol. 3. (Gordon, M., ed.) Academic Press, Inc., New York, 1974, pp. 128–158.

Janssen, P. A., and Van Bever, W. F. Preclinical psychopharmacology of neuroleptics. In, *Principles of Psychopharmacology,* 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 279–295.

Jefferson, J. W. A review of the cardiovascular effects and toxicity of tricyclic antidepressants. *Psychosom. Med.,* 1975, 37, 160–179.

Jefferson, J. W., and Greist, J. H. Lithium and the kidney. *Semin. Psychiatry,* 1979, 81–104.

Johnson, F. N. (ed.). *Lithium Research and Therapy.* Academic Press, Inc., New York, 1975.

Johnson, F. N., and Johnson, S. *Lithium in Medical Practice.* University Park Press, Baltimore, 1978.

Kaiser, G., and Zirkle, C. L. Antidepressant drugs. In, *Medicinal Chemistry,* 2nd ed. (Burger, A., ed.) John Wiley & Sons, Inc., New York, 1970, pp. 1470–1497.

Kaufman, J. S. Drug interactions involving psychotherapeutic agents. In, *Drug Treatment of Mental Disorders* (Simpson, L. L., ed.) Raven Press, New York, 1976, pp. 289–309.

Kety, S. S. Biochemical theories of schizophrenia. *Science,* 1959, 129, 1528–1532, 1590–1596.

Kety, S. S., and Matthysse, S. (eds.). Prospects for research on schizophrenia. *Neurosci Res. Program Bull,* 1972, 10, 370–507.

Killam, K. E. Pharmacology of the reticular formation. In, *Psychopharmacology: A Review of Progress, 1957–1967.* (Efron, D. H., ed.) U.S. Government Printing Office, Washington, D. C., 1968, pp. 411–445.

Klein, D. F., and Davis, J. M. *Diagnosis and Drug Treatment of Psychiatric Disorders.* The Williams & Wilkins Co., Baltimore, 1969.

Klerman, G. L. Long-term treatment of affective disorders. In, *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1303–1311.

Luder, M. Plasma concentrations of tricyclic antidepressive drugs. *Br. J. Clin. Pharmacol.,* 1974, 1, 281–283.

Levine, J.; Schiele, B. C.; and Bouthilet, L. (eds.). *Principles and Problems in Establishing the Efficacy of Psychotropic Agents.* Public Health Service Publication No. 2138, U.S. Government Printing Office, Washington, D. C., 1971.

Lewin, L. *Phantastica, Narcotic and Stimulating Drugs; Their Use and Abuse.* Berlin, 1924; English translation, London, 1931; E. P. Dutton & Co., New York, 1931.

Lipton, M. A.; DiMascio, A.; and Killam, K. F. (eds.). *Psychopharmacology: A Generation of Progress.* Raven Press, New York, 1978.

Longo, V. G. Effects of psychotropic drugs on the EEG of animals. In, *Principles of Psychopharmacology,* 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 247–260.

Lowe, M. C.; Horita, A.; Gelenberg, A. J.; and Klerman, G. L. Preclinical pharmacology of antidepressants. In, *Principles of Psychopharmacology,* 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 311–323.

Ludwig, B. J., and Potterfield, J. R. The pharmacology of propanediol carbamates. *Adv. Pharmacol. Chemother.,* 1971, 9, 173–240.

Marley, E., and Blackwell, B. Interactions of monoamine oxidase inhibitors, amines, and foodstuffs. *Adv. Pharmacol. Chemother.,* 1970, 8, 185–239.

Marsden, C. D.; Tarsy, D.; and Baldessarini, R. J. Spontaneous and drug-induced movement disorders in psychiatric patients. In, *Psychiatric Aspects of Neurologic Disease.* (Benson, D. F., and Blumer, D., eds.) Grune & Stratton, Inc., New York, 1975, pp. 219–265.

Martin, J. B.; Brazeau, P.; Tannenbaum, G. S.; Willoughby, J. O.; Epelbaum, J.; Terry, L. C.; and Durand, D. Neuroendocrine organization of growth hormone regulation. In, *The Hypothalamus.* Association for Research in Nervous and Mental Disease Publications, Vol. 56. (Reichlin, S.; Baldessarini, R. J.; and Martin, J. B.; eds.) Raven Press, New York, 1978, pp. 329–357.

