# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION** This document relates to: *Linda Guinn*, No. 6:07-CV-10291 *Janice Burns*, No. 6:07-CV-15959 *Richard Unger*, No. 6:07-CV-15812 *Connie Curley*, No. 6:07-CV-15701 *Linda Whittington*, No. 6:07-CV-10475 *Eileen McAlexander*, No. 6:07-CV-10360 *David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO: 6:06-MDL-1769-ACC-DAB** |

## PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION AND SUPPORTING MEMORANDUM OF LAW TO ASTRAZENECA'S MOTION TO EXCLUDE NON-CAUSATION EXPERT TESTIMONY UNDER FEDERAL RULES OF EVIDENCE 702, 401, AND 403

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Response filed in opposition to the Motion to Exclude the Non-Causation Expert Testimony Under Federal Rules of Evidence 702, 401 and 403 (Doc. 1121) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008.  Plaintiffs' Response was originally filed under seal, together with the Exhibits thereto listed below ("Exhibits"), on or about November 24, 2008.  In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Response, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or by further order of the Court, will be filed of public record on the CM/ECF system or before March 4, 2009.

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude Non-Causation Expert Testimony Under Federal Rules of Evidence 701, 401, and 403**

| Exhibit No. | Description |
|---|---|
| 1 | Expert Report of Laura M. Plunkett, Ph.D. DABT |
| 2 | Expert Report of William C. Wirshing, M.D. |
| 3 | Expert Report of Donna K. Arnett, Ph.D. |
| 4 | Expert Report of Israel Jack Abramson for David Haller and Eileen McAlexander |
| 5 | Expert Report of Brian R. Tulloch for David Haller, Eileen McAlexander, Richard Unger, and Linda Whittington |
| 6 | Expert Report of Mitchell Alan Young for Linda Whittington and Richard Unger |
| 7 | Expert Report of Bruce D. Perry for Connie Curley, Janice Burns, and Linda Guinn |
| 8 | Expert Report of Jennifer B. Marks for Connie Curley, Janice Burns and Linda Guinn |

DATED:  February 27, 2009                 Respectfully submitted,


By:  ___/s/ Robert W. Cowan_____
      F. Kenneth Bailey Jr.
      K. Camp Bailey
      Fletcher V. Trammell
      Robert W. Cowan
      **BAILEY PERRIN BAILEY**
      440 Louisiana St., Suite 2100
      Houston, Texas 77002
      (713) 425-7100 Telephone
      (713) 425-7101 Facsimile
      kbailey@bpblaw.com
      cbailey@bpblaw.com
      ftrammell@bpblaw.com
      rcowan@bpblaw.com
      **Co-Lead Counsel for Plaintiffs**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION AND SUPPORTING MEMORANDUM OF LAW TO ASTRAZENECA'S MOTION TO EXCLUDE NON-CAUSATION EXPERT TESTIMONY UNDER FEDERAL RULES OF EVIDENCE 702, 401, AND 403 with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.


      /s/  Robert W. Cowan_____
      Robert W. Cowan