# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

---

## EXPERT REPORT OF BRIAN TULLOCH, M.D.

I am a physician licensed to practice Medicine in the State of Texas. In preparing this report I have been assisted by the attorneys who retained me as to what content is needed to comply with the Rules of the Federal Court. The opinions and conclusions are, however, all mine and are offered with a reasonable degree of medical certainty.

MEDICAL EXPERIENCE:

I obtained a Masters degree in Biochemistry before attending Oxford University as a Rhodes Scholar to study Medicine, thereafter specializing in Endocrinology, a field focusing on the management of Diabetes, Hormonal and other Internal Medical conditions.

I am a practicing Endocrinologist at Diagnostic Clinic in Houston, Texas where on a daily basis I evaluate, diagnose and treat patients with diabetes, related complications and other metabolic and endocrine disorders. I am a Clinical Associate Professor in Internal Medicine and Ophthalmology at The University of Texas Medical School at Houston and a Clinical Associate Professor at M.D. Anderson Hospital and Tumor Institute, also in Houston. I am an Attending Physician at Methodist Hospital, Diagnostic Center Hospital, Hermann Hospital and Park Plaza Hospital, all in Houston, Texas.

I have conducted Medical Research, taught Medical Studies in the United Kingdom and at the University of Texas Medical School in Houston. For the past 31 years I have practiced Endocrinology, Diabetes & Internal Medicine in the Houston Medical Center. I have contributed time, funds and expertise to various Texas and National Diabetes Charities including serving as President of the American Diabetes Association, Texas State Affiliate, and twice as President of the Local ADA chapter. I

have gained extensive experience in managing the medical problems of patients with diabetes and associated medical conditions similar to those presented by the subject patients. As member of a national panel of experts in Diabetes to several National Diabetes related Pharmaceutical companies I give some 30-90 lectures annually to postgraduate meetings of physician colleagues on topics related to Diabetes, Obesity, the Metabolic Syndrome, Hyperlipidemia, Hypertension and Heart Disease.

I also volunteer time for charity work in Diabetes abroad, most recently as an authority in Diabetes for several *Expert's Update* Conferences to the Country of Panama. As consultant in Endocrinology & Metabolism to the Methodist Hospital & Park Plaza Hospitals in Houston I have covered the medical care of acute cases of diabetes presenting through the Emergency room with diabetes, hypertension, hyperlipidemia, depression and combinations thereof, not only for their management in the Emergency room, but also I have followed them for care in the hospital & Psychiatric Care Units thereafter.

I am a member of the American Diabetes Association, the Endocrine Society, the American Association of Clinical Endocrinologists and am a Fellow of the American College of Physicians and the Royal College of Physicians of London.

I am a Manuscript reviewer for the peer-reviewed journals *Diabetologia, Hormone and Metabolic Research, Clinical Science, Cardiovascular Research, Biochemical Pharmacology, Journal of Clinical Investigation, Journal of Biological Chemistry, Artery,* and *Metabolism: Clinical and Experimental.*

Please see my CV, attached as Exhibit A, for a more detailed list of my qualifications, experience, publications and presentations.

I have reviewed the Physicians' Desk Reference (PDR), medical and scientific journal articles regarding the group of medications referred to as Atypical Antipsychotics including Seroquel, and documents produced by Astra Zeneca in this litigation, a summary of which is listed and attached hereto as Exhibit B. Moreover I have treated patients who have been prescribed Seroquel for their psychiatric state and who have subsequently progressed to diabetes.

Based on my education, training and experience, my review of the published literature pertaining to Antipsychotics and of documents pertaining to Seroquel produced by Astra Zeneca, and my review of the medical records, I am qualified to render the opinions stated below which are stated to a reasonable degree of medical probability.

GENERAL OPINIONS ABOUT DIABETES.

