*Neurodevelopment and the Neurophysiology of Trauma*, Denver, CO  1995

- *Invited Keynote,* (Maternal and Child Health) Emergency Medical Services for Children Annual Investigators Meeting, *The Neurobiological Impact of Pediatric Trauma,* Washington, DC  1995

- *Warren Wright Lecturer,* Northwestern University School of Medicine, Neurodevelopmental Sequelae of Childhood Trauma, Chicago, IL  1995

**1996**

**Research Presentations**

- *Invited Speaker,* Symposium on Traumatized Children The American Psychiatric Association in New York, NY, 1996.

- *Invited Speaker,* Brain Development in Young Children: New Frontiers for Research, Policy, and Practice Conference **Early experience and the developing brain, specifically social and physical deprivation**, Chicago, IL 1996

- *Invited Speaker,* International Society for Traumatic Stress Studies, 12th Annual Meeting:  Trauma & Controversy, San Francisco, CA, 1996

- *Keynote Speaker and Panel Member,* Scholarship and Guidance Association Sixth Biennial Symposium **Trauma and It's Impact on "Adolescents"**, Chicago, IL 1996

- *Invited Speaker,* Houston Psychological Association, **Maltreated Children and Groups** Houston, TX 1996

- *Invited Speaker,* National Association of Counsel for Children, (NACC) 19th National Children's Law Conference, **How Law Changes the Developing Brain:  The Biological Nature of Cultural Structures**, Chicago, IL, 1996

- *Invited Speaker,* Youth Services Network of Southwest Ohio, Inc., **Violence, Our Kids and Healing Post Traumatic Stress Disorder,** Dayton, OH 1996

- *Keynote Speaker,* American Psychiatric Association (APA) 11 National Conference on Child Abuse, **Critical Incident Response Team Modules For Maltreated Children,** Washington, DC 1996

- *Keynote Speaker,* Texas Families:  Today & Tomorrow Conference, **A Cross-Disciplinary Approach to Working with Maltreated Children,** Austin, TX 1996

- *Invited Speaker,* 149th 1996 APA Annual Meeting, **Traumatic Disruption of Bodily Experience and Memory**, New York, NY 1996

**Training/Education (local)**

- *Keynote Paper,* the "Child Abuse: A Multidisciplinary Approach to the Problem" Conference sponsored by the University of Texas Health Science Center, **The Impact of Violence on Child Development**, San Antonio, TX, 1996

- *Invited Speaker* The Tarrant County Children's Protective Service **Working with Maltreated Children**  Tarrant County, TX, 1996.

- *Co-Presenter* The Texas Families Conference **A Cross Disciplinary Approach to Working with Maltreated Children,** Austin, TX, 1996

- *Invited Speaker* Dallas Police Department and Dallas Children's Advocacy Center **Violence, Our Kids and Healing Post-traumatic Stress Disorder,** Dallas, TX, 1996

PERRY, Bruce D.  CV   9/8/08

- *Guest Speaker,* Houston Division of the Federal Bureau of Investigation (FBI) Management Retreat, **The Impact of Trauma on Children: Implications for Investigation of Crimes Against Children** West Columbia, TX 1996

- *Invited Speaker,* Brazos County Courthouse, **The Impact of Trauma on Brain Development, Child Development and Behavior,** College Station, TX 1996

- *Invited Speaker,* Baylor College of Medicine Acute Care Pediatrics Conference, **Attention Deficit Disorder: The Psychiatrist's View, The Neurobiology of the Acute Stress Responses and Recognizing the Depressed Child,** Hilton Head Island, South Carolina 1996

- *Invited Speaker,* University of Texas at Arlington, School of Social Work, **Working With Maltreated Children** Dallas, TX 1996

- *Invited Speaker,* Georgetown University Medical Center & Kairos Ventures II, Ltd., Second Annual Conference on Trauma, Loss & Dissociation:  Foundations of 21st Century Traumatology, **Trauma & Dissociation: Developmental Deficits & Experience-Induced Neuroplasticity/ Plenary,** Alexandria, VA 1996


**Training/Educational (national/international)**

- *Invited Speaker* The 2nd Annual CIVITAS Expert Witness Training Program **Forensic Interviewing of Children** Chicago, IL, 1996

- *Invited Speaker* Trauma, Loss, and Dissociation: The Foundation of 21st Century Traumatology Conference **Trauma, Dissociation and Developmental Losses,** Alexandria, VA, 1996

- *Invited Speaker* The 12th Annual Mental Health Conference, Making Connections: Addressing The Interface of Medical and Mental Health, **Interventions for Traumatized Children** Chicago, IL, 1996

- *Invited Speaker* Family Preservation Meeting. Albuquerque, NM, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Critical incident response team models for maltreated children,** Chicago, IL, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Neurodevelopmental Adaptations to Severe Maltreatment: Clinical Implications in Work with Children and Adult Survivors** Chicago, IL, 1996

- *Keynote Speaker* Violence and Childhood Trauma: Understanding and Responding to the Effects of Violence on Young Children, Regional Conference **The Neurobiology of Child Maltreatment** Belton, TX, 1996

- *Guest Speaker* The Violence in America Program, University of California, Santa Barbara, **Violence Against Children: Effects on Brain Development,** Santa Barbara, CA, 1996.

- *Invited Speaker,* Democratic Governor's Association National Policy Forum, Democratic National Convention, Our Children Our Future, **How Children Respond to Violence and How to Help Children Who Have Been Traumatized by Violence,** Chicago, IL 1996

- *Invited Speaker,* Hardiman Task Force, **Training for Missing and Exploited Children,** Quantico, VA 1996

- *Keynote Speaker,* The Centech Group, Inc., **NIMH Conference for Advancing Research on Developmental Plasticity,** Chantilly, VA 1996

- *Invited Speaker,* University of California, Santa Barbara, **Violence Against Children:   Effects on Brain Development,** Santa Barbara, CA 1996

- *Invited Speaker,* McGill University Divisional Conference on The Assessment and Treatment of Traumatic Stress in Children and Adolescents, **Trauma and Children** Montreal, Quebec, Canada


**Honorary Lectureships**

PERRY, Bruce D. CV    9/8/08

- *Invited Keynote*, Smithsonian Lecture Series on "Messianic Heroes and Heroines and Their Followers" Sponsored by Smithsonian Institution, ***Children Raised in Cult Settings***, Washington, DC, 1996
- *The Rosenberry Lecturer*, Denver Children's Hospital, University of Colorado Department of Pediatrics, ***Neurodevelopment and the Neurophysiology of Trauma***, Denver, CO  1996
- *The First Annual Holt W. Webster Lecturer*, Children's Hospital and Medical Center, University of Washington School of Medicine, **Neurodevelopmental Sequelae of Childhood Trauma**, Seattle, WA, 1996

**1997**

<u>**Research Presentations**</u>

- *Invited Speaker*, 17th Annual Division 39 Spring Meeting, Symposium on **Neurobiology of Personality I & II: Implications for Psychoanalytic Development Theory and Childhood Trauma, The Neurobiology of Adaptation and the "Use-dependent" Development of the Brain:  How "States" become "Traits."**  Denver, CO 1997

- *Invited Speaker*, Child Advocates, PanEnergy Corp Auditorium, Symposium on **The Impact of Volunteers in the Lives of Abused Children**, Houston, TX 1997
- *Invited Speaker*, 4th Annual Update in Adolescent Psychiatry, Northwestern Memorial Hospital, Symposium on **Neurodevelopment Sequelae of Childhood Trauma; Violence in Children Exposed to Chronic Abuse; Healing the Traumatized Child: Cognitive Behavior and Psychoeducational Approaches; Psychopharmacology of Acute and Chronic Trauma**, Chicago, IL 1997

<u>**Training/Education (local)**</u>

- *Invited Speaker*, Justice for Children Speaker's Forum, Houston, TX 1997
- *Invited Speaker*, The 1997 Mental Health Association Annual Meeting, Symposium on **The Advances in Brain Development:  The Biology of "Hope" is Wonderful**, Houston, TX 1997

<u>**Training/Educational (national/international)**</u>

- *Invited Speaker*, Institute for Mental Health Education and Training Seminars; University of Oklahoma Center for Continuing Education Forum, Symposium on **Childhood Trauma and Neurophysiological Development**, Norman, OK 1997
- *Invited Speaker*, Ohio State University, Risky Behaviors of Adolescents:  Integrating Research, Practice and Policy Early Symposium on **Childhood Trauma and the Effects upon Brain Development:  Effects During Adolescence**, Columbus, OH 1997
- *Invited Speaker*, Institute for Mental Health Education and Training Seminars, Symposium on **Childhood Trauma and Neurophysiological Development**, Norman, OK 1997
- *Guest Faculty; University of California, Los Angeles;* RAND Child and Adolescent Health Policy Seminarr, Grand Rounds, **Early Childhood Development,** Los Angeles, CA 1997
- *Invited Speaker*, "BrainChild" Professional Conference, Summit for Children Luncheon, Denver, CO 1997

PERRY, Bruce D. CV   9/8/08

- *Invited Speaker*, Wisconsin Council on Children and Families, Great Beginnings:  The First Years Last Forever, **Principles of Working with Traumatized Children**, Madison, WI 1997

## Honorary Lectureships

- *Invited Speaker*, National Governor's Association, Symposium on **Children:  Focus on The First Three Years**, Washington, DC 1997

- *Invited Speaker*, National Committee to Prevent Child Abuse:  Healthy Families America Conference, **Prenatal and Early Childhood Brain Development: Implications for HFA**, Chicago, IL 1997

- *Invited Speaker*, University of Texas Medical Center, Department of Pediatrics, Angela and William Barrett Lectureship, **Promoting The Optimal Development of Children**, Dallas, TX 1997

- *Invited Speaker*, I Am Your Child Campaign, Symposium on **Brain Development in Infants, Traces the 0-3 Timeline "Rethinking the Brain"**, Washington, DC 1997

- *Invited Speaker*, President's Summit for America's Future, Plenary Panel, **The New Way of Doing Business for America**, Philadelphia, PA 1997

- *Invited Speaker*, Senate Office Building, Senate Majority Caucus, Symposium on **Early Childhood Trauma and the Effects upon Brain Development:  Effects During Adolescence**, Columbus, OH 1997

- *Invited Speaker*, The Heinz Endowments and Starting Points, University of Pittsburgh Medical Center, Symposium on **Nurturing Neurons: The Early Childhood Connection**, Pittsburgh, PA 1997

- *Plenary and Keynote Speaker*, Child's Agenda, Symposium on **Assessment and Treatment of Maltreated Children:  A Neurodevelopmental Approach**, Auckland, NZ; Wellington, NZ; Christchurch, NZ 1997

- *Keynote Speaker*, Children's Advocacy Services of Greater St. Louis- Kathy J. Weinman Children's Advocacy Centre, **Neurobiological Sequelae of Abuse Principles for Working with Traumatized Children**, St. Louis, MO 1997

## 1998

## Research Presentations

- *Invited Speaker*, American Academy of Pediatrics and the Committee on Scientific Meetings (COSM) 1998 Spring Session, **Early Brain Development:  Current Thinking**, Atlanta, GA 1998

- *Invited Speaker*, Baylor College of Medicine, Psychiatry and Behavioral Sciences Grands Rounds, **Recent Advances in Trauma and Development**, Houston, TX 1998

- *Invited Speaker*, Emory University Charter Peachford Child and Adolescent Psychiatry Grand Rounds, **The Impact of Traumatic Experiences on the Developing Brain**, Atlanta, GA 1998

- *Invited Speaker*, 1998 American Psychiatric Association (APA) Annual Meeting, **The Neuro-Archeology of Child Abuse and Neglect:  Use and Disuse of Dependent Neurodevelopment**, Toronto, Canada 1998

- *Keynote Speaker*, Woodruff Foundation Community Issues Forum, **Brain Development and It's Effect on Violent Behavior**, Cleveland, OH 1998

- *Keynote Speaker*, Twelfth National Conference on Child Abuse and Neglect:  Engaging America's Communities, **The Impact of Abuse and Neglect on the Developing Brain**, Cincinnati, OH 1998

PERRY, Bruce D. CV   9/8/08

41

## Training/Education (local)

- *Invited Speaker,* Baylor College of Medicine, Department of Psychiatry, **Human Development Couse-Neurodevelopment Case Study for 1998,** Houston, TX
- *Keynote Speaker,* Children's Museum of Houston, CIVITAS Academy Public Lecture Series, **Brain Development and Your Child:  What Every Parent Should Know,** Houston, TX 1998
- *Invited Speaker,* Fifteenth Annual Children' s Mental Health Seminar at Austin Child Guidance Center, **Effects of Child Maltreatment:  Assessment and Treatment Strategies from a Neurobiological Perspective,** Austin, TX, 1998
- *Invited Speaker,* Texas Center for the Judiciary, Inc., 1998 Child Protective Services Cases in the Courtroom Conference, **Permanency:  A Child's Sense of Time,** Dallas, TX 1998
- *Keynote Speaker,* Twelfth Annual Governor's Conference on The Prevention of Child Abuse, Texas Committee to Prevent Child Abuse, Austin, TX 1998
- *Invited Speaker,* The Child and Adolescent Community Management Team of Life Management Center for MHMR Services, **The Effects of Child Maltreatment and Trauma on the Developing Brain-A Current Understanding of the Cognitive, Emotional, Behavioral, Social and Physiological Effects of Traumatic Experiences During Childhood,** El Paso, TX 1998
- *Keynote Speaker,* Touch, Outreach, Protect, Serve Infant Mental Health Advocacy Conference, **Impact of Violence on Brain Development,** Houston, TX 1998
- *Invited Speaker,* Texas Children's Hospital, Adolescent Medicine and Sports Medicine Section, MCH Training Grant and Core Lectures, **Post Traumatic Stress Disorder and the Disordered Eating Behaviors that may Ensue,** Houston, TX 1998
- *Invited Speaker,* The University of Texas Houston, School of Public Health, **Violence and Injury Prevention,** Houston, TX 1998
- *Invited Speaker,* Teach for America Institute, University of Houston, **Role of the Child's Environment on His/Her Development,** Houston, TX 1998
- *Plenary Speaker,* 17th National Conference, A Gathering of Wisdom:  Working Together for Children, **Child Trauma:  Exploring Issues from a Neurobiological and Psychological Perspective (2). Childhood Trauma and Neurophysiological Development,** Houston, TX 1998
- *Invited Speaker,* 1998 Judicial Section Annual Conference, **Integrating Principles of Neurodevelopment into Judicial Practice,** Houston, TX 1998
- *Plenary Speaker,* **Child Development and Experience:** AVANCE and Department of Education's Conference on *Excelencia en Educacion*:  The Role of Parents in the Education of Their Children, , San Antonio, TX 1998
- *Keynote Speaker,* Texas Association for the Education of Young Children (TAEYC) and I Am Your Child Texas Network, Infant Brain Development:  Community Leadership Conference, **Latest Brain Research and Development of Children 0 to 3 years,** Ft. Worth, TX 1998
- *Keynote Speaker,* University of Houston-Clear Lake, Professional and Continuing Education, Fifth National Conference. **Children and Violence,** Houston, TX 1998

PERRY, Bruce D. CV   9/8/08

- *Keynote Speaker,* Houston Annenberg Challenge, Beacon School Professional Development, **Neurodevelopmental Adaptations to Violence:   How Children Survive the Intragenerational Vortex of Violence,** Houston, TX 1998

