# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

### PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Responses filed in opposition to the case-specific Motions for Summary Judgment filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. Plaintiffs' Responses were originally filed under seal, together with the Exhibits thereto listed below ("Exhibits"), on or about November 24, 2008. In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Responses, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or by further order of the Court, will be filed of public record on the CM/ECF system or before March 4, 2009.

1

**Exhibits to Plaintiffs' Responses in Opposition
to AstraZeneca's Case-Specific Motions for Summary Judgment**

*Linda Guinn,* No. 6:07-CV-10291

| Exhibit No. | Description |
|---|---|
| 1 | Guido Nodal, M.D. deposition transcript excerpts (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Vernice Ragsdale, M.D. deposition transcript excerpts |
| 3 | Nancy Thompson, R.N. deposition transcript excerpts |
| 4 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 5 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 6 | Nikita Dhruv, M.D. deposition transcript excerpts |
| 7 | Linda Guinn deposition transcript excerpts |
| 8 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 9 | 7/2/2002 letter from AstraZeneca to Guido Nodal, M.D. |
| 10 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | 8/20/2002 letter from AstraZeneca to Guido Nodal, M.D. |
| 12 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 13 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |

*Janice Burns*, No. 6:07-CV-15959

| Exhibit No. | Description |
|---|---|
| 1 | John R. Billingsley, M.D. deposition transcript excerpts (3/26/08) (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 3 | Thomas Randles, M.D. deposition transcript excerpts |
| 4 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 5 | Janice Burns deposition transcript excerpts (2/15/08) |
| 6 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 7 | Kamel Elzawahry, M.D. deposition transcript excerpts |
| 8 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 9 | Laura Yauch, M.D. deposition transcript excerpts |
| 10 | John R. Billingsley deposition transcript excerpts (7/28/08) (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 12 | Janice Burns deposition transcript excerpts (8/21/08) |
| 13 | Jesus Ramirez, M.D. deposition transcript excerpts |
| 14 | Rezeq Baraineh, M.D. deposition transcript excerpts |
| 15 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |

| Exhibit No. | Description |
|:---:|---|
| 16 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 17 | John Reilly deposition transcript excerpts (to be filed on or before 3/4/2009 subject to necessary redactions) |

*Connie Curley*, No. 6:07-CV-15701

| Exhibit No. | Description |
|:---:|---|
| 1 | Maria C. Wilson, M.D. deposition transcript excerpts (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Leonard Menned, D.O. deposition transcript excerpts |
| 3 | Hector J. Cases, M.D. deposition transcript excerpts |
| 4 | Connie Curley deposition transcript excerpts (2/11/08) |
| 5 | Connie Curley deposition transcript excerpts (7/31/08) |
| 6 | Teeresa Sisodia, M.D. deposition transcript excerpts |
| 7 | Emma Ocampo, M.D. deposition transcript excerpts |
| 8 | Stanley S. Shama, D.P.M. deposition transcript excerpts |
| 9 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 10 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 12 | Anna Golden deposition transcript excerpts (to be filed on or before 3/4/2009 subject to necessary redactions) |

*David Haller*, No. 6:07-CV-15733

| Exhibit No. | Description |
|---|---|
| 1 | Jocelyn Haller deposition transcript excerpts |
| 2 | David Haller deposition transcript excerpts |
| 3 | Dee Burke deposition transcript excerpts |
| 4 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 5 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 6 | Nicole R. Keene deposition transcript excerpts |
| 7 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 8 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 9 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 10 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |

*Eileen McAlexander*, No. 6:07-CV-10360

| Exhibit No. | Description |
|---|---|
| 1 | Manouchehr Lavian, M.D. deposition transcript excerpts (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Eileen McAlexander deposition transcript excerpts (11/1/07) |

5

| Exhibit No. | Description |
|---|---|
| 3 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 4 | Asha Velisetty, M.D. deposition transcript excerpts |
| 5 | Gabriel Umana, M.D. deposition transcript excerpts |
| 6 | Gary Helfin, M.D. deposition transcript excerpts (12/7/07) |
| 7 | Gary Helfin, M.D. deposition transcript excerpts (8/29/08) |
| 8 | Eileen McAlexander deposition transcript excerpts (7/8/08) |
| 9 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 10 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 12 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 13 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 14 | AstraZeneca account payable information for Asha Velisetty, M.D. |

*Richard Unger*, No. 6:07-CV-15812

| Exhibit No. | Description |
|---|---|
| 1 | Heriberto Cabada, M.D. deposition transcript excerpts |
| 2 | Patricia Ares Romero, M.D. deposition transcript excerpts |

| Exhibit No. | Description |
|---|---|
| 3 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 4 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 5 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 6 | James C. Ballenger, M.D. deposition transcript excerpts |
| 7 | Richard Unger deposition transcript excerpts |
| 8 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 9 | Luis Quintero, M.D. deposition transcript excerpts |
| 10 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | Rafael Mas, M.D. deposition transcript excerpts |
| 12 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 13 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 14 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 15 | AstraZeneca account payable information for Harry Cabada-Rovirosa, M.D. |

*Linda Whittington*, No. 6:07-CV-10475

| Exhibit No. | Description |
|---|---|
| 1 | Mohamed O. Saleh, M.D. deposition transcript excerpts (3/4/08) (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Charles J. Haddad, M.D. deposition transcript excerpts |
| 3 | Miscellenous personal records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 4 | Mohamed O. Saleh, M.D. deposition transcript excerpts (7/22/08) |
| 5 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 6 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 7 | AstraZeneca records (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 8 | 8/12/2004 letter from AstraZeneca to Mohamed O. Saleh, M.D. |
| 9 | 3/29/2006 letter from AstraZeneca to Mohamed O. Saleh, M.D. |

DATED:  February 27, 2009		Respectfully submitted,


				By:    /s/ Robert W. Cowan
					F. Kenneth Bailey Jr.
					K. Camp Bailey
					Fletcher V. Trammell
					Robert W. Cowan
					**BAILEY PERRIN BAILEY**
					440 Louisiana St., Suite 2100
					Houston, Texas 77002
					(713) 425-7100 Telephone
					(713) 425-7101 Facsimile
					kbailey@bpblaw.com
					cbailey@bpblaw.com
					ftrammell@bpblaw.com
					rcowan@bpblaw.com
					**Co-Lead Counsel for Plaintiffs**


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.


					/s/  Robert W. Cowan
					Robert W. Cowan