# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-------------------------------------------x
IN RE:  Seroquel Products Liability      :
Litigation                               :
MDL DOCKET NO. 1769                      :
                                         :
This Document Relates to:                :
                                         :
Guinn v. AstraZeneca LP, et al.          :
(Linda Guinn 6:07-cv-10291               :
                                         :
-------------------------------------------x

   Thursday, July 31, 2008
   8:55 a.m. - 11:50 a.m.


   Oral deposition of DR. VERNICE RAGSDALE, held at The Residence of Dr. Vernice Ragsdale, 222 Orlando Boulevard, Indialantic, Florida  32903, beginning at 8:55 a.m., on the above date, before Richard Castillo, Registered Diplomate Reporter, Commission No. DD609499 (Expiration 2/25/11) and a Notary Public.

   Esquire Deposition Services
   200 East Robinson Street
      Suite 425
   Orlando, Florida  32801
      (407)426-7676


Job No. 945085

10

```
 1    Q    When did you -- during what
 2  period of time were you affiliated with that
 3  group?
 4    A    From ... September -- if you'd
 5  like the precise date, I can go get a --
 6    Q    Just your best estimate is okay.
 7    A    About eight years.
 8    Q    When did your association with
 9  Quality Medical Care end?
10    A    When I threatened to bring a
11  lawsuit for Medicaid fraud, et cetera,
12  against them -- approximately -- well, it was
13  just before Christmas two years ago in
14  December.  The exact date, I don't know; I
15  think December the 8th.
16    Q    Of 2006 or 2005?
17    A    Be 2006, I suppose.  Seems like
18  a longer time than that, but if I'm wrong on
19  that area, it's just because my mind doesn't
20  think in terms of numbers exactly.
21    Q    Did you do anything to prepare
22  for today's deposition?
23    A    I ... did look up the medication
24  on my UpToDate program to see if there was
```

11

```
 1  anything additional that I might need to know
 2  about the medication.  And I looked through
 3  the ... chart that I had, what -- the two
 4  visits that I had, I think, on the computer,
 5  then the package was sent to me, I believe,
 6  by you or someone, that I have here, and I
 7  have reviewed that record, yes, sir.
 8    Q    All right.  Which medication did
 9  you look up?
10    A    Seroquel.
11    Q    What, if anything, did you learn
12  from looking that up in preparation for your
13  deposition?
14    A    I learned that I didn't have
15  much more to learn than I already knew.
16    Q    And was there anything that you
17  learned in particular, looking through the
18  chart?
19    A    In what manner do you mean?
20    Q    Or was it just -- did it just
21  refresh your memory somewhat?
22    A    It did refresh my memory a
23  little bit about some of the -- the visits
24  were mostly what I call "come se come sa"
```

12

```
 1  visits.  Nothing was of a particular ominous
 2  visit.  There was nothing that was
 3  intellectually challenging.  There was
 4  nothing that was particularly emotionally
 5  frustrating, and nothing that would make me
 6  have an immediate recollection if you
 7  mentioned the name before today.
 8    Q    Okay.  Are you aware that the
 9  plaintiff in this particular lawsuit is Linda
10  Guinn?
11    A    I would be an idiot not to be
12  aware of that.
13    Q    Other than looking up
14  medications and looking through the chart,
15  did you do anything else to prepare for the
16  deposition today?
17    A    I wouldn't have known what else
18  to do.  The ... chart review and review of
19  the     medication was about as far as I
20  felt I need to go.  Had the lawsuit been
21  leveled against me, we would have another
22  person present today, and I would have done a
23  little bit more study on a few things.
24    Q    Did you speak with any of the
```

13

```
 1  lawyers before the deposition today to
 2  prepare for the deposition?
 3    A    My lawyers?
 4    Q    Any lawyers.
 5    A    The ... lawyers for the
 6  plaintiff came by and visited and informed me
 7  that     they would be here at the
 8  deposition, and asked me if I had any
 9  questions which I -- basically the same
10  questions you asked me.  I didn't have any
11  particular questions that I had asked them
12  that they could help me with.  I told them
13  exactly what I told you, that I had already
14  reviewed Seroquel.  I reviewed the record
15  that I had in front of me, and that I didn't
16  have anything that jumped out at me to be
17  unusual or ... out of order, no impropriety.
18    Q    When did the lawyers for the
19  plaintiff come by to speak with you?
20    A    Yesterday afternoon.
21    Q    How long did you spend with the
22  lawyers for the plaintiff yesterday
23  afternoon?
24    A    You know, I'm not certain, sir.
```

