# EXHIBIT 3

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-------------------------------------------x
IN RE:  Seroquel Products Liability    :
Litigation                     :
                                    :
MDL DOCKET NO. 1769                      :
                                    :
This Document Relates to:                :
                                    :
Guinn v. AstraZeneca LP, et al.          :
(Linda Guinn 6:07-cv-10291               :
                                    :
-------------------------------------------x

Friday, February 22, 2008

Oral deposition of NANCY THOMPSON, held

at Circles of Care, 2020 Commerce Drive,

Melbourne, Florida, 32904, beginning at 1:08

p.m., on the above date, before Richard

Castillo, Registered Diplomate Reporter,

Commission No. DD609499 (Expiration 2/25/11)

and a Notary Public.

Esquire Deposition Services
200 East Robinson Street
Suite 425
Orlando, Florida  32801
(407)426-7676

Job No. 918055

4

---

10

1    Q   And when did you start working
2  at Circles of Care?
3    A   I believe that was 1992.
4    Q   Where did you work before
5  Circles of Care?
6    A   No, 1996.  No, wait a minute.
7    I started Circles of Care 2002.
8  Okay.  Before Circles of Care, I worked at
9  Indian River Memorial Hospital in their
10 psychiatric facility, and I had a small
11 private practice, part-time.
12   Q   And what was the name of your
13 private practice?
14   A   It was just Nancy Thompson,
15 private practice.
16   Q   And how long did you work at the
17 hospital?
18   A   I believe it was eight or nine
19 years.
20   Q   Before the hospital, where did
21 you work?
22   A   Before Indian River, I worked at
23 the psychiatric pavilion down in Fort Pierce.
24   Q   And Fort Pierce --
25   A   Fort Pierce, it's just a little

---

11

1  south of Vero Beach, just a little south of
2  here.
3    Q   In Florida?
4    A   In Florida.
5    Q   What were the hospitals you
6  worked at in Missouri?
7    A   Oh boy, I worked at the
8  University of Missouri Hospital and clinics.
9  I worked at a small local hospital that I
10 can't recall the name.  I worked in the
11 Veterans Administration Hospital.
12   Q   How long has your specialty been
13 psychiatric nursing?
14   A   Since I came out of -- since I
15 graduated from undergraduate, I went directly
16 into psychiatric nursing.
17   Q   So quite a long time.
18   A   Um-hum.
19   Q   You mentioned that, in Florida,
20 nurse practitioners prescribe under the
21 supervision of a doctor.  Is that the
22 practice here at Circles of Care?
23   A   Yes.
24   Q   Explain to -- explain to us what
25 that means.  What is the protocol and the

---

12

1  supervision procedures?
2    A   Dr. Alvarez has regular meetings
3  with us to supervise cases, and he's
4  available at all times if we need any
5  assistance.  He does provide information for
6  us regarding standard of practice, some
7  guidelines.
8    Q   So, for example, with respect to
9  Linda Guinn, Dr. Alvarez would be almost like
10 a consulting physician for you?
11   A   Yes.
12   Q   And if you prescribe medication
13 for Linda Guinn, would you discuss that with
14 Dr. Alvarez?
15   A   Not every case is discussed.  We
16 discuss some cases, and some we don't.
17   Q   If you prescribe a new
18 medication for a patient, do you discuss that
19 with Dr. Alvarez?
20   A   No, not necessarily.
21   Q   Sometimes, but sometimes not?
22   A   Right.
23   Q   Do you work with any other
24 doctors here at Circles of Care?
25   A   No, not under supervision of

---

13

1  anyone else but Dr. Alvarez.
2    Q   Now, you mentioned nurse
3  practitioners in Florida may prescribe
4  medication.  When you prescribe medication,
5  do you undergo something called a
6  risk/benefit analysis?
7    (Pause.)
8    A   I don't know what you mean.
9    Q   Do you -- when you prescribe
10 medication, do you assess the risks of a
11 medication against the benefits of the
12 medication for the patient?
13   A   Yes.
14   Q   Was I confusing you with the
15 term, "risk benefit"?
16   A   Well, yes.
17   Q   Is it fair to say that all drugs
18 carry risks?
19   A   It is fair to say that all drugs
20 carry risks.
21   Q   And you need to consider those
22 risks and weigh them against the benefits for
23 the patient?
24   A   That's right.
25   Q   Where do you obtain information

---

14

1   about the risks of the drug?
2        A   From various places.  PDR.
3   Other books that are available that I've
4   bought for that.  I obtain information from
5   drug rep dinners on a regular basis, as they
6   provide good education.  I go to in-service.
7   I've been -- I attended FSU -- Florida state
8   University and some other in-services on my
9   own for medication information.
10       Q   You mentioned several things
11  that -- PDR means Physicians Desk Reference?
12       A   Um-hum.
13       Q   You also mentioned sometimes you
14  can get information from sales
15  representatives for pharmaceutical companies?
16       A   Um-hum.
17       Q   You have to answer, yes.
18       A   Yes, I do.  Sorry.
19       Q   And, sorry, for PDR, Physician
20  Desk Reference, that's a yes?
21       A   Yes.
22       Q   Do you also obtain information
23  from continuing medical education?
24       A   Yes.
25       Q   And do you attend continuing

15

1   medical education in your area?
2        A   Yes.
3        Q   Is there a requirement you have
4   to do that in Florida?
5        A   There is a requirement that you
6   have to do that in Florida, but I'm also
7   board certified in child adolescent and adult
8   psychiatry; must have more education than the
9   average person, or the average nurse
10  practitioner for that.
11       Q   Do you also obtain information
12  about the risks of medication from your
13  colleagues here at Circles of Care?
14       A   Yes, through discussion in
15  educational in-services, there's sometimes
16  discussion of risks, from other
17  practitioners.
18       Q   And, for example, Dr. Alvarez?
19       A   And for Dr. Alvarez, absolutely.
20       Q   The analysis you go through when
21  you prescribe a drug, deciding whether it's a
22  appropriate for a patient, is that something
23  you do on a patient-by-patient basis?
24       A   Yes.
25       Q   And is it true that some risks

16

1   of drugs are not discovered immediately when
2   they come on the market?
3            MS. WILSON:  Objection to form.
4   BY MR. GADDES:
5        Q   Are all risks of drugs known as
6   soon as they come on the market?
7        A   No.
8        Q   Do some of them become -- do you
9   become aware of some risks as the drugs are
10  used amongst patients?
11       A   Yes.
12       Q   And that's fairly usual with
13  drugs, isn't it?
14       A   Fairly usual.
15       Q   I see you brought your chart
16  with you.
17       A   Yes.
18       Q   Thank you.  Did you have a
19  chance to look through the chart before the
20  deposition?
21       A   Yes.
22       Q   Have you met me before?
23       A   No.
24       Q   Have you met any counsel for the
25  plaintiffs before?

17

1        A   No.
2            MR. GADDES:  I'm going to ask
3        the court reporter to mark for us now
4        as Exhibit One, a copy that we have
5        of your chart.
6            (Whereupon, Deposition Exhibit
7        No. Thompson-1, medical chart, was
8        marked for identification.)
9   BY MR. GADDES:
10       Q   I'm handing now what has been
11  marked Exhibit One.  It's not a very exciting
12  number, but there it is.
13           And could you confirm for me
14  that this is, in fact, a copy of Linda
15  Guinn's medical chart?
16       A   It appears to be a copy of her
17  chart.
18       Q   And ... is the chart that we
19  have here, is that something that you keep
20  here in the regular course of business?
21       A   Yes, it is.
22       Q   And the notes in the chart that
23  are made, are those notes made by you or
24  other staff at Circles of Care in the regular
25  course of business?

