# EXHIBIT 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:
Guinn v. AstraZeneca, LP, et al,
(Linda Guinn 6:07-cv-10291)

_____


DEPOSITION OF
NIKHITA DHRUV, MD


Taken on Behalf of the Defendant

DATE TAKEN:    March 7, 2008
TIME:          9:00-10:25 a.m.
PLACE:         2290 W. Eau Gallie Blvd.
               Melbourne, Florida


Examination of the witness taken before:

Lisa Gerlach, Court Reporter
Notary Public, State of Florida

6

1  Q. In which states are you licensed?
2  A. Florida.
3  Q. Just Florida?
4  A. That's correct.
5  Q. Do you have privileges at any hospital?
6  A. Yes, Holmes Regional Hospital in Melbourne
7  and Wuesthoff Hospital in Melbourne.
8  Q. In fact, do you have any title at those
9  hospitals?
10 A. Not anymore.
11 Q. You did have a title?
12 A. I did. I was the medicine chair, the
13 endocrine chair and I was the vice-president of the
14 medical staff.
15 Q. At which hospital?
16 A. Holmes Regional Hospital for all three.
17 Q. What's the name of your current practice?
18 A. Medical Associates of Brevard.
19 Q. In fact, is that a group of physicians?
20 A. Yes, it is.
21 Q. How many physicians are in the --
22 A. I believe it's 26. It's a multi-specialty
23 group.
24 Q. And how many endocrinologists?
25 A. Myself and another physician, Rajesh Desai.

7

1  Q. How long have you worked with Medical
2  Associates of Brevard?
3  A. For eight years.
4  Q. Before working with Medical Associates of
5  Brevard, where did you work?
6  A. OMNI Healthcare.
7  Q. How long was that?
8  A. Two years, 1997 to 1999.
9  Q. Where was OMNI Healthcare?
10 A. In Melbourne. It's close to Holmes Regional
11 Hospital -- the office.
12 Q. And before OMNI Healthcare?
13 A. I was in training.
14 Q. Could you describe for me generally your
15 current practice, the type of patients you see?
16 A. I have a 100 percent endocrinology practice.
17 I would say 50 percent are diabetics, 30 percent
18 thyroid, 10 percent infertility and 10 percent
19 pituitary, adrenal lesions, dysmetabolic syndrome,
20 osteoporosis.
21 Q. You kindly brought with you Mrs. Guinn's
22 chart today. Have you had a chance to review that?
23 A. Yes.
24    MR. GADDES: I'm going to actually ask
25 the court reporter to mark a copy of a record

8

1  we received as Exhibit 1.
2     (Thereupon, Exhibit Number 1 was marked
3  for identification.)
4  BY MR. GADDES:
5  Q. Dr. Dhruv, I'm going to hand you what we
6  marked as Exhibit 1. If you could take a quick glance
7  at that? Other than the first two pages, these are
8  records we received which purport to be the chart of
9  your patient.
10    Could you confirm this is in fact a copy of
11 your chart?
12 A. Yes, I will confirm that this is a copy of my
13 chart.
14 Q. Were the records and documents in Exhibit 1
15 prepared in the course of your treatment of
16 Mrs. Guinn?
17 A. Correct.
18 Q. Were they kept in the ordinary course of
19 business?
20 A. Yes.
21 Q. Were the notes in the chart made at or about
22 the time of treatment of Mrs. Guinn?
23 A. Yes, that's correct.
24 Q. Other than reviewing the chart, did you do
25 anything else to prepare for today's deposition?

9

1  A. Well, I actually learned a lot about atypical
2  antipsychotics and just the comparison of all the
3  different atypicals there are, as well as side
4  effects, profiles, so forth.
5  Q. And where did you go to study that?
6  A. Oh, endocrine books, the journals. A good
7  friend of mine, who actually was a PA with me and now
8  became a pharmaceutical rep, actually sells Seroquel
9  as well. It's her number one product. I got a lot of
10 information from her as well.
11 Q. Is she an AstraZeneca representative?
12 A. Correct.
13 Q. Have you met me before?
14 A. No.
15 Q. Have you met any of the plaintiffs' counsel
16 before?
17 A. No.
18 Q. Could you briefly describe Mrs. Guinn for me?
19 A. Sure. I first saw Mrs. Guinn in 2006 when
20 she had been referred to me by her primary care
21 physician at the time, Dr. Manchanda. She was
22 58-years-old at the time and she was newly diagnosed
23 with diabetes.
24    At the time, her glycemic control was
25 relatively good in the sense that her hemoglobin A1c

