# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE: Seroquel Products Liability
Litigation
MDL DOCKET NO. 1769
This Document Relates to:
Guinn v. AstraZeneca LP, et al.
[Linda Guinn 6:07-cv-10291]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

February 18, 2008

Oral deposition of LINDA GUINN, taken pursuant to Fed.R.Civ.P. 30, held at the Sheraton Suites Orlando Airport, 7550 Augusta National Drive, Orlando, Florida 32822, beginning at 10:00 a.m., on the above date, before Victoria A. Bramnick, Professional Court Reporter.

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

**162**

1  Q. I asked you earlier about
2  whether you had a deposition before.
3  A. Yes.
4  Q. And I think you said no?
5  A. No.
6  Q. Have you been involved in
7  any legal proceedings before --
8  A. No.
9  Q. -- that you can recall?
10 A. No.
11 Q. Let me see if I can help
12 you. Do you remember a lawsuit against a
13 Gina Gibson?
14 A. That's my stepsister, but
15 no.
16 Q. You don't remember that at
17 all?
18 A. No.
19 Q. That you weren't involved in
20 a lawsuit with Gina Gibson?
21 A. There might have been, but
22 it would have been on the part on my
23 mother.
24 Q. What would that have been to

**163**

1  do with?
2  A. With my stepfather.
3  Q. And what would the lawsuit
4  have been about?
5  A. I don't know.
6  Q. So you don't recall any
7  lawsuit that you were involved as a
8  plaintiff?
9  A. No.
10 Q. Were you involved with any
11 legal proceedings with respect to
12 Kristopher Dixon?
13 A. Yes.
14 Q. What were those?
15 A. That was -- he -- a suit was
16 filed on his behalf for an injury at a
17 school.
18 Q. What was the injury?
19 A. A little boy had chocked him
20 and he passed out and hit the lockers on
21 the wall and took out all of his front
22 teeth.
23 Q. Was the litigation resolved?
24 A. Yes.

**164**

1  Q. Did he actually file a
2  complaint in court?
3  A. Yes.
4  Q. Were you acting as his
5  guardian in that?
6  A. Yes.
7  Q. Was his father acting as his
8  guardian?
9  A. No.
10 Q. Did you have to give any
11 testimony?
12 A. No, not that I can say.
13 Q. Can you think of any other
14 legal proceedings that you might have
15 been involved in or you've been involved
16 in?
17 A. No.
18 Q. Have you ever filed for
19 bankruptcy?
20 A. No.
21 Q. Can you flip back to page
22 three in your fact sheet, please?
23 A. Sure.
24 Q. In item five it says injury,

**165**

1  symptoms, diagnosis and damages?
2  A. Yes.
3  Q. And in B it says diabetes.
4  Are you, in fact, claiming that Seroquel
5  caused your diabetes?
6  A. Yes.
7  Q. Is that the only injury
8  you're alleging Seroquel caused you?
9  A. No. It caused several
10 problems.
11 Q. That's what I'm trying to
12 ask. The injury you list here is
13 diabetes. So is there any other medical
14 condition that Seroquel caused you?
15 A. I'm having a hard time
16 understanding.
17 Q. The question says, Detail
18 description of condition, and you list
19 diabetes. Is diabetes the injury you're
20 suing for?
21 A. Yes, it is.
22 Q. And there's no other injury
23 you're suing for, correct?
24 A. Not an injury.

**166**

1  Q. What's the other thing in
2  your mind then?
3  A. What I went through taking
4  Seroquel.
5  Q. What is that?
6  A. I wasn't -- at the beginning
7  I wasn't capable of driving. I wasn't
8  capable of making decisions, running my
9  own life. I was high. I was low. I was
10 sleepy all the time. My memory was not
11 what it used to be. The weight gain.
12 The diabetes changed my life, my whole
13 life, carrying around little packages of
14 stuff to eat, always pricking my finger,
15 making sure, you know, the Byetta is
16 injectable in the stomach. You know,
17 it's a horrible thing to have to go
18 through. It really is.
19 Q. Which doctors did you tell
20 to stop giving you Seroquel?
21 A. Dr. Urguisa.
22 Q. Other than Dr. Urguisa, any
23 others?
24 A. It would have been Nancy

**167**

1  Thompson, too.
2  Q. When you were diagnosed with
3  diabetes?
4  A. Yes.
5  Q. Under C it says, Are you
6  claiming you have paid or will have to
7  pay any monetary expenses as a result of
8  using Seroquel. Do you see that?
9  A. Uh-huh.
10 Q. And it says, Plaintiff has
11 paid and will have to pay medical bills
12 and expenses for treatment of the injury
13 sustained. What medical bills and
14 expenses have you accrued as a result of
15 using Seroquel?
16 A. My Stay Well pays for my
17 medication 100 percent, and my doctor
18 visits.
19 Q. So you actually didn't pay
20 for Seroquel?
21 A. No, I didn't.
22 Q. And you didn't pay for
23 doctor visits?
24 A. No.

**168**

1  Q. Have you ever had life
2  insurance?
3  A. Yes, I have life insurance.
4  Q. Do you have it today?
5  A. Yes.
6  Q. Who is your life insurance
7  with?
8  A. I believe it's Aetna. My
9  mother has a policy out on me.
10 Q. Did you have to take a
11 physical for your life insurance policy?
12 A. No.
13 Q. How long have you had your
14 life insurance policy for?
15 A. I believe she has had it for
16 about seven, eight years.
17 Q. Have you had any other life
18 insurance policies?
19 A. No.
20 Q. Have you ever been denied
21 any life insurance policies?
22 A. Not that I know of.
23 Q. Have you ever been turned
24 down for insurance coverage that you're

**169**

1  aware of?
2  A. Yes.
3  Q. What?
4  A. That's what caused -- for my
5  epilepsy, I was uninsurable. And that's
6  what caused me to go on to the Medicaid,
7  because the Medicaid would cover it.
8  Q. And the insurance you list
9  on page seven -- I'm sorry to make you
10 jump around.
11 A. That's okay.
12 Q. Is Medicaid and Stay Well
13 Insurance; is that correct?
14 A. Yes.
15 Q. Are those two separate
16 policies or one coverage?
17 A. No, it's one coverage.
18 Q. Do you know why they were
19 listed separately?
20 A. No, I don't.
21 Q. But Medicaid covers all your
22 medical expenses and doctor visits?
23 A. Yes, it does.
24 Q. On the same page under B you

(Pages 166 to 169)

ESQUIRE DEPOSITION SERVICES