EXHIBIT 3

1

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation,

MDL DOCKET NO. 1769


This document relates to:


Burns v. AstraZeneca, LP, et al.

(Janice Burns 6:07-cv-15959)

_____


DEPOSITION OF:    DR. THOMAS RANDLES

ON BEHALF OF:    Defendants

DATE:        February 19, 2008

TIME:        10:00 a.m. to 4:15 p.m.

PLACE:        The Residence of Dr. Thomas W. Randles
              631 Coquina Drive
              Lynn Haven, Florida

REPORTED BY:    Lisa Jeter
              Registered Professional Reporter
              Notary Public
              State of Florida at large

74

1  see what would happen to her blood sugar as time
2  went on.  Possibly that with time and getting the
3  sugar back under control, and some weight loss, she
4  could possibly lose her fact that she's diabetic.
5  But I don't think that happened.  I think she
6  continued to be diabetic and we continued to treat
7  it.
8         MR. MAGAZINER:  I have no further
9      questions at this time.
10         CROSS-EXAMINATION
11  BY MR. BARRINGER:
12      Q   Doctor, my name is Robert Barringer.  I
13  represent Ms. Janice Burns in an action that she has
14  filed suit against AstraZeneca, alleging that her
15  diabetes was caused by a product she used known by
16  the name of Seroquel.  Do you understand that?
17      A   Yes.
18      Q   Doctor, what I want to first go through
19  is -- basically, can you explain to the jury what
20  diabetes -- strike that.  You diagnosed Ms. Burns
21  with Type II diabetes; is that correct?
22      A   Yes.
23      Q   Can you explain to the jury what Type II
24  diabetes is?
25      A   Type II diabetes means that you have

75

1  insulin present.  Type I diabetes, they don't
2  produce insulin anymore.  If they don't get insulin,
3  they die.  But with Type II diabetes, the body is
4  still making insulin, but the cells isn't reacting
5  to the insulin.  Insulin signals cells to take sugar
6  out of the system.  And with Type II diabetes, the
7  insulin stimulates the cells to pick up the sugar
8  and the cells refuse to do it, and that's called
9  insulin resistance.  With that, you get high blood
10  sugars, and those high blood sugars cause damage to
11  the body, and we refer to that high blood sugar
12  state at a certain level of a fasting blood sugar
13  level greater than 126 and of non-fasting greater
14  than 200, it's diabetes.  And we control the blood
15  sugar in diabetics because we know high blood sugars
16  cause the end organ damage to the kidneys, and the
17  blood vessels, and eyes and heart.
18      Q   Doctor, you used the term "control
19  diabetes."  How do you in your practice of treating
20  someone with Type II diabetes control diabetes?
21      A   Underlying number one, they need to lose
22  weight, usually, and increase their exercise.  But
23  then we use medications.  We use some medicines that
24  stimulate the pancreas to put out more insulin, and
25  use other insulin medicines that signal the liver to

76

1  quit making so much sugar and pick up more sugar,
2  and we use some medicines that tell the cells to
3  react to insulin better and pick up sugar like
4  they're supposed to.  The object is to bring the
5  blood sugar down to normal ranges.
6      Q   And when you say "insulin," are you
7  referring to an injectable form of insulin in the
8  later stage?
9      A   No, not necessarily.  When I say
10  "insulin," the body is always making insulin.  So
11  usually when we use oral medicines, we are trying to
12  make the body respond better to insulin the body is
13  already making.  It's not until the pancreas can't
14  make enough insulin that we have to give insulin.
15  That's usually about our last choice in the care of
16  a Type II diabetic is to use insulin.
17      Q   Okay.  What does a patient suffering from
18  Type II diabetes -- what are they at risk for as far
19  as future medical issues?
20      A   Diabetes increases the risk of heart
21  attacks and strokes tremendously, especially heart
22  attacks.  It just causes basically increased
23  atherosclerosis of the blood vessels, and that also
24  can cause gangrene in the legs due to poor
25  circulation, it can cause destruction of the kidneys

