# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

---------------------------------------------x
IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Burns v. AstraZeneca LP, et al.
[Janice Burns 6:07-cv-15959]
---------------------------------------------x

February 15, 2008

Oral deposition of JANICE BURNS, taken pursuant to Fed.R.Civ.P. 30, held at the Sheraton Suites Orlando Airport, 7550 Augusta National Drive, Orlando, Florida 32822, beginning at 10:27 a.m., on the above date, before Victoria A. Bramnick, Professional Court Reporter.

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

118

1  Type I or Type II, and Type II is more --
2  is more your lifestyle and Type I has a
3  lot to do with family history.
4      Q.  Your condition is Type II,
5  correct?
6      A.  Yes.  There's another one.
7  High cholesterol and triglycerides.  I
8  have high cholesterol and/or
9  triglycerides.  However, I had a cardiac
10 cath within the past year, and all I have
11 is a 13 percent blockage on one artery
12 and I'm clean as a whistle.  It's
13 remarkable.
14     Q.  I need to ask you some
15 questions about your weight.  I hope you
16 don't mind my doing so.
17     A.  I'm past caring about it.
18     Q.  What's that?
19     A.  I'm past caring about it.
20         MS. HORNSBY:  Objection,
21 nonresponsive.
22 BY MR. MAGAZINER:
23     Q.  Do you know what the BMI
24 means?

119

1      A.  Yes.
2      Q.  Do you, or have you in the
3  past, kept track of your BMI?
4      A.  As I recall, it's somewhere
5  around 35.
6      Q.  And what is considered
7  normal?
8      A.  I can't recall, but it's a
9  lot lower than that.
10     Q.  When did you first
11 experience some problem with being
12 overweight?
13     A.  About 1986.
14     Q.  Do you associate --
15     A.  '86 to '89, somewhere in
16 there.
17     Q.  Do you associate that with
18 anything in particular that happened in
19 your life at that time?
20     A.  My thyroid.
21     Q.  So would it be fair to say
22 that since you first began to experience
23 some problems with your weight in the '86
24 to '89 period, it's been a recurring

120

1  problem for you ever since?
2      A.  Yes.
3      Q.  Have you gained weight
4  steadily over that whole period?
5      A.  No.
6      Q.  Are there times that your
7  weight has gotten lower?
8      A.  I have gotten it down to
9  170.  As soon as I started taking
10 Seroquel it started going up.  Now, I
11 don't take Seroquel, but I take Lyrica
12 and it's going up.
13     Q.  Is Lyrica associated with
14 weight gain?
15     A.  Yes.  It's a significant --
16 it's one of, like top three things they
17 tell you.
18     Q.  You said when you started
19 taking Seroquel you were down to about
20 170; is that right?
21     A.  I think I was somewhere in
22 there.
23     Q.  There had been a time before
24 that when it was higher; is that right?

121

1  If I were to chart out your weight, there
2  was a time that it was higher than 170
3  and then you got it down to 170, so it's
4  just about the time you started taking
5  Seroquel?  Am I understanding correctly?
6      A.  I think that a little -- no,
7  I think it was about 170, and I started
8  the Seroquel, and then it wasn't that
9  far -- there wasn't that much difference
10 between stopping the Seroquel and
11 starting the Lyrica, you know.  And then
12 because of my feet, walking, you know,
13 exercise is the best, and the doctor
14 instructed me not to walk, and the pain
15 in my feet is so bad that, you know, even
16 with the pain medication I'm in tears
17 after a short walk.
18     Q.  Well, we'll come back to
19 that, but let me just focus on how much
20 you weighed at various times.  What was
21 the highest you ever weighed before
22 starting Seroquel, the most you ever
23 weighed?
24     A.  I think 180.

