# EXHIBIT 7

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Burns v. AstraZeneca LP, et al.
(Janice Burns 6:07-cv-15959)

_____/

DEPOSITION OF KAMEL ELZAWAHRY, M.D.

**ON BEHALF OF:**     Defendant

DATE:          August 10, 2008

TIME:          9:02 a.m. to 11:09 a.m.

**PLACE:**          Office of Dr. Elzawahry
                2202 Sate Avenue
                Suite 201
                Panama City, Florida

REPORTED BY:     Deborah Shoman Zirbel
            Registered Merit Reporter
            Notary Public
            State of Florida at large

Page 42

1  A   Yes.
2  Q   Now, if I may, I want to direct your
3  attention to the pages that are numbered 19 and 20,
4  first of all, of Exhibit 4. If you could find
5  those. It should be a lab report.
6  A   What page?
7  Q   19 and 20. And I think Exhibit 4, they're
8  in numeric order for these little numbers. Do you
9  have that?
10  A   Yes.
11  Q   Now, this is one of the lab reports that
12  was ordered by Dr. Maddox in the October visit,
13  correct?
14  A   Yes, sir.
15  Q   All right. And this one is -- looks to be
16  a toxicology screen.
17  A   Yes, sir.
18  Q   And the patient -- I'm looking at page 20
19  now, she tests positive for methadone, which we knew
20  she was taking, right?
21  A   Yes, sir.
22  Q   And she also test positive for
23  benzodiazepine. Do you see that?
24  A   Yes, sir.
25  Q   What are benzodiazepines?

Page 43

1  A   That's Valium, Valium family.
2  Q   We saw that on her medication.
3  A   Yes, sir.
4  Q   So there's nothing really unusual about
5  the tox screen on page 19 and 20, correct?
6  A   Yes, sir.
7  Q   Now, there's a similar one which is on
8  pages 23 and 24 of Exhibit 4.
9  A   Yes, sir.
10  Q   And I guess my question is, do you know
11  why -- is this a different test or is it just simply
12  a different version of the same report?
13  A   It's the same report but we repeat on all
14  the patients who are receiving narcotics through our
15  office.
16  Q   Okay. So these are just the lab results
17  that were ordered by Dr. Maddox?
18  A   Yes, sir.
19  Q   Okay. All right. If you look at the page
20  which is numbered 13 in Exhibit 4, do you have that
21  in front of you?
22  A   Yes.
23  Q   Page 13 is the next time that Ms. Burns
24  comes to your practice, correct?
25  A   Yes, sir.

Page 44

1  Q   Yes?
2  A   Yes, sir.
3  Q   Now, what does "S" mean, by the way?
4  There's S and then --
5  A   Subjective, that's patient's complaints.
6  Q   Okay. So -- and she is seen on this visit
7  by you, correct?
8  A   Yes, sir.
9  Q   All right. It says: Janice is still in a
10  great deal of pain and, in Dr. Maddox's absence, she
11  was seen following the EMG.
12      Did I read that correctly?
13  A   Yes, sir.
14  Q   And then it notes: She has been
15  maintained on methadone which has been effective in
16  relieving her pain, and I shall resume the same.
17      Correct?
18  A   Uh-huh.
19  Q   All right. It says: We will communicate
20  the EMG findings and the patient's condition with
21  Dr. Maddox.
22      Correct?
23  A   Yes, sir.
24  Q   All right. Now, Dr. Maddox -- you note
25  that Dr. Maddox was absent.

Page 45

1  A   Yes, sir.
2  Q   Was she just not in the office that day?
3  A   Yeah.
4  Q   So you saw the patient.
5  A   Yes.
6  Q   And you, apparently, did an EMG study on
7  her.
8  A   Yes, sir.
9  Q   What is an EMG study?
10  A   EMG is a test trying to identify if the
11  patient has a disease of the muscle or the nerve.
12  Q   Okay. So it's to distinguish muscular
13  problems from nerve problems?
14  A   Yes, sir.
15  Q   If you look at the pages which are
16  numbered 26, 27, 28 and 29 of Exhibit 4, I think
17  those four pages comprise the EMG report that was
18  done.
19  A   Yes, sir.
20  Q   And it is also dated 11-6-2007, correct?
21  A   Yes, sir.
22  Q   So you have the facilities to do the EMG
23  testing right here.
24  A   Yes.
25  Q   And you did them on that day for

Page 46

1  Ms. Burns.
2      A   Yes, sir.
3      Q   Now, you note -- I won't even attempt to
4  read all of the entries that follow on page 27, 28
5  and 29, which don't mean very much to me, but if you
6  need to refer to them, please do. But under
7  impression, do you see that?
8      A   Yes.
9      Q   Impression means your conclusion?
10     A   Yes, sir.
11     Q   You note that -- well, it says: Confusing
12 findings. Correct?
13     A   Yes.
14     Q   What was confusing about these findings?
15     A   They were -- there was discrepancy between
16 different nerves, and if the nerves are involved by
17 a general condition, such as diabetes, you'd expect
18 that all the nerves are adversely affected.
19         There was some nerves are affected more
20 than others, and this invites the stipulation (sic)
21 that there may be additional conditions, such as
22 compression of the nerve secondary to another
23 condition such as, say, entrapment of the nerve at
24 one side or hypothyroidism or rheumatoid arthritis.
25 So -- I mentioned that it may be related to

