# EXHIBIT 12

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:   Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Burns v. AstraZeneca LP, et al.
(Janice Burns 6:07-cv-15959)

_____/


DEPOSITION OF JANICE BURNS

ON BEHALF OF:        Defendant

DATE:                August 21, 2008

TIME:                8:16 a.m. to 2:00 p.m.

PLACE:               Stewart & Shoman Reporting
                     2101 Northside Drive
                     Unit 203
                     Panama City, Florida

REPORTED BY:         Deborah Shoman Zirbel
                     Registered Merit Reporter
                     Notary Public
                     State of Florida at large

54

1    A   Yes.
2    Q   It has been a very common experience in
3    your life to obtain drugs from pharmacies, correct?
4    A   Correct.
5    Q   And you pay for those drugs, correct?
6    A   Correct.
7    Q   But you never, except on one occasion,
8    went to a pharmacy to obtain Seroquel, as best you
9    recall, correct?
10   A   I'm not sure.
11   Q   Did you ever ask Dr. Billingsley how it
12   was that he was able to provide you Seroquel for
13   three and a half years without charging anything for
14   it?
15   A   No.
16   Q   Is it your testimony that Dr. Billingsley
17   and you did not discuss whether you would be
18   eligible to get free Seroquel through the
19   AstraZeneca Patient Assistance Program?
20   A   I remember him suggesting that if I saw
21   anything anywhere to fill out to try to help me with
22   the expense of the medication, he said, "Fill it
23   out." He said, "I tell all my patients, you see it,
24   fill it out."
25   Q   Did you ever take as many as four

55

1    400-milligram Seroquel tablets at one time, in other
2    words, equal to 1.6 grams?
3    A   No, my limit -- uh-uh, no, no. My limit,
4    per Dr. Billingsley, was 1,000 milligrams. Now, he
5    may have at one time told me I could go higher, but
6    I recall a limit of 1,000 milligrams.
7    Q   Were the pills that you had available to
8    you -- well, as of 2005, are the pills that you had
9    available to you 400-milligram pills, that is,
10   Seroquel pills?
11   A   I don't recall.
12   Q   Did you have smaller doses available to
13   you?
14   A   I don't recall.
15       MR. MAGAZINER:  I'm going to ask Debbie to
16       mark as Exhibit 5 these records from Bay
17       Medical Center.
18       (Deposition Exhibit Number 5 marked for
19            identification.)
20   BY MR. MAGAZINER:
21   Q   Ms. Burns, I'll represent to you that
22   these records were obtained from Bay Medical Center,
23   as you can see from the code at the bottom. This
24   apparently relates to a visit you made to the
25   emergency room on 12-14-2005.

56

1        Do you remember being in Bay Medical
2    Center at or about that time?
3    A   I need to read this to have any idea.
4    Q   My question to you is, do you remember
5    being at Bay Medical Center at or about
6    December 14th, 2005?
7    A   Yes.
8    Q   On the Exhibit 5, the third line down in
9    the part that is labeled history of chief complaint,
10   there is a follow-up sentence that says:  According
11   to the daughter, the mother takes numerous
12   medications, including Seroquel, and takes as many
13   as four of her Seroquel at one time, especially at
14   night, and frequently sleeps soundly through the
15   night after taking the Seroquel.
16       Is that description of your Seroquel use
17   accurate?
18   A   Well, it depends on the milligrams of
19   Seroquel we're talking about.
20   Q   Well, I'm asking -- she doesn't say the
21   milligrams, she says four at a time.  "She" being
22   your daughter, according to this report.
23   A   If those four were 200 milligrams, yes,
24   it's possible.
25   Q   How about if they were 400 milligrams?

57

1    A   No.
2    Q   And I'll ask you again in case this will
3    jog your memory.  What size pills did you have
4    available to you at that time, 2005, 200 milligrams
5    or 400 milligrams or something else?
6    A   I can't remember.  That's been a long
7    time.
8    Q   Several lines further down it says -- I'm
9    going to quote them.  The daughter found the mother
10   had gotten up in the evening and was somewhat
11   irrational, which was very unusual for her mother,
12   and had a cup of food that she was about to place in
13   the microwave, which the daughter then found to have
14   Seroquel -- I'm sorry, to have several Seroquel
15   mixed in with the food.
16       Had you mixed some Seroquel tablets in
17   with your food that evening?
18       MR. HAMPTON:  Objection, form.
19       THE WITNESS:  I do not recall ever doing
20       that.
21   BY MR. MAGAZINER:
22   Q   About this time, that is, December 2005,
23   were you having thoughts of suicide?
24   A   2005?
25   Q   Yes, ma'am.

