# EXHIBIT 13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:

Burns v AstraZeneca LP, et al.
(Janice Burns 6:07-cv-15959)

\* \* \*

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | Dr. Jesus Ramirez |
| DATE: | June 18, 2008 |
| TIME: | 1:05 PM CST |
| PLACE: | Associated Therapy<br>502 North McArthur Ave<br>Panama City, FL 32401 |
| TAKEN BY: | Plaintiffs |

## Page 26

1  complaint, and so I want to ask, I want to address his
2  complaint and re-ask my question. Doctor, how long have you
3  been practicing medicine?
4  A   Since 1982.
5  Q   And are you licensed to practice here in Florida?
6  A   Yes, sir.
7  Q   And since you've been practicing since 1982 are
8  you aware of the relationships between pulmonary specialists
9  such as your self and physicians that are primary care
10 physicians?
11 A   Yes, sir.
12 Q   And when you, you wrote down here yourself that
13 Dr. Randles was the primary care physician for Janice Burns,
14 is that correct?
15 A   Yes, sir.
16 Q   And tell the jury what it means when you say that
17 Dr. Randles was the primary care physician.
18 A   Dr. Randles is probably the person that was taking
19 care of all her medical, general medical problems. That's
20 pretty much one of the main functions, that a primary
21 provider would coordinate a lot of her medical problems,
22 including new problems that she may develop, referrals that
23 she needs to see different doctor. Tests that need to be
24 addressed or requested, they need to be explained to the
25 patient. Their daily -- I wouldn't say daily, but routine

## Page 27

1  screening tests, mammograms and PAP smears. General health
2  care problems, I guess.
3  Q   I want to take you down to your impressions.
4  Number three, your impression the first time you saw her
5  indicates that she had diabetes mellitus. So the first time
6  you saw her she already had diabetes?
7  A   According to the records that's what she explained
8  to us, yes, sir.
9  Q   And you don't know when she got diabetes?
10 A   No.
11 Q   You don't know how she got diabetes?
12 A   No.
13 Q   You don't know why she got diabetes?
14 A   No, sir.
15 Q   You weren't treating her for diabetes?
16 A   No, sir.
17 Q   Was it your understanding that Dr. Randles was
18 treating her for diabetes?
19 A   Yeah, pretty much. To my understanding. I assume
20 it, let's put it this way.
21 Q   Do you know whether or not any other physician was
22 treating her for diabetes?
23 A   No, I'm not aware.
24 Q   You did not undertake to find out how she came to
25 have diabetes, did you?

## Page 28

1  A   No.
2  Q   At the end of your first visit with Janice Burns
3  on January 2004, under the plan you wanted her to have a
4  CPAP for a month. What is a CPAP?
5  A   This is the treatment for, basically for the sleep
6  apnea syndrome. It's pretty much a device that you use
7  every night, to help her with the sleep apnea syndrome.
8  Q   And does it provide oxygen to her?
9  A   Not oxygen. It relieves some of the obstructions,
10 and maybe she has a night when she gets total sleep.
11 Q   So that makes her lungs function better?
12 A   Well, breathing easier.
13 Q   Would it have an affect on the oxygen levels of
14 her blood?
15 A   Should be, yeah, should be.
16 Q   The next, can you tell on your chart the next time
17 that you saw Ms. Burns?
18 A   4-20. This is four months later. Let's see here.
19 This is in order? No, this is not. Oh yes, let me see
20 here. The next was 4-20-04.
21 Q   And it looks like the CPAP is having some positive
22 effect, is that correct?
23 A   Yes, sir.
24 Q   And then you note that Dr. Randles is giving her
25 some Ativan to help her tolerate the sleep, CPAP?

## Page 29

1  A   Yeah, the CPAP.
2  Q   And it looks like Dr. Randles is also treating her
3  fibro-, fibromyalgia.
4  A   Yeah, fibromyalgia.
5  Q   Can you tell the jury what fibromyalgia is?
6  A   It's pretty much, we don't know why the people
7  develop fibromyalgia, but it seems to be pretty much they
8  complain of muscle pain, joint pains. Pretty much like a
9  musculoskeletal generalized fatigue associated with
10 significant muscle pain.
11 Q   Okay, you note here that, under the impressions
12 once again diabetes is number three. Is that, you did not
13 take a blood test of Janice Burns?
14 A   No.
15 Q   Were you relying on her discussions with you to
16 put that down?
17 A   No, sir.
18 Q   How did you, how did you know to put down that she
19 had diabetes?
20 A   Probably when we're asking the patient questions,
21 you know, are you diabetic? Yes.
22 Q   And what do these handwritten notes say on the
23 bottom?
24 A   Medications she's supposed to be taking, the
25 inhaler medications.

