# EXHIBIT 14

Dr. Rezeq Bataineh
June 26, 2008

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products
Liability Litigation,
MDL DOCKET NO. 1768

This document relates to:

Burns v. AstraZeneca LP, et al.
[Janice Burns 6:07-cv-15959]

| | |
|---|---|
| VIDEO DEPOSITION OF: | Rezeq Bataineh, M.D. |
| AT THE INSTANCE OF: | The Petitioner |
| DATE: | June 26, 2008 |
| TIME: | 9:00 a.m. |
| PLACE: | Best Western Suites<br>1035 East 23rd Street<br>Panama City, Florida |
| REPORTED BY: | Katherine M. Edwards |

GULF BAY REPORTING

P.O. Box 2131, Panama City, Florida   32402

(850) 769-4853, 1-800-761-4853

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 9

1  of Iowa, Iowa City, and I finished my course work and I
2  did not finish the thesis or dissertation, so I decided
3  to go back to clinical work. And I joined the internal
4  medicine program at the University of Iowa, Iowa City,
5  stayed there for a year, and then switched to family
6  medicine at the University of Oklahoma, which I finished
7  there, my residency, in the family medicine.
8    Q. In what year?
9    A. It was --
10   Q. We're testing your memory.
11   A. I think it was maybe '93 or ninety --
12   Q. Okay. And then from -- and then from Oklahoma,
13 did you --
14   A. And from Oklahoma I went to Alabama.
15   Q. Okay.
16   A. To a small town, a fairly small town. It's
17 called Evergreen in Alabama.
18   Q. And were you licensed to practice medicine in
19 Alabama?
20   A. Yes.
21   Q. Okay.
22   A. I practiced medicine for almost two years, in
23 fact. And that was some kind of requirement for the --
24 the green card thong, which is -- it was one of these
25 shortage areas.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 10

1    Q. Okay.
2    A. Okay. So I finished the two or -- I would say
3  not quite two years, a little bit less than two years.
4  And from there, I moved to Panama City, and here I am.
5    Q. Okay. So you've been practicing in Panama City
6  for 13 years?
7    A. Right.
8    Q. And are you board certified in any areas of
9  medicine?
10   A. I was board certified, but I did not recertify.
11 I'm -- I'm sitting for my recertification in December.
12   Q. And in what area of medical practice are you
13 board eligible sitting for renewal?
14   A. Well, it is the family medicine, basically, but
15 I do have a fellowship as well in family medicine, which
16 is --
17   Q. Okay.
18   A. And my main practice, basically, is geriatrics,
19 since I do have four nursing homes which I am a medical
20 director of. And I would say maybe more than half of my
21 patients in the office are geriatrics.
22   Q. Okay. And when you say "geriatrics," is
23 there -- do you consider there an age range for geriatric
24 patients?
25   A. I -- I would say older than 60, maybe.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 11

1    Q. Okay. And you say you're medical director of
2  four nursing homes?
3    A. Right.
4    Q. Here in Panama City?
5    A. Right.
6    Q. As medical director of those nursing homes, how
7  large is the staff that you supervise?
8    A. Well, the nursing homes, basically, their
9  capacity is between 75 beds and 140 beds each.
10   Q. Okay.
11   A. So basically, they are quite sizable ones.
12   Q. And you also have your own private practice; is
13 that correct?
14   A. And I do have my own practice.
15   Q. So a typical day, would you start -- when you --
16 would you start -- well, do you have hospital privileges?
17   A. I do have hospital privileges in both hospitals.
18   Q. Okay. Here in Panama City?
19   A. Right.
20   Q. So in a typical day, you might go to the
21 hospital for some period of time to see your patients
22 that are in the hospital; is that right?
23   A. Right.
24      Well, the thing is, we do have two hospitals, as
25 I was saying. And one of the hospitals, which is a

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 12

1  little bit further than my office and my residence,
2  although I do have a privilege, but I don't admit
3  patients there. One of the other internists I'm in with
4  will admit my patients there and follow up. I go there
5  just when I am on call, which is during one in four
6  weekends, basically. I alternate calls with three other
7  physicians, that just -- that's just the weekends.
8    Q. Okay.
9    A. So when I am on call that weekend, I go and
10 rotate on their -- I mean round on their patients, but I
11 do not admit to that hospital.
12   Q. Okay.
13   A. And -- and the other hospital, which is Gulf
14 Coast Hospital, the one that I admit to, I'm not really
15 that busy hospital-wise. I mean, I will admit maybe one
16 or two patients a week. It's not really that busy in
17 that regard.
18   Q. Okay. So most of your time is spent as medical
19 director for the nursing homes and as --
20   A. And the office --
21   Q. -- in your own private practice?
22   A. Yes, sir.
23   Q. Okay. And in your own private practice, can you
24 give us the address for that practice?
25   A. It's 2575 Huntcliff Lane, Panama City, Florida

