# EXHIBIT 4

1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## VOLUME I

-------------------------------------------x

IN RE:      Seroquel Products Liability      :
Litiga       tion                            :

MDL DOCKET NO. 1769                          :
                                             :
This Document Relates to:                    :
                                             :
Curley v. AstraZeneca LP, et al.             :
(Connie Curley 6:07-cv-15701)                :
                                             :
-------------------------------------------x

Monday, February 11, 2008

Oral deposition of CONNIE CURLEY, held

at Sheraton Suites, Orlando Airport, 7550

Augusta National Drive, Orlando, Florida,

32822, beginning at 10:06 a.m., on the above

date, before Richard Castillo, Registered

Diplomate Reporter, Commission No. DD609499

(Expiration 2/25/11) and a Notary Public.

**Esquire Deposition Services**
200 East Robinson Street
Suite 425
Orlando, Florida  32801
(407)426-7676

**Job No. 918770**

62

1    BY MR. MANZELLA:
2        Q   Have you ever done any research
3    on Seroquel?
4        A   No.
5        Q   Like internet, you ever look on
6    the internet?
7        A   No, I come out of the dinosaur
8    age, young man, and that's where I'd like to
9    stay, please.
10       Q   Okay.  Fair enough.
11           Just for the record, have you
12   read any articles about Seroquel?
13       A   No.
14       Q   Okay.  Have you seen any
15   advertisements about Seroquel?
16       A   No, I haven't.  They don't run
17   them in Florida.
18       Q   So, when you were taking
19   Seroquel, it wasn't because you saw any
20   advertising?
21       A   No.
22       Q   Did you ask to take Seroquel?
23       A   No.
24       Q   The doctors prescribed it for

63

1    you?
2        A   Yes.
3        Q   And you trusted your doctors to
4    give you the correct prescriptions?
5        A   Yes.
6        Q   Okay.  Have you seen any
7    advertisements for lawsuits regarding
8    Seroquel?
9        A   Yes.
10       Q   Tell me about that.
11       A   It was a commercial.  I think it
12   was Channel Ten in Tampa, and it says, just
13   call 1-800-Bad-Drug.
14       Q   And did you do that?
15       A   Yes, I did.
16       Q   Is that how you --
17       A   Yes.
18       Q   -- started your lawsuit?
19       A   Yes, sir.
20       Q   How did you decide to file a
21   lawsuit against AstraZeneca?
22       A   How did I decide?
23       Q   Um-hum.
24       A   When I became diabetic, that

64

1    decided the factor for me.  Because that's --
2    it's no fun getting up and pricking your
3    finger to take your blood every day.  It's no
4    fun watching what you have to eat.  It's no
5    fun for me at all.
6        Q   And this is when you called the
7    1-800-Bad-Drugs?
8        A   Yeah.
9        Q   And is that how you located the
10   Bailey firm?
11       A   Yes.  And I also would like to
12   put, it also ends my life shorter than what
13   it would have been normally without it.
14       Q   Okay.  Did you talk to anybody
15   before deciding to file a lawsuit?
16       A   No.
17       Q   It was your decision?
18       A   Yes.
19       Q   Okay.  When you called
20   1-800-Bad-Drugs, what did they tell you?
21       A   They sent me some papers to fill
22   out.  I filled them out and sent them back
23   in.
24       Q   Did the Bailey firm then contact

65

1    you?  Or is it the Bailey firm that sent you
2    the paperwork?
3        A   It was the Bailey firm that sent
4    me the paperwork.
5        Q   Okay.  Did you talk about this
6    deposition with any of your friends, family?
7        A   No.
8        Q   Does anybody know you're here
9    today giving this deposition, other than your
10   lawyers?
11       A   My roommates, Arlene and Barbara,
12   do, because they brought me.
13       Q   Okay.  Let me ask you this:
14   How'd you get here?
15       A   Arlene drove me, and Barbara
16   takes care of me.
17       Q   Okay.  Are they here in the
18   hotel?
19       A   Yes.
20       Q   They drove you -- you live in
21   Tampa?
22       A   Yes, sir.
23       Q   They drove you here to Orlando,
24   correct?

66

1   A   Yes, sir.
2   Q   Do you drive?
3   A   No, sir.
4   Q   Do you have a driver's license?
5   A   No, sir.
6   Q   Did you ever have a driver's
7   license?
8   A   Yes, sir.
9   Q   What happened there?
10   A   I had a car wreck in 1998, and
11   no, you're not getting me to drive.  No,
12   thank you.  Uh-uh.
13   Q   And we'll talk about your car
14   wreck, but just -- you were the driver during
15   the car wreck?
16   A   Yes.
17   Q   And we'll talk about that in a
18   while.
19       Since that, you haven't driven?
20   A   No.
21   Q   Okay.  And you stayed overnight
22   last night?
23   A   Yes.
24   Q   And your two friends stayed with

67

1   you?
2   A   Yes.
3   Q   You all stay in the same room.
4   A   Yes.
5   Q   Okay.  Who paid for that?
6       (Pause.)
7   A   The law firm.
8   Q   Okay.  Did the law firm also
9   reimburse you for the money it costs to drive
10   here?
11   A   I don't know the answer to that
12   one.
13   Q   Okay.  Do you plan on driving
14   home tonight; is that right?
15   A   As soon as we're finished, I plan
16   on going home.  I have a Chihuahua at the
17   house that's waiting for me.
18   Q   Okay.  Can you tell me what
19   medications you're currently taking?
20   A   Okay.  Ready?
21   Q   Yes.
22   A   Prozac.
23   Q   All right.  We'll do them one at
24   time, okay?  What's Prozac for?

68

1   A   Fibromyalgia.
2   Q   Okay, next one.
3   A   I get samples of that purple
4   pill.  I love that purple pill.
5   Q   Is that -- what's the purple
6   pill, is it Nexium?
7   A   Yeah.
8   Q   Nexium?
9   A   That's it.
10   Q   The purple pill?
11   A   That purple pill, yeah.
12   Q   What's Nexium for?
13   A   I got a acid reflux.
14   Q   Okay.  How long have you been
15   taking the Nexium?
16   A   About six months now.
17   Q   And you said you loved it, so can
18   I assume that it works for you?
19   A   Yes, it does.
20   Q   Do you know who makes Nexium?
21   A   AstraZeneca.
22   Q   Okay.  What other drugs are you
23   taking?
24   A   Lovistat, which is a cholesterol

69

1   pill.
2   Q   Okay.
3   A   Avandamet.
4   Q   What is that for?
5   A   That's my diabetic pill:
6   Malaxin.
7   Q   I'm sorry, say that one again?
8   A   Malaxin.
9   Q   What's that one for?
10   A   Migraines.
11   Q   Okay.
12   A   Gabitril.
13   Q   What is that for?
14   A   To prevent migraines.
15       I take high blood pressure pills,
16   too.
17   Q   Okay.  Is that Diovan?
18   A   Yeah.  But I'm getting ready to
19   be taken off that one.
20   Q   Are you switching to another
21   hypertension medication?
22   A   Yeah, I'm going to have to.
23   Q   Why is that?
24   A   Because I had Lasik done on my

90

1    A   Yeah, that's accurate.
2    Q   In fact, is it more
3  accurate to say that you've been unemployed
4  since 1994, till present?
5    A   Yeah.
6    Q   That's correct?
7    A   Yeah, that would --
8    Q   So then, you want to change that
9  1994 to present?
10   A   Yeah.
11   Q   Okay.  And that would be the same
12 thing under II-C, again it says 1998?
13   A   Yeah.
14   Q   1994 to present, correct?
15   A   Yeah.
16   Q   Okay.  Next page, it says,
17 Seroquel.  And it says, dates of use.  It
18 says, 1/6/2003 to 6/1/2006.
19       Do you see where it says that in
20 the chart?
21   A   Yeah.
22   Q   Is that correct?
23   A   Yes.
24   Q   Okay.  Before, you mentioned that

91

1  your pill bottle for Seroquel was dated 2001?
2    A   Yeah.
3    Q   Is that incorrect?
4    A   That is -- probably is, yes.
5    Q   It's probably incorrect?
6    A   Yes.
7    Q   So, is it more likely that the
8  pill bottle is 2003?
9    A   Yes.
10   Q   Okay.  And we'll look at it.
11   A   I haven't looked at it in a long
12 time.  I just know I kept it for a reason.  I
13 don't know why.
14   Q   And Dr. Maria Wilson was the
15 person who prescribed; is that correct?
16   A   Yes.
17   Q   Okay.  And then underneath, it
18 says 6/2004 till 1/2006?
19   A   Yes.
20   Q   Is that also correct?
21   A   Yes.
22   Q   Were you receiving Seroquel from
23 someone else besides Dr. Wilson?
24   A   Wait a minute, let me see this.

