# EXHIBIT 5

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This Document Relates to:

Curley v. AstraZeneca LP, et al.
(Connie Curley 6:07-cv-15701)

_____

DEPOSITION OF CONNIE CURLEY

(Volume I)

July 31, 2008

10:00 a.m. to 4:27 p.m.

Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida  33607-5736

Reported by:

Deborah J. Guest, RPR, Notary Public
Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
JOB NUMBER SEROPO12906-a

126

1  A  Right.
2  Q  That is almost -- that is about 20-some years,
3  right?
4  A  Right.
5  Q  You didn't use it every day for 20 years?
6  A  No.
7  Q  You used it on and off for 20 years?
8  A  Right.
9  Q  Did it help you with the pain?
10 A  Yes, it did.
11 Q  Why don't you use it today?
12 A  Because in the State of Florida, it is
13 illegal. In Virginia I can get it if I have a medical
14 note from my doctor.
15 Q  Well, you didn't have a medical note from your
16 doctor in the seventies; did you?
17 A  No.
18 Q  How did you get it in the seventies?
19 A  I got it in the eighties. And actually with
20 the fibromyalgia, he had to write a prescription for me
21 to be able to get it.
22 Q  So you are saying Dr. Lindsey wrote you a
23 prescription for marijuana?
24 A  Yes.
25 Q  You said you took it all the way into the

127

1  nineties, so you didn't have a prescription the whole
2  time?
3  A  Once I left Virginia, forget it.
4  Q  How did you get it after that?
5  A  Bought it.
6  Q  You bought it?
7  A  No.
8  Q  Who bought it?
9  A  My ex-boyfriend.
10 Q  Which ex-boyfriend?
11 A  Patrick.
12 Q  Well, you didn't see Patrick -- when did you
13 date Patrick?
14 A  '94 to 2001.
15 Q  There was also a period of time before '94 --
16 A  Oh, my friends.
17 Q  Your friends gave it to you?
18 A  Yeah.
19 Q  Did you ever buy it yourself?
20 A  No.
21 Q  What about back in the late seventies and
22 early eighties?
23 A  No. I would not waste my money on stuff like
24 that.
25 Q  So who was giving it to you?

128

1  A  Friends.
2  Q  Let me show you another record regarding drug
3  use.
4     MR. MANZELLA: I am going to mark as
5  Exhibit 18 a Tampa Community Health Center progress
6  note from 7-15-2002.
7  (Exhibit 18 was marked for identification by the Court
8  Reporter.)
9  BY MR. MANZELLA:
10 Q  This is the 2002 relating to Connie Curley.
11 Do you see that?
12 A  Yes.
13 Q  This is after you say you stopped using
14 marijuana, right?
15 A  Correct.
16 Q  Go to the second page. At the very bottom of
17 the page, there is a handwritten note. It says,
18 Counselled PT, patient, at length about lifestyle,
19 exercise, restricted narcotic use. PT, that is patient,
20 agreeable. Do you see that?
21 A  Yeah.
22 Q  What narcotic use are they referring to in
23 2002?
24 A  I have no idea.
25 Q  You don't know which narcotics you were using

129

1  in 2002?
2     MS. AUSTIN: Objection to form.
3  BY THE WITNESS:
4  A  No.
5  Q  Were you using narcotics in 2002?
6  A  No.
7  Q  You said you used the marijuana only one time,
8  and that was in 2003?
9  A  Right.
10 Q  So, you have no idea what this doctor is
11 talking about about narcotic use?
12 A  No.
13    MR. MANZELLA: Off the record.
14 (There was a discussion off-the-record.)
15    MR. MANZELLA: Back on the record.
16 BY MR. MANZELLA:
17 Q  You testified in your first deposition that
18 you have neuropathy.
19 A  Yes.
20 Q  What does it feel like? Can you describe it
21 for me?
22 A  You know -- you know how it feels when your
23 hands go to sleep and you just can't get the feeling to
24 come back?
25 Q  Is it like a numbness feeling?

33 (Pages 126 to 129)

130

1  A  Yeah.
2  Q  Does it tingle?
3  A  Tingle, yeah.
4  Q  Numbness and tingling?
5  A  Yeah, that is what it feels like.
6  Q  Where do you have this neuropathy?
7  A  In my feet; this hand.
8  Q  That is your left hand?
9  A  Yeah.
10 Q  So you feel it in one hand more than you feel
11 it in the other?
12 A  Right.
13    MS. AUSTIN: Object to form.
14 BY MR. MANZELLA:
15 Q  Do you feel it in your right hand?
16 A  No.
17 Q  So it is just your left hand?
18 A  Right.
19 Q  How about your feet?
20 A  Yes, in my feet, both of my feet.
21 Q  Is one more prominent than the other?
22 A  No. They are both the same.
23 Q  How long have you had numbness in your hand --
24 or your left hand?
25 A  A couple of years now.

