# EXHIBIT 7

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

SEROQUEL PRODUCTS LIABILITY LITGATION
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO:

CURLEY v. ASTRAZENECA LP, et al.
(CONNIE M. CURLEY 6:07-cv-15701)

_____/


EMMA OCAMPO, M.D.

Friday, June 13th, 2008
4:51 p.m. - 6:29 p.m.


Tampa General Healthpark
5802 North 30th Street
Tampa, Florida  33610
-----------------------------------




REPORTED BY:
LAURA M. SEMIK, RPR
Notary Public
State of Florida at Large
Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
Job No.:  938037

```
                                                    26
 1   is that fair?
 2       A   Yes, I am not.
 3       Q   Would it be fair to say that all
 4   prescription medications have some side effects?
 5       A   Yes.
 6       Q   Would it also be fair to say no drug is
 7   100 percent safe?
 8       A   Yes.
 9       Q   Some drugs work for some people and don't
10   work for others; is that fair?
11       A   Yes.
12       Q   Is it also accurate that you prescribe
13   prescription medications understanding that there
14   are side effects associated with those drugs?
15       A   Yes.
16       Q   There are risks for the drug and benefits
17   for the drug?
18       A   Yes.
19       Q   When you prescribe medications generally
20   to a patient, do you try to do like a risk-benefit
21   assessment before prescribing the drug?
22       A   As much as I can, yes.
23       Q   Can you generally explain what it means
24   to do a risk-benefit assessment when you're
25   prescribing a medication.

                                                    27
 1       A   Well, I tell my patients, for example,
 2   this is a drug I want you to start taking to help
 3   you with this disease, but the most common side
 4   effects or adverse events are this.
 5           Now, I tell my patients if we weigh the
 6   benefit versus risk ratio, I think the benefit
 7   outweighs the risk.  But then I tell them you
 8   decide whether you still want to take this
 9   medication.
10       Q   Did you ever talk to Ms. Curley about her
11   Seroquel use?
12       A   No.
13       Q   Did you ever tell her not to take
14   Seroquel?
15       A   No.
16       Q   Did you ever tell her to take Seroquel?
17       A   No.
18       Q   Did you ever tell Ms. Curley that
19   Seroquel caused her diabetes?
20       A   No.
21       Q   Did you ever say to her what caused her
22   diabetes?
23       A   No.
24       Q   Is Ms. Curley also taking gabapentin, or
25   Neurontin?

                                                    28
 1       A   Yes.
 2       Q   Have you prescribed that drug for her?
 3       A   I might have refilled it.
 4       Q   What is that drug for?
 5       A   It's actually an antiseizure medication
 6   when it first came out.  It's now being used for a
 7   variety of reasons, including chronic pain,
 8   migraines or headache, peripheral neuropathy
 9   associated with diabetes, and in some cases we
10   just use it for patients with back pain or ongoing
11   pain problems.
12       Q   What is fibromyalgia?
13       A   Fibromyalgia is a condition where
14   patients have multiple aches and pains, you ruled
15   out secondary causes, and, based on your exam, you
16   decide it's fibromyalgia.
17       Q   Ms. Curley testified in her deposition
18   that she's had fibromyalgia since about 1983.
19   You're aware that she has fibromyalgia?
20       A   Yes.  I think she's seeing pain
21   management for that.
22       Q   Is gabapentin, or Neurontin, one of the
23   drugs that can treat the pain from fibromyalgia?
24       A   We have used it that way, yes.
25       Q   Ms. Curley also claims to have migraine

                                                    29
 1   headaches; you're aware of that?
 2       A   Yes.
 3       Q   Again, is gabapentin, or Neurontin, a
 4   drug for that?
 5       A   Yes.
 6       Q   Are you aware that gabapentin, Neurontin,
 7   has been associated with diabetes?
 8       A   No.
 9       Q   And you can't say whether that drug had
10   anything to do with her diabetes?
11       A   No, I can't.
12       Q   In fact, you can't say if any drug had
13   anything to do with her diabetes; is that fair?
14       A   That's fair.
15       Q   We're going to look at some of the
16   medical records.  Actually, I'm going to start
17   with Dr. Sisodia's records.  She was the doctor
18   that saw Ms. Curley before you, correct?
19       A   Correct.
20       Q   When you took over for Dr. Sisodia, would
21   it be your practice to sort of look back at her
22   records to see the status of this patient?
23       A   Yes.
24       Q   You have a general familiarity with
25   Dr. Sisodia's records for Ms. Curley, correct?
```

