# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769
This Document Relates to:
Haller v AstraZeneca LP, et al.
[David Haller 6:07-cv-15733

---

DEPOSITION OF JOCELYN HALLER, A witness herein, called by the Defendants AstraZeneca Pharmaceutical LP and AstraZeneca LP for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Ann Medis, Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Esquire Deposition Services, 1825 Gulf Tower, 707 Grant Street, Pittsburgh, PA  15219, on Saturday, August 2, 2008, commencing at 12:46 p.m.

*** CONFIDENTIAL ***

CONFIDENTIAL

18

1  Q. What's her name?
2  A. Marie.
3  Q. Kids?
4  A. Adam.
5  Q. Anyone else?
6  A. No.
7  Q. One grandchild then?
8  A. One grandchild, two dogs, three cats.
9  Q. Congratulations. How old is Adam?
10 A. Adam is 20. He'll be 21.
11 Q. Do you know whether they have had
12 regular contact with David?
13 A. Yes. Michael -- they'll call each other
14 maybe once a month.
15 Q. Have you ever talked with Michael about
16 David's mental health?
17 A. No.
18 Q. About the lawsuit at all?
19 A. No.
20 Q. Do you know whether Michael knows about
21 the lawsuit?
22 A. He knows about it, but they don't talk
23 about it, you know.
24 Q. Do you know whether he knows anything
25 about David's diabetes?

19

1  A. Well, he knows David has diabetes.
2  Q. Let me ask you, generally what's your
3  educational background?
4  A. I graduated from high school, and I have
5  one semester at Pitt, University of Pittsburgh.
6  Q. What, if anything, did you study in
7  particular in Pittsburgh?
8  A. At Pitt University?
9  Q. Yes, ma'am.
10 A. I went in for general to start, but then
11 I met my husband, and that was the end of my
12 college education.
13 Q. That was the end of that. How long have
14 you been married before you were divorced?
15 A. 32 years.
16 Q. Have you gone back to school since then?
17 A. No.
18 Q. Have you had any medical training of any
19 kind?
20 A. No.
21 Q. Have you had any legal training of any
22 kind?
23 A. No.
24 Q. Can you briefly describe your employment
25 history for me?

20

1  A. I was property manager for one of our
2  people in the North Hills. I worked for him for
3  18 years, and then in my earlier life, I drove a
4  school bus for the handicapped children.
5  Q. Was that at a school David was going to?
6  A. Um-hum.
7  Q. Yes?
8  A. Yes.
9  Q. See, I told you. What was the name of
10 the school David was attending at the time?
11 A. I don't remember the name of it.
12 Q. I have some records that I want to ask
13 you about. I may show them to you. I may not.
14 Have you ever seen any of David's medical records?
15 A. You mean from when he was living up
16 here?
17 Q. Or from when he was in Florida.
18 A. In Florida, nothing.
19 Q. Up here?
20 A. Up here, yes.
21 Q. What medical records have you seen
22 related to David?
23 A. Well, actually I didn't really see them.
24 The people would tell me.
25 Q. What was in them?

21

1  A. Yes, what was in them.
2  Q. You see, I do it, too. I ended your
3  sentence for you. Like I said, it's bound to
4  happen.
5     The reason I raised the medical record issue
6  is, because I might not show them to you, because
7  I don't know that you need to see what's in here,
8  but in going through, I might come across names
9  that might be helpful. Does the name Shuman
10 Center ring a bell?
11 A. That's our center for juvenile
12 offenders. Yes, he's been there.
13 Q. Is that a government facility?
14 A. It's run by the State of Pennsylvania.
15 Q. Thank you. You said you were property
16 manager. What was the name of the company that
17 you worked with?
18 A. LeDonne, L-E-D-O-N-N-E.
19 Q. You said you were there for about 18
20 years?
21 A. Um-hum.
22 Q. Yes?
23 A. Yes.
24 Q. Then did you work after?
25 A. Well, I retired, and then I couldn't

CONFIDENTIAL

22

1  take it at home. So I went to the local
2  supermarket, and I worked there for 11 years just
3  as a cashier.
4      Q. Are you working now?
5      A. No.
6      Q. You said you couldn't take it anymore.
7  Was there something in particular?
8      A. No. I couldn't take it at home sitting
9  around.
10     Q. It was driving you nuts?
11     A. These old ladies, they just watch TV.
12     Q. I hear you. My understanding is all of
13 your children were adopted; is that right?
14     A. That's right.
15     Q. From where did you adopt them?
16     A. Michael was a private adoption. David
17 was from Zoar Home, and Patrick was from our
18 Allegheny County Youth or Allegheny County Youth
19 Board, I think it's called, or something like
20 that.
21     Q. I'm going to focus on David for obvious
22 reasons. He's the one that filed the lawsuit.
23 You mentioned Zoar Home?
24     A. Yes.
25     Q. Do you know if that facility still

23

1  exists?
2      A. It still exists, but it's not Zoar Home.
3      Q. What's it called now?
4      A. Actually it's up for sale.
5      Q. Do you know what the name is?
6      A. There's no name on it now. It's a big
7  building.
8      Q. It's empty now?
9      A. Yes.
10     Q. Zoar Home is no longer an adoption
11 agency?
12     A. Right. It was never an adoption agency.
13 It was where they would put the children for
14 foster care.
15     Q. Do you have an understanding why David
16 was there?
17     A. The police found David, and his mom
18 hadn't changed his diapers for weeks, and he had
19 maggots growing on his bum.
20     Q. Maggots?
21     A. Maggots. And he had a broken arm and a
22 broken leg and cigarette burns all over him. He
23 was only four months old.
24     Q. So he was beaten?
25     A. Um-hum.

