# EXHIBIT 2

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products
Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to 6:07-cv-10360

---

DEPOSITION OF EILEEN MCALEXANDER

VOLUME I

THURSDAY, NOVEMBER 1, 2007
10:19 a.m. - 4:43 p.m.

SHERATON SUITES
7550 AUGUSTA NATIONAL DRIVE
ORLANDO, FLORIDA  32822

REPORTED BY:
Stacy Pace, RPR, CSR, CRR
Notary Public, State of Florida
Esquire Deposition Services
Orlando Office - Job# 900545
Phone:  407-426-7676

**Page 9**

```
 1  appointments.
 2      Q   Anything substantive?  Some people keep
 3  diaries and record events about their day.  Do you
 4  keep --
 5      A   No.
 6      Q   -- a substantive diary?
 7      A   No.
 8      Q   Does your calendar reflect dates of
 9  medical appointments?
10      A   Yes.
11      Q   Do you keep in that diary any information
12  concerning your use of medications, a reminder to
13  take pills, for example?
14      A   No.
15      Q   Do you have a computer at home?
16      A   Yes.
17      Q   What type of computer is it?
18      A   Hewlitt Packard, desktop.
19      Q   Does it have a Windows operating system?
20      A   Millennium, yes.
21      Q   And for what purpose do you use the
22  computer?
23      A   Myself, I use it for entertainment and
24  communication to my family out of state.
25      Q   Have you drafted any correspondence on
```

**Page 10**

```
 1  your computer relating to your lawsuit?
 2      A   No.
 3      Q   Have you communicated via E-mail with
 4  anyone relating to your Seroquel lawsuit?
 5      A   No.
 6      Q   I take it you have internet access?
 7      A   Yes.
 8      Q   Have you participated in any type of
 9  Seroquel-related chat rooms or chat groups?
10      A   No.
11      Q   Do you post any blogs relating to
12  Seroquel?
13      A   No.
14      Q   Have you done any research on Seroquel?
15      A   No.
16      Q   Do you keep a list of your current
17  medications?
18      A   Yes.
19      Q   Do you have that list with you?
20      A   Yes.
21      Q   Would you mind showing it to us?
22      A   (Pause.)  I can't seem to find it.  I may
23  have taken it out of here. (Pause.)
24          MS. ECKERT:  If you can't find it, just
25      tell him what you're on.
```

**Page 11**

```
 1  BY MR. GERECKE:
 2      Q   A lot of people keep a list.
 3      A   Yeah.
 4      Q   You do keep a list; you just can't find it
 5  in your purse?
 6      A   I had -- I had it in my purse, and then
 7  when I was packing to come here, everything was just
 8  taken out of my purse.
 9      Q   Well, if you don't have your list with
10  you, then could you just recite for me then what you
11  recall being on?
12      A   I'm on Zoloft, Glipizide, Lantus,
13  Cardizem, Protonix, Ambien, and Ativan.  That's it.
14      Q   You said Glipizide --
15      A   Yes.
16      Q   -- with a G?
17      A   Yes.
18      Q   And you're still on -- are taking Provera?
19      A   Yeah, that's something I just take ten
20  days out of the month.
21      Q   It's a hormone replacement?
22      A   Yes.
23      Q   Have you been ever on something called
24  V -- sorry -- MVI.  Ever heard of that?
25      A   MVI?
```

**Page 12**

```
 1      Q   Yeah.
 2      A   No.
 3      Q   Are you currently on Advair?
 4      A   Yes.  A lot of -- I believe.  A lot of the
 5  medications have been just added recently, the
 6  Advair and the -- what was the other one?  I haven't
 7  even gotten it filled yet.
 8      Q   Combivent?
 9      A   No, I no longer take that.  Albuterol
10  inhaler, those are things just as needed.
11      Q   Are you still on Rozerem?
12      A   No.
13      Q   Why not?
14      A   I was having what I thought was an
15  allergic reaction from it.
16      Q   What type of an allergic reaction?
17      A   I -- it started with hives a couple days
18  into taking it, so I stopped it and went back onto
19  the Ambien.
20      Q   To your knowledge, do any of these
21  medications that you're on affect your ability to
22  comprehend questions and information that might
23  affect our ability to communicate today?
24      A   No.
25      Q   How about -- do you have any understanding
```

**Page 114**

1  Q  What did they do for you in the hospital?
2  A  Basically all they did was put me on
3  different medications. Other than that, I don't --
4  not much of anything.
5  Q  Do you recall what medicines they started
6  you on at the hospital?
7  A  They had given me Effexor, and they had
8  given me Risperdal for -- I'm trying to remember.
9  It was only for a matter of about a week, the
10 timeframe that I was in there. When I went to Four
11 Winds, they changed things around even more.
12 Q  Is Four Winds a psychiatric hospital?
13 A  Yes.
14 Q  And where is that located?
15 A  It's in Westchester County, New York.
16 Q  How about this Benedictine, where is that
17 located?
18 A  It's in Kingston.
19 Q  And did these medicines help you get
20 somewhat stabilized?
21 A  I don't know for sure. With everything
22 that was going on at the time, I don't know exactly
23 what the medicines did. They were -- the medicines
24 were continually changed. So -- and when you're
25 taking more than one, you can't really tell whether

**Page 115**

1  one specific one is doing anything.
2  Q  Now, do you recall -- the insurance
3  records -- or some record I read indicated that this
4  Dr. Inaganiti prescribed, in the summer of 2001,
5  August, Celexa and Neurontin and Seroquel. Do you
6  recall that?
7  A  I recall that I did take the medication
8  for a very short period of time. I don't recall the
9  doctor himself. That may have been at the hospital.
10 I don't know.
11 Q  And it reflects also a prescription of
12 Seroquel a month later, in September '01, by this
13 Dr. Lavian. Do you recall that?
14    MS. ECKERT: Objection. Form.
15    THE WITNESS: I don't recall the doctor.
16    I do recall at one point as far as the Seroquel
17    was prescribed to me by a doctor when I was
18    going for like an outpatient program. But
19    other than that, I don't remember.
20 BY MR. GERECKE:
21 Q  Do you recall being prescribed Celexa and
22 Neurontin as early as the summer of 2001?
23 A  Yes.
24 Q  Who was the -- before you started seeing
25 Dr. Schefflein in early 2002, had you been

**Page 116**

1  prescribed Seroquel, to your recollection, before
2  Schefflein started seeing you in 2002?
3  A  I don't think so. I don't know for sure.
4  Q  There's a -- the earliest record I have
5  from Dr. Schefflein is from February 11, 2002, so
6  I'm going to refer to that record. It indicates you
7  came to him with a chief complaint of depression,
8  which is consistent -- from your recollection, when
9  you started seeing him, you were diagnosed with
10 depression, correct?
11 A  Yes.
12    MS. ECKERT: Objection. Form.
13 BY MR. GERECKE:
14 Q  And it indicates that you were on no meds.
15 It says you were on Celexa but self-discontinued it.
16    Do you remember being on Celexa at the
17 time that you started seeing Dr. Schefflein?
18    MS. ECKERT: Objection. Form.
19    THE WITNESS: I remember taking it. I
20    don't remember when and for how long.
21 BY MR. GERECKE:
22 Q  Do you remember why you stopped it?
23 A  No, I don't.
24 Q  And was that an antidepressant medicine
25 that you were taking?

