# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

_____/

- - -
DEPOSITION TRANSCRIPT
OF
ASHA VELISETTY, M.D.
- - -

| | |
|---|---|
| LOCATION: | 3309 S.W. 34th Circle, Suite 100<br>Ocala, FL 34474 |
| DATE: | Friday, November 30, 2007 |
| TIME: | 1:00 p.m. - 3:40 p.m. |
| REPORTER: | Darlene G. Robison, RPR, FPR<br>Notary Public, State of Florida |

Page 10

1  Q. And how many patients are you seeing in your
2  practice overall? How many patients, active patients do
3  you have?
4  A. I'm looking at probably active maybe around
5  500 to 1,000. It's a guess.
6  Q. What percentage of your patients have
7  schizophrenia?
8  A. It's a small percentage, I would say probably
9  about ten percent.
10 Q. And what percent of your patients suffer from
11 depression?
12 A. About 60 percent.
13 Q. And for what conditions were you seeing Miss
14 McAlexander?
15 A. I was seeing her for depression and anxiety
16 disorders like posttraumatic stress disorder.
17 Q. Do you have any partners in your practice
18 here?
19 A. No.
20 Q. You're the owner of the practice?
21 A. Right.
22 Q. Do you have hospital privileges?
23 A. I do have consultation privileges at the
24 local two hospitals, Munroe Regional Medical Center and
25 Ocala Regional Medical Center. And also I go to West

Page 11

1  Marion Hospital which is associated with ORMC.
2  Q. I'm going to mark as Exhibit 1 to your
3  deposition the notice of deposition and ask you to look
4  at this briefly, and particularly the Exhibit A attached
5  at the end. Have you seen that before?
6  A. Yes.
7  Q. And did you or someone here go through and
8  gather the records that were requested in Exhibit A?
9  A. Yes.
10 Q. Okay. And do you have your complete file on
11 Miss McAlexander in front of you today?
12 A. Yes.
13 Q. Okay. And that's in that folder here?
14 A. Right.
15 Q. Okay. Anything that you have, any records
16 that you have that aren't in that folder?
17 A. Okay. I don't recall sending billing
18 information to you-all. So I have that information.
19 Q. Okay.
20 A. And also I -- after I saw Miss McAlexander in
21 October I received a report from the pulmonologist that
22 she was in the hospital recently and did he a follow-up
23 so I have a couple of information on those -- on that
24 information.
25 Q. Okay.

Page 12

1  A. That was not sent, this is in the last few
2  days.
3  Q. All right. And other than the billing
4  records and the report from the pulmonologist anything
5  else?
6  A. Okay. And I spoke to the pulmonologist
7  actually two days ago.
8  Q. Okay.
9  A. And in regards to the report. That's what I
10 have.
11 Q. What was the general finding by the
12 pulmonologist?
13 A. I would say I think she is having some
14 anxiety issues and she has some lung problems with the
15 asthma. He also mentioned about -- I need to look at
16 the record. I would say something with the airway
17 reactive disease -- reactive airway disease.
18    And the discussion was that she's still
19 anxious and that she's been taking Cardizem. I was
20 under the impression she was taking a little more than
21 what is prescribed because she was anxious. And he told
22 her not to do more than what is prescribed.
23    And also I asked him about the sleep -- they
24 do the sleep studies also. So he mentioned something
25 about ram sleep associated parasomnia and behavior

Page 13

1  disorder. So I asked him about that situation, the
2  condition. And he mentioned that she does have a lot of
3  leg movements during sleep. That was mentioned. He did
4  mention that with this condition though that some people
5  can get aggressive in their sleep but she does not show
6  anything at this point. She does not have these kind of
7  issues.
8     And he did say mostly Ativan and Klonopin is
9  used, and she is on Ativan at this point.
10 Q. So with those recent additions the file that
11 you have in front of you is your complete file on Miss
12 McAlexander?
13 A. Yes.
14 Q. And it has been, except for the things that
15 you just noted, it has been provided in response to the
16 subpoena request?
17 A. Yes.
18 Q. And it's your regular practice to maintain
19 complete and accurate medical records on your patients?
20 A. Yes.
21 Q. You depend on those records to treat your
22 patients?
23 A. Yes.
24 Q. You have handwritten notes of the visits with
25 Miss McAlexander in your file. Those were written by

Page 14

1  you?
2  A. Yes.
3  Q. In terms of second generation atypical
4  antipsychotics like Seroquel do you use those drugs
5  frequently in your practice?
6  A. Yes.
7  Q. What percentage of your patients is using a
8  second generation atypical?
9  A. I would say 20 percent.
10 Q. Do you keep research files on the SGA's as a
11 group or any of them in particular?
12 A. SGA's?
13 Q. The second generation --
14 A. Second generation --
15 Q. -- atypicals.
16 A. -- atypicals.
17 Q. Do you keep any research files on that class
18 of drugs or on Zyprexa or Seroquel or any of the
19 individual drugs? Do you have particular files that you
20 maintain?
21 A. No.
22 Q. Tell me about your process when you decide to
23 describe to -- prescribe a drug like Seroquel or some
24 other drug to a patient, how do you decide whether or
25 not that drug is appropriate?

Page 15

1  A. Are we talking about in terms of depression
2  or schizophrenia? I mean, overall starting medication?
3  Q. Overall starting a medication.
4  A. Yes, I do discuss definitely the side effects
5  of the medication, the benefits of the medication, and
6  also the dosages. And if there's any company-issued
7  like booklets which gives the overall picture of the
8  medications, I do provide them with those kind of
9  information also.
10 Q. Okay. How about the package inserts, do you
11 provide the patients with the package inserts?
12 A. If I give them the samples, they are -- I
13 don't say this is the package insert, but, yes, they're
14 given the whole information, yes.
15 Q. The samples come in a box that has --
16 A. Right, it comes in a box and it has the
17 package insert, right.
18 Q. So if your records indicate that you provided
19 samples to Miss McAlexander, those would have been
20 provided in a box with the complete package insert?
21 A. I would say yes.
22 Q. And in terms of educating yourself, how do
23 you educate yourself about these risks and benefits that
24 you discuss with the patient?
25 A. I do read the journals and we do have some

Page 16

1  meetings, CME meetings that I go to. Those two are the
2  big ones.
3  Q. What are the primary journals that you keep
4  up?
5  A. Psychiatric, what we call like a Green
6  Journal which is provided by the psychiatric
7  association. And also Psychiatric Annals, Psychiatric
8  News.
9  Q. And you are visited from time to time by
10 sales representatives from different drug companies,
11 including AstraZeneca?
12 A. Yes.
13 Q. And you get information about drugs from
14 those --
15 A. Yes.
16 Q. -- representatives?
17 A. Yes.
18 Q. That's not the only source of information you
19 get, correct?
20 A. Right, right, exactly.
21 Q. And so you don't rely solely or even
22 primarily on those drug reps to give you the information
23 about the drugs' risks and benefits?
24 A. Yes, right.
25 Q. It's part of your job to know those risks and

Page 17

1  benefits and to assess them when you're prescribing
2  medication for your patients?
3  A. Exactly.
4  Q. And it would be fair to say that all drugs
5  have risks and benefits?
6  A. Yes.
7  Q. Some of those risks are often serious?
8  A. Yes.
9  Q. Fatal?
10 A. Yes.
11 Q. In terms of second generation atypical
12 antipsychotics, are there any of that class of drugs
13 that you don't prescribe?
14 A. I never prescribe Clozapine, Clozaril.
15 Q. And why not?
16 A. Again, risk of developing lung -- decrease in
17 blood count and that can lead to death. And patients
18 have to be monitored very closely every week for their
19 blood count and the weight gain.
20 Q. Okay.
21 A. Yes.
22 Q. So in your experience and based on your
23 study, Clozapine, some of those risks are too great, you
24 don't see the need to prescribe that drug to your
25 patients?

Page 18

1    A.   Yes.
2    Q.   And do you recall when Clozapine was
3  approved --
4    A.   Came into the market?
5    Q.   -- when it came out?
6    A.   I would say that was the first one that came
7  into the market. I'm thinking like at least 15 years
8  ago. I'm guessing again, 15 years ago.
9    Q.   When did you become aware of an issue with
10 Clozapine and weight gain?
11   A.   Probably about -- again, I'm thinking four to
12 five years after it's been on the market.
13   Q.   You said four to five years?
14   A.   Right.
15   Q.   Okay.
16   A.   Again, I'm kind of speculating, guessing.
17   Q.   All right. It would have been before 2000?
18   A.   Right.
19   Q.   In your opinion has the -- well, how long
20 have you been aware of this issue with weight gain and
21 second generation atypical antipsychotics, has that been
22 for the entire time frame because of your experience
23 with Clozapine?
24   A.   With all the other atypicals I would say in
25 the last five to seven years.

