# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

_____/

- - -
DEPOSITION TRANSCRIPT
OF
GABRIEL UMANA, M.D.
- - -

| | |
|---|---|
| LOCATION: | Advance Medical Network<br>825 Southeast 3rd Ave.<br>Ocala, FL 34471 |
| DATE: | Friday, August 8, 2008 |
| TIME: | 1:30 p.m. - 4:20 p.m. |
| REPORTER: | Darlene G. Robison, RPR, FPR<br>Notary Public, State of Florida |

ESQUIRE DEPOSITION SERVICES

## Page 18

1  MR. COLLINS: Object to the form also.
2  THE WITNESS: I have seen them. I don't know
3  if accustomed would be appropriate.
4  Q. (BY MS. DEMOREST) Is it a rare thing for you
5  to have a diabetic patient who also has a mental illness
6  or to have a mental health patient who also has
7  diabetes?
8  A. I wouldn't call it rare. Again, I just don't
9  keep track of the statistics.
10  Q. But you see that in your practice?
11  A. I have seen them.
12  Q. Okay. It looks like you have your chart in
13  front of you, is that right?
14  A. Yes, that's correct.
15  Q. Have you brought anything else with you today
16  to the deposition?
17  A. Nope.
18  Q. Can -- what I'm going to do is mark a copy --
19  what I have done is marked a copy of the chart that we
20  got from your office as Exhibit 2. Do you want to just
21  take a quick look at that and see if that appears to you
22  to be a true and correct copy of your records?
23  A. Yes, uh-huh. Yes, it is.
24  Q. And is it your custom and practice as a
25  physician to maintain a complete and accurate medical

## Page 19

1  record pertaining to your treatment of your patients?
2  A. Yes.
3  Q. And was this chart prepared and kept in the
4  normal course of your treatment of Miss McAlexander?
5  A. Yes.
6  Q. And is this chart -- was this chart --
7  keeping this chart helpful to you in treating Miss
8  McAlexander?
9  A. Absolutely.
10  Q. And will it be helpful to you today in
11  answering some of our questions about your treatment?
12  A. Uh-huh, yes.
13  Q. Feel free to look at your original because
14  you're probably more accustomed to how to get around
15  that than this copy.
16  And the entries that you made in this chart
17  did you make those entries at or about the time of the
18  events that they record?
19  A. Yes.
20  Q. Are there any documents or records or
21  communications about this patient that would be kept
22  anywhere else other than this --
23  A. No.
24  Q. -- Exhibit 2?
25  A. No.

## Page 20

1  Q. The laboratory tests that are recorded in
2  this chart are they performed at your facility or
3  somewhere else?
4  A. The one from January of '04 was done at
5  Quest. And the one from September of '03 were done in
6  my office.
7  Q. So any laboratory studies that you had
8  ordered would have made it to your chart?
9  A. That's correct.
10  Q. Did you ever have any communications other
11  than by letter with any of Miss McAlexander's other
12  treating physicians?
13  A. I have a report from a neurologist,
14  Dr. Jacome, that saw the patient.
15  Q. Right. Other than that letter or other than
16  that report did you have any other communications with
17  any of her other treating physicians?
18  A. No, there are no other reports from anybody
19  else.
20  Q. If you had had written communications with
21  any other physician about Miss McAlexander, would those
22  appear in your chart?
23  A. Yes.
24  Q. If you had had a telephone conversation with
25  any physician about Miss McAlexander, would a note of

## Page 21

1  that appear in your chart?
2  A. Yes.
3  Q. If you prescribed medication for her, would
4  there be some notation of that prescription in your
5  chart?
6  A. Yes.
7  Q. Now, I believe you have a form, patient
8  intake form, for patients to complete, is that right?
9  A. Yes, that's correct.
10  Q. So if you would now turn to your chart and it
11  appears that there is one on Miss McAlexander in here;
12  do you find that?
13  A. Yes.
14  Q. And that's -- I don't know if it's a front
15  and back or two different pages, two pages in the copy.
16  Is that a front and back in your record?
17  A. Can I see that?
18  Q. Maybe the second page I have is a separate
19  form, but --
20  A. Okay, I see it.
21  MR. BRUZZESE: Why don't you read the Bates
22  numbers for him?
23  Q. (BY MS. DEMOREST) If you look on the very
24  bottom of that page --
25  MR. BRUZZESE: See the numbers here?

