# EXHIBIT 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

______________________________________________/

\- - -

DEPOSITION TRANSCRIPT
OF
GARY HELFIN, M.D.

\- - -

LOCATION: 9401 Southwest Highway 200
Suite 501
Ocala, FL 34481

DATE: Friday, December 7th, 2007

TIME: 12:57 p.m. - 3:35 p.m.

REPORTER: Darlene G. Robison, RPR, FPR
Notary Public, State of Florida



d1cd5958-c9ca-4951-acc9-301cfcc2262a

sweaty. It seemed like a more acute event.

Q. In the next month, August of 2005, the note there that I gather is from the nurse says this is the follow-up from her heart catheterization, which she was sent for a heart catheterization as a result of the sort of more acute chest pain in July?

A. Correct.

Q. In your note sort of to the right of the page, could you read that note for me?

A. Patient having heaviness in chest and diarrhea. States diarrhea since beginning of the year and worse in the last month. No fever, no chills, no nausea, no vomiting. Patient not eating as well yet weight gain. Also, blood sugars had decreased 40s recently secondary to poor eating.

Q. And then your assessment?

A. I put a diagnosis of reflux there. And that I said chest pain likely secondary to reflux because she wasn't eating well and her heart cath was completely negative. I gave her some samples of Protonix 40 milligrams a day. And in her diabetes -- with regard to her diabetes I decided to stop the Actos thinking that perhaps this could be related to the diarrhea and weight gain.

Q. What is Actos?



A. Actos is a Pioglitazone for diabetes, it's a type of diabetes. It deals with insulin resistance.

Q. And why did you think that that could be causing her weight gain?

A. Actually there's -- and I can't quote the specifics but there's pretty much widely regarded in the literature as related to weight gain and also related to can lead to congestive heart failure in patients who are predisposed to it, to congestive heart failure.

Q. And your plan indicates stopping the Actos. Did you replace it?

A. Well, what I wrote here was I -- I told her to continue to -- she was maintaining -- she was already on Glucotrol as well. I told her to maintain that and we'll have to watch her sugars and we'll probably need to adjust. So we were going to follow-up at her regular appointment to make an adjustment there. So I didn't --

Q. Let me ask you if I read your handwriting correctly, and that last line of this note that is on 00017 says, Also told to watch Glucotrol, likely will need to adjust sugar, what's the last word?

A. Control. And actually my implication there is that I wanted her to maintain Glucotrol, just the Glucotrol, and then we'll see what happens with her sugars. I just wanted her to get rid of her diarrhea



and see if her weight gain -- her weight improved.

Q. And then in the next month, September of 2005 --

A. Uh-huh.

Q. -- her weight is at 301. It had been at 312 in August. Is that amount of weight gain -- I mean, weight loss, was that significant to you at the time?

A. Well, we have a long way to go but it's -- that's -- in a one-month period of time that's a pretty -- that's a pretty good weight -- I mean, a fair -- it's an adequate on the goal -- toward the goal.

Q. Sure. And in your note over there to the right again it says, Sugars increased last two weeks. And was that just the report from Miss McAlexander?

A. Correct. Apparently there was stressful events, again, which leads to my multifactorial, the question you had before about the causes of diabetes and is it just about weight, it's not always just about weight.

Q. And tell me about the stress --

A. And actually, I'm sorry, she did show me that her blood sugar that morning was 170. I'm sorry, I didn't -- I did it again.

Q. Your note continues there, under lots of stress, son taken from her.



A. There was apparently an episode where she had to go to the ER and her son was taken from her when she was in the ER. And since that episode she has nausea and sugars increasing.

Q. Do you know why she had to go to the ER?

A. I didn't -- I think -- I'm not sure if what I'm saying here states that she went to the ER as a result of the stress from having her son taken from her or if it happened while she was in the ER, and I do not believe I have an ER report regarding that.

Q. In your assessment and plan what is the sort of last three lines there, what does that say?

A. Under the plan? I'll just give it all to you. I wrote that she's having increased glucose, she's having nausea and stress. I decided at this point to increase her Glipizide, she had only been on 5 at that point, I switched it to 10 milligrams. And I suggested that this is the time to start Lantus insulin. And I was to have her come in to explain to her how to use -- or to have the nurse explain to her how to use the -- inject herself with insulin because she had not been on insulin at this point.

