# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

    MDL DOCKET NO. 1769

    MC ALEXANDER v. ASTRAZENECA, et al.

    (Eileen McAlexander 6:07-cv-10360)

_____/

DEPOSITION OF:   GARY HELFIN, M.D.

DATE:           August 29, 2008

TIME:           12:05 p.m.

PLACE:          10461 Southwest Highway 484

                  Dunnellon, Florida

REPORTER:      Barbara A. Bailey

                  Notary Public

                  State of Florida at Large

Page 22

1  both?
2  A. It could be both. I'm surmising.
3  Q. And what about your interaction with her
4  makes you surmise that?
5  A. Well, we discussed weight and diet at
6  some of her visits, pretty much that she's trying.
7  At the last hospitalization, a decision was to try
8  her on Byetta, the hospital doctors tried to put her
9  on Byetta, another diabetes medicine, which no doubt
10 promotes weight loss, so that was a new medication
11 added.
12 Q. In terms of her attempts to engage in
13 weight loss, do you know whether or not she is
14 compliant with the diet that she's supposed to
15 follow?
16 A. I believe she tries as hard with the diet
17 that she's supposed to follow. I also believe that
18 the steroids promote weight gain, and that's been a
19 challenge for her as well.
20 Q. And so on the exercise piece of it, you
21 haven't been able to, in your opinion, get her
22 engaged and that might be because of the physical
23 challenges, it might be some unwillingness, but the
24 bottom line is you haven't been able to get her to
25 succeed there?

Page 23

1      MR. BRUZZESE: Objection to the form.
2      THE WITNESS: I'm sorry?
3      MR. BRUZZESE: I'm going to object from
4  time to time. You can answer.
5  A. I've had difficulty getting her to lose
6  weight.
7  Q. And has she ever expressed an
8  unwillingness to you to exercise?
9  A. She has expressed that it's a challenge,
10 that it's difficult. She has respiratory issues.
11 She's had a long history of smoking as well.
12 Q. What type of exercise have you
13 recommended for her?
14 A. I pretty much -- for people who are
15 overweight and in general with my age population,
16 geriatric population I deal with, I usually don't
17 recommend a specific exercise program. I recommend
18 walking. I try to get patients to walk every day for
19 at least an hour.
20 Q. Going to the next visit on April 21st,
21 2008 -- is that the next visit?
22 A. That's correct.
23 Q. From February 14th?
24 A. Yes.
25 Q. And on that visit, her weight is 269

Page 24

1  pounds?
2  A. Correct.
3  Q. And she was complaining of some right
4  knee pain?
5  A. That is correct.
6  Q. And then could you read your notes
7  underneath that?
8  A. "Complains of right knee pain going on
9  and off for years." That was nothing new.
10     And above that, I noted this is a
11 hospital follow-up also for her COPD exacerbation.
12 And basically the review of systems, no chest pains
13 or shortness of breath at that time, fever, chills,
14 nausea, vomiting, heart rate, heart palpitations.
15 The exam was essentially within normal limits at that
16 time.
17 Q. And what were your diagnoses?
18 A. I wrote chronic right knee pain. And for
19 that I offered a Lidoderm patch, which is a numbing
20 patch that she could put on her knee.
21     As far as the hospital follow-up for the
22 COPD exacerbation, under diabetes, I noted that she
23 had -- that she had been placed on Byetta at that
24 point for the weight loss while she was in the
25 hospital, and I offered her some samples of it as

Page 25

1  well, of Byetta.
2  Q. As a result of starting the Byetta, do
3  you change either the insulin or the Metformin?
4  A. I made no other changes.
5  Q. So you add the Byetta so then there are
6  three medications at that point for diabetes?
7  A. Right, at that point there was.
8  Q. Under number 2 under your diagnoses --
9  A. Yes.
10 Q. -- what does that line say?
11 A. "Hospital follow-up, COPD exacerbation
12 with" -- the last line says shortness of breath and
13 wheeze -- "positive shortness of breath and wheeze."
14 That was the reason for her hospitalization.
15 Q. Does diabetes impact the lungs?
16 A. Diabetes can impact every aspect of your
17 being, all organ systems, everything.
18 Q. And what I'm trying to figure out is in
19 Miss McAlexander, is her diabetes impacting her COPD;
20 and if so, how?
21 A. I would believe it would be the other way
22 around. I think her COPD is impacting her diabetes
23 by virtue of all the medications she has to go on to
24 treat it.
25 Q. And when you say diabetes can impact your

