# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]

_____/

- - -
DEPOSITION TRANSCRIPT
OF
EILEEN MCALEXANDER
- - -

| | |
|---|---|
| LOCATION: | Accurate Reporting & Video Service<br>814 E. Silver Springs Blvd.<br>Suite A<br>Ocala, FL  34470 |
| DATE: | Tuesday, July 8, 2008 |
| TIME: | 10:05 a.m. - 1:46 p.m. |
| REPORTER: | Darlene G. Robison, RPR, FPR<br>Notary Public, State of Florida |

**Page 10**

1  A. Yes.
2  Q. Do you currently go to counseling with
3  Dr. Henderson?
4  A. I -- yeah, he's -- yes, uh-huh.
5  Q. How often?
6  A. At this point he's leaving it to me to call
7  him when I need to go in to talk with him, which I
8  attempted to do right before I went into the hospital.
9  He basically waits for me to call him. It's not a set
10 monthly or weekly.
11 Q. And approximately how many times have you
12 seen him in the past two months?
13 A. I would say maybe once.
14 Q. Overall how would you describe your health
15 since your last deposition? Have there been any
16 significant changes, stayed about the same, you know,
17 what's your impression of how your health has been since
18 -- in 2008?
19 A. Medically?
20 Q. Yes.
21 A. Medically I -- my diabetes, my sugar has gone
22 up so they've had to put me on more medication for my
23 diabetes. I quit smoking since then. Other than that,
24 pulmonary I think is pretty much under control now.
25 But, other than that there isn't any other changes that

**Page 11**

1  I can think of.
2  Q. When you said that your sugars have gone up,
3  have you discussed the cause of that with anyone?
4  A. When I was hospitalized because of the
5  breathing, they told me it could have been due to some
6  of the medicines. Afterwards my doctor just kept the
7  insulin level up to where it was when I was in the
8  hospital. And then we've added on additional medicine.
9  Q. And when you say that your doctors told you
10 it could have been due to some of the medicines, was
11 that due to steroids --
12 A. Yes.
13 Q. -- that you were receiving for your pulmonary
14 condition?
15 A. Right.
16 Q. Has your weight changed since your
17 deposition?
18 A. Yes.
19 Q. How?
20 A. I've lost weight. I don't know exactly how
21 much.
22 Q. What's your best estimate of your current
23 weight?
24 A. Two-seventy.
25 Q. And you said that you stopped smoking?

**Page 12**

1  A. Yes.
2  Q. When did you do that?
3  A. Actually, it was -- let's see, June -- June
4  3rd.
5  Q. And since June 3rd have you stopped smoking
6  entirely?
7  A. Yes.
8  Q. In connection with your sugars going up or
9  with your diabetes, have you experienced any other
10 symptoms that you associate with your diabetes?
11 A. Yes. I've been -- I notice when my sugar
12 changes, whether it goes too high or too low, I end up
13 with really bad headaches. And they'll totally -- I
14 can't do anything other than put an ice pack on my head
15 for a day or two, sometimes a couple of days. And it
16 affects my eyesight.
17     Other than that, the only other thing I
18 notice is that I can't do as much work outside. I never
19 really had a problem sweating before but since, I'd say
20 over the past six months, six months or so, I can only
21 work outside for a little bit at a time because the
22 sweat just pours off of me. Those are the only other
23 changes I can think of.
24 Q. Have you seen an ophthalmologist this year?
25 A. Not yet, no. They just sent me a notice that

**Page 13**

1  I was due for another exam and I have to call them for
2  an appointment. I just got the card last week.
3  Q. Are you familiar with diabetic neuropathy?
4  A. Not to where I can tell you exactly what it
5  is. I've heard of it.
6  Q. That's -- it sounds like that's not something
7  that you have experienced or had discussions with your
8  doctor about, or have you?
9  A. When I go to the eye doctor, you know, he'll
10 talk about it. I don't understand exactly what it is.
11 All I know is that when I do go -- I do have to go once
12 a year instead of once every other year to him, and he
13 dilates my eyes each time.
14 Q. You've had some problems with your hands in
15 the past?
16 A. Yes.
17 Q. Tell me about how your hands have been
18 recently and whether you're currently doing anything
19 particular to treat your arthritis?
20 A. No. Actually now that you've mentioned it,
21 it's something that I've, I guess, come to terms, it's
22 the way things are going to be so I haven't thought
23 about it, you know. I mean, in the terms of it
24 bothering me as far as sweeping or raking or something
25 like that I know I'm limited already so it's become a

