# EXHIBIT 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Eileen McAlexander v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER: 6:07-cv-10360

---

### AstraZeneca's First Supplemental Disclosure of Available Case Specific Discovery Information and Documentation Pursuant to Case Management Order No. 4 for PLAINTIFF EILEEN MCALEXANDER

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") supplements its disclosure dated October 8, 2007, as follows:

### I.  Account Payable Information

Account payable information for "Asha Velisetty" is being produced as **Exhibit A**, and in electronic form as an Excel spreadsheet.

Dated: November 27, 2007

*[signature]*

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-Mail: rstewart@faegre.com
        nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2007, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail. Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

*[signature]*

Russell O. Stewart
Nadia Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
303-607-3500

*Counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

fb.us.2445071.01

**EXHIBIT A**

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VENDOR NUMBER | VENDOR NAME | STREET ADDRESS | CITY | ST | ZIP | DOCUMENT TYPE | GL ACCOUNT | ACCOUNT NAME | DOCUMENT HEADER / PURCHASE ORDER TEXT | POSTING DATE | DOCUMENT NUMBER | LIFNR | AMOUNT | PL | COST CENTER | COST CENTER NAME | | SGTXT |
| 40033972 | ASHA VELISETTY | 3309 SW 34TH CIRCLE | OCALA | FL | 34474 | RN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | HONOR-OCALA-062101 | 07/17/2001 | 51803675 | 40033972 | 150.00 | 23 | 567715 | CNS SPEC CARE TEAM-TAMPA | FL | |
| 40033972 | ASHA VELISETTY | 3309 SW 34TH CIRCLE | OCALA | FL | 34474 | ZA | 23817240 | CHECKS ISSUED-NT/U.S.-NATIONS BANK | | 07/28/2001 | 42149740 | 40033972 | -150.00 | | 000000 | | FL | |

MDL-McAlexanderE-0710360
000042-CONFIDENTIAL