# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Unger v. AstraZeneca, LP, et al.
[Richard Unger 6:07-cv-15812]

---

Miami, Florida
March 17, 2008
11:50 o'clock a.m.

- - - - - - - - -

DEPOSITION

OF

PATRICIA ARES ROMERO, M.D.

- - - - - - - - -

JOB NO: 922470
Reported By:
Evan A. Ferguson, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

**Page 6**

Q And your current business address?
A 7975 Northwest 154th Street, Suite 440. And I apologize for that, I just moved.
Q I know you are in transition.
A Correct.
Q You were telling us briefly off the record you have been off on maternity leave as well, correct?
A That is correct.
Q You are coming back on to your practice now?
A Not as of yet, I am still on maternity leave so I am not working yet.
Q What is the name of your practice?
A It's Patricia Ares-Romero, M.D., P.A.
Q And before that did you work with a group or have you always been solo?
A I have always been solo in my practice.
Q You are a psychiatrist, correct?
A That is correct.
Q And describe your practice.
A Well, prior to my maternity leave I was working at the hospital as an attending physician and had a concurrent private practice as well.
Q What hospital is that?
A That was Mercy Hospital, Doctors Hospital and Coral Gables Hospital.

**Page 7**

Q So you still have privileges at those three hospitals?
A Yes, but I am on sabbatical.
Q Do you have privileges at any other hospitals?
A No, those are the only three.
Q Have you ever testified at a trial?
A No, I have not.
Q But you have given depositions, correct?
A Yes, I have.
Q Approximately how many times?
A Maybe 20, 25, because of the Workman's Comp cases I have had in the past.
Q Have you ever been contacted by an attorney who represents a Plaintiff in the Seroquel litigation?
A No, I have not.
Q And you have never been contacted by an attorney who represents AstraZeneca in the Seroquel litigation?
A No, I have not, except for this deposition.
Q Right.
A To schedule for it, that's all.
Q Now, did you do anything to prepare for this deposition?
A No.
Q You have not reviewed your chart?

**Page 8**

A I just have the patient's chart, I just pulled when I walked in.
Q Have you ever done any independent research on atypical antipsychotics or Seroquel?
A No, I have not.
Q Now, you were Mr. Unger's treating psychiatrist, correct?
A Yes, I was.
Q And were you also managing his medications?
A As part of my psychiatric role in his treatment.
Q But were you limited in your management of his medications to his psychiatric medications?
A That is correct.
Q Were you aware that Mr. Unger had several comorbidities?
A I knew he was in treatment with other physicians, yes.
Q Are you familiar with doctor, I think is Raphael Mas?
A Yes, he is actually one of the physicians at Mercy Hospital, so.
Q And how long have you known Doctor Mas?
A I don't know him on a personal level but I know him as part of the staff at the hospital.

**Page 9**

Q Were you aware that he was treating Mr. Unger?
A Yes.
Q And what capacity was he treating Mr. Unger to your knowledge?
A To my knowledge as a primary care physician.
Q A PCP?
A Correct.
Q Now, do you often, when you treat patients for psychiatric problems, work together with a PCP?
A Sometimes when there is the need.
Q And when I say together, I mean oftentimes you are just aware that the PCP is treating the patient, along with or strike that.
Does it occur occasionally that your psychiatric treatment coincides with PCP treatment?
A And when you say coincide, you mean?
Q At the same time as.
A Well, I mean patients do require - psychiatric patients do require medical treatment, so I would guess it would coincide.
Q Now, as his psychiatrist I know that you saw him on an outpatient basis in your office, correct?
A Correct.
Q And I think you also had some consultation with Mr. Unger during a hospitalization in September of

Page 10

1  2005; do you remember that?
2      A   I believe I saw him one time at the hospital.
3      Q   Now, in terms of your practice at your office,
4  what does that entail when Mr. Unger would come in, how
5  would a session go?
6      A   Sometimes he would come accompanied by his
7  wife, sometimes he would come accompanied by himself.
8          We would talk about his issues, whatever the
9  issues were at the time, he was a Workman's Comp case so
10 he had a lot of issues dealing with his pain and injury.
11         And we would review his medications and how he
12 was doing with his medications and that would pretty
13 much be the session.
14     Q   Now, I notice in your records that there is
15 often a notation about reviewing his medications with
16 him.
17     A   Uhm-hum.
18     Q   I think including the risks and benefits; is
19 that correct?
20     A   Yes.
21     Q   Do you do that on a regular basis with your
22 patients?
23     A   For the most part, and if they have any
24 questions about the medication, since a lot of times the
25 same medication that is being prescribed and there

Page 11

1  hasn't been any changes, then I would usually ask do you
2  have any other questions about this medicine or do you
3  have any questions, but I wouldn't review everything
4  every single session because it would be a little
5  redundant.
6      Q   In Mr. Unger's case did you ever have an
7  occasion to coordinate with Doctor Mas your psychiatric
8  care?
9      A   No.
10     Q   In terms of your treatment of patients, do you
11 monitor any physical signs or symptoms?
12         Let me be more specific, do you monitor your
13 patient's glucose levels?
14     A   No, I do not.
15     Q   Do you monitor blood pressure?
16     A   No, I do not.
17     Q   Cholesterol?
18     A   No, I do not.
19     Q   I take it you don't do that because you would
20 be under the impression that the PCP would be managing
21 that?
22     A   I usually refer that to the patient's primary
23 care physician.
24     Q   Have you ever talked to Mr. Unger about his
25 lawsuit against AstraZeneca?

Page 12

1      A   No, the only knowledge I have about that was
2  when he sent me authorization for the treatment and
3  that's all I recall -- I mean, I'm sorry, authorization
4  for release of the records.
5      Q   That's when you became aware he had a lawsuit?
6      A   That's when he said that, yes, he was
7  proceeding with the lawsuit, that's all I have, yes.
8      Q   Do you know --
9      A   Because I think at that time I had stopped
10 seeing him already if I am not mistaken, I am not sure.
11     Q   Are you aware of what he is claiming in this
12 lawsuit?
13     A   No, I am not.
14     Q   Now, you are familiar with the medication
15 called Seroquel, correct?
16     A   Yes.
17     Q   And it's an atypical antipsychotic, correct?
18     A   Yes.
19     Q   Are you generally familiar with atypical
20 antipsychotics?
21     A   Yes.
22     Q   And how did you become familiar with them?
23     A   In medical school, and when I was doing my
24 residency at University of Miami Jackson.
25     Q   And when was that?

Page 13

1      A   I was in my residency from 1999 for four
2  years, so.
3      Q   And you would have been in medical school
4  approximately three years before that?
5      A   Four years.
6      Q   Four years?
7      A   Correct.
8      Q   So you had become familiar with atypical
9  antipsychotics from approximately 1997 to the present?
10     A   Correct.
11     Q   Do you continue to prescribe atypical
12 antipsychotics?
13     A   Yes, I do.
14     Q   Do you continue to prescribe Seroquel?
15     A   Yes, I do.  I prescribe Clozaril, Risperdal,
16 Zyprexa, Geodon not really, I have prescribed in the
17 past, but I don't use it regularly.  Abilify.
18     Q   Now, are you aware that since 2004 there has
19 been an FDA approved class-wide warning applicable to
20 all atypical antipsychotics?
21     A   Yes, for increase of blood sugar.
22     Q   Are you aware that that warning includes the
23 hypoglycemia warning that you just referred to and
24 diabetes mellitus?
25     A   Uhm-hum.

**Page 26**

Q  So you did not focus on other medications he was taking at that time that were nonpsychiatric?

A  Well, no, because it's part of the past psychiatric history, and those medications were part of the psychiatric history.

Q  And were you asked to make this consult by Doctor Mas?

A  I was requested. The only time I see a patient is when I am requested, it wasn't signed by him.

As you can tell on the top portion it says Consulting Service or Physician, and they just put my name and they put for psyche eval, but it was not signed, but it had to have been called in by his service, otherwise I wouldn't have been able to see the patient.

Q  Now, tell us on Psychosocial History what you found.

A  Patient worked for the state for many years until his injury. He lives with his wife and 11 year old daughter, and that's psycho social history that I knew from him from my office.

Q  And what is the next entry you have there?

A  MSE means mental status exam.

Q  And why don't you take us through that.

A  I put patient is alert and oriented to person

**Page 27**

and place only, he wasn't oriented to time, so I only noted those two things.

Patient was very circumstantial and confused, derailed at times.

His mood was very irritable and contributed, thought process is disorganized. Angry with his wife. Patient denies any suicidal homicidal ideations and intents or plans.

Paranoid ideation, no evidence of auditory, visual or tactile hallucination.

Q  And then you did an assessment and a plan, correct?

A  Yes.

Q  What was your assessment first?

