# EXHIBIT 6

James C. Ballenger, M.D.

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   SEROQUEL PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1769

This document relates to:

All Group One Initial Trial Pool Cases

| | |
|---|---|
| DEPOSITION OF: | JAMES C. BALLENGER, M.D. |
| DATE: | October 28, 2008 |
| TIME: | 9:00 a.m. |
| LOCATION: | NELSON, MULLINS, RILEY & SCARBOROUGH<br>151 Meeting Street, Suite 600<br>Charleston, SC |
| TAKEN BY: | Counsel for Plaintiff |
| REPORTED BY: | Karen V. Andersen,<br>Registered Professional Reporter |

Page 134

1  fluctuations, which were rapidly fluctuating through
2  strong extremes of anger and threatened his loss of
3  control, and depression, back and forth, that he was
4  still very depressed, and that he was on the verge of a
5  psychotic break, paranoid psychotic break. And he was
6  aware of the antidepressant properties of Seroquel as
7  well and he wanted -- the way he described it in his
8  testimony, he wanted a medicine that had both
9  antidepressant efficacy and some antipsychotic
10 properties and also something that would help Mr. Unger
11 sleep.
12     Q.  In your opinion, was it appropriate to
13 prescribe Mr. Unger Seroquel for those purposes?
14     A.  Yes.
15     Q.  Were you asked to render an opinion as to
16 whether or not Seroquel caused Mr. Unger's diabetes?
17     A.  I was asked to opine, if I could, on the
18 causes of Mr. Unger's diabetes, yes.
19     Q.  And what opinion did you reach?
20     A.  Well, I think we have many other potential
21 causes of diabetes that make good sense and those -- in
22 my opinion, those are the causes of his diabetes.
23     Q.  And what were those?
24     A.  He has a lot of well-known risk factors;
25 one, he had long-term, very long-term obesity with a

Page 135

1  central distribution. He was older than 45 years. He
2  had smoked before. And he had the metabolic syndrome
3  with hypertension and lipidemia to the level of being
4  treated before he ever was treated with Seroquel. They
5  were all there years before he was treated with
6  Seroquel. And so that contributed and set up -- he was
7  headed towards diabetes, in my opinion, when he became
8  almost completely sedentary.
9        In the years after he stopped work, two or
10 three years after that, he went from being -- before he
11 stopped work, he was a normally active person, even
12 though he was still obese at that time. In 2002, '03,
13 '04 and '05, he went from being an active person to an
14 almost completely sedentary person. And I think that
15 had a big part in joining the other risk factors and
16 causing his diabetes.
17     Q.  Was he at increased risk for developing
18 diabetes before he took Seroquel?
19     A.  Oh, absolutely, at very high-risk.
20     Q.  When was he diagnosed with diabetes?
21     A.  I think he was diagnosed sometime in the
22 spring of 2006. I don't have it exactly when his
23 physicians -- oh, wait a minute. It must have been --
24     Q.  Might be on Page 5.
25     A.  Thank you very much. When he went into the

Page 136

1  hospital, obviously; when he came out, they -- I'm sure
2  his diagnosis was made during that time, although he
3  clearly had diabetes before that.
4      Q.  And that was in September of '05?
5      A.  Yes.
6      Q.  What was Mr. Unger's net weight gain between
7  the time he started Seroquel and the time he was
8  diagnosed with diabetes?
9      A.  And your question again is --
10     Q.  Can you determine what his net weight gain
11 was between the time he started Seroquel and the time
12 he was diagnosed with diabetes?
13     A.  It was, I think, approximately 88 pounds.
14     Q.  According to your report on Page 9, it says:
15 Two months before he began treatment with quetiapine,
16 his weight, most likely, was 225 pounds. On 12/2/02,
17 one and a half months after he began quetiapine, his
18 weight was 225 pounds; do you see that?
19     A.  Yes.
20     Q.  And then skip ahead: The next year he
21 gained to 325 pounds by September of '05; do you see
22 that?
23     A.  Yes.
24     Q.  So we don't know exactly, I guess, but --
25     A.  Well, I was further down on the note, that

Page 137

1  by the time he stopped quetiapine -- maybe you should
2  re-ask your question about what time period you are
3  asking about.
4      Q.  I'm asking about the net weight gain between
5  the time that he started Seroquel to the time he was
6  diagnosed with diabetes in September of '05.
7      A.  I'm sorry. I misunderstood your question.
8  It was approximately 100 pounds.
9      Q.  What is your opinion as to whether that
10 weight gain was caused by Seroquel?
11     A.  It is my opinion that the other factors are
12 the cause of his diagnosis, not Seroquel.
13     Q.  The factors you've discussed earlier and the
14 factors in your report?
15     A.  The factors in my report for sure.
16     Q.  Do you have an opinion as to whether
17 Seroquel had any role in his weight gain?
18     A.  In my opinion, it's not likely that it did.
19     Q.  So it's your opinion that Seroquel had no
20 role in his weight gain?
21     A.  If it did, only a small amount. We have
22 more than enough explanation for this kind of weight
23 gain with his completely non -- his complete sedentary
24 existence.
25     Q.  Can you quantify how much of his weight gain

James C. Ballenger, M.D.

