# EXHIBIT  7

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:  Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Unger v. AstraZeneca, LP, et al.
[Richard Unger 6:07-cv-15812]

_____


Miami, Florida
February 16, 2008
10:00 o'clock a.m.




- - - - - - - - -

DEPOSITION

OF

RICHARD UNGER

- - - - - - - - -




JOB NO: 918691
Reported By:
Evan A. Ferguson, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

| | 26 |
|---|---|
| 1 | Q   Do you know who put Matthew Pawa on your fact |
| 2 | sheet? |
| 3 | A   No. |
| 4 | Q   So have you ever seen an advertisement by |
| 5 | AstraZeneca for Seroquel? |
| 6 | A   No, sir, not to my recollection. |
| 7 | Q   Did you discuss this deposition with anyone |
| 8 | other than your attorney? |
| 9 | A   My wife. |
| 10 | Q   And did you do that face-to-face with your |
| 11 | wife? |
| 12 | A   Yes. |
| 13 | Q   And what did you all discuss? |
| 14 | A   As to time and date, that's primarily it. |
| 15 | Q   Now, your wife is a registered nurse also, |
| 16 | right? |
| 17 | A   Yes. |
| 18 | Q   And she works at Mercy Hospital? |
| 19 | A   Yes, sir. |
| 20 | Q   What does she do? |
| 21 | A   She is an assistant nurse manager. |
| 22 | Q   Now, excuse me, I just want to take a look at |
| 23 | this fact sheet for a second and I will put it back in |
| 24 | front of you because I wanted to refer to, I apologize, |
| 25 | I'm looking for your medications listed here.  What |

| | 27 |
|---|---|
| 1 | medications are you currently taking? |
| 2 | A   I would have to refer to a list. |
| 3 | Q   Do you have such a list? |
| 4 | A   I carry one on me for emergencies in case I |
| 5 | have an accident or something. |
| 6 | Q   Okay. |
| 7 | A   May I? |
| 8 | Q   Sure, you sure may. |
| 9 | A   Potassium fluoride, Avapro, Lipitor, Tricor, |
| 10 | Toprol XL, Slow Mag, two words.  Wellbutrin, Klonopin, |
| 11 | MS Contin, Lyrica. |
| 12 | Q   Now -- you are not finished yet? |
| 13 | A   Centrum vitamins, aspirin, Senakot, and |
| 14 | Symlin, S-Y-M-L-I-N. |
| 15 | Q   And keep your list out.  Now, for that list |
| 16 | tell me if you go down it for a second again, tell me |
| 17 | the reason you take it, who prescribed it, and how long |
| 18 | you have been taking it, if you can. |
| 19 | A   Potassium chloride was prescribed by my |
| 20 | primary care physician. |
| 21 | Q   Is that the number one on the list potassium |
| 22 | chloride? |
| 23 | A   Yes, sir. |
| 24 | Q   By which physician you said? |
| 25 | A   Doctor Raphael Mas. |

| | 28 |
|---|---|
| 1 | Q   And how long have you been taking that? |
| 2 | A   Several years.  Avapro.  A-V-A-P-R-O, also |
| 3 | prescribed same physician. |
| 4 | Q   Lipitor; how long have you been taking after |
| 5 | pro? |
| 6 | A   Several years. |
| 7 | Q   And what's it for? |
| 8 | A   I think it's for hypertension. |
| 9 | Q   And what is the potassium chloride for? |
| 10 | A   I am not precisely sure. |
| 11 | Q   Go ahead. |
| 12 | A   Lipitor was prescribed by Doctor Luis |
| 13 | Quintero.  Q-U-I-N-T-E-R-O. |
| 14 | Q   And he is an endocrinologist? |
| 15 | A   Yes, sir. |
| 16 | Q   Okay.  And how long have you been taking that? |
| 17 | A   Several years. |
| 18 | Q   And that is for your cholesterol, right? |
| 19 | A   I believe so. |
| 20 | Q   Okay.  What is next? |
| 21 | A   Tricor.  I can't recall who prescribed that. |
| 22 | Q   And what is that for? |
| 23 | A   I am not sure. |
| 24 | Q   And how long have you been taking Tricor? |
| 25 | A   Several years. |

| | 29 |
|---|---|
| 1 | Q   What is next? |
| 2 | A   Toprol, XL. |
| 3 | Q   And who prescribed that? |
| 4 | A   I am not sure, I think Doctor Mas. |
| 5 | Q   And what is that for? |
| 6 | A   I think it's for hypertension, I am not sure. |
| 7 | Q   Okay. |
| 8 | A   Slow Mag. |
| 9 | Q   Who prescribed that? |
| 10 | A   Doctor Mas. |
| 11 | Q   And what is that for? |
| 12 | A   It's a mineral supplement. |
| 13 | Q   Okay. |
| 14 | A   Wellbutrin XL. |
| 15 | Q   And who prescribes that? |
| 16 | A   Doctor Zager. |
| 17 | Q   And he is a psychiatrist, right? |
| 18 | A   Yes, sir. |
| 19 | Q   And what is that for? |
| 20 | A   Depression. |
| 21 | Q   Okay. |
| 22 | A   Klonopin, again by Doctor Zager, again for |
| 23 | depression. |
| 24 | Q   Now, are you aware whether or not any of these |
| 25 | medications have health risks? |

**30**

1    A   No.

2    Q   You are not aware that -- are you aware that

3  any of them have side effects?

4    A   Not specifically.

5    Q   Okay, we will come back to that.

6      I take it that you have not asked any of your

7  doctors about potential side effects of these

8  medications?

9    A   No, sir.

10    Q   Now, these are your current medications,

11  right?

12    A   Yes, sir.

13    Q   Do any of these medications -- will any of

14  these medications effect your ability to give accurate

15  and truthful answers to my questions today?

16    A   No, sir.

17    Q   Okay.

18    A   I don't believe so.

19    Q   Now, you - I think if I read your records

20  correctly - in May of 2002 you stopped working, right?

21    A   Yes, sir.

22    Q   And for example today how did you get to the

23  deposition today, did you drive?

24    A   Yes.

25    Q   By yourself?

**31**

1    A   Yes.

2    Q   And you use a scooter to get around?

3    A   Sometimes.

4    Q   What is that officially called?

5    A   It's a powered wheelchair.

6    Q   And so you are able to get yourself to your

7  doctors appointments by yourself if you need to, right?

