# EXHIBIT 9

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability )
Litigation )
MDL DOCKET NO. 1769 )
)
This Document Relates To: )
)
Unger v. AstraZeneca LP, )
et al., )
(Richard Unger 6:07-cv-15812) )
- - - - - - - - - - - - - - - - - - x

DEPOSITION OF LUIS QUINTERO

Taken before Brian Gary Berkowitz, Shorthand Reporter and Notary Public in and for the State of Florida at Large, pursuant to notice of taking deposition filed in the above cause.

- - -

420 South Dixie Highway
Suite 4-E
Coral Gables, Florida 33146
Tuesday, February 26, 2008
8:00 a.m. - 10:00 a.m.

**Page 50**

1  Q  Do you see any other medications --
2  A  To be associated with hyperglycemia?
3  Q  Yes, sir.
4  A  Is that your question?
5  Q  That was going to be my question. Thank
6  you.
7  A  No.
8  Q  When you talk about interactions with
9  medications, Dr. Quintero, do you mean that
10 sometimes these medications -- strike that.
11      What is the potential -- potentiating
12 factor of interactions of medications such as the
13 ones Mr. Unger was on before September 2005?
14  A  Well, I think you have to identify that
15 some of these medications have a different pathway
16 in the metabolism.
17      To the best of my knowledge here, I don't
18 see any significant interaction among these
19 medications that would jeopardize Mr. Unger's
20 health.
21  Q  But some of them do have -- are associated
22 with side effects that are associated with the
23 development of Type 2 diabetes. Correct?
24  A  Correct.
25  Q  How about Wellbutrin?

**Page 51**

1  A  I'm not aware.
2  Q  So, what we have is the medications that
3  might be associated with development of Type 2
4  diabetes are the two diuretics we talked about.
5  Correct?
6      MS. HORNSBY: Objection, form.
7      THE WITNESS: Yes.
8  BY MR. GAY:
9  Q  And Seroquel. Correct?
10 A  Correct.
11 Q  And again, we are talking about
12 medications that are associated with -- as risk
13 factors with the development of diabetes. Correct?
14 A  Yes.
15 Q  And that is a situation that also involves
16 having to look at, in terms of association with
17 diabetes, his other risk factors as well. Correct?
18 A  Correct.
19 Q  So, if you look at Mr. Unger's overall
20 picture, he had multiple potential risk factors that
21 could be associated with his development of
22 diabetes. Correct?
23 A  I don't know.
24 Q  Well, we went through his weight, his
25 hypertension, his high cholesterol, et cetera.

**Page 52**

1  Those are all risk factors that are associated with
2  diabetes. Correct?
3  A  Correct.
4      Let me ask you a question. Do you have --
5  I think it's fair for you to disclose this. In
6  reviewing Dr. Mas' records, is there any evidence
7  that there was diabetes prior to his hospitalization
8  in September 2005?
9  Q  I'm not a physician, and I can't answer
10 questions, and I'm not under oath, but --
11 A  Have you --
12 Q  I'm happy to show you Dr. Mas' records.
13     MS. HORNSBY: Can we do it after we get
14 through, so I will have time to ask my
15 questions? Do you mind, Doctor?
16     THE WITNESS: Are you aware I have to
17 leave by ten?
18     MS. HORNSBY: Right.
19     THE WITNESS: I need --
20     MS. HORNSBY: It's 9:30.
21 BY MR. GAY:
22 Q  Let me try to wrap up. Let me just tell
23 you, I'm not aware of anything in Dr. Mas' records
24 that indicate a diagnosis of diabetes before his
25 hyperosmolar state.

