# EXHIBIT 11

Dr. Rafael Mas
August 22, 2008

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This Document relates to:

Unger v. AstraZeneca L.P., et al.
[Richard Unger 6:07-cv-15812]

- - - - - - - - - - - - - - - - - - - x

                3181 Coral Way, 5th Floor
                Miami, Florida
                Friday, August 22, 2008
                10:30 a.m.- 1:00 p.m.

        CONFIDENTIAL TRANSCRIPT




        VIDEOTAPED DEPOSITION OF RAFAEL MAS, M.D.



        Taken before Edward Varkonyi, Registered

Professional Reporter and Notary Public for the State

of Florida at Large, pursuant to Notice of Taking

Deposition filed in the above cause.

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 25

1  Q. It says, "Initial Hospital Car." Do you
2  recall a hospital visit on 9/7/2005, do you recall
3  seeing this patient in the hospital on 9/6/2005?
4  A. I do not recall that right now because I
5  run a hospital's panel and I run an average of
6  approximately, along with my partners, approximately
7  80 patients average census daily at Mercy Hospital
8  along, so I am in the process of looking through this
9  chart to see if I see records from when he was in the
10 hospital at that time.
11 Q. Doctor, we will come back to that because
12 I have some records that may shed some light on
13 that.
14     Doctor, are there any blood -- is there
15 any lab work that's listed --
16 MR. HOURIHAN: I'm sorry, Bob. I think
17 Dr. Mas had something
18 THE WITNESS: Excuse me.
19 BY MR. BARRINGER:
20 Q. You found something?
21 A. I found these records from the hospital
22 on 9/6. He was admitted at Mercy Hospital from
23 9/6/05 to 9/16/05.
24 Q. And what did the patient present on that
25 day?

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 26

1  A. If I could read it real quick.
2  Q. Certainly.
3  A. This is a discharge summary dictated on
4  the Mercy Hospital system. It states dates of
5  admission 9/6/05, date of discharge 9/16/05.
6      The admitting diagnosis was altered
7  mental status and neurosepsis.
8  Q. And what was your discharge diagnosis?
9  A. My discharge diagnosis was uncontrolled
10 type II diabetes mellitus; number two, recurrent
11 major depression with psychotic disorders.
12     Three, hyponatremia; four, hypovolemia;
13 five, morbid obesity; six, hypertension; seven,
14 debility; eight, hypoglycemia and nine, onychia of
15 the fingers.
16 Q. Now, did the patient present to you
17 already having been diagnosed with type II diabetes
18 by that date?
19 A. If you give me a second, I am just going
20 to look through here one second.
21 MR. BARRINGER: Why don't we go off the
22 record and let you read the record.
23 THE VIDEOGRAPHER: Stand by, please.
24    (Thereupon a brief recess was taken,
25 after which the following proceedings were had.)

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 27

1  THE VIDEOGRAPHER: We're back on the
2  videotape record.
3  THE WITNESS: After reviewing the
4  discharge summary, it seems that this was an
5  initial presentation with his hyperglycemia and
6  a diabetes.
7  BY MR. BARRINGER:
8  Q. Did you diagnose this patient with type
9  II diabetes?
10 A. That was -- when the patient arrived with
11 an extremely elevated blood sugar and he was -- and
12 we called the consult with Dr. Quintero, which is an
13 endocrinologist and we diagnosed him with diabetes
14 and he was discharged on diabetic medications that he
15 was not taking prior to this admission.
16 Q. Now, do you defer to the diagnosis of
17 diabetes, type II diabetes to Dr. Quintero?
18 A. Yes.
19 Q. You, yourself, didn't make that
20 diagnosis, you relied on Dr. Quintero's diagnosis?
21 A. I am reading directly. I am using my --
22 the dictation from Mercy Hospital as my guide since I
23 don't recall the exact events because it was a while
24 ago, so I am going by the -- I am going by the notes
25 and that's what is written.

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 28

1  Q. And the note that you are looking at, is
2  that the Luis C. Quintero M.D., Richard Unger, 12:55?
3  A. No. I was reading from the dictation I
4  had mentioned before.
5  Q. From your discharge summary dictation?
6  A. Yes.
7  Q. And what was the bedside glucose on
8  admission?
9  A. The one documented on this discharge
10 summary says 195, but that was the one documented on
11 the discharge summary.
12     I usually go more by either the lab
13 reports from the hospital, which I don't think are
14 here, but on the consultation report of Dr. Luis
15 Quintero, which is the endocrinologist, it is clearly
16 documented on this consultation, which is dated --
17 I'm sorry, which is -- it's not dated on the front of
18 the consultation, but at the end of the consultation
19 it was dated 9/7/05 and it says that the glucose had
20 been as high as 1,000.
21 Q. That's a high -- and that's an abnormally
22 elevated glucose?
23 A. Extremely elevated.
24 Q. Having glucose levels that high, what
25 does that put you at risk for, doctor?

