# EXHIBIT 15

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket NO. 1769

This Document Relates to:

Richard Unger v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-15812

---

### AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation for Dr. Harry Cabada-Rovirosa Pursuant to Case Management Order Nos. 4 and  5

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide available case specific discovery information and documentation for

"Harry Cabada-Rovirosa."

AstraZeneca is providing eight categories of Seroquel-related information and/or

documents based on a query of its relevant databases and systems.  The categories are: (1)

Call Note Information; (2) Account Payable Information; (3) Dear Doctor or Dear Healthcare

Provider Letters; (4) Prescriber-Level IMS Data; (5) Professional Information Request; (6)

Sample Information; (7) AstraZeneca Sponsored Events – Attendance and Speaker Program

Reports; and (8) Clinical Investigator Information.  AstraZeneca ran search queries to locate

information and documents for this Disclosure by relying upon spelling and contact

information provided in the Plaintiff's Fact Sheet or by Plaintiff's counsel.  If spelling and

# **EXHIBIT B**

CONFIDENTIAL

| | A VENDOR NUMBER | B VENDOR NAME | C TAX ID | D STREET ADDRESS | E CITY | F ST | G ZIP | H DOCUMENT TYPE | I G/L ACCOUNT | J ACCOUNT NAME | K DOCUMENT HEADER / PURCHASE ORDER TEXT | L POSTING DATE | M DOCUMENT NUMBER | N LIFNR | O AMOUNT | P PL | Q COST CENTER | R COST CENTER NAME | S | T SGTXT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 93108325 | HERIBERTO CABADA | 59-2704571 | 555 BILTMORE WAY STE 201 | CORAL GABLES | FL | 33134 | ZN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORA | 0000016l69517 DT 07222002 | 0801/02 | 56354145 | 93108325 | $ 300.00 | 23 | 567715 | CNS TAMPA | | XXN. |
| 2 | 93108325 | HERIBERTO CABADA | 59-2704571 | 555 BILTMORE WAY STE 201 | CORAL GABLES | FL | 33134 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 0802/02 | 42316253 | 93108325 | $ (300.00) | | 000000 | | | |
| 3 | 93108325 | HERIBERTO CABADA | 59-2704571 | 555 BILTMORE WAY STE 201 | CORAL GABLES | FL | 33134 | ZN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORA | 0000015l01304 DT 07082002 | 0809/02 | 56366788 | 93108325 | $ 300.00 | 23 | 567503 | CNS PHILADELPHI A | | FLN. |
| 4 | 93108325 | HERIBERTO CABADA | 59-2704571 | 555 BILTMORE WAY STE 201 | CORAL GABLES | FL | 33134 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 0813/02 | 42322233 | 93108325 | $ (300.00) | | 000000 | | | |
| 5 | | | | | | | | | | | | | | | | | | | | |

Page 1 of 1

MDL-UngerR-0715812
000045-CONFIDENTIAL