# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:07-CV-10475

LINDA F. WHITTINGTON,
Plaintiff,
vs.

ASTRAZENECA LP, et al.
Defendants.
_______________________________/

DEPOSITION OF CHARLES J. HADDAD, M.D.
-----
March 21, 2008
2:06 p.m. - 5:17 p.m.

Dunn Avenue Family Practice
2377 Dunn Avenue
Jacksonville, Florida 32218

REPORTED BY:
Carla Bywaters, CCR
Notary Public, State of Florida
Esquire Deposition Services
Jacksonville Office - Job Number
Phone - (904) 598-1044

62

**she would not be returning here.**

Q All right. But, nevertheless, she did return, right?

**A Yes.**

Q And she came back, and from that point on, she saw -- pretty much was under your supervision for the rest of the time, right?

**A That is correct.**

Q And the next visit I have is November 15th, 2005?

**A Yes.**

Q And she weighed 237 pounds then?

**A Yes.**

Q And you note that she had a family history of diabetes, right?

**A Correct.**

Q And then you recommended that she -- you found that she was wheezing. She had rhonchi? She had -- no. Actually, she had a few scattered wheezes, you said?

**A Right.**

Q So you recommended Albuterol, and she said she didn't want to do that?

**A Right.**

Q The next time you saw her was on February 14th, 2006 -- so we're getting there -- is that right?

63

**A February 14th, 2006.**

Q Right?

**A Correct.**

Q And she had an elevated blood pressure, 130 over 80, right?

**A Correct.**

Q She weighed 244 pounds?

**A That is correct.**

Q And she was there for a blood sugar check and for a screening for diabetes, right?

**A Yes.**

Q And she was having some increased thirst and some fatigue?

**A Correct.**

Q No urinary frequency?

**A Correct.**

Q And you said she ate just before the visit, so she was not fasting, right?

**A That is correct.**

Q So the -- it looks like you did -- you found an elevated glucose non-fasting --

**A Right. On the top of Page 2, it says random blood sugar, 145.**

Q Okay. Okay. All right. And then you -- you did labs, right?

64

**A We ordered a three-hour glucose tolerance test on her.**

Q Okay. And can you find the lab from February of 2006. And I'll tell you what, let's just -- let's mark this one. I think I'm up to 5, right?

(Defendant's Exhibit No. 5 was marked for identification.)

Q So is this the lab from January 17th, 2006 -- actually collected February 16th?

**A Yes.**

Q And so she had a fasting glucose and a glucose tolerance test on February 16th, right?

**A Well, the fasting blood sugar is part of the glucose tolerance test, so yes.**

Q All right. So you were doing tests to confirm whether or not she had diabetes or not, right?

**A That is correct.**

Q And the -- explain to us what the oral glucose tolerance test?

**A Patient comes in fasting, usually in the morning, and a blood sugar is checked on them, and then a specific load of glucose is given to them, usually through a soda-type drink, Coke or orange soda, and has a specific amount of sugar in it, and then they test the patient's blood sugar at one hour, two hours, and three**

65

**hours.**

Q Okay. And -- and so tell us what the results of this test showed.

**A Generally, the fasting blood sugar should be under 126 and any of the subsequent blood sugar should be under 200 -- should be lower than that, but to make the diabetes -- the diagnosis of diabetes should be lower than 200. So her fasting blood sugar was 131, which is elevated. Her one-hour glucose is 261, which is very elevated, and her two-hour blood sugar is 181, which is elevated. Third hour blood sugar is 124, which is elevated, as well.**

Q Now, typically, you would get a second test, right, to confirm the diagnosis of diabetes, but getting labs from her was a challenge, right?

MR. HAMPTON: Objection. Argumentative.

BY MS. THORPE::

Q Well, let me rephrase the question.

**A Go ahead.**

Q Did you make a diagnosis of diabetes from this test?

**A Yes.**

Q Okay. Typically, would you go -- go ahead and get a second test in order to confirm the diagnosis?

