# EXHIBIT  4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This document relates to:

Whittington v. AstraZeneca LP, et al.
[Linda F. Whittington 6:07-cv-10475]
_____

VIDEOTAPED DEPOSITION OF

MOHAMED O. SALEH, M.D.

DATE TAKEN:   July 22, 2008
TIME:         1:14 p.m.
PLACE:        Center for Medicine & Psychiatry
              1408 San Marco Boulevard
              Jacksonville, Florida 32207

Examination of the witness taken before:
Bobbie A. Umstead
Registered Professional Reporter
Florida Professional Reporter

- - -

CONFIDENTIAL

---

**18**

1　scholarship.  I went to medical school with Italians
2　since '82.
3　　　Q   Okay.  So in 1971 where did you go?
4　　　A   To Bologna, Italy.
5　　　Q   Bologna in 1971?
6　　　A   (Nodding head.)
7　　　Q   Beautiful country.
8　　　A   I've studied Italian since age two.
9　　　Q   Is that right?
10　　A   I think in Italian.
11　　Q   Do you?  I wish I could speak Italian.
12　　　　Beautiful country.
13　　A   (Nodding head.)
14　　Q   Doctor, you would agree with me that diabetes
15　is a very serious illness, would you not?
16　　A   Yes, ma'am.
17　　Q   Okay.  And it's an illness that can lead to
18　all kinds of problems?
19　　A   Yes, ma'am.
20　　Q   For example, heart disease; correct?
21　　A   Yes.
22　　Q   Stroke; correct?
23　　A   (Nodding head.)
24　　Q   It can cause kidney disease?
25　　A   (Nodding head.)

**19**

1　　　Q   Correct?
2　　　A   Yes, ma'am.
3　　　Q   Can cause nervous system disorders?
4　　　A   Yeah.
5　　　　I'm familiar with the disorder.  My mother
6　suffered from diabetes.
7　　　Q   Okay.  So you're well familiar with the risks
8　of diabetes?
9　　　A   Yes, ma'am.
10　　Q   Is your mother still living?
11　　A   No, ma'am.
12　　Q   Did diabetes contribute to her passing?
13　　A   I think it was old age and just ...
14　　Q   But diabetes certainly can result in the death
15　of an individual, can it not?
16　　A   Yes, ma'am.
17　　Q   Okay.  So if you're dealing with a patient who
18　is maybe preconditioned to diabetes, has a family
19　history of diabetes or has other risk factors for
20　diabetes, you're going to be very cautious about
21　prescribing a medication which might aggravate that or
22　trigger diabetes in that patient, would you not?
23　　A   Yes, ma'am.
24　　Q   Because it's such a serious disease?
25　　A   (Nodding head.)

**20**

1　　　Q   And in doing a risk/benefit analysis -- first
2　of all, would you tell this jury what a risk/benefit
3　analysis is?
4　　　A   Well, you know, you -- when people come with a
5　disorder, I guess whether psychological or physical, and
6　you have treatment options available and you want to
7　treat the patient and you try to weigh the benefits and
8　the risks.  So if the benefits are more than the risks,
9　then you administer the treatment, but if you feel the
10　risks are more than the benefits, then you try to find
11　an alternative treatment option.
12　　Q   Okay.  And so, Doctor, if you're trying to
13　determine whether or not to prescribe a particular
14　medication to a client, a medication that can cause
15　diabetes, your risk analysis would have to include,
16　would it not, is that person currently at risk of death?
17　In other words, would you agree that unless someone's at
18　risk of death, why would you give him a medication that
19　could cause a disease that might cause death?
20　　A   Yes, ma'am.
21　　　　MS. OWENS:  I'm going to object to your
22　question as leading and as an inappropriate
23　hypothetical.
24　　　　MS. FENDIA:  Okay.
25　　　　THE WITNESS:  Well, if I can answer your

**21**

1　question, about three or four years ago I wrote a
2　letter to every pharmacist in Jacksonville telling
3　them I do not want any of my patients to be on a
4　medicine by the name of Zyprexa.  I told them if
5　there was any -- before that time I was writing
6　prescriptions for Zyprexa.  I told the pharmacists
7　if there is any prescription for Zyprexa out there
8　with my name on it, please don't honor it.  If
9　there's any refill, please don't honor it.
10　　Patient comes to my office, he's on Zyprexa
11　and they tell me this is the only medicine that
12　helps them, I will tell them, "I'm sorry, I cannot
13　give you Zyprexa.  I will not give you Zyprexa.
14　You need to go somewhere else."  Because I believe
15　that Zyprexa causes weight gain, causes
16　hyperglycemia, and can either put you at risk for
17　diabetes or make you develop diabetes.
18　　So does that answer your question?
19　BY MS. FENDIA:
20　　Q   Yes, sir, it does.
21　　　　And so there's no circumstance under which you
22　would diagnose [sic] --
23　　A   Prescribe Zyprexa.
24　　Q   -- Zyprexa?
25　　A   No, under no circumstance.

**(Pages 18 to 21)**

22

1   Q   And that is because you believe it causes
2   diabetes?
3       A   Yes.
4       MS. OWENS:  I'm going to object to leading and
5   object to the question as vague in not clarifying
6   the time frame.
7       THE WITNESS:  I believe Zyprexa is not a good
8   medicine and I just don't prescribe it and I don't
9   want any of my patients on it.  And if a patient
10  tells me -- this happened last week.  A patient
11  told me, "I want Zyprexa.  That's the only medicine
12  that helps me."  And I told them, "I'm sorry, I
13  will not prescribe Zyprexa for you.  You need to go
14  find another doctor."
15      So, yeah, I agree with you.  If I feel a
16  medicine is problematic, I will not prescribe it.
17  BY MS. FENDIA:
18      Q   Thank you, Doctor.
19      Doctor, tell this jury what you rely on
20  primarily in determining whether or not you're going to
21  use a medication in your practice.
22      And let me strike that.  Let me ask a better
23  question.
24      When a new medication comes out, you are going
25  to hear from the pharmaceutical companies through drug

23

1   reps about this new medication; is that right?
2       A   Yes, ma'am.
3       Q   Okay.  And tell me the types of things you
4   rely on to evaluate the medication, to try to determine
5   whether or not it's something that would fit into your
6   practice.
7       A   Well, the information that comes out from
8   clinical trials, studies done by FDA-approved clinical
9   trials, and my own experience with the medicine, the
10  literature that comes out in the general medical
11  literature, or the information that comes out from --
12  information provided by the pharmaceutical
13  representative.  But ultimately my own experience as I
14  prescribe the medicine.
15      Q   Okay.  And you rely, as you said, on drug
16  representatives, what the drug representatives tell you,
17  to some extent, or you evaluate what they tell you; is
18  that correct?
19      A   Yes, of course.
20      Q   And you also review and evaluate and perhaps
21  rely on some of the information that comes directly from
22  the drug companies like PIRs?  Is that --
23      MS. OWENS:  Objection.
24  BY MS. FENDIA:
25      Q   Would that be accurate?

24

1       MS. OWENS:  Objection; leading.
2       THE WITNESS:  Yes.  I mean, the literature
3   that comes out in general.  I mean, the drug
4   companies, I presume they rely on the information
5   provided by the clinical studies, you know,
6   completed by clinical scientists and researchers.
7   BY MS. FENDIA:
8       Q   Doctor, do you have an opinion as to how
9   candid you believe drug companies and their sales reps
10  should be about the risks and benefits of their drugs?
11      A   Yeah.  I believe they're usually pretty
12  helpful.  You know, I ask for information and they refer
13  me to the literature.  They send me articles written by
14  scientists, you know.
15      Q   Okay.  Do you have an opinion, Doctor, as to
16  whether drug companies and their sales representatives
17  should be completely candid and honest with you about
18  the risks and benefits of their drugs?
19      MS. OWENS:  Asked and answered.  Objection to
20  form.
21      THE WITNESS:  Yes.
22  BY MS. FENDIA:
23      Q   And what is that opinion?
24      A   Well, that they should give me all the
25  information that they have available.

25

1       Q   And would you agree with me, Doctor, that drug
2   companies have the most information available about
3   their -- when drugs -- when they're getting ready to
4   introduce a drug to the market or have just introduced a
5   drug to the market, that they have the most information
6   that's available about that drug?
7       A   I believe that's reasonable.
8       Q   So, in other words, the FDA relies on drug
9   companies to provide information about their drugs, do
10  they not?
11      A   Yes.
12      Q   The clinical trials often start with drug
13  company clinical trials, do they not?
14      A   Yes, ma'am.
15      MS. OWENS:  Objection; leading.
16  BY MS. FENDIA:
17      Q   So in many cases it would appear, Doctor,
18  would you agree, that most of the information that you
19  have initially about a drug does originate with the drug
20  company?
21      MS. OWENS:  Same objection.
22  BY MS. FENDIA:
23      Q   Does that seem reasonable?
24      A   Yes.
25      Q   Doctor, when you were -- when Seroquel was

(Pages 22 to 25)

30

1    you want.
2        MS. FENDIA: No. I'm sorry.
3        MS. OWENS: I'm just trying to --
4        MS. FENDIA: I'm giving you the wrong page. I
5    appreciate that.
6    BY MS. FENDIA:
7        Q   It's 476. And I apologize. 476.
8        A   Okay.
9        Q   And, Doctor, I'd like you to look at the
10   section at the top on the left-hand side marked
11   "Seroquel Dosing Regimen." Do you see that?
12       A   Yes, ma'am.
13       Q   Okay. And this says that olanzapine therapy
14   was discontinued due to weight gain and the development
15   of diabetes.
16       Olanzapine is Zyprexa; is that correct?
17       A   Yes, ma'am.
18       Q   All right. So as part of this case study the
19   patient's use of Zyprexa was discontinued. Is that what
20   this says to you?
21       A   Yes, ma'am.
22       Q   And then Seroquel was initiated at
23   150 milligrams a day for a week. The Seroquel dose was
24   then increased to 350 [sic] milligrams per day. Is that
25   correct?

