# EXHIBIT 8



**AstraZeneca**

**Medical Resources**

August 12, 2004

Mohamed Saleh, M.D.
1408 San Marco Boulevard
Jacksonville, FL 32207

Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Nancy White, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL–Effect on Diabetes/Blood Glucose/Hyperglycemia**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Frederick W. Kohler Jr., R.Ph., Ph.D.*

Senior Medical Information Manager

INQ 423266



AstraZeneca LP

Tel 800 236 9933
Fax 302 885 1400
www.astrazeneca-us.com

Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437   www.astrazeneca-us.com

MDL-WhittingtonL-0710475
0000124-CONFIDENTIAL

**SEROQUEL-Effect on Diabetes/Blood Glucose/Hyperglycemia**

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

Indications

SEROQUEL is indicated:

- For the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- For the treatment of schizophrenia.

Warnings

*Hyperglycemia and Diabetes Mellitus*

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL.  Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population.  Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood.  However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics.  Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control.  Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment.  Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness.  Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing.  In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of antidiabetic treatment despite discontinuation of the suspect drug.

MDL-WhittingtonL-0710475
0000125-CONFIDENTIAL

Adverse Events

As noted in the enclosed prescribing information, hyperglycemia, hypoglycemia, and diabetes mellitus were infrequently reported adverse events during clinical trials with SEROQUEL. Glycosuria, nocturia, and polyuria were rarely reported adverse events during clinical trials with SEROQUEL. Infrequent adverse events are those occurring in 1/100 to 1/1000 patients. Rare events are those occurring in less than 1/1000 patients. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they do not establish causation.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

**Background Information**

Schizophrenia has been associated with impaired glucose tolerance and insulin resistance.[2] In a study of 719 patients with schizophrenia (conducted before the widespread use of novel antipsychotic agents), 10.8% (n=78) of patients were found to have diabetes at the time of the study, and the lifetime prevalence of diabetes in the sample was 14.9% (n=107).[2] This compares to a prevalence of diabetes in the general population of 10%.[3]

**Clinical Data**

Prospective, controlled clinical trials designed to evaluate the relationship between quetiapine and occurrence of diabetes, glucose dysregulation, or insulin resistance have not been conducted. However, a search of the published medical literature identified several relevant retrospective analyses and case reports, summarized below. In addition, AstraZeneca conducted a review of data from controlled and uncontrolled quetiapine trials and postmarketing data; these findings are also described below.

Data pertaining to blood glucose level, diabetes, and related adverse events were analyzed from controlled and uncontrolled quetiapine clinical trials and from the postmarketing database (ClinTrace).[4] Random blood glucose concentrations were measured in patients enrolled in 3 short-term placebo-controlled clinical trials (≤6 weeks; n=230, quetiapine; n=143, placebo), and a long-term comparison with haloperidol (52-week; n=170, quetiapine; n=35, haloperidol). Blood glucose concentrations were also measured in 3 additional placebo-controlled trials: one in elderly patients (n=80, quetiapine, n=80, placebo) and 2 in patients with acute mania (n=195, quetiapine; n=183, placebo). From the pooled databases, adverse events possibly related to changes in glucose metabolism (thirst, polyuria, urinary frequency, weight gain, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, hyperosmolar coma) were recorded. Long-term weight changes were assessed in an open-label extension (OLE) of 6 phase III studies.

Analysis of blood glucose data from the pooled short-term placebo controlled trials and the long-term comparison with haloperidol showed no statistically significant difference between quetiapine and placebo or between quetiapine and haloperidol. Measurement from the placebo-controlled trials conducted in elderly patients and in patients with acute mania showed mean decreases in blood glucose concentration. The uncontrolled Phase II/III trial database included

