**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S MOTIONS IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT DOCTOR MACFADDEN'S PERSONAL RELATIONSHIPS, ALLEGED GHOSTWRITING, AND CLINICAL INVESTIGATORS' MISCONDUCT**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Responses in Opposition to the Motions *in Limine* to Exclude Evidence and Argument About Doctor Macfadden's Personal Relationships (Doc. 1226), Alleged Ghostwriting (Doc. 1227), and Clinical Investigators' Misconduct (Doc. 1228) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about January 8, 2009.  The Exhibits listed below were originally filed under seal as noted in Plaintiffs' Motion to Seal (Doc. 1230).  In accordance with the Parties' agreement and the Court's instructions announced February 26, 2009, the following Exhibits to Plaintiffs' Responses are filed herewith via the Court's CM/ECF system:

1

**MacFadden Motion In Limine Response Exhibits (Doc. 1226)**

| Exhibit No. | Document Description |
|---|---|
| 1 | Excerpts from the Deposition of Wayne Macfadden (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 2 | Medical article |
| 3 | Medical article |
| 4 | Medical article |
| 5 | Medical article |
| 6 | Excerpt from the Deposition of Jack Schwartz, AstraZeneca's Executive Director of Seroquel Development (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 7 | Excerpts from the Deposition of Claudia Piano, Parexel MMS Group Director of Account Services (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 8 | Macfadden personal email (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 9 | Macfadden personal email (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 10 | Macfadden personal email (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 11 | Macfadden personal email (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 12 | Macfadden personal email with attached abstract (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 13 | Macfadden personal email (to be filed on or before 3/4/2009 subject to necessary redactions) |

**Ghostwriting Motion In Limine Response Exhibits (Doc. 1227)**

| Exhibit No. | Document Description |
|---|---|
| A | Excerpts from the Deposition of Wayne Macfadden |
| B | Excerpts from the Deposition of Jamie Mullen |
| C | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Nodal (to be filed on or before 3/4/2009 subject to necessary redactions) |
| D | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Billingsley (to be filed on or before 3/4/2009 subject to necessary redactions) |
| E | AstraZeneca's disclosure regarding Plaintiff's prescriber /treater Nurse Practitioner Malcolm (to be filed on or before 3/4/2009 subject to necessary redactions) |

| Exhibit No. | Document Description |
|---|---|
| F | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Cabada (to be filed on or before 3/4/2009 subject to necessary redactions) |
| G | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Nurse Saleh (to be filed on or before 3/4/2009 subject to necessary redactions) |
| H | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Inaganti (to be filed on or before 3/4/2009 subject to necessary redactions) |
| I | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Cases (to be filed on or before 3/4/2009 subject to necessary redactions) |
| J | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Wilson (to be filed on or before 3/4/2009 subject to necessary redactions) |
| K | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Lavian (to be filed on or before 3/4/2009 subject to necessary redactions) |
| L | AstraZeneca's disclosure regarding Burke (to be filed on or before 3/4/2009 subject to necessary redactions) |

**Clinical Investigators' Misconduct Motion In Limine Response Exhibit (Doc. 1228)**

| Exhibit No. | Document Description |
|---|---|
| C | AstraZeneca Speaker "Slide Kit" |

DATED:  February 27, 2009             Respectfully submitted,


By:     /s/ Robert W. Cowan
        F. Kenneth Bailey Jr.
        K. Camp Bailey
        Fletcher V. Trammell
        Robert W. Cowan
        **BAILEY PERRIN BAILEY**
        440 Louisiana St., Suite 2100
        Houston, Texas 77002
        (713) 425-7100 Telephone
        (713) 425-7101 Facsimile
        kbailey@bpblaw.com
        cbailey@bpblaw.com
        ftrammell@bpblaw.com
        rcowan@bpblaw.com
        **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S MOTIONS IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT DOCTOR MACFADDEN'S PERSONAL RELATIONSHIPS, ALLEGED GHOSTWRITING, AND CLINICAL INVESTIGATORS' MISCONDUCT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                    /s/ Robert W. Cowan
                                                    Robert W. Cowan