# EXHIBIT A

(Plaintiffs' Response in Opposition to AstraZeneca's Motion in Limine to Exclude Evidence and Argument about Ghostwriting)

Confidential - Wayne Macfadden, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE: SEROQUEL            :CASE NO.
PRODUCTS LIABILITY         :
LITIGATION                 :6:06-md-01769-ACC-DAB
                           :
MDL Docket No. 1769:
                           :

- - -

December 20, 2007
CONFIDENTIAL

- - -

Oral deposition of WAYNE MACFADDEN, M.D. taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania, beginning at 9:01 a.m., on the above date, before Ann Marie Mitchell, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public for the Commonwealth of Pennsylvania.

- - -

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
877.370.3377

Confidential - Wayne Macfadden, M.D.

Page 302

1  yes, it does.
2  BY MR. ALLEN:
3     Q.  Does it say that above any
4  of the other columns on this page?
5     A.  No.
6     Q.  Okay. Mandatory, where I
7  come from, means it's required.
8        Is that your same definition
9  of mandatory there at AstraZeneca?
10       MR. McCONNELL: Objection to
11    form.
12       THE WITNESS: Mandatory are
13    things that should be done, yes.
14 BY MR. ALLEN:
15    Q.  Okay. We'll talk -- we are
16 a not going to talk about all of them,
17 but let's look at the second bullet
18 point. It says, "In clinical trials
19 there was no difference in mean change of
20 random glucose measurements between
21 Seroquel and placebo, or between Seroquel
22 and other antipsychotics (if and when
23 available)."
24       Did I read that correctly?

Page 303

1     A.  Yes.
2     Q.  Is that true?
3        MR. McCONNELL: Objection,
4     foundation as to time.
5        THE WITNESS: I don't recall
6     in the participation of this
7     document, and I can't recall if
8     that is an accurate statement when
9     I was with AstraZeneca.
10 BY MR. ALLEN:
11    Q.  Sir, I want to ask you, as
12 of February the 14th, 2005, when this
13 final version of the vocabulary was sent
14 to you and many other people at
15 AstraZeneca, was it true that in clinical
16 trials there was no difference in mean
17 change of random glucose measurements
18 between Seroquel and placebo or between
19 Seroquel and other antipsychotics if and
20 when available? Was that true?
21    A.  To the best of my
22 recollection, there were no significant
23 differences between Seroquel and other
24 arms of studies.

Page 304

1        MR. ALLEN: Objection,
2     nonresponsive.
3        We'll come back and ask that
4     question after the break,
5     contemplate it.
6        VIDEOTAPE TECHNICIAN:
7     Sorry.
8        It's eight minutes after
9     1:00. We're going off the record.
10    This is the end of Tape Number 2.
11       - - -
12    (A luncheon recess
13 occurred.)
14       - - -
15    VIDEOTAPE TECHNICIAN: The
16 time is 56 minutes after 1:00.
17 This is the beginning of Tape
18 Number 3, and we're back on the
19 record.
20 BY MR. ALLEN:
21    Q.  Good afternoon, Doctor.
22       How are you?
23    A.  Good.
24    Q.  Scott Allen, again. We're

Page 305

1  back from our lunch break.
2        And just to refocus our
3  attention, I put back on the board
4  Exhibit 16, which is the vocabulary and
5  descriptions final version dated February
6  14, 2005.
7        Are you with me?
8     A.  I have this document, yes.
9     Q.  Doctor, this is not the
10 first time you have seen in your entire
11 life the Seroquel vocabulary and
12 descriptors documents, is it?
13    A.  I recall there was a
14 document like this around, but I was not
15 familiar with the specifics of it.
16    Q.  Well, in fact, Doctor,
17 you -- there was one for every year,
18 wasn't there?
19    A.  I don't recall that.
20    Q.  And in fact, Doctor, you're
21 on the e-mail chain as one of the
22 individuals who was asked to give
23 feedback concerning the drafting of this
24 document. True?

77 (Pages 302 to 305)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Wayne Macfadden, M.D.

Page 306

1  A. It was requested I give -- I
2  was one of the listed people to whom it
3  was sent, asking for feedback, yes.
4  Q. Right. And the initial
5  request for feedback came from Parexel,
6  who you worked with on the publications.
7  Right?
8  A. Evidently, Parexel was
9  involved with organizing this document,
10 yes.
11 Q. And Parexel helped prepare
12 and in fact sometimes prepared entire
13 manuscripts on AstraZeneca's clinical
14 trials. True?
15 A. AstraZeneca -- excuse me.
16      Parexel would often draft
17 manuscripts for AstraZeneca to complete.
18 Q. And Parexel would drafts
19 manuscripts and then contact later
20 authors, "authors," who would then be
21 listed as the actual author of paper that
22 was initially drafted by Parexel. True?
23 A. Parexel was often engaged in
24 providing first drafts of manuscripts.

Page 307

1  Q. Yes, sir.
2      And then if we go --
3      MR. McCONNELL: Excuse me.
4  He didn't finish.
5  BY MR. ALLEN:
6  Q. Oh, I'm sorry.
7      Anything else you'd like to
8  say?
9  A. These manuscripts were then
10 circulated to authors for their comments
11 and reviews.
12 Q. Okay. Now, go to Bates page
13 77, the last two names -- numbers, excuse
14 me.
15      Just so we know what we're
16 talking about here, this is, "Recommended
17 Seroquel Vocabulary & Descriptors for Use
18 in all External Communications."
19      Did I read that correctly?
20 A. Yes.
21 Q. And it says, "Guidance for
22 usage: These terms were identified
23 mainly for the context of publications."
24      And publications again is

Page 308

1  what Parexel was involved in. True?
2  A. That was one of their
3  activities, yes.
4  Q. Yes.
5      Tell the jury the other
6  activities, such as slide sets and
7  PowerPoints, advisory committee meetings,
8  preparing poster boards for conventions
9  and abstracts.
10      Are those the other
11 activities?
12 A. They would often help with
13 development of slide sets. They would
14 often be present and help organize
15 advisory committees and provide minutes.
16 They would often produce the posters that
17 were presented by AstraZeneca at
18 meetings.
19 Q. Right. Those would be
20 external communications. Correct?
21 A. Yes.
22 Q. Okay. "Guidance for usage:
23 These terms were identified mainly for
24 the context of publications and should

Page 309

1  therefore be used in all publication
2  activities as much as possible." And
3  then it goes on.
4      Did I read that correctly?
5  A. Yes.
6  Q. Now, we got to diabetes,
7  which is two pages back. And that if --
8  three pages, 81, four pages. The last
9  two numbers are 81.
10     And we have mandatory
11 vocabulary language surrounding the issue
12 of diabetes, or at least that's what the
13 document, the final version, says. True?
14 A. What's the page, please?
15     MR. McCONNELL: He said 81.
16     THE WITNESS: There's a
17 column that's entitled "Diabetes -
18 Mandatory vocabulary."
19 BY MR. ALLEN:
20 Q. Right.
21 A. And in the domain, it's
22 listed as "Recommended."
23 Q. So you're with me under the
24 column that says "Diabetes - Mandatory"