# EXHIBIT B

(Plaintiffs' Response in Opposition to AstraZeneca's Motion in Limine to Exclude Evidence and Argument about Ghostwriting)

Confidential - Jamie A. Mullen, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - -

IN RE: SEROQUEL         :   CASE NO.
PRODUCTS LIABILITY      :
LITIGATION              :   6:06-md-01769-ACC-DAB
                        :
MDL Docket No. 1769:

- - -

November 1, 2007

- - -

Videotape deposition of JAMIE A. MULLEN, M.D. held in the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103 commencing at 9:07 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

C O N F I D E N T I A L

- - -

Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - Jamie A. Mullen, M.D.

Page 589

1  any need for it, because it was largely a
2  project delivery and project management
3  database. And secondly, is my
4  understanding was that it was difficult
5  for a layperson to use.
6     Q. And you were a layperson?
7     A. In project management, I was
8  considered a layperson, yes.
9     Q. Yes.
10    Okay. Then we have several
11 bullet points. Kasper, is that a Dr.
12 Kasper?
13    A. Yes, it is.
14    Q. Sir, I've taken depositions
15 of AstraZeneca PSS members and I've
16 reviewed their call notes.
17    Have you ever reviewed call
18 notes of an AstraZeneca sales
19 representative at any time?
20    A. I don't recall that I have,
21 no.
22    Q. Okay. I've seen, and we'll
23 show at trial if need be, call notes
24 indicating that the sales reps utilize

Page 590

1  the Kasper -- a Kasper reprint in their
2  detailing activities.
3     Do you know anything about
4  that?
5     A. I don't know about the use
6  of any manuscript on the ISSs, by the
7  PSSs.
8     Q. But you know what you do
9  know, though, you do know that part of
10 the purpose of getting these studies
11 published was so that the marketing
12 companies could utilize the studies in
13 their marketing activities.
14    You know that. Right?
15    MR. GOODELL: Object to
16    form.
17    THE WITNESS: They could be
18    used to support their marketing
19    activities, yes.
20 BY MR. ALLEN:
21    Q. Yes, sir. And I think
22 you're getting close.
23    And you knew in your role,
24 the jury will see your resume, they will

Page 591

1  get to look at your business card, you
2  knew that part of the reason that you
3  hired Parexel medical marketing services
4  company and engaged in activities to get
5  manuscripts published was in order to
6  utilize that information in your
7  marketing of Seroquel. True?
8     MR. GOODELL: Object to
9     form.
10    THE WITNESS: Some of the
11    manuscripts that were assisted by
12    Parexel were used in marketing
13    activities.
14 BY MR. ALLEN:
15    Q. Yes, sir.
16    I know they were used. And
17 see, I'm -- I tell you, I'm kind of a
18 student of the English language.
19    So you've now agreed that
20 some of the articles that were published
21 with the assistance of AstraZeneca were
22 used in marketing activities. Correct?
23    MR. GOODELL: Object to
24    form.

Page 592

1     THE WITNESS: With the
2     assistance --
3  BY MR. ALLEN:
4     Q. Sir?
5     A. With the assistance of
6  Parexel.
7     Q. With the assistance of
8  Parexel.
9     Because you've agreed some
10 of them have been used in marketing
11 activities. Correct?
12    A. Correct.
13    Q. The word "plan," what's a
14 plan?
15    A. A plan is an understanding
16 of the future and how we're going to get
17 there.
18    Q. Yeah, that's good.
19    AstraZeneca had a
20 publication plan, did they not?
21    A. AstraZeneca as a whole did
22 not have a publication plan, no.
23    Q. I'm sorry. Tell the jury,
24 see, I'm here on Seroquel, and I keep on

Confidential - Jamie A. Mullen, M.D.

Page 593

1  forgetting I've got to do a better job.
2  Let me see if I can rephrase the
3  question.
4      Did the people that were
5  involved with AstraZeneca's product
6  Seroquel have a publication plan for
7  Seroquel?
8      MR. GOODELL: Object to the
9      colloquy and the question.
10     THE WITNESS: Yes, there was
11     a publication plan for Seroquel.
12 BY MR. ALLEN:
13     Q. That's right.
14        And the plan was put in
15 place in order to help effectuate
16 strategy that the marketing department
17 had for Seroquel. Correct?
18     A. Part of the plan was to help
19 provide data that would be used by the
20 marketing companies.
21     Q. Yeah. So you were
22 helping -- so the publication plan helped
23 effectuate marketing strategies.
24 Correct?

