UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING
NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION AND
SUPPORTING MEMORANDUM OF LAW TO ASTRAZENECA'S MOTION AND
SUPPORTING MEMORANDUM UNDER *DAUBERT* AND
FEDERAL RULES OF EVIDENCE 702, 401, AND 403 TO EXCLUDE OR LIMIT
TESTIMONY OF PAUL DEUTSCH AND FREDERICK RAFFA**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Response filed in opposition to the Motion and Supporting Memorandum Under *Daubert* and Federal Rules of Evidence 702, 401, and 403 to Exclude or Limit Testimony of Paul Deutsch and Frederick Raffa filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. Plaintiffs' Response was originally filed under seal, together with the Exhibits thereto listed below ("Exhibits"), on or about November 24, 2008. In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Response, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or by further order of the Court, will be filed

1

of public record on the CM/ECF system or before March 4, 2009.

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion and Supporting Memorandum Under *Daubert* and Federal Rules of Evidence 702, 401 and 403 to Exclude or Limit Testimony of Paul Deutsch and Frederick Raffa**

| Exhibit No. | Description |
| --- | --- |
| 1 | Affidavit of Paul M. Deutsch, Ph.D., CRC, CCM, FIALCP, Curriculum Vitae; Introduction to Life Care Planning by Paul M. Deutsch Ph.D., CRC, CCM, CLCP, FIALCP |
| 2 | Paul M. Deutsch, Ph.D. deposition transcript excerpts (10/2/08) |
| 3 | Paul M. Deutsch, Ph.D. deposition transcript excerpts (10/7/08) |

DATED:  February 27, 2009             Respectfully submitted,


By:   /s/ Robert W. Cowan
   F. Kenneth Bailey Jr.
   K. Camp Bailey
   Fletcher V. Trammell
   Robert W. Cowan
   **BAILEY PERRIN BAILEY**
   440 Louisiana St., Suite 2100
   Houston, Texas 77002
   (713) 425-7100 Telephone
   (713) 425-7101 Facsimile
   kbailey@bpblaw.com
   cbailey@bpblaw.com
   ftrammell@bpblaw.com
   rcowan@bpblaw.com
   **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION AND SUPPORTING MEMORANDUM OF LAW TO ASTRAZENECA'S MOTION AND SUPPORTING MEMORANDUM UNDER *DAUBERT* AND FEDERAL RULES OF EVIDENCE 702, 401, AND 403 TO EXCLUDE OR LIMIT TESTIMONY OF PAUL DEUTSCH AND FREDERICK RAFFA with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

      /s/ Robert W. Cowan
      Robert W. Cowan