**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING
NON-CONFIDENTIAL EXHIBITS TO THEIR NOTICE OF INTENT TO FILE
EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND
THEIR COMBINED EMERGENCY MOTION FOR SANCTIONS FOR
DISCOVERY ABUSE AND LEAVE TO SUPPLEMENT PLAINTIFFS' SUMMARY
JUDGMENT AND *DAUBERT* EVIDENCE AND EXPERT REPORTS**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Notice of Intent to File Emergency Motion for Sanctions for Discovery Abuse (*Guinn* and *Haller* Docs. 40) and their Combined Emergency Motion for Sanctions for Discovery Abuse and Leave to Supplement Plaintiffs' Summary Judgment and *Daubert* Evidence and Expert Reports (*Guinn* and *Haller* Docs. 41), which were filed on or about January 23, 2009 and January 26, 2009 respectively in the above-captioned dockets (collectively, the "Notice and Motion"). Plaintiffs' Exhibits to the Notice and Motion were originally filed under seal.  In accordance with the Parties' agreement and the Court's instructions announced February 26, 2009, the following Exhibit to the Notice and Motion is filed herewith via the Court's CM/ECF system:

1

**EXHIBITS TO PLAINTIFFS' NOTICE OF INTENT TO FILE EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND THEIR COMBINED EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND LEAVE TO SUPPLEMENT PLAINTIFFS' SUMMARY JUDGMENT AND *DAUBERT* EVIDENCE AND EXPERT REPORTS (*GUINN* AND *HALLER* DOCS. 40 AND 41)**

| Exhibit No. | Description |
|---|---|
| A | 12/18/2008 Letter from FDA to AstraZeneca re: warning label changes |

DATED: February 28, 2009                             Respectfully submitted,

By:    /s/ Robert W. Cowan
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR NOTICE OF INTENT TO FILE EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND THEIR COMBINED EMERGENCY MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND LEAVE TO SUPPLEMENT PLAINTIFFS' SUMMARY JUDGMENT AND *DAUBERT* EVIDENCE AND EXPERT REPORTS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

      /s/ Robert W. Cowan  
      Robert W. Cowan