**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR SUPPLEMENTAL MEMORANDUM OF LAW (RELATED TO IHOR RAK) IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Supplemental Memorandum of Law (Related to Ihor Rak) in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. The Supplemental Memorandum of Law, and the Exhibits thereto listed below, were originally filed under seal. In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Supplemental Memorandum of Law, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or pursuant to further Order of the Court, will be filed of public record on the CM/ECF system or before March 4, 2009.

1

**Exhibits to Ihor Rak Deposition, As Incorporated Into Supplemental Memorandum of Law (Related to Ihor Rak) in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses**

| Exhibit No. | Document Description |
|---|---|
| B | Selected Ihor Rak deposition excerpts filed pursuant to parties' agreement (to be filed on or before 3/4/2009) |
| Dep. Ex. 7 | Seroquel and Seroquel XR Clinical Overview on Weight Gain |
| Dep. Ex. 9 | 7/7/2008 email from Hans Eriksson to Ihor Rak, et al. re: Updated discussion document for the 09July08 Seroquel Peds SERM |
| Dep. Ex. 10 | 12/4/2007 email from Ihor Rak to Jeffrey M. Goldstein re: "information" |
| Dep. Ex. 11 | 10/12/2004 email from Stephen Furlong to Ihor Rak, et al. re: diabetes/atypicals and metabolamics |
| Dep. Ex. 12 | "Clinical Study: The Weight Profile of Seroquel Over the Long Term," by M. Brecher, et al. |
| Dep. Ex. 14 | 2/26/2000 email from Michael Murray to Judith Owens, et al. re: Short report on weight gain |
| Dep. Ex. 15 | 10/26/2000 email from Dominic Aked to Ihor Rak, et al. re: Data for Weight Neutral Slide |
| Dep. Ex. 16 | Seroquel Clinical Overview of Weight Gain in Pediatric Patients |
| Dep. Ex. 21 | 6/25/2008 letter to AstraZeneca from FDA re: warning in labeling |
| Dep. Ex. 22 | 1/8/2008 letter to AstraZeneca from FDA re: evaluation of metabolic parameters |
| Dep. Ex. 31 | Dr. Michael J. Reinstein "Managing Weight Gain and Diabetes In Schizophrenia" promotional pamphlet |
| Dep. Ex. 32 | 2/15/1999 email from Judith Owens to Diane Davies, et al. re: ECNP Abstract "Weight Gain and Diabetes Management" |
| Dep. Ex. 33 | Background: Letter from M. Reinstein to D. Brennan dated Oct. 23, 2001 |
| Dep. Ex. 34 | 2/24/1999 email from Nick Hough to Ihor Rak, et al. re: ECNP Abstract "Weight Gain and Diabetes Management" |
| Dep. Ex. 41 | Promotional pamphlet—"Distinct Advantages of A Favorable Weight Profile" |
| Dep. Ex. 42 | 12/8/1999 email from Jim Gavin to Geert De Vriese, et al. re: 2 EPS Abstracts for APA |

DATED:  February 28, 2009        Respectfully submitted,

                By:   /s/ Robert W. Cowan
                      F. Kenneth Bailey Jr.
                      K. Camp Bailey
                      Fletcher V. Trammell
                      Robert W. Cowan
                      **BAILEY PERRIN BAILEY**
                      440 Louisiana St., Suite 2100
                      Houston, Texas 77002
                      (713) 425-7100 Telephone
                      (713) 425-7101 Facsimile
                      kbailey@bpblaw.com
                      cbailey@bpblaw.com
                      ftrammell@bpblaw.com
                      rcowan@bpblaw.com
                      **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR SUPPLEMENTAL MEMORANDUM OF LAW (RELATED TO IHOR RAK) IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                      /s/  Robert W. Cowan
                      Robert W. Cowan