| | |
|---:|:---|
| Id : | i.m.c22c37e56740fa1f408e63eba6fa447b |
| CN : | S339-E01167234 |
| Date : | Tuesday, December 4, 2007 1:39:49 PM GMT |
| From : | "Rak, Ihor W" <ihor.rak@astrazeneca.com> |
| To : | "Goldstein, Jeffrey M" <jeffrey.goldstein@astrazeneca.com> |
| Subject : | Re: information |
| Custodians : | Goldstein, Jeffrey |

From: Rak, Ihor W

Sent: Tuesday, December 04, 2007 1:40 PM

To: Goldstein, Jeffrey M

Subject: Re: information

Jeff

Thanks for reaching out to me - I will look into this and we should discuss. When is your must decide date so I know how much time I have?

Ihor

------------------------

Sent from my BlackBerry Wireless Handheld

EXHIBIT 10
WIT: RAK
DATE: 11-24, 08
LINDA ROSSI RIOS

----- Original Message -----

From: Goldstein, Jeffrey M

To: Rak, Ihor W

Sent: Mon Dec 03 19:49:04 2007

Subject: information

Dear Ihor,

I need to make a very difficult decision over the next few weeks and I wanted to reach out to you for advice. A few weeks ago we chatted briefly and I told you that I was anticipating a promotion to Senior Director but things have not progressed as fast as I had hoped, and the recent reorganization may have removed this from peoples radar screens. I was counting on this promotion to bring me to Band 7 and allow the cap on my salary to be removed because over the past three years I have not received a raise. This was because my salary in relation to the MRP for Band 6 is above the accepted limits. Although I have received a lump sum each year in lieu of a raise, it has not figured into my bonus or pension. You can imagine how frustrated I am in view of my excellent performance reviews. I recently did some calculations and if I were to retire at the end of this year the company would have to add 6 weeks of banked vacation plus an additional week that I was allowed to carryover into 2008. That would make 2007 my best grossing year (assuming my bonus is on par with previous years) and my pension would increase. That is a very attractive option for me. However, I am hesitant to act on this urge as I feel I still have a lot to offer this company and my passion for Seroquel has far from ended. And, there is a lot going on with Seroquel under the pretense of science that needs serious review. So to be very frank with you and the reason for this email is to ask the following questions - am I being considered for promotion to Senior Director, when will this likely happen, and will my salary increase appropriately? Sorry if I am putting you in a difficult situation but I need to make a decision very soon and you are the only one who can provide me with the answers to those questions.

I will be traveling this week to Budapest to make 2 Seroquel presentations at IFMAD, and then on vacation for the rest of the year although I am giving up several vacation days to handle urgent matters not the least of which is to continue to meet with the attorneys who are preparing me for my January deposition. I regularly check my email when home (a habit I cannot seem to break) so except for my time in Budapest I will look for a response from you. I would also welcome some time with you to discuss this further if you think that would be best and would happily give up some vacation time to meet at your convenience.

I truly hope that AZ will reward and recognize me with a promotion but more importantly give me the opportunity to take on a more senior leadership role. I truly believe our group needs a senior person to step in and question the science being presented at several levels. I look forward to hearing back from you.

Sincerely,

Jeff