**From:** Furlong, Stephen T
**Sent:** Tuesday, October 12, 2004 8:40 AM
**To:** Rak, Ihor W
**Cc:** Keith, Rich A; Allen, Robert (R&D TA Pain)
**Subject:** FW: diabetes/atypicals and metabalomics

Hi Ihor,
Rob Allen suggested that I share with you the attached proposal for a pilot metabalomic study and request that the EPT provide funding. The results from the study have the potential for helping us identify new biochemical biomarkers for schizophrenia useful for understanding the relationship between atypical antipsychotics and diabetes, and possibly, insight that would help new target identification. This proposal is brief so I would be happy to provide more details or explanation.
Thanks
Steve

-----Original Message-----
**From:** Allen, Robert (R&D TA Pain)
**Sent:** Tuesday, October 12, 2004 7:35 AM
**To:** Furlong, Stephen T; Brecher, Martin
**Cc:** Smith, Mark A (Exp Med)
**Subject:** RE: diabetes/atypicals and metabalomics

Steve,

Apolgies for delay in getting back on this.  This is a sound and reasonable proposal.  Suggest you also share directly with Ihor and EPT   with request for $$$ support.  Would not wait for any clinical reorganization or decisions around DxM budgets to progress this.  Glad to further discuss / faciitate as you request.

 
metabolon-business   Proposal for
    -case.doc        Metabolon Collabo...

Thanks.

Rob

-----Original Message-----
**From:** Furlong, Stephen T
**Sent:** Monday, October 11, 2004 4:20 PM
**To:** Brecher, Martin
**Cc:** Smith, Mark A (Exp Med); Allen, Robert (R&D TA Pain)
**Subject:** diabetes/atypicals and metabalomics

Hi Martin,
Mark mentioned to me that there is renewed interest on the Seroquel team for understanding the nature of the diabetes liability for atypicals so I thought you might be interested in the review paper at the attached link. By the way, the metabalomics approach that we discussed has some real potential for providing some insight here.   I'd be interested in talking to you some more about this and/or giving a presentation to the Seroquel about how this approach might help us.
Steve

http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15378663

Stephen T. Furlong, Ph.D.

EXHIBIT 11
WIT: RAR
DATE: 1-24-08
LINDA ROSSI RIOS

SQ1ED01735708

AstraZeneca, 1800 Concord Pike, Wilmington, DE 19850
ph 302-886-8588 mobile 302-898-7207 fax 302-885-3245

SQ1ED01735708