

| | |
|---|---|
| **Clinical Overview** | |
| Drug Name | Quetiapine fumarate |
| Date | July 2008 |

# SEROQUEL™ (quetiapine fumarate)
# Clinical Overview on Weight Gain in pediatric patients

Authors:

Leigh Jefferies M.D.
Global Safety Physician
Patient Safety, Wilmington, DE

Eva S.K. Alam, M.S., Pharm.D., RPh
Safety Surveillance Team Leader
Patient Safety, Wilmington, DE

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

SEROQUEL and SEROQUEL XR are trademarks of the AstraZeneca group of companies

EXHIBIT 16
WIT: RAK
DATE: 1-24-08
LINDA ROSSI RIOS

## TABLE OF CONTENTS            PAGE

TITLE PAGE ..................................................................................................... 1

TABLE OF CONTENTS .................................................................................. 2

1. PRODUCT DEVELOPMENT RATIONALE ............................................ 4
1.1 Introduction ................................................................................................. 4
1.1.1 SEROQUEL and SEROQUEL XR ............................................................ 4
1.2 Proposed label change ................................................................................. 4
2. OVERVIEW OF BIOPHARMACEUTICS ............................................... 5
3. OVERVIEW OF CLINICAL PHARMACOLOGY .................................. 5
4. OVERVIEW OF EFFICACY ..................................................................... 5
5. OVERVIEW OF SAFETY ......................................................................... 6
5.1 Data summary and discussion ..................................................................... 6
5.1.1 Pediatric clinical trial data .......................................................................... 6
5.1.2 Acute placebo-controlled data .................................................................... 6
5.1.2.1 D144C00112 ............................................................................................... 6
5.1.2.2 D144C00149 ............................................................................................... 7
5.1.3 Longer-term open-label pediatric data ....................................................... 8
5.1.3.1 D1441C00150 ............................................................................................. 8
5.1.4 Additional analysis of Pediatric data ........................................................ 10
5.1.4.1 Z-scores .................................................................................................... 10
5.1.4.2 Overall summary of pediatric clinical trial data ...................................... 13
6. BENEFITS AND RISKS CONCLUSIONS ............................................ 13
7. REFERENCES ......................................................................................... 14

## LIST OF TABLES

Table 1    D144C00112: Mean increase in weight from baseline ............................. 6

Table 2    D144C00112: Patients with ≥ 7% weight gain (Summary safety
           population) ................................................................................................ 7

Table 3    D144C00149: Mean increase in weight from baseline ............................. 7

Table 4    D144C00149: Patients with ≥7% weight gain (Summary safety
           population) ................................................................................................ 7

| | | |
|---|---|---|
| Table 5 | Study D1441C00150: mean changes from baseline to the final visit (safety population) | 9 |
| Table 6 | Study D1441C00150: Patients with ≥ 7% weight gain (Summary safety population) | 10 |
| Table 7 | Study D1441C00150: Mean values of BMI Z score at baseline, end of treatment and final visit (safety population) | 11 |
| Table 8 | Patients with ≥ 0.5 shift in BMI Z score in Study D1441C00150 by indication | 12 |
| Table 9 | Patients with ≥0.5 shift in BMI Z score in Study D1441C00150 by age group* | 13 |

# 1. PRODUCT DEVELOPMENT RATIONALE

## 1.1 Introduction

The Core Data Sheets for SEROQUEL is to be amended following an internal safety evaluation and review meeting on 09 July 2008. The purpose of this document is to summarize the key information on which the decision to amend the CDS was based, to document the Core Data Sheet amendment and to support changes to local Prescribing Information.

### 1.1.1 SEROQUEL and SEROQUEL XR

SEROQUEL and SEROQUEL XR are atypical antipsychotic agents, presented as tablets containing quetiapine fumarate, which exhibits affinity for brain serotonin (5HT2) and dopamine D1 and D2 receptors. In addition, SEROQUEL/SEROQUEL XR also have high affinity at histaminergic and adrenergic α1 receptors, with a lower affinity at adrenergic α2 receptors, but no appreciable affinity at cholinergic, muscarinic or benzodiazepine receptors.

