Id : i.m.c6eeb47556ec043db4b68161227303d2
CN : SQ1ED00100027
Date : Monday, February 15, 1999 9:34:00 PM GMT
From : Owens Judith J
To : Davies Diane DE - MMCC; Hough Nick NW; Jones Martin AM - PHMS; Lawrence Richard RA; Litherland Steve S; Murray Michael MF; Price Anna AC; Rak Ihor IW
Cc : Bill Kevin K; Tugend Georgia GL; Tumas John JA
Subject : ECNP Abstract 'Weight gain & diabetes management'
Attachments : 📄 Management of Weight Gain and Diabetes by Clozapine.doc
Custodians : Jones, Martin

---

From: Owens Judith J
Sent: 2/15/1999 8:20:50 AM
To: Davies Diane DE - MMCC; Rak Ihor IW; Litherland Steve S; Jones Martin AM - PHMS; Hough Nick NW; Price Anna AC; Lawrence Richard RA; Murray Michael MF
CC: Tumas John JA; Tugend Georgia GL; Bill Kevin K
BCC:
Subject: ECNP Abstract 'Weight gain & diabetes management'

Dear All
Sorry for the previous e-mail which contained the abstract but no message.
Please find attached an abstract for review. The abstract on the topic of 'management of weight gain and diabetes' is intended for submission to ECNP. The author, Dr Reinstein - a US investigator, has written this article which is reporting on his own study. This abstract has been deemed internationally important by the Communications Planning Team, therefore it is being subjected to international review. Should you have any comments on Dr Reinstein's abstract please forward them directly to John Tumas [you will see that there are some queries which need to be put to the author, these are italicised in the attachment].
Kind regards
Judith Owens
Ext: (2)8235

>----------
>From: Owens Judith J
>Sent: 15 February 1999 13:04
>To: Davies Diane DE - MMCC; Rak Ihor IW; Litherland Steve S; Jones Martin AM - PHMS; Hough Nick NW; Price Anna AC; Lawrence Richard RA; Murray Michael MF
>Cc: Tumas John JA; Tugend Georgia GL; Bill Kevin K
>
><<File: Management of Weight Gain and Diabetes by Clozapine.doc>>
>



EXHIBIT 3 2
WIT: R A K
DATE: 11-25-08
LINDA ROSSI RIOS

---

SQ1ED00100027

# Management of Weight Gain and Diabetes by Clozapine-Seroquel Combination Therapy: Preliminary Findings

Author: Reinstein

**Objective:** To assess changes in weight and diabetes status for patients who initially were treated with Clozapine and then switched to Clozapine-Seroquel combination therapy.

**Method:** Body weight data were collected for a group of 65 randomly selected schizophrenic patients who were on Clozapine initially *[Author: please supply dose and duration of therapy]* and then had Seroquel *[Author: please supply dose]* added to their therapy. Weights were recorded monthly, and status of diabetes follow-up was also performed. Clozapine dosages were reduced as Seroquel was added proportionally.

**Results:** Data were extracted from retrospective chart review of 65 patients who were prospectively assigned to Clozapine-Seroquel therapy. All 65 patients showed weight loss ranging from 0 to 23 lbs *[Author: range of weight loss should start above 0 lbs if **all** patients had weight loss]*, with a mean loss of 3.98 lbs, after the first month of treatment *[Author: change statement to 'the first month of combination treatment'? What was the Seroquel dose at one month?]*. The improvement continued through the study end points. Marked total weight loss ranged from 1 to 41 lbs, with a mean loss of 9.2 lbs over the 10-month study period. Twenty per cent of patients developed diabetes during Clozapine monotherapy and showed significant improvement of diabetes with addition of Seroquel *[Author: did each of these patients with diabetes show significant improvement with Seroquel?]*.

**Conclusions:** An unusual clinical effect of Seroquel is its apparent propensity to induce weight loss and help with diabetes management in patients who gain weight and develop diabetes on Clozapine. The study's data support the safety and tolerability of Clozapine-Seroquel combination therapy.

This research was supported by Zeneca Pharmaceuticals Inc.

SQ1ED00100028