```
From: Hough Nick NW
Sent: 2/24/1999 8:30:56 AM
To: Rak Ihor IW; Litherland Steve S; Jones Martin AM - PHMS; Price Anna
AC; Lawrence Richard RA; Murray Michael MF; Owens Judith J; Bill Kevin K;
Davies Diane DE - MMCC; Tumas John JA
CC: Tugend Georgia GL
BCC:
Subject: RE: ECNP Abstract 'Weight gain & diabetes management'
```

Hi John,

in principle it's the quality of the data, not the source that matters for promo claims etc. - providing, of course, that whatever the message is, that it is consistent with the totality of the data. We must not get too carried away with 'weight loss' when we know the rest of our data appears to point in the other direction, although a specific message related to the special nature of this particular finding might be possible. I need to see a full account of the data in order to be more certain at this stage. In some countries, however, a promotional claim can only be made if the data has been 'published' - usually this means a peer-reviewed journal. In the UK we can use 'data on file', but we must be prepared to supply it to anyone asking for substantiation, and if they don't like it they can complain to the relevant bodies. I guess there are different rules in the US? - as I understand it you can only make promotional claims based on the data/information in your actual labelling; I'd be interested to know more about this.

I hope this helps,

Nick

```
>-----------
>From: Tumas John JA
>Sent: 24 February 1999 13:13
>To: Rak Ihor IW; Litherland Steve S; Jones Martin AM - PHMS; Hough Nick
NW; Price Anna AC; Lawrence Richard RA; Murray Michael MF; Owens Judith
J; Bill Kevin K; Davies Diane DE - MMCC
>Cc: Tugend Georgia GL
>Subject: RE: ECNP Abstract 'Weight gain & diabetes management'
>
>Actually, this abstract was submitted to APA, which will be the first
time it is presented anywhere - that will be May 15 -20. I'm afraid that
because it wasn't clear until the last minute if Dr. Reinstein was going
to submit this, it never got on our abstract list.
>
>Bye the way, is it possible to make a claim from data that are not the
result of a Zeneca trial?
>
> -----------
> From: Davies Diane DE - MMCC
> Sent: Wednesday, February 24, 1999 3:39 AM
```

EXHIBIT 34
WIT: RAK
DATE: 11-25-08
LINDA ROSSI RIOS

CONFIDENTIAL - SQ1ED00100042    1

```
> To: Rak Ihor IW; Litherland Steve S; Jones Martin AM - PHMS; Hough Nick
NW; Price Anna AC; Lawrence Richard RA; Murray Michael MF; Owens Judith
J; Bill Kevin K
> Cc: Tumas John JA; Tugend Georgia GL
> Subject: RE: ECNP Abstract 'Weight gain & diabetes management'
>
> Dear Kevin
> If accepted, the abstract will be published at ECNP, which is September
21st 1999.
> To my knowledge this will be the first report of weight loss with
seroquel - in this setting.
> kind regards
> Diane
> ----------
> From: Bill Kevin K
> Sent: 23 February 1999 22:52
> To: Davies Diane DE - MMCC; Rak Ihor IW; Litherland Steve S; Jones
Martin AM - PHMS; Hough Nick NW; Price Anna AC; Lawrence Richard RA;
Murray Michael MF; Owens Judith J
> Cc: Tumas John JA; Tugend Georgia GL
> Subject: RE: ECNP Abstract 'Weight gain & diabetes management'
>
> Is this the first mention of weight loss for SEROQUEL ?>
> If so when does it publish?
>
> ----------
> From: Owens Judith J
> Sent: 15 February 1999 13:20
> To: Davies Diane DE - MMCC; Rak Ihor IW; Litherland Steve S; Jones
Martin AM - PHMS; Hough Nick NW; Price Anna AC; Lawrence Richard RA;
Murray Michael MF
> Cc: Tumas John JA; Tugend Georgia GL; Bill Kevin K
> Subject: ECNP Abstract 'Weight gain & diabetes management'
>
> Dear All
> Sorry for the previous e-mail which contained the abstract but no
message.
> Please find attached an abstract for review. The abstract on the topic
of 'management of weight gain and diabetes' is intended for submission to
ECNP. The author, Dr Reinstein - a US investigator, has written this
article which is reporting on his own study. This abstract has been
deemed internationally important by the Communications Planning Team,
therefore it is being subjected to international review. Should you have
any comments on Dr Reinstein's abstract please forward them directly to
John Tumas [you will see that there are some queries which need to be put
to the author, these are italicised in the attachment].
> Kind regards
> Judith Owens
> Ext: (2)8235
> <<File: Management of Weight Gain and Diabetes by Clozapine.doc>>
> ----------
> From: Owens Judith J
> Sent: 15 February 1999 13:04
```

CONFIDENTIAL - SQ1ED00100042    2

```
> To: Davies Diane DE - MMCC; Rak Ihor IW; Litherland Steve S; Jones
Martin AM - PHMS; Hough Nick NW; Price Anna AC; Lawrence Richard RA;
Murray Michael MF
> Cc: Tumas John JA; Tugend Georgia GL; Bill Kevin K
>
> <<File: Management of Weight Gain and Diabetes by Clozapine.doc>>
>
>
>
>
>
```

CONFIDENTIAL - SQ1ED00100042   3