## Distinct advantages of a favorable weight profile

- Weight gain, commonly reported with some other antipsychotics, is associated with particular morbidities:
  - Type 2 diabetes, hypertension, coronary heart disease, cerebrovascular disease, certain cancers, and respiratory problems
- Minimal weight gain may reduce the likelihood that treatment with SEROQUEL will lead to diabetes and other morbidities associated with weight gain.
- Among patients taking antipsychotic medication, weight gain has been shown to cause more distress than other common adverse events

The most common adverse events associated with the use of SEROQUEL are dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%). The majority of adverse events are mild or moderate.[1]

In premarketing trials, the most common adverse events leading to treatment withdrawal were somnolence (0.8%) and hypotension (0.4%).[1]

As with all antipsychotic medications, prescribing should be consistent with the need to minimize the risk of tardive dyskinesia, seizures, and orthostatic hypotension.[1]

As with all antipsychotic medications, a rare condition referred to as neuroleptic malignant syndrome (NMS) has been reported.[1]

The safety and effectiveness of SEROQUEL in pediatric patients have not been established.[1]

As with other antipsychotic agents, SEROQUEL has been associated with weight gain. However, in a placebo-controlled clinical trial, weight gain ranged from 0.9 kg to 2.6 kg.[2]

**References: 1.** SEROQUEL® (quetiapine fumarate) Prescribing Information, AstraZeneca Pharmaceuticals LP, Wilmington, Delaware. **2.** Arvanitis LA, Miller BG, and the Seroquel Trial 13 Study Group. Multiple fixed doses of "Seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. *Biol Psychiatry.* 1997;42:233-246.



**Seroquel®** quetiapine fumarate  25 mg, 100 mg, 200 mg & 300 mg tablets



EXHIBIT 41
WIT: RAK
DATE: 11-25-08
LINDA ROSSI RIOS



EXHIBIT
Jackson 15
4/7/08



AstraZeneca

AstraZeneca Pharmaceuticals LP
1800 Concord Pike PO Box 15437
Wilmington DE 19850-5437

7/01            201644

© 2001 AstraZeneca Pharmaceuticals LP All rights reserved.
SEROQUEL is a registered trademark of the AstraZeneca group of companies.
Please see Prescribing Information in pocket of this brochure.

www.SEROQUEL.com

AZ/SER 3959666
CONFIDENTIAL