**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Notice of Unsealing and Filing Non-Confidential Exhibits to their Response filed in opposition to the Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law (Doc. 1112) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008. Plaintiffs' Response was originally filed under seal, together with the Exhibits thereto listed below ("Exhibits"), on or about November 24, 2008. In accordance with the Court's instructions announced February 26, 2009, a version of the Plaintiffs' Response, with limited redactions if required by the agreement of the parties announced in open Court on February 26, 2009, or pursuant to further Order of the Court, will be filed of public record on the CM/ECF system on or before March 4, 2009.

1

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Laura Plunkett, Ph.D. |
| 2 | Declaration of William Wirshing, M.D. |
| 3 | Declaration of Donna K. Arnett, M.D. |
| 4 | Pertinent portions of Goodman & Gilman's *The Pharmacological Basis of Therapeutics, Eleventh Edition,* 2008 |
| 5 | Pertinent portions of *Harrison's Principal of Internal Medicine, 17th Ed.*, 2008 |
| 6 | Pertinent portions of *TheMerck Manual of Diagnosis and Therapy, Eighteenth Edition* 2006 |
| 7 | Pertinent portions of Codario, Ronald A., *Type 2 Diabetes, Pre-Diabetes, and the Metabolic Syndrome, The Primary Care Guide to Diagnosis and Management,* 2005 |
| 8 | Pertinent portions of Koda-Kimble, M.A., et al., Applied Therapeutics-Ninth Ed. |
| 9 | Pertinent portions of Chisholm-Burnes, M.A., Pharmacotherapy principles & practice, 2008 |
| 10 | ADA, APA – Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes, *Diabetes Care,* 27:1, Feb. 2004 |
| 11 | Letter from Robert Dean, MBA, Regulatory Review Officer, Division of Marketing, Advertising and Communication of the FDA to James L. Gaskill, PharmD, Director, Promotional Regulatory Affairs, AstraZeneca dated November 16, 2006 |

| Exhibit No. | Description |
|---|---|
| 12 | Letter from Thomas Laughren, M.D., Division Director of the FDA to Gerald Limp, Director, Regulatory Affairs, AstraZeneca Pharmaceuticals LP dated January 8, 2008 (tentatively to be filed on or before 3/4/2009 subject to further meet and confer among the parties and/or necessary redactions) |
| 13 | Alberti, K., The Metabolic Syndrome – A New Worldwide Definition, *The Lancet* (2005) 366:1059-1062 |
| 14 | Grundy, S.M., et al., Clinical Management of Metabolic Syndrome: Report of the American Heart Association/National Heart, Lung, and Blood Institute/American Diabetes Association Conference on Scientific Issues Related to Management, *Circulation* (2004) 103:551-556 |
| 15 | Clinical Study Report – *A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia* – Edition Number 01 – Study Code D1441C00125, Date June 12, 2006 (Study 125) (pertinent portions are attached and complete copy is on accompanying CD ROM) (electronic file corrupted; to be filed on or before 3/4/2009) |
| 16 | Confidentiality Maintained by AstraZeneca (not disclosed) |
| 17 | Expert Report of Jeffrey P. Koplan, M.D., M.P.H. dated October 10, 2008 |
| 18 | Deposition Transcrit of Jeffrey P. Koplan, M.D., M.P.H. dated November 16, 2008 |
| 19 | Confidentiality Maintained by AstraZeneca (not disclosed) |
| 20 | Clinical Study Report Errata List – *A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression* – Study Code 5077US/0049, Date November 28, 2005 (Study 49) (pertinent portions are attached and complete copy is on accompanying CD ROM) (to be filed on or before 3/4/2009 subject to necessary redactions) |

