# *Goodman & Gilman's*

# The
# Pharmacological
## Basis of
# THERAPEUTICS

*eleventh edition*

**McGRAW-HILL**
MEDICAL PUBLISHING DIVISION

New York  Chicago  San Francisco  Lisbon  London  Madrid  Mexico City  Milan  New Delhi
San Juan  Seoul  Singapore  Sydney  Toronto

*The McGraw·Hill Companies*

**GOODMAN AND GILMAN'S**
**THE PHARMACOLOGICAL BASIS OF THERAPEUTICS, 11/E**

Copyright © 2006, 2001, 1996, 1990, 1985, 1980, 1975, 1970, 1965, 1955, 1941 by *The McGraw-Hill Companies*, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

234567890 DOW/DOW 098765

ISBN 0-07-142280-3

Digital Edition Set ISBN: 0-07-146804-8
Digital Edition Jacket ISBN: 0-07-146891-9
Digital Edition Subscription Access Card ISBN: 0-07-146892-7

This book was set in Times Roman and Formata by Silverchair Science + Communications, Inc.
The editors were James F. Shanahan, Janet Foltin, Karen Edmonson, and Regina Y. Brown.
The production manager was Philip Galea.
The illustration manager was Charissa Baker.
The cover designer was Libby Pisacreta.
The indexer was Coughlin Indexing Services.
RR Donnelley was printer and binder.

This book is printed on acid-free paper.

Library of Congress Cataloging-in-Publication Data

Goodman & Gilman's the pharmacological basis of therapeutics.-- 11th ed. / editor,
    Laurence L. Brunton ; associate editors, John S. Lazo, Keith L. Parker.
        p. cm.
    Includes index.
    ISBN 0-07-142280-3
    1. Pharmacology. 2. Therapeutics. I. Title: Pharmacological basis of therapeutics. II.
Title: Goodman and Gilman's the pharmacological basis of therapeutics. III. Goodman,
Louis Sanford, 1906- IV. Gilman, Alfred, 1908- V. Brunton, Laurence L. VI. Lazo, John
S. VII. Parker, Keith L.

RM300.G644 2005
615'.7--dc22

2004063122

Cover illustration: Imposed on the cover is a schematic rendering of the alpha subunit of the heterotrimeric G protein G$_s$ as determined by x-ray crystallography (Sunahara, R.K., Tesmer, J.J.G., Gilman, A.G., and Sprang, S.R., Science vol 278, p 1943–1947, [1997]). Figure credit to Mark Wall, PhD.

*Qing hao*, 1024
*Qinghaosu*, 1024
QRS complex, of electrocardiogram, 902*f*, 903, 909*f*
  chloroquine and, 1035
  drug actions on, 913
QT interval, of electrocardiogram, 902*f*, 903, 909*f*
QT prolongation
  β adrenergic receptor antagonists for, 915
  antiarrhythmic agent–induced, 908, 913–914
  antidepressants and, 449
  antipsychotics and, 467, 474, 477, 484–485
  apomorphine and, 536
  aprepitant contraindicated in, 1005
  calcium channel antagonists and, 835, 837
  in congenital long QT syndrome, 904
  erythromycin and, 1187
  ethanol and, 595
  pharmacogenetics of, 95, 109
  with polymorphic ventricular tachycardia. *See* Torsades de pointes
  quinidine-induced, 1039
    thiazide diuretics and, 756
  quinine and, 1039
  quinolones and, 1122
  telithromycin and, 1188
  voriconazole and, 1234
Quality-of-Life Hypertension Study Group, 801
Quantal concentration–effect curve, 126–128, 127*f*, 129*f*
Quantal dose–response relationship, 1739–1740*t*, 1740*f*
Quazepam, 403*t*
  dosages of, 411*t*
  pharmacokinetics, 408, 409*t*, 411*t*
  therapeutic uses of, 411*t*
QUESTRAN (cholestyramine), 955, 996
Quetiapine, 313, 461
  chemistry of, 465*t*, 466
  dose and dosage forms of, 465*t*, 477, 483
  endocrine effects of, 473
  for Huntington's disease, 541
  for mania, 490
  neurological effects of, 477
  for Parkinson's disease, 479, 484
  pharmacokinetics of, 475*t*, 476, 1864*t*
  receptor actions of, 470, 472*t*, 473–474
  and seizure threshold, 469
  side effects of, 465*t*, 482
  therapeutic uses of, 481–484
  and weight gain, 480
Quinacrine, 1066
  dermatologic use of, 1692–1693
  for giardiasis, 1066
  toxicity and monitoring of, 1693
Quinagolide, for hyperprolactinemia, 1500
Quinapril, 802*f*, 803–804
  absorption and elimination of, 804
  adverse effects of, 808–810
  for congestive heart failure, 879