Matthysse, S., and Lipinski, J. F. Biochemical aspects of schizophrenia. *Annu. Rev. Med.,* 1975, 26, 551–565.

Matthysse, S., and Sugarman, J. Neurotransmitter theories of schizophrenia. In, *Handbook of Psychopharmacology,* Vol 10 (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 211–242.

May, P. R. A. *Treatment of Schizophrenia: A Comparative Study of Five Treatment Methods.* Science House, New York, 1968.

May, P. R. A., and Van Putten, T. Plasma levels of chlorpromazine in schizophrenia: a critical review of the literature. *Arch. Gen. Psychiatry,* 1978, 35, 1081–1087.

Meltzer, H. Y., and Stahl, S. M. The dopamine hypothesis of schizophrenia: a review. *Schizophr. Bull.,* 1976, 2, 19–76.

Morris, J. B., and Beck, A. T. The efficacy of antidepressant drugs. *Arch. Gen. Psychiatry,* 1974, 30, 667–674.

Morselli, P. L. Psychotropic drugs. In, *Drug Disposition during Development* (Morselli, P. L., ed.) Spectrum Publications, Inc., New York, 1977, pp. 431–474.

Muller, C. The overmedicated society: forces in the marketplace for medical care. *Science,* 1972, 176, 488–492.

Murphy, D. L.; Campbell, I.; and Costa, J. L. Current status of the indoleamine hypothesis of the affective disorders. In, *Psychopharmacology: A Generation of Progress.* (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1235–1248.

Pope, H. G., and Lipinski, J. F. Diagnosis in schizophrenia and manic-depressive illness. *Arch. Gen. Psychiatry,* 1978, 35, 811–828.

Praag, H. M. van. Amine hypotheses of affective disorders. In, *Handbook of Psychopharmacology,* Vol. 13. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 187–297.

Prien, R. F   Chemotherapy in chronic organic brain syndrome—a review of the literature. Psychopharmacol. Bull., 1973, 9, 5–20.

Prien, R. F., and Cole, J. O.   The use of psychopharmacological drugs in the aged In, Principles of Psychopharmacology, 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 593–605.

Reichlin, S., and Boyd, A. E., III.   Neural control of prolactin secretion in man. Psychoneuroendocrinology, 1978, 3, 113–130.

Rickels, K.,   Non-Specific Factors in Drug Therapy. Charles C. Thomas, Pub., Springfield, Ill., 1968.

Rickels, K.; Downing, R. W.; and Winokur, A.   Antianxiety drugs: clinical use in psychiatry. In, Handbook of Psychopharmacology, Vol 13. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 395–430

Robinson, D. S.; Nies, A.; Ravaris, C. L.; Ives, J. O.; and Bartlett, D.   Clinical psychopharmacology of phenelzine: MAO activity and clinical response. In, Psychopharmacology: A Generation of Progress. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, 961–973.

Schildkraut, J J   The catecholamine hypothesis of affective disorders: a review of the supporting evidence. Am. J Psychiatry, 1965, 122, 509–522.

———.   Current status of the catecholamine hypothesis of the affective disorders In, Psychopharmacology A Generation of Progress. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 1223–1234.

Schou, M.   Biology and pharmacology of the lithium ion. Pharmacol. Rev., 1957, 9, 17–58.

———.   The biology and pharmacology of lithium: a bibliography. Psychopharmacol. Bull., 1969, 5, 33–62.

———.   The range of clinical uses of lithium In, Lithium in Medical Practice. (Johnson, F. N., and Johnson, S., eds.) University Park Press, Baltimore, 1978, pp 21–39.

Schultes, R. E.   Ethnopharmacological significance of psychotropic drugs of vegetal origin. In, Principles of Psychopharmacology, 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978, pp. 41–70.

Sebyre, P. M.; Smithline, F.; and Meltzer, H. Y.   Neuroleptic-induced prolactin level elevation and breast cancer: an emerging issue. Arch. Gen. Psychiatry, 1978, 35, 1291–1301.

Seeman, P.   The membrane actions of anesthetics and tranquilizers. Pharmacol. Rev., 1972, 24, 583–655.

Sepinwall, J., and Cook, L.   Behavioral pharmacology of antianxiety drugs. In, Handbook of Psychopharmacology, Vol. 13. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 345–393.