The mammalian body obtains fuel for energy including the maintenance of body warmth from 3 main sources- carbohydrate, protein and fat. In order to ensure a regular supply of necessary energy the body has evolved a way of storing nutrients after feeding such that the energy-rich nutrients are readily available when needed in the fasting or post-meal state. The storage of these nutrients is controlled by a fine balance between the chemical messengers insulin and a group of energy-releasing hormones including glucagon. Both insulin & glucagon are produced and stored in the pancreas. They are

then released as needed to fine-tune the level of available nutrients, derived after meals from digestion of food, and during fasting from the release of stored energy from three storage organs the liver, muscle and fat. The energy balance between these organs and the body's needs might well be compared to the transfer of stored energy to & from an electrical storage battery.

The main energy storage & release unit is the liver, which accumulates post-meal excess sugar as glycogen for release between meals. Since the brain and nervous system almost exclusively burn glucose as an energy source, the fine tuning of this system is of paramount importance for appropriate brain function. Excess sugar beyond the liver's capacity is then stored in muscle as glycogen and in fat as triglyceride. Fatty tissue is mostly subcutaneous, but an important active component is found in the abdomen, where stored triglyceride is readily broken down to release fatty acids for energy needs of tissues such as muscle and as precursors for lipid-rich particles called lipo-proteins which carry cholesterol to tissues for the synthesis of cell membranes and some cholesterol-based hormones like cortisol, aldosterone and the sex hormones.

The pancreas produces a continuous supply of the hormones insulin and glucagon but differing levels of each regulate the distribution of the three main fuels glucose, fatty acids and protein between energy storing and fuel consuming organs in the body. When food fuel levels like glucose are high, as after a meal, the pancreas increases insulin & decreases glucagon release to direct the liver to store glucose instead of releasing it, and any fuel in excess over the liver's capacity is stored in fat and muscle. In the fasting state the pancreas reduces circulating insulin and increases glucagon levels, the net effect of which is to direct the storage organs to release glucose and fatty acids as needed for energy sources to the muscle and brain. Hence a finely regulated balance between two pancreatic hormones maintains critical levels of energy balance between the fed & fasting state.

Diabetes is a condition is which the body fails to produce enough insulin action for the body's needs. With excess glucagon action there is overproduction of stored energy fuels, particularly glucose and fatty acids, and their inefficient use, such that the tissues are essentially starving in the midst of plenty. Excess blood sugar above the renal threshold causes spillage of sugar into the urine, excessive urination and significant energy deficit, resulting in weight loss, dehydration and thirst. High levels of fatty acids are broken down in the liver to produce ketone bodies and a metabolic acidosis which can proceed to severe illness and death.

In some cases in a hitherto non-diabetic subject when increased amounts of triglyceride are produced from the liver there is a deficiency of peripheral triglyceride clearance mechanisms and a massive accumulation of triglyceride occurs in the blood. When the triglyceride-rich blood passes through the pancreas an auto-digestion of fats can occur, releasing free fatty acids which damage the pancreas. Such hyperlipidemia-induced acute pancreatitis, if the subject survives, can lead to sufficient loss of beta cell function to contribute to the later development of diabetes.

Prior to the discovery of insulin in 1923, children with diabetes showed progressive weight loss and ultimately death within 18 months from starvation and ketosis. After the discovery of insulin in 1923 this Juvenile form of Diabetes was

treatable with insulin injections, and as knowledge developed it became apparent that a second group of diabetics existed where high blood sugar was noted in adults, often obese, and this second group was, at least initially, manageable by measures other than insulin injections.

When it became feasible to measure insulin, obese non-diabetic subjects were found to have up to 3 fold increased blood insulin levels when compared to lean subjects, while obese patients with diabetes had insufficient insulin for the circumstances of their obesity. Hence the concept of pancreatic exhaustion has evolved for an understanding of the evolution of Adult onset-, Maturity onset- or (the current term) Type 2 Diabetes. It is therefore apparent that obesity and weight gain can predispose people to develop diabetes since obese subjects are required to produce higher levels of insulin and those of limited pancreatic reserve develop high blood sugar.