### Training/Educational (National/International)

- *Invited Speaker,* Seely Conference Center, **Diagnosis and Treatment of Childhood Trauma:   New Developments - Understanding Child Maltreatment,** Topeka, KS 1998
- *Invited Speaker,* Wisconsin Council on Children and Families, Great Beginnings:  The First Years Last Forever, **Neuroscientific Research and Its Implications for Wisconsin Children,** Milwaukee, WI 1998
- *Invited Speaker,* U.S. Department of Justice, FBI Academy, Training for Police Fellows and National Center for the Analysis of Violent Crime Coordinators on **Interviewing Techniques of Child Victims and Witnesses,** Quantico, VI 1998

- *Invited Speaker,* Scholastic National Early Childhood Advisory Board 13th Annual Meeting, **The Impact of Experience on Brain Development and the Emotional Cognitive, Social, and Physical Health of Young Children,** New York 1998

- *Invited Speaker,* The National Council of Juvenile and Family Court Judges 61st Annual Conference, **Child Development:  Impact of Abuse on Children,** Key Largo, FL 1998

### Honorary or Plenary Lectureships

- *Invited Speaker,* The United State Conference of Mayors Winter Meeting, **Early Brain Development and I Am Your Child Campaign,** Washington, DC 1998

- *Invited Speaker,* Safe Start:  Children Exposed to Violence Summit Planning Meeting, **To Reduce Effects on Children of Exposure to Violence,** Washington, DC 1998
- *Invited Speaker,* Eastern Virginia Medical School and Children's Hospital of the King's Daughters, Pediatric Grand Rounds, **(1). Neurodevelopmental Impact of Childhood Maltreatment, (2). Early Brain Development: Our Window of Opportunity,** Norfolk, VI, 1998
- *Keynote Speaker,* National Association of Children's Hospital's and Related Institutions (NACHRI), Creating Linkages-Expanding The Universe of Care, **The Importance of Child Advocacy for Health Care Professionals and Critical Linkages with Other Advocacy Partners,** Houston, TX 1998
- *Invited Speaker,* Department of Pediatrics, University of Arkansas for Medical Sciences and the Arkansas Children's Hospital Foundation.  Lynn Harris Memorial Lecture, **Experience, Brain Development, and the Next Generation,** Little Rock, AR 1998
- *Keynote Speaker,* International Society for Prevention of Child Abuse & Neglect (ISPCAN), Twelfth International Congress on Child Abuse and Neglect, **(1) The Impact of Abuse and Neglect in the Early Years of Life: Implications for Policy and Child Advocacy (2) The Challenge and Opportunities of the First Three Years of Life (3) Physiological Measurements in the Assessment of Maltreated children:  The Physical Impact on the Developing Brain,** Auckland, New Zealand 1998
- *Invited Panelist,* National Institutes of Mental Health (NIMH), Department of Health and Human Services, participated in ***Clinical Research Planning Panel for the Intramural Research Program of the National***

*Institute of Mental Health* (NIMH IRP), Bethesda, Maryland 1998

- *Plenary Speaker,* 12th National Conference on Child Abuse and Neglect:  Engaging America's Communities, **(1) The Impact of Abuse and Neglect on the Developing Brain (2) The CIVITAS Cybrary of Child Development and Maltreatment**, Cincinnati, OH 1998


**1999**

Training/Education (local)

- *Invited Speaker,* **Systemic Change and Public Policy: The Role of Child Psychiatry in Public Policy**, Grand Rounds, Department of Psychiatry and Behavioral Sciences, Baylor College of Medicine, Houston, TX 1999.

- *Invited Speaker,* Bunker Hill Elementary, **Social Skills**, Houston, TX 1999.

- *Invited Speaker,* Elementary Teachers' Staff Development for Spring Branch ISD, **How Brain Research Applies to Learning in School,** Houston, TX 1999.

- *Keynote Speaker,* The Parenting Center at St. Luke's United Methodist Church, **Experience, Brain Development and the Next Generation,** Houston, TX 1999.

- *Invited Speaker,* Brown Family Fund, **Childhood and the Development of the Brain**, Houston, TX 1999

- *Keynote Speaker,* **Child Development and Community Policy**, Ambassadors for Children Task Force (City of Austin: Child Care Council)  Austin, TX 1999

- *Guest Speaker,* **Social Issues in Pediatrics: What Every Physician Should Know,** Baylor Pediatric Society, Houston, TX 1999

- *Keynote Speaker,* **Impact of Violence on School Age Children: Helping kids cope; Research on the impact of trauma on the brain,** Symposium on Violence Among Youth, Houston, TX 1999

- *Invited Speaker,* **Building Emotional Security in Your Adolescent** Memorial Middle School Community Network, Houston, TX, 1999

- *Invited Speaker,* **The Crucial Role of Early Childhood Experiences in Shaping the Healh of A Society,** Episcopal Health Charities Board, Houston, TX 1999

- *Invited Speaker,* **Abused Children**, Students AMA (co-sponsored by Baylor Pediatric Section), Houston, TX, 1999

- Invited Speaker, **Experience and Early Childhood**  4th Annual Greater Texas Community Partners Conference, Texas Board of Protective & Regulatory Services, Austin, TX, 1999

- *Keynote Speaker,* **Abuse and Negect of Children: Implications for Family and Juvenile Court Judges***,* Annual Judicial Training, San Antonio, TX, 1999

- *Invited Speaker,* CASA Graduate Training, **Origins of Trauma—Long-term Effects**, Houston, TX, 1999

- *Plenary Speaker,* Early Brain and Child Development, from Science to Practice: A Workshop on Creating Presentations for Physician Leaders, American Academy of Pediatrics, **Overview of Early Brain and Child Development: Articulation of Key Principles**, Houston, TX, 1999

Training/Educational (National/International)

- *Keynote and additional session,* 10th Annual Preventing Child Abuse Conference, **Impact of Abuse on Child Development**, Mesa, AZ 1999.

- *Keynote Speaker (and noon conference for physicians),* LaCrosse Child Maltreatment Conference, **The Impact**

PERRY, Bruce D. CV   9/8/08

of Abuse and Neglect on the Developing Brain and Neurodevelopment and Attachment: Understanding Violent Behavior, La Crosse, WI 1999

- *Visiting Saculty*, FBI Academy and National Center for the Analysis of Violent Crime, **Maltreated and Traumatized Children.** Quantico, VA 1999

- *Special Lecturer*, **Brain Development and the At-Risk Child** City College of San Francisco, National Forum: "*Imagine a Brighter Future—Solutions for Children in Crisis*," San Francisco, CA, 1999

- *Invited Speaker*, **How Early Childhood Experiences Influence Brain Development** 14th Annual meeting of Scholastic's National Early Childhood Advisory Board, *Meeting the Needs of Young Children in the New Century*, New York, NY, 1999

- *Invited Speaker*, **The Impact of abuse & Neglect on the Developing Brain** Abandoned Infants Assistance (AIA), National Abandoned Infants Assistance Resource Center (Teleseminar), , Berkeley, CA, 1999

- *Invited Faculty*, **How Nurture Becomes Nature: Early Intervention on Brain Development** and **Origins of Violence in Childhood Trauma**, The Arc in Jefferson, Arvada, CO, 1999

- *Invited Faculty*, Child Care Connections Conference, **Recent Advances in Brain Development: Implications for Working with Maltreated Children,** Colorado Springs, CO, 1999

- *Invited Speaker*, **Children & Violent Crime: Strategies for Effective Interviewing and Interaction** 1999 Crimes Against Children Conference sponsored by the FBI, Dallas Children's Advocacy Center & the Dallas Police Department, Dallas, TX, 1999

- *Invited Speaker*, **The Policy Implications of Research on Early Brain Development and Youth Violence** Early Brain Development Public Policy Workshop, Colorado Children's Campaign, Denver, CO, 1999

- *Special Lecturer*: National Association of Educators of Young Children (NAEYC) National Meeting, **A neurodevelopmental view of child development: theoretical, clinical, and policy perspectives,** New Orleans, LA, 1999

- *Keynote Speaker,* Joint Conference of the National Committee for the Prevention of Child Abuse and the Children's Trust Funds, **Matching Opportunity with Investment: Developing Effective Policy and Programs for Young Children and Families,** New Orleans, LA, 1999

- *Keynote Speaker,* **The Relationship Between Nurturance and Brain Development** SoonerKids Parenting Program, "Together for Children", , Norman, OK, 1999

- *Special Lecturer*: **Interviewing Children: Victims and Witnesses** National Center for the Analysis of Violent Crime and the Child Abduction & Serial Killers Units, FBI Academy Quantico, VA, 1999

### Honorary or Plenary Lectureships

- *Keynote Sspeaker,* **Investment without Invasion: A Role for Government in the Lives of Young Children** for 13th Annual Governor's Conference on Prevention of Child *Abuse From Helplessness to Hope: Balancing Leadership and Collaboration and Neurodevelopment and Early Childhood: Implications for Public Policy,* Austin, TX 1999.

- *Visiting Professor in Neuroscience,* **The Nature & Nurture of Brain Development: How Early Experience Shapes Child and Culture** Amherst College, Amherst, MA 1999

- *Plenary Speaker and special presentation,* American Academy of Pediatrics, Spring Session, **Early Brain Development: Translating the New Information into Pediatric Practice** and **Enhancing Early Brain Development: Practical Applications,** Chicago, IL, 1999

- *Plenary Speaker,* National Council of Juvenile and Family Courts; 3rd Annual "Children Can't Wait Conference," **Introduction to Brain Development and Learning: Impact of Environment on Learning** Chicago, IL, 1999

- *Keynote Speaker,* **Origins of Violence in Childhood Trauma** Children's Institute International, *Imagine a*

PERRY, Bruce D.  CV   9/8/08

*Brighter Future: Providing Solutions for Children in Crisis*, Los Angeles, CA, 1999

- *Keynote Speaker and primary trainer*, American Academy of Pediatrics, Train the Trainers Meeting: Meeting of the Early Brain & Child Development Project, **Your Child's Early Brain Development: The first three years and beyond,** Chicago, IL, 1999

- *Plenary Speaker and visiting faculty*, **A Neurodevelopmental View of Child Development: Theoretical, Clinical, and Policy Perspectives** and **The neurobiology of trauma, abuse, neglect** and **Treatment of PTSD, abuse, & neglect**  *Kids in Care Conference* sponsored by Alberta Children's Hospital: Calgary Rockyview Child and Family Services; Foster Care Association, Calgary, Alberta, Canada, 1999

- *Plenary Speaker,* **A Look into the Future: How Courts & Science Can Work Together** 62nd Annual National Council of Juvenile and Family Courts, Chicago, IL, 1999

- *Keynote Speaker,* **Experience, Brain Development and the Next Generation** and **Abuse and Neglect and its Influence on Brain Development** San Antonio Congress for Children, *"Precious Minds, New Connections,"* San Antonio, TX, 1999

- *Keynote Speaker,* **How the experiences of early childhood shape the developing brain and, thereby, the potential of the child** *"Healthy Families America,"* Prevent Child Abuse, America's Annual Dinner, New York, NY, 1999

- *Plenary Speaker,* **The Impact of Violence on the Developing Child: Focus on School-based Violence:** American Academy of Pediatrics, Symposium on School Violence; AAP Annual Meeting, Washington, DC, 1999

- *Keynote Speaker,* **From Principles to Practice: Why Understanding Child Development is Necessary for Effective Policy** White House Summit, *Safe From the Start: The National Summit on Children Exposed to Violence*, Washington, DC, 1999

**2000**

**Research Presentations**

- *Invited Speaker,* **The Impact of Traumatic Experiences on the Developing Child,** Juvenile Defender Leadership Summit sponsored by The American Bar Association, The Juvenile Justice Center, Youth Law Center, and The Juvenile Law Center, Houston, TX, 2000
- *Invited Speaker,* **Neurodevelopment and Dissociation: Trauma and Adaptive Responses to Fear,** Developmental Foundations of Dissociation: Biological, Psychological and Social, International Society for the Study of Dissociation, San Antonio, TX 2000
- *Invited Speaker,* **A Neurodevelopmental Perspective on Trauma: Clinical Implications,** The Minnesota Society for Clinical Social Work, Minneapolis, MN, 2000
- *Invited Speaker,* **How We Influence Brain Development in Our Children: The Relationship between Early Life Experiences and Emotional, Cognitive, Social and Physical Health,** NAEYC 2000 Annual Conference sponsored by The National Association for the Education of Young Children, Atlanta, GA

**Training/Education (local)**

- *Symposium Speaker,* **Early Childhood Experiences and Brain Development** St. John's School, Continuing Studies, Houston, TX, 2000

- Keynote Speaker, **Infant Brain Development and Public Policy** *"The 21st Century Child: Putting the First Years First!"* State Senator Mike Moncrief Office, Ft. Worth, TX, 2000

- *Invited Speaker,* Mental Health Advisory Council, Brown Foundation, Houston, TX, 2000
- *Keynote Speaker*, **The Impact of Early Childhood Experience on Brain Development: Implications for Childcare Professionals** and **Experience, Brain Development and the Next Generation,** and **Neurodevelopment and Early Childhood Experiences,** Presbytery of New Covenant Conference, Houston, TX, 2000
- *Invited Speaker*, Grand Rounds (CGR) Series, **Neurophysiology of Stress: Clinical Implications** Baylor College of Medicine, Houston, TX, 2000
- *Invited Speaker,* **Children and Violent Crime: Strategies for Effective Interviewing and Interaction,** 12th Annual Federal Bureau of Investigation "Crimes Against Children Conference" sponsored by The Children's Advocacy Centers of Texas, The Office of Juvenile Justice and Delinquency, and The Dallas Police Department, Dallas, TX, 2000
- *Invited Speaker,* Network Texas, Texas Workforce Commission, Houston, TX, 2000
- *Invited Speaker,* Judicial Training, TDPRS: Court Improvement Act, Austin, TX, 2000
- *Invited Speaker,* **Trauma: Symptoms and Treatment,** The Fragile Brain, Jensen Learning Corporation, Houston, TX, 2000
- *Guest Lecturer,* **The Impact of Abuse and Neglect on Neurodevelopment,** Class Lecture at The University of Houston Graduate School of Social Work, Houston, TX, 2000
- *Guest Presenter,* Children's Museum of Houston sponsored by The Brown Foundation's Core Curriculum on Child Development Series, Houston, TX, 2000
- *Invited Speaker,* **A Neurodevelopmental View on Early Childhood Development: Recent Advances,** Professional Medical Education sponsored by For the Children, Abilene, TX 2000
- *Invited Speaker,* **Public Health Perspectives on Trauma Treatment and Research,** Pre-Meeting Seminar, International Society for Traumatic Stress Studies, San Antonio, TX, 2000
- *Invited Speaker,* Bunker Hill Elementary, **Fostering Creativity in Children,** Houston, TX, 2000
- *Keynote speaker,* **A Neurodevelopmental View of Child Development: Theoretical, Clinical, and Policy Perspectives** at *Building a Continuum of Juvenile Crime Prevention: Theory, Research, and Practice in the New Millennium* sponsored by Texas Juvenile Crime Prevention Center, Houston, TX, 2000

## Training/Educational (National/International)

- *Invited Speaker,* One Day Seminar Traumatized Children, **Brain Development; The neurodevelopmental impact on the first few years of life; Outcome for traumatized children—PTSD; Treatment aspects,** Melbourne, Australia, 2000
- *Invited Speaker,* South Australian Branch of Academy of Pediatrics & Australian Association of Infant Mental Health, **A neurodevelopmental perspective of child development: Theory and research** and **A neurodevelopmental perspective of child development: Clinical and policy implications** Adelaide, South Australia, 2000
- *Symposium speaker,* The Mental Health of Women and Children, American Psychiatric Association, **Family Violence in the United States,** Chicago, IL, 2000
- *Invited Speaker,* Early Brain Development in Children At-Risk due to Abuse and Neglect, California Child Development Policy Advisory Committee (CDPAC), **Understanding and Responding to the Traumatized Child,** Los Angeles, CA, 2000
- *Invited Speaker,* Special presentation:  NSW Government Ministers and officials, Commission for Children and Young People, Community Child and Family Health, University of Newcastle, **Focusing on the Early Years with Dr. Bruce Perry (The Impact of Abuse on Brain Development; Responding hopefully to children who have been abused),** Sydney, Australia, 2000
- *Invited Speaker,* Phoenix Children's Hospital 22nd Annual Pediatric Update, **Brain Development and Violence: Policy Implications,** Phoenix, AZ, 2000