|  | 14 |  | 16 |
|---|---|---|---|
| 1 | I didn't put it on the clock. Probably about | 1 | this document, that I told you I unloaded |
| 2 | an hour or so. | 2 | [sic], that it had been related, at least |
| 3 | Q   Did they show you any documents | 3 | implied that it was related in cases. But I |
| 4 | to review? | 4 | did not know that until I read that. |
| 5 | A   I showed them the documents that | 5 | Q   Okay. And the thing that you |
| 6 | I had. They ... didn't leave me any | 6 | read, are you referring to the medical |
| 7 | documents or have any documents for -- that | 7 | records? |
| 8 | would give me any information that would be | 8 | A   No. I'm referring to having |
| 9 | of help. | 9 | downloaded that document from UpToDate, which |
| 10 | Q   Did they show you any documents, | 10 | is just a drug information on Seroquel. |
| 11 | any AstraZeneca documents, for example, | 11 | And -- |
| 12 | e-mails, memos, things like that? | 12 | Q   Okay. |
| 13 | A   I think they showed me how many | 13 | A   And if you go, it's -- the |
| 14 | times the AstraZeneca representative had been | 14 | information on diabetes is towards the very |
| 15 | by to see me, and had highlighted one or two | 15 | last, and if you read the reprint article |
| 16 | things that Seroquel allegedly could possibly | 16 | that was taken from it, was a rather recent |
| 17 | cause, which would be weight gain and some | 17 | reprint article and not an old one. |
| 18 | other rather innocuous things. That was it. | 18 | Q   And this is a -- just so the |
| 19 | Q   Can you tell us anything else | 19 | record's clear, this is a -- why don't we |
| 20 | that was discussed with the plaintiff's | 20 | mark this, if we can, as Ragsdale Exhibit |
| 21 | lawyers yesterday afternoon? | 21 | One, and it's a -- |
| 22 | A   Yes, we discussed the fact that | 22 | A   You can keep it. |
| 23 | I played the piano. We discussed the fact | 23 | Q   -- a printout from -- |
| 24 | that I had a two-and-a-half-year-old grandson | 24 | A   UpToDate. |
|  | 15 |  | 17 |
| 1 | that I had just adopted. We spoke mostly of | 1 | Q   Www.uptodate.com, printed out on |
| 2 | nonmedical things after they found out that I | 2 | July 30, 2008. |
| 3 | didn't know too terribly much that would be | 3 | (Whereupon, Deposition Exhibit No. |
| 4 | of help to them. | 4 | Ragsdale-1, printout from UpToDate, |
| 5 | Q   Did they ask you any questions | 5 | was marked for identification.) |
| 6 | about what may have caused Mrs. Guinn to | 6 | BY MR. RABER: |
| 7 | develop diabetes? | 7 | Q   Dr. Ragsdale, I want to just |
| 8 | A   They didn't ask me that | 8 | show you something on Exhibit One, and ask |
| 9 | question. They asked me indirectly, I | 9 | you if that's what you reviewed. I'm on page |
| 10 | suppose, if I had any idea that this drug | 10 | five of ten of Exhibit One, and there's a |
| 11 | caused diabetes. And my immediate response | 11 | heading in the top that says, |
| 12 | to them was, as best I knew, I never heard of | 12 | "Hyperglycemia." And then it says, "Atypical |
| 13 | it. | 13 | antipsychotics have been associated with |
| 14 | Q   Never heard of Seroquel causing | 14 | development of hyperglycemia; in some cases |
| 15 | diabetes? | 15 | may be extreme and associated with |
| 16 | A   No, until I read this document | 16 | ketoacidosis, hyperosmolar coma or death. |
| 17 | that, in the fine print, as one of the very, | 17 | Use with caution in patients with diabetes or |
| 18 | very rare occasions -- if you read enough | 18 | other disorders of glucose regulation. |
| 19 | about Aspirin, you'll find out that you | 19 | Monitor for worsening of glucose control." |
| 20 | probably wouldn't want to take it without | 20 | Do you see that? |
| 21 | being under the care of a gastroenterologist. | 21 | A   Certainly. |
| 22 | But, no, they didn't point out | 22 | Q   Is that the language that you |
| 23 | anything about Seroquel causing diabetes, and | 23 | reviewed that you were referring to just a |
| 24 | I did read, as I got into the latter pages of | 24 | couple of minutes ago about -- |

18

```
1    A   Yes.
2    Q   -- a possible association
3  between Seroquel and diabetes?
4    A   Yes.
5    Q   Okay.
6    A   But it is not one of the first
7  20 or 30 things that one should be cautioned
8  with.
9        When I read a -- about a
10 medication -- and doctors, if you interviewed
11 a thousand doctors, they'd probably all say
12 the same thing.  They read the first 10, 15
13 or 20 things that they should be concerned
14 about, and that will become the main concern.
15       When a drug study is done, as
16 you know, everything, anything that happens
17 to a patient must be reported by the
18 investigator, whether or not it was related
19 to the medication.  Most of us become, not
20 convinced, but we ... are not as nervous
21 about those that are the last five, six,
22 seven, eight or nine things listed as
23 possible complications.  And that's all I
24 meant by that.
```

19

```
1    Q   Okay.  And were you aware that
2  there was a statement in the warning section
3  for the Seroquel label concerning diabetes
4  and hyperglycemia as far back as 2004?
5    A   I don't recall.
6    Q   Doctor, have you ever talked to
7  Mrs. Guinn about her lawsuit against
8  AstraZeneca?
9    A   No, sir.
10   Q   Did the lawyers for the
11 plaintiff ask you to attend the trial of this
12 case?
13   A   No, sir.
14   Q   Will you appear and give live
15 testimony, if asked, in Orlando?
16   A   I would have no reason to
17 decline.
18   Q   Dr. Ragsdale, over the years,
19 have you been a speaker or given tutorials
20 for AstraZeneca?
21   A   No, sir.
22   Q   Do you recall whether you've
23 ever received any consulting fees or speaker
24 fees from AstraZeneca relating to being a
```

20

```
1  speaker or doing a tutorial?
2    A   If I didn't do a tutorial, or be
3  a speaker, I didn't receive a -- any kind of
4  honorarium for that.
5        Way back in the olden days,
6  before all the laws were passed -- and the
7  best that the drug company can give us now is
8  a pen, and maybe a little piece of paper, no
9  trips, no goggles, no nothing -- years and
10 years ago, I attended 50, 70, 100 different
11 seminars, and I'm sure several with
12 AstraZeneca being the sponsor.  And I am
13 confident that one of them or two of them may
14 have been on this subject matter, but I don't
15 recall them specifically.
16   Q   Dr. Ragsdale, I've seen records
17 that indicate that you received speaker fees,
18 tutorial fees in the range of three or $4,000
19 during the years 2002, 2003, 2004.  Does that
20 refresh your recollection at all?
21   A   Never received any speaker fees,
22 'cause    I never spoke.
23   Q   Okay.  Okay.
24       (Pause.)
```