**(Pages 14 to 17)**

30

1    Q   And can it even lead to death?
2    A   Life threatening, yes.
3    Q   Do you still prescribe Seroquel
4    for patients?
5    A   Yes.
6    Q   And do you find that it helps
7    the patients?
8    A   Yes.
9    Q   Do you think it's a good drug?
10   A   Yes.
11   Q   And you're aware that
12   Seroquel -- it's been claimed that Seroquel
13   causes weight gain?
14   A   Yes, it can cause weight gain.
15   Q   And have you also -- are you
16   also aware that it has been claimed Seroquel
17   can cause hyperglycemia?
18   A   Yes.
19   Q   And it's been claimed that
20   Seroquel is associated with diabetes?
21   A   Correct.
22   Q   But you still consider it to be
23   a good drug?
24   A   Yes.
25   Q   Are you also aware that the

31

1    Seroquel label has warned about the risks of
2    hyperglycemia and diabetes?
3    A   Yes.
4    Q   And that warning's been on the
5    label since 2004?
6    A   Yes.
7    Q   Okay.  Could you turn to your
8    chart, please?
9    A   Um-hum.
10   Q   And I would like you, if you use
11   the -- use the copy, and then you can follow
12   the Bates numbers.  If, at any time, you feel
13   you need to consult your original chart,
14   please do so.  And you'll see across the
15   bottom of the chart, we fortunately have
16   little numbers that will help me direct you
17   to a particular page.
18        MS. WILSON:  You wouldn't happen
19   to have an extra copy of that, would
20   you?
21        MR. GADDES:  I do.
22        MS. WILSON:  Because mine's not
23   Bates numbered, for some reason.
24        Thank you.  Here's something of
25   yours that stuck to it.

32

1    BY MR. GADDES:
2    Q   Could you turn to page 64,
3    please?
4    A   Okay.
5    Q   Is this the first time -- page
6    64 is a -- an office record dated August 15,
7    2002; is that right?
8    A   Correct.
9    Q   And is this, as you look through
10   the chart, the first time Mrs. Guinn was
11   treated at Circles of Care?
12        (Pause.)
13   A   August 15, 2002, it appears that
14   was the first time she was treated.
15   Q   And who saw Mrs. Guinn on
16   August 15, 2002?
17   A   That was Dr. Porciuncula.
18   Q   And for the court reporter, it's
19   spelled P-O-R-C-I-U-N-C-U-L-A.
20        Is Dr. Porciuncula still at
21   Circles of Care?
22   A   Yes.
23   Q   Is Dr. Porciuncula a doctor you
24   respect?
25   A   Yes.

33

1    Q   Do you have any idea who
2    referred Linda Guinn?
3    A   No.
4    Q   Actually, as I look at the first
5    line, it seems to say she was self referred.
6    Did I read that correctly?
7    A   Okay.
8        (Pause.)
9    A   "Self referred," there it is.
10   Yes, you read it correctly.
11   Q   If you look under the Chief
12   Complaint section, one, two, three, four,
13   five, about five lines down, there is a
14   sentence that reads:  She has a history of
15   depression reporting three nervous
16   breakdowns.  First onset happened when she
17   was 30 years old, and then again, four years
18   later.
19        So, does this suggest to you
20   that Mrs. Guinn has had a long history of
21   mental illness?
22   A   Yes.
23   Q   In fact, the date of her visit
24   on August 15th, it appears she was 54 years
25   old; is that right?

34

1    A    Yes.
2    Q    So, if her first onset was when
3  she was 30 years old -- I was never good at
4  math -- but does that suggest that she has
5  had a mental illness for about 24 years?
6    A    Yes.
7    Q    And that she's been hospitalized
8  for that mental illness?
9    A    Yes.
10    Q    And she has suffered several
11  breakdowns?
12    A    Right.
13    Q    Does that sound like a patient
14  who needs to be treated with medicine?
15    A    Yes.
16    Q    And, in fact, when Mrs. Guinn
17  came to Circles of Care, was it indicated
18  that she had been on a number of medicines?
19    A    Yes.
20    Q    And reading the record, it says:
21  She had a list of medicines -- medications
22  she found in her purse which include,
23  Doxepin, Xanax, Geodon, Prozac, Verapamil,
24  Benz -- Benztropine, Perphenazine,
25  Ranitidine, Neurontin, and Seroquel.  Did I

35

1  read that correctly?
2    A    Correct.
3    Q    And I apologize if I
4  mispronounced anything.
5          What kind of medicine is
6  Doxepin?
7    A    Doxepin is the same as Sinequan.
8  It's a tricyclic antidepressant.
9    Q    Geodon is an atypical
10  antipsychotic?
11    A    Correct.
12    Q    What kind of medicine is Prozac?
13    A    It is a selective serotonin
14  reuptake inhibitor.  It's an antidepressant
15  medication.
16    Q    And other medicines of the
17  medicines listed here are also medicines for
18  mental health?
19    A    Not the Ranitidine.  And the
20  Neurontin may or may not be for mental health
21  in this case.
22    Q    How about Verapamil?
23    A    That's not -- that's a calcium
24  channel blocker for high blood pressure.
25    Q    And the Benztropine, what's that

36

1  for?
2    A    That's a medication for side
3  effect of a atypical antipsychotic.
4    Q    And the Perphenazine?
5    A    Is a typical antipsychotic.
6    Q    And you see that Mrs. Guinn was
7  actually being treated with Seroquel
8  previously?
9    A    Appears that she was.
10    Q    And, of course, you don't have
11  access, or you haven't seen Mrs. Guinn's
12  previous medical records preceding Circles of
13  Care?
14    A    Correct.
15    Q    So, you don't know when she was
16  first treated with Seroquel?
17    A    No, I don't know when she was
18  first treated.
19    Q    But you knew -- do know that
20  some doctor or nurse practitioner decided
21  that the benefits of Seroquel outweighed the
22  risks for --
23          MS. WILSON:  Objection, form --
24  BY MR. GADDES:
25    Q    -- Mrs. Guinn?

37

1          MS. WILSON:  Sorry.  Objection,
2    form, calls for speculation.
3  BY MR. GADDES:
4    Q    Has -- I'll rephrase the
5  question.
6    A    Okay.
7    Q    Had a medical practitioner
8  already concluded that it was appropriate to
9  treat Mrs. Guinn with Seroquel before she
10  arrived at Circles of Care?
11          (Pause.)
12    A    According to this note,
13  apparently, they had.
14    Q    And it also mentions that she
15  had been reporting poor sleep.  You see that
16  in the last line?
17    A    Yes.
18    Q    Can lack of sleep be a problem
19  for patients with mental illness?
20    A    Yes.
21    Q    Why would that be?
22    A    Lack of sleep sometimes is the
23  first symptom that we notice that leads to a
24  mood problem.  It's the first thing we try to
25  fix.

**38**

1    Q   Can lack of sleep exacerbate a
2  mental illness?
3    A   It can.
4    Q   On the ... third page of the
5  first visit -- it's page 66 -- in the middle
6  of the paragraph, there's a sentence that
7  reads: She admitted to feeling paranoid,
8  feeling that people are constantly watching
9  her and judging her.  She also admits to
10  auditory and visual hallucinations.  She
11  always had these perceptual distortions and
12  these paranoid thoughts since she had her
13  first nervous breakdown.
14         Did I read that correctly?
15    A   That's what it says.
16    Q   So, does it appear that she had
17  had these paranoid thoughts since the age of
18  30?
19    A   Well, this is not my note, not
20  my assessment. So I couldn't say that.
21  However, in my discussions with the patient,
22  she did have psychotic symptoms in the past.
23    Q   Did Mrs. Guinn tell you she'd
24  been diagnosed with schizophrenia in the
25  past?