10

1  was 6.6 percent in December of '05, which corresponds
2  to an average blood sugar around 100 to 110, so fairly
3  well-controlled even prior to her coming to see me.
4       Subsequently, during her course -- and the
5  last time I did see her was back in October of '07,
6  and she was telling me that her glycemic control was
7  relatively good. I had ordered some tests. Those
8  tests she has not done since then and she has not
9  followed up since then.
10     Q. What was the date you first saw Mrs. Guinn?
11     A. I saw her on 2/21/06.
12     Q. Who was it that referred Mrs. Guinn to you?
13     A. Dr. Manchanda.
14     Q. At the time Mrs. Guinn was referred to you,
15 was she in fact receiving treatment from other
16 physicians?
17     A. For anything?
18     Q. For anything.
19     A. For anything, yes, because Dr. Manchanda was
20 her primary care physician.
21     Q. Were you aware when you first treated
22 Mrs. Guinn that she had a history of mental illness?
23     A. She didn't specifically say that. Having
24 said that, she was on agents that suggested that.
25     Q. Has she discussed her mental illness with

11

1  you?
2     A. She has not.
3     Q. Are you aware now that she has a history of
4  mental illness?
5     A. I am now, yes.
6     Q. Do you know what mental disorder she's been
7  diagnosed with?
8     A. No.
9     Q. When she visited you first -- Mrs. Guinn --
10 was she also on medication?
11    A. She was.
12    Q. What were the medicines Mrs. Guinn was on?
13    A. She was on Metformin, which is a diabetic
14 medication; Neurontin, which can be used for
15 neuropathy, but it can also be used for particular
16 types of mental illness; as well as Seroquel. She was
17 on Hydrochlorothiazide, which is a diuretic; Benicar,
18 which is an anti-hypertensive; Zocor, a lipid-lowering
19 agent; and Glucosamine, kind of used for arthritis --
20 it's an over-the-counter medication.
21    Q. Do you know how long Mrs. Guinn had been on
22 those medicines?
23    A. I do not.
24    Q. Doctor, as a physician, when you prescribe
25 medicines, do you undertake something called a risk

12

1  benefit analysis?
2     A. Absolutely.
3     Q. Can you explain what that is, please?
4     A. Sure. There are certain risks with
5  medications, as there are with all types of
6  medications, but there is also risks with certain
7  types of disease states. And the risk of or the
8  complications associated with medications should far
9  outweigh the complications of the disease process.
10    Q. Is it fair to say that all medicines carry
11 risks?
12    A. Absolutely.
13    Q. And sometimes those risks are very serious?
14    A. Absolutely.
15    Q. Can those risks sometimes include death?
16    A. Absolutely.
17    Q. So as a physician then, you take those risks
18 and you offset them against the benefit of the
19 medicine in deciding whether to prescribe it?
20    A. Correct.
21    Q. Now, one of the medicines you mentioned that
22 Mrs. Guinn was on was Seroquel; is that correct?
23    A. That's correct.
24    Q. I take it that's not a medicine you
25 prescribed for Mrs. Guinn?

13

1     A. No.
2     Q. In fact, you have not treated Mrs. Guinn's
3  mental disorders?
4     A. Correct.
5     Q. So the risk benefit analysis for medicine she
6  has received, like Seroquel for her mental illness, is
7  that something you leave to the physicians treating
8  her mental illness?
9     A. Absolutely.
10    Q. And you trust their judgment on that?
11    A. Absolutely. I do take into account the
12 complications associated with certain medications and
13 perhaps monitor them closely because of that.
14        For instance, steroids are associated with
15 increased blood sugar. They're also associated with
16 decrease in bone density. Having said that, steroids
17 are used for severe COPD, so you have to outweigh the
18 ability to breathe versus monitoring the diabetes or
19 their osteoporosis better.
20    Q. Now, Seroquel, you mentioned, is an atypical
21 antipsychotic?
22    A. Correct.
23    Q. In fact, is there a class of medicine called
24 atypical antipsychotics?
25    A. Correct.