77

1  due to poor circulation.  So it's just a devastating
2  disease, and it usually comes down to the lining of
3  the blood vessels that pick up fat much quicker when
4  there's a high blood sugar.
5      Q   Now, Doctor, you've testified that you
6  first began seeing Ms. Janice Burns on 5 of 2003; is
7  that correct?
8      A   Yes.
9      Q   May 2003?
10      A   Right.
11      Q   At the time that you saw her in May of
12  2003, what medications was she on?
13      A   That's it.  Patient was on Vasotec, a
14  blood pressure medicine, Synthroid for
15  hypothyroidism, Seroquel for her major depression,
16  and Prozac for her major depression, and Ritalin for
17  depression and her posttraumatic stress disorder.
18  And I think that was -- that last one chlordiaz,
19  that's tranzene, it's a medicine that's used for
20  anxiety.  And Aspercreme for her pain in her wrist.
21      Q   Now, for those medications that you just
22  listed, did you prescribe any of those to her on
23  that first visit?  I'm sorry.  Strike that question.
24         The medications that you just listed, are
25  those the medications that the patient presented to

(Pages 74 to 77)

```
                                                  78
1    you with?
2         A   Yes.  She was on those medicines when we
3    met her.
4         Q   Okay.  Now, during your treatment of
5    Ms. Burns, did you ever prescribe Seroquel to her?
6         A   She was already on it.  I may have wrote
7    her a script if she needed it, though.
8         Q   So Doctor, is it fair to say that if the
9    record shows that you did prescribe Seroquel to
10   Ms. Burns, that the prescription you would have
11   written her for would have been just to get her to a
12   gap period where she could get to Dr. Billingsley;
13   is that correct?
14        A   Yes.  More to just simplify things.  If we
15   knew she was going to be taking that medicine, due
16   to the order of Dr. Billingsley, it was just as easy
17   for me to write the scripts as him.
18        Q   But to put the patient on Seroquel, did
19   you leave that determination to Dr. Billingsley?
20        A   Yes.
21        Q   So you didn't make the determination as to
22   whether or not to put this patient on Seroquel or
23   not?
24        A   No.
25        Q   And is it fair to say that you did not
```

```
                                                  79
1    make the determination to continue this patient on
2    Seroquel or not?
3         A   No.
4         Q   Is it fair to say that you did not make
5    the decision to adjust any of her mental health
6    medications?
7         A   Yes.
8         Q   Is it fair to that you left any
9    adjustments or changes to those mental health
10   medications, such as Seroquel and other
11   antipsychotics, to Dr. Billingsley?
12        A   Yes.
13        Q   Okay.  The AstraZeneca attorney showed you
14   an office visit of 9/03/2003.  That mentioned
15   prednisone.  Do you recall that document?
16        A   Yes.
17        Q   When was the patient first put on
18   prednisone?
19        A   Probably through the emergency room, I
20   would figure, but I'm not positive.  She was placed
21   on prednisone on Friday, probably the Friday before
22   that, probably in the emergency room.
23        Q   And if one is to take prednisone, one of
24   the side effects is that it can elevate sugar; is
25   that correct?
```

```
                                                  80
1         A   Yes.
2         Q   Is that elevation temporary?
3         A   Usually.
4         Q   I'm sorry?
5         A   Usually, yes.
6         Q   At that point in time, she had blood sugar
7    readings between 385 and 424; is that correct?
8         A   Okay.  Yes.  Uh-huh.  But actually, if you
9    look at that date, that's when we actually started
10   her on medicines for diabetes.
11        Q   Okay.
12        A   That was a month before in August of ' 03.
13        Q   Okay.
14            MR. MAGAZINER:  When you said that date --
15            MR. BARRINGER:  Yeah.  Let me see that.
16   This is part of the confusion of getting the
17   records late.
18   BY MR. BARRINGER:
19        Q   Doctor, you're referring to 8/08/2003?
20        A   Right.  That's when we first diagnosed --
21   I'm pretty sure.  Where is that?
22        Q   I think you're right.
23        A   8/20/03.
24        Q   8/20/03.
25            MR. MAGAZINER:  Let's go off the record.
```

```
                                                  81
1            (Off-the-record discussion.)
2    BY MR. BARRINGER:
3         Q   Doctor, when did you first diagnose
4    Ms. Janice Burns with diabetes?
5         A   8/20/03.
6         Q   Okay.  On that particular date, was she on
7    prednisone?
8         A   No.
9         Q   What medications did she present with at
10   that time?
11        A   She was -- her blood pressure medicine,
12   Avapro, I think that is.  And then Prozac,
13   Aldactazide, Synthroid, Seroquel and Ritalin.
14        Q   Now, there's an arrow pointing to
15   Dr. Billingsley under Seroquel and Ritalin.  Were
16   those the mental health medications that she was on
17   at that time?
18        A   Right.  That means he prescribed those.
19        Q   Okay.  What was your plan of action on
20   that particular day?
21        A   We started her on medicine for her
22   diabetes, Glucovance.  We gave her some samples for
23   a few days' worth, and then gave her a prescription
24   to go to Glucophase XR 500, twice a day.
25        Q   On 8/27/2003, what does the record
```