**Page 122**

1  Q.  What was your weight when you were 20 years old?
3  A.  114.
4  Q.  In 1986 you were about 32, 33, right?
6  A.  Yeah.
7  Q.  And what was it just before you started putting on weight at that time?
10 A.  To the best of my knowledge, it was between 150 and 160 at that time.
12 Q.  So when you were about 20 it was about 114 pounds?
14 A.  (Witness indicates.)
15 Q.  I'm assuming by 20 years old you were fully grown, right?  Yes?  You're going to have to say something.
18 A.  Yes.
19 Q.  So 114 would be sort of an ideal weight for you, would that be right?
22 A.  Yes.
23     MS. HORNSBY:  Mine, too.
24 BY MR. MAGAZINER:

**Page 123**

1  Q.  And then you began to put on weight over the next 10, 12 years, so that by the time you got to about 1986 or so you were in the 150 range; is that about right?
6  A.  Two babies and a divorce.
7  Q.  And then from 1986 through -- so you continued to gain weight and you got to about 180 pounds; is that right?
11 A.  It was somewhere between 1986 and 1989.
13 Q.  That you got up to 180, or that you began to put on weight rapidly?
15 A.  That I got up to about 170, I think.
17     MS. HORNSBY:  You know, we're going back on what she weighed.
20     MR. MAGAZINER:  Sure.  I totally understand.  Just do the best you can.
23     THE WITNESS:  I'm doing the best I can.

**Page 124**

1  BY MR. MAGAZINER:
2  Q.  And no one expects you to have memory of everything you weighed at every year.  How about in '90s, early '90s, what did you weigh then?
6  A.  About 180.
7  Q.  And that continued -- did you continue to put on weight beyond 180 into the late '90s?
10 A.  No, I think -- I think I did okay until about 1990.  I know in 1998 I was 186 pounds on the -- exactly.
13 Q.  How do you remember that so clearly?
15 A.  Because I was in the hospital and I had a daily weight, and the bed, had to push a button and it came up with the weight, and so they put it on the wall.  They had a board.  They put it on the wall.  So every day there was 186, so I know in 1998 I weighed 186.
22 Q.  When did you begin using Seroquel?
24 A.  To the best of my

**Page 125**

1  recollection, it was 2002.
2  Q.  So sometime between 1998 and 2002 you went from about 186 pounds, you got it down to about 170?
5  A.  I believe so.  I went through quite a depression and lost weight.  Well, I'm pretty sure I lost some weight during that period.
9  Q.  But would I be right in thinking that you never got it below 170?
11 A.  Oh, no.  No, that was the last time I saw 170.
13 Q.  Then your testimony is that when you started Seroquel it began to climb up again; is that right?
16 A.  Yes.
17 Q.  What did you do to prepare for your deposition today, in general?  I know you met with your lawyer last night, and I know you met with your lawyer again this morning.
22 A.  Yes.
23 Q.  Did you do anything else to prepare?

**230**

1  Q. You're aware, are you not,
2  that high cholesterol is a risk factor
3  for diabetes?
4  A. Breathing is one, too, so...
5  MS. HORNSBY: Objection.
6  Nonresponsive.
7  THE WITNESS: Yes.
8  BY MR. MAGAZINER:
9  Q. And do you know that high
10  triglycerides are a risk factor for
11  diabetes?
12  A. Yes.
13  Q. And hypertension is a risk
14  factor?
15  A. Yes. Well, no, I never
16  heard that. If you say that, you're
17  getting into the black issue with black
18  hypertension, so...
19  Q. When you say black issue,
20  you mean --
21  A. Black people.
22  Q. The racial --
23  A. Racial.
24  Q. Okay.

**231**

1  A. They have high blood
2  pressure. They're black. They have
3  diabetes, you know, you tie the whole
4  thing in together.
5  Q. You were diagnosed with
6  hemachromatosis, correct?
7  A. Hemachromatosis, yes. I was
8  diagnosed by one doctor with that, and
9  it's been refuted by about three doctors
10  since then.
11  Q. Who was the doctor that
12  diagnosed that?
13  A. It was -- it was so long
14  ago, I can't remember. I was in my early
15  30s. And I remember it was in Nashville.
16  It wasn't Vanderbilt. My high level was
17  way up, but every time they tested it
18  since then it's not been up. So I've
19  been, I don't have it. You can't -- you
20  can go around with a normal iron level
21  and have hemachromatosis.
22  Q. Who has tested your iron
23  levels in your blood since the time that
24  that diagnosis was made?