Page 47

1  neuropathy, but there are also additional findings
2  suggestive of compression of the nerve, some nerves.
3      Q   And compression of the nerves is not
4  caused by diabetes, correct?
5      A   It is not caused by diabetes, but diabetic
6  individuals are more prone to compression of the
7  nerve than the average population.
8      Q   All right. And, again, further on under
9  impression, down at the bottom of the first page.
10 It says: Chronic --
11     A   Denervation.
12     Q   -- denervation potential suggestive of
13 multiple nerve root involvement versus peripheral
14 neuropathy.
15         Do you see that?
16     A   Yes, sir.
17     Q   So your conclusion on November 6th, 2007,
18 was that it looked like she -- well, it was
19 suggested that she had multiple nerve root
20 involvement as opposed to peripheral neuropathy,
21 correct?
22     A   Yes, sir.
23         MR. HAMPTON: Objection to form.
24 BY MR. HETRICK:
25     Q   Was it yes?

Page 48

1      A   Yes, sir.
2      Q   Okay. Thank you.
3          Did you think it more likely at this point
4  in time that her problems were a result of nerve
5  root involvement?
6          MR. HAMPTON: Objection.
7          THE WITNESS: That's a very interesting
8  question. The patient has both conditions.
9  She has cervical radiculopathy and lumbar
10 radiculopathy, meaning that the nerve is
11 compressed and the spine. But she also has
12 findings suggestive of peripheral neuropathy
13 both from the clinical examination of
14 Dr. Maddox, as you can see that she had
15 decreased vibratory sense in the initial
16 evaluation.
17         In my evaluation it was not really
18 straightforward. Unfortunately, it was not
19 just very clear, run-of-the-mill diabetic
20 neuropathy we see every day. I saw tell-tale
21 findings suggestive of compression of the
22 nerve. I saw tell-tale findings suggestive of
23 compression of the nerve root. So that's why
24 my impression was more vague and generalized
25 rather than very specific.

Page 49

1  BY MR. HETRICK:
2      Q   Okay. And that's not completely
3  unexpected in a patient with this complex of a
4  medical history.
5      A   No, it is not.
6      Q   And you know she's been in automobile
7  accidents --
8      A   Yes, sir.
9      Q   -- which could explain nerve entrapment.
10     A   It could have explained compression of the
11 nerve at the nerve root in the neck and the back.
12     Q   Okay. Now, I'm looking at page 21, and
13 I'd asked you before, at this point in time you
14 still had no information on her glucose control,
15 correct?
16     A   No.
17     Q   All right. Now, if you look at page 21 of
18 Exhibit 4, this is lab results. And the date at the
19 top is November 20th, 2007. Do you see that?
20     A   Yes, sir.
21     Q   Okay. So this is just after you saw her.
22     A   Yes, sir.
23     Q   All right. Now, I'm looking at the
24 very -- well, let me ask you first of all, about
25 halfway down there's an entry for TSH, and it's

(Pages 46 to 49)

**Page 62**

1  Q   And that can cause her pain.
2  A   Yes, sir.
3  Q   Okay. Now, I'm looking at page 11, which
4  I think is the page you were talking about before.
5  This is the next time that you see Ms. Burns on
6  January 3rd, 2008.
7  A   Yes, sir.
8  Q   All right. And under the subjective
9  portion it says: Janice is in a great deal of pain.
10 She's benefiting from the current pain management
11 program but her pain is rather severe.
12      And then you note: The CAT scan confirmed
13 the presence of lumbar facet disease.
14      Correct?
15 A   Uh-huh.
16 Q   And you note activity aggravates her
17 symptoms, correct?
18 A   Yes.
19 Q   And that's consistent with lumbar facet
20 disease.
21 A   Yes.
22 Q   And under objective, this is your
23 findings, correct?
24 A   Uh-huh.
25 Q   Her exam confirms the presence of lumbar

**Page 63**

1  facet disease, right?
2  A   Yes, sir.
3  Q   So that was your diagnosis on January 3rd,
4  2008.
5  A   Yes, sir.
6  Q   And you also note that the EMG shows
7  evidence of radiculopathy mostly related to
8  ligamentous hypertrophy, right?
9  A   Yes.
10 Q   So there is also some evidence of
11 radiculopathy with her.
12 A   Yes, sir.
13 Q   And that's pain radiating down into her
14 extremities.
15 A   Yes, sir.
16 Q   And you believe that's related to
17 ligamentous hypertrophy.
18 A   Yeah. I am sure to respond -- I have to
19 qualify why I felt like this because she doesn't
20 have a huge ruptured disk to account for the
21 compression of the nerve, but she had the ligaments
22 inflamed.
23 Q   Okay. All right. I understand.
24      Now, under P, I assume that's your plan.
25 A   Yes, sir.