58

1    A    No, I was much better by then.
2    Q    According to this report, your daughter
3  said to the hospital staff that you had made
4  numerous statements to the effect of, quote, it does
5  not matter, I'm going to die soon anyway.
6        Is it accurate that you, many times, said
7  such things to your daughter?
8    A    Not those words, no.
9    Q    Words to that effect?
10   A    Nowhere near that strong.
11   Q    How many times have you tried to commit
12 suicide, Ms. Burns?
13   A    Twice.
14   Q    And what were the dates, as best you can
15 recall?
16   A    It was '98 and 2000, the best I can
17 recall.
18   Q    '98 and --
19   A    2000.  That's the best I can recall.  I'm
20 not sure that's correct.
21   Q    Isn't it a fact that you have a living
22 will which basically says that if you fall ill
23 almost nothing has to be done to prolong your life?
24   A    Yes.
25   Q    You still have given that instruction to

59

1  doctors, correct?
2    A    I need to change it.
3    Q    And isn't it a fact that you stopped
4  seeing one of your doctors because he had done
5  things to prolong your life and you were upset about
6  that?
7    A    What doctor?
8    Q    Isn't that the reason you stopped seeing
9  Dr. Bataineh?
10   A    No, that's not the reason I quit seeing
11 Dr. Bataineh.
12   Q    Going down in the same Exhibit 5, it lists
13 under current medications, one of the drugs it lists
14 is prednisone.  Do you see that?  It's on the second
15 line.
16   A    Yes.
17   Q    Prednisone is a steroid, correct?
18   A    Correct.
19   Q    You've taken prednisone off and on for
20 many years, haven't you?
21   A    Off and on.
22   Q    Why have you taken prednisone?
23   A    For asthma, bronchitis.
24   Q    When you've taken prednisone, you've been
25 aware throughout your use of prednisone that

60

1  prednisone can precipitate diabetes, correct?
2        MR. HAMPTON:  Objection, form.
3        THE WITNESS:  Not that I'm aware.
4  BY MR. MAGAZINER:
5    Q    Are you aware of any link between
6  prednisone and high blood sugar?
7    A    Of course.
8    Q    And what's the link?
9    A    The link is most people who use
10 prednisone, their sugar goes up while they're using
11 prednisone.  It comes back down when they stop.
12   Q    Does prednisone come in different forms?
13   A    Yes, it comes -- yes.
14   Q    Is there prednisone available as a pill?
15   A    Yes.
16   Q    Is there prednisone available as a syrup?
17   A    I don't know.
18   Q    Is there prednisone available as an
19 inhaler?
20   A    Yes.
21   Q    What kind of prednisone have you used?
22   A    Usually an inhaler, on rare occasions I
23 use pills.
24   Q    Is there any particular reason why you use
25 pills rather than inhalers at a particular time?

61

1    A    I don't know.  I know the best thing to do
2  is close my door and open my sliding glass doors,
3  and then I don't have to take prednisone usually.
4  That takes out the smoke.
5    Q    Putting aside the times when you don't
6  have to use prednisone, you've said that for the
7  most part you have used prednisone in the form of an
8  inhaler, there have been one or two occasions you
9  have used prednisone in the form of pills, correct?
10   A    Probably more than one or two, but not
11 many more.
12   Q    And my question is, is there any
13 particular reason that you remember why on those
14 several occasions when you used the pill that you
15 used the pill instead of using the inhaler?
16   A    No.  I'm not a doctor.
17   Q    What is your understanding of why you were
18 taken to the hospital in mid December of 2005?
19   A    On this --
20   Q    On that occasion, yes.
21   A    My daughter thought that I was too groggy,
22 and it became a discussion.  And then she more or
23 less forced me to go, so --
24   Q    Were you too groggy?
25   A    I was groggy.  Seroquel makes you groggy.