Page 30

1   Q   And what is, what are they?
2   A   Atrovent is four times a day. She had been taking
3   Advir, which is 500/50, and she has had been taking that
4   only on PRN basis. And Albuterol nebulizer.
5   Q   Do any of those drugs have any impact on the blood
6   sugar level of the patient?
7       MR. SNELL: Objection --
8   A   Not as far as I know.
9   Q   Are these drugs that you typically prescribe in
10  your practice?
11  A   Yes, sir.
12  Q   And was that pretty much all that happened during
13  the second meeting that you had with Janice Burns?
14  A   Yes, sir.
15  Q   And then my review of your chart shows that your
16  third meeting was on May 3 of 2004. Is that correct?
17  A   Yes, sir.
18  Q   Once again she has similar complaints from last
19  time with regard to fatigue and shortness of breath. You
20  indicate that she's been diagnosed with fibromyalgia?
21  A   Uh huh (yes).
22  Q   What is CHF?
23  A   Congestive heart failure.
24      MR. SNELL: Note my objection to the form.
25  Q   Okay. Did she -- okay. What is CHF with

Page 31

1   diastolic dysfunction?
2   A   The heart is probably weak in some way, don't able
3   to provide adequate functioning.
4   Q   Do you know, that information may have come from
5   Ms. Burns?
6   A   Most likely it has to be that, yes, sir.
7   Q   And then you note that Janice has not been able to
8   take her medication for economic reasons. What did, what
9   did you mean when you wrote that?
10  A   She probably can't afford to buy it.
11  Q   Okay. HEENT, you say eyes, wears glasses. No
12  exudation. What does exudation mean?
13  A   Rash or anything like that.
14  Q   And your plan on that visit was for her to try to
15  take her medications as prescribed, is that right?
16  A   Yes, sir.
17  Q   Doctor, is Janice Burns the only patient you've
18  had that has a hard time affording medicines?
19  A   No.
20      MR. SNELL: Objection to form.
21  Q   How do you, how does a patient with limited
22  resources get medicines that they need?
23  A   Most of the time they don't.
24  Q   And so they have to do the best they can?
25  A   Sometimes they have to do the best they can, yes,

Page 32

1   sir.
2       MR. SNELL: Objection, leading?
3   A   Sometimes we give some samples, you know, here's
4   something that we can help the patient.
5   Q   But the pulmonary problems that Janice faces are
6   pretty much chronic, aren't they?
7   A   At this level, yes, it was a very chronic problem.
8   Q   And when we say chronic, that means it's gonna
9   last for a long time, perhaps the rest of her life?
10  A   Yes, sir.
11  Q   So giving her samples for a period of time doesn't
12  necessarily carry her forward for the long term?
13  A   Yes, sir. Unfortunately yes, sir.
14  Q   Would it be fair to say that basically to some
15  extent she was rationing her medications to try to meet the
16  symptoms as she perceived them?
17      MR. SNELL: Objection, form, foundation, calls for
18  speculation.
19  A   Well, I'm not sure that she was also complying
20  with the medication, I cannot tell you that.
21  Q   You don't know one way or the other?
22  A   Yes. Even though we don't enter it, but it seems
23  to be like the prescription, why don't you use it twice a
24  day, and she would use it only when she feel like it.
25  That's the impression I get from the notes. Because we

Page 33

1   usually don't prescribe medication PRN, the one that we're
2   particularly talking about it.
3   Q   But if a patient doesn't have the money to buy --
4   A   Then she -- well, she can't.
5   Q   Right.
6       MR. SNELL: Objection, form.
7   Q   Is this the only time when a patient with limited
8   funds has not been able to follow the prescription?
9   A   No, it's quite frequent problem in my practice.
10  Q   The next time you saw Ms. Burns was August 23, 04,
11  is that correct?
12  A   8-23-2000. Yeah, I guess 8-04, yeah. 04, yes.
13  Q   And you again note that she she's seen Dr. Randles
14  on two occasions in between those visits, right?
15  A   Uh huh (yes).
16  Q   And she's been given multiple antibiotics and --
17  A   Prednisone.
18  Q   What is Prednisone?
19  A   It's a steroid, a pill.
20  Q   Is it a steroid?
21  A   Yes, sir.
22  Q   Is that a drug that you are familiar with from
23  your practice as a pulmonologist?
24  A   Yes, sir.
25  Q   Does Prednisone have an impact on blood sugar

Page 34

1  levels?
2  A  Yes, sir, it does.
3  Q  When I say, when you say -- how does it impact
4  blood sugar levels?
5  A  It usually increases blood sugar for somebody
6  especially who has been already having a problem with blood
7  sugar.
8  Q  Does it -- if I drink a Coke-a-Cola, does that
9  Coke-a-Cola increase my blood sugar?
10      MR. SNELL: Objection, foundation, form.
11  A  If you are not diabetic, probably no.
12  Q  Not even a temporary spike in blood sugar?
13  A  When you say temporary means above normal or
14  normal?  Should be keep it normal.  It could increase the
15  blood sugar, but it could be in normal range.
16  Q  So if I am a normal person, don't have diabetes,
17  drink a can of Coke-a-Cola, not diet but normal sugar, that
18  might, would that, could that increase my blood sugars?
19  A  To a normal level.
20  Q  If a, if a patient took Prednisone, could that
21  also increase their blood sugar levels?
22  A  Yes, sir.
23  Q  Does Prednisone affect the ability of the body to
24  produce insulin?
25  Q  Not really.  The ability to control the blood