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 13

1   32405.
2   Q. Okay. And do you have -- are there other
3   doctors who practice with you in that practice?
4   A. No.
5   Q. Okay. But you do have associations with other
6   doctors so that you'll rotate calls for the hospitals?
7   A. Just for the weekends; yes.
8   Q. Okay. In your practice, do you have occasion to
9   treat patients that have diabetes?
10  A. Oh, yeah. I do have quite a few of them.
11  Q. Can you tell the jury what is diabetes?
12  A. Well, diabetes, basically it is a disorder of
13  the body in terms of dealing with a blood sugar, and that
14  can be either type 1 or type 2, and that depends pretty
15  much on the -- on the -- a -- I would say the mechanism
16  of the producing this pathology in terms of insulin
17  production in the pancreas.
18  Q. I think in this case, Doctor, we're dealing with
19  type 2 diabetes, so how does diabetes -- how does type 2
20  diabetes affect a patient's body?
21      MR. HETRICK: I object to the form of the
22  question.
23  Q. (By Mr. Hampton) As a clinical physician, in
24  your practice, how -- what is your observation as to how
25  diabetes affects a patient?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 14

1   A. Well, basically, what I used to tell my
2   patients, diabetes is one of the nastiest disease that
3   can affect you. And it usually affects you from the tip
4   of your -- I mean, from your -- the tip of your head down
5   to the tip of your -- of your toes, okay. And it can --
6   which means it can affect every single organ in their
7   body. But the three main organs that we worry the most
8   and we have to keep a very close eye on are the eyes,
9   kidneys and feet.
10      But when we talk about diabetes, I mean, this is
11  a disease that's going to stay with the patient for the
12  rest of their life, and they have to know as much as
13  possible about it to be -- I mean, that is -- that is
14  just the -- how it goes. They have to know it and they
15  have to be challenging in their knowledge with it.
16  Q. When you have a patient with diabetes, do you
17  note that diagnosis in their chart?
18  A. Yes, I do.
19  Q. And when you have a patient that has diabetes,
20  do you monitor their blood sugar levels?
21  A. Yes, I do. In fact, we do, and the patient has
22  to check his blood sugar at least -- at least once a day.
23  Q. Do you have patients in your practice that are
24  taking -- that present to you with symptoms of
25  depression?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 15

1   A. Yes, I do, quite -- quite --
2   Q. Do you have patients in your practice, Doctor,
3   that are under the care and treatment of psychiatrists?
4   A. Yes, I do.
5   Q. And when you have a patient that's under the
6   care and treatment of a psychiatrist, do you defer the
7   psychiatric treatment of those patients to the
8   psychiatrist that they're treating with?
9   A. Well, it depends very much on the severity of
10  that psychiatric condition, and second, on the acceptance
11  from the patient's side, because, basically -- and I
12  don't know if at least one of you is from the same
13  generation that I am from, which is when I tell you that
14  I'm going to send you to a psychiatrist, this means I'm
15  telling you that you are crazy. So most of the patients
16  would be very unwilling to -- to see a psychiatrist, and
17  especially when it comes to depression or anxiety.
18  Q. Okay. Sometimes depression or anxiety can be
19  caused by some kind of a -- a lifestyle experience?
20  A. Right.
21      MR. HETRICK: Object to the form.
22  Q. (By Mr. Hampton) Is it true that sometimes
23  patients that you see that are depressed or anxious, the
24  underlying cause of that has something to do with the
25  circumstances that are going on in their life?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 16