92

1        (Pause.)
2    A   I quit taking it in ... June ...
3        MS. HORNSBY:  I can't see.
4        THE WITNESS:  I know.
5        MS. HORNSBY:  If you can just --
6  I'm going to -- can you not see this?
7        THE WITNESS:  Yeah, I cannot see
8  this.
9        MS. HORNSBY:  Can you see this?
10 Why don't we step over here to the light
11 so can you see it?
12       THE WITNESS:  Thank you.  I can't
13 see very good.  I'm sorry.  Lasik didn't
14 help me a lot.
15       MS. HORNSBY:  Okay.  I'm pointing
16 to section four.
17       THE WITNESS:  Okay.
18       MS. HORNSBY:  Under Seroquel.
19 And if you can ask her the question
20 again.
21 BY MR. MANZELLA:
22   Q   My question is, why are there two
23 different date ranges for Seroquel?
24   A   Oh, because those are the

93

1  refills.  She gladly increased the dosage.
2    Q   Okay.  This is Dr. Maria Wilson?
3    A   Yes.
4    Q   Okay.  Did you receive Seroquel
5  from anyone besides Dr. Maria Wilson?
6    A   No.
7        Thank you.
8    Q   Do you believe you took Seroquel
9  all the way up until June of 2006?
10   A   Yes.
11   Q   Okay.  If your last prescription
12 for Seroquel that you have on your
13 prescription records said 2005 --
14   A   Yeah.
15   Q   -- can you tell me how you took
16 it all the way up until 2006?
17   A   Because I got refills from
18 Dr. Wilson, which should be in my medical
19 records, because she always makes copies of
20 my prescriptions.
21   Q   Did you refill them at a
22 pharmacy?
23   A   Yes, I did.  I refilled them
24 at ... Albertson's, which is a grocery store

(Pages 90 to 93)

94

1  here, but it's usually Savon Pharmacy.
2     Q   Okay.  Under pharmacies, you have
3  Kash 'n Karry Pharmacy, and Savon Pharmacy.
4     A   Yes.
5     Q   Are you telling me now there's
6  another pharmacy you filled Seroquel
7  prescriptions from?
8     A   How come Walgreens isn't up
9  there?  I did do one at Walgreens.
10    Q   You also mentioned Albertson's,
11 correct?
12    A   Albertson's is where I get my
13 pills at now.
14    Q   Okay.  So, is it possible that
15 you have Seroquel prescriptions from Walgreen
16 and Albertson's.
17    A   I know I did it one time, one
18 month fill them at a Walgreens because --
19    Q   Do you also believe you had
20 Seroquel prescriptions from Albertson's?
21    A   Yes, I know I did.
22    Q   So, those would be additional
23 pharmacies beyond Kash 'n Karry and
24 Savon?

95

1     A   Well, Savon is actually
2  Albertson's, so we'll just clarify that one.
3  I just don't call it that.
4     Q   Okay.  So we should add
5  Walgreens to the list, though?
6     A   Yes, sir.
7     Q   Okay.  Then right under there, it
8  says, you do not -- you continue to take
9  Seroquel, no; is that correct?
10    A   Yes.
11    Q   You do not take Seroquel today?
12    A   No.
13    Q   When did you stop?
14    A   June, 2006.
15    Q   Okay.  And it says allergic
16 reaction to medication?
17    A   Yes.
18    Q   Can you tell me about that?
19    A   I broke out in a rash.  I was ...
20 hyper.  I just couldn't sit still.
21    Q   Okay.  So you had a physical rash
22 on your skin?
23    A   Yes.
24    Q   Where on your skin?

96

1     A   All over my body.
2     Q   Was it a red rash?
3     A   Yes.
4     Q   Was there --
5     A   It itched.
6     Q   -- pimples, or --
7     A   It itched, so I scratched.
8     Q   Did the doctors tell you you had
9  an allergic reaction to Seroquel?
10    A   Not until I called her and told
11 her what I was doing.
12    Q   Okay.  Who'd you call?
13    A   Dr. Wilson's office.
14    Q   And what did she say?
15    A   The nurse told me to quit taking
16 it.
17    Q   Did she say you had an allergic
18 reaction?
19    A   Yes.
20    Q   Did they explain how you were
21 taking the drug for several years without an
22 allergic reaction, but then had an allergic
23 reaction?
24    A   No, they didn't.

97

1     Q   Do you understand how that
2  happened?
3     A   No, I don't.
4     Q   Okay.  Is it fair to say that
5  from 2003 until that time you had the
6  allergic reaction --
7     A   Yeah.
8     Q   -- you had not had an allergic
9  reaction with Seroquel?
10    A   No, you're right.
11    Q   That's correct?
12    A   That's correct.
13    Q   And you hadn't taken Seroquel on
14 and off since 2003?
15    A   Yeah.  Well, actually, I never
16 went off it in 2006, to be accurate about it,
17 because when I was in the hospital, that's
18 what she gave me.  When I left the hospital,
19 she kept me on it until I got the allergic
20 reaction.  There was no breaking points.  The
21 only thing would be that the dosage
22 increased.
23    Q   Okay.  And we're talking about
24 Dr. Wilson?

98

1    A   Yes, I'm talking, um-hum.
2    Q   And she was the one who gave it
3  to you in the hospital; you're talking about
4  going to the hospital?
5    A   Yes.
6    Q   Okay.  Just to be clear on the
7  record, of all the times you took Seroquel --
8    A   Yes, I did.
9    Q   -- did you ever have an allergic
10 reaction, except that one time?
11   A   No.
12   Q   Then going on your fact sheet
13 again, going down to number five, the V,
14 injury, symptoms, diagnosis, and damages, you
15 see where it says, diabetes?
16   A   Yes.
17   Q   And it says 9/13/2005?
18   A   Yes.
19   Q   Is that the day you were
20 diagnosed with diabetes?
21   A   The actual date is ... October 5,
22 2005.
23   Q   Okay.  So October 5, 2005, is the
24 day you were diagnosed with diabetes?