131

1  Q  A couple of years; you are just saying two or
2  three years at this point?
3  A  Yeah.
4  Q  Are you saying you had numbness -- are you
5  saying this is after your diabetes diagnosis?
6  A  Yes.
7  Q  We established last time you were diagnosed in
8  the middle of 2005 with diabetes, correct?
9  A  October 5th, 2005.
10 Q  October. That was Dr. Sisodia?
11 A  Right.
12 Q  So, is it your testimony that you -- the
13 numbness in your hands occurred after that period of
14 time?
15 A  Yeah.
16 Q  Nothing before?
17 A  Uh-uh. (Indicating negatively.)
18 Q  How about your feet?
19 A  No.
20 Q  Your numbness in your feet occurred all after
21 your diabetes diagnosis?
22 A  Right.
23 Q  You have had problems with your feet?
24 A  I have always had problems with my feet.
25 Q  That has gone way back into the seventies,

132

1  right?
2  A  Uh-huh. (Indicating affirmatively.)
3  Q  You have had many surgeries on your feet?
4  A  Yes.
5  Q  Are you saying the numbness is a new feeling?
6  A  Yes.
7  Q  Have you told your doctors about the numbness
8  in your hands?
9  A  No.
10 Q  Have you told your doctors about the numbness
11 in your feet?
12 A  Yes.
13 Q  Why haven't you told your doctors about the
14 numbness in your hands?
15 A  Because they have got a one track mind. When
16 I go to them, it is for one thing only. You have to
17 pick what you want to see them for, and they see you for
18 that and then they don't go into much else. They make
19 you come back again.
20 Q  But you agree if you don't tell them, they
21 don't know; it is impossible for them to know. Isn't
22 that right?
23 A  Exactly.
24 Q  So, you haven't told them?
25 A  No.

133

1  Q  So you haven't gotten any treatment for the
2  numbness in your hand?
3  A  No.
4  Q  Who have you told about the numbness in your
5  feet?
6  A  My foot doctor.
7  Q  Is Dr. Shama?
8  A  Yes.
9  Q  He's treating you for the numbness in your
10 feet?
11 A  Yes.
12 Q  How often do you see him?
13 A  I go again Monday.
14 Q  How often do you see him?
15 A  Every two months.
16 Q  Do you remember how many foot surgeries you
17 have had in your life?
18 A  Let's see, for you -- I would say it's roughly
19 six. That is about as good as I can remember. I know I
20 did four.
21 Q  Let me show you a record I will mark as
22 Exhibit 19, a Patient Care Summary Log for Connie
23 Curley.
24 (Exhibit 19 was marked for identification by the Court
25 Reporter.)

134

1  BY MR. MANZELLA:
2  Q   This one mentions your fibromyalgia since '83.
3  Do you see that?
4  A   Yes.
5  Q   We have talked about that.
6  A   Right.
7  Q   And the osteoarthritis in 1983, right?
8  A   Yes.
9  Q   Switching over to foot surgeries on the right
10 side, it says, "foot surgeries, two each foot, 1998 to
11 2001." Do you see that?
12 A   Yes, right.
13 Q   So you had several surgeries in that time
14 period, correct?
15 A   Right.
16 Q   But you also had surgeries even before that
17 time period, right?
18 A   Exactly.
19 Q   Let me show you a record that I will mark as
20 Exhibit 20, a 3-22-1993 medical record.
21 (Exhibit 20 was marked for identification by the Court
22 Reporter.)
23 BY MR. MANZELLA:
24 Q   Ms. Curley, do you see this is a record
25 regarding you from 3-22-93?

135

1  A   Yeah.
2  Q   It says, "follow-up visit in Norfolk office."
3  We are talking about Norfolk, Virginia, right?
4  A   Yes.
5  Q   You were still in Virginia in 1993?
6  A   Right.
7  Q   It says Steven M. Lindsey, M.D. Do you
8  remember Dr. Lindsey?
9  A   Oh, yeah.
10 Q   He performed foot procedures for you?
11 A   No.
12 Q   What did he do for you?
13 A   That is my rheumatologist. Is that how you
14 say that?
15 Q   Rheumatologist?
16 A   Yes. That is the one I was telling you about.
17 Q   What do you need a rheumatologist for?
18 A   Fibromyalgia, that is who you see for it.
19 Q   You see in the very beginning it says
20 "fibromyalgia" and then "cigarette abuse?"
21 A   Yes.
22 Q   Then "bunion with recent surgery, right foot."
23 Do you see that?
24 A   Yes.
25 Q   So you had a bunion surgery on your right foot