30

1   A   Yes.
2   Q   Let me show you what I believe is
3   Dr. Sisodia's first visit with the patient.
4       (Exhibit No. 3 was marked for purposes of
5   identification.)
6   BY MR. MANZELLA:
7   Q   I'm going to mark as Exhibit 3 a 9/13/05
8   medical record.
9   A   Okay.
10  Q   This is a Tampa General Hospital record,
11  correct?
12  A   Correct.
13  Q   This is similar to the records that you
14  create for Ms. Curley?
15  A   Yes.
16  Q   In fact, your name is on this, but --
17  "Ocampo" is on the record, but it's not checked
18  off; is that fair?
19  A   Yes.
20  Q   Checked off is "Sisodia," so we should
21  assume it's Dr. Sisodia's record; fair?
22  A   Yes.
23  Q   If you'll look at the second page, what
24  was the assessment or the findings from this
25  visit?

31

1   A   Hypertension, tobacco abuse, migraine,
2   osteoporosis question mark, high cholesterol,
3   diabetes, and hip pain.
4   Q   So at least by September of '05,
5   Dr. Sisodia had diagnosed diabetes for the
6   patient, correct?
7   A   Correct.
8   Q   If you look at the top of the page, it
9   seems like Ms. Curley is 4'9" tall and weighs
10  159 pounds.  Do you see that?
11  A   Yes.
12  Q   Would you consider that to be overweight?
13  A   Yes.
14  Q   If you look down the page on that same
15  side, do you see where it says the word central
16  obese or "centrally obese"?
17  A   Yes.
18  Q   What does it mean to be centrally obese?
19  A   It means that the distribution of the fat
20  is more on the mid-abdomen side.
21  Q   Do you agree with Dr. Sisodia's findings
22  that she is centrally obese?
23      MS. AUSTIN:  Objection; form.
24      THE WITNESS:  Based on this from '05, I
25  don't know if I could agree with that.

32

1   BY MR. MANZELLA:
2   Q   Let me ask you, based on your seeing her
3   now, do you consider her to be obese?
4   A   To be obese, yes.
5   Q   Okay.  Is obesity a risk factor for
6   diabetes?
7   A   Yes.
8   Q   On the very top it says, "Allergies"
9   right above the weight and height.  It says,
10  "Sulfa, Skelaxin, Topamax, Seroquel." Do you see
11  that?
12  A   Yes.
13  Q   Do you have any information or any
14  knowledge about any allergy to Seroquel?
15  A   The medication list in our chart does say
16  she developed, I think rash or itching from
17  Seroquel.
18  Q   Do you recall her telling you that?
19  A   No.
20  Q   That's based on your information from
21  your review of the records?
22  A   Yes.
23  Q   Do you know when she had this itching or
24  rash?
25  A   I believe this was noted on this same day

33

1   of visit.
2   Q   Okay.  So you don't know when this
3   allergy occurred?
4   A   No, I don't.
5   Q   It says, "Tobacco abuse."  Under
6   "Smoking," it says, "One PPD," which is one pack
7   per day?
8   A   That's correct.
9   Q   It says, "Smoking since age 13 years
10  old."  Do you see that?
11  A   Yes.
12  Q   At this point she was 52, and now I guess
13  she's about 55.  She's still a smoker, right?
14  A   Right.
15  Q   That's in excess of a 40-year-smoking
16  history; is that fair?
17  A   I don't know if she meant that she's been
18  smoking one pack a day since age 13, or just she
19  started smoking at age 13.
20  Q   Okay.  Suffice to say, she's a smoker,
21  right?
22  A   Yes.
23  Q   What are the general risk factors for
24  being a smoker?
25  A   Risk factors to start smoking?