24

1      Q. Yes?
2      A. Yes.
3      Q. And neglected? Yes?
4      A. Yes.
5      Q. You said he had cigarette burns on his
6  body?
7      A. Yes.
8      Q. What, if anything, do you know about
9  what happened to his biological mother?
10     A. Well, I don't know. We tried to find
11 her because with Patrick and Michael, we found
12 their biological parents for them. But with
13 David, the mother wouldn't meet with us. So the
14 courts wouldn't allow us to go any further.
15     Q. Do you know her name?
16     A. No. I don't even know her name.
17     Q. How about his father?
18     A. When she was asked about his father, we
19 were told -- she told the worker that the guy
20 didn't stay long enough to take his hat off. And
21 David is a mulatto. He's half black and half
22 white.
23     Q. David's father?
24     A. Was black and his mother was white.
25     Q. When you adopted David, were you

25

1  provided with any of his family's medical history?
2      A. Nothing.
3      Q. So you don't know anything about David's
4  family medical history?
5      A. Nothing.
6      Q. Do you have any idea where his
7  biological mother may live?
8      A. She was originally from McKeesport,
9  Pennsylvania, but that's all I know.
10     Q. You don't know her name?
11     A. I don't know her name. Well, wait a
12 minute. Sorry.
13     Q. No, not at all. Like I said, things
14 might prod your memory.
15     A. David's last name was Holt, H-O-L-T, and
16 his first name was David, but there was no
17 mother's first name. Whether this was his mom's
18 last name or she just made it up or what...
19     Q. Do you know where he was born?
20     A. He was born in McKeesport, Pennsylvania.
21     Q. Do you know the name of the facility?
22 Was it a hospital that he was born in?
23     A. I don't know.
24     Q. What county is McKeesport in?
25     A. Allegheny.

CONFIDENTIAL

26

1  Q. You have no idea what David's father's
2  last name was?
3  A. No.
4  Q. David's mentally ill; am I correct?
5  A. Yes.
6  Q. What is your understanding of David's
7  mental illness?
8  A. Well, I don't have any understanding.
9  He's been like he is now since we brought him home
10 from Zoar Home.
11 Q. How was he like?
12 A. You mean when we brought him home?
13 Q. Sure.
14 A. I could remember him -- we couldn't get
15 him to stop crying, and he wouldn't smile, a very
16 solemn little boy. But once we worked with him
17 and showed him that we weren't going to hurt him,
18 then he started to relax, but then he was
19 always -- David was either falling, or he had a
20 temper when he was very young.
21 Q. How old are we talking about now?
22 A. Well, I'm saying maybe four or five
23 years old he had a temper then, where he would
24 throw things, be just uncontrollable.
25 Q. Would he hurt people?

27

1  A. No. He never got that far; no, he
2  didn't.
3  Q. How about animals?
4  A. No, no, never animals. In fact, we
5  always had animals, and he never bothered with the
6  animals.
7  Q. Do you know what condition David has
8  been diagnosed with?
9  A. There's been so many over the years.
10 Q. What are the diagnoses of David?
11 A. Well, bipolar was one of them. ADT or
12 D.
13 Q. ADD?
14 A. ADD.
15 Q. Attention deficit disorder?
16 A. Yeah. Every time we took him some place
17 new to have him evaluated, they came up with
18 something different and a new medication to give
19 him.
20 Q. David has been on a ton of medications
21 over the course of his life?
22     MR. BARRINGER: Objection to form. You
23 can answer.
24 A. Yes.
25

28

1  BY MR. ELLISON:
2  Q. Do you have an understanding of about
3  how many?
4  A. No, I don't. Well, I know he started
5  out when he was in school. We entered David into
6  first grade.
7  Q. How old was he in first grade?
8  A. Six. And the doctor put him on Ritalin
9  because he would misbehave in school.
10 Q. Who was that doctor?
11 A. I think that was Dr. Cummings.
12 Q. What type of doctor was Dr. Cummings?
13 A. Just a medical.
14 Q. Now, you brought David in for
15 psychiatric treatment when he was five; sound
16 right?
17 A. Five, yeah.
18 Q. If the medical records so reflect, you
19 would have no reason to dispute them, would you?
20 A. No, none.
21 Q. That is correct?
22 A. That's correct.
23 Q. That was because he was aggressive and
24 misbehaving; is that correct?
25 A. Yes, that's correct.

29

1  Q. How would he be aggressive? How would
2  he misbehave?
3  A. Well, David would hit people, bite
4  people. He hit his father.
5  Q. That was later though, wasn't it?
6  A. Yeah.
7  Q. We'll get to that. I'm right now
8  talking about how his disease manifested when he
9  was little. Okay?
10 A. He would just like hit and bite and
11 scream and yell and all sorts of things.
12 Q. How did you cope?
13 A. Well, we tried to get him help, you
14 know.
15 Q. Did he ever bite you?
16 A. No.
17 Q. Did he ever hit you?
18 A. A couple times, nothing serious.
19 Q. His brothers?
20 A. No. You were talking about animals.
21 David did kill Michael's hamster.
22 Q. How did he kill him?
23 A. He got him on the floor and stomped on
24 him.
25 Q. The hamster was his brother's pet?

CONFIDENTIAL

Page 30

1    A. Yeah. They slept in the same room at
2 the time, and the hamster would play all night
3 long, and David couldn't stand it anymore hearing
4 that wheel going around. So he took it out of his
5 cage, stomped on it and put it back in the cage.
6    Q. How old was David at the time?
7    A. David couldn't have been any more than
8 seven, eight.
9    Q. How old was his brother?
10    A. There's only nine, ten months difference
11 in the boys.
12    Q. David is older; right?
13    A. No. Michael is older.
14    Q. Thank you. I appreciate that. He left
15 the pet's body in the cage for his brother to
16 find?
17    A. Yes.
18    Q. What was your impression of that
19 behavior?
20    A. It was wrong, and we tried to tell David
21 that.
22    Q. Weren't you horrified?
23    A. Yes. We were horrified. But David I
24 think at that point was in St. Francis. Or was
25 that later?