**Page 117**

1  A  As far as I know, it was, yes.
2  Q  Did you have any problems with Celexa,
3  side effects?
4  A  I don't remember.
5  Q  There's a note in the record that you had
6  problems with your eyesight and weight gain.
7     What kind of problems with your eyesight
8  were you experiencing when you started seeing
9  Dr. Schefflein?
10    MS. ECKERT: Objection. Form.
11    THE WITNESS: The eyesight problem, I
12    think, was from when I was in the hospital and
13    they were giving me the Effexor, it was causing
14    me to have double vision. And I know that's
15    why I stopped that medication.
16 BY MR. GERECKE:
17 Q  And it also indicates you had a problem
18 with weight gain. Do you recall that being a
19 problem for you as far back as the time you started
20 seeing Dr. Schefflein in 2002?
21    MS. ECKERT: Objection. Form.
22    THE WITNESS: Yeah, I was -- I mean, I
23    always felt my weight was an issue, so I more
24    than likely did say that.

4 (Pages 114 to 117)

```
 1   BY MR. GERECKE:
 2     Q   Do you remember there being a Dr. Landau,
 3   L-A-N-D-A-U?
 4     A   I believe that was a -- one of the doctors
 5   at Four Winds.
 6     Q   And the note indicates that you had been
 7   on Risperdal and Seroquel and Congentin and Remeron,
 8   all of these meds, and discontinued all of them
 9   without notifying Dr. Landau.
10         Do you remember being on those
11   medicines --
12         MS. ECKERT: Objection. Form.
13   BY MR. GERECKE:
14     Q   -- before you started seeing
15   Dr. Schefflein in February 2002?
16         MS. ECKERT: Objection. Form.
17         THE WITNESS: I recall taking those
18     medicines at some point, but as far as stopping
19     them without notifying -- that wasn't a doctor
20     that I saw other than when I was hospitalized.
21   BY MR. GERECKE:
22     Q   Do you recall when you started with
23   Dr. Schefflein that you were on no meds at the
24   time -- no medicines at the time?
25     A   I don't recall. I don't remember.
                                                Page 118

 1     Q   If the record indicates that at the time
 2   you started seeing him February 11, 2002, you were
 3   on no medications, would you have any reason to
 4   disagree with the history in that record?
 5         MS. ECKERT: Objection. Form.
 6         THE WITNESS: I wouldn't have any point to
 7     disagree with it, no.
 8   BY MR. GERECKE:
 9     Q   You would agree with me, would you not,
10   that by early 2002, your condition -- your
11   depression condition was causing a dramatic adverse
12   impact on your life by the fact that you had reached
13   the stage you had to be hospitalized in a
14   psychiatric institution? Would you agree with that?
15         MS. ECKERT: Objection. Form.
16         THE WITNESS: Yeah, I mean, I was
17     hospitalized. That was something that never
18     had happened before.
19   BY MR. GERECKE:
20     Q   You had the intervention of your medical
21   doctor who was so concerned about your condition
22   that he hospitalized you because of your mental
23   health condition, correct?
24         MS. ECKERT: Objection. Form.
25         THE WITNESS: Yes.
                                                Page 119

 1   BY MR. GERECKE:
 2     Q   For your own well-being and benefit, he
 3   hospitalized you, correct?
 4     A   Yes.
 5     Q   And got you in to see a mental health
 6   professional, Dr. Schefflein, who could manage this
 7   mental health condition, correct?
 8     A   Yes.
 9         MS. ECKERT: Objection. Form.
10   BY MR. GERECKE:
11     Q   And he started managing this mental health
12   condition with -- with the prescription of medicines
13   to control your depression and anxiety, correct?
14         MS. ECKERT: Objection. Form.
15         THE WITNESS: I believe so, yes.
16   BY MR. GERECKE:
17     Q   He started you on Zoloft; is that right?
18         MS. ECKERT: Form.
19         THE WITNESS: I don't remember exactly
20     what I started on.
21   BY MR. GERECKE:
22     Q   If the records reflect that when you
23   started seeing him, he put you on Zoloft and
24   continued you on Zoloft until you moved to Florida
25   in 2003, would you have any reason to disagree with
                                                Page 120

 1   that?
 2         MS. ECKERT: Objection. Form.
 3         THE WITNESS: No, because I don't -- I
 4     don't recall exactly what I was taking before,
 5     so...
 6   BY MR. GERECKE:
 7     Q   Well, would you agree with me that if he's
 8   prescribing medicines to you and is recording that
 9   information in the medical record, that's probably
10   going to be a better bit of evidence of what you
11   were taking than your memory some seven years
12   later --
13     A   Yeah.
14     Q   -- I mean, some five years later?
15         MS. ECKERT: Objection. Form.
16         THE WITNESS: Yes.
17   BY MR. GERECKE:
18     Q   What was your condition -- your mental
19   health condition at the time you moved to Florida in
20   July of 2003?
21     A   I -- the condition? I mean, I -- as far
22   as a professional outlook on it, it was probably the
23   same as when I was first diagnosed with the
24   depression.
25     Q   Would you agree with me that you were
                                                Page 121
```