Page 19

1    Q.   In choosing a second generation atypical to
2  treat a particular condition how do you decide among the
3  drugs that are available?
4    A.   The atypicals are mostly definitely indicated
5  for schizophrenia, the first indication; and then came
6  out as an indication for bipolar disorder with manic
7  episodes.
8         But, at the same time most of psychiatrists
9  we do use for some conditions like major depression or
10 what we call like a resistant depression are associated
11 with severe anxiety issues, or of the compulsive
12 disorders. We do augmentation with atypicals. So
13 that's where I use mostly sometimes on an added -- add
14 on the atypicals.
15   Q.   Okay. And just, for example, if you have a
16 patient with -- who has schizophrenia, how do you decide
17 to use Zyprexa, Seroquel, Geodon, any of the class
18 that's available --
19   A.   Okay.
20   Q.   -- for that condition?
21   A.   If a person, I would say, has been on
22 previous medications, not responding to a certain
23 medication, then I choose a different atypical.
24        At the same time I try to choose one with the
25 less side effects or less weight gain which would be the

Page 20

1  Geodon if they don't have any other cardiac problems.
2  Otherwise, I do have good response which factors using
3  the medications. We do have good response with certain
4  medications like Risperdal, Seroquel. Some of these
5  medications I do use them.
6         Again, explain the side effects, I explain --
7  even I sometimes give them the options of choosing, give
8  them -- giving the side effects which would be better
9  benefit to the situation.
10        And some people have difficulty sleeping,
11 then I would go with the Seroquel at that time because
12 sedation is one of the side effects. But at the same
13 time sometimes added benefit to the person so I do use
14 those ones.
15   Q.   And you would agree that you don't always
16 know in advance which patients might have a problem with
17 a particular medication?
18   A.   Right, I would not. I would not know.
19   Q.   And is it common to go through trial and
20 error with different medications to find the combination
21 that's most effective?
22   A.   Yes.
23   Q.   In terms of second generation atypicals and
24 the issue of weight gain, what has been your experience
25 with the differences among the particular drugs? Have

Page 21

1  you seen similarities or differences in the -- in your
2  patients who are on those drugs with respect to this
3  weight gain issue?
4    A.   I would say in my experience, Zyprexa has
5  been the big one to cause the weight gain. And Geodon
6  is the least one. And I have seen levels down would be
7  the Risperdal, Abilify I have seen the weight gain, and
8  the Seroquel.
9    Q.   And Geodon is the most recent drug, or Geodon
10 or Abilify are the --
11   A.   Right, right.
12   Q.   -- two most recent, correct?
13   A.   Yes.
14   Q.   And both of those drugs carry a weight gain
15 and a diabetes warning?
16   A.   Yes.
17   Q.   When we were talking a second ago, you were
18 discussing augmentation using the second generation
19 atypicals. Were you talking about the same thing as
20 using these drugs off-label?
21   A.   Yes.
22   Q.   Okay. And what does using a drug off-label
23 mean?
24   A.   They're not FDA approved. At the same time
25 they have other benefits that provides help to the

Page 26

1  Q. (BY MR. ELDER) And they have less severe
2  side effects?
3  A. Yes.
4     MS. HORNSBY: Objection, form.
5  Q. (BY MR. ELDER) You mentioned tardive
6  dyskinesia, what is tardive dyskinesia?
7  A. It's a condition that develops when the
8  person is -- has used over a period of time on these
9  first generation antipsychotic medications with
10 involuntary movements of their legs, arms, hands,
11 sometimes even their mouth. And which can not be --
12 once it develops there's no cure for it so far to
13 reverse the condition so it's permanent once it happens.
14 Q. And it can be extremely debilitating?
15 A. Yes.
16 Q. And it's rarely seen with the second
17 generation drugs?
18 A. Yes.
19 Q. You would agree that the second generation
20 atypicals were an important advance in the treatment of
21 psychotic disorders?
22 A. Yes.
23 Q. With Seroquel in particular what percentage
24 of your patients would you say are taking Seroquel?
25 A. I would say it's hard to put a percentage. I

Page 27

1  think I mentioned that I use overall 20 percent of my
2  patients are on anti -- second generation atypicals. I
3  would say in that 20 percent probably about seven
4  percent of them, seven percent of them are on Seroquel.
5  Q. Do you have patients for whom you prescribe
6  multiple atypicals?
7  A. I have probably couple of patients who are on
8  Risperdal, Geodon combination, probably, I'm thinking of
9  two of them.
10 Q. And why do you do that?
11 A. Again, after they've been on one of the
12 medications at a fairly good level of the medication,
13 like the maximum that they can take and they're still
14 having psychosis, then we do add on the second gen --
15 second medication.
16 Q. And do you use the second generation
17 atypicals with other drugs, mood stabilizers,
18 anti-depressants, those kinds of things?
19 A. Yes.
20 Q. And what's the -- why do you do that?
21 A. The atypicals adding to the mood stabilizers,
22 again to -- if the patient is not responding to the
23 first medication and still showing signs of either manic
24 state or depression, in those situations.
25 Q. We talked a little bit about the weight gain

Page 28

1  profile of Geodon -- Geodon, and I believe you indicated
2  that you think it's generally more favorable than the
3  other drugs?
4  A. Yes.
5  Q. What leads you to that conclusion despite the
6  fact that Geodon carries the same warning.
7  A. I would say in my experience Geodon I have
8  not seen any major changes with the weight. And again,
9  the reports from the journals which -- what they have
10 compared with the different antipsychotic medications
11 Geodon being the lowest with the weight issue, weight
12 gain.
13 Q. So the package warning and the language
14 that's in there and the package insert is not the end of
15 the story in terms of any particular drugs, side effect
16 profile?
17 A. Yes.
18 Q. You mentioned Zyprexa earlier as well, and I
19 believe that you said you thought Zyprexa had the
20 greatest association with weight gain. Do you have
21 patients who take Zyprexa and don't gain weight?
22 A. I'm not able to recall. I have a couple of
23 patients that are on, they do -- they did get the
24 increase weight gain on the medication, but at the same
25 time they don't want to change because it made a big

Page 29

1  difference in their life so the efficacy is prioritized
2  than the side effect at this point.
3  Q. How about Seroquel, do you have patients who
4  take Seroquel who don't gain weight?
5  A. Yes.
6  Q. I know you have your records in front of you,
7  but I'm going to mark as Exhibit 2 the stack of records
8  that I have because they've been Bates labeled at the
9  bottom so we can kind of refer to --
10 A. Oh, okay.
11 Q. -- the same pages in here, and just so we
12 have the record of what's been marked. So, let me hand
13 you those.
14    And Exhibit 2 is the entire set -- all of the
15 paper that was provided to us as coming from your
16 office.
17 A. Okay.
18 Q. And first let me ask you when you began
19 treating Miss McAlexander.
20 A. Yes. Oh, when did I start treating her?
21 Q. Yes.
22 A. It would be August 20th, 2003.
23 Q. Okay. And in Exhibit 2 in the document
24 that's Bates labeled Velisetty 00040, is that the intake
25 sheet for Miss McAlexander?

Page 30

1   A.   That's the psychiatric evaluation, first
2   meeting.
3   Q.   Okay.  How is it different than the intake
4   sheet?
5   A.   Intake sheet is mainly like a little
6   questionnaire we ask about the insurance, what's going
7   on, what medications she's on.
8   Q.   Okay.  And then --
9   A.   You want me to show you that?
10   Q.   If you see it in there.
11      MS. HORNSBY:  Scott, when you're going
12      through these, would you mind maybe pointing it
13      out because mine aren't Bates labeled?
14      MR. ELDER:  Okay.
15      MS. HORNSBY:  So it's a little hard for me
16      to --
17      MR. ELDER:  Yeah, sure.
18      THE WITNESS:  You want me to show the intake
19      one?
20      MS. HORNSBY:  It just takes me a little bit
21      longer to find it.
22      MR. ELDER:  Sure.
23   Q.   (BY MR. ELDER) I believe what you might be
24   referring to as the intake sheet, is that that sheet?
25   A.   That's the insurance information.  What we

Page 31

1   call like an intake sheet is this one.  (Indicating.)
2   Q.   Oh, okay.
3   A.   Mainly when they call us for an appointment,
4   we say:  What's your name, what's your date of birth,
5   what insurance do you have, what kind of problems are
6   you coming in for.
7   Q.   All right.  And the document that's at --
8   that's in Exhibit 2 as 00040 is --
9   A.   Psychiatric evaluation.
10   Q.   And that's the evaluation that includes your
11   initial sit down with Miss McAlexander to find out
12   what's wrong with her --
13   A.   Right, yes.
14   Q.   Okay.  On August 20th of 2003, what was Miss
15   McAlexander coming to you for?
16   A.   She came in for depression and posttraumatic
17   stress disorder and for the medication evaluation.
18   Q.   And did she have diabetes at that point?
19   A.   No.  No, sir.
20   Q.   Okay.  When is the first time --
21   A.   The next visit, right after I saw her on
22   8/20, the next visit on September 17th, '03 she said
23   that she was diagnosed diabetes.
24   Q.   Okay.  And that's at 00039 in Exhibit 2, and
25   you're referring to your September 17th, 2003 record.