Page 22

1  Q. (BY MS. DEMOREST) -- there's a 00007 on the
2  bottom of that intake form. Can I just come over here
3  and show you what I'm looking at?
4  A. Sure.
5  Q. This is the intake form I'm looking at.
6  A. Yes, yes.
7  Q. It says "over."
8  A. Uh-huh.
9  Q. And then there is this page.
10 A. Right.
11 Q. Which is 00008 at the bottom.
12 A. Uh-huh.
13 Q. Is this all part of the same intake form?
14 A. Let me see if I find it here.
15 Q. The reason I ask is because --
16 A. Right.
17 Q. The 00007 on the bottom says "over" as if
18 there is more to it on the back. But the 00008 at the
19 top, it says HIPPA notice of privacy practices. I can't
20 tell if that's the same -- part of the same form or not.
21 A. Okay, I found it. There is a -- yeah, it's
22 the same page.
23 Q. Okay.
24 A. It's the same part of the same page. Both
25 are one side of each page.

Page 23

1  Q. Okay.
2     MR. COLLINS: Front and back?
3     THE WITNESS: Front and back, yeah.
4  Q. (BY MS. DEMOREST) All right. And with the
5  back of it having Miss McAlexander's signature?
6  A. Yes.
7  Q. Dated 9/2/03?
8  A. Yes.
9  Q. Was this form filled out by Miss McAlexander?
10 A. That is correct.
11 Q. And when you first saw -- this form -- the
12 form itself is dated 9/2/03, is that right?
13 A. Yes.
14 Q. Is that the first day that you saw her?
15 A. Yes.
16 Q. Would you have gone over this form with
17 her --
18 A. Yes.
19 Q. -- after she filled it out?
20 A. Yes.
21 Q. You said that you -- before we got started
22 you said that you have some recollection of Miss
23 McAlexander, you can picture her but you don't have a
24 good recollection of all of your treatment of her
25 without referring to the record, is that correct?

Page 24

1  A. That's correct.
2  Q. Do you have a recollection as to whether you
3  were able to communicate with her easily?
4  A. Yes, I was able to communicate easily.
5  Q. Okay.
6  A. Uh-huh.
7  Q. Did you feel like you had a good relationship
8  with her?
9  A. I cannot recollect that.
10 Q. Okay.
11 A. Yeah.
12 Q. Did she appear to you to understand you?
13 A. Yes.
14 Q. And did you understand her?
15 A. Yes.
16 Q. Okay. At the beginning of this deposition I
17 explained a little bit to you about the allegations that
18 Miss McAlexander is making and you seemed to understand
19 that. Did you learn that -- how did you learn that?
20 How did you learn that she was alleging that Seroquel
21 might be related to her diabetes?
22 A. When we first got the letter about requesting
23 the records.
24 Q. Since you have not seen her since 2004 is it
25 fair to say you've not had any communications with her

Page 25

1  about her allegations?
2  A. That's correct.
3  Q. And she's no longer a patient of yours?
4  A. No, she's not.
5  Q. How would you describe Miss McAlexander to
6  me? Without reference to the details in the medical
7  records which we'll go through, how would you describe
8  her?
9     MR. COLLINS: Object to the form.
10    You can answer if you're able to.
11    THE WITNESS: It ...
12 Q. (BY MS. DEMOREST) When you picture her and
13 remember her, how do you picture her and what do you
14 remember about her?
15    MR. COLLINS: Object to the form.
16    You can answer.
17    THE WITNESS: There is really nothing that
18    strikes -- to remind me about her, just normal
19    patient.
20 Q. (BY MS. DEMOREST) What did she look like?
21 A. I can only go by the picture.
22 Q. All right, I'm sorry, I thought you -- I
23 thought you told me at the beginning that you could
24 picture her in your mind?
25 A. After looking at the picture.