Q. So it's in September of 2005 that she begins taking insulin?

A. That's -- well, it was in October of '05 that





d1cd5958-c9ca-4951-acc9-301cfcc2262a

she came in for the testing. So I believe she started in October really because the end of September was when we had that visit and beginning of October when she started insulin of '05.

Q. In December of '05, and in the exhibit this is Bates number 00015, but it's your December 8th, 2005 note, under the plan on number three, does that say losing weight?

A. It does.

Q. And was that based on her --

A. That's based --

Q. -- weight in the chart or is that a report from Miss McAlexander?

A. That's based on her report because the chart reflects that she's 302 and she was 301 in September of '05. In December of '05 she's 302, that's per her report.

Q. On what is the next page in my version, June 15th, 2006 on Page 00014 under your assessment could you read those to me?

A. Diabetes, tachycardia, obesity, depression, rash.

Q. And then under your plan what are -- could read one through five there?

A. In terms of her diabetes my plan was to



review labs, check her labs including her lipids, her CBC, her CMP, and hemoglobin A1c.

In terms of her tachycardia, she has a history of tachycardia but at this visit her pulse was 78 so I deemed that as stable.

In terms of her obesity, I had written that at least her obesity was stable meaning that it hadn't really changed that much. She lost maybe two pounds.

And for her depression I had written that she's still on Seroquel.

And in terms of the rash, which in the exam shows itchy lesions on arms and legs and I just told her to use over-the-counter Benadryl for that.

Q. So in number four there where you wrote on Seroquel and your plan, you just meant that that was the prescription that she was receiving for her depression?

A. Correct. It served as kind of a reminder for me.

Q. Any other reason that Seroquel was noted there in your plan on this particular visit?

A. No. I wrote it in relation to her depression. I didn't write it in relation to her diabetes.

Q. In your October 16th, 2006 note --

A. I'm sorry, I have an October 31st.



Q. You don't have a 16th?

A. Oh, it's in the wrong place, I'm sorry, there it is.

Q. First of all, on the medication list Miss McAlexander is no longer on Seroquel at this point, correct?

A. She was -- she was -- I believe at this -- at that visit is the one where she was switched over to Geodon in the hospital although it's not written there.

Q. This note is in 2006.

A. Oh, maybe not this hospitalization, I'm sorry.

Q. I think I know which one you're talking about, I think it was very recently.

A. Yeah, you're right.

Q. And so in October of 2006 --

A. The chart doesn't reflect that she's on that. At least this note doesn't reflect that she was on it. If she was taken off of it, it wasn't by me.

Q. And in your handwritten note to the right of that medication list on 00011 there is some discussion toward the bottom of wanting to go back on a medication, could you --

A. We're talking about the 10/16/06 note, correct?



Q. Right.

A. Yes. When she was in the hospital and it was a respiratory admission, had to do with her breathing issues, she was on a medicine called Innopran which she was taken off -- she was taken off of Innopran and put on Cardizem. The thoughts there was that perhaps the -- and this is the blood pressure and heart rate medicine. And the thoughts were that the Innopran which is a Beta blocker would interfere with her COPD.

However, when she went -- when she was switched, she complained to me that her heart rate went back up and that she didn't feel comfortable. I have a quote, says, Wants to go back to Innopran because, quote, haven't felt the same since off of it, end quote. So she asked me to go back to it and that's what I did, I changed her Cardizem back to the Innopran.

Q. Okay.

MR. HAMPTON: Can we go off the record just a second?

MR. ELDER: Sure.

(Discussion was conducted off the record.)

Q. (BY MR. ELDER) Continuing on in your chart, Dr. Helfin, you mentioned earlier Miss McAlexander being on some steroids related to her pulmonary function, is that reflected in this October 30th, 2006 note? It





d1cd5958-c9ca-4951-acc9-301cfcc2262a

indicates that's the last day for her Prednisone taper.
A. Well, it's actually reflected in the previous one that we were just talking about, October 16th, '06, she's on a Prednisone taper. Item number three under the plan. And that came from the hospital. So the answer is, yes, she was still on Prednisone for all of that period of time.
Q. And then coming forward in your chart again to October 9th of 2007, which is Page Number 5 in Exhibit 2, what is going on with Miss McAlexander's blood sugar, her control at this point?
A. Well, according to her last hemoglobin A1c of September 26th, '07, her hemoglobin A1c at that time was 8.5. Previous to that it was 8.4. So at that point I asked her to do a taper or, I'm sorry, a titration with her Lantus to increase it by three units every three days until she got a fasting blood sugar below 120.
Q. At this point in October of 2007 Miss McAlexander has been off of Seroquel for over a year, correct?
A. I believe so.
Q. And are her blood sugars -- during that period of time did her diabetes control or her blood sugars improve?
A. They did not. Actually, I should backtrack.