Page 26

1  entire body, I just want to follow up on that. COPD
2  is not one of the sequelae of diabetes that you think
3  about. Correct?
4    A.  That is correct.
5    Q.  So, diabetes is not a cause of COPD?
6    A.  That is correct.
7    Q.  And Miss McAlexander next came to see you
8  on June 2nd, 2008?
9    A.  Correct.
10   Q.  And she weighed 266 pounds on that visit?
11   A.  That is correct.
12   Q.  And has she continued on the Byetta
13 between April and June?
14   A.  Yes, she has.
15   Q.  And had lost three pounds?
16   A.  Correct.
17   Q.  In June at your visit, that was a
18 follow-up from another inpatient hospitalization?
19   A.  That is correct.
20   Q.  And what was that inpatient
21 hospitalization for?
22   A.  Again, related to her breathing.
23   Q.  And could you read for us your note.
24   A.  Okay. "Patient in ORMC" -- that's Ocala
25 Regional Medical Center -- "and West Marion" --

Page 27

1  actually, they're sister hospitals -- "for breathing
2  problems. Patient retaining water, legs swell and
3  not better in the AM. Breathing better" -- to imply
4  since the hospitalization. "No chest pains,
5  shortness of breath, fever, chills, nausea, heart
6  racing, heart palpitations, bowel movement problems
7  or urinary problem." And I wrote "There has still
8  been building fluids."
9    Q.  And then what did you write underneath
10 that?
11   A.  At that point I had written that she had
12 a 2 out of 6 systolic ejection murmur. That's a
13 heart murmur. Her lungs were clear. Abdomen was
14 soft. And extremities, I wrote -- I can barely read
15 it but it's 2 plus edema, which is a measure of how
16 much swelling is in the legs.
17   Q.  And the 2 out of 6 ejection murmur, was
18 that a new finding?
19   A.  I hadn't recorded it before but often a 2
20 out of 6 can often be considered a physiologic
21 murmur. I was more alert to it because she was
22 complaining about the swelling, so I listened to her
23 heart. I hadn't documented it before.
24   Q.  What was, to you, the significance of
25 that?

Page 28

1    A.  I wanted to be sure she wasn't going into
2  congestive heart failure. When you see swelling in
3  the leg, sometimes you worry about congestive heart
4  failure if you're building up fluid elsewhere.
5    Q.  And then down below that list, what do
6  your notes say?
7    A.  It says, "Status post hospitalization for
8  dypsnea/CHF versus bronchitis." That was a diagnosis
9  that she received upon discharge.
10       And then I wrote -- number 2 I wrote
11 "Murmur," a heart murmur that I heard.
12       And for my plan I decided to diurese her
13 with some Lasix, 40 milligrams a day, gave her a
14 prescription for that. And for the murmur I wanted
15 to go ahead and obtain an echocardiogram.
16   Q.  Did you obtain the echo?
17   A.  We actually have echos -- we do
18 echocardiograms here in the office. They're
19 scheduled, and at this point she hasn't come in for
20 it yet.
21   Q.  Is congestive heart failure a condition
22 that's associated with COPD?
23   A.  They're separate conditions.
24   Q.  But are they associated?
25   A.  One has nothing to do with the other.

Page 29

1  They're completely different disease processes.
2    Q.  At this point, today, do you know whether
3  or not she has congestive heart failure?
4    A.  At this point I would believe no, she did
5  not, or does not.
6    Q.  And then from 6/2/08, the next entry is
7  June 12th, 2008.
8    A.  Correct.
9    Q.  Are those both just telephone
10 prescriptions?
11   A.  Correct.
12   Q.  And so she continues on the Byetta?
13   A.  Correct.
14   Q.  And then the next time she came in to the
15 office was July 14th, 2008?
16   A.  Correct.
17   Q.  And what were her complaints on that day?
18   A.  This was finally considered a three-month
19 routine follow-up visit.
20       Her complaints at that time were feeling
21 tired all the time.
22   Q.  And she weighed 269 pounds on that visit?
23   A.  She did.
24   Q.  Where it says "Complained of feeling
25 tired all the time," what have you written there?