Page 14

1  way of life for me now.
2  Q. And how about your shoulder? I know in the
3  past you had a shoulder problem.
4  A. Since I had surgery on my shoulder, my
5  shoulder has been a lot better.
6  Q. Any other medical issues or health problems
7  that we haven't talked about?
8  A. The only other thing I could think of is,
9  which I have to go back to my medical doctor this month,
10 my legs continually swell. The reason I really don't
11 know yet. The medical doctor put me back on to Lasix.
12 So, I see him in a couple of weeks to try and find out
13 -- figure out what's going on with that.
14 Q. And this is Dr. Helfin?
15 A. Yes.
16 Q. And your legs swelling, is that something
17 you've experienced for a number of years?
18 A. No. I was having problems when I first had
19 gone out on disability and I -- you know, my point is
20 that, myself, mentally just being because I wasn't
21 running around as much when I was working. Then it was
22 okay for a little while. I'd say over the past year,
23 year and a half maybe I was having to take Lasix now and
24 then, but now I take it on a daily basis.
25 Q. Tell me what medications you are currently

Page 15

1  taking.
2  A. Okay. Zoloft. Do you need to know how much?
3  Q. Yes, if you know, please.
4  A. 200 milligrams. Metformin, that's 1,000
5  milligrams twice a day. Byetta is ten units twice a
6  day. Lantus is 40 units. Protonix, 40 milligrams twice
7  a day. Cardizem, 240 milligram, it's long-acting, once
8  a day. Ambien, ten milligrams. And Ativan, half a
9  milligram up to three times a day, it's an as-needed. I
10 think I got it all.
11 Q. In the past you've had some workups for
12 potential heart issues. Have you experienced any heart
13 problems since your last deposition?
14 A. No. They told me everything was okay as far
15 as my heart.
16 Q. So, your current understanding of any
17 condition with your heart is that you went and were
18 checked out and the doctor told you that you did not
19 have a heart problem?
20 A. Yeah -- well, actually it was due to one of
21 my admissions. They called in a cardiologist and they
22 did an echocardiogram.
23 Q. In terms of your depression, how has your
24 depression been in 2008?
25 A. Compared to last year?

Page 16

1  Q. Right.
2  A. I would say it's about the same. I have good
3  days. I have bad days. It's been that way for a while.
4  Q. Zoloft and Ativan are the two medications
5  you're taking for psychiatric issues?
6  A. From the psychiatrist, yes, and also she
7  prescribes the Ambien.
8  Q. Which is for sleep?
9  A. Yes.
10 Q. How long have you been on Zoloft and Ativan?
11 Has that combination changed recently?
12 A. No, no.
13 Q. Do you know how long you've been on --
14 A. I don't know exactly when I started it, no.
15 Q. Have you worked any in 2008?
16 A. Yes, I am. I work for a company out of
17 Pennsylvania. I do merchandising a few hours a week.
18 Q. What is merchandising?
19 A. I order merchandise for the store and the
20 merchandise is sent directly to the store. And when I'm
21 told that it's been delivered, I'll go and put the
22 merchandise out in the store and then take an order for
23 the next visit.
24 Q. What's the name of the company?
25 A. Lami.

Page 17

1  Q. Spell.
2  A. L-A-M-I.
3  Q. And what does Lami sell?
4  A. I want to refer to it as Dollar General
5  merchandise. Anything and everything. Nothing edible,
6  just everything and anything otherwise.
7  Q. And you said that you -- you go put the
8  merchandise somewhere?
9  A. The merchandise is delivered to the store.
10 When I'm informed through my supervisor that the
11 merchandise has been delivered, then I go to the store
12 and take the merchandise and put it out onto the floor
13 where it has to go in each of the aisles.
14 Q. What's the name of the store?
15 A. Winn-Dixie and Publix.
16 Q. Okay. So Lami sells its merchandise through
17 Winn-Dixie and Publix?
18 A. Yes.
19 Q. And you are the person -- you're the local
20 person for Lami making sure that the merchandise gets on
21 the shelves and is in the proper place and that type of
22 thing?
23 A. Correct.
24 Q. Okay. And tell me, are you paid by the hour?
25 A. Yes.