A  Major depression with psychosis, rule out delirium.

Q  Okay. Now, I want to focus on major depression disorder, recurrent severe with psychosis, what does that mean from a psychiatric standpoint?

A  Well, major depression refers to depressive symptoms, mood symptoms.

Recurrent severe has been a process that he has been having for many years due to his psychiatric illness premorbid to this incident.

And with psychosis, at the time there was some

**Page 28**

psychosis with the paranoid ideation.

Q  Now, I believe you began treating him in early 2003, correct -- excuse me, 2004?

A  2004, yes.

Q  After Doctor Cabada went back to Spain, correct?

A  Yes.

Q  And you had him on a regimen of medications that you felt would address his psychiatric problems?

A  Yes.

Q  And you also were seeing him I think basically once a month for psychotherapy sessions, correct?

A  Yes, it was about once a month roughly, yes, that is correct.

Q  Now, there are different levels of depression, correct? Maybe that's a bad choice of words. There are more severe depressions than others?

A  Yes.

Q  And how would you characterize Mr. Unger's depression from the time you began seeing him in early 2004 up to this consultation in September of 2005?

A  Well, Mr. Unger through his treatment had continued to suffer from depression.

And it was something that we were trying to target and eliminate some of the symptoms, but every

**Page 29**

time he came in he continued to voice a lot of problems.

Not only was he undergoing his psychiatric illness, but also the stressors and problems that come associated with the Workman's Comp issue.

At the time that I saw him in the hospital it was more the confusion, which was different than how he had been seen in the past.

He had never really come in confused, he was always oriented, well versed on his medications on how he was feeling, but there was never that sense of confusion.

Lots of animosity towards his wife, paranoid at that point, saying that she was trying to do away with him and things of that nature, so that's how he presented differently, if that answers your question.

Q  Why did you put in his consultation note with psychosis?

A  Because paranoid delusions are part, psychosis is a big term that can signify many things, it can be visual, auditory, tactile.

The person can be have delusions, delusions of grandeur, that people are after them, paranoid, and he was paranoid at that point so that constitutes the psychosis portion.

Q  Now, let's finish up with this consult note,

### Page 30

1  we will go on to something else.
2    A   Sure.
3    Q   One of the things you decided to do it looks
4  like is for plan is to increase his Seroquel on the
5  consult note at the bottom.
6    A   Uhm-hum.
7    Q   What does your note say there?
8    A   **Increase Seroquel 25 milligrams three times a**
9  **day.**
10   Q   And why did you do that?
11   A   **He was at the moment they had suspended most**
12 **of his medications at the hospital because he did**
13 **present with the hyper-osmolar hyperglycemic**
14 **presentation, but since he was showing some signs of**
15 **psychosis and he had responded well to the Seroquel in**
16 **the past, I decided to increase, give him the**
17 **25 milligrams just to control the irritability and the**
18 **paranoid ideations that he was having.**
19   Q   And did you make an assessment at that time
20 that the risk of prescribing that Seroquel - excuse me -
21 the benefits of prescribing Seroquel outweighed the risk
22 at that time?
23   A   Yes.
24   Q   You don't think that prescribing Seroquel on
25 September 13, 2005 -- Strike that.

### Page 31

1      In your medical judgment in September 13, 2005
2  it was an appropriate standard of care to prescribe
3  Seroquel to Mr. Unger under the circumstances of his
4  situation, correct?
5      MS. HORNSBY: Objection, form.
6      THE WITNESS: I prescribed the Seroquel as I
7    mentioned earlier because it was an antipsychotic
8    he had taken in the past, he had tolerated it well.
9      It was a small dose to target his psychosis,
10   and at the moment that he presented with high
11   glucose levels it was not sure what was causing
12   his - that state at that moment.
13 BY MR. GAY:
14   Q   But if you look back on this you don't believe
15 it was a mistake to prescribe Seroquel to him at this
16 time?
17   A   **If he had high blood sugar any antipsychotics**
18 **would have not been a good idea, but in order to target**
19 **the psychosis that he was getting very agitated, and the**
20 **nurses were very agitated with him and his behavior,**
21 **yes, for his safety reasons Seroquel was a good idea.**
22   Q   All right. Let's attach a copy of your
23 consult note, which I have here which is from my record
24 out of the Mercy Hospital and it's Bate stamped number
25 53, and we will mark it as Exhibit 3.

### Page 32

1      (Whereupon, the above referred to document
2      was marked as Exhibit No. 3.)
3  BY MR. GAY:
4    Q   And, Doctor, is this an accurate copy of what
5  is in your chart?
6    A   Yes, it is.
7    Q   All right. Thank you.
8       Now, Mr. Unger's, as I understood your
9  explanation, situation prior to September of 2005 was
10 recurrent, severe major depression?
11   A   Yes.
12   Q   And does your chart - I know it does - your
13 chart does reflect that Doctor Cabada began seeing him
14 in 2002 for that situation?
15   A   That is correct.
16   Q   And if you look at Doctor Cabada's original
17 treatment of him, it involved what medications?
18   A   **Under Plan and Recommendations it says start**
19 **Paxil 20 milligrams, half a tablet twice a day. Ativan**
20 **one milligram, one tablet three times a day. And return**
21 **in two weeks.**
22   Q   So he originally started him on psychiatric
23 medications of Paxil and Ativan?
24   A   Yes.
25   Q   Now, Paxil is what?

### Page 33

1    A   It's an antidepressant.
2    Q   And Ativan is what?
3    A   **An antilytic, it is used for anxiety or it's**
4  **also called a Benzodiazepine.**
5    Q   When treating patients with recurrent severe
6  major depression, do you oftentimes have to try
7  different medications to determine which ones are most
8  effective for the particular patient?
9    A   Yes.
10   Q   How long did doctor -- Well, take us through
11 what your records reflect what Doctor Cabada did in
12 terms of trying to find the right medications for
13 Mr. Unger.
14   A   **The one we just talked about was June 13. The**
15 **next visit I reflect --**
16   Q   June 13 of 2002?
17   A   **2002, that is correct. The next visit I**
18 **reflect here is June 27, 2002. Do you want me to read**
19 **the whole note?**
20   Q   No, I would just like to know about the
21 medications.
22   A   **He increased the Paxil to one full tablet**
23 **twice a day, and he increased the Ativan to two times a**
24 **day.**
25   Q   So he was searching for a dosage that would be

**Page 34**

most effective for the patient, is that a fair
interpretation of that?
   A   He was increasing the medication to target the
symptoms.
   Q   And that's not uncommon for a psychiatrist to
do, correct?
   A   No, it's not.
   Q   What about the next visit?
   A   The next visit is July 9, 2002.
   Q   Okay.
   A   He was started on Neurontin, 100 milligrams,
three times a day and the Paxil and the Ativan remained
the same.
   Q   And Neurontin is what?
   A   It's used as a mood stabilizer, it's used for
diabetic neuropathy, also for aches type neuropathy, and
the class is actually an antiseizure medication,
neuroleptic would be the other name for it.
   Q   And from your point of view, what was going on
with Mr. Unger that would cause Doctor Cabada to
prescribe Neurontin?
   A   I wasn't there, but I could just tell you what
he wrote, he wrote he was very distraught, very besieged
by his pains, find a lot of difficulty finding a way out
of a situation, feels very hopeless, that suicidal

**Page 35**

homicidal ideations are noted so he could have been
targeting his mood symptoms and or his pain, I am not
sure what he was using it for.
   Q   Again, this reflects that Doctor Cabada, along
with his psychotherapeutic sessions with the patient was
attempting to find a set of medications for his
patient's psychiatric condition?
   A   To the best of my knowledge, yes.
   Q   That would be most effective for Mr. Unger,
correct?
   A   To the best of my knowledge that's what he was
doing.
   Q   And that is just a common thing that
psychiatrists do in general, isn't it, that you have
patients that have individual presentations that
sometimes don't fit every little category and you search
for medications that will individually help them?
   A   Not every patient responds to the same
medication.
   Q   So tell us what happened next with regard to
his medications from Doctor Cabada's records?
   A   There was a cancelled visit on 8/6, and then
he saw him on 8/20/02, and he increased the Neurontin to
300 three times a day at that time, and he continued
with the Paxil and the Ativan.

**Page 36**

   Q   All right.  And what was the next visit?
   A   The next visit, December 23.  You know what,
let me just flip this around, I think it was just the
way it was filed just doesn't look right, so we had
August 20, here we go.  10/17/02.
   Q   Yes, that is correct.
   A   At that time he noted that the patient was
having was under a lot of tension and was having a lot
of mood fluctuations, and he started him on Seroquel
25 milligrams three times a day.
         Paxil, the same Paxil remained the same,
Ativan remained the same.
         He noted may consider a course of Klonopin
added instead of Ativan if the patient continues
unabated.
         And he also noted Neurontin in his handwriting
300 three times a day I guess after he dictated he added
that in.
   Q   So he kept Mr. Unger on the same medications,
except he added Seroquel?
   A   That is correct.
   Q   And can you tell from the records why that was
done?
   A   It says that he had been under a lot of
tension and had a lot of mood fluctuation.