Page 138

1  was caused by Seroquel versus other factors?
2      A.  No.  My estimate would be, you know, a few
3  kilograms is what would be expected.
4      Q.  Do you have an opinion as to whether
5  Mr. Unger's diabetes was caused by his use of Seroquel?
6      A.  Yes.
7      Q.  What is that opinion?
8      A.  That it was not caused by his use of
9  Seroquel.
10     Q.  And what do you base that on?
11     A.  Two things; in Mr. Unger's case, we have a
12 large number of risk factors that he had long before he
13 was exposed to and was taking medicine.  In terms of
14 his long-term obesity, central adiposity, smoking
15 status, his having the metabolic syndrome years before
16 he was treated with Seroquel, and then his completely
17 sedentary lifestyle.  And again, as we discussed
18 earlier, the literature doesn't support that Seroquel
19 causes diabetes.
20     Q.  So it's your opinion that Mr. Unger would
21 have developed diabetes whether he had taken Seroquel
22 or not?
23     A.  Absolutely.
24     Q.  And again, is part of your opinion about the
25 lack of association between or the lack of a causal

Page 139

1  connection between Seroquel and Mr. Unger's weight gain
2  based on your analysis of the data that doesn't support
3  an association between Seroquel and the kind of weight
4  gain Mr. Unger experienced?
5      A.  Well, that's only a partial factor.  As I
6  look at the case-specific issues with Mr. Unger, we
7  have many other more reasonable factors.  So it's my
8  opinion that they are much more likely to have caused
9  the diabetes.
10     Q.  Do you have any opinion as to why Mr. Unger
11 didn't develop diabetes prior to taking Seroquel?
12     A.  No, other than what I had said earlier about
13 the evolution of diabetes is over so many years that
14 that period had not been -- that journey had not been
15 completed for him.  My guess is that the tremendous
16 sedentary nature of the way he was living may have
17 hastened the onset of diabetes.
18     Q.  So is it your opinion that the factor that
19 pushed him over the edge was the increased sedentary
20 nature of his life style?
21         MR. RABER:  Object to the form.
22         THE WITNESS:  As I said a minute ago, there
23 are a series of issues about this.  I mean, evolution
24 of diabetes is, you know, it's a journey that takes
25 many years, and increasing insulin resistance takes

Page 140

1  years to develop.  His sedentary life, his getting
2  older himself, having been obese for many years, and
3  the potentially, the weight gain of his sedentary life
4  was associated with -- may have had something to do
5  with it.
6  BY MR. TRAMMELL:
7      Q.  We've got an invoice today from the
8  AstraZeneca attorneys related to your work on the
9  case.  And the invoice is dated October 16 of 2008,
10 describes 71.75 hours of work on the case, and the
11 balance due is $101,850.  Is that the total amount of
12 money that you've billed AstraZeneca for your work on
13 these cases?
14     A.  No, I think I billed about 34,000 prior to
15 that.
16     Q.  34,350?
17     A.  That sounds right.
18     Q.  So the total amount you've billed is 34,350
19 plus 101,850?
20     A.  I think that's right.
21         MR. TRAMMELL:  Let me take quick break and I
22 might be done.
23         (A recess transpired.)
24         MR. TRAMMELL:  Dr. Ballenger, I have no
25 further questions at this time.  I will pass the

Page 141

1  witness.
2                    EXAMINATION
3  BY MR. RABER:
4      Q.  Dr. Ballenger, I have just a few questions,
5  I want to clarify a couple of things.  I thought I
6  heard you testify about Mrs. Whittington, that she has
7  not yet developed diabetes; and then there were some
8  questions later about whether or not Seroquel caused
9  diabetes.  So what I want to clarify is this:  As we
10 sit here today, do you have an understanding as to
11 whether or not Linda Whittington has been diagnosed
12 with diabetes?  You are looking at the Guinn report.
13     A.  I know.  One of the two --
14     Q.  My question is about Whittington.
15     A.  Yes.
16     Q.  Okay.  So let me just backup.  Question is,
17 as we sit here today, can you say whether or not
18 Mrs. Whittington actually has diabetes?
19     A.  She does not meet the criteria for,
20 laboratory criteria, for diabetes.
21     Q.  Okay.  I would like to have you look at
22 Exhibit 3 to your deposition, if you would.  And that's
23 your general report.  Specifically, if you will turn to
24 Page 16.  Does Page 16 of your report state the design
25 purpose of Trial 125?

36 (Pages 138 to 141)