8    A   Most of the time.

9    Q   That's what you do most of the time?

10    A   Yes, sir.

11    Q   Do you ever need assistance?  That is a bad

12  question.  Let me ask you do you have to have

13  assistance?

14    A   No, sir.

15    Q   That is a better question.

16      And what kind of vehicle do you have?

17    A   I have a mini van.

18    Q   And it's equipped for wheelchair use?

19    A   Yes, sir.

20    Q   Now, in terms of your doctor appointments, who

21  makes those appointments?

22    A   I do.

23    Q   And you keep track?

24    A   Or the doctors.

25    Q   Or the doctors.  But you keep track of your

**32**

1  own appointments, you don't rely upon your wife or

2  anyone else to do that, right?

3    A   Not usually.

4    Q   Occasionally?

5    A   Occasionally.

6    Q   Who keeps track your of your medication other

7  than you?

8    A   My wife assists me.

9    Q   So she will tell you did you take your

10  medication and so forth?

11    A   Yes, sir.

12    Q   I am familiar with that.  But you generally

13  take responsibility from your own medication as well,

14  right?

15    A   Yes, sir.

16    Q   And do you fill your prescriptions as well or

17  pick them up or who goes and gets your medication for

18  you, if anyone?

19    A   Myself and my wife.

20    Q   Okay.  I take it if you felt you were ill you

21  would probably tell your wife?

22    A   Yes, sir.

23    Q   Was there someone else you would tell before

24  you tell your wife?

25    A   No, sir.

**33**

1    Q   Do you have a bank account?

2    A   No, sir.

3    Q   Do you have a bank account with your wife?

4    A   No, sir.

5    Q   So you don't have a checkbook that you

6  balance?

7    A   Yes, sir.

8    Q   Okay.  Explain that to me.

9    A   We have a credit union.

10    Q   So do you balance your credit union account?

11    A   No, sir.

12    Q   Why not?

13    A   My wife does.

14    Q   What is your wife's work schedule like?

15    A   It varies, but she works night shifts, 12 hour

16  shifts.

17    Q   And she sleeps during the day?

18    A   Yes, sir.

19    Q   And what is your general routine, do you sleep

20  during the night and are up during the day, or do you

21  have any sort of routine?

22    A   I don't have a scheduled routine.

23    Q   Well, for example who makes your breakfast?

24    A   I do.

25    Q   Who makes your lunch?

**(Pages 30 to 33)**

|  | 62 |
|---|---|
| 1 | A   Yes, sir. |
| 2 | Q   Or have they discussed it with you rather? |
| 3 | A   Yes, sir. |
| 4 | Q   So they are pretty adamant about it, are they |
| 5 | not, typically? |
| 6 | A   They had advised me not to. |
| 7 | Q   And why do you continue smoking? |
| 8 | A   Because I haven't gotten the willpower to quit |
| 9 | again. |
| 10 | Q   Have you tried? |
| 11 | A   Once. |
| 12 | Q   And how long did you last? |
| 13 | A   Not very long, I don't remember. |
| 14 | Q   More than a day? |
| 15 | A   Yes. |
| 16 | Q   More than a week? |
| 17 | A   No. |
| 18 | Q   You haven't tried again since? |
| 19 | A   No, sir. |
| 20 | Q   And why not, the same thing, willpower? |
| 21 | A   Yes, sir. |
| 22 | Q   And what do you think it is about your life |
| 23 | now that you don't have the willpower? |
| 24 | A   Quality of my life is not what it was. |
| 25 | Q   And so smoking does what to that quality of |

|  | 63 |
|---|---|
| 1 | your life? |
| 2 | A   I am not entirely sure. |
| 3 | Q   You are not sure.  You enjoy smoking |
| 4 | obviously? |
| 5 | A   No. |
| 6 | Q   It's one of the weird things.  You don't enjoy |
| 7 | it? |
| 8 | A   No. |
| 9 | Q   What does it do for you that makes your |
| 10 | quality of life better or worse? |
| 11 | A   Just seems to make it more tolerable in some |
| 12 | way. |
| 13 | Q   I take it you mean some sort of impact on your |
| 14 | state of mind that makes life more tolerable; am I |
| 15 | understanding you correctly? |
| 16 | A   I think so, I am not sure. |
| 17 | Q   How about illegal drugs, have you ever used |
| 18 | illegal drugs? |
| 19 | A   No, sir. |
| 20 | Q   Have you ever used prescription drugs without |
| 21 | a prescription? |
| 22 | A   No, sir. |
| 23 | Q   Now, your suit in this case is about you are |
| 24 | claiming injuries for diabetes, right? |
| 25 | A   Yes, sir. |

|  | 64 |
|---|---|
| 1 | Q   Anything else that you are claiming injuries |
| 2 | for? |
| 3 | A   I don't understand the question. |
| 4 | Q   Other than the diabetes, are you making a |
| 5 | claim for any other type of injuries? |
| 6 | A   The effects of the diabetes. |
| 7 | Q   And now tell me what in your mind you |
| 8 | associate with the effects of the diabetes? |
| 9 | A   Peripheral neuropathy. |
| 10 | Q   Okay. |
| 11 | A   A decline in the quality of life. |
| 12 | Q   Okay. |
| 13 | A   The stress of the possibilities as a result of |
| 14 | the diabetes physically. |
| 15 | Q   The potential physical complications down the |
| 16 | road? |
| 17 | A   Yes. |
| 18 | Q   Okay. |
| 19 | A   And the required changes in my lifestyle. |
| 20 | Q   Anything else? |
| 21 | A   Not that I can think of at the moment. |
| 22 | Q   Who diagnosed your diabetes, I know it was |
| 23 | diagnosed in Mercy Hospital in September of 2005 if I |
| 24 | recall reading the records right; is that right? |
| 25 | A   Yes, sir. |

|  | 65 |
|---|---|
| 1 | Q   And I think you had a -- tell me what led you |
| 2 | to go into the hospital in September of 2005. |
| 3 | A   My wife felt that I should go because of my |
| 4 | mental state. |
| 5 | Q   It wasn't -- |
| 6 | A   Physical state. |
| 7 | Q   It wasn't in association with any fall or |
| 8 | anything like that? |
| 9 | A   It may have been, I suffered a fall prior to |
| 10 | that, but I don't think that was treated at Mercy |
| 11 | Hospital. |
| 12 | Q   You think it was because your wife felt your |
| 13 | mental state was such that you ought to go to the |
| 14 | hospital? |
| 15 | A   Mental and physical. |
| 16 | Q   What do you remember her saying about that? |
| 17 | A   I wasn't right and needed to go. |
| 18 | Q   Okay.  And what was it about your mental state |
| 19 | that was of concern? |
| 20 | A   I am not sure. |
| 21 | Q   And this is the occasion when diabetes was |
| 22 | diagnosed first, right? |
| 23 | A   Yes, sir. |
| 24 | Q   And during that hospitalization do you |
| 25 | remember any of the physicians that treated you during |