**Page 53**

1  A  Mr. Unger, obviously, was on Zaroxolyn and
2  Hyzaar for quite some time.
3  Q  Right. So that -- anyway, I mean, all of
4  these things that Mr. Unger had, including his
5  medications and his overall condition, could be
6  associated with the development of diabetes?
7      MS. HORNSBY: Objection, form.
8      THE WITNESS: Possible.
9  BY MR. GAY:
10 Q  Possible. Exactly. We're talking about
11 possibilities. Correct?
12 A  Correct.
13 Q  So, you can't say with a reasonable degree
14 of medical certainty, whether Seroquel was the cause
15 of his hyperglycemia and diabetes, as compared with
16 all these other risk factors. Correct?
17 A  Correct.
18     MR. GAY: Let me tender the witness to
19 you.
20     CROSS EXAMINATION
21 BY MS. HORNSBY:
22 Q  Doctor, there are other questions I would
23 have asked if we weren't on a time schedule, but
24 I'll cut to the chase and get right down to it.
25     As a result of having diabetes, just on

**Page 54**

1  its own, what does that put a person at risk for,
2  whether their diabetes be controlled or not
3  controlled sufficiently by medication?
4      A   The most prominent risk factor is
5  cardiovascular disease, and it's been said that all
6  diabetic patients already have cardiovascular
7  disease per se, once they're diagnosed.
8      Q   What about renal failure?
9      A   It's one of the complications of diabetes.
10     Q   Blindness?
11     A   Diabetic retinopathy, glaucoma.
12     Q   And what about neuropathies?
13     A   Autonomic and peripheral neuropathy.
14     Q   Basically, in a nutshell, what is
15 peripheral neuropathy?
16     A   It's an inflammation of the legs, nerves
17 of the lower extremities, caused by a very toxic
18 sugar named sorbitol.
19     Q   And could diabetes lead also to
20 amputations?
21     A   Correct.
22     Q   So, would you say that diabetes is a bad
23 disease?
24     A   Yes.
25     Q   You indicated that as far back as, I

**Page 55**

1  believe, 2002 or 2003, when you had your conferences
2  with the psychiatrist and you discussed the
3  metabolic abnormalities with the second generation
4  atypicals, would it be fair to say that as far back
5  as 2002 or '3, that you were aware that Seroquel was
6  indicated as being associated with diabetes?
7      A   Yes.
8      Q   Are you aware -- do you know when
9  Mr. Unger was diagnosed with diabetes?
10     A   I believe he was diagnosed in September
11 '05, during his hospitalization at Mercy Hospital.
12     Q   And that's when you first saw him,
13 Mr. Unger, on an emergency basis?
14     A   Correct.
15     Q   When you were given the chart of
16 medications by Mr. Gay, had you seen that list of
17 medications before today?
18     A   Yes.
19     Q   Did you see that list of medications
20 before you administered the emergency medication or
21 the emergency consultation?
22     A   Yes.
23     Q   You did see those medications. Okay. But
24 you testified that -- the insulin and the hydrating
25 IV that you administered to Mr. Unger, would that

**Page 56**

1  have had any reaction to any of the medications that
2  he was taking at the time?
3      A   No.
4      Q   You indicated that you -- approximately 1
5  to 2 percent of your patients, your diabetic
6  patients, are on Seroquel. Is that correct?
7      A   Yes.
8      Q   Do you know if, or do you have an opinion
9  as to whether it's -- do you have an opinion at all
10 as to whether people with psychiatric diseases
11 always consult health care providers for other
12 ailments?
13     A   Yes.
14     Q   They do?
15     A   Yes.
16     Q   But you can't -- can you say for sure? I
17 mean, that was a bad question. I'm sorry.
18         MS. HORNSBY: If you can, strike that
19     whole thing, and if you can't, that's fine. It
20     really didn't make any sense.
21 BY MS. HORNSBY:
22     Q   Doctor, have you been -- you indicated
23 that you prescribed Seroquel maybe one to two
24 occasions to your patient?
25     A   Yes.

**Page 57**

1      Q   Other than prescribing an anti-psychotic
2  medication yourself, have you ever recommended that
3  an anti-psychotic be prescribed to one of your
4  patients, by their mental health care provider?
5      A   No.
6      Q   Since you have prescribed anti -- Seroquel
7  in the past, would you consider yourself an expert
8  in the types of anti-psychotic medications available
9  to prescribe to a patient?
10     A   No.
11     Q   Have you read medical studies on the
12 anti-psychotic medications that you have prescribed?
13     A   Yes.
14     Q   Would the information you've obtained on
15 the anti-psychotic drugs, including Seroquel, be
16 directed from the Physicians' Desk Reference?
17     A   Yes.
18     Q   Would you have gone outside the PDR to
19 investigate what case studies are available on the
20 different anti-psychotics?
21     A   I have read many articles regarding the
22 second generation anti-psychotics.
23     Q   So, it would be fair to say that your
24 knowledge of anti-psychotics would be based on the
25 PDR and the other outside articles that you have