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 29

1   A. Well, when I was a chief resident I used
2   to say to my students that diabetes is a good disease
3   process to study because it effects every single
4   organ in your body from your hair all the way down to
5   your fingernails and your toenails, so it could
6   effect every single process or every single organ in
7   your body.
8       Q. Once you get diabetes, doctor, do you
9   ever -- can you ever get rid of diabetes completely?
10      A. The answer to that question is if you get
11  hyperglycemia, there are certain cases where we have
12  been able to start patients on treatment, like we did
13  with Mr. Unger, and certain patients have become very
14  compliant with diet, medication, life-style
15  adjustments and all the recommendations from the
16  American Diabetes Association and some patients have
17  been able to come off medications and live a normal
18  life without having to take medications for
19  hyperglycemia if they are extremely compliant.
20      The percentage of those patients is very
21  low, but in answering your question, can people get
22  rid of diabetes?
23      Well, they could get to the point where
24  it could be controlled with diet, exercise and
25  leading a very healthy and compliant life-style.

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 30

1       Q. But do they still have diabetes?
2       A. They will always have a history of
3   diabetes or the propensity to become diabetic at any
4   moment.
5       Q. Do you know how long prior to this date
6   that Mr. Unger had suffered from type II diabetes?
7       A. No. No, but if we go by the laboratory
8   tests that were done here in my office, this very
9   evidently was something extremely new because as
10  recent as January of that same year, 2005, his blood
11  sugar fasting was only 107 and prior to that --
12      Q. Doctor, hold on. Let me stop you right
13  there for a second.
14      Let's go to the lab work that you have in
15  your file. What is the first lab work that you have
16  in your file indicating either a glucose reading or a
17  hemoglobin A1c reading?
18      A. On June 11th of 2003 his blood glucose
19  was normal and there was no glycohemoglobin reading.
20      Q. Doctor, was there a specific value that
21  was noted on that date?
22      A. 87 was his glucose.
23      Q. Was that within normal limits?
24      A. Yes, sir.
25      Q. And you indicated that no hemoglobin A1c

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 31

1   was taken on that day?
2       A. No.
3       Q. When was the next lab report?
4       A. On October 29 of 2003.
5       Q. Was a glucose measurement taken?
6       A. Blood glucose level was 89, which is also
7   within normal limits at that time.
8       Q. And was a hemoglobin A1c taken on that
9   day?
10      A. No.
11      Q. Doctor, on the 10/29/2003 glucose reading
12  that you have in your lab report can you tell whether
13  or not it's fasting?
14      A. All my patients, by routine, when they
15  are going to be laboratory tests like these that are
16  done on a routine basis, they are all ordered to be
17  fasting.
18      Q. Doctor, if --
19      A. But --
20      MR. HOURIHAN: Let him finish.
21  BY MR. BARRINGER:
22      Q. Doctor, do you have something to say?
23      A. I'm sorry. Excuse me, sorry for
24  interrupting.
25      What I am trying to say, I always order

Stratos Legal Services
800-971-1127

Dr. Rafael Mas
August 22, 2008

Page 32

1   them to come fasting but as we know sometimes we have
2   compliance with patients following instructions, so I
3   cannot tell you exactly if he was fasting or not
4   during this test.
5       Q. And on this particular date the time that
6   the specimen was collected was at 0000.
7       Is that typical to collect a sample I
8   guess straight up midnight?
9       A. No.
10      Q. Now, doctor, with a reading of 89, if
11  hypothetically speaking this were a nonfasting blood
12  glucose measurement, would that still be within
13  normal limits, a measurement of an 89?
14      A. If it was not fasting?
15      Q. Yes. Would you still consider that to be
16  within normal limits?
17      A. It all depends on when the patient ate,
18  what the patient ate and how his metabolism is.
19      Q. Doctor, I guess my question is, if you
20  get a result that is within the normal range, even
21  though it's not fasting, would you still consider
22  that to be normal?
23      A. Again, I say depends on several factors.
24  For example, even in a normal patient when you do a
25  glucose tolerance test and you give him a trial with

Stratos Legal Services
800-971-1127