**A No.**

66

Q Okay. With these kinds of results?
**A With those kinds of results, probably not.**
Q Okay. So --
(Pause in proceedings.)
Q What did you tell the Plaintiff or Ms. Whittington to do after you made this diagnosis?
**A When we got the results of the test, we requested the patient come in within the next couple of weeks and have an office visit to discuss the results.**
Q Okay. Was that February 27th, 2006?
**A February 27th, 2006.**
Q Okay. And what did you do to advise the patient at that time?
**A She was advised to order a glucometer which will check her blood sugars at home. We offered to schedule her for diabetic education classes, which she refused. She did a referral --**
Q Okay. Can I just stop you and ask you why would you suggest somebody have diabetic education?
**A Have a better understanding of their disease process and to help them to better regulate their blood sugars and to decrease their risk of complications of diabetes.**
Q And if people are able to regulate their blood sugars and keep them within certain parameters, then

67

they reduce the chance that they will have complications of diabetes, right?
MR. HAMPTON: Objection to form.
BY MS. THORPE::
Q Is that right?
**A That is correct.**
Q And is there a rule of thumb about how, if you reduce your results in, say, a hemoglobin A1C test -- which we'll talk about in a second -- if you go down by one point, then --
**A It generally will decrease the cardio -- well, decrease the complication risk by about 25 percent.**
Q So it's a very important thing to keep those blood sugar levels down and to keep that A1C level down, correct?
**A That is correct.**
MR. HAMPTON: Objection to form.
BY MS. THORPE::
Q The A1C test is another test, just like -- another laboratory test, and you actually gave her that test a couple of times, right?
**A Correct.**
Q And so your goal in doing that test is to help make sure that her blood sugar levels are down, so she can reduce the chance of complication?

68

MR. HAMPTON: Objection to form.
BY MS. THORPE::
Q That's one reason?
**A Correct.**
Q And so by not going to diabetes education class, you're eliminating one opportunity to learn how to better manage your blood sugars?
MR. HAMPTON: Objection to form. Argumentative. Speculative.
THE WITNESS: That is correct.
BY MS. THORPE::
Q Well -- okay. Now, when you saw her on February 27th, 2006, she had high blood pressure that day, right?
**A That is correct.**
Q It was 140 over 98?
**A 140 -- on the 27th, it's 140 over 80.**
Q Well, if you look down under, Constitutional, it says --
**A Yeah.**
Q -- over 98.
**A So it was repeated. So she had two values checked; one was 140 over 80, one was 140 over 98.**
Q That's pretty elevated?
**A That is.**

69

Q And your assessment was that she had diabetes mellitus, poorly controlled, right?
**A Correct.**
Q And you ordered Glucophage for her. Tell us what that is.
**A Metformin is the generic name for Glucophage, which is a medication to help keep the blood sugar under better control.**
Q And it's an oral medication?
**A Oral medication.**
Q So she didn't have to take insulin shots?
**A That is correct.**
Q And you told her, because of this continuing blood pressure problem, she needed to monitor her blood pressure outside of the office, right?
**A That is correct.**
Q Now, you also told her she needed to lose weight and stop smoking?
**A Yes.**
Q Okay. And that's been a, kind of, continuing theme, right?
**A That is correct.**
Q But she has never did that (sic), right?
MR. HAMPTON: Objection. Form.

BY MS. THORPE::

Q Did she ever do that?

**A She did not do that.**

Q So is it fair to say, Dr. Haddad, that to a reasonable degree of medical certainty that, completely separate and apart from whatever use of Seroquel Ms. Whittington made, she was at risk of developing Type 2 diabetes?

MR. HAMPTON: Objection. Form. Foundation. Speculation.

THE WITNESS: Yes.

BY MS. THORPE::

Q And is it fair to say, Doctor, that you cannot rule out her obesity, her family history of diabetes as causes of her Type 2 diabetes?

MR. HAMPTON: Objection. Form. Foundation. Argumentative.