31

1        A   Yes, ma'am.
2        Q   Now, under "Response to Seroquel" it says "The
3    patient has shown a positive response to Seroquel,
4    becoming more spontaneous, more interested in his
5    surroundings, and has demonstrated improved interaction
6    with others.
7        "Blood glucose levels were brought under
8    control, permitting the substitution of an oral
9    hypoglycemic agent for insulin treatments.
10       "Metabolic stability was maintained, allowing
11   the patient to discontinue the hypoglycemic agent and
12   return to a normal diet.
13       "Not only did the patient not gain weight on
14   Seroquel, he lost approximately eight of the ten pounds
15   gained while on olanzapine," or Zyprexa.
16       And he finishes with a quote: "Our laboratory
17   data revealed a normalization of serum glucose levels
18   which is valid proof of improvement of diabetes and
19   metabolic stabilization. His psychotic symptoms were
20   well controlled, including the negative symptoms. The
21   patient lost weight (eight pounds) and is very pleased
22   about this. He is also relieved that he no longer has
23   to take daily insulin injections."
24       Did I read that correctly, Doctor?
25       A   Yes, ma'am.

32

1        Q   Okay. And this was -- this case study was
2    published in the year 2000, Doctor. And at that time
3    you would have been an investigator for Seroquel, by
4    2000, do you believe?
5        A   No, I think I indicated I was working with
6    them before 2000.
7        Q   Before 2000?
8        A   (Nodding head.)
9        Q   By the year 2000 would you have agreed -- or
10   in the year 2000 would you have agreed with this kind of
11   profile for Seroquel, that it caused weight loss,
12   control of symptoms, and allowed the normalization --
13   metabolistic [sic] stabilization and normalization of
14   serum glucose?
15       MS. OWENS: I'm going to object to the
16   characterization of this brochure as a profile.
17   You've referred to it correctly as a case study in
18   your previous questions.
19       MS. FENDIA: Okay.
20       MS. OWENS: Just for clarification.
21       THE WITNESS: No. Without being so specific,
22   by this time I thought that -- I was thinking that
23   Seroquel was a good medicine and I was using it.
24   BY MS. FENDIA:
25       Q   Okay. And why did you think it was a good

33

1    medicine, Doctor?
2        A   Because it was helping my patients.
3        Q   Okay. When did you begin to believe that
4    Zyprexa caused diabetes?
5        A   It's been out for quite a while, you know. I
6    don't know when, you know, but I knew all my patients
7    were gaining weight on it and developing hyperglycemia.
8        Q   Do you recall when you sent the letter to the
9    pharmacy about Zyprexa?
10       A   Two, three years ago.
11       Q   Okay. So is it safe to say that it's within
12   the last four or five years --
13       A   Yes, ma'am.
14       Q   -- that you began to feel like Zyprexa was a
15   problem?
16       A   Yes, ma'am.
17       Q   And you believed it was a problem because it
18   caused diabetes?
19       A   Yes, ma'am.
20       Q   Okay. Now, when you began prescribing
21   Seroquel for your patients, did you believe that
22   Seroquel could cause diabetes?
23       A   No, ma'am.
24       Q   Do you believe it today?
25       A   No, ma'am.

9 (Pages 30 to 33)

34

1    Q   You do not believe that Seroquel can cause
2  diabetes?
3    A   No, ma'am.
4    Q   Okay. We'll come back to that in a little
5  bit, Doctor.
6        Do you understand, Doctor -- over the course
7  of your visits with sales reps, Doctor, were you
8  encouraged to increase your dosages of Seroquel by sales
9  reps?
10   A   When they -- at the beginning when I was
11 involved with that study, the Zodiac study I believe it
12 was, they were recommending to use a small, low dose,
13 and patients were not doing well. In fact, there was --
14 there was a joke among psychiatrists that Zyprexa makes
15 you gain weight, you know, Geodon gives you arrhythmia,
16 Risperdal gives you gynecomazia, and Seroquel does not
17 work.
18       But then -- but then we realized that it does
19 actually work but you have to use higher doses. And so
20 that's what we do now. And I believe Seroquel you have
21 to be in the 600, 800 milligram a day to be effective
22 antipsychotic drug.
23   Q   And you do understand that drug companies make
24 more money if you use higher doses; is that correct?
25   A   I do not mean -- the 400-milligram or the

35

1  300-milligram, I think they cost about the same.
2    Q   So you don't know whether they make more money
3  or not?
4    A   No. I mean, you would think that the bigger
5  dosages should cost more, but I think that -- whether at
6  100 milligram or at 300 milligram, I think it's about
7  the same.
8    Q   All right.
9    A   In fact, if I wanted somebody on -- let's say
10 on 150 milligram, I'd probably order the 300-milligram
11 tablet and tell them to take half twice a day. Less
12 expensive.
13   Q   Okay.
14   A   I'm very conscious about cost.
15   Q   Doctor, do you have any family members that
16 work for a drug company, AstraZeneca or any other drug
17 company?
18   A   No, ma'am.
19   Q   Have you ever worked -- other than in this
20 case where you were an investigator for Seroquel, have
21 you ever --
22   A   No, I am a speaker for two drug companies.
23   Q   Okay.
24   A   One is AstraZeneca and one is Bristol-Myers.
25 These are the only two companies I'm a speaker of, even

36

1  though I've been asked by several other pharmaceutical
2  companies to be a speaker. I would only speak for the
3  drugs that I believe in. And Seroquel and I believe --
4  I had two drugs I believe work, they help the patients,
5  and the benefit outweigh the risks and I use them.
6    Q   Okay. And you're aware of course that the
7  label for Seroquel warns about -- well --
8    A   Yeah, yeah. They all -- they all have
9  problems. I mean, nothing -- there is no free lunch,
10 you know. All these drugs, they have problems, you
11 know, and they can all cause some weight gain, they all
12 cause some hyperglycemia. They can all cause problems,
13 all these, you know.
14       But I don't use Zyprexa, period. I'll never
15 use Zyprexa. I use the others, but my -- preferentially
16 I use Seroquel and Abilify. I don't use any of the
17 others. I may use Risperdal and Geodon.
18       I'm talking about atypical, because this whole
19 issue relates to the atypical antipsychotic drugs.
20   Q   Doctor, you're familiar with the PDR, are you
21 not, the --
22   A   Yes, ma'am.
23   Q   -- Physician's Desk Reference?
24   A   Yes, ma'am.
25   Q   And do you utilize that in investigating drugs

37

1  that you prescribe to your patients?
2    A   Yeah. There is a box of warning in all of
3  them.
4        MS. FENDIA: Okay. Doctor, let me mark and
5  hand you what's been -- where are we? 6?
6        (Whittington Exhibit No. 6 was marked for
7  identification.)
8  BY MS. FENDIA:
9    Q   This has been marked as Deposition Exhibit 6.
10 And this is the 2005 PDR, or Physician's Desk Reference,
11 for Seroquel.
12   A   Okay.
13   Q   Do you see that, Doctor?
14   A   Yes, ma'am.
15   Q   And, Doctor, if you'll turn to Page 3 of the
16 exhibit, I'd like you to explain to the jury -- well,
17 first of all, the PDR will set out the information about
18 dosing and contraindications, warnings, adverse events
19 and that sorts of things -- right? --
20   A   Right.
21   Q   -- related to drugs.
22       Can you explain to the jury how the PDR ranks
23 the seriousness of the warnings that it gives for a
24 drug?
25   A   You mean Class 1, 2, 3 --

10 (Pages 34 to 37)

50

1  but I don't think she has diabetes because of Seroquel.
2      Q   Okay, Doctor.  So just to be sure I understand
3  your testimony, anybody that disagrees with you about
4  Seroquel has to be a hired gun?
5      A   No.  I mean --
6          MS. OWENS:  Object to that --
7          THE WITNESS:  -- you're telling me --
8          MS. OWENS:  -- as a mischaracterization of the
9  witness's --
10         THE WITNESS:  -- is there some -- an expert --
11         MS. FENDIA:  I'm sorry, Doctor.  We have to
12  let her make her objection.
13         THE WITNESS:  Okay.
14         MS. OWENS:  I'm just objecting to the question
15  as a mischaracterization of the witness's
16  testimony.
17         MS. FENDIA:  Oh, did he not use the word
18  "hired gun"?
19         THE WITNESS:  Yeah, yeah.  Absolutely.  And I
20  will repeat it again.  I mean, I --
21  BY MS. FENDIA:
22     Q   Okay.  That's fine.  And let's do that
23  appropriately.
24         Okay.
25     A   I don't believe that Seroquel causes diabetes,

51

1  you know.  And, you know, and I don't know what kind of
2  expert is going to come to say that, you know, so ...
3      Q   And if you believed -- if in fact Seroquel did
4  cause diabetes, then you would agree with me it should
5  not be prescribed; correct?
6          MS. OWENS:  Objection to form.
7          THE WITNESS:  Yeah.
8  BY MS. FENDIA:
9      Q   Just like Zyprexa; right?
10     A   And if -- so far I can only base my opinion on
11  what I know up to this point.  And up to this point, in
12  my opinion Seroquel does not cause diabetes.
13     Q   Okay.  And I understand that.
14     A   And, you know, if there's something that's
15  going to come up in the future, you know, but -- you
16  know, I don't know about that.
17     Q   Okay.  But we can agree on this, that if it is
18  ultimately -- if it was ultimately determined that
19  Seroquel can cause diabetes, you would agree with me
20  that it should not be prescribed?
21         MS. OWENS:  Objection to the vagueness of this
22  question and inappropriate hypothetical.  You
23  haven't said determined by whom.  You're talking
24  about causation and you're not giving this witness
25  adequate information to respond to a hypothetical