MDL-WhittingtonL-0710475
0000126-CONFIDENTIAL

1640 quetiapine-treated patients, with a total of 894 patient-years of quetiapine treatment. Hyperglycemia was reported in 8 (0.5%) patients and diabetes mellitus was reported in 5 (0.3%) patients. There were no reports of diabetic ketoacidosis or hyperosmolar coma. The short-term controlled Phase II/III trial database included 1925 patients receiving quetiapine, 206 receiving placebo, 279 receiving haloperidol, and 230 receiving chlorpromazine. The total patient-year exposure in each group was as follows: 171.3, 14.6, 24.8, and 29.0 patient-years, respectively. There were no reports of hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma in patients treated with quetiapine. The long-term (>6 weeks) controlled database included 260 patients receiving quetiapine (84,5 patient-years) and 41 treated with haloperidol (17.8 patient-years). Again, no patients treated with quetiapine experienced hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma. From the postmarketing data, diabetes mellitus and hyperglycemic events were very rare (defined as occurring in <0.01%) in patients treated with quetiapine. A total of 178 patients were included in the long-term weight analysis (OLE). The mean treatment duration was 18.6 months. Overall weight change was minimal after treatment with quetiapine. There was no overall effect on weight across the BMI spectrum (the 95% confidence intervals included zero when all BMI groups were considered together, and for all individual BMI categories except severely obese, where the upper 95% confidence limit did not reach zero).

Retrospective Analyses

Reinstein and colleagues[5] conducted a retrospective analysis of quetiapine as an adjunctive treatment to clozapine in patients who experienced adverse events while receiving clozapine monotherapy. The charts of 1000 adult patients with diagnoses of schizophrenia or schizoaffective disorder were reviewed for changes in weight, diabetes mellitus, hypersalivation, constipation, clinical improvement and efficacy after having quetiapine added to their current treatment regimen. A protocol-based augmentation strategy was utilized to add quetiapine to an established clozapine regimen. The clozapine dose was reduced by 25% and augmented with quetiapine at a ratio of clozapine 1 mg to quetiapine 2 mg. The rate of titration ranged from 2-14 days in the evaluated patients.

Overall, the addition of quetiapine to an established clozapine regimen was successful. Of the 1000 charts reviewed, 65 patients had experienced significant weight gain (defined as 7% of baseline weight) within 6 months of initiating clozapine therapy (200-800 mg/d). Following 10 months of quetiapine-clozapine combination therapy, weight gain halted in all 65 patients. Moreover, greater than half of the patients lost weight, with an average weight loss of 4.2 kg (range 0.4-18.6 kg) after 10 months of combination therapy.

Six months after starting clozapine, the occurrence of diabetes mellitus increased by 2.8% in the sample population. Diagnoses were obtained through monthly monitoring of fasting blood sugars and glycosylated hemoglobin (HbA$_{1c}$). However, within 10-months of initiating the combination protocol, a subsequent increase in control of diabetes mellitus was noted. Additionally, cessation of insulin therapy was observed in 5 patients after receiving this regimen.

The effects of antipsychotics on inducing type 2 diabetes were evaluated in a retrospective analysis of a large healthcare plan database.[6] A total of 6,582 patients with psychosis who

MDL-WhittingtonL-0710475
0000127-CONFIDENTIAL

received antipsychotic treatment were compared to a control group of 10,296 patients with psychosis who were not treated with antipsychotics. Treatment groups were divided into 4 categories of risperidone, olanzapine, quetiapine and conventional antipsychotics. Claims for patients in the treatment groups were observed during and 30 days after cessation of antipsychotic therapy to capture diabetes diagnosed post-therapy. The control group was observed for an average of 1 year. Logistic regression analysis was used to predict the likelihood of patients developing type 2 diabetes and antipsychotic exposure was assessed by duration and dose of therapy.