Page 594

1      MR. GOODELL: Object to
2      form.
3      THE WITNESS: I don't know
4      about marketing strategies. I
5      wasn't responsible for developing
6      them. I have no idea what fed
7      into them.
8  BY MR. ALLEN:
9      Q. Well, the publications
10 helped support the key messages for
11 Seroquel. Right? Isn't that right?
12     A. Data from clinical trials
13 was used to support, as it's properly
14 done, to support messages.
15     Q. So just for the jury's
16 understanding, remember things that
17 doctors learn, one of the sources is
18 publication in journals, in scientific
19 and medical journals. Right? It's one
20 of their sources?
21     A. And you recall, too, that I
22 objected to that diagram.
23     Q. Sir, I recall your
24 objection. And we're going to let the

Page 595

1  judge rule on that and that's just the
2  way the system is?
3      Listen to my question.
4      You recall that you agreed
5  that one of the sources of doctors'
6  knowledge was publications in journals.
7      You recall agreeing to that,
8  didn't you?
9      A. I don't agree to that
10 diagram. I do agree to the fact that
11 publication journals do provide
12 information into their knowledge base,
13 yes.
14     Q. Yes.
15        And now you can tell the
16 jury that in the published literature, it
17 was part of a publication plan to support
18 Seroquel marketing at AstraZeneca.
19 Correct?
20     MR. GOODELL: Object to
21     form.
22     THE WITNESS: Again, I said
23     before that I don't know what went
24     into the marketing plan. I can

Page 596

1  say that the publication plan was
2  developed to develop a strategy
3  for publications. And some of
4  those publications were used to
5  support marketing.
6  BY MR. ALLEN:
7      Q. And the plan, as you said, a
8  plan.
9         And you agree there's a
10 publication plan for Seroquel?
11     A. Yes.
12     Q. And a plan is where we want
13 to be in the future I think is one of the
14 things you said as a definition. Right?
15     A. That's correct.
16     Q. And one of the parts of your
17 plan at AstraZeneca was to have material
18 published that would support the
19 marketing of Seroquel. True?
20     A. That would support some of
21 the messages in marketing, yes.
22     Q. Yes, sir. Thank you very
23 much. Very simple. Thank you very much.
24     MR. GOODELL: Object to the

66 (Pages 593 to 596)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Jamie A. Mullen, M.D.

Page 597

1  colloquy.
2  BY MR. ALLEN:
3    Q.  Now, going on down here it
4  says on this Kasper deal, "RS" -- who's
5  RS? I bet I could figure it out.
6    A.  Rod Sayce.
7    Q.  Rod Sayce "has received a
8  draft of the study report from Professor
9  Kasper and will forward to JM."
10       That's who?
11   A.  That's me.
12   Q.  So the doctors who are
13 involved in the studies forward them to
14 AstraZeneca for comment and thinking.
15 Right?
16   A.  I don't know why it was
17 forwarded to me in this particular
18 context. It may have been because I was
19 a co-author. It may have been because I
20 was one of the reviewers on that review
21 team.
22   Q.  Okay. So by that answer and
23 we'll -- whether you're a co-author or
24 not, your answer concedes that

Page 598

1  AstraZeneca would have, as part of its
2  review team for published articles,
3  people that's name would not appear on
4  the paper.
5      In other words, the review
6  team did not consist of all the authors,
7  did it?
8    A.  The review team did not
9  consist of authors, just as review teams
10 at journals do not have authors on them.
11   Q.  Thank you, sir.
12      "Action," and we're going to
13 get through this. "Action RSIPXL."
14      What is that? Parexel -- I
15 can't even pronounce that word.
16      That's Parexel medical
17 marketing services, but --
18   A.  I don't know what the RSI
19 refers to.
20   Q.  Okay. And then action for
21 PXL. And I think there's a bibliography
22 or something.
23      But PXL we've agreed is
24 Parexel. Right?