SEROQUEL was first approved for marketing in the United Kingdom (UK) on 31 July 1997 and was first launched in the UK on 22 September 1997. By 31 March 2008, SEROQUEL has been approved in 89 countries for schizophrenia, 86 countries for bipolar mania, (with Mexico being the first country to approve bipolar mania on 29 May 2003), 26 countries for bipolar depression, (with Czech Republic being the first country to approve bipolar depression on 27 September 2006), and in one country for bipolar maintenance (USA being the first country to approve bipolar maintenance on 14 May 2008). SEROQUEL is presented as tablets delivering a dose of 25 mg, 50 mg, 100 mg, 150 mg, 200 mg, 300 mg, or 400 mg of quetiapine free-base. SEROQUEL is not approved for children or adolescents below 18 years of age.

SEROQUEL XR was first approved for marketing in the United States (US) for acute schizophrenia on 18 May 2007 and for maintenance of schizophrenia on 15 November 2007. By 31 March 2008, SEROQUEL XR has been approved in 30 countries for schizophrenia (including 14 countries in the Mutual Recognition Procedure), 7 countries for bipolar mania (with Slovakia being the first country to approve bipolar mania on 28 June 2007), and in one country for bipolar depression (Mexico being the first country to approve bipolar depression in October 2007). SEROQUEL XR is presented as tablets delivering a dose of 50 mg, 200 mg, 300 mg, or 400 mg of quetiapine free-base. SEROQUEL XR is not approved for children or adolescents below 18 years of age.

## 1.2 Proposed label change

The following text will be added to Section 4.8 *Undesirable effects* of the SEROQUEL CDS under a subheading of *Children and adolescents.*

**Children and adolescents**

The same ADRs described above for adults apply to children and adolescents. The following table summarizes ADRs that occur in a higher frequency category in children and adolescents patients (10-17 years of age) than in the adult population or ADRs that have not been identified in the adult population.

**Weight gain in children and adolescents**

In one 6-week, placebo-controlled trial in adolescent patients (13-17 years of age) with schizophrenia, the mean increase in body weight, was 2.0 kg in the quetiapine group and -0.4 kg in the placebo group. Twenty one percent of quetiapine-treated patients and 7% of placebo-treated patients gained ≥ 7 % of their body weight.

In one 3-week, placebo-controlled trial in children and adolescent patients (10-17 years of age) with bipolar mania, the mean increase in body weight was 1.7 kg in the quetiapine group and 0.4 kg in the placebo group. Twelve percent of quetiapine-treated patients and 0% of placebo-treated patients gained ≥ 7 % of their body weight.

In the open-label study that enrolled patients from the above two trials, 63% of patients (241/380) completed 26 weeks of therapy with quetiapine. After 26 weeks of treatment, the mean increase in body weight was 4.4 kg. Forty five percent of the patients gained ≥ 7% of their body weight, not adjusted for normal growth. In order to adjust for normal growth over 26 weeks an increase of at least 0.5 standard deviation from baseline in BMI was used as a measure of a clinically significant change; 18.3% of patients on quetiapine met this criterion after 26 weeks of treatment.

Since clinical trials in pediatric patients have been conducted with SEROQUEL and not SEROQUEL XR this change applies only to the SEROQUEL CDS.

## 2.     OVERVIEW OF BIOPHARMACEUTICS

This section is not relevant to this document.

## 3.     OVERVIEW OF CLINICAL PHARMACOLOGY

This section is not relevant to this document.

## 4.     OVERVIEW OF EFFICACY

This section is not relevant to this document.

## 5. OVERVIEW OF SAFETY

### 5.1 Data summary and discussion

#### 5.1.1 Pediatric clinical trial data

The data presented below is taken from two acute placebo-controlled studies with SEROQUEL in pediatric patients with schizophrenia or bipolar mania and one longer-term open-label study with SEROQUEL. The patients in the longer-term trial were originally enrolled in one of the two acute placebo-controlled trials. The following is a brief description of these three trials.