| **Exhibit No.** | **Description** |
|---|---|
| 21 | Letter from Thomas Laughren, M.D., Director – Division of Psychiatry Products – Office of Drug Evaluation I, Center for Drug Evaluation and Research of the FDA to Gerald Limp, Director, Regulatory Affairs, AstraZeneca Pharmaceuticals LP dated June 25, 2008 |
| 22 | Calabrese, J.R., A Randomized, Double-Blind, Placebo-Controlled Trial of Quetiapine in the Treatment of Bipolar I or II Depression, *Am. J. Psychiatry* (2005) 162:1351-1360 |
| 23 | Clinical Study Report – *A Multicenter, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Patients With Schizophrenia*, Study code: 5077IL/0041 – March 2, 2006 (Study 41) (pertinent portions are attached and complete copy is on accompanying CD ROM) |
| 24 | Clinical Study Report – *A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression* –Study Code D1447C00135, Date December 1, 2005 (Study 135) (to be filed on or before 3/4/2009 subject to necessary redactions) |
| 25 | Clinical Trial Report – International Approval Form – *A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia*, Trial Number 5077IL/0015 – Date April 23, 1996 (Study 15) (pertinent portions are attached and complete copy is on accompanying CD ROM) |
| 26 | Email from Lisa Boornazian to Malin Dreyer – Subject: Fasting definitions in Diabetes request dated April 26, 2007 (F339-E15744558) |
| 27 | Email from Lisa Arvanitis to John Monyak, et al. – Subject: Weight gain   dated August 3, 1992 (AZSER 01612514-15) |
| 28 | Department of Health and Human Services – Public health Services –    Food and Drug Administration Investigational New Drug Application (IND) for Seroquel dated March 18, 1996 (Study 12) (pertinent portions are attached and complete copy is on accompanying CD ROM) |
| 29 | Confidentiality Maintained by AstraZeneca (not disclosed) |

| Exhibit No. | Description |
|---|---|
| 30 | Clinical Study Report – *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00126 – June 19 2007 (Study 126) (pertinent portions are attached and complete copy is on accompanying CD ROM) |
| 31 | Expert Report of Donna K. Arnett, PhD submitted in the instant matter |
| 32 | Clinical Study Report - *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00127 – June 19 2007 (Study 127) (pertinent portions are attached and complete copy is on accompanying CD ROM) |
| 33 | Meyer JM, et al., Impact of antipsychotic treatment on nonfasting triglycerides in the CATIE Schizophrenia Trial phase 1, *Schizophrenia Research* (2008) 103:104-109 |
| 34 | Sacchetti, E., et al., Incidence Of Diabetes In A General Practice Population: A Database Cohort Study On The Relationship With Haloperidol, Olanzapine, Risperidone Or Quetiapine Exposure *Int Clin Psychopharmacol* (2005) 20:33-37 |
| 35 | Lambert, B.L., Diabetes Risk Associated with Use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration Patients With Schizophrenia, *Am. J. Epidemiology* (2006) 164(7):672-681 |
| 36 | Lambert, B.L., Antipsychotic Exposure and Type 2 Diabetes Among Patients With Schizophrenia: A Matched Case-Control Study of California Medicaid Claims, *Pharmacoepidemiology and Drug Safety* (2005) 14:417-425 |
| 37 | Lambert, M.T., New-Onset Type-2 Diabetes Associated with Atypical Antipsychotic Medications, *Progress in Neuro-Psychopharmacology & Biological Psychiatry* (2006) 30:919-923 |
| 38 | Guo J.J., et al., Risk of diabetes mellitus associated with atypical antipsychotic |
| 39 | Intentionally left blank |

| Exhibit No. | Description |
|---|---|
| 40 | Buse, J.B., et al., A Retrospective Cohort Study Of Diabetes Mellitus And Antipsychotic Treatment in the United States, *J Clinical Epidemiology* (2003) 56:164-170 |
| 41 | Email from Richard Owen to Matthew Lowe – Subject: RE Data on Low Dose Quetiapine and Metabolic Disturbances (SQ1ED01608498) |
| 42 | Guo J.J., et al., Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid patients with bipolar disorder: A nested ase-controlled study, *Pharmacotherapy* (2007) 27-35 |
| 43 | Feldman P.D., et al., Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the US, *J Am Med Dir Assoc*. (2004) 5(1):38-46 |
| 44 | Sernyak M.J., et al., Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia, *Am J Psychiatry* (2002) 159: 561-566 |
| 45 | Citrome L., et al., Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients, *Psychiatric Services* 2004 (Sept); 55[9]: 1006-1061 |
| 46 | Østbye, T., et al., Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: a retrospective cohort study, *Pharmacoepidemiology and Drug Safety* (2005) 14:407-415 |
| 47 | Barnett, M., et al., A Regional Comparison of Developing Diabetes Among VA Patients Exposed to Typical and Atypical Antipsychotics Relative to Corticosteroids and Proton Pump Inhibitors, *Annals of Clinical Psychology*, (2006) 18(1):1-7 |
| 48 | Leslie, D., et al., Incidence of Newly Diagnosed Diabetes Attributable To Atypical Antipsychotic Medications, *Am. J. Psychiatry* (2004) 161:9 |
| 49 | Ollendorf, DA et al. Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia, *MedGenMed*. (2004) 6(1): 5 |
| 50 | Cataphora C-Evidence – Initial Search Matches – Query: Gianfrancesco (to be filed on or before 3/4/2009 subject to further meet and confer among the parties and necessary redactions) |
| 51 | Email from David J. Duff to Kim A. Gilchrist, et al. – Subject: Gianfrancesco work dated May 23, 2003 |
| 52 | A Comprehensive Retrospective Study of Associations Between Diabetes And Treatment with Risperidone, Olanzapine, Quetiapine, and Conventional Antipsychotics – HECON Associates, Inc. (AZSER07400864-891) |