  in heart disease, 806*t*–807*t*
  for hypertension, 858–859
  pharmacokinetics of, 1864*t*–1865*t*
  therapeutic uses of, 804–808
Quinazoline(s), 265*t*, 269–271. *See also specific agents*
  chemistry of, 265*t*, 266*f*
Quinethazone, 754*t*. *See also* Thiazide diuretics
Quinidine, 928–929, 1035–1039
  adverse effects of, 913, 928–929
  antimalarial actions of, 1036–1037
  $Ca^{2+}$ channel antagonists and, 858
  for cardiac arrhythmia, 928–929
  cardiac arrhythmias induced by, 123, 756, 849, 928–929, 1039
  chemistry of, 1039, 1036
  and cinchonism, 928
  and diarrhea, 928
  dosage of, 919*t*
  drug interactions of, 929, 1039
    with itraconazole, 1231
  electrophysiological actions of, 912*t*, 928
  hypersensitivity to, 1039
  and loperamide, 43, 571
  for malaria, 1026*t*, 1035–1039, 1044
  mechanism of action, 908, 913, 928
  P-glycoprotein inhibition by, 122
  pharmacogenetics of, 98, 125
  pharmacokinetics of, 919*t*, 929, 1038, 1865*t*
  pharmacological effects of, 928, 1036–1038
  precautions with and contraindications to, 1039
  in pregnancy, 1045
  skeletal muscle actions of, 1037–1038
  therapeutic uses of, 1038
  thiazide diuretics and, 756, 849
  toxicity and side effects of, 1038–1039
Quinine, 1033*f*, 1035–1039
  absorption, fate, and excretion of, 1038
  antimalarial actions of, 1036–1037
  for babesiosis, 1053
  and cinchonism, 1038–1039
  drug interactions of, 1039, 1040
  hypersensitivity to, 1039
  for malaria, 1026*t*, 1035–1039, 1044
    in recurrence, 1044
  mechanism of action, 225*f*, 1034
  for myotonia congenita, 1038
  for nocturnal leg cramps, 1038
  pharmacokinetics of, 1024, 1865*t*
  pharmacological effects of, 1036–1038
  poisoning from, treatment of, 1748
  in pregnancy, 1045
  resistance to, 1037–1038
  skeletal muscle actions of, 1037–1038
  therapeutic uses of, 1038
  toxicity and side effects of, 1038–1039
Quinoline(s), 1032–1042, 1033*f*. *See also specific agents*
Quinolone(s), 1111, 1119–1122, 1120*f*
  for abdominal infections, 1121–1122
  absorption, fate, and excretion of, 1121

  adverse effects of, 1122
  with aminoglycosides, 1122
  antibacterial spectrum of, 1119–1121
  for bone, joint, and soft tissue infections, 1122
  in children, 1122
  clinical uses of, 1121–1122
  mechanism of action, 1119, 1121*f*
  for *Mycobacterium avium* complex, 1204*t*, 1218
  prophylactic uses of, 1122
  resistance to, 1098, 1119
  therapeutic uses of, 1111, 1121–1122
  for tuberculosis, 1203, 1204*t*, 1212, 1218
  for urinary tract infections, 1111, 1121
Quinupristin/dalfopristin, 1190–1192
  for cutaneous infections, 1690
  drug interactions of, 1191–1192
  mechanism of action, 1191
  for staphylococcal infections, 1136, 1191
  therapeutic uses of, 1191
QUIXIN (levofloxacin), 1716*t*

R-118958, 1267*t*
Rab 3, 148, 148*f*
"Rabbit syndrome," antipsychotics and, 478*t*, 480
Rabeprazole, 969–971, 970*f*
  formulations of, 969
  for gastroesophageal reflux disease, 977*t*
  for peptic ulcer disease, 979*t*–980*t*
  pharmacokinetics of, 969–971
Rabies immune globulin, 1424, 1424*t*
Racecadotril, for diarrhea, 997
Raclopride, 467
RADIANCE (Randomized Assessment of Digoxin on Inhibition of Angiotensin Converting Enzyme), 888
Radiation therapy, glucocorticoids with, 1379
Radioactive heavy metals, 1768
Radioactive iodine, 1533–1535
  as antithyroid agent, 1526, 1526*t*, 1529–1530, 1533–1535
  protection from, iodide for, 1532
  for thyroid cancer, 1534–1535
Radioactive iodine uptake (RAIU) test, in thyrotoxicosis, 1522
Radioallergosorbent tests (RASTs), for penicillin hypersensitivity, 1142
Radioimmuno-conjugates, 1375*t*, 1379
Radiology contrast agents, iodine content of, 1532*t*
RALES (Randomized Aldactone Evaluation Study), 118, 875–876
Raloxifene, 1555–1557, 1555*f*
  adverse effects of, 1556–1557
  for breast cancer, 1556
  mechanism of action, 1556
  for osteoporosis, 1556–1557, 1671, 1671*f*, 1672
  pharmacokinetics of, 1556, 1866*t*
  therapeutic uses of, 1557
Raltitrexed, sites of action, 1335–1336
Rami communicantes, 139

Table 18-1
Selected Antipsychotic Drugs: Chemical Structures, Doses and Dosage Forms, and Side Effects* (Continued)

NONPROPR...