Shader, R. J (ed.).   Psychiatric Complications of Medical Drugs. Raven Press, New York, 1972.

———. (ed.).   Manual of Psychiatric Therapeutics: Practical Psychopharmacology and Psychiatry. Little, Brown & Co., Boston, 1975.

Shader, R. I., and DiMascio, A.   Psychotropic Drug Side Effects: Chemical and Theoretical Perspectives. The Williams & Wilkins Co., Baltimore, 1970.

Shore, P. A., and Giachetti, A   Reserpine: basic and clinical pharmacology. In, Handbook of Psychopharmacology, Vol 10. (Iversen, L. L.; Iversen, S. D.; and Snyder, S. H.; eds.) Plenum Press, New York, 1978, pp. 197–219

Sigg, E. B.   Autonomic side-effects induced by psychotherapeutic agents. In, Psychopharmacology: A Review of Progress, 1957–1967. (Efron, D. H.; Cole, J. O.; Levine, J.; and Wittenborn, J R.; eds.) U.S. Government Printing Office, Washington, D. C., 1968, pp  581–588.

Siggins, G. R.; Hoffer, B. J.; Bloom, F. E.; and Ungerstedt, U   Cytochemical and electrophysiological studies of dopamine in the caudate nucleus In, The Basal Ganglia. Association for Research in Nervous and Mental Disease Publications, Vol. 55. (Yahr, M., ed.) Raven Press, New York, 1976, pp 227–248

Spitzer, R. L.; Fleiss, J. L.; and Endicott, J.  Problems in classification: reliability and validity. In, Psychopharmacology. A Generation of Progress. (Lipton, M. A.; DiMascio, A.; and Killam, K. F.; eds.) Raven Press, New York, 1978, pp. 857–869.

Sternbach, L. H.   Chemistry of 1,5-benzodiazepines and some aspects of the structure-activity relationship. In, The Benzodiazepines. (Garattini, S.; Mussini, E.; and Randall, L. O.; eds.) Raven Press, New York, 1973, pp. 1–26.

Swazey, J. P.  Chlorpromazine in Psychiatry: A Study in Therapeutic Innovation. M I.T. Press, Cambridge, Mass., 1974.

Tallman, J. F.; Paul, S. M.; Skolnick, P.; and Gallager, D. W.  Receptors for the age of anxiety: pharmacology of the benzodiazepines. Science, 1980, 207, 274–281.

Usdin, E.   Classification of psychotropic drugs. In, Principles of Psychopharmacology, 2nd ed. (Clark, W. G., and del Guidice, J., eds.) Academic Press, Inc., New York, 1978a, pp. 193–346.

———. (ed.).   Symposium on the plasma level monitoring of tricyclic antidepressants. Comm. Psychopharmacol., 1978b, 2, 371–456.

Usdin, E., and Efron, D. H.   Psychotropic Drugs and Related Compounds, 2nd ed. Public Health Service Publication No. 72-9014, U.S. Government Printing Office, Washington, D. C., 1972.

Van Woert, M. H.; Jutkowitz, R.; Rosenbaum, D.; and Bowers, M. B., Jr.   Gilles de la Tourette's syndrome: biochemical approaches. In, The Basal Ganglia. Association for Research in Nervous and Mental Disease Publications, Vol. 55. (Yahr, M. D., ed.) Raven Press, New York, 1976, pp. 459–465.

Vesell, E. S   Pharmacogenetics. N. Engl. J. Med., 1972, 287, 904–909

Weil-Malherbe, H.   The biochemistry of the functional psychoses. Adv. Enzymol., 1967, 29, 479–553.

Winokur, G.; Clayton, P. J.; and Reich, T.   Manic-Depressive Illness. C. V. Mosby Co. St. Louis, 1969.

Wolf, S.   The pharmacology of placebos. Pharmacol. Rev., 1959, 11, 689–704

Wyatt, R. J.; Termini, B. A.; and Davis, J. M.  Biochemical and sleep studies of schizophrenia. Schizophr. Bull., 1971, 4, 10–66.

Zirkle, C. L., and Kaiser, C   Antipsychotic drugs. In, Medicinal Chemistry, 2nd ed (Burger, A., ed.) John Wiley & Sons, Inc., New York, 1970, pp. 1410–1469.