It would be prudent for physicians to avoid where possible the use of medications that are associated with weight gain and dyslipidemia to minimize the risk of the patient developing drug-induced diabetes. As noted above high levels of free fatty acids originating especially from the splanchnic bed give rise to high free fatty acid load entering the liver, which adversely affect insulin sensitivity and drive hepatic production of triglyceride-rich lipo-proteins, notably triglycerides. Elevated blood lipids and high blood sugar both constitute risk factors for cardio-vascular disease, and subjects with diabetes carry a 3-5 fold increased risk of heart disease & stroke. Thus control of body weight and avoidance of blood triglyceride increment are issues of notable importance for avoiding the development of diabetes in at-risk patients.

Many Type 2 individuals also exhibit a degree of tissue insulin resistance which hastens the onset of depleted pancreatic insulin reserves. In Type 2 diabetes other energy substrates are also increased in the blood, and high levels of fatty acids reaching the liver stimulate it to produce increased fat and cholesterol-rich lipoproteins, risk factors which coat the arterial walls to produce an increased risk of premature heart disease and stroke. Studies of type 2 Diabetic families have shown clusters of cardiovascular risk factors including hypertension, dyslipidemia (with high triglycerides & low HDL cholesterol) and truncal obesity such that the Stanford University researcher Gerald Reaven hypothesized the condition to be a distinct medical syndrome which over the years has acquired several terms, the most recent of which being the Metabolic Syndrome. Patients with the Metabolic Syndrome show a markedly greater tendency to develop stroke & premature heart disease.

DIAGNOSIS OF DIABETES:

Diabetes is diagnosed by the detection of an increased blood sugar in the fasting state, or two hours after the ingestion of a glucose challenge. Fasting sugars are perhaps the best reflection of the balance between sugar production and clearance, and, based on epidemiological data the American Diabetes Association has recommended that values in excess of 126 mgs/dl be delineated as reflecting the diabetic state, while normal sugars are defined as below 100mgs/dl. This leaves a grey area between 100 & 125mgs/dl which is defined as "impaired glucose tolerance." Healthy non-diabetic individuals have fasting glucose values of 80-90mgs/dl. Since glucose adheres to proteins, increased blood sugar levels are reflected in an altered state of other blood components, and for those

subjects with normal hemoglobin physiology the level of glycosylated hemoglobin gives a valid estimate of the average blood sugar over the previous 6 weeks (HbA1c), normal values being 4.0-6.0%.

## COMPLICATIONS OF DIABETES

### INCREASED RISK OF VASCULAR DISEASE.

Western societies show an increased danger of premature heart disease, risk factors for which include age, male sex, high blood pressure, smoking habit, elevated blood fats and a family history of heart disease. In non diabetics these risk factors are additive, so that subjects develop heart disease & stroke in proportion to the number and level of individual risk factors which they inherit or develop in response to life circumstances. Diabetes constitutes an independent and major additive risk factor for large vessel disease, and in subjects who have had poorly controlled diabetes of either sort, the condition also contributes to accelerated levels of small vessel degeneration, leading to early progression to kidney failure (diabetes is the commonest risk factor for renal dialysis), to blindness (diabetes is the leading cause of blindness in young people) and to limb loss (diabetes is the greatest factor leading to non-traumatic limb loss).

Population studies have shown that whereas non-diabetic subjects have a one in three chance of developing heart disease, heart disease is the major factor in two thirds of diabetic subjects. Moreover diabetic subjects have a lower chance of surviving a heart attack, and such is the magnitude of increased vascular risk that diabetes has been advanced to be a disease not of metabolism but of the vascular tree. Hence a person with diabetes has been shown to carry the same risk of adverse vascular events as that of patients with pre-existing vascular disease such as a previous stroke or heart attack. Moreover women with diabetes lose their traditional sex-related advantage such that their cardiovascular risk rates track nearer those of men of similar age and risk status.