PERRY, Bruce D. CV   9/8/08                                                                 47

- *Keynote speaker,* Attorney General's School Violence Prevention Task Force, Irving, TX, 2000
- *Invited Speaker,* Nature & Nurture of Brain Development: How Early Experiences Shape Our Children, Napa County Health & Human Services and The Parenting Project of the Napa Valley, **Early Infant Brain Development,** Napa, CA, 2000
- *Invited Speaker,* Coconino Coalition for Children, **The Impact of Neglect and Abuse on the Developing Child,** Flagstaff, AZ, 2000
- Invited speaker, **The Developing Brain and Literacy** National Advisory Council Annual Meeting, Scholastic, Inc. *Closing the Achievement Gap,* New York, NY, 2000
- *Special presentation,* **Science of Early Brain Development** Governor's Task Force on Early Childhood Education (via satellite), Oklahoma City, OK, 2000


### Honorary or Plenary Lectureships

- *Keynote speaker,* **The Neuroarcheological Impact of Early Life Events** The Royal Australasian College of Physicians, Annual Scientific Meeting, *"Moving Forward Together,"* Adelaide, South Australia, 2000
- *Special Invited Presentation:* Premier and Cabinet of New South Wales, **The Role of Government in Supporting Healthy Development of Children,** Sydney, Australia, 2000
- *Invited Speaker,* **The Impact of Experience on the Developing Child,** The Governor's Conference on Child Abuse and Neglect sponsored by The Kansas Children's Service League, Topeka, KS, 2000
- *Keynote speaker,* Prevent Child Abuse, 11th Annual Conference, **The Assessment & Treatment of Children Exposed to Violence,** Mesa, AZ, 2000
- *18th Recipient of the Dr. McIver Furman Del Mar College Lectureship in the Health Sciences,* Driscoll Foundation, **Applying Brain Research to Early Childhood Development, Nature and Nurture of Brain Development: How Early Experience Shapes Child and Culture,** Corpus Christi, TX, 2000
- *2nd Narkewicz Visiting Professor in Child Advocacy and Community Health,* The **Impact of Traumatic Life Events on the Developing Child** Department of Pediatrics, University of Vermont School of Medicine, Burlington, VT 2000


**2001**


### Research Presentations

- *Invited Speaker,* **Experience, Brain Development and the Next Generation: Why Early Childhood is So Important,** 2001 Fall Conference sponsored by the Houston Area Association for the Education of Young Children, Houston, TX
- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** presented at "The Power of Prevention" Child Abuse Prevention Symposium sponsored by the New Jersey Task Force on Child Abuse and Neglect, Trenton, NJ, 2001
- *Invited Speaker,* **How Childhood Experiences Influence the Developing Brain: Clinical Work with Maltreated Children,** Early Intervention: A Journey of Exploration and Discovery sponsored by the Infant Development Association, Los Angeles, CA, 2001
- *Invited Speaker,* **How We Influence Brain Development in Our Children,** City College of San Francisco, San Francisco, CA, 2001

PERRY, Bruce D. CV   9/8/08                                                                              48

- *Invited Speaker,* **Brain Development, Experience Dependency and Child Neglect,** Child Neglect: Promising Approaches to Achieve Safety, Permanency, and Well-Being sponsored by the National Resource Center on Child Maltreatment, Baltimore, MD, 2001
- *Invited Speaker,* **The Neurodevelopmental Impact of Child Maltreatment,** Grand Rounds, University of Alberta; Division of Child Psychiatry, Alberta, Canada, 2001
- *Invited Speaker,* **Neurodevelopmental Impact of Child Maltreatment,** Winter Conference of the National Association of Attorneys General and the California Attorney General, Newport Beach, CA, 2001

## Training/Educational (local)

- *Invited Speaker,* Judicial Training, TDPRS: Court Improvement Act, Galveston, TX, 2001
- *Invited Speaker,* **The Impact of Neglect and Abuse on the Developing Child,** 15th Annual Conference on the Prevention of Child Abuse, San Antonio, TX, 2001
- *Invited Speaker,* 2001: A Reading Odyssey sponsored by Houston Public Television, Conroe Independent School District, and Montgomery County, TX, Houston, TX, 2001
- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** Judicial Training, Texas Center for the Judiciary, Austin, TX, 2001
- *Invited Speaker,* LEAH Training Program, Baylor College of Medicine Maternal and Child Health Bureau, Houston, TX, 2001
- *Special Presenter,* **The Impact of Abuse and Neglect on Language Development,** Houston Association of Communication Disorders, Houston, TX, 2001
- *Invited Speaker,* Child Abuse Prevention Conference sponsored by the Amarillo College Center for Continuing Healthcare Education, Amarillo, TX, 2001
- *Invited Speaker,* 1st Biennial Symposium sponsored by Texas Children's Hospital Auxiliary, Houston, TX, 2001

## Training/Educational (national/international)

- *Invited Speaker,* Judicial Training, Child Abuse Coalition, Colorado Springs, CO, 2001
- *Invited Speaker,* **The Impact of Traumatic Experiences on the Developing Child and Effective Intervention,** Fostering Creativity in Children sponsored by MESA County Early Childhood Initiative/Partnership, Grand Junction, CO, 2001
- *Invited Speaker,* **The Impact of Violence on the Developing Child,** Safe from the Start: Reducing Children's Exposure to Violence sponsored by the California Attorney General's Office, I Am Your Child, and Health and Human Services Legislative Committee, Sacramento, CA, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part I of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part II of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part III of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Invited Speaker,* **Early Life Experiences and Brain Development: How Can We Help Our Children Reach Their Potential,** Child Summit sponsored by The United Way of Weld County and the North Colorado Medical Center, Greeley, CO, 2001

PERRY, Bruce D.  CV   9/8/08                                                                49

- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** The Children's Network, Vallejo, CA, 2001
- *Invited Speaker,* Second Annual KID'S BRAINS: Healthy Connections for the Future sponsored by the Metropolitan State College of Denver and the Denver Mayor's Office, Denver, CO, 2001
- *Invited Speaker,* Beyond the Basis 2001 sponsored by the Alberta Children's Services, Alberta, Canada
- *Invited Speaker,* **The Impact of Trauma on Brain Development,** Department of Developmental and Mental Health Services, Burlington, VT, 2001
- *Special Presenter,* **The Impact of Child Maltreatment on the Developing Brain: Implications for Practice, Programs and Policy,** sponsored by the Bergen County Department of Human Services, Teaneck, NJ, 2001
- *Invited Speaker,* **The Impact of Stress and Trauma on the Developing Child,** sponsored by the Heart of America Family Services, Kansas City, KS, 2001
- *Invited Speaker,* Idaho Early Years Conference sponsored by Idaho Early Years and the Office of the Governor, Boise, ID, 2001

## Honorary Lectureships

- *Visiting Professor,* **The Impact of Trauma on Brain Development,** Oregon Health Science University: Department of Pediatrics, Portland, OR, 2001
- *Special Consultant,* **A Neurodevelopmental View on Early Childhood: Recent Advances and Implications for Research and Practice,** UN's Special Session on Children – The Consultant Group on Early Childhood Care and Development partnered, UNICEF, New York, NY, 2001
- *Invited Speaker,* 43rd Biennial Convocation, Kappa Delta Pi, Orlando, FL, 2001

**2002**

## Research Presentations

- *Plenary Speaker,* **Neurodevelopment and Dissociation: Trauma and Adaptive Response to Fear,** Ontario Psychiatric Association Annual Conference, Toronto, Ontario, Canada 2002
- *Invited Speaker,* **The Impact of Early Life Experience on the Developing Child: Lessons from Child Maltreatment,** Young Minds/ Our Future: A Symposium on Early Childhood Brain Development sponsored by Region 9 "Brain Team", Hastings, NE, 2002
- *Keynote Speaker,* **Neurodevelopment and Adaptation to a Violent World,** 21st Annual UC Davis Conference on Child Abuse and Neglect at the University of California, Davis, Sacramento, CA, 2002
- *Keynote Speaker,* **The Impact of Maltreatment on the Developing Child: A Neurodevelopmental Perspective,** Grand Rounds, Children's Hospital & Regional Medical Center, Seattle, WA, 2002
- *Keynote Speaker,* **Why Brains and Babies are Important to the Health of Communities and Why Communities are Important to the Health of Brains and Babies,** Third Annual KID's BRAINS: Healthy Connections for Our Future sponsored by Metropolitan State College of Denver, Denver, CO, 2002
- *Invited Speaker,* **Development of a Core Child and Family Assessment Process,** California Stakeholder's Summit sponsored by the California Department of Social Services, CA, 2002
- *Plenary Speaker,* **Childhood Trauma/Neurodevelopment,** 2002 EMDR International Association Conference, San Diego, CA, 2002
- *Invited Speaker,* **Early Childhood and Brain Development,** The American Academy of Pediatrics/ Proposition 10 Luncheon sponsored by The American Academy of Pediatrics, Costa Mesa, CA, 2002

PERRY, Bruce D.  CV  ·  9/8/08                                                         50

## Training/Education (local)

- *Invited Speaker,* **Over-scheduling Children,** Parent Education, Bunker Hill Elementary, Houston, TX, 2002
- *Invited Speaker,* 9th Annual Title IV-E Placement Conference sponsored by the Texas Juvenile Probation Commission, South Padre Island, TX, 2002
- *Invited Speaker,* **The Impact of Trauma and Abuse on the Developing Child: Implications for the Classroom,** Staff In-Service at Spring Branch Independent School District, Houston, TX, 2002
- *Keynote Speaker,* The Children's Initiative, Partners in Ministry: The Leadership Foundation of the Texas Hill Country, Kerrville, TX, 2002
- *Invited Speaker,* Impact of Experience on the Developing Child: A Neurodevelopmental Perspective, University of the Incarnate Word Seminar Series sponsored by Family Services Association, San Antonio, TX, 2002
- *Keynote Speaker,* **Helping Abused and Neglected Children,** The Greater Texas Community Partners 2002 Conference sponsored by Greater Texas Community Partners and PRS, Austin, TX
- *Keynote Speaker,* **1) The Impact of Violence on the Developing Child: Experience, Early Childhood and Neurodevelopment 2) The Response to Threat: Clinical Work with Children and Families Following Exposure to Violence 3) Practice, Program and Policy Implications of a Neurodevelopmental Approach to the Trauma and Violence,** Domestic Violence Conference sponsored by Jewish Family Service & Southwest Medical Center, Dallas, TX, 2002

## Training/Education (national/international)

- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part IV of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2002
- *Keynote Speaker,* **Brain Smart Strategies and Disciplines,** The Importance of Early Brain Development: Building Community Support sponsored by the Mesa United Way, Mesa, AZ, 2002
- *Keynote Speaker,* **How We Influence Brain Development in Children: Implications for the Classroom,** Calgary Meeting of the Alberta Teachers Association, Calgary, Canada, 2002
- *Keynote Speaker,* **Working with High Risk Youth: Implications for the Classroom,** Edmonton Meeting of the Alberta Teachers Association, Edmonton, Canada, 2002
- *Invited Speaker,* **Core Assessment Process,** California DDS Stakeholder Consultation sponsored by the California DDS, Sacramento, CA, 2002
- *Invited Speaker,* **Understanding and Working with Traumatized Children,** Southern Ute County Special Training sponsored by the Southern Ute Community Actions Program, Durango, CO, 2002
- *Keynote Speaker,* **Overview of Early Brain Development: Key Principles,** Early Childhood Training sponsored by the Nebraska Consortium, Calgary, Alberta, Canada, 2002
- *Keynote Speaker,* **The Impact of Stress and Trauma on the Developing Child,** Commission on Children and Families Early Childhood Training, Department of Health and Human Services, Beaverton, OR, 2002
- *Keynote Speaker,* **Experience, Brain Development, and the Next Generation: Why Early Childhood Development is So Important,** 5th Annual Infant and Toddler Conference sponsored by the Riverside County Office of Education, Children's Services Unit, the Riverside County Department of Mental Health, and the Barbara Sinatra Children's Center, Palm Springs, CA, 2002

PERRY, Bruce D.  CV   9/8/08                                                                                          51

- *Keynote Speaker,* **Working with Victims of Child Trauma,** Dealing with Child Trauma Victims sponsored by the Delaware Judicial Education Committee and the Ruth Chasanov Family Court of the State of Deleware, Dover, DE, 2002
- *Keynote Speaker,* **Early Brain Development and the Benefits of Therapeutic Childcare Settings: Lessons from Child Maltreatment,** Social-Emotional Development in Early Childhood sponsored by the San Diego County Commission on Children, Youth and Families, San Diego, CA, 2002
- *Keynote Speaker,* **Neurodevelopment: Practical Implications for Working with Maltreated Children,** Safe and Stable Families Conference sponsored by the South Carolina Department of Social Services, Columbia, SC, 2002
- *Keynote Speaker,* **The Impact of Experience on the Developing Brain,** Tulare County Quality Summit sponsored by the Tulare County Office of Education/ Child Care Planning Council, Tulare County, CA, 2002
- *Keynote and Plenary Speaker,* **Early Brain Development,** Success by Six – Community Mobilization Conference sponsored by the Oklahoma Institute for Child Advocacy, the United Way of Oklahoma, and the Oklahoma Department of Human Services, Oklahoma City, OK, 2002
- *Plenary Speaker,* **The Impact of Experience on the Developing Child: A Neurodevelopmental Perspective,** North Dakota Early Childhood Regulatory Conference sponsored by the North Dakota Department of Human Services, Bismark, ND, 2002
- *Keynote Speaker,* Fall Conference of The Michigan Association of School Administrators, Traverse City, MI , 2002
- *Keynote Speaker,* **A Neurodevelopmental Perspective on Early Childhood,** The Alberta Early Years Conference sponsored by Children's Services and AMHB, Edmonton, Alberta, Canada, 2002
- *Keynote Speaker,* **Nature and Nurture of Brain Development: How Early Experience Shapes Child and Culture,** AEYC of WNY Conference sponsored by The Association for the Education of Young Children of Western New York, Buffalo, NY, 2002
- *Invited Speaker,* **The Impact of Experience on the Developing Child: Focus on Maltreatment,** Human Services Education Council, Springfield, IL, 2002
- *Keynote Speaker,* **1) The Power of Community: How Healthy Communities Create Healthy Children 2) The Impact of Experience on the Developing Brain: How Early Childhood Shapes a Child's Future,** Common Ground Conference sponsored by The Child Development Departments of Santa Rosa Junior College & California State University, Santa Rosa, CA, 2002
- *Invited Speaker,* **Experience, Brain Development and Child Outcomes,** Nevada Head Start Cluster Training, Nevada Head Start Association, Las Vegas, NV, 2002
- *Invited Speaker,* Portland State University Child Welfare Partnerships, Portland, OR, 2002
- *Invited Speaker,* **Child Abuse and the Brain,** Western Regional Symposium on Child Abuse and Sexual Assault, SCAR/ Jasper Mountain, Eugene, OR, 2002
- *Invited Speaker,* **School Readiness and Brain Research,** School Readiness sponsored by the Orange County Department of Education, The Violence Prevention Coalition of Orange, Co., Proposition 10 Commission, et al., Costa Mesa, CA, 2002
- *Keynote Speaker,* Family Forum, Child Care Coordinating Council of San Mateo County, San Mateo, CA, 2002
- *Keynote Speaker,* Sixth Annual Network Partner's Summit sponsored by Family Policy Council, Olympia, WA, 2002
- *Keynote Speaker,* **The Amazing Human Brain and Human Development,** Nooksack Valley Center for Children and Families Celebration sponsored by the Nooksack Valley School District and the Foundation for Early Learning, Nooksack, WA, 2002
- *Plenary Speaker,* **Brain Development and Child Welfare Policy,** Beyond the Bench: Riding the Waves of Change sponsored by the California Administrative Office of the Courts, Center for Families, Children & the Courts, et al., Pasadena, CA, 2002