21

```
1    A   One time to a group of
2  pharmacists, 20 years ago, maybe, I spoke,
3  but not about AstraZeneca.  And I've never
4  received $3,000 for speaking in my life,
5  because I don't have a $3,000 subject.
6        But I have been sent on nice
7  trips that would have amounted to $3,000, and
8  if that's what you're referring to,
9  certainly, I have received trips by
10 AstraZeneca, plus many other drug companies.
11   Q   Have you -- and was that for
12 providing services?
13   A   No, that was simply to be given
14 information.
15   Q   Okay.  Does the fact that you
16 have received trips from AstraZeneca, or
17 other things of value, is that going to
18 influence your testimony in any way today?
19   A   Never has influenced either my
20 testimony or my prescribing of medications.
21 And you can ask any pharmaceutical
22 representative that, especially those that
23 took me on golf outings, and I didn't write
24 their medications.
```

38

1  every time I use a medication for anything?
2  No, of course not. That would take forever.
3  But for my main medications -- and I'm sure
4  that you have reviewed my use of the minor
5  antipsychotic medications, Seroquel and
6  Zyprexa and others, you notice that I don't
7  use many. And I did not start her on that.
8  But by her proclamation, she was doing well
9  on it. I left it alone. And then I usually,
10 if something does not appear to be broken, I
11 don't try to fix it.
12     Q   Okay. Doctor, do you rely on
13 information from your colleagues?
14     A   We all rely on information from
15 our colleagues, if we trust our colleagues.
16     Q   And do you take into account
17 your clinical experience with drugs in -- in
18 familiarizing yourself with the risks and
19 benefits of a given drug?
20     A   You're serious when you ask that
21 question? Of course.
22     Q   Okay.
23     A   I mean --
24     Q   I understand, but --

39

1      A   It just seems so obvious that
2  that would be a yes.
3      Q   See, I'm wearing my glasses
4  today, because that's supposed to make me
5  look smarter.
6      A   Oh, you look very intelligent,
7  sir.
8      Q   Thanks.
9         (Pause.)
10     Q   Dr. Ragsdale, when you prescribe
11 a medication for one of your patients, do you
12 typically discuss the benefits and possible
13 risks of that medication with your patient?
14     A   Initially.
15        (Phone ringing).
16     Q   Do you ever provide your
17 patients with any written information about
18 the profile of the medication you're
19 prescribing?
20     A   Occasionally. This program that
21 I just told you, has a patient information
22 section where I can go to patient information
23 on the medication, push "Print," and hand it
24 to them.

40

1      Q   Did you ever discuss with
2  Mrs. Guinn either the risks or benefits of
3  Seroquel when you were treating her?
4      A   I don't recall.
5      Q   I assume, Dr. Ragsdale that --
6  well, strike that.
7         You've told us already,
8  Dr. Ragsdale, that there were times when
9  sales representatives from AstraZeneca came
10 and visited you in your office?
11     A   I have been visited by thousands
12 of representatives, AstraZeneca among others.
13     Q   Okay. Do you remember any of
14 the particular AstraZeneca representatives
15 with whom you met over the years?
16     A   No. Well, not -- I can't come
17 up with their names. I -- sometimes would
18 have five waiting in line, like a, you know,
19 a holding pattern in an airport of
20 pharmaceutical reps waiting to give me a very
21 short -- usually just to hand me the
22 medication and leave.
23     Q   Did you find the AstraZeneca
24 representatives to be professional in your

41

1  interactions with them?
2      A   Most of the pharmaceutical
3  representatives that I had any affiliation or
4  dealing with at all were all very
5  professional and presented themselves well.
6  And I don't have anybody that -- well, I have
7  one person that does not have anything to do
8  with AstraZeneca, that was a pain in the ass,
9  and I asked him not to come back anymore.
10 You can skip that if you want.
11     Q   In your experience, were the
12 representatives from AstraZeneca honest in
13 their dealings with you, as far as you know?
14     A   My presumption would have always
15 been honesty. I never gave -- were the
16 representatives presenting me with honest or
17 dishonest information, that never entered my
18 mind to question their honesty.
19     Q   Did you have substantive medical
20 discussions with sales representatives from
21 AstraZeneca?
22     A   I don't recall I had
23 substantive -- whatever you say that word,
24 don't hurt yourself as they would say in Mima

11 (Pages 38 to 41)

Page 42

1  (phonetic) -- I had discussions with
2  representatives, off and on, over the
3  40-something years I practiced medicine, but
4  I can't recall a specific discussion of
5  substance, no, sir.
6      Q   In your experience, have your
7  prescription decisions ever been dictated by
8  sales representatives?
9          (Phone ringing.)
10     A   I'm sorry, repeat it.
11     Q   In your experience, in your
12 practice, have your prescription decisions
13 ever been dictated by what the sales
14 representatives told you or gave you?
15     A   I was perhaps influenced when
16 given information but never -- I am not a
17 person that responds that well to
18 authoritative come-ons.
19     Q   Would it be fair to say that you
20 made independent medical judgments in your
21 prescription decisions?
22     A   It would be a fair statement to
23 say.
24         (Pause.)

Page 43

1      Q   And that holds true for your
2  decisions regarding Mrs. Guinn; is that fair
3  to say?
4      A   If it would hold true for one,
5  it would hold true for all.
6      Q   I want to talk, if we can,
7  briefly about a class of medications known as
8  antipsychotic medications. I think you
9  mentioned Zyprexa and Seroquel a little bit
10 earlier.
11         Have you, in your practice,
12 prescribed what are known as the
13 second-generation antipsychotics such as
14 Risperdal, Zyprexa, and Seroquel?
15     A   Yes, I have.
16     Q   And are you familiar with them
17 being referred to as something called
18 second-generation antipsychotics?
19     A   Yes, I am.
20     Q   And can you tell us ... well
21 strike that.
22         Did you ever have any experience
23 with what were known as the first-generation
24 antipsychotics?