**39**

1    A   I don't recall that.
2    Q   Do some of the symptoms here
3  sound like symptoms of schizophrenia?
4         (Pause.)
5    A   These symptoms can occur in
6  schizophrenia and in bipolar affective
7  disorder, or in a depression with psychosis.
8    Q   Did Dr. Porciuncula come up with
9  a treatment plan for Mrs. Guinn?
10    A   Yes.
11    Q   And what medicines did
12  Dr. Porciuncula prescribe for Mrs. Guinn?
13    A   Here she increased the Seroquel
14  to 200 milligrams twice a day, and 400 at
15  night.  She increased her Neurontin to 300
16  milligrams, three times a day.  So she did
17  use this for -- Neurontin for bipolar
18  disorder.  And she ... continued the Sinequan
19  50 to 100 milligrams at bedtime, which is the
20  antidepressant.
21    Q   So Dr. Porciuncula reached the
22  conclusion that Seroquel was appropriate for
23  Mrs. Guinn at this time?
24    A   Yes.
25    Q   Could you flip forward, please,

**40**

1  to page 60?
2    A   Okay.
3    Q   This is a record dated November
4  21, 2002.
5         It appears before this that
6  Mrs. Guinn had seen Dr. Porciuncula twice
7  more.  Do you see that when you look through
8  the reports?
9    A   Yes.
10    Q   And then it appears that, as of
11  November 21, 2002, Mrs. Guinn had been
12  transferred to Lana Meyer?
13    A   Meyer.
14    Q   L-A-N-A, M-E-Y-E-R.
15         Do you know Nurse Meyer?
16    A   I do.
17    Q   And who's she?
18    A   She is a nurse practitioner that
19  used to work at Circles of Care.
20    Q   Does she no longer work at
21  Circles of Care?
22    A   No, she's moved into private
23  practice.
24    Q   Did you know her?
25    A   Yes.

**41**

1    Q   Did you respect her?
2    A   Yes.
3    Q   Was she a good nurse
4  practitioner?
5    A   Yes.
6    Q   Ms. Meyer records that Ms. Guinn
7  says she was quite sick in Miami, and was
8  hospitalized for a long time.  She was
9  suicidally depressed and psychotic.
10         Is suicide a risk for people
11  with Mrs. Guinn's condition?
12    A   Yes.
13    Q   And are suicidal thoughts
14  something that you take seriously in deciding
15  whether to prescribe a medicine?
16    A   Yes, very serious.
17    Q   Is keeping the patient safe the
18  top priority for you?
19    A   Number one.
20    Q   What medicines does Nurse Meyer
21  have Ms. Guinn on at this point?
22    A   She ... placed her on Seroquel,
23  200 milligrams, twice a day, and two or
24  400 milligrams at bedtime making a total dose
25  of 800 milligrams a day.



42

1    She had her on Effexor XR, 37.5
2    milligrams for the first week, then up to
3    75 milligrams a day. And Trazodone,
4    100 milligrams, a half to a whole, as needed
5    for sleep.
6        Q    What kind of medicine is
7    Trazodone?
8        A    It is a tetracyclic
9    antidepressant medication that's often used
10   for sleep.
11       Q    Could you skip to page 57,
12   please.
13       A    Okay.
14       Q    And by the way, on your review
15   of the charts, did it appear that Ms. Guinn
16   was turning up for appointments on almost a
17   monthly basis?
18       A    Yes.
19       Q    And is it important to see
20   patients with Ms. Guinn's condition
21   frequently?
22       A    It is.
23       Q    And why is that?
24       A    Well, with bipolar affective
25   disorder, there's a tendency for mood changes

43

1    to occur that a patient may or may not
2    recognize. Therefore, usually, I see the
3    patient every one to three months, depending
4    upon the need.
5        Q    And you will monitor their
6    medications and adjust them accordingly?
7        A    Correct.
8        Q    This record appears to be a
9    treatment record dated January 9, 2003,
10   recorded by Nurse Meyer. And in the last
11   sentence of the history, it states: She said
12   this is the best she has felt in years. Did
13   I read that correctly?
14       A    Yes.
15       Q    And would that -- is it the
16   normal practice, when nurse practitioners
17   here are seeing patients, to record
18   statements of how they feel?
19       A    Yes.
20       Q    And would this be an example of
21   Nurse Meyer recording a statement of how the
22   patient feels?
23       A    Yes.
24       Q    And does it sound like the
25   medicine regime is working?

44

1        MS. WILSON:  Objection to form.
2        THE WITNESS:  Based on Lana
3    Meyer's note, yes, on her note.
4    BY MR. GADDES:
5        Q    And could you move forward,
6    please, to ... page 55.
7             Does this appear to be her
8    February 2003 appointment, Ms. Guinn's
9    February 2003 appointment?
10       A    Yes, February 6th.
11       Q    And, again, it's with Lana
12   Meyer?
13       A    Correct.
14       Q    And does it read:  "She is doing
15   excellent on her medications; she said she
16   has never felt better"?
17       A    Yes.
18       Q    And a little further down, does
19   it also say:  "She said that this combination
20   of medications has been the absolute best
21   that she has ever taken; no changes in mood.
22   It looks like we have really been able to
23   find the right combination.  She denied any
24   side effects."
25            Did I read that correctly?

45

1             (Pause.)
2        A    Yes.
3        Q    So, does it sound like the
4    medicine is helping?
5        A    The medicine seems to be
6    helping.
7        Q    Can you flip forward to page 49,
8    please.
9             (Pause.)
10       Q    Just a couple of things I wanted
11   to ask you about here.
12            Is this actually a record from
13   September 17, 2003?
14       A    Yes.
15       Q    And, in fact, is this your first
16   visit with Linda Guinn?
17       A    This is my first visit with
18   Linda Guinn.
19       Q    Why was Miss Guinn transferred
20   to you?
21            (Pause.)
22       A    More than likely, at that time,
23   Lana was moved to a different clinic, and the
24   patient was coming here, and I was here.
25       Q    And in preparing to treat

(Pages 42 to 45)



46
1    Ms. Guinn, would you have reviewed the file?
2        A    Yes.
3        Q    Just a couple things I wanted to
4    ask you here.
5            You mentioned that she had --
6    has dependent and inadequate personality
7    traits. And I believe you mentioned that
8    earlier in the deposition; is that right?
9        A    Yes.
10       Q    Could you explain what that
11   means to me again, in lay terms?
12       A    Well, dependent traits means
13   that the person has a tendency to ... overly
14   rely on another person for their own ...
15   decision making.
16           Inadequate traits is really not
17   a ... my knowledge, it's not a DSM,
18   diagnostic and statistical personality trait,
19   but this was an old one that was carried
20   forward from somewhere else.
21           And I couldn't tell you what
22   "inadequate traits" means. But "dependent"
23   means the person is dependent more than the
24   average. They might have a ... propensity to
25   get involved with addictions, sometimes ...

47
1    or to rely on others to make their decisions.
2        Q    You record, about halfway down
3    the History paragraph, and I'll quote:
4    "Patient reports she is doing very well with
5    Seroquel. It has made a big difference in
6    her life. She reports she is having no
7    symptoms of depression currently, or mania."
8            Did I read that right?
9        A    Yes.
10       Q    And were you recording here what
11   the patient was telling you?
12           (Pause.)
13       A    Yes.
14       Q    Was Seroquel working --
15       A    Yes.
16       Q    -- for Mrs. Guinn?
17       A    Yes.
18       Q    Was it helping her with her
19   condition?
20       A    Yes.
21       Q    And if you turn to the next
22   page, page 48, is this a record from
23   October 15, 2003?
24       A    Yes.
25       Q    And does the patient report that

48
1    she's feeling wonderful at this time?
2            (Pause.)
3        A    She's doing very well. She
4    feels wonderful, yes.
5        Q    And ... again, you were seeing
6    Ms. Guinn on a regular basis at this time?
7        A    Yes.
8        Q    Let's skip a couple of
9    appointments and jump to page 44.
10       A    Okay.
11       Q    This is a record of your
12   appointment with Ms. Guinn on March 4, 2004?
13           (Pause.)
14       Q    I'm sorry, is this a record of
15   yours --
16       A    Oh, yes, I'm sorry.
17       Q    -- on March 4, 2004?
18       A    This is a record ... of mine.
19       Q    And do you record that Ms. Guinn
20   is doing well on her current medication?
21       A    Yes, she's doing well.
22       Q    And, in fact, did she tell you
23   that, quote: "I don't want you to touch or
24   change the medication, because I've done so
25   well for so long"?