**(Pages 78 to 81)**

82

1  indicate regarding the patient?
2      A   8/27?
3      Q   Yes. It's seven days --
4      A   She just came in for a blood pressure
5  check.
6      Q   And what else does it say?
7      A   It says her blood pressure and pulse rate
8  only, patient complained of shortness of breath, Dr.
9  Randles told patient to go to emergency room, but
10 patient refused on the basis that she did not have
11 any money.
12     Q   Now, Doctor, was it your understanding
13 that Ms. Burns may have missed appointments or not
14 followed your orders because of her funds with which
15 to seek treatment were limited?
16     A   I think at that point, she came into the
17 office and was complaining that it was those
18 problems and I felt like with that going on, we had
19 better have her go to the emergency room where she
20 can get a chest x-ray and things like that, work it
21 up better quickly. That's why we said to go to the
22 emergency room.
23     Q   Then skipping to the 9/03/2003 date. With
24 respect to the prednisone used, you had already
25 diagnosed this patient with having diabetes,

83

1  correct?
2      A   Yes.
3      Q   Patient goes -- or seeks treatment that
4  involves prednisone on a Friday of that year?
5      A   Right. Right.
6      Q   And she presents to your office with very
7  high blood sugars; is that correct?
8      A   Right.
9      Q   Now, this anomaly of high blood sugars, do
10 you attribute that to the prednisone?
11     A   Yes.
12     Q   Do you attribute that her diabetes was
13 caused by the prednisone?
14     A   No. It was just exacerbated by it.
15     Q   Sitting here today, Doctor, with respect
16 to Seroquel, do you do clinical research regarding
17 Seroquel?
18     A   No.
19        MR. MAGAZINER: Object to form.
20 BY MR. BARRINGER:
21     Q   Doctor, how did you learn about the
22 product Seroquel?
23     A   Oh, I don't know. Lots of different ways.
24 I read about it in books, started patients on it,
25 then went to medical conferences and all kinds of

84

1  things. To me, Seroquel was an antipsychotic of the
2  second generation that was noted for helping people
3  sleep at night. That's the main times I would use
4  it is if somebody had a severe depression or
5  psychosis, who was having trouble sleeping.
6      Q   And Doctor, where did you learn that
7  Seroquel was used to help people sleep?
8      A   I don't know. There's so many different
9  ways you learn things. I listen to medical lectures
10 on tape, I read books, I go to medical conferences.
11 So where I learned that, I don't know.
12     Q   Okay. And Doctor, did you ever learn that
13 Seroquel was used for pain management?
14     A   I think we're learning more and more.
15 We're hitting pain from all kinds of different
16 modalities. So Seroquel is -- to me, I don't think
17 of it as a great treatment for pain, but it could be
18 used as adjunctive treatment for pain. But to me,
19 that's not high up on the list for Seroquel.
20     Q   Now, with respect to Ms. Burns, what is
21 your understanding as to why she was taking
22 Seroquel?
23     A   Probably for her major depression.
24     Q   Do you know if she was ever clinically
25 diagnosed as schizophrenic?

85

1      A   I've got to admit that I've been reviewing
2  the chart, and I haven't seen where she was
3  diagnosed with schizophrenia. Just major
4  depression.
5      Q   After your review of the chart and from
6  your memory, do you recall why Ms. Burns was
7  prescribed Seroquel?
8      A   It seems like Dr. Billingsley prescribed
9  it for major depression.
10     Q   Okay. Now, on the following interaction
11 with the patient, there's a 9/4/2003 note. It says,
12 follow-up from yesterday. AccuCheck 203 currently.
13 2003 is still an elevated blood sugar, is it not?
14     A   Yes.
15     Q   Doctor, is this a follow-up to see how
16 she's doing from an exposure to the prednisone?
17     A   I don't think so. It's hard to say. It
18 could be from a follow-up of her shortness of
19 breath, but it's probably a follow-up for looking at
20 all kinds of aspects, just making sure that the
21 changes we're making in medicines and blood pressure
22 medicines and all of that, everything is going the
23 right direction, especially on the 27th she said she
24 was short of breath, and we told her to go to the
25 emergency room.