**232**

1  A. I believe Randles has done
2  it. I believe Isley's done it. I
3  believe Bataineh did it. That's all.
4  Q. You've taken steroids from
5  time to time, correct?
6  A. Yes.
7  Q. And are you aware that use
8  of steroids is a factor for diabetes?
9  A. They've been very careful
10  about steroids with me. They don't jump
11  to steroids like they might to somebody
12  else who comes in really sick. I have to
13  be at death's door to get steroids
14  because of that.
15  Q. According to the records
16  I've seen, the most you have weighed in
17  the last years for which we have records
18  is 218 in March of '07. Does that sound
19  about right?
20  A. Yes.
21  Q. And the least you've weighed
22  was 164 in August of '06; is that about
23  right?
24  A. What, 164?

**233**

1  Q. You don't want to quarrel
2  with that, do you?
3  A. In my dreams.
4  Q. Oh, okay.
5  A. That's not correct.
6  Q. So when you reached your
7  maximum weight of 218 in March '07, that
8  was more than a year after you
9  discontinued the use of Seroquel,
10  correct?
11  A. I don't know. I have to
12  look at the dates.
13  Q. Have you ever gone to see a
14  doctor specifically about your weight?
15  A. Yes.
16  Q. Which doctor?
17  A. She was.
18  Q. Hum?
19  A. A witch doctor. I'm sorry.
20  That really was a joke. I went to a
21  psychiatrist who had an ad in the paper
22  and said that she did individual hypnosis
23  to help with weight reduction. You went
24  six times. And she had a -- you know,

**234**

1  you went to her the first time. She
2  explained what she was going to do. You
3  were supposed to go out and get a music
4  box that you really liked with the music.
5  You're supposed to come back for the next
6  visit. She hypnotized you with a music
7  box. She played the music box while she
8  hypnotized you, and she told you all the
9  things that you were going to do to lose
10 weight, that you were going to push away
11 from this and not eat that, and that you
12 were going to enjoy it. And there was
13 medication involved, just the music box
14 and her voice, and I lost 40 pounds.
15     Q.  You did lose 40 pounds --
16     A.  I lost 40 pounds without
17 trying in two months.
18         MS. HORNSBY:  You got her
19     number?
20         THE WITNESS:  She's in
21     Nashville.
22         MR. MAGAZINER:  That's
23     pretty impressive.
24 BY MR. MAGAZINER:

**235**

1     Q.  Besides that doctor, whose
2  name you haven't given us, what is it?
3     A.  I can't remember. That was
4  over 20 years.
5     Q.  Besides her, have you gone
6  to any other doctors specifically about
7  your weight?
8     A.  Not that I can recall, no.
9     Q.  Now, both Dr. Randles and
10 Dr. Billingsley have advised you to lose
11 weight, correct?
12    A.  Oh, everybody has advised me
13 to lose weight.
14        MS. HORNSBY:  Objection,
15    nonresponsive.
16 BY MR. MAGAZINER:
17    Q.  Including Billingsley and
18 Randles?
19    A.  Yes. And I need to lose the
20 weight, and I want to lose the weight.
21    Q.  Have you tried swimming
22 again? Can you swim now?
23    A.  Sometimes I get out and I
24 try and I have so much pain from my feet

**236**

1  and my hands. You know, the walking is a
2  nightmare. That's a nightmare.
3  Sometimes I end up on the side of the
4  road and I'm not going anywhere for half
5  an hour because of the pain. The
6  swimming, you know, it would be better if
7  I had a pool. The winter I can't swim.
8     Q.  Is there any kind of
9  exercise you are able to do now?
10    A.  Not that I can think of.
11 Although, I would like to try to bike,
12 but the pain from my feet is so
13 incredibly intense, it has just simply
14 changed my life. I can't do the same
15 things anymore. I mean, things that are
16 ordinary for everybody else are not
17 ordinary for me. And things that I used
18 to do, I can't do anymore. Things I took
19 for granted, I can't do them anymore. I
20 love to swim. I love it. I could swim
21 all day. I have snorkeled for five
22 hours -- look at my -- I've got a
23 waterproof watch. Looked at my watch and
24 gone I can't believe this, you know,