**Page 64**

1  Q   And you say: She is diabetic and does not
2  qualify for epidural steroids for obvious reasons.
3       Okay?
4  A   Yes.
5  Q   Let me stop there. The obvious reasons
6  are that steroids can increase your blood sugar --
7  A   Yes, sir.
8  Q   -- so they're inappropriate for diabetics.
9  A   Yes.
10 Q   So you recommend her for a trial of
11 diagnostics for radiofrequency, correct?
12 A   Yes.
13 Q   What is radiofrequency?
14 A   Radiofrequency is pulling the plug on the
15 nerve with this special technique. So you denervate
16 or remove the nerve that's causing the pain without
17 losing function. So, in essence, you eliminate the
18 pain but you don't eliminate the function. And you
19 need to do a diagnostic procedure by injecting a
20 numbing medicine at the involved joint to see if
21 this procedure will help the patient or not. And
22 that is what I recommend.
23 Q   Okay. Now, I notice that this is -- well,
24 I don't know if it's the first one, but this report,
25 both in the objective findings and in your plan, you

**Page 65**

1  make no mention whatsoever of neuropathy, correct?
2  A   No.
3  Q   You're talking here just about lumbar
4  facet disease and radiculopathy, correct?
5  A   Yes, sir.
6  Q   If you look, I think, the next time that
7  you see her is February 4th, 2008. That's page 10,
8  I believe, on your -- in Exhibit 4. Do you have
9  that?
10 A   Yes, sir.
11 Q   And you note that she responded favorably
12 to radiofrequency, correct?
13 A   Yes, sir.
14 Q   And so it worked for her.
15 A   Yes, sir.
16 Q   Okay. And it also notes that she is now
17 having increasing pain on the right side. Do you
18 see that?
19 A   Yes, sir. Yeah.
20 Q   So her pain now is not bilateral.
21 A   No, it's not bilateral, not localized to
22 the back. It's more to the right, one side, and it
23 is in the form of numbness and tingling and burning
24 sensation.
25 Q   Is it unusual to have the pain be not

**Page 66**

1  bilateral, that it's just on one side?
2      A   Yes. If the disease is more pronounced on
3  one side, it can happen.
4      Q   Okay. And when you say the disease,
5  you're talking about the spinal --
6      A   Yes, sir.
7      Q   -- disease that we talked about --
8      A   Yes, sir.
9      Q   -- that showed up on the CAT scans and the
10 x-rays.
11     A   Yes.
12     Q   All right. And you also note in here that
13 she is to increase here activity to tolerance,
14 right?
15     A   Yes, sir.
16     Q   And is that just because it's a good idea
17 to exercise?
18     A   All patients with back problem, all the
19 patients with diabetes and in general all patients,
20 we want to keep them active.
21     Q   Because it also helps -- exercise and diet
22 will help with their glucose control, as well.
23     A   With the glucose control, with arthritis,
24 with heart disease, so we try to get the patient
25 involved with an exercise program.

**Page 67**

1      Q   If you look, sir, as page 9, 8 and 7 --
2  no, I'm sorry, just 9 and 8. Those represent, I
3  believe, the next time that you saw her.
4      A   Yes, sir.
5      Q   And you see her now on March 5th of 2008,
6  correct?
7      A   Yes, sir.
8      Q   So you're seeing her every month,
9  basically.
10     A   Yes.
11     Q   Now, it notes here that her weight now is
12 up to 196 pounds, correct?
13     A   Yes, sir.
14     Q   So she's gaining weight over the time
15 you're seeing her, correct?
16     A   Yes, sir.
17     Q   Now, that is not going to help with spine
18 problems, is it?
19     A   No.
20         MR. HAMPTON: Objection to form.
21 BY MR. HETRICK:
22     Q   In fact, if she's heavier, it's going to
23 exacerbate those problems.
24     A   Yes, sir.
25     Q   Going to make them worse.

**Page 68**

1      A   Yes.
2          MR. HAMPTON: Object to form.
3  BY MR. HETRICK:
4      Q   And under subjective it notes that she
5  continues to complain of low back pain with
6  radiation into the left lower extremity, correct?
7      A   Yeah.
8      Q   All right. And we note here in the next
9  paragraph that the CAT scan of the lumbar spine
10 showed arthritic changes in the facet joints at L3
11 to S1 and broad-based posterior bulging of the disk
12 at L4-5 and L5-S1, correct?
13     A   Yes, sir.
14     Q   And those are the radiology and CAT scan
15 reports that we've just looked at, correct?
16     A   Yes, sir.
17     Q   And these are all arthritis related,
18 correct?
19     A   Uh-huh.
20     Q   And I think you've told me that arthritis
21 is not related to diabetes.
22         MR. HAMPTON: Objection to form.
23         THE WITNESS: Yes.
24 BY MR. HETRICK:
25     Q   So these conditions, the facet joint

**Page 69**

1  problems and the disk bulging, have nothing to do
2  with her diabetes.
3      A   Yes, sir.
4      Q   Now you note that she has not started the
5  B 12 injections that were requested. Do you see
6  that?
7      A   Yes.
8      Q   By and large, did you have any compliance
9  problems with Ms. Burns?
10     A   Not that I recall.
11     Q   Okay. But she didn't start the B 12
12 injections, correct?
13     A   Yes, sir.
14     Q   And you note here, as you've told me
15 before, that her blood sugar has been under fair
16 control, correct?
17     A   Yes.
18     Q   All right. And then you say the EMG,
19 that's the study that we looked at, correct?
20     A   Uh-huh.
21     Q   Showed multiple nerve root involvement
22 versus peripheral neuropathy mainly in the axonal
23 motor on the right, correct?
24     A   Yes, sir.
25     Q   So it looks now like it's multiple nerve

(Pages 66 to 69)

Page 82

1  shoulders and the back, correct?
2      A   Yes, sir.
3      Q   And her feet are no longer burning as
4  much, correct?
5      A   Yes, sir.
6      Q   So her problems at this point seem to
7  center in the neck, shoulders, and back.
8      A   Yes, sir.
9      Q   And is that consistent with the diagnosis
10 that you made before of facet disease?
11     A   Yes, sir.
12         MR. HAMPTON: Objection to form.
13 BY MR. HETRICK:
14     Q   And under social history, you note that
15 she's still living at home, and the situation of
16 stress with her daughter and son-in-law has not
17 changed, correct?
18     A   Yes, sir.
19     Q   All right. Now, if we look at the second
20 page, which is page 3, under the impression, we have
21 the same impression as before, correct?
22     A   Yes.
23     Q   That her low back pain is related to
24 lumbar facet disease, correct?
25     A   Yes, sir.