**122**

1   Q   On Exhibit 4 there is a similar sentence
2   under 2000, but instead of saying elevated fasting
3   blood sugar, it now says elevated blood sugar, and
4   then instead of keystones it looks like it was
5   misspelled keteens in urine. It goes on to say
6   Accu-Cheks 120 to 190 confirmed by lab on multiple
7   occasions.
8        Now, the first question is: Do you know
9   how it is that the word "fasting" disappeared from
10  this medical history between the versions that have
11  been marked as Exhibit 2 and 3 and the version
12  that's been marked as Exhibit 4?
13   A   No, I don't know how.
14   Q   Are you the one who took the word fasting
15  out of that description?
16   A   No, I didn't take the word fasting out.
17   Q   So it would be correct, then, that in the
18  versions that you prepared and remember preparing,
19  Exhibits 2 and 3, you recorded that you had elevated
20  fasting blood sugars of between 120 and 190
21  confirmed by labs on multiple occasions, correct?
22   A   If it says that. I'm just saying I didn't
23  change it.
24       MR. HAMPTON: Did you hear what he asked?
25       THE WITNESS: Maybe I didn't.

**123**

1        MR. HAMPTON: Okay. Could you read the
2   question again?
3        (The record was read as requested.)
4        THE WITNESS: Yes, apparently.
5        MR. MAGAZINER: I'm going to mark as
6   Exhibit 19 a page from Dr. Green's (sic)
7   records.
8        (Deposition Exhibit Number 19 marked for
9             identification.)
10  BY MR. MAGAZINER:
11   Q   You'll see that this record is dated
12  8-2-2000. First of all, let me ask you this,
13  Ms. Burns. Do you have any reason to think that
14  Dr. Green had any reason to record inaccurately
15  things that you told him?
16   A   Oh, no. I certainly don't. Now, we might
17  have had a misunderstanding; but, you know, I
18  wouldn't say that he deliberately did something.
19   Q   On the fourth line of Exhibit 19, dated
20  August 2nd, 2000, Dr. Green quotes you and puts the
21  word in quotes, as he stated you had had a, quote,
22  new onset of diabetes, close quote, recently.
23       MR. HAMPTON: I'll object to that and
24       request that you read the entire sentence to
25       put it in context.

**124**

1        MR. MAGAZINER: Sure. The entire sentence
2   says: If I understood her correctly -- I'm
3   sorry, start again.
4        If I understand her correctly, she also
5   states that she has had a, quote, new onset of
6   diabetes, close quote, recently. And I'm not
7   sure I needed to go into this, so I redirected
8   to other issues.
9   BY MR. MAGAZINER:
10   Q   It is a fact, is it not, that August of
11  2000 you reported to Dr. Green that you had had a
12  new onset of diabetes.
13   A   No. I probably did talk to him about
14  taking the steroids and having the glucose levels
15  elevated as a result of that because it makes me
16  feel lousy, but not a new onset of diabetes. I'm
17  sure that was just a misunderstanding.
18   Q   Because of your medical training, you are
19  very careful in your use of medical terms, correct?
20       MR. HAMPTON: Object to form.
21       THE WITNESS: It depends on the situation
22  I'm in. If I'm discussing a patient with a
23  doctor, it's totally different than a lot of
24  other times. I'm very careful when I'm
25  discussing what is going on with a patient with

**125**

1   his physician, you know.
2   BY MR. MAGAZINER:
3    Q   If you had elevated blood sugar yourself,
4   would you describe it as diabetes?
5    A   No. I'm a nurse. I don't diagnose. That
6   is the doctor's job.
7    Q   If, indeed, you said, as Dr. Green quotes
8   you as saying, putting the words in quotes, that you
9   had a new onset of diabetes, close quote, if that's
10  what you told him, it's because at the time you
11  believed that you had a new onset of diabetes,
12  correct?
13   A   No.
14       MR. MAGAZINER: Let's mark as Exhibit 20
15  another page from Dr. Green's records.
16       (Deposition Exhibit Number 20 marked for
17            identification.)
18       MR. HAMPTON: Actually, I think it's
19  Kenneth Green. I'm not sure he's a doctor.
20       THE WITNESS: No, he's not.
21       MR. MAGAZINER: He's not?
22       MR. HAMPTON: No.
23       THE WITNESS: I don't believe so. It
24  shows he's a licensed social worker.
25       MR. MAGAZINER: I apologize, from Kenneth