Page 35

1  sugar.
2  Q  Does Prednisone affect the insulin resistance of
3  the cells in the body?
4      MR. SNELL: Objection.
5  A  I cannot answer that question.
6  Q  You don't know one way or the other?
7  A  Yes, sir, I don't know the answer.
8  Q  If a patient is taking Prednisone and they have
9  elevated blood sugars, does that mean they're a diabetic?
10      MR. SNELL: Objection, foundation.
11  A  Say it one more time.
12  Q  If a person is taking this steroid -- pronoun it
13  again for me.
14  A  Prednisone.
15  Q  Prednisone.  And the Prednisone causes them to
16  have elevated blood sugars, does that mean that the patient
17  with the elevated blood sugars is a diabetic?
18      MR. SNELL: Objection -- I'm sorry, Doctor.
19  A  No, not necessarily, because when the patient --
20      MR. SNELL: Objection -- I have to get an
21  objection on the record.
22  Q  Let him get his objection, then continue.
23      MR. SNELL: Objection, foundation, incomplete
24  hypothetical, calls for an expert opinion.  Go ahead.
25  Q  Let me, let me go back and visit that.  Doctor,

Page 36

1  you're Board certified in internal medicine, is that right?
2  A  Yes, sir.
3  Q  And being Board certified in internal medicine you
4  have an understanding of the condition known as diabetes, is
5  that true?
6  A  Yes, sir.
7  Q  And you're also Board certified in pulmonology, is
8  that right?
9  A  Yes, sir.
10  Q  And with pulmonology you're familiar with the drug
11  Prednisone, is that right?
12  A  Yes, sir.
13  Q  And you prescribe Prednisone?
14  A  Yes, sir.
15  Q  So you know how it works in the patients that you
16  see clinically?
17  A  Yes, sir.
18  Q  Now let me go back to my question.  If you've
19  given a patient Prednisone and that patient has spikes in
20  their blood sugar level, do these spikes in their blood
21  sugar level indicate just because they're high, that they're
22  diabetic?
23      MR. SNELL: Objection, form, incomplete
24  hypothetical again.
25  Q  Do you understand my question?

Page 37

1  A  Most of the time what I will interpret that
2  probably a patient is pre-diabetic, that a patient has
3  pre-disposition to be diabetic.
4  Q  If a patient is not diabetic at all --
5  A  Yeah, if they're not diabetic --
6  Q  -- and they take Prednisone and their blood sugar
7  goes up, does the fact that the blood sugar is going up
8  because they're taking Prednisone by itself indicate that
9  they're diabetic?
10  A  No.
11      MR. SNELL: Objection form, incomplete
12  hypothetical.
13  Q  Do you know whether or not Prednisone causes
14  diabetes?
15  A  Prednisone cause diabetes?  I will call it
16  inducing worsening blood sugars, but I'm not -- in that case
17  you would say that the patient was induced by the
18  Prednisone, but I would not say that diabetes, that
19  Prednisone caused diabetes.
20  Q  So you, you would distinguish between elevating
21  the blood sugars and actually having the onset of diabetes?
22  A  Yes, sir, yes.
23  Q  So would it be fair to say that Prednisone may
24  increase blood sugar levels, but that wouldn't be the same
25  thing as causing diabetes?

Page 38

1  A  Yes, sir. Yes, sir.
2     MR. SNELL: Objection, foundation, form.
3  Q  So if a person was taking Prednisone and checking
4  their blood sugar levels, they might have elevated blood
5  sugars, but that wouldn't necessarily mean they have
6  diabetes?
7  A  Diabetes, yes, sir.
8     MR. SNELL: Objection form, incomplete
9  hypothetical.
10 Q  Doctor, at that visit you gave her, on August
11 23 --
12 A  Prednisone.
13 Q  Your gave her, on page two, August 23, 04, you
14 gave her samples of Advair, is that right?
15 A  Yes, sir.
16 Q  Because she wasn't able to take it for the past
17 several months?
18 A  Yes, sir.
19 Q  Is it your understanding she couldn't --
20 A  Yes.
21 Q  Let me go back, let me ask the full question
22 before you answer it.
23 A  All right.
24 Q  Is it your understanding that she couldn't take it
25 because she didn't have any money?