1       MR. HETRICK: Same objection.
2   Q. (By Mr. Hampton) Okay. Doctor, if you
3   understand my question, you can go ahead and answer it.
4   A. Okay. Well, the thing, you see that when
5   we're -- and that's my belief. When we talk about
6   depression and anxiety, I think each and every one of us
7   has a touch of it, because regardless of what your job is
8   or how wealthy you are, you are exposed to so many
9   stresses in your life. And that's basically our response
10  to that stress, is to be -- sometimes it can be
11  overwhelming and it will show up on -- on your
12  presentation, and some other times you can control your
13  feelings. But basically, depression is a very common --
14  and maybe it's the very most common diagnosis and --
15  Q. If a patient -- okay.
16      Can depression also be caused by a person's life
17  experience, such as sexual abuse?
18  A. It can be caused by anything. It can be caused
19  by any kind of stress, whether at work or at home or with
20  friends or any -- anywhere.
21  Q. Doctor, do you have a -- tell us what type of
22  experiences you have, if any, with patients in your
23  practice that are -- have been the victim of sexual
24  abuse?
25  A. In fact, I don't have really much experience

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 37

1  which is Bates-stamped 068.
2  A. Yes.
3  Q. And on that date her weight is 176; isn't that
4  true?
5  A. That's true.
6  Q. So would it be fair to say that during the
7  course of your treatment of Ms. Burns, her weight varied
8  from -- from visit to visit?
9  A. Right.
10 Q. Is it a clinically significant difference if
11 Ms. Burns weighs 207 as opposed to 196?
12 A. Well, it is, but I think it's when we
13 consider -- I mean, her diagnosis with the sleep apnea,
14 which is basically -- one of the risk factors for that is
15 obesity, and we kept talking about obesity, I mean, about
16 her weight every time, and she was working -- working on
17 it, to lose weight.
18 Q. And she was trying to lose weight?
19 A. So it was an intentional loss.
20 Q. And is it hard for a woman of Janice Burns' age
21 to lose weight?
22 A. It's very hard for everybody to lose weight.
23 Q. Okay. But from your clinical evaluation of Ms.
24 Burns, was she doing the best that she could to try to
25 lose weight?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 38

1      MR. HETRICK: Object to the form. You can
2  answer.
3  A. I -- I think she -- she was doing her -- her
4  best.
5  Q. (By Mr. Hampton) Now, weight also is a risk
6  factor for diabetes; isn't it, Doctor?
7  A. It is.
8  Q. But diabetes -- the cause of diabetes is
9  complicated, isn't it?
10 A. It is.
11 Q. Some people that are overweight don't get
12 diabetes; isn't that true?
13 A. Absolutely; yes, sir.
14 Q. And some people that are right smack dab in the
15 middle of where they're supposed to be on weight and
16 height, they do get diabetes; isn't that true?
17 A. Yes, that is true.
18 Q. Some people that have an active lifestyle still
19 get diabetes, don't they?
20 A. Yes, they do.
21 Q. And some people that don't have an active
22 lifestyle don't get diabetes; isn't that true?
23 A. That's true.
24 Q. Some people who have a family history of
25 diabetes get diabetes; is that true?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 39

1  A. Yes.
2  Q. And some people who don't have a family history
3  of diabetes get diabetes; is that true?
4  A. That's true.
5  Q. And some people that have a family history of
6  diabetes don't get diabetes; isn't that true?
7  A. That is true.
8  Q. Okay. And there are some drugs that may cause
9  an onset of diabetes; isn't that true?
10     MR. HETRICK: Object to the form.
11 Q. (By Mr. Hampton) If you know.
12 A. Well, there might be. I mean, something -- I
13 mean, because when we talk about diabetes, it's a
14 multifactorial disorder.
15 Q. Okay.
16 A. I mean, it can be caused by anything, because we
17 don't understand exactly why it happens in certain people
18 and it does not -- I mean, we know some of the factors,
19 like the family history. Family history is a strong
20 indicator in terms of type 2 diabetes. It is a very
21 strong indicator, okay. Obesity, as we said, lifestyle,
22 these are factors that can -- so I'm not -- I won't be
23 surprised to find out that some of the medications can
24 cause -- I mean, can maybe at least make it show -- show
25 up.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 40

1  Q. In your care and treatment of Janice Burns, you
2  never diagnosed her with diabetes; is that right?
3  A. That's right.
4  Q. And so from your care and treatment of
5  Ms. Burns -- and you were there treating her in June of
6  2003, right?
7  A. That's right.
8  Q. And in June of 2003, she did not present with
9  any of the symptoms of diabetes, did she?
10 A. She did not, no.
11 Q. And those symptoms can include thirst, excessive
12 thirst?
13 A. Yes.
14 Q. Or an excessive --
15 A. Uria and excessive -- which is basically
16 polyuria, polydipsia and weight loss.
17 Q. Okay.
18 A. And these are the cardinal symptoms of diabetes.
19 Q. And she never presented with any of those
20 symptoms in your treatment --
21 A. She never -- she never presented with any of
22 that.
23 Q. And if she had, you would have noted them in
24 your progress notes; is that true?
25 A. And the lab work should have shown it.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 41