99

1    A   Yes.
2    Q   Who diagnosed you with diabetes?
3    A   Dr. Sisodia.
4    Q   S-I-S-O-D-I-A?
5    A   Yeah.
6    Q   Okay.  And he's your primary-care
7  doctor?
8    A   She is.
9    Q   She is.  And she is the one who
10 left the practice already?
11   A   Yes.
12   Q   Okay.  And Dr. O'Campo took over
13 for Dr. Sisodia?
14   A   Yes.
15   Q   Okay.  Was Dr. Sisodia
16 your endocrinologist?
17   A   No, she's an internal medicine.
18   Q   Did she give you a test to test
19 if you had diabetes?
20   A   She did a ... 24-hour blood test.
21 That's all she does when I go to her.  She
22 does it ... to check my cholesterol level and
23 check my sugar levels.
24   Q   Okay.  So she gave you this blood

100

1  test, and that's how she diagnosed diabetes;
2  is that correct?
3    A   I -- I was diagnosed with
4  diabetes through Dr. Sisodia.
5    Q   Okay.
6    A   Dr. O'Campo is the doctor that
7  now takes care of my medical.
8    Q   Okay.  How did Dr. Sisodia
9  diagnose you with diabetes?
10   A   Fasting blood sugar, 24 hours,
11 you know, nothing to eat or drink after
12 midnight.
13   Q   And she gave you this test, and
14 after the test, she diagnosed you with the
15 diabetes; is that right?
16   A   Yes.
17   Q   Can you go over to page five of
18 the plaintiff's fact sheet?
19   (Pause.)
20   Q   Do you see, at the top, it says,
21 current height and weight on page five?
22   A   Yes.  As soon as I get this, yeah
23 I will.  Okay, yeah.
24   Q   Okay.  Is that your current

101

1  height?
2    A   I don't know what my height is.
3  To be point blank, I don't.
4    Q   So your medical records are sort
5  of, have different heights.  Is it fair to
6  say you're somewhere between 4-11 and 5-3?
7    A   I have to be shorter than that,
8  for the simple reason is 4-11 -- because my
9  roommate is five foot, and she's taller than
10 me.
11   Q   So you believe you're about four
12 foot 11?
13   A   Yeah.
14   Q   So we should change that to about
15 4-foot 11?
16   A   correct.
17   Q   What is your current weight?
18   A   161.
19   Q   So that's correct, correct?
20   A   Yeah.
21   Q   Do you consider yourself to be
22 overweight?
23   A   Yes.
24   Q   Okay.  Has doctors told that you

134

1      A    Yeah.
2      Q    And that lasted for about a year?
3      A    Yeah.
4      Q    And then you went up to
5  100 milligrams?
6      A    Right.
7      Q    You were taking a 100-milligram
8  pill?
9      A    Two 50's.
10     Q    Two 50-milligram pills.  That's
11 still from Dr. Wilson?
12     A    Right.
13     Q    For sleep?
14     A    Yes.
15     Q    Did it work?
16     A    Yes.
17     Q    For sleep at 100 milligrams?
18     A    Yes.
19     Q    Then you had your allergic
20 reaction?
21     A    Right.
22     Q    And then you stopped taking it?
23     A    Yes.
24     Q    Did it ever not work?

135

1      A    No.
2      Q    So, it was effective for you in
3  helping you sleep?
4      A    Yes.
5      Q    Was that important to you?
6      A    Yes.
7      Q    Tell me about that.
8      A    It was important because if you
9  don't sleep, you get fatigued.  When you get
10 fatigued, you get irritable.  And when you
11 get irritable, you get snappy with people,
12 rude and obnoxious.  Okay.  And it doesn't
13 help your health at all.
14     Q    So, when you were using the
15 Seroquel, were you satisfied with it?
16     A    Yeah.
17     Q    Did you ever have any side
18 effects when using it, before the allergic
19 reaction?
20     A    No.
21     Q    Any problems at all with Seroquel
22 while you were using it?
23     A    No.
24     Q    Did you ever request Seroquel?

136

1      Did you tell your doctors you wanted it?
2      A    No.
3      Q    The doctors -- Dr. Wilson
4  decided?
5      A    Yes.
6      Q    Okay.  What did she tell you
7  about the Seroquel?
8      A    Nothing.  She just wrote the
9  prescriptions, and that was it.
10     Q    Did she tell you it was for
11 sleep?
12     A    No.
13     Q    So you didn't know -- how do you
14 know --
15     A    The way the quote was to her,
16 Dr. Wilson, I'm not sleeping at night, and I
17 can't handle this anymore.  And she wrote me
18 a prescription for Seroquel.  She goes:  This
19 will help, but that's it.  But she never
20 actually came out and said, okay, you know,
21 the Seroquel -- you know, she just gave me
22 the prescription.  She didn't tell me.
23     Q    Did she tell to you take it at
24 night before you go to sleep?

137

1      A    Yes.
2      Q    So you understood that to mean
3  that's going to help you sleep?
4      A    Yeah.
5      Q    And it did help you sleep?
6      A    Right.
7      Q    Did you ever take more than
8  100 milligrams?
9      A    No, sir.
10     Q    Did you always take it at night?
11     A    Yes, sir.
12     Q    Did you ever take it at any other
13 time during the day?
14     A    No, sir.
15     Q    Just for the record, is it fair
16 to say that you always took Seroquel at night
17 for the purposes of going to sleep?
18     A    Yes, sir.
19     Q    Any other time, take it for any
20 other time?
21     A    No, sir.
22     Q    For any other reason?
23     A    No, sir.
24     Q    When you had your allergic

**138**

1   reaction, what did you tell the doctor?
2       A   I called up, and I talked to the
3   nurse, and I told her that I was having a
4   reaction to the Seroquel.  And she told me to
5   quit taking it.  And then they called me on
6   something else, but I don't remember what she
7   called me on.
8       Q   Were you calling the nurse at
9   night?
10      A   Yes.  No, it was during the day,
11  because they had the system set up, you could
12  only talk to the nurses during the day.
13      Q   And when -- I want to talk
14  specifically about the allergic reaction
15  time.
16      A   Okay.
17      Q   When did you take the Seroquel
18  that time?
19      A   I took it at eight o'clock every
20  night.
21      Q   So, you believe you took it at
22  eight o'clock that night?
23      A   Yes.
24      Q   And would it have been

**139**

1   100 milligrams?
2       A   Yes.
3       Q   Okay.  Tell me about the allergic
4   reaction.
5       A   I started breaking out in a rash.
6   I was getting -- pacing the floors.  It was
7   like I couldn't stay still.
8       Q   Okay.  And you said you were
9   rashy, you were scratching, right?
10      A   Yeah.
11      Q   When did you contact your doctor
12  or the nurse?
13      A   The next morning, because I
14  couldn't get him before then.
15      Q   Okay.  And that's when she told
16  you to stop taking the Seroquel?
17      A   Yes.
18      Q   Did you stop taking the Seroquel?
19      A   Yes.
20      Q   Have you taken Seroquel since
21  then?
22      A   No.
23      Q   So that allergic reaction was the
24  last time?

**140**

1       A   Yes.
2       Q   Okay.  Were you surprised that
3   you had an allergic reaction?
4       A   Yes.
5       Q   You had never had a reaction
6   before?
7       A   Not with the Seroquel, but with
8   other drugs I have.
9       Q   You've had allergic reaction with
10  other drugs?
11      A   Yes, but not Seroquel.
12      Q   Which other drugs have you had?
13      A   Okay.  It's another cholesterol
14  pill.  I think it's Niacin, 500 milligrams.
15  Okay.  I'm allergic to sulphur drugs.  I'm
16  allergic to -- okay, it's a high blood
17  pressure pill I am allergic to -- I don't
18  even remember the name of that one.
19          I'm allergic to a muscle relaxer
20  called ... I know it.  I just can't think of
21  it.
22      Q   Okay.  Well, if it comes to you.
23      A   Yeah.
24      Q   The night you had the allergic

**141**

1   reaction, did you take any other drugs
2   besides Seroquel?
3       A   Just my normal bedtime medicine.
4       Q   Which would be what?
5       A   The Seroquel, muscle relaxer, and
6   that was it at the time.
7       Q   Okay.  What was the muscle
8   relaxer you were taking?
9       A   Flexeril.
10      Q   Have you ever had an allergic
11  reaction to that?
12      A   No, it just doesn't work anymore.
13      Q   How do you know you had an
14  allergic reaction to Seroquel and not to the
15  muscle relaxer?
16      A   Because the -- the muscle relaxer
17  I'd been on before, and she put me back on
18  it.  She alternates with my muscle relaxers.
19  So I knew it wasn't Flexeril, because I
20  didn't break out with all the times I was on
21  it.
22      Q   Okay.  But to be fair, you'd
23  never broken out on Seroquel either until
24  then, right?