136

1  around 1993, correct?
2  A   Right.
3  Q   Do you remember Dr. Stanley Kaplan?
4  A   Yeah, I remember him.
5  Q   Is he a foot doctor?
6  A   Yeah, he is.
7  Q   Let me show you a record --
8  A   He's the one I had before Dr. Shama.
9  Q   Let me show you, and I will mark as
10 Exhibit 21, a Hillsborough Healthcare Record from
11 3-9-2000.
12 (Exhibit 21 was marked for identification by the Court
13 Reporter.)
14 BY MR. MANZELLA:
15 Q   This is one of those referral notes that we
16 have seen before with Dr. Sarah Poblete, correct?
17 A   Yes.
18 Q   And it is a referral to Dr. Stanley Kaplan,
19 for podiatry, four visits for foot care. Do you see
20 that?
21 A   Right.
22 Q   You remember going to that doctor?
23 A   Yes.
24 Q   The second page, a similar document, refers to
25 a L, which I assume is the left foot surgery?

137

1  A   Right.
2  Q   And it says, "bunion, adductor tendon
3  transfer, excise neuroma, capsulotomies." Do you see
4  all those terms there?
5  A   Yes.
6  Q   Are those all procedures with regard to your
7  left foot surgery?
8  A   Yeah.
9  Q   What was wrong with your left foot in 2000?
10 A   The bunions were just too big on my feet. I
11 could not wear shoes.
12 Q   Do you know what a neuroma is?
13 A   No.
14 Q   You mentioned in your first deposition you
15 thought the neuromas in your feet were related to your
16 diabetes. Do you remember saying that?
17 A   Yes.
18 Q   This talks about excising neuromas in the year
19 2000.
20 A   Right.
21 Q   Are you saying that this neuroma in 2000 was
22 from your diabetes?
23 A   No.
24 Q   So you agree you had neuromas before you had
25 diabetes?

138

1   A   Yeah.
2   Q   And you agree you had neuromas in 2000 which
3   is before you used Seroquel?
4   A   Right.
5   Q   Have you been told to pay extra attention to
6   your feet now that you have diabetes?
7   A   Yes.
8   Q   Is this Dr. Shama?
9   A   Yes.
10  Q   What has he told you?
11  A   I have to watch in between my toes. I can't
12  wear anything but New Balance shoes or Reebok. I am not
13  allowed to wear flip flops, slippers, none of those
14  anymore. He clips my toenails for me because I cannot
15  do it myself anymore.
16  Q   Have you had some accidents --
17  A   Oh, I have had a lot of accidents. We won't
18  go there. I am a klutz.
19  Q   How long have you -- you say you are a klutz.
20  How long have you been a klutz?
21  A   Within the last year, I have been really
22  klutzy. I am serious.
23         I have got to lighten it up a little bit,
24  guys. You are getting too serious here. Come on now.
25         MR. MANZELLA: Let me mark as Exhibit 22 a

139

1   series of records relating to some accidents you
2   have had.
3          THE WITNESS: Okay.
4   (Exhibit 22 was marked for identification by the Court
5   Reporter.)
6   BY MR. MANZELLA:
7   Q   First, do you see these are records regarding
8   Connie Curley from Dr. Stanley Shama on the bottom?
9   That is your foot doctor, right?
10  A   Right.
11  Q   The first one on the first page under S in the
12  first section talks about pain in the right foot since
13  dropping a sofa on your foot three weeks ago. Do you
14  see that?
15  A   Oh, yeah, I remember that.
16  Q   Do you recall dropping a sofa on your foot in
17  the year 2006?
18  A   Oh, yeah.
19  Q   What happened there?
20  A   I was trying to pull it out so I could clean
21  behind it and went whoops. My hands gave way on me.
22  Q   And it dropped right on your foot?
23  A   Yeah.
24  Q   Okay. You are not blaming Seroquel for that;
25  are you?

140

1   A   Of course not.
2   Q   Let me move to the second page. Again, this
3   is a 9-5-2007 record, again from Dr. Shama. Again under
4   S it says, "The patient states she hit the foot over the
5   weekend on the bed with resultant pain and swelling."
6   Do you see that?
7   A   Oh, yeah.
8   Q   What happened there?
9   A   I got up in the middle of the night to go to
10  the bathroom, and I had those metal frames -- I don't
11  have a normal bed. I got my toe caught in between them.
12  Q   You banged your foot basically?
13  A   Yes.
14  Q   So that was another injury to your foot,
15  right?
16  A   Yes.
17  Q   You don't blame Seroquel for that?
18  A   No.
19  Q   Then looking at the next page, I think this is
20  a record relating to your back injury?
21  A   Probably.
22  Q   Is this when you were injured when you were
23  cleaning out the refrigerator?
24  A   Let me see if I can find a date on it. Where
25  would the date be?