### 34

1  Q   No. If you're a smoker, what diseases
2  can that lead to?
3  A   Oh, chronic bronchitis, emphysema,
4  chronic obstructive disease, peripheral artery
5  disease, stroke, heart attack.
6  Q   Is there any relationship to diabetes?
7  A   I don't believe so.
8  Q   Let me show you the next record. I'm
9  going to mark this as Exhibit 4.
10      (Exhibit No. 4 was marked for purposes of
11      identification.)
12 BY MR. MANZELLA:
13 Q   This is a 4/27/06 record from
14 Dr. Sisodia. Do you see the date is 4/27/06?
15 A   Yes.
16 Q   The last one we saw was September of '05,
17 so that's about seven months?
18 A   Yes.
19 Q   If you're being treated for diabetes, is
20 seven-month intervals an acceptable or
21 unacceptable amount of time to be seen by a
22 doctor?
23 A   I think that's too long of a follow-up
24 interval.
25 Q   Do you see on this record, perhaps on the

### 35

1  second page, it talks about her having diabetes
2  that's "uncontrolled" at this point?
3  A   Yes.
4  Q   What does it mean to be "uncontrolled"?
5  A   That means that the blood sugars are not
6  at an acceptable level.
7  Q   Now that you're seeing her today, or as
8  of your last visit, is her diabetes now under
9  control?
10 A   I believe so, yes.
11     MS. AUSTIN: Did the doctor answer?
12     THE WITNESS: Yes.
13     MS. AUSTIN: Okay.
14 BY MR. MANZELLA:
15 Q   Look at the second page. It says,
16 "Diabetes uncontrolled. Last seen on 9/13/05."
17 We talked about that, right?
18 A   Yes.
19 Q   It says, "Followed by neuro" -- which I
20 think is neurologist -- "for fibromyalgia and
21 migraines."
22 A   Yes.
23 Q   And we've talked about those being
24 problems she has?
25 A   Yes.

### 36

1  Q   Then it says, "Psychosocial" something
2  "rape and poor relationship or relation with
3  children." Do you see that?
4  A   Yes.
5  Q   Do you have any information or any
6  knowledge about a rape?
7  A   No.
8  Q   Do you have any knowledge about her
9  relationship with her children?
10 A   No.
11 Q   The next line says, "Edentulous, morbidly
12 obese."
13 A   Yes.
14 Q   What does that mean, "morbidly obese"?
15 A   It's a term we give to people whose
16 height-and-weight measurement, if you do a BMI, is
17 more than 40.
18 Q   Is it fair to say, in layman's terms,
19 being morbidly obese is worse than being obese?
20 A   Yes.
21 Q   Can you go to the next page.
22 A   Okay.
23 Q   Under the "HPI" section there's a bunch
24 of handwritten notes. The third line says,
25 "Gabapentin makes high BS." Is that increased

### 37

1  blood sugar?
2  A   Yes.
3  Q   Has she ever talked to you about her use
4  of gabapentin causing her to have high blood
5  sugar?
6  A   I don't recall, no.
7  Q   You see under the tobacco use it says,
8  "Two PPDs." Do you see that?
9  A   Yes.
10 Q   At least at this point, she's up to two
11 packs a day?
12 A   Yes.
13 Q   Let me skip ahead a few visits. And feel
14 free to go back and look at any visits that you
15 need to.
16 A   Okay.
17 Q   Let me show you Dr. Sisodia's visit with
18 Ms. Curley on October 23, '06.
19     (Exhibit No. 5 was marked for purposes of
20     identification.)
21 BY MR. MANZELLA:
22 Q   This is the 10/26/06 record for
23 Ms. Curley from Dr. Sisodia.
24 A   Correct.
25 Q   Do you see on the top it says, "Xanax .5