Page 31

1    Q. St. Francis is a psychiatric hospital;
2 is that correct?
3    A. Yes.
4    Q. Was he inpatient at the time?
5    A. Yes.
6    Q. How did --
7    A. A lot of these places years and years
8 ago, you put the kid in for treatment, and then
9 you were allowed to take him home on the weekends.
10    Q. So this is while he is inpatient getting
11 treatment for his mental illness that he comes
12 home and stomps on his brother's pet and kills it;
13 is that right?
14    A. Yes. Of course, Michael was just --
15 Michael cried for three days. Pete was his, you
16 know, friend.
17    Q. Did David show any remorse?
18    A. No.
19    Q. At no point in time?
20    A. No. David has never shown any remorse.
21    Q. David, in your view, doesn't care about
22 the consequences of his behavior?
23    A. I think when he was younger, he didn't
24 realize that there would be consequences. We
25 would send him to his room. Go to your room and

Page 32

1 you stay up there for half an hour. When the
2 timer goes off, you can come down. He'd go to his
3 room and climb out the window. This happened all
4 the time with David.
5    Q. Was he unmanageable as a kid?
6    A. Yeah, yeah.
7    Q. Did he ever kill any other animals?
8    A. No, he didn't, huh-uhn, no.
9    Q. You're not aware of whether he's killed
10 any people, are you?
11    A. I'm not aware of it.
12    Q. I'm not suggesting he has, ma'am. I'm
13 simply asking. I've not seen a record that
14 suggests that he has. I've seen records that
15 suggest he's violent. Do you agree that he's
16 violent?
17    A. I agree he's very violent.
18    Q. And he's been very violent ever since
19 he's been five years old?
20    A. Yes.
21    Q. Is it your view that David's behavior is
22 better when he's on medication?
23    A. Yes.
24    Q. Medication makes him capable of dealing
25 with ordinary day-to-day things?

Page 33

1    A. Yes.
2    Q. When he's not medicated, he can't; is
3 that right?
4    A. Yes.
5    Q. He's doing things like stomping on his
6 brother's pets and killing them; is that right?
7    A. Yes.
8       MR. BARRINGER: Objection, form.
9 BY MR. ELLISON:
10    Q. Let's come back to the timeframe when
11 David is first getting psychiatric treatment. Do
12 you have that in mind?
13    A. Yes.
14    Q. Did he ever show to you what you would
15 now think was depression?
16    A. No, not depression, huh-uhn.
17    Q. Do you recall him ever threatening to
18 kill himself?
19    A. No.
20    Q. Do you recall him ever threatening to
21 kill someone else?
22    A. Well, in conversation, "I'm going to
23 kill him" and things like that.
24    Q. Do you remember any specific instances?
25    A. No, I don't.

CONFIDENTIAL

Page 38

1  better; is that right?
2      A.  That's correct.
3      Q.  I want to ask you about some of the
4  potential symptoms of the illness that David has.
5  Strike that.
6      Would you agree that his mental health
7  condition is complicated?
8      A.  Yes, I would.
9      Q.  And that different physicians have
10  thought he has a different diagnosis at different
11  points in time; is that right?
12      A.  Yes.
13      Q.  I'm going to ask you now about some of
14  the behaviors, and again this is one of those
15  where I'm just trying to find out information.
16  Okay?
17      A.  Okay.
18      Q.  Did David ever steal from you?
19      A.  No.
20      Q.  Your husband?
21      A.  No, he did not.
22      Q.  Brothers?
23      A.  No.
24      Q.  Anyone else?
25      A.  No.

Page 39

1      Q.  You said he was physically aggressive;
2  is that correct?
3      A.  Yes, yes.
4      Q.  Did he ever hit people with weapons?
5      A.  No, he never did.
6      Q.  He did take a two by four to your
7  husband's head; is that right?
8      A.  Yes.
9      Q.  What were the circumstances of that?
10      A.  I don't know what the circumstances
11  were.  I just know they were fighting.
12      Q.  Do you know what the fight was about?
13      A.  No, I do not.
14      Q.  Did you witness it?
15      A.  No.  I only know when I heard the
16  screaming and yelling that David was wailing the
17  two by four at Don.
18      Q.  David hit him repeatedly?
19      A.  Yes.
20      Q.  Did you see your husband after David had
21  finished with him?
22      A.  Yeah.  There wasn't blood or anything.
23      Q.  I understand David served time for
24  assault and battery on Donald; is that correct?
25      A.  No, that is not correct.

Page 40

1      Q.  You don't know whether David was
2  prosecuted for assault and battery and convicted
3  and served two years for that event?
4      A.  That Don did it?
5      Q.  Let me back up.  Did you and your
6  husband press charges against David for David's
7  beating Don?
8      A.  No, we did not.
9      Q.  Do you know whether charges were pressed
10  against David?
11      A.  Not to my knowledge, they weren't.
12      Q.  Do you know how old David was then?
13      A.  Probably about maybe ten or eleven or
14  something.
15      Q.  Did David have any kind of compulsive
16  behavior that you observed when he was growing up?
17      A.  No, he didn't.
18      Q.  He didn't buy many of the same things?
19      A.  No, huh-uhn.
20      Q.  Never started projects and wouldn't
21  finish them?
22      A.  No.
23      Q.  What interests, if any, did David
24  express when he was a kid?
25      A.  Nothing.

Page 41

1      Q.  He wasn't interested in anything?
2      A.  No, he was not.  We tried to get him
3  interested in like Cub Scouts and Indian Scouts
4  and things like that, but he just wasn't
5  interested.
6      Q.  Did that surprise you?
7      A.  Yeah.  It did surprise me.
8      Q.  That was very different from your other
9  boys?
10      A.  Yes, yes.
11      Q.  How did David spend his time when he was
12  growing up?
13      A.  Well, of course, we started him in
14  regular school, but that only lasted through the
15  first year, for the first grade.
16      Q.  That's because he was biting other
17  students and the teachers; is that right?
18      A.  Yeah.
19      Q.  And hitting them?
20      A.  He was, yeah.  I don't know these
21  things.  I know that a teacher took David in the
22  first grade, he was acting up -- out, and she
23  taped his eyebrows, his mouth and his hands
24  together and stuck him in the waste paper basket,
25  and when he was ready to come home, she ripped the

CONFIDENTIAL

**Page 42**

1 tape off.
2 And I know this because when he came home, he
3 had no eyebrows. And I said to him, "David, what
4 happened to you?" And he told me. Well, I got in
5 the car, went right to the school.
6  Q. Did you believe David?
7  A. Yes.
8  Q. Does David lie?
9  A. No. David doesn't lie, didn't lie. He
10 just doesn't say anything.
11  Q. Do you agree that David's perception of
12 reality isn't the same as everybody else's?
13  A. Yes. I agree with that.
14     MR. BARRINGER: Objection to form.
15 BY MR. ELLISON:
16  Q. In what way does David not perceive
17 reality the way that you do?
18  A. I don't think David thinks through
19 anything.
20  Q. So if I understand you correctly, you
21 think David may actually believe what he is
22 telling you is true, but it may not be true at
23 all; is that fair?
24  A. Yes.
25  Q. Did you talk to the teacher who

**Page 43**

1 allegedly taped David and wrapped him and put him
2 in the wastebasket?
3  A. Yes.
4  Q. Did the teacher deny it?
5  A. She admitted it.
6  Q. She did?
7  A. And she was fired.
8  Q. What was her name?
9  A. I don't know. All I can remember is she
10 was one year away from retirement.
11  Q. And she lost her retirement as a result?
12  A. I don't know about that. I don't know.
13  Q. You said David was acting up. What do
14 you mean by acting up?
15  A. You know, making noises and disrupting
16 the rest of the class.
17  Q. Has David ever been diagnosed as
18 epileptic, to your knowledge?
19  A. No.
20  Q. If the records so reflect, you wouldn't
21 have reason to dispute them, would you?
22  A. No. I wouldn't have reason, but I
23 don't...
24  Q. You don't know of that?
25  A. No. I don't know of it.