**Page 122**

```
 1   somewhat -- your condition was somewhat stabilized
 2   through Dr. Schefflein's treatment for you with
 3   these prescription medicines?
 4        MS. ECKERT: Objection. Form.
 5        THE WITNESS: I would -- I would say
 6   possibly stabilized. I -- I had ups and downs,
 7   so it was not a continuous cycle.
 8   BY MR. GERECKE:
 9     Q   Well, you were more stabilized to the
10   point that -- well, strike that.
11        Did you have to be hospitalized at any
12   other time after this hospitalization in Four Winds
13   in 2001 before you moved to Florida in July 2003?
14     A   Yes.
15     Q   What other hospitalizations did you have
16   in New York before you moved to Florida in July of
17   '03?
18     A   There was, I believe, one or two more for
19   Four Winds.
20     Q   And what were those hospitalizations for?
21     A   The same diagnosis as far as the
22   depression.
23     Q   Were those voluntary admissions or
24   involuntary admissions?
25     A   Voluntary.
```

**Page 123**

```
 1     Q   Were those admissions -- were the reasons
 2   for those admissions at all associated with any type
 3   of suicidal ideation or suicidal attempts?
 4     A   Suicidal id- -- thoughts.
 5     Q   And was it Dr. Schefflein who admitted you
 6   during those times and cared for you --
 7     A   Yes.
 8     Q   -- at Four Winds?
 9        Were those additional admissions while you
10   were still working or after you had quit working
11   with the disability in '02?
12     A   I was still working.
13     Q   After you stopped working and went on
14   disability in '02, did you have any other events
15   that required admission to an institution before you
16   moved to Florida?
17     A   I don't think so.
18     Q   You would agree with me that your mental
19   health condition so dramatically impacted your life,
20   that you sought to be adjudged by Social Security to
21   be disabled from gainful employment, correct?
22     A   Yes.
23     Q   Did you have someone living with you,
24   other than your son, during this time period when
25   you were under Dr. Schefflein's care and before you
```

**Page 124**

```
 1   moved to Florida?
 2     A   Not right before I moved to Florida, no.
 3   A couple years before that maybe.
 4     Q   Who was living with you?
 5     A   My younger sister.
 6     Q   Was that because they were concerned about
 7   your safety? Someone wanted --
 8     A   No.
 9     Q   You were caring for your sister?
10     A   Yes.
11     Q   After you went on disability and quit
12   working and before you went to Florida, was anybody
13   living with you to care for you?
14     A   No.
15     Q   You were able to at least care for
16   yourself during that year?
17     A   Yes.
18     Q   The records indicate that you were on
19   Zoloft before you moved to Florida during this time
20   that you were on disability. Do you know what kind
21   of drug Zoloft is?
22        MS. ECKERT: Form.
23        THE WITNESS: An antidepressant, as far as
24   I know.
25
```

**Page 125**

```
 1   BY MR. GERECKE:
 2     Q   Did you -- were you made aware of any type
 3   of risks or side effects with Zoloft?
 4     A   No.
 5     Q   There was nothing you knew about the drug
 6   that caused you any concern about using it?
 7     A   No.
 8     Q   Wel- -- Wellbutrin, why were you on that?
 9     A   I believe they had given me that at one
10   point for anxiety.
11     Q   Did the Zoloft help you?
12     A   I would -- I think so.
13     Q   Did Wellbutrin help you?
14     A   I don't know. I know I had stopped taking
15   it because of a side effect I was having from it, or
16   that I believe was from it.
17     Q   When you were hospitalized at Four Winds
18   the additional two or so times, what did they do for
19   you in the institution? How were you cared for?
20     A   Counseling and medication adjustments.
21     Q   Did you undergo any group therapy?
22     A   Yes.
23     Q   On all of those visits to Four Winds?
24     A   I remember there was group therapy that I
25   had gone to each time, yeah.
```

**Page 37**

1  A  Yes.
2  Q  And underneath there, question E asks:
3  "Other than those conditions that you believe were
4  caused by your use of Seroquel, do you currently
5  suffer from any physical injuries, illnesses, or
6  disabilities?"  Do you see that?
7  A  Yes.
8  Q  And Exhibit -- in Exhibit 2 you had said
9  no.  Do you see that in Exhibit 2?
10  A  Yes.
11  Q  And in Exhibit 3 you've now added,
12  hypertension with an onset date of 2004.  Do you see
13  that?
14  A  Yes, I do.
15  Q  And why was that added?
16  A  It may have been at the time I had just
17  recalled as far as taking the blood pressure
18  medication.  I don't think that that was up in here
19  (indicating).
20  Q  Well, if the hypertension was diagnosed,
21  as you've indicated, in 2004, that would have been
22  two years before you filled in the original fact
23  sheet, correct?
24  A  Yes.
25  Q  Is there some reason you didn't include

**Page 38**

1  that originally in the fact sheet?
2  A  I didn't think of it.  In the list, it
3  didn't mention anything about blood pressure, so I
4  did not know -- I don't look at it as an injury or a
5  disability.
6  Q  Did you add that to the revised fact
7  sheet, or did somebody else add it for you?
8  A  No, I -- I added it on.
9  Q  If you look on page 6 of Exhibit 3, the
10  revised fact sheet, under family history for
11  diabetes, you checked "yes" as to a family history
12  of diabetes, correct?
13  A  Yes.
14  Q  And in the original fact sheet you
15  indicated that your grandfather is the family member
16  who had the family history?
17  A  Yes.
18  Q  And in Exhibit 3, the revised fact sheet,
19  you've included your mother?
20  A  Yes.
21  Q  How did that information get added?
22  A  My mother recently passed away.  And prior
23  to her passing, they were giving her insulin.  They
24  said that her sugar was high.
25  Q  When did she die?

**Page 39**

1  A  She passed away this -- just this past
2  July.
3  Q  2007?
4  A  Yes.
5  Q  When did you become aware that your mother
6  was diabetic?
7  A  It wasn't -- I'd say it was within a
8  few -- a couple of months before she passed.
9  Q  Are there -- as you take a look at
10  Exhibit 3, the revised fact sheet, are there any
11  other changes or additions or deletions that you
12  would make to it to make it as accurate as possible
13  based on your recollection today?
14  A  (Reviewing document.)  The only change I
15  would make would be the amount of Lantus that I'm
16  taking now.  On here it was when I was taking 26
17  units; I'm currently taking 40.
18  Q  Anything else?
19  A  (Reviewing document.)  No, I don't think
20  so.
21  Q  Are there any other doctors, other than
22  Dr. Alfred, that you're currently seeing who are not
23  listed here?  You've listed Helfin and Velisetty.
24  Are you seeing anyone else currently other than
25  those two and Dr. Alfred?