Page 32

1   And this is your handwriting?
2   A.   Yes.
3   Q.   And it says:  Saw Dr. Umana --
4   A.   Yes.
5   Q.   -- yesterday, parentheses, second visit, has
6   diabetes, can be controlled with diet?
7   A.   Right.
8   Q.   Is that the first time that you were aware
9   that Miss McAlexander --
10   A.   Has diabetes, yes.
11   Q.   Okay.  Backing up to the first visit in
12   October of 2003 what was the result of that visit?  What
13   did you decide to do?
14   A.   Okay.  She came to me on the medication
15   Zoloft which was at 200 milligrams in the morning and
16   also Seroquel 300 milligrams two at night.
17      And she reported that she was in the hospital
18   like an in-patient setting at least five times about for
19   the period of year and a half.  And this is the
20   medication that was stable -- made her felt stability.
21   And she moved to Ocala from New York.  And actually she
22   moved in July '03 and then she saw me in August '03.  So
23   she came to me on those two medications.
24   Q.   Okay.  And then did you change her
25   medications, or continue them, or what was your plan?

Page 33

1   A.   I did not change her medications because I
2   felt that the recent hospitalizations, and also she has
3   tried different medications prior to these two
4   combination so I felt that she should continue with the
5   same regimen if that helped her able to move and come to
6   Florida and settling here.  So I kept the same dosage,
7   same medications.
8   Q.   In a situation like that where a patient
9   comes to you and is already taking prescription
10   medications what discussion do you have about the risks
11   and benefits of those medications at that time?
12   A.   The risks and benefits of the medications are
13   usually explained to the patient.  But at the same time
14   I do want to make sure her stability is a priority.
15   She's new in town.  She's a single mother.  And she --
16   her son at that time was 13.  And she was disabled for
17   depression.  So I felt that to continue her stability it
18   would be better to continue what she's on.
19   Q.   Do you recall at that time whether or not you
20   discussed the off-label issue with Miss McAlexander?
21   A.   I did not make a note of it.  I do not
22   recall.
23   Q.   Do you recall whether or not at that time you
24   discussed anything about weight gain or diabetes with
25   her?

Page 34

1    A.   Again, I do not recall.
2    Q.   Okay. And then in the -- in the September
3 visit a month later that we looked at, at 00039 when
4 Miss McAlexander reported that she has diabetes, did you
5 discuss with her anything about her medication, Seroquel
6 in particular, with weight or diabetes?
7    A.   I usually do. When I say discuss
8 medications, it's usually mentioning the medications and
9 the side effects.
10        But, at the same time I still felt that I'm
11 not going to rock the boat in terms of changing at that
12 time because, again, she felt -- she tried different
13 medications, combinations, so this is comfortable for
14 her so I kept the medications the same.
15   Q.   Do you know when Miss McAlexander first
16 started taking Seroquel?
17   A.   She was already on it for about a year and a
18 half prior to -- prior to coming to me. So, she was on
19 it at least a year and a half before coming to me. So
20 I'm thinking probably at least 2002.
21   Q.   And prior to Miss McAlexander taking Seroquel
22 do you know what risk factors she had for developing
23 diabetes?
24        MS. HORNSBY: Objection, form.
25        THE WITNESS: She was obese when she came to

Page 35

1 me. So, that would be a condition that we usually
2 look into for developing diabetes.
3    Q.   (BY MR. ELDER) Obesity is a risk factor and
4 do you know how much Miss McAlexander weighed before she
5 started taking Seroquel?
6    A.   No, I don't except the first -- when I got
7 the records from the other doctor, he -- Dr. Sheflin,
8 (phonetic) and in his first meeting he mentioned like
9 she was -- she was at average build. That's the one.
10 (Indicating.) I mean, like in the -- keep going up or
11 down.
12   Q.   This is the page? (Indicating.)
13   A.   This is the page. (Indicating.)
14   Q.   Oh, okay, I see what you're referring to.
15        You're referring to what's in Exhibit 2 as
16 00074, it says February 11th, 2002, psychiatric
17 assessment, correct?
18   A.   Right.
19   Q.   And on the -- well -- oh, under the mental
20 status exam under appearance it says average build?
21   A.   Right.
22   Q.   But it doesn't give a height or weight?
23   A.   No, it does not, no.
24   Q.   Someone who is five feet eight inches tall
25 and 240 pounds would have a BMI of roughly 36, is that

Page 36

1 right?
2    A.   That's right.
3    Q.   Okay. That would be obese?
4    A.   Okay, yes.
5    Q.   Is that -- do you agree with that?
6    A.   I don't know the exact numbers, but 240 at
7 the five-seven is obesity.
8    Q.   And any -- generally -- it's generally
9 considered that any BMI above 30 is obese?
10   A.   Yes.
11   Q.   That's correct?
12   A.   That's correct.
13   Q.   And in this note here we weren't provided
14 with a particular height and weight, correct?
15   A.   Correct. That's correct.
16   Q.   We were talking about the risk factors for
17 diabetes. Obesity would be a risk factor so if -- if
18 from other records we could determine that Miss
19 McAlexander was obese prior to taking Seroquel, that
20 would be a risk factor for diabetes, correct?
21   A.   Yes.
22   Q.   A family history of diabetes is a risk
23 factor?
24   A.   Yes.
25   Q.   Do you know whether or not Miss McAlexander

Page 37

1 has a family history of diabetes?
2    A.   I do not know.
3    Q.   You would defer to the other medical
4 records --
5    A.   Yes.
6    Q.   -- on that issue?
7    A.   Yes.
8    Q.   Smoking is a risk factor for diabetes?
9        MS. HORNSBY: Objection, form.
10        THE WITNESS: Not that I know of.
11   Q.   (BY MR. ELDER) You're not aware of that?
12   A.   No.
13   Q.   Hypertension?
14   A.   Yes.
15   Q.   A sedentary lifestyle?
16   A.   Yes.
17   Q.   Any other things that you consider risk
18 factors for diabetes?
19   A.   No, not that I can recall.
20   Q.   Okay. Tell me how -- I understand that
21 Dr. Heflin (as spoken) is Miss McAlexander's primary
22 care physician and it's my understanding that the
23 diabetes management is -- that's what he does?
24   A.   Yes, that's what he does.
25   Q.   How does the diabetes issue play into your

Page 38

1  care and treatment of Miss McAlexander?
2  A. I encourage her to follow-up with the medical
3  doctors closely. And I check on the medications she's
4  on, what are the medications added on or how her blood
5  sugars have been doing, going on. But I don't actively
6  treat or do anything with the diabetes aspect of it.
7  Q. Have you ever gone back to try to determine
8  what caused Miss McAlexander's diabetes?
9  A. No.
10 Q. Okay. Have you ever told her that it was
11 caused by Seroquel?
12 A. No.
13 Q. Have you ever told her that it wasn't caused
14 by Seroquel?
15 A. No.
16 Q. Is it fair to say that you don't know whether
17 or not it was caused by Seroquel?
18 A. Yes.
19 Q. Yes, that's fair to say that?
20 A. Yes.
21 Q. Okay. Do you recall in January of 2004 there
22 was a Seroquel label change and that's when the diabetes
23 warning was added to Seroquel? It had been added to
24 some of the other drugs and it was added to Seroquel in
25 January of 2004; do you have any independent