Page 34

1  Q. Do you have any idea how long Miss
2  McAlexander was on Atenolol, Zoloft and Seroquel when
3  she came to see you?
4  A. No.
5  Q. Did you ever find that out?
6  A. No.
7  Q. What was your impression of her after you saw
8  her and in looking at the impression section?
9  A. Hypertension, depression, gastroesophageal
10 reflex disease, nicotine addiction, and high sugar
11 readings without an official diagnosis of diabetes.
12 Q. And in your written impression you use that
13 word official, without any official diagnosis of
14 diabetes, why did you use that?
15 A. Because the diagnosis has to be made by
16 several consecutive high sugar readings, usually
17 associated with symptoms or weight changes, and by
18 looking at the risk factors that the patient has for
19 developing diabetes.
20 Q. Okay. On this first visit did you suspect
21 diabetes?
22 A. On the first visit all I had was the history
23 so far.
24 Q. Okay. I'm just wondering why you said that
25 she -- she had a history of high sugar without an

Page 35

1  official diagnosis of diabetes. Is that something that
2  was in your mind as a differential diagnosis?
3  A. Yes. I was only going by her history that
4  she gave me.
5  Q. All right.
6  A. Uh-huh.
7  Q. Well, what did she tell you about any
8  diabetes diagnosis?
9  A. As per the chart she just said there were
10 high glucose readings while in the hospital.
11 Q. How do you diagnose Type II diabetes?
12 A. By symptoms and blood work.
13 Q. Okay. And what blood work do you need to see
14 to diagnose it?
15 A. You can either do three hour post manual
16 test, and then check hemoglobin A1C, and check her
17 sugars on several consecutive visits, fasting.
18 Q. And what values do you need to see in order
19 to diagnose diabetes Type II?
20 A. As far as the sugar readings, for any blood
21 sugar reading at random greater than 140 you become
22 suspicious; at half an hour I believe it's anything
23 greater than 160; after one hour it's greater than 150;
24 after two hours it's usually greater than 140. There's
25 other literature that states that anything above 200

Page 36

1  obviously accompanied with the symptoms so that usually
2  makes a diagnosis, and hemoglobin A1C adds to the
3  diagnosis.
4  Q. And when you say symptoms, which symptoms are
5  you looking for?
6  A. Increased thirst, increased urination, weight
7  changes, headaches.
8  Q. All right. What was your plan for Miss
9  McAlexander after that first visit?
10 A. To do blood work, set her up for screening
11 mammogram for health purposes, and have her come back in
12 two weeks to address the blood work.
13 Q. This says: Come back in two weeks to address
14 other health maintenance issues.
15 A. Right.
16 Q. That means the blood work?
17 A. Means blood work and whatever I have not done
18 on the single first visit.
19 Q. What blood work did you order for her?
20 A. CBC, basic metabolic profile, hepatic
21 profile, lipid profile, thyroid profile, hemoglobin A1C,
22 vitamin B12, and a urinalysis.
23 Q. And did she have those done?
24 A. Yes.
25 Q. When did you see her next?

Page 37

1  A. On 9/16/03.
2  Q. And did you have the results of that blood
3  work back?
4  A. Yes.
5  Q. What was significant about any of those
6  results?
7  A. The white count was slightly elevated; the
8  sugar was elevated, 127; and the hemoglobin A1C was
9  high; and she had a positive microalbumin.
10 Q. All right. And did that -- did those lab
11 results lead you to diagnose her with diabetes at that
12 time?
13 A. Yes.
14 Q. Was her -- in the subjective part of your
15 note on 9/16 2003 you note that she has a strong family
16 history of diabetes?
17 A. That's correct.
18 Q. Did that factor into your diagnosis --
19 A. Yes.
20 Q. -- at all?
21     Okay. How did that factor in?
22 A. It is known that diabetes can be inherited,
23 and it's a very strong risk factor for subject children
24 to have diabetes.
25 Q. Was there anything -- were there any other