They did and then they did not.
Q. They improved initially and then they --
A. Correct.
Q. -- got worse?
Recently in November of 2007 she was hospitalized again, correct?
A. Correct. Again, for a respiratory issue.
Q. And you noted -- you referred to it earlier, but in the hospital she was placed on Geodon?
A. Correct.
Q. Have you had any part in that -- choosing that medication?
A. No, sir.
Q. Do you know whether or not she continues to take it?
A. The note says, Patient did not continue post-hospitalization with Geodon.
Q. Do you know why that is?
A. The note doesn't say.
Q. Does she continue on any asthma inhalers?
A. Yes.
Q. What are those?
A. She's -- she still takes Advair, she still uses DuoNebs. She still uses as needed -- I'm sorry, that's it as far as I know. Her pulmonologist now has



her -- is really taking over that control.
Q. Do you know whether or not asthma inhalers are associated with weight gain or diabetes?
A. Well, they're -- there are steroids in the chronic COPD, asthma inhalers, and could have some bearing. Could have some bearing.
Q. And is she on any diuretics currently?
A. She at this point -- I don't believe she's on diuretics at this point, but she has been throughout her -- the several years that I've seen her.
Q. And do you know whether or not diuretics are associated with weight gain or diabetes?
A. Diuretics can affect the diabetes. It's not necessarily associated with weight gain. It should be associated with weight loss, but it can influence diabetes. It can increase blood sugars by virtue of certain diuretics can change the blood volume and alter the blood sugar.
Q. Flip back with me if you would to the October 16th, 2006 note. And run through those medications and tell me what medication she's on at that point and what they're for.
A. Okay. At that point she was on: Singulair which is a -- an allergy medicine, it's to help control her allergies and her asthma; Advair for asthma;



Cardizem LA, that was the medicine that we switched that she was put on in the hospital for her tachycardia, her fast heart rate; Lantus for her blood sugars; Glipizide for blood sugars, Ativan on an as-needed basis to help control anxiety; multivitamin; Zoloft for her depression and anxiety; Protonix for her reflux; Provera is the steroid that she's been -- was sent out on; and Ambien as needed for sleep. Also listed there was DuoNebs on an as-needed basis, a nebulizer for her COPD, asthma.
Q. In your opinion which, if any, of those medications could have an adverse impact on a patient's diabetes?
A. The Advair is possible. Provera definitely. I believe those are the only two that I see.
Q. And the Provera what is that?
A. That's a Medrol, Depo-Medrol, Cortizone steroid.
Oh, I'm sorry, I'm telling you the wrong thing. She was put on a Medrol dose, a Prednisone taper. That's not written there. Her Provera is actually her hormone treatment. I'm sorry. She's only on that ten days out of the month. I don't know what I was thinking.
But she was also on Prednisone. That wasn't listed, but that definitely would be related to her





d1cd5958-c9ca-4951-acc9-301cfcc2262a

Page 58

diabetes. And the Provera would definitely not be related to her diabetes for the record.

Q. Can it affect weight?

A. Provera?

Q. (Nodded.)

A. It could affect weight, correct.

Q. It can cause weight gain?

A. It can lead to weight gain. But, if you're asking me what could lead to her -- the change in her blood sugars that have happened over a short period of time I think the most likely culprit is the Prednisone and Advair perhaps. Yeah, she's on Provera, that is her gynecologist's medicine.

Q. You've instructed Miss McAlexander to stop smoking, correct?

A. I have. And it's -- she has been -- her pulmonologist had indicated that she was making a concerted effort to stop.

And she had also been informed during -- in a note written for her hospital stay as well regarding counseling on smoking, too.

But my -- as I understand it, I don't believe she has stopped at this point. Whoops, maybe that's speculation.