Page 42

1   A.  That's correct.
2   Q.  And I think you testified earlier that
3 you like to see the A1C below a 7. Is that right?
4   A.  Someone who has a bona fide diagnosis of
5 diabetes, what's considered adequate control is 7 or
6 less.
7   Q.  So, it's not non-diabetic if it's below 6
8 and it's controlled if it's below 7?
9   A.  Depending on whose measure you're looking
10 at. In general, it tends to be the current case.
11  Q.  I want to use yours, the measure that you
12 use.
13  A.  I would consider somebody around 5.9 and
14 lower to be non-diabetic.
15  Q.  And you would consider what number to be
16 well controlled diabetes?
17  A.  Anywhere between 6 and 7.
18  Q.  By your own measure, then, Miss
19 McAlexander is not controlled diabetes; correct?
20  A.  By the hemoglobin A1C measure, but that's
21 not the only measurement that I would use as a
22 criteria to base it on.
23  Q.  The glucose results on this same lab is
24 125, and to the right of that, whomever's measure
25 this is, 65 to 99 is normal. Is that right?

Page 43

1   A.  That's based on this case.
2   Q.  Is that reflective of your measure?
3   A.  No.
4   Q.  What would yours be?
5   A.  For somebody who has a history of
6 diabetes, I use the typical definition. Anything
7 below 126, fasting of 126 is considered -- well, I'm
8 sorry. Anything above 126 or higher is considered
9 diabetes; anything below is not for diagnosis, so if
10 you get anything between -- usually if I can maintain
11 patients of fasting blood sugars in the one-teens,
12 I'm happy.
13  Q.  And this is above the one-teens?
14  A.  It is.
15  Q.  So this is elevated, both representative
16 in the Quest Diagnostics lab results and in your own
17 measures?
18  A.  That is correct.
19  Q.  So, both according to Quest Diagnostics'
20 measures and your own measures, Miss McAlexander's
21 most recent A1C readings are elevated and glucose
22 levels are elevated?
23  A.  They are elevated.
24  Q.  Miss McAlexander has diabetes currently?
25  A.  Correct.

Page 44

1   Q.  Do you treat Miss McAlexander for the
2 tachycardia issue?
3   A.  I monitor it.
4   Q.  Do you know who she treats with for it?
5   A.  Basically she had a variety of physicians
6 that she's had for different things, including her
7 lung issues. She's moved around to different
8 doctors. I believe Dr. Delgato is probably the
9 latest pulmonologist that she had that I haven't
10 received any information on. And the reason I
11 believe that is because of the fact that that's where
12 the Symbicort originated and that's a lung medicine.
13  Q.  In April of this year you had noted that
14 Miss McAlexander was placed on Byetta as an
15 additional diabetes control medication that was also
16 designed to help her lose weight. Correct?
17  A.  Correct.
18  Q.  You have stated that this would represent
19 the third diabetes-related medication she was taking
20 at that time.
21  A.  Correct.
22  Q.  Is she still taking all three?
23  A.  I believe that she is.
24  Q.  Do you know whether or not Miss
25 McAlexander -- how she checks her own blood?

Page 45

1   A.  She uses a glucometer.
2   Q.  Do you know if it's a glucometer that
3 records the results internally that you can review,
4 or does she show you a log of some kind?
5   A.  If she remembers to bring one in, she'll
6 usually bring me a written sheet, handwritten.
7   Q.  It's handwritten. It's not a glucometer
8 that produces something that transmits to your
9 office?
10  A.  That is correct.
11  Q.  Can you compare our Exhibit 1 with your
12 actual chart entry for the date that has the January
13 24th, 2008 date?
14  A.  This one?
15      (Pause.)
16  A.  Yes.
17  Q.  Thank you.
18      MR. BRUZZESE: Doctor, I appreciate the
19 time. That's all I have for you.
20      (Discussion off the record.)
21      THE WITNESS: I'll read.
22      MR. ELDON: I'll take our standing order.
23      MR. BRUZZESE: Standing order.
24      (The deposition was adjourned at 1:26
25 p.m.)