**Page 22**

1 restrict your activities?
2   A.   It was more so when I was having to mow my
3 lawn by hand. It took me longer to do it. I couldn't
4 do as much at one time. Other than that that's really,
5 as far as the breathing, that's about the only thing
6 that has changed, you know, since I started having the
7 breathing problems.
8   Q.   And have any of your doctors told you that
9 your joint problems are a result of your diabetes?
10   A.   No.
11   Q.   Since November of '07 have you discussed this
12 lawsuit with any of your doctors?
13   A.   No. I just had -- my psychiatrist had called
14 me and mentioned -- I believe she mentioned the law
15 firm, Bailey and Bailey, as far as wanting to set up an
16 appointment with her for deposition, or whatever. And
17 she just called and asked me basically do you agree with
18 this. And I said, yes.
19       And the same with my medical doctor, he just
20 -- he actually -- he told me that he was being called
21 for deposition and asked me if I was aware of it. And I
22 said I think they were going to do it with all the
23 doctors. So, he said, okay. And that was it.
24   Q.   Okay. So you haven't discussed the issues in
25 the case or the substance of the case with any of your

**Page 23**

1 doctors?
2   A.   No, 'cuz they just both told me that a copy
3 of my record was being requested and the possibility of
4 a deposition, so ...
5   Q.   Okay. Has any health care provider ever told
6 you that Seroquel caused you to develop diabetes?
7   A.   No.
8   Q.   Have you ever asked any health care provider
9 that question?
10   A.   Not that I can recall.
11   Q.   In other words, none of your doctors or any
12 other health care providers have given you a different
13 answer? They haven't told you that it didn't cause your
14 diabetes or anything like that?
15   A.   Right.
16   Q.   When did you stop taking Seroquel?
17   A.   I don't recall exactly as far as when. 2005
18 I think. I think, I'm not positive.
19   Q.   And after you stopped taking Seroquel did you
20 notice any change in your condition?
21   A.   I don't -- what condition? I don't
22 understand.
23   Q.   After you stopped taking Seroquel did you
24 notice any change in your depression or any other
25 psychiatric condition?

**Page 24**

1   A.   No. The doctor was weaning me off the
2 Seroquel and started me on a low dose of the Ambien
3 around the same time so I didn't notice anything.
4   Q.   And after you stopped taking Seroquel did you
5 notice any change in your physical condition?
6   A.   I noticed it was starting to get a little bit
7 easier for me to lose weight. And medically it was
8 around the time I think I started having to take the
9 insulin.
10   Q.   And do you believe that you lost weight after
11 you stopped taking the Seroquel?
12   A.   Yes.
13   Q.   How much did you lose?
14   A.   As of today I would say approximately 40
15 pounds.
16   Q.   Have you noticed any change in your blood
17 sugar control since you stopped taking Seroquel?
18   A.   Yeah. I would say actually around the time I
19 stopped the Seroquel was the time that I was on oral
20 medication for the diabetes for about a year before
21 that. And then I started to have to go on the insulin
22 so I would say that my sugar levels were not getting
23 better.
24   Q.   Okay. And when we were talking earlier, I
25 think you said that your -- recently your sugar levels

**Page 25**

1 haven't improved, you've had to add medications to
2 control those?
3   A.   Yeah. Well, yeah, between adding and there
4 was a couple of changes as far as what I was taking and
5 the amount that I was taking.
6   Q.   Okay. And you have in 2008 started taking
7 insulin?
8   A.   Insulin?
9   Q.   Yes.
10   A.   No, I've been on insulin more than a year. I
11 don't remember exactly when I started the insulin.
12   Q.   Okay. Did the dose go up?
13   A.   Yes.
14   Q.   Okay. And we talked about some of your
15 doctors. I think that might have been due to steroids?
16   A.   At -- yes, at the time, but I haven't had any
17 steroids and they just kept the level the same.
18   Q.   So, when you went off the steroids, you did
19 not reduce the amount of insulin you were taking?
20   A.   Correct.
21   Q.   How often do you check your blood sugars on a
22 daily basis?
23   A.   Twice a day.
24   Q.   And what do they typically run?
25   A.   Morning is usually -- it could be anywheres