**Page 37**

   Q   And why would that be an indication for
starting him on Seroquel at that time?
   A   Because Seroquel has been used as a mood
stabilizer.
   Q   When did you learn about the use of Seroquel
as a mood stabilizer based upon your training?
   A   I can't remember exactly when.
   Q   It was before 2002, though, correct?
   A   Possibly, I am not quite sure.
   Q   You just don't remember?
   A   I don't remember.
   Q   And from the expertise of a psychiatrist why
is Seroquel helpful as a mood stabilizer?
         MS. HORNSBY:  Objection, form.
         THE WITNESS:  Could you ask the question
   again?
BY MR. GAY:
   Q   I guess what I am trying to find out is am I
correct that the note of October 17, 2002 reflects,
again, Doctor Cabada's psychiatric effort to find the
right medication to help this patient?
   A   Yes.
   Q   And so he made a choice about Seroquel, which
is an atypical antipsychotic, right?
   A   Yes.

**Page 38**

1  Q   And according to your review of the record it
2  looks like Mr. Unger's condition at that time involved a
3  lot of tension and a lot of mood fluctuations, correct?
4  A   That's what he reflected on this note.
5  Q   And so is it a reasonable interpretation from
6  a psychiatrist's standpoint that that was likely the
7  reason for the prescription of Seroquel?
8       MS. HORNSBY: Objection, form.
9       THE WITNESS: You can deduct that, that that
10      is the reason he prescribed the Seroquel, yes.
11 BY MR. GAY:
12 Q   And from your standpoint as a psychiatrist,
13 would that be a reasonable thing to do at that time?
14 A   Yes.
15 Q   And is the dosage of 25 milligrams, what is
16 that, three times a day?
17 A   Yes.
18 Q   A low dose?
19 A   Yes, it is.
20 Q   All right. And why would he be thinking in
21 terms of changing Ativan to Klonopin?
22      MS. HORNSBY: Objection, form.
23      THE WITNESS: I'm not quite sure, because he
24      did not indicate any problems with the anxiety, but
25      he just says remains unabated so he -- and

**Page 39**

1  sometimes you do that within the same class, you
2  switch if somebody doesn't respond to one
3  medication, you switch to another medication within
4  the same class. So that might have been his
5  thinking.
6  BY MR. GAY:
7  Q   Because patients don't always react favorably
8  even to the same class of medications, correct?
9  A   And that's why we have so many different
10 medications within the classes, I mean and we use them
11 all because every patient is different.
12 Q   So it looks like Doctor Cabada saw him again
13 on November 12, 2002?
14 A   Yes.
15 Q   And, again, he basically had the same
16 prescription of medications except it looks like he
17 increased Seroquel?
18 A   Yes, he increased -- Well, both Neurontin and
19 Seroquel.
20 Q   He increased Neurontin to 400 milligrams three
21 times a day, and Seroquel to 50 milligrams twice a day
22 and two at bedtime?
23 A   Yes, that is what my note reflects.
24 Q   And, again, he was considering Klonopin?
25 A   If unimproved is what he wrote.

**Page 40**

1  Q   Do you see any change in the medications with
2  respect to December 10th, 2002?
3  A   He discontinued the Ativan and started
4  Klonopin.
5  Q   And, again, he did that - fair interpretation
6  of the record - would be in an effort to try to find the
7  right class of antilytic medication?
8  A   Uhm-hum, correct.
9  Q   Then again December 23 of 2002 it looks like
10 he felt the patient was a little over-sedated, correct?
11 A   Yes, says a little bit over-sedated.
12 Q   So he changed the medication?
13 A   He decreased the Klonopin to half a tablet
14 three times -- wait, it says Klonopin one milligram half
15 a tablet from three times a day to twice a day, I'm
16 sorry.
17 Q   Could you take us through what he did during
18 the year 2003 just briefly for just so we have an
19 understanding of what the records reflect that
20 Doctor Cabada did in trying to treat Mr. Unger's
21 situation.
22 A   He was seen January 16, 2003 and it said
23 continue medications. So there was no change on that
24 date. On February 13, '03, continue medications, no
25 changes on that date.

**Page 41**

1  March 13, 2003 he reports still very
2  depressed, is bordering on thought disassociation. No
3  suicidal homicidal ideations are noted. Increase
4  Seroquel to 100 milligrams, one three times a day.
5  Q   Now, thought disassociation, what does that
6  mean from -- how would you as a psychiatrist interpret
7  that finding?
8  A   Usually disassociation we really don't use it
9  on a regular basis as a word to describe the patient's
10 thought process. We usually would mention more like
11 disorganized or inappropriate, so I can't really venture
12 to say what he was thinking at this time.
13     If I had to stab at it I would say he was
14 probably thinking that the patient was disorder in his
15 train of thought, but I really couldn't because I don't
16 know what he was --
17 Q   You didn't write it and it wasn't your choice
18 of words?
19 A   Right, I'm not sure.
20 Q   Fair enough. Okay. But something was going
21 on to make him write such a word, right?
22 A   Something was going on in his thought process.
23 Q   I think you were on 3/13, why don't you --
24 well, he again increased the Seroquel, correct, on
25 March 13, 2003?

**Page 42**

1  A   Yes, it was increased to 100 milligrams three
2  times a day.
3       Then he was seen again on 4/10/03, he reported
4  is a little more improved with current medications,
5  increase the Seroquel 100 milligrams twice a day and two
6  at bedtime.
7  Q   Please continue.
8  A   On May 8, 2003 he continued with medication.
9  No changes were noted.
10 Q   Can I stop you on this one?
11 A   Sure.
12 Q   It looks like he wrote that Mr. Unger felt
13 very helpless, and limited by his pains.
14 A   Uhm-hum.
15 Q   Do you remember when you were treating
16 Mr. Unger that that continued to be a problem?
17 A   His physical limitations were always a
18 concern.
19 Q   In your judgment when you were treating him,
20 did you think he was a fairly intelligent individual?
21 A   Yes.
22 Q   He was a registered nurse as I recall?
23 A   Yes, he was.
24 Q   So people who are high functioning individuals
25 still can have these terrible major depressive problems

**Page 43**

1  that incapacitate them, correct?
2  A   Absolutely, does not judge by intellect.
3  Q   So did you feel during the course of the time
4  that you were treating Mr. Unger that his psychiatric
5  condition was totally incapacitating?
6  A   Yes, it was.
7  Q   Looks like on July 3 Doctor Cabada increased
8  his Klonopin?
9  A   Yes.
10 Q   Again, indicating an effort by the
11 psychiatrist to find the right level of medication to
12 help the patient?
13 A   Yes.
14 Q   All right.  It doesn't look like there was
15 much change on September of 2003, right?
16 A   No, none was noted.
17 Q   How about on November 4th of 2003?
18 A   Okay.  Has been under a fair amount of stress,
19 however, has been having some problems with fluid
20 retention and over-sedation.
21      No suicidal or homicidal ideations.  Continue
22 no work status he noted.  He reduced the Neurontin to
23 300, from 300 BID to TID.
24 Q   Now, this reference to fluid retention on
25 November of 2003, does that indicate a condition that

**Page 44**

1  you would probably conclude was being treated by his
2  PCP?
3  A   Well, it should be.  If there is fluid
4  retention it should be treated by his primary care
5  physician.
6  Q   Your records don't reflect what other
7  medications he was on at that time, I should say
8  Doctor Cabada's records don't reflect that?
9  A   The only thing we have as to the medications
10 he was taking at the time were the ones that were noted
11 on his initial intake, which could or could not have
12 been.
13 Q   Do those include any diuretics?
14 A   Hyzaar and Toprol.  It says he was also on
15 Zocor and Oxycontin, and something I can't make out what
16 it is.
17 Q   Diuretics would be used to treat fluid
18 retention?
19 A   Water retention, that is correct, and they are
20 also used for hypertension, for high blood pressure.
21 Q   Do you know what risks are associated with the
22 use of diuretics in terms of diabetes mellitus?
23 A   No.
24 Q   Was 11/4/03 the last time that Doctor Cabada
25 saw Mr. Unger according to your records?