66

1    that particular hospitalization, September 2005?
2        A   Yes, sir.
3        Q   Who do you remember treating you?
4        A   Doctor Mas, Doctor Romero, Doctor Quintero and
5    Doctor Fleitas.
6        Q   What was the last one?
7        A   F-L-E-I-T-A-S something, I am not sure.
8        Q   I know Doctor Mas is a primary care physician,
9    correct?
10       A   Yes, sir.
11       Q   Doctor Romero is a psychiatrist?
12       A   Yes, sir.
13       Q   Doctor Quintero is the endocrinologist?
14       A   Yes.
15       Q   And what is Doctor Fleitas?
16       A   I think he is a general surgeon.
17       Q   You didn't have surgery during that hospital
18   visit, right?
19       A   I had an incision and drainage of a
20   perionychia, I can't remember how to spell perionychia,
21   it's P-E-R-I-O-N-Y-C-H-I-A, I believe.
22       Q   All right.  These are all Florida physicians,
23   right?
24       A   Yes, sir.
25       Q   Has any doctor ever told you that Seroquel

67

1    caused your diabetes?
2        A   Yes, sir.
3        Q   Who was that?
4        A   Doctor Quintero.
5        Q   What did he say?
6        A   He said that Seroquel has been found to be
7    associated with development of diabetes.
8        Q   And when did he tell you that?
9        A   Sometime after my hospitalization, at an
10   office visit.
11       Q   Did any other doctor tell you that?
12       A   Yes, sir.
13       Q   Who else?
14       A   My current psychiatrist.
15       Q   Doctor Zager?
16       A   Yes, sir.
17       Q   What did he tell you?
18       A   The same thing in stronger terms.
19       Q   Well, what was that that he told you?
20       A   That it has definitely been associated with
21   diabetes, strongly.
22           Doctor Quintero told me, too, but they had
23   different styles is what I am referring to.
24       Q   Okay.  You just felt Doctor Zager was more
25   affirmative about it?

68

1        A   He went into it more deeply.
2        Q   In what way?
3        A   He said there is a category of medications
4    that seem to be, and that was one of the primary ones.
5    I can't remember what the category was.
6        Q   Any other doctors?
7        A   I believe Doctor Romero said that there was an
8    association.
9        Q   Now, you have mentioned association several
10   times now.
11       A   That is my term, that is not theirs.
12       Q   Did they say cause?
13       A   Yes.
14       Q   Now, when you were treated in 2005 by
15   Doctor Romero in the hospital, she had been your
16   treating psychiatrist, correct?
17       A   Yes.
18       Q   Was she the physician who first prescribed
19   Seroquel to you?
20       A   No, sir.
21       Q   Who was the physician who first prescribed
22   Seroquel to you?
23       A   A psychiatrist named Doctor Cabada.
24   C-A-B-A-D-A.
25       Q   But Doctor Romero continued you on Seroquel?

69

1        A   Yes, sir.
2        Q   Why did you switch from Doctor Cabada to
3    Doctor Romero?
4        A   Because Doctor Cabada moved to Spain.
5        Q   He sent you a letter indicating he was closing
6    his practice, correct?
7        A   Verbally told me and written and suggested
8    Doctor Romero as one of several choices.
9        Q   And then Doctor Romero closed her practice,
10   right?
11       A   Yes, well, I think she still does hospital
12   practice, but I am not sure.
13       Q   Anyway, when she closed her practice you began
14   to see Doctor Zager, or was that later?
15       A   It was later, but only because the Workers'
16   Compensation service provider was unable to find a
17   psychiatrist in the area I lived, and it took some time,
18   there was a period of maybe two or three months, during
19   which time Doctor Romero did provide prescriptions.
20       Q   Now, was the first -- who was the first person
21   to tell you that Seroquel was associated with your
22   diabetes?
23       A   To the best of my recollection it was
24   Doctor Quintero.
25       Q   And do you recall where you had that

70

1    discussion with him?
2        A    In his office.
3        Q    This was after you were out of the hospital?
4        A    Yes, sir.
5        Q    Do you know which office visit that was?
6        A    No, sir.  One of the earlier ones.
7        Q    And when did you have --
8        A    I am not sure, I take that back, I have to say
9    I can't really remember.
10       Q    Can't remember what now?
11       A    Which office visit it was.
12       Q    Okay.  I understand.  How about Doctor Romero,
13    when did she tell you?
14       A    During an office visit.
15       Q    Do you know when?
16       A    No.
17       Q    After the hospitalization, though, right?
18       A    Oh, yes, sir.
19       Q    And how about Doctor Zager, when did he tell
20    you?
21       A    At an office visit when I first started seeing
22    him.  I don't recall precisely which visit, but it was
23    early on.
24       Q    Now, so Doctor Quintero the endocrinologist
25    was the first to have this discussion with you, right?

71

1        A    To the best of my recollection.
2        Q    And then I take it the second would have been
3    Doctor Romero, correct?
4        A    To the best of my recollection.
5        Q    And then the third would be Doctor Zager to
6    the best of your recollection?
7        A    Yes, sir.
8        Q    Did any doctor ever tell you that Seroquel was
9    not the cause of your diabetes?
10       A    No, sir.
11       Q    Have you asked any of your physicians to
12    testify for you in your case?
13       A    No, sir.
14       Q    Now, in September of 2005 when you went into
15    the hospital, you had been taking Seroquel for how long?
16       A    Late 2002 to the best of my recollection,
17    sometime in 2002 after May.
18            (Thereupon, a luncheon recess was taken
19        at 12:00 o'clock p.m. to 1:05 o'clock p.m.)
20    (BY Mr. Gay)
21    BY MR. GAY:
22       Q    All right.  Mr. Unger, you currently use your
23    wife's Neighborhood Health Insurance Plan?
24       A    Yes.
25       Q    And how long have you been using that?