**62**

1  Q  Did you note a family history of diabetes
2  indicated in Mr. Unger's medical records?
3  A  No.
4  Q  So, you are not aware of whether he does
5  or does not have a family history of diabetes?
6  A  I don't recall.
7  Q  In your chart, the last time you saw
8  Mr. Unger was November 30 of 2007, and you indicated
9  that you see him approximately every three months?
10 A  Yes.
11 Q  Has he been to see you since November 30,
12 2007?
13 A  No.
14 Q  And on November 30, 2007, you indicated
15 his weight was down to 296 pounds. Is that right?
16 A  Correct.
17 Q  And down, say, from off the chart when you
18 first saw him in 2005. Okay.
19    You also noted that due to Mr. Unger's
20 back injuries, that he was sedentary?
21 A  Yes.
22 Q  Is that correct?
23 A  Yes.
24 Q  Just because a person is sedentary, does
25 not necessarily mean they'll get diabetes; does it?

**63**

1  A  Correct.
2  Q  To your knowledge, was Mr. Unger able to
3  exercise at all?
4  A  No.
5  Q  Not at all?
6     MR. GAY: That was no?
7     THE WITNESS: No. Mr. Unger used to come
8  in a wheelchair, at the beginning, to the
9  office.
10    MR. GAY: I just said that because you
11 shook your head.
12    THE WITNESS: No.
13 BY MS. HORNSBY:
14 Q  Is he no longer in a wheelchair?
15 A  No.
16 Q  So, he's ambulating on his own?
17 A  Yes.
18 Q  Do you have an opinion as to why he's able
19 now to walk instead of being in a wheelchair?
20 A  He had lost weight and some of the other
21 comorbidities had improved.
22 Q  And this was after he was put on
23 medication for diabetes. Is that correct?
24 A  Correct.
25 Q  Mr. Unger was on Seroquel when you first

**64**

1  saw him in September of 2005. Correct?
2  A  Yes.
3  Q  We've concluded that Mr. Unger was obese.
4  He had hypertension. He was sedentary and his
5  cholesterol was being controlled with medication.
6  So, Doctor, with your medical training and
7  experience, would you put a patient on a medication
8  known to have additional risk factors for developing
9  diabetes?
10 A  No.
11 Q  Is it -- in your opinion, would a
12 medication with risks for causing a person to
13 develop diabetes, would it compound the -- would it
14 make the management of diabetes harder to control?
15 A  Yes.
16 Q  And would you -- strike that.
17    In June of 2006, if you will look with me
18 in your chart, he is -- he's at 325 pounds. That's
19 your progress notes.
20 A  Yes.
21 Q  There's -- out to the side you wrote,
22 "Seroquel." June 12, '06.
23 A  Okay.
24 Q  Do you want to look at mine?
25 A  I have it.