THE WITNESS: I cannot rule that out.

BY MS. THORPE::

Q And is it fair to say that you cannot conclude to a reasonable degree of medical probability that Seroquel use caused or contributed to the development of diabetes in this patient?

MR. HAMPTON: Objection. Foundation. There's been no evidence that this doctor's qualified or

has information about Seroquel to respond to that question.

BY MS. THORPE::

Q You can answer that question, Doctor, because you --

**A Can you repeat it? You guys lost me on that one.**

Q You can't conclude to a reasonable degree of medical probability that Seroquel use caused or contributed to the development of her diabetes based on the review of the chart and your care of her and all the facts that you know about her history of diabetes?

MR. HAMPTON: Objection to form and foundation.

THE WITNESS: Correct.

BY MS. THORPE::

Q You can conclude to a reasonable degree of medical probability that her genetics and, you know, her family history of diabetes, her obesity, and her -- the things we talked about that come with that, the apple-shaped figure, the high cholesterol and triglycerides, and the actually high blood sugar that predated her Seroquel use, could have been causes of her development of diabetes?

MR. HAMPTON: Objection to form and foundation. Speculation.

THE WITNESS: That's correct.

BY MS. THORPE::

Q Is it fair to say, Dr. Haddad, that you -- that you cannot say and no one else could say as a matter of science when her diabetes actually began, you know, the day that it began, particularly since she refused, you know, those early labs which would have been -- might have given some information about her --

MR. HAMPTON: Objection.

BY MS. THORPE::

Q -- state, her diabetic --

MR. HAMPTON: Form. Foundation. Speculation.

BY MS. THORPE::

Q Is that right?

**A That is correct.**

Q All right. So her next visit after February 27th is May 24th, 2006; is that right?

**A May 24th, 2006.**

Q And her weight that day was -- if you could write that down -- it's 236 pounds, right?

**A Correct.**

Q And she tells you that her sugars have been under 120 on Glucophage?

**A Correct.**

Q Right? So she's monitoring her blood sugars?

**A It appears so.**

Q And that's good control?

**A That's good control.**

Q Okay. And her blood pressure, however, is not under control, right, it's 152 over 91?

**A That is correct.**

Q And if you look over to the plan, the health management plan -- well, let me back up. Over to the Assessment, she's complaining of insomnia, right?

**A Correct.**

Q And then you've said she has diabetes mellitus, right?

**A Correct.**

Q And before you had said diabetes mellitus, poorly controlled, and you've changed to just diabetes mellitus?

**A Correct.**

Q And is that because she seems to be getting it under control?

**A That is correct.**

Q And under health management plan, you note that she was offered a Pap smear, a breast exam, and a hemoccult on May 2006, right?

**A Correct.**

Q And she hasn't done it? That's what that means


A **Again, the treatment for that would be the same treatment that you would use for the high blood pressure, which is an ACE inhibitor, or an angiotensin receptor blocker, ARB, and --**
Q But she declined?
A **She declined --**
Q Okay.
A **-- treatment with those.**
Q Let me just ask you a few sum-up questions. First of all, let me just get your basic qualifications on the record. You graduated from medical school?
A **From medical school.**
Q And where was that?
A **That was in the Dominican Republic it was called the Universidad Mundial.**
Q Did you do a residency?
A **Did my residency with the University of Florida.**
Q When was that?
A **Medical school, graduated in 1986, and internship and residency was 1987 through 1990. I was chief resident from 1989 to 1990, current position, and the position I started in 1990 is as assistant professor of the University of Florida in community health and family medicine.**