52

1  question.
2  BY MS. FENDIA:
3      Q   You can answer the question, Doctor.
4      A   If you plant seeds of "if" in a ground made
5  out of "perhaps," it would grow, maybe.
6          MS. FENDIA:  Be sure you got that down,
7  because I'm going to want to use that again.
8          That was very good, Doctor.  Thank you.
9  BY MS. FENDIA:
10     Q   This is my question, Doctor.  And it's a very
11  simple question.  You have come to a conclusion about
12  Zyprexa.
13     A   Yes, ma'am.
14     Q   And you will not prescribe it.
15     A   Absolutely not.
16     Q   If ultimately information was developed that
17  changed your mind about Seroquel and you came to believe
18  that Seroquel caused diabetes, you wouldn't prescribe
19  it, would you?
20         MS. OWENS:  Same objection.
21         THE WITNESS:  Yes.
22  BY MS. FENDIA:
23     Q   Okay.  Yes, you wouldn't prescribe it?
24     A   I wouldn't prescribe it, no.
25     Q   Okay.  Doctor, you mentioned being a speaker

53

1  for AstraZeneca and I think you said Bristol-Myers; is
2  that correct?
3      A   Correct.
4      Q   Tell me about the speaker program.  What does
5  that involve?
6      A   Well, it's just basically to teach other
7  doctors about the drugs, the risks and benefits, the
8  latest studies and what the outcome of the studies has
9  been.
10     Q   Do you give seminars?  Do you make -- do you
11  go to hospitals and talk to doctors?  What is it you do?
12     A   No.  You know, actually I try to limit that
13  because of my schedule, you know.  I am offered
14  continuously to do a speech on behalf of pharmaceutical
15  companies.  I've been the medical director of several
16  hospitals, you know.  I guess they believe it's
17  beneficial for the promotion of their drugs.
18         But I made it a point that I will not speak on
19  behalf of any medicine unless I absolutely believe in
20  that medicine.
21     Q   How --
22     A   So I believe -- I speak on behalf of Seroquel
23  and Abilify only, and usually it's to groups of doctors
24  or nurses, to teach them the right way to use the
25  medicine and about the latest clinical trials and about

14 (Pages 50 to 53)

**Stratos Legal Services**
**713-481-2180**

---

**54**

1   that medicine.
2        Q   And how often per month do you give such
3   speeches?
4        A   Maybe about once a month.
5        Q   About once a month?
6        A   Yes, ma'am.
7        Q   Okay.  And that is about Seroquel?  You speak
8   about Seroquel about once a month?
9        A   Well, Seroquel or Abilify.  But only to that.
10       Q   And you underwent some training by AstraZeneca
11  for this speaker program, did you not?
12       A   Yes, ma'am.
13       Q   Okay.  Tell me about that training.
14       A   In that training we have experts and
15  researchers that have done studies about these drugs and
16  they present you with the latest information, the latest
17  data, and make sure that the information you have is
18  fair and balanced and make sure that you don't go
19  outside the FDA guidelines in promoting the drug.
20       Q   And these are employees of AstraZeneca that
21  provide you with this information and studies and --
22       A   Right.
23       Q   -- guidelines?
24       A   Employees and consultants.
25       Q   Okay.  Consultants paid by AstraZeneca?

---

**55**

1        A   Yes, ma'am.
2        Q   And you in fact are paid by AstraZeneca, are
3   you not?
4        A   When I -- for my time, yes, ma'am.
5        Q   Okay.
6            Do you still do this today?
7        A   Yes, ma'am.
8        Q   Are you still a speaker for AstraZeneca?
9        A   Yes, ma'am.
10       Q   When was the last time you gave a presentation
11  regarding Seroquel?
12       A   About three weeks ago.
13       Q   Okay.  And who was that presentation made to?
14       A   To doctors and nurses.
15       Q   Where?
16       A   Here at the -- for the Mental Health Resource
17  Center, Dr. -- what's his name?  Dr. Soto and some other
18  nurses with him.
19       Q   And you've made presentations in Las Vegas as
20  well; right?
21       A   No, ma'am, never made a presentation in
22  Las Vegas.
23       Q   Never made a presentation in Las Vegas?
24       A   No.
25       Q   How about in Africa?

---

**56**

1        A   No, ma'am, never.
2        Q   Okay.  So it's your testimony today that
3   you've only made presentations on behalf of Seroquel and
4   AstraZeneca in Florida?
5        A   Well, in the past I have done also some talks
6   for the Geodon company.
7            The company that makes Geodon.  What is --
8        MS. FENDIA:  Laura, do you --
9        MS. OWENS:  (Shaking head.)
10       MS. FENDIA:  I'm not recalling, either.  I
11  apologize.
12       THE WITNESS:  Makes Geodon and Viagra.  What
13  is the name of that company?
14       MS. OWENS:  Is it Pfizer?
15       THE WITNESS:  Huh?
16       MS. OWENS:  Pfizer?
17       THE WITNESS:  Pfizer, yeah.  I made some talks
18  for Pfizer --
19       MS. FENDIA:  Pfizer?
20       THE WITNESS:  -- and some other companies.
21  But I don't right now.  I limit myself only to ...
22  BY MS. FENDIA:
23       Q   And do you have any speeches coming up as part
24  of that speech program for Seroquel?  Do you have any --
25       A   Actually I have one coming for Abilify in the

---

**57**

1   next two, three weeks.
2        Q   Okay.  How about Seroquel?  Any more planned
3   for Seroquel?
4        A   I have no idea, but I can find out from my --
5        Q   Okay.  Well, perhaps when we take a break,
6   Doctor, if you wouldn't mind taking a look.
7        A   Yes, ma'am.
8        MS. FENDIA:  Okay.  Doctor, let me mark this
9   as Exhibit 7.
10       (Whittington Exhibit No. 7 was marked for
11  identification.)
12  BY MS. FENDIA:
13       Q   Before we talk about this exhibit, Doctor, in
14  your dealings with AstraZeneca do you have an opinion as
15  to whether or not they have always been candid with you
16  about the risks and benefits of Seroquel?
17       A   Well, I hope so.
18       Q   Do you believe they have been candid with you?
19       A   Well, at the time of the last deposition, you
20  know, something came up that kind of -- there was some
21  issue about some studies in Japan that -- so usually I
22  believe they've been candid, you know, except for some
23  kind of concern I had at the time of the last deposition
24  because of some study that came out in Japan and
25  AstraZeneca was aware of it and did not share that

---

15 (Pages 54 to 57)

**Stratos Legal Services**
**713-481-2180**

**58**

1   information with me.
2       Q   In fact, they were required in 2002 to change
3   the label in Japan, Doctor, to warn about the risks of
4   diabetes. Is that your understanding as you --
5       A   Something like that.
6       Q   Is that what you came to understand?
7       A   (Nodding head.)
8       Q   Have you talked to anyone at AstraZeneca about
9   that since that deposition?
10      A   Right after the deposition I may have
11  mentioned to one of the reps, you know, is it -- yeah.
12  But ...
13      Q   And in fact, Doctor, in the early years of
14  prescribing this medication you specifically asked
15  AstraZeneca for information about diabetes --
16      A   Yes.
17      Q   -- related to Seroquel, did you not?
18      A   Yes, ma'am. Something came up at the last
19  deposition, I think, something like that.
20      Q   And that's because you were concerned because
21  it was an atypical antipsychotic; you didn't want to
22  prescribe a medication that might cause the same kinds
23  of problems that Zyprexa was causing --
24      A   Yes, ma'am.
25      Q   -- is that correct?

**59**

1           And they gave you some information, did they
2   not?
3       A   Yes, ma'am.
4       Q   That information did not talk about the
5   warnings for diabetes, did it?
6       A   No, not that I recall.
7       Q   So they really were not candid with you about
8   information they had about this drug; isn't that
9   correct?
10      A   It would appear so.
11          MS. OWENS: I'm going to object to this line
12  of questioning as leading and as a
13  mischaracterization of the evidence and assuming
14  facts that are not evidence in this case.
15          MS. FENDIA: Doctor, I believe that I have a
16  right to treat you as an adverse witness because I
17  believe that your testimony is supportive of the
18  AstraZeneca position and contrary to mine and that
19  of Ms. Whittington's. That's a legal issue.
20          MS. OWENS: And since you were stating that,
21  this is your deposition. You noticed it.
22          MS. FENDIA: Right.
23          MS. OWENS: You noticed it was videotaped
24  today. He's your witness. And it's our position
25  that you cannot lead the witness.

**60**

1           MS. FENDIA: I understand. And we'll argue
2   about that in front of the judge.
3           MS. OWENS: Absolutely.
4           MS. FENDIA: As a matter of fact, I'm going to
5   be objecting when you start leading.
6   BY MS. FENDIA:
7       Q   Doctor, as you sit here today, you know that
8   you've been shown documentation to suggest that
9   AstraZeneca has not been candid with you about the risks
10  of Seroquel; isn't that true?
11          MS. OWENS: I'm going to object to that as a
12  mischaracterization of his testimony. He was clear
13  in talking that he was talking about the label
14  change in Japan.
15  BY MS. FENDIA:
16      Q   Okay.
17      A   They could have shared that information about
18  the label change in Japan.
19      Q   They should have shared that information,
20  shouldn't you?
21      A   Yeah, that would be nice.
22      Q   And they didn't share that information with
23  you?
24      A   Not that I recall.
25      Q   Does that give you pause about other

**61**

1   information that they've provided, Doctor, or concern?
2       A   You know, I'm going to continue to prescribe
3   Seroquel. I wrote a prescription for Seroquel today
4   and -- this morning when I saw my patients. You know,
5   the drug helps my patients and I didn't have any problem
6   with it, and so I'm going to have to rely on my own
7   experience with the drug. Again, there's a risk/benefit
8   ratio and the benefit outweighs the risks.
9       Q   Doctor, I'm going to hand you what's been
10  marked as Deposition Exhibit 7 and ask you if you've
11  seen that letter before.
12          MS. OWENS: May I see it first?
13          MS. FENDIA: Yeah. Here. I'm going to give
14  you a copy here.
15          MS. OWENS: Just for clarification, when you
16  marked the PDR, what exhibit was that?
17          I'm guessing it's 6.
18          MS. FENDIA: 6.
19          MS. OWENS: Thank you.
20  BY MS. FENDIA:
21      Q   Have you seen this letter before, Doctor?
22      A   No, ma'am.
23      Q   You did not -- it was not presented in your
24  last deposition? You don't remember seeing it?
25      A   I don't remember.