Analysis of medical claims revealed that type 2 diabetes was more prevalent in patients treated with antipsychotics, as well as in those observed over a longer period of time. Quetiapine and risperidone patients had numerically lower odds of receiving treatment for type 2 diabetes than those who were not treated with antipsychotics, while conventional antipsychotic treatments yielded similar results to the control group. Olanzapine-treated patients had significantly greater odds of receiving treatment for type 2 diabetes ($p<0.05$) compared to untreated patients. Using regression analysis to convert estimated odds ratios of 1 month of antipsychotic treatment to 12 months, olanzapine exhibited the highest likelihood, 42.6%, of inducing type 2 diabetes compared to untreated patients. Estimated odds ratios of newly reported type 2 diabetes for all treatment groups at 12 months compared to those not treated with antipsychotics were as follows: risperidone=0.652 (95% CI, 0.306-1.393); olanzapine=1.426 (95% CI, 1.049-1.945); quetiapine=0.953 (95% CI, 0.408-2.227); and conventional antipsychotics=1.024 (95% CI, 0.669-1.564). The authors concluded that this study supports prior case report data that implicate olanzapine as exacerbating type 2 diabetes, while few have implicated quetiapine and risperidone.

Sernyak and colleagues[7] conducted a retrospective analysis of Veterans Affairs (VA) administrative databases to evaluate the relationship between antipsychotic treatment and diabetes. All outpatients with schizophrenia treated with typical or atypical antipsychotic agents over a 4-month period in 1999 were included. Patients with a diagnosis of diabetes were identified using ICD-9 codes. A total of 38,632 patients were included: 15,984 (41.4%) received typical antipsychotics and 22,648 (58.6%) received atypical antipsychotics. Among the atypical antipsychotic group 1,207 (5.3%) received clozapine; 10,970 (48.4%) received olanzapine; 955 (4.2%) received quetiapine; and 9,903(43.7%) received risperidone. Patients who received atypical antipsychotics had a 9% greater chance of having diabetes than those who received typical antipsychotics. Across the whole age group, the odds of having a diagnosis of diabetes were significantly greater for patients receiving any atypical, and specifically, for those receiving clozapine, olanzapine, or quetiapine.

Subsequent to the publication of this paper, 2 letters to the editor were published addressing these results.[8,9] The letters cited several limitations of the study that may have skewed the results: diabetes status was not determined at baseline; no matched comparison subjects were used; a history of alcoholism was more prevalent in the atypical group than in the typical group (alcohol-induced pancreatitis may have accounted for some of the higher prevalence of diabetes in the atypical group); numbers of patients taking each agent varied widely; exclusive use of ICD-9 codes to identify diabetes mellitus (presence of diabetes is more definitely determined if there is treatment); and the study did not control for differences in treatment duration among the

MDL-WhittingtonL-0710475
0000128-CONFIDENTIAL

various antipsychotic agents. Gianfrancesco[9] noted that the preceding medication a patient was treated with also could have affected the results. For example, in 49% of quetiapine-treated patients, another agent, often olanzapine, immediately preceded quetiapine treatment; whereas, treatment with risperidone, olanzapine, and typical neuroleptics was preceded by another neuroleptic in only 16%, 18%, and 13% of patients, respectively.

Wirshing and colleagues[10] analyzed charts of 590 patients taking selected antipsychotics, of which 215 met the inclusion criteria. In order to be included, patients had to have had at least 1 laboratory value (glucose) before initiation of the antipsychotic and $\geq 1$ measurement at least 1 week after initiation. Only those measurements taken in the morning were included, as these were presumed to be fasting measurements. Patients were receiving the following antipsychotics: clozapine (n=39), olanzapine (n=32), risperidone (n=49), quetiapine (n=13), haloperidol (n=41), and fluphenazine (n=41). Patients on clozapine, olanzapine, and haloperidol showed a significant increase in glucose level from baseline. Following initiation of clozapine, 5 patients (13%) required initiation of a glucose-lowering agent. While no olanzapine-treated patients required addition of a glucose-lowering agent, 2 patients (6%) who were previously controlled on glucose-lowering agents required an increased dose to maintain glucose control after starting olanzapine. No patients in the risperidone, haloperidol, fluphenazine, or quetiapine groups required an intervention.