Page 599

1    A.  That's correct.
2    Q.  "Provide a data gap analysis
3  for publications so that publication of
4  ISSs can be prioritized."
5      So it looks like to me
6  Parexel is analyzing some of the data to
7  be utilized by authors of investigator
8  sponsored studies; is that right?
9    A.  No, that's not correct.
10   Q.  What is a data gap analysis?
11   A.  Parexel looked at not the
12 clinical data but looked at the existing
13 literature and determined what was needed
14 in the literature.
15   Q.  Okay. Thank you very much,
16 sir.
17      Oh, so part of y'all's role,
18 you at AstraZeneca along with your
19 medical marketing services company,
20 Parexel, helped determine what y'all felt
21 was needed in the literature?
22      MR. GOODELL: Object to
23   form.
24 BY MR. ALLEN:

Page 600

1    Q.  Is that what you just said?
2      MR. GOODELL: Object to
3   form.
4      THE WITNESS: It's not what
5   I said.
6  BY MR. ALLEN:
7    Q.  Well, I thought I heard the
8  phrase that -- on this data gap analysis
9  there would be an evaluation to determine
10 what was needed in the literature.
11      Did I not hear that phrase?
12   A.  You did say that -- I did
13 say that.
14   Q.  Yes, sir.
15      And so who was trying to
16 determine what was "needed in the
17 literature"?
18   A.  Parexel generated a data gap
19 analysis. I don't know what the process
20 was for subsequently looking at that
21 analysis, but Parexel did not determine
22 the priorities.
23   Q.  No. What Parexel did is
24 what you testified to under oath.

67 (Pages 597 to 600)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Jamie A. Mullen, M.D.

Page 601

1  They helped evaluate "the
2  gaps in the literature." Right?
3      A.   That's correct.
4      Q.   Okay. By the way, you know
5  what, in all fairness to AstraZeneca,
6  what y'all are doing here with Parexel in
7  the medical marketing services, your
8  competitors were doing the same thing,
9  weren't they?
10          MR. GOODELL: Object to
11     form.
12 BY MR. ALLEN:
13     Q.   Sir?
14     A.   I have no idea what the
15 competitors are doing.
16     Q.   I mean, Pfizer's doing it
17 with Geodon; Bristol-Myers is doing it
18 with Abilify; Janssen is doing it with
19 Risperdal; and Eli Lilly is doing it with
20 Zyprexa. Is that right?
21          MR. GOODELL: Object to
22     form.
23          THE WITNESS: As I said
24     before, I have no idea what the

Page 602

1     other companies are doing.
2  BY MR. ALLEN:
3      Q.   So you have no idea.
4           Is your testimony under
5  oath, your right hand, is you have no
6  idea whether or not the competitive
7  companies of second generation
8  antipsychotics have publication plans and
9  utilize outside consulting services to
10 help author and produce and publish
11 manuscripts in the literature? Is that
12 your testimony?
13          MR. GOODELL: Object to
14     form.
15          THE WITNESS: You didn't ask
16     me that before. Are you asking me
17     that now?
18 BY MR. ALLEN:
19     Q.   Yes, sir.
20     A.   I would imagine they do.
21     Q.   Why would you imagine they
22 do?
23     A.   Because AstraZeneca has done
24 that.

Page 603

1      Q.   So really what the jury sees
2  in Exhibit 29, this is just common
3  everyday industry practice, isn't it?
4           MR. GOODELL: Object to
5      form.
6           THE WITNESS: To look at
7      gaps in the knowledge base and try
8      to fill them? Yes.
9  BY MR. ALLEN:
10     Q.   Sir, I'm sorry.
11          It's common industry
12 practice for pharmaceutical companies to
13 hire medical marketing services to assist
14 them in the implementation of publication
15 plans, to have manuscripts published in
16 the scientific and medical literature; is
17 that true?
18          MR. GOODELL: Object to
19     form.
20          THE WITNESS: Again, I don't
21     know what general practice is.
22     AstraZeneca contracted with
23     Parexel, not to provide medical
24     marketing but to provide

Page 604

1     assistance with editorial services
2     on the BEST team.
3  BY MR. ALLEN:
4      Q.   You think the other -- do
5  you think AstraZeneca is out there by
6  themselves in this conduct in this
7  regard, or do you believe or know whether
8  or not the competitors in the
9  pharmaceutical companies -- in
10 pharmaceutical industries do the same
11 thing or approximately the same thing?
12 Do you know?
13     A.   I don't know whether they do
14 the same thing.
15     Q.   Okay. You don't know.
16          And you're -- how long have
17 you been employed by AstraZeneca or at
18 Zeneca?
19     A.   Nine years.
20     Q.   And you have been involved
21 and you are paid money by the
22 pharmaceutical companies, and you can't
23 tell us -- and you're a board certified
24 psychiatrist. Right?

68 (Pages 601 to 604)

Golkow Technologies, Inc. - 1.877.370.DEPS