- D1441C00112: a 6-week, International, Multicenter, Randomized, Double-blind, Parallel group, Placebo-controlled, Phase IIIb Study of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL™) Immediate-release Tablets in Daily Doses of 400 mg and 800 mg Compared with Placebo in the Treatment of Adolescents with Schizophrenia

- D1441C00149: a 3-week, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Phase IIIb Study of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL™) Immediate-release Tablets in Daily Doses of 400 mg and 600 mg Compared with Placebo in the Treatment of Children and Adolescents with Bipolar I Mania

- D1441C00150: a 26-week, International, Multicenter, Open-label Phase IIIb Study of the Safety and Tolerability of Quetiapine Fumarate (SEROQUEL™) Immediate-release Tablets in Daily Doses of 400 mg to 800 mg in Children and Adolescents with Bipolar I Disorder and Adolescents with Schizophrenia

#### 5.1.2 Acute placebo-controlled data

#### 5.1.2.1 D144C00112

**Mean increase in body weight**

In study D144C00112, mean weights were similar at baseline for the three treatment groups. Mean changes in weight from baseline were higher for quetiapine-treated patients at each time point compared to placebo. At Day 42, the mean changes from baseline were 2.2 kg in the 400 mg/day quetiapine group, 1.8 kg in the 800 mg/day quetiapine group, and –0.4 kg in the placebo group (see Table 1).

Table 1    D144C00112: Mean increase in weight from baseline

| Change from Baseline | QTP 400 mg | QTP 800 mg | PLACEBO |
|---|---|---|---|
| Day 42 | 2.2 kg | 1.8 kg | -0.4 kg |

**Patients with ≥7% weight gain**

A higher percentage of quetiapine-treated patients (23.21% in the 400 mg/day and 18.18% in the 800 mg/day) had ≥7% weight gain at Day 42 compared to the placebo-treated patients (6.82%) (see Table 2).

| Table 2 | D144C00112: Patients with ≥ 7% weight gain (Summary safety population) | | |
|---|---|---|---|
| Visit | QTP 400 mg<br>N=56<br>n (%) | QTP 800 mg<br>N = 55<br>n (%) | PLA<br>N = 44<br>n (%) |
| Day 42 | 13 (23.2) | 10 (18.2) | 3 (6.8) |

### 5.1.2.2   D144C00149

**Mean increase in weight**

Mean increases in weight from baseline to Day 21 were higher for quetiapine-treated patients at each time point compared to placebo. These increases from baseline were 1.7 kg in the 400 mg quetiapine-treated group, 1.7 kg in the 600 mg quetiapine-treated group and 0.4 kg in the placebo group. Quetiapine-treated patients experienced higher mean increases in weight compared to placebo at Day 21 (see Table 3).

| Table 3 | D144C00149: Mean increase in weight from baseline | | |
|---|---|---|---|
| Change from baseline | QTP 400 mg | QTP 600 mg | PLA |
| Day 21 | 1.7 kg | 1.7 kg | 0.4 kg |

**Patients with ≥7% weight gain**

A higher percentage of quetiapine-treated patients (14.47% in the 400 mg/day and 9.88% in the 600 mg/day) had ≥7% weight gain at Day 21 compared to placebo-treated patients (0%) (see Table 4).

| Table 4 | D144C00149: Patients with ≥7% weight gain (Summary safety population) | | |
|---|---|---|---|
| Visit | QTP 400 mg<br>N = 76<br>n (%) | QTP 600 mg<br>N = 81<br>n (%) | PLACEBO<br>N = 68<br>n (%) |
| Day 21 | 11 (14.5) | 8 (9.9) | 0 (0) |

### 5.1.3 Longer-term open-label pediatric data
#### 5.1.3.1 D1441C00150

Study D1441C00150 was an open-label extension study designed to assess the safety and tolerability of quetiapine (flexibly dosed at 400 mg/day to 800 mg/day) in adolescents with schizophrenia (continuing from Study D144C00112) and in children and adolescents with bipolar I disorder (continuing from Study D144C00149). There were a total of 380 patients in the safety analysis set, including 175 with schizophrenia and 205 with mania. Sixty-three percent of patients (241) completed 26 weeks of therapy with quetiapine.

All patients treated with quetiapine 50 mg/day on Day 1 then escalated to 400 mg on Day 5. From Day 5, the target dose of 400 mg/day was maintained or increased by no more than 100 mg/day, up to 800 mg/day or adjusted down to 200 mg/day. Patients were treated for up to 26 weeks.