| Exhibit No. | Description |
|---|---|
| 53 | Barner, J.C., et al., Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs Among Central Texas Veterans, *Pharmacotherapy* (2004) 24:1529-1538 |
| 54 | Miller, E.A., et al., Incidence of New-Onset Diabetes Mellitus Among Patients Receiving Atypical Neuroleptics in the Treatment of Mental Illness – Evidence From a Privately Insured Population, *J. of Nervous and Mental Disease* (2005) 193(6):387-395 |
| 55 | Gavin, JR, et al., New Insights in Diabetes and Psychiatric Illness: Integrating Management *(CME Presentation)* (SQ1ED00159306 1) |
| 56 | Dagogo-Jack, S., Glucose Regulation – Diabetes and Insulin Resistence in the Neuropsychiatric Population, April 2003 Supplement (AZSER00506588-93) |
| 57 | Manuscript – Newcomer, J., et al., *A 24-week, Multicenter, Open-Label,Randomized Study to Compare Changes In Glucose Metabolism In Patients With Schizophrenia Receiving Treatment With Olanzapine, Quetiapine and Risperidone* |
| 58 | Email from Janet Spiers to Wayne Geller Re: SERM Minutes (22nd June), attaching position paper and justification document for diabetes dated August 18, 2000 (AZ/SER 6971505-528) |
| 59 | Pertinent portions of the Deposition of Wayne K. Geller, M.D. dated May 7, 2008 |
| 60 | Email from Dorothee Wientjens (temp. employee) to Wayne Geller - Subject: Quetiapine and glucose metabolism disorders dated October 3, 2000 (S1ED00428426) |
| 61 | Domon SE, et al, Quetiapine-Associated Hyperglycemia And Hypertriglyceridemia, *American Academy of Child and Adolescent Psychiatry* (2002) 41(5):495-496 |
| 62 | Procyshyn R.M , New-Onset Diabetes Mellitus Associated With Quetiapine*, Letter to the Editor, The Canadian Journal of Psychiatry* (2000) 45(7):668-669 |
| 63 | Meyer, J.M., Quetiapine-induced Diabetes With Metabolic Acidosis*, International Clinical Psychopharmacology* (2004) 19:169-171 |
| 64 | Email from Connie Ou to Ronald Leong – Subject: Re-Challenge of Seroquel dated February 4, 2003 (SQ1ED00165892) |
| 65 | Pertinent portions of the Deposition of Jamie A. Mullen, M.D. dated November 2, 2007 |
| 66 | (Exhibit listed in error) (to be filed on or before 3/4/2009 subject to further meet and confer among the parties and necessary redactions) |

| Exhibit No. | Description |
|---|---|
| 67 | Dwyer DS et al., Mechanistic Connections Between Glucose/Lipid Disturbances and Weight Gain Induced by Antipsychotic Drugs, 65 *International Review Of Neurobiology* (2005) 211,247 (2005) |
| 68 | Deposition of William Weintraub dated November 22, 2008 |
| 69 | Order of the Eldon E. Fallon, USDJ denying Defendant's Motion for Order Excluding Testimony of Donna K. Arnett, Ph.D. *In Re: Vioxx Products Liability Litigation* dated December 4, 2006 |

DATED:  February 27, 2009               Respectfully submitted,


By:   /s/ Robert W. Cowan
    F. Kenneth Bailey Jr.
    K. Camp Bailey
    Fletcher V. Trammell
    Robert W. Cowan
    **BAILEY PERRIN BAILEY**
    440 Louisiana St., Suite 2100
    Houston, Texas 77002
    (713) 425-7100 Telephone
    (713) 425-7101 Facsimile
    kbailey@bpblaw.com
    cbailey@bpblaw.com
    ftrammell@bpblaw.com
    rcowan@bpblaw.com
    **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan
Robert W. Cowan

9