| Other Heterocyclic Compounds (cont.) R | Adult Antipsychotic Oral Dose Range (Daily) | Single IM Dose‡ | Sedative | Extra-pyramidal | Hypotensive |
|---|---|---|---|---|---|
| Loxapine succinate (LOXITANE) | 60–100  20–250 | 12.5–50 | + | ++ | + |
| | | O, L, I | | | |
| Molindone hydrochloride (MOBAN) | 50–225  15–225 | | ++ | ++ | + |
| | | O, L | | | |
| Olanzapine (ZYPREXA) | 5–10  2.5–20 | | + | + | ++ |
| | | O, I | | | |
| Pimozide (ORAP) | 2–6  1–10 | | + | +++ | + |
| | | O | | | |
| Quetiapine fumarate (SEROQUEL) | 300–500  50–750 | | +++ | 0 | ++ |
| | | O | | | |

(Continued)

*In Vivo Occupation of Cerebral Neurotransmitter Receptors.* Levels of occupation of dopamine receptors and other receptors in human brain can be estimated with positron emission tomography (PET) brain imaging in patients treated with antipsychotic drugs. Such analyses not only support conclusions arising from laboratory studies of receptor occupancy (Table 18–2) but also assist in predicting clinical efficacy, extrapyramidal side effects, and clinical actions even in advance of controlled clinical trials (Farde *et al.*, and Kasper *et al.*, 2002; Kapur and Seeman, 2001; Waddington and Casey, 2000). For example, occupation of more than 75% of $D_2$ receptors in the basal ganglia is associated with risk of acute extrapyramidal dysfunctions and is commonly found with clinical doses of typical neuroleptics (Farde *et al.*, 1995). In contrast, therapeutic doses of clozapine usually are associated with lower levels of occupation of $D_2$ receptors (averaging 40% to 50%), but higher levels of occupation (70% to 90%) of cortical 5-$HT_{2A}$ receptors (Kapur *et al.*, 1999; Kapur and Seeman, 2001; Nordstrom *et al.*, 1995). Of the novel atypical antipsychotics, quetiapine has a notable clozapinelike receptor-occupancy profile, resembling clozapine's levels of occupation of both $D_2$ (40% to 50%) and 5-$HT_{2A}$ receptors (50% to 70%; Gefvert *et al.*, 2001). Olanzapine and risperidone also block cortical 5-$HT_{2A}$ receptors at high levels (80% to 100%), with greater occupancy at $D_2$ sites (typically 50% to 90%) than either clozapine or quetiapine (Farde *et al.*, 1995; Nordstrom *et al.*, 1998; Kapur *et al.*, 1999). In addition to its relatively high levels of $D_2$-receptor occupation, olanzapine is more antimuscarinic than is risperidone, perhaps contributing to its lower risk of acute extrapyramidal effects (Tables 18–1 and 18–2).

Clinical PET studies also indicate that ziprasidone occupies both $D_2$ and 5-$HT_{2A}$ receptors. At conventional clinical doses, ziprasidone occupied 77% of striatal $D_2$ receptors and over 98% of cortical 5-$HT_{2A}$ receptors (Bench *et al.*, 1996). Aripiprazole (10 to 30 mg) resulted in dose-dependent $D_2$ receptor occupancy (up to 84% to 94%; Yokoi *et al.*, 2002). Despite such high levels of $D_2$ receptor occupation, acute extrapyramidal side effects are virtually unknown with aripiprazole, consistent with evidence that it acts as a $D_2$ partial agonist.

**Hypothalamus and Endocrine Systems.** Endocrine changes occur because of effects of antipsychotic drugs on the hypothalamus or pituitary, including their antidopaminergic actions. Most antipsychotics, reserpine, and risperidone increase prolactin secretion.

This effect on prolactin secretion probably is due to a blockade of the pituitary actions of the tuberoinfundibular dopaminergic neurons; these neurons project from the arcuate nucleus of the hypothalamus to the median eminence, where they deliver dopamine to the anterior pituitary *via* the hypophyseoportal blood vessels. $D_2$-dopaminergic receptors on lactotropes in the anterior pituitary mediate the tonic prolactin-inhibiting action of dopamine (Ben-Jonathan, 1985) (*see* Chapter 55).

Correlations between the potencies of antipsychotic drugs in stimulating prolactin secretion and causing behavioral effects are excellent for many types of agents (Sachar, 1978). Aripiprazole, clozapine, olanzapine, quetiapine, and ziprasidone are exceptional in having minimal or transient effects on prolactin (Argo *et al.*, 2004; Arvanitis and Miller, 1997; Compton and Miller, 2002), while olanzapine produces only minor, transient increases in prolactin levels (Tollefson and Kuntz, 1999). Risperidone has an unusually potent prolactin-elevating effect, even at doses with little extrapyramidal impact (Grant and Fitton, 1994). Effects of neuroleptics on prolactin secretion generally occur at lower doses than do their antipsychotic effects. This may reflect their action outside the blood–brain barrier in the adenohypophysis, or differences in the regulation of pituitary and cerebral $D_2$ receptors. Little tolerance develops to the effect of antipsychotic drugs on prolactin secretion, even after years of treatment, correlating with a relative lack of up- or down-regulation of pituitary $D_2$ receptors and their relative sensitivity to dopamine partial agonists such as bromocriptine (Baldessarini *et al.*, 1994; Campbell *et al.*, 1989). However, the hyperprolactinemia effect of antipsychotics is rapidly reversible when the drugs are discontinued (Bitton and Schneider, 1992). This activity is presumed to be responsible for the breast engorgement and galactorrhea that occasionally are associated with their use, sometimes even in male patients given high doses of neuroleptics.