### SMALL VESSEL DISEASE.

As noted above increased sugar levels lead to the development of small vessel deterioration which manifests as changes in the eye, the kidney and the peripheral nerves. Elevated glucose is associated with alteration in protein structures, leading to leakage of plasma proteins from arterial vessels in the eye, progressing to bleeding, scarring and fibrosis in the retina and progression to blindness. In the kidney visible thickening in arterial loops in the glomerulus is associated with leakage of small quantities of albumin from into the urine (micro-albuminuria), progressing to loss of kidney function and ultimately to renal failure. In studies where diabetic subjects with & without the condition have been followed over time it turns out that micro-albuminuria is also a predictive index for the later development of large vessel disease such as stroke or myocardial infarction. High sugars damage the outer nerve coats leading to diminished sensation in the peripheral nerves which, coupled with loss of circulation from arterial disease contributes to diabetic limb loss. Since high sugar alone can affect small vessel disease both forms of diabetes show these changes and their sequelae, whereas given the greater age of typical type 2 diabetes at onset and its association with obesity and the insulin

resistance or Metabolic syndrome, many of the type 2 patients tend to succumb from accelerated vascular disease with an increased incidence of stroke and heart disease.

IMPACT OF TREATMENT OF DIABETIC COMPLICATIONS

In both forms of diabetes, major clinical studies have shown that treatments geared to reduce blood sugar to near-normal values are associated with detectable reduction in adverse diabetes outcome, but given the limitations of methods to control blood sugars, whether by oral medication or by insulin injection, the achievement of such near-normalization of glucose is a goal not easily reached. Oral medications have detectable limitations in efficacy, some by limitation in effect, others by the magnitude of their side-effects, while insulin, being a small molecular weight protein, must be injected, and the peripheral locations that are usually the site of insulin administration are anatomically far apart from the liver, the usual site of first passage for endogenous insulin. Moreover steps to prevent Diabetes are at best rudimentary- for Type 1 prevention that would mean evolving a method for discouraging the sudden development of anti-beta cell antibodies in those whose immune system is predisposed to develop them, while for Type 2 diabetes prevention would involve reducing, in those at risk, the evolution of the Insulin resistant state and preventing obesity.

STUDIES ADDRESSING IMPACT OF TREATMENT ON DIABETES COMPLICATIONS.

Whereas ample studies have demonstrated effective outcomes for the improved management of heart disease and stroke, investigations to demonstrate an improved outcome after diabetes have been fewer and more recent. This is in part due to the more complex endpoints presented by the diabetic state, but also due to the difficulty experienced in maintaining tight diabetic control without experiencing significant side-effects as experienced in many diabetes trials. In Type 1 diabetes a positive outcome was finally shown in the Diabetes Control and Complications Trial (DCCT). In this country-wide study of over 1400 patients, half were exposed to tight control with a reduction of HbA1c of nearly 2% for sufficient years to show a successful reduction in indices of adverse outcome as measured in the eye, the kidney, the peripheral nerves and indices of cardiovascular risk. Moreover long-term followup of patients who participated in the trials showed these better outcome statistics to continue for up to 10-15 years after cessation of the original periods of tighter control.

For Type 2 diabetes the sentinel study was the United Kingdom Prospective Diabetes Study (UKPDS), which over 7-10 years showed not only that tighter control of newly diagnosed type 2 diabetes could be obtained, but at great difficulty, especially as both groups showed a progressive rise in blood sugars despite the best efforts at control. The improved sugar levels registered in the tighter-control group was associated with improved outcome as measured by indices of small vessel disease. Since type 2 diabetes is associated with increased risk factors for heart disease & stroke, the UKPDS study also measured positive outcomes following tighter control of blood pressure. Similar findings were published in the Kumamoto study from Japan.