**Honorary Lectureships**

PERRY, Bruce D. CV   9/8/08                                                                52

- *Plenary Speaker,* **The Impact of Violence on the Developing Child,** Safe Schools, Safe Youth: Building Character and Creating Enduring Peace sponsored by Hunter College and Scholastic, Inc., New York, NY, 2002
- *Invited Presenter,* **Neurodevelopmental Effects of Maltreatment,** The Littman Research Day sponsored by the Department of Psychiatry at the University of Calgary, School of Medicine, Calgary, Canada, 2002
- *Special Presenter,* **Early Childhood Experience and Brain Development,** Special Colloquium held by Laramie County College, Cheyenne, WY, 2002
- *Keynote Speaker,* **Brain Development and Child Neglect: The Importance of Prevention,** Washington State 2002 Governor's Child Abuse Prevention Awards sponsored by the Washington Council for Prevention of Child Abuse and Neglect, Tacoma, WA
- *Keynote Speaker,* **The Critical Value of Infant Brain Stimulation,** Spring 2002 Bank of Oklahoma Lecture sponsored by The Oklahoma Leadership Enrichment Program at the University of Oklahoma, Oklahoma City, OK
- *Invited Speaker,* **Understanding and Working with Traumatized Children: The Impact on Practitioners Working with Traumatized Children,** Ira Stevens Conference sponsored by the Mental Health Association of Westchester, Inc., Westchester County, NY, 2002

## 2003

### Research Presentations

- *Invited Speaker,* **The Impact on the Brain of Abuse and Neglect,** Multicultural Family Centered Training Project Conference sponsored by New Mexico State University, Albuquerque, NM, 2003
- *Invited Speaker,* **The Impact of Trauma on Development,** Research to Practice: Impact of Trauma on Child Development, Northern California Children and Family Services Training Academy, Davis/Redding, CA, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Child,** AEYC of WNY Conference, The Association for the Education of Young Children of Western New York, Buffalo, NY, 2003
- *Invited Speaker,* **Grand Rounds: How Trauma Effects the Brain,** 7th Bi-Annual Conference on Child Maltreatment, Child Protection of DeVos Children's Hospital, Grand Rapids, MI, 2003
- *Keynote Speaker,* **The Effects of Trauma on Brain Development and Learning,** From Neurons to Neighborhoods: New Ways to Help Children and Adults Prevent and Heal Emotional Trauma sponsored by the Santa Barbara Graduate Institute, Los Angeles, CA, 2003
- *Invited Speaker,* The Southwest Conference on Learning 2003 sponsored by the Charles J. Hughes Foundation and the Archuleta County School District, Pegosa Springs, CO
- *Plenary Speaker,* **Supporting Brain Development,** Southwest Regional Leadership Forum sponsored by BoardSource and Sarkeys Foundation, Norman, OK, 2003

### Training/Educational (local)

- *Invited Speaker,* Statewide Evaluation Conference, Decentralized Evaluation Function – Education Service Center Region 12, Corpus Christi, TX, 2003

- *Invited Speaker,* **Children's Quality of Life in Texas,** The Texas Lyceum Children's Issues Public Conference, Austin, TX, 2003
- *Keynote Speaker,* **The Power of Community: How Early Life Experiences Shape Child and Culture,** Association of Children's Museums Annual Inter Activity Conference sponsored by The Children's Museum of Houston, Houston, TX, 2003
- *Invited Speaker,* Annual Conference of the Jewish Family Service, Dallas, TX, 2003


## Training/Educational (national/international)

- *Plenary Speaker,* **The Effects of Violence on Brain Development in Children,** The Global Nature of Abuse: The Interdisciplinary Approach to Understanding & Prevention Violence, California Chief Probation Officers Association, Concord, CA, 2003
- *Invited Speaker,* **Consultation and Training on the Core Assessment Process,** Consultation and Training for the Child Assessment and Referral Team (CARE), Tulsa, OK, 2003
- *Invited Speaker,* **Brains and Babies: Building Healthy Connections and Communities,** Third Annual Ready to Learn Conference sponsored by the Mesa United Way, Mesa, AZ, 2003
- *Keynote Speaker,* **How Early Experience Shapes Child and Culture: The Power of Community,** Spring Program at the Berrien/Cass School Boards Association, Benton Harbor, MI, 2003
- *Keynote Speaker,* **Experience, Brain Development and the Next Generation: Why Early Childhood Development is So Important,** 5th Annual Arkansas Conference for Parent Educators sponsored by the Arkansas Children's Trust Fund, Center for Effective Parenting, and the Arkansas Department of Education, Little Rock/Hot Springs, AR, 2003
- *Invited Speaker,* Private Luncheon following Bold Changes: A Shared Responsibility for Children and Families sponsored by the Foundation Consortium for California's Children and Youth, San Francisco, CA, 2003
- *Keynote Speaker,* **Early Childhood and the Rationale for the DSS Stakeholder's Reorganization,** California DSS Presents sponsored by the California Department of Social Services, Sacramento, CA, 2003
- *Keynote Speaker,* **Early Childhood and Neurodevelopment,** Early Years sponsored by the Rocky View Child and Family Services, Calgary, Alberta, Canada, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Brain Implications for Practice,** Safe from the Start, California Office of the Attorney General, Sacramento, CA, 2003
- *Keynote Speaker,* **The Impact of Trauma and Abuse on the Developing Child: A Neurodevelopmental Perspective,** Peel District School Board 15th Annual Psychology Conference, Peel District School Board Psychology Department, Mississauga, Ontario, Canada, 2003
- *Invited Speaker,* **Child Trauma in Infants and Children,** The Training Institute of Early Head Start, Community Services for Children, Inc., Allentown, PA, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Child,** Power of Prevention: Child Abuse Prevention Awareness Month Conference sponsored by the Bellflower Center for the Prevention of Child Abuse, Cleveland, OH, 2003
- *Invited Speaker,* **The Impact of Adverse Experiences on the Developing Child: Implications for Practice and Policy,** DCAC Annual Professional Meeting, Denver Children's Advocacy Center, Denver, CO, 2003
- *Invited Speaker,* **The Impact of Violence/Abuse on Brain Development,** 2nd Annual Conference of Prevent Child Abuse Nebraska, Lincoln, NE, 2003
- *Plenary Speaker,* **The Crucial Role of Experience in Shaping Children and Society,** Supporting Statewide Policies for Families with Young Children: Michigan at a Crossroad sponsored by ARCAN, The Michigan's Children's Trust Fund and the Children's Charter of the Courts of Michigan, Lansing, MI, 2003
- *Invited Speaker,* Early Investment, Long Term Gains: Championing Children for Our Future sponsored by the Kalamazoo Guidance Clinic, Van Buren Intermediate School District, Kalamazoo Regional Education Services Agency, et al., Kalamazoo, MI, 2003

PERRY, Bruce D. CV    9/8/08                                                                    54

- *Invited Speaker,* Hudelson Baptist Family Services, Collinsville, IL, 2003
- *Invited Speaker,* IMPACT Preschool, Vineland, NJ, 2003
- *Invited Speaker,* **Understanding and Working with Traumatized Children: A Neurodevelopmental Perspective,** Dr. James M. Bell Training Institute (A Division of Berkshire Farm Center and Services for Youth), Burlington, VT, 2003
- *Keynote and Plenary Speaker,* **A Strong Community Begins with Early Childhood,** Early Childhood and the Health of Communities sponsored by the Lucas County Alliance for Early Education and Child Care, Toledo, OH, 2003
- *Invited Speaker,* Los Angeles County Department of Mental Health and Infant-Early Childhood and Family Health Services, Los Angeles, CA, 2003
- *Invited Speaker,* Uniting for Children sponsored by Alberta Children's Services, Edmonton, Canada, 2003
- *Keynote Speaker,* **Building Healthy Brains,** Ontario Early Years Centres Annual Provincial Conference sponsored by OEYC Niagara, Niagara Falls, Ontario, Canada, 2003
- *Invited Speaker,* The Nurturing Center, Kalispell, MT, 2003
- *Plenary Speaker,* **Early Brain Development; Training with Mental Health Providers Working with Children 0-5 Years, Their Families, and Their Providers,** Birth to Five Mental Health Conference sponsored by the Santa Barbara County Early Mental Health Collaborative Partners, Santa Barbara County Alcohol, Drug, and Mental Services, and Child and Families Commission of Santa Barbara County, Solvang, CA, 2003
- *Invited Speaker,* **Early Brain Development and School Readiness,** Early Experiences, Brain Development: Readiness for Learning and for Life, Madera County Office of Education, Madera, CA, 2003
- *Invited Speaker,* **Bonding/Attachment as It Relates to Early Brain Development and Its Impact on Social/Emotional Development and School Readiness,** 6th Annual Infant/Toddler "In Our Hands" Conference sponsored by the Riverside County Office of Education, the County of Riverside Department of Mental Health, and The Riverside Children and Families Commission, Palm Springs, CA, 2003
- *Invited Speaker,* **Early Brain Development,** sponsored by Health Services Agency, San Mateo, CA, 2003
- *Invited Speaker,* sponsored by the First 5 Commission of San Diego, the County of San Diego Commission on Children, Youth, and Families, and the County of San Diego Children's Mental Health Services, San Diego, CA, 2003
- *Invited Speaker,* **The Power of Early Childhood Relationships in Shaping a Lifetime of Health and Resilience,** Infant-Parent Mental Health Training Series sponsored by the Napa County Health & Human Services, Napa, CA, 2003
- *Keynote Speaker,* **1) Early Childhood Brain Development 2)Clinical Work with Maltreated Children: A Neurodevelopmental Approach,** Early Childhood Summer Conference sponsored by the Ashland Early Childhood Regional Improvement Center, Louisville, KY, 2003
- *Invited Speaker,* **Supporting Brain Development,** Community Development Institute and Region VIII Head Start Quality Improvement Center, Denver, CO, 2003
- *Plenary Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** 2003 Louisiana Joining Hands and Hearths Domestic Conference sponsored by the Louisiana Coalition Against Domestic Violence, Baton Rouge, LA
- *Invited Speaker,* **The Impact of Trauma on Children,** Child Welfare Redesign in Stanislaus County, Stanislaus County Community Services Agency, Modesto, CA, 2003
- *Invited Speaker,* Annual Edmonton Children's Services Staff Conference sponsored by the City of Edmonton and surrounding area (Region 6 Children's Services), Edmonton, Alberta, Canada, 2003
- *Keynote Speaker,* **Family Violence,** Family Violence Conference sponsored by Alternatives to Domestic Violence and Prevent Child Abuse, Temecula, CA, 2003
- *Plenary Speaker,* **The Impact of Violence on the Child's Developing Brain,** 27th Annual California State Foster Parent Conference sponsored by the California Foster Parent Association, The California Department of Social Services, The Ventura and Los Angeles County Children and Family Services, et al., Los Angeles, CA, 2003

PERRY, Bruce D. CV 9/8/08                                                                 55

- *Invited Speaker,* **The Impact of Trauma on Brain Development,** Stark Family Court, Sisters of Charity Foundation, and The Stark County Children's Services Advisory & Advocacy Council, Canton, OH, 2003
- *Keynote Speaker,* **Brain Development,** CHILD Conference sponsored by the Leadership & Literacy Foundation, Haverhill, MA, 2003
- *Keynote Speaker,* **Infant and Toddler Attachment,** Infant and Toddler Symposium, Florida Partnership for School Readiness Quality Initiative, Orlando, FL, 2003
- *Invited Speaker,* **Childhood Exposure to Violence,** 7th Annual Count to Ten Seminar sponsored by the Fresno County Department of Community Mental Health, Fresno, CA, 2003
- *Keynote Speaker,* Joint Meeting of Alberta Children's Services, Alberta Children's Services, Alberta, Canada, 2003
- *Plenary Speaker,* **The Impact of Violence on a Child's Developing Brain – Implications for Policy and Spending,** Annual C Meeting sponsored by the California State Association of Counties, Monterey, CA, 2003
- *Invited Speaker,* **The Impact of Violence on Brain Development,** Reducing Children's Exposure to Violence, Tuolumne County YES Partnership, Sonora, CA, 2003
- *Plenary Speaker,* **1) The Power of Community: How Healthy Communities Create Healthy Children 2) Nature and Nurture of Brain Development: How Childhood Experiences Shape Child and Culture,** Creating Healthy Children Conference sponsored by the Cochrane Family & Community Support Services, Cochrane, Alberta, Canada, 2003
- *Invited Speaker,* **1) The Role of the Community in Ensuring Healthy Children 2) The Importance of Early Experiences in the Development of the Child,** Brain Development & Healthy Development & Learning, Medicine Hat College, Medicine Hat, Alberta, Canada, 2003

## Honorary Lectureships

- *Invited Speaker,* **Early Childhood Experience and Development,** Early Childhood Trauma and Training sponsored by Madame Vanier Children's Services, London, Ontario, Canada, 2003
- *Invited Speaker,* CEO Event sponsored by Success by Six, Buffalo, NY, 2003
- *Keynote Speaker,* **Trauma in Developing Children: Clinical Practice and Policy Implications,** Experiences of Trauma in Childhood and The Goodman Child & Adolescent Institute of Jewish Children's Bureau, Chicago, IL, 2003
- *Invited Speaker,* **Understanding and Working with Traumatized Children,** Investing in Wyoming's Most Precious Resource – It's Children sponsored by the Laramie County Community College Foundation, Cheyenne, WY, 2003

## 2004

## Research Presentations

- *Invited Speaker,* **The Impact of Traumatic Experience on Attachment,** Early Years Conference sponsored by The University of British Columbia, Vancouver, British Columbia, Canada, 2004
- *Invited Speaker,* **Nurturing Each Child's Niche,** PBS Ready to Learn Annual Seminar sponsored by PBS Ready to Learn, Baltimore, MD, 2004
- *Keynote Speaker,* 11th Annual Child Abuse Prevention Recognition Awards Conference sponsored by the First Coast Family Center, Jacksonville, FL, 2004

PERRY, Bruce D. CV   9/8/08                                                                    56