Page 44

1      A   Give me a drug, and I'll let you
2  know.
3      Q   For example, Haldol?
4      A   Certainly.
5      Q   Okay. What was your
6  understanding as to the reasons for the
7  development of the second-generation
8  antipsychotics, if you can recall?
9      A   The side-effects profiles on the
10 first generation anythings, are usually worse
11 than the side-effects profiles on second
12 generations. I said, "usually".
13     Q   In your experience, did the
14 second-generation antipsychotics have fewer
15 side effects than the first-generation
16 antipsychotics?
17     A   Certainly.
18     Q   Okay. Are you familiar with
19 something called tardive dyskinesia?
20     A   I am very familiar with it.
21     Q   Can you briefly tell us what
22 that is?
23     A   It is a condition in which a
24 person begins to have essentially paralysis

Page 45

1  of their major muscle groups. They are
2  unable   to speak up, a condition the first
3  generations were very -- that was our great
4  fear, tardive dyskinesia, to have someone who
5  would develop slowness of speech, drooling,
6  just lack of muscle control, et cetera. I
7  never saw  a case, but I heard about them,
8  and I was always fearful I would see a case.
9      Q   Is it your understanding that
10 the second-generation antipsychotics such as
11 Seroquel had lower incidence of tardive
12 dyskinesia associated with them?
13     A   That's stated, I believe, in the
14 literature, yes, sir.
15     Q   Would you consider second-
16 generation antipsychotics to be an important
17 advancement in the treatment of mental
18 illness?
19     A   Certainly.
20     Q   Why is that?
21     A   We just got through talking
22 about the lower risk of side effects,
23 significant side effects.
24     Q   And you include tardive

50

1  depressed because they smoked. Then if they
2  believed, then that would help them not
3  smoke.
4       There is -- sometimes the
5  off-label medication has gone generic, and it
6  still is effective for the current problem.
7  And so there can be a financial reason to use
8  an off label. And there may be many others.
9  I just can't come to mind of them.
10     Q  Dr. Ragsdale, I want to change
11 topics just a little bit and talk
12 specifically again about second-generation
13 antipsychotics such as Zyprexa, Risperdal,
14 Seroquel, Abilify.
15     Do you recall when you first
16 started prescribing second-generation
17 antipsychotics?
18     A  No, sir.
19     Q  Do you still prescribe
20 second-generation antipsychotics today in
21 your practice?
22     A  Yes, sir.
23     Q  And ... what -- what are the
24 principal side effects that you're aware of

51

1  that are associated with second-generation
2  antipsychotics?
3     A  Well, some people can't sleep.
4  Some people have a marked increase in their
5  anxiety. I use the second-generations mostly
6  as mood stabilizers. I like to call them
7  that, too, because to call it a minor
8  antipsychotic, they won't take it, because
9  nobody likes to be called psychotic, or few
10 people do.
11     The other side effects that can
12 be seen with anything, nausea vomiting,
13 diarrhea, you can name it. Headaches,
14 blurred vision, dizziness, all these things
15 can be caused by the second-generation
16 antipsychotics.
17     Q  What about weight gain?
18     A  Mild weight gain has been
19 described, probably one of the more frequent
20 things, but I've never seen that as being a
21 reason to not use it unless the patient hears
22 about it and doesn't want to gain weight.
23 Usually, that's a young lady, and there's no
24 way    you can get somebody that doesn't

52

1  want to gain weight to take something that --
2  they'll come in and ask for Prozac, even if
3  they need it or not, because somebody
4  somewhere told them they'd lose some weight.
5  They didn't tell them it'll only be transient
6  and they'd get the weight right back.
7     Q  How long have you known about
8  this weight gain associated with second-
9  generation antipsychotics?
10    A  I don't have a clear
11 recollection of that. But that was one of
12 the earliest minor, I call it very minor, and
13 not a show stopper, a side effect of that
14 medication.
15    Q  Why would you say it's very
16 minor and not a show stopper?
17    A  Because, as I was originally
18 briefed, as I recall, the best I recall, it
19 was a minor weight gain. And I don't know of
20 any -- any condition, serious condition that
21 minor weight gain is a life-threatening
22 event. It may be ego threatening, but you
23 certainly wouldn't want your -- and I'm sure
24 you'll get to the diabetic part -- you

53

1  wouldn't want your diabetics to be gaining
2  weight; you wouldn't want your heart patients
3  to be gaining weight. You'd be wondering if
4  they were going into congestive failure. You
5  won't want a lady who was a beauty queen to
6  be gaining weight or whatever, if she knew
7  that was it.
8     But, basically, minor weight
9  gain is not necessarily a serious problem, or
10 most of us would be seriously having
11 problems.
12    Q  Dr. Ragsdale, you've used the
13 word, "minor weight gain," "mild weight
14 gain." What's the -- what's the basis for
15 your characterizing it as minor, mild weight
16 gain? Is that based on your clinical
17 experience with patients or what?
18    A  That's based on what's in the
19 literature.
20    Q  Is it based on anything that you
21 can recall being told by anyone from
22 AstraZeneca?
23    A  I don't recall any --
24    (Phone ringing.)

**Page 54**

1  A  Excuse me, any discussions of
2  weight gain, other than the fact you are
3  aware of it -- and certainly, I'm aware of
4  that -- weight seems to be a buzz word
5  nowadays. Weight gain, weight loss. And, in
6  fact, right now the raging epidemic in the
7  United States is obesity. And anybody wants
8  to make a lot of money just comes up with
9  another medicine that will help curb the
10 appetite or make someone lose weight, and
11 they'll be a billionaire overnight. Of
12 course, unless you kill -- it has some side
13 effects that are very bad.
14   Q  How about hyperglycemia in
15 diabetes, are you aware of an association
16 between the second-generation antipsychotics
17 and those two things?
18   A  I am now, because I just told
19 you I just read the article. But it does not
20 seem to be an alarming thing. And I did
21 check Ms. Guinn's record, and she was
22 reportedly, at least on one note, on
23 Seroquel. And in our records, she was not
24 hyperglycemic. I understand later she did