49
1        A    Yes, she said that.
2        Q    And you actually -- you put that
3    in quotes. So you're actually recording
4    something she said you to there?
5        A    Yes.
6        Q    Were you discussing change in
7    medicine with her at this point in time?
8        A    No.
9        Q    Because you felt she was doing
10   well on the medicine?
11       A    I believe that she spontaneously
12   offered that.
13       Q    Could we jump forward again to
14   page 41, please.
15           Does this appear to be a record
16   of an appointment from May 25, 2004, with
17   Ms. Guinn?
18       A    Yes.
19       Q    I just wanted to ... direct you
20   to the last but one line in the first
21   paragraph where it states: She is now -- she
22   is on new blood pressure medication; do you
23   see that?
24       A    Um-hum.
25       Q    Did Ms. Guinn have high blood

(Pages 46 to 49)

50

1    pressure?
2        A   Yes.
3        Q   Did she have other medical
4    conditions in addition to her mental health
5    conditions?
6        A   Yes, yes.
7        Q   Did she have degenerative disc
8    disease; do you know?
9        A   She had chronic back problems
10   that I believe were described as degenerative
11   disc disease, yeah.
12       Q   Did -- does Ms. Guinn also have
13   rheumatoid and osteoarthritis?
14       A   I don't know.
15       Q   Does ... Mrs. Guinn also suffer
16   from epilepsy?
17       A   Yes.
18       Q   Do you know if Ms. Guinn is a
19   smoker?
20       A   I don't recall.
21       Q   If you go to page 121 ... does
22   this chart suggest that Ms. Guinn was a
23   smoker?
24       A   Yes.
25       Q   And how much was she smoking?

51

1        A   A pack a day.
2        Q   And this was when she first
3    arrived at Circles of Care in August 2002?
4        A   Correct.
5        Q   And you don't know how much
6    she's been smoking, or for how long?
7        A   No.
8        Q   Do you know whether Ms. Guinn
9    also suffers from mitral valve prolapse?
10       A   No, I don't know of that.
11       Q   If you -- could you flip
12   forward, please, to page 40?
13       A   Okay.
14       Q   Does this appear to be the next
15   monthly meeting on June 24, 2004?
16       A   Yes.
17       Q   Did -- Mrs. Guinn discuss with
18   you her past mental illness on this occasion?
19       A   Yes.
20       Q   What did she tell you?
21       A   She said that she had been put
22   in restraints, and was overly friendly,
23   talked a lot, and had psychotic features that
24   sounded as if they were manic symptoms.
25       Q   Is that description significant

52

1    to you, as a prescribing medical physician?
2        A   It was.  I changed the diagnosis
3    to bipolar affective disorder, type one.  It
4    justifies the use of the medication as an
5    antipsychotic more -- even though she had
6    psychosis, it's even -- it's important to
7    know the correct diagnosis.
8        Q   And so what medicine did you
9    have Ms. Guinn on at this time?
10       A   Seroquel, she was taking the
11   800 milligrams a day.  The Effexor,
12   300 milligrams a day, and Sinequan, 50
13   milligrams at bedtime.
14       Q   Could you turn to page 38,
15   please.
16           Is this a record of your
17   appointment on September 15, 2004?
18       A   Yes.
19       Q   What was happening at this
20   appointment?  What did Mrs. Guinn tell you?
21           (Pause.)
22       A   It looks as though she was
23   stressed out by the hurricane; that she was
24   beginning to have a mood swing.  But she had
25   no suicidal ideation or psychotic symptoms.

53

1        Q   Did you change her medication?
2        A   I added some Clonopin, for
3    hurricane anxiety.
4        Q   And did you consult with any
5    physicians?
6        A   Well, that's under her order
7    with Dr. Alvarez, yes.
8        Q   Is that an example of sometimes
9    you'll consult with Dr. Alvarez about a
10   patient?
11       A   Right.
12       Q   And what other medicines is
13   Ms. Guinn taking at this time?
14       A   You mean, medical medications?
15       Q   Yes.
16       A   I'd have to ...
17       Q   Oh, I meant, according to your
18   chart.
19       A   Oh, according to the psychiatric
20   treatment, she was taking the Seroquel, 800
21   milligrams a day; the Effexor, 300 milligrams
22   a day; Sinequan, she was taking 100
23   milligrams at bedtime; and Clonopin, one
24   milligram at bedtime PRN for hurricane
25   anxiety.

(Pages 50 to 53)

54

1   Q   Do you remember that hurricane?
2   A   You bet you.
3   Q   Was it scary?
4   A   Yes.
5   Q   I meant to ask you this earlier.
6   Is it usual to have patients with mental
7   illness on more than one medicine?
8   A   Yes.
9   Q   And why is that?
10   A   Typically, with bipolar
11   disorder, you need three medications.
12   Usually, I'll have a patient on an atypical
13   antipsychotic, an anticonvulsant, mood
14   stabilizer, and a small dose of
15   antidepressant medication.  I'd say,
16   75 percent of the patients are on that.
17   Q   And was Mrs. Guinn on several
18   medications during the time she was treated
19   at Circles of Care?
20   A   Correct.
21   Q   And could you turn to page 35,
22   please?
23       (Pause.)
24   Q   You appear to have upped the
25   Seroquel here; do you see that?

55

1       (Pause.)
2   Q   Or am I reading it wrong?
3   A   I think I just changed the
4   timing of the medication dosage so that she
5   could sleep better at night.
6   Q   Okay.
7   A   Giving less during the day and
8   more at night.
9   Q   And do you still diagnose her
10   with bipolar affective disorder?
11   A   Yes.
12   Q   And this is April 5, 2005?
13   A   Yes.
14   Q   Could you turn to page 33?
15       (Pause.)
16   Q   I'm getting through as quickly
17   as I can.
18       Is this a record of an
19   appointment Ms. Guinn had with Circles of
20   Care on August 26, 2005?
21   A   Yes.
22   Q   And who treated her on that day?
23   A   Dr. Raydon.
24   Q   Is Dr. Raydon a physician here?
25   A   He used to be.

56

1   Q   Has he left now?
2   A   He's gone, yes.
3   Q   How long ago did he leave?
4   A   Oh, I think he's been gone for
5   about six months.
6   Q   Did you work with Dr. Raydon?
7   A   Yes.
8   Q   Do you respect Dr. Raydon?
9   A   Yes.
10   Q   And do Dr. Raydon's diagnoses
11   comport with your own diagnoses?
12   A   For the most part.
13   Q   Does he also diagnose her as
14   bipolar affective disorder?
15   A   Yes.
16   Q   And with dependent personality
17   traits?
18   A   Yes.
19   Q   And does Dr. Raydon decide to
20   continue Ms. Guinn on Seroquel?
21   A   Yes.
22   Q   If you turn to page 32, it
23   appears that Dr. Raydon saw Ms. Guinn one
24   more time in September, 2005?
25   A   Correct.

57

1   Q   Why would Dr. Raydon be seeing
2   Ms. Guinn at this time?
3   A   I was probably on vacation in
4   September.  I go to Washington.
5   Q   Washington State, or --
6   A   Um-hum, Washington State.
7   Q   Could you turn to page 31,
8   please?
9   A   Okay.
10   Q   Is this a visit with you on
11   October --
12   A   Yes.
13   Q   -- 2005?
14   A   Yes.
15   Q   So Ms. Guinn's still being seen
16   monthly at this point in time?
17       (Pause.)
18   A   She has been seen monthly up to
19   that point.
20   Q   And how is Ms. Guinn doing?
21   A   Doing well.  No complaints.
22   Sleeping through the night.
23   Q   What medicine is she on at this
24   time?
25   A   Seroquel, 400 -- or

58

1    800 milligrams a day; Effexor, 300 milligrams
2    a day; Sinequan, 100 milligrams at bedtime.
3        Q    And when did you make the next
4    appointment -- when did you suggest she have
5    another appointment, in this note?
6        A    Three months.
7        Q    Now, why would you have
8    suggested she return in three months this
9    time?
10       A    Because she was stable through
11   many, many months with the same medication.
12       Q    So, she's been doing well?
13       A    Um-hum.
14       Q    Could you turn to the next page,
15   please, page 30?
16           MS. WILSON:  Can we go off the
17   record for one second?
18           MR. GADDES:  Yes.
19           (Discussion held off the
20   record.)
21   BY MR. GADDES:
22       Q    Okay, we're back on the record.
23   And I believe we're at page 30.
24           Is this a record of a January
25   27, 2006 appointment?