---

114

1     A  It says right here, 1QD.  So that's how
2  often she should be checking it.  Once a day.
3     Q  Once a day.  Okay.  So the patient pricks
4  her finger?
5     A  Yes.
6     Q  They put a sample of blood on the blood
7  glucose strips, correct?
8     A  Yes.
9     Q  And they insert it into the machine,
10  correct?
11     A  Yes.
12     Q  Are they supposed to maintain a diary?
13     A  Should.  Lots of times it's built right
14  into the machine.
15     Q  Are they supposed to bring the machine
16  with them wherever they go?
17     A  No.
18     Q  Are they supposed to bring the machine to
19  the doctor every time they come see you?
20     A  They're supposed to let me know what their
21  blood sugar is running and let me review it somehow.
22     Q  Now, when you put Ms. Burns on diabetic
23  medication, what did you prescribe her?
24     A  I saw the first time we put her on
25  Glucovance, which has metformin and sulfanuria.  But

---

115

1  that was just samples we gave her for the first few
2  days, and then I kept her on Glucophage metformin
3  after that.
4     Q  Based on that 1/9/2007 list, had you
5  maintained her on Glucophage?
6     A  I'm sure -- here is '07.  Yes.  Is she on
7  it?  Yes, she's on it.  501 bid.
8     Q  And this is the 8/20/2003 note.  Is that
9  the same prescription for Glucovance?  Is that the
10  same as the one --
11     A  Glucovance.  Sulfanuria.  And the
12  metformin, Glucophage.  We just did that for a few
13  days, samples, and we just switched her to this
14  medicine all by itself.  I figured that would do it
15  by itself the way she was.
16     Q  Now, Doctor, based on looking at 8/20/2003
17  to the January 2007, would you say that her -- based
18  on looking at the medications that you prescribed,
19  that her diabetes is controlled with the Glucophage?
20     A  I have reviewed her chart, and I was
21  looking at her hemoglobin A1cs, and they were very
22  good.  Usually it seemed like around six.  So that
23  was good control of diabetes.
24     So yeah, we had her well controlled.
25  Hemoglobin A1c on 12/1/06 was six.  And I -- earlier

---

116

1  I went through all of those and I said, well, we had
2  pretty good control of her blood sugar.
3     Q  Now, Doctor, how long will Ms. Burns have
4  to take Glucophage?
5     A  Probably the rest of her life, unless she
6  possibly loses weight and exercises more, and
7  possibly -- I'm a firm believer that weight loss and
8  exercise are a cure for diabetes in some people.
9     Q  Now, if she ate right, as you testified,
10  and worked out, is there any guarantee that her
11  diabetes will go into remission?
12     A  No.
13     MR. MAGAZINER:  Off the record.
14     (Off-the-record discussion.)
15  BY MR. BARRINGER:
16     Q  Doctor, does diabetes go away if you lose
17  weight and get on a proper diet?
18     A  It can.
19     Q  Does it happen in all people that way?
20     A  Nothing ever happens in all people.
21     Q  So it's mere speculation that diet and
22  exercise alone will be able to control Ms. Burns' --
23  control her diabetes?
24     A  I think it's been pretty much documented
25  and it's proven that we can probably in many cases

---

117

1  get diabetes under control without any medications
2  if we just get them to lose weight and exercise.  So
3  it is speculation somewhat, but it's also a proven
4  fact and theory and it's medical practice.
5     Q  And do you explain to the patient what
6  type of exercise you want them to do?
7     A  I nag them all the time.  I tell them to
8  walk, swim, whatever they want to do.  But I'm a nag
9  on exercise.
10     Q  Okay.  But you don't send them to a
11  certified personal trainer?
12     A  If they have the money and want to spend
13  it, I will send them.  But -- and some people do.
14  But I don't think, you know, it's necessary,
15  especially someone who can't afford medicines, to
16  try to send them to a trainer when all they have to
17  do is go for a half-hour walk a day.
18     Q  What type of diet do you recommend a
19  patient on Type II diabetes be put on?
20     A  I think we're getting more and more away
21  from special diets, and what we're just trying to do
22  is limit calories.  But I always tell people eat
23  lots of green leafies and stay away from the fast
24  foods, fatty foods and fried foods and the snacks.
25     Q  Do you send them to a nutritionist?