**237**

1  discovered I've been snorkeling for five
2  solid hours without looking up.
3     Q.  Did you change your diet
4  after you were diagnosed with diabetes?
5     A.  I did everything I could,
6  and my daughter helped me.
7     Q.  What did you do to change
8  it?
9     A.  Let's see. We tried to make
10 it a higher protein. We tried to knock
11 out sugars, including natural sugars.
12 Like carrots are high in sugars, and a
13 lot of fruits are extremely high in
14 sugars. And fruit juices are usually
15 very high in sugar. We knocked out the
16 sugars. We tried to knock down the
17 carbs. Drinking was especially hard, so
18 I started carrying around like Crystal --
19 there's individual Crystal Light packs.
20 Yeah, we've done -- we've done a lot of
21 things. Strangely enough, peanut butter
22 sandwiches seem to do well. You wouldn't
23 think that, but they do.
24        You know, we found a few

238

1  things. And we've also found some
2  behaviors and things that go on in the
3  house that will immediately cause me to
4  release cortisone, make my blood pressure
5  shoot up. And I go right away and take
6  it, and it's through the roof, you know.
7  I have had it in the 300s at home within
8  the last month. You know, it's only been
9  a couple of times, but that's why I carry
10 my Glucophage inside my pack for checking
11 my sugar. I carry the Glucophage right
12 in it.
13     Q.  When you started to put on
14 weight when you were in your early 30s,
15 was most of the weight around your waist
16 or was it in your hips and thighs?
17     A.  Lower abdomen.
18     Q.  Have you heard medical
19 people talk apple-shaped figures and
20 pear-shaped figures? You've heard those
21 terms?
22     A.  I'm not pear-shaped.
23     Q.  So you would
24 classify yourself --

239

1     A.  I'm more apple-shaped.
2     Q.  -- more of an apple shape.
3         And have you been told that
4  apple-shaped people have a higher risk of
5  diabetes than pear-shape people? Have
6  you heard that?
7     A.  I haven't heard it. But I
8  mean, we're getting up there, too, you
9  know.
10        MS. HORNSBY:  Objection,
11    nonresponsive.
12        THE WITNESS:  No.
13 BY MR. MAGAZINER:
14    Q.  How many years have you been
15 on blood pressure medication?
16    A.  Probably about 12 years, and
17 then somewhere in there another 10, but I
18 had a break with not taking it. And I
19 had a problem with my blood pressure
20 bouncing. And I've had a problem taking
21 my blood pressure medicine, and it's down
22 to nothing. Right now the Minipress is
23 supposed to be for nightmares and
24 flashbacks, is keeping it down.

240

1     Q.  Did you have gestational
2  diabetes with either of your pregnancies?
3     A.  No.
4     Q.  Where did you give birth to
5  your children?
6     A.  My son was born at Fort Polk
7  Army Hospital in Louisiana. My daughter
8  was born at Baptist Hospital in
9  Nashville, Tennessee.
10    Q.  Now, you mentioned you're
11 seeing an endocrinologist. Have you seen
12 a nutritionist in connection with your
13 diabetes care?
14    A.  No, but I heard of a
15 program, and I was going to see about
16 getting into it.
17    Q.  A nutritional program?
18    A.  Well, sitting down and
19 talking with a nutritionist about
20 specific things, likes and dislikes and
21 tricks to help control my sugar. I have
22 no desire to see all the things that it
23 could do to me. I like my eyes. I want
24 my kidneys, you know. He says eventually

241

1  my nerves will die. And I asked him what
2  "eventually" was and he said maybe by the
3  time you die.
4     Q.  Anyone else in the world
5  treat you for your diabetes other than
6  the doctors we have already talked about
7  today?
8     A.  No.
9     Q.  Have you ever been
10 hospitalized for diabetes or
11 complications of diabetes?
12    A.  No.
13    Q.  Other than the pharmacies we
14 talked earlier about today --
15    A.  I'm sorry. I may have not
16 answered that last question honestly.
17 Hospitalized for diabetes, I've been
18 taken to the emergency room by ambulance
19 and treated in the emergency room and
20 released. I don't know if that counts.
21    Q.  You've never been admitted
22 as an inpatient for diabetes?
23    A.  No.
24    Q.  The pharmacies that you