Page 83

1      Q   That's your primary impression?
2      A   Yes, sir.
3      Q   All right. And also down below that, EMG,
4  positive and NCV showing neuropathy and
5  radiculopathy, correct?
6      A   Yes, sir.
7      Q   And, again, there's no mention whatsoever
8  in this impression of diabetic neuropathy, correct?
9      A   Yes, sir.
10         MR. HAMPTON: Objection to form.
11 BY MR. HETRICK:
12     Q   And you note now, by the way, that her
13 blood sugar is under good control. Do you see that
14 under plan?
15     A   Yes, sir.
16     Q   All right.
17         MR. HETRICK: Those are all the questions
18 that I have for now, sir. I may have some
19 after plaintiff counsel's questions.
20         MR. HAMPTON: Doctor, my name is John
21 Hampton. How are you doing?
22         THE WITNESS: Very good.
23         MR. HAMPTON: I represent Janice Burns in
24 this suit that she has filed against
25 AstraZeneca.

Page 84

1             CROSS-EXAMINATION
2  BY MR. HAMPTON:
3      Q   Doctor, I think earlier in your testimony
4  you stated that Janice Burns has both conditions,
5  neuropathy and --
6      A   Radiculopathy.
7      Q   And does her diabetic condition complicate
8  both of those neurological problems?
9      A   In the sense that one has to be careful in
10 the management of her radiculopathy. So, for
11 example, we just mentioned early in the deposition
12 that one should not use steroids. We selectively
13 use steroids to treat people with lumbar facet
14 disease as first line treatment. In her particular
15 condition I have to resort to another procedure
16 rather than going with the steroids.
17         Additionally, diabetic individuals in
18 difference to the general population, they don't
19 heal well. So we discourage surgery as much as
20 possible for treatment of back problem.
21     Q   And then neuropathy itself, the diabetes
22 also makes the neuropathy worse, doesn't it?
23         MR. HETRICK: Object to the form.
24         THE WITNESS: You mean the radiculopathy
25 worse?

Page 85

1          MR. HAMPTON: Yes.
2          THE WITNESS: A patient with diabetes,
3  they are more prone to radiculopathy than
4  nondiabetic.
5  BY MR. HAMPTON:
6      Q   Is there a difference between neuropathy
7  and --
8      A   Radiculopathy?
9      Q   Radiculopathy?
10     A   Radiculopathy.
11     Q   Okay.
12     A   Neuropathy is disease of all nerves or
13 very specific nerve peripherally. For example, if a
14 patient has numbness and tingling and burning
15 sensation in the feet and the hand, we call that
16 neuropathy. And that would be coupled with the
17 examination, you find -- finding generalized, and
18 that's called generalized neuropathy.
19         Neuropathy can be also focal. For
20 example, our wonderful stenographer, if she
21 continued to work hard like this with lawyers
22 requesting consistently for the transcript of the
23 deposition in a timely manner, she end up having
24 microtrauma to the hand, that causes compression of
25 the nerve. We call this carpal tunnel syndrome.

Page 86

1  Diabetic individuals are more prone, if they work as
2  a stenographer, for having repetitive microtrauma
3  than the average population.
4        So, in essence, diabetic makes the person
5  more vulnerable to compression.
6        Now, radiculopathy, on the other hand, is
7  compression near the nerve exit that's the nerve
8  root as it branches out of the spine to supply the
9  limb. And that compression mostly can be caused by
10 a ruptured disk or it can caused by excess bone
11 formation at the site of the exit of the nerve. We
12 call this osteophyte or bone spur. And a diabetic
13 nerve root is more prone to compression than the
14 regular nerve root.
15   Q   Did you ever make a determination -- would
16 you agree, first of all, that diabetes makes the
17 neuropathy worse?
18   A   Yes, sir.
19   Q   And did you ever make a determination one
20 way or the other for Janice Burns as to whether her
21 neuropathy is diabetic neuropathy or nondiabetic
22 neuropathy?
23   A   I think she has diabetic neuropathy, but
24 she also has other complicating factors.
25   Q   Okay. And you think if she has diabetic

Page 87

1  neuropathy based upon your training and experience
2  as a neurologist over the -- since 1980, right?
3    A   Well, it's not only my experience or my
4  personal opinion, diabetic individual, and
5  unfortunately we don't know how long she's been
6  diabetic, by and large they develop neuropathy. In
7  fact, neuropathy is a marker of how diabetes is
8  controlled in individuals. And that's why there is
9  varying degree of neuropathy based on many factors,
10 including most importantly diabetic control.
11   Q   But even if a diabetic is able to control
12 their blood sugars consistently, a patient with
13 diabetes still suffers the risk of having some
14 neuropathy, don't they?
15   A   Yes. Well, I'm instructed by my training
16 to answer only what the lawyer asks. But in the
17 best interest of this company --
18   Q   Or to tell the whole truth.
19   A   -- diabetics, unless you have the
20 so-called hypermanagement, such as you put new
21 pancreas to secret insulin that is sensitive to body
22 needs, very rarely you can get the diabetes well
23 controlled. And hemoglobin AC is really marker of
24 the global picture. And the lower the hemoglobin AC
25 to below 5, the more you be deep in your heart