**32 (Pages 122 to 125)**

126

1    Green's records.
2  BY MR. MAGAZINER:
3      Q   On Exhibit 20 you'll notice that about
4  seven or eight lines down he says:  Other reported
5  reasons where associated with her pain, diabetes and
6  overall psychological well-being.
7          Do you see that?
8      A   What are we looking at that we're supposed
9  to see?  Yes, I see it.
10     Q   Did you tell Dr. Green on August 25th of
11 2000 that you were depressed because of, among other
12 things, your diabetes?
13     A   It takes a doctor to diagnose.  The other
14 thing is it's a well-known fact that steroids do
15 elevate your sugar and they do make you feel pretty
16 lousy.  So I probably brought up the fact that I was
17 on steroids and that my sugar was elevated, and so I
18 felt lousy because of that.
19     Q   Go back, please, to Exhibit 2.  You
20 prepared Exhibit 2 in order to give it to doctors
21 who were going to be caring for you, correct?
22     A   That's correct.
23     Q   And you wanted to give them all the
24 information that you thought was pertinent about
25 your medical condition so they would have that

127

1  available to them, correct?
2      A   Yes, in as short of area as I could.
3      Q   Exhibit 2 and Exhibit 3 and Exhibit 4,
4  where it talks about the elevated blood sugars, it
5  doesn't say anything about because of use of
6  steroids, does it?
7      A   No, I tried to keep it as brief as
8  possible.  As you can see, if I did my entire
9  medical history, and I was trying to get it on one
10 page, you know, it would be pretty hard if I wasn't
11 brief.
12         Where was the other ones?  Four is not
13 here?
14     Q   Four?
15     A   I believe four was pretty specific about
16 that, so that you really couldn't misunderstand it.
17 Let's see, four.  2003, diabetes.
18     Q   I'm talking about the year 2000.
19     A   Glucophage sliding scale.  Well, that's
20 fine, but with this went a medication sheet.  And
21 within the medication sheet, does it say insulin or
22 Glucophage or anything like that?
23     Q   What kind of steroid were you using in
24 2000?
25     A   Well, I don't know.  I've used lots.  Some

128

1  of them are inhalers.  I've got the little purple
2  one.  I've used the pills.  You know, just depends
3  on what -- I've had them IV.  It just depends on
4  what the doctor says he wants me to do.
5      Q   Okay.  We're going to get back to the very
6  first subject that I asked you about today.  Who was
7  the doctor in 2000 that was prescribing the steroids
8  to you that you say you were using and that you say
9  account for your elevated fasting blood sugars?
10     A   Oh, gosh, I'm not positive.  I guess maybe
11 Raza, maybe Randles, maybe it's too early for
12 Randles, maybe Bataineh.  It could have been out of
13 the emergency room.
14         You know, I make an effort if it's a psych
15 problem, I go to the psych doctor.  If it's a family
16 practice problem, I go to that doctor.  If it's a
17 foot problem, I go to Dr. Sidani.  I don't know.
18 But there's several doctors, like I said, it could
19 have even been the ER.
20     Q   Who is Dr. Raza?
21     A   Dr. Raza had treated me for a while for my
22 chronic asthma and bronchitis and fairly often
23 pneumonia.
24     Q   How do you spell Dr. Raza's last name?
25     A   R-a-z-a.

129

1      Q   And what is Dr. Raza's first name?
2      A   I don't remember.
3      Q   Where is Dr. Raza located?
4      A   I believe he's on Harrison Avenue.
5      Q   In Panama City?
6      A   Uh-huh.
7      Q   What is his specialty?
8      A   Pulmonology.  I think initially he was
9  somewhere else with a group, but I don't remember
10 when or how.
11     Q   And is it your recollection that Dr. Raza
12 might have prescribed -- been prescribing steroids
13 for you in the year 2000?
14     A   Yes, it's entirely possible.  It's
15 entirely possible that -- like I said, it could be
16 ER.  It could have been family practice.
17     Q   Who was the family practitioner who was
18 caring for you at that time?
19     A   I'm not sure.  We were discussing that.
20 Bataineh, Randles.
21     Q   Well, just to refresh your recollection,
22 Dr. Randles testified that he first started treating
23 you in 2003.
24     A   Uh-huh.
25     Q   And Dr. Bataineh testified he treated you

33 (Pages 126 to 129)