Page 39

1  A  Yes, sir.
2  Q  Because you were trying to get her an Advair
3  prescription through the indigent program, is that right?
4  A  Yes, sir. We had a program in the office that
5  could help apply through the companies to get some samples
6  for these patients.
7  Q  And then if she has any acute pulmonary
8  decompensation, she's to call you back rapidly, is that
9  right?
10 A  Yes, sir.
11 Q  What does acute pulmonary decompensation mean?
12 A  It means that somebody has an acute difficulty
13 this in breathing.
14 Q  An emergency, I guess?
15 A  Yes, sir, pretty much.
16 Q  And then you also say that she's to follow up with
17 Dr. Randles --
18 A  Yes, sir.
19 Q  -- as her primary care provider?
20 A  Yes, sir.
21 Q  So was it your understanding that Dr. Randles
22 would be treating her diabetes during that time?
23 A  Yes, sir.
24 Q  As I reviewed your records, you never have any,
25 you don't have any documents in your file that indicate what

Page 40

1  blood sugar levels Ms. Burns had at any point in time?
2  A  No, I don't have no records.
3  Q  So you weren't tracking it?
4  A  No, sir.
5  Q  And you weren't tracking it because Dr. Randles
6  was her primary care physician, is that right?
7  A  Yes, sir.
8  Q  The next time you saw Ms. Burns was on September 7
9  of 04?
10 A  All right.
11 Q  Is that right?
12 A  Yes, sir.
13 Q  It looks like her asthma has improved. Is that
14 true?
15 A  Yes, sir.
16 Q  And let's see, in general it looks like her weight
17 has decreased from 202 pounds from almost a year ago, to the
18 weight at this meeting was 197 pounds, is that right?
19 A  Yeah, 197 pounds.
20 Q  And she was 202 pounds a year ago?
21 A  A year ago, yes.
22 Q  Is it hard to lose weight?
23 A  Oh, very hard, yes, sir.
24 Q  So to lose any weight is --
25 A  Is significant accomplishment.

Page 41

1     MR. SNELL: Objection, foundation.
2  Q  Okay, the next time you saw Janice Burns it looks
3  like was, let's see. Okay, we've got 5-3-04. But that may
4  be going -- or have we already -- no, we've already
5  discussed that. That's your report from the first section.
6  A  All right. You have some duplicates in there.
7  Q  Yes, we have some duplicates. Okay, is the next
8  time you saw her January 20 of 04? Or is that --
9  A  No --
10 Q  That goes backwards, okay. And I apologize. 8-23
11 may be the next one. And it looks, it looks like that,
12 8-23-04. Do you have that one? Oh, we just discussed that
13 one, I'm sorry.
14 A  Yeah.
15 Q  Okay. 9-7-04, we discussed that one?
16 A  Yes, sir.
17 Q  We're getting there. And then we have an undated
18 one that, that it looks like --
19 A  Her medication list.
20 Q  Okay. But the, the next time you saw her was
21 this --
22 A  Yeah, this one here, yes, sir.
23 Q  And that looks like there's a cover sheet that
24 shows that it's 2-14-05.
25 A  Yeah, I assume that could be part of that front

**Page 46**

1  between Seroquel and diabetes, is that --
2     A   No, sir.
3     Q   And you're not expert on the association between
4  Seroquel and blood sugar levels, is that --
5     A   No, sir.
6     Q   You do know --
7         MR. SNELL: Objection -- note my belated
8  objection to the term association.
9     Q   As a Board certified pulmonariologist you do have
10 an understanding of the effect of Prednisone and its impact
11 on blood sugar levels?
12    A   Yes, sir.
13    Q   And we discussed that earlier in the deposition?
14    A   Yes.
15    Q   Do you recall Janice Burns as you sit here today?
16 Do you know what she looks like? Do you remember what she
17 looks like?
18    A   Right now I don't, I cannot pinpoint her face,
19 yes, I can't.
20    Q   So your testimony as to her treatment is basically
21 limited to what you wrote down in your notes, is that right?
22    A   Pretty much, yes, sir.
23    Q   You have no independent knowledge of what
24 Dr. Billingsly, her psychiatrist, was, what treatment he was
25 giving?

**Page 47**

1     A   No, we don't have no documentation from...
2     Q   From Dr. Billingsly?
3     A   Billingsly.
4     Q   And you have no documentation from --
5     A   Dr. Randles.
6     Q   -- Dr. Randles? So you don't know, you don't know
7  when Dr. Randles or whether Dr. Randles diagnosed her for
8  diabetes, is that true?
9     A   Yes, sir.
10    Q   You don't know when anybody may have diagnosed her
11 for diabetes, is that true?
12    A   Yes, sir.
13    Q   Would it be fair to say the best person to testify
14 about the diagnosis of diabetes would be the doctor that
15 actually did the diagnosis?
16    A   Probably.
17        MR. SNELL: Objection, calls for speculation, and
18 form.
19    Q   If Dr. Billingsly -- I will represent to you that
20 Dr. Billingsly has been the psychiatrist for Janice Burns
21 continuously from the late 90's through to date. Would it
22 be fair to say that, that the doctor that's seen Janice
23 Burns for a continuous period of time with regard to her
24 psychological issues would be in, the best doctor to testify
25 about how medications may have affected her physically?