1  Q. It would have also shown up in the lab work.
2  So from the symptoms that she presented with and
3  from the lab work that she -- you ordered, in 2003, from
4  your clinical observation of Ms. Burns, she did not have
5  diabetes; is that right?
6  A. As far as I can tell, yeah.
7  Q. Can some other drugs raise blood sugar levels;
8  for example, some steroids?
9  A. Yes, they can.
10  Q. And did Janice Burns have problems with asthma?
11  Do you -- in looking through your progress notes, did you
12  see whether or not she had any problems with asthma?
13  A. No, I -- I'm not aware of any asthma.
14  Q. Okay. If Janice Burns took Prednisone -- what
15  is Prednisone?
16  A. Prednisone is one of the steroids, basically,
17  and it is anti-inflammatory medication that we use it
18  sometimes when we -- when we are puzzled with a
19  presentation of a patient. I mean, we use it and it does
20  work.
21  Q. And can it cause --
22  A. And in most of the cases, we do not know exactly
23  how it works, but it does work and it does help. And we
24  used to call it the magic medication, in fact, in the old
25  days. But it can cause elevation of the blood sugar, it

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 42

1  can cause elevation of the blood pressure, and it can
2  cause so many other side effects, especially in -- when
3  we use it for a long time.
4  Q. Okay. On the second time that Janice Burns came
5  in to visit with you, she brought you some of the notes
6  in her own handwriting; is that right?
7  A. I don't --
8  MR. HETRICK: Object to the form.
9  Q. (By Mr. Hampton) All right. Did Janice Burns
10  bring some documents to you when you were treating her?
11  A. I -- I cannot remember.
12  Q. Okay.
13  A. You are asking me about ten years ago and --
14  Q. Right.
15  I'll show you Bates stamp 03. That's -- is that
16  Janice Burns -- can you identify that document?
17  A. Identify what?
18  Q. What is -- is that -- is Bates stamp 03 a
19  document that's in your medical file, Doctor?
20  A. Again, if it is there, I'm -- I'm not really
21  aware of --
22  Q. You did not use it for your diagnosis and
23  treatment of Ms. Burns, did you?
24  A. I -- I do not -- I cannot really remember that.
25  I can't recall.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 43

1  Q. Okay. I'll show you Bates No. 111, which is --
2  can you identify that document?
3  A. Yes.
4  Q. Okay. Did you -- did you use the document Bates
5  stamp 111 in any way in your care and treatment of
6  Ms. Burns; do you recall?
7  A. I cannot tell you for sure.
8  Q. Okay. I'll show you what's been marked as
9  Bates-stamped 110. Can you identify that, Doctor?
10  A. Again, I cannot recall, meaning -- because,
11  basically when we talk about Janice, Janice, she used to
12  be -- when I started seeing her, she used to be working
13  for the Gulf Coast Hospital as a social worker.
14  Q. Okay.
15  A. So she presents to the office as a patient as
16  well as a friend, okay? And basically, she did have lots
17  of social and psychological problems, even then.
18  Q. Okay.
19  A. Okay. And while -- when she told me that she
20  has been seeing a -- a psychiatrist, I tried to stay out
21  of this kind of deal, because, basically, she did have
22  lots of problems in that.
23  And -- but I might have seen this that other
24  time, but I don't remember any of that.
25  Q. Okay. On the medical history for Janice Burns,

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 44

1  I want to direct your attention to a line that says 2000
2  elevated fasting blood sugar and ketones in urine,
3  accuchecks 120 to 190, confirmed by a lab on multiple
4  occasions. Do you see that?
5  A. Yeah, I do see.
6  Q. Okay. Doctor, I asked you previously if
7  Prednisone can cause elevated blood sugars?
8  A. Yes, it can.
9  Q. And is this note that Janice Burns made on
10  Bates-stamped No. 00110 consistent with the type of blood
11  sugar levels that would occur if she was taking
12  Prednisone?
13  MR. HETRICK: Object to form and foundation.
14  MR. HAMPTON: Okay.
15  A. Yes, it can.
16  Q. (By Mr. Hampton) Okay. Doctor, you did not --
17  you did not use Exhibit 0110, that document, in any way
18  in terms of your assessment of Janice Burns' condition,
19  did you?
20  A. What my assessment was, was based basically on
21  her presentation at -- every time when I see -- I saw her
22  and on the lab work. Lab work is much more authentic
23  than my own, because diabetes, I don't diagnose by --
24  just by looking or examining a patient.
25  Q. Right.