142

1     A   Right.  It's just when it got to
2  the higher dosage.
3     Q   How long were you taking the
4  higher dosage.
5     A   About six months, yeah, because I
6  saw her in January.
7     Q   So you were takings 100
8  milligrams at night for about six months?
9     A   Right.
10     Q   And then you had the reaction?
11     A   Yes.
12     Q   Did any doctor tell you it was
13  the Seroquel and not the muscle relaxant that
14  you had your reaction to?
15     A   Yeah.  Dr. Wilson said, quit
16  taking the Seroquel, because I was allergic
17  to it.
18     Q   Okay.  And she didn't tell -- did
19  she tell you to also stop taking the muscle
20  relaxant?
21     A   No.
22     Q   Did you continue taking the
23  muscle relaxant?
24     A   Yes.

143

1     Q   Okay.  We talked a little bit
2  about your last job in 1994.
3     A   Um-hum.
4     Q   You were an assistant manager of
5  a convenience store, correct?
6     A   Yes.
7     Q   Which convenience store?
8     A   It's called Junior Market.
9     Q   Okay.  What was your salary.
10     A   I don't remember.
11     Q   Can you give me an estimate?
12     A   I make decent money because I
13  always get a refund check, but I don't
14  remember how much I made.
15     Q   Were you able to survive on that
16  money?
17     A   Yes.
18     Q   Okay.  And then, after that, you
19  had to rely on public assistance, correct?
20     A   Right.
21     Q   And you had -- you have been
22  doing that ever since?
23     A   Right.
24     Q   Okay.  Do you have a

144

1  relationship, or do you know any of the
2  people who worked at that Junior Market?
3     A   No.
4     Q   Okay.  You lost touch with them?
5     A   Yes.
6     Q   Okay.  Were you fired?
7     A   No.
8     Q   Have you ever been fired?
9     A   Not to my knowledge, I've never
10  been fired.
11     Q   How much do you get in public
12  assistance?
13     A   Six thirty-seven637.
14     Q   Six hundred and thirty-seven
15  dollars --
16     A   A month.
17     Q   -- a month?  And where do you get
18  that money from?
19     A   Social Security.
20     Q   Okay.  Do you get any other
21  money?
22     A   No.
23     Q   Okay.  So, is it fair to say the
24  $637 a month is all the money you earn in

145

1  total?
2     A   Yeah.
3     Q   Okay.  And that's the money you
4  use to pay for your home and your bills?
5     A   Right.
6     Q   Okay.  Have you ever seen a
7  psychiatrist?
8     A   Yes.
9     Q   Who have you seen?
10     A   I don't know her name.
11     Q   Have you ever seen a
12  Dr. Marlene Hart?
13     A   That name sounds familiar, just
14  can't put a -- place it.
15     Q   Okay.  When did you see a
16  psychiatrist?
17     A   When I was ... on the city
18  insurance, because I had the fibromyalgia,
19  and they make you go see a psychiatrist
20  because they've got it in their heads they
21  think you're making it up.
22     Q   Okay.  What year is this?
23     A   Let me see.  '98, '99.
24     Q   This is after your --

238

1   headaches?
2       A   Sleep.
3       Q   Is this the time where you also
4   tested positive for cocaine use?
5       A   Yes.
6       Q   And when Dr. Wilson first
7   prescribed your Seroquel, had you ever heard
8   of the drug before?
9       A   No.
10      Q   Had you ever heard of AstraZeneca
11  before?
12      A   Yes, I've heard of them.
13      Q   How'd you hear of them?
14      A   Different commercials for
15  different drugs.
16      Q   Do you remember any drug in
17  particular?
18      A   Yeah, the purple pill.
19      Q   Okay.
20      A   I love that purple pill now.
21      Q   Did you take the drug Thorazine?
22      A   No.
23      Q   Have you received Botox
24  injections?

239

1       A   Yes.
2       Q   Why?
3       A   For migraines.
4       Q   They would help your -- treat
5   your migraines?
6       A   When I was in the hospital
7   the ... last week I was there, I think it
8   was, I got migraine -- Botox right through
9   here, okay.
10      Q   The top of your head?
11      A   On the forehead, back of the
12  neck, through the shoulders.  That's what she
13  gives me when my migraines get too bad, and I
14  can't handle them.
15      Q   Did the Botox help?
16      A   Yes.
17      Q   And were you aware that there are
18  risks associated with the Botox injection?
19      A   Oh, yeah.
20      Q   But you understood those risks?
21      A   Yes.
22      Q   And you chose to have the
23  injections, anyway?
24      A   Yes.

240

1           MR. MANZELLA:  I'd like to mark
2   as Defense Exhibit Three your informed
3   consent form regarding the Botox
4   injections.
5           (Whereupon, Deposition Exhibit
6   No. Curley-3, Informed Consent Form,
7   was marked for identification.)
8           MS. HORNSBY:  Do you have an
9   extra one?
10  BY MR. MANZELLA:
11      Q   Miss Curley, I ask you to please
12  take a look at Exhibit Three.
13          Do you see, at the top of the
14  page, it says:  Curley, Connie?
15      A   Yeah.
16      Q   That's you?
17      A   Yeah.
18      Q   And you see under B, Procedure of
19  Surgery, it says, "Botox"?
20      A   Yeah.
21      Q   You see at the bottom there's a
22  signature and a date, 1/9/03?
23      A   Yes.
24      Q   Is that your signature?

241

1       A   Yes, it is.
2       Q   Okay.  Under C, Risks, in the
3   box -- I'll read them for you, and you just
4   tell me if it's correct.
5           Infection, bleeding hematoma,
6   pain, blood clots in veins or legs, allergic
7   reactions, blood vessel and/or nerve injury,
8   injury to other tissue, blood vessels, and/or
9   organs affected by the process of my intended
10  procedure, separation of the womb, worsening
11  or recurrence of symptoms, brain, spine or
12  other nervous system damage; is that correct?
13      A   Yeah.
14      Q   Okay.  You understood that your
15  Botox injections could cause all of those
16  potential side effects, correct?
17      A   Yes, sir.
18      Q   And those are serious side
19  effects; would you agree with me?
20      A   Yes, sir.
21      Q   But you chose to -- to take the
22  Botox, anyway?
23      A   Yes, sir.
24      Q   Why did you do that?

(Pages 238 to 241)

242

```
1        A   Because I got tired of having the
2   headaches.
3        Q   Is it fair to say you felt that
4   the relief from the headaches was worth the
5   risks of these possible side effect?
6        A   Yes, yes.
7            (Pause.)
8        Q   And you testified earlier that
9   you took Seroquel up until about June of
10  2006?
11       A   Yes.
12       Q   Okay.  If your pharmacy records,
13  your Savon Pharmacy records, suggest that the
14  last prescription you filled --
15       A   Yes.
16       Q   -- was June 20 of 2005 --
17       A   Yeah.
18       Q   -- is that accurate or
19  inaccurate?
20       A   That's inaccurate.
21       Q   Okay.  You believe you took
22  Seroquel all the way --
23       A   I've taken it to June 20, 2006.
24       Q   When you had your allergic
```

243

```
1   reaction; is that right?
2        A   Yes.
3        Q   Do you know why our medical
4   records only indicate you took it up until
5   2005?
6            MS. HORNSBY:  Objection,
7   speculation.
8   BY MR. MANZELLA:
9        Q   Do you know?
10           MS. HORNSBY:  You can answer.
11           THE WITNESS:  Okay.  The -- the
12      medical -- the ... pharmaceutical
13      records are kept in the main office for
14      Savon and they don't know all the time.
15      After -- every year, they change their
16      computers, so whatever is in there goes
17      to the home office.  And that's the
18      reason for that.
19  BY MR. MANZELLA:
20       Q   Okay.  Do you have any Seroquel
21  pills today?
22       A   No.
23       Q   Did you -- when you had the
24  allergic reaction, I'm going to assume that
```