141

1   Q   Go --
2   A   Yeah, it is.
3   Q   The date is 3-1-2008.
4   A   Yeah, the very same date.
5   Q   If you look at the second page of this
6   section, it says -- I'll just read it to you. "Patient
7   is 55-year old white female who presents with lower back
8   pain. Patient was cleaning her house when she sustained
9   the injury occurring around 16:00." So this is relating
10  to the refrigerator?
11  A   Right, yeah.
12  Q   You are not blaming Seroquel for the injury
13  that you had when you fell when you were cleaning your
14  refrigerator?
15  A   No.
16  Q   Do you have carpal tunnel syndrome?
17  A   I used to. I don't have it anymore.
18  Q   When did you have it?
19  A   I can't even remember. That was from playing
20  Nintendo all the time. I am a big kid. I have to play
21  Nintendo.
22  Q   Was this the 1980s or 1990s?
23  A   Yeah.
24  Q   You were an adult but you were still playing
25  Nintendo, right?

```
                                                    233
1    A    Yes.
2    Q    Have you told your son that?
3    A    Yes.
4    Q    Have you told his doctor that?
5    A    I just got my son to sign a release form for
6    me to talk to that doctor.
7    Q    You have not done that yet?
8    A    No. I am going to.
9    Q    Are you planning on asking him not to give him
10   Abilify because it may cause diabetes?
11   A    Yes, and the fact is he is not taking my son's
12   blood like he is supposed to on that drug. You cannot
13   just give a person a drug and not take their blood.
14   Q    Are you saying you should take a blood test
15   for all drugs or just for Abilify?
16   A    Just Abilify.
17   Q    Any other drugs that you are supposed to take
18   the blood before you give them the drug?
19   A    You make sure their liver is in good shape.
20   If it is pertaining to like my cholesterol medicine, for
21   example, okay, you have to have a liver test. There are
22   certain drugs you just need to test certain things.
23   Q    He takes Abilify for his bipolar condition?
24   A    Yes.
25   Q    Does it help with his bipolar condition?
```

```
                                                    234
1    A    Yes.
2    Q    Did he ever take Seroquel?
3    A    No.
4    Q    The last time you said he was going to take it
5    and you told him not to; is that --
6    A    That is about it, yes.
7    Q    Does he still take the Abilify?
8    A    As of last week when we went to his doctor,
9    yes.
10   Q    Are you telling him not to?
11   A    No, I can't tell him not to. It is part of
12   his probation. He has to take his medicine. So I have
13   to be the wolf and take care of it.
14        It simply comes down to the fact doctors go to
15   school to get educated and they come out that much more
16   ignorant because they can't even listen to a simple
17   person to explain something.
18   Q    Where do you get the information, what is the
19   basis of your belief that Abilify can cause someone to
20   have diabetes?
21   A    The commercial on the T.V., have you ever seen
22   it?
23   Q    You are saying the Abilify commercial?
24   A    You have never seen the Abilify commercial
25   here?
```

```
                                                    235
1    Q    Are you saying that the Abilify commercial on
2    television --
3    A    States it clearly.
4    Q    Let me ask my question.
5    A    Go ahead.
6    Q    Are you saying the Abilify commercial on
7    television says Abilify can cause diabetes?
8    A    No. It says -- what they say is if your
9    parents are diabetics, keep a track on your blood sugar
10   with Abilify.
11   Q    Okay. Have you ever seen any commercials for
12   Seroquel?
13   A    No.
14   Q    We have talked about -- getting back to your
15   prescriptions of Seroquel, we talked about the Sav-On
16   Pharmacy. We talked about Kash n' Karry.
17        Do you also realize that you have filled out
18   some Seroquel prescriptions at Walgreen's?
19   A    Yes.
20   Q    So it would not surprise you if between March
21   of 2004 and July of 2004 you filled out some
22   prescriptions of Seroquel at Walgreen's?
23   A    Right.
24   Q    And as far as you recall, all of your
25   prescriptions were by Dr. Wilson?
```

```
                                                    236
1    A    Yes.
2    Q    And then you moved on to Albertson's and
3    Sav-On. We talked about that, right?
4    A    And I am getting ready to move, yes.
5    Q    I am sorry?
6    A    I am getting ready to move pharmacies again.
7    Q    Which pharmacy are you going to go to?
8    A    I am going back to Walgreen's because it is
9    closer to my house. The reason for that is as of
10   September the 1st, Sav-On isn't going to be in business
11   anymore because bought them out.
12   Q    You testified earlier you went from 25
13   milligrams to 50 milligrams to 100 milligrams of
14   Seroquel over time; is that accurate?
15   A    Right.
16   Q    Why was your milligrams of Seroquel increased?
17   A    Because it was not working.
18   Q    It was not working in doing what?
19   A    For me sleeping, it was not helping me.
20   Q    Were you always taking the drugs at night?
21   A    Yes.
22   Q    Did you ever take it during the day?
23   A    No.
24   Q    So it was always a pill --
25   A    At bedtime.
```