74

1 would you advise them to stop smoking?
2  A  Yes.
3  Q  And did you do that for Ms. Curley?
4  A  Yes.
5  Q  And, as of your last visit, Ms. Curley
6 was still a smoker, correct?
7  A  Correct.
8  Q  For someone with diabetes -- now that
9 you're aware of some drug use in the past -- would
10 you advise a person with diabetes not to use
11 illegal drugs?
12  A  Yes.
13     MS. AUSTIN: Objection; form.
14 BY MR. MANZELLA:
15  Q  Would you also advise someone with
16 diabetes who also has high blood pressure to make
17 sure she takes her medications?
18  A  Yes.
19     MS. AUSTIN: Objection; form.
20 BY MR. MANZELLA:
21  Q  Doctor, you understand that AstraZeneca
22 makes the drug Seroquel.
23  A  Yes.
24  Q  You also understand that AstraZeneca
25 makes lots of other drugs as well, right?

75

1  A  Yes.
2  Q  In general, do you use AstraZeneca drugs
3 in your practice?
4  A  Yes.
5  Q  In general, do you consider those drugs
6 to be helpful to some of your patients?
7  A  Yes.
8  Q  Dr. Ocampo, do you work for AstraZeneca?
9  A  No.
10  Q  Have you ever worked for AstraZeneca?
11  A  No.
12  Q  Do you have any kind of formal
13 affiliation with AstraZeneca?
14  A  No.
15     MR. MANZELLA: Thank you. I reserve any
16 further questions.
17     MS. AUSTIN: You guys are going out
18 again.
19     MR. MANZELLA: Counsel, I completed my
20 questions. I pass the witness.
21
22     CROSS-EXAMINATION
23 BY MS. AUSTIN:
24  Q  Doctor, I understand this is difficult,
25 so I'll try to be as brief as I can. I just want

76

1 to ask you first some basic questions about
2 diabetes.
3     Is diabetes a progressive disease?
4  A  It is progressive in the sense that if
5 you lose control on oral pills, you will have to
6 progress to using insulin.
7  Q  Okay. And is it possible to have
8 diabetes that doesn't progress to the need for the
9 use of insulin?
10  A  Yes, it's possible if you stick to a good
11 diet, start exercising, and --
12  Q  Is it likely?
13  A  Is it likely? As I said, if you stay on
14 a healthy lifestyle, I think it is.
15  Q  Okay. What are some of the complications
16 that a person could develop as a result of having
17 diabetes?
18  A  There's several. You could get renal
19 problems, stroke, heart attack, blindness,
20 amputation, neuropathy, heart problems. Those are
21 the ones that I can think of now.
22  Q  Are you familiar with a condition called
23 diabetic neuropathy?
24  A  Yes.
25  Q  Is that one of the complications of

77

1 diabetes?
2  A  Yes.
3  Q  Do you know whether or not Ms. Curley
4 suffers from any complications related to her
5 diabetes?
6  A  I don't think she -- I don't think she
7 has neuropathy or nephropathy, no.
8  Q  Are you familiar with Dr. Maria Wilson?
9  A  Yes.
10  Q  How are you familiar with that doctor?
11  A  She is the head of our headache clinic,
12 and she also takes care of the Tampa General Pain
13 Management Clinic.
14  Q  Okay. And I'm not sure what the best way
15 is to do this since I, obviously, cannot show you
16 this record. But I am looking at a Tampa General
17 Hospital record, date of service November 28th of
18 2006. I guess I'll just read to you the
19 impressions. This is the report of Dr. Maria
20 Wilson. It shows her impressions as, "Migraine
21 headache, diabetic neuropathy, depression, and
22 insomnia."
23     Would you have any reason to dispute
24 Dr. Maria Wilson's impression that Ms. Curley
25 suffers from diabetic neuropathy?