**Page 44**

1  Q. How about retarded?
2  A. Yes.
3  Q. Do you believe he is?
4  A. I don't know. I think he's slow.
5  Q. You think he's close?
6  A. I think he's close, yeah.
7  Q. Above the line?
8  A. Yeah. I think so.
9  Q. Ever talk with slurred and rapid speech?
10  A. Oh, yes.
11  Q. All the time?
12  A. Not all the time. We would say to him,
13 "Slow down, slow down, David." And he would try,
14 but I contributed that to the medication he was
15 on.
16  Q. Do you remember what the name of that
17 was?
18  A. No, no.
19  Q. What other symptoms were there to
20 David's mental illness when he was growing up? We
21 talked about the violence. We talked about the
22 threats. We talked about the aggression. We
23 talked about him killing the pet. Any other
24 symptoms that you saw as a mother growing up?
25  A. No. He was just -- I don't know. David

**Page 45**

1 didn't -- David was different than the rest of the
2 children.
3  Q. What made him different?
4  A. David would accept no responsibility for
5 anything. If something went wrong in the house,
6 "David, did you do that? No. Michael did it."
7 And I would know David would do it, you know.
8  Q. Do you think David really believed that
9 he didn't do it, that Michael did it?
10  A. I think so through the years.
11  Q. Have you reached the point where you
12 don't accept at face value what David tells you?
13  A. No.
14  Q. You do?
15  A. I do. What he tells me, yes. There are
16 gaps when I'm not quite understanding, especially
17 in his life in Florida.
18  Q. Have you visited him in Florida?
19  A. No, I haven't.
20  Q. He's come up to see you from time to
21 time; is that correct?
22  A. Yes, he has, yes.
23  Q. I want to ask you about some of that in
24 a second. You said he was different from other
25 kids. He didn't take responsibility for anything;

**Page 46**

1  is that right?
2  A. That's right.
3  Q. How else was he different?
4  A. He would have trouble sleeping at night.
5  We'd put them down for bed, and David just wasn't
6  ready for bed. David would go for a month without
7  clean clothes on if you would let him.
8  Q. He wouldn't change his clothes?
9  A. No.
10 Q. Wouldn't bathe?
11 A. Taking a bath was out of the question,
12 and that still goes for today, you know.
13 Q. You see that as an aspect of his
14 illness?
15 A. Ah-huh, I do.
16 Q. Did any doctor ever sit down and explain
17 to you as his mother what you could expect in
18 someone with his condition?
19 A. No.
20 Q. Did you ever ask?
21 A. Oh, yes. I think our favorite thing
22 was, "Well, what can we do for him?" And these
23 doctors, especially when David was growing up,
24 they didn't know. They just didn't know.
25 Q. They didn't know what they could do for

**Page 47**

1  him; is that what you're saying?
2  A. That's right. That's right.
3  Q. Was it your perception they thought he
4  was extreme in his behavior?
5  A. No. I think some of them would just
6  like to cover everything under the rug, you know,
7  and a couple of hospitals he was in, I know for a
8  fact that they didn't want David there.
9  Q. Did they tell you why?
10 A. No, they didn't, but you could tell, you
11 know.
12 Q. Was it because David was a special case
13 that was a hard to treat situation?
14    MR. BARRINGER: Objection to form.
15 A. I think he was hard to treat, and
16 remember, we're going back 35, 40 years.
17 Q. We've learned a lot over the years,
18 haven't we?
19 A. Oh, yes; oh, yes.
20    MR. BARRINGER: Objection to form.
21 BY MR. ELLISON:
22 Q. How else was he different from the other
23 kids when he was growing up?
24 A. He was just different, you know.
25 Q. Was he impulsive?

**Page 48**

1  A. No, he was not.
2  Q. If the records reflect that he was
3  extremely compulsive, frequently injuring others,
4  would you disagree with that?
5  A. I would disagree because I don't know.
6  Q. You don't know?
7  A. No.
8  Q. Did he ever manifest temper tantrum
9  behavior?
10 A. Yes.
11 Q. Even as he grew up?
12 A. Yes.
13 Q. Still through today?
14 A. Yes.
15 Q. Have you ever felt afraid of him?
16 A. Yes.
17 Q. When?
18 A. He was up for Christmas two years ago.
19 Q. This was 2006; right?
20 A. Um-hum.
21 Q. Yes?
22 A. I'm sorry. It was three years ago. He
23 got the flu, and I was working at Shop n' Save,
24 and he said, "You have to take me to the
25 hospital." And I said, "David, I can't."