**Page 40**

1  A  No.
2  Q  Is your insurance information still the
3  same as listed here, Medicare, State of Florida,
4  Empire Blue Cross/Blue Shield?
5  A  Yes.
6  Q  And where do you currently fill your
7  prescriptions?  Still the CVS on Highway 200 in
8  Ocala?
9  A  Yes.
10  Q  Any other places that you fill
11  prescriptions?
12  A  No.
13  Q  Going to the same pharmacy as long as you
14  have, is there a particular pharmacist that you know
15  or deal with there?
16  A  No.
17  Q  Whoever happens to be on duty at the time?
18  A  Yes.
19  Q  Do you know anyone by name?
20  A  No.
21  Q  The lawsuit that was filed by you against
22  AstraZeneca over your use of the drug Seroquel, what
23  injury are you claiming to have as a result of your
24  use of Seroquel?
25    MS. ECKERT:  Objection.  Form.

**Page 41**

```
1         Go ahead.
2         THE WITNESS: Diabetes.
3   BY MR. GERECKE:
4     Q   Any other injury or injuries you're
5   claiming as a result of your use of the drug
6   Seroquel other than diabetes?
7     A   No.
8     Q   And how has the onset of diabetes affected
9   your life?
10    A   I've had to learn how to give myself a
11  shot each day and testing my sugar each day; just
12  day-to-day activities and habits had to be looked
13  at, changed, as far as what I eat, drink. Effects
14  of the shots themselves. It's mentally and
15  physically.
16    Q   Since when have you been having to inject
17  yourself?
18    A   It's been a little bit over a year.
19    Q   Is that one time a day?
20    A   Yes.
21    Q   Are there some days where you don't have
22  to, or is it an everyday event?
23    A   Every day.
24    Q   And you test your sugar how, pricking your
25  finger?
```

**Page 42**

```
1     A   Yes.
2     Q   And how has your diet had to change?
3     A   I have to watch as far as my carbohydrates
4   and as far as sugar intake.
5     Q   What's your weight?
6     A   As of today, approximately 265.
7     Q   You said you had some effects from the
8   shots?
9     A   Yes.
10    Q   What are the shots, first of all? What do
11  you do you inject yourself with?
12    A   Lantus.
13    Q   And what are the effects of the shot?
14    A   I've had problems where I have had to
15  insert the needle four and five times in order to be
16  able to complete giving myself the insulin. I start
17  the insulin and it will burn. There's been quite a
18  few times I've had to stick myself more than once
19  for that one shot.
20    Q   So that's the effect of the shot you're
21  talking about?
22    A   Yes.
23    Q   And you said there are physical and mental
24  effects of having diabetes. What are those?
25    A   Mentally, it was a lot to comprehend as
```

**Page 43**

```
1   far as even sticking a needle into myself and to be
2   continuously aware, my day-to-day way of life, as
3   far as what I eat and drink, and just watching
4   things very closely.
5     Q   Are there any physical restrictions on
6   your activities as a result of your diagnosis of
7   diabetes?
8     A   There's no restrictions, no.
9     Q   So no doctor has told you you can't do
10  this or can't do that as a result of the diagnosis
11  of diabetes; is that correct?
12    A   Right.
13    Q   Have any doctors encouraged you to change
14  your lifestyle in any way as a result of this
15  diagnosis?
16    A   Yes.
17    Q   And who was that?
18    A   Dr. Helfin.
19    Q   And what has he told you about changing
20  your lifestyle?
21    A   As far as weight loss, try to lose weight;
22  and nutrition-wise.
23    Q   Has -- has he encouraged you to exercise?
24    A   Yes, he has told me as far as the
25  exercising, walking.
```

**Page 44**

```
1     Q   Have you been trying to heed his
2   instructions?
3     A   Yes.
4     Q   What kind of exercise do you do?
5     A   I swim, I go for walks.
6     Q   Do you have a pool at your house?
7     A   Yes, I do.
8     Q   Do you swim in your pool, or do you belong
9   to a club?
10    A   I swim in my pool.
11    Q   When did you come to the conclusion that
12  Seroquel caused your diabetes?
13    A   I saw an advertisement on TV that there
14  was a possibility that the two were linked, so I
15  called to find out.
16    Q   And when -- when did you see this TV
17  advertisement?
18    A   Maybe a year and a half -- year and a half
19  ago.
20    Q   Was it a law firm advertisement?
21    A   I -- I don't -- I think so. I think it
22  was.
23    Q   Did it have an 800 number to call?
24    A   Yes.
25    Q   And what was the name of the law firm that
```

11 (Pages 41 to 44)

```
 1   ran the ad?
 2     A   I don't remember.
 3     Q   What did the advertisement say?
 4     A   I guess to the effect that if you were
 5   taking -- and they had a few different
 6   medications -- to call the number, that there's a
 7   possibility that it could cause diabetes.
 8     Q   Was it -- was it an advertisement about
 9   Seroquel?
10     A   Seroquel was one of the medications that
11   they mentioned.
12     Q   What were the other medications?
13     A   I don't recall. I know I didn't take any
14   of them. That's the only -- Seroquel is the only
15   thing that I was taking that was on that list.
16     Q   Other than this TV advertisement, did you
17   see any other TV advertisements about Seroquel and
18   diabetes?
19     A   No.
20     Q   Read anything about Seroquel and diabetes
21   that caused you to do anything?
22     A   No.
23     Q   Do you get a newspaper?
24     A   Yes.
25     Q   What paper do you get?
                                            Page 45

 1     A   Star Banner.
 2     Q   Is the law -- is the law firm you called
 3   ultimately the law firm that's representing you, the
 4   Bailey law firm?
 5     A   Possible. I don't remember exactly where
 6   the 800 number went to.
 7     Q   Do you have any other lawyers?
 8     A   No.
 9     Q   So you're not quite sure if it's the
10   Bailey law firm that you called when you called the
11   800 number?
12     A   No. It was basically you called the
13   number, and you gave them information as far as --
14   and they called -- they would call you back. So I
15   don't know who it was that I had called.
16     Q   Was this a daytime advertisement?
17     A   I believe so.
18     Q   What channel were you watching?
19     A   I don't remember.
20     Q   What show were you watching?
21     A   I don't remember.
22     Q   What do you usually watch during the day?
23     A   Actually, it was probably mid afternoon.
24   I was probably watching one of the talk shows. I
25   watched -- well, it was Dr. Phil, Ellen Degeneres,
                                            Page 46

 1   one of them.
 2     Q   And so what happened after that? Then you
 3   called the 800 number, and then what happens after
 4   that?
 5     A   They said that if -- you know, that
 6   someone would get back with me.
 7     Q   And did that happen?
 8     A   Yes.
 9     Q   What happened then?
10     A   They had asked -- I believe they asked
11   more questions and said they would be sending me a
12   packet in the mail.
13     Q   And did you get that packet?
14     A   Yes.
15     Q   What was in that packet?
16         MS. ECKERT: I'm going to instruct her not
17   to answer that. It's attorney-client
18   privilege.
19   BY MR. GERECKE:
20     Q   Had you hired a lawyer by then?
21     A   No.
22     Q   What was in the packet?
23         MS. ECKERT: I'm going to instruct her not
24   to answer. It's attorney-client privilege.
25
                                            Page 47

 1   BY MR. GERECKE:
 2     Q   Did you hire the lawyers that sent you the
 3   packet?
 4     A   I didn't hire -- I don't know what exactly
 5   as far as -- what you mean as far as hiring. To me,
 6   hire is paying for services, and I did not pay for a
 7   service.
 8     Q   Were you ever provided a -- an agreement,
 9   a contract, to sign with a law firm, even though
10   you're not paying anything out of your pocket?
11     A   I don't recall if I did sign anything.
12     Q   Before appearing for your deposition today
13   and meeting --
14         MR. GERECKE: I'm sorry, I missed your
15   last name, Erin.
16         MS. ECKERT: Eckert.
17         MR. GERECKE: I'm sorry.
18   BY MR. GERECKE:
19     Q   -- Ms. Eckert, had you physically,
20   face-to-face, met with a lawyer representing you in
21   the Seroquel litigation?
22     A   No.
23     Q   Have you ever talked to a lawyer
24   representing you in this Seroquel litigation before
25   you met with Ms. Eckert today?
                                            Page 48
```