Page 39

1  recollection of that?
2  A. I know it was added on. I don't recall it
3  was in 2004 but, yes, I think it was later on added,
4  yes, to diabetes.
5  Q. Do you recall -- okay, you are listed as a
6  recipient of the dear doctor letter. Are you familiar
7  with dear doctor letters generally when there's a change
8  to a label?
9  A. To change a label, yes.
10 Q. And do you recall receiving that letter?
11 A. No.
12 Q. Do you recall anything in particular about
13 that label change associated with Seroquel?
14 A. From the company or from overall?
15 Q. Just overall --
16 A. Overall, yes.
17 Q. -- it happening.
18 A. Yes, overall it's happening, yes.
19 Q. In January your -- actually I'm looking at
20 the top of the page, it's July 2004, there's also an
21 October 2004 record on the same page and I wanted to ask
22 you about which in mine is 00035. 7/28/04 up at the
23 top.
24     Your October 27th, 2004 note indicates that
25 Miss McAlexander has a new primary care physician

Page 40

1  Dr. Heflin (as spoken) and that he started her on a
2  diabetes medication. Did you consider changing her
3  medication at that time or at any other time did you
4  discuss with her changing Seroquel?
5  A. Probably not because I felt that Seroquel
6  kept a stability for her from, again, the repeated
7  hospitalizations she had prior to coming to me.
8      So, I was looking into, when she had the
9  depression, more depression, more anxiety issues I was
10 looking actively looking into changing the Prozac,
11 Zoloft to try to first line it to change those
12 medications before I rock her, you know, with the change
13 in the Seroquel. So that's what I was doing.
14 Q. And we can look at the particular records in
15 a minute; it seemed to be, from my reading of the
16 records, that Miss McAlexander reviewed her Seroquel
17 prescription as primarily a sleep aid. Is that the way
18 that you viewed it?
19 A. No, I did not.
20 Q. Okay. How did you view it?
21 A. I felt that adding the augmentation like we
22 talked in the very beginning, adding the Seroquel gave
23 her the stability with the depression and the anxiety
24 and the sleeping.
25     So, again, as I mentioned again, the not pri

Page 41

1  -- priorities were like prevent repeated
2  hospitalizations, able to function at home to care for
3  her 13-year-old son so I felt that Seroquel kept a
4  stability for her. That's how I looked at it.
5      So, again, I just -- I was kind of a little
6  surprised when she said in 2005, came in and said that I
7  would like to change the Seroquel, I was only using it
8  for sleeping. So I was really surprised at that time.
9  I talked to her at length at that time, Are you sure you
10 want to come off of it, change it.
11     I give her the options at that time Geodon
12 and other medications but she said, No, I want to come
13 off the Seroquel. And I work with her. I think we took
14 at least ten months time to really wean off on the
15 Seroquel.
16 Q. Miss McAlexander's primary condition that you
17 were dealing with is depression, correct?
18 A. Yes.
19 Q. How would you characterize her depression in
20 terms of severity?
21 A. When she came to me or overall?
22 Q. When she came to you.
23 A. When she came to me? I felt that she was
24 fairly stable with the regimen of Zoloft and the
25 Seroquel with the depression. Again, she did not

**Page 42**

present any problems with sleeping or any more increase depression at that time. She didn't have any suicidal thoughts at that time. So that's how she came to me. I was comfortable that she was stable on those two regimen at that time.

Q. And then over the course of treating her how has her stability been? Has it changed at times?

A. I have known her now for four years, a little more than four years. I would say it has been fluctuating, a lot of anxiety. I would say ended up in medical hospitals with heart palpitations, anxiety issues, and also a couple of times at the local mental health center with the more depression. I think at one time with having thoughts of hurting herself, suicidal thoughts. So, it has been fluctuating course with her emotional status.

Q. And when she came to you, she was already on disability because of her depression?

A. Yes.

Q. So, it prevented -- it prevents her from working?

A. Right, exactly.

Q. So that's a -- that's a major impact on an adult's life?

A. Yes.

**Page 43**

Q. Depression you would agree generally can be a debilitating condition?

A. Yes.

Q. She's been hospitalized on multiple occasions as a result of her depression?

A. Yes.

Q. One of those hospitalizations resulted in a brief period in which her son was taken by the state?

A. Yes.

Q. And at the times she's doing better and has tried some part-time work at various times?

A. I think I heard the part-time work more in the last couple of meetings.

Q. More recently?

A. More recently.

Q. If you could turn with me to your July 13th, 2005 note. And, I believe, this is the one that you were referring to earlier.

MR. ELDER: Lezzlie, it says May 20th up at the top of the page.

MS. HORNSBY: Okay.

Q. (BY MR. ELDER) And this is number 00027 in Exhibit 2. And this is when Miss McAlexander came to you and said that she was using Seroquel only to sleep and she wanted to switch off of it because of weight

**Page 44**

gain. Had you noticed just visually any change in her weight?

A. I would say over a period of time she was at the -- I didn't check her weight when she came to the office. But, overall I felt she was at the same weight until she came to me in July and then we tried to take her off of the medication. I think I would say in the past year she did lose some weight.

Q. And as you discussed you weren't necessarily in favor of the change?

A. I agree.

Q. And, in fact, you said that you then worked on taking her off of the Seroquel but you did that slowly --

A. Right.

Q. -- and over a period, I believe you said ten months?

A. Ten months, uh-huh.

Q. As I'm flipping to another record, I wanted to ask you about a record in between that's your September 30th, 2005 entry. And it's in Exhibit 2, it's number 00024.

And this is in relation to the situation with her son and they were seeking input from her doctors. And you have a note that says that you would not be of

**Page 45**

much help with this client's situation, that I mainly do medication management. Dr. Henderson, Ph.D., therapist, would be helpful to give more info on home situation.

Tell me what's the distinction between sort of what you're talking about there, medication management, and what Dr. Henderson is doing?

A. Dr. Henderson is a psychologist. And patient, Miss McAlexander, has been seeing him from the beginning overall. I think she has been seeing him even sometimes once every two weeks, once a month on a regular follow-up. He's more into her counseling issues with relationship with her son or what her stressors are, her relationship with parents, those kind of situations.

So when the Kid Central which is through the Department of Children and Family services contacted me, I cannot jump in to say she's okay to take care of her son because I don't know exactly what has been happening at home. So I felt that he needs to be notified and he needs to give more information as to how her home situation is. That's what I meant, because I mainly, more contact medications aspect of it.

Q. What people might think of as going to just the doctor for a mental condition and sitting down and

(Pages 42 to 45)

Page 46

1  talking for an hour long session, that's not what you
2  were doing with Miss McAlexander?
3      A.  Correct, no.
4      Q.  That's what Dr. Henderson was doing?
5      A.  Dr. Henderson was doing, exactly.
6      Q.  The next note that I wanted to ask you about
7  is on the next page, October 4th, 2005. And this is
8  number 00023 in the records.
9          And under the medications under Ativan you
10 say, Doing okay with current regime, not to decrease
11 Seroquel at this time. So that reflects what we were
12 talking about with the -- for a time even after she
13 requested to be taken off it, she continued on the
14 Seroquel?
15     A.  She continued on a small dose, yes.
16     Q.  And what was the dose at that point?
17     A.  A hundred milligrams at bed time.
18     Q.  And what had it been previously?
19     A.  Previously she was -- in the very beginning
20 she came to me at 600 milligrams at bed time.
21     Q.  And then at some point before she asked to be
22 taken off of it, did you reduce that dose?
23     A.  No, I did not reduce. She kept at 600
24 milligrams at bed time.
25     Q.  If you can turn with me to your February 1st

Page 47

1  of 2006 note which is 00020 in Exhibit 2.
2      A.  February 1st?
3      Q.  I'm sorry, February 1st of '06, yes.
4          And this is -- it was July of 2005 when she
5  wanted to come off the Seroquel and we're now in
6  February of 2006 and she's continuing on the smaller
7  dose --
8      A.  Yes.
9      Q.  -- correct?
10         And you have a note here that her health is
11 okay. And that she's lost about 20 pounds since October
12 of 2005, correct?
13     A.  Okay, that's on the February 27th, '06.
14     Q.  I'm sorry. Yeah, that's --
15     A.  Right, right.
16     Q.  -- it's on the same page --
17     A.  Same page --
18     Q.  -- next visit.
19     A.  -- as the next visit. Yes, she did lose 20
20 pounds since October of '05.
21     Q.  Okay. And so during that time period she was
22 continuing to take Seroquel at that lower dose?
23     A.  Yes.
24     Q.  But was still able to lose 20 pounds?
25     A.  Yes.