Page 38

1  significant findings during that visit of 9/16?
2  A.  She did complain at that point of increased
3  thirst, however no increased urination, which is
4  polydipsia but not polyuria.
5  Q.  Okay.  Anything else of significance?
6  A.  She reported no weight changes, no headaches,
7  no dizziness or light-headedness, blood pressure was
8  fair, no other complaints or symptoms.
9  Q.  All right.  What was your impression then?
10  A.  Diabetes new onset, nicotine addiction,
11  gastroesophageal reflex, depression, hypertension and a
12  positive microalbumin.
13  Q.  How was her diabetes, was it stable or
14  unstable?
15  A.  It's not the diabetes that's stable, it's the
16  patient.
17  Q.  Well, I'm looking under your impression and
18  number one says:  Diabetes, new onset, patient
19  clinically stable?
20  A.  Correct, the patient is clinically stable.
21  Q.  With regard to her diabetes?
22  A.  Or with regard to any condition, yes.
23  Q.  Okay.  Why would you say patient clinically
24  stable after that impression number one, diabetes, as
25  opposed to related to some of the other things?

Page 39

1  A.  Because she's not having any major symptoms
2  other than just increased thirst.
3  Q.  So the patient clinically stable does refer
4  to her diabetic condition?
5  A.  Yes.
6  Q.  Now, you indicate that the diabetes is new
7  onset?
8  A.  Uh-huh.
9  Q.  Does that mean --
10  A.  (Gestured.)
11  Q.  Go ahead.  What does that mean to?
12  A.  The official diagnosis is now made.
13  Q.  Does that mean that she did not have diabetes
14  prior to coming to see you or does that mean you were
15  just the first one to diagnose it?
16  A.  I probably was the first one to call it
17  diabetes.
18  Q.  What was your plan for her?
19  A.  As per the records treat her conservative
20  which means start on diet, give her diabetes education,
21  refer her to a diabetic support group, and then have her
22  come in two weeks with sugar readings, fasting and
23  postprandial.  And if the readings are high, start on
24  medication.  I did change her blood pressure medications
25  as the Univasc is a better option for patients who have

Page 40

1  both high blood pressure and diabetes.
2  Q.  Why is that?
3  A.  Because it protects the kidneys.
4  Q.  And that's why you stopped the Atenolol?
5  A.  That's correct.
6  Q.  You note in the section where you're
7  discussing the Univasc --
8  A.  Yes.
9  Q.  -- that the side effects were fully reviewed
10  with the patient.
11  A.  Uh-huh.
12  Q.  What do you do when you prescribe a
13  medication?
14  A.  Go over the most common side effects.
15  Q.  What side effects would you have gone over
16  with regard to Univasc?
17  A.  Cough, electrolyte imbalance, hypotension,
18  angioedema, skin rashes.
19  Q.  You cave her a 2000 calorie ADA diet?
20  A.  That's correct.
21  Q.  You told her on that date that she was
22  diagnosed with diabetes, right?
23  A.  That's correct.
24  Q.  Your note says you've given her extensive
25  diabetes education.  What would that include?  Tell me

Page 41

1  what you would tell a patient who you've just diagnosed
2  with diabetes Type II.
3  A.  I start off by explaining the natural course
4  of the condition.
5  Q.  Tell me what you say about that.
6  A.  The more common etiologies of the condition;
7  the risk factors for the condition such as family
8  history; the weight; the symptoms that are involved; the
9  parameters that we go by to make the diagnosis; the way
10  to check her sugars, the time to check her sugars; the
11  foods that she should avoid, including carbohydrates,
12  sugars; the lifestyle changes that she should make; the
13  weight loss.
14  Q.  What are the lifestyle changes that you would
15  talk about?
16  A.  Again, changes in terms of her diet, changes
17  in terms of losing weight, and changes in terms of
18  starting to exercise more.  Those are the most common
19  ones.
20  Q.  Okay.  Anything else that you do in your
21  diabetic education?
22  A.  I give them diets, I go through the book on
23  when to check the sugars throughout the day, circling
24  exactly when to check them and how to check them.  We
25  teach them how to use a glucometer machine.