Q. I believe the note there from the

Page 59

pulmonologist indicates that she's still smoking about five cigarettes --

A. Correct.

Q. -- a day, correct?

A. Correct.

Q. When Miss McAlexander came to you, she was not working, she was on disability. Did you discuss that with her?

A. Only what's reflected in the note, that she was placed on disability for depression.

Q. In her case with Miss McAlexander does her Type II diabetes prevent her from sort of the normal activities of daily life, driving, walking, shopping, cooking meals, taking care of herself --

A. Her diabetes -- I'm sorry.

Q. -- and things like that?

A. Her diabetes does not inhibit her from those activities.

Q. Would her diabetes prevent her from working if she were otherwise able to work setting the depression aside?

MR. HAMPTON: Objection, that's hypothetical, assumes facts that are not accur -- that are not existent.

Q. (BY MR. ELDER) You can answer.

Page 60

A. Could you repeat the question?

Q. If you set her depression aside, she's disabled, she's on disability because of depression. The Type II diabetes that you're treating, that you see here, would that prevent her from working?

MR. HAMPTON: Objection. Hypothetical, doesn't meet the facts of the patient.

You can go ahead and answer if you can.

THE WITNESS: Actually in this particular case if I did remove the depression from the equation, she still has significant respiratory issues that she's seen me for many different times and which -- probably not even in relation to her diabetes. So there are other reasons for her not to function well in a work setting. I don't know if that's a fair answer.

Q. (BY MR. ELDER) In your opinion in addition to her depression, her pulmonary issues might be an impediment to work depending on what she was doing and the --

A. I believe that to be true.

Q. -- specific circumstances?

A. Yes, I believe that to be true.

Q. The issue that we talked about some before with second generation antipsychotics and weight gain,

Page 61

in your mind do you associate any of those particular drugs any of -- other than Seroquel with any particular level of weight gain?

A. You mean do I correlate a specific degree based on dosing or --

Q. Based on the drug.

A. If you're on this med you're likely to gain this amount of weight?

Q. No, comparison within the class, Seroquel versus Abilify versus --

A. Oh, within the class of antipsychotics?

Q. Right.

A. I don't think I would have an answer for that.

Q. Is it fair to say, Dr. Helfin, that if called to testify in this case you couldn't state to a reasonable degree of medical certainty whether or not Seroquel caused Miss McAlexander's Type II diabetes?

A. I think that would be a fair statement.

MR. ELDER: I'm going to reserve the rest of my time.

MR. HAMPTON: Could we take a small break so I could step down the hall before I start?

THE WITNESS: Sure.

(A brief recess was taken.)

Q. And it's hard for a patient to give themselves a shot on a periodic basis during the day?
A. Some.
Q. Yes. And the fact that you have diabetes and the fact that diabetes has a course of progression that may result in complications, that in and of itself is depressing to some patients, isn't it?
A. Any time you label somebody with a diagnosis -- not any time but many times you label anything, call them hypertensive, some people they can get depressed about that. So the answer is, yes, but not always. I have plenty of patients who deal with their myriad of diseases very well and are very well adjusted and do well.
Q. It adds another load onto their life?
A. It could.
Q. Okay. Well, it is another load. You have to watch your diet. You have to try to exercise. You have to control your blood sugars. You have to monitor your blood sugars. And you have to give periodic injections. Those are all hard things to do.
A. And you have to feel good about doing all those.
Q. That's true.
MR. HAMPTON: I think that's all the



questions I have at this point. I may ask some more questions in my follow-up.

REDIRECT EXAMINATION

Q. (BY MR. ELDER) I just have a few, Dr. Helfin.
First, I wanted to ask you -- you were asked some questions about what might or might not be in your medical records. And is it fair to say that you endeavor to keep accurate medical records and that you depend on those medical records to treat your patients properly?
A. Absolutely.
Q. And while you don't write down every word of every conversation to the extent that there is medically relevant information in a conversation, you endeavor to write that down, correct?
A. I would venture to say that every -- absolutely everything that goes on in the room is impossible to document.
Q. Sure.
A. But the goal is to try to keep everything as medically relevant and what's going -- the goal is to maintain documentation that pertains to the patient's issues.
Q. For example, if there were discussion about a



particular drug, about Seroquel, about any other drug with a patient, you would expect that -- that's the type of thing that you would write down in your chart?
A. Yes. If I discussed my concerns regarding, and I would say patient counseled regarding use of medicine. If there is anything specific about that, I would say that.
Q. You were asked a question about using antipsychotics. And you were asked whether, for example, they might be useful in treating severe schizophrenics. Do you recall that question?
A. I think it might have been embedded in another question.
Q. And my only question for you was, I just wanted to make sure we were clear. When you answered that question, you agreed that it might be useful in treating severe schizophrenics, you didn't mean to limit it to severe schizophrenics?
A. Oh, absolutely not.
Q. In other words, those drugs might be used for treating all kinds of conditions?
A. All kinds of --
MR. HAMPTON: Objection, that's vague.
Q. (BY MR. ELDER) All kinds of mental disorders that they are --