**ESQUIRE DEPOSITION SERVICES**

26

1  from I would say 110 to 130. Evenings, last night it
2  was about 165 before bed.
3      Q.  Have you experienced any cellulitis in --
4  since November of '07?
5      A.  I have had a slight problem with it, I don't
6  remember if it was between then and now or prior to
7  that. I went to Dr. Helfin for it.
8          MR. ELDER: Let's take a quick break. It's a
9      good stopping point.
10         (Brief recess was taken.)
11     Q.  (BY MR. ELDER) Miss McAlexander, you -- one
12 of the things that we didn't talk about is that you have
13 gastroesophageal reflux disease, is that right?
14     A.  Yes.
15     Q.  And you have had that going back to at least
16 '97 or so, is that right?
17     A.  It's possible, yes.
18     Q.  I was looking at your record here, this is a
19 record from May of '97 that lists your weight as 270
20 pounds in May of 1997. Does that sound accurate to you?
21     A.  It could be, yes.
22     Q.  Do you take medication for high blood
23 pressure?
24     A.  I do, yes.
25     Q.  And how long -- when were you, in your

27

1  memory, first diagnosed with high blood pressure?
2      A.  I don't remember exactly.
3      Q.  Do you remember if it was before or after you
4  started taking Seroquel?
5      A.  No, I don't.
6          (Exhibit No. 1 was marked for
7      Identification.)
8      Q.  (BY MR. ELDER) I show you what I've marked
9  as Exhibit 1 which is from your Social Security
10 Disability file, Bates number 00183. And this is a
11 medical record from December of 1999.
12         Actually the top is September and the middle
13 entry that I wanted to ask you about was December of
14 1999. And it indicates here that your blood pressure
15 was increased at work.
16         Were you monitoring your blood pressure at
17 work or had you been to a health screening at work?
18     A.  No. Actually, I remember that exact day
19 because of the pain. I came back from lunch which I
20 didn't eat anything so I don't know if that had anything
21 to do with it. But, anyway, I came back from lunch and
22 went -- went back to my office and I just started with
23 excruciating pain to where I could hardly talk.
24         I worked in nursing service, not a nurse but
25 I worked in nursing service so there were nurses in the

28

1  office and they just told me to sit. And they called
2  the emergency right there at the V.A. hospital and they
3  brought me down to their emergency area and they told me
4  my blood pressure was high. And then they called my
5  medical doctor in New York and set up for an appointment
6  when I left there to go directly to his office.
7      Q.  And do you recall what the follow-up from
8  this episode was?
9      A.  I don't remember exactly. I do remember that
10 my blood pressure was not as high by the time I got to
11 my medical doctor, but he said that it was still
12 elevated. That's basically all I remember.
13     Q.  You have a history of kidney stones, is that
14 right?
15     A.  Yes.
16     Q.  And you had kidney stones before you started
17 taking Seroquel?
18     A.  Yes.
19     Q.  And when you were diagnosed with kidney
20 stones did your -- any of your doctors recommend any
21 changes to your diet?
22     A.  I don't recall anybody recommending anything.
23 I do recall that they were checking the stones to see
24 what they were made of. And there was a couple of
25 different -- I want to say between calcium and red meats

29

1  is the scenario they gave me as far as what they were
2  made of. But then between a few different doctors, I
3  mean -- well, actually either through word of mouth or
4  through the doctor, I don't know which it came from,
5  there was a controversy of whether it meant to decrease
6  those things; or, if I was going to consume those
7  things, to consume the same amount every day. So,
8  that's basically the conversation in reference to it.
9      Q.  How about when you were diagnosed with
10 diabetes, did your doctors recommend any changes to your
11 diet?
12     A.  Yes.
13     Q.  And what types of changes did you make at
14 that time?
15     A.  Well, I had to start basically watching the
16 carbohydrates, making sure that I kept the carbohydrates
17 down. And it was when I first started the insulin, I
18 believe it was an 1800 calorie diet that they had given
19 me as a guideline.
20     Q.  Do you continue to follow that diet?
21     A.  Yes.
22     Q.  Do you prepare all of your meals?
23     A.  I'd say most of them. Not as -- what I eat I
24 do prepare. I'm only hesitant because the past few
25 months I haven't really felt like cooking so -- and I