**Page 45**

1  A   Yes.
2  Q   And when did you first see him?
3  A   Let me -- just give me a second, let me just
4  put this back in.  January 6, 2004.
5  Q   2004?
6  A   2004.
7  Q   Now, do you know what session you may have
8  shadowed Mr. Unger with Doctor Cabada?
9  A   No, no.
10 Q   But you have a recollection that you did
11 shadow a session with Doctor Cabada, at least one?
12 A   Yes, because I remember meeting Marty, which
13 is his wife, because she worked at Mercy, she is one of
14 the nurses at Mercy, so.
15 Q   Do you still see Marty from time to time?
16 A   I'm not going to the hospital now, so I
17 haven't seen her.
18 Q   When you have seen her in the past, you know
19 her as a professional?
20 A   Yes.
21 Q   Does she work in the area of psychiatry?
22 A   No, she does not, she works on the medical
23 floors.
24 Q   So would you just see her in connection with
25 seeing patients at the hospital?

**Page 54**

Q And we went over the fact that in 2004 the FDA issued this warning about blood sugar increases and diabetes mellitus in association with atypicals as a class, correct?

A Correct.

Q So you were aware of that at the time you began treating Mr. Unger and you were aware of its association with those side effects?

A Yes.

Q Seroquel's association with those side effects, correct?

A Yes.

Q Now, did you also mention that you have used Clozaril?

A Yes.

Q And Clozaril has some significant side effects associated with it, doesn't it?

A Yes, it does. One of the biggest ones is the white blood cell count, neutropenia in the patient. So you have to monitor it, their white blood cell count.

Q Now, are atypicals associated with side effects of weight gain, too?

A Yes, yes, but that happens with both classes, atypicals and typicals.

Q And is that often associated with the fact

**Page 55**

that people who are on medications of this type often sedentary?

A For the most part.

MS. HORNSBY: Objection, form.

BY MR. GAY:

Q And in terms of Mr. Unger, he was completely sedentary, wasn't he?

A Yes, because he had also his Workman's Comp injury which made him very sedentary.

Q Do you know what his weight was when he first began seeing you?

A No, I do not.

Q Do you recall in general that he was obese?

A Yes.

Q Do you recall that his physical limitations were extremely severe?

A Yes, he walked with the use of a cane or a walker, depending on.

Q Now, do you, when you use atypical antipsychotics --

A Did you say typical or atypical?

Q I meant to say atypical, I hope I said that.
-- Do you sometimes try different combinations to see which one is more effective?

A Do you mean change within different classes?

**Page 56**

Q Sure, that's fine.

A Yes, sometimes a patient won't respond to one and I would have to switch them to another.

Q And do you also try different ones within the same class?

A Yes.

Q So that while you indicated that you may use Risperdal or Seroquel or some of the other atypicals, oftentimes the effectiveness depends on the individual patients, correct?

A Yes.

Q And the dosage depends on the individual patient?

A That is correct.

Q Now, going back to your general prescription of Seroquel, you continue to prescribe Seroquel along with other atypicals for your patients, correct?

A Yes.

Q And you do that even though that you know that it's associated with potential weight gain, correct?

A Yes.

Q And you knew that -- how long have you known that, that it's associated with weight gain?

A It's always been in association with the atypicals and with the typicals, so ever since I started

**Page 57**

prescribing it.

Q Which was when?

A 1998, 1999.

Q So both for atypicals and typical antipsychotics you have known since 1998 it's associated with weight gain, correct?

A Yes.

Q And the hyperglycemia is also a possible side effect of Seroquel?

A Yes.

Q Along with all the others?

A Yes.

Q Is it also a side effect of typicals?

A Yes.

Q And for how long have you known that?

A For less time than I think when it actually started being reported as was 2003, 2004, I am not sure on the date, so.

Q But somewhere in the 2003, 2004 range is what you recall?

A Yes.

Q You know that the January 2004 FDA warning came out, correct, we talked about that earlier?

A Yes, it came out, I do know it was exactly January of '04, yes.

```
                                                    58
 1     Q   Did you know about the association with
 2  hypoglycemia before the FDA reported it?
 3     A   I am not sure, I must have read it in some
 4  articles, but I am not sure.
 5     Q   Obviously this is something you were keeping
 6  track of at that time, correct, no reason for you to
 7  keep any chronology perspective on this, correct?
 8     A   Right.
 9     Q   What I am trying to ask you is that you get
10  your information about side effects of drugs through
11  more than just the FDA and pronouncements, correct?
12     A   Yes, usually literature.
13     Q   Medical literature and discussions with
14  colleagues, correct?
15     A   Correct.
16     Q   So you will go to conferences where
17  psychiatrists talk about medications they use for
18  specific identifications, correct?
19     A   Yes.
20     Q   And so do you believe that before the FDA ever
21  issued its warning in 2004 you equally, more probably
22  than not, would have had discussions with your
23  colleagues at least about the side effects of weight
24  gain, hyperglycemia?
25     A   As a class more than likely, yes.

                                                    59
 1     Q   So the answer to that is yes?
 2     A   Yes, it's very possible.
 3     Q   And you would you have likely, more probably
 4  than not, read medical literature that associated weight
 5  gain, hypoglycemia side effects with atypicals as a
 6  class before 2004?
 7     A   It stands to reason that there would have been
 8  literature prior to the actual FDA warning.
 9     Q   And you haven't done any research to
10  familiarize yourself with that as we speak today, that
11  chronology?
12     A   No, no.
13     Q   In terms of you indicated that the
14  hypoglycemia risk is something that you have probably
15  been aware of pre 2004, correct?
16     A   Yes.
17     Q   Would that be - would that also be true more
18  probably than not about the risks of diabetes as a
19  possible side effect of atypicals in general?
20     A   Again, it's possible, but I have no way of
21  remembering what the dates are.
22     Q   But is it fair to say that as of 2004 when you
23  were prescribing Seroquel for Mr. Unger you would have
24  known at that time of the potential side effects of
25  hypoglycemia, diabetes, and weight gain in association

                                                    60
 1  with atypicals such as Seroquel?
 2     A   Yes.
 3     Q   And, again, getting redundant here, but you
 4  continue to prescribe that because of the benefits
 5  outweighing the risks in your judgment for Mr. Unger?
 6     A   Yes.
 7     Q   Now, take me through your chart briefly, if
 8  you will, concerning your treatment of Mr. Unger
 9  beginning in 2004.
10     A   In January 6, 2004 was the first visit I had
11  with him. It says he was seen with his wife, he was
12  having continuous pain and difficulty with his physical
13  limitations.
14         He continues to feel depressed, without
15  significant improvement of symptoms, and he was
16  complaining of some over-sedation. He also reports
17  feeling hopeless and helpless.
18     Q   And did you make any changes to his
19  medications at that time?
20     A   Yes. I began to taper the Paxil, and I began
21  to use, started him on the Zoloft, and I also changed
22  the Seroquel.
23     Q   And this reflects what from your standpoint of
24  what you were trying to accomplish for Mr. Unger?
25     A   Well, Paxil has been known to be sedating, so

                                                    61
 1  I decided since it wasn't helping him with his
 2  depressive symptoms there was no significant improvement
 3  according to the patient, to begin to taper the Paxil
 4  and try a new antidepressant.
 5     Q   Which was Zoloft?
 6     A   Correct.
 7     Q   And why did you change the Seroquel?
 8     A   Because he was having the 100 milligrams
 9  during the day and that could also be contributing to
10  the sedation, so I decreased it to 50.
11     Q   At this time did you have any sense of whether
12  Mr. Unger was resistant to treatment because of his
13  physical limitations?
14     A   I don't recall.
15     Q   What happened in the next visit?
16     A   February 10, '04 he was again seen with his
17  wife. Continues to report pain without significant
18  relief with the medication, no side effects were
19  reported or evidenced.
20         He was tolerating the Zoloft well and the
21  depressive symptoms persisted. Everything remained the
22  same except for the Zoloft was increased to
23  100 milligrams.
24     Q   On February 10 you describe his situation as
25  poor energy, decreased interest, poor sleep, anhedonia,
```

## Page 62

1  poor concentration, feelings of guilt, hopeless and
2  helpless; that is a severe debilitating psychiatric
3  illness, is it not?
4     A  Yes.
5     Q  And this had been going on - based upon what
6  we went through with Doctor Cabada's records - for
7  almost two years, correct?
8     A  Yes.
9     Q  And were you continuing to search for a group
10 of medications that would help him?
11    A  Yes, and that was the reason why he was
12 switched over to Zoloft as opposed to Paxil.
13    Q  You saw him again in March of 2004, correct?
14    A  Yes.
15    Q  Any change in circumstances there?
16    A  No, feels very frustrated, hopeless, continues
17 to report sedation, despite decrease in medication.
18       It was explained to the patient it could
19 possibly be the result of his medications that he was
20 taking. Reports physical limitations and consistent
21 pain.
22    Q  What do you recall discussing with him about
23 the medications he was taking around this time?
24    A  I can't remember exactly what we discussed. I
25 know that we talked about - I don't know if this visit

## Page 63

1  or other visits - he was also taking Oxycodone for pain
2  and a lot of other medication that could also be
3  contributing to his sedation, so I know we discussed
4  that on several occasions.
5      MS. HORNSBY: Can I interrupt for just a
6    second? Is that phone going to keep ringing?
7      (Off the record.)
8      (BY Mr. Gay)
9  BY MR. GAY:
10    Q  On 3/11/04 you noted in his mental status that
11 he was depressed with constricted affect. Vegetative
12 signs of depression are still reported, and he was
13 complaining of bazaar delusions in dreams, correct?
14    A  Yes.
15    Q  That is a very severe psychiatric condition,
16 isn't it?
17    A  Yes.
18    Q  And you have codes that you have to use from
19 certain diagnostic and statistical manuals in order to
20 receive reimbursement I assume for your treatment of
21 patients such as Mr. Unger, correct?
22    A  Yes.
23    Q  And those codes don't always tell the full
24 story, do they?
25    A  Correct.