72

1        A    On and off for years.
2        Q    I take it that you have not tried to pull
3    together what you think your out of pocket expenses are
4    related to Seroquel, like your medical bills and things
5    like that?
6        A    Not precise figure.
7        Q    Do you have an approximate figure in mind?
8        A    Well, I have a podiatrist I go to every month,
9    I have to, that is out of pocket, that is not covered.
10            Monthly expenses would come to probably $300,
11    $400 at least a month.
12       Q    And what are those for?
13       A    Co-payments and driving expenses, co-payments
14    on medications, office visits, diet requirements.
15       Q    And I take it we discussed earlier you are not
16    making a claim for lost wages?
17       A    No, sir.
18       Q    Okay.  Now, at the time you first began seeing
19    a psychiatrist, do you recall when that was?
20       A    Like 2002.
21       Q    Did you ever go to a place called the Miami
22    Psycho Sematic Institute?
23       A    Yes, that's Doctor Cabada's practice.
24       Q    And is that the one that closed you said?
25       A    Well, he moved, I don't know if his partner

73

1    stayed or not.
2        Q    Those records indicate that you first started
3    seeing them in June of 2002; does that sound about right
4    to you?
5        A    Yes, sir.
6        Q    And then you had last worked in May of 2002,
7    correct?
8        A    Yes, sir.
9        Q    And why did you go see doctor -- How did
10    you -- First of all who referred you to Doctor Cabada?
11       A    Doctor Ira Posner who was the initial treating
12    physician for my injury.  I was injured in 1997, and I
13    worked from 1997 to 2002 until I could no longer work,
14    and.
15       Q    The injury was the chair injury in 1997,
16    right?
17       A    Yes.
18       Q    And then you had a surgery, did you have a
19    surgery?
20       A    No, sir.
21       Q    You had had previous back surgery, though,
22    right?
23       A    Previous neck surgery.
24       Q    Then you just began to see physicians after
25    this incident with the chair like orthopedists and some

**(Pages 70 to 73)**

**78**

1 reasonable judgments about the type of treatment you
2 should have?
3    A   Yes, sir.
4    Q   And because of your condition you were not
5 acting as a professional nurse at that time?
6    A   I was his patient, sir, I was not a
7 consultant.
8    Q   And that because you were depressed you placed
9 more reliance than you otherwise would have on the
10 doctor?
11    A   Not necessarily, if I go to a physician I put
12 my faith in their judgment.
13    Q   Do you rely on them to determine what the
14 potential risks and benefits are to you of any given
15 treatment?
16    A   Yes, sir.
17    Q   And that would include the risks and benefits
18 of any given treatment, such as medication?
19    A   Yes, sir.
20    Q   Now, the records indicated that you saw
21 Doctor Cabada June 27, 2002; do you remember that visit?
22    A   Not specifically.
23    Q   And that you also saw him on July 9, 2002; do
24 you remember?
25    A   I don't remember the dates.

**79**

1    Q   And Doctor Cabada I believe documented that at
2 that time you were distraught; do you remember that
3 being your situation in the summer of 2002?
4    A   I don't recall thinking that term in my head,
5 that is his note.
6    Q   Let me tell you other things that he wrote
7 down.  That you were besieged with pain; do you agree
8 with that?
9    A   Yes, sir.
10    Q   That you felt hopeless?
11    A   Yes, sir.
12    Q   And that you were incapable of functioning?
13    A   Yes, sir.
14    Q   Do you remember him in on July 9, 2002
15 starting you on a medication called Neurontin?
16    A   I don't remember the date.
17    Q   Do you remember the medication Neurontin?
18    A   Yes, sir.
19    Q   What did you take that for?
20    A   I thought it was the pain control.
21    Q   Do you remember him continuing you on Paxil
22 and Ativan in July of 2002?
23    A   No, sir.
24    Q   Do you remember whether or not Doctor Cabada
25 prescribed Klonopin for you?

**80**

1    A   No, I don't remember.
2    Q   Now, I think you indicated that you weren't
3 sure when he prescribed Seroquel; is that correct?
4    A   Yes, sir, that is correct.
5    Q   But you think it was in late 2002?
6    A   That was my answer, that is what I thought, I
7 am not sure.
8    Q   Well, it's --
9    A   I don't recall specifically.
10    Q   The only record I could find was that talked
11 about it was December 23rd of 2002 where he just has a
12 reference to continue Seroquel, but there was no
13 indication in his records of a prior prescription.
14    A   I can't explain his records, sir.
15    Q   In 2002 where were you getting your
16 prescriptions filled?
17    A   I believe the Mercy Professional Pharmacy.
18 Let me rephrase that, I think it was, I'm not certain.
19    Q   I know you can only do based on as well as you
20 can on your memory.
21        Why is it that you think it was Mercy
22 Professional Pharmacy in the later part of 2002?
23    A   At sometime the Workers' Compensation provider
24 could no longer deal with them electronically, I don't
25 know when, so I am assuming it was then because I know

**81**

1 that at some point that was when I had to start using
2 another pharmacy, and the most convenient one was the
3 Walgreens in Hallandale.
4    Q   We will come back to that.
5        And am I correct that the treatment for
6 Doctor Cabada was being paid for by the Workers' Comp
7 carrier?
8    A   Yes, sir.
9    Q   So you were paying no deductible on that?
10    A   No, sir.  Excuse me, I think at a certain
11 point Workers' Comp did require a $10 deductible on all
12 physician visits, I remember that starting at
13 Doctor Posner's office.
14    Q   From the employee?
15    A   Yes.  Once they had something to do with MMI.
16    Q   I'm sorry, I missed that?
17    A   It had something to do with MMI.
18    Q   What is MMI?
19    A   Maximum Medical Improvement.
20    Q   Okay.  So at some point after someone declared
21 Maximum Medical Improvement you had a $10 co-pay of some
22 sort?
23    A   Yes, sir.
24    Q   Do you remember when that was?
25    A   No.  I do remember that Doctor Posner's office



82

1    did not notify me that I had reached MMI, and that I was
2    responsible for the co-payment when I had reached MMI.
3    I remember an incident in the office, but that's it.
4        Q    That was just sort of a communication problem
5    between you and Doctor Posner's office?
6        A    Communication problem in Doctor Posner's
7    office.
8        Q    Yes, I didn't mean to -- okay.  Have you ever
9    been denied health insurance?
10       A    No.
11       Q    Ever been denied life insurance?
12       A    No.
13       Q    Have you ever lost insurance?
14       A    No.
15       Q    Now, do you and your spouse file joint tax
16   returns?
17       A    Yes.
18       Q    And who does your tax returns?
19       A    An accountant.
20       Q    Who is he or she?
21       A    Electronic Bookkeeping Service.
22       Q    Let me go back to the advertisement, remember
23   you saw the lawyers advertisement; do you remember we
24   talked about that earlier?
25       A    Yes.