**65**

1  Q  "Seroquel." Did you -- do you recall your
2  discussion about Seroquel with Mr. Unger on June 12,
3  2006?
4  A  Yes.
5  Q  Can you explain for the jury what your
6  conversation with Mr. Unger was on that date?
7  A  **We went over the side effects of some of**
8  **these new medications, and amongst them it was**
9  **explained that hyperglycemia was one of the side**
10 **effects of these new anti-psychotics.**
11    **It was recommended for him to discuss that**
12 **with his primary psychiatrist to see if he can**
13 **change it to a different medication.**
14 Q  And that's due to the information that you
15 knew that Seroquel was associated with diabetes and
16 hyperglycemia. Correct?
17 A  Yes.
18 Q  Do you know if Hyzaar caused Mr. Unger's
19 hyperglycemia?
20 A  No.
21 Q  Do you know if Zaroxolyn caused
22 Mr. Unger's diabetes or -- excuse me, his
23 hyperglycemia?
24 A  No.
25 Q  Would it be fair to say that on June 12,

```
                                                    66
 1    2006, that you alerted Mr. Unger that Seroquel was
 2    probably not a good medication due to his other risk
 3    factors for his diabetes?
 4        A   I deferred that to the psychiatrist.
 5        Q   To discuss with him?
 6        A   Correct.
 7        Q   And I believe you answered this
 8    previously, but for anyone who is morbidly obese,
 9    you do encourage them to lose weight, diet and
10    increase their physical activity. Correct?
11        A   Yes.
12        Q   Do you know how long Mr. Unger had been on
13    Seroquel?
14        A   No.
15        Q   Do you know if he discontinued Seroquel
16    after you recommended it in June, after he visited
17    his psychiatrist?
18        A   I believe so.
19        Q   So, from, I believe 325 pounds -- so,
20    since that visit in June, where you indicated he
21    weighed 325 pounds, after discontinuing Seroquel,
22    when you last saw him in November of 2007, he had
23    lost approximately 30 pounds, close to 30 pounds?
24    325 down to 296?
25            MR. GAY: Object to the form.
```

```
                                                    67
 1    BY MS. HORNSBY:
 2        Q   Let me ask it a different way. Do you
 3    know whether, after discontinuing Seroquel,
 4    Mr. Unger had lost weight?
 5        A   Yes.
 6        Q   To the point that he's no longer in a
 7    wheelchair. Is that correct?
 8            MR. GAY: Object to the form.
 9    BY MS. HORNSBY:
10        Q   You can answer, Doctor.
11        A   He lost weight. That can be a
12    contributing factor, that that's why he's no longer
13    in a wheelchair.
14        Q   Doctor, I believe you indicate, also, in
15    your records, May 4, 2007, at the bottom,
16    "Neuropathy."
17            I believe you prescribed Lyrica?
18        A   Yes.
19        Q   Was that the first time, to your
20    knowledge, that -- well, did you first diagnose
21    Mr. Unger with neuropathy on May 4, 2007?
22        A   No.
23        Q   Did you -- had he previously been
24    diagnosed with neuropathy?
25        A   Yes.
```

```
                                                    68
 1        Q   Do you know when?
 2        A   Strike that. I don't know.
 3        Q   You don't know when?
 4        A   No.
 5        Q   Did you diagnose it?
 6        A   I don't remember.
 7        Q   Would the neuropathy indicated on your
 8    chart, be diabetic neuropathy?
 9        A   Yes.
10        Q   Has Mr. Unger ever indicated to you that
11    he has had any problems with his vision?
12        A   I don't recall.
13        Q   Just one last question, Doctor.
14            Do you know -- can you say for certain
15    that Seroquel did not cause Mr. Unger's diabetes?
16            MR. GAY: Object to the form.
17            THE WITNESS: No.
18    BY MS. HORNSBY:
19        Q   Do you know what caused Mr. Unger's
20    diabetes?
21        A   It's a combination of multiple factors
22    here.
23        Q   Can you just indicate what the possible
24    factors for Mr. Unger's diabetes may have been?
25        A   Metabolic syndrome.
```

```
                                                    69
 1        Q   Does that include taking certain
 2    medications?
 3        A   No.
 4        Q   I believe you indicated before that you
 5    discussed with Mr. Unger the risks of him being on
 6    Seroquel and to defer that to his mental health care
 7    provider.
 8            What impact were you concerned about when
 9    advising him to discuss Seroquel with his mental
10    health care provider?
11            MR. GAY: Object to the form.
12            THE WITNESS: I think it's fair to say
13        that literature is coming up with an increasing
14        amount of cases of diabetes, new generational
15        anti-psychotic related. Amongst them, a
16        moderate increase by Seroquel.
17    BY MS. HORNSBY:
18        Q   So, diabetes being increased by the use of
19    Seroquel, can you say that Seroquel had nothing to
20    do with Mr. Unger's diabetes?
21            MR. GAY: Object to the form.
22            THE WITNESS: I won't be able to say that.
23            MS. HORNSBY: Okay. I'm done.
24            MR. GAY: Just to follow up on that last
25        point.
```