Q And you're Board certified in family medicine?
A **Board certified in family medicine.**
Q When did you get that Board?
A **1990 and have it through 2009, and currently, serve as medical director of Dunn Avenue Family Practice.**
Q Okay. Is this sort of a clinical facility for the University of Florida?
A **Clinical facility for the University of Florida, correct.**
Q Now, I'm going to ask you a few general questions about diabetes control. There is no restriction on Ms. Whittington's physical activity or social or work activity, is that right, because of her diabetes?
A No.
Q There's really nothing that she can't do that she could want to do in terms of physical activity based on her Type 2 diabetes?
A No.
Q I mean, she can drive. She can walk. She can go shopping. She can carry groceries. She can play with kids. She can do all that stuff, right?
A **That is correct.**
Q And in your practice, there are patients who

keep their blood sugars down, some of them, without even taking any medication just based on diet and exercise, right?
A **That is correct.**
Q And then some people take oral medications and keep their diabetes under control, right?
A **That is correct.**
Q You would agree with me that diabetes is a manageable disease if you take care of yourself, right?
MR. HAMPTON: Objection to form.
THE WITNESS: That is correct.
BY MS. THORPE::
Q Many people who control their sugars and risk factors have no significant complications from diabetes?
MR. HAMPTON: Objection to form.
THE WITNESS: That's true.
BY MS. THORPE::
Q Would you agree -- do you have -- besides Ms. Whittington, do you have any psychiatric patients in your practice?
A **Yes.**
Q Do you agree that psychiatric -- do you have any patients who have psychiatric problems who have diabetes, do you know? Does that --
A **Yes.**

Q Would you agree that psychiatric patients have an easier time managing their diabetes if they take their psychiatric medications as prescribed?
MR. HAMPTON: Objection to form. Vague. Foundation.
THE WITNESS: Could you tell me the question again?
BY MS. THORPE::
Q Okay. Is it your expectation that psychiatric patients who are compliant with their psychiatric medication regimen are going to find it easier to comply with their diabetes regimen?
MR. HAMPTON: Objection to form and speculation.
THE WITNESS: I don't know the answer to that one.
BY MS. THORPE::
Q Okay. Has the metformin that you've prescribed for Ms. Whittington been effective when she's taken it?
A **Yes.**
Q And it's been effective in controlling her blood sugar levels?
A **That is correct.**
MS. THORPE: Okay. I'm going to reserve my time, what's left. Thank you very much.

THE WITNESS: Okay. You're welcome.
MR. HAMPTON: My name's John Hampton, and I represent Linda Whittington in a case that she's filed against AstraZeneca.

CROSS-EXAMINATION

BY MR. HAMPTON::
Q Doctor, some patients that have diabetes have to take insulin to control their diabetes --
**A That is correct.**
Q Okay. And when they take insulin, how do they have to take the insulin?
**A Generally, they have to inject it.**
Q And how do they inject it, what part of the body do --
**A Usually abdomen or thighs.**
Q In their stomach or in their thighs?
**A Yes.**
Q For the patients who have to inject insulin, do they sometimes have to inject it more than once a day?
**A Sometimes, yes.**
Q Okay. On any diabetic, any patient that you've diagnosed as a diabetic, do they have to test their blood sugar on a regular basis?
**A They should, yes.**
Q When they test the blood sugar on a regular

basis, do they actually have to prick their fingers to get a blood sample?
**A Yes.**
Q And how often do you recommend that they do that?
**A It depends on their level of control, but once twice a day, depending on their level of control.**
Q Have you done any scientific studies as to the various different types of causes that might cause someone to have diabetes?
**A Personally?**
Q Yes.
**A No.**
Q Have you done any scientific studies on Seroquel and what effect it may have with an association of weight gain in patients that take Seroquel?
**A No.**
Q Have you done any studies on Seroquel and any association that Seroquel may have of the onset of diabetes?
**A No.**
Q Have you done any studies regarding Seroquel where Seroquel might complicate the treatment of diabetes?
**A No.**