16 (Pages 58 to 61)

62

1    Q   Okay. Doctor, I'm going to represent to you
2  that this is a letter that was written -- it's from the
3  Department of Health & Human Services and it's written
4  to James Gaskill, the director of promotional regulatory
5  affairs at AstraZeneca. Do you see that?
6    A   Yes, ma'am.
7    Q   And I'm going to give you a couple of minutes
8  to read through the letter, Doctor, and then I'm going
9  to ask you a couple of questions about it.
10    A   (Examining document.)
11       Okay.
12    Q   Now, Doctor, do you understand that this is a
13  letter that is addressed to Seroquel where the
14  regulatory review officer for the division of drug
15  marketing, advertising and communications at the
16  Department of Health is addressing issues that have been
17  raised by professional marketing materials put out by
18  AstraZeneca regarding the risk of diabetes?
19    A   Yes, ma'am.
20    Q   Okay. And I'd like to direct your attention
21  to Page 4 of that letter, Doctor, under the heading
22  "Misleading Presentation."
23       And it says "Page" -- I'm sorry. I'll let you
24  get there.
25    A   Okay.

63

1    Q   "Page 2 of the professional sales aid starts
2  with a prominent header which states 'Diabetes
3  Information' and then presents the following five bullet
4  points:
5       "Hyperglycemia, in some cases extreme and
6  associated with ketoacidosis, hyperosmolar coma or
7  death, has been reported in patients treated with
8  atypical antipsychotics, including Seroquel."
9       Have I read that correctly, Doctor?
10    A   Yes, ma'am.
11    Q   And that is a bullet point. Do you understand
12  that that's a bullet point that's in the sales materials
13  for AstraZeneca?
14    A   Yes, ma'am.
15    Q   Drop down to the paragraph, and the criticism
16  that the Department of Health & Human Services is making
17  of this material is as follows: "The first two bullets
18  contain information from the warning in Seroquel's PI
19  regarding hyperglycemia and diabetes mellitus concerning
20  the observed hyperglycemic events, the areas of
21  uncertainty about" -- "and the areas of uncertainty
22  about glucose abnormality findings. While the agency
23  acknowledges that it has not been established whether
24  Seroquel causes diabetes, you fail to include
25  information regarding the increased risk of

64

1  treatment-emergent hyperglycemia-related adverse events
2  in patients treated with atypical antipsychotics. The
3  increased risk may be due to confounding factors and is
4  not completely understood, but a warning about it was
5  recently added to Seroquel's PI to enhance the safe use
6  of Seroquel and protect public health. Because your
7  bullets about the relationship between the use of
8  Seroquel and hyperglycemia leave out this information,
9  the bullets are misleading and undermine the warning."
10       Did I read that correctly, Doctor?
11    A   Yes, ma'am.
12    Q   So the Department of Health & Human Services
13  has determined that the materials put out by AstraZeneca
14  undermine its warning about hyperglycemia?
15       MS. OWENS: I'm going to object to that as
16  vague and ambiguous, only because it does not --
17  your question does not --
18       MS. FENDIA: That's fine.
19       MS. OWENS: -- indicate that this is an
20  advertisement --
21       MS. FENDIA: I don't need an explanation.
22       MS. OWENS: But --
23       MS. FENDIA: Laura --
24       MS. OWENS: -- as compared to the PI
25  information that is referred to.

65

1       MS. FENDIA: Okay. Laura, if you'll just
2  lodge your objection, that will be fine. We don't
3  need speaking objections on the record.
4  BY MS. FENDIA:
5    Q   Okay. Then makes reference to the fourth
6  bullet point, which that fourth bullet point reads as
7  follows: "Postmarketing reports of diabetes or
8  diabetes-related events are very rare with Seroquel.
9  These reports were confounded by pre-existing or
10  co-existing risks factors or had limited information."
11       Did I read that correctly, Doctor?
12    A   Yes, ma'am.
13    Q   And, Doctor, wouldn't that bullet point be
14  more or less consistent with your feeling about Seroquel
15  today, that the events of diabetes-related events are
16  very rare; you don't see them in your practice?
17    A   I don't see them in my practice.
18    Q   And that if there are reports, they're
19  compounded by other pre-existing or co-existing risk
20  factors? Is that --
21    A   Yes, ma'am.
22    Q   Would that be consistent with your opinion?
23    A   Yes, ma'am.
24    Q   Okay. Health & Human Services addresses that
25  bullet point beginning at the paragraph of the bottom of

17 (Pages 62 to 65)

66

1    Page 4, Doctor, and if I -- quote, "Furthermore, the
2    fourth bullet point claims that the percentage of
3    diabetes or diabetes-related events in marketing
4    reports is very rare with Seroquel.  In light of the
5    voluntary nature of postmarketing adverse events
6    reporting by health care professionals and patients, it
7    is infeasible to obtain an accurate percentage of all
8    diabetes or diabetes-related adverse events associated
9    with Seroquel based on these reports.  Therefore
10   quantifying postmarketing adverse events in this manner
11   is misleading."
12       Did I read that correctly, Doctor?
13   A  Yes, ma'am.
14   Q  So, Doctor, in your practice -- strike that.
15       The letter goes on to say, Doctor, on Page 5,
16   "Omission of Material Facts:  Promotional materials are
17   misleading if they fail to reveal facts that are
18   material in light of the representations made or with
19   respect to consequences that may result from the use of
20   the drug as recommended or suggested in the materials."
21       When you speak at your speaker program,
22   Doctor, and you talk about the risks and benefits of
23   Seroquel, do you tell other doctors that the
24   postmarketing reports of diabetes are very rare in your
25   practice, in your experience?

67

1    A  No.  I go over -- I have specific slides that
2    I show them with all the boxed warning and all the side
3    effects, adverse effects, and I can go over them.  I
4    don't remember in detail what's in them, but I try to
5    read that.
6    Q  Where did you get these slides, Doctor?  Who
7    provided those to you?
8    A  By AstraZeneca.  And they're FDA-approved for
9    these drugs.
10   Q  Have you got those here today, Doctor?  I
11   think that's part of what would have been required to be
12   produced today.
13   A  Sure.  I might have them.  Let me look.
14   MS. FENDIA:  All right.  We'll take a break.
15   THE WITNESS:  We're going to take a break?
16   Okay.
17   VIDEOGRAPHER:  We're off the record at
18   2:51 p.m.
19       (Brief recess.)
20       (Thereupon, Whittington Exhibit No. 8 was
21   marked for identification.)
22   VIDEOGRAPHER:  We're back on the record at
23   3:04 p.m.
24   BY MS. FENDIA:
25   Q  Okay, Doctor.  Doctor, I'm handing you what's

68

1    been marked as Deposition Exhibit 8.  And I will
2    represent to you, Doctor, that these are the promotional
3    materials that are being referenced in the letter from
4    the Department of Health & Human Services to
5    AstraZeneca.  And I think you can confirm that by
6    turning to the top of the second page and the bullet
7    point that we were reading.
8    A  Okay.
9    Q  At the conclusion of the letter that's
10   Exhibit 7, Doctor, Health & Human Services says "For the
11   reasons discussed above" -- I'm on Page 5 of the letter.
12   A  Okay.
13   Q  -- "the professional sales aid misbrands
14   Seroquel in violation of the Federal Food, Drug and
15   Cosmetic Act."
16   A  Uh-huh (affirmative).
17   Q  "DDMAC requests that AstraZeneca immediately
18   cease the dissemination of violative promotional
19   materials for Seroquel such as those described above."
20       Do you see that, Doctor?
21   A  Uh-huh (affirmative).
22   Q  So in 2006, Doctor --
23   A  Uh-huh (affirmative).
24   Q  -- the -- would you agree with me that the
25   Department of Health & Human Services found that

69

1    Seroquel's promotion of and representations about the
2    association between hyperglycemia and Seroquel were
3    misleading?
4    A  Okay.
5    Q  Would you agree with that?
6    A  Yes, that's what the letter is stating.
7    Q  Okay.  Doctor, if you look at Exhibit 8, is
8    this a piece of material that has been provided to you,
9    promotional material that's been provided to you by
10   AstraZeneca?
11   A  No, I don't remember seeing this specific -- I
12   may have been given something with this information, but
13   not this specific document.
14   Q  Is this information, Doctor, the type of
15   information that you provide to other doctors in your
16   speaker program meetings?
17   A  Yeah.  I get this set of slides, which I'm
18   going to give you a copy of in a few minutes --
19   Q  Okay.
20   A  -- with all the information which I'm told and
21   am assuming is approved by the FDA for this type of
22   promotion or presentation.
23   Q  Okay.  Well, I think we'll come back to that,
24   then, Doctor, when we get those slides.  It will be more
25   efficient.