Feldman and colleagues[11] evaluated the risk of developing diabetes mellitus among elderly patients treated with antipsychotics. New prescription claims data for antihyperglycemic agents in the AdvancePCS database was analyzed for patients who initiated antipsychotic therapy within a 3-month period. The following cohorts were included: an elderly reference population (no antipsychotics used, n=1,836,799); all conventional antipsychotics (n=11,546); haloperidol (n=6481); thioridazine (n=1658); all atypical antipsychotics (n=19,407); clozapine (n=117); olanzapine (n=5382); quetiapine (n=1664); and risperidone (n=12,244). The incidence of diabetes was higher in every antipsychotic cohort than in the general reference population. However, the risk was not different overall between the atypical and typical antipsychotic cohorts. Among the individual antipsychotics, the risk was highest for thioridazine and lowest for quetiapine. Among atypicals, only patients treated with risperidone had a significantly higher risk than haloperidol. Conclusions about clozapine were difficult to draw because of the small number of patients.

Lambert and colleagues[12] assessed the risk of developing new onset diabetes in patients with schizophrenia treated with clozapine, olanzapine, risperidone, quetiapine, and various typical antipsychotics using a matched case control design. Data were collected from the California Medicaid database; 3102 cases were identified. Results showed that exposure to clozapine, olanzapine, or quetiapine increased the risk of developing diabetes compared with the conventional antipsychotics.

Case Reports

Sobel et al[13] described a case report of possible quetiapine-associated diabetes mellitus. The patient, a 42-year-old man with a history of bipolar disorder, had no prior history of glucose intolerance or hyperglycemia, and a negative family history for diabetes. Four months before his

MDL-WhittingtonL-0710475
0000129-CONFIDENTIAL

admission to the hospital, the results of his random blood glucose tests were 126 and 107 mg/dL. The patient did have hypertriglyceridemia, which had been present for at least a year prior to his admission. His bipolar disorder was managed with lithium, gabapentin, clonazepam, and venlafaxine. Quetiapine, titrated to 200 mg at bedtime, was added to his regimen 1 month before admission. The patient presented to the hospital after several days of nausea, vomiting, polyuria, and confusion. At admission, he had a blood glucose level of 607 mg/dL, and was started on intravenous fluids and sliding-scale insulin. After discharge, his quetiapine dosage was reduced and discontinued over a 9-day period. Since discontinuing quetiapine, the patient's insulin requirements decreased markedly and the insulin was eventually discontinued 5 months later.

A report of possible quetiapine-associated diabetes mellitus was described by Procyshyn and colleagues.[14] The patient was a 30-year-old male receiving quetiapine therapy for schizoaffective disorder. Approximately 2 weeks after quetiapine initiation, routine laboratory monitoring revealed a random fasting blood glucose concentration of 6.4 mmol/L (normal range: 3.6 to 6.1 mmol/L). The patient had no family history of diabetes and had no history of hyperglycemia or glucose intolerance. He was receiving a quetiapine dosage of 400 mg daily at this time. The patient was started on quetiapine 200 mg/day and titrated to a maximum dose of 700 mg daily over 5.5 weeks. After reaching a dose of quetiapine 700 mg/day, the patient was maintained on this regimen for 8 weeks. By week 14, the patient was receiving a maintenance dose of quetiapine 300 mg daily. Concomitant medications included: divalproex 1500 mg/day, loxapine 50 mg/day, clonazepam 2.5 mg/day and fluphenazine depot injections. During week 16 of therapy, the patient developed nausea, vomiting, polyuria, and polydipsia. And complained of urinary incontinence over the previous week. A fasting plasma glucose concentration at this time was 21.2 mmol/L and a hemoglobin $A_{1c}$ value was 13.3% (normal < 6.5%). The patient also had a 5 kg weight gain. Quetiapine and loxapine treatment were discontinued 1 week later. The hyperglycemia was treated with sliding-scale insulin and oral hypoglycemic agents. The authors noted their patient was of African-American descent and was obese with a baseline weight of 100 kg, height of 176 cm, and body mass index of 32.3.