**Mean increase in weight**

The mean change in weight for schizophrenia and bipolar I patients (who enrolled) from OL baseline as well as DB baseline to final visit are provided in Table 5.

**Table 5**  Study D1441C00150: mean changes from baseline to the final visit (safety population)

| | Acute feeder study treatment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prior Placebo (N=129) | | | All prior QTP (N=251) | | | Total (N=380) | | |
| | n | Mean | SD | n | Mean | SD | n | Mean | SD |
| 112 DB Baseline | | | | | | | | | |
| Final visit (150 OL BSLN) | 62 | 67.4 | 16.3 | 113 | 64.8 | 19.2 | 175 | 65.7 | 18.2 |
| Change from 112 DB BSLN | 62 | 4.1 | 8.5 | 113 | 4.8 | 10.8 | 175 | 4.6 | 10.0 |
| Change from 150 OL Baseline | 62 | 4.3 | 6.9 | 113 | 2.8 | 10.1 | 175 | 3.3 | 9.1 |
| 149 DB Baseline | | | | | | | | | |
| Final visit (150 OL BSLN) | 64 | 68.3 | 21.9 | 136 | 64.5 | 18.4 | 200 | 65.8 | 19.6 |
| Change from 149 DB BSLN | 64 | 5.8 | 6.4 | 136 | 5.1 | 5.7 | 200 | 5.3 | 5.9 |
| Change from 150 OL Baseline | 64 | 5.5 | 5.8 | 135 | 3.2 | 4.8 | 199 | 4.0 | 5.2 |
| Total 149 and 112 pooled DB Baseline | | | | | | | | | |
| Final visit (150 OL BSLN) | 126 | 67.9 | 19.3 | 249 | 64.7 | 18.7 | 375 | 65.7 | 19.0 |
| Change from DB BSLN | 126 | 5.0 | 7.50 | 249 | 5.0 | 8.3 | 375 | 5.0 | 8.1 |
| Change from 150 OL Baseline | 126 | 4.9 | 6.4 | 248 | 3.0 | 7.6 | 374 | 3.7 | 7.3 |

In patients who completed 26 weeks of therapy with quetiapine (n=241) in Trial D1441C00150, the mean change in weight from OL baseline was 4.4 kg.

**Patients with ≥7% weight gain**

In the safety population, 134 patients (35.6%) experienced ≥7% weight gain from OL baseline to final visit (see Table 6).

9

Table 6   Study D1441C00150: Patients with ≥ 7% weight gain (Summary safety population)

| | Acute feeder study treatment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prior Placebo (N=129) | | | Prior All QTP (N=251) | | | Total (N=380) | | |
| | N | n | (%) | N | n | (%) | N | n | (%) |
| Pooled data 149 and 112 | | | | | | | | | |
| From DB Baseline | 127 | 58 | 45.7 | 249 | 119 | 47.8 | 376 | 177 | 47.1 |
| From 150 OL Baseline | 127 | 50 | 39.4 | 249 | 84 | 33.7 | 376 | 134 | 35.6 |
| Study 112 (schizophrenia) | | | | | | | | | |
| From DB Baseline | 62 | 24 | 38.7 | 113 | 43 | 38.1 | 175 | 67 | 38.3 |
| From 150 OL Baseline | 62 | 19 | 30.6 | 113 | 32 | 28.3 | 175 | 51 | 29.1 |
| Study 149 (BP I) | | | | | | | | | |
| From DB Baseline | 65 | 34 | 52.3 | 136 | 76 | 55.9 | 201 | 110 | 54.7 |
| From 150 OL Baseline | 65 | 31 | 47.7 | 136 | 52 | 38.2 | 201 | 83 | 41.3 |

Of the patients who completed 26 weeks of treatment with quetiapine, 44.8% (108/241) had a ≥7% increase in weight from OL baseline.

### 5.1.4   Additional analysis of Pediatric data

#### 5.1.4.1   Z-scores

Since body weight and height should increase in children, data showing an increase in weight with time sometimes may not indicate a problem. One convenient way to express body weight is in terms of body mass index (BMI), since with BMI, the weight is adjusted for height (Correll et al 2006).