Because antipsychotic drugs are used chronically and thus cause sustained hyperprolactinemia, there has been concern about their possible contribution to risk of carcinoma of the breast, although supportive clinical evidence is lacking (Dickson and Glazer, 1999; Mortensen, 1994). Nevertheless, antipsychotic and other agents that stimulate secretion of prolactin should be avoided in patients with established carcinoma of the breast, particularly with metastases. Perhaps due to the effects of hyperprolactinemia, some antipsychotic drugs reduce the secretion of gonadotropins and sex steroids, which can cause amenorrhea in women and sexual dysfunction or infertility in men.

The effects of standard antipsychotics on other hypothalamic neuroendocrine functions are less well characterized, although these agents inhibit the release of growth hormone and may reduce stress-induced secretion of corticotropin-releasing hormone (CRH). Despite their capacity to interfere with secretion of pituitary growth hormone, classical antipsychotics are poor therapy for acromegaly, and there is no evidence that they retard growth or development of children. In addition, some antipsychotics can decrease secretion of neurohypophyseal hormones.

In addition to neuroendocrine effects, it is likely that other autonomic effects of antipsychotic drugs are mediated by the hypothalamus. An important example is the poikilothermic effect of chlorpromazine and other neuroleptic agents, which impairs the body's ability to regulate temperature such that hypo- or hyperthermia may result,

depending on the ambient temperature. Clozapine can induce moderate elevations of body temperature that can be confusing clinically. Central effects on temperature regulation and cardiovascular and respiratory functioning probably contribute to the features of *neuroleptic malignant syndrome* (*see* below).

*Brainstem.* Clinical doses of antipsychotic agents usually have little effect on respiration. However, vasomotor reflexes mediated by either the hypothalamus or the brainstem are depressed by some antipsychotics, which may lead to hypotension. This risk is associated particularly with older low-potency antipsychotics and with risperidone. Even in cases of acute overdose with suicidal intent, the antipsychotic drugs usually do not cause life-threatening coma or suppress vital functions. Haloperidol has been administered intravenously in doses exceeding 500 mg/24 hours to control agitation in delirious patients (Tesar *et al.*, 1985), although such aggressive dosing increased the risks of potentially life-threatening cardiac depressant effects (Hassaballa and Balk, 2003).

*Chemoreceptor Trigger Zone (CTZ).* Most antipsychotics protect against the nausea- and emesis-inducing effects of apomorphine and certain ergot alkaloids, all of which can interact with central dopaminergic receptors in the CTZ of the medulla. The antiemetic effect of most neuroleptics occurs with low doses. It can contribute to toxicity of acute overdoses of mixed agents by preventing their elimination by vomiting. Drugs or other stimuli that cause emesis by an action on the nodose ganglion or locally on the gastrointestinal tract are not antagonized by antipsychotic drugs, but potent piperazines and butyrophenones are sometimes effective against nausea caused by vestibular stimulation.

*Autonomic Nervous System.* Since various antipsychotic agents have antagonistic interactions at peripheral, $\alpha$ adrenergic, serotonin (5-HT$_{2A/2C}$), and histamine (H$_1$) receptors, their effects on the autonomic nervous system are complex and unpredictable. Chlorpromazine, clozapine, and thioridazine have particularly significant $\alpha$ adrenergic antagonistic activity. The potent piperazine tricyclic neuroleptics (*e.g.*, fluphenazine, trifluoperazine), haloperidol, and risperidone, have antipsychotic effects even when used in low doses, and show little antiadrenergic activity in patients.

The muscarinic-cholinergic blocking effects of most antipsychotic drugs are relatively weak, but the blurred vision commonly associated with chlorpromazine may be due to an anticholinergic action on the ciliary muscle. Chlorpromazine regularly produces miosis, which can be due to $\alpha$ adrenergic blockade. Other phenothiazines can cause mydriasis. This is especially likely to occur with clozapine or thioridazine, which are potent muscarinic antagonists. Chlorpromazine can cause constipation and decreased gastric secretion and motility; clozapine can decrease the efficiency of clearing saliva and severely impair intestinal motility (Rabinowitz *et al.*, 1996; Theret *et al.*, 1995). Decreased sweating and salivation also result from the anticholinergic effects of such drugs. Acute urinary retention is uncommon but can occur in males with prostatism. Anticholinergic effects are least frequently caused by the potent antipsychotics such as haloperidol and risperidone. However, olanzapine has substantial anticholinergic activity that may tend to offset its considerable D$_2$ antidopamine effects on the extrapyramidal system (Tarazi *et al.*, 2001). Clozapine is sufficiently anticholinergic as to induce an atropinelike poisoning on overdose (Schuster *et al.*, 1977). Its prominent, pharmacologically active metabolite, norclozapine, has allosteric agonist effects at the acetylcholine M$_1$ receptor and may potentiate the function of NMDA glutamate receptors (Sur

*et al.*, 2003). The phenothiazines inhibit ejaculation without interfering with erection. Thioridazine produces this effect with some regularity, sometimes limiting its acceptance by men.