In a recent Australian study newly diagnosed type 2 diabetics were subjected either to the best "usual" control or sent to a surgeon for gastric banding, a procedure that imposes weight control by surgically reducing stomach size and thereby limiting food intake. After 2 years there were 13% of usual control subjects in good control on little medication, whereas in the surgical group 73% had good glucose levels on no medication. In the surgical group the main difference was that those with good glucose control had on average a 20% loss of body weight, which for a 200lb subject would amount to 40lbs. This simple study indicates the importance of body weight in affecting the presence or absence of diabetes in at-risk subjects.

It has, however, become evident that type 2 diabetes is indeed a progressive condition in which the pancreas steadily loses insulin secretory function over 5-15 years despite maximal doses of available oral medications. Ultimately the pancreas loses the ability to produce sufficient insulin for adequate sugar control despite the use of maximum doses of several oral medications, and subjects late in the disease will need a source of exogenous insulin to achieve glucose control. Initially a once-a-day program of long-acting insulin is sufficient, but as the pancreatic function continues to deteriorate, ultimately many type 2 diabetic patients find a need for further addition of pre-meal short-acting insulin to control the post-prandial rise in glucose. This necessitates daily blood pre-meal sugar monitoring by the patient and greater vigilance by both physician and patient to stabilize daily variations in glucose values. As in many disease states, individual variability exists in the rate at which the pancreas loses secretory function and in the timing of onset and progression of diabetes-related complications.

## REDUCTION IN LIFE EXPECTANCY AND PRODUCTIVITY OF DIABETIC SUBJECTS.

A 1965 Report to Congress highlighted that with the crude glucose control measures available at the time a patient developing diabetes at any age in the early 60's lost fully one third of their remaining life expectancy. No home glucose monitors were then available, and patients were faced with obtaining a crude estimate of their prevailing blood sugar by boiling dilutions of urine with a color developer and visually matching the result against a reference chart.

Since in human physiology little glucose spills over from blood into the urine below 180mgs/dl, patients with diabetes then often passed major periods of the day with ambient sugars well in excess of that figure. High sugar levels cause glucose to become adherent to important body membrane components including small blood vessels, resulting in the thickened, leaky capillary membranes that form the basis for diabetic damage to the eye, the kidney and the peripheral nerve. Such pathological changes constitute the anatomical background to those devastating statistics concerning the high incidence of blindness, limb loss and kidney failure that diabetics still suffer today.

Since that time measures for tight glucose control have, however, progressed such that patients can by fingerstick means obtain a direct reading of their prevailing blood glucose. Working with their physicians and educators this allows for better understanding of the effects of each medication used, and facilitates better day-to-day sugar control in

response to food and exercise. As diabetic glucose control measures have improved, so have estimates of life expectancy, and current reviews from Canada & the UK have reduced expected lifetime loss to nearer 12-15% of remaining life years. However many type 2 diabetics also suffer from other risk factors such as obesity, high blood pressure and abnormal blood lipids which constitute additive risks for a shortened life span. As a result of diabetes-related complications, diabetics suffer loss of productivity and increased number of hospitalization days and increased cost of medical care as reflected in ADA Annual Updates.

ANNUAL COST OF BEING A DIABETIC.

The American Diabetes Association (ADA) has produced periodic updates on the annual cost to subjects of management of their disease & its complications. The estimate from 2007 puts that figure as 2-3 fold the cost of medical care for a non-diabetic of similar age- the study noted average costs were $11,744/year for a diabetic patient compared to $4349/yr for a non-diabetic subject.

For the same year 2007 the total cost to the USA taxpayer nationwide of diabetes was estimated as $174 billion, of which $116 billion was in excess direct cost for diabetes care and some $50 billion was in lost productivity. Of the direct costs 50% was for hospital in-patient costs, 12% for diabetes medical supplies, 11% for retail medical supplies and 9% for office visits. Hence any medication that advances a subject's risk of developing diabetes subjects the patient to all the excess risks and expenses of the diabetic state listed above.