- *Keynote Speaker,* **Research on Trauma,** Annual Research Symposium in Psychiatry, Psychology and Behavioral Science sponsored by the Medical College of Ohio and Bowling Green State University, Toledo, OH, 2004
- *Keynote Speaker,* **Trauma and the Brain: Can We Help and How?,** Traumatized Youth in Child Welfare: The Interface of Mental Health & Children's Services, Fordham University Graduate School of Social Services, Tarrytown, NY, 2004
- *Invited Speaker,* **Maternal Loss, Early Deprivation, Inconsistent Care-giving, and Institutionalism,** Joint Council of International Children's Services Medical Institute and Conference sponsored by the Joint Council of International Children's Services, Washington, D.C., 2004
- *Keynote Speaker,* Governor's 11th Annual Abuse and Neglect Conference: Securing the Safety Net for Maryland's Children sponsored by The Governor's Office for Children, Youth, and Families, and The State Council on Child Abuse and Neglect, Baltimore, MD, 2004
- *Invited Speaker,* **Case-Based Introduction to a Neuroarcheological Approach to Traumatized Children,** Drexel University College of Medicine and Behavioral Healthcare Education, Plymouth, PA, 2004
- *Keynote Speaker,* **Early Childhood Development as It Relates to Divorce Issues,** Annual Gathering of the 60 Annie E. Casey Foundation Children and Family Fellows sponsored by the Anne Casey Foundation, Baltimore, MD, 2004
- *Plenary Speaker,* **Brain Development and Early Childhood: How Experience Shapes Child and Culture,** Annual Fall Conference of the Colgate University Division of Natural Sciences & Mathematics Science Colloquium Series, Hamilton, NY, 2004
- *Invited Speaker,* **Defining Trauma, the Developmental Impact of Trauma, and Principles of Working with Traumatized Children,** Research to Practice: The Impact of Trauma on Our Children sponsored by Penn State University, City of York, and Family Service Partners, York, PA, 2004
- *Invited Speaker,* **Neurobiological Perspectives on Analytic Approaches,** Meeting of The Psychoanalytic Center of Philadelphia, Philadelphia, PA, 2004

## Training/ Education (local)

- *Plenary Speaker,* 2004: The Year of the Child in Texas Family Therapy, The Texas Association for Marriage and Family Therapy, Houston, TX
- *Keynote Speaker,* **Brain Development in Early Childhood: The Importance of Pre-school Daycare,** Women's Breakfast Club at the River Oaks Country Club, Houston, TX, 2004
- *Keynote Speaker,* **Early Childhood Development as It Relates to Divorce Issues,** Monthly Dinner Meeting of the Gulf Coast Family Law Specialists, Houston, TX, 2004
  - *Invited Speaker,* **The Impact of Trauma  Neglect on Children,** Part
I of Three-Part ChildTrauma Academy Training Series on Working with Maltreated & Traumatized Children in the Legal System sponsored by Lone Star Legal Aid and the Southwest Regional Juvenile Defender Center, Houston, TX, 2004
- *Invited Speaker,* Special Training sponsored by Kansas Children's Services, Wichita, KS, 2004
- *Plenary Speaker,* **Community,** Orange County: Every Orange County Child Is My Concern sponsored by Orange County Safe from the Start, Costa Mesa, CA, 2004

## Training/ Education (national/international)

- *Keynote Speaker,* **The Impact of Domestic Violence on the Developing Child,** Domestic Violence Course sponsored by the United States Army, San Antonio, TX, 2004

PERRY, Bruce D.  CV   9/8/08                                                      57

- *Invited Speaker,* **How Early Life Experience Shapes Child and Culture: The Role of Relationships in Shaping a Healthy Community,** A Day with Bruce Perry sponsored by the Stanislaus County Community Services Agency, Modesto, CA, 2004
- *Keynote Speaker,* **The Role of Community & Relationships in Supporting Young Children's Development,** Bringing Children and Seniors Together for School Readiness, First 5 Commission of San Diego, San Diego, CA, 2004
- *Invited Speaker,* **Brain Development: What Every Parent Should Know,** Speaker Series for Parents sponsored by the Canmore Public Schools' Initiative, Canmore, Alberta, Canada, 2004
- *Invited Speaker,* **The Impact of Violence on Brain Development,** Tehama Safe from the Start Forum sponsored by the California Attorney General's Office and the Tehama County Child Abuse Council, Red Bluff, CA, 2004
- *Plenary Speaker,* **The Impact of Violence on Children,** California Attorney General's Annual All Zones Meeting sponsored by the California Attorney General's Office, Sacramento, CA, 2004
- *Keynote Speaker,* **Skills and Service,** Wyoming 2nd Annual Children's Mental Health Conference sponsored by the Federation of Families for Children's Mental Health and the Wyoming Department of Health, Casper, WY, 2004
- *Invited Speaker,* **1) The Impact of Violence on Brain Development 2) Approaches to Working with Traumatized Children,** Understanding and Working with Children Exposed to Violence, Tuolumne County YES Partnership, Sonora, CA, 2004
- *Keynote Speaker,* **The Impact of Violence and Abuse on Young Children,** Safe from the Start sponsored by the SCAEYC and the Attorney General's Office Safe from the Start Program, Whittier, CA, 2004
- *Invited Speaker,* **Theory and Practice in Child Development,** Annual Child Abuse Prevention Conference sponsored by the Child Abuse Prevention Council, Salinas, CA, 2004
- *Keynote Speaker,* Abuse Across the Lifespan, Ventura County Partnership for Safe Families, Ventura, CA, 2004
- *Keynote Speaker,* 2nd Las Vegas Conference on Adolescents and Family, U.S. Journal Training, Las Vegas, NV, 2004
- *Keynote Speaker,* Annual Meeting of The New York Association for the Education of Young Children, New York, NY, 2004
- *Keynote Speaker,* **Working in Conjunction with UPLIFT,** Part of the Promise: Family-centered and Individual Recovery Services sponsored by the Wyoming Department of Health – Division of Mental Health and Substance Abuse and the Wyoming Assessment of Mental Health and Substance Abuse Centers, Lander, WY, 2004
- *Invited Speaker,* **1) The Impact of Community on the Developing Brain: How Healthy Communities Create Healthy Children 2)The Neurodevelopmental Impact of Childhood Trauma: The Relationships between Adverse Childhood Experiences and Risk for Physical Health Problems,** Lake County Leadership Network, Lakeport, CA, 2004
- *Invited Speaker,* **How Family Court Decisions Need to Be Made with the Child in Mind,** Erie County Family Court Improvement Project, Success by Six and the Erie County Family Court, Buffalo, NY, 2004
- *Keynote Speaker,* KIDS' BRAINS: Healthy Connections for Our Future, Metropolitan State College of Denver, Denver, CO, 2004
- *Keynote Speaker,* **The Impact of Trauma on Brain Development,** Ohio Juvenile Court Judges Association Annual Education Seminar, Ohio Juvenile Court Judges, Cincinnati, OH, and Closed Meetings with the Supreme Court of Ohio Judicial College, Columbus, OH, 2004
- *Invited Speaker,* **Brain Development,** North Eastern Ontario Early Childhood Development Symposium sponsored by the District of Nipissing Social Services Administration Board and the Ontario Early Years Center, Ontario, Canada, 2004
- *Invited Speaker,* **The Impact of Violence on Brain Development,** Montana Behavioral Initiative Summer Institute, State of Montana Office of Public Instruction, Bozeman, MT, 2004
- *Invited Speaker,* **Effects of Trauma on Children: Treatment Implications,** Intermountain Children's Home and Service, Helena, MT, 2004

PERRY, Bruce D. CV   9/8/08                                                                          58

- *Keynote Speaker,* **Brain Development,** Summer Conference on Early Childhood Education sponsored by the Michigan Association of School Boards, Traverse City, MI, 2004
- *Invited Speaker,* **The Affect of Neglect on the Developing Child and Community Based Best Practice Interventions,** Using an Integrated Community Response to Neglecting Families sponsored by the Department of Human Services, Children, Adults and Families and Liberty House Child Abuse Assessment Center, Salem, OR, 2004
- *Invited Speaker,* Working with Families at Risk of Child Abuse and Neglect sponsored by Community Safety Net, Salem, OR, 2004
- *Invited Speaker,* **Children Exposed to Violence,** Training Event of YES Partnership, Sonora, CA, 2004
- *Invited Speaker,* One Day Seminar sponsored by the Cherokee Nation Child Care Resource Center, Tahlequah, OK, 2004
- *Invited Speaker,* **Clinical Management of Behavioral Problems: Post-Traumatic Stress Disorder,** Managing Child Behavioral Health Problems: Practical Solutions for the Busy Primary Care sponsored by the New Mexico Department of Health, Albuquerque, NM, 2004
- *Invited Speaker,* **Better Responding to Children in Domestic Violence Calls: Training Session for Police,** sponsored by the Center for Children and Families in the Justice System, London, Ontario, Canada, 2004
- *Invited Speaker,* Neuroarcheological Staffing and Intervention sponsored by the Kansas Department of Mental Health, Wichita, KS, 2004
- *Invited Speaker,* **The Effects of Trauma on Children & Adolescents: Treatment Implications,** Annual Treatment Conference sponsored by the Ohio Teaching Family Association, Wood County Court, and The Cullen Center of Toledo Children's Hospital, Toledo, OH, 2004
- *Keynote Speaker,* **The Effects of Violence and Neglect on Early Brain Development and Its Implications for Child Welfare Practice,** Annual Conference of the Lutheran Social Services of the Virgin Islands, St. Croix, U.S. Virgin Islands, 2004
- *Invited Speaker,* Mariposa Safe Families, Mariposa, CA, 2004
- *Invited Speaker,* A Day with Bruce Perry sponsored by Stanislaus County Community Service, Modesta, CA, 2004
- *Invited Speaker,* **The Impact of Domestic Violence: How Early Life Experience Shapes Child and Culture,** Stanislaus County Domestic Violence Conference, Stanislaus County, Modesta, CA, 2004
- *Keynote Speaker,* **The Role of Community in Ensuring Health Children,** Follow the Adventure – Children as Early Explorers, North Dakota Association for the Education of Young Children and Region 8 Head Start Association, Bismark, ND, 2004
- *Keynote Speaker,* **The Effects of Neglect on the Developing Child & Community-Based Best Practice Intervention,** Making a Difference 2004 sponsored by the Plumas County Child Abuse Prevention Council and California Attorney General's Safe from the Start, Blairsden, CA
- *Keynote Speaker,* **Nature and Nurture of Brain Development,** 2004 Annual Conference of Southwest Foundations sponsored by the Conference of Southwest Foundations, Lake Tahoe, NV, 2004
- *Keynote and Plenary Speaker,* **Violence within the Home and Its Effects on Children,** Violence Within the Home sponsored by ICAN (Inter Agency Council on Child Abuse and Neglect – Los Angeles) and the California Attorney General's Safe from the Start Program, Universal City, CA, 2004
- *Invited Speaker,* **Early Trauma and Neurodevelopment via teleconference,** Symposia on Trauma in Infancy and Early Childhood sponsored by The University of Alaska, Sitka, 2004
- *Invited Speaker,* **Early Childhood Development,** Nonprofit Toolbox Series, Sarkeys Foundation, Norman, OK, 2004
- *Invited Speaker,* **Brain Development/ Early Learning,** Annual Fall Conference of the Child Care Council of Onondaga County, Syracuse, NY, 2004
- *Keynote Speaker,* **Effects of Child Trauma,** Training Event sponsored by the Jeanette Prandi Center, the California Attorney General's Safe from the Start Program, and the Greater Bay Area CAPC Coalition, San Rafael, CA, 2004
- *Invited Speaker,* **Children,** Training Session sponsored by Northwest Alberta FCSS and Northwest Alberta CFSA, Region 8, Grande Prairies, Alberta, Canada, 2004

PERRY, Bruce D. CV   9/8/08                                                                 59

- *Keynote Speaker,* **Early Intervention with High-Risk Young Children,** Early Head Start – Safe Start Training, Community Services for Children – Early Head Start, Allentown, PA, 2004
- *Invited Speaker,* **How Healthy Communities Create Healthy Children,** Ontario Early Years Centers – Niagara: Psychoanalytic Approaches, Niagara Falls, Ontario, Canada, 2004
- *Plenary Speaker,* **Community, Early Childhood, and Health,** California State Association of Counties Annual Meeting, California Office of the Attorney General's Safe from the Start, San Diego, CA, 2004
- *Invited Speaker,* **Systematic Change, Community Engagement, and Early Childhood,** Casey Child and Family Fellows Executive Seminar sponsored by the Annie Casey Foundation, Philadelphia, PA, 2004

## Honorary Lectureships

- *Keynote Speaker,* **Trauma and the Brain: Can We Help and How?,** Traumatized Youth in Child Welfare: The Interface of Mental Health and Children's Services sponsored by Fordham University Graduate School of Social Services. James R. Dumpson Colloquium, Baltimore, MD, 2004
- *Keynote Lecturer,* **The Impact of Stress and Trauma on the Developing Brain,** Faculty Development Project on the Brain: Lecture Series, Cuyahoga Community College, Cleveland, OH, 2004
- *Invited Speaker,* **The Impact of CAN on Development,** CAN – State of Art sponsored by the Catholic University of Leuven, Belgium, 2004
- *Plenary Speaker,* **The Impact of Abuse and Neglect on the Developing Young Child,** Leo M. Croghan Conference on Developmental Disabilities sponsored by the Leo M. Croghan Memorial Foundation and the North Carolina Division of Public Health, Early Intervention Branch, Raleigh, NC, 2004

## 2005

## Research Presentations

- *Invited Speaker,* **Early Childhood, Trauma, and Brain Development,** New Zealand, Brainwave Trust, Auckland, New Zealand, 2005
- *Keynote Speaker,* **How Healthy Communities Raise Healthy Children,** 3rd Annual Baltimore City Children's Emotional Wellness Conference sponsored by the Baltimore City Child Care Resource Center, Baltimore City DSS, and the Mayor's Office for Children, Youth, and Families, Baltimore, MD, 2005
- *Invited Speaker,* UCSF Graduate Training Grant on Childhood Trauma, University of California San Francisco, San Francisco, CA, 2005
- *Keynote Speaker,* Meeting of the Profession: The Annual Conference sponsored by the National Association of Social Workers – New Jersey, Atlantic City, NJ, 2005
- *Invited Speaker,* **Infant Mental Health, Parenting Skills, and Parenting Curriculums,** National Health Care for the Homeless Conference sponsored by Clinicians' Network, National Health Care for the Homeless Council and Bureau of Primary Health Care, and HRSA, Washington, D.C., 2005
- *Invited Speaker,* **The Cumulative Effects of Abuse on Children,** Rutgers – State University of New Jersey, Piscataway, NJ, 2005
- *Keynote Speaker,* **The Impact of Trauma on Children,** Worldwide Family Advocacy Conference sponsored by the United States Army, Charlotte, NC, 2005
- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Peoria, IL, 2005

PERRY, Bruce D. CV   9/8/08                                                                                   60

- *Invited Speaker,* University of California, San Francisco School of Nursing and Childhood Trauma, UCSF, San Francisco, CA, 2005
- *Invited Speaker,* Canadian Congress on Criminal Justice, Office of the Children's Advocate, Calgary, Alberta, Canada, 2005
- *Plenary Speaker,* **Childhood Mental Health Needs at Early Ages,** 2005 NACo Health, Human Services, and Workforce Conference sponsored by the National Association of Counties, San Francisco, CA, 2005

## Teaching/Education (local)

- *Keynote Speaker,* HAP/CTA Conference sponsored by Houston Achievement Place, Houston, TX, 2005