**Page 55**

1  become so, but the highest that I recall was
2  103 fasting blood sugar, and that could be
3  from what did she eat last, laboratory error,
4  wasn't that high, anyway. Her creatinine was
5  okay.
6        It was elevated slightly at one
7  time, but nothing to the alarming degree, and
8  I didn't see her after she began to develop
9  what appears to have been a significant
10 diabetic condition. I did not know that she
11 had that.
12   Q  Dr. Ragsdale, are you aware that
13 people who have schizophrenia are more likely
14 to develop diabetes than the general
15 population? Have you ever seen that
16 literature?
17   A  I've seen that in the
18 literature. I don't know what percentage of
19 it is. I know that the people with
20 schizophrenia have fewer wrinkles in their
21 face, as well. But that doesn't seem to ...
22 I have a busy practice.
23       (Phone ringing.)
24   Q  Okay. Are there risk factors

**Page 56**

1  that make it more likely that someone would
2  develop Type 2 diabetes?
3   A  Of course. There are risk
4  factors that would make just about any of the
5  occasionally genetically related diseases,
6  family members, persons who have some
7  difficulty with production of insulin or
8  production of insulin antibodies to their own
9  insulin, et cetera, the ... lack of control
10 of eating, the -- not having enough exercise,
11 all the reasonable things. These are, as I
12 see it, risk factors.
13        But risk factors are very
14 helpful to know, but in my experience over
15 the years, and giving the information, please
16 do this, please do that, increase your
17 exercise, please lose weight, et cetera, et
18 cetera, et cetera -- my father was a minister
19 and always lamented how he could preach the
20 sermon on Sunday but Monday it didn't seem to
21 make any difference. Talking to the patients
22 about risk factors frequently have the same
23 lack of effect.
24   Q  Okay. Doctor, I want to mark a

**Page 57**

1  couple of exhibits.
2   A  Okay.
3       (Whereupon, Deposition Exhibit
4       No. Ragsdale-3, progress notes,
5       was marked for identification.)
6  BY MR. RABER:
7   Q  Dr. Ragsdale, I've -- we've
8  given you a document marked as Ragsdale
9  Exhibit Three.
10  A  Yes.
11  Q  And, very briefly, before
12 Mr. Pirtle had arrived, you had indicated to
13 me that there looked like there were two sets
14 of medical records that appeared to overlap
15 quite a bit, and I told you that I had put
16 together, in chronological order, what I
17 believe to be your progress notes from your
18 first visit with Mrs. Guinn, to what looks
19 like the last visit to your office.
20        And I guess my question is,
21 could you please take just a minute to flip
22 through Exhibit Three and confirm that that
23 appears to be progress notes from your --
24 your file for Mrs. Guinn.

118

1  having to stick to it. It takes longer to do
2  house calls than it does to churn them out in
3  a private practice every ten or 15 minutes,
4  which I almost never could do.
5       I usually -- and one of the
6  complaints of the people that I worked for,
7  was that I spent too much time with the
8  patients. Well, that was why my practice was
9  the largest, and my older patients never
10 complained about if they had to wait a while
11 to see me, because they knew I would -- I
12 would spend as much time with them as they
13 required, as well.
14      And so the only really
15 significant complaints I had were the younger
16 folks. And that's why I hired a nurse
17 practitioner and other doctors so that they
18 could see, at a rapid pace, the younger
19 people.
20   Q  Okay, fair enough. Before we
21 move off this subject of your background, you
22 mentioned you have a two-and-a-half-year-old
23 son. Tell the jury a little bit about your
24 personal life, as much as you're comfortable.

119

1    A  Well, we --
2    Q  How many kids do you have?
3    A  We lost a child at term years
4  ago. And for a while we were of the
5  impression that we could not have children.
6  So, we began the adoption process. And this
7  when was I was in Germany flying and
8  stationed in Usafety (phonetic), they called
9  it. We adopted our oldest son and our oldest
10 daughter in -- from the United States Air
11 Force hospital in Wiesbaden, and the other
12 from the German hospital in Frankfurt.
13      Then when we returned for my
14 residency in family medicine and then --
15 actually, my residency and subsequent work
16 with the Air Force at Homestead Air Force
17 base, we were going to adopt some more, but
18 we found out we were pregnant. And so we had
19 two children -- and so we have two adopted
20 children and two biological children.
21      And then my son, through a
22 series of a sort of events, my oldest son
23 that we adopted, without going into much
24 detail there, is currently in prison. And he

120

1  had a baby, he and his wife had a baby prior
2  to that, and the mother is unable to take
3  care of the child, obviously, has -- still
4  has significant problems.
5       And long story short, we adopted
6  our grandson. We've had him since he was
7  about two -- two weeks old, ten days, two
8  weeks old, and he's now two and a half years
9  old, was born the 2nd of December, almost
10 three years ago.
11      But the ... nice thing about
12 starting again is, we feel like we have
13 another chance to maybe do a better job.
14   Q  So you're basically a new parent
15 with a two-and-a-half-year-old?
16   A  I sometimes feel very
17 uncomfortable because, for years and years
18 and years, our cousins would call about
19 problems with their children, you know, and I
20 was the expert. And as the expert, I would
21 give them all the information. Well now,
22 this is a little awkward for me to be calling
23 my youngest daughter who has children of her
24 own and asking, hey, what do you think about

121

1  this? Because I'm supposed to be the expert.
2  But I have had to abdicate the doctor role
3  and become grandfather; otherwise, you know,
4  God help us should we make a mistake on
5  anybody, but you don't want to make a mistake
6  on the family member, especially your child.
7  And I know that's more information than
8  needed, but --
9    Q  No, that's what I wanted to
10 hear.
11   A  Okay.
12   Q  I'm going to move now and talk
13 to you about this case for a minute, and I
14 will start off with Linda Guinn, who was your
15 patient for what I can tell, from 2002 to
16 2004, and I'm going to stay broad with those
17 dates, correct?
18   A  Um-hum.
19   Q  While you were with the larger
20 family practice, the big practice?
21   A  Right.
22   Q  And you've told the AstraZeneca
23 lawyer that you saw a number of patients a
24 day and a week and a year at this large