59

1        A    Yes.
2        Q    And what -- what medicine do you
3    have Ms. Guinn on at this time?
4        A    Seroquel, 800 milligrams a day;
5    Effexor, 300, milligrams a day; and Sinequan,
6    100 milligrams at bedtime.
7        Q    And you say that the patient is
8    to return in four months; do you see that?
9        A    Yes.
10       Q    And how's the patient doing?
11       A    Very well.
12       Q    And up to this point, you
13   concluded that the benefits of Seroquel
14   outweighed the risk for Ms. Guinn?
15       A    Yes.
16       Q    And that's despite the warnings
17   on the label for hyperglycemia and diabetes,
18   correct?
19       A    Yes.
20       Q    And do you still agree that you
21   treated her appropriately?
22       A    Yes.
23       Q    Even today, looking back, you
24   think you did the right thing?
25       A    Yes.

60

1        Q    Could you turn to the next
2    record?
3        A    Okay.
4        Q    Is this a record from July 7,
5    2006?
6        A    Yes.
7        Q    And what happened here?
8        A    Oh, we were switching her from
9    Seroquel to Abilify.  She had developed
10   diabetes, and so the decision was made that
11   we would choose a medication that was a
12   little less risky for causing hyperglycemia.
13       Q    Okay.  But you decided that she
14   still needed to continue on Abilify, on an
15   atypical antipsychotic?
16       A    She still needed an atypical
17   antipsychotic.  I believe we had discussed
18   options of medication that she could be on,
19   so the Abilify was the choice.
20       Q    And when you said, "we
21   discussed", who would you have discussed that
22   with?
23       A    With the patient.
24       Q    Were you aware -- did the
25   patient actually ask you to switch her

61

1    medication at this point?
2        A    I'll tell you ... what I recall,
3    in 2006, is that there was a great ... push
4    in the psychiatric community, at that time,
5    for in-service on the metabolic side effects
6    of atypical antipsychotics, for Risperdal,
7    Seroquel, Clorazil, for Zyprexa.  And we were
8    getting a lot of education.
9            I asked all of my patients who
10   were on those medications if they were aware
11   of the metabolic effect, and did they want to
12   switch, if they were.  And I believe that
13   that was something I was going through at
14   that point in time with everyone.
15       Q    Are you aware that Ms. Guinn
16   actually filed this lawsuit in April, 2006?
17       A    She told me that she had
18   contacted someone regarding a class action
19   lawsuit on Seroquel.
20       Q    Okay.
21       A    I don't know -- I don't know
22   exactly -- I don't know the date that she did
23   it.  But she had told me that she had done
24   that.
25       Q    Did you know her suit was filed

62

1   in Massachusetts?
2       A   No.
3       Q   Did she ever tell you she had
4   any connections to Massachusetts?
5       A   No.
6       Q   When did she tell you she'd been
7   diagnosed with diabetes?
8           (Pause.)
9       A   I marked it in the chart, I
10  believe.
11          (Pause.)
12      A   Let me look.
13          (Pause.)
14      A   5/26/06, patient reports she was
15  diagnosed with diabetes in February of '06.
16      Q   And was it around that time you
17  decided to make her change?
18      A   Yes.
19      Q   Did she actually come in for on
20  appointment in between January and July of
21  2006?
22      A   Looks like she came in for two
23  appointments, one in June and one in May.
24      Q   Do you have any -- any records
25  of that in your chart?

63

1       A   I do.  May 26, she was switched.
2   That's when we started adding Abilify and
3   decreasing the Seroquel.
4       Q   Is there a -- if you check your
5   original chart, 'cause my copy doesn't have a
6   treatment note for those dates, could you
7   just confirm that there is no treatment note
8   for those dates?
9           (Pause.)
10      A   Oh, yeah there's no note.
11  There's no note.  It looks like there's
12  missing two notes, okay.
13      Q   Do you recall making those
14  notes, or are they --
15      A   I dictate my notes every day,
16  usually within three patients after I've done
17  it, and I don't recall, two years ago,
18  specifically making that note, but my -- I
19  usually make notes every day.
20      Q   Your practice is to make the
21  notes, but you don't recall whether you did
22  on this occasion?
23      A   I can't remember for two years.
24      Q   But you do have a record that
25  she came in, and that she was switched to --

64

1       A   She was seen and switched on
2   5/26/06.  The switch was begun.
3       Q   Well, when you -- is it your
4   practice to discuss common risks of
5   medications with patients?
6       A   Yes, it is.
7       Q   And -- but do you discuss all
8   the risks of medicines with patients?
9       A   Not every appointment, no.
10      Q   And had you discussed ... weight
11  gain with Seroquel, with Ms. Guinn before
12  this?
13      A   I don't recall.
14      Q   Had you discussed the risks of
15  hyperglycemia and diabetes with Ms. Guinn
16  after the label came out in 2004?
17      A   What I recall is going through
18  it with all my patients around 2006.  Some of
19  them may have gotten education ... prior to
20  that.
21      Q   You don't recall whether you
22  discussed it with Ms. Guinn?
23      A   I don't recall.
24      Q   Does Abilify carry a warning for
25  hyperglycemia and diabetes?

65

1       A   Yes.
2       Q   Is it a class warning for
3   atypical antipsychotics?
4       A   It is a class warning.
5       Q   Could we jump forward, please,
6   to page 26?  I just wanted to ask you about
7   this.
8           Is this another physician
9   treating Ms. Guinn on -- in October 2006?
10      A   Yes.
11      Q   And who's that doctor?
12      A   Dr. Vasudevan.
13      Q   Is he a doctor here at Circles
14  of Care?
15      A   Yes.
16      Q   Is he a good doctor?
17      A   Yes.
18      Q   And what was happening here?
19          (Pause.)
20      A   Patient was there for medication
21  evaluation.  They usually see me.  Has
22  discontinued Clonopin, and she is reducing
23  her Seroquel gradually.
24          The patient started having
25  nightmares and shakes, and was not sure why

66

1  she was having those problems.
2      The doctor saw her in my
3  absence, it appears, and ... felt that her
4  shakes were due to the discontinuation of the
5  Clonopin, and she was put back on the
6  Clonopin, and then set up with appointment
7  with me in October.
8      Q   And did you -- was your plan, in
9  treating Ms. Guinn, to gradually taper her
10 off Seroquel?
11     A   Yes.
12     Q   And so you began tapering her
13 off Seroquel in May of 2006?
14     A   Yes.
15     Q   And were you eventually
16 successful?
17     A   Yes.
18     Q   And did you use Clonopin to help
19 you taper her off Seroquel?
20     A   Yes, I did.
21     Q   Again, remind me what kind of
22 drug Clonopin is.
23     A   Clonopin is a minor
24 tranquilizer; helps with sleep.
25     Q   Could you turn to page 23,

67

1  please.  Is this a record from February 22,
2  2007?
3      A   Yes.
4      Q   And, at this point, have you
5  successfully been able to switch Ms. Guinn
6  completely from Seroquel to Abilify?
7      A   Yes.
8      Q   And how's she doing?
9      (Pause.)
10     A   She's doing okay.  She's having
11 no mood swings, no psychosis.  She has a
12 smile.  She's having no side effects of the
13 Abilify, no EPS, and her judgment's intact.
14     Q   Could you turn to page 21,
15 please?
16     A   Okay.
17     Q   Is this a June 2007 appointment
18 with Ms. Guinn?
19     A   Yes.
20     Q   And what medicine is she on at
21 this time?
22     A   Abilify, 30 milligrams at
23 bedtime; Effexor, 300 milligrams a day; and
24 Sinequan 100 milligrams at bedtime.
25     Q   This was the last appointment we