---

**(Pages 114 to 117)**

118

1    A   I do sometimes.
2    Q   Did you send Ms. Burns to a nutritionist?
3    A   I don't think so.  She is pretty smart.
4  She probably knows more than a nutritionist.
5    Q   Okay.  Is that speculation as to what
6  Ms. Burns regarding about nutrition?
7    A   She's a smart person.  She's a nurse.  She
8  knows her medicine pretty good.  But then again,
9  sometimes when I say that, I might be saying that
10  she wouldn't want to listen to them because she
11  already knows.  She probably already knows a good
12  diet, but knowing it and doing it is a hard thing.
13    Q   I'm a little confused.  We looked at some
14  medical records from an Indian doctor.
15        MR. MAGAZINER:  Bataineh?
16  BY MR. BARRINGER:
17    Q   Yes.  How did you obtain those records?
18    A   I'm sure we requested them.
19    Q   Do you know whether or not that doctor was
20  her primary care physician before you?
21    A   I've got a feeling he was.  In going
22  through those records, oh, yeah, I remember
23  Dr. Bataineh.  I don't know if he still practices
24  here or not.
25    Q   What confused me, you didn't take over his

119

1  practice?
2    A   No.  No.
3    Q   On 9/25/2007, there was a Quest
4  Diagnostics lab report, where there was a reading of
5  100, indicating high, and the ordering physician
6  indicates that it -- that's you, Doctor.  And it
7  says, Need to see --
8    A   Nephrologist.
9    Q   -- nephrologist.
10    A   Her creatine was up.  And I don't know
11  why.  So I said, uh-oh, look out, kidneys.  And who
12  knows what it was?  I still -- I think that's when
13  I --
14    Q   Okay.  Doctor, let me ask you a question
15  before you provide a response.  Doctor, did you
16  recommend to this patient to see a nephrologist?
17    A   Yes.
18    Q   What does a nephrologist treat?
19    A   He's an expert on diseases of the kidney.
20    Q   And --
21    A   Kidney failure.
22    Q   And is kidney failure a possible side
23  effect of diabetes?
24    A   Yes.
25    Q   The document says, Patient can't, refuses.

120

1  It says, Patient can't afford to see right now.  So
2  is that a refusal by the patient?
3    A   Yes.
4    Q   And the patient couldn't afford to go to
5  the doctor to see what was wrong with her kidneys,
6  correct?
7    A   Yes.
8    Q   Okay.
9    A   And I don't know.  I can't tell you what
10  happened after that.  So hopefully we got her in,
11  though.  I've got a feeling we made her go.
12    Q   Okay.  And there's another lab report by
13  Quest Diagnostics on 6/15/2007.  It says, hemoglobin
14  A1c.  It says, 6.0.  It says H -- percentage of
15  total HGB.  Nondiabetic is less than 6.0.
16        Doctor, is that considered to be an
17  abnormal reading?
18    A   Remember, I said that our goal is to get
19  that A1c in a diabetic less than seven.
20    Q   Now, if we can get it below 6.5, we really
21    A   Now, if we can get it below 6.5, we really
22  think we're doing good.  We had her down to 6.0.
23  She's almost to the point that she's so low, it's
24  like she doesn't have diabetes.  But then in
25  September her kidneys are showing signs of failure.

121

1  I don't know if that was to the diabetes.  It seems
2  like it was coming on awful quick.  So it could have
3  been medicine or who knows what.  I just know when I
4  saw that jump in her creatine, look out.  We had
5  better find out what's going on here.
6    Q   So when you asked the patient to go see a
7  nephrologist, did you make a determination as to
8  what caused her kidney issue?
9    A   No.  I --
10    Q   Doctor, can you explain to the jury what a
11  hemoglobin A1c represents?
12    A   It's something that came along that we
13  learned that helps us to know how well the sugar is
14  controlled.  Rather than tons of fasting blood
15  sugars, the A1c will tell us basically how well has
16  the sugar been controlled over the past month.  And
17  it's been a big help in medicine.  People would come
18  in and maybe have their fast -- their blood sugar
19  good in the office, because they really did good for
20  a couple days, and they'd go away for the rest of
21  the month and be running at 400.  We could tell by
22  the A1c and get a better idea how well the sugar
23  control is.
24    Q   Then there's a record, and it says to
25  Thomas W. Randles, DO, family practice.  It says,