JANICE BURNS

66

Page 258

1  attach this as an exhibit?
2       MR. MAGAZINER: Sure.
3       THE WITNESS: So I just,
4  here, and I do it -- I do it by
5  the year, starting from my birth
6  and go all the way da-da-da-da.
7  BY MR. MAGAZINER:
8       Q.  So I'm sure your records are
9  far better than what we could find, so I
10 ask you to --
11      A.  It says what the CAT scan
12 says, it says the works.
13      Q.  Okay.  So you'll send a copy
14 of that to your lawyer and we'll get a
15 copy.  Thank you.
16      A.  Back in the days when I had
17 the use of a computer.  Where did you get
18 this?
19      MS. HORNSBY: Objection.
20 Nonresponsive.
21      MR. MAGAZINER: Usually the
22 lawyer -- plaintiff lawyer objects
23 to questions the defense lawyer
24 asks, not the questions from the

Page 259

1  plaintiff.
2       MS. HORNSBY: I understand
3  that.
4  BY MR. MAGAZINER:
5       Q.  Rozerem?
6       A.  I think it is -- what is
7  Rozerem?
8       Q.  That's a sleeping pill.
9       A.  No, no.  You're not
10 pronouncing it right.
11      Q.  Rozerem?
12      A.  Rozerem.
13      Q.  Rozerem.  Have you taken
14 that?
15      A.  I think I got a sample, but
16 I wasn't impressed.
17      Q.  How about Lunesta?
18      A.  Lunesta, I've never had
19 that.  I have heard people say they
20 really like Lunesta.  Now, I don't
21 like -- it starts with an A.  I can't
22 think of it.  He gave it to me once.  It
23 only lasts four hours.
24      Q.  Ambien?

Page 260

1       A.  Ambien, it lasts four hours,
2  exactly four hours.  You sleep like a log
3  for exactly four hours, then it's over.
4       MR. MAGAZINER: Off the
5  record.
6       Let's mark this as Exhibit
7  13.
8       (Exhibit No. Burns-13, List
9  of medications, was marked for
10 identification.)
11 BY MR. MAGAZINER:
12      Q.  We've seen a lot of drugs on
13 the record you brought with you today
14 from Winn-Dixie and Cooper.  From the
15 records that we had available to us
16 before today, we made this list of drugs.
17 And I'd like you to cast your eye over
18 it, and if you see any drug on there that
19 you think is wrong and that you've never
20 taken, I'd like you to tell me.
21      A.  Like twice and that was it.
22      Q.  I understand that.  I'm not
23 asking you to say that all these drugs
24 you've taken --

Page 261

1       A.  No Norgesic patch ever.
2       Q.  What number was that?  What
3  number are you up to?  Oh, I see.
4       A.  Norgesic, 51.
5       Q.  Pravachol, 53?
6       A.  Pravachol, 53.  No Lunesta,
7  67.
8       Q.  69?
9       A.  No Rozerem 70.
10      Q.  When you said no Lunesta,
11 you're talking about number 69, Lunesta?
12      A.  59, no Lunesta.
13      Q.  And no Rozerem?
14      A.  No, none.  Metformin.  God,
15 this will -- it's nothing but my diabetic
16 medicine.  I had a script for aspirin.
17      Q.  Do you take 81-milligram
18 aspirin to prevent heart problems?
19      A.  I do.  But I'll tell you
20 what, after seeing that --
21      Q.  So have you listed now all
22 the medications on Exhibit 13 that you
23 believe you never took?
24      A.  Wait a minute.  An awful lot

(Pages 258 to 261)

**262**

1  that I just -- 17.
2      Q.  Again, I'm not asking you to
3  say that you took all these drugs over a
4  long-term basis.  I just want to know if
5  there are any on here that you never
6  took, to the best of your recollection?
7      A.  Remeron, 21.  Oh, you got
8  prescription for Seroquel.  That's it.
9      Q.  I think I have nothing more.
10 One more thing.
11     A.  That would explain it.
12         MS. HORNSBY:  There's no
13 question on the table.
14         THE WITNESS:  Okay.
15 BY MR. MAGAZINER:
16     Q.  Do you take vitamins?
17     A.  Occasionally.
18     Q.  Do you have a copy of the
19 PDR in your home?
20     A.  I think I have an old one.
21     Q.  How old?
22     A.  About 15 or 20 years old.
23     Q.  That's old.
24         MR. MAGAZINER:  I'm sorry to