Page 88

1  comfortable that the patient is so well controlled
2  24/7.
3        While 7 has been done as a cutoff for the
4  hemoglobin AC, which we discussed earlier, really is
5  the tip of the iceberg because we know that diabetes
6  is not controlled 24/7.
7    Q   The blood sugar levels in the body
8  fluctuate from hour to hour throughout the day,
9  don't they?
10   A   From second to second.
11   Q   Okay. And so it's essentially impossible
12 to give hypercontrol for every second of a patient's
13 life.
14       MR. HETRICK: Object to form.
15 BY MR. HAMPTON:
16   Q   Or is it possible?
17   A   It's possible in the hands of great
18 diabetologist in university hospital and the
19 research environment. In the United States and with
20 huge numbers of diabetics, I doubt that we are
21 really controlling all the diabetics.
22   Q   In Janice Burns' case, because she also
23 has other complicating physical problems, it's very
24 difficult for her, for example, to do continuous
25 exercise for long periods of time, right?

Page 89

1        MR. HETRICK: Object to the form.
2        THE WITNESS: Well, that's a good point.
3  It certainly was arthritis such as what she
4  has, it would be difficult for her to exercise.
5  And if you want to me to qualify this, either
6  of you, I will be happy to answer this, but I
7  was impressed with reviewing the file this
8  morning that her blood sugar is fair.
9  BY MR. HAMPTON:
10   Q   Even with the challenges that she faces,
11 she's doing a pretty good job of trying to control
12 her blood sugar, right?
13   A   Yes.
14   Q   And in that same vein with regard to
15 compliance, Counsel for AstraZeneca, when he noted
16 that she didn't take her B 12 injections, he omitted
17 a portion of the progress note. Let's turn to
18 page 9 and let's pick up that omission.
19       Counsel for AstraZeneca did not read the
20 rest of the paragraph which states that: However,
21 her family physician is no longer in practice so she
22 has not followed up with him.
23       In other words, was it the situation that
24 Janice Burns was supposed to get the B 12 injections
25 from her primary care physician, Dr. Randles?

(Pages 86 to 89)

Page 90

1  A  Yes.
2  Q  And then if Dr. Randles is not there, of
3  course, Janice Burns can't get her B 12 injections
4  from Dr. Randles because Dr. Randles is not there,
5  right?
6  A  Yeah. If she doesn't have a treating
7  physician to give her the injection, obviously, it
8  would be difficult.
9  Q  And she allowed your office to give her
10 B 12 injections as your office recommended; is that
11 right?
12 A  Yes, sir.
13 Q  Throughout this examination by counsel for
14 AstraZeneca, Counsel for AstraZeneca asked you about
15 your diagnosis, however, in your notes what you talk
16 about is impressions and observations.
17    Doctor, is there a difference between an
18 impression and a diagnosis?
19 A  Well --
20 Q  Or is there a difference between
21 observation and a diagnosis?
22 A  That's -- again, that's very interesting
23 note. The American Medical Association like
24 physician to mention the word impression from the
25 medical/legal standpoint because diagnosis means

Page 91

1  that you are 100 percent sure, while impression, you
2  are -- in the art of medicine, you are 99 percent
3  sure.
4  Q  Okay. Based upon a reasonable degree of
5  medical certainty, Doctor, as you sit here today,
6  does Janice Burns -- do you have an opinion as to
7  whether Janice Burns has diabetic neuropathy?
8     **MR. HETRICK:** Object to form.
9  **BY MR. HAMPTON:**
10 Q  First of all, do have an opinion?
11 A  Yes, I do.
12 Q  What is that opinion?
13 A  I think the opinion that she has diabetes
14 and she has diabetic neuropathy.
15 Q  The first time -- it is not unusual the
16 first time Janice Burns came to your office and she
17 asked for basically a renewal of the existing
18 prescription for methadone, it's not anything bad on
19 Janice Burns if she wants your office to renew the
20 prior prescription for methadone, is it? That's not
21 an unreasonable request on Janice Burns.
22    **MR. HETRICK:** Object to the form.
23 **BY MR. HAMPTON:**
24 Q  Or is it an unusual request on Janice
25 Burns for her to ask for a refill of the methadone

Page 92

1  prescription?
2  A  No, it's not unusual.
3  Q  And the standard practice of Dr. Maddox is
4  that she doesn't reissue prescriptions of methadone
5  without a series of tests, is that right?
6  A  Well, the standard practice of any prudent
7  physicians on controlled substance prescriptions,
8  since we are licensed by the FDA -- by the Drug
9  Enforcement Agency, that we have -- we are like
10 agent of the Drug Enforcement Agency. So we have to
11 be prudent in prescription. We have to be reluctant
12 in prescribing medications, particularly patient
13 that's just come out of the blue and referred by
14 another physician. So we don't -- we don't
15 prescribe unless we verify and we ensure and we
16 determine there is need for the prescription.
17    And that is what the DEA and the American
18 Medical Association and the American Society of Pain
19 Medicine request of the physician, particularly
20 since one out of five patient that are receiving
21 drug are diverted to young kids.
22 Q  In this case your office did the test for
23 Janice Burns; is that right?
24 A  Yes.
25 Q  And after doing the test, you, in fact,