**Page 48**

1         MR. SNELL: Objection, calls for speculation.
2     A   I don't know about that.
3     Q   If you know.
4     A   I don't know.
5     Q   I don't want you to guess. Would you have to
6  guess to answer that question?
7     A   No, I don't think so.
8         MR. HAMPTON: Okay. Let's go off the record.
9  We're almost out of videotape.
10                OFF THE RECORD
11 (BY MR. HAMPTON)
12    Q   Doctor, during the break we've gone through your
13 file and there were two documents that we didn't have copies
14 of, and we've made copies of these. I'm gonna call them 2A
15 and 2B. Does 2A and 2B fairly and accurately represent
16 copies of the phone records in your file with regard to
17 Janice Burns?
18    A   Yes, sir.
19    Q   So those 2A and 2 B should be attached for, to
20 exhibit 2, for exhibit 2 to be a complete copy of your file,
21 is that right?
22    A   Yes, sir.
23    Q   And in that regard let me ask you some questions
24 about exhibit 2. The notations that you make in your
25 patient chart, are those notations made by you?

**Page 49**

1     A   By my nurse practitioner.
2     Q   And are they made at or near the time that you see
3  your patients?
4     A   Yes, sir.
5     Q   And are the notations that you made used for you
6  in treating patients like Janice Burns in your practice?
7     A   Yes, sir.
8     Q   And they're made by someone that has knowledge of
9  the thing that you're writing down when those notes are
10 made, is that right?
11    A   Yes, sir.
12    Q   And you're the custodian of the records for Janice
13 Burns, is that correct? Or you're at least one of the
14 custodians?
15    A   Yes, sir.
16    Q   What does 2A say? It's --
17    A   They were medications that probably were called in
18 to her. Nystatin, which is for like candidiasis, most
19 likely for candidiasis. Both are pretty much similar
20 medications, to treat people with candidiasis.
21    Q   Doctor, you are Board certified in internal
22 medicine, so you have some knowledge of diabetes, is that
23 correct?
24    A   Yes, sir.
25    Q   The causes of diabetes are frequently

**Page 50**

1  multi-factorial, isn't that true?
2  　　MR. SNELL: Objection, foundation, form.
3  　A   Maybe you find some people that have more than one
4  problem, yes, sir.
5  　Q   And more than, a person can get, can have --
6  sometimes a person gets diabetes and you can never figure
7  out why they got diabetes, isn't that true?
8  　A   A lot of cases, yeah, we don't know why people
9  have diabetes.
10  　Q   You just can't figure out why?
11  　A   Yes.
12  　Q   There are some risk factors for diabetes, is that
13  right?
14  　A   Yes, sir.
15  　Q   Some medications can be risk factors for diabetes?
16  　A   Yes, sir.
17  　Q   Do you know whether or not Seroquel can be a risk
18  factor for the onset of diabetes?
19  　　MR. SNELL: Objection, form.
20  　Q   Do you know whether or not Seroquel can be a risk
21  factor for the onset of diabetes?
22  　　MR. SNELL: Objection form, asked and answered.
23  　A   I became aware that there were concerns recently,
24  they were talking on TV about those cases. But I was not
25  aware before.

**Page 51**

1  　Q   Prednisone is not associated with the onset of
2  diabetes, is it?
3  　　MR. SNELL: Objection, foundation.
4  　Q   If you know.
5  　A   Associated...
6  　Q   Do you know of any information that shows, that
7  says that Prednisone causes diabetes?
8  　　MR. SNELL: Objection, form.
9  　A   Induce elevation of the blood sugar.
10  　Q   Right. And we discussed that before; that's
11  different from diabetes, right?
12  　　MR. SNELL: Objection, foundation, form.
13  　A   Yes, sir.
14  　Q   Is a person being overweight a risk factor for
15  diabetes?
16  　A   I think it has been considered one of the main
17  contributing factors for problems with blood sugar.
18  　Q   But some people that are overweight don't have
19  diabetes, isn't that true?
20  　A   Yes, sir.
21  　Q   And some people that are not overweight do have
22  diabetes, isn't that true?
23  　A   Yes, sir.
24  　Q   So the, figuring out the cause of diabetes is
25  complicated, isn't it?

**Page 52**

1  　A   Quite complicated yes, sir.
2  　　MR. SNELL: Objection form.
3  　Q   Also the family history can b e a risk factor for
4  diabetes, is that right?
5  　A   It can run in the family, yes, sir.
6  　Q   But once again, sometimes people who don't have
7  any family history for diabetes, get diabetes, isn't that
8  true?
9  　A   Yes, sir.
10  　　MR. SNELL: Objection, leading.
11  　Q   And do you know whether or not some people --
12  Doctor, do you know whether some people that have family
13  histories, that have diabetes in their family history don't
14  get diabetes?
15  　A   Yes, sir.
16  　Q   And some people, do you know whether or not some
17  people whose family history doesn't have diabetes, get
18  diabetes?
19  　A   Yes, sir.
20  　Q   Can a sedentary lifestyle be a risk factor for
21  diabetes?
22  　A   I think it would a contributor, yes.
23  　Q   But isn't it true that some people that are
24  sedentary don't get diabetes?
25  　A   Yes, sir.