Stratos Legal Services
800-971-1127

<29569>Case 6:06-md-01769-ACC-DAB   Document 1318-14   Filed 02/27/09   Page 7 of 9 PageID 28569

<29569>12 (Pages 45 to 48)</29569>

---

Dr. Rezeq Bataineh
June 26, 2008

Page 45

1   A.  Okay. I do suspect it maybe, based on the --
2  the presentation of the patient, but the lab work is the
3  one that will decide.
4       And her lab work on two occasions, they were
5  fine, I mean, the blood sugar.
6   Q.  Okay.
7   A.  So there -- there was no point of me -- I mean,
8  doubting that kind of results.
9   Q.  So is there any doubt in your mind that -- that
10 when you saw Janice Burns in 2003, that she did not have
11 diabetes?
12  A.  I did not have any suspicion of it or any -- any
13 doubts about it.
14  Q.  Okay. Now, we've talked briefly about Janice
15 Burns' psychological issues. Was it your understanding
16 that -- and your intent to let those issues be addressed
17 by her psychiatrist?
18  A.  Well, basically, again, as I said, she was
19 fairly well-established with a psychiatrist and she did
20 have lots of problems. And that was well known by the
21 patient and by, in fact, her employer and by her doctor,
22 which I had to meet with a couple of times.
23  Q.  Okay. But you let her psychiatrist deal with
24 those issues?
25  A.  Oh, absolutely. They were way -- way beyond

Stratos Legal Services
800-971-1127

---

Dr. Rezeq Bataineh
June 26, 2008

Page 46

1  my -- my capability.
2   Q.  Okay. So as far as you know, when you saw
3  Janice Burns on April of 2003 and -- and June of 2003,
4  based upon your medical evaluation and based upon the lab
5  test, it was your -- was it -- was it or was it not your
6  opinion as to whether or not Ms. Burns had diabetes at
7  that time in 2003?
8   A.  Again, we did blood work and it was -- she did
9  not have it.
10  Q.  Okay.
11  A.  So that's all I can say about diabetes, which is
12 as far as I can deduct from this, she did not have it.
13  Q.  Okay. In this case, Janice Burns is suing
14 AstraZeneca, contending that the Seroquel that she took
15 caused her to get diabetes. That's the -- that's what
16 this lawsuit is about. So the issue here is the drug
17 Seroquel.
18      Doctor, do you prescribe Seroquel?
19  A.  I -- no, I don't, in fact.
20      I do have quite a few patients in the nursing
21 homes who have been started on Seroquel by the
22 psychiatrist, because we do have psychiatrists come to
23 each facility on a regular basis, but, no, I don't -- I
24 don't prescribe it.
25  Q.  Okay. So some of your patients in the nursing

Stratos Legal Services
800-971-1127

---

Dr. Rezeq Bataineh
June 26, 2008

Page 47

1  home may be on Seroquel --
2   A.  Right.
3   Q.  -- because of another doctor's prescription?
4   A.  Right.
5   Q.  But you don't prescribe Seroquel?
6   A.  No, I don't.
7   Q.  Okay. So you're not familiar with the risks and
8  benefits of Seroquel or the --
9   A.  I am -- I'm familiar with, because, I mean, some
10 of my patients are on it.
11  Q.  Okay.
12  A.  But it was not me who started them on it.
13  Q.  Okay. You and I have never met before today; is
14 that right?
15  A.  Right.
16  Q.  And you and I have never talked before about
17 that case; is that right?
18  A.  Right.
19  Q.  Okay. When I found out that your deposition was
20 going to be taken, I gave you some material on -- with
21 regard to Seroquel; is that right?
22  A.  Right; right.
23  Q.  Did you bring that with you here today?
24  A.  Yeah, I did.
25  Q.  Okay. Did you review that material before your