244

```
1   you probably had some pills left over in the
2   bottle; is that right?
3        A   Yes.
4        Q   What happened to those leftover
5   pills?
6        A   Down the toilet.
7        Q   You threw them away?
8        A   Yes, best place for them.  If I
9   can't take it, I'm not keeping it.
10       Q   Just to be clear, you don't
11  remember any Seroquel prescriptions by a
12  Dr. Hector Cases?
13       A   No.
14           MS. HORNSBY:  Asked and answered.
15  BY MR. MANZELLA:
16       Q   For example, in January 25, 2005,
17  February 23, 2005, March 21, 2005, April 14,
18  2005, and May 23, 2005, do you recall any --
19  on any of those dates, getting a Seroquel
20  prescription from Dr. Hector Cases?
21           (Pause.)
22       A   I'm going to say, no, but this is
23  what it is, okay?
24           Tampa General Hospital is a
```

245

```
1   hospital that -- med students from USF go
2   over to learn their whatever to become a
3   doctor, and a lot of times, I don't see
4   Dr. Wilson.  I see whoever is interning that
5   week.  So, you know --
6        Q   So --
7        A   It's a possibility but it's the
8   same doctor.
9        Q   It's possible you saw Dr. Hector
10  Cases --
11       A   Yes.
12       Q   -- as an intern?
13       A   Yeah.
14       Q   Do you recall him at all?
15       A   No.
16       Q   Okay.  As far as you're
17  concerned, who was your doctor who prescribed
18  you Seroquel?
19       A   Dr. Wilson.
20       Q   And that's true for the entire
21  time?
22       A   The whole entire time, because
23  every prescription I've ever gotten, she's
24  had her name on it.
```

250

1    where the risks could be raising your blood
2    sugar?
3        A   Not to my knowledge.
4        Q   Did any doctor say that a drug
5    like Gabapentin or some other could raise
6    your blood sugar?
7        A   No.
8        Q   Did you ask Dr. Wilson about the
9    side effects of Seroquel?
10       A   No.
11       Q   Do you feel that Dr. Wilson is
12   concerned --
13           MS. HORNSBY:  Excuse me, sorry.
14   BY MR. MANZELLA:
15       Q   Do you feel that Dr. Wilson is
16   concerned about your health and your well
17   being?
18       A   Yeah.
19       Q   Do you think that she's trying to
20   prescribe you medication that will help you?
21       A   Yes.
22       Q   Do you believe that she's
23   choosing medication that she believes the
24   benefits outweigh the risks?

251

1        A   Yes.
2        Q   You don't think she's purposely
3    trying to hurt you in any way, do you?
4        A   No.
5        Q   Was Dr. Wilson your main source
6    of information with regard to the drugs you
7    take?
8        A   Yes.
9        Q   And that's true for Seroquel, as
10   well?
11       A   Yes.
12       Q   Has there ever been an instance
13   where Dr. Wilson has recommended you take a
14   drug, and you just flat out refused to take
15   that drug?
16           (Pause.)
17       A   Not that I can recall.
18       Q   Did Dr. Wilson ever guarantee you
19   that you would have no side effects on
20   Seroquel?
21       A   No.
22       Q   Did she ever guarantee you that
23   the Seroquel would work?
24       A   Yes.

252

1        Q   What did she say?
2        A   That it would help me sleep at
3    night.
4        Q   Did Dr. Wilson ever tell you that
5    Seroquel was not approved for the treatment
6    of sleep?
7        A   No, she didn't.
8        Q   Do you know that?
9        A   Yeah.
10       Q   How do you know that?
11       A   Because it's ... it's an
12   antipsychotic drug.  You don't use
13   antipsychotic drugs to treat a person who has
14   a sleeping problem.
15       Q   How do you know that?
16       A   How do I know that?  Because I've
17   been reading my books.
18       Q   What books are you reading?
19       A   Books I'm reading?  I'm
20   reading ... the book that ... the drug book I
21   got.
22       Q   What drug book?
23       A   You know the ones you can buy in
24   the drugstore?

253

1        Q   How'd you get that book?
2        A   I went and bought it, except for
3    I bought it at the thrift store, and it's
4    this thick.  It's got a thousand, a thousand
5    of pages of all the drugs.
6        Q   Does it have Seroquel in it?
7        A   Yeah.
8        Q   What does it say about Seroquel?
9        A   It says that it can cause
10   diabetes, it can cause hypo -- hyperglycemia,
11   and something else.
12       Q   And you knew that?
13       A   I didn't know it until I recently
14   got the book.
15       Q   When did you get the book?
16       A   Three months ago.  I was just
17   curious.
18       Q   Did anybody tell you to buy the
19   book?
20       A   No.
21       Q   Any other papers you're reading
22   on Seroquel?
23       A   No.
24       Q   Okay do you believe that

254

1    Dr. Wilson was wrong to prescribe Seroquel
2    for you for sleep?
3        A   Yes.
4        Q   Are you ... upset at her?
5        A   Yeah.
6        Q   Have you told her that?
7        A   No.
8        Q   Okay.  Are you planning on taking
9    any action against her for this?
10           MS. HORNSBY:  Asked and answered.
11       Objection, form.
12   BY MR. MANZELLA:
13       Q   You can answer.
14       A   No.
15       Q   Do you understand that doctors
16   regularly prescribe medications off label,
17   which means, not for the reasons stated on
18   label; do you know that?
19       A   Yes.
20           MS. HORNSBY:  Objection,
21       speculation.  Never mind.
22   BY MR. MANZELLA:
23       Q   Do you think it's wrong for
24   doctors to prescribe drugs off label?

255

1        A   If it wasn't meant for it, don't
2    give it to them.
3        Q   Who's better to decide whether or
4    not a drug is appropriate; you or Dr. Wilson?
5        A   Me, because I know my own body.
6        Q   We talked about a nurse that told
7    you to stop taking the Seroquel; is that
8    right?
9        A   Dawn, her nurse.
10       Q   Dr. Wilson's nurse?
11       A   Yes.
12       Q   Do you know Dawn's last name?
13       A   No, I don't.
14       Q   When you went to go see
15   Dr. Wilson, who else was there?
16       A   Just the nurses and interns that
17   were working.  Every time I go in there,
18   there's a new intern.
19       Q   Is this at her doctor's office?
20       A   No, it's at the hospital.
21       Q   You see her at the hospital?
22       A   Yeah.  They have a rehab over at
23   Tampa General.
24       Q   Does she have a doctor's office?

256

1        A   Yeah.  And I think it's on ...
2    it's over by the university.
3        Q   Did you ever see Dr. Wilson at
4    her office?
5        A   No, I see her at the rehab
6    clinic.
7        Q   At the hospital?
8        A   Yes.
9        Q   And you mentioned you take the
10   bus to the hospital?
11       A   Yeah.
12       Q   Do any of your friends take to
13   you to the hospital?
14       A   No.
15       Q   So when you go to see Dr. Wilson,
16   no one's with you?
17       A   No one's with me.  Well, we tried
18   that one, too, because that's not necessarily
19   true.  If it's on a Monday, my friend,
20   Barbara, goes with me.
21       Q   Okay.  Who's Barbara?
22       A   She's my roommate.
23       Q   Okay.  We spoke about her
24   already?