237

1  Q  -- a couple of those pills at bedtime?
2  A  Right.
3  (There was a short recess from 3:03 p.m. to 3:19 p.m.)
4  BY MR. MANZELLA:
5  Q  Ms. Curley, you testified in your first
6  deposition you took Seroquel until you had what you
7  considered to be an allergic reaction.
8  A  Yes.
9  Q  I think you described it as a rash on your
10 body?
11 A  Right.
12 Q  What else besides the rash?
13 A  A rash. Just all the time, I couldn't handle
14 it.
15 Q  At the time you had this rash, did you stop
16 taking Seroquel?
17 A  Yes.
18 Q  Is it fair to say you took no more Seroquel
19 after the allergy and the rash?
20 A  No more.
21 Q  You testified in your first deposition that
22 you believed you had this allergy and this rash in June
23 of 2006.
24 A  Yes.
25 Q  Do you still think that is the correct date?

238

1  A  Yes.
2  Q  Your pharmacy records indicate that the last
3  time you were prescribed Seroquel was on June 20th,
4  2005.
5  A  Yes, that would be right.
6  Q  You agree with me that your last
7  prescription -- that was Dr. Wilson?
8  A  Yes.
9  Q  And your last prescription was June 20th,
10 2005?
11 A  Yes.
12 Q  How could you have had the rash in 2006 if you
13 had not had a prescription for Seroquel for a year?
14 A  It was actually in 2005 I had the rash. That
15 is the reason why I quit taking it.
16 Q  And that is -- I will go through some records
17 with you. That is more consistent with what the records
18 are going to show, and I am going to show them to you.
19 A  Yes.
20 Q  But is it fair to say you are changing your
21 testimony to say you had the allergic reaction and the
22 rash in June of 2005?
23 A  Right.
24 Q  And just so we have a record, I am going to
25 mark as Exhibit 43.

239

1  A  Okay.
2  Q  I am not going to ask you about it. If your
3  counsel wants to look at them, she is welcome to it.
4  But I will represent that the records indicate, as I
5  mentioned, that your last Seroquel prescription appears
6  to be dated in June of 2005 by Dr. Maria Wilson.
7  A  Yes.
8  Q  I am just going to mark this and put this in
9  the pile.
10    Oh, yes, on the prescription records it is
11 Page 13 and the Bates number on the bottom is 00017 in
12 the middle of the page.
13    MR. MANZELLA: That is now Exhibit Number 43.
14 (Exhibit 43 was marked for identification by the Court
15 Reporter.)
16 BY MR. MANZELLA:
17 Q  I am not going to ask you questions about it,
18 Ms. Curley, because I think you agreed with me earlier.
19 A  Right.
20 Q  I am also going to show you some records that
21 again confirm what we're discussing which is you had the
22 rash in '05.
23 A  Yes.
24 Q  Would you agree with me that then you took
25 Seroquel starting in January of '03, correct, when you

240

1  had the headache program?
2  A  No. It is January of '01.
3  Q  We have gone over this many, many times in
4  both depositions --
5  A  It might be '03, but I don't think so.
6  Q  Well, that is important because we have gone
7  over this many, many times in your deposition, that your
8  first Seroquel prescription was during the headache
9  program and the headache program was in January of 2003.
10 Do you agree with that?
11 A  No. The date -- what I agree with is the
12 January. The only thing I don't agree with is the year.
13 I still have the bracelets from the hospital, when I was
14 in the hospital.
15 Q  Are you saying the headache program was not in
16 January of '03?
17 A  No, because I had it for two weeks. No, it
18 could not have been because I still had the county
19 insurance. The county paid for it.
20 Q  Okay. Well, we're definitely going to be here
21 two days.
22 A  Uh-uh, no. I am keeping you here a week.
23 Q  We have gone over this. I have shown you
24 multiple records showing you that the headache program
25 was in 2003. I guess we'll have to go through them all