**Page 78**

1  MR. MANZELLA: Objection.
2     THE WITNESS: If she has records of
3  performing a nerve conduction test that
4  objectively finds that Ms. Curley has diabetes
5  neuropathy, then I don't have any reason to
6  object.
7  BY MS. AUSTIN:
8     Q  Okay. And when Ms. Curley was diagnosed
9  with diabetes, you were not her treating doctor,
10 correct?
11    A  Correct.
12    Q  Do you know whether or not Ms. Curley was
13 obese on the date that she was diagnosed with
14 diabetes?
15    A  Our records show that she weighed 159 or
16 160.
17    Q  Okay. Do you know the exact date that
18 Ms. Curley began taking Seroquel?
19    A  No, I don't. No, I don't.
20    Q  I'm sorry, I didn't hear your answer.
21    A  I do not.
22    Q  Do you know what her weight would have
23 been on the day that she started taking Seroquel?
24    MR. MANZELLA: Objection.
25    THE WITNESS: No.

**Page 79**

1  BY MS. AUSTIN:
2     Q  Was your answer no?
3     A  No, yes.
4     Q  So, as you sit there today, you're not
5  able to testify as to whether or not Ms. Curley
6  had any significant weight gain from the time that
7  she started taking Seroquel to the time that she
8  was diagnosed with diabetes; is that correct?
9     A  That's correct.
10    Q  I didn't hear the answer.
11    A  That's correct, yes.
12    Q  Okay. And you testified that for the
13 most part, since you've been treating Ms. Curley,
14 her diabetes has been under control, correct?
15    A  Correct.
16    Q  But isn't it true, Doctor, that
17 Ms. Curley hasn't been taking Seroquel while she's
18 been under your care?
19    A  Did you say "has not been"?
20    Q  Has not been taking Seroquel.
21    A  That's correct, yes.
22    Q  Okay. And you testified earlier that you
23 never told Ms. Curley what caused her diabetes; is
24 that correct?
25    A  That's correct.

**Page 80**

1     Q  As you sit here today, are you able to
2  give an opinion as to whether or not Ms. Curley's
3  diabetes was caused by taking Seroquel?
4     MR. MANZELLA: Objection.
5     THE WITNESS: I cannot.
6  BY MS. AUSTIN:
7     Q  Have you undertaken to determine at any
8  time exactly what caused Ms. Curley's diabetes?
9     A  No.
10    Q  I didn't hear your answer.
11    A  No.
12    Q  Thank you.
13       Are you familiar with metabolic syndrome?
14    A  Yes.
15    Q  What is metabolic syndrome?
16    A  Metabolic syndrome is several entities,
17 including elevated blood pressure, a big GERD, a
18 big waist, low HDL, high triglycerides, and
19 abnormal sugar.
20    Q  Based on your review of Ms. Curley's
21 records today, would you classify Ms. Curley as a
22 patient suffering from metabolic syndrome?
23    A  Yeah, she meets a few of the criteria.
24    MS. AUSTIN: I think those are going to
25 be all of my questions at this time. But, in

**Page 81**

1  light of my difficulty hearing the testimony of
2  Dr. Ocampo, we are going to reserve our right
3  to recall her at a later date. I have no more
4  questions for her at this time.
5     MR. MANZELLA: Well, I have two or three
6  questions. But first, let me put an objection
7  on the record to you recalling the witness.
8     The witness was here today on time at the
9  right place at the right date with her records
10 in hand ready to answer any questions that both
11 sides would ask, as is the policy set forth by
12 the PMO in this case.
13    Your office, by some mistake, I'm sure,
14 was not able to come today; although, you were
15 notified properly and, in fact, received a
16 notification yesterday about the court
17 reporter. So we object to you attempting to
18 recall a witness when you had every opportunity
19 to come here in person, like I did, to ask the
20 questions. And, furthermore, you have every
21 opportunity to ask the questions here on the
22 telephone today.
23    With that objection, I just have a few
24 additional questions for you.
25