**Page 49**

1  Q. You were at work?
2  A. I was at work, but he started yelling at
3  me on the phone. So anyhow...
4  Q. Do you remember what he said?
5  A. I came up, and I got him and took him to
6  the hospital. Well, we were sitting there, and
7  they didn't come fast enough. He said, "I'm
8  getting the F out of here."
9  Q. He swore?
10 A. Yeah, bad swearing.
11 Q. Loud?
12 A. Yeah.
13 Q. In front of the entire emergency room?
14 A. Yeah. Everybody heard it, yeah.
15 Q. You were scared of him then?
16 A. I was scared of David. That was like --
17 I had been frightened of him before, but only when
18 he got mad.
19 Q. Because you had seen him and you had
20 seen him hurt people?
21 A. Yes.
22 Q. And you thought he could hurt you, too;
23 is that right?
24 A. Yes.
25 Q. The fact you were his mother wouldn't

CONFIDENTIAL

50

1  stop him?
2      A. No.
3      Q. And it didn't stop him, the fact that it
4  was his father, from taking a two by four to his
5  head repeatedly; is that correct?
6      A. Yes.
7         MR. BARRINGER: Object to form.
8  BY MR. ELLISON:
9      Q. As recently as 2005 you witnessed your
10 son in outbursts and been afraid of him as a
11 result?
12     A. Yes.
13     Q. Fair enough. Did you ever find that
14 when your husband was gone, it was difficult to
15 control David's aggressive behavior?
16     A. No. It was always the same whether Don
17 was home -- Don was away a lot -- whether he was
18 home or not.
19     Q. I forget if I asked you. What did your
20 husband do? I think I did.
21     A. He worked for Chicago Pneumatic Tool
22 Company. They sell big cranes and stuff like
23 that.
24     Q. He traveled for work?
25     A. Yes.

51

1      Q. Did David used to pick on kids who were
2  less capable of defending themselves?
3      A. No, but David would -- I can remember a
4  neighbor -- David would swear at the kids and the
5  kids would go home and tell their mothers.
6      Q. What would he say?
7      A. "F you."
8      Q. How old is he?
9      A. Seven, eight. Because he never heard it
10 from home, you know, it was one of those deals
11 where I don't know where he picked it up, but then
12 the mothers would get ahold of it, and they
13 wouldn't let David play with their kids.
14     Q. How did you and your husband discipline
15 David when he was little?
16     A. Sent to his room, no TV, that type of
17 thing.
18     Q. Ever physically?
19     A. Never.
20     Q. Your husband neither; right?
21     A. No.
22     Q. I keep calling him your husband. Are
23 you comfortable with that?
24     A. That's fine. Not at all.
25     Q. Fair enough. He was hospitalized at

52

1  Woodville State Hospital in 1977?
2      A. Yes.
3      Q. For how long?
4      A. Two years.
5      Q. How come?
6      A. Well, we couldn't control him anymore.
7      Q. You had to put him in the hospital?
8      A. He stayed there for two years. When the
9  two years was up -- when his insurance ran out,
10 $152,000, the hospital discharged him the very day
11 his insurance ran out.
12     Q. Did they tell you why?
13     A. They told us because we didn't have
14 insurance anymore.
15     Q. Because you wouldn't pay for him?
16     A. Yeah, but he wasn't getting help there.
17 It was just --
18     Q. I'm looking at a record that says,
19 "During the last several months of
20 hospitalization, the patient became more
21 specifically and directly threatening and
22 attacking others. These included teachers, peers
23 and adults on the ward."
24     Having that in mind, do you have any memory
25 of those instances?

53

1      A. No. Woodville was a ways away from us.
2  So we would only be able to go out and visit on
3  the weekends.
4      Q. It says, "Conferences were held with the
5  patient and the parents concerning this." Do you
6  recall the conferences?
7      A. No, I don't.
8      Q. You don't know who was involved?
9      A. No.
10     Q. You don't know the names of anyone?
11     A. Huh-uhn.
12     Q. It further says that a suggestion was
13 made that should his behavior persist, they'd go
14 to court.
15     Do you remember anyone at Woodville State
16 Hospital saying something to that effect?
17     A. No, I don't.
18     Q. Did he go to a rehab center after that
19 hospitalization?
20     A. Yes. I don't know the name of it.
21     Q. I don't either. If it comes to you,
22 will you let me know?
23     A. It was on Marshall Avenue. I remember
24 that part.
25     Q. Marshall Avenue here in Pittsburgh?

54

1  A. Yes, here in Pittsburgh.
2  Q. Do you remember what he went to the
3  rehab center for?
4  A. Just a continuation of the treatment,
5  but he didn't do any better there than he did --
6  Q. He got kicked out; right?
7  A. Yes.
8  Q. That was because of violent and
9  aggressive behavior; is that right?
10 A. Yes.
11 Q. They're medicating him and he's still
12 manifesting symptoms; correct?
13 A. Yes.
14 Q. When you were there at that timeframe,
15 you viewed this behavior as part of his mental
16 illness; is that correct?
17 A. Yes, I did, yes.
18 Q. Now, I'm looking at a record from 1985.
19    MR. ELLISON: Bob, it's Bates number
20 Social Security Disability 184 for the record.
21 BY MR. ELLISON:
22 Q. That says there's an involuntary tremor
23 present and stiffness noted. Do you remember ever
24 seeing David with a tremor when he was little?
25 A. No.

55

1  Q. Do you remember him ever getting
2  medications that are typically used in Parkinson's
3  patients?
4  A. It seems to me, if I think about it,
5  something -- dopamine or something.
6  Q. Dopamine or Artane, ring a bell?
7  A. Yes, it does, but I don't remember
8  specifics.
9  Q. Now, do you remember me asking you about
10 hallucinations?
11 A. Yes.
12 Q. This record -- it's the next page,
13 185 -- says, "He does admit that he does sometimes
14 hear things and that he does go into these rages
15 that he says he cannot control, that he has the
16 temper that would kill."
17    Now, you don't recall him ever telling you
18 about hearing things?
19 A. No; no, I don't.
20 Q. Do you believe that David had a temper
21 that he could not control?
22 A. Yes.
23 Q. Do you believe that he had a temper that
24 would kill?
25 A. Yes.

56

1  Q. Are you surprised that David hasn't
2  killed someone?
3  A. Yeah, yes.
4  Q. Do you attribute the fact that he hasn't
5  to the medications he's been on?
6     MR. BARRINGER: Objection; form.
7  A. Yes.
8  BY MR. ELLISON:
9  Q. This record also says that he and his
10 father don't get along. Was that your perception?
11 A. Well, after Don left us, Don kind of
12 just severed all ties.
13 Q. How old was David when Don left?
14 A. 1996. He was born in -- David was born
15 in '61.
16 Q. This record I'm talking to you about is
17 '85. So this is before Don left?
18 A. Oh, it was before Don left.
19 Q. While we're on that, your ex-husband
20 left you?
21 A. Yes.
22 Q. Was he having an affair?
23 A. Yes.
24 Q. Do you know whether David was aware of
25 that?