**Page 57**

1  Q  Why haven't you asked?
2  A  Well, for one, I was off of the -- I had
3  stopped taking the Seroquel prior to, I guess, the
4  onset of the diabetes. I didn't link the two
5  together, so I didn't -- didn't have reason to.
6  Q  Well, since you saw the TV ad and decided
7  to bring a lawsuit, have you gone to these doctors,
8  especially Helfin who's treating your diabetes, and
9  asked that question, "Did Seroquel do this to me"?
10  A  No. I've never thought of that. For one,
11  he wasn't the one that was prescribing it, so I
12  didn't say anything, no.
13  Q  And you didn't go to Velisetty -- who
14  prescribed it?
15  A  Dr. Velisetty.
16  Q  "Velisetty."
17  A  Yes.
18  Q  Sorry, I'm mispronouncing her name.
19      You've not gone to Dr. Velisetty and asked
20  her the question, since she's the one who prescribed
21  it, "Doctor, did this cause my diabetes?"
22  A  No.
23  Q  Has any of the doctors -- start over.
24      Has any doctor of yours told you what did
25  cause your diabetes?

**Page 58**

1  A  No.
2  Q  Has any doctor told you that Seroquel did
3  not cause your diabetes?
4  A  No.
5  Q  So you -- you developed diabetes. And
6  have you -- did you at any time, since you were
7  diagnosed with it ask any doctor, "Why did this
8  happen to me, why did I get diabetes?"
9  A  No.
10  Q  And no doctor has said to you,
11  "Unfortunately you have diabetes, and you have it,
12  we think, because of..." -- whatever the cause might
13  be? No one has come out and told you that?
14  A  No.
15  Q  In this process of making a decision of
16  suing AstraZeneca, was there any consideration or
17  did you think about whether your doctor should be
18  sued also?
19      MS. ECKERT: Objection. Form.
20      THE WITNESS: No.
21  BY MR. GERECKE:
22  Q  Why did you select AstraZeneca to sue
23  versus somebody else to sue?
24      MS. ECKERT: Objection. Form.
25      THE WITNESS: I never really thought of

**Page 59**

1  suing anybody until I saw the advertisement
2  that there was possibly a link. Even then, I
3  wasn't sure if it was going to be a lawsuit or
4  not.
5  BY MR. GERECKE:
6  Q  You do not take Seroquel today, correct?
7  A  Right.
8  Q  And when did you stop taking Seroquel?
9  A  I don't remember exactly. I think it was
10  2005.
11  Q  If your fact sheet indicates that you
12  stopped in 2006, summer of '06 --
13  A  Okay.
14  Q  -- does that help with your recollection?
15  A  Yes.
16  Q  Why did you stop taking Seroquel in 2006?
17  A  I -- I noticed that I had -- I had gained
18  a lot of weight. And looking back at the timeframe
19  when the weight gain was happening, I was on the
20  Seroquel.
21      I did ask if it was a possibility to
22  Dr. Velisetty that I could have -- could be gaining
23  all the weight because of that. She said it was a
24  possibility. Then I told her that I wanted to start
25  to wean off of it.

**Page 60**

1  Q  What were you weighing at the time when
2  you were concerned about your weight gain?
3  A  Approximately 315.
4  Q  And what led you to believe that there
5  might be some relationship between Seroquel and your
6  weight gain versus some other medication that you
7  were on?
8  A  That -- Seroquel was the only medication
9  that I was on continuously for approximately five
10  years, and during those five years, I had a dramatic
11  weight change, continuous -- I just couldn't lose
12  weight no matter what. I was just continually
13  gaining.
14  Q  So it's nothing that you read or were
15  told; you just made the connection because that was
16  the drug that you were on the longest, and it seemed
17  to be roughly the same time you were gaining weight?
18  That's what made --
19  A  Yes.
20  Q  -- the connection in your mind?
21      MS. ECKERT: Objection. Form.
22  BY MR. GERECKE:
23  Q  Is that correct?
24      MS. ECKERT: Objection. Form.
25      THE WITNESS: Yes.

15 (Pages 57 to 60)

**Page 61**

BY MR. GERECKE:
Q And then you asked Dr. Velisetty, and she told you that it's possible, so the decision was made to wean you off the Seroquel?
A Yes.
Q What drug was used in substitution for Seroquel?
A I went on -- that's when I had started the Ambien, and also I believe the Ativan started around then too.
Q So the Ambien, you told me, was started for sleep?
A Yes.
Q Were you taking Seroquel to -- as a sleep aid?
A Yes.
Q Was that the only reason that you understood you were on Seroquel, as a sleep aid?
A Yes.
Q Was Ativan also added as a sleep aid?
A Anxiety.
Q Did you have an understanding at any time that you were taking Seroquel for anxiety?
A No.
Q So just for sleep?