Page 48

1      Q.  And then the -- if you'll turn with me to
2  your August 18th, 2006 note which is 00018. That's
3  where you indicate that two weeks prior to that visit
4  she had stopped taking Seroquel. And then in your
5  prescriptions there you have, Discontinue the Seroquel.
6      A.  Yes.
7      Q.  And this is -- so, it's about one year later?
8      A.  Right.
9      Q.  What has been your impression of her diabetes
10 control in the past two years?
11     A.  I need to look through my notes to say how
12 she was doing. I think overall she does say that she
13 has -- I think at one time she did mention that she has
14 been having some fluctuations in her blood sugar.
15     Q.  To get that information would Dr. Heflin's
16 records and Dr. Heflin be the best sort source of that
17 information?
18     A.  Yes.
19     Q.  Do you have any information there about her
20 recent diabetes control?
21     A.  Recent diabetes would be -- very recent would
22 be the hospitalization she had at the local hospital.
23 And I would say that I don't think they mention anything
24 about the diabetes aspect of it, more then still the
25 anxiety and the problems with her pulmonary condition.

Page 49

1      Q.  If Miss McAlexander decided for herself that
2  she wanted to continue using Seroquel today, would you
3  have any problems with that?
4      A.  I would say as long as her blood sugar is
5  under control and overall health is okay, yeah, I would
6  not have any problems for her to continue Seroquel at
7  this time if that helped her previously with her overall
8  anxiety, sleep, depression.
9      Q.  Is getting to sleep and getting enough sleep
10 often a significant issue with people who are depressed?
11     A.  Yes.
12     Q.  It's not a -- it's not necessarily a minor
13 issue, sleeping?
14     A.  No, it is not a minor issue.
15     Q.  The 600 milligram dose that Miss McAlexander
16 was taking, how did you arrive at that dose?
17     A.  She came to me on that dosage so I felt,
18 again, as I mentioned before, that probably that kept --
19 kept her depression fairly under control.
20     Q.  Prior to treating Miss McAlexander had you
21 had a patient come to you and complain about weight gain
22 in Seroquel?
23     A.  Just the medication, Seroquel, somebody
24 complaining, another patient complaining of weight gain?
25     Q.  Right.

Page 50

1   A.  Not that I recall.
2   Q.  How about the other second generation
3   atypicals?
4   A.  Yes.
5   Q.  We talked about the fact that she came to see
6   you in 2003, and we talked about the 2004 note where she
7   had been to see a doctor and told you about the
8   diabetes. And I believe what you indicated is that --
9   well, we know that you kept her on Seroquel and that,
10  you know, that was the appropriate thing to do.
11      I assume that if in 2003 Seroquel had carried
12  the warning that was added in January of 2004 you would
13  have made the same decision upon first seeing
14  Mrs. McAlexander which was to continue with the
15  Seroquel?
16      MS. HORNSBY: Objection, form.
17      THE WITNESS: I would say, yes.
18  Q.  (BY MR. ELDER) I saw at one point in the
19  chart you sent a letter to Dr. Heflin. I believe you
20  got some records from him just when he started treating
21  Miss McAlexander. Have you ever discussed with
22  Dr. Heflin this particular issue of which, if any,
23  atypical antipsychotic she should take?
24  A.  No.
25  Q.  In 2006 treatment of major depressive

Page 51

1   episodes was added to the Seroquel label, was an
2   additional indication. Did that change, alter the way
3   you use or prescribe Seroquel in your practice?
4   A.  Probably not.
5   Q.  And major depressive episodes is not the same
6   thing as depression, is that right?
7   A.  That's correct.
8   Q.  That's a -- we talked about the DSM-IV
9   earlier, that's a different DSM-IV code and has a
10  different list of diagnostic criteria?
11  A.  Yes.
12  Q.  When you looked back at the DSM-IV in
13  preparing for your deposition, was there anything that
14  -- anything in particular you were looking for?
15  A.  No.
16  Q.  The PDR, is that the primary tool that you
17  use to look up a drug's side effects, interactions with
18  other drugs, you know, to gather that information?
19  A.  Usually.
20  Q.  I've been at some of these other depositions
21  where someone had a little paperback book that they
22  used, other kinds of manuals. Do you have kind of a
23  quick reference guide or --
24  A.  Quick reference guide?
25  Q.  -- anything like that?

Page 52

1   A.  No.
2   Q.  Okay. Dr. Velisetty, if you're called as a
3   witness in this lawsuit, would it be fair to say that
4   you would not have an opinion as to whether or not
5   Seroquel caused Miss McAlexander's diabetes?
6   A.  It would be hard for me to say if Seroquel
7   caused the situation. But at the same time we know that
8   Seroquel can cause the weight gain so it would be very
9   hard for me to say that it did not.
10  Q.  Okay, it would be hard for you to say one way
11  or the other?
12  A.  One way or the other.
13  Q.  And in terms of causing someone to gain
14  weight, weight gain is a risk factor for diabetes,
15  correct?
16  A.  Correct.
17  Q.  Causing weight gain might not lead to
18  diabetes?
19  A.  Correct.
20  Q.  Just things are risk factors, not all
21  overweight people --
22  A.  Right.
23  Q.  -- have diabetes?
24  A.  Exactly.
25  Q.  Like all people who smoke don't get lung

Page 53

1   cancer?
2   A.  Yes.
3   Q.  But these things are risk factors?
4   A.  Yes.
5   Q.  Your AstraZeneca representatives who come to
6   see you, do you know who they are?
7   A.  Yeah, I would say, Sarah Beck. I think she
8   came to me just a couple of days ago so I remember the
9   name.
10  Q.  Sarah Beck?
11  A.  B-E-C-K.
12  Q.  Okay. Do you remember any of the others?
13  A.  I would say there's a lady from Orlando that
14  used to come, Cindy Ferrell, (phonetic) I think that's
15  right, she would be the one to come for Seroquel for a
16  long time. And then there was a gap for some time in
17  between, for almost -- almost I would say for a year.
18  And then recently they started coming again.
19  Q.  Are you visited by representatives from other
20  companies?
21  A.  Yes.
22  Q.  Has that been the case since you opened your
23  practice in 1985?
24  A.  Right.
25  Q.  Anything unusual about being visited by a

54

1  drug -- by drug representatives?
2      A.  No.
3          MR. ELDER:  That's all the questions I have
4  right now.  I might have some follow-up but thank
5  you.
6          THE WITNESS:  Okay.
7          MS. HORNSBY:  Can we take a teeny-tiny
8  restroom break?
9          MR. ELDER:  Sure.
10         (A brief recess was taken.)
11         MR. ELDER:  I have marked as Exhibit 3 the
12 additional records from West Marion Community
13 Hospital that Dr. Velisetty provided us in
14 addition to the records we already had.
15              CROSS EXAMINATION
16     Q.  (BY MS. HORNSBY) Dr. Velisetty, we met
17 earlier when I walked in, and my name is Lezzlie
18 Hornsby.  And I represent your patient, Eileen Mc --
19 McAlexander.  I wanted to say something else, McAlister,
20 sorry.
21         Doctor, have you ever been a plaintiff or a
22 defendant in a civil lawsuit?
23     A.  No.
24     Q.  Okay.  It's just a routine question.  I
25 didn't mean anything by it.

55

1      A.  Okay.
2      Q.  And you're board certified in psychology and
3  neurology.  Where did you get your medical degree?
4      A.  Medical degree is from India.  It's Guntur
5  Medical College, Guntur, India.
6      Q.  Have you ever published any articles?
7      A.  No.
8      Q.  Have you lectured on any type of psychiatric
9  class or CME?  Have you done any --
10     A.  CME, no.
11     Q.  Okay.  Any lectures?
12     A.  I am speaker for Lexapro.
13     Q.  Okay.
14     A.  Also I do for Provigil which is the Cephalon
15 company.
16     Q.  And who is the manufacturer of Lexapro?
17     A.  Forest Pharmaceuticals.
18     Q.  These speaking engagements, what do they
19 entail?
20     A.  It's about the medications with a group of
21 other psychiatrists or primary care physicians.
22     Q.  Are you paid by Forest to do that?
23     A.  Yes.
24     Q.  Have you ever spoken for AstraZeneca?
25     A.  No.

56

1      Q.  Do you belong to any professional
2  organizations?
3      A.  I belong to the American Psychiatric
4  Association and also Florida Psychiatric Society.
5      Q.  And are you required to keep current on CMEs?
6      A.  Yes.
7      Q.  And Florida requires 40 hours?
8      A.  Fifty, I would say for two years.
9      Q.  Fifty every two years?
10     A.  Uh-huh.
11     Q.  Okay.  Do you recall or have you ever been to
12 a CME sponsored by AstraZeneca?
13     A.  I don't remember CME sponsored by AstraZeneca
14 but I did attend a meeting where they talk about
15 Seroquel about complications.
16     Q.  Okay.  So, to maintain your CME lawyers go
17 to, you know, meetings --
18     A.  Right, right, right.
19     Q.  -- is it the same thing for doctors?
20     A.  Right.
21     Q.  Okay.
22     A.  I went to Pri-Med meeting in, I would say,
23 Fort Lauderdale.  They give us like 30 CME, 30 hours for
24 the whole weekend, like Friday, Saturday, Sunday.
25     Q.  Right.