Page 42

1     I go through actually foods in detail, not
2  just sugars -- avoid sugars and carbohydrates but the
3  pasta, the potatoes, the bread, the rice, the cakes, the
4  ice cream, the more common ones that people really
5  enjoy.
6     Q.  So, does soft drinks, that kind of thing?
7     A.  Yes, absolutely. Avoiding regular drinks;
8  switching to sugar substitutes, Splenda, Equal,
9  Nutrasweet; looking for hidden carbohydrates, becoming
10 an educated consumer at the supermarket, looking at
11 labels, and then having them see a nutritionist to --
12 that's what the diabetic support group is to go into
13 even more detail.
14    Q.  And you referred her to a diabetic support
15 group?
16    A.  Yes, uh-huh.
17    Q.  And you said consider -- when she comes in
18 two weeks, consider starting her on medication if her
19 sugars remain elevated?
20    A.  That's correct.
21    Q.  What medication would you have considered at
22 that point?
23    A.  Glucophage which is Metformin.
24    Q.  Do you know -- well, let me back up.
25        Did you ever see any prior medical records on

Page 43

1  her?
2     A.  No.
3     Q.  So information about past history was
4  strictly what she told you?
5     A.  Exactly.
6     Q.  Do you know from anything she told you
7  whether she had had prior symptoms of diabetes?
8     A.  No.
9     Q.  The only thing you knew about it from her
10 history then was the hospitalization with high sugars
11 that she had just come from --
12    A.  That's correct.
13    Q.  -- when she saw you? Okay.
14        All right, when was the next time you saw her
15 after September 16?
16    A.  September 26.
17    Q.  And tell me what you found.
18    A.  She came in with a rash on the right arm and
19 right side of her face. Apparently she had been exposed
20 to poison ivy. Her blood sugars had been suboptimal,
21 ranging in 120s to 160s. At this point she did not have
22 any symptoms. She had been tolerating the new
23 medication for blood pressure control well.
24    Q.  Her medications hadn't changed?
25    A.  Up to that point, no.

Page 44

1     Q.  What other -- what were your other
2  significant findings, if any?
3     A.  I think that's what I have.
4     Q.  Okay. What was your plan for her?
5     A.  Start her on a tapered dose of Prednisone to
6  control the allergic reactions from the poison ivy,
7  making her aware that that was going to raise her
8  sugars. Starting her on Glucophage XR 500 milligrams
9  one tablet at night with dinner, and after one week
10 increase to two tablets. Side effects were reviewed.
11    Q.  And what side effects would you have reviewed
12 with her with regard to Glucophage?
13    A.  Diarrhea, upset stomach, headaches. Those
14 are the most common.
15    Q.  Okay. What else was included in your plan?
16    A.  Checking CBC, basic profile, liver function
17 test in four weeks thereafter, however, see her two
18 weeks after this visit.
19    Q.  Why did you want to see her in two weeks?
20    A.  To see how her sugars were doing and the skin
21 rash.
22    Q.  And to follow-up with the diabetic support
23 group?
24    A.  Uh-huh.
25        MR. BRUZZESE: Objection, form.

Page 45

1        THE WITNESS: Yes. Excuse me.
2     Q.  (BY MS. DEMOREST) When was the next time you
3  saw her?
4     A.  On October 10th, 2003.
5     Q.  And tell me what your findings were on that
6  visit.
7     A.  She started on Glucophage. Her sugars
8  started improving, they were still not optimum. She was
9  getting mild headaches which is potential side effect.
10 She's not sure whether it was related to the medication
11 or not but she was losing weight.
12    Q.  Which medication?
13    A.  Glucophage.
14    Q.  Okay. She was losing weight?
15    A.  Correct. She never took the Prednisone
16 because she was afraid of the sugars going too high but
17 the poison ivy resolved.
18    Q.  All right. What was your -- were there any
19 other significant findings?
20    A.  No other findings.
21    Q.  What was your impression that day?
22    A.  Diabetes was improving, patient was losing
23 weight, the hypertension was stable, the depression
24 apparently was stable, the GERD and the nicotine
25 addiction.