A. That are clinically warranted to be treated by the antipsychotic.
Q. You were also asked about Miss McAlexander's improvement in her blood sugar control. And you looked specifically at June 27th, 2006 at the HgA1c value on that date. And you indicated, I believe I have written down, it went from 8.4 to 7.6.
A. Correct.
Q. And I wanted to make sure, I believe you said that that was the only drop that you saw?
A. In her hemoglobin A1c that's the only drop that I see documented here.
Q. Okay. And on June 27th, 2006, Miss McAlexander was taking Seroquel and had been taking Seroquel for some time?
A. Yes. I believe her stop date according to -- and this was not reflected in my notes, this was reflected in the psychiatrist's notes, was sometime in August.
Q. There's a note in the recent hospital record by Dr. Ramaswami --
A. Uh-huh.
Q. -- indicating, and this is on Page 00057 of Exhibit 2, and it's Dr. Ramaswami's summary of the hospitalization. And it's indicated on the second page



Page 98

of this that Miss McAlexander is an ideal candidate for combination Glucophage therapy and Byetta which could help her lose weight. Tell me about that.

A. Actually can I see the page?

Q. Sure. It's right in the middle of this big paragraph here.

A. Let me see this. Yeah. And the date of this is October 24th, '07. And on her last visit with me which was October 9th -- I'm sorry, her visit with me prior to that hospitalization is October 9th. And that was a point in which I was titrating her Lantus, that appears that at that point she was on 40 units. And I really haven't seen her for a follow-up regarding just her blood sugars.

Her only follow-up was a hospital follow-up regarding her -- and she had had a complaint at that time. So my intention was to get another set of labs, see where we were at, and perhaps take some of this into consideration.

Byetta is one of the few known medicines that help lose weight, however, there is some issues with that in terms of compliance and the possibility of pancreatitis and so, you know, I -- I didn't jump on this just yet.

Q. Okay. And that's what I wanted to ask you

Page 99

was, Glucophage therapy and Byetta, is that combination sort of a standard treatment or something that's emerging?

A. The reason he had suggested both of those is because both of those do have a tendency to promote weight loss, Byetta much more so than Glucophage. Byetta is fairly recent in the regimens. Glucophage is an old standby. I had not had her on Glucophage, but these are all -- there's a whole myriad of different choices, you know, so it's still in the works.

Q. And in this same typewritten note the discharge medicines, the last one there is, in this note it's called Zeodon with a Z, that's supposed to be Geodon --

A. Geodon.

Q. -- with a G, correct?

A. Correct.

Q. There is no medicine with a Z?

A. Correct, it's a typo.

MR. ELDER: That's all I have. Thank you.

MR. HAMPTON: That's all I have also, thank you.

THE REPORTER: Read or waive?

MR. HAMPTON: Okay, Doctor, you have the right to read and sign the deposition. If you

Page 100

choose -- if you want to -- if you would like to. Since this is your first deposition -- okay, we're off the record. Let's go off the record.

(Discussion was conducted off the record.)

MR. HAMPTON: Doctor, you have the right under the rules to read and sign the deposition if you would like to do that or not. You need to tell the court reporter what you would like to do.

THE WITNESS: I would prefer to do that, yes.

MR. HAMPTON: And we're off the record.

THE REPORTER: You're ordering according to the standard?

MR. ELDER: Yes.

MR. HAMPTON: According to the standard.

(The deposition was concluded at 3:34 p.m.)

(Exhibit Nos. 1 and 2, inclusive, were marked for Identification.)

Page 101

CERTIFICATE OF OATH

STATE OF FLORIDA )
)
COUNTY OF MARION )

I, the undersigned authority, certify that GARY HELFIN, M.D., personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 7th day of December, 2007.

DARLENE G. ROBISON
Notary Public - State of Florida
My Commission No. DD 471414
Expires: October 2, 2009.