## Page 64

1     Q  I see you have 296.30 on this particular date.
2     A  Uhm-hum.
3     Q  But going up to vegetative signs, what does
4  that indicate?
5     A  That is mainly his poor desire to do things,
6  very apathic, anhedonia, which is what we talked about.
7  Not wanting to leave his house, those types of
8  depressive symptoms.
9     Q  Complaints of bazaar delusions and dreams,
10 what is that indicative of?
11    A  Part of the psychosis.
12    Q  And you continued his medication?
13    A  Correct.
14    Q  Okay. On April 6, 2004 it looks like you did
15 make some change in his medications, why was that?
16    A  Patient was seen today with his wife.
17 Continues to complain of sedation, despite changes in
18 medication. Anxiety persists, inconsistent sleeping
19 patterns.
20       Patient reports excessive worry.
21 Preoccupation with his physical limitations and the
22 physical pain. I increased Zoloft to target his
23 depressive symptoms, continued the Neurontin, and I
24 changed the Seroquel to see if that was cause of the
25 sedation to 25 twice a day as opposed to the 50.

## Page 65

1     Q  Was it your impression that Mr. Unger was sort
2  of in this vegetative situation that he was just laying
3  around the house all day?
4     A  That was his description of his symptoms.
5     Q  So his symptoms were severe, correct?
6     A  Correct.
7     Q  He wasn't able to work, correct?
8     A  He was not working.
9     Q  His symptoms were effecting his marriage?
10    A  Yes.
11    Q  His symptoms were effecting other social
12 relationships, correct?
13    A  Yes.
14    Q  He couldn't do his own shopping, correct?
15    A  Correct.
16    Q  Do you know if he could even dress himself?
17    A  There were points where he was having
18 difficulty.
19    Q  Dressing himself?
20    A  Yes.
21    Q  And do you know if his wife basically was
22 handling all the finances?
23    A  To the best of my knowledge she took care
24 mostly of everything.
25    Q  And was he even able even to make his own

Page 70

1  discussed and how was he feeling with the medication,
2  how was he doing, how did he feel it was helping him.
3     Q   Did you continue on the Seroquel for a period
4  of time because you felt it was helping him?
5     A   It was helping him, he didn't report any side
6  effects or problems from the Seroquel.
7        And usually patients don't like changing
8  medications that much for the most part, and if they are
9  doing well with a medication, he was not having
10 significant psychotics periods, you would keep them on
11 the medication.
12    Q   Now, do all of these medications that you were
13 using with Mr. Unger have risks and benefits?
14    A   Yes, all medications have risks versus
15 benefits.
16    Q   And you prescribed them because you think the
17 risks outweigh the benefits?
18    A   Correct.
19    Q   And --
20    A   No, the benefits outweigh the risks.
21    Q   I'm sorry, I probably misspoke.  The benefits
22 outweigh the risks, correct?
23    A   Yes.
24    Q   When you consider the risks associated with a
25 particular medication, do you consult the label of the

Page 71

1  medication?
2     A   I'm sorry?
3     Q   We talked about the different sources of
4  information that you use to find out the risks and
5  benefits of a given medication.
6     A   Right.
7     Q   One of those would be looking at the drug's
8  label I assume?
9     A   Right.  Well, I don't go through all 150 side
10 effects of the medication.
11    Q   Why not?  Why not?
12    A   Because it's time consuming.  Because
13 patients, especially the psychiatric patients tend to,
14 how can I put it, will start having those side effects,
15 so usually I will tell them that there is an insert, and
16 there is a lot of other side effects that have been
17 reported, but not necessarily those side effects that
18 have been reported happen to every single patient, and
19 if they have any questions they can call me.
20    Q   Is it fair to say that if you went through
21 every side effect of the medication with the patient for
22 each medication, you might scare the patient away from
23 even taking the medication?
24    A   Even sometimes you say the first, the top five
25 and they get scared, so, yes, definitely, I mean

Page 72

1  patients are afraid, and sometimes you have to go
2  through the benefits of the medication and that
3  everything has a side effect.
4     Q   Now, did you have the discussion you described
5  with Mr. Unger about Seroquel concerning the - I have
6  forgotten what you just told me - you tell them that
7  there are many side effects in general when you
8  prescribe medications, correct?
9     A   Correct.
10    Q   And do you tell them that when they go to the
11 pharmacy that they can look at those?
12    A   I usually tell them the top ones, like for
13 instance with Seroquel I usually mention the increased
14 weight gain, I mention the sedation, what it's used for,
15 and that there is a lot more side effects and that if
16 they have any questions they can talk to me about it.
17    Q   And do you believe you had that discussion
18 with Mr. Unger in the first visit in 2004?
19    A   I believe I did, definitely the weight gain
20 because it was my first meeting with him and we
21 discussed the different medications and how he was
22 doing.
23    Q   And in your first meeting with him you could
24 see, even though you didn't weigh him?
25    A   Oh, he was very heavy, yes.

Page 73

1     Q   If Mr. Unger testified in his deposition that
2  he relied on yours and Doctor Cabada's medical judgment
3  to determine whether the benefits of the medication
4  Seroquel outweighed the risks, would that be something
5  that is common in your treatment of your patients, that
6  they rely on your professional judgment with respect to
7  determining whether a medication is appropriate for
8  them?
9     A   Well, I think they look to us as clinicians,
10 but with my patients I always try to have a partnership
11 with them, and discuss everything with them, I have an
12 open door policy.
13       We can discuss medications, we can discuss
14 side effects, and I like to feel that the patients are
15 comfortable enough with me that they can tell me,
16 listen, I don't feel good with this medication, this one
17 doesn't effect me correctly or I am having this side
18 effect or I am having sexual dysfunction or what have
19 you, and we can discuss it.
20    Q   Do you ever make any of your prescription
21 decisions for any of your patients based upon marketing
22 from pharmaceutical sales representatives?
23    A   No, I try not to, it's all clinical on what
24 the patient, what is best for the patient, not whether
25 they brought me a sandwich or not.  As a matter of fact

(Pages 70 to 73)

**Page 74**

1  in my office I usually limit lunches or anything like
2  that.
3     Q   Is that true for Seroquel?
4     A   That's true for any of them.
5     Q   In other words you would base your decision
6  about a medication on what you think is your best
7  medical judgment for the benefit of that patient versus
8  any sort of marketing by a pharmaceutical company?
9     A   I mean they are always going to try, they are
10 always going to tell us their medication is better, but
11 it really depends on the patient and their needs.
12    Q   Well, for example sales representatives come
13 and promote medications on a regular basis to you,
14 correct?
15    A   Uhm-hum.
16    Q   Not just from AstraZeneca, but from other
17 pharmaceutical companies, correct?
18    A   Uhm-hum.
19    Q   Yes?
20    A   Yes, in the past, yes.
21    Q   But you wouldn't rely on anything those people
22 said to you to determine whether you would prescribe a
23 medication to a patient, correct?
24    A   Only if they gave me material.
25    Q   Written material?

**Page 75**

1     A   Written material.
2     Q   That you could trust?
3     A   Correct.
4     Q   And what type of material are you referring
5  to?
6     A   Journal or article from an established
7  journal.
8     Q   Is it fair to say that no matter what
9  conversations you might have had with any sales
10 representatives from AstraZeneca, that you would have
11 continued to prescribe Seroquel to Mr. Unger regardless
12 of any such conversation?
13    A   Say the question again.
14    Q   Sorry, not a very good question. In other
15 words you made an independent decision to continue
16 prescribing Seroquel when you first began treating
17 Mr. Unger regardless of any conversations you had
18 previously had with Seroquel drug representatives?
19    A   Correct, Mr. Unger had been previously treated
20 with Seroquel, had responded to the Seroquel, so I
21 continued him on the Seroquel.
22    Q   Now, in terms of medications like Seroquel,
23 some of the side effects discovered only after the
24 medication has been on the market for awhile?
25    A   Is that is question?