83

1        Q    Do you remember when you saw that?
2        A    Not precisely.
3        Q    Can you remember the year?
4        A    I don't remember, but it had to be the same
5    year that I contacted, I called the number.
6        Q    Did you call the number right away or just
7    close to when you saw the advertisement?
8        A    Close to.
9        Q    Had anyone ever told you about anything about
10   Seroquel and association with diabetes before you saw
11   that advertisement?
12       A    No, sir.
13       Q    Your lawsuit indicates that it was filed on
14   October, it's either 17th or the 12th of 2006?
15       MR. GAY:  Jim, can you read that?  I'm looking
16   up here, but I can't see this, I am looking here at
17   this stamp.
18       MR. BRUZZES:  I can't make it out.
19       (BY Mr. Gay)
20   BY MR. GAY:
21       Q    Do you know how long before October of 2006
22   you had seen this advertisement?
23       A    No.
24       Q    And you had been diagnosed I believe with
25   diabetes in September of 2005?

84

1        A    Yes, I was admitted in a diabetic coma and
2    1544 blood sugar I was told.
3        Q    Have you looked at those records recently?
4        A    I have never looked at those records.
5        Q    Have you ever looked at any of your medical
6    records?
7        A    Not from Mercy Hospital.
8        Q    From anyone else?
9        A    Not that I can recall.
10       Q    Now, why did you decide to file this lawsuit?
11       A    Because I had been damaged by the medication.
12       Q    And did anyone else -- how did your wife feel
13   about filing the lawsuit, did she know about it?
14       A    I advised her of it.
15       Q    And what was her involvement, if any?
16       A    There wasn't any.
17       Q    Now, this Mr. Pawa, have you ever spoken to
18   him to your knowledge?
19       A    Not to my knowledge.
20       Q    Now, do you know of anybody else that has
21   taken Seroquel?
22       A    No.
23       Q    You haven't communicated with any other
24   Plaintiffs in this case?
25       A    No.

85

1        Q    Did you essentially make the decision to sue
2    on your own after you saw that advertisement?
3        A    I believe I said that, yes, sir.
4        Q    Now, we talked about you have had no
5    communication with AstraZeneca; do you remember those
6    questions?
7        A    Yes, sir.
8        Q    So is it fair to say that you never relied
9    upon any statement by AstraZeneca or any employee of
10   AstraZeneca in deciding to take Seroquel?
11       MR. BRUZZES:  Objection, form.
12       THE WITNESS:  I don't recall any, I don't
13   believe so.
14   BY MR. GAY:
15       Q    And if I understand it, you were relying upon
16   Doctor Cabada to make a decision about what type of
17   medications were the best in terms of risks and benefits
18   for you?
19       A    Entirely.
20       Q    Do you remember what if anything Doctor Cabada
21   told you about the medication Seroquel?
22       A    I don't recall him mentioning anything about
23   it.  Had I known that diabetes was a adverse or side
24   effect or a possibility, I would have declined that
25   medication because that would have been a side effect that I

86

1    wouldn't feel would be worth the treatment, the risk of
2    that side effect would not be worth the treatment.
3        Q    But as you sit here today you don't remember
4    him saying anything to you about the medication?
5        A    I am certain he said nothing about the
6    medication.
7        Q    You are certain that Doctor Cabada did not
8    tell you anything about the medication Seroquel before
9    you began to take it?
10       A    Yes, sir.
11       Q    And you don't recall asking him any questions
12    about any medication, including Seroquel?
13       A    I don't recall, no, sir.
14       Q    Because you were relying solely on his
15    judgment, right?
16       A    Yes, sir.
17       Q    Have you ever spoken to any reporters
18    regarding Seroquel?
19       A    No, sir.
20       Q    Other than the doctors that you have talked to
21    about Seroquel that we went into earlier this morning,
22    have you ever spoken to anyone who claims to be an
23    expert on Seroquel?
24       A    No, sir.
25       Q    And you have never had any other claims

87

1    against a manufacturer of medications before?
2        A    No claim of any kind.
3        Q    You have never taken a medication to your
4    knowledge called Zyprexa?
5        A    No, sir.
6        Q    Are you aware of the medication Zyprexa, have
7    you heard that before?
8        A    I have seen the name.
9        Q    Do you know what it is?
10       A    No, sir.
11       Q    In what context have you seen the name?
12       A    I don't remember.
13       Q    Now, is Doctor Cabada the doctor that you told
14    me earlier moved to Spain?
15       A    Yes, sir.
16       Q    When did he do that?
17       A    I don't recall the date.
18       Q    But it was after that that you began to see
19    Doctor Romero, correct?
20       A    Yes.
21       Q    And was Doctor Romero in the same office as
22    Doctor Cabada or a different office?
23       A    I believe she was in a different office.
24       Q    Where was her office?
25       A    I don't remember where the first one was, she

88

1    made a move, I don't remember where the second one was
2    because it was much closer to my house.
3        Q    So that was more convenient I guess?
4        A    When she moved her office, yes, sir.
5        Q    And as I appreciate it you were recommended to
6    her by Doctor Cabada?
7        A    As I recall, yes, sir.
8        Q    Do you know about when it was that you began
9    to see her?
10       A    No, sir, I don't remember.
11       Q    The records seem to indicate it may have been
12    January 6th of 2004, does that sound about right to you?
13       A    I don't remember.
14       Q    If that's what the records show, would you
15    dispute it?
16       A    No, sir.
17       Q    And do you recall that it was December 31st,
18    2003 that Doctor Cabada closed his office?
19       A    No, sir.
20       Q    Doctor Romero indicates that you were there on
21    January 6th for follow-up medication management; do you
22    remember that?
23       A    I don't specifically remember.
24       Q    And that your wife was present, do you
25    remember that?

89

1        A    My wife was present at some appointments.
2        Q    Do you remember seeing Doctor Romero for
3    follow-up medication management in January of 2004 at
4    all?
5        A    Not specifically.
6        Q    Do you remember seeing her for that reason at
7    any time?
8        A    I was referred to her by Doctor Cabada for
9    treatment, which would have included medication
10    management.
11       Q    Okay.  Fair enough.  She indicated that in
12    January 2004 you continued to have pain and difficulty
13    with physical limitations?
14       A    Yes, sir, I still do.
15       Q    You continue to feel depressed without any
16    significant improvement of your symptoms in January of
17    2004; is that accurate?
18       A    Yes, sir.
19       Q    And that you were complaining of
20    over-sedation; do you remember that?
21       A    No, I don't specifically recall that.
22       Q    Do you remember at any time complaining of
23    over-sedation since you began seeing the psychiatrist?
24       A    I remember asking Doctor Zager if there was
25    any medications that he could discontinue.