Q So it would be fair to say that you have no knowledge one way or another as to what effect Seroquel may have as to the cause or onset of diabetes?
**A I haven't studied it, but all of the atypical anti-psychotics do have some risk of weight gain and do have some risk of increase in blood sugar, so I wouldn't say I don't have any knowledge. I have some knowledge of it.**
Q And your knowledge is that Seroquel has been associated with the onset of diabetic in some patients that take it?
MS. THORPE: Objection. Leading.
BY MR. HAMPTON::
Q Tell me what your knowledge is about the association between Seroquel and some patients that take it and whether or not those patients contract diabetes?
**A My knowledge is that -- or my understanding of the atypical anti-psychotics is that those medications may put patients at somewhat decreased risk of certain complications from traditional antipsychotic medications, especially extraparametal symptoms, permanent movement disorders which may occur with some of the traditional anti-psychotic medications, but it may also increase in blood sugars.**
Q And it may also -- is it your understanding

that the second generation atypicals including Seroquel may also increase the risk of a patient contracting diabetes?
MS. THORPE: Objection to form.
BY MR. HAMPTON::
Q Not just blood sugars but actual diabetes itself?
MS. THORPE: Objection to form. Lack of foundation.
BY MR. HAMPTON::
Q What is your understanding about Seroquel and second generations and their association with the onset of diabetes itself?
MS. THORPE: Compound. Same objection.
THE WITNESS: I think it may have some increased risk.
BY MR. HAMPTON::
Q Okay. With regard to Ms. Whittington, you don't know when she took it; is that true?
**A Not until today.**
Q You don't know how often she took it?
**A No, I do not.**
Q You don't know what the prescription levels, the dosages, that she took it?
**A No, I do not.**

98

you're not telling the jury what caused her diabetes, are you? You're just saying she has diabetes as of this date?
A **No. That is correct. I did state what some of her risk factors were, but I did not state the cause.**
Q The cause, right. Counsel for AstraZeneca was talking to you about Pap smears. Doctor, Pap smears are not diagnostic for diabetes in any way, form or fashion?
MS. THORPE: Objection.
BY MR. HAMPTON::
Q What's a Pap smear for?
MS. THORPE: Objection. Leading.
BY MR. HAMPTON::
Q Doctor, what's a Pap smear for?
A **Pap smear's to help --**
MS. THORPE: And argumentative.
THE WITNESS: -- is to try to diagnose cervical cancer or vaginal cancer early. So you can find sometimes on Pap smear, candida, yeast infections, which sometimes can let you know somebody's blood sugar is high or they may have diabetes, so they can sometimes help you know that there's a problem.
BY MR. HAMPTON::
Q Okay. But a blood test is a much better diagnostic tool for --

99

A **Definitely better.**
Q Is a mammogram diagnostic of -- counsel for AstraZeneca has been asking you about mammograms and whether or not Linda Whittington took mammograms. Are mammograms diagnostic for diabetes?
A **No.**
Q Okay. Mammograms are diagnostic for breast cancer. Is that what they're typically --
A **Typically, what they're used for.**
Q Okay. In this case, when we're discussing diabetes, mammograms really have nothing to do with a diagnosis of diabetes; is that true?
A **That's true.**
Q On Exhibit -- counsel for AstraZeneca talked to you about Exhibit No. 4. And this was a blood test done, I guess, in 1994. Doctor --
MS. THORPE: 1993.
MR. HAMPTON: Oh, 1993.
BY MR. HAMPTON::
Q Doctor, was that blood test done -- you first saw Linda Whittington in, I think, 1999, so you didn't order that blood test, did you?
A **No.**
Q You don't know whether that was a fasting blood test, do you?

100

A **I do not.**
Q Or whether it was just a random blood test?
A **I do not know.**
Q Is there a difference between a fasting blood test and a random?
A **Yes.**
Q What's the difference?
A **Your sugars can be more elevated in a random blood sugar, and if this was a fasting blood sugar, that number of 123 would be abnormal. If it's a random blood sugar, it would still be elevated.**
Q Right. If you had -- if you had a fasting blood sugar of 99 taken in a blood test that was given on October of '04, would that indicate that, as of October '04, before your '06 diagnosis that Linda Whittington probably didn't have diabetes?
A **No.**
Q Okay. Can you look at your lab reports and -- because on 10/6/04, you requested that she have some blood tests, and counsel for AstraZeneca asked you about the triglycerides on that blood test, and she asked you about everything on that blood test except for the portion that had to do with blood sugar.
A **Sure.**
Q Okay. Even though counsel for AstraZeneca