18 (Pages 66 to 69)

70

```
1          Doctor, how much are you compensated for these
2   programs that you give for AstraZeneca?
3       A   $1500.
4       Q   $1500?
5       A   Right.
6       Q   So -- do they pay your travel expenses?
7       A   And travel expenses, yes, ma'am.
8       Q   Can you tell this jury approximately how much
9   AstraZeneca pays you annually for these --
10      A   At the most, I probably do -- less than ten
11  talks a year, at the most, you know.
12      Q   Okay.
13      A   Because I try to alternate.  I don't speak
14  on -- less than ten, definitely.  Because then I have
15  Abilify talks.  And I can only talk so much, you know,
16  because I'm traveling back and forth between the --
17  usually I do my talks only on Tuesdays, and maybe once a
18  month, if that -- if that -- for Seroquel, and once a
19  month, if that, for Abilify.
20      Q   Okay.  Would it be fair to say that you
21  receive annual compensation in the approximate range of
22  $15,000 a year --
23      A   $10,000 to $15,000.
24      Q   -- from AstraZeneca?
25      A   Yes, ma'am.
```

71

```
1       Q   And that's plus your expenses --
2       A   Plus my expenses.
3       Q   -- if you do any travel?
4       A   But most of my talks are here in Jacksonville,
5   so I don't have expenses.
6       Q   All right.
7       A   And that's the usual and customary for every
8   speaker bill on my qualifications.
9       Q   Okay.  Doctor, do you treat children in your
10  practice?
11      A   No, ma'am.
12      Q   Only adults?
13      A   Adults.
14      Q   Do you think that Seroquel can be prescribed
15  or should be prescribed to children?
16      A   I don't know.  I just treat adults and that's
17  what my practice is.
18      Q   Doctor, would you look at your records and
19  tell this jury when you began prescribing Seroquel to
20  Linda Whittington?
21      A   (Examining documents.)
22          Not that clear, but she was coming here since
23  1994, and the medication log shows that she was on
24  Zyprexa before she was on Seroquel.  But anyway -- let
25  me find out.  She was on Zyprexa for quite a period of
```

72

```
1   time.  And Seroquel -- the first time I see Seroquel is
2   10/10/01.
3       Q   And how long did you prescribe it for her?
4           Strike that.
5           Why did you choose to prescribe Seroquel for
6   Linda at that time, Doctor?
7       A   (Examining documents.)
8           Well, I have a note here from my nurse
9   practitioner on 10/10/01 where it says the patient
10  reports mood swings, paranoia, hypervigilant.  She was
11  disheveled.  She was experiencing auditory
12  hallucinations.  And he wrote --
13          (Brief interruption by court reporter.)
14          THE WITNESS:  She was experiencing auditory
15  hallucinations.
16          And he wrote "Start Seroquel."  And from
17  reading the record, I am presuming that she was not
18  responding to whatever she was on and he decided to
19  start her on Seroquel.
20  BY MS. FENDIA:
21      Q   So the initial decision to start her on
22  Seroquel was not yours, Doctor?
23      A   Huh?
24      Q   Was the --
25      A   Well, my nurse practitioner, Dan Malcolm.
```

73

```
1       Q   And what was the diagnosis?  What was her
2   diagnosis at that time?
3       A   Schizophrenia, chronic paranoid type.
4       Q   And you're assuming based on what you've seen
5   in the record that she was not responding to whatever
6   other medication she was on so you were going to try
7   Seroquel?
8       A   Yes, ma'am.
9       Q   If you look at the medication log, Doctor, was
10  she on Zyprexa at that time?
11      A   It shows, yeah, on 3/28/01 she was on Zyprexa.
12          And she was not coming here consistently.  I
13  see some gaps in her visits.  But looks like she was
14  coming roughly about four, five times a year.  And,
15  yeah, she was on Zyprexa the previous visit.
16      Q   And when was it, Doctor -- I'm sorry.  If you
17  told me this date, I apologize.  When was it that you
18  decided that you would no longer prescribe Zyprexa in
19  this practice?
20      A   I really don't know.  About three or four
21  years ago, probably.
22      Q   Is it possible that it was about this time?
23      A   Probably after that time, yeah.
24      Q   Is it possible that you changed her to
25  Seroquel because of your concerns about Zyprexa?
```

19 (Pages 70 to 73)

78

1    the severe paranoia, agitation, the delusions, you know,
2    the anguish caused by these delusions and these
3    hallucinations, and our desire to control the symptoms
4    so that they can live a reasonable life in the
5    community.
6        Q    Okay.  And you keep referencing "they."  And
7    you're talking about schizophrenics in general?
8        A    Yes, ma'am.
9        Q    Let's talk about Linda Whittington in
10   particular.  What was she experiencing in particular
11   that you were trying to treat?
12       A    Has psychotic disorder, the psychotic
13   symptoms, the delusions and the hallucinations.
14       Q    Okay.
15       A    You know, we see so many patients, you know,
16   that's -- you know.  So we make the decision when the
17   patient is in front of us based on reviewing the chart
18   and examining the patient.  But if you want me to just
19   recall whatever I was trying to accomplish with her, you
20   know, just from the chart, I think it's a little bit
21   asking too much.
22       Q    It is?
23       A    (Nodding head.)  I mean, we see so many
24   patients.
25       Q    Sure.  And I appreciate that.  And I'm not

79

1    playing games with you or trying to make this an
2    endurance contest --
3        A    Right.
4        Q    -- but I need to -- it's very important for us
5    to understand what your risk/benefit analysis was with
6    respect to your choice of medications for her.
7            And I think what I've heard you say is that
8    essentially you were trying to treat the psychotic
9    features of her schizophrenia.  Is that correct?
10       A    Yes, ma'am.
11       Q    And so you were trying to treat
12   hallucinations?
13       A    Yeah.
14       Q    Psychotic --
15       A    For example, the note of February 28th, 2008,
16   the last time she was here, she was very paranoid,
17   experiencing persecutory delusions.  She was
18   experiencing apathy, alogia, a-l-o-g-i-a, which is just
19   a -- just a total poverty of ideas.  And she was not
20   taking her medication.  She was not sleeping at night.
21   Her hygiene was marginal.  She was labile.  She did not
22   have suicidal or homicidal ideation.  Her judgment and
23   insight was poor.
24           And so we gave her medicine to help her feel
25   better, to control the delusions, to help her sleep at

80

1    night, and so that she can live a reasonable -- a
2    reasonable comfortable existence.
3        Q    All right.  And given that presentation, you
4    concluded that the benefits that would be afforded to
5    her by Seroquel were greater than -- because they would
6    improve the quality of her life; is that correct?
7        A    Yeah, prior to that.  But during this specific
8    visit she had a trial of Abilify, perhaps several, but
9    she was not taking the medicine.  She was taking herbal
10   products.  I noted in my recommendations that she was
11   offered several different antipsychotic drugs but she
12   refused all of them.  She wanted something for her sleep
13   and for depression.
14           So we gave her the Remeron, which is an
15   antidepressant medication that also has a sedating
16   effect so we could help her sleep as well, and we felt
17   that that was sufficient.  We did not impose or force or
18   convince her to take anything else.
19       Q    Okay, Doctor.  You indicated to me earlier
20   when I asked you why you weren't prescribing Geodon to
21   her instead of Seroquel -- you said it was ineffective,
22   or --
23       A    Yeah.  Generally speaking, I have better
24   results with Seroquel than Abilify [sic].  But if I have
25   a patient that has been on Geodon and they tell me that

81

1    this medicine works best for them, then I would keep
2    them on the Geodon.
3        Q    Do you believe that Abilify is as effective as
4    Seroquel?
5        A    Yes, ma'am.
6        Q    Isn't the weight gain profile for Abilify
7    lower than that for Seroquel?
8        A    Yeah, that's -- that's the general assumption.
9        Q    And do you believe that weight gain is a risk
10   factor for diabetes?
11       A    Yes, ma'am.
12       Q    Particularly in people who have a family
13   history of diabetes?
14       A    Yes, ma'am.
15       Q    So I have to ask you, Doctor:  If Abilify is
16   equally effective and has a lower weight gain profile,
17   why would you not --
18       A    Because Seroquel has more of a sedating effect
19   that works much better for some patients.
20       Q    More sedating than Abilify?
21       A    Yes, ma'am.
22           So if an individual is experiencing an
23   agitated psychosis, they are psychotic and they're
24   agitated and they're up at night and bouncing off the
25   wall, then the medication of choice would be Seroquel.

(Pages 78 to 81)

Stratos Legal Services
713-481-2180

22

---

82

1  And the weight gain is really not significant to -- to
2  be a problem.
3          MS. FENDIA:  All right.  Give me a minute to
4  look at my notes.  Except for reserving time to
5  come back and talk about this exhibit that he's --
6  these slides that we're getting, I think that I am
7  almost done.  If you'd just give me one minute to
8  kind of look through.  So why don't we go off the
9  record and take a minute --
10         THE WITNESS:  Okay.
11         MS. FENDIA:  -- and I'll look through my --
12         MS. OWENS:  That's fine.
13         VIDEOGRAPHER:  We're off the record at
14  3:28 p.m.
15         (Brief recess.)
16         VIDEOGRAPHER:  We're back on the record at
17  4:01 p.m.
18  BY MS. FENDIA:
19     Q   Doctor, before we broke we were talking about
20  the slide presentations that you make to the -- at your
21  meetings with doctors --
22     A   Uh-huh (affirmative).
23     Q   -- on approximately a once-a-month basis.
24     A   Uh-huh (affirmative).
25     Q   And you've handed us a group of slides that

---

83

1  were provided to you by AstraZeneca; is that correct?
2     A   Yes, ma'am.
3     Q   Those are currently being copied.
4         Can I ask you if you have ever done any
5  research or independent inquiry about the accuracy of
6  the information contained in those slides?
7     A   No, ma'am.
8     Q   So you are relying on AstraZeneca for the
9  accuracy of the information in those slides?
10    A   Yes, ma'am.
11    Q   When you make your presentation to other
12  doctors, do you rely heavily on your clinical experience
13  in recommending Seroquel as well?
14    A   Both, yes.
15    Q   And have you ever done any independent
16  research outside of what you observe in your practice
17  about the efficacy of Seroquel?
18    A   No.
19    Q   So to the extent that you're relying on
20  clinical trials or -- those have been done by
21  AstraZeneca or someone else -- is that correct? -- or
22  some other facility or institution?
23    A   Right.  And the general psychiatric
24  literature.
25         MS. OWENS:  And I'm going to object to this as

---

84

1  mischaracterizing this witness's earlier testimony,
2  which included that he was an investigator for a
3  clinical trial involving Seroquel.
4         THE WITNESS:  Yes.
5  BY MS. FENDIA:
6     Q   Well, then, I misunderstood, Doctor, what your
7  role as an investigator was.  Would you tell me again
8  what your role as an investigator was in the Seroquel
9  clinical trial?
10    A   We just administered the medicine and followed
11  up with the patients, doing lab tests, psychological
12  tests, mental status exam over a period of time to
13  determine which of the medicines was effective, more
14  effective or less effective.
15    Q   Did you report -- okay.  You say to determine
16  whether the medicine was more or less effective.
17    A   Right.
18    Q   Did you draw a conclusion -- did you draw
19  those conclusions based on the reports of your patients
20  about the effectiveness?
21    A   Yes, ma'am.
22    Q   Did you do any other scientific analysis of
23  the effectiveness of Seroquel in that circumstance?
24    A   Well, again, I reviewed the literature.  There
25  was a review board involved with the clinical

---

85

1  investigation, and then later on they gave me the
2  results of their findings, the statistical significance
3  of those results.
4     Q   But you didn't make any statistical analysis
5  among your patients, did you?
6     A   No.
7         Well -- those were my patients, you
8  understand.
9         MS. FENDIA:  I understand, yes, sir.  Thank
10  you.
11         All right, Doctor.  I think that's all I have
12  for now.  I'll pass the witness.
13         CROSS-EXAMINATION
14  BY MS. OWENS:
15    Q   Doctor, while you did not -- before launching
16  in, let me just say -- we've been introduced.  I'm Laura
17  Owens.  I represent AstraZeneca.  You and I met when
18  your deposition was first taken in this case for
19  discovery.
20    A   Yes, ma'am.
21    Q   And we had not previously --
22         MS. OWENS:  Do I need to start again so I can
23  be heard on the record?
24         VIDEOGRAPHER:  No.  I had it turned up.
25         MS. OWENS:  Thank you.