Domon and Cargile[15] reported the case of possible quetiapine-associated hypertriglyceridemia and hyperglycemia in a 17-year-old African American female. At the time of presentation, the patient was maintained on divalproex 1500 mg/day (for > 8 months), quetiapine 600 mg/day (for >3 months), and paroxetine 20 mg/day (for 1 day). Two to 3 months prior to presentation, the patient was diagnosed with type 2 diabetes and was started on a 2000 calories/day diet and metformin 1000 mg twice daily. She had not experienced significant weight gain during the 3 months of quetiapine therapy. Admission laboratory assessments revealed the following: serum glucose, 144 mg/dl; serum cholesterol, 235 mg/dl; and serum triglyceride, 456 mg/dl (all fasting). Quetiapine was tapered and discontinued over 1 week because she had not responded as effectively as hoped and because the hyperglycemia and hypertriglyceridemia apparently developed after quetiapine initiation. Serum cholesterol and triglyceride levels within 1 week of discontinuation of quetiapine were 196 and 167 mg/dl, respectively. Six weeks later, serum cholesterol was 226 mg/dl and triglyceride level was 163 mg/dl. The patients fasting serum glucose level also normalized within a week and metformin was eventually discontinued. Fasting serum glucose levels ranged between 99 and 170 mg/dl over the next month.

SR #26432          Information Provided By AstraZeneca LP                    6

MDL-WhittingtonL-0710475
0000130-CONFIDENTIAL

Wilson and colleagues[16] reported the occurrence of diabetic ketoacidosis (DKA) in a 64-year-old white male being treated with quetiapine. The patient had a history of chronic obstructive pulmonary disease, prostate cancer, schizophrenia, and a positive family history and unclear personal history of diabetes mellitus. During his hospital admission, he was taking risperidone 2 mg/day and propranolol 40 mg/day and his fasting blood glucose was 120 mg/dL. Twelve days after admission, he was switched from risperidone to quetiapine monotherapy 50 mg/day, which was increased to 100 mg in the morning and 300 mg at night. Two months later, he was found unresponsive after breakfast and was transferred to a tertiary care center with a diagnosis of DKA. The patient was then lost to follow-up. No other details were provided by the author about this patient's therapy while in the hospital or after discharge.

**Internal Safety Database**

It is AstraZeneca policy to provide adverse event information to health care professionals from the Prescribing Information and the published literature for our marketed products. We do not provide specific adverse event information from the AstraZeneca Safety database (which includes data from Clinical Trials and post-marketing reports). However, key clinical findings, including safety information, form the basis for the Prescribing Information. We do not provide specific adverse event information from the AstraZeneca Safety database because of the inherent limitations of spontaneous reports. Such limitations include, but are not limited to, adverse event recognition, underreporting, biases, estimation of patient exposure, report quality, and the lack of established causality of these events. These reports are monitored continuously, and the Prescribing Information is updated when new safety issues are established.

**Adverse Event Reporting**

In order to monitor the safety of SEROQUEL, we encourage clinicians to report suspected adverse events to AstraZeneca at 1-800-236-9933.

Enclosure(s):

- SEROQUEL Prescribing Information.

Reference(s):

1. SEROQUEL Prescribing Information.

2. Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. *Schizo Bulletin.* 2000; 26:903-912.

3. Mokdad AH, Bowman BA, Ford ES, et al. The Continuing Epidemics of Obesity and Diabetes in the United States. *JAMA.* 2001: 286(10); 1195-1200.

4. Data on File (S0089). AstraZeneca Pharmaceuticals LP. Wilmington, DE.

5. Reinstein M, Sonnenberg J, Sangarapillai M, et al. Use of quetiapine to manage patients who experienced adverse effects with clozapine. *Clin Drug Invest.* 2003; 23(1): 63-67.

MDL-WhittingtonL-0710475
0000131-CONFIDENTIAL

6.      Gianfrancesco F, White RE, Yu E.  Antipsychotic-induced type 2 diabetes:  evidence from a large health plan database [poster].  Presented at: the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 19-23, 2002.

7.      Sernyak MJ, Leslie DL, Alarcon RD, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. *Am J Psychiatry*. 2002; 159:561-566.