A better measure of weight change in children and adolescents is to convert the mean weight and BMI to a Z-score taking into consideration the age and gender of the subject. Z-scores are able to show how different a child's weight or BMI is from the average children of the same height (Reyes et al 2006).

One of the criteria proposed to show significant weight gain in children and adolescents is a greater than or equal to an increase in BMI Z-score of 0.5 over any duration of time (Correll et al 2006). This increase represents a change of 0.5 standard deviation from baseline.

## BMI Z-scores

The mean BMI Z-scores (for patients who enrolled in study D1441C00150) from the DB baseline for schizophrenia to the final visit and end of treatment are higher for the prior placebo group compared to the prior quetiapine group (see Table 7).

**Table 7**     **Study D1441C00150: Mean values of BMI Z score at baseline, end of treatment and final visit (safety population)**

| | Acute feeder study treatment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prior Placebo (N=129) | | | All prior QTP (N=251) | | | Total (N=380) | | |
| | n | Mean | SD | n | Mean | SD | n | Mean | SD |
| 112 DB Baseline | 62 | 0.3 | 1.2 | 113 | -0.1 | 1.4 | 175 | 0.0 | 1.3 |
| Week 26 | 41 | 0.4 | 1.1 | 86 | 0.1 | 1.22 | 127 | 0.2 | 1.2 |
| Final Visit | 62 | 0.5 | 1.0 | 113 | 0.2 | 1.3 | 175 | 0.3 | 1.2 |
| 149 DB Baseline | 67 | 1.0[a] | 1.0 | 138 | 0.9[a] | 1.1 | 205 | 0.9[a] | 1.0 |
| Week 26 | 37 | 1.2 | 1.0 | 77 | 1.2 | 1.0 | 114 | 1.2 | 1.0 |
| Final Visit | 63 | 1.2 | 1.0 | 135 | 1.0 | 1.0 | 198 | 1.1 | 1.0 |
| DB Total Baseline | 129 | 0.6 | 1.2 | 251 | 0.4 | 1.3 | 380 | 0.5 | 1.3 |
| Week 26 | 78 | 0.8 | 1.1 | 163 | 0.6 | 1.2 | 241 | 0.7 | 1.2 |
| Final Visit | 125 | 0.9 | 1.0 | 248 | 0.7 | 1.2 | 373 | 0.7 | 1.2 |

[a] The mean BMI Z score at baseline is much higher for the 149 population

Table 8 below shows patients who had a ≥ 0.5 shift in BMI Z-score during trial D1441C00150 from both DB baseline and OL baseline and by indication. Of all patients who completed 26 weeks of treatment with quetiapine, 18.3% (44/241) had a shift of ≥ 0.5 BMI Z-score.

Table 8        Patients with ≥ 0.5 shift in BMI Z score in Study D1441C00150 by indication

| Occurrence Time/baseline | Schizophrenia to OL 150 | | BP to OL 150 | | OL 150 |
|---|---|---|---|---|---|
| | DB All Quetiapine n/N (%) | DB Placebo n/N (%) | DB All Quetiapine n/N (%) | DB Placebo n/N (%) | OL All - Quetiapine N/N (%) |
| End of Treatment/DB | 24/113 (21.2)[a] | 17/62 (27.4)[a] | 29/135 (21.5)[c] | 12/63 (19)[c] | 82/373 (22) |
| End of Treatment/OL | 16/113 (14.2)[b] | 15/62 (24)[b] | 11/133 (8.3)[b] | 12/63 (19)[b] | 54/371 (14.6)[b] |

[a] From double blind baseline of study 112 to end of study 150; [b] From OL baseline of study 150 to end of study 150; [c] From double blind baseline of study 149 to end of study 150

**Patients with ≥0.5 shift in standardized BMI Z-score in Study D1441C00150 by age group**

A similar percentage of patients ≤12 years of age (who enrolled in study D1441C00150) treated with prior placebo (28% at EOT) had ≥0.5 shift in standardized BMI Z-score compared with prior quetiapine-treated patients (25% at EOT) from the DB baseline (see Table 9).