*Kidney and Electrolyte Balance.* Chlorpromazine may have weak diuretic effects in animals and human beings because of a depressant action on the secretion of vasopressin (also called antidiuretic hormone or ADH), inhibition of reabsorption of water and electrolytes by a direct action on the renal tubule, or both. The syndrome of idiopathic polydipsia and hyponatremia sometimes associated with psychotic illness has responded to clozapine, presumably *via* CNS actions (Siegel *et al.*, 1998).

*Cardiovascular System.* Chlorpromazine has complex actions on the cardiovascular system, directly affecting the heart and blood vessels and indirectly acting through CNS and autonomic reflexes. Chlorpromazine and less potent antipsychotic agents, as well as reserpine, risperidone, and olanzapine, can cause orthostatic hypotension, usually with rapid development of tolerance (Ray *et al.*, 1987).

Thioridazine, mesoridazine, and other phenothiazines with low potency, as well as ziprasidone, droperidol, and perhaps high doses of haloperidol have a potentially clinically significant direct negative inotropic action and a quinidinelike effect on the heart. Electrocardiographic (ECG) changes include prolongation of the QTc and PR intervals, blunting of T waves, and depression of the ST segment. Thioridazine in particular causes a high incidence of QTc and T-wave changes and may rarely produce ventricular arrhythmias and sudden death (Zareba and Lin, 2003). These effects are less common with potent antipsychotic agents. Ziprasidone also has the propensity to prolong QTc, and prudent practice calls for extra caution when this agent, thioridazine, or mesoridazine are used in combination with other agents that depress cardiac conduction (*see* Chapter 34) (Daniel, 2003; Taylor, 2003).

**Miscellaneous Pharmacological Effects.** Interactions of antipsychotic drugs with central neurotransmitters other than dopamine may contribute to their antipsychotic effects or other actions. For example, many antipsychotics enhance the turnover of acetylcholine especially in the basal ganglia, perhaps secondary to the blockade of inhibitory dopaminergic heteroreceptors on cholinergic neurons. In addition, there is an inverse relationship between antimuscarinic potency of antipsychotic drugs in the brain and the likelihood of extrapyramidal effects (Snyder and Yamamura, 1977). Chlorpromazine and low-potency antipsychotic agents, including clozapine and quetiapine, have antagonistic actions at histamine receptors that probably contribute to their sedative effects.

### Absorption, Distribution, Fate, and Excretion.
Some antipsychotic drugs have erratic and unpredictable patterns of absorption after oral administration. Parenteral (intramuscular) administration increases the bioavailability of active drug four- to tenfold. Most antipsychotic drugs are highly lipophilic, highly membrane- or protein-bound, and accumulate in the brain, lung, and other tissues with a rich blood supply. They also enter the fetal circulation and breast milk. It is virtually impossible and usually not necessary to remove these agents by dialysis.

The stated elimination half-lives with respect to total concentrations in plasma are typically 20 to 40 hours. However, complex patterns of delayed elimination may

Chapter 18 / Pharmacotherapy of Psychosis and Mania

occur with some agents, particularly the butyrophenones and their congeners (Cohen et al., 1992). Biological effects of single doses of most antipsychotics usually last for at least 24 hours, permitting once-daily dosing once the patient has adjusted to initial side effects. Elimination from the plasma may be more rapid than from sites of high lipid content and binding, notably in the CNS, but direct pharmacokinetic studies on this issue are few and inconclusive (Sedvall, 1992). Metabolites of some agents have been detected in the urine several months after drug administration was discontinued. Slow removal of drug may contribute to the typically delayed exacerbation of psychosis after stopping drug treatment. Repository ("depot") preparations of esters of neuroleptic drugs, as well of risperidone, incorporated into carbohydrate microspheres, are absorbed and eliminated much more slowly than are oral preparations. For example, half of an oral dose of fluphenazine hydrochloride is eliminated in about 20 hours, while the decanoate ester injected intramuscularly has a nominal half-life of 7 to 10 days. Clearance of fluphenazine decanoate and normalization of hyperprolactinemia following repeated dosing can require 6 to 8 months (Sampath et al., 1992). Effects of long-acting risperidone (RISPERIDAL CONSTA) are delayed for 2 to 3 weeks because of slow biodegradation of the microspheres and persist for at least 2 weeks after the injections are discontinued (Harrison and Goa, 2004).