THE ATYPICAL ANTIPSYCHOTICS AND DIABETES.

The atypical antipsychotics, including Seroquel, have been associated with metabolic deterioration in the form of progressive obesity, dyslipidemia, worsening of the metabolic syndrome, diabetes onset, hyperlipidemia, pancreatitis and diabetic keto-acidosis. Two drugs within this class, Ziprasidone (Geodon) & Aripiprazole (Abilify), however do not appear to carry the same level of associated risks according to published literature to date. After reviewing the medical literature I am of the opinion that Seroquel can cause weight gain, dyslipidemia, diabetes and pancreatitis. There is a primary connection between the administration of Seroquel and the development of diabetes with increased fasting and postprandial glucose levels noted after administration of the drug. Besides weight gain in many, some patients developed diabetes following Seroquel exposure without much weight gain, suggesting a direct adverse effect of the medication on glucose metabolism. Studies have demonstrated that Seroquel is associated with hypertriglyceridemia which, as noted above, increases the risk of developing diabetes. Moreover administration of Seroquel has been shown to be associated with the development of acute and fatal pancreatitis. This is a serious condition in which the pancreas becomes inflamed and releases digestive enzymes into itself and surrounding tissues, causing damage by auto-digestion and ultimately loss of beta cell function which reduces insulin availability and can lead to diabetes. Occasionally acute pancreatitis has led to shock with renal and pulmonary failure which can at times be fatal. In other circumstances pancreatitis can become chronic, with significant recurrent abdominal pain, and the slow loss of both exocrine and endocrine pancreatic function. Here the

patient becomes able to produce neither digestive enzymes, hence unable to digest his food, nor insulin, hence develops diabetes.

Based on my review of documents produced by Astra Zeneca in this litigation it is my opinion that the company agents were aware as early as 1997 of the association between Seroquel and weight gain. Evidence also supports my opinion that Astra Zeneca had evidence that Seroquel was associated with glucose dysregulation in 1999 and 2000 though this significant adverse event did not appear as a warning in the Seroquel labels for many years. As a physician who prescribes medicines on a daily basis, it is my opinion that a physician needs to be provided with information about significant adverse events associated with drug use so that he or she may conduct an informed risk-benefit analysis and communicate accurate information to a patient before the use of such a medication as Seroquel. Based on information available to me, Astra Zeneca did not provide accurate information about the risks of weight gain, elevated triglycerides and diabetes associated with Seroquel ingestion to physicians in a timely manner. As such, patients were placed at increased risk of developing obesity, diabetes and the associated complications as described above.

OPINIONS RELATING TO Ms EILEEN McALEXANDER.

I have reviewed the chart relating to Ms McAlexander's time as a patient at the South Duchess Family Practice Center, the Benedictine Hospital, the Four Winds Hospital, notes from the Social Security Administration, the Family Care Specialists, The Florida Psychiatry Group, the Ocala Regional Medical Center and visits to the offices of Dr Schleffler, and Dr Asha Velisetti, Dr Gary Heflin, Dr Edward Schneider, Vassar Brothers Hospital, Dr Stanley Gordon, Hudson Valley Heart Center, Digestive Diseases Center. In addition to the bases listed above, my opinions are based on experience gained in managing such cases over the years listed above, and on reasonable Medical interpretation of the facts and data recorded in the charts.