## Teaching/Education (national/international)

- *Keynote Speaker,* **The Impact of Trauma on Children,** Physician's Course on Domestic Violence and Sexual Assault sponsored by the United States Army, San Antonio, TX, 2005
- *Invited Speaker,* **Brain Development,** Delaware Tribe Child Development and Success by Six, Dallas, TX, 2005
- *Invited Speaker,* Calgary Area Child and Family Services Authority, Region 3, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Metis Settlement Child and Family Services, Children's Services Alberta, Edmonton, Alberta, Canada, 2005
- *Invited Speaker,* Family Literacy Project, Children's Services Alberta, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* **Mobilizing Our Community: The Importance of Brain Development,** Department of Human Services and the Klamath County Commission on Children and Families, Klamath County, OR, 2005
- *Keynote Speaker,* Green Country Behavioral Health Services, Inc., Muskogee, OK, 2005
- *Invited Speaker,* Training, Understanding the Early Years Project and the Abbotsford Early Childhood Committee, Abbotsford, British Columbia, Canada, 2005
- *Keynote Speaker,* Central Alberta CFSA (Red Deer), Children's Services, Alberta, Red Deer, Alberta, Canada, 2005
- *Keynote Speaker,* Alberta Association of Services to Children and Families Membership Meeting, Children's Services Alberta, Red Deer, Alberta, Canada, 2005
- *Invited Speaker,* **The Impact of Trauma & Maltreatment on Brain Development: Implications for Work in Child Welfare,** Child Welfare Stipend Program Symposium sponsored by the Child Welfare Stipend Program at Virginia Commonwealth University, School of Social Work, Richmond, VA, 2005
- *Invited Speaker,* **The Power of Community: How Healthy Communities Create Healthy Children,** Placer County Department of Health and Human Services, Placer County, CA, 2005
- *Invited Speaker,* The Effects of Abuse, Neglect and Trauma on the Child's Brain sponsored by the Family Support Council of Douglas County, Minden, NV, 2005
- *Keynote Speaker,* **Prevention,** Children's Summit Conference sponsored by the Merced County Human Services Agency and First 5, Merced, CA, 2005
- *Keynote Speaker,* **Brain Development and Early Learning,** "Read Now, Read for Life" Conference sponsored by Read for Life, Visalia, CA, 2005
- *Keynote Speaker,* Children's Mental Health Conference sponsored by UPLIFT, Casper, WY, 2005
- *Invited Speaker,* **How Experiences in Early Childhood Create a Healthy Society,** Celebrating a Week of the Young Child sponsored by a community partnership of the Department of Family Services, LCCC Child Discovery Center, Prevent Child Abuse, et al., Cheyenne, WY, 2005
- *Invited Speaker,* Denver Children's Assessment Center, Denver, CO, 2005

PERRY, Bruce D. CV   9/8/08                                                      61

- *Invited Speaker,* The San Luis Obispo County DDS-STAP OFR Community College – Children's Services Network, San Luis Obispo, CA, 2005
- *Keynote and Plenary Speaker,* **Trauma,** University of Illinois at Chicago and the Illinois Department of Children and Family Services, Chicago, IL, 2005
- *Invited Speaker,* **Relationship-Based Literacy,** Loving Literacy: The Gift of Lifelong Learning sponsored by Rudolph Steiner College, The Alliance for Childhood & California State University at Sacramento, and The Richards Institute of Education, Sacramento, CA, 2005
- *Invited Speaker,* **The Effect of Trauma on Early Brain Development,** Breaking the Cycle sponsored by Prevent Child Abuse Indiana, Indianapolis, IN, 2005
- *Plenary Speaker,* **The Importance of Early Brain Development: Mobilizing the Community,** Great Valley Center Conference: "Growing a Community" sponsored by The California Department of Justice: Safe from the Start and The Great Valley Non-Profit Center, Sacramento, CA, 2005
- *Keynote Speaker,* **How the Brain Develops: The Importance of Early Childhood,** Safe from the Start, Eureka, CA, 2005
- *Invited Speaker,* How Early Life Experience Shapes the Child: The Role of Relationships in Shaping a Healthy Community, The Nurturing Center, Inc., Kalispell, MT, 2005
- *Invited Speaker,* **Brain Research: Child Development and Early Childcare Issues,** Oklahoma Division of Child Care – Licensing Staff Training, sponsored by the University of Oklahoma: Center for Early Childhood Professional Development and the Department of Human Services – Division of Childcare, Oklahoma City, OK, 2005
- *Keynote Speaker,* Complex Psychological Trauma in Children, Adolescents and Adults: A Clinical Perspective sponsored by Drexel University College of Medicine and Behavioral Healthcare Education, Philadelphia, PA, 2005
- *Plenary Speaker,* Coming Together for Canada's Children, The Alberta Government and a partnership of several child welfare associations, Calgary, Alberta, Canada, 2005
- *Plenary Speaker,* Annual National Conference of State Child Care Administrators sponsored by the Child Care Bureau of the Administration for Children and Families and the U.S. Department of Health and Human Services, Arlington, VA, 2005
- *Invited Speaker,* **The Effects of Trauma on the Developing Brain,** Brain Development: Coming Together to Make a Difference sponsored by Communities Collaborative Committee, Mahnomen, MN, 2005
- *Plenary Speaker,* **Brain Development and Early Childhood,** 37th Annual Southwestern School for Behavioral Health Studies sponsored by EMPACT – SPC, Tuscon, AZ, 2005
- *Invited Speaker,* **Brain Development,** National Indian Child Care Association National Conference, Tulsa, OK, 2005
- *Keynote Speaker,* Montana State Foster/Adoptive Parent Association in conjunction with Intermountain, Helena, MT, 2005
- *Invited Speaker,* **How Healthy Communities Create Healthy Families,** Success by 6 Community Seminar sponsored by Enid Success by 6, Bartlesville, OK, 2005
- *Invited Speaker,* The Association and the Department of Social Rehabilitation, Wichita, KS, 2005
- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Mt. Vernon, IL, 2005
- *Keynote Speaker,* **Early Brain Development in Foster Care/Adoptive Children: Positive and Negative Effects,** Mesa United Way's Ready to Learn: Stage 2 sponsored by the Mesa United Way, Mesa, AZ, 2005
- *Invited Speaker,* **Understanding Childhood Trauma and Neglect: Practical Approaches to Working with Children and Youth,** Medford, OR, 2005
- *Keynote Speaker,* **The Effects of Abuse and Neglect on Children,** KIDS sponsored by the Office of the Children's Advocate, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Train-the-Trainer, Klamath County Collaborative, Klamath Falls, OR, 2005
- *Invited Speaker,* Consultation and Training with Dr. Perry sponsored by Foundations, Inc., Philadelphia, PA, 2005

PERRY, Bruce D. CV   9/8/08                                                                    62

- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Chicago, IL, 2005
- *Invited Speaker and Special Consultant,* **Childhood Trauma and Vulnerability to Substance Abuse,** Conference on Addiction, Treatment, and Prevention sponsored by the Norlien Foundation, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Train-the-Trainer: Early Childhood and Exposure to Violence sponsored by the California Attorney General's Safe from the Start, Sacramento, CA, 2005

## Honorary Lectureships

- *Keynote Speaker,* **The Impact of Maltreatment and Exposure to Violence on Brain Development for Young Children and Youth: Recommendations for After-school Programs,** Foundations, Inc., Atlanta, GA, 2005
- *Keynote Speaker,* **Impacts of Child Trauma in Adulthood: How It Works,** In Support of Children – Lecture Series sponsored by In Support of Children and Old Dominion University, Norfolk, VA, 2005
- *Invited Speaker,* Clinical Scholars Program sponsored by First 5 Tulare County, Visalia, CA, 2005
- *Keynote Speaker,* **Child Maltreatment and Early Childhood Interventions,** Master Lecture Series sponsored by the Vincent J. Fontana Center for Child Protection, Fordham University Graduate School of Social Service, and Children FIRST, New York, NY, 2005
- *Plenary Speaker,* **What We Need to Know About Early Childhood Development,** Leadership Institute, Kansas Health Foundation, Wichita, KS, 2005
- *Invited Lecturer,* **Child Trauma Effects – Treatment,** 2nd Annual Patricia Myers Child Abuse Lecture sponsored by the Mayerson Center for Safe and Healthy Children and The Bremer Foundation, Cincinnati, OH, 2005
- *Keynote Speaker,* **Family Violence,** Family Violence Conference sponsored by the UN: World Health Organization, Pan-American Health Organization, Government of Alberta, et al., Banff, Alberta, Canada, 2005
- *Keynote Speaker,* **The Impact of Abuse and Neglect,** ABC Luncheon sponsored by Childhaven, Seattle, WA, 2005
- 

## 2006

## Research Presentations

- *Keynote Speaker,* **Trauma and Neglect: Neurodevelopmental and Psychoanalytical Approaches,** St. Louis Psychoanalytic Society Symposium on Trauma and Neglect sponsored by the St. Louis Psychoanalytic Society, St. Louis, MO, 2006
- *Plenary Speaker,* World Forum: Future Directions on Child Welfare sponsored by the Ministry of British Columbia, Vancouver, British Columbia, Canada, 2006
- *Plenary Speaker,* **Relational Health and Vulnerability to Substance Abuse and Dependence,** Strengthening Families and Empowering Communities sponsored by the Administration for Children's Services, The City of New York, and the New York State Association of Substance Abuse Providers (ASAP), New York, NY, 2006

PERRY, Bruce D. CV   9/8/08                                                              63

- *Keynote Speaker,* **The Implications of Early Childhood Trauma for the Mental Health and Well-Being of Children and Young Adults,** Child Welfare and Mental Health – Addressing Parental and Child Mental Health Needs in the Context of Child Abuse and Neglect Cases sponsored by the Governor's Task Force on Children's Justice, The State Court Administrative Office, The Michigan Ombudsman's Office, et al., East Lansing, MI, 2006
- *Plenary Speaker,* 48th Annual Meeting of the American Society of Clinical Hypnosis, Orlando, FL, 2006
- *Keynote Speaker,* **The Impact of the Exposure to Violence on a Child's Developing Brain,** CAEYC 2006 Annual Conference sponsored by the California Association for the Education of Young Children (CAEYC) and the California Attorney General's Safe from the Start Program, Anaheim, CA, 2006

### Training/Education (local)

- *Plenary Speaker,* Texas Hill Country Seminar sponsored by the Methodist Home and Reclaim Youth International, San Antonio, TX, 2006
- *Keynote Speaker,* Twentieth Annual Conference on the Prevention of Child Abuse sponsored by Prevent Child Abuse Texas, Dallas, TX, 2006
- *Plenary Speaker,* **The Making of a Juvenile Delinquent from an Abusive and Neglectful Home,** State Bar of Texas Annual Juvenile Conference sponsored by the State Bar of Texas Juvenile Section, Dallas, TX, 2006
- *Keynote Speaker,* **The Effects of Trauma on Children,** 2006 Harris County Annual Youth and Family Services Conference: "Growth Through Adversity" sponsored by the Harris County Youth and Family Services Division, Houston, TX
- *Keynote Speaker,* Together We're Better sponsored by the Texas Association for the Education of Young Children, Galveston, TX, 2006
- *Keynote Speaker,* Partners in Prevention Conference sponsored by the Texas Health and Human Services Commission, Austin, TX, 2006

### Training/Education (national/international)

- *Invited Speaker,* **Observations on Children, Neurodevelopment, and Early Childhood,** The Richards Institute: Education through Music sponsored by the Richards Institute, Houston, TX, 2006
- *Keynote Speaker,* **The Impact of Trauma on Brain Development,** Physician's Course on Domestic Violence and Sexual Assault sponsored by the United States Army, Army Medical Department and School, San Antonio, TX, 2006
- *Plenary Speaker,* 17th Statewide Child Abuse Prevention Conference sponsored by Prevent Child Abuse Arizona, Mesa, AZ, 2006
- *Invited Speaker,* Intermountain Training Conference sponsored by the Intermountain Children's Home, Helena, MT, 2006
- *Invited Speaker,* Health Families Create Healthy Communities – A Bruce Perry Event sponsored by Success by Six Lawton, A Smart Start Oklahoma Community, Lawton, OK, 2006
- *Invited Speaker,* **Trauma and Children: The Impact of Katrina,** National Association of Social Workers – Louisiana Chapter, Louisiana Department of Education, Baton Rouge, LA, 2006
- *Keynote Speaker,* **Appropriate Pre-school Education,** Protecting the Spirit of Childhood – AGAIN sponsored by Rudolf Steiner College, UC Davis, and CSUS, Davis, CA, 2006
- *Invited Speaker,* Klamath Falls Collaborative TTT Project sponsored by the Klamath Falls Collaborative, Klamath Falls, OR, 2006

PERRY, Bruce D. CV   9/8/08                                                                                    64

- *Invited Speaker,* **The Effects of Trauma on the Developing Brain the Long-Term Physical Health,** Kings County Child Abuse Prevention Conference sponsored by the California Attorney General's Safe from the Start Program, Central California CARES, and the Kings County Child Abuse Prevention Council, Hanford, CA, 2006
- *Invited Speaker,* The Nevada Early Childhood Conference sponsored by the Nevada Association for the Education of Young Children, Las Vegas, NV, 2006
- *Keynote Speaker,* **The Six Core Strengths for Healthy Childhood Development,** Through the Eyes of a Child: Meeting the Challenges of Healthy Childhood Development sponsored by Carson-Tahoe Hospital, Reno, NV, 2006
- *Invited Speaker,* **Child Trauma,** Child Abuse Prevention: The Effects of Trauma in Early Childhood and on the Developing Brain sponsored by Douglas County Child Abuse Prevention, Roseburg, OR, 2006
- *Invited Speaker,* Early Childhood and Brain Development sponsored by Crook, Deschutes, and Jefferson Counties Commission on Children, Redmond, OR, 2006
- *Invited Speaker,* **The Impact of Violence on Children,** "Why the Violence Needs to Stop" sponsored by the San Benito County Child Abuse Prevention Council and the California Attorney General's Safe from the Start Program, Hollister, CA, 2006
- *Invited Speaker,* Sixth Annual San Diego International Family Justice Center Conference sponsored by the California Attorney General's Safe from the Start Program, San Diego, CA, 2006
- *Invited Speaker,* Infant-Parent Mental Health Fellowship sponsored by the Napa Children and Families Commission and Napa Health and Human Services, Napa, CA, 2006
- *Invited Speaker,* **1) Trauma and Interventions with Children and Adolescents: What Works and 2)Trauma and Intervention with Children and Families: What Works,** Title IV – E Service Providers Training sponsored by City College of San Francisco Contract Educators and Title IV – E Service Providers Program and the Edgewood Center for Children and Families, San Francisco, CA, 2006
- *Keynote Speaker,* **Trauma, Post-Traumatic Stress Disorder, and Threat,** California School Resource Officers Association Conference sponsored by the California School Resource Officers Association and the California Attorney General's Safe from the Start Program, San Diego, CA, 2006
- *Invited Speaker,* **Traumatic Stress as It Relates to Young Children,** Head Start/Early Head Start Orientation sponsored by Family and Children's Services, Tulsa, OK, 2006
- *Keynote Speaker,* **Shadows of Childhood Trauma: Lighting Pathways for Change,** 12th Annual PCA Illinois Statewide Conference sponsored by Prevent Child Abuse Illinois, Springfield, IL, 2006
- *Invited Speaker,* Merced County 3rd Annual Responding to Family Violence Conference sponsored by the California Attorney General's Safe from the Start Program, the Merced County Health Department, Child Abuse Coordination Council, et al., Merced, CA, 2006
- *Keynote Speaker,* **Exposure to Violence and the Impact on a Child,** Community Forum sponsored by Imperial Valley College and the California Attorney General's Safe from the Start Program, El Centro, CA, 2006
- *Invited Speaker,* **Exposure to Violence in Early Childhood,** Safe from the Start sponsored by the California Attorney General's Office, Shasta, CA, 2006
- *Keynote Speaker,* **Child Trauma,** Decisions on Court and Child Trauma, El Refugio, Inc. and the Child Development Center, Silver City, NM, 2006

## Honorary Lectureships

- *Houck Award,* Justice for Children Annual Gala sponsored by Justice for Children, Houston, TX, 2006
- *Keynote Speaker,* **Brain Development and Challenges to Older Youth, Ages, 16-23,** Fresno City College Speakers Forum sponsored by Fresno City College and the State Center Community College Foundations, Fresno, CA, 2006

PERRY, Bruce D.  CV   9/8/08                                                        65