122

1  practice. I think you said you had 1500,
2  2,000 patients?
3      A   We maintained that many active
4  charts and so they were all under my name
5  because it was my practice and so, at that
6  time, huge practice.
7      Q   So, as far as Miss Guinn is
8  concerned, you don't have a recollection of
9  her?
10     A   I don't have a clear
11 recollection of her as a person. Now, that I
12 have gone through my computer and we take
13 pictures of all of our patients, most of the
14 patients, I have seen her picture and that
15 did jog my memory of having seen her. But
16 I -- she was not one of my favorite patients,
17 nor was she a patient I disliked. She wasn't
18 a patient that made an impression on me one
19 way or the other. Perhaps that's something I
20 shouldn't say, but it just, she was just a
21 patient patient.
22     Q   She was a patient?
23     A   Yes.
24     Q   And in terms of what you did for

123

1  her regarding the product, Seroquel, it's my
2  understanding -- and correct me if I'm
3  wrong -- she was already on Seroquel when you
4  saw her?
5      A   That's correct.
6      Q   And so all you did was continue
7  a prescription that she already had?
8      A   If I wrote her a prescription,
9  it was a continuation prescription. I don't
10 even recall that. I write so many
11 prescriptions. As a matter of fact, I don't
12 recall writing her a prescription for
13 Seroquel, but I, in all likelihood, did if
14 she requested it. I just -- I can't recall.
15     Q   Now, in terms of what you knew
16 about the product, Seroquel, in 2002, up in
17 that timeframe, is it fair to say that, as of
18 2002, when you first started treating
19 Miss Guinn, you didn't have any knowledge
20 about Seroquel or whether or not it could
21 cause diabetes or not?
22     A   I never gave Seroquel and
23 diabetes a thought in the same sentence.
24     Q   Okay. And that was true during

124

1  the entire time period that you were -- you
2  had involvement with Miss Guinn?
3      A   Actually, until this case came
4  up, it's still true.
5      Q   Okay. Now, in terms of whether
6  or not Seroquel either can or does cause
7  diabetes, are you an expert on that subject?
8      A   No, I am not.
9      Q   Would you express any opinion
10 about whether or not it can cause or does
11 cause diabetes?
12     A   No, I could not express that
13 opinion, nor can anyone.
14     Q   Would you feel like -- would you
15 feel like you were not qualified in terms of
16 that particular subject area to talk about
17 that?
18     A   I am not a Seroquel expert, nor
19 am I an expert in diabetes.
20     Q   You were also asked, from what I
21 could tell, some opinion questions that, or
22 some questions that bordered on opinion,
23 about the subject of schizophrenia. And
24 you've talked about it generally. And you

125

1  continually pointed out, while you were
2  talking about it, "I'm not a psychiatrist"?
3      A   That's true, I'm not a
4  psychiatrist.
5      Q   Is it fair to say that in terms
6  of the treatment of schizophrenia, you're not
7  an expert on that subject?
8      A   That's absolutely true.
9      Q   And is it also fair to say, in
10 terms of whether or not Miss -- well, let me
11 go back.
12         From your review of the records
13 on Miss Guinn's case, she didn't develop
14 diabetes, and I'm going to call it, under
15 your watch?
16     A   Not under my watch, as best I
17 can tell.
18     Q   And I'm going to go over some
19 things about weight gain here in a minute,
20 make sure I have -- but as best you could
21 tell, she hadn't developed it under your
22 watch up until 2004?
23     A   No.
24     Q   If and when she did develop

126

1  diabetes, it was after you passed on her
2  care, correct?
3       A   That would be my -- that would
4  be what I would state, yes.
5       Q   Assuming that she has developed
6  diabetes years after your care and treatment,
7  would you defer to the doctor who was
8  treating her, as to the cause of that
9  diabetes?
10      A   I would have to do that.
11      Q   All right.  And would you defer
12 as to that -- to that doctor as to whether or
13 not any drug, including Seroquel, could have
14 played a role in the development of that
15 diabetes?
16      A   I would say this, I've never
17 heard, in any meeting I've attended, or read
18 in any journal, that there is a medication,
19 absolutely unequivocally with no one
20 disputing it, that causes diabetes.
21      Q   Fair enough.  Well, along that
22 line, I want to show you a couple of things.
23 And the first one, I'm going to mark as
24 Exhibit Eight to your deposition.

127

1           (Whereupon, Deposition Exhibit
2           No. Ragsdale-8, deposition testimony
3           of Mr. Zook was marked for
4           identification.)
5  BY MR. PIRTLE:
6       Q   And what I want to talk to you
7  about is the 2002 to 2004 timeframe when you
8  were actually involved with this case.  And I
9  want to read you some sworn testimony that's
10 in this case.
11          MR. RABER:  Do you have a copy of
12      that, counselor?
13          MR. PIRTLE:  Zook, we'll start off
14      with Zook.
15 BY MR. PIRTLE:
16      Q   And I will tell you that this
17 particular deposition testimony in this case
18 was taken ... June 6, 2008, this year, and it
19 is the deposition of Anthony P. Zook.  And
20 you can assume, for purposes of this
21 deposition, 'cause it's true, that Anthony P.
22 Zook, his name's Tony Zook, is the CEO, chief
23 executive officer of AstraZeneca, North
24 America, basically third in line in the