68

1  had a copy of in the records that we got, but
2  could you turn to your original chart and
3  tell us, did you have further appointments
4  with Ms. Guinn?
5      A   Okay.
6      (Pause.)
7      A   Looks as if Dr. Kohl has seen
8  her after that.  And ... but I saw her on
9  January 25, '08.
10     Q   Do you have a record of the
11 appointment on January 25, '08?
12     A   Not in here.  Oh, no, here it
13 is.  January 25, '08.
14     Q   How was she doing on January 25,
15 '08?
16     (Pause.)
17     A   She was doing fine with the
18 Abilify.  She still had not lost weight.
19 There was no return of her mania or
20 depression.  And she was ... alert, oriented,
21 happy.  She had good hygiene, grooming.
22 There was no abnormal involuntary movements,
23 no EPS.  She was oriented.  Her memory was
24 intact.  She was stable.
25     Q   Has Ms. Guinn been unable to

69

1  lose weight on Abilify?
2      A   Okay.  Good question.
3      (Pause.)
4      A   From the time that we switched
5  her from Seroquel, I took her weight -- it
6  looks ... in May of 2006 ... I believe 197,
7  May; 2006; weight, 1/25/08, 202.  So there's
8  no weight loss.
9      Q   She had gained a slight amount
10 of weight?
11     A   She had gained a slight amount
12 of weight.
13     Q   Is Abilify associated with
14 weight gain, also?
15     A   It can be.
16     Q   And do you find that, with
17 atypicals, whether a patient gains weight is
18 on a patient-by-patient basis?
19     A   Yes, it is.
20     Q   And, in your experience, does
21 Seroquel -- is that actually associated with
22 less weight gain than some other atypical
23 antipsychotics?
24     A   It's -- I would say that weight
25 gain is associated with a patient's



70

1 independently. Certainly, there are -- there
2 is an atypical that causes weight gain
3 faster, but overall weight gain can be caused
4 by several of the atypical antidepressants.
5      Q   Which atypical causes weight
6 gain faster?
7      A   I think Zyprexa causes it faster
8 than Seroquel. I think Clozaril sometimes
9 causes it faster, but --
10     Q   Do other medicines used in the
11 treatment of mental health conditions also
12 sometimes result in weight gain?
13     A   Yes.
14     Q   And that's not unusual to see
15 with patients?
16     A   Even with antidepressant
17 medications that have the Histamine effect
18 where we see the weight gain.
19     Q   I had a few other questions I
20 wanted to ask you, and then I'll be done.
21          What is off-label prescribing?
22     A   Outside of FDA recommendations.
23     Q   And is off-label prescribing ...
24 ordinary standard of care in the treatment of
25 mental health illnesses?

72

1      A   Yes.
2      Q   And do you also get visited by
3 sales representative from other companies?
4      A   Yes.
5      Q   And that's fairly usual in your
6 profession?
7      A   Weekly.
8      Q   And other physicians --
9      A   Yes.
10     Q   -- would get visited by sales
11 representative, as well?
12     A   Yes.
13     Q   And there's nothing unusual
14 about that?
15     A   No.
16     Q   Have you found the AstraZeneca
17 sales representatives to be courteous?
18     A   Yes.
19     Q   Do you have any complaints about
20 them?
21     A   No.
22          (Pause.)
23     Q   Were you visited by sales
24 representatives when you worked at places
25 other than Circles of Care?

71

1      A   It is in children all the time.
2 In adults, it can be.
3      Q   And is off-label prescribing
4 actually important sometimes in the treatment
5 of adults?
6      A   Yes.
7      Q   And why is off-label prescribing
8 important?
9      A   We can't fix people unless you
10 do sometimes.
11     Q   Because there just isn't
12 medicine on label for treatment of certain
13 psychiatric illnesses; is that right?
14     A   Yes.
15     Q   And based on your experience, do
16 physicians and prescribers ... fairly
17 regularly prescribe off label for mental
18 health illnesses?
19     A   Yes, they fairly regularly do.
20     Q   Do you get visited from time to
21 time by sales representatives?
22     A   Yes.
23     Q   And do you get visited from time
24 to time by sales representatives from
25 AstraZeneca?

73

1      A   Yes.
2      Q   And when you make prescribing
3 decisions, do you prescribe medication
4 because sales representatives tell you to
5 prescribe it?
6      A   No.
7      Q   Do you make your own prescribing
8 decisions?
9      A   Yes.
10     Q   Do you understand it's improper
11 for companies to market their drugs off
12 label?
13     A   Yes.
14     Q   And the sales representative for
15 AstraZeneca, in your experience, don't do
16 that, do they?
17          MS. WILSON: Objection to form.
18     You can still answer.
19          THE WITNESS: No.
20 BY MR. GADDES:
21     Q   Okay. Have you, on occasion,
22 asked for additional information from
23 AstraZeneca sales representatives?
24     A   Yes.
25     Q   And from other sales

74

1  representatives?
2      A   Yes.
3      Q   From other companies?
4      A   Yes.
5      Q   And sometimes they'll provide
6  that to you in written form?
7      A   Yes.
8          MR. GADDES:  Thank you very much
9      for answering my questions today.
10     I'll reserve the rest of my time.
11         MS. WILSON:  Do you want to take
12     a little break before I get started?
13         THE WITNESS:  Yes.
14         (Recess taken from 2:28 p.m. to
15     2:31 p.m.)
16             CROSS-EXAMINATION
17 BY MS. WILSON:
18     Q   Miss Thompson, my name is Kellie
19 Wilson. I'm the attorney for your patient.
20         We met briefly right before the
21 deposition started, but you and I have never
22 met before, have we?
23     A   No.
24     Q   Okay.  First, I want to just ask
25 you a couple of questions to clarify your

75

1  educational background.
2          Where did you get your degrees
3  from?
4      A   University of Missouri,
5  Columbia, both.
6      Q   Okay.
7          (Pause.)
8      Q   Okay.  Since we were already in
9  the heat of the records, let's go ahead and
10 go back through Ms. Guinn's records.  Let me
11 tell you what page we need to go to.
12         Page 27 for me, please.
13         (Pause.)
14     Q   You testified previously that
15 once you were in-serviced and informed about
16 all of the metabolic changes that were being
17 caused by many of the atypical
18 antipsychotics, that you began counseling
19 your patients and deciding together whether
20 or not to switch them to other drugs; isn't
21 that correct?
22     A   Correct.
23     Q   On September the 25th, there's a
24 note from one of your visits with Ms. Guinn;
25 is that correct?

76

1      A   Correct.
2      Q   And if you'll look down at the
3  third sentence, you noted:  She has developed
4  diabetes and weight gain; is that correct?
5      A   Um-hum.
6      Q   And, at that time, you were in
7  the process of switching her from Seroquel to
8  Abilify, correct?
9      A   Correct.
10     Q   And, correct me if I'm wrong,
11 but you were concerned enough about the side
12 effects being seen from Seroquel, that you
13 thought she needed to make the change?
14         MR. GADDES:  Form.
15         THE WITNESS:  As I recall, at
16     the time when she developed the
17     diabetes was the same time I was
18     talking to everybody about that
19     concern.  And I believe that I
20     said it might be a good idea to
21     switch.
22 BY MS. WILSON:
23     Q   Because you were concerned?
24     A   I was concerned about
25 hyperglycemia.

77

1      Q   Okay.  And you were asked
2  earlier about whether or not you had the same
3  concern about the entire class of drugs;
4  isn't that correct?
5      A   (Nods.)
6          MR. GADDES:  Object to form.
7          THE WITNESS:  Yes.
8  BY MR. GADDES:
9      Q   Okay.  If you had a concern
10 about the entire class, then why would it be
11 necessary to switch her from Seroquel to
12 Abilify, which is in the same class?
13         MR. GADDES:  Form.
14         THE WITNESS:  Well, in
15     generality, there are several
16     medications that were of concern with
17     metabolic side effects, Risperdal,
18     Zyprexa, Seroquel, Clozaril.  Geodon
19     and Abilify had less potential, less
20     risk for causing elevated glucose,
21     hyperlipidemia ... and weight gain.
22 BY MS. WILSON:
23     Q   Thank you.
24     A   But as a general class, you're
25 concerned about that for all of them.