**263**

1  say, I have nothing further to ask
2  you.
3         Off the record.
4         (Discussion held off the
5  record.)
6         (Exhibit No. Burns-14, 2002
7  label of the PDR for Seroquel, was
8  marked for identification.)
9           - - -
10           EXAMINATION
11          - - -
12 BY MS. HORNSBY:
13     Q.  Today, have you taken any
14 medications that would not allow you to
15 answer Mr. Magaziner's questions
16 truthfully?
17     A.  No.  I don't take any
18 medication that affects my ability to
19 answer truthfully.
20     Q.  Thank you.  Can you tell the
21 jury what physical injuries you believe
22 you've suffered as a result of using
23 Seroquel?
24     A.  The diabetic neuropathy that

**264**

1  leaves me in pain a great deal of the
2  time.  Leaves me on methadone, which has
3  some really severe side effects that
4  keeps me from doing the things that I
5  enjoy, such as like going fishing,
6  sailing, swimming.  The neuropathy in my
7  hands keeps me from doing things that I
8  enjoy, painting, drawing, sewing,
9  crocheting, even reading a book.  Now,
10 I'm supposed to go to a nephrologist.
11 Several bad labs look like there's
12 kidney, which would lead to -- I can't
13 think of the word.
14     Q.  What does it start with?
15     A.  On a machine.
16         MR. MAGAZINER:  Dialysis.
17         THE WITNESS:  Dialysis.  And
18 possible kidney transplant.  It
19 could keep me from seeing my
20 grandkids, watching them grow up.
21 Being able to enjoy their lives,
22 dying at an earlier age.  Not
23 getting to enjoy all the things
24 that you do with grandkids.  All

**265**

1  the things that I enjoy.
2         I moved here to stay.  Here
3  I am.  I had to sell my sailboat.
4  I couldn't single-hand her.  It's
5  made it hard for me to drive.  I
6  had to start using a cane.  I'm in
7  agony if I have to walk very far.
8  It makes it harder for me to enjoy
9  my friends and the things that we
10 used to do, going to the
11 festivals, going shopping.  It's
12 made it hard for me to get where I
13 need to go.  I have stairs in my
14 house, so I have to climb the
15 stairs to get to my bedroom.  It
16 has altered my life in so many
17 ways.
18         You know, I'm taking the
19 methadone now even with the side
20 effects, the pain.  The pain is
21 not under really good control.
22         Here I am, I'm 54 and I look
23 healthy and I have to go through
24 the airport in a wheelchair.  You

266

```
 1   know, people wonder why I'm
 2   walking slow.  You know, they want
 3   to get around me.  You know, I
 4   want to go do things with my
 5   daughter, but my daughter goes,
 6   mom, you're so slow, you know,
 7   you're so slow.  The doctor
 8   doesn't want me to walk much.  He
 9   doesn't want me to walk on my
10   feet.  He said I can walk in a
11   swimming pool, but I don't have a
12   swimming pool and I don't have a
13   friend that's got one.
14       BY MS. HORNSBY:
15       Q.  Did Dr. Billingsley --
16           MR. MAGAZINER:  Excuse me.
17   Objection.  Move to strike the
18   answer as nonresponsive.  Okay.
19           MS. HORNSBY:  Ms. Burns'
20   answer?
21           MR. MAGAZINER:  Yes, Ms.
22   Burns' answer.  The answer, not
23   the question.  The question was,
24   what physical injuries do you
```

267

```
 1   attribute to Seroquel.  I move to
 2   strike the answer as
 3   nonresponsive.
 4       BY MS. HORNSBY:
 5       Q.  Jan, do you believe that
 6   Seroquel has caused you pain and
 7   suffering?
 8       A.  Yes.  I believe it's caused
 9   me a tremendous amount of pain and
10   suffering.  It's altered my life
11   terribly.  And it obviously is going to
12   do it until the day I die.  And I most
13   certainly am going to die at a much
14   younger age.
15       Q.  How has it altered your
16   life?
17       A.  It's made it so that I can't
18   use my feet.  I can't walk as much.  I
19   can't keep up with me friends.  I can't
20   keep up with my daughter.  I want to be
21   around for grandchildren to be born.  And
22   I want to be able to play with them, and
23   do things with them.  And I don't see
24   that happening.
```