Page 93

1  recommended a prescription of methadone for her.
2  A  Yes.
3  Q  And in doing those tests, some of those
4  tests had to do with drug compliance screenings to
5  see if Janice Burns was abusing drugs; is that
6  right?
7  A  Yes.
8  Q  And I think pages 22 -- or 23 and 24 and
9  pages 19 and 20 show that Ms. Burns successfully
10 passed the drug screens which showed that she was
11 not abusing drugs; is that right?
12 A  Yes.
13 Q  So you know that Janice Burns is not
14 abusing the drugs that are prescribed for her.
15 A  Yes.
16 Q  And we know that she wasn't able to take
17 the B 12 shot as recommended because there was a
18 change in her primary treating physician from
19 Dr. Randles, right?
20 A  My understanding from the notes that he
21 retired.
22 Q  Okay. And we know that she's doing a good
23 job on her blood sugar compliance because her
24 hemoglobin A1Cs are within fair control.
25 A  Yes, sir.

**Page 94**

1  Q   And that's difficult for a patient that
2  carries Janice Burns' weight and her physical
3  impairments to do, isn't it?
4  A   Normally, patients with ability and having
5  cervical lumbar disk disease would have hard time
6  exercising, yes.
7  Q   Diabetes makes almost every condition that
8  Janice Burns has worse, doesn't it?
9      MR. HETRICK: Object to the form.
10 BY MR. HAMPTON:
11 Q   Let's take them one at a time.
12     Janice Burns presents with heart problems,
13 right?
14 A   Yes.
15 Q   Diabetes makes the heart problems worse,
16 doesn't it?
17 A   Yes.
18 Q   She presents with high blood pressure,
19 diabetes makes the blood pressure worse, doesn't it?
20 A   Yes.
21 Q   She presents, perhaps, with problems with
22 her kidneys. We don't know yet from these records,
23 but if she presents with problems with her kidneys,
24 diabetes makes her kidney problem worse, doesn't it?
25     MR. HETRICK: Object to the form,

**Page 95**

1  foundation.
2      THE WITNESS: Yes.
3  BY MR. HAMPTON:
4  Q   Doctor, are you board certified in
5  internal medicine?
6  A   Yes.
7  Q   And does that give the ability to answer
8  that question -- so you have the factual basis of
9  medical knowledge to answer that question, that
10 diabetes makes kidney problems worse?
11 A   Yes.
12 Q   Do you know whether there is an
13 association between Seroquel and an increase of
14 weight in patients that take Seroquel?
15     MR. HETRICK: Object to the form.
16 BY MR. HAMPTON:
17 Q   Do you know one way or the other?
18 A   Yes.
19 Q   What is your understanding?
20 A   My understanding that a typical
21 antipsychotic medication in general are associated
22 with weight gain.
23 Q   And Seroquel is one of the antipsychotic
24 medications.
25 A   Yes.

**Page 96**

1  Q   If Janice has preexisting risk for
2  strokes, diabetes can complicate and increase the
3  risk of Janice having a stroke; is that right?
4  A   Yes.
5  Q   If she has a preexisting condition of
6  hyperlipidemia or high cholesterol, diabetes can
7  make cholesterol control more difficult, can't it?
8      MR. HETRICK: Object to form, foundation.
9      MR. HAMPTON: Or can?
10     THE WITNESS: One has to be more diligent
11 in controlling her lipids because of the
12 additional risk factor that's diabetes.
13 BY MR. HAMPTON:
14 Q   And in the neurological challenges that
15 Janice faces because she's diabetic, she can't take
16 advantage of your first line of treatment of steroid
17 treatment; is that right?
18 A   For treatment of facet disease, yeah.
19 Q   Right. In other words, instead of the
20 first line of treatment, is the treatment that is
21 typically most effective --
22 A   I would like to qualify that. It's not
23 the most effective, but it is the first line
24 treatment.
25 Q   Why is it a first line?

**Page 97**

1  A   First line because it's the easiest or
2  takes minutes to do. It's not two-step procedure.
3  It's just one step. And the patients feel well
4  right away, and they're able to function better and
5  exercise.
6  Q   Okay.
7  A   The problem is that diabetic, obese
8  individual woman, who is prone to osteopetrosis,
9  hypertensive, the steroids would make her worse. It
10 will not be my first choice for her.
11 Q   Okay. Because she has diabetes, you can't
12 use your first line therapeutic approach.
13 A   Yes.
14 Q   And, therefore, you have to use an
15 approach that's more cumbersome, more difficult and
16 perhaps less effective.
17 A   Boy, you are so good with words.
18 Q   Is that true?
19 A   Let me reword this my way.
20 Q   In your own words, please.
21 A   Okay. Because she is diabetic. She is
22 hypertensive. She is woman. She is obese. Giving
23 her steroids would make the obesity worse, the
24 diabetes worse, the hypertension worse, and make her
25 more prone as a woman to osteoporosis than without