**Page 53**

1  　　MR. SNELL: Objection, leading.
2  　Q   Doctor, can you tell us whether or not someone who
3  is sedentary may not get diabetes, in your experience?
4  　　MR. SNELL: Objection, foundation.
5  　A   I think that's a question that I don't know how to
6  answer for that one.
7  　Q   Would you agree that there's many different
8  factors that come together that may cause somebody to get
9  diabetes?
10  　　MR. SNELL: Objection, leading, asked and
11  answered.
12  　A   Yes.
13  　Q   And would you agree that frequently it's hard to
14  tell exactly why somebody got diabetes?
15  　　MR. SNELL: Objection, leading, asked and
16  answered.
17  　A   Yes.
18  　Q   With regard to Janice Burns, as you sit here today
19  you have no idea why she got diabetes, is that true?
20  　A   No, sir. Never, we never asked too much about her
21  blood sugar problems.
22  　Q   When you saw her the first time, she had diabetes,
23  and you treated her pulmonary issues, is that right?
24  　A   Yes, sir.
25  　Q   So you have no opinions one way or the other as to

Page 114

1   A   I guess that we can make that conclusion.
2   Q   I mean it's obvious from the records that she was
3   getting better in the last two visits, isn't that true?
4   A   She was less complaints, yes, sir.
5   Q   Fewer complaints about her breathing?
6   A   Yes, sir.
7   Q   And so she was getting better?
8   A   Yes, sir, I guess you can call it that way, yes.
9   Q   Now, I want to talk about the study.  Counsel for
10  AstraZeneca handed you one study from 2003.  I'm gonna turn
11  to the last page of the study, and Doctor, it says on the
12  upper left hand side, several methological limitations
13  should be recognized in interpreting these results.  Do you
14  see that?
15  A   Yes, sir.
16  Q   Then they list four:  First, second, third, and
17  four limitations.  It says the authors of this study
18  themselves list as limitations on the applicability of this
19  study, isn't that right?
20  A   Uh huh (yes), that's right.
21  Q   In other words, the people that wrote this study
22  said there's four things that we know that indicate that
23  this study may not be definitive on what it's talking about?
24  A   Yes, sir.
25  Q   Now I want to turn to the previous page.  On the

Page 115

1   upper left hand side it says taken together, currently
2   available data suggests that hypoxia has a significant role
3   in the development of metabolic dysfunction.  Now, hypoxia
4   is oxygen, is oxygen desaturation, right?
5   A   Yes, sir.
6   Q   But in the study, in the study that you did
7   pursuant to your 5-3-04 report -- can you turn to your
8   5-3-04 progress note?
9   A   Yeah.
10  Q   Okay.  On your statement on the third to the last
11  line, the PFT and saturation didn't support any significant
12  respiratory illness at this particular moment.
13  A   Yes, sir.
14  Q   In other words, at this particular moment on
15  5-3-04 Ms. Burns was not in danger of hypoxia, is that
16  right?
17  A   During the day.
18  Q   But this report talks about hypoxia.  Exhibit,
19  defendant's exhibit number whatever, 6, talks about hypoxia.
20  Even in your early study, even on defendant's exhibit number
21  5 it says a slight degree -- this is the study that was done
22  in 1998 -- only a slight degree of arterial oxygen
23  desaturation was seen in that study.  Slight is not severe,
24  is it?  Two different things, is that true?
25       MR. SNELL:  Objection.

Page 116

1   A   Yeah, slightly, yes, I guess you can consider it
2   that, yes.
3   Q   On the same report, defendant's same study, they
4   say that these data should be interpreted with caution.  And
5   then it talks about sleep interruption.  Conventional
6   definition of arousal may not, may not accurately reflect
7   aspects of arousal most relevant to metabolic function.  In
8   other words, they're saying that sleep interruption, they
9   don't know exactly how sleep interruption may affect
10  metabolic function?
11       MR. SNELL:  Objection, form, foundation, leading.
12  Q   Did I read that right, Doctor?  These data should
13  be interpreted with caution.  However, since the
14  conventional definition of arousal may not accurately
15  reflect aspects of arousal most relevant to metabolic
16  function?  Is that an accurate reading?  Did I read that
17  right?
18  A   You read it right, but I don't know what to do
19  with that statement.
20  Q   The lack of the unreliability in the measurement
21  of corticol arousal makes arousal frequency a weaker
22  correlate of sleep-disordered breathing severity than
23  measures of hypoxemia.
24  A   I see what you mean, yes.
25  Q   In other words, Ms. Burns didn't have a big