Stratos Legal Services
800-971-1127

---

Dr. Rezeq Bataineh
June 26, 2008

Page 48

1  deposition today?
2   A.  Yeah, I did.
3   Q.  Okay. But you're not expressing an opinion here
4  today in any way, sort or shape about Seroquel itself; is
5  that true?
6   A.  That's true; yeah. Because, basically, again, I
7  mean, I'm not the right person to -- I'm not an expert,
8  in this category.
9   Q.  Okay. And --
10  A.  It's not within my field.
11  Q.  And with regard to your treatment of Janice
12 Burns in April and June of 2003, your clinical diagnosis
13 was that she, in fact, did not have diabetes; is that
14 right?
15  A.  That's right.
16  Q.  So whether Seroquel does or does not cause
17 diabetes, from your perspective, essentially makes no
18 difference, because she didn't have diabetes when you saw
19 her, right?
20  A.  That's right.
21      MR. HAMPTON: Let's take a break.
22      (A recess was taken.)
23      (Plaintiff's Exhibit No. 2 was marked for
24 identification.)
25  Q.  (By Mr. Hampton) Doctor, we're -- we're off of

Stratos Legal Services
800-971-1127

29 (Pages 113 to 116)

Dr. Rezeq Bataineh
June 26, 2008

Page 113

1  Q. Okay.
2  A. And again, that is -- that is to prove my point
3  of noncompliance.
4  Q. So you see her again, if my records are -- are
5  right here, I'm looking at the page that's Bates-numbered
6  4. You see here again in June, June 19 of 2003, correct?
7  A. Yes.
8  Q. Is that the next time you see her?
9  A. Yes.
10  Q. So almost four years later?
11  A. Yeah.
12  Q. All right. Her weight at this point is 218 and
13  a quarter, correct?
14  A. Yes.
15  Q. All right. Which is more than it was when you
16  first saw her?
17  A. Right.
18  Q. All right. Okay. And the visit on 6/19, is
19  that the last time that you saw her?
20  A. Yes.
21  Q. All right. And then that takes us to what has
22  already been marked as Exhibit 2, which bears the Bates
23  number of -- of 23, and this is a letter from you to
24  Ms. Burns, correct?
25  A. Yes.

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 114

1  Q. All right. And it says Janice Burns, this is to
2  advise you that for personal reasons, I will be unable to
3  serve you as a patient of this practice. I am
4  discharging you from my care and you will need to seek
5  the care of another physician immediately; is that right?
6  A. Yes.
7  Q. Okay. We will, of course, provide emergency
8  services for a period of 30 days, correct?
9  A. Yes.
10  Q. All right. And so you told her you would no
11  longer be her primary care physician?
12  A. True.
13  Q. All right. And why was that?
14  A. Well, basically, it was based on so many
15  factors. One of them is the noncompliance that I felt
16  that she has been going through. Second is that accident
17  or that -- that she had, which is the suicide attempt. I
18  mean, that was another big factor, in fact. And I think
19  these are the main factors which I did not feel very
20  comfortable in providing service for her.
21      MR. HETRICK: I think those are all the
22  questions that I have at this time. Thank you so
23  much, Doctor, for your patience.
24      THE WITNESS: You're welcome. Yes, sir.
25

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 115

1         REDIRECT EXAMINATION
2  BY MR. HAMPTON:
3  Q. Doctor, we've now gone through your -- your care
4  and treatment of --
5  A. I thought you were done.
6  Q. No. As I said, I have 20 more minutes or so,
7  maybe less.
8       Doctor, we've gone through your care and
9  treatment of Ms. Burns, both in general on my direct
10  and -- and in some detail on -- on examination by counsel
11  for AstraZeneca.
12      By my count, you have saw her about 16 times
13  from January of 1998 through August of 1999?
14  A. Right.
15  Q. Okay. And then you saw her on three occasions
16  in 2003, twice in April and then once in June of 2003?
17  A. True.
18  Q. So you had a -- you had a broad spectrum of
19  visits, a large number of visits where you were able to
20  assess the medical condition of Janice Burns?
21  A. Yes.
22  Q. Plus you already knew her previously in a
23  professional capacity?
24  A. Yes.
25  Q. Not -- she wouldn't necessarily come into your