257

1        A   Yeah.
2        Q   And you said there's different
3    interns there at different times, correct?
4        A   Yes.
5        Q   And one of them might have been
6    this guy, Hector Cases, but you don't know
7    for sure; is that right?
8        A   Exactly.
9        Q   You don't remember him?
10       A   No.
11       Q   Okay.  Did you try other
12   medications for sleep, other than Seroquel?
13       A   One of my doctors gave me Ambien
14   for a while, and then they took me off when I
15   went in the hospital.
16       Q   Did the Ambien work for sleep?
17       A   Oh, yeah.
18       Q   Why'd they take you off it?
19       A   Because they were putting me on
20   other medications that won't mix well with
21   that one.
22       Q   Were you taking the Ambien
23   before, after, or during the time you were
24   taking Seroquel?

258

1  A  Before.  It was like when I went
2  in the hospital, I'd been taking it like ...
3  only get 15, and I'd take it like every other
4  night or something like that.
5  Q  And the Ambien also helped you to
6  sleep?
7  A  Yeah.
8  Q  Can you sleep well without taking
9  medication?
10  A  No.
11  Q  What -- what medications are you
12  taking now for sleep?
13  A  Xanax 0.14, something like that.
14  And then I'm taking 50 milligrams of
15  Vistaril.
16  Q  Is that working to make you
17  sleep?
18  A  Yup.
19  Q  Do they work the same, better, or
20  worse than Seroquel?
21  A  The same.
22  Q  When you took Seroquel from 2003
23  to 2006, was Barbara living with you the
24  whole time?

259

1  A  Yeah.
2  Q  Did she see you take the
3  Seroquel?
4  A  Yes.
5  Q  Okay.  Did she ever take it?
6  A  No.
7  Q  Does she have trouble sleeping?
8  A  Oh, no, she can sleep ... she can
9  sleep.  She can sleep.
10  Q  Are you in two different
11  bedrooms?
12  A  Yes.
13  Q  Did you ever talk to her about
14  the Seroquel?
15  A  Not that I can recall.
16  Q  For example, did you ever tell
17  her why you take it?
18  A  Nope.
19  Q  She doesn't know you took it for
20  sleep, for example?
21  A  No, she doesn't.
22  Q  Which pharmacies do you use?  I
23  have a list, and you tell me if it's correct.
24  A  Okay.

260

1  Q  The Savon Pharmacy?
2  A  Yes, that's my primary one now.
3  That's one I use the most.
4  Q  Kash 'n Karry?
5  A  Not anymore.
6  Q  But you did?
7  A  Yes.
8  Q  When did you stop using Kash 'n
9  Karry?
10  A  When I got Medicaid because Kash
11  'n Karry's the one the City will pay, but you
12  have to go to Kash 'n Karry.
13  Q  Walgreen -- I'm sorry.
14  A  And there's not one Kash 'n Karry
15  near my house.
16  Q  Walgreens?
17  A  Walgreens, too.
18  Q  You still use them?
19  A  No.
20  Q  Any others?
21  A  No.
22  Q  So, right now Savon Pharmacy is
23  the main one you use?
24  A  Yes.

261

1  Q  Is that by your house?
2  A  Yeah.  Well, actually, it's not I
3  go to a grocery store.  Once a month, because
4  I don't walk to the grocery store.  When I
5  go, I get all my medicines and go home.
6  Q  Okay.  Which pharmacy would you
7  use for your Seroquel prescriptions?
8  A  Savon.
9  Q  For all of them?
10  A  Yeah.
11  Q  Okay.  When you got the Seroquel
12  pills from the Savon Pharmacy, did it come
13  with any paperwork?
14  A  Yes.
15  Q  Okay.  Was it -- was it attached
16  to the bottle?
17  A  No, it was attached to the bag.
18  Q  Did you read that
19  paperwork?
20  A  Yes.  It said what the side
21  effects were.
22  Q  Do you remember what that --
23  A  The serious side effects.
24  Q  Do you remember what those side

17

**262**

1  effects were?
2  A  No, I don't.
3  Q  Okay.  But you did understand
4  that there were, as you called them, serious
5  side effects involved with taking the
6  Seroquel, correct?
7  A  Yes.
8  Q  And you chose to take it, anyway?
9  A  (Nods.) Yes.
10  Q  Is it fair to say that you
11  believed that the benefits from sleeping
12  on -- using Seroquel outweighed the risks of
13  those serious side effects?
14  A  No.
15  Q  Then why did you take it?
16  A  I do what the doctor told me to
17  do.
18  Q  Okay.  Did you ever request any
19  information on Seroquel from your doctor or
20  from your pharmacist?
21  A  No.
22  Q  And you already mentioned you
23  never received any samples of Seroquel?
24  A  No.

**263**

1  Q  So all the Seroquel that you
2  received came from Savon Pharmacy?
3  A  Yes.
4  Q  Were you ever tempted to take
5  Seroquel after your allergic reaction?
6  A  No.
7  Q  Prior to being diagnosed with
8  diabetes, did any doctor tell you not to take
9  Seroquel?
10  A  No.
11  Q  And the only person who told you
12  not to take Seroquel was the nurse; is that
13  right?
14  A  Yes.
15  Q  And she told you to stop taking
16  it because of your allergic reaction?
17  A  Yes.
18  Q  And that's when you had a rash?
19  A  Um-hum.
20  Q  She didn't tell you to stop
21  taking it because of diabetes, correct?
22  A  No.
23  Q  That's correct?
24  A  They didn't even know I was

**264**

1  diabetic until I went back to her.
2  Q  Okay.  After stopping taking
3  Seroquel, have your sleep problems gotten
4  worse?
5  (Pause.)
6  A  Yes.
7  Q  Do you attribute that to the fact
8  that you no longer take the Seroquel?
9  A  No.
10  Q  What do you attribute it to?
11  A  Fibromyalgia.
12  Q  Just that your fibromyalgia is
13  getting worse --
14  A  Yes.
15  Q  -- as you get older?
16  A  Yes.
17  Q  And do you understand, as you get
18  older, you're more prone to health problems?
19  A  Yes.
20  Q  And you're also prone to have the
21  health problems you have get worse over time?
22  A  Yes.
23  Q  Like your fibromyalgia getting
24  worse over time?

**265**

1  A  Yes.
2  Q  Dr.
3  Sisodia and Dr. -- who's your other pain
4  doctor again?
5  A  Wilson.
6  Q  Oh, I'm sorry, strike that.
7  Who were the doctors treating you
8  for your diabetes?
9  A  Okay.  Dr. Sisodia was, and then
10  Dr. O'Campo.
11  Q  Okay.  Other than Dr. Sisodia and
12  Dr. O'Campo, has anybody else treated you for
13  diabetes?
14  A  Just ... Dr. Reid, and they were
15  all in the same clinic.
16  Q  Dr. Reid is part of the same
17  group?
18  A  Yes, but she left.
19  Q  Okay.  Who would you consider
20  your primary doctor with regard to your
21  diabetes today?
22  A  Dr. O'Campo.
23  Q  When did Dr. Sisodia leave the
24  practice?

(Pages 262 to 265)

282

1          Q   And you have given your list over
2    time, the time of the deposition.  What
3    happens when you have these allergic
4    reactions?  I'm not talking about the
5    Seroquel reaction.  We've talked about that
6    one.  Tell me about the other reactions
7    you've had to other drugs.  What happens when
8    you have an allergic reaction?
9          A   The cholesterol pill, Niacin, I
10   take that before I go bed, and I'd be red as
11   a beet, like I'd been standing out in the sun
12   all day, with my skin burning like it was on
13   fire.  Okay?
14         Q   Any other examples?  You
15   mentioned sulphur medications?
16         A   Yea.
17         Q   What reaction do you have to
18   those?
19         A   They make me sick on my stomach.
20   They make me nauseous.
21         Q   When you determine you have an
22   allergic reaction, do you usually just tell
23   the doctor about it?
24         A   Yes.