57

1  A. I don't know. I don't know.
2  Q. I'm sorry, by the way.
3  A. That's okay.
4  Q. Let's come back to 1985. This record
5  says that they have had severe fights beginning
6  about the age when he was 18. Does that sound
7  right?
8  A. Yes.
9  Q. They didn't get along before then.
10 There just weren't severe fights; is that fair?
11 A. They were just severe fights. Don
12 thought everybody -- Don thought that David was
13 lazy, you know.
14 Q. Do you agree?
15 A. I agree, yes, I do.
16 Q. Did you think he was manipulative?
17 A. No; oh, no, huh-uhn.
18 Q. Has he ever told you what he hopes to
19 get out of this lawsuit?
20 A. Never, not a word.
21 Q. Now, if I'm right, David completed third
22 grade; is that right?
23 A. Yes.
24 Q. He was 12 at that point, right, when he
25 finally got through?

58

1  A. Yeah.
2  Q. How old were your other sons when they
3  completed third grade?
4  A. I don't know.
5  Q. Like seven, eight maybe?
6  A. Somewhere.
7  Q. How many kids do you have? Just the
8  three?
9  A. Just the three. We were foster parents.
10 We raised eleven kids.
11 Q. God bless you.
12 A. Yeah.
13 Q. But only three that you actually
14 adopted?
15 A. Adopted.
16 Q. Fair enough. I'm looking at a record
17 from 1985. Let me back up. When did David move
18 out of the house?
19 A. He moved out -- he's been down in
20 Florida for 25 years -- 22 years I think.
21 Q. Was he still living in Pennsylvania in
22 1985?
23 A. I don't know.
24 Q. I'm looking at a Florida record from
25 1985, so I think at some point he had been there.

59

1  A. He was down in Florida then in '85.
2  Q. Do you know whether David has been in
3  jail in Florida?
4  A. Yes.
5  Q. For what reasons?
6  A. I don't know.
7  Q. Do you know whether he attacked
8  correctional officers?
9  A. I believe I heard something about that.
10 Q. What, if anything, did you hear?
11 A. Just that he hit a guard or something.
12 Q. Anything about crushing the officer's
13 testicles?
14 A. No.
15 Q. You and your husband kicked David out of
16 the house; isn't that correct?
17 A. Yes, we did.
18 Q. How come?
19 A. We just couldn't go on living like we
20 were living. It was driving us all apart, you
21 know.
22 Q. What was it?
23 A. A lot of things with David, you know,
24 that were just unacceptable.
25 Q. What?

60

1  A. His behavior.
2  Q. What in particular?
3  A. You know, just the sassing, the yelling
4  back and forth. There wasn't a Sunday that went
5  by in that house, when David got older, that there
6  wasn't some sort of confirmation because our
7  neighbors would say, "Oh, we're looking for the
8  Sunday show."
9  Q. Confrontation? You said confirmation.
10 Confrontation?
11 A. Yeah.
12 Q. The neighbors told you they were looking
13 for the Sunday show?
14 A. Because it was David and Don that would
15 always have these shouting matches and things like
16 that. Yet Don never laid his hand on David, no.
17 Q. What other things were there that made
18 you kick your son out of the house?
19 A. Well, toward the end there when Michael
20 came home -- I mean, Michael was living at the
21 house still, and his girlfriend would come over.
22 And she was definitely afraid of David. She was
23 just terrified of him.
24 Q. What's her name?
25 A. I think her name was Sheila.

61

1  Q. Do you know her last name?
2  A. No, no.
3  Q. Why was she definitely afraid if you
4  know?
5  A. Just the way he acts and things like
6  that.
7  Q. I'm sorry I keep pushing on these
8  things, but we need to know what it was, and
9  that's why I'm doing that. Did she ever tell you?
10 A. No.
11 Q. Did you have an understanding from
12 either just your observations or talking to
13 Michael? What would David do?
14    MR. BARRINGER: Objection; form. You
15 have two questions pending.
16    MR. ELLISON: I think I got more like
17 four pending.
18 BY MR. ELLISON:
19 Q. Answer any of the ones you want. Feel
20 free. You understand what I'm getting at?
21 A. Yes, I do.
22 Q. What was it that makes you think she was
23 definitely afraid of him?
24 A. Well, he was always screaming and
25 yelling and --

CONFIDENTIAL

62

1  Q. Did he ever make an advance toward her
2  sexually?
3  A. No.
4  Q. There's no delicate way to do this,
5  Mrs. Haller, but there are a lot of records that
6  talk about David and sexual misconduct, and you're
7  nodding you're aware there is?
8  A. There is, because they happened up here
9  before he even went down.
10 Q. What happened up here?
11 A. Well, let's see. We went to juvenile
12 court because he -- he exposed himself.
13 Q. Did he masturbate in front of children?
14 A. No.
15 Q. Just exposed himself?
16 A. Yeah.
17 Q. Where did this happen?
18 A. It happened -- I don't remember.
19 Q. How old was he at the time?
20 A. He was still young, you know.
21 Q. How young?
22 A. Probably in his early teens. Then we
23 had where he followed some girls home.
24 Q. How old was he then?
25 A. This all happened within the same --

63

1  Q. His teenage?
2  A. Yeah.
3  Q. Who were the girls?
4  A. I don't know who they were.
5  Q. Classmates?
6  A. No, no. He didn't know them.
7  Q. Just followed some girls home?
8  A. Some girls home and they got scared, and
9  they called the police. It was like little
10 instances like that.
11 Q. Was he ever accused of stalking?
12 A. Oh, yes.
13 Q. When? This is when he's growing up;
14 right?
15 A. Yes.
16 Q. Before he moves; right?
17 A. Yes, before he went to Florida.
18 Q. Your reaction suggests that he was
19 accused of stalking many times; is that right?
20 A. Yes, yes.
21 Q. Do you know whether he served time for a
22 conviction for stalking?
23 A. He didn't up here in Pennsylvania.
24 Q. Can you tell me what you remember about
25 the stalking circumstances?