**Page 62**

A Right.
Q Have you ever been a party to any lawsuit before this lawsuit against AstraZeneca?
A No.
Q Have you ever been sued?
A No.
Q Ever file a claim for workers' compensation?
A No.
Q You told me about the Social Security disability claim that was made in 2002. That's the only time you've done that, correct?
A Yes.
Q Have you ever filed for bankruptcy?
A No.
Q Ever been arrested?
A No.
Q Have you ever made a claim against any company without filing a lawsuit against the company?
A No.
Q So I gather this is the first and only time in your whole life that you ever made a claim against a drug -- a prescription drug manufacturer as a result of an injury you claim was caused by

**Page 63**

your use of a prescription drug?
A Yes.
Q Have you ever --
THE WITNESS: I'm sorry, I was going to say it's almost time for a break.
MS. ECKERT: Sure. Are you ready for a break?
THE WITNESS: Yeah. I need to walk around a little bit.
MR. GERECKE: Do you mind if I just finish these couple of questions here --
THE WITNESS: No.
MR. GERECKE: -- and it will be a good time to take a break.
BY MR. GERECKE:
Q Have there been any occasions in which you have contemplated making a claim against a pharmaceutical company because of some injury or side effect that you suffered from the drug, but then decided not to make the claim?
A No.
MR. GERECKE: Okay. We'll go ahead and take a break.
(Brief recess.)

**Page 64**

BY MR. GERECKE:
Q Now, I was going to ask you a few questions, ma'am, about the money that you're claiming in this lawsuit. Are you claiming any amount of money for lost wages or lost earning as a result of your use of Seroquel?
MS. ECKERT: Objection. Form.
Go ahead.
THE WITNESS: No, not as far as lost wages, no.
BY MR. GERECKE:
Q And are you claiming any amount that you are out of pocket for any medical expenses relating to any of your diabetes-related treatment that you claim was caused by your use of Seroquel or any other medical expenses?
A Yes, that of what my insurance doesn't -- hasn't covered.
Q Is there anything that you've been out of pocket so far that you've had to pay out of your own pocket?
A Yeah, my medications, either co-pay or whatever the insurance doesn't cover.
Q Are your medications covered through your insurance coverage?

**Page 81**

1996, thereabouts.
   Q  Did you have that one time, or did you have successive fasting blood sugars thereafter before you moved to Florida?
   A  No. I may have had others. I only remember that because he -- they took a lot of blood.
   Q  What did he tell you was the result of that fasting blood sugar test?
   A  They told me they would contact me if there was a problem. And I didn't hear anything. He probably went over the results at my next visit, but I don't recall. Nothing sticks in my mind about it.
   Q  So when you were working, you got some exercise by -- just by the very fact of having to go from place to place within the building and then within -- between campuses?
   A  Yeah. I was continuously on my feet.
   Q  Apart from being on the job, did you participate in any form of regular exercise off the job?
   A  No, not as far as an exercise program, just...
   Q  Some people, just a few times a week, go

**Page 82**

for a walk or do some irregular forms of exercise, but making a conscious effort to do some exercise. Did you ever do that while you were working?
   A  Well, I was going for walks. I guess I didn't look at it as an exercise, because I was walking my dog each night. So in that sense, yes.
   Q  Other than walks with the dog, any form of regular exercise that you engaged in while you were employed?
   A  No.
   Q  Were you -- while you were working and before you stopped working in '02, were you ever told by a doctor that you needed to be on an exercise program or needed to regularly exercise?
   A  No.
   Q  As of the time you quit working in '02, what was your weight, approximately?
   A  I'd say probably about 295, maybe 300.
   Q  When you lived in New York, did you belong to a gym or, you know, one of these women's exercise facilities?
   A  No.
   Q  Do you belong to one since you moved to Ocala?
   A  No.

**Page 83**

   Q  Do you take -- while you were working and before you moved from New York, did you regularly vacation or travel?
   A  A couple of years I would take a vacation, one or two weeks in the summer.
   Q  How about since you moved to Florida, any regular vacations or travel?
   A  Traveling. Not necessarily vacation-wise.
   Q  Travel back to New York to see family?
   A  Yes, and mostly this past summer when my mother passed away.
   Q  What were you making income-wise when you last worked in 2002?
   A  Approximately 40,000.
   Q  Do you have any hobbies?
   A  I have things I do on a regular basis. Whether -- yardwork, that's a hobby to me; taking care of my home and my son.
   Q  Pretty much the same when you were working?
   A  Yes.
   Q  What do you do now on a daily basis, now that you're not working?
   A  That's pretty much it. Between my -- all the animals we have and my son and the house, I keep

**Page 84**

myself busy.
   Q  This -- your change in lifestyle since your -- since your onset of the disability in 2002, will you agree that your change in your lifestyle is a result of your change in work status, having been put on disability in 2002 because of your depression, versus your diagnosis of diabetes?
      MS. ECKERT: Objection. Form.
      THE WITNESS: No.
BY MR. GERECKE:
   Q  Well, what impact did either have on the way you're living your life today?
   A  As far as the disability, that has impacted me financially and -- and how much I'm capable of doing, dealing -- or handling, I should say, mentally.
      As far as the diabetes, that has decreased the amount physically that I'm able to do now, I find, whether it be the diabetes or what actually -- the insulin or whatever is causing it.
      But since I've been on the insulin, I've been -- I get tired very easily. I don't find myself continually being able to do something throughout the whole day. I have to take breaks and put things aside.