57

1      A.  Yeah.
2      Q.  Get it all done.
3      A.  Get it all done at one time.
4      Q.  Okay.  And you previously testified that, I
5  guess, in a week you see 70 to 75 patients?
6      A.  Seventy to 75, yes.
7      Q.  Okay.  What about per day, how many --
8      A.  Per day I would say about 15.
9      Q.  And what hours of the day do you work?
10     A.  I work from 8:30 to 4:30.
11     Q.  Is that every Monday through Friday?
12     A.  Usually Monday through Friday, yes.
13     Q.  Are you on-call?
14     A.  On-call, we have a group four psychiatrists,
15 we cover each other on weekends.  And also, when I'm
16 covering for one of the psychiatrists, I do the hospital
17 coverage, too, if he ask me to cover -- like a local
18 medical hospital, he does the consultations.  So, I do
19 the consultations for the local hospital.
20     Q.  Is that in-patient consultation or is it
21 while they are patient -- in-patient you go and speak to
22 them or?
23     A.  Oh, right, no, it's seeing patients on an
24 in-patient medical surgical hospital, not a psychiatric
25 hospital, it's a med-surg hospital.

Page 58

1   Q.  Okay. Would that be considered --
2   A.  Considered like a consultation. Say somebody
3   comes in say with diabetes having problems, and then
4   they have history of depression, then they consult
5   saying why don't you come in and check on her
6   medications, and those kind of things.
7   Q.  Okay. How often do you have to go to the
8   hospital to consult?
9   A.  Occasionally. As I said, probably once a
10  month or a couple of times a month.
11  Q.  Okay. Do you have paperwork that you keep
12  the chart for Miss McAlexander? For example, do you
13  keep the chart as you're meeting with her or do you do
14  it after she's gone?
15  A.  No, when I'm meeting with her.
16  Q.  Okay. So you keep those, as we established
17  before, during the regular course of business as it is
18  occurring?
19  A.  Right, right.
20  Q.  Okay. And I apologize if this has been asked
21  before, but do you have any other private or clinical
22  practices other than this one right here?
23  A.  No.
24  Q.  Okay. During your normal day, Monday through
25  Friday, do you read any -- or, do you have the

Page 59

1   opportunity to stay up-to-date and read medical journals
2   and whatnot?
3   A.  Yes.
4   Q.  Okay. What -- do you subscribe to any
5   journals?
6   A.  Being a member of APA we do get the Green
7   Journal, that's a big psychiatric journal that's
8   provided by the APA. And also we do other journals, as
9   I mentioned, Psychiatric News.
10  Q.  Okay.
11  A.  And also Psychiatric Annals.
12  Q.  Okay. What you said before?
13  A.  Right, right.
14  Q.  Okay. And do you read articles that interest
15  you or do you flip through it to see what's there?
16  A.  I read articles that interest me and in my
17  practice would what be helpful.
18  Q.  Okay. You testified earlier that you, I
19  believe, may have one patient on a first generation
20  antipsychotic medication but you specifically -- the
21  majority of your practice you prescribe second
22  generation antipsychotic medications, correct?
23  A.  Yes.
24  Q.  Of the five, I believe there are five, which
25  do you most frequently prescribe?

Page 60

1   A.  I use Risperdal and Seroquel.
2   Q.  Okay. Those are the most frequently?
3   A.  Most frequent.
4   Q.  Okay. Do you prescribe Geodon?
5   A.  Yes, I do prescribe Geodon.
6   Q.  Is that a frequent or --
7   A.  I would say fairly frequent. The only
8   concern with the Geodon is it's a benefit with the no
9   weight gain issue; but, at the same time if somebody has
10  any heart condition or heart issues I kind of back off
11  on prescribing Geodon.
12  Q.  What does it --
13  A.  I think it causes like what -- on a -- QTC
14  prolongation on the EKG, and those patients can die from
15  the condition if it -- if it's -- it's a certain level.
16  So I'm more cautious in using Geodon. I use it more in
17  younger, not having any major health issues.
18  Q.  Okay. So you would, in prescribing Geodon,
19  with knowing that there, you know, that it's --
20  A.  There is --
21  Q.  -- for a heart so you weigh the risks and the
22  benefits?
23  A.  Right.
24  Q.  And I believe you said that you do the same
25  thing with patients when you're deciding which

Page 61

1   medication to prescribe to them?
2   A.  Yes, yes.
3   Q.  Okay. Do you consider yourself an expert on
4   the differences between the different antipsychotic
5   medications that are available to prescribe to your
6   patients?
7   A.  I would say knowledgeable.
8   Q.  Okay.
9   A.  Yes.
10  Q.  Okay. So you keep up-to-date on the PDR --
11  A.  Yes.
12  Q.  -- for example?
13  A.  Yes.
14  Q.  Okay. Did you read any medical studies
15  during the time you treated Miss McAlexander regarding
16  the antipsychotic medications that you were prescribing?
17  A.  I would say, yes.
18  Q.  At the time of -- I believe -- I believe Miss
19  Mc -- I'm just going to say plaintiff because I keep
20  butchering it, and it's not that I don't know her name.
21     MR. ELDER: Just say Alexander.
22     THE WITNESS: That's what I'm saying, yeah.
23     MR. ELDER: Which I saw written in other
24  people's records several times.
25     MS. HORNSBY: Right.

Page 66

1   Q.   Or diabetes in general?
2   A.   No.
3   Q.   Or Seroquel?
4   A.   Seroquel? Yes.
5   Q.   I'm not trying to trick you, I promise.
6        Have you reviewed any literature regarding
7   the causes of diabetes or weight gain -- well, not
8   weight gain -- in preparation for today's deposition?
9   A.   No.
10  Q.   Okay. And I take it you never discussed
11  diabetes with Miss McAlexander?
12  A.   I do ask her about how her blood sugars are
13  doing, has she seen her medical doctors, what her
14  medications are. And I would say, I think she did
15  mention her blood sugar fluctuating. Again, I don't
16  remember the exact time period but one time she did
17  mention that there has been some fluctuations in her
18  blood sugar.
19  Q.   In 2003 would you have discussed diabetes
20  with Miss McAlexander?
21  A.   The very first meeting I don't recall, but I
22  doubt I have discussed anything with the diabetes at the
23  time.
24  Q.   Okay. At the time you prescribed Seroquel to
25  Miss McAlexander what did you know about the drug

Page 67

1   Seroquel?
2   A.   At the first meeting?
3   Q.   Yes. When you followed up on the
4   prescription and wrote your own prescription for her.
5   A.   Okay. It does have the side effects of
6   weight gain, sedation, some dizziness. And again, all
7   these second generation antipsychotics have to be
8   careful with the extrapyramidal side effects and tardive
9   dyskinesia.
10  Q.   And you got that information from the written
11  -- the journals that you read?
12  A.   Yes.
13  Q.   Consultations with other doctors or
14  discussions with other doctors?
15  A.   Yes.
16  Q.   Okay. Package inserts?
17  A.   Yes.
18  Q.   Okay. And the PDR?
19  A.   Yes.
20  Q.   When you renewed the prescription for
21  Seroquel for Miss McAlexander, did you read the warning
22  adverse event and precaution section of Seroquel when
23  you prescribed it to her?
24  A.   Not each time.
25  Q.   That initial time.

Page 68

1   A.   Initial time, yes, I usually do.
2   Q.   Okay. Would you normally sort of summarize
3   what you've read in the package insert and give that
4   information --
5   A.   Yes.
6   Q.   -- to your patient? Okay.
7        And you've been prescribing Seroquel since
8   approximately 1999, is that correct?
9   A.   I don't recall but, yes, ever since it's been
10  on the market.
11  Q.   Okay. Have you -- Spectrum is -- Spectrum
12  Behavioral Health is that the health center in New York?
13  A.   That she had been to.
14  Q.   Okay. And I believe you requested the
15  records from Dr. -- her doctor there --
16  A.   Uh-huh.
17  Q.   -- or from the clinic?
18       Did you review those records?
19  A.   Yes.
20  Q.   And I believe the date is February 11th,
21  2002.
22  A.   Uh-huh.
23  Q.   And these would be the clinic's notes in New
24  York, right?
25  A.   Right.