ESQUIRE DEPOSITION SERVICES

66bfc6a5-3b18-4540-81b7-370edb8ca386

**Page 46**

1  Q. All right. To what did you attribute her
2  diabetes improving and losing weight?
3  A. To what -- can you repeat the question?
4  Q. Yeah. Why do you think her diabetes was
5  improving and she was losing weight?
6  A. Because of the medication.
7  Q. The Glucophage?
8  A. That's correct.
9  Q. Do you know whether she was following any of
10 the other counseling you had given her with regard to
11 diet and exercise?
12 A. No.
13 Q. Okay. What was your plan for her?
14 A. Continue the same medications, check her
15 basic metabolic profile, liver function test, complete
16 blood count, recommend exercising, and follow-up with
17 the patient in two months. Again, the diabetic support
18 group was recommended. She stated that she did not like
19 to be around people, which is usually consistent with
20 diagnosis of agoraphobia and it was understandable for
21 her not to want to go under those circumstances.
22 Q. What was it that was understandable, under
23 what circumstances?
24 A. The fact that she stated she did not like to
25 be around people. So it's understandable that she

**Page 47**

1  wouldn't want to go to a support group.
2  Q. Okay, gotcha.
3     What was -- according to your impression,
4  what was the condition of her mental illness at that
5  time?
6  A. I did not evaluate her mental illness.
7  Q. Okay. Under impression it says depression
8  stable?
9  A. Well, I said stable because she did not
10 complain of any depressive symptoms.
11 Q. Okay. So you're really just relying on her
12 to -- you're not independently evaluating her mental
13 health situation?
14 A. No.
15 Q. Okay. When was the next time you saw her?
16 A. On October 16th of '03.
17 Q. What was significant about that visit?
18 A. This patient came in complaining of chest
19 congestion, mild wheezing. She felt warm the night
20 before, unquantified temperature. That was it. Those
21 are the positive findings.
22 Q. Was she having any symptoms associated with
23 diabetes?
24 A. No.
25 Q. All right. What was your plan for her?

**Page 48**

1  A. The impression was rule out pneumonia and I
2  started her on antibiotics for seven days.
3  Q. Is that what the Levaquin is?
4  A. That's correct. We ordered a chest x-ray,
5  Robitussin DM, steam inhalations, and follow-up in one
6  week. Recommended to stop smoking as well.
7  Q. Okay. She was still smoking at that time?
8  A. Yes.
9  Q. What are the side effects of Levaquin?
10 A. Nausea, vomiting, diarrhea.
11 Q. Okay. When was the next time you saw her?
12 A. Those are the most common side effects. I
13 can't tell you all of them.
14 Q. Okay.
15 A. I saw her on October 24th.
16 Q. Well, let me just ask you about your last
17 comment. You said those are the most common side
18 effects and you can't tell me all of them, would you --
19 would you need to go look at the literature on Levaquin
20 to give me all the side effects?
21 A. To give you all of the side effects,
22 probably.
23 Q. When you're prescribing a medication for a
24 patient, do you routinely tell them about side effects?
25 A. The most common side effects.

**Page 49**

1  Q. Okay. So you would have told her with regard
2  to Levaquin about the diarrhea, the nausea, the
3  vomiting?
4  A. Most likely.
5  Q. But you probably wouldn't have gone and
6  looked up to see what all the possible side effects
7  would have been --
8  A. No.
9  Q. -- to advise her of those?
10    That's not your routine?
11 A. Correct.
12 Q. Your next visit was on October 24th. And
13 what was significant about that visit, if anything?
14 A. It seems like my impression at this point had
15 been: Bronchitis, and she had a post nasal drip, mild
16 nasal congestion, no fever or chills, no shortness of
17 breath. So at this point the symptoms had resolved.
18 And she had possible seasonal allergies. And the
19 diabetes was well controlled as per the patient.
20 Q. In other words, that's what she told you?
21 A. That's correct.
22 Q. Okay. All right, when was the next time you
23 saw her?
24 A. January 7th of '04.
25 Q. What was significant about that the visit?