**Page 76**

1     Q   Yes.
2     A   Yes. I mean there is sometimes medications
3  that the side effects are after they are in market, of
4  course, yes.
5     Q   I take it that you felt that Seroquel during
6  the time that you prescribed it it for Mr. Unger was
7  helping him?
8     A   Yes.
9     Q   And was that your experience with Seroquel
10 with other patients as well?
11    A   Some patients responded to it, others did not.
12    Q   Did you also hear about your other colleagues'
13 use of Seroquel and other atypicals helping their
14 patients?
15    A   Yes.
16    Q   And I take it you - depending upon a given
17 patient - you continued to prescribe it and find it
18 effective?
19    A   If the patient has good results.
20    Q   And you still treat other patients with
21 different atypicals, correct?
22    A   Yes.
23    Q   Take a look at your chart and look at the
24 visits leading up to the September 2005 hospitalization
25 of Mr. Unger.

**Page 77**

1     A   How far back?
2     Q   Just a couple of visits, if you will. Tell me
3  what was going on with him during that time.
4     A   The one prior to that hospitalization -- oh,
5  wait, that's 2006, I'm sorry. It would have been
6  July 27, 2005.
7     Q   Okay. And what was going on at that time?
8     A   The patient was accompanied by his wife who
9  was his primary caregiver. Continues to complain of
10 difficulty sleeping.
11        His main complaint is that the wheelchair
12 makes him feel disabled and he hates to use it, but he
13 is having difficulty using the walker for distances, for
14 long distances.
15        The patient feels very frustrated. Not able
16 to tell the difference between day and night. He would
17 sleep on this recliner chair and he wouldn't be able to
18 tell whether he was sleeping day or nighttime.
19        The patient alert and oriented times 3.
20 Walking with the assistance of a walker, catching his
21 breath. During the session patient's mood is down and
22 feels helpless. No evidence of auditory hallucinations,
23 no suicidal intent or plan.
24    Q   All right. And was this the visit -- you were
25 just referring to the August 15 visit?

Page 82

```
 1    A   Well, I believe he was, because after the
 2  hospitalization they are not going to send him home
 3  without having treatment for it, so, yes.
 4    Q   Do you know whether or not his blood glucose
 5  levels remained stable subsequent to 2005 when he was
 6  still taking Seroquel?
 7    A   I have no knowledge of that.
 8    Q   If his medical records from his
 9  endocrinologist Doctor Quintero reflect that his blood
10  glucose levels were stable, would you have any reason to
11  dispute what those records said?
12    A   You would have to verify the records, I
13  wouldn't know if they are his or not, that is a
14  difficult question to answer.
15    Q   In other words you wouldn't disagree if
16  Doctor Quintero testified in his deposition that his
17  blood glucose levels remained stable while he was
18  continuing to take Seroquel after September of 2005?
19    A   If that is his testimony, then that is his
20  testimony.
21    Q   Do you know Doctor Quintero?
22    A   I have met him on one occasion at the
23  hospital, as well he is also a practicing physician
24  there at Mercy.
25    Q   Do you know he is an endocrinologist?
```

Page 83

```
 1    A   Yes.
 2    Q   And do endocrinologists typically specialize
 3  in the treatment of diabetes mellitus?
 4    A   Yes.
 5    Q   Do you recall any contacts you had with sales
 6  representatives for Seroquel?
 7    A   When they would come to my office?
 8    Q   Yes.
 9    A   Casual, I mean they would come in and bring
10  samples of the medication.
11    Q   Okay.  Do you recall anything specific that
12  they told you about the medication?
13    A   No the usual spiel that most drug reps do,
14  nothing stands out in my mind.
15    Q   Is this a good time for you to take your
16  break?  Do you want to keep going another 15 minutes?
17    A   Yes, that's fine.
18    Q   Can you find in your records the time when you
19  discontinued the use of Seroquel for Mr. Unger and would
20  you just find that part of the record, please?
21    A   June 26, 2006.
22    Q   And tell me what led up to your discontinuing
23  use of Seroquel.
24    A   Seen today for family session, was accompanied
25  by his wife.
```

Page 84

```
 1  He continues to walk with the assistance of a
 2  cane.  Patient would like to decrease and stop Seroquel
 3  due to the association with increased blood sugar and
 4  his recent diagnosis of diabetes.
 5      He continues to have multiple struggles with
 6  his illness.
 7    Q   And so that is something the patient came to
 8  you on his own to discuss?
 9    A   We discussed it, correct.
10    Q   Do you know why he did that, what caused him
11  to discuss discontinuing Seroquel other than what is
12  reflected in your record?
13    A   That's what I recall, I don't recall anything
14  in addition to that.
15    Q   And what do you remember telling him or what
16  do you remember the discussion being about at that time?
17    A   His concerns his sugar had gone up, he had
18  been having problems with his wife and they kept going
19  back and forth complaining, blaming each other because
20  they are both nurses so they should have known that was
21  one of the big issues, but he just decided that he
22  wanted to decrease anything that could be contributing
23  to his diabetes, and I agreed, and we started tapering
24  the medication.
25    Q   Okay.  Because there are always choices that
```

Page 85

```
 1  can be made due to the fact that there are multiple
 2  medications to treat his condition available to you,
 3  correct?
 4    A   Yes.
 5    Q   In other words before this point in time,
 6  June 26, 2006, you felt that his medications regimen was
 7  appropriate for him, correct?
 8    A   Correct.
 9    Q   But you were not opposed to trying another
10  medication regimen at his request?
11    A   Correct, and he had been free of any psychotic
12  symptoms for a long time so it was -- I mean if he would
13  have still been hearing voices acutely or having
14  delusions or anything like that, then I would probably
15  have told him we better switch to another class as
16  opposed to stopping the Seroquel, but he had not, so we
17  discussed that and we agreed that it would be okay to
18  start tapering and decreasing.
19    Q   But you felt that as of June 26, 2006 the
20  Seroquel had been helping him up to that point?
21    A   Yes.
22    Q   So did you taper the medication?
23    A   Yes.
24    Q   And why did you taper?
25    A   As per our discussion.
```

86

1  Q   But I mean you did not want to discontinue it
2  all at one time for what reason?
3  A   With any medication I never discontinue
4  abruptly in case the symptoms recur, so it's always
5  safer to taper a medication and monitor the patient as
6  opposed to just stopping the medication.
7  Q   All right. How long did it take for him to --
8  let me ask it another way.
9      When did he completely discontinue Seroquel
10 according to your chart?
11 A   The last visit where the Seroquel was
12 indicated was August 31, 2006 so he was only to take
13 25 milligrams at bedtime, and then shortly after that he
14 was to stop.
15 Q   And how long did you continue treating him
16 after that?
17 A   August 31, so he had one, two, three, four
18 more visits and that is when I went on maternity leave
19 for the first time.
20 Q   During the course of those four visits after
21 he discontinued Seroquel, what was his condition?
22 A   On 10/2/06 he mentioned that he had stopped
23 the Seroquel the night before, he continued to tolerate
24 the discontinuation of the medication. He complains on
25 being irritable and having difficulty sleeping at night.

87

1      He also talked about multiple medical problems
2  and he was processing, we processed his feelings.
3  Q   Was that the last time you saw him?
4  A   No.
5  Q   When was the last time you saw him?
6  A   The last time I saw him was January 11, 2007.
7  Q   And tell me what his condition was at that
8  time.
9  A   The patient was tearful, upset, hopeless,
10 helpless, had been crying with poor energy and interest.
11     Things at home were not going well according
12 to him, and he believes that this is because of his
13 illness and that his family hates him.
14 Q   And what medication had you replaced if any
15 for Seroquel at that point?
16 A   The Lamictal.
17 Q   And Lamictal is an antidepressant?
18 A   It's a mood stabilizer.
19 Q   What kind of classification is that?
20 A   It's also an antiseizure medication, it's a
21 mood stabilizer.
22 Q   It's like Neurontin?
23 A   It's somewhat, it would be like a Depakote,
24 Neurontin.
25 Q   Based upon what you just read in January of