**(Pages 86 to 89)**

102

1   Doctor Schechter, do you remember if he has recommended
2   physical therapy to you?
3       A   I believe he ordered physical therapy for me,
4   but I am not certain.
5       Q   I think we agreed earlier that Doctor Mas was
6   a general practitioner, a primary care physician?
7       A   I don't know his specific credentials, but he
8   is my primary care physician.
9       Q   And he has been in that position for how long?
10      A   Several years, I don't know how many.
11      Q   Certainly long before you were diagnosed with
12  diabetes, though, right?
13      A   Oh, yes.
14      Q   And where is his office?
15      A   It's on Coral Way in Coral Gables, I think
16  it's on the 2600 block.
17      Q   Is that near Doctor Quintero's office?
18      A   No. Well, depends on your definition of near.
19      Q   But isn't Doctor Quintero in Coral Gables,
20  too?
21      A   I think Doctor Quintero is in South Miami. I
22  am not sure what exact municipality he is in. Actually
23  I think Doctor Mas' office is in the City of Miami.
24      Q   But they are definitely not in the same
25  office, right?

104

1   Doctor Mas?
2       A   In what manner?
3       Q   Are you friends with him, are you just a
4   patient, you know what I am saying? Is your
5   relationship anything other than a doctor/patient
6   relationship?
7       A   No.
8       Q   You don't see him socially?
9       A   Never have, no. I recall Doctor Quintero
10  telling me to lose weight and I have done so in the last
11  year and a half.
12      Q   Okay. What is your current weight?
13      A   At some point I was 367, and now I am 296.
14      Q   And when were you 367?
15      A   It must have been sometime after the September
16  hospitalization, I don't remember, when, 364, I forget,
17  one of those two numbers.
18      Q   Now, who is Doctor M. Amselen? A-M-S-E-L-E-N.
19      A   My dentist.
20      Q   And he is the one that referred you to an oral
21  surgeon, right?
22      A   Yes, sir, Doctor Amselen. Many years, he is
23  my family dentist.
24      Q   Now, is your home number (305) 932-7752?
25      A   Yes, it is.

103

1       A   Oh, no, absolutely not.
2       Q   And was it Doctor Mas that consulted
3   Doctor Quintero for you when you were in the hospital in
4   September of 2005?
5       A   I suppose so.
6       Q   You are really not sure?
7       A   I assume he ordered the consult with
8   Doctor Quintero, he was treating physician, and I did
9   have physical therapy when I was in Mercy Hospital after
10  the diabetic coma episode and the week in the ICU and
11  when I went to a regular floor I did have physical
12  therapy in the hospital.
13      Q   Before September of 2005, how often were you
14  seeing Doctor Mas?
15      A   I don't remember the frequency.
16      Q   And you continue to see him today?
17      A   He is still my primary care physician.
18      Q   How often do you see him today?
19      A   As needed, every six months possibly, maybe
20  every year, as needed. I see him at least yearly.
21      Q   Does he have other doctors in his group or is
22  he by himself?
23      A   Yes, he has a relative, and another doctor, I
24  believe.
25      Q   And what is your relationship like with

105

1       Q   Let me show you a patient registration medical
2   history dated December 3rd, 2002, does that look like
3   your handwriting?
4       A   Yes, it is.
5       Q   And there is a page, if you flip over to the
6   next page it has a signature, is that your signature?
7       A   It has a signature on the page that you showed
8   me.
9       Q   Can you read the prior page and tell me what
10  medications you wrote that you were on in December of
11  2002?
12      A   It's the same page, the patient registration
13  medical history.
14      Q   Okay, yes.
15      A   Toprol, Seroquel, Hyzaar, Ativan, Oxycontin,
16  Soma, I guess Paxil.
17      Q   Do you remember being on Hyzaar?
18      A   I don't remember, but I must have been.
19      Q   Do you know what it's for?
20      Q   Which doctor's office is this for?
21      Q   That is Doctor Amselen, I think.
22      A   Yes, this is all documentation from his
23  office, there is something in here with his letterhead
24  on it, and I don't recall what that medication was for.
25  The medications are repeated on the next page.

106

1    Q    But this is your handwriting?
2    A    Yes, sir.
3    Q    So this is medication that you put down that
4    you were on at the time you saw this dentist?
5    A    It's my handwriting.
6    Q    Do you remember seeing a Doctor Busso,
7    B-U-S-S-O?
8    A    Yes, Mario Busso.
9    Q    And is he a dermatologist?
10   A    Yes, sir.
11   Q    Do you remember that you saw him in April of
12   2004?
13   A    If the record reflects that, I wouldn't argue
14   with it.
15   Q    And that you were still taking Hyzaar, if the
16   record says that you wouldn't dispute it?
17   A    No, sir.  I just don't recall the medication,
18   didn't recall the medication.
19   Q    Doctor Schechter, he was an orthopedist,
20   right?
21   A    He is a spinal specialist, yes.
22   Q    He saw you in connection with your back
23   complaints?
24   A    Yes, sir.
25   Q    And at some point he referred you to another

107

1    physician for a second opinion; do you remember that?
2    A    No.
3    Q    Do you remember seeing a doctor for a second
4    opinion about possible surgery?
5    A    Do you have a name?
6    Q    I do have some names, but I just wanted to see
7    what you remember first.  Do you remember --
8    A    It's possible.
9    Q    Do you remember Doctor Schechter and you
10   considering the possibility of surgery on your back?
11   A    Yes, sir.
12   Q    Do you ever remember being diagnosed with
13   discitis?
14   A    Yes, sir.
15   Q    Do you remember being diagnosed by
16   Doctor Schechter or another physician?
17   A    I don't remember who specifically made the
18   diagnosis, but I remember being treated for it very
19   clearly.
20   Q    All right.  So --
21   A    It occurred after I had a discogram.
22   Q    And was this condition, this discitis
23   condition, did you relate that to your 1997 injury or
24   something else?
25   A    Yes, I believe it was, it's in that area of