101

didn't ask you about the blood sugar levels, was there a blood sugar level that was tested on that blood test?
A **There was.**
Q And what was the result of that blood test on October of 2004?
A **99.**
Q And is 99 within the normal range of blood sugar?
A **Yes, it is.**
Q And was that a fasting blood sugar test?
A **I don't know.**
Q Okay. Was it your request she receive a fasting blood sugar test?
A **Yes.**
Q Okay. And so if she had a fasting blood test of 99, that would indicate that she's not -- would that be evidence that she was not diabetic at that point?
A **Not really.**
Q Okay. If you had any significant concern that she was diabetic, would you have asked for another blood test when you saw her next on December 15th of 2004?
A **If we had an indication at that time, I'm sure we would have requested another test, but a one time blood sugar being normal does not necessarily mean that somebody does or doesn't have diabetes.**

Q Okay. If you were concerned that she might have diabetes, would you have asked for another blood test the next time you saw her in December '04?
**A Yes.**
Q Would you look at your December 2004 note to see if you asked for a blood test to check for diabetes on that visit?
(Pause in proceedings.)
**A It does not appear we asked for labs at that time.**
Q Did you ask for labs in the next visit on, I believe, July 21st of '05? Or specifically a test to see whether or not she was in danger of being a diabetic?
**A Not at that time, no.**
Q Okay. Diabetes is or can be a really bad disease, would you agree with that?
**A That is true.**
Q There are significant and severe complications that can be associated with diabetes?
**A That is true.**
Q One of the complications that can be associated with diabetes -- well, diabetes attacks both the nerves and the blood vessels of the body, doesn't it?
**A That's true.**

Q And even though it occurs at the cellular level, its impact is actually felt in every organ system in our human body?
MS. THORPE: Objection. Leading.
THE WITNESS: That's true.
BY MR. HAMPTON::
Q Okay. The fact that those little bitty cells inside of those blood vessels are insulin-resistant means that over time you're going to have a -- in some cases of diabetes over time, you're going to have a degradation of the effectiveness of the circulatory system, aren't you?
MS. THORPE: Object to form.
THE WITNESS: This is multifactorial.
BY MR. HAMPTON::
Q It is. So tell us about it. How does diabetes affect the blood system or the --
**A This all -- exactly what you said. This all boils down to the blood vessels and the organs and several different factors affect those organs.**
Q Okay. How does --
MS. THORPE: Let him finish his answer.
MR. HAMPTON: All right.
BY MR. HAMPTON::
Q How does diabetes affect --

MS. THORPE: Let him finish his answer.
MR. HAMPTON: I'm trying to.
MS. THORPE: No, you're talking. He's not talking, so he's not finishing his answer, John.
MR. HAMPTON: Okay.
THE WITNESS: So the blood vessels are affected by many things; diabetes being one of them, smoking being one, cholesterol being one of them, exercise being one of them, family history being one of them, male or female being one of them, so there's multiple risk factors to those blood vessels. And diabetes is one of the factors that can have affects on the blood vessels --
BY MR. HAMPTON::
Q Okay.
**A Those blood vessels affect your retina, your brain, it can affect your heart, and it can affect your kidneys.**
Q One of the complications is blindness; isn't that true?
**A That is true.**
MS. THORPE: Object to form.
BY MR. HAMPTON::
Q Do you recommend that your patients with diabetes get their eyes checked every year?