(Pages 82 to 85)

86

1  BY MS. OWENS:
2      Q   Prior to your deposition, you and I had never
3  met before; correct?
4      A   No, ma'am.
5      Q   Or talked before?
6      A   No, ma'am.
7      Q   And since your last deposition, you and I have
8  not seen one another or talked; correct?
9      A   No, ma'am.
10     Q   In talking about the clinical trial,
11 plaintiff's counsel was suggesting that you did not do a
12 statistical analysis of your own results; correct?
13         MS. FENDIA:  Object to form.
14         THE WITNESS:  Yes.
15 BY MS. OWENS:
16     Q   How many investigational sites were involved
17 in that clinical trial?
18     A   Many.  I don't remember how many.
19     Q   What happened with the data collected by each
20 site?
21     A   It was sent to a central body and there was a
22 review board involved and -- and there were some primary
23 investigators that just analyzed the data and came to
24 some conclusions.
25     Q   Did they analyze the data site by site or did

87

1  they analyze the cumulative data?
2      A   Cumulative data.
3          MS. FENDIA:  I object.  It calls for
4  speculation.
5  BY MS. OWENS:
6      Q   To your knowledge, did the review board or the
7  ultimate authors of the report on the trial do a
8  statistical analysis just on your practice and review,
9  or was the statistical analysis cumulative for all the
10 sites?
11     A   Obviously for all the sites.  They gather all
12 the information from all the sites and then they come to
13 some conclusions.
14     Q   How does that compare to how multi-center
15 clinical trials commonly are done in your understanding?
16     A   Yes, ma'am.
17     Q   How does it compare?
18     A   That's what it was.
19     Q   Is that the same, or is that something
20 different or unique?
21     A   That's what it was, a multi-center trial.
22     Q   It was a multi-center trial?
23     A   (Nodding head.)
24     Q   And as you've described how the data was
25 compiled and then evaluated from all the sites, is that

88

1  how a multi-center trial is commonly done, or is that
2  something unique to this particular study?
3      A   No, no.  That's the way multi-center studies
4  are done.
5      Q   In your practice you see patients with
6  schizophrenia fairly regularly; correct?
7      A   Yes, ma'am.
8      Q   Every week you're seeing patients with
9  schizophrenia?
10     A   Every day.
11     Q   And you have told us before that it's probably
12 one of the most if not the most debilitating psychiatric
13 illnesses because it impairs the individual's
14 functioning at all levels; correct?
15         MS. FENDIA:  Object.  That mischaracterizes
16 his testimony.
17         THE WITNESS:  Yes, ma'am.
18 BY MS. OWENS:
19     Q   And just to make it clear, I'm referring to
20 your previous deposition.
21         I think that something else you shared with
22 us, Doctor, and tell me if you continue to agree with
23 this today, is that schizophrenics have difficulty
24 functioning in their own society because they experience
25 severe delusions and paranoia.  Do you agree with that?

89

1      A   Yes, ma'am.
2      Q   They may experience auditory hallucinations
3  and visual hallucinations?
4      A   Yes, ma'am.
5      Q   And obviously as a result they can't function
6  in a reasonable way in the community while that's
7  happening?
8      A   Correct.
9      Q   Does medication help in those patients?
10     A   Yes, ma'am.
11     Q   Can medication work to decrease or in some
12 cases, many cases, eliminate the symptoms to help your
13 patients become functional?
14     A   Yes, ma'am.
15     Q   I think you also explained to us, and you've
16 touched on this this afternoon, that as much as possible
17 you try to use atypical antipsychotics or the more
18 recently available antipsychotics because they're
19 effective and they have less side effect than the
20 conventionals or the first generation of antipsychotics.
21     A   Yes, ma'am.
22     Q   Tell us about the risk of diabetes in
23 schizophrenic patients.
24         MS. FENDIA:  Object to form; foundation.
25         THE WITNESS:  Higher than the general

23 (Pages 86 to 89)

Stratos Legal Services
713-481-2180

134

1  lady.  She was doing all kind of bizarre things, odd,
2  inappropriate.  I wouldn't be surprised at her doing
3  anything.
4      Q   Let's just --
5      MS. FENDIA:  Object to responsiveness.
6  BY MS. OWENS:
7      Q   Let's just look at one more record, Doctor.
8      A   Okay.
9      MS. OWENS:  We'll mark this as 13.
10     (Whittington Exhibit No. 13 was marked for
11  identification.)
12     THE WITNESS:  Okay.  Baptist Medical Center -
13  Downtown.
14  BY MS. OWENS:
15     Q   Do you recognize the records from Baptist
16  Medical Center - Downtown?
17     A   Yeah.  It looks from the emergency room
18  record.
19     Q   And from this record, Doctor -- let me see
20  what page is easiest to read.
21     If you will, look at Page 21.
22     A   Okay.
23     Q   Do you agree with me her complaint is that she
24  has pinworms coming out of her skin above her right eye?
25     A   "Has history of pinworms.  Took natural herbs

135

1  to get rid of fatty liver.  Took" --
2      Q   One?
3      A   -- "one dose of pinworm med last night.  About
4  an hour ago two small pinworms came out of her skin
5  above her right eye."
6      Q   Doctor, pinworms are in our digestive tract if
7  we're unfortunate enough to have them; correct?
8      A   Yes, ma'am.
9      Q   They don't come out of our eyes or the skin
10  above our eyes, medically; correct?
11     A   No, ma'am.
12     Q   So this is another example of this patient --
13     A   Extremely disturbed, very psychotic, very
14  delusional.
15     Q   Doctor, you mentioned the Japanese label issue
16  that you learned about in your deposition; correct?
17     A   Yes, ma'am.
18     Q   On any occasion has any pharmaceutical company
19  shared with you information from a country other than
20  the United States?
21     A   I don't have any -- I don't recall, ma'am.
22  Usually they give information about what's going on in
23  the United States.
24     Q   And, in fact, that's what the FDA requires
25  that they do -- correct? -- in terms of what the

136

1  pharmaceutical representatives discuss with you?
2      A   I don't know what the FDA requires, but ...
3      Q   You are not familiar with the drug labelling
4  requirements of the country of Japan; correct?
5      A   No, ma'am.
6      Q   Have you ever relied on risk information you
7  found in labels from foreign countries for any drug you
8  prescribed, except perhaps when you were in school in
9  Italy?
10     A   Yes, ma'am.
11     Q   You have not -- well, it was raised in your
12  earlier deposition.  You have not had an opportunity to
13  review that closely; correct?
14     A   No.  To tell you the truth, I -- I remember
15  when the counsel asked me about how I felt about the
16  AstraZeneca reps not being very candid with me.  I
17  cannot just -- while in the back of my head that they
18  didn't tell me about that issue in Japan, but I
19  really -- frankly I didn't care.  I was happy with the
20  information they were giving me and I continued to use
21  the drug as I have been using it, and I continue to use
22  it.
23     Q   And you would primarily rely on the
24  prescribing information that was reviewed and approved
25  by the FDA in the United States; correct?

137

1      A   Yeah.  I'm comfortable with information that
2  they give me; I'm comfortable with my own experience
3  with the drug; I'm comfortable with what I read from the
4  general psychiatric literature; and I continue to use
5  it.  You know, frankly, I don't care what they do in
6  Japan.
7      Q   Were you aware, for example, that Japan's
8  health regulatory agency added a warning of diabetes
9  even though all reports of Seroquel use they based it on
10  were confounded, had alternative explanations, had a
11  negative d challenge or documentation of hyperglycemia
12  or poor diabetes control?
13     MS. FENDIA:  Object to form.
14     THE WITNESS:  You know, I've been here for a
15  long time and, you know, I may be a little
16  frustrated, but let me say it again.  I don't care
17  what they do in Japan.  You know, I care what the
18  FDA and the DEA approve, what's provided for me
19  here in the United States.  I am in America and I
20  rely on what I get here in America.
21     In Japan, they can do whatever they want to do
22  in Japan.  You know, yes, it would have been nice
23  if the drug rep told me about what happened in
24  Japan.  They didn't tell me, so I'm not upset about
25  it.

(Pages 134 to 137)

Stratos Legal Services
713-481-2180

138

1  BY MS. OWENS:
2  Q   Now -- and you're right.  We have been here
3  quite a while, Doctor.  And we will try to finish
4  shortly.
5      Plaintiff's counsel showed you the Reinstein
6  brochure, and I believe that that is also marked as an
7  exhibit.
8  A   Okay.  Yes, ma'am.
9      If anything, we have too many regulations
10  here.
11      Okay.  You want to pull the Reinstein --
12  Q   If you would pull that exhibit, Doctor.
13  (Off-the-record discussion.)
14  THE WITNESS:  Okay.
15  BY MS. OWENS:
16  Q   Now, am I correct that you had never seen this
17  brochure before you were deposed?
18  A   I don't know.  I may have seen it; I may
19  have -- I may have seen it at the time of the last
20  deposition, you know.  It just doesn't ring a bell.
21  Q   But other than at the last deposition, you
22  don't specifically have a recollection of seeing this?
23  A   No.  No, ma'am.
24  Q   The company did not send it to you; correct?
25  MS. FENDIA:  Object to form.