8.      Geller WK, MacFadded W. Diabetes and atypical neuroleptics. *Am J Psychiatry*. 2003; 160:388.

9.      Gianfrancesco FD. Diabetes and atypical neuroleptics. *Am J Psychiatry*.2003; 160:388-389.

10.     Wirshing DA, Boyd JA, Meng LR, et al. The effects of novel antipsychotics on glucose and lipid levels. *J Clin Psychiatry*. 2002; 63:856-865.

11.     Feldman PD, Hay LK, Kennedy JS, et al.  Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States [abstract]. *J Clin Psychiatry*. 2002; 63:11.

12.     Lambert B, Chou CH, Chang KY, et al. Assessing the risk of antipsychotic-induced type II diabetes among schizophrenics: a matched case-control study [abstract]. Eur Neuropsychopharmacol. 2002; 12(suppl 3): S307-S308.

13.     Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. *J Clin Psychiatry*. 1999; 60:556-557. Access #AN55689

14.     Procyshyn RM, Pande S, Tse G. New-onset diabetes associated with quetiapine. *Can J Psychiatry*. 2000; 45(7): 668-669. Access #AN60989

15.     Domon SE, Cargile CS. Quetiapine associated hyperglycemia and hypertriglyceridemia. *J Am Acad Child Adolesc Psychiatry*. 2002; 41:5.

16.     Wilson DR, D'Souza L, Sarkar N, Newton M, Hammond C. New-onset diabetes and ketoacidosis with atypical antipsychotics. *Schizophr Res*. 2003; 59(1): 1-6.

MDL-WhittingtonL-0710475
0000132-CONFIDENTIAL



| | | |
|---|---|---|
| **AstraZeneca** | **Medical Resources Quality Assurance Survey** | Inquiry Number:   423266 |
| | | Product:   SEROQUEL |

**Dear   DR. MOHAMED SALEH**

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.  This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/ with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (302)885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE 19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1.  Did the response answer your question?        ☐ Completely    ☐ Partially    ☐ Not at all

    If you checked "Partially" or "Not at all", please explain:

---

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is unbiased | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was received promptly enough to meet your needs | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3.  Overall, I was satisfied with the quality of the information I received.

| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

4.  In general, how do the responses from AstraZeneca compare to those of other pharmaceutical companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5.  What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6.  Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

---

MIM: kohlerfw    8/12/2004

Thank you for taking the time to complete the survey.  We hope to use this information to continually improve our services.
©2002 AstraZeneca LP

002

MDL-WhittingtonL-0710475
0000133-CONFIDENTIAL

# Seroquel®
## (quetiapine fumarate)

64251-00

# Seroquel®
## (quetiapine fumarate)

Rev 07/04

MDL-WhittingtonL-0710475
0000134-CONFIDENTIAL



MDL-WhittingtonL-0710475
0000135-CONFIDENTIAL



# SEROQUEL® (quetiapine fumarate) Tablets

MDL-WhittingtonL-0710475
0000136-CONFIDENTIAL



F.P.O.

**Maintenance Treatment** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval off SEROQUEL, titration of SEROQUEL should be initiated as described above. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Antipsychotics** There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

**HOW SUPPLIED**
25 mg Tablets (NDC 0310-0275) peach, biconvex, film coated tablets, identified with "SEROQUEL" and "25" on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex, film coated tablets, identified with "SEROQUEL" and "100" on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with "SEROQUEL" and "200" on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, engraved with "SEROQUEL" on one side and "300" on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F). [See USP].

**ANIMAL TOXICOLOGY**
Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 6 months to donation or longer and in a 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice. Pigment deposits stained positively for iron and... [remainder illegible]

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a female dog administered 100 mg/kg for 1 year. Cataracts in quetiapine treated dogs. Drug-related cataracts have not been seen in any other species; however, in a 1 year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.
© AstraZeneca 2004

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64525-00
Rev 07/04



AstraZeneca

MDL-WhittingtonL-0710475
0000137-CONFIDENTIAL