A higher percentage of patients ≤12 years of age (who enrolled in study D1441C00150) treated with prior placebo (24% at EOT) had ≥0.5 shift in standardized BMI Z-score compared with prior quetiapine-treated patients (8.6% at EOT) from the OL baseline (see Table 9).

A similar percentage of pediatric patients 13-18 years of age (who enrolled in study D1441C00150) treated with prior placebo (22% at EOT) had ≥0.5 shift in standardized BMI Z-score compared to prior quetiapine-treated patients (20.1% at EOT) from the DB baseline (see Table 9).

A higher percentage of pediatric patients 13-18 years of age (who enrolled in study D1441C00150) treated with prior placebo (21% at EOT) had ≥0.5 shift in standardized BMI Z-score compared to prior quetiapine-treated patients (11.7% at EOT) from the OL baseline (see Table 9).

Table 9        Patients with ≥0.5 shift in BMI Z score in Study D1441C00150 by age group*

| Occurrence Time/baseline | ≤ 12 years OL 150 | | 13 to 17 years OL 150 | | OL 150 |
|---|---|---|---|---|---|
| | DB All Quetiapine | DB Placebo | DB All Quetiapine | DB Placebo | OL All - Quetiapine |
| | n/N (%) | n/N (%) | n/N (%) | n/N (%) | n/N (%) |
| End of Treatment/DB | 15/59 (25) | 7/25 (28) | 38/189 (20.1) | 22/100 (22) | 82/373 (22) |
| End of Treatment/OL | 5/58 (8.6) | 6/25 (24) | 22/188 (11.7) | 21/100 (21) | 54/371 (14.6) |

* Study 112 was a six week placebo controlled trial in adolescent patients (13-17 years) and study 149 was a three week trial in children and adolescent patients (10-17 years)

### 5.1.4.2   Overall summary of pediatric clinical trial data

In trial D1441C00112, the mean increase in body weight was 2 kg in the quetiapine group and -0.4 kg in the placebo group. Twenty-one percent of quetiapine patients and 7% of placebo patients had gained ≥7% of their body weight.

In trial D144C00149, the mean increase in body weight was 1.7 kg in the quetiapine group and 0.4 kg in the placebo group. Twelve percent of quetiapine patients and 0% of placebo patients had gained ≥7% of their body weight.

In trial D1441C00150, where 63% of patients (241/380) completed 26 weeks of therapy with quetiapine, the mean increase in body weight was 4.4 kg. Forty-five percent of the patients had ≥7% increase in body weight, not adjusted for normal growth. In order to adjust for normal growth over 26 weeks, an increase of at least 0.5 standard deviation from baseline in BMI was used as a measure of a clinically significant change; 18.3% of patients on quetiapine met this criterion after 26 weeks of treatment.

## 6.   BENEFITS AND RISKS CONCLUSIONS

The purpose of this application is to update the SEROQUEL Core Data Sheet and local Prescribing information with current findings in relation to weight gain in patients treated with quetiapine. AstraZeneca believes that these data do not alter the overall safety and tolerability profile of SEROQUEL and SEROQUEL XR and that the benefit/risk profile of SEROQUEL and SEROQUEL XR remains positive.

## 7. REFERENCES

**Correll et al 2006**
Correll CU, Carlson HE. Endocrine and metabolic adverse effects of psychotropic medications in children and adolescents. J. Am. Acad. Child. Adolesc. Psychiatry. 2006; 45 (7):771-791.

**Reyes et al 2006**
Reyes M, Croonenberghs J, Augustyns I, Eerdekens M. Long-term use of risperidone in children with disruptive behavior disorders and subaverage intelligence: efficacy, safety and tolerability. J. Child. Adolescent. Psychopharmacol. 2006; 16(3): 260-272.

According to his/her respective qualification the undersigned expert declares hereby to have performed the duties set out in the Article 12 and in accordance with Annex I Part I 1.4 of Directive 2001/83/EC, as amended

**CLINICAL:**

Name of the expert:   Leigh Jefferies, MD           Signature:
                     Global Safety Physician
                     Patient Safety

Address:             1800 Concord Pike
                     Wilmington, DE 19850

Date:

According to the Annex I of Directive 2001/83/EC as amended, brief information (curriculum vitae) on the educational, training and occupational experience of the expert is attached.

15