The antipsychotic drugs are metabolized by oxidative processes mediated largely by hepatic cytochrome P450 isozymes (CYPs) and by glucuronidation, sulfation, and other conjugation processes. Hydrophilic metabolites of these drugs are excreted in the urine and to some extent in the bile. Most oxidized metabolites of antipsychotic drugs are biologically inactive; a few (e.g., 7-hydroxychlorpromazine, mesoridazine, several N-demethylated metabolites of phenothiazines, the labile hydroxy metabolite of haloperidol, 9-hydroxyrisperidone, and dehydroaripiprazole) are not. These active metabolites may contribute to biological activity of the parent compound and complicate correlating blood drug levels with clinical effects (Baldessarini et al., 1988). Less potent antipsychotic drugs like chlorpromazine may weakly induce their own hepatic metabolism, since their concentrations in blood are lower after several weeks of treatment at the same dosage. Alterations of gastrointestinal motility also may contribute. The fetus, the infant, and the elderly have diminished capacity to metabolize and eliminate antipsychotic agents, while young children tend to metabolize these drugs more rapidly than do adults (Kowatch and DelBello, 2003; Kutcher, 1997; Frazier et al., 2003).

With several antipsychotic agents, bioavailability and drug acceptance by hospitalized patients is somewhat increased with liquid concentrates and rapidly disintegrating tablets that yield peak serum concentrations of chlorpromazine and other phenothiazines within 2 to 4 hours. Intramuscular administration avoids much of the first-pass enteric metabolism and provides measurable concentrations in plasma within 15 to 30 minutes. Bioavailability of chlorpromazine may be increased up to tenfold with injections, but the clinical dose usually is decreased by only three- to fourfold. Gastrointestinal absorption of chlorpromazine is modified unpredictably by food and probably is decreased by antacids. Concurrent administration of anticholinergic antiparkinsonian agents does not appreciably diminish intestinal absorption of neuroleptic agents (Simpson et al., 1980). Chlorpromazine and other antipsychotic agents bind significantly to membranes and to plasma proteins. Typically, more than 85% of the drug in plasma is bound to albumin. Concentrations of some neuroleptics (e.g., haloperidol) in brain can be more than 10 times those in the blood (Tsuneizumi et al., 1992). Their apparent volume of distribution may be as high as 20 liters per kilogram.

Disappearance of chlorpromazine from plasma varies widely and includes a rapid distribution phase (half-life about 2 hours) and a slower elimination phase (half-life about 30 hours). The half-life of elimination from human brain is not known but may be estimated using modern brain-scanning technologies (Sedvall, 1992). Approximate elimination half-lives of clinically employed antipsychotic agents are provided in Table 18-3.

## Table 18–3
### Elimination Half-Lives of Antipsychotic Drugs

| DRUG | HALF-LIFE (HOURS)* |
|---|---|
| Aripiprazole | 75 |
| Chlorpromazine | 24 (8–35) |
| Clozapine | 12 (4–66) |
| Fluphenazine | 18 (14–24) |
| Haloperidol | 24 (12–36)[†] |
| Loxapine | 8 (3–12) |
| Mesoridazine | 30 (24–48) |
| Molindone | 12 (6–24) |
| Olanzapine | 30 (20–54) |
| Perphenazine | 12 (8–21) |
| Pimozide | 55 (29–111)[‡] |
| Quetiapine | 6 |
| Risperidone | 20–24[‡] |
| Thioridazine | 24 (6–40) |
| Thiothixene | 34 |
| Trifluoperazine | 18 (14–24)[§] |
| Ziprasidone | 7.5 |

*Average and range. [†]May have multiphasic elimination with much longer terminal half-life. [‡]Half-life of the main active metabolite (parent drug half-life ca. 3–4 hours). [§]Estimated, assuming similarity to fluphenazine.
SOURCES: Data from Ereshefsky (1996) and United States Pharmacopoeia, 2004.

ate with risperidone (Correll *et al.*, 2004; Tarsy *et al.*, 2002). Tardive dyskinesia is characterized by stereotyped, repetitive, painless, involuntary, quick choreiform (tic-like) movements of the face, eyelids (blinks or spasm), mouth (grimaces), tongue, extremities, or trunk. There are varying degrees of slower athetosis (twisting movements) and sustained dystonic postures, which are more common in young men and may be disabling. Late (tardive) emergence of disorders marked mainly by dystonia or akathisia (restlessness) also are seen. These movements all disappear in sleep (as do many other extrapyramidal syndromes), vary in intensity over time, and are dependent on the level of arousal or emotional distress, sometimes reappearing during acute psychiatric illnesses following prolonged disappearance.