Clinical Facts: She was born in July, 1959 and was disabled secondary to mental ill health. She suffered from major depression with psychotic features, anxiety, post traumatic stress disorder, obesity, tachycardia, chronic recurrent headaches, heavy cigarette smoking habit, COPD with asthma occasionally requiring glucocorticoids, gastroesophageal reflux, obesity and hypertension. She had a family history of diabetes mellitus. Surgical history included a C-Section and a Renal Lithotrypsy.
In 2001 she was diagnosed with major depression with psychotic features and on 8/9/01 was started on the atypical antipsychotic Risperdal at 0.5mg qam and 1mg at bedtime. However following some references to suicide ideation on 8/30/01 the medication was changed to Seroquel 25mg in the morning and 50mgs at bedtime. The regimen continued to 2/11/2002 when she discontinued the tablets briefly. In late February she was re-established on Seroquel at a bedtime dose of 300 mgs, which was continued until 2/13/03, when the dose was increased to 600mgs at bedtime. This regimen was continued despite some episodes of overdose until 7/13/05 when the patient noted weight gain and requested a change of medication. The dose was slowly tapered down to 150 mgs at bedtime by 9/29/05and then 100mgs at bedtime by 10/21/05.Finally the medication was terminated in 8/02/06. By 10/29/07 she was placed on Geodon 20 mgs at bedtime.

Prior to the administration of antipsychotics her weight is recorded as 185lbs. By the time of her screening test for diabetes on 2/16/06 this had increased by 59lbs to 244lbs. On that date she was noted to have a fasting sugar of 131mgs/d, a one hr sugar of 261mgs/dl two hr sugar of 181mgs/dl, all 3 points being diagnostic of diabetes mellitus.

Based on reasonable medical probability the excess weight gain experienced following the administration of the atypical antipsychotic Seroquel was a cause of and contributed to the development of her diabetic state.

Now having developed type 2 diabetes the natural history of which is for Ms. McAlexander to continue to suffer the relentless loss of beta cell function such that oral medications will ultimately fail to control her sugars, and she will ultimately require insulin long-term for adequately control. This will necessitate daily blood sugar checks to maintain proper blood sugar stability. As a result of her developing diabetes she faces a decreased life expectancy from the rigors of ongoing diabetic complications as explained in the review section above.

Already able to cope with little productive activity in her profession, she will, as a result of her diabetes, experience ongoing further loss of productivity and quality of life as a result of the progressive nature of diabetic complications affecting her peripheral nerves, her kidneys & her ocular function. Her diabetic state will require increased need for and cost of medical care as described above, with admission to the support facilities listed that will result in separation from quality life with other family members. Moreover given the increased cardiovascular risk associated with women suffering from diabetes she is likely to suffer from increased hospitalization, decreased life span and earlier death from stroke or myocardial infarction.

The increased load placed on weight bearing joints will put her at risk from accelerated arthritis, especially of the knees & hips, which will further decrease her ability to maintain healthy exercise and an active physical response the needs of her work environment.

These observations are based on medical interpretation of the data as available in the charts of the medical facilities listed. It is my understanding that document and record production is ongoing and I thus reserve the right to supplement my opinions pending my review of additional information.

My Fee Schedule is attached as Exhibit C.

My list of testimony in the past 4 years is attached as Exhibit D.

Brian R Tulloch, MD, FRCP, FACP.
Past President, American Diabetes Association, Texas Affiliate,
Endocrinologist, Diagnostic Clinic of Houston.

# Exhibit C - B R Tulloch, MD

FEE SCHEDULE FOR MEDICAL-LEGAL CONSULTATION:

$330/hr chart review
$500/hr deposition
$660/hr court appearance, (min 2hrs)


Brian R Tulloch, MD, FRCP, FACP
Clinical Assoc. Professor, Univ of Texas, Houston.
Past President, American Diabetes Association, Texas Affiliate.
Endocrinologist, Diagnostic Clinic of Houston.