- *Plenary Speaker,* **What We Need to Know About Early Childhood Development,** Leadership Institute sponsored by the Kansas Health Foundations, Wichita, KS, 2006
- *Invited Speaker,* **Therapeutic Work with High-Risk Children: Innovative and Alternative Approaches,** 30th Year ENVIROS Celebration sponsored by ENVIROS, Calgary, Alberta, Canada, 2006
- *Invited Speaker,* **Brain Development,** AVANCE 10th Anniversary Luncheon sponsored by AVANCE – Dallas, Dallas, TX, 2006
- *Invited Speaker,* Sarkeys Spring Speakers Series sponsored by the Sarkeys Foundation, Norman, OK, 2006
- *Invited Speaker,* Violence and What to Do about It sponsored by WAVE, London, England, 2006

## 2007

### Research Presentations

- *Plenary Speaker,* **Sequelae of Abuse** with Dr. Ira Chasnoff, Second National Conference on Substance Abuse, Child Welfare, and the Courts sponsored by Child and Family Futures and the Children's Research Triangle, Anaheim, CA, 2007

### Training/Education (local)

- *Keynote Speaker,* Twenty First Annual Conference on the Prevention of Child Abuse sponsored by Prevent Child Abuse Texas, Austin, TX, 2007

### Training/Education (national/international)

- *Invited Speaker,* Lake County Training, Lake County, Clearlake, CA, 2007
- *Keynote Speaker,* **Early Brain Development and Early Relationships,** Common Threads in Early Intervention: Innovations and Realities sponsored by the Infant Development Association of California, Sacramento, CA, 2007
- *Invited Speaker,* **Neglect: Identifying, Documenting, and Stopping the Impact on Children** for the Counseling Services of Bellville and the Surrounding District, Bellville, Ontario, Canada, 2007

### Honorary Lectureships

- *Invited Speaker,* AMI/USA Centenary Celebration sponsored by the Association of Montessori International, USA, San Francisco, CA, 2007

PERRY, Bruce D.  CV   9/8/08                                                                    66

### _Students Supervised_



**Yale University**

### _Medical School Thesis Advisor:_

*Andrew Bazos, MD* Yale University School of Medicine   "Adrenergic Receptor Regulation in Congestive Heart Failure"



**University of Chicago**

### _Richter Undergraduate Research Award Sponsor (The University of Chicago)_

*Erik Kupperman* (1989) "Heterologous Regulation of Platelet Adrenergic and Serotonergic Receptors"

*Hani Salti* (1990)  "Neurotransmitter Receptor-linked Phosphatidyl Inositol Turnover in Neuronally-Derived Clonal Cell Lines"

*Joseph TCuenco* (1990)  "The Effects of Prenatal Exposure to Cocaine on the Development of Dopamine Receptors in Rat Brain"

### _Chicago Area Westinghouse Science Award Winner (Sponsor)_

*Edith Replogle (1991)*  " Effects of Prenatal Exposure to Cocaine on the Development of Serotonin Receptors in Rat Brain"

### _Howard Hughes Undergraduate Research Fellow (Sponsor)_

*Anaa Zakarija* (1992)  "Effects of Chronic Cocaine Exposure on the Expression of Dopamine Receptor mRNA in Rat Brain"

### _Medical Student Merit Research Sponsor (The University of Chicago)_

*Heather McPhillips (1991),* "Effects of Prenatal Cocaine on Monoamine Receptor Development"

### _University of Chicago Honors Student (Sponsor)_

*Hani Salti (1992),*  "Differential Second Messenger Transduction in D-1 Dopamine Receptors Across Various Brain Regions in the Rat"

### _Doctoral Students (The University of Chicago)_

*Mark Wainwright* (1988-1993), Pharmacological and Physiological Sciences, Co-Advisor:  A Heller

*Alice Choi* (1990-1991), Biopsychology Committee

*Gail Farfel* (1990-1993), Pharmacological and Physiological Sciences, Primary Advisor: LS Seiden

*Ling Ling Tsai* (1990-1993), Biopsychology Committee, Primary Advisor: A Rechtshaffen

*Robert Dunn* (1989-1990), Pharmacological and Physiological Sciences, Primary Advisor: LS Seiden

### *Post-doctoral Fellow (University of Chicago)*

*Robert Lew, PhD* (1991-1992), Neurotoxicity of Psychostimulants:  Co-sponsor with LS Seiden

### *Visiting Scientist*

*Sun-Hee Lee, PhD* (1992), Senior Researcher, National Institute of Safety Research, Ministry of Health and Social Affairs, Korea

 **Baylor College of Medicine**

### *Doctoral Students (Baylor College of Medicine)*

*Patrick Cox* (1995-1997), Neuroscience Program, M.D., Ph.D. Program, Primary Advisor:  B.D. Perry

### *Post-doctoral Fellow (Baylor College of Medicine)*

*Duane Runyan, Ph.D* (1996-1997), Neuropsychiatric Impact of Childhood Trauma:  (Baylor College of Medicine)

*David Mann, Ph.D. (2000-2001)*

### *ChildTrauma Fellows in Child Psychiatry*

*Toi Blakely, MD*  (1994-1996)

*Ronnie Pollard, MD*  (1994-1995)

*Michael Gomez, MD* (1995-1996)

*John Marcellus, MD* (1996-1998)

### *American Medical Association's Policy and Promotion Award (Sponsor: B.D. Perry)*

*Toi Blakely, MD*  (1995)

### *APA Research Colloquium for Young Investigators (Sponsor: B.D. Perry)*

*Ronnie Pollard, MD*  (1995)

### *ChildTrauma Undergraduate Summer Intern*

*Michael Hendershot,*  (1994)

*Jennifer Hepps*, Harvard University (2000)

PERRY, Bruce D.  CV   9/8/08

68

<u>*ChildTrauma Programs Visiting Scholar*</u>

*Robin Fancourt, MRCP* (UK) *FRACP 1995*, Chairperson, Child Protection Trust, Advocacy Committee, Auckland, New Zealand

*Michael De Bellis, MD* (US) 1997, NIMH KO-8, University of Pittsburgh School of Medicine

   **The ChildTrauma Academy**

<u>*The ChildTrauma Academy Fellows*</u>

*Toi Blakely, MD,*  Clinical Assistant Professor, Baylor College of Medicine; member of the Texana MHMR Medical Executive Committee, Houston, TX   (2001-2005)

*Alan Hague, M.S.*, Information Technology Consultant, Houston, TX (2001-2005)

*Sarah Webster, ACSW-LMSW-AP*, Child Welfare Consultant, Houston, TX

*Richard L. Gaskill, Ed.D.*, Clinical Director, Sumner Mental Health Center, Wellington, KS

*Gizane Indart, Psy.D.*, Executive Director, Denver Children's Advocacy Center, Denver, CO

*Robin Fancourt, M.R.C.P., F.R.A.C.P.,* Pediatrician; Founding Member of Brainwave Trust, Auckland, New Zealand

*Jeanne Morris, M.Ed., Director,* Special Education Programs, Berrien Independent School District, Michigan (retired)

*Donald J. Smith, Ph.D.*, Board President / Executive Director, Generations Center, Dallas, TX

*Louise Lee, J.D.,* Family Law Attorney, Houston, TX

*Mary Beth Arcidiacono, B.S.,* Social Work Master's Candidate, Houston, TX

*Annette Jackson, BSW, MSW,* Research Manager, Take Two at La Trobe University, Melbourne, Australia

*Jerry Yager, Psy.D.,* Executive Director, Denver Children's Home, Denver, CO

*Tamar Jacobson, Ph.D.,* Assistant Professor, Department of Teacher Education, Rider Univeristy, Lawrenceville, New Jersey

*Stewart Gordon M.D., FAAP,* Associate Professor of Clinical Pediatrics, Louisiana State University School of Medicine, New Orleans, LA

Expert Report of Bruce D. Perry, M.D., Ph.D.


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Burns v. AstraZeneca LP, et al.
[Janice Burns 6:07-cv-15959]

---

### Preliminary Summary of Opinions

September 4, 2008

RE: Janice Burns 6:07-cv-15959

My name is Bruce Duncan Perry, M.D., Ph.D. I am a Board-certified general psychiatrist and a Board-certified child and adolescent psychiatrist.  I am the Senior Fellow of the ChildTrauma Academy, a Houston-based organization dedicated to research and education in the area of child trauma and maltreatment. In addition I serve as a Senior Consultant to the Ministry of Children's Services for the Province of Alberta. From 1992 to 2001, I served as the Chief of Psychiatry at Texas Children's Hospital and the Thomas S. Trammell Research Professor in the Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine.  Prior to that I was on the faculty of the Departments of Pharmacology and Psychiatry at the University Of Chicago School Of Medicine from 1988 to 1991.   My curriculum vitae is produced as an attachment to this report.

I am being paid $500/hr for review, preparation of reports, potential testimony and all other activity related to this review.


Qualifications and Basis for Opinions

My opinions relate to my field of expertise.  I have extensive clinical and research experience in the area of psychopharmacology.  I have a Ph.D. in pharmacology and focused on the clinical neurosciences and central nervous system pharmacology in my training and subsequent research.  I founded the Pediatric Psychopharmacology Clinic at Texas Children's Hospital and ran this clinic for more than six years and have treated hundreds of children with a range of neuropsychiatric problems.  I founded and ran the Trauma Recovery Program at the Houston VAMC and have participated in clinical trials of psychotropic medications with adults.  I serve and have served on many academic panels, review boards, study sections and committees focusing directly or indirectly on the key issues in psychopharmacology.  I have taught in this area for many years and continue to teach at a post-graduate level in the areas of treatment of high-risk children with various neuropsychiatric problems. This work includes teaching about the use of psychotropic medications, including atypical antipsychotics, in off label situations. I have served on the psychopharmacology panel for the United States Pharmacopoeia (USP).

Expert Report of Bruce D. Perry, M.D., Ph.D.

The basis for my opinions comes from this research and clinical experience; from knowledge of the peer reviewed literature and academic studies in this area; and my knowledge, training and clinical and research experience as a physician, and Board Certified general and a Board Certified child and adolescent psychiatrist. Based upon this and the review of available medical and mental health records, legal records, industry records provided by the plaintiff's attorneys, I provide the following opinions with reasonable degree of medical certainty:

<u>General Comments and Opinions</u>

The use of psychotropic medications has increased dramatically in the last ten years. Much of this increase is due to use of neuroleptic or antipsychotic agents. This increase is well beyond any documented increase in neuropsychiatric disorders and beyond any documented "discovery" of a profound increased efficacy of any new neuroleptic agent. Much of this increase appears to be related to increased polypharmacy and use of neuroleptics for non-indicated purposes (off-label use). All of this is despite the documentation of serious and significant risks associated with the use of many neuropsychiatric medications (e.g., weight gain, diabetes, cardiac effects, and increased risk for suicide).

A major contributing factor to increased use of psychotropic medications in my opinion is the aggressive marketing and promotion practices by pharmaceutical companies such as Astra Zeneca's in the case of Seroquel. Identifying key "influencers" in psychiatric practice, funding their research, hiring them as consultants, paying them as part of the pharmaceutical companies "speaker's bureau", funding their professional meetings and CEU events – all have the potential to distort the dissemination of important emerging information required for any practicing physician to make fully-informed decisions regarding safe and effective prescribing. Decisions regarding use of a newer, more expensive medication vs. an older, generic medication with equal efficacy can be unduly influenced; side effect profiles can be misrepresented; use for non-indicated purposes can be over-promoted, all of which occurred with Seroquel as a result of Astra Zeneca's conduct.

Furthermore, pharmaceutical representatives visiting physician's offices to promote their products are typically given limited training in psychopharmacology and in the specific uses and risks of the products they then go promote as well as financial incentives for increasing prescription rates and dosages prescribed by their physician clients. Again, these practices can influence prescribing practices in ways that compromise a physician's capacity to make optimal and safe prescribing decisions.

The collective result of these industry practices can be the development of individual physician prescribing practices that are not fully or accurately informed; the consequences of can be disastrous for an individual patient. It is my opinion that this was the case with Janice Burns as Astra Zeneca failed to communicate warnings of diabetes and metabolic side effects of the drug to physicians in a timely manner. Internal documents reflect that the marketing of Seroquel involved misrepresentations, ie the "weight neutral" claim in the face of evidence that, in fact, Seroquel caused weight gain. Further, the Seroquel product labeling failed to communicate a warning of diabetes for years after the company was aware of the association and risk.

1) Janice Burns gained weight and developed diabetes following the use of Seroquel. In my opinion Seroquel played a significant role in the development of her diabetes. Her psychiatrist initially prescribed Seroquel in June of 2002. At this time AstraZeneca did not warn of any risk of increased weight gain or development of diabetes related to the use of Seroquel in their prescribing information for physicians. This is despite the fact that such evidence existed and

Expert Report of Bruce D. Perry, M.D., Ph.D.

was known to AstraZeneca. Within six months she had gained 20 lbs; within the first year of
starting Seroquel she had gained over 40 lbs and developed diabetes. The temporal relationship
between the start of Seroquel, her weight gain and subsequent manifestations and diagnosis of
diabetes, and the documented relationship between Seroquel and risk for developing diabetes,
lead me to conclude that Seroquel was a causative factor in her weight gain and her diabetes.
Diabetes is associated with long-term multi-organ complications and this disease will impact the
need for and cost of her health care and will likely result in increased need for monitoring,
hospitalizations at increased cost of care and treatment.

2) Seroquel was prescribed for an off-label use in the case of Janice Burns.   Janice Burns was
being treated for PTSD and Major Depression.  Seroquel was not indicated for use in either of
these disorders when they were prescribed.    Off label use of medications is not unusual in
psychiatry; however, use of any psychiatric medication should be based upon either
documented or plausible efficacy.  These potential gains must be weighed against documented
or plausible risks.  This is of utmost importance for neuroleptic medications such as Seroquel.
The use of neuroleptic medications should be considered in only the most extreme situations
when active symptoms known to be responsive to neuroleptics are present, and after other
interventions have proven to be ineffective.  The known long-term (e.g., tardive dyskinesia,
diabetes) and potentially life-threatening side effects of neuroleptic medications (e.g.,
neuroleptic malignant syndrome) must always be taken into consideration and these potential
adverse effects must be shared with the client to allow true informed consent.

3) Rational and safe prescribing of Seroquel depends upon weighing potential benefits against
the potential risks.  Prior to 2004 evidence existed of the relationship between Seroquel and
increased risk for weight gain and the development of diabetes as evidenced in internal Astra
Zeneca documents. Astra Zeneca did not make this key information known to prescribing
physicians until 2004. At the time of initial prescribing of Seroquel, Ms. Burn's psychiatrist was
unaware of the relationship between Seroquel and either weight gain or diabetes.  In 2004
several professional groups (including the American Psychiatric Association) issued warnings
based upon consensus panel reviews that there was a clear association between use of several
second-generation neuroleptics including Seroquel and the development of obesity and
diabetes.  Recommendations to prescribing physicians included careful monitoring of weight,
blood glucose, lipids and other pre-diabetic symptoms, signs and laboratory findings –
recommendations that should have been in the Seroquel label but were not.  By this time, Ms.
Burns had developed diabetes.  She continued on Seroquel until 2006.

In summary, I conclude that Seroquel was a causative factor in the development of diabetes in
Janice Burns, a disease that will likely result in significant complications and increased medical
care and expense.  And further, that the practices of AstraZeneca related to the aggressive
marketing and selective, inadequate disclosure of the known risks of Seroquel contributed to
Janice Burns developing diabetes.

These opinions are based upon the materials reviewed, my professional experience and
my knowledge of the field.  Should further information be provided, I reserve the right to modify
or amend my opinions.

Expert Report of Bruce D. Perry, M.D., Ph.D.