128

1  company.  But he's over the entire North
2  American business unit.  He's president and
3  CEO.
4           And on page 2,000 -- I mean, on
5  page 201, I asked Mr. Zook:  All right, now
6  did the sales force, to your knowledge, ever
7  tell doctors between 2000 and 2004 that there
8  was reasonable evidence to suggest Seroquel
9  therapy could impair glucose regulation,
10 including diabetes in certain individuals;
11 did they ever tell doctors that?
12          Then he responds:  My
13 understanding is that the sales
14 representative would have left package-insert
15 material with their presentation.  What they
16 covered specifically, I don't have
17 recollection.
18          And I asked:  Truthfully, is the
19 company's position, during that period of
20 time, was that Seroquel doesn't cause
21 diabetes, correct?
22          Answer:  My understanding at
23 this time, and to this point in time, that
24 the data does not show a causal relationship

129

1  with Seroquel and diabetes.
2           That's the head guy of the
3  company in North America saying that Seroquel
4  doesn't cause diabetes.
5           Did this company, AstraZeneca,
6  ever give you any information to the contrary
7  Doctor?
8           MR. RABER:  Objection to form.
9  BY MR. PIRTLE:
10      Q   In 2000, 2004?
11      A   Nobody has ever told me Seroquel
12 causes diabetes.
13      Q   All right.  David Brennan is the
14 chairman and CEO of the worldwide company.
15 His deposition was taken June 20, 2008.
16      A   David Brennan?
17      Q   Brennan.  He's an American.
18      A   I know a Canadian close to that.
19 Go ahead.
20      Q   No, he's from -- he's from
21 Philadelphia.
22      A   Yeah.
23      Q   On page 121 of the deposition, I
24 asked him:  Are there any diabetes issues

130

1  with Seroquel?
2       Answer: Does it cause diabetes?
3       Seroquel has not been shown to
4  cause diabetes. No, is his answer.
5       Has anybody, up until today,
6  with -- with AstraZeneca or any company given
7  you any information to dispute that?
8       MR. RABER: Objection to form.
9       THE WITNESS: I have no doubt in my
10  mind that if I have an indication for
11  Seroquel I would use. I have no -- I
12  absolutely do not believe any drug,
13  Seroquel or any other drug, can be that
14  yes, you cause diabetes. Ten years from
15  now, I may change my mind but it's --
16  that's the state of medicine. But right
17  now, I don't believe it.
18  BY MR. PIRTLE:
19       Q   During the time period that you
20  were treating Miss Guinn, you were of the
21  opinion that Seroquel couldn't cause
22  diabetes?
23       A   I never thought about diabetes
24  and Seroquel in the same sentence. I said

131

1  that.
2       Q   I understand it.
3       Dr. Ragsdale, you were asked
4  earlier about weight gain, and you said
5  weight gain's usually not a problem in your
6  mind, minor weight, you remember?
7       A   Minor weight gain.
8       Q   Can significant weight gain
9  cause health problems, including diabetes?
10       MR. RABER: Objection to form.
11       THE WITNESS: Significant problems
12  can cause all kinds of problems. But
13  now, even though we use weight gain as a
14  risk factor for diabetes, there is still
15  not one living expert who will stand up
16  and say, in front of a whole bunch of
17  other experts, weight gain absolutely
18  causes diabetes. There are too many
19  factors involved.
20  BY MR. PIRTLE:
21       Q   Sure. It's associated with
22  diabetes?
23       A   Without question.
24       Q   All right.

132

1       A   Without question.
2       Q   Did Miss Guinn, during the
3  time period that she was being treated by
4  your office, and during the time period she
5  was on Seroquel, have significant weight
6  gain?
7       A   I'd have to look at the record.
8  I think that she stayed in the 180, 190-
9  something range. I don't know that. I'd
10  have to look.
11       MR. PIRTLE: Let me show you what
12  I'm going to mark as Exhibit Ten to your
13  deposition.
14       (Whereupon, Deposition Exhibit
15  No. Ragsdale-10, progress note, was
16  marked for identification.)
17  BY MR. PIRTLE:
18       Q   First, what is significant
19  weight gain, in your mind?
20       A   Well, if you gain 10 percent,
21  that would, to me, be significant. It
22  depends on the person. If the person's very,
23  very, very slim, you know, a five percent
24  weight gain would be significant. If a

133

1  person has congestive heart failure, two or
2  three percent might be significant because of
3  the underlying what you're thinking about.
4       Q   Sure.
5       A   If a person is an athlete,
6  20 percent weight gain may not be at all
7  significant because we know that muscle
8  weighs three times as much as fat. And if
9  they're building muscle weight, then weight
10  gain may not be a factor at all. So weight
11  gain, in and of itself, has to be taken in
12  context, not out of context.
13       Q   Well, then I'm going to put this
14  in context of Miss Guinn. Using your
15  definition -- now, before we start talking
16  about weight gain, whether or not she had it,
17  is it also fair to say that during the time
18  period, 2002-2004, based on the knowledge
19  that you've been provided from the package
20  insert, medical literature, and all the other
21  sources, including the company, that you
22  weren't considering Seroquel as a causative
23  agent in significant weight gain?
24       A   No.

34 (Pages 130 to 133)

134

1  Q  In other words, you believe it
2  could cause some minor weight gain as with
3  other medicines, but you hadn't been told
4  that it could cause significant weight gain
5  in some folks?
6  A  I recall knowing there was a
7  relationship between weight gain and Seroquel
8  in some people, like weight loss and Prozac
9  in other people. But I don't recall it being
10  emphasized as being something that we'd
11  really have to be concerned about.
12  Q  Sure. Your feeling was that it
13  was minor weight gain?
14  A  My feeling was that if there was
15  an indication to use Seroquel for mood
16  swings, mood stabilization, whatever, use it.
17  If there was a contraindication, and you
18  could pick a contraindication, then don't use
19  it. And we have to use our own judgment.
20  And I don't know -- you know, I'd have to get
21  very -- I'd have to have very specifics in
22  order to answer the question, otherwise it's
23  just generalities.
24  Q  I understand.