78

1   Q   Okay. Okay. Let's go next to
2   page 24. And you noted, "Linda has bipolar
3   disorder, and we were slowly tapering her off
4   of Seroquel and putting her on Abilify"; is
5   that correct?
6       A   Correct.
7       Q   And one of your last
8   sentences -- this is an excerpt from that
9   sentence -- you said: "The attempt is to get
10  her completely off Seroquel because she has
11  developed diabetes."
12      Did I read that correctly?
13      A   Correct.
14      Q   And, again, you were concerned
15  enough about her continuing on the Seroquel
16  that you continued to note it in her visits?
17      A   Right.
18      Q   You were asked earlier whether
19  or not you believed that there was a benefit
20  to the use of Seroquel; is that correct?
21      A   Correct.
22      Q   If you believed that there was
23  a -- there was so much of a benefit, why did
24  you feel that it would be more beneficial to
25  switch?

79

1       A   Because Abilify has less risk
2   for causing elevated blood sugar.
3       Q   Did you expect that Abilify
4   would also have the same benefits?
5       A   Yes.
6       Q   Okay.
7       A   Could have the same benefit.
8   I'm going to say that I hoped that way. I
9   would clarify that, expecting Abilify to have
10  that benefit, I can't always have that,
11  because it doesn't always.
12      Q   Absolutely.
13      A   Okay.
14      Q   Because each patient is
15  individual?
16      A   Right.
17      Q   Okay. Okay.
18      At the time that you first
19  continued Ms. Guinn on her Seroquel
20  prescription, was it your practice to monitor
21  a patient's weight and glucose regularly?
22      A   No.
23      Q   Is it your practice now?
24      A   Yes.
25      Q   So, you don't know exactly what

80

1   Ms. Guinn's weight was when she first came to
2   see you?
3       A   No.
4       Q   Okay. Do you remember Ms. Guinn
5   specifically?
6       A   Do I remember her?
7       Q   Yes.
8       A   Yes.
9       Q   If she walked in the room?
10      A   Oh, yes.
11      Q   You'd recognize her?
12      A   Absolutely.
13      Q   Okay. In your opinion, is she
14  visually heavier now than when you first
15  started treating her?
16      MR. GADDES: Object to form.
17      (Pause.)
18      THE WITNESS: I don't see an
19  appreciable change.
20  BY MS. WILSON:
21      Q   Okay.
22      (Pause.)
23      Q   Let's look back at the note from
24  Ms. Guinn's first visit. I'm not sure what
25  the page number was on that.

81

1       (Pause.)
2       MR. GADDES: It's page ... 64.
3       MS. WILSON: Was it 64? Okay.
4       (Pause.)
5       THE WITNESS: Okay.
6   BY MS. WILSON:
7       Q   Is there a notation anywhere
8   that would indicate what her dosage was at
9   the time that she initially presented?
10      Well, let me direct you to the
11  first page of the note. Almost at the very
12  end, like the fourth sentence up from the
13  last paragraph. Do you see --
14      A   Okay. I remember there was --
15  she had been -- Seroquel, 200 milligrams,
16  three times day.
17      Q   Okay. And that equates to 600?
18      A   Six hundred milligrams a day.
19      Q   Okay. In the treatment plan,
20  which is on ... the last page of the note,
21  what was the treatment plan --
22      A   For the Seroquel --
23      Q   -- for the Seroquel?
24      A   -- was to increase the dose to
25  200 milligrams twice a day, and 400

82

1  milligrams at night.
2      Q   And that's for a total of
3  800 milligrams, correct?
4      A   Correct.
5      (Pause.)
6      Q   Would it surprise you if I told
7  you that ... Ms. Guinn had an immediate
8  11-pound weight gain when that Seroquel
9  dosage was increased?
10         MR. GADDES:  Object to form.
11         THE WITNESS:  Would it surprise
12  me?
13  BY MR. GADDES:
14     Q   Yes.
15     A   No.
16     Q   But your practice was not to
17  keep a regular log of weights?
18     A   (Nods.)  Not initially.
19     Q   When did you make a practice of
20  starting to monitor weights?
21     A   The practice was begun here
22  regularly ... for her, June 14, 2007.  We
23  actually have a nurse assistant that takes
24  weights, blood pressure, for the atypicals
25  regularly now.

83

1      Q   Okay.  But that wasn't added
2  until 2007?
3      A   Yeah.
4      Q   Okay.  Did you ever tell
5  Ms. Guinn that you believed that the Seroquel
6  might have caused her diabetes?
7      A   I don't recall telling her that.
8      Q   Do you have any opinion, as you
9  sit here today, whether or not that might
10  have been the cause of her diabetes?
11         MR. GADDES:  Object to form.
12         THE WITNESS:  I can't make a
13  statement as to whether Seroquel
14  caused the diabetes, no.  The
15  research is -- we don't know what
16  causes problems.  The problems,
17  it's -- no, I can't say that.
18  BY MS. WILSON:
19     Q   Okay.
20     A   I can't scientifically say that.
21     Q   You're a nurse practitioner?
22     A   Correct.
23     Q   Correct?  So, that means that
24  you are supervised by a physician, as I
25  understand your explanation earlier, correct?

84

1      A   Correct.
2      Q   Okay.  And, specifically, you
3  have worked in the area of psych throughout
4  your career, correct?
5      A   Yes.
6      Q   Have you ever worked in other
7  areas?
8      A   Yes.
9      Q   What other areas?
10     A   Medicine.  I have been a
11  consultant into the medical hospitals for
12  many years for psychiatric problems.  I've
13  also worked on a medicine floor for a year
14  and a half.  And I've worked in Ob/Gyn, OB.
15  It was mostly obstetrics.
16     Q   Any other specialties besides --
17     A   And newborn nursery.
18     Q   Okay.  Okay.
19         Do you have any experience in
20  endocrinology?
21     A   Not very much.
22     Q   Can you tell me specifically
23  what it is that you understand to be the
24  cause of diabetes?
25         MR. GADDES:  Object to form.

85

1      Foundation.
2          THE WITNESS:  You know, I don't
3  think they know what the specific
4  cause of diabetes is.  There are
5  certainly many factors that have been
6  brought into the research data, but I
7  don't -- I don't know what the
8  specific cause is.
9  BY MS. WILSON:
10     Q   Can you tell us what some of
11  these factors are that you're aware of?
12         MR. GADDES:  Same objection.
13         THE WITNESS:  Genetics.  Being
14  overweight.  Living in America.
15  Going to McDonald's.  Eating high fat
16  food.  I ... we do know that patients
17  with schizophrenia are more likely to
18  get diabetes than the general
19  population.  Certainly patients with
20  bipolar disorder are more general to
21  get diabetes than the general
22  population.  Mood disorders probably
23  predispose people to it.  Why that
24  all occurs in the biochemistry, I
25  don't know.



86

1    BY MS. WILSON:
2         Q   Okay. So, based on your
3    experience, patients with mood disorders,
4    bipolar disorder, and schizophrenia are
5    predisposed to diabetes; is that correct?
6         A   **They have a higher -- they have**
7    **a higher incidence than the general**
8    **population.**
9         Q   Okay. You also testified that
10   although you're supervised by a physician
11   here -- and can you tell me what Dr.
12   Alvarez's first name is?
13        A   **Jose.**
14        Q   Jose Alvarez.
15            Although you're supervised by
16   Dr. Alvarez, it is not your practice to
17   consult him every time you see a patient for
18   treatment options; is that correct?
19        A   **That's correct.**
20        Q   Under what circumstances do you
21   usually seek out his counsel?
22        A   **When I don't know what to do**
23   **next, if there is a case that I think is very**
24   **high risk.**
25            (Pause.)