268

```
 1   I have to use a cane now.
 2   At the age I'm at, when I go to the
 3   airport, I have to use a wheelchair like
 4   an elderly person.
 5       I love to sail and I ended
 6   up having to sell my sailboat because
 7   both my hands and my feet, I couldn't get
 8   good footing on the boat.  I can't use my
 9   hands to get the sails up and get
10   everything positioned, so I had to get
11   rid of my sailboat.  It's made it so I
12   can't do the things that I love to do
13   with my hands.
14       I love to paint and I love
15   to draw.  I love to paint oils, acrylics
16   and water colors.  It's made it so it's
17   difficult for me to sew.  It's difficult
18   for me to crochet and knit.  It's
19   difficult for me to do all the things
20   that I enjoy.
21       And it's terrible to want to
22   spend time with your child and have her
23   tell you that, mom, you're so slow, you
24   can't keep up.  You know, it's affected
```

269

```
 1   my life.  And it's not going to get
 2   better.  It's going to get worse.  And if
 3   it turns out that it's affected my
 4   kidneys, then, you know, I'm looking
 5   at -- I can't think of the word.
 6       Q.  Dialysis?
 7       A.  Dialysis.  And I'm looking
 8   at a possible kidney transplant.  And I
 9   could end up with damage to my eye, but
10   right now, you know, there's always pain
11   in my feet.  And sometimes the pain is so
12   bad that it's all I can think of.  When
13   you've got that much pain, it wears you
14   out.  It makes you exhausted.  I'm
15   fighting depression and I'm improving on
16   getting better.  So now that I'm pulling
17   out of the depression, and I'm doing so
18   much better and I'm working through PTSD,
19   here I am with the damage from the
20   diabetes.  I've altered my style of
21   eating.  I have done everything I can to
22   work with the disease.
23       Now, when I get in the water
24   and I have got fins on my feet, it's
```

270

agony. And that's one of my favorite things to do, is to snorkel. I'm dying for grandkids. My daughter is trying to get pregnant right now. I just -- I want to hold and not worry about dropping a baby. I want to play with them, you know. I want Nana to be, you know, the one they run to. I hate walking with my cane.
  Q.  Did you used to swim with the dolphins?
  A.  I swam with the dolphins every weekend. Every weekend I took my boat out in front of Shell Island, and I would anchor it out. And I would get a bunch of cigar minnows, and I put -- I'd rinse them off and put the tail in my mouth and have a dolphin come up to get it. And just like come up to get the cigar minnow. Just like this, just gentle as you could be. And I'd swim with them and they'd be all around me and they jump over me and I dive down and they play with me. They run circles

271

around me. And as I swim with my legs apart, they zip between my legs. You know, I can't do that anymore. You know, I had my dream, a 27-foot boat that I just accidentally got, just kind of a miracle that would sleep six. You know, that had its own bathroom and a little tiny kitchenette. And I could stay out there for days, if I wanted.
     I used to love to walk. You know, I really enjoyed it. And if I could walk, I could lose some weight. You know, if I could walk two miles every morning, the weight would start coming off. And then I would look decent and then I might even find me a man, but that's not going to happen. It makes it so much harder to make friends and do things, because, you know, you're the one that's so slow and you're the one -- you know, it's harder. I have some friends and they're good friends.
     And my painting -- my painting was just beautiful. Some of my

272

drawings were just beautiful. But with my hands going numb and my hands hurting, it's hard to hold a pencil and it's hard to hold a paintbrush. And it's awful when you've got a painting that's just about finished and you've got paint on your brush and your hand does this and you just ruined your painting.
  Q.  Did Dr. Billingsley ever warn you that Seroquel might cause diabetes?
  A.  Never. Never.
  Q.  Would you have taken a drug if you thought it might cause diabetes?
  A.  No. I was in bad enough trouble. I was -- let's work on something, let's find something else, let's do whatever, let's find something else. There's enough things out there that we could have really tried. You know, look at the ones that are on that list. Uh-uh.
  Q.  When Mr. Magaziner showed you this Seroquel label exhibit -- I'm