Page 106

1    Q    And I think you told me that it is her
2  opinion that her neuropathy could be related to her
3  low B 12 levels, correct?
4    A    It's possible that it may be a factor.
5    Q    Okay. And with this in mind, I just want
6  to back up a little bit. I think you said at the
7  very beginning of answers to plaintiff's counsels
8  question that Janice Burns really suffered from two
9  different conditions. She suffers from neuropathy
10 and she suffers from radiculopathy, correct?
11   A    Yes, sir.
12   Q    Now, I just want to isolate for a moment
13 the radiculopathy.
14   A    Yes, sir.
15   Q    Let me ask you, first of all, is it
16 possible to distinguish which of those conditions is
17 more painful?
18   A    Yes, sir.
19   Q    And which is?
20   A    Radiculopathy.
21   Q    So the radiculopathy is more painful than
22 neuropathy, correct?
23   A    Yes, sir.
24   Q    Now, the radiculopathy, I believe we
25 established, is caused by exactly what you thought

Page 107

1  it was caused by, that is, a facet joint disease
2  because of narrowing of her low back disk spaces and
3  bulging of her disks, correct?
4    A    And the articular joint, the facets are
5  inflamed, arthritic.
6    Q    All right. So I need to ask you, sir, is
7  it your opinion to a reasonable degree of medical
8  certainty that this patient's radiculopathy is a
9  result of her spinal problems, her disk problems,
10 and not her diabetes?
11   A    Yes, sir. It's a result of the facet
12 disease.
13   Q    So radiculopathy has nothing to do with
14 the diabetes.
15        MR. HAMPTON: Objection to form.
16        MR. HETRICK: Let me withdraw that
17   question.
18 BY MR. HETRICK:
19   Q    You said in answer to plaintiff's
20 counsel's question that one has to be more careful
21 when treating diabetics than nondiabetics, correct?
22   A    Yes, sir.
23   Q    They're, generally speaking, a more
24 fragile patient population because of the diabetes,
25 correct?

Page 108

1    A    Yes, sir.
2    Q    Putting aside treatment modalities, her
3  radiculopathy is not causally related to her
4  diabetes, correct?
5    A    No.
6        MR. HAMPTON: Objection, form.
7        THE WITNESS: It's not causally related to
8    the diabetes.
9  BY MR. HETRICK:
10   Q    Now, that leaves us with the neuropathic
11 part of your diagnosis, correct?
12   A    Yes.
13   Q    Now, the neuropathy you told me could be
14 caused by her vitamin B 12 deficiency, correct?
15   A    May be, possibly.
16       MR. HAMPTON: Objection to form.
17 BY MR. HETRICK:
18   Q    There are also other neuropathies that are
19 not diabetes related, correct?
20   A    Yes, sir.
21   Q    And can you rule those out in this
22 patient?
23   A    I think pretty much we ruled out the most
24 common one. For example, in her personal statement,
25 and we are well aware that she drinks only one to

Page 109

1  two glasses of wine a year, so it's not alcoholic
2  neuropathy, which is the second most prevalent cause
3  of neuropathy.
4    Q    Okay.
5    A    And we also know that she doesn't have
6  hereditary neuropathy. And we know that she doesn't
7  have collagen disorder that can cause neuropathy. I
8  must admit, Dr. Maddox and I, we didn't do the
9  exhaustive study that we usually do on patients that
10 come to us de novo with neuropathy.
11       So, for example, we didn't rule out
12 arsenic, lead poisoning, carpet toxicity, exposure
13 to certain metals, certain hereditary disorders like
14 porphyria, hereditary sensoring neuropathy, the
15 so-called Charcot-Marie-Tooth disease, and few other
16 conditions that we religiously order the tests since
17 we are specialists in the field.
18       Our intuition, a longstanding diabetic
19 that's been diagnosed elsewhere, that clinically
20 Dr. Maddox found it had decreased vibratory sense.
21 It's a very sensitive clinical test that we do in
22 the exam room that determine if a patient has
23 neuropathy or not.
24       So our intuition that this kind of
25 neuropathy that this lady has is diabetic in origin.

(Pages 106 to 109)

Page 110

1  When we did the confirmatory tests, she had the
2  confusing picture that I mentioned to the auspicious
3  group here, that she had radiculopathy and
4  neuropathy. And I came to the conclusion that she
5  has neuropathy. But the symptoms in the back and
6  the findings in the back coupled with the x-ray
7  findings were related to the facet disease that
8  caused the radiculopathy.
9       So, in essence, she has two disorders:
10 One is neuropathy, and that she is being treated
11 with Lyrica for it; and one is radiculopathy, that
12 we have done interventional pain medicine and giving
13 her pain medications for.
14      Q   All right.
15      A   So the pain medications are being used for
16 both, and the Lyrica is being used mostly for the
17 neuropathy. And the procedures that we have done
18 and conventional type is for the radiculopathy and
19 the facet disease.
20      Q   All right. Let me just follow up a little
21 bit on this.
22      We've talked about radiculopathy and it
23 not being related to her diabetes.
24      A   Yes.
25      Q   And you and I have no dispute here. I

Page 111

1  agree with you that this patient certainly appears,
2  based on all her symptomology, to have neuropathy.
3       A   Yes, sir.
4       Q   And I think what you just told me was that
5  given your intuition, all right --
6       A   Yes, sir.
7       Q   -- you would think that that neuropathy is
8  related to her diabetes, correct?
9       A   Yes, sir.
10      Q   And I assume this is based on -- I heard
11 doctors say, for example, if you hear hoof beats,
12 you don't usually think of zebras.
13      A   Exactly.
14      Q   So your approach here is that I don't need
15 to do tests, rare tests for arsenic exposure or
16 iridium exposure given that the patient is a
17 diabetic, correct?
18      A   Yes.
19      Q   But what I hear you saying, sir, with all
20 due respect, is that's your intuition, that that's
21 probably the most likely explanation.
22      MR. HAMPTON: Objection, argumentative,
23 form.
24      MR. HETRICK: You can answer.
25      THE WITNESS: That's a very good