Page 117

1   problem with her oxygen saturation, she had a problem with
2   interruption of sleep, right?
3       MR. SNELL:  Objection, leading, foundation.
4   A   She had some desaturation what was not severe, but
5   she also had some sleep interruption.
6   Q   Right.  But this study indicates that it's the
7   oxygen desaturation that's the problem, not the sleep
8   interruption, isn't that true?
9       MR. SNELL:  Objection, form.
10  A   Well, he really put there that it was, it was
11  difficult to correlate those together, the two parameters.
12  Q   Right, can't correlate them.
13  A   Yes.
14  Q   And then four additional concerns in its own
15  article, right?
16  A   Yes, sir.  Yeah, unfortunately this is not that
17  simple.
18  Q   With regard to the weight, Ms. Burns's weight
19  varied, didn't it?  Even during your treatment of Ms. Burns
20  her weight varied?  For example on 5-3-04 her weight was
21  261.
22       MR. SNELL:  Objection.
23  Q   That was your, you wrote that down on your chart
24  didn't you?
25  A   Yeah.

## Page 118

1  Q  On, whereas on 8-23-04 her weight was 195?
2  A  195.
3  Q  That's a huge reduction in weight, isn't it?
4  A  Significant, yes.
5     MR. SNELL: Objection, foundation.
6  Q  She did a good job getting down, losing those
7  pounds, didn't she?
8  A  Like I said, that's a good, that's a war there.
9  Q  Right. So we talked about weight, her weight went
10 up and down?
11 A  Yes, sir.
12 Q  We talked about blood pressure. You don't know
13 whether Seroquel quill causes an increase in blood pressure
14 or not, is that right?
15 A  Yes, sir.
16 Q  We talked about this study. Ms. Burns has a
17 slight problem with oxygenation, but this study keys in on,
18 this study keys in on the correlation with hypoxia, which is
19 oxygen starvation, right?
20 A  Yes, sir.
21    MR. SNELL: Objection, foundation.
22 Q  Whatever Ms. Burns's heart condition was, she had
23 to get a stint, she had a stint placed in the arteries
24 around her heart to keep her heart -- somebody decided to
25 put a stint in Ms. Burns's heart, isn't that true?

## Page 119

1     MR. SNELL: Let me object. I think that
2  misrepresents the record.
3  Q  Does your record indicate that she had a stint
4  placed --
5  A  We had that record in the statement, but I haven't
6  seen the formal cardiac cath, so I'm not sure, to confirm
7  that information.
8  Q  You don't know one way or the other?
9  A  Yes, sir, yes.
10 Q  She quit coming because she may have gotten
11 better, right?
12 A  I hope so.
13    MR. SNELL: Objection, calls for speculation.
14 Q  Well, she was getting better towards the last two
15 visits, right?
16 A  Yes, sir.
17 Q  Now, you've been a doctor for how many years?
18 A  Since 1982.
19 Q  And this is 2008?
20 A  Yeah.
21 Q  And you've been practicing pulmonary --
22 A  No, my pulmonary medicine is over ten years.
23 Q  Okay, ten years. And you've been using Prednisone
24 for about how long?
25 A  Yeah, for about ten years.

## Page 120

1  Q  Prednisone increases blood sugars, doesn't it?
2  A  Yes, sir.
3  Q  But you don't know what affect it has on diabetes,
4  do you? You don't know what effect Prednisone has on
5  diabetes one way or another --
6  A  It make, it makes your blood sugar go high.
7  Q  Right, you know that?
8  A  Yes, sir.
9  Q  But you don't know what it does about diabetes?
10 You don't know whether it causes diabetes or not?
11 A  I will call it that the blood sugar goes high, but
12 it will not call it diabetes.
13 Q  That's your understanding?
14 A  Yes, I will not call it diabetes.
15    MR. HAMPTON: That's all the questions I have.
16             RECROSS EXAMINATION
17 BY MR. SNELL:
18 Q  Doctor, during my examination of you, do you
19 remember when I began, we began discussing Prednisone,
20 correct?
21 A  Uh huh (yes).
22 Q  Do you remember I asked you that, to determine
23 whether Prednisone can cause diabetes, you'd need to look at
24 a full amount of the literature regarding that atopic, and
25 also take into content how long a person took Prednisone,

## Page 121

1  was it a day, was it 10, 20 years, was it a small dose or
2  medium dose or a high dose. There are many factors involved
3  before you could say that absolutely Prednisone doesn't
4  cause diabetes, correct?
5  A  Yes, sir.
6  Q  And is that an accurate statement now?
7  A  I think so. You have to consider multiple factors
8  because it involve multiple factors.
9  Q  Now, I think plaintiff's counsel tried to suggest
10 that Ms. Burns had a prior stint put in her coronary
11 arteries?
12 A  Well, there's a document here, but I --
13 Q  Doctor, I showed you that December 2006 cardiac
14 catheterization. Was there any mention anywhere in that
15 catheterization of a stint placed in her coronary artery?
16 A  No, there was not. Yes, there was not.
17 Q  And even the most rookie -- strike that. Even the
18 most junior cardiologist would note if there was a prior
19 stint in a cardiac catheterization, wouldn't they, Doctor?
20    MR. HAMPTON: Objection, argumentative.
21 A  I guess --
22 Q  I'll withdraw it. Let me ask, Doctor, wouldn't it
23 be common or standard practice if there was a stint in
24 Ms. Burns's coronary artery that the cardiologist would have
25 seen it and noted it in the record?