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 116

1  home or you wouldn't necessarily go into her home, but
2  you would see her in the hospital and around in your
3  working profession as a doctor, right?
4  A. Yes.
5  Q. And so you had the opportunity to observe
6  whether or not -- what her physical condition was?
7  A. Yes.
8  Q. Are you -- as you've gone through the records
9  today, are you comfortable and confident in your
10  diagnosis and treatment of Janice Burns in April and in
11  June of 2003 that, in fact, she did not have diabetes?
12  A. That's true.
13  Q. With regard to the asthma we've now seen from
14  examination by counsel for AstraZeneca, that, in fact,
15  she did have asthma; is that right?
16  A. Yes.
17  Q. And if the record shows that she was taking
18  Prednisone for treatment of her asthma, could that have
19  caused the blood sugar spikes that were indicated in her
20  medical history?
21  A. It can, but that would be once -- once we
22  started the Prednisone, her blood sugar would go down.
23  Q. Okay. So if -- if there were spikes of
24  Prednisone -- or her blood sugar and then she quit taking
25  Prednisone, her blood sugar should go back down to

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 117

1  normal?
2  A. Yes.
3  Q. So when you saw her in 2003, there was no doubt
4  in your mind that she did -- in your mind, you were sure
5  that she did not have diabetes; is that right?
6  A. Yes.
7  Q. And you took a -- you took the blood -- you took
8  her blood tests on April 10 of 2003, Bates stamp No. 078?
9  A. Yes.
10 Q. And her blood sugar level --
11 A. It was --
12 Q. -- on April of 2003 was --
13 A. It was normal.
14 Q. And it was --
15 A. Ninety-eight.
16 Q. -- 98. And in fact, the blood sugar in 2003 was
17 actually a better blood sugar --
18 A. Right.
19 Q. -- than it was that you took back in 1998?
20 A. Yes.
21 Q. Bates stamp 082, that was --
22 A. 106.
23 Q. -- 106. So she had -- her blood sugar levels
24 had decreased and were more within normal in 2003 than
25 they were in 1998; is that right?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 118

1  A. Yes.
2  Q. With regard to the regrettable suicide attempt,
3  you say you don't treat very many patients that have a
4  history of -- of sexual abuse like Janice Burns, right?
5  A. Yes.
6  Q. But you do treat patients that have depression;
7  isn't that true?
8  A. Yes.
9  Q. And is it your experience in patients that have
10 depression, that frequently the depression gets more
11 intense and more severe around the holidays such as
12 Christmas?
13 A. Yes; absolutely.
14 Q. With regard to -- and so it's not -- after that
15 Christmas in the hospital, she came back to your -- to
16 you and to see you on several occasions thereafter; is
17 that right?
18 A. Yes.
19 Q. And within about three or four months, she
20 presented with some complaints where you prescribed
21 Vicodin, I believe?
22 A. Right.
23 Q. And when you prescribed Vicodin, at that point
24 there was not a concern in your mind, was there, that she
25 might abuse or misuse the Vicodin?

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 119

1  A. In fact, there was.
2  Q. Okay. But you gave it to her P.R.N.; is that
3  right?
4  A. But -- well, yes, and she was in pain. She was
5  in severe pain, regardless of whether she was taking it.
6  I mean, she was taking it and she looked in pain and I
7  have to believe it, to deal with her pain. I cannot just
8  let you go and --
9  Q. Okay. But you -- so you -- but you made the
10 decision that -- to deal with the pain, prescription of
11 Vicodin was appropriate?
12 A. Yes.
13 Q. And, in fact, she did not abuse --
14 A. In fact -- in fact, about that, let me -- the
15 Vicodin, she did have it and what -- and that's what my
16 notes say, that she did have Vicodin. And I asked her to
17 take it. I -- I did not write her a Vicodin. She did
18 have Vicodin from before.
19 Q. Okay. And you saw her for -- that was, I think
20 in February of 1999, you also saw her in April of '99?
21 A. Yes.
22 Q. And June of '99 and October of '99 and August of
23 '99, right?
24 A. Right.
25 Q. And there was no -- during all that time, she

Stratos Legal Services
800-971-1127

Dr. Rezeq Bataineh
June 26, 2008

Page 120

1  was acting in a responsible fashion as a patient,
2  responding appropriately to your medical directions; is
3  that true?
4  A. That's -- yes.
5      Is this mine or yours?
6      MR. HAMPTON: That's yours, because it's got the
7  two on it.
8      That's all the questions I have. Okay.
9      MR. HETRICK: I have nothing further. Thank
10 you, Doctor.
11     MR. HAMPTON: Thank you very much.
12     THE WITNESS: Do you have anything?
13     COURT REPORTER: No.
14     (Conclusion of Deposition. Signature waived.)

Stratos Legal Services
800-971-1127