283

1          Q   What does the doctor usually do?
2          A   Tell me to quit taking it.
3          Q   And that's the same that had
4    happened with Seroquel?
5          A   Yes.
6          Q   Do you remember taking the drug
7    Imitrex?
8          A   Yes.
9          Q   What did you take Imitrex for?
10         A   Migraines.
11         Q   Do you -- do you understand that
12   Imitrex can cause heart attacks and stroke?
13         A   Yes.  That's why I don't take it
14   no more.
15         Q   Is that why you stopped taking
16   it?
17         A   Um-hum.
18         Q   You take the drug, Feldene?
19         A   Used to; don't do it anymore.
20         Q   Do you understand that the drug,
21   Feldene, can cause serious conditions like
22   heart attack and stroke?
23         A   Yes.
24         Q   And you took that drug, anyway,

284

1    correct?
2          A   Yes.
3          Q   Is that because you felt that the
4    benefits of Feldene overweighed the risks?
5          A   Yes.
6          Q   Did you take a drug called
7    Gabitril?
8          A   Yes.
9          Q   What did you take Gabitril for?
10         A   My migraines.
11         Q   Do you understand that Gabitril
12   can be associated with seizures?
13         A   Yes.
14         Q   Can cause seizures?
15         A   Yes.
16         Q   You knew that when you took it?
17         A   Yeah.
18         Q   Okay.  You chose to take
19   Gabitril, anyway, didn't you?
20         A   Right.
21         Q   Is that because the help for your
22   migraines overweighed the risk of the
23   seizures?
24         A   Yes.

285

1          Q   Did you take a vitamin?
2          A   No.
3          Q   Have you ever taken any
4    weight-loss medication?
5          A   No.
6          Q   Any herbal remedies?
7          A   No.
8          Q   Are you making a claim for mental
9    or emotional distress in this case?
10         A   Yes.
11         Q   What is your mental or emotional
12   distress?
13         A   I got diabetes.  I'm taking a
14   medication.
15         Q   And that causes you mental and
16   emotional distress?
17         A   Yes, it does, because I should
18   never have diabetes.
19         Q   What are the symptoms of your
20   emotional distress?
21         A   It's aggravating to me.  It's
22   frustrating to me.  Got to watch everything I
23   eat; can only have so many calories a day.
24   It's aggravating to sit there and do your

286

1 blood all the time.
2     Q   Was the first time that you knew
3 about a health issue allegedly related to
4 Seroquel be -- was that the television ad
5 from the plaintiff's lawyers?
6     A   Yes.
7     Q   Is it fair to say, if you hadn't
8 seen that television ad from the plaintiff's
9 lawyers, you probably would have never sued
10 AstraZeneca?
11     A   No.
12     Q   Is it fair to say that that
13 television ad from the plaintiff's lawyers
14 had an effect on your life?
15     A   No.
16     Q   Is it fair to say that the
17 television ad from the plaintiff's lawyers
18 changed your thinking about Seroquel?
19     A   Yes.
20     MR. MANZELLA:  No further
21 questions.
22     MS. HORNSBY:  Okay.  Do you want
23 to take a quick break, or do you just
24 want me go right on into it?

287

1     THE WITNESS:  Go ahead, because
2 I'm ready to go home.
3     MS. HORNSBY:  Well, you have to
4 give me just a few seconds.
5     THE WITNESS:  Okay.
6     (Recess.)
7     CROSS-EXAMINATION
8 BY MS. HORNSBY:
9     Q   Okay, Connie, we've already
10 established some of the facts, but I'm going
11 to go ahead and repeat just so the questions
12 will make more sense.
13         And, again, Dr. Wilson prescribes
14 Seroquel to you for sleep; is that correct?
15     A   Yes.
16     Q   Okay.  And, at the time she
17 prescribed it to you for sleep, can you tell
18 me the -- the conditions that you were
19 experiencing that you complained about to
20 Dr. Wilson?
21     A   My fibromyalgia.
22     Q   Okay.  And you couldn't sleep
23 because of your fibromyalgia?
24     A   Right.

288

1     Q   Okay.  Did you ask Dr. Wilson to
2 give you something to help you sleep?
3     A   Yes.
4     Q   Okay.  What did she give you?
5     A   Seroquel.
6     Q   Okay.  And when was that?
7     A   When I was in the hospital.  When
8 I was -- when I was in the hospital.  I think
9 I was in the hospital in 2001.
10     MR. MANZELLA:  Objection.
11     THE WITNESS:  I'm not sure.
12     MS. HORNSBY:  What's your basis
13 for the objection?  Form or --
14     MR. MANZELLA:  What's my basis
15 for objection?
16     MS. HORNSBY:  Yeah.
17     MR. MANZELLA:  I'm objecting to
18 her statement as being not supported by
19 the evidence.
20     MS. HORNSBY:  Okay.  That's fine.
21     THE WITNESS:  Okay.
22 BY MS. HORNSBY:
23     Q   Do you know when you were in the
24 hospital?  Do you recall when you were in the

289

1 hospital?
2     A   I recall it, but I don't remember
3 what date it was.
4     Q   Okay.  I believe we've
5 established for the record that you were in
6 the hospital sometime around January of 2003.
7     A   Okay.
8     Q   Okay.  Do you believe that that's
9 when Dr. Wilson put you on Seroquel for
10 sleep?
11     A   Yes.
12     Q   Okay.  Did Dr. Wilson tell you
13 that she was giving you this specific
14 medicine for sleep?
15     A   Yes.
16     Q   Okay.  Did she tell you that it
17 was not indicated specifically for sleep?
18     A   No.
19     Q   Okay.  She just gave you a
20 medication and said, take this, it will help
21 you sleep?
22     A   Yes.
23     Q   Okay.  And you trusted your
24 doctor?

---

314

1  making my vision ... where I can't stand to
2  be in the sun.
3     Q   Okay.  So, a doctor advised
4  you --
5     A   Yes.
6     Q   -- to stop taking the medication?
7     A   Yeah.
8     Q   You didn't make the decision on
9  your own?
10    A   No.
11    Q   You've always been compliant with
12  your medications?
13    A   Yes.
14    Q   Okay.
15       MR. MANZELLA: Objection.
16       MS. HORNSBY:  Are you -- I mean,
17  I'm not trying to be difficult.  Are you
18  going to object to form or just
19  because --
20       MR. MANZELLA:  If you want me to
21  object to every leading question you're
22  asking, I'll do that.
23       MS. HORNSBY:  No, no, but it was
24  just this specific one, so you just said

315

1  objection, so I was just -- so I don't
2  want to make the same mistake again.
3       MR. MANZELLA:  I'll be sure to
4  object to all your leading-form
5  questions from now on.
6  BY MS. HORNSBY:
7     Q   When did you receive a Botox
8  injection, Botox?
9     A   When I was in the hospital.
10    Q   Okay.  Was that in ... when you
11  started Seroquel?
12       MR. MANZELLA:  Objection.
13       THE WITNESS:  Yes.
14  BY MS. HORNSBY:
15    Q   Okay.  Who ... the Exhibit Three
16  that you were shown --
17    A   Yes.
18    Q   Okay -- you signed a consent and
19  disclosure for medical and surgery
20  procedures?
21    A   Yes.
22       MR. MANZELLA:  Objection.
23       MS. HORNSBY:  You don't have to
24  be like that.  I was just -- never mind.