64

1  A. I don't remember -- I don't even know
2  where they took place or anything.
3  Q. If I understand correctly, he exposed
4  himself many times in public; is that right?
5  A. Not many; a few. Maybe four or five.
6  Q. Did you ask him why he did that?
7  A. Yes. His greatest answer was, "I don't
8  know." "David, why did you do that? I don't
9  know, Mom."
10 Q. As his mother, did you view that as the
11 illness that he was dealing with?
12 A. I think there came a point where we just
13 didn't know. We just didn't know.
14 Q. Didn't know whether it was his illness
15 or whether he was choosing to do this?
16 A. Yes.
17 Q. Was there a time when you believed that
18 David was just doing these things; he could
19 control it, but he did it anyway?
20 A. At first we thought it was for
21 attention. Then when it was told to us that they
22 didn't feel -- I don't know -- it was one of the
23 psychiatrists or something said they didn't feel
24 it was for attention, that it was just his nature.
25 I always loved that when they told me that.

65

1  Q. What did they mean by that?
2  A. I don't know what they mean by that. I
3  never knew what they meant by that.
4  Q. It was his nature?
5  A. It's his nature.
6  Q. His nature to stalk people, is that what
7  they were saying?
8  A. They had a sheet on David that probably
9  spanned ten papers.
10 Q. Do you remember any instances where
11 David masturbated in public in front of kids?
12 A. I heard. Like, that's a distant memory,
13 but I never knew if it was true or not.
14 Q. Did that happen when he was growing up?
15 A. Yes, yes.
16 Q. Do you know if it happened more than
17 once?
18 A. I don't know. I don't know.
19 Q. Do you remember anything about the
20 circumstances?
21 A. No, no.
22 Q. He was accused of attempted rape; isn't
23 that right?
24 A. When he was in Florida.
25 Q. I think when he was in Pennsylvania. He

Page 66

1  was 12 years old and he grabbed an 18 year old;
2  ring a bell?
3      A.  Starting to.
4      Q.  Let me see if I can find something.
5      A.  Wagner.
6      Q.  Is that the name of the girl?
7      A.  I'm trying to think.
8      Q.  I'm looking at a record Bates numbered
9  Security Disability 22, which is dated 6/25/86.
10 So this is June of '86, and this is talking about
11 his past psychiatric history.  The inmate was
12 kicked out of school in the third grade at age 12
13 for fighting with his teachers.  That's right
14 isn't it?  We talked about that?
15     A.  Well, it wasn't at his regular school.
16 David attended -- it was a school for the mentally
17 retarded.  I don't remember the name of it.
18     Q.  But it was third grade when he got
19 kicked out?
20     A.  Yes.
21     Q.  He was then involved with attempted rape
22 charges on an 18-year-old girl.  He grabbed her
23 breasts.  Does that refresh your memory?
24     A.  Yeah, but I didn't know that they had it
25 as attempted rape.

Page 67

1      Q.  I have to tell you, ma'am, I've got kids
2  myself, and if one of them attempted to rape
3  someone, that would stick in my mind.
4      Is there a reason why this event doesn't
5  necessarily stick in your ears?
6      A.  I just said I don't think it was rape --
7  it was attempted rape.
8      Q.  What did you think it was?  Do you
9  remember the incident?
10     A.  No.
11     Q.  Were there so many of these that it got
12 to the point they blurred?
13     A.  Yes.
14     Q.  Fair enough.
15     A.  Oh, yeah.
16     Q.  He was then expelled from school.  I'm
17 sorry.  This is going back.  He apparently started
18 in a private school for four years.  Do you
19 remember the name of that private school?
20     A.  No.  That's the one I was saying.
21     Q.  Trying to remember?  It doesn't have the
22 name either.  Do you remember the address?
23     A.  No.  I drove the bus that took the
24 children.
25     Q.  And you don't remember the name of the

Page 68

1  school?
2      A.  I can get you there.
3      Q.  Fair enough.  When he was 17 years old,
4  he got into a fight with his father and was
5  charged with assault and battery for which he was
6  sent to Young Boys School in New Castle,
7  Pennsylvania, serving 18 months.  Does that
8  refresh your memory?
9      A.  Yes.  I forgot all about that one.
10     Q.  He was charged with assault and battery
11 after beating your husband?  Yes?
12     A.  Yes, because I remember my brother lived
13 in Erie.  That's where it was, up in Erie,
14 Pennsylvania.
15     Q.  Do you remember talking with your
16 husband about you guys were going to press charges
17 against David for that incident?
18     A.  No.  I don't remember ever pressing
19 charges against David.
20     Q.  Do you remember testifying at all in any
21 of his criminal matters?
22     A.  No.
23     Q.  After this, he was again involved in an
24 indecent exposure charge, masturbating in front of
25 two 13-year-old girls.  Does that ring a bell?

Page 69

1      A.  Yes.
2      Q.  That sounds right to you?
3      A.  Yes.
4      Q.  He had been in reformatory schools about
5  eight times.  His offenses mostly were indecent
6  exposure.  Does that sound right to you?
7      A.  Yes.
8      Q.  You were telling me about some of the
9  reasons why you couldn't live with David anymore
10 and why you had to kick him out.  Can you tell me
11 any others?
12     A.  Well, we couldn't control him, and he
13 was getting older and bigger.
14     Q.  Is that part of the reason you were
15 afraid of him?
16     A.  And stronger.  Yes, it was, yes.
17     Q.  So you kicked him out for your own
18 safety?
19     A.  You're saying kicked him out.
20     Q.  I'm sorry, ma'am.  That's what the
21 record says.  He claims he was kicked out by his
22 mother finally.  The word is apparently David's.
23 I make no judgment, and I mean no slight.  You
24 understand that?
25     A.  We gave him a thousand dollars.

CONFIDENTIAL

70

1  MR. BARRINGER: Objection, form. You
2 can go ahead and answer.
3 BY MR. ELLISON:
4  Q. You gave David a thousand dollars?
5  A. Yes, and he wanted to go to Florida. So
6 we said okay. We're going to give you this money,
7 and you're going to go down there and try to get
8 yourself together.
9  Q. Did you tell him he couldn't come back?
10  A. No. It was never -- I mean, first thing
11 he did was call me and told me he was in jail.
12  Q. He went to jail right when he got to
13 Florida?
14  A. It was pretty soon after that, yeah.
15  Q. Let me shift gears a little bit. David
16 has an alcohol problem?
17  A. He did, yes.
18  Q. He would literally drink himself until
19 he ran out of either money or alcohol on a daily
20 basis; does that sound right?
21  A. No.
22  Q. But he did have an alcohol problem?
23  A. You mean up here?
24  Q. Yes, ma'am.
25  A. No.