**Page 186**

1  your prescription medicine? Do you keep any of
2  those?
3      A   Currently I probably have for what I'm
4  taking now, only because I shred everything, and I
5  usually only shred it maybe once a month.
6      Q   Do you have any of the ones from your
7  Seroquel prescriptions?
8      A   No.
9      Q   Nowadays, currently, given the fact that
10 you have this lawsuit pending, do you do any more
11 research or investigation into any of the
12 prescription medicines that you take, other than
13 just reading the leaflets that are attached to the
14 pill bag?
15     A   Basically, I -- I find myself asking the
16 doctors a little bit more as far as question-wise,
17 as far as potential long-term health problems.
18     Q   Other than perhaps asking a few questions
19 of the doctor, do you do any other form of
20 investigation or research?
21     A   Not really, no.
22     Q   Can you tell me any of the -- any of the
23 serious risk -- risks associated with any of the
24 medicines you're currently taking?
25     A   Basically they all state dizziness,

**Page 187**

1  drowsiness. They seem to all have that in common as
2  far as health factors go.
3      Q   Do you take any vitamins?
4      A   A multivitamin, yes.
5      Q   Been doing that for years?
6      A   I would say religiously at least the past
7  two years.
8      Q   Do you take any herbal-type supplements?
9      A   No.
10     Q   Dietary supplements?
11     A   No.
12         MR. GERECKE: If you want to give me about
13 a five-minute break to look through my notes, I
14 think I'm probably about done.
15         (Brief recess.)
16 BY MR. GERECKE:
17     Q   Since you've started with Dr. Helfin, he's
18 been doing, as you said, periodic fasting blood
19 sugar tests on you?
20     A   Yes.
21     Q   When he gets -- when you discuss those
22 test results with him, has he ever told you that any
23 of the results of those tests were because of any
24 prescription medicine that you were taking at the
25 time?

**Page 188**

1      A   No.
2      Q   Has he suggested to you any change in any
3  of your prescription medicines because of the
4  results of any of these fasting blood sugar tests?
5      A   No. Other than the diabetes, he would
6  increase -- he recently increased because of the
7  results of the blood work.
8      Q   Increased the --
9      A   My Lantus.
10     Q   So he would --
11     A   Insulin.
12     Q   So he would increase the medicine he's
13 using to treat the diabetes?
14     A   Yes.
15     Q   He's never suggested that you change or
16 adjust any of the other medicines that you're
17 taking?
18     A   No.
19     Q   Or suggested to you that any of the
20 results were because of those medicines?
21     A   No.
22     Q   I just wanted to clarify a couple of
23 things. You told me that when you were pregnant
24 with your son, John, that you had a fasting blood
25 sugar test, the result of which was elevated?

**Page 189**

1      A   Yes.
2      Q   What was -- what was the reading?
3      A   I -- I don't know. That was 17 years ago.
4  I don't remember.
5      Q   You do remember, though, that the test was
6  positive, indicating that your blood sugar was
7  elevated?
8      A   They told me that my blood sugar was a
9  little bit higher than normal.
10     Q   Did they require you to do anything about
11 it, do anything to lower that -- that level?
12     A   After they discussed as far as what kind
13 of a diet I was having, they told me to cut out my
14 sugar intake. That's about it.
15     Q   Any other treatment for it?
16     A   No.
17     Q   Did you have any testing shortly after you
18 gave birth to determine if your blood sugar had
19 returned to normal?
20     A   I don't recall. I don't remember.
21     Q   Who was your doctor for your pregnancy
22 with John?
23     A   Well, the -- actually, it was with the
24 Health Shield. It was -- again, I didn't have not
25 one; there were three to four. Whoever was there is

**Page 190**

```
 1   who I saw. I don't -- I can't recall.
 2      Q   At what hospital was he delivered?
 3      A   Vassar Brothers.
 4      Q   What was John's birth weight?
 5      A   Eight pounds, seven ounces.
 6      Q   Was he a full-term baby?
 7      A   Basically, yes. They -- I had a C-section
 8   two weeks prior to my due date because they felt his
 9   size, everything was okay, and I was definitely
10   having a C-section because he was breech, so...
11      Q   You told me about your grandfather and his
12   diabetes. How old was your grandfather when he
13   died?
14      A   About 86.
15      Q   At what -- approximately what age was he
16   when you were aware that he had diabetes?
17      A   In his 60s.
18      Q   And did he have any health effects from
19   it, that you're aware of?
20      A   No.
21      Q   And did you ever learn what the cause of
22   his diabetes was?
23      A   No.
24      Q   Same question about your mother, did you
25   ever learn about the cause of her diabetes?
```

**Page 191**

```
 1      A   As I said, the only thing I know is what
 2   the doctor told me, as far as the cancer had gone to
 3   her liver and that could be what caused the sugar.
 4      Q   And my understanding is that your -- your
 5   recollection is she had this for a very short period
 6   of time before she died?
 7      A   Yes, literally like a month before she
 8   passed away is when I was told that.
 9      Q   Who was her doctor that told you about
10   this?
11      A   I'd have to ask my father. I don't know
12   the doctor in Delaware.
13      Q   Your -- your dad is still living?
14      A   Yes.
15      Q   What's his name and where is he?
16      A   His name is Frank McAlexander, and he's in
17   Camden, Delaware.
18          MR. GERECKE: That's all the questions I
19   have. Thank you for your patience.
20          THE WITNESS: Thank you.
21              CROSS-EXAMINATION
22   BY MS. ECKERT:
23      Q   Okay. I just have a couple of questions
24   for you.
25          What injuries do you believe taking
```

**Page 192**

```
 1   Seroquel caused you?
 2      A   I believe it caused a weight gain,
 3   tremendous weight gain and diabetes.
 4      Q   Okay. Did anyone ever warn you that
 5   Seroquel could cause you weight gain and to get
 6   diabetes?
 7      A   No.
 8      Q   Had you known that Seroquel causes weight
 9   gain and diabetes, would you have taken it?
10      A   No.
11      Q   Who do you expect to warn you about the
12   risks associated with Seroquel?
13      A   I would -- the drug company, I guess,
14   initially letting the doctors be aware of whatever
15   side effects it could cause, and being able to trust
16   what my doctor -- that my doctor tells me all that
17   they know.
18      Q   So you expect the drug companies to tell
19   the doctors?
20      A   Yes, I do. In order for a doctor to
21   prescribe something, I think they should know
22   everything about it.
23          MS. ECKERT: What was your last name
24   again?
25          MR. GERECKE: Gerecke.
```