Page 69

1   Q.   Okay. And I'm reading, it looks like,
2   Problem with eyesight and weight gain. Do you see that?
3   That's why I'm asking if it's your -- I knew it wasn't
4   your writing --
5   A.   Right.
6   Q.   -- but you probably have as much trouble --
7   A.   With reading it.
8   Q.   -- deciphering it as I do?
9   A.   Yes, exactly, exactly, yes.
10  Q.   But it's like the third line down --
11  A.   Okay.
12  Q.   -- problem with eyesight and weight gain.
13  A.   Right.
14  Q.   Do you see it?
15  A.   Yeah.
16  Q.   Would that have meant anything to you at the
17  time?
18  A.   At the time? I don't recall at that time.
19  But at the same time Seroquel was a concern at a certain
20  time when we were prescribing that it can decrease the
21  vision.
22  Q.   Okay. Do you recall requesting a -- and I
23  don't know the technical name for this, the information
24  from your drug rep --
25  A.   (Inaudible.)

Page 70

1    Q.  Right.
2        THE REPORTER: I'm sorry, what did you say?
3        THE WITNESS: From the company.
4    Q.  (BY MS. HORNSBY) Right. Do you recall
5    requesting that information?
6    A.  Okay.
7    Q.  I'm sorry --
8    A.  Right, right, right.
9    Q.  -- let me strike that.
10       MS. DUNCAN: Dr. Velisetty, it might be
11       helpful if you let her finish her complete
12       question, that way you're won't be guessing at
13       what it is. You-all are kind of starting to talk
14       over top of each other.
15       THE WITNESS: Okay.
16       MS. HORNSBY: Thank you.
17   Q.  (BY MS. HORNSBY) Doctor, do you recall in
18   July of 2001 requesting information from your
19   pharmaceutical sales specialist, Cynthia Ferrell,
20   regarding cataracts?
21   A.  I don't recall but I do remember was a
22   concern, yes.
23   Q.  Okay. On the drugs that you prescribe to
24   your patients is the -- do you conduct any independent
25   research on those particular drugs other than what you

Page 71

1    -- the information that you get in the PDR?
2    A.  No.
3    Q.  Okay. So, it would be fair to say that you
4    rely on the PDR for risks, warnings, contraindications,
5    usages of the medications that you prescribe?
6        MR. ELDER: Objection --
7        THE WITNESS: Yes, other than the --
8        MR. ELDER: -- mischaracterizes testimony.
9        THE WITNESS: -- journals. Other than the
10       psychiatric journals.
11   Q.  (BY MS. HORNSBY) Okay. Who do you depend on
12   to research a drug?
13       MR. ELDER: Objection, foundation.
14       THE WITNESS: I do look up in the journals.
15       Again, I would say if I have any question on the
16       medication, then I do request information from the
17       company.
18   Q.  (BY MS. HORNSBY) Okay. So you expect the
19   company to provide a complete and thorough investigation
20   of the drugs that it puts on the market?
21   A.  Uh-huh, yes.
22   Q.  Okay. When you prescribe -- each time you
23   prescribe drugs to your patients do you look at the
24   package insert to see if the drug manufacturers made any
25   changes to the package insert or the label?

Page 72

1    A.  No, not each time.
2    Q.  Do you depend on the drug company to update
3    the label information?
4    A.  Yes.
5    Q.  Do you depend on the drug company to analyze
6    its drugs honestly and objectively?
7    A.  Yes.
8    Q.  Do you depend on the drug company to
9    communicate this information to you?
10   A.  Yes.
11   Q.  Because you're -- do your patients rely on
12   you as their doctor to -- for the information regarding
13   the drugs that you're prescribing?
14   A.  Yes.
15   Q.  So in the context of prescribing medications
16   the PDR is an important source of information for you to
17   educate yourself about the risk profile of the
18   medication?
19   A.  Yes.
20   Q.  And you expect the PDR to be accurate?
21   A.  Yes.
22   Q.  Thorough?
23   A.  Yes.
24   Q.  Not misleading?
25   A.  No.

Page 73

1    Q.  Okay. And you're aware that the PDR contains
2    information and drug labels on the package inserts?
3    A.  Yes.
4    Q.  Is it your understanding that the information
5    contained in the PDR is provided by the drug
6    manufacturer?
7    A.  Say that again.
8    Q.  Is it your understanding that the information
9    on particular drugs contained in the PDR, that the
10   information therein is provided by the drug
11   manufacturer?
12   A.  Yes.
13   Q.  So if the PDR was misleading or inaccurate
14   regarding its drugs, then you're not going to be able to
15   perform a complete risk benefit, right?
16   A.  Yes.
17       MR. ELDER: Objection.
18   Q.  (BY MS. HORNSBY) Can you describe for the
19   jury what a -- no, strike that.
20       You wouldn't prescribe a medication that
21   wasn't effective, would you?
22   A.  No.
23   Q.  Would it be fair to say that it's important
24   for you to have as much information as possible about
25   the risks of a drug so you can make an informed

19 (Pages 70 to 73)

Page 74

1  decision?
2  A.  Yes.
3  Q.  Your previous testimony -- strike that.  Do
4  you recall receiving a dear doctor letter from
5  AstraZeneca?
6  A.  No, I do not.
7  Q.  Okay.  I apologize if that was already asked.
8     So, you weren't aware that a dear doctor
9  letter was issued on January 20th of 2004?
10 A.  No.
11 Q.  Do you recall any of your AstraZeneca drug
12 representatives telling you to monitor the weights of
13 your patients on Seroquel?
14 A.  I do not recall specifically for Seroquel but
15 overall it has been said by all the reps -- I mean, most
16 of the atypicals, like the second generation, they were
17 saying monitor their weight, yes.
18 Q.  Okay.  What percentage of your patient
19 population is overweight would you say?
20 A.  Twenty, 25 percent.
21 Q.  Okay.  So it's not half and half?
22 A.  No, it's not half and half.
23 Q.  So you have a lower number of patients --
24 A.  Lower number --
25 Q.  -- who are overweight?

Page 75

1  A.  -- (inaudible.)
2     THE REPORTER:  I'm sorry, what?
3     THE WITNESS:  Overweight patients.
4  Q.  (BY MS. HORNSBY)  In educating yourself
5  regarding the risks of a medication, it's important for
6  you to know about serious risks, correct?
7  A.  Yes.
8  Q.  And also how often these risks are occurring?
9  A.  Yes.
10 Q.  And while a medication is appropriate for one
11 patient it may not be appropriate for another patient?
12 A.  Yes.
13 Q.  And so you do an individual analysis?
14 A.  Yes.
15 Q.  Would that be true for all of your patients?
16 A.  Yes.
17 Q.  Did you -- and I'm just going to paraphrase
18 this, I believe the answer is yes.  But, did you talk to
19 Miss McAlexander about blood glucose monitoring?
20 A.  I would say yes.
21 Q.  Okay.  Was that after she was diagnosed with
22 diabetes?
23 A.  After she was diagnosed with diabetes.
24 Q.  Okay.  Did you ever discuss her weight?
25 A.  I did not drill her on the weight that she

Page 76

1  needs to lose the weight because I -- again, I felt I
2  could not change any medications in her reg -- what she
3  has been getting.  So, I would say a reasonable
4  education with the weight issue, yes, but not like
5  telling her, You need to lose weight, you need to lose
6  weight each time she came in, no.
7  Q.  Okay.  Proper diet?
8  A.  Proper diet, yes.
9  Q.  Exercise?
10 A.  Exercise.
11 Q.  About how tall is she, do you recall?
12 A.  I think I remember five-seven.  I don't know
13 the exact height.
14 Q.  Well, I mean approximately.
15 A.  Approximately she's tall, five-seven I would
16 say.
17 Q.  Okay.  Do you know approximately what --
18 A.  What weight?
19 Q.  Right.
20 A.  I would sale for females around 150.  I'm
21 guessing, guessing.  Around that range.
22 Q.  One-five-zero?
23 A.  One-five-zero.  I'm guessing.
24 Q.  That's fine.  Just to get ...
25 A.  Okay.

Page 77

1  Q.  And so she was diagnosed with diabetes on or
2  around September 16th, 2005?
3  A.  2003.  She -- the second visit she came to me
4  she said that she was diagnosed diabetes in September,
5  September 17th, '03.
6  Q.  I'm sorry.  Where did I get '05?
7  A.  I think after she changed her primary care
8  doctors that's when she was started on medication for
9  diabetes.  That was probably in, I'm thinking October of
10 '04.
11    MS. DUNCAN:  Doctor, if you could, just wait
12    for a question to be asked.
13 Q.  (BY MS. HORNSBY)  Was Miss McAlexander
14 compliant with her medications to your knowledge?
15 A.  No.
16 Q.  In what way?
17 A.  She did not have any complaints about the
18 medication.
19 Q.  Compliance.
20 A.  Compliance.  Yes, she was very compliant with
21 the medications.
22 Q.  Do you have any -- strike that.
23    Do you agree that diabetes is a serious
24 disease?
25 A.  Yes.