Page 50

1   A.  She stopped her medication for diabetes.
2   Q.  The Glucophage?
3   A.  That's correct.
4   Q.  Did she tell you why?
5   A.  Because she thought her sugars were stable.
6   Q.  All right. Her sugars were stable on the
7 Glucophage?
8       MR. BRUZZESE: Objection, form.
9       THE WITNESS: As per the record it states
10 that her sugars were stable ranging anywhere in
11 the low 100s, therefore, she stopped it.
12   Q.  (BY MS. DEMOREST) Okay. Do you interpret
13 that as meaning her sugars were normal while she was on
14 it and, therefore, she stopped it?
15       MR. BRUZZESE: Objection, form.
16       THE WITNESS: They were low.
17   Q.  (BY MS. DEMOREST) Right, but your chart
18 says: She states that her sugars were ranging anywhere
19 in the low 100s and, therefore, she stopped it.
20   A.  That's correct.
21   Q.  Does that mean to you --
22       MR. COLLINS: Object.
23       MR. BRUZZESE: Objection.
24   Q.  (BY MS. DEMOREST) Does that mean to you that
25 her sugars were low while she was on the Glucophage and,

Page 51

1 therefore, she stopped the Glucophage?
2   A.  She states that her sugars were ranging
3 anywhere in the low 100s and, therefore, she stopped it.
4   Q.  And that's all you can tell us right now?
5   A.  Yes.
6   Q.  Okay. What was her last hemoglobin A1C?
7   A.  7.1.
8   Q.  And how was her blood pressure?
9   A.  152 over 80.
10   Q.  Which is a little elevated?
11   A.  That's correct.
12   Q.  Did you have any conversations with her about
13 restarting the Glucophage?
14   A.  I recommended that she start checking her
15 sugars twice a day and bring it in in two weeks.
16   Q.  Why did you do that?
17   A.  Most likely to find out what the readings
18 were.
19   Q.  Did you have a conversation with her about
20 restarting the Glucophage?
21   A.  As per the records it doesn't say. More than
22 likely, yes.
23   Q.  What was your impression?
24   A.  Diabetes; and that she was noncompliant with
25 her medications; hypertension which was slightly

Page 52

1 elevated; and depression.
2   Q.  And you indicated that she was noncompliant
3 with medications because she had stopped the Glucophage?
4   A.  That's correct.
5   Q.  What was your plan?
6   A.  Check her hemoglobin A1C, her basic metabolic
7 profile, complete blood count; encourage diet, exercise;
8 and have her bring in her sugar readings twice a day for
9 the next two weeks and bring them back on the next
10 visit; and then reassess her blood pressure.
11   Q.  When was the next time that you saw her?
12   A.  March 19th of '04.
13   Q.  All right, now the previous visit had been at
14 the beginning of January?
15   A.  That's correct.
16   Q.  January 7th?
17   A.  Uh-huh.
18   Q.  And you asked her to check her blood sugars
19 for the next two weeks and then bring them in, right?
20   A.  That's correct.
21   Q.  Did you expect her to come back --
22   A.  Yes.
23   Q.  -- two weeks later?
24   A.  Yes.
25   Q.  And she didn't come back until two months

Page 53

1 later, right?
2   A.  That's correct.
3   Q.  What was significant about the March 19th
4 visit?
5   A.  Here she stated that she had stopped the
6 Glucophage because she was not able to tolerate it. And
7 then she hasn't been compliant with her visits but is
8 clinically stable. The blood pressure is slightly
9 elevated.
10   Q.  Was it your impression then that she had
11 restarted the Glucophage after that January 7th visit?
12   A.  No.
13   Q.  All right. So this was just she remained off
14 the Glucophage?
15   A.  That's correct. And, let me see ...
16   Q.  And her reasons at that time were because she
17 wasn't able to tolerate it?
18   A.  That's correct.
19   Q.  Not that her sugars were normal?
20   A.  Correct.
21   Q.  Okay. And, in fact, what had her sugars
22 been?
23   A.  Well, we repeated the blood work on 1/15/04
24 and her sugars were still elevated at 112 with the
25 hemoglobin A1C still at 7.1.