88

1  2007, he was tearful, upset, hopeless, helpless, did you
2  feel that the change in medication from Seroquel to
3  Lamictal had helped or hurt his situation?
4  A   He was definitely showing more symptoms of
5  irritability, and mood during the change.
6  Q   And does that indicate to you that Seroquel
7  had previously had a benefit, more beneficial effect
8  than the situation as of January 2007?
9  A   As far as his mood stabilization, yes.
10 Q   So would that fact as you see it confirm to
11 you that your decision, along with Mr. Unger's decision
12 to take Seroquel, was one that confirmed that the
13 benefits of Seroquel had outweighed the potential risks
14 during the time that he took it?
15 A   I mean nobody wants the outcome that he had
16 which was developing diabetes, so at that time the
17 Seroquel was helping his mood.
18 Q   And I think we discussed earlier that
19 Mr. Unger, if the records reflect that he suffered from
20 hyperlipidemia, high cholesterol, significant obesity
21 and other conditions, that it would be conceivable that
22 his diabetes could be caused by any of those conditions?
23 A   Yes.
24 Q   And that due to the nature of his severe
25 psychiatric condition it was important for him to be on

89

1  some type of atypical antipsychotic in your medical
2  judgment during the period you treated him?
3  A   I mean apparently he was more -- he definitely
4  needed it when Doctor Cabada was seeing him, and it had
5  controlled those symptoms during the time that I had
6  seen him or during the time that he was under my
7  treatment, so definitely I think it did have a benefit
8  to him during that time.
9      (BY Mr. Gay)
10     MR. GAY: All right. I tender the witness.
11     MS. HORNSBY: Okay.
12     THE WITNESS: Do you mind?
13     MS. HORNSBY: No, not at all.
14     THE WITNESS: I will be as quick as I can.
15     (Whereupon, a short recess was had at 2:15.)
16     CROSS EXAMINATION
17 BY MS. HORNSBY:
18 Q   Doctor Ares, I am going to start from the
19 beginning and kind of move forward just with some
20 general questions I don't believe were asked.
21     I believe you indicate that you did your
22 residency at the University of Miami at Jackson?
23 A   Correct.
24 Q   Where did you go to medical school?
25 A   Universidad Central del Este, Santa Domingo,

94

1  A  Yes, that would be correct.
2  Q  And when you saw him in late 2003 how would
3  you describe his physique?
4  A  He was obese, he was always a very heavyset
5  man.
6  Q  Okay. How tall was he, do you recall, around?
7  A  Maybe - I'm terrible with measurements - but
8  he is about average height, maybe 5'7", 5'8", give or
9  take.
10 Q  And I apologize if some of these questions are
11 repetitive, I know we have answered a lot of them.
12 A  That's fine.
13 Q  You indicated that you prescribe all of the
14 atypicals or you did in your practice?
15 A  Correct.
16 Q  And we differentiated atypicals are the second
17 generation and typicals are the first generation?
18 A  Yes.
19 Q  In addition to those typicals and atypicals,
20 how many other different types of drugs had you
21 prescribed to your patients?
22 A  I prescribed mood stabilizers,
23 antidepressants, antilytic or benzodiazepine, sleep aids
24 as well.
25 Q  Do you have any experience with the FDA drug

95

1  approval process?
2  A  No, I do not.
3  Q  Would you consider yourself an expert in FDA
4  regulations?
5  A  No, I am not.
6  Q  When you were practicing and you did rounds at
7  Mercy and consults from doctors in Coral Gables and you
8  had your private practice also, did you take calls as
9  well?
10 A  Yes.
11 Q  How often did you?
12 A  I did weekend calls once a month, and
13 depending on who was on the schedule during the week, we
14 would either do every four days to every three days on a
15 very bad month.
16 Q  Are you still keeping your -- you are still
17 keeping your license up to date?
18 A  Yes.
19 Q  What do you currently do to get your CME hours
20 or qualifications, how do you keep that?
21 A  I do either conferences, I also get the
22 psychiatric advances in psychiatry, and those are CDs,
23 and I do CME's through there as well. Sometimes if an
24 article on the psychiatric web-site comes, something
25 that is interesting, then I will do a CME through that.

96

1  Q  Okay. In addition to the conferences and
2  the - would they be advance sheets, or?
3  A  Advances in psychiatry, yes, I believe that's
4  the correct name.
5  Q  What are those?
6  A  Those are they are CME's, they are lectures
7  and then they send you the CD, so if I can't make a
8  conference to Texas or whatnot they send us the actual
9  CD, I listen to the conference and then I answer the
10 questions.
11 Q  Oh, okay. Did you read - during your typical
12 day did you read medical journal articles as well, or
13 did you subscribe to any magazines?
14 A  Yes, I receive the Green Journal, and I get
15 Clinical Psychiatry as well.
16 Q  Okay.
17 A  And the AMA Journal.
18 Q  Did you do any independent research on any of
19 the mood stabilizers or antidepressants or
20 benzodiazepines or atypicals that you prescribed?
21 A  Independent research meaning?
22 Q  Clinical trials.
23 A  No, only when I was at Jackson they had just
24 started the CATIE Study, but I was just -- but nothing
25 independently.

97

1  Q  Do you recall anything about the CATIE Study?
2  A  While it was going on, no. We were just given
3  the Steinbrook, which was the program director that was
4  heading the study, so it was between all the
5  antipsychotics and they were evaluating for different
6  side effects and the effectiveness between.
7  Q  And that is C-A-T-I-E, right?
8  A  Yes.
9  Q  Do you recall what that stands for just for
10 the record?
11 A  I can't recall.
12 Q  And then you were through with medical school,
13 your residency, and so any of the outcome or the side
14 effects or effectiveness you wouldn't have been in?
15 A  I was not.
16 Q  Involved in that?
17 A  No.
18 Q  Okay. Do you depend on pharmaceutical
19 companies to properly research the drugs at market?
20 A  Do I depend on them, no.
21 Q  Why do you not depend on pharmaceutical
22 companies to do that research?
23 A  Because they taught us at residency that's
24 very bias.
25 Q  What do you depend on instead?

**Page 98**

1  A   The journals and usually the journals, I mean
2  you have to look at these different articles, some
3  articles are sponsored by the company so you have to be
4  very careful with that.
5  Q   So research that a pharmaceutical company
6  would publish, would it be fair to say that you would
7  look beyond that?
8  A   I would read it and take it into
9  consideration, but I would notice that that is a factor,
10 so a drug company is sponsoring it so of course they
11 have something to gain with them having positive outcome
12 results or whatnot.
13 Q   Okay.  Now, when you prescribe a drug and do
14 you read the package inserts or drug labels?
15 A   I look at the PDR, so the actual the insert I
16 wouldn't, but I do look at the PDR, depending on the
17 medication.
18 Q   To the best of your knowledge does the PDR and
19 the package insert contain the same information?
20 A   They should.
21 Q   And would you expect the PDR to be accurate?
22 A   I would expect, yes.
23 Q   And you would expect the PDR to be thorough?
24 A   Yes.
25 Q   Would you expect the PDR not to be misleading?

**Page 99**

1  A   I would hope not.
2  Q   Do you note changes in labels or?
3  A   They just send things by mail when there is a
4  change or a Black Box Warning.
5  Q   Do you recall receiving a letter from
6  AstraZeneca regarding a change in its label?
7  A   I don't recall, because I know there was also
8  some that came in from Risperdal for dementia in the
9  older patients I believe I did, but I am not a hundred
10 percent sure.
11 Q   So would it be fair to say that you wouldn't
12 recall when you received it if you did receive it?
13 A   Yes, I really don't remember.
14 Q   Okay.  Would you depend on a drug company to
15 update its label information?
16 A   I'm sorry?
17 Q   When there is a change to a label of a drug, a
18 new -- Well, if a label on a drug changes, like for
19 example the class change for the atypicals, would you
20 expect a drug company to update that information on its
21 label?
22 A   They should, yes.
23 Q   And do you depend on a drug company to analyze
24 its product honestly and objectively?
25 A   They should.

**Page 100**

1  Q   Would you depend on a drug company to
2  communicate this information to you?
3  A   Yes.
4  Q   Do your patients rely on you to communicate
5  this type of information to them?
6  A   Yes.
7  Q   Doctor, did you review any literature
8  regarding diabetes or hyperglycemia in preparation for
9  this deposition?
10 A   No.
11 Q   Have you reviewed any literature regarding the
12 causes of diabetes or hyperglycemia in preparation for
13 this deposition?
14 A   No, I did not.
15 Q   So would it be fair to say that you would not
16 be holding yourself out as an expert in the diagnosis
17 and treatment of diabetes or hyperglycemia?
18 A   No, I am definitely not, that's not my field.
19 Q   Now, when Mr. Unger was your patient, I
20 believe you indicated that you discussed with him that,
21 or you believe you may have remembered discussing with
22 him that Seroquel could increase sedation?
23 A   And weight gain, yes.
24 Q   Did you ever, or do you recall ever discussing
25 diabetes or hyperglycemia with Mr. Unger?