108

1    the spine.
2    Q    The incident that I have read about in your
3    records having to do with the fall, and I am sure it was
4    a fall, but it was some type of incident concerning a
5    chair, what was that and when was it?
6    A    I think it was in August of 1997.  It was in a
7    long term care facility, I was with the survey team, and
8    we were led to a conference room and I went to sit down
9    in this padded swivel rocking back chair that I didn't
10   realize rocked back, and when I sat down it went very
11   far back, and I started to fall and began to slide out
12   of the chair, and I don't know if I hit the floor or
13   not, I can't remember, but I remember feeling some pain
14   afterwards and the next day feeling a lot of pain.
15   Q    So in essence your back problems just sort of
16   continued from 1997 until they got so bad that you
17   couldn't work in May of 2002?
18   A    Precisely.
19   Q    And that situation occurred before you ever
20   began taking Seroquel?
21   A    I believe so.
22   Q    Now --
23   A    As I recall as the chair went back, I went to
24   save myself, as the chair rolled I went down.
25   Q    And the situation just got worse and worse

109

1    until you finally had to stop working?
2    A    Yes.
3    Q    Now, let's talk about Doctor Quintero a bit.
4    Is the first time you saw him in Mercy Hospital?
5    A    I believe so, yes.
6    Q    And at that time you were still taking
7    Seroquel, correct?
8    A    I believe so.
9    Q    And then you began to see Doctor Quintero
10   after you got out of the hospital, it was a few weeks
11   later?
12   A    Yes, sir.
13   Q    And so that would have been sometime after the
14   hospitalization and in 2005, correct?
15   A    Yes, sir.
16   Q    And how often have you seen Doctor Quintero?
17   A    More frequently in the beginning, less
18   frequently now, probably every three to four months.
19   Q    These records seem to indicate that you saw
20   him on outpatient on September 26, 2005, does that sound
21   about right to you, a couple weeks after your hospital
22   visit?
23   A    Sounds about right.
24   Q    Do you remember what medications were you
25   taking at that time?

146

1    Q   Yes, you don't know what they did to determine
2  your blood sugar levels and things like that at that
3  time, right?
4    A   I am certain that they took blood for
5  analysis, but I don't recall it.
6    Q   Do you associate -- I notice that one of your
7  records included detached retina; do you associate that
8  with your diabetes?
9    A   No.
10   Q   Tell me a little bit about your peripheral
11 neuropathy treatment, you go to see Doctor Marie
12 Williams for that, I don't have any records from her.
13   A   That is not why -- that's not the primary
14 reason for seeing Doctor Williams.
15   Q   Tell me about it.
16   A   Primarily I am confined to the balls on my
17 feet and toes, there is a feeling of numbness, there is
18 a feeling of deep swelling, swollen, I can describe it
19 as the having your socks bunched under your toes, I
20 sometimes have pain in the toes, tingling in areas
21 without cause numbness, loss of sensation, difficulty
22 walking.  I have to adjust my shoes whenever I buy them.
23   Q   And who do you see for this?
24   A   No one for that, I mean.
25   Q   So is this self-diagnosed or treated?

147

1    A   I usually discuss these with Doctor Williams,
2  but I do it myself.
3    Q   So you haven't really seen a doctor for these
4  things you have described?
5    A   I have told doctors about it, and they said
6  that's result of the hyperglycemic episode, I didn't
7  have it before that.
8    Q   What did they recommend you do about it?
9    A   The Neurontin and the Lyrica was prescribed
10 for it.
11   Q   Those are pain medications?
12   A   I don't know that that is what they are
13 classified as, but I was told that they are used for
14 peripheral nerve pain.
15   Q   Okay.  And you were on that before you were
16 diagnosed with diabetes, correct?
17   A   Yes, it was increased, however, after the
18 neuropathy in the feet began.
19   Q   Who has diagnosed your neuropathy, which
20 physician?
21   A   Doctor Quintero is aware of it.
22   Q   I didn't ask you if he was aware of it, I
23 asked you who has diagnosed it?
24   A   I can't answer that question.  I was told that
25 is what it was.

148

1    Q   By?
2    A   By Doctor Quintero, I believe, I am not
3  entirely certain.
4    Q   And anyone else?
5    A   I think the podiatrist agreed with me.
6    Q   Doctor Williams?
7    A   Yes, I mentioned that or her partner.
8    Q   Has anybody prescribed anything other than the
9  medications you mentioned for you?
10   A   No.
11   Q   Before you were diagnosed with your diabetes,
12 where you went into the hospital in September of 2005,
13 what kind of things were you experiencing?
14   A   In what respect?
15   Q   Well, you indicated your wife recommended you
16 go to the hospital, what was happening to you before you
17 went that caused her to suggest that?
18   A   She told me confusion.
19   Q   Have you ever had, prior to that time, prior
20 to September 5, 2005 when you went to the hospital,
21 excessive thirst?
22   A   I don't specifically recall.
23   Q   Urine frequency?
24   A   Again, I am not certain.
25   Q   I take it you would agree that you had

149

1  excessive fatigue before you went to the hospital?
2    A   Yes, lethargy, fatigue.
3    Q   How about hunger, did you have hunger,
4  excessive hunger?
5    A   I was -- I don't know if it was excessive or
6  not.
7    Q   How about problems with healing infections?
8    A   No.
9    Q   Any problems with tingling and numbness in
10 your extremities before September 2005?
11   A   No, not in my feet.
12   Q   How about in your legs?
13   A   No.
14   Q   Did you ever have any blurry vision before
15 September 2005?
16   A   Only if I didn't wear glasses.
17   Q   What has your physician you rely upon to treat
18 your diabetes told you about your prognosis with
19 diabetes?
20   A   He has told me he is very happy with my
21 progress, I don't recall specifically being given any
22 prognosis per se.
23   Q   He is pleased that your blood sugar is under
24 control?
25   A   And I am losing weight.

**(Pages 146 to 149)**

150

1    Q   And you are losing weight.  And are you
2  following the diet that the physician has prescribed for
3  you?
4    A   To the best of my ability.
5    Q   And what does that mean, that is
6  Doctor Quintero, right?
7    A   Yes.
8    Q   You are supposed to be on I think an 1800
9  American Diabetes Association diet, according to his
10  records, is that right?
11    A   I don't remember how many calories it was.
12    Q   Are you following such a diet?
13    A   I avoid the foods I was told to avoid.
14    Q   Are you following an 1800-calorie diet?
15    A   I am not certain.
16    Q   Did you ever discuss a condition called
17  prediabetes with a physician?
18    A   No.
19    Q   Have you ever heard of a condition of
20  prediabetes?
21    A   It only sounds vaguely familiar, and I would
22  not be able to identify a source.
23    Q   Before you were diagnosed with diabetes in
24  September of 2005, did anyone ever tell you that your
25  blood glucose levels were higher than normal?