**A Yes.**
Q One of the complications associated with diabetes is kidney failure; isn't that true?
MS. THORPE: Object to form.
BY MR. HAMPTON::
Q And how does diabetes -- how is diabetes associated with kidney failure?
**A Diabetes over time can cause affects on the clearing of the blood through the kidneys, through the microtubules in the kidneys, and as does high blood pressure, and proteinuria, which is one of the problems that we found on Ms. Whittington. Those factors can be treated by using certain medications controlling the blood pressure, controlling the blood sugars, and protecting the kidneys.**
Q Okay. But how does diabetes -- how does diabetes affect -- or is there a complication between diabetes and amputations in some cases?
MS. THORPE: Objection to form.
THE WITNESS: Yes. Diabetes can cause peripheral vascular disease as can smoking as can hyperlipidemia.
BY MR. HAMPTON::
Q How does diabetes result in having a patient having an amputation?

MS. THORPE: Object to form.

BY MR. HAMPTON::

Q What is the sequence?

MS. THORPE: Wait a minute. Your question was how?

BY MR. HAMPTON::

Q What is the cause or the sequence or the mechanism by which diabetes can result in a patient having an amputation?

**A Generally, diabetes causes an affect on the blood vessels. Blood vessel both the macrovasculature and the microvasculature, so the big blood vessels and the little blood vessels. Those big blood vessels can be affected, and you can have blockages going to the limbs or you can have blockages in all the tiny blood vessels.**

**So you can have the big blood vessels going down there, tiny blood vessels are not supplying enough blood to the tissues, and so that, if you have an injury or even without an injury, just from normal pressures, you can have damage done to that limb and that can end in poor healing, and that can end up in amputation.**

Q Is it true that diabetes is a major contributing cause of amputations in -- that it's a major contributing cause of amputation?

**A Yes.**

MS. THORPE: Form. Object to form.

BY MR. HAMPTON::

Q And is it true that the treatment goal in diabetes is to prevent or delay end organ damage?

**A Yes.**

Q Is diabetes chronic?

**A Yes.**

Q And is it often the cause of death?

MS. THORPE: Object to form.

BY MR. HAMPTON::

Q Okay.

**A -- complications of the diabetes including coronary artery disease, which is the most common cause of death in patients, with diabetes.**

Q Heart attack and stroke are also complications associated --

**A That's coronary artery --**

MS. THORPE: Objection. Form.

BY MR. HAMPTON::

Q Do you actually recall the conversations you had with Linda when you were talking to her about taking drugs for her high blood pressure or high cholesterol?

**A No. Most of these were visits with other providers that I supervised.**

Q Okay. So most of the visits where these discussions occurred would not have been by you but by some other healthcare provider?

**A Right.**

Q But you had some of these visits yourself?

**A I would be present for some of them.**

Q But as you sit here today, you don't specifically recall any of those visits?

**A Right.**

Q Would you agree that there are conversations that occur between the doctor and patients that are not always recorded in the notes?

**A Yes.**

Q So there may be some conversations that Linda would have had with healthcare providers in your clinic that would not be recorded in the notes?

**A It's possible.**

Q And there may be conversations that Linda Whittington had while you were in the room that also weren't recorded in the notes?

MS. THORPE: Object to form.

THE WITNESS: I would say that the notes are an overview of what has occurred.

BY MR. HAMPTON::

Q Right. They're not a dictation, like the court

reporter's doing here today?

**A Exactly.**

Q We don't get everything in the notes. Because you were actually in the room during some of the visits with her when it was discussed that she should be prescribed medication for her high blood pressure when she -- and she said no, I don't want to take it. I guess my question is: Do you remember the discussion about why she didn't want to take it?

**A No, I do not.**

Q Okay. There's not much in the notes about her psychological problems. They're referenced every now and then, but there's not a large discussion about any of her psychological problems; is that fair to say?

**A That's fair to say.**

Q Counsel was talking about her high blood pressure. When you're talking about blood pressure, you talk about a benign elevated pressure, I think -- what is -- I mean, I understand what elevated blood pressure means, but --

**A It's an ICD 9 code. The code that you put on it if there is no other complications or if it's not -- there's no -- it's not associated with any other specific disorder, such as a stroke or a peripheral vascular disease or those vascular complications**