139

1      THE WITNESS:  No, ma'am.
2      MS. FENDIA:  That mischaracterizes his
3  testimony.
4      THE WITNESS:  I don't know.  They may have
5  sent it; they may have not sent it.  I don't know.
6  I don't remember this brochure, you know.  I
7  just --
8  BY MS. OWENS:
9  Q   To the best of your recollection, who first
10  showed you this document?
11  A   I think at the time of the last deposition.
12      MS. FENDIA:  Object to form.
13  BY MS. OWENS:
14  Q   If you had been shown it outside of a
15  deposition, you would have recognized it as a case
16  report; correct?
17  A   Yes.  This is a case report.
18  Q   What is a case report?
19  A   It's like one spiral among a lot of spirals.
20  It's just one element of a big picture.
21  Q   And how --
22  A   One tree in the middle of the forest.
23  Q   Forgive my interruption.
24      How does a case report compare to a
25  multi-center clinical trial?

140

1  A   You take it for what it's worth.  I mean, it
2  may be significant, may not be significant.  You just
3  look at the big picture and look at the -- at everything
4  else, all the, you know, hundreds of cases, you know.  I
5  cannot extrapolate from one case to the rest of the
6  population, you know.
7  Q   Now, how many -- this is a report by how many
8  doctors?
9  A   I know one doctor.
10  Q   And it's a report about how many patients?
11  A   It's one patient, a 49-year-old white male.
12      MS. OWENS:  Doctor, I'm just going to take a
13  few minutes and review my notes from the
14  questioning earlier today.
15  BY MS. OWENS:
16  Q   Would you look at the warning that's in the
17  PDR that plaintiff's counsel reviewed with you?
18  A   Okay.
19  Q   Doctor, that's already an exhibit to this
20  deposition; correct?
21  A   Yes, ma'am.
22  Q   Is the warning related to diabetes and
23  hyperglycemia, to your reading, clear and unambiguous?
24  A   Let's see.  I mean, it's -- it's a warning,
25  you know.  Clear?  No, it's not clear and unambiguous.

141

1  Q   Is that same warning -- what drugs carry the
2  same warning --
3  A   All atypicals.
4  Q   -- the same language?
5  A   All atypicals that I know of.
6  Q   I'd like to talk to you for a moment about
7  Exhibit 7 and I believe 8 related to the advertisement
8  for Seroquel that the FDA asked the company to change,
9  Doctor.
10  A   8 and 7.  Okay.
11      7? Where's 7?  I just saw it today.
12  Q   Before your deposition today had you seen
13  either of these documents, Exhibit 7 or the
14  advertisement reflected in Exhibit 8?
15  A   (Examining documents.)
16      No, I never -- I don't recall seeing
17  Exhibit 7.  And Exhibit 8 has left the building.  Do you
18  have Exhibit 8 there?
19  Q   I will give you my copy of Exhibit 8, Doctor,
20  so we can move forward, and we'll --
21  A   Exhibit 8.
22  Q   -- find it at the conclusion of your
23  deposition, I'm sure.
24  A   Okay.  Exhibit 8.  I don't recall seeing
25  Exhibit 8.

(Pages 138 to 141)

142

1    Q   For your prescribing decisions you rely on
2  your -- on the prescribing information provided by the
3  company and approved by the FDA and on scientific
4  literature and on your own experience; correct?
5    A   Yes, ma'am.
6    Q   To what degree do you rely on advertisements
7  for drugs?
8    A   It's a -- it's minor, really, if any.  It's --
9  and I take it -- there's information, you know, but I
10  don't base my decision on advertisement.
11    Q   Now, the information that the FDA was saying
12  should have been included in the ad is in fact included
13  in the package insert or, as you've reviewed it, in the
14  PDR information on this drug; correct?
15    A   Yes, ma'am.
16    Q   So it's totally available to physicians;
17  correct?
18    A   Yes, ma'am.
19    Q   And while the FDA wants advertisements to be
20  as consistent as possible with the prescribing
21  information and package insert materials, you would rely
22  first on the package insert; correct?
23    A   Yeah.  I mean it's irrelevant for me.  It
24  might be a factor for a patient, but not for my
25  purposes.  That's not the way I make my decisions.

143

1    Q   Ms. Whittington's counsel also talked to you
2  about receiving compensation for giving speeches, which
3  would be speeches given to help to educate doctors for
4  both Bristol-Myers Squibb and AstraZeneca; correct?
5    A   Yes, ma'am.
6    Q   How do those payments influence your
7  prescribing decisions about what drugs you prescribe?
8    A   They don't.
9    Q   Do you prescribe Seroquel because the company
10  pays you?
11    A   No, ma'am.
12      I have standing offers to speak for Allied,
13  Lilly, Pfizer and several other pharmaceutical
14  companies.  I don't speak on behalf of -- you know,
15  because I just -- it's irrelevant.  It's -- that's not
16  an issue for me now.
17      MS. FENDIA:  Object to responsiveness.
18      THE WITNESS:  You know, it's ...
19  BY MS. OWENS:
20    Q   Doctor, what drug can you prescribe for a
21  patient who has mental health issues with no side
22  effects?
23    A   None.
24    Q   All drugs have problems?
25    A   All drugs have problems.

144

1    Q   And when you have a choice, you're going to
2  choose an atypical over a first-generation today, now
3  that they're available; correct?
4    A   Yes, ma'am.
5    Q   And among your choices of atypicals, you told
6  us you choose Seroquel and Abilify; correct?
7    A   Yes, ma'am.
8    Q   You continue to prescribe those atypicals even
9  knowing that they have been associated with diabetes and
10  hyperglycemia, weight gain and diabetes-related
11  injuries?
12    A   Yes, ma'am.
13    Q   And in your first deposition you told us that
14  Seroquel passed your mother's test.
15    A   Yes, ma'am.
16    Q   Do you remember that?
17    A   Yes, ma'am.
18    Q   What does that mean?
19    A   Means that it's something I would prescribe
20  for my own mother, even though she did suffer from
21  diabetes.
22      MS. OWENS:  Your witness.
23      MS. FENDIA:  Thank you.
24      Doctor, I'll try to be brief.
25      Let's mark this as Deposition Exhibit 14.

145

1      (Whittington Exhibit No. 14 was marked for
2  identification.)
3        REDIRECT EXAMINATION
4  BY MS. FENDIA:
5    Q   Doctor, this was the dear doctor letter that
6  they were required to send out in Japan.  We were
7  talking about the Japanese notice issues.
8    A   Yes, ma'am.
9    Q   And in this letter you will note at the top it
10  says "Since February 2001, when Seroquel was launched,
11  13 cases, including one death, of hyperglycemia,
12  diabetic ketoacidosis and diabetic coma of which
13  casualty to the drug could not be ruled out" -- or
14  "causality to the drug," pardon me -- "could not be
15  ruled out have been reported."
16      You see that?  Did I read that correctly,
17  Doctor?
18    A   Yes, ma'am.
19    Q   Now, Doctor, the issue of what they do in
20  Japan is really not the issue, is it?
21    A   No.
22    Q   The issue is that there had been reports in
23  Japan, Japan that required AstraZeneca to change their
24  label because of a death associated with Seroquel and
25  13 -- another 12 cases of hyperglycemia and diabetic

37 (Pages 142 to 145)

146

1  ketoacidosis.  And AstraZeneca didn't tell you that, did
2  they?
3      A   No, ma'am.
4      Q   That's really the issue, isn't it, that they
5  didn't tell you about this incident?
6      A   Yes, that would be nice.
7      Q   Yes.  Okay.
8          And, Doctor, the same with the advertisement
9  and letter from FDA, 7 and 8.  The point of looking at
10  that material is not whether you rely on advertisement
11  materials in your prescribing, but the fact that they
12  did not -- they were not candid in their advertising
13  materials as determined by FDA.
14          MS. OWENS:  I'm going to object to that as
15      vague because it's not clear with whom they were
16      not candid or -- and it's not clear who received
17      that advertisement.
18  BY MS. FENDIA:
19      Q   Well, we would agree that the FDA determined
20  that their advertising materials were misleading, didn't
21  they?
22      A   Yes.
23      Q   I think "not candid" was a little nicer term,
24  but actually the FDA determined --
25      A   That's what the letter's saying, this letter

147

1  to James Gaskill.
2      Q   So once again, the point is that AstraZeneca,
3  at least in the FDA's opinion, has not been forthcoming
4  with full information about the risks of Seroquel, or
5  had not been at that point.  That's really the point,
6  isn't it?
7      A   Okay.
8      Q   Would you agree with that?
9      A   Yeah.  But if you're asking me, you know, am I
10  upset about it, you know, I know companies do things,
11  but I don't consider the lack like some major issue for
12  me.  I mean, even after seeing that letter and this dear
13  doctor letter from Japan, I still have continued to
14  prescribe Seroquel.
15      Q   Okay.
16      A   It would have been nice to share.  I think
17  they should.  They ought to share this information, I
18  think.  I want to know as much as I can about it, you
19  know.  But whether it would have affected my decision,
20  no.  I don't think so, you know.  Because it's just one
21  element among -- and this medicine has been used on
22  thousands and thousands of people.
23          MS. FENDIA:  Object to the responsiveness
24      after "Yeah."
25  BY MS. FENDIA:

148

1      Q   Doctor, I'm curious about something you just
2  answered just in response to a question from counsel in
3  which she said you continue to prescribe this
4  medication, Seroquel and Abilify, and she may have said
5  Geodon, in spite of the fact that they've been
6  associated with diabetes.  And you said yes.
7      A   Despite the warning about hyperglycemia and
8  diabetic ketoacidosis, yeah, I continue to prescribe
9  them.  I prescribe them -- I wrote the prescriptions
10  today for Seroquel.
11      Q   So you do agree that there is an association
12  between Seroquel and diabetes?
13      A   There is -- no, there is no -- there are
14  warnings about hyperglycemia, hyperosmolar coma,
15  diabetic ketoacidosis.  Even though the connection is
16  not clear, all these atypicals, they may -- they may
17  have a role in it, but it's neither yes or no.  It's not
18  a definite association, if you look at the warning.  I
19  mean, that's --
20      Q   Okay.  So --
21      A   Let's look at the warning again.  They say
22  that there is that -- there has been that association of
23  the atypicals with hyperosmolar coma, hyperglycemia,
24  diabetic ketoacidosis, up to the risk of coma and death.
25  But there is not a definite conclusive evidence that

149

1  this happens.
2      Q   Okay.  And you would require conclusive
3  causation evidence before you would --
4      A   Yeah.
5      Q   -- consider the possibility that Seroquel --
6      A   Yes.
7      Q   -- causes diabetes?
8      A   Yes.
9      Q   And so the fact that there is an established
10  association --
11      A   Yeah.
12      Q   -- by admission is not --
13      A   There is a link with all of them.  There is a
14  link with these issues, but there is -- there is nothing
15  definite.  And after -- as, in my opinion, the risk for
16  Zyprexa.  For Zyprexa, I mean, it's pretty clear that
17  there is an association there.
18      Q   Okay.  Why is it so clear for you with
19  Zyprexa?
20      A   From whatever I read at the time, all the
21  information, you know.  And I was giving Zyprexa to my
22  patients and they were blowing up like balloons in a
23  matter of days, you know.
24      Q   Really?
25      A   There was definitely a problem with that

38 (Pages 146 to 149)

162

1    these patients.
2        MS. OWENS:  What page of this record are you
3    referring him to?
4        MS. FENDIA:  23 and 24.
5        THE WITNESS:  23 and 24.
6        MS. FENDIA:  22 and 23, actually.  I'm sorry.
7        MS. OWENS:  Okay.  I'm going to object to your
8    failing to include Page 22, which is also a part of
9    the record of 3/17/99.  And rather than asking the
10   doctor to remember the drugs, let him actually look
11   at them in the record.
12       MS. FENDIA:  Okay.  Thank you.
13   BY MS. FENDIA:
14       Q   All right, Doctor.  So as of 3/17/1999 -- and,
15   please, I need you to understand that I need you to talk
16   about Linda Whittington in particular and not about
17   populations -- patient populations in general.  Okay?
18       A   Okay.
19       Q   And that will get this by quicker.
20       A   On 3/17/99 Linda Whittington was on Restoril,
21   Depakote and Elavil.
22       Q   Okay.  Do you have any reason to believe
23   that -- strike that.
24           On medication -- she reported that she has
25   paranoia and hallucinations.  Is that what is under the

163

1    HPI on Page 22?
2        A   Yes, ma'am.
3        Q   "Mind might go off one way when it's not that
4    way.  I jump to conclusions."
5        A   Yes.
6        Q   She says she struggles with control of anger
7    and she's easily frustrated and easily agitated --
8        A   Yes, ma'am.
9        Q   -- and that she gets violent and upset.  Is
10   that what the record says?
11       A   Yes, ma'am, that's correct.
12       Q   Okay.  And my question is this:  If that was
13   her condition when she presented to you that day -- let
14   me strike that just a moment, Doctor.
15           What I'm trying to understand is:  Do you
16   believe that she was not suicidal or homicidal on this
17   day because her medications were controlling her
18   illness?
19       A   Yes and no.  I mean, she was having some
20   symptoms.  She was not worse on suicidal ideation, but
21   she was still symptomatic.  And that was a result of her
22   condition and the medicines, you know, to answer your
23   question.  Because she's still complaining of some
24   anger --
25       Q   Right.

164

1        A   -- and some difficulties, but she's not worse
2    on suicidal ideation.  And that's the sum of where she
3    was at with her illness and the medicines, the support
4    of her family, et cetera, et cetera.
5        Q   Okay.  How about the record on Page 50,
6    Doctor?
7        A   Okay.  Page 50.
8        Q   And she was anxious on that occasion, was she
9    not?
10           That was May 17th, 1999?
11       A   Yes, ma'am.
12       Q   She reported being anxious?
13       A   Anxious.  Okay.
14       Q   So she was having problems that day as well,
15   was she not?
16       A   Yes, ma'am.
17       Q   And she was, as far as you know, on her
18   medications?
19       A   Yes, ma'am.
20       Q   Okay.  And you don't have any reason to
21   believe she wasn't compliant with medication?
22       A   Yes, ma'am.
23       Q   And I think you said earlier that the note
24   that said she was thinking of hurting herself didn't
25   mean necessarily suicide, because you had "Denied" under

165

1    suicide and homicidal tendencies; correct?
2        A   Yes, ma'am.
3        Q   Okay.
4            Doctor, if you'd go to Page 20.  That's the
5    record on June 7th, 1999.
6        A   Uh-huh (affirmative).
7        Q   And on this day the comment was that medicines
8    were doing good, she was sleeping good and sometimes has
9    funny thoughts inside her head and she gets a little
10   paranoid.  Is that correct, on that day?
11       A   Yes, ma'am.
12       Q   Now, you upped -- you increased her Depakote
13   at that visit.
14       A   Yes, ma'am.
15       Q   Do you recall why you did that?
16       A   Because the amount she was taking was small.
17   Even 250 three times a day is still small.
18       Q   And did you feel that the -- what she
19   presented with, did you feel that the increase in
20   Depakote would help her with the problems she was having
21   with the funny thoughts in her head?
22       A   Yes, ma'am.
23       Q   Okay.  So on that day, though, even though the
24   medication may not have been sufficient to control her
25   symptoms, you still determined she was not suicidal or

42 (Pages 162 to 165)

166

1   homicidal; is that correct?
2        A   Yes, ma'am.
3        Q   Okay.
4            MS. OWENS:  What was the page of that record
5   of June 7, '99?
6            THE WITNESS:  20.
7            MS. OWENS:  Thank you.
8   BY MS. FENDIA:
9        Q   There's another record on August 2nd, 1999, in
10  which you state that there's no evidence of suicidal or
11  homicidal ideations.
12       A   What page?
13       Q   I'm sorry.  Page 19.
14       A   Okay.
15       Q   Is there anything in that record, Doctor, to
16  support your contention that the reason she wasn't
17  suicidal is because her medications were working so
18  well?
19       A   No, ma'am.
20       Q   Okay.
21           MS. OWENS:  I'm going to continue to object
22  that you are not showing him the medications
23  prescribed at the time of the visits you're
24  referring to.  And if you chose to do that, you
25  would turn to Page 47, which shows the medications

167

1   prescribed on August 2nd, 1990, and shows the
2   prescription of an atypical antipsychotic on that
3   day.
4            MS. FENDIA:  You know, I am happy to do that
5   to satisfy your objection.  I don't think that goes
6   to the substance of the question, but I'll be happy
7   to do that.
8   BY MS. FENDIA:
9        Q   Page 47, Doctor.  That's your medication list.
10       A   Yes, ma'am.
11       Q   And -- let's see.  What date were we on?
12       A   On August 2nd she was a Depakote, Elavil,
13  Zyprexa and Restoril.
14       Q   Right.
15           What I'm asking you -- because -- on the prior
16  visit on June 7th she was on the same medications; is
17  that correct?
18       A   Uh-huh (affirmative).
19       Q   And I think -- didn't we -- did we talk about
20  that?
21           She was on the same medications on June 7th,
22  1999, which was Record No. 20, was she not, Doctor, on
23  June 7th?
24       A   Yes, ma'am.
25       Q   Okay.  And I think that you told me on that

168

1   date you upped the Depakote to help control the problems
2   she was having.  Is that right?
3        A   Yes, ma'am.
4        Q   Okay.  But even with the problems she was
5   having, she was not having suicidal ideations; is that
6   correct?
7        A   Yes.
8        Q   The next record, Doctor, is December 8th,
9   1999.  That's Page 31.  "Doing good.  Meds working
10  well," and she's sleeping good.  The medications on that
11  date, if you look at Page 46, were the same medications,
12  Depakote, Elavil, Zyprexa and Restoril --
13       A   Okay.
14       Q   -- is that correct?
15       A   Okay.  Yes.  Okay.
16       Q   The next record I have is 2/9/2000, which is
17  Page 17, Doctor.  I don't see the corresponding entry in
18  your medication log on Page 46.  I see an entry on
19  2/3/2000.
20       A   Okay.
21       Q   Do you know why those dates would differ?
22       A   2/9/2000.
23           MS. OWENS:  What's the record number again?
24           MS. FENDIA:  17.
25           THE WITNESS:  No, I -- I don't know, ma'am.

169

1   BY MS. FENDIA:
2        Q   Okay.
3        A   You know, they may have called the medicine in
4   to a pharmacy or --
5        Q   Okay.  So looking at the medication log, do
6   you believe that on 2/9/2000 she was --
7        A   Kept her on Elavil, Zyprexa and Restoril.
8        Q   Okay.  Now, at this point you've discontinued
9   the Depakote; is that correct?
10       A   Yes, ma'am.
11       Q   Do you recall why you discontinued Depakote?
12       A   No.  I mean, I could have discontinued it;
13  somebody else could have discontinued it.  And, again,
14  this lady was coming and going and ...
15       Q   Okay.  Now, on 2/9 she says -- well, it says
16  "Doing good," and then she says she's concerned about
17  how the dentist performed work on her teeth, on her
18  mouth, "Believes good teeth were pulled."
19           I think you discussed this with opposing
20  counsel as evidence of her illness, that the --
21       A   Yes.
22       Q   Is that correct?
23       A   Yes, ma'am.
24       Q   But in spite of her comments to that -- in
25  that regard, or whatever they told you, you did note

43 (Pages 166 to 169)