Tardive dyskinetic movements can be suppressed partially by use of a potent neuroleptic, and perhaps with a dopamine-depleting agent such as reserpine or tetrabenazine, but such interventions are reserved for severe dyskinesia, particularly with continuing psychosis. Some dyskinetic patients, typically those with dystonic features, benefit from use of clozapine, which has a very low risk of tardive dyskinesia. Symptoms sometimes persist indefinitely after discontinuation of neuroleptic medication. More often, they diminish or disappear gradually over months of follow-up, especially in younger patients (Gardos *et al.*, 1994; Morgenstern and Glazer, 1993; Smith and Baldessarini, 1980). Antiparkinson agents typically have little effect on, or may even exacerbate, tardive dyskinesia and other forms of choreoathetosis, such as in Huntington's disease. No adequate treatment of these conditions has been established (Adler *et al.*, 1999; Soares and McGrath, 1999; Tarsy *et al.*, 2002).

There is no established neuropathology in tardive dyskinesia, and its pathophysiological basis remains obscure. Compensatory increases in the function of dopamine as a neurotransmitter in the basal ganglia could be involved, including increased abundance and sensitivity of dopamine $D_2$-like receptors resulting from long-term administration of different classes of antipsychotic drugs (Baldessarini and Tarsy, 1979; Tarazi *et al.* 1997, 2001). This hypothesis is supported by the dissimilarities of therapeutic responses in patients with Parkinson's disease and those with tardive dyskinesia, and by the similar responses of patients with other choreoathetotic dyskinesias such as Huntington's disease (*see* Chapter 20). Thus antidopaminergic drugs tend to suppress manifestations of tardive dyskinesia and Huntington's disease, whereas dopaminergic agonists worsen them. In contrast to parkinsonism, antimuscarinic agents tend to worsen tardive dyskinesia, while cholinergic agents usually are ineffective. In laboratory animals, supersensitivity to dopaminergic agonists usually lasts only for a few weeks after withdrawal of dopamine antagonists. This phenomenon most likely plays a role in variants of tardive dyskinesia that resolve rapidly, usually referred to as *withdrawal-emergent dyskinesias*. The theoretical and clinical

aspects of this problem have been reviewed in detail (Baldessarini and Tarsy, 1979; Baldessarini *et al.*, 1980; Kane *et al.*, 1992).

A rare movement disorder that can appear late in chronic treatment with antipsychotic agents is *perioral tremor*, often referred to as the "rabbit syndrome" (Schwartz and Hocherman, 2004) because of the peculiar movements that characterize it. Rabbit syndrome shares many features with parkinsonism, because the tremor has a frequency of about 3 to 5 Hz, and often responds favorably to anticholinergic agents and removal of the offending agent.

*Certain therapeutic guidelines should be followed to minimize the neurological syndromes that complicate the use of antipsychotic drugs.* Routine use of antiparkinson agents in an attempt to avoid early extrapyramidal reactions usually is unnecessary; it adds complexity, side effects, and expense to the regimen. Antiparkinson agents are best reserved for cases of overt extrapyramidal reactions that respond favorably to such intervention. The need for such agents for the treatment of acute dystonic reactions ordinarily diminishes with time, but parkinsonism and akathisia typically persist. The thoughtful and conservative use of antipsychotic drugs, particularly modern atypical agents, in patients with chronic or frequently recurrent psychotic disorders almost certainly can reduce the risk of tardive dyskinesia. Although reduction of the dose of an antipsychotic agent is the best way to minimize its adverse neurological effects, this may not be practical in a patient with uncontrollable psychotic illness. The best preventive practice is to use the minimum dose of an antipsychotic drug that is effective. The growing number of modern atypical antipsychotic agents with a low risk of inducing extrapyramidal side effects provides an alternative for many patients, particularly those with continuing psychotic symptoms plus dyskinesia (Baldessarini and Frankenburg, 1991; Tarsy *et al.*, 2002).

**Weight Gain and Metabolic Effects.** Weight gain and its associated long-term complications can occur with extended treatment with most antipsychotic and antimanic drugs. Weight gain is especially prominent with clozapine and olanzapine; somewhat less with quetiapine; even less with fluphenazine, haloperidol, and risperidone; and is very low with aripiprazole, molindone, and ziprasidone (Allison *et al.*, 1999). Adverse effects of weight gain likely include increased risk of new-onset or worsening of type 2 diabetes mellitus, hypertension, and hyperlipidemia. Only some of these consequences are explained by risk factors associated with major psychiatric disorders themselves. The anticipated long-term public health impact of these emerging problems is not yet well defined (Cohen, 2004; Gaulin *et al.*, 1999; Henderson *et al.*, 2000; McIntyre *et al.*, 2003; Wirshing *et al.*, 1998). In some patients with morbid increases in weight, the airway may be compro-

Case 6:06-md-01769-ACC-DAB   Document 1324-5   Filed 02/28/09   Page 9 of 9 PageID 29575

mised *(Pickwickian syndrome)*, especially during sleep (including *sleep apnea*).

*Blood Dyscrasias.* Mild leukocytosis, leukopenia, and eosinophilia occasionally occur with antipsychotic treatment, particularly with clozapine and less often with phenothiazines of low potency. It is difficult to determine whether leukopenia that develops during the administration of such agents is a forewarning of impending agranulocytosis. This serious complication occurs in not more than 1 in 10,000 patients receiving chlorpromazine or other low-potency agents (other than clozapine); it usually appears within the first 8 to 12 weeks of treatment (Alvir *et al.*, 1993).