EXHIBIT D - TESTIMONY LIST

The following is a list of the cases in which I have given sworn testimony in the past 4 years to the best of my recollection:

1. Deposition testimony 1-7-08 on a Zyprexa case - attorney Howard Nations
2. Deposition testimony and trial testimony (x 2) in re: Antonio Manuel Rodriguez case - attorney Jeff Davis at McGinnis, Lochridge
3. Deposition testimony in the David Morieda v Cynthia Heibel case on 6-25-08 - attorney Gonzales
4. Deposition testimony in the Victoria Scott case on 6-19-08 – attorney Carol Shaw at O'Quinn Law Firm
5. Deposition testimony 4-12-07 in the Guy Patrick Carr vs. San Jacinto Methodist Baytown and Dr. Pedro Talosis – attorney Craig Lewis
6. Deposition testimony in the Janell Martin vs. Walmart case – attorney Connie Hawkins at Bush and Ramirez

Brian R Tulloch, MD, FRCP, FACP
Clinical Assoc. Professor, Univ of Texas, Houston.
Past President, American Diabetes Association, Texas Affiliate.
Endocrinologist, Diagnostic Clinic of Houston.

# Brian R Tulloch, MD, FRCP, FACP.

Endocrinologist, Diagnostic Clinic,
1200 Binz, 7th Floor
Houston, Tx, 77004
drtulloch@diagnosticclinic.com

Background:

Dr Tulloch received a Masters degree in Biochemistry before attending Oxford as a Rhodes Scholar to complete his Medical Studies in 1965. His residence locations included Oxford, the National Heart & Brompton Chest Hospitals before he completed his Endocrine training at London's Royal Postgraduate Medical School.

Dr Tulloch came to Houston in 1977 where he is currently an Endocrinologist at the Diagnostic Clinic of Houston. He is Clinical Associate Professor at the University of Texas Medical School. His postgraduate degrees include Fellowship of the Royal College of Physicians, Fellowship of the American College of Physicians and of the American College of Clinical Endocrinologists. He is a Past President of the American Diabetes Association, Texas State Affiliate, has served as Fleet Surgeon to the Houston Yacht Club, and received his Coastguard Captains licence in January 2000. He is an avid sailboat racer, offshore fisherman, SCUBA diver and wildlife photographer. His wildlife artwork occasionally features in or after his academic presentations.

Dr Tulloch is the author of 80 publications and abstracts based on his work in diabetes, endocrinology & lipid metabolism. He is manuscript reviewer for several journals including Diabetologia, Hormone & Metabolic Research, Clinical Science, Cardiovascular Research, Biochemical Pharmacology, Journal of Clinical Investigation and Circulation.

Personal data:
Speaker's corporation (Please make checks out to this name)-

    Medical Presentations, Inc.,    (Tax ID 76-036-5406)
      6447 Lindy Lane,
        Houston, Tx, 77023.

Business Phone-713-797-9191, Private cellphone 713-202-7988
E-mail- drtulloch@diagnosticclinic.com
Fax-713-986-1287
Employer- self-employed in a Joint Clinical Practice at
    Diagnostic Clinic of Houston,
      1200 Binz Str.,
        Houston, Tx 77004.

Professional degrees: B.Sc, M.Sc (Natal)
Medical degrees- B.M, B.Ch (Oxford, UK), MD-1977(Texas)
Boards- MRCP(London) 1978,
Awarded degrees-FRCP, (UK), FACP (USA)
Member, American College of Clinical Endocrinologists, American Diabetes Association, Endocrine Society.
Active License- Texas- # FO336.
Clinical Associate Professor, University of Texas, Houston.

Professional Presentations:-
I have been Chairman of the Postgraduate Education Committee for the Diagnostic Clinic and for the Past 18yrs at a large Private Hospital on the edge of the Texas Medical Center (Park Plaza Hospital) which carries its own TMA rated CME program. Hence I am occasionally required to provide last-minute fill-in talks extemporaneously for a cancelled speaker.

To Physicians I give 20-40 lectures/yr in the fields of Diabetes, Lipid Metabolism, Hypertension, Fertility, Thyroid disease, Heart Disease Prevention, Travel Medicine, Sailing Medicine, Diving Medicine, Underwater Photography.
 To the general public- I have given Radio and TV talks on the same topics, and charity or fund-raising reviews of the field to members of disease-interest groups-eg lay members of the American Diabetes Association, the Juvenile Diabetes Association and the American Heart Association.