Respectfully submitted,

Bruce D. Perry, M.D, Ph.D.

| Type | Year | Attorney/Firm | Case | Case No./Court |
|---|---|---|---|---|
| Trial | 2000 | Ft. Bend DA | State v Matney | |
| Special Counsel | 2000 | Ret. Senator Danforth | Special Counsel Investigation on Waco | |
| Special Testimony | 2000 | NSW Premier and Cabinet | Special Meeting on Child Policy | |
| Deposition | 2000 | Filoch & Garth | Coyle et al. v Monica Kay Stanley and Cosco | |
| Trial | 2000 | Montgomery Co DA: 9th Judicial District (Mike Griffin) | State v Davila | |
| Trial | 2000 | Harris Co DA | State v Lori Jones (in the matter of Sarah Rogers) | |
| Deposition | 2001 | Mithoff& Jacks | Williams et al. v Daughters of Charity Health Services of Austin | 98-08959 98th Judicial Court, Austin, TX |
| Trial | 2001 | Storey, Moore & McCally | J. S. Parker and K. Parker | 96-46027 |
| Trial | 2001 | Harris County DA: Lisa Andrews | State v Anthony Rogers | |
| Trial | 2002 | Macon County State's Attorney | In re K.S. a minor | |
| Trial | 2003 | Attorney General of Colorado | State v Dicke | |
| Deposition | 2003 | André M. Grant | E.H. et al, and Mother v City of Chicago, et al. ROLAND RODRIGUEZ and MANIKA GUERRERO VEGA, Individually and as Next Friends of ROLAND RODRIGUEZ and ROLAND RODRIGUEZ, Minors; and ROLAND RODRIGUEZ, as Administrator of the Estate of JENNIFER MARIE RODRIGUEZ, Deceased V. FIRST TRANSIT, INC., et al | Consolidated Case 99 L 1886 |
| Deposition | 2003 | Mithoff & Jacks | Bryan Flock for deceased son (Brandon) et al v Scripto-Tokai et al | CAUSE NO. 2001-34768 |
| Deposition | 2003 | Vinson & Elkins | | C.A. H-00-3744 |
| Deposition | 2004 | Rodriguez, Colvin & Chaney | Solis et al El Paso et al | NO. 02-11-11513CV |
| Deposition | 2004 | Lewis, Ogletree, Deakins, Nash, Smoak & Stewart PC | Stephen J. Little, et al v Jason Timmons et al | Cause No. 2002-17465 |
| Deposition | 2004 | Williams & Connolly | Gayter v Wyndham | No. 2000/179-M/B |
| Deposition | 2005 | Williams and Connolly | Gayter v Wyndham | No. 2000/179-M/B |
| Deposition | 2005 | Lembhard Howell | Rivera v Swift Transportation | |
| Deposition | 2005 | Propes and Kaveny/André Grant/Eugene Pincham | Crawford et al v City of Chicago et al | Consolidated Case 99 L 1886 |
| Deposition | 2005 | Emond, Vines, Gorham & Waldrep | Byrd et al v Alabama Dept Youth Svcs | CV-01-CO-1433-S |
| Trial | 2005 | Propes and Kaveny/André Grant/Eugene Pincham | Crawford et al v City of Chicago et al | Consolidated Case 99 L 1886 |
| Deposition | 2006 | Powers and Santola | Ingrao v The County of Albany, NY; The County of Montgomery, NY | 01-CV-0730 (TJM/DRH) |
| Trial | 2006 | Lembhard Howell | Rivera v Swift Transportation | |
| Deposition | 2007 | Friedan-Dobrinsky | Tepper v Royal Carribean Cruise Liners | |
| Deposition | 2007 | Vernis & Bowling | Garcia-Bengochea v Department of Child Family Services (Florida) | Case No. 04-7847-CA-10 |
| Court hearing | 2008 | Texas DCFS | Texas v multiple (FLDS) | |

Expert Report of Bruce D. Perry, M.D., Ph.D.


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Guinn v. AstraZeneca LP, et al.
[Linda Guinn 6:07-cv-10291]

————————————————————————

### Preliminary Summary of Opinions

September 4, 2008

RE: Linda Guinn 6:07-cv-10291

My name is Bruce Duncan Perry, M.D., Ph.D. I am a Board-certified general psychiatrist and a Board-certified child and adolescent psychiatrist. I am the Senior Fellow of the ChildTrauma Academy, a Houston-based organization dedicated to research and education in the area of child trauma and maltreatment. In addition I serve as a Senior Consultant to the Ministry of Children's Services for the Province of Alberta. From 1992 to 2001, I served as the Chief of Psychiatry at Texas Children's Hospital and the Thomas S. Trammell Research Professor in the Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine.  Prior to that I was on the faculty of the Departments of Pharmacology and Psychiatry at the University Of Chicago School Of Medicine from 1988 to 1991.   My curriculum vitae is produced as an attachment to this report.


I am being paid $500/hr for review, preparation of reports, potential testimony and all other activity related to this review.


Qualifications and Basis for Opinions

My opinions relate to my field of expertise.  I have extensive clinical and research experience in the area of psychopharmacology.  I have a Ph.D. in pharmacology and focused on the clinical neurosciences and central nervous system pharmacology in my training and subsequent research.  I founded the Pediatric Psychopharmacology Clinic at Texas Children's Hospital and ran this clinic for more than six years and have treated hundreds of children with a range of neuropsychiatric problems.  I founded and ran the Trauma Recovery Program at the Houston VAMC and have participated in clinical trials of psychotropic medications with adults.  I serve and have served on many academic panels, review boards, study sections and committees focusing directly or indirectly on the key issues in psychopharmacology.  I have taught in this area for many years and continue to teach at a post-graduate level in the areas of treatment of high-risk children with various neuropsychiatric problems. This work includes teaching about the use of psychotropic medications, including atypical antipsychotics, in off label situations. I have served on the psychopharmacology panel for the United States Pharmacopoeia (USP).

Expert Report of Bruce D. Perry, M.D., Ph.D.

The basis for my opinions comes from this research and clinical experience; from knowledge of the peer reviewed literature and academic studies in this area; and my knowledge, training and clinical and research experience as a physician, and Board Certified general and a Board Certified child and adolescent psychiatrist.  Based upon this and the review of available medical and mental health records, legal records, industry records provided by the plaintiff's attorneys, I provide the following opinions with reasonable degree of medical certainty:

<u>General Comments and Opinions</u>
The use of psychotropic medications has increased dramatically in the last ten years. Much of this increase is due to use of neuroleptic or antipsychotic agents.  This increase is well beyond any documented increase in neuropsychiatric disorders and beyond any documented "discovery" of a profound increased efficacy of any new neuroleptic agent.   Much of this increase appears to be related to increased polypharmacy and use of neuroleptics for non-indicated purposes (off-label use).   All of this is despite the documentation of serious and significant risks associated with the use of many neuropsychiatric medications (e.g., weight gain, diabetes, cardiac effects, and increased risk for suicide).

A major contributing factor to increased use of psychotropic medications in my opinion is the aggressive marketing and promotion practices by pharmaceutical companies such as Astra Zeneca's in the case of Seroquel.  Identifying key "influencers" in psychiatric practice, funding their research, hiring them as consultants, paying them as part of the pharmaceutical companies "speaker's bureau", funding their professional meetings and CEU events – all have the potential to distort the dissemination of important emerging information required for any practicing physician to make fully-informed decisions regarding safe and effective prescribing.  Decisions regarding use of a newer, more expensive medication vs. an older, generic medication with equal efficacy can be unduly influenced; side effect profiles can be misrepresented; use for non-indicated purposes can be over-promoted, all of which occurred with Seroquel as a result of Astra Zeneca's conduct.

Furthermore, pharmaceutical representatives visiting physician's offices to promote their products are typically given limited training in psychopharmacology and in the specific uses and risks of the products they then go promote as well as financial incentives for increasing prescription rates and dosages prescribed by their physician clients.  Again, these practices can influence prescribing practices in ways that compromise a physician's capacity to make optimal and safe prescribing decisions.

The collective result of these industry practices can be the development of individual physician prescribing practices that are not fully or accurately informed; the consequences of can be disastrous for an individual patient. It is my opinion that this was the case with Linda Guinn as Astra Zeneca failed to communicate warnings of diabetes and metabolic side effects of the drug to physicians in a timely manner. Internal documents reflect that the marketing of Seroquel involved misrepresentations, ie the "weight neutral" claim in the face of evidence that, in fact, Seroquel caused weight gain. Further, the Seroquel product labeling failed to communicate a warning of diabetes for years after the company was aware of the association and risk.

1) Linda Guinn appears to have developed diabetes following the use of Seroquel.  Seroquel use is temporally associated with the development of her weight gain and diabetes. Ms. Guinn was initially prescribed Seroquel by her psychiatrist in May of 2002. At this time she had high cholesterol, was being treated for this and she had a family history of diabetes.  Her prescribing

Expert Report of Bruce D. Perry, M.D., Ph.D.

physician at that times claims to have known that there was a relationship between Seroquel and increased risk for weight gain and development of diabetes though there was no warning about either condition in the product labeling at this time. She continued on Seroquel through 2006. Her closest documented weight at the start of taking Seroquel was in June of 2002 when she weighed 155 lbs. By September of 2002, she weighed 177 lbs and was diagnosed with hypertension; by November of 2002 she was being evaluated for suspicion of diabetes. A confirmed diagnosis appears in February 2006 at which time oral hypoglycemic agents were initiated. In July of 2003 she weighed 191 lbs. The temporal relationship between the start of Seroquel, her weight gain and subsequent manifestations and diagnosis of diabetes, and the documented relationship between Seroquel and risk for developing diabetes, lead me to conclude that Seroquel was a causative factor in her weight gain and her diabetes. Diabetes is associated with long-term multi-organ complications and this disease will impact the need for and cost of her health care and will likely result in increased need for monitoring, hospitalizations at increased cost of care and treatment.

2) Linda Guinn was started on Seroquel despite having clear medical risk factors that would currently be considered relative contraindications to use. The clear and evolving medical risk factors (e.g., high cholesterol, hypertension and obesity) present at the beginning of her course with Seroquel should have been clear contraindications to her prescribing physician and to the prescribing physicians in subsequent years. The potential gain from using this medication should have been weighed against documented or plausible risks. Her initial prescribing physician was a frequent client of AstraZeneca representatives and in deposition he continues to minimize the relationship between Seroquel and increased risk of developing serious medical problems including hyperglycemia, obesity and diabetes. His understanding of the risks associated with Seroquel use appear to reflect the influence of minimizing input and misrepresentations from AstraZeneca representatives of the true risks of known to the company rather than serious cautions resulting from statements issued by professional organizations, the FDA and controlled research studies.

3) Rational and safe prescribing of Seroquel depends upon weighing potential benefits against the potential risks. Prior to 2004 evidence existed of the relationship between Seroquel and increased risk for weight gain and the development of diabetes evidenced in internal Astra Zeneca documents. Astra Zeneca did not make this key information known to prescribing physicians until 2004. In 2004 several professional groups (including the American Psychiatric Association) issued warnings based upon consensus panel reviews that there was a clear association between use of several second-generation neuroleptics including Seroquel and the development of obesity and diabetes. Recommendations to prescribing physicians included careful monitoring of weight, blood glucose, lipids and other pre-diabetic symptoms, signs and laboratory findings – recommendations that should have been in the Seroquel label but were not. By this time, Ms. Guinn's treating physicians documented suspicion of diabetes. She continued on Seroquel until 2006.

In summary, I conclude that Seroquel was a causative factor in the development of diabetes in Linda Guinn, a disease that will likely result in significant complications and increased medical care and expense. And further, that the practices of AstraZeneca related to the aggressive marketing and selective, inadequate disclosure of the known risks of Seroquel contributed to Linda Guinn developing diabetes.

Expert Report of Bruce D. Perry, M.D., Ph.D.

These opinions are based upon the materials reviewed, my professional experience and my knowledge of the field.  Should further information be provided, I reserve the right to modify or amend my opinions.

Respectfully submitted,

Bruce D. Perry, M.D, Ph.D.

| Type | Year | Attorney/Firm | Case Number | Case Name |
|---|---|---|---|---|
| Trial | 2000 | Ft. Bend DA | No. 97-45232 | State v Matney |
| Special Counsel | 2000 | Ret. Senator Danforth | | Special Counsel Investigation on Waco |
| Special Testimony | 2000 | NSW Premier and Cabinet | | Special Meeting on Child Policy |
| Deposition | 2000 | Fibich & Garth | 284th District Co | Coyle et al. v Monica Kay Stanley and Cosco |
| Trial | 2000 | Montgomery Co DA: 9th Judicial District (Mike Griffin) | | State v Davila |
| Trial | 2000 | Harris Co DA | 338th Judicial District | State v Lori Jones (in the matter of Sarah Rogers) |
| Deposition | 2001 | Milhoff & Jacks | 98-09959 98th Judicial Court, Austin, TX | Williams et al. v. Daugthers of Charity Health Services of Austin |
| Trial | 2001 | Storey, Moore & McCally | 96-46027 | J. S. Parker and K. Parker |
| Trial | 2001 | Harris County DA: Lisa Andrews | | State v Anthony Rogers |
| Trial | 2002 | Macon County State's Attorney | | In re K.S. a minor |
| Trial | 2003 | Attorney General of Colorado | | State v Dicke |
| Deposition | 2003 | André M. Grant | Consolidated Case 99 L 1886 | ROLAND RODRIGUEZ and MANIKA GUERRERO VEGA, Individually and as Next Friends of JNET ANN RODRIGUEZ and ROLAND RODRIGUEZ, Minors; and ROLAND RODRIGUEZ, as Administrator of the Estate of JENNIFER MARIE RODRIGUEZ, Deceased V. FIRST TRANSIT, INC., et al |
| Deposition | 2003 | Milhoff & Jacks | CAUSE NO. 2001-34768 | E.H. et al. and Mother v City of Chicago, et al. |
| Deposition | 2003 | Vinson & Elkins | C.A. H-00-3744 | Bryan Flock for deceased son (Brandon) et al v Scripto-Tokai et al |
| Deposition | 2004 | Rodriguez, Colvin & Chaney | NO. 02.11-11513CV | Solis et al v El Paso et al |
| Deposition | 2004 | Lewis, Ogletree, Deakins, Nash, Smoak & Stewart PC | Cause No. 2002-17485 | Stephen J. Little, et al v Jason Timmons et al |
| Deposition | 2004 | Williams & Connolly | No. 2000/179-M/B | Gayter v Wyndham |
| Deposition | 2005 | Williams and Connolly | No. 2000/179-M/B | Gayter v Wyndham |
| Deposition | 2005 | Lembhard Howell | | Rivera v Swift Transportation |
| Deposition | 2005 | Propes and Kaveny/André Grant/Eugene Pincham | Consolidated Case 99 L 1886 | Crawford et al v City of Chicago et al |
| Deposition | 2005 | Emond, Vines, Gorham & Waldrep | CIV-01-CO-1433-S | Byrd et al v Alabama Dept Youth Svcs |
| Trial | 2005 | Propes and Kaveny/André Grant/Eugene Pincham | Consolidated Case 99 L 1886 | Crawford et al v City of Chicago et al |
| Deposition | 2006 | Powers and Santola | 01-CV-0730 (TJM/DRH) | Ingrao v The County of Albany, NY; The County of Montgomery, NY |
| Trial | 2006 | Lembhard Howell | | Rivera v Swift Transportation |
| Deposition | 2007 | Frieden-Dobrinsky | | Tepper v Royal Caribbean Cruise Liners |
| Deposition | 2007 | Vernis & Bowling | Case No: 04-7847-CA-10 | Garcia-Bangochea v Department of Child Family Services (Florida) |
| Court hearing | 2008 | Texas DCFS | | Texas v multiple (FLDS) |