135

1       Turn -- looking at Exhibit Ten,
2  which I think that's a copy of what you
3  already have. Turn to the last page.
4  A  This one?
5  Q  Yes, sir. Okay. You say that
6  this is a progress note --
7  A  That's a nice-looking weight for
8  her.
9  Q  Excuse me?
10  A  I just glanced as 155. I didn't
11  real --
12  Q  Now, I'm going to go through
13  some of these. The date on this is 6/19/02,
14  correct?
15  A  Um-hum.
16  Q  And this is -- would be one of
17  your nurses taking the history and physical?
18  A  I'm sorry. This would be one of
19  the nurses taking the history.
20  Q  Or taking the weight?
21  A  In this instance, yes. The
22  S.B., I don't recognize those initials, but
23  yes, it's one of the medical technicians.
24  Q  Now, Linda Guinn's weight

136

1  recorded on June 19 of '02, was 155 pounds,
2  correct?
3  A  That's what it says.
4  Q  Turn to the next page.
5  A  The --
6  Q  7/9/02. I'm going forward in
7  time.
8  A  7/9/02, okay.
9  Q  This is also a progress note for
10  Linda Guinn, correct?
11  A  Correct.
12  Q  And the weight is recorded in
13  this progress note, correct?
14  A  Correct.
15  Q  And the weight is 161 pounds?
16  A  Right.
17  Q  Turn to the next page. 8/5/02.
18  Basically a little bit less than a month
19  later?
20  A  Um-hum.
21  Q  This is a progress note for
22  Linda Guinn, correct?
23  A  Yes, sir.
24  Q  And the weight recorded is 166

137

1  pounds?
2  A  That's correct.
3  Q  Turn to the next progress note,
4  forward 9/27.
5  A  9/27.
6  Q  This is a progress note of Linda
7  Guinn, and the weight recorded is 177,
8  correct?
9  A  Right.
10  Q  Turn to the next progress note.
11  This is 12/31/02, the progress note for Linda
12  Guinn, and the weight recorded is 182 pounds,
13  correct?
14  A  Correct.
15  Q  And then if we turn to the next
16  progress note dated 3/26/03, the weight is
17  187 pounds, correct?
18      (Pause.)
19  A  One eight seven, correct.
20  Q  And then 5/15/03, the progress
21  note for Linda Guinn, the weight recorded is
22  189 pounds, correct?
23  A  Okay.
24  Q  And then, of course, 6/16/03, we

35 (Pages 134 to 137)

138

1  have 186 pounds --
2    A   Um-hum.
3    Q   -- correct?
4    A   Correct.
5    Q   By my count --
6    A   Somebody did a better job with
7  her than I did.
8    Q   -- between '02 and '04, while
9  Miss Guinn was being treated by your
10 clinic -- and by the way, also was on
11 Seroquel, her weight increased 155 pounds to
12 192 pounds, approximately.
13   A   Go ahead.
14   Q   Is that fair to say?
15   A   Well, I'll take your word for
16 that.  Yes, go ahead.
17   Q   Would you agree with me the
18 increase in weight in a person like Linda
19 Guinn, of Linda Guinn specifically, from 155
20 pounds to 192 pounds, would be termed
21 significant weight gain?
22   A   I would consider that
23 significant.
24   Q   Now, at the time, which is

139

1  what's important between '02 and '04, is it
2  fair to say that you, Dr. Ragsdale, didn't
3  consider whether or not the weight gain -- or
4  that she was experiencing was being caused by
5  her use of Seroquel?
6    A   I wasn't considering that, no.
7    Q   Okay.  Because that wasn't
8  something you were told to look out for; is
9  that fair?
10   A   I was told minor weight gain, I
11 believe, on one occasion, but I really didn't
12 pay much attention to the weight in Seroquel
13 as a cause effect, no, sir, I didn't.
14   Q   All right.  Let me ask you about
15 another subject area that you went over with
16 the company lawyer.  You had looked at
17 Exhibit Five, and I won't ask you to take it
18 back out, but it's the blood test that he had
19 put into chronological order.
20   A   Okay.
21   Q   And you all went over several
22 things in the blood tests, but one of them
23 was triglycerides; do you remember?
24   A   Yes, I remember.

140

1    Q   And do you remember that you
2  looked and saw that during the time when you
3  were treating Miss Guinn, and during the time
4  that she was also on Seroquel, that she had
5  elevated triglycerides?
6    A   I know that she had elevated
7  cholesterol, but I'm not -- is this the lab
8  slip you're talking about?
9    Q   No, sir.  I've got copy of it.
10 Here they are.  There not stapled.
11   A   Yeah, I remember she was having
12 a little bit of trouble with her -- oh, what
13 elevation of triglycerides are you talking
14 about?
15   Q   I can't remember the exact page.
16   A   I believe, yes.  I just can't
17 find them.
18       (Pause.)
19   A   All I find is elevated
20 cholesterol; maybe you just missed --
21   Q   That's okay.  Let me just ask
22 the question straight up because the records
23 are the records, and they'll speak for
24 themselves.

141

1    A   Sure.
2    Q   During the time period when you
3  were treating Miss Guinn, from 2002 to 2004,
4  were you ever informed, at any point in time,
5  from any source, including this company, that
6  Seroquel could cause elevated triglycerides?
7    A   I don't recall.
8    Q   You don't recall that
9  information ever being conveyed?
10   A   No, but because I don't recall,
11 it doesn't mean it wasn't.  I just don't
12 recall it being conveyed.
13   Q   Up until today, do you ever
14 remember the company telling you that
15 Seroquel can cause elevated triglycerides?
16   A   No.
17   Q   And in terms of Exhibit Five in
18 the blood glucose levels that you were
19 monitoring, she was normal, for the most
20 part, in the normal range, and then there was
21 a couple of readings that marked up into the
22 low abnormal?
23   A   I stand corrected.  There was an
24 admonition that lipids, and that would