87

1         A   **If there is a patient who walks**
2    **in and is already on a practice or a**
3    **treatment regimen that's outside of FDA**
4    **regulations, I usually consult him on that.**
5            **If somebody is kind of high --**
6    **really high acuity, very much at risk, then**
7    **I'll talk to him.**
8         Q   Okay. Did you speak with him
9    about your concerns with metabolic syndrome
10   and your patients on atypicals before you
11   discussed it with your patients?
12        A   **No.**
13        Q   Okay. So that was an
14   independent decision that you made, to speak
15   with your --
16        A   **Yes.**
17        Q   -- patients about your concerns?
18            You also testified previously
19   that one of the ways you find out about drug
20   side effects is from the PDR, correct?
21        A   **Um-hum.**
22        Q   How many patients would you
23   estimate that you treat here in a day?
24        A   **Anywhere from about ten to 20.**
25        Q   And what is your typical day

88

1    like?
2         A   **About 16, 17. A lot of**
3    **no-shows.**
4         Q   So, in that day of treating
5    patients, how much time do you really have to
6    sit down and thoroughly read the PDR?
7         A   **I have the PDR on my screen, and**
8    **can click it at any time. And if a new drug**
9    **comes out, I thoroughly read the PDR. And**
10   **even for little side effects, because**
11   **sometimes patients will come up with**
12   **something you never heard of and you have to**
13   **refer back to it. I find the time if I need**
14   **it.**
15        Q   And you do that on every drug
16   every time?
17            (Pause.)
18        A   **On every question that I have**
19   **about a drug, every time, yes.**
20        Q   Okay. And you also testified
21   that you do rely on some information from
22   your drug representatives, correct?
23        A   **Correct.**
24        Q   Do you, off the top of your head
25   know the name of your AstraZeneca sales rep?

89

1         A   **No.**
2         Q   If they walked in today, would
3    you recognize them?
4         A   **Yes.**
5         Q   Just don't remember the name?
6         A   **No, I can't remember all those**
7    **names. And they change every year usually,**
8    **too.**
9         Q   Yes, I know.
10            Okay. When you say that you
11   rely on information from them, can you be a
12   little bit more specific on what types of
13   information you get from them?
14        A   **We get ... research studies.**
15   **K.D. trial came through. We get information**
16   **about their specific medication that's in the**
17   **PDR. You know, we're pretty good about**
18   **asking what the end number was in the**
19   **research data, because that, to me, is one of**
20   **the most significant numbers you can ask, is**
21   **how many did you try this on.**
22            **They give us the indications,**
23   **the side effects, the drugs that it interacts**
24   **with, the specific, you know, education about**
25   **that.**

90

1    Q   Okay. Do you expect that that
2  information that they provide to you would be
3  truthful?
4    A   Yes.
5    Q   Do you expect that that
6  information would be accurate information?
7    A   **Sometimes it is and sometimes**
8  **it's not. You have to be -- you know, you**
9  **have to receive your information from other**
10 **areas other than drug reps.**
11   Q   And under what circumstances
12 would the information they provide be
13 inaccurate?
14   MR. GADDES: Object to form.
15   THE WITNESS: I don't think drug
16   reps try to give you inaccurate
17   information. I think that research
18   can be interpreted in many ways. So
19   it's up to the practitioner to be
20   able to know how to read research.
21 BY MS. WILSON:
22   Q   Okay. Well, do you expect them
23 to provide you ... complete information --
24 strike that.
25   (Pause.)

91

1    Q   When they're providing you
2  information, do you expect that it will be
3  complete -- as complete an amount of
4  information as they have available to them at
5  that time?
6    MR. GADDES: Object to form.
7    (Pause.)
8    THE WITNESS: I don't think that
9    drug reps try to lie, number one. I
10   think, when you're hearing research
11   results, and the end number is 20,
12   you got to take that with a grain of
13   salt. Okay?
14   How research is done and the
15   numbers that are involved are very
16   important to a clinician's ability to
17   use data from research into practice.
18   But I do think that all reps try to
19   give you information ... that's
20   research based.
21 BY MR. GADDES:
22   Q   So, you would agree that
23 sometimes the information is presented -- is
24 presented with some bias to that particular
25 drug company?

92

1    MR. GADDES: Object to form.
2    (Pause.)
3    THE WITNESS: Oh.
4    (Pause.)
5    THE WITNESS: I think that drug
6    reps try to present research that's
7    in favor of their medication, okay,
8    as part of their sales. Whether -- I
9    don't know about "bias" is the word.
10 BY MS. WILSON:
11   Q   Fair enough.
12   Okay. And we've already
13 established that you're not an
14 endocrinologist, correct?
15   A   No.
16   Q   You have never been supervised
17 by an endocrinologist, correct?
18   A   No.
19   Q   And your practice does not
20 involve treating patients clinically for
21 diabetes, correct?
22   A   No, no.
23   Q   So, as you sit here today,
24 you're not able to say, one way or the other,
25 what caused Ms. Guinn's diabetes?

93

1    A   Correct. I don't know.
2    Q   And as you sit here today,
3  you're unable to say, one way or another,
4  whether or not Seroquel specifically caused
5  Ms. Guinn's diabetes?
6    A   Correct, I don't know.
7    Q   But you were concerned enough
8  about Seroquel's possible ... effects on
9  Ms. Guinn's diabetes that you thought she
10 should change to another medication, correct?
11   MR. GADDES: Object to form.
12   THE WITNESS: Yes, because
13   Seroquel has a higher risk of causing
14   high blood sugar than some of the
15   others.
16   MS. WILSON: Okay. Thank you.
17   I believe those are all the
18   questions.
19   MR. GADDES: Just two questions.
20   REDIRECT EXAMINATION
21 BY MR. GADDES:
22   Q   Do you believe you acted
23 appropriately in treating Ms. Guinn?
24   A   Yes.
25   Q   And do you stand by your

94

```
1    treatment?
2        A  Yes.
3            MR. GADDES:  Thank you very
4    much.
5            (Witness excused.)
6            (Whereupon, at 2:54 p.m. the
7    proceedings concluded.)
8            - - - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

96

```
1                CERTIFICATE OF REPORTER
2    STATE OF FLORIDA         )
3    COUNTY OF ORANGE         )
4        I, RICHARD CASTILLO, Professional Court
5    Reporter and Notary Public, do hereby certify
6    that I was authorized to and did
7    stenographically report the deposition of
8    NANCY THOMPSON; that a review of
9    the transcript was requested; and that the
10   foregoing transcript, pages 5 through 94, is
11   a true record of my stenographic notes.
12       I FURTHER CERTIFY that I am not a
13   relative, employee, or attorney, or counsel
14   of any of the parties, nor am I a relative or
15   employee of any of the parties' attorney or
16   counsel connected with the action, nor am I
17   financially interested in the action.
18       DATED this 29th day of February, 2008,
19   at Orlando, Orange County, Florida.
20
21   ---------------------------------------
         RICHARD CASTILLO
22       Registered Diplomate Reporter
         Notary Public, State of Florida at Large
23       Commission No. DD609499
         Expiration: February 25, 2011
24
25
```

95

```
1
2                CERTIFICATE OF OATH
3
4    STATE OF FLORIDA         )
5                             )
6    COUNTY OF ORANGE         )
7
8        I, the undersigned authority,
9    certify that NANCY THOMPSON, personally
10   appeared before me and was duly sworn.
11
12       WITNESS my hand and official seal
13   this 29th day of February, 2008.
14
15
16
17       _____
         Richard Castillo,
18       Registered Diplomate
         Reporter
19       Notary Public, State
         of Florida at Large
20       Comm. No. DD609499
         Expiration: 02/25/11
21
22
23
24
25
```

97

```
1            E R R A T A
2        I, NANCY THOMPSON, do hereby
3    certify that I have read the foregoing
4    transcript of my deposition given on February
5    22, 2008, that, together with any additions
6    or corrections made therein, it is true and
7    correct.
8
     Page    Line
9    ------------------------------------------
10   ------------------------------------------
11   ------------------------------------------
12   ------------------------------------------
13   ------------------------------------------
14   ------------------------------------------
15   ------------------------------------------
16   ------------------------------------------
17   ------------------------------------------
18   ------------------------------------------
19   ------------------------------------------
     Under penalties of perjury, I declare that I
20   have read the foregoing document and that the
     facts stated in it are true.
21
22   _____    _____
     Date                NANCY THOMPSON
23
24   Job No. 918055
25
```

(Pages  94  to  97)