273

not sure what exhibit number it is.
     MR. MAGAZINER:  2004 label.
BY MS. HORNSBY:
  Q.  The 2004 label.
  A.  I see it revised 2004.
  Q.  At the time of 2004, Jan, how long had you been taking Seroquel?
  A.  At least two years.
  Q.  Okay. Now -- so that would be 2000 -- would that be 2002?
  A.  '02.
  Q.  Okay. I'm going to show you what's been marked as Exhibit Number 14. And this is a 2002 label of the PDR. Can we agree on that?
     MR. MAGAZINER:  I haven't looked at every page, but if that's what you say it is, I will believe you.
BY MS. HORNSBY:
  Q.  So when you had been on Seroquel for two years and this label is the 2004 label, what does it show under warnings?

Page 274

1  A. It shows that I could get
2  hyperglycemia and diabetes mellitus. It
3  shows that I could have coma or death.
4  That had been reported in patients
5  treated with atypical antipsychotics,
6  including Seroquel. Let's see. Use of
7  glucose treated -- wait, wait. And
8  abnormalities is complicated by the
9  possibility of an increased background
10 risk of diabetes mellitus in patients.
11 It says --
12     Q. What are the bullet points
13 listed under warnings?
14     A. It says they should undergo
15 fasting glucose testing at the beginning
16 of treatment and periodically during
17 treatment. Any patient treated with
18 these should be monitored for symptoms of
19 hyperglycemia, including the symptoms of
20 diabetes.
21     Q. Okay. Now, I'm showing you
22 Exhibit Number 14. Okay. This is the
23 2002 label when you first began taking
24 Seroquel. Okay. This is from the PDR,

Page 275

1  and that's page 685, and you can't see
2  this because it's really small and
3  there's no light in here. Here's the
4  warning section. Okay?
5      A. Uh-huh.
6      Q. Can you see that, right
7  here, warning?
8      A. Barely.
9      Q. Okay. Read to me under
10 warnings what is indicated for Seroquel
11 in 2002.
12     A. A potentially fatal symptom
13 complex sometimes referred to as
14 neuroleptic malignant syndrome.
15     MR. MAGAZINER: I'll
16 stipulate that the warnings are
17 neuroleptic malignant syndrome and
18 the tardive dyskinesia. But those
19 are the only two that you have
20 on --
21     MS. HORNSBY: Those are the
22 only two that I have on 2002.
23 Okay.
24     MR. MAGAZINER: Yes.

Page 276

1      THE WITNESS: This one
2  doesn't say anything about
3  diabetes, does it?
4      MS. HORNSBY: No, it
5  doesn't.
6      THE WITNESS: So that's two
7  years where you don't know and two
8  years where I was taking it.
9      MS. HORNSBY: Thank you,
10 Jan.
11     MR. MAGAZINER: You're done?
12     MS. HORNSBY: I'm done.
13         - - -
14     EXAMINATION
15         - - -
16 BY MR. MAGAZINER:
17     Q. Actually, let me just follow
18 up on two things. You don't have any
19 grandchildren yet, do you?
20     A. No. But I'm ready. The
21 youngest is 27.
22     Q. You made that very clear.
23 My youngest is also 27. I'm also ready,
24 but nothing is happening that I know of.

Page 277

1      Second one -- second
2  question. You said that you were on
3  Seroquel for two years before the label
4  change. As a matter of fact, you first
5  began in June of 2002, correct?
6      A. I'm not sure.
7      Q. I got that wrong. It's
8  August of 2002. If you look at
9  Exhibit 6.
10     MS. HORNSBY: Page?
11     MR. MAGAZINER: Page three.
12 BY MR. MAGAZINER:
13     Q. And that's your sworn fact
14 sheet, and that says August 1st, 2002,
15 correct, up at the very top?
16     A. Do you continue to take
17 Seroquel?
18     Q. No, just above that. The
19 little box that you filled in says
20 August 1st, 2002, correct?
21     A. Correct.
22     Q. So you weren't using it for
23 two years before the label change to
24 include the warning about diabetes, you

(Pages 274 to 277)