Page 112

1  hypothetical for an eminent lawyer like you on
2  your part to think that this is not diabetic
3  neuropathy. But a patient that's diabetic --
4  and, granted, I don't know for how long she has
5  been diabetic, knowing the facts and the signs
6  say that diabetic individual, they develop
7  diabetic neuropathy for the most part. And my
8  office is not equipped with highly sensitive
9  equipment that can determine 100 percent that
10 this is related to diabetes nor that we've done
11 biopsies for the nerve to determine what type
12 of neuropathy it is.
13      I think, like you mentioned, everything
14 goes with your company it keeps -- and it's
15 highly unlikely that it is anything at all. In
16 fact, I would say with all my due respect to
17 both of you, that it's my professional opinion
18 that she has diabetic neuropathy.
19 BY MR. HETRICK:
20      Q   And let me just explore that a little bit.
21      You do not know how long she's been
22 diabetic, correct?
23      A   Yes, sir.
24      Q   We do know that her blood sugars are
25 controlled. You first called them fair and then

Page 113

1  later called them under good control, right?
2       A   Yes, sir.
3       Q   And you yourself found her testing results
4  to be confusing, to use your own words, correct?
5       A   Yes, sir.
6       Q   And with all of that, while I understand
7  why you might think she has diabetic neuropathy, my
8  question is a very specific one because you were
9  asked about an opinion -- and you understand that
10 you're testifying today under oath, correct?
11      A   Yes.
12      Q   And it's exactly the same as if you were
13 testifying in court.
14      A   Yes, sir.
15      Q   My question is, given all of that, the
16 confusing test results and lack of knowledge about
17 certain things, like how long she has been diabetic
18 and so forth, is it possible for you to give an
19 opinion to a reasonable degree of medical certainty
20 in a court of law that this is diabetic neuropathy
21 as opposed to some other form of neuropathy?
22      A   Well, I'm 100 percent sure that she has
23 neuropathy. I have not ruled out rare other causes.
24 The most common cause of neuropathy in the United
25 States is diabetes, and she is diabetic. So I would

### Page 114

1  say that this woman has mild diabetic neuropathy
2  with superimposed radiculopathy.
3       MR. HETRICK: Thank you. I have no other
4  questions.
5          CROSS-EXAMINATION
6  BY MR. HAMPTON:
7    Q   And you make that opinion based upon a
8  reasonable degree of medical certainty; is that
9  right, Doctor?
10   A   Yes, sir.
11      MR. HAMPTON: No further questions. Thank
12  you.
13      MR. HETRICK: Doctor, while we're on the
14  record, I know for both of us, for counsel, we
15  very much appreciate your cooperation in coming
16  in on not only on a Sunday morning, but on a
17  Sunday morning where you are running a workshop
18  for a bunch of esteemed distinguished
19  physicians. So we're very thankful for your
20  patience and cooperation.
21      MR. HAMPTON: Yes.
22      THE WITNESS: Since you guys are so kind
23  to me, would you be willing that this would be
24  in lieu of court appearance on the record.
25      MR. HAMPTON: Oh, yes, I believe so.

### Page 115

1       MR. HETRICK: Yes. Before we go off the
2  record, Doctor, under the rules of court, you
3  have to the right to read and sign.
4       THE WITNESS: I'll waive if both of you
5  read.
6       MR. HETRICK: Very good.
7       (Discussion held off the record.)
8       THE DEPOSITION WAS CONCLUDED
9              STIPULATION
10     It was stipulated by and between the
11 respective parties and the deponent that the reading
12 and signing of this deposition be waived.

### Page 116

1              CERTIFICATE OF OATH
2
3  STATE OF FLORIDA    )
4  COUNTY OF BAY       )
5       I, the undersigned authority, certify that
6  KAMEL ELZAWAHRY, M.D. personally appeared before me
7  and was duly sworn.
8       WITNESS my hand and official seal this
9  13th day of August 2008.
10
11
12
13  _____
     DEBORAH SHOMAN ZIRBEL, RMR
14  Notary Public - State of Florida
     My Commission No. DD341445
15  Expires: August 19, 2008

### Page 117

1              CERTIFICATE OF REPORTER
2
3  STATE OF FLORIDA    )
4  COUNTY OF BAY       )
5       I, Deborah Shoman Zirbel, Registered Merit
6  Reporter, do hereby certify that I was authorized to
7  and did stenographically report the deposition of
8  KAMEL ELZAWAHRY, M.D.; that a review of the
9  transcript was not requested; and that the foregoing
10 transcript, pages 1 through 117, is a true and
11 complete record of my stenographic notes.
12      I FURTHER CERTIFY that I am not a
13 relative, employee, or attorney, or counsel of any
14 of the parties, nor am I a relative or employee of
15 any of the parties' attorney or counsel connected
16 with the action, nor am I financially interested in
17 the action.
18      DATED this 13th day of August 2008, at
19 Panama City, Bay County, Florida.
20
21      _____
         Deborah Shoman Zirbel, RMR

(Pages 114 to 117)