## Page 122

1     MR. HAMPTON: Objection, speculation?.
2  A  Yes, I think so.
3  Q  The cardiologist notes there were no obstructions
4  to the coronary artery except for a small 30 percent
5  lesion --
6  A  He describes a small lesion, yes, sir.
7  Q  And a small 30 percent lesion of plaque is not the
8  same as a stint, is it, Doctor?
9  A  Yes, sir.
10 Q  And look, if you would, at the last page of that
11 catheterization report. Under the impression it notes that
12 she had a non-obstructive 30 percent lesion, correct?
13 A  Uh huh (yes).
14 Q  Is that yes?
15 A  Yes, sir.
16 Q  And that's plaque built up in her arteries,
17 correct, in one of the arteries in her heart?
18 A  Well, I guess we can call it plaque, yes, sir.
19 Q  She had a patent left circumflex and right
20 coronary artery, correct?
21 A  Yes, sir.
22 Q  No mention of a stint in either the left anterior
23 of the right coronary or the left circumflex, correct?
24 A  Yes, sir.
25 Q  And then she had normal ejection fraction,

## Page 123

1  correct?
2  A  Yes, sir, 65 to -- 65 to 60.
3  Q  And the doctor didn't think that her chest --
4  strike that. The doctor didn't believe that Ms. Burns's
5  claims of chest pain were from her --
6     MR. HAMPTON: Objection --
7  Q  -- obstruction of her heart, according to that
8  catheterization report, did they, Doctor?
9  A  Yes, sir. Yes, sir.
10    MR. HAMPTON: Objection to form, argumentative.
11 Q  What did the doctor suspect was going on with Ms.
12 Burns's arteries --
13    MR. HAMPTON: Speculation, foundation.
14 Q  -- or her coronary system?
15 A  He suspected that it was not related to, the chest
16 pain was not related to cardiac etiology. Pretty much that
17 was his conclusion there.
18 Q  Have you ever asked Ms. Burns -- strike that. Has
19 Ms. Burns ever told you whether or not she's used illicit
20 substances in the past?
21 A  And there is no record here that we either asking
22 or she denied it, or confirmed, so we don't know about it.
23 Q  Doctor, a stint is made of metal, isn't it?
24 A  Yes, sir.
25 Q  Is there any mention of a stint in Ms. Burns's

## Page 124

1  heart in your echocardiogram which was done when she first
2  came to you?
3  A  No, there is no record of it.
4  Q  The only mention of a stint in the record is what
5  Ms. Burns told you she had in the past, correct?
6  A  Yeah, it could be that she has misinterpreted that
7  information that she got from somewhere, I don't know where.
8  Sometimes these people are sedated when they're doing those
9  tests.
10 Q  Has Ms. Burns's counsel shown you any documents
11 that substantiate that a stint was indeed put in Ms. Burns's
12 coronary artery?
13 A  No, there is no documentation here, just the note
14 that was entered that day.
15 Q  And that was based on talking to the patient?
16 A  Yes, sir.
17 Q  And all the medical testing, the catheterization
18 and the subsequent echocardiogram, make no mention of a
19 stint, do they?
20 A  No mention, yeah.
21 Q  Now, I think plaintiff's counsel also directed you
22 to your May 3, 2004 office visit and pointed out that Ms.
23 Burns's weight was recorded at 261. Doctor, at your next
24 visit, August 23, 2004 you note that Ms. Burns lost 20
25 pounds.

## Page 125

1  A  Twenty pounds.
2  Q  So she had lost, she had gone from about 215, 216,
3  down 195, correct?
4  A  Uh huh (yes).
5  Q  Do you remember Ms. Burns? Could it be that these
6  numbers, the 261 should have been 216, based on the
7  statement that you made in the next record where she lost 20
8  pounds?
9  A  I guess it could be possible. That's a real hard,
10 real hard question to answer, you know, why this is. Was it
11 wrong data? It's possible, yes.
12 Q  Do you have a recollection of Ms. Burns putting on
13 50 pounds over, from one visit to the next when you saw her?
14 A  No, I don't have no recollection of that. It's
15 almost how many days, how many weeks?
16 Q  This is three months later.
17 A  Three months later, yeah.
18    VIDEOGRAPHER: Excuse me, can we go off the record
19 for a second to swap tapes?
20    MR. SNELL: Go right ahead.
21    OFF THE RECORD
22 (BY MR. SNELL)
23 Q  And Doctor, I'd like to show you your April 20,
24 2004 office visit, which was just two weeks before this May
25 3, 2004 office visit. Doctor, what was Ms. Burns's weight