316

1  BY MS. HORNSBY:
2     Q   We previously looked at -- see
3  risks?
4     A   Yeah.
5     Q   Okay.  Can you read the risks of
6  the Botox procedures?
7       MR. MANZELLA:  Objection.
8       THE WITNESS:  Infection,
9  bleeding.  I can't read that word, but
10  anyways, blood clots in the veins and
11  lungs, allergic reaction, blood vessels
12  and/or severe injury -- injury and -- to
13  other tissues, blood vessels and organs
14  affected by the process of ...
15  intentional procedure, separation of the
16  womb ... worsening or recurring
17  symptoms, brain, spine or other nervous
18  symptoms disorder.
19  BY MS. HORNSBY:
20    Q   Okay.  What did Dr. Wilson tell
21  you you were receiving the Botox injections
22  for?
23    A   Migraines.
24    Q   Okay.  Did receiving the Botox

317

1  injections help your migraines?
2     A   Yes.
3     Q   Okay.  Do you recall signing a
4  Consent and Disclosure for medical and/or
5  surgical procedures when Dr. Wilson put you
6  on Seroquel?
7     A   No.
8     Q   Okay.  Did the ... Consent and
9  Disclosure for medical and surgery procedures
10  regarding the Botox injections mention
11  diabetes in any way?
12    A   No.
13    Q   Okay.  You indicated ... that ...
14  strike that.
15       Would you have liked ... Dr. --
16  would you have liked to have known that
17  Seroquel was not a medication indicated for
18  sleep?
19    A   Yes.
20    Q   Okay.  Would it have affected you
21  in any way to have known that Seroquel was
22  indicated for ... psychiatric disorders?
23       MR. MANZELLA:  Objection.
24

(Pages 314 to 317)

318

1    BY MS. HORNSBY:
2        Q   You can answer.
3        A   Yes.
4        Q   Okay.  Would you have wanted to
5    take a medication for a psychiatric disorder,
6    not being diagnosed with a psychiatric
7    disorder?
8        A   No.
9        Q   Okay.  Do you understand that you
10   being prescribed Seroquel for sleep is an
11   off-label use?
12       A   Yes.
13       Q   Okay.  Did ... when you received
14   Seroquel, when did you read the serious side
15   effects on the bag?
16       A   When I had an allergic reaction
17   to it.
18       Q   Okay.  Do you recall what those
19   serious side effects were?
20       A   Rash.
21       Q   Okay.  That's all you recall?
22       A   Yeah.
23       Q   Okay.  Do you recall there being
24   a serious side effect of hyperglycemia on

319

1    that bag?
2        A   No.
3        Q   Do you recall there being a
4    serious side effect of diabetes mellitus
5    written on that bag?
6        A   Yeah.
7        Q   Okay.  And this was in June of
8    2006?
9        A   Yes.
10       Q   Okay.  Did that bother you?
11       A   Yeah.
12       Q   This was already after you'd been
13   diagnosed with diabetes?
14       A   Yeah.
15       Q   Okay.  Do you think that Seroquel
16   caused your diabetes?
17       A   Yeah.
18           MR. MANZELLA:  Objection.
19   BY MS. HORNSBY:
20       Q   Okay.  Dr. Wilson's nurse told
21   you when you -- who'd you call to tell that
22   you had an allergic reaction to Seroquel?
23       A   Dr. Wilson's nurse, Dawn.
24       Q   Okay.  Did Dawn tell you to stop

320

1    taking the Seroquel?
2        A   Yes.
3        Q   Did ... Dr. Wilson tell you to
4    stop taking Seroquel?
5        A   Dawn did.
6        Q   Okay.  To your knowledge, did
7    Dawn consult with Dr. Wilson?
8        A   Yes.
9        Q   Okay.  How do you know that?
10       A   'cause she said she had to --
11   before she told me to do anything, she put me
12   on hold.
13       Q   Okay.  She put you on hold, and
14   she came back and she said what?
15       A   Quit taking the Seroquel.
16       Q   Okay.  You see Dr. O'Campo how
17   often for your diabetes?
18       A   Every two months.
19       Q   Okay.  And at this time, your
20   prognosis is good?
21       A   Yes.
22       Q   Okay.  You're still seeing
23   Dr. Wilson to this day, right?
24       A   Yes.

321

1        Q   When's your next appointment with
2    her?
3        A   May 13th.
4        Q   Okay.  What are you going to see
5    her for on May the 13th?
6        A   Migraines, same thing.
7        Q   Okay.  Why is it important to you
8    that you keep track of your blood sugar
9    levels?
10       A   So I know how it's doing so I
11   know how much control I have over it.
12       Q   Okay.  You want to keep your
13   diabetes in control?
14       A   Yes.
15       Q   And why is that?
16       A   Because you're better off to keep
17   it in control than if you let it go haywire.
18       Q   Okay.  What happens if you let it
19   go haywire?
20       A   Then you'll go on insulin, and
21   then you'll never be able to get it under
22   control.
23       Q   Okay.  Do you know what other
24   kind of things can happen to you if you let

322

1   your diabetes go out of control?
2       A   **Kidney failure.**
3       Q   Okay.
4       A   **Heart problems.**
5       Q   Okay.  And I'm going to ... I may
6   have already asked you this, and I apologize
7   to the Court for asking if I've asked this
8   again:  Do you -- did Dr. Wilson explain to
9   you the risks of taking Seroquel?
10      A   No.
11      Q   Okay.  Did she explain to you any
12  kind of benefit from taking Seroquel?
13      A   No.
14      Q   Okay.  You trust Dr. Wilson?
15      A   Yes.
16      Q   Okay.  Did ... did you trust her
17  to tell you what she knew about a drug?
18      A   Yes.
19      Q   Okay.  So, when she prescribes a
20  drug to you, you trust her to tell you what
21  she knows about a drug?
22      A   Yes.
23      Q   Because you don't think that she
24  would prescribe a drug that was not helpful

323

1   to you?
2       A   **Right.**
3           MR. MANZELLA:  Objection to form.
4   BY MS. HORNSBY:
5       Q   Okay.  Because you signed a ... a
6   disclosure for a medical procedure that
7   explained the risks and benefits?
8       A   **Right.**
9           MR. MANZELLA:  Objection.
10  BY MS. HORNSBY:
11      Q   Do you believe that Seroquel
12  harmed you?
13      A   Yes.
14      Q   Okay.  Would you have taken
15  Seroquel, knowing it -- knowing it could
16  cause diabetes?
17      A   No.
18          (Pause.)
19      Q   Were you aware, at the time you
20  were prescribed Seroquel for sleep, that
21  there were other safer sleep aids on the
22  market?
23          MR. MANZELLA:  Objection.
24          THE WITNESS:  No.

324

1   BY MS. HORNSBY:
2       Q   Were you taking sleep medications
3   before you were prescribed Seroquel?
4       A   **No, I wasn't.**
5       Q   Okay.
6       A   **Because I had to go to the**
7   **neurologist to get treated for fibromyalgia.**
8       Q   Okay.  Is Seroquel the first
9   sleep medication that you were given by
10  Dr. Wilson?
11      A   Yeah.
12      Q   Okay.  But you're currently --
13  you have stopped taking Seroquel in June '06?
14      A   **Right.**
15      Q   Okay.
16          (Pause.)
17      Q   Do you know where the doctors get
18  their information on the risks and benefits
19  of drugs that they prescribe to their
20  patients?
21          MR. MANZELLA:  Objection.
22          THE WITNESS:  From the drug
23      company.
24

325

1   BY MS. HORNSBY:
2       Q   Okay.  Do you think it's
3   important for the drug company to tell the
4   doctor everything that they know about the
5   risks and benefits of a medication?
6       A   Yes.
7           MR. MANZELLA:  Objection.
8           THE WITNESS:  Yes.
9   BY MS. HORNSBY:
10      Q   Why do you think it's important?
11      A   **Because it's the drug company's**
12  **responsibility to make the doctors realize**
13  **it.**
14      Q   Okay.  So that they can tell
15  their patients?
16      A   Yes.
17          MR. MANZELLA:  Objection.
18          MS. HORNSBY:  Thank you, Connie.
19          MR. MANZELLA:  I just have a few
20      follow-up questions.
21          REDIRECT EXAMINATION
22  BY MR. MANZELLA:
23      Q   When plaintiff's counsel was
24  asking you questions, you said you took two

**(Pages 322 to 325)**