71

1  Q. Never drank while he was here?
2  A. I don't know if he ever drank, but he
3 didn't have a problem up here.
4  Q. Illicit drugs like cocaine and crack?
5  A. Never.
6  Q. You're shaking your head?
7  A. No.
8  Q. You're not aware of any instances?
9  A. No, I'm not.
10  Q. Do you know Martin Lehew, a man that
11 David may have lived with when he was in Florida?
12  A. The name sounds vaguely familiar.
13  Q. It might be Mark Lehew. I've seen two
14 different names. Does that help?
15  A. No.
16  Q. Do you remember talking to anyone who
17 may have been living with David in Florida at any
18 point in time?
19  A. I talked with a couple of his roommates
20 when he would go to jail and they didn't know what
21 to do with his things, and that's the only time I
22 ever talked to anybody.
23  Q. You don't remember any of the names?
24  A. No; oh, no.
25  Q. These are years ago?

72

1  A. Yeah.
2  Q. Do you know if David is living with
3 anyone now?
4  A. Yes.
5  Q. What's that person's name?
6  A. I don't know. It's a girl.
7  Q. You don't know a thing about her?
8  A. She has MS, I think.
9  Q. Multiple sclerosis?
10  A. Yes.
11  Q. Anything else?
12  A. No. They decided to live together
13 because it's cheaper.
14  Q. Do you know if she has any kids?
15  A. No. She does not have any kids.
16  Q. Would you view David as antisocial?
17  A. Yes.
18  Q. Doesn't like people?
19  A. People he knows he likes. But other
20 people, no.
21  Q. Doesn't care about them?
22  A. No.
23  Q. That is correct?
24  A. That's correct.
25  Q. Do you know of David ever being

73

1 suicidal?
2  A. No, I don't.
3  Q. Do you know if David has ever been
4 diagnosed with brain damage?
5  A. Not to my knowledge.
6  Q. I'm looking at a psychiatric record from
7 a Dr. Frank, Bates numbered Security Disability
8 125. It's dated January 14, 1986. This was down
9 in Florida. This is part of the assessment. And
10 I want to ask you if you agree that this is how
11 David was when he was a kid. Okay?
12  A. Okay.
13  Q. It says, "His protocol suggests that he
14 is a violent person with almost no impulse
15 control." Is that your perception, too?
16  A. That's correct.
17  Q. "He is extremely compulsive and has
18 almost no lid on his emotions." Was that your
19 sense, too?
20  A. That's correct.
21  Q. "This type of person is likely to blow
22 up with minimal provocation, and under the
23 influence of alcohol he is probably
24 uncontrollable."
25  A. That's correct.

19 (Pages 70 to 73)

CONFIDENTIAL

### Page 74

1  Q. Was it your perception that David was
2  likely to blow up with minimal provocation?
3  A. Yes; that's correct.
4  Q. And then further it says, "It would not
5  surprise me if Mr. Haller were to get involved in
6  a fatal assault." You're nodding your head?
7  A. Yes; that's correct.
8  Q. That was something you were concerned
9  about when he was a kid?
10  A. Well, yes, you know.
11  Q. Did David have difficulty handling money
12  when he was a kid?
13  A. Well, he never -- something is just
14  coming back to me.
15  Q. I'm sorry to do this to you, but it's
16  bound to happen. What just came back?
17  A. About an incident. The people that I
18  used to work for also owned a bar and grill, and I
19  got David a job there as a dishwasher. And he
20  went after the manager with a knife, threatened to
21  kill him.
22  Q. Do you think he would have?
23  A. I don't know. I wasn't there when it
24  happened. I just did the payroll for the lounge.
25  Q. Let me make sure I understand. You

### Page 75

1  approached your boss who owned a bar and grill; is
2  that right?
3  A. Yeah.
4  Q. And you said hey, would you give my son
5  a job as a dishwasher; is that right?
6  A. Um-hum.
7  Q. How long had David been on the job?
8  A. Oh, it was only a couple days.
9  Q. Within a couple of days he's going after
10  your friend with a knife?
11  A. Yes.
12  Q. Was he fired?
13  A. Oh, yes. They fired him right away
14  because I can remember Tony calling me in his
15  office, which was my boss.
16  Q. Did he seem afraid?
17  A. No. Tony was not afraid.
18  Q. Did you ask David why he went after this
19  person?
20  A. Yeah. "I don't know, Mom."
21  Q. You didn't keep guns in the house, did
22  you?
23  A. No.
24  Q. Or weapons of any sort?
25  A. Well, my son, Michael, hunts.

### Page 76

1  Q. What does he hunt? Deer?
2  A. Deer and bear and you name it. But
3  everything was always locked in a room that was
4  locked.
5  Q. Didn't have access to that stuff?
6  A. No, he did not.
7  Q. Did you work for an insurance agency for
8  a time?
9  A. No.
10  Q. There's a reference in these records,
11  same timeframe, about David's appearing shiftless
12  and lazy and that he had been given $50 by a
13  friend and spent it all on alcohol. You don't
14  have any knowledge of him drinking in Florida, do
15  you?
16  A. Well, I knew he used to drink in
17  Florida.
18  Q. It's your understanding he's quit?
19  A. Yes.
20  Q. That's based on what he's told you;
21  correct?
22  A. That's right.
23  Q. Harbor Creek, is that the name?
24  A. Yeah. That's up in Erie. Yeah. That's
25  up in Erie.

### Page 77

1  Q. What was he there for?
2  A. Behavior problems.
3  Q. All of the behavior problems that we've
4  already talked about today; correct?
5  A. Yes.
6  Q. That's what you mean when you say
7  behavioral problems?
8  A. Yes.
9  Q. That small two-word phrase means an
10  awful lot in this context; right?
11  A. It sure does, yeah.
12  Q. Any other behavior problems that we
13  haven't talked about?
14  A. No.
15  Q. Not that you can think of?
16  A. No.
17  Q. Do you know whether David has had
18  additional convictions in Florida for sexual
19  offenses?
20  A. I don't know about the sexual offenses,
21  but he has had convictions down there.
22  Q. What's your understanding of those?
23  A. None. I don't have an understanding.
24  It's just that when I wouldn't hear from David for
25  any length of time, he'd then call me, and I'd