**Page 193**

```
 1   BY MS. ECKERT:
 2      Q   Mr. Gerecke kind of insinuated that you
 3   tolerate your weight gain earlier. Do you recall
 4   that?
 5          MR. GERECKE: Object to the form.
 6          THE WITNESS: Yeah, I think so. Yes.
 7   BY MS. ECKERT:
 8      Q   Are you okay with -- with having weight
 9   problems?
10      A   No. No.
11      Q   How much did you weigh when you got out of
12   high school?
13      A   Approximately 150 pounds.
14      Q   And you've always struggled with your
15   weight?
16      A   I always visually saw myself as being
17   obese, even at that time. I've always -- I was
18   always doing one thing or another trying to lose
19   weight. I think the most drastic thing that I've
20   done was the Optifast. But, basically, I didn't --
21   I did lose like 40 pounds within two months on that,
22   but it was a starvation diet.
23      Q   Is it really hard for you to lose
24   40 pounds?
25      A   It is, yes.
```

```
 1     Q   How much weight do you think --
 2   approximately how much weight do you think you
 3   gained while you were taking Seroquel?
 4     A   I'd say between 60 and 70 pounds.
 5     Q   Would it be hard for you to lose 60 or
 6   70 pounds?
 7     A   Generally, yes. I -- actually, when I
 8   stopped taking the Seroquel, I found myself losing
 9   the first 25 pounds very quickly, and other than
10   that, you know, it's a battle.
11     Q   So you lost weight once you got off of
12   Seroquel?
13     A   Oh, yeah. I was -- it's, I guess, close
14   to 40 pounds now.
15     Q   Are you okay with gaining an additional 60
16   to 70 pounds?
17     A   No.
18     Q   What makes you believe that Seroquel
19   caused you to gain weight?
20     A   I've lost and gained weight for as long as
21   I can remember, but the difference, as far as when I
22   was taking Seroquel, I gained a lot of weight very
23   quickly. The 60 to 70 pounds was within four to
24   five years. I never would have gained that previous
25   to the Seroquel, so I think the Seroquel had a lot
                                                Page 194
```

```
 1   to do with it.
 2     Q   Okay. And did you have diabetes prior to
 3   taking Seroquel?
 4     A   No.
 5     Q   Are you concerned with the fact that you
 6   now have diabetes?
 7     A   Well, yes. My number one concern is the
 8   fact I am a single parent. My son has already lost
 9   his father, and I feel like that I've been given a
10   life -- death sentence. And I worry about that all
11   the -- you know...
12     Q   Can diabetes kill you?
13     A   Oh, yeah.
14     Q   Could it cause you to have other problems
15   as well?
16     A   Yeah, it can cause -- I -- I go to the eye
17   doctor every year now, instead of every two years,
18   to make sure, as far as the diabetes signs, if it's
19   showing anything in my eyes, blindness. I have to
20   watch whenever I get an infection.
21     Q   How does diabetes affect your infections?
22     A   It throws my whole system off. The
23   infection takes longer to heal, and my sugar ends up
24   what I consider out of whack, which requires more
25   blood work and more insulin.
                                                Page 195
```

```
 1     Q   You mentioned that you went to the
 2   hospital this past week?
 3     A   Yes.
 4     Q   And that was for some breathing problems?
 5     A   Yes.
 6     Q   Were you also having some problems with
 7   your diabetes?
 8     A   Yes. My blood sugar was -- wasn't going
 9   below 250, and they had -- I was getting five to six
10   insulin shots a day.
11     Q   I see that you have some bruises on your
12   arms.
13     A   Yeah.
14     Q   How many bruises do you have on your arm?
15     A   I have, I don't know, probably about four
16   or five.
17     Q   And how big would you say those bruises
18   are?
19     A   About the size of a half dollar.
20     Q   And where did you get those bruises?
21     A   From when I was in the hospital, them
22   continually having to -- besides pricking my finger
23   to test my sugar, they had to draw blood for
24   additional tests to see what else was going on and
25   make sure my kidneys and everything were okay.
                                                Page 196
```

```
 1     Q   And that was this past week, right?
 2     A   Yes.
 3         MS. ECKERT: That's all the questions I
 4   have.
 5              REDIRECT EXAMINATION
 6   BY MR. GERECKE:
 7     Q   Just a couple of follow-ups.
 8         Has Dr. Helfin told you you're going to
 9   die from diabetes?
10     A   He didn't tell me I was going to die from
11   it, no.
12     Q   Indeed, hasn't he told you that if you
13   follow his recommendations concerning maintenance of
14   your condition, it's not likely to affect your
15   long-term existence on this earth; is that right?
16         MS. ECKERT: Objection. Form.
17         THE WITNESS: Not necessarily. I mean, he
18      just told me that it is something that is going
19      to affect me for the rest of my life. How long
20      that will be, no, that he didn't mention.
21   BY MR. GERECKE:
22     Q   And you have the experience of your
23   grandfather who lived a long life with the
24   condition, correct?
25     A   Yes.
                                                Page 197
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO: |
| This document relates to: | 6:06-MDL-1769-ACC-DAB |
| *Richard Unger v. AstraZeneca Pharm. LP, et al.*, No. 6:07-CV-15812 | |

**PLAINTIFF RICHARD UNGER'S RESPONSE IN OPPOSITION TO ASTRAZENECA'S SUMMARY JUDGMENT MOTION AND MEMORANDUM**

Plaintiff Richard Unger ("Plaintiff"), by this Response in Opposition to the Summary Judgment Motion ("Motion") filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "AstraZeneca" or "the Company"), respectfully shows the Court as follows:[1]

## I. PLAINTIFF'S BACKGROUND

Plaintiff was first prescribed Seroquel by Dr. Heriberto Cabada-Rovirosa ("Dr. Cabada") at 75 milligrams per day for depression and mood fluctuations on October 17, 2002.[2] Plaintiff weighed 225 pounds around that time.[3] Within a month, Dr. Cabada increased Plaintiff's daily Seroquel dose to 200 milligrams.[4] Plaintiff's Seroquel dose was increased to 300 milligrams per day in March 2003 and to 400 milligrams per day the

---

[1] Plaintiff Unger incorporates by reference the following Responses filed concurrently herewith: (a) Plaintiffs' Omnibus Legal Memorandum Responding in Opposition to AstraZeneca's Motions for Summary Judgment ("Plaintiffs' Brief"); (b) Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law ("Plaintiffs' General Causation Response"); and (c) Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the Specific-Causation Testimony of Plaintiffs' Case-Specific Causation Witnesses and Supporting Memorandum of Law ("Plaintiffs' Specific-Causation Response").
[2] Deposition of Heriberto Cabada-Rovirosa, M.D. ("Cabada Dep.") at 34:2-35:3 (Exhibit 1); Deposition of Patricia Ares-Romero, M.D. ("Ares Dep.") at 36:1-10 (Ex. 2).
[3] *See* Exhibit 3 at 00009 (Showing a weight of 220 pounds on 8/1/02); *See* Exhibit 4 at 00083 (Showing a weight of 225 pounds on 8/8/02).
[4] Ares Dep. at 39:12-23 (Ex. 2).

1