Page 78

1  Q. Can it get worse?
2  A. Yes.
3  Q. What are the different ways it can be
4  treated?
5  A. (No response.)
6  Q. Treating diabetes?
7  A. Treating diabetes, I would say, from my
8  knowledge as far --
9  Q. Right.
10  A. -- like a psychiatrist definitely losing
11  weight would be the priority, and then watching her
12  diet, and then the medications.
13  Q. Diabetic medications?
14  A. Diabetic medications.
15  Q. Do you know what other health problems
16  diabetes can put you at risk for?
17  A. Diabetic complications would be all around
18  from peripheral neuropathy, diabetic retinopathy.
19  Several health issues I would say, yes, from diabetes,
20  heart conditions over a period of time.
21  Q. Stroke?
22  A. Stroke.
23  Q. Death?
24  A. Death.
25  Q. But Miss McAlexander being overweight didn't

Page 79

1  specifically mean she was going to get diabetes, did it?
2  A. It did not.
3  Q. And you said that you could not recall
4  whether or not she had a family history of diabetes?
5  A. Right.
6  Q. Would medication for a risk of weight gain
7  make diabetes difficult to manage?
8  A. I do not know. I don't know the answer.
9  Q. Okay. If a patient had diabetes, would you
10  want to add a medication with a risk factor for weight
11  gain to your medical regimen?
12      MR. ELDER: Objection, speculation.
13      THE WITNESS: In case of Miss McAlexander she
14      came to me on those regimen of medications. As
15      long as her diabetes under control and she's
16      following up with her medical doctor, I felt
17      comfortable to continue the regimen. Because even
18      if I change to any other atypicals, I would say
19      the same risks are associated with the
20      medications.
21      So, I would rather not rock the situation for
22      her because I felt that I don't want her to go
23      through the same again like she had in New York
24      with repeated hospitalizations so I could not
25      change anything at that time.

Page 80

1  Q. (BY MS. HORNSBY) You indicated earlier that
2  you had some patients on Seroquel that had not gained
3  weight. Do you --
4  A. Yes.
5  Q. Could you give me -- what percentage would be
6  that have not gained weight to the best of your
7  knowledge?
8  A. Okay, if I have -- I'm just giving an
9  example, like ten patients on Seroquel, I would say
10  probably five to six not gaining weight and then there
11  could be three, four gain weight.
12  Q. And that's just a rough -- a for example?
13  A. Right.
14  Q. Okay. And you prescribe Abilify, correct?
15  A. Yes.
16  Q. And you prescribe Geodon, correct?
17  A. Yes.
18  Q. In March of '04, March 2nd of '04 you
19  increased Miss McAlexander's Seroquel by 25 milligrams
20  once a day as needed for increased anxiety?
21  A. Yes.
22  Q. Okay. So at the time she would have been on
23  approximately 625 milligrams per day?
24  A. Yes.
25  Q. Did most of Miss McAlexander's Seroquel come

Page 81

1  from samples?
2  A. I did give her plenty of samples all through
3  the years because I was really concerned.
4      Again, these medications are, overall, second
5  generation atypicals are expensive. Even after the
6  insurance pays the copay could be anywhere from 40 to
7  $50 copay.
8      So because -- again, because she does not
9  work, she's on disability and has -- doesn't have much
10  support network, she did mention that she has difficulty
11  affording the medications. So I kept giving her the
12  samples as much as I can to -- so she doesn't come off
13  the medication.
14      So, again, I didn't want her to go through
15  the same cycle again like she had in New York. So I
16  gave her plenty of samples all through the years.
17      I gave not only Seroquel, I gave her Zoloft,
18  too, when it was available.
19  Q. On September 7th, '05, she had an appointment
20  with you. I believe your record indicates that you
21  decreased -- can you read what your note says on the
22  second line?
23  A. September 7th, '05?
24  Q. Yes.
25  A. She was doing fairly at this time, reports

**Page 82**

1  ongoing depression and anxiety. Reports some decreased
2  in sleep. Ambien fairly helpful but causing increasing
3  dreams, not any scary dreams. Her weight was at 308
4  pounds. She lost about five pounds. She was trying to
5  lose weight. Her cardiac workup and cardiac cath,
6  everything was fine. Things are okay at home.
7      Q.  Okay. And then the next page, I'm sorry.
8  Number two?
9      A.  Okay, the recommendations were to decrease
10 the Seroquel every two weeks. And she was at 100
11 milligrams for two weeks, and 50 milligrams for one
12 week, and 25 milligrams for four days, and then to come
13 off the medication.
14     Q.  Okay. So that was your plan for
15 discontinuing Seroquel?
16     A.  Right. And then she was added on Ambien to
17 help her with sleeping during this time when I was
18 trying to take her off the Seroquel.
19     Q.  Okay. Seroquel was helping --
20     A.  Ambien was helping, replacing the Seroquel.
21     Q.  For sleep?
22     A.  For sleep.
23     Q.  So that could have been -- strike that.
24         And then on October 4th of 2005, number four.
25     A.  October 12th?

**Page 83**

1      Q.  4th.
2      A.  Oh, yes, yes, I see.
3      Q.  And doing okay with current regime and not to
4  decrease Seroquel at this time. Did that mean to keep
5  her on the regimen that you were talking to her about
6  previous visit?
7      A.  Right, exactly.
8      Q.  Okay. So decrease it over the weeks until
9  you could stop the Seroquel?
10     A.  Right.
11         MR. ELDER: Objection.
12     Q.  (BY MS. HORNSBY) I'm sorry, if we can go
13 back to September the 7th, the note that you were
14 reading before but on the first page of that note.
15     A.  Yes.
16     Q.  On her weight was at 308, she lost about five
17 pounds. Patient trying to lose weight. Did you -- did
18 she ever discuss with you the reason why she was trying
19 to lose weight?
20     A.  No, I do not recall at that time.
21     Q.  She just said, I'm trying to lose weight?
22     A.  Right.
23     Q.  Okay. And she told you that she lost about
24 five pounds?
25     A.  Yes.

**Page 84**

1      Q.  Okay. Was this after the Seroquel had been
2  decreased that she lost five pounds?
3      A.  Yes.
4      Q.  Why did she ask you to discontinue Seroquel?
5      A.  I would say July '05, 7/13/05, that's when
6  she came to me and said again that the Seroquel -- wants
7  to change Seroquel because of weight gain. And I was
8  concerned that because of her emotional status over a
9  period of time, and she said she mainly used it for
10 sleeping and wanted to come off the Seroquel. So,
11 because she's been on it, on the Seroquel for a long
12 period of time I told her that I needed to do very
13 gradually, taking her off the medication.
14     Q.  Okay. But she was request --
15     A.  And --
16     Q.  I'm sorry.
17     A.  And also given the alternatives to try
18 Geodon, Equetro some of those medications but she said
19 she would do -- just to come off the medications.
20     Q.  Did you put her on Geodon or what did you
21 say?
22     A.  Equetro. It's a Tegretol suppression.
23     Q.  Did you put her on those medications at that
24 time?
25     A.  No, she declined I would say.

**Page 85**

1      Q.  Okay. So on July 13th of 2005 she requested
2  that you change Seroquel due to her weight gain and
3  because she was only using it for sleep?
4      A.  Yes.
5      Q.  She's currently your patient today?
6      A.  Yes.
7      Q.  So you're going to see her on the 12th?
8      A.  On the 12th.
9      Q.  I believe you saw her back in October --
10     A.  Yes.
11     Q.  -- October 17th?
12     A.  Yes.
13     Q.  And you strongly encouraged her to follow-up
14 with Dr. Henderson for counseling. She wasn't sure
15 about it.
16     A.  Yes.
17     Q.  Why not? Or, what did she say?
18     A.  I am not sure, again. On -- I have been
19 telling her to follow-up with Dr. Henderson for the last
20 couple of meetings, not just the 17th. Even before I
21 would say, even in August or September, I saw her I was
22 encouraging her to see Dr. Henderson. But she was kind
23 of vague in saying, I'll think about it, I'm not sure,
24 those kind of answers. So I do not know exactly what
25 happened.