Page 54

1   Q.   And, I'm sorry, what was the hem --
2   A.   Hemoglobin A1C of 7.1.
3   Q.   Okay. Is that the only thing you checked?
4   A.   No, I checked basic metabolic profile which
5   revealed an elevated glucose, complete blood count, and
6   urinalysis.
7   Q.   What was the glucose reading?
8   A.   112.
9   Q.   Was she symptomatic at that time in March of
10  '04?
11  A.   No symptoms.
12  Q.   Okay. What was your plan?
13  A.   Start her on Glucotrol XL 500 milligrams once
14  a day, side effects were reviewed.
15  Q.   Let me just stop you there. Why did you
16  start her on Glucotrol?
17  A.   Because she stated she did not tolerate the
18  Glucophage.
19  Q.   And what does Glucotrol do and how is that
20  different from Glucophage?
21  A.   It works through a different mechanism.
22  Q.   Does it have different side effects?
23  A.   That's correct.
24  Q.   What are the side effects?
25  A.   Hypoglycemia. The side effects from the

Page 55

1   hypoglycemia which can be tremor, perspiration, allergic
2   reactions. Those are the most common.
3   Q.   Is Glucotrol associated with weight gain?
4   A.   More than -- yes, more than -- yes, it is.
5   Q.   You were going to say more than?
6   A.   Well, just people on medications like
7   Glucotrol can gain weight whereas people with Glucophage
8   usually lose weight.
9   Q.   Okay. All right, and then you can go on with
10  your plan. We just talked about the Glucotrol.
11  A.   I was going to have her check her sugars
12  twice a day, bring in the readings in two weeks. I
13  recommended compliance with her visits, follow-up her
14  blood pressure, and recommend mammogram. She states she
15  had it done.
16  Q.   This recommendation of compliance with her
17  visits, what kind of conversation would that have been?
18  A.   Following my advice, bringing in the sugars
19  in two weeks like we mentioned before, and following up
20  with her medical visits.
21  Q.   Why did you have that conversation with her
22  on that visit?
23  A.   Because she had missed an appointment.
24  Q.   Do you have a recollection of the tone or the
25  tenor of your conversations with her on that visit?

Page 56

1   A.   No, I don't.
2   Q.   You don't have any recollection of how she
3   took that recommendation or the tenor in which you
4   conveyed it to her?
5   A.   No, I don't.
6   Q.   Does she return after that visit?
7   A.   On 4/2/04.
8   Q.   Okay. And what was significant about that
9   visit?
10  A.   She stated her sugars were much improved.
11  No: Polyuria, polydipsia, headaches, dizziness or
12  light-headedness. She came in complaining of bilateral
13  hand pain and weakness more on the left than the right.
14  It started at the antecubital fossa of the left arm and
15  radiating down to the thumb without any recent history
16  of injury or trauma. No fever, no chills.
17  Q.   Was she still smoking at this time?
18  A.   I have no reports that says that she quit.
19  Q.   Okay. What were her medications at that
20  time?
21  A.   Lexapro, 10 milligrams once a day; Seroquel,
22  600 milligrams once a day; Univasc, 7.5 milligrams once
23  a day; and Glucotrol XL, 5 milligrams once a day.
24  Q.   What is Lexapro?
25  A.   It's a medication to treat depression and

Page 57

1   anxiety.
2   Q.   And that's something that another physician
3   prescribed for her --
4   A.   Yes.
5   Q.   -- not you?
6   A.   Yes.
7   Q.   Do you know what the side effects are?
8   A.   Similar to the Zoloft, weight changes,
9   changes in sexuality, jitteriness, decreased libido,
10  delayed ejaculation, impotence, headaches. Those are
11  the most common.
12  Q.   I'm not sure if we discussed this before,
13  what are the side effects of Seroquel?
14  A.   Limited because of I don't prescribe it that
15  often. I could tell you the side effects of the class.
16  Q.   Okay, that's fine.
17  A.   The class of atypical antipsychotics are:
18  Extrapyramidal symptoms, could potentially raise the
19  sugar, abnormal behavior, pneumonia, death.
20  Q.   And how long have you been aware of the side
21  effects of that class of drugs?
22  A.   From the ones that I mentioned -- from the
23  class, not just of that medication, from the class since
24  residency.
25  Q.   All right. What was your impression on that