**Page 101**

1  A   Not before his hospitalization, I don't
2  recall.
3  Q   After his hospitalization do you recall
4  discussing that with him?
5  A   We did discuss it, and that was one of the
6  reasons why we decreased the Seroquel.
7  Q   Do you recall generally your conversation with
8  him, was it in the hospital or was it after he got out?
9  A   It was after, it was in my office, yes.
10 Q   Do you have a general recollection of what you
11 may have discussed with him?
12 A   We talked about the side effects of the
13 Seroquel, and his recent diagnosis of the diabetes, and
14 decrease in the medication and eventually taking him
15 off.
16 Q   Was that a discussion that you initiated?
17 A   No, the patient initiated that, yes, it was
18 one of his concerns.
19 Q   Do you recall how long after he was out of the
20 hospital that you may have had this discussion with him?
21 A   I think it's when we started tapering it.  It
22 was the following -- no, it was June of 2006, so it was
23 like six months later.
24 Q   So six months later Mr. Unger had an office
25 appointment with you and you and he discussed the

**102**

1  tapering and discontinuing Seroquel?
2  A  Right.
3  Q  And according to your progress notes Mr. Unger
4  indicated that he would like to decrease and stop the
5  Seroquel due to the association with increased blood
6  sugar and his recent diagnosis of diabetes?
7  A  Yes.
8  Q  You said you were you had met Doctor Quintero
9  at Mercy on one occasion?
10  A  Uhm-hum.
11  Q  And you were familiar with that, that was
12  Mr. Unger's endocrinologist?
13  A  No, not associated with Mr. Unger, I have just
14  met him on another occasion in the hospital.
15  Q  So you weren't aware that he was a patient of
16  Doctor Quintero?
17  A  No, Richard did mention to me that he was
18  being treated by Doctor Quintero as an endocrinologist
19  on one of the visits.
20  Q  And that's as far as it went?
21  A  That is correct.
22  Q  And you indicated that you consulted with your
23  peers, you read articles, and what other sources do you
24  utilize to become educated about the risks and benefits
25  of medications?

**103**

1  A  The journals, the conferences. When speakers
2  come down, usually those are the ones I attend,
3  nationally known speakers for the most part.
4  Q  What types of written journals, materials did
5  you receive from the AstraZeneca Pharmaceutical
6  representatives?
7  A  I don't know. Specifically from them?
8  Q  Well, you indicated earlier in your testimony
9  that when Mr. Gay was asking about the drug
10  representatives and they come to your office, and if you
11  discussed anything with them, and you indicated that
12  they would give you written --
13  A  No, I said in general, that was in general,
14  not specific to AstraZeneca. He said if they gave me
15  some material, I said only if it was on a journal would
16  I accept the material.
17  Q  Oh, okay.
18  A  But in general, it was nothing specific to
19  AstraZeneca, because right now if you asked me who my
20  rep was I have no clue.
21  Q  So --
22  A  So if they were to tell me for instance if
23  they were to tell me, you know, whatever, Effexor is a
24  better antidepressant than Zoloft for instance, I would
25  say, okay, that's nice, but what are you backing that up

**104**

1  with? So usually they would have to give me a copy of a
2  journal and usually they have one, they are like, oh,
3  yes, it was in last month's whatever. Oh, well, I have
4  my reps, not my reps, my office fax you whatever they
5  have.
6  Q  Okay.
7  A  That's what I was referring to. I'm sorry if
8  I misspoke.
9  Q  No, that's fine. Doctor Ares, what is your
10  understanding of where the information in the PDR
11  originates?
12  A  That is a very good question.
13  Q  Okay. So I would take that as you are not
14  sure?
15  A  I'm not quite sure.
16  Q  And not pointing at any one particular drug
17  company representative, but would you expect a drug
18  company representative to notify you and keep you
19  informed of any change in the drug's label that they
20  were promoting?
21  A  They should, yes.
22  Q  You yourself first prescribed Seroquel to
23  Mr. Unger on January 6, 2004; is that correct?
24  A  Right, I continued the medication, so.
25  Q  From Doctor Cabada?

**105**

1  A  Right.
2  Q  And at that time on January 6, 2004 what do
3  you recall Seroquel being indicated for?
4  A  I believe that he had originally given it to
5  him for bazaar thoughts at some point in his prior
6  notes, and his mood symptoms.
7  Q  Okay. Not Mr. Unger, but the drug Seroquel
8  itself, do you recall what it was indicated for in the
9  label as treating?
10  A  Initially it was for schizophrenia.
11  Q  And then?
12  A  Bipolar disorder.
13  Q  After schizophrenia or?
14  A  I believe it was after, I don't have those.
15  Q  Now, when you prescribed it to Mr. Unger, when
16  you continued Doctor Cabada's prescription and when you
17  prescribed it to Mr. Unger on January 6, 2004, what side
18  effects were you aware of Seroquel being associated
19  with?
20  A  The increased sedation and the weight gain.
21  Q  Then did sometime thereafter you became aware
22  of the association of the class with diabetes and
23  hyperglycemia?
24  A  Yes.
25  Q  You don't recall when?

**106**

1   A   No, sorry.
2   Q   No, that's fine. And you continued
3   Mr. Unger's prescription for Seroquel for his depressive
4   disorder recurrent?
5   A   Correct.
6   Q   And to your understanding Doctor Cabada was
7   initially using Seroquel for Mr. Unger's bazaar thoughts
8   and his mood?
9   A   Correct.
10  Q   All right. Do you recall anyone from
11  AstraZeneca telling you to monitor the weight of your
12  patients on Seroquel?
13  A   No.
14  Q   Do you recall receiving information from
15  AstraZeneca telling you you should monitor the blood
16  glucose level of your patients on Seroquel?
17  A   No.
18  Q   Were you ever given any written information
19  regarding blood glucose and weight monitoring in writing
20  that you can recall?
21  A   Not at this time, I don't recall.
22  Q   So in January of 2004 when you continued
23  Doctor Cabada's prescription, you were aware that
24  Seroquel was associated with increased sedation and
25  increased weight as we already established?

**107**

1   A   Yes.
2   Q   Did you ever or did AstraZeneca ever tell you
3   that they had confirmation of a relationship between
4   Seroquel and glucose disregulation as far back as 2002?
5   A   No.
6   Q   If you had been informed of a relationship
7   between Seroquel and glucose disregulation back in 2002,
8   would you have warned your patients of that?
9   A   Yes.
10      MR. GAY:   Object to the form.
11  BY MS. HORNSBY:
12  Q   Would you have monitored or advised a primary
13  care physician to monitor your patient's blood glucose
14  level?
15  A   That's what I do now with physicians, I refer
16  them to their PCP for blood glucose.
17  Q   If you had been aware of an association back
18  in 2002, would you have advised them to do that back
19  then?
20      MR. GAY:   Object to the form.
21      THE WITNESS:   Yes.
22  BY MS. HORNSBY:
23  Q   So after Mr. Unger was diagnosed with diabetes
24  in September of 2005, did you thereafter speak to
25  Doctor Mas about monitoring Mr. Unger's blood level,

**108**

1   blood glucose levels?
2   A   No, because at the time he had already
3   established an endocrinologist and was treating his
4   diabetes.
5   Q   Doctor Quintero?
6   A   Right.
7   Q   Doctor Quintero saw him in the hospital, is
8   that to your knowledge?
9   A   Right.
10  Q   So Doctor Mas was his primary care physician?
11  A   Correct.
12  Q   Doctor Quintero was his endocrinologist?
13  A   Correct.
14  Q   And, Doctor Ares, is it your understanding
15  that prescription medications are not made available for
16  use in the United States until approved by the FDA as
17  safe and effective?
18  A   Yes.
19  Q   Would you normally prescribe a medication that
20  has not been established safe and effective?
21  A   No.
22  Q   Are warning or adverse events important to you
23  in the context of prescribing medications to your
24  patients?
25  A   Yes.

**109**

1   Q   Would it be fair to say it's important to have
2   as much information as possible about the risks of a
3   drug so you can make an informed decision?
4   A   Yes.
5   Q   And in educating yourself about the risks of a
6   medication, is it critical that you not only know about
7   the serious risks, but also how frequently those risks
8   are occurring?
9   A   Yes.
10  Q   And we have already established that while one
11  medication may be appropriate for one medication, it may
12  not be appropriate for the next?
13  A   Right.
14  Q   Okay. How often do you receive a PDR?
15  A   You get the PDR once a year, and then you have
16  updates that they send you every few months.
17  Q   Now, when you prescribed Seroquel in 2004 to
18  Mr. Unger, did you read the PDR section on Seroquel?
19  A   No.
20  Q   Do you recall later on in 2004 or the every
21  few months when you received updates, receiving anything
22  on a label change regarding Seroquel?
23  A   Anything that would come up I would have
24  reviewed it.
25  Q   You just don't recall specifically?