152

1    A   Possibly Doctor Mas, but I can't recall.
2    Q   You mentioned that you were aware of some of
3  the risk factors for diabetes before because of your
4  generally acquired knowledge, were you aware that
5  obesity is a risk factor for diabetes before you started
6  taking Seroquel?
7    A   I was aware, yes.
8    Q   Were you aware that high cholesterol is a risk
9  factor for diabetes before you started taking Seroquel?
10    A   No.
11    Q   Are you --
12    A   I don't remember being aware of that.
13    Q   Are you aware that high cholesterol is a risk
14  factor for diabetes today?
15    A   I don't believe so.
16    Q   Are you aware that lack of exercise is a risk
17  factor for diabetes?
18    A   Yes.
19    Q   Are you aware that family history diabetes is
20  a risk factor?
21    A   Yes.
22    Q   Do you have any history of family with
23  diabetes?
24    A   I believe I have answered that before several
25  times, no.

151

1    A   No never.
2    Q   Now, have you had any discussions with any of
3  your physicians about the possible causes of diabetes?
4    A   Yes.
5    Q   As a member of the medical profession, a
6  registered nurse, you were aware that there are multiple
7  risk factors for diabetes?
8    A   I am aware that there are risk factors for
9  diabetes, I am not speaking in a professional capacity.
10    Q   I didn't ask you to do it in a professional
11  capacity, but as a member of the profession you are
12  aware of those, so but my question is --
13    A   I was aware of them before I became a nurse.
14    Q   You were?
15    A   Somewhat.
16    Q   How were you aware of them?
17    A   Through the media.
18    Q   Just general acquired knowledge?
19    A   That is correct.
20    Q   And I take it that the people you have
21  discussed the causes of diabetes are Doctor Quintero and
22  Doctor Romero?
23    A   And Doctor Williams.
24    Q   And Doctor Williams.  Before you started --
25  you mentioned that you were aware --

153

1    Q   I apologize to you, I don't remember asking
2  it.
3    A   No.
4    Q   Were you aware that hypertension -- you have
5  answered this -- before you started taking Seroquel were
6  you aware that hypertension was a risk factor for
7  diabetes?
8    A   No.
9    Q   And you have -- you have been diagnosed as
10  morbidly obese, correct?
11    A   I have never had a physician use the word
12  morbidly.
13    Q   If a physician uses that word in your records,
14  would you dispute it?
15    A   I don't recall hearing that word morbidly, I
16  do recall hearing the word obese.
17    Q   You understand what morbid obesity is, do you
18  not?
19    A   I am not sure of the medical diagnosis,
20  specifically the weight to height ratios and such.
21    Q   I have seen you listed as either 5'9" or 5'10"
22  in your records, which is it?
23    A   Before I had the cervical fusions I was 5'10",
24  afterwards I wasn't.
25    Q   And you don't know whether a person who is

154

1  5'10" or 5'9" in excess of 300 qualifies as morbidly
2  obese is what you are telling me?
3      A   That is correct.
4      Q   Have you ever heard of term Body Mass Index?
5      A   Yes.
6      Q   And do you know what yours is?
7      A   No.
8      Q   Have you ever known what yours is?
9      A   No.
10     Q   Is the 367 pounds that you told me you had
11  gotten up to the most you have ever weighed?
12     A   Oh, yes.
13     Q   And what is the least you have ever weighed as
14  an adult?
15     A   147.
16     Q   And how old were you then?
17     A   19.
18     Q   And how has your weight fluctuated between 19
19  and the 367 pounds?
20     A   I had suffered an illness at that age, and my
21  weight has sometimes in my life been stable up and down.
22     Q   When did you first become concerned about your
23  weight?
24     A   I became seriously concerned when I was
25  diagnosed with diabetes.

155

1      Q   Why?
2      A   Because I wanted to avoid as much as possible
3  the degenerative and pathological problems associated
4  with diabetes.
5      Q   Why weren't you concerned about your weight
6  before your diagnosis of diabetes?
7      A   I am not really sure.
8      Q   You realize that people who do not take
9  Seroquel get diabetes, do you not?
10     A   Yes.
11     Q   So you recognize it's more than one cause of
12  diabetes, correct?
13     A   Yes.
14     Q   Weight being one, correct?
15     A   Right, and congenital also.
16     Q   And have you ever gone to a doctor
17  specifically about your weight?
18     A   Yes.
19     Q   When?
20     A   My teenage years.
21     Q   Pardon me?
22     A   In my early teenage years.
23     Q   And who was that?
24     A   I don't remember his name.
25     Q   And why did you go to the doctor then?

156

1      A   Because I felt fat.
2      Q   And what was your weight?
3      A   I don't recall.
4      Q   And what was done for you at that time?
5      A   He prescribed amphetamines.
6      Q   And what happened?
7      A   I stopped taking them after awhile.
8      Q   How much did you weigh when you started taking
9  amphetamines?
10     A   I don't remember.
11     Q   Did you lose weight?
12     A   I don't remember.
13     Q   When is the first time you can remember a
14  physician telling you you need to lose weight?
15     A   I don't remember.
16     Q   Have you been told that by physicians?
17     A   Yes.
18     Q   For how long?
19     A   I don't know precisely how long, but I have
20  been told that by physicians more than once.
21     Q   Before the year 2000?
22     A   Yes.
23     Q   Can you recall the name of any physician that
24  told you that?
25     A   No.

157

1      Q   Before 2000 you can't recall the name of any
2  physician that told you that?
3      A   Yes, I can recall one name.
4      Q   Who is that?
5      A   I'm sorry, I can't recall his name now, his
6  first name, maybe he was Hispanic, and I believe his
7  first name was Peter in Spanish, but I forget his last
8  name.
9      Q   And how long ago did he tell you that?
10     A   That was many years ago.
11     Q   Do you have a view as to the cause of your
12  weight problem?
13     A   I believe it is congenital.
14     Q   In what way?
15     A   Genetics.
16     Q   I understand that, but I mean why do you say
17  that?
18     A   My father was overweight.
19     Q   And I think your father and you indicated died
20  of a hemorrhagic stroke, correct?
21     A   Yes.
22     Q   Which is a risk factor for overweight people,
23  correct?
24     A   I don't know for certain.
25     Q   Since you first became concerned about your