Bone marrow suppression, or less commonly agranulocytosis, has been associated with the use of clozapine. The incidence approaches 1% within several months of treatment, independent of dose, without regular monitoring of white blood cell counts. Because blood dyscrasia may develop suddenly, the appearance of fever, malaise, or apparent respiratory infection in a patient being treated with an antipsychotic drug should be followed immediately by a complete blood count. Risk of agranulocytosis is greatly reduced, though not eliminated, by frequent white blood cell counts in patients being treated with clozapine, as is required in the United States (weekly for 6 months and biweekly thereafter). The safety of resuming even low doses of clozapine or other antipsychotics following recovery from agranulocytosis should not be assumed (Iqbal *et al.*, 2003).

*Skin Reactions.* Dermatological reactions to the phenothiazines, including urticaria or dermatitis, occur in about 5% of patients receiving chlorpromazine. Contact dermatitis may occur in personnel who handle chlorpromazine, and there may be a degree of cross-sensitivity to other phenothiazines. Sunburn and photosensitivity resembling severe sunburn occur and require use of an effective sunscreen preparation. Epithelial keratopathy often is observed in patients on long-term therapy with chlorpromazine, and opacities in the cornea and in the lens of the eye have been noted. Pigmentary retinopathy has been reported, particularly following doses of thioridazine in excess of 1000 mg per day. A maximum daily dose of 800 mg currently is recommended. Dermatological reactions to modern atypical antipsychotic agents are uncommon.

*Gastrointestinal and Hepatic Effects.* A mild jaundice, typically occurring early in therapy, may be observed in some patients receiving chlorpromazine. Pruritus is rare. The reaction probably is a manifestation of hypersensitivity because eosinophilia and eosinophilic infiltration of the liver occur unrelated to dose. Desensitization to chlorpromazine may occur with repeated administration, and jaundice may or may not recur if the same drug is given again. When the psychiatric disorder calls for uninterrupted drug therapy for a patient with neuroleptic-induced jaundice, it probably is safest to use low doses of a potent, dissimilar agent. Hepatic dysfunction with other antipsychotic agents is uncommon.

Clozapine specifically has two important risks of intestinal dysfunction potentially severe ileus (Theret *et al.*, 1995) and sialor-

rhea, which may be related to deficient pharyngeal-esophageal clearing mechanisms most noticeable during sleep (Rabinowitz *et al.*, 1996).

*Interactions with Other Drugs.* The phenothiazines and thioxanthenes, especially those of lower potency, affect the actions of a number of other drugs, sometimes with important clinical consequences (DeVane and Nemeroff, 2000; Goff and Baldessarini, 1993). Antipsychotic drugs can strongly potentiate the effect of medically prescribed sedatives and analgesics, alcohol, nonprescription sedatives and hypnotics, antihistamines, and cold remedies. Chlorpromazine increases the miotic and sedative effects of morphine and may increase its analgesic actions. The drug markedly increases the respiratory depression produced by meperidine and can be expected to have similar effects when administered concurrently with other opioids. Obviously, neuroleptic drugs inhibit the actions of dopaminergic agonists and levodopa and worsen the neurological symptoms of Parkinson's disease (Tarsy *et al.*, 2002).

Other interactions involve the cardiovascular system. Chlorpromazine, some other antipsychotic drugs, and their $N$-demethylated metabolites may block the antihypertensive effects of guanethidine, probably by blocking its uptake into sympathetic nerves. Molindone and the more potent antipsychotic agents are less likely to cause this effect. Low-potency phenothiazines can promote postural hypotension, possibly due to their $\alpha$ adrenergic blocking properties. Thus interactions between phenothiazines and antihypertensive agents are unpredictable.

The antimuscarinic action of clozapine and thioridazine can cause tachycardia and enhance the peripheral and central effects (confusion, delirium) of other anticholinergic agents, such as the tricyclic antidepressants and antiparkinson agents.

Sedatives or anticonvulsants (*e.g.*, *carbamazepine*, *oxacarbazepine*, *phenobarbital*, and *phenytoin*, but *not valproate*) that induce CYPs (*see* Chapter 3) can enhance the metabolism of antipsychotic and many other agents (including anticoagulants and oral contraceptives), sometimes with significant clinical consequences. Conversely, selective serotonin reuptake inhibitors including *fluvoxamine*, *fluoxetine*, *paroxetine*, *venlafaxine*, *sertraline*, and *nefazodone* (*see* Chapter 17) compete for these enzymes and can elevate circulating levels of neuroleptics (Goff and Baldessarini, 1993).

## DRUG TREATMENT OF PSYCHOSES

*Short-Term Treatment.* The antipsychotic drugs are not specific to the type of illness being treated. They clearly are effective in acute psychoses of unknown etiology, including mania, acute idiopathic psychoses, and acute exacerbations of schizophrenia. The best studied indications are for the acute and chronic phases of schizo-