Case 6:06-md-01769-ACC-DAB   Document 1324-6   Filed 02/28/09   Page 1 of 8 PageID 29576

17th Edition

# HARRISON'S
Principles of
# INTERNAL MEDICINE



Fauci • Braunwald • Kasper • Hauser
Longo • Jameson • Loscalzo

Case 6:06-md-01769-ACC-DAB   Document 1324-6   Filed 02/28/09   Page 1 of 8 PageID 29576

Case 6:06-md-01769-ACC-DAB Document 1324-6 Filed 02/28/09 Page 2 of 8 PageID 29577

17th Edition

# HARRISON'S Principles of INTERNAL MEDICINE

## EDITORS

**Anthony S. Fauci, MD**
Chief, Laboratory of Immunoregulation; Director, National Institute of Allergy and Infectious Diseases, National Institutes of Health, Bethesda

**Eugene Braunwald, MD**
Distinguished Hersey Professor of Medicine, Harvard Medical School; Chairman, TIMI Study Group, Brigham and Women's Hospital, Boston

**Dennis L. Kasper, MD**
William Ellery Channing Professor of Medicine, Professor of Microbiology and Molecular Genetics, Harvard Medical School; Director, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Boston

**Stephen L. Hauser, MD**
Robert A. Fishman Distinguished Professor and Chairman, Department of Neurology, University of California, San Francisco, San Francisco

**Dan L. Longo, MD**
Scientific Director, National Institute on Aging, National Institutes of Health, Bethesda and Baltimore

**J. Larry Jameson, MD, PhD**
Professor of Medicine;
Vice-President for Medical Affairs and Lewis Landsberg Dean, Northwestern University Feinberg School of Medicine, Chicago

**Joseph Loscalzo, MD, PhD**
Hersey Professor of the Theory and Practice of Medicine, Harvard Medical School; Chairman, Department of Medicine; Physician-in-Chief, Brigham and Women's Hospital, Boston


McGraw Hill Medical

New York   Chicago   San Francisco   Lisbon   London   Madrid   Mexico City
New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto

The McGraw-Hill Companies

> Note: Dr. Fauci's and Dr. Longo's works as editors and authors were performed outside the scope of their employment as U.S. government employees. These works represent their personal and professional views and not necessarily those of the U.S. government.

Harrison's
PRINCIPLES OF INTERNAL MEDICINE
Seventeenth Edition

Copyright © 2008, 2005, 2001, 1998, 1994, 1991, 1987, 1983, 1980, 1977, 1974, 1970, 1966, 1962, 1958 by *The McGraw-Hill Companies, Inc.* All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1234567890 DOWDOW 098

Single Edition Set ISBN 978-0-07-146633-2; MHID 0-07-146633-9
Single Edition Book ISBN 978-0-07-159991-7; MHID 0-07-159991-6

Two Volume Set ISBN 978-0-07-147691-1; MHID 0-07-147691-1
Volume 1 ISBN 978-0-07-147692-8; MHID 0-07-147692-X
Volume 2 ISBN 978-0-07-147693-5; MHID 0-07-147693-8

DVD ISBN 978-0-07-159990-0; MHID 0-07-159990-8

FOREIGN LANGUAGE EDITIONS

Arabic (13e): McGraw-Hill Libri Italia srl (1996)
Chinese Long Form (15e): McGraw-Hill International Enterprises, Inc., Taiwan
Chinese Short Form (15e): McGraw-Hill Education (Asia), Singapore
Croatian (16e): Placebo, Split, Croatia
French (16e): Medecine-Sciences Flammarion, Paris, France
German (16e): ABW Wissenschaftsverlagsgesellschaft mbH, Berlin, Germany
Greek (16e): Parissianos, S.A., Athens, Greece
Italian (16e): The McGraw-Hill Companies, Srl, Milan, Italy
Japanese (16e): MEDSI-Medical Sciences International Ltd, Tokyo, Japan
Korean (16e): McGraw-Hill Korea, Inc., Seoul, Korea
Polish (14e): Czelej Publishing Company, Lubin, Poland (2000)
Portuguese (16e): McGraw-Hill Interamericana do Brazil, Rio de Janeiro, Brazil
Romanian (14e): Teora Publishers, Bucharest, Romania (2000)
Serbian (15e): Publishing House Romanov, Bosnia & Herzegovina, Republic of Serbska
Spanish (16e): McGraw-Hill Interamericana de Espana S.A., Madrid, Spain
Turkish (15e): Nobel Tip Kitabevleri, Ltd., Istanbul, Turkey
Vietnamese (15e): McGraw-Hill Education (Asia), Singapore

This book was set in Minion, Myriad, and Dax by Silverchair Science + Communications, Inc. The editors were James Shanahan and Mariapaz Ramos Englis; editorial assistant was Jenna Esposito. The production director was Phil Galea and production manager was Catherine Saggese. The index was prepared by Barbara Littlewood. The text designer was Alan Barnett of alan barnett design; cover design was by David Dell'Accio. The medical illustrator was Daniel Knopsnyder.

R.R. Donnelley and Sons, Inc., was printer and binder.

Library of Congress Cataloging-in-Publication Data

Harrison's principles of internal medicine. -- 17th ed. / editors, Anthony S. Fauci ... [et al.].
   p. ; cm.
  Includes bibliographical references and index.
  ISBN-13: 978-0-07-146633-2 (hardcover : v. 2 : alk. paper)
  ISBN-10: 0-07-146633-9 (hardcover : v. 2 : alk. paper)
  ISBN-13: 978-0-07-147691-1 (hardcover : set : v. 2 : alk. paper)
  ISBN-10: 0-07-147691-1 (hardcover : set : v. 2 : alk. paper) 1. Internal medicine. I. Fauci, Anthony S.,
II. Title: Principles of internal medicine.
  [DNLM: 1. Internal Medicine. WB 115 H322 2008]
  RC46.H333 2008
  616--dc22

2007012181

**Stanley B. Prusiner, MD**
Director, Institute for Neurodegenerative Diseases; Professor, Department of Neurology; Professor, Department of Biochemistry and Biophysics, University of California, San Francisco, San Francisco [378]

**Daniel J. Rader, MD**
Cooper-McClure Professor of Medicine, University of Pennsylvania School of Medicine, Philadelphia [350]

**Roshini Rajapaksa, MD, BA**
Assistant Professor, Department of Medicine, Gastroenterology, New York University Medical Center School of Medicine and Hospitals Center, New York [44]

**Sanjay Ram, MD**
Assistant Professor of Medicine, Division of Infectious Diseases and Immunology, University of Massachusetts Medical School, Worcester [137]

**Jose A. F. Ramires**
Head Professor of Cardiology; University of São Paulo Medical School and Heart Institute-INCOR, São Paulo, Brazil [e37]

**Reuben Ramphal, MD**
Professor, Division of Infectious Diseases, Department of Medicine, University of Florida College of Medicine, Gainesville [145]

**Neil H. Raskin, MD**
Professor of Neurology, University of California, San Francisco, San Francisco [15]

**Mario C. Raviglione, MD**
Director, StopTB Department, World Health Organization, Geneva [158]

**K. Srinath Reddy, MD, DM, MSC**
Department of Cardiology, All India Institute of Medical Sciences, Ansari Nagar, New Delhi, India [e38]

**Sharon L. Reed, MD**
Professor of Pathology and Medicine; Director, Microbiology and Virology Laboratories, University of California, San Diego Medical Center, San Diego [202, e16]

**Richard C. Reichman, MD**
Professor of Medicine and of Microbiology and Immunology; Director, Infectious Diseases Division, University of Rochester School of Medicine, Rochester [178]

**Carol M. Reife, MD**
Clinical Associate Professor of Medicine, Jefferson Medical College, Philadelphia [41]

**John J. Reilly, Jr., MD**
Associate Professor of Medicine, Harvard Medical School; Vice Chairman, Integrative Services, Department of Medicine, Brigham and Women's Hospital, Boston [254, e24]

**John T. Repke, MD**
University Professor and Chairman, Department of Obstetrics and Gynecology, Penn State University College of Medicine; Obstetrician-Gynecologist-In-Chief, The Milton S. Hershey Medical Center, Hershey [7]

**Victor I. Reus, MD**
Professor, Department of Psychiatry, University of California, San Francisco School of Medicine; Attending Physician, Langley Porter Hospital and Clinics, San Francisco [386]

**Peter A. Rice, MD**
Professor of Medicine, Division of Infectious Diseases and Immunology, University of Massachusetts Medical School, Worcester [137]

**Stuart Rich, MD**
Professor of Medicine, Section of Cardiology, University of Chicago, Chicago [244]

**Gary S. Richardson, MD**
Assistant Professor of Psychiatry, Case Western Reserve University, Cleveland; Senior Research Scientist, Sleep Disorders and Research Center, Henry Ford Hospital, Detroit [28]

**Elizabeth Robbins, MD**
Associate Clinical Professor, University of California, San Francisco, San Francisco [e32]

**Gary L. Robertson, MD**
Emeritus Professor of Medicine, Northwestern University Feinberg School of Medicine, Chicago [334]

**Daniel M. Roden, MD**
Professor of Medicine and Pharmacology, Assistant Vice-Chancellor for Personalized Medicine, Vanderbilt University, Nashville [5]

**James A. Romano, Jr., PhD, DABT**
Senior Principal Life Specialist, Science Applications International Corporation, Frederick [215]

**Karen L. Roos, MD**
John and Nancy Nelson Professor of Neurology, Indiana University School of Medicine, Indianapolis [376]

**Allan H. Ropper, MD**
Executive Vice-Chair, Department of Neurology, Brigham and Women's Hospital, Harvard Medical School, Boston [268, 372, 373]

**Ilene M. Rosen, MD, MSc**
Associate Director, Internal Medical Residency Program; Assistant Professor of Clinical Medicine, University of Pennsylvania School of Medicine, Philadelphia [246]

**Roger N. Rosenberg, MD**
Zale Distinguished Chair and Professor of Neurology, Department of Neurology, University of Texas Southwestern Medical Center, Dallas [368]

**F. R. Rosendaal, MD**
Professor of Clinical Epidemiology; Chairman, Department of Clinical Epidemiology, and Department of Thrombosis and Hemostasis, Leiden University Medical Center, The Netherlands [111]

**Myrna R. Rosenfeld, MD, PhD**
Associate Professor of Neurology, Division Neuro-Oncology, Department of Neurology, University of Pennsylvania, Philadelphia [97]

**Jean-Claude Roujeau, MD**
Professor of Dermatology, Hôpital Henri Mondor, Université Paris XII, Créteil, France [56]

**Ambuj Roy, MD, DM**
Department of Cardiology, All India Institute of Medical Sciences, Ansari Nagar, New Delhi, India [e38]

**Michael A. Rubin, MD, PhD**
Assistant Professor of Medicine, Division of Epidemiology and Infectious Diseases, Department of Internal Medicine, University of Utah School of Medicine, Salt Lake City [31]

**Robert M. Russell, MD**
Director, Jean Mayer USDA Human Nutrition Research Center on Aging at Tufts University; Professor of Medicine and Nutrition, Tufts University, Boston [71]

**Thomas A. Russo, MD, CM**
Professor of Medicine and Microbiology, State University of New York, Buffalo [143, 156]

**Miguel Sabria, MD, PhD**
Professor of Medicine, Autonomous University of Barcelona; Chief, Infectious Diseases Section, Germans Trias i Pujol Hospital, Barcelona, Spain [141]

**Stephen M. Sagar, MD**
Professor of Neurology, Case Western Reserve School of Medicine; Director of Neuro-Oncology, Ireland Cancer Center, University Hospitals of Cleveland, Cleveland [374]

**David J. Salant, MD**
Professor of Medicine, Pathology, and Laboratory Medicine, Boston University School of Medicine; Chief, Section of Nephrology, Boston Medical Center, Boston [278]

**Martin A. Samuels, MD, DSc (Hon)**
Chairman, Department of Neurology, Brigham and Women's Hospital; Professor of Neurology, Harvard Medical Center, Boston [e33]

**Merle A. Sande,† MD**
Professor of Medicine, University of Washington School of Medicine; President, Academic Alliance Foundation, Seattle [31]

**Philippe Sansonetti**
Professeur à l'Institut Pasteur, Paris, France [147]

**Edward A. Sausville, MD, PhD**
Professor of Medicine; Associate Director for Clinical Research, Marlene & Stewart Greenebaum Cancer Center, University of Maryland, Baltimore [81]

†Deceased.

xxxi

CONTRIBUTORS

KENDLER KS et al: A Swedish national twin study of lifetime major depression. Am J Psychiatry 163:107, 2006

MACDONALD AW 3d et al: Specificity of prefrontal dysfunction and context processing deficits to schizophrenia in never-medicated patients with first-episode psychosis. Am J Psychiatry 162:475, 2005

schizophrenia. JAMA 296: 582, 2006

Ross CA et al: Neurobiology of schizophrenia. Neuron 52:139, 2006

TIENARI P et al: Genetic boundaries of the schizophrenia spectrum: Evidence from the Finnish adoptive family study of schizophrenia. Am J Psychiatry 160:1587, 2003

# 386 Mental Disorders
### Victor I. Reus

Mental disorders are common in medical practice and may present either as a primary disorder or as a comorbid condition. The prevalence of mental or substance use disorders in the United States is approximately 30%. Only one-third of these individuals are currently receiving treatment. Global burden of disease statistics indicate that 4 out of the 10 most important causes of disease worldwide are psychiatric in origin.

The revised 4th edition for use by primary care physicians of the *Diagnostic and Statistical Manual* (DSM-IV-PC) provides a useful synopsis of mental disorders most likely to be seen in primary care practice. The current system of classification is multiaxial and includes the presence or absence of a major mental disorder (axis I), any underlying personality disorder (axis II), general medical condition (axis III), psychosocial and environmental problems (axis IV), and overall rating of general psychosocial functioning (axis V).

Changes in health care delivery underscore the need for primary care physicians to assume responsibility for the initial diagnosis and treatment of the most common mental disorders. Prompt diagnosis is essential to ensure that patients have access to appropriate medical services and to maximize the clinical outcome. Validated patient-based questionnaires have been developed that systematically probe for signs and symptoms associated with the most prevalent psychiatric diagnoses and guide the clinician into targeted assessment. Prime MD (and a self-report form, the PHQ) and the Symptom-Driven Diagnostic System for Primary Care (SDDS-PC) are inventories that require only 10 min to complete and link patient responses to the formal diagnostic criteria of anxiety, mood, somatoform, and eating disorders and to alcohol abuse or dependence.

A physician who refers patients to a psychiatrist should know not only when doing so is appropriate but also how to refer, since societal misconceptions and the stigma of mental illness impede the process. Primary care physicians should base referrals to a psychiatrist on the presence of signs and symptoms of a mental disorder and not simply on the absence of a physical explanation for a patient's complaint. The physician should discuss with the patient the reasons for requesting the referral or consultation and provide reassurance that he or she will continue to provide medical care and work collaboratively with the mental health professional. Consultation with a psychiatrist or transfer of care is appropriate when physicians encounter evidence of psychotic symptoms, mania, severe depression, or anxiety; symptoms of posttraumatic stress disorder (PTSD); suicidal or homicidal preoccupation; or a failure to respond to first-order treatment. Eating disorders are discussed in Chap. 76, and the pathogenesis of psychiatric and addictive disorders in Chap. 385.

## ANXIETY DISORDERS

Anxiety disorders, the most prevalent psychiatric illnesses in the general community, are present in 15–20% of medical clinic patients. Anxiety, defined as a subjective sense of unease, dread, or foreboding, can indicate a primary psychiatric condition or can be a component of, or reaction to, a primary medical disease. The primary anxiety disorders are classified according to their duration and course and the existence and nature of precipitants.

When evaluating the anxious patient, the clinician must first determine whether the anxiety antedates or postdates a medical illness or is due to a medication side effect. Approximately one-third of patients presenting with anxiety have a medical etiology for their psychiatric symptoms, but an anxiety disorder can also present with somatic symptoms in the absence of a diagnosable medical condition.

### PANIC DISORDER

**Clinical Manifestations** Panic disorder is defined by the presence of recurrent and unpredictable panic attacks, which are distinct episodes of intense fear and discomfort associated with a variety of physical symptoms, including palpitations, sweating, trembling, shortness of breath, chest pain, dizziness, and a fear of impending doom or death (Table 386-1). Paresthesias, gastrointestinal distress, and feelings of unreality are also common. Diagnostic criteria require at least 1 month of concern or worry about the attacks or a change in behavior related to them. The lifetime prevalence of panic disorder is 1–3%. Panic attacks have a sudden onset, developing within 10 min and usually resolving over the course of an hour, and they occur in an unexpected fashion. The frequency and severity of panic attacks vary, ranging from once a week to clusters of attacks separated by months of well-being. The first attack is usually outside the home, and onset is typically in late adolescence to early adulthood. In some individuals, anticipatory anxiety develops over time and results in a generalized fear and a progressive avoidance of places or situations in which a panic attack might recur. *Agoraphobia*, which occurs commonly in patients with panic disorder, is an acquired irrational fear of being in places where one might feel trapped or unable to escape (Table 386-2). Typically, it leads the patient into a progressive restriction in lifestyle and, in a literal sense, in geography. Frequently, patients are embarrassed that they are housebound and dependent on the company of others to go out into the world and do not volunteer this information;

**TABLE 386-1 DIAGNOSTIC CRITERIA FOR PANIC ATTACK**

A discrete period of intense fear or discomfort, in which four or more of the following symptoms developed abruptly and reached a peak within 10 min:
 1. Palpitations, pounding heart, or accelerated heart rate
 2. Sweating
 3. Trembling or shaking
 4. Sensations of shortness of breath or smothering
 5. Feeling of choking
 6. Chest pain or discomfort
 7. Nausea or abdominal distress
 8. Feeling dizzy, unsteady, lightheaded, or faint
 9. Derealization (feelings of unreality) or depersonalization (being detached from oneself)
 10. Fear of losing control or going crazy
 11. Fear of dying
 12. Paresthesias (numbness or tingling sensations)
 13. Chills or hot flushes

*Source: Diagnostic and Statistical Manual of Mental Disorders*, 4th ed. Washington, DC: American Psychiatric Association, 2000.

**TABLE 386-2  DIAGNOSTIC CRITERIA FOR AGORAPHOBIA**

1. Anxiety about being in places or situations from which escape might be difficult (or embarrassing) or in which help may not be available in the event of having an unexpected or situationally predisposed panic attack or panic-like symptoms. Agoraphobic fears typically involve characteristic clusters of situations that include being outside the home alone; being in a crowd or standing in a line; being on a bridge; and traveling in a bus, train, or automobile.
2. The situations are avoided (e.g., travel is restricted) or else are endured with marked distress or with anxiety about having a panic attack or panic-like symptoms, or require the presence of a companion.
3. The anxiety or phobic avoidance is not better accounted for by another mental disorder, such as social phobia (e.g., avoidance limited to social situations because of fear of embarrassment), specific phobia (e.g., avoidance limited to a single situation like elevators), obsessive-compulsive disorder (e.g., avoidance of dirt in someone with an obsession about contamination), posttraumatic stress disorder (e.g., avoidance of stimuli associated with a severe stressor), or separation anxiety disorder (e.g., avoidance of leaving home or relatives).

*Source:* Diagnostic and Statistical Manual of Mental Disorders, 4th ed. Washington, DC, American Psychiatric Association, 2000.

thus physicians will fail to recognize the syndrome if direct questioning is not pursued.

**Differential Diagnosis**   A diagnosis of panic disorder is made after a medical etiology for the panic attacks has been ruled out. A variety of cardiovascular, respiratory, endocrine, and neurologic conditions can present with anxiety as the chief complaint. Patients with true panic disorder will often focus on one specific feature to the exclusion of others. For example, 20% of patients who present with syncope as a primary medical complaint have a primary diagnosis of a mood, anxiety, or substance-abuse disorder, the most common being panic disorder. The differential diagnosis of panic disorder is complicated by a high rate of comorbidity with other psychiatric conditions, especially alcohol and benzodiazepine abuse, which patients initially use in an attempt at self-medication. Some 75% of panic disorder patients will also satisfy criteria for major depression at some point in their illness.

When the history is nonspecific, physical examination and focused laboratory testing must be used to rule out anxiety states resulting from medical disorders such as pheochromocytoma, thyrotoxicosis, or hypoglycemia. Electrocardiogram (ECG) and echocardiogram may detect some cardiovascular conditions associated with panic, such as paroxysmal atrial tachycardia and mitral valve prolapse. In two studies, panic disorder was the primary diagnosis in 43% of patients with chest pain who had normal coronary angiograms and was present in 9% of all outpatients referred for cardiac evaluation. Panic disorder has also been diagnosed in many patients referred for pulmonary function testing or with symptoms of irritable bowel syndrome.

**Etiology and Pathophysiology**   The etiology of panic disorder is unknown but appears to involve a genetic predisposition, altered autonomic responsivity, and social learning. Panic disorder shows familial aggregation; the disorder is concordant in 30–45% of monozygotic twins, and genome-wide screens have identified suggestive risk loci. Acute panic attacks appear to be associated with increased noradrenergic discharges in the locus coeruleus. Intravenous infusion of sodium lactate evokes an attack in two-thirds of panic disorder patients, as do the $\alpha_2$-adrenergic antagonist yohimbine, cholecystokinin tetrapeptide (CCK-4), and carbon dioxide inhalation. It is hypothesized that each of these stimuli activates a pathway involving noradrenergic neurons in the locus coeruleus and serotonergic neurons in the dorsal raphe. Agents that block serotonin reuptake can prevent attacks. Panic-disorder patients have a heightened sensitivity to somatic symptoms, which triggers increasing arousal, setting off the panic attack; accordingly, therapeutic intervention involves altering the patient's cognitive interpretation of anxiety-producing experiences as well as preventing the attack itself.

## ℞ PANIC DISORDER

Achievable goals of treatment are to decrease the frequency of panic attacks and to reduce their intensity. The cornerstone of drug therapy is antidepressant medication (Tables 386-3, 386-4, and 386-5). Selective serotonin reuptake inhibitors (SSRIs) benefit the majority of panic disorder patients and do not have the adverse effects of tricyclic antidepressants (TCAs). Fluoxetine, paroxetine, and sertraline have received approval from the U.S. Food and Drug Administration (FDA) for this indication. SSRIs should be started at one-third to one-half of their usual antidepressant dose (e.g., 5–10 mg fluoxetine, 25–50 mg sertraline, 10 mg paroxetine). Monoamine oxidase inhibitors (MAOIs) are also effective and may specifically benefit patients who have comorbid features of atypical depression (i.e., hypersomnia and weight gain). Insomnia, orthostatic hypotension, and the need to maintain a low-tyramine diet (avoidance of cheese and wine) have limited their use, however. Antidepressants typically take 2–6 weeks to become effective, and doses may need to be adjusted based upon the clinical response.

Because of anticipatory anxiety and the need for immediate relief of panic symptoms, benzodiazepines are useful early in the course of treatment and sporadically thereafter (Table 386-6). For example, alprazolam, starting at 0.5 mg qid and increasing to 4 mg/d in divided doses, is effective, but patients must be monitored closely, as some develop dependence and begin to escalate the dose of this medication. Clonazepam, at a final maintenance dose of 2–4 mg/d, is also helpful; its longer half-life permits twice-daily dosing, and patients appear less likely to develop dependence on this agent.

Early psychotherapeutic intervention and education aimed at symptom control enhances the effectiveness of drug treatment. Patients can be taught breathing techniques, educated about physiologic changes that occur with panic, and learn to expose themselves voluntarily to precipitating events in a treatment program spanning 12–15 sessions. Homework assignments and monitored compliance are important components of successful treatment. Once patients have achieved a satisfactory response, drug treatment should be maintained for 1–2 years to prevent relapse. Controlled trials indicate a success rate of 75–85%, although the likelihood of complete remission is somewhat lower.

### GENERALIZED ANXIETY DISORDER

**Clinical Manifestations**   Patients with generalized anxiety disorder (GAD) have persistent, excessive, and/or unrealistic worry associated with muscle tension, impaired concentration, autonomic arousal, feeling "on edge" or restless, and insomnia (Table 386-7). Onset is usually before age 20, and a history of childhood fears and social inhibition may be present. The lifetime prevalence of GAD is 5–6%; the risk is higher in first-degree relatives of patients with the diagnosis. Interestingly, family studies indicate that GAD and panic disorder segregate independently. Over 80% of patients with GAD also suffer from major depression, dysthymia, or social phobia. Comorbid substance abuse is common in these patients, particularly alcohol and/or sedative/hypnotic abuse. Patients with GAD worry excessively over minor matters, with life-disrupting effects; unlike in panic disorder, complaints of shortness of breath, palpitations, and tachycardia are relatively rare.

**Etiology and Pathophysiology**   Anxiogenic agents share in common the property of altering the binding of benzodiazepines to the $\gamma$-aminobutyric acid $(GABA)_A$ receptor/chloride ion channel complex, implicating this neurotransmitter system in the pathogenesis of anxiety and panic attacks. Benzodiazepines are thought to bind two separate $GABA_A$ receptor sites: type I, which has a broad neuroanatomic distribution, and type II, which is concentrated in the hippocampus, striatum, and neocortex. The antianxiety effects of the various benzodiazepines and side effects such as sedation and memory impairment are influenced by their relative binding to type I and type II receptor sites. Serotonin [5-hydroxytryptamine (5HT)] and 3$\alpha$-reduced neuractive steroids (allosteric modulators of $GABA_A$) also appear to have a role in anxiety, and buspirone, a partial $5HT_{1A}$ receptor agonist, and certain $5HT_{2A}$ and $5HT_{2C}$ receptor antagonists (e.g., nefazodone) may have beneficial effects.

CHAPTER 386 Mental Disorders

| Name | Usual PO Daily Dose, mg | Side Effects | Sedation | Comments |
|---|---|---|---|---|
| **First-Generation Antipsychotics** | | | | |
| *Low-potency* | | | | |
| Chlorpromazine (Thorazine) | 100–1000 | Anticholinergic effects; orthostasis; photosensitivity; cholestasis; QT prolongation | +++ | EPSEs usually not prominent; can cause anticholinergic delirium in elderly patients |
| Thioridazine (Mellaril) | 100–600 | | | |
| Clozapine (Clozaril) | 150–600 | Agranulocytosis (1%); weight gain; seizures; drooling; hyperthermia | ++ | Requires weekly WBC for first 6 months, then biweekly if stable |
| *Mid-potency* | | | | |
| Trifluoperazine (Stelazine) | 2–50 | Fewer anticholinergic side effects; fewer EPSEs than with higher potency agents. | ++ | Well tolerated by most patients |
| Perphenazine (Trilafon) | 4–64 | | ++ | |
| Loxapine (Loxitane) | 30–100 | Frequent EPSEs | ++ | |
| Molindone (Moban) | 30–100 | Frequent EPSEs | 0 | Little weight gain |
| *High-potency* | | | | |
| Haloperidol (Haldol) | 5–20 | No anticholinergic side effects; EPSEs often prominent | 0/+ | Often prescribed in doses that are too high; long-acting injectable forms of haloperidol and fluphenazine available |
| Fluphenazine (Prolixin) | 1–20 | Frequent EPSEs | 0/+ | |
| Thiothixene (Navane) | 2–50 | Frequent EPSEs | 0/+ | |
| **Second-Generation Antipsychotics** | | | | |
| Risperidone (Risperdal) | 2–8 | Orthostasis | + | Requires slow titration; EPSEs observed with doses >6 mg qd |
| Olanzapine (Zyprexa) | 10–30 | Weight gain | ++ | Mild prolactin elevation |
| Quetiapine (Seroquel) | 350–800 | Sedation; weight gain; anxiety | +++ | Bid dosing |
| Ziprasidone (Geodon) | 120–200 | Orthostatic hypotension | +/++ | Minimal weight gain; increases QT interval |
| Aripiprazole (Abilify) | 10–30 | Nausea, anxiety, insomnia | 0/+ | Mixed agonist/antagonist |

*Note:* EPSEs, extrapyramidal side effects; WBC, white blood count.

which implicates an impairment in cognitive processing. Impaired information processing is also found in unaffected family members.

The *dopamine hypothesis* of schizophrenia is based on the discovery that agents that diminish dopaminergic activity also reduce the acute symptoms and signs of psychosis, specifically agitation, anxiety, and hallucinations. Amelioration of delusions and social withdrawal is less dramatic. Thus far, however, evidence for increased dopaminergic activity in schizophrenia is indirect, although decreased $D_2$ receptor occupancy by dopamine has been shown in drug-naïve patients. An increase in the activity of nigrostriatal and mesolimbic systems and a decrease in mesocortical tracts innervating the prefrontal cortex is hypothesized, although it is likely that other neurotransmitters, including serotonin, acetylcholine, glutamate, and GABA, also contribute to the pathophysiology of the illness. Possible involvement of excitatory amino acids is supported by the genetic data cited above and findings that NMDA receptor antagonists and channel blockers, such as phencyclidine (PCP) and ketamine, produce characteristic signs of schizophrenia in normal individuals; cycloserine, an NMDA receptor agonist, can decrease the negative symptoms of psychosis.

## SCHIZOPHRENIA

Antipsychotic agents (Table 386-14) are the cornerstone of acute and maintenance treatment of schizophrenia and are effective in the treatment of hallucinations, delusions and thought disorders regardless of etiology. Their mechanism of action involves, at least in part, binding to dopamine $D_2/D_3$ receptors in the ventral striatum; the clinical potencies of traditional antipsychotic drugs parallel their affinities for the $D_2$ receptor, and even the newer "atypical" agents exert some degree of $D_2$ receptor blockade. All neuroleptics induce expression of the immediate-early gene *c-fos* in the nucleus accumbens, a dopaminergic site connecting prefrontal and limbic cortices. The clinical efficacy of newer atypical neuroleptics, however, may involve NMDA receptor blockade, $\alpha_1$- and $\alpha_2$-noradrenergic activity, altering the relationship between $5HT_2$ and $D_2$ receptor activity, as well as faster dissociation of $D_2$ binding and effects on neuroplasticity.

Conventional neuroleptics differ in their potency and side-effect profile. Older agents, such as chlorpromazine and thioridazine, are more sedating and anticholinergic and more likely to cause orthostatic hypotension, while higher potency antipsychotics, such as haloperidol, perphenazine, and thiothixene, are more likely to induce extrapyramidal side effects. The model first-generation antipsychotic agent is *clozapine*, a dibenzodiazepine that has a greater potency in blocking the $5HT_2$ than the $D_2$ receptor and a much higher affinity for the $D_4$ than the $D_2$ receptor. Its principal disadvantage is a risk of blood dyscrasias. Unlike other antipsychotics, clozapine does not cause a rise in prolactin level. Approximately 30% of patients who do not benefit from conventional antipsychotic agents will have a better response to this drug, which also has a demonstrated superiority to other antipsychotic agents in preventing suicide; however, its side-effect profile makes it most appropriate for treatment-resistant cases. *Risperidone*, a benzisoxazole derivative, is more potent at $5HT_2$ than $D_2$ receptor sites, like clozapine, but it also exerts significant $\alpha_2$ antagonism, a property that may contribute to its perceived ability to improve mood and increase motor activity. Risperidone is not as effective as clozapine in treatment-resistant cases but does not carry a risk of blood dyscrasias. *Olanzapine* is similar neurochemically to clozapine but has a significant risk of inducing weight gain. *Quetiapine* is distinct in having a weak $D_2$ effect but potent $\alpha_1$ and histamine blockade. *Ziprasidone* causes minimal weight gain and is unlikely to increase prolactin but may increase QT prolongation. *Aripiprazole* also has little risk of weight gain or prolactin increase but may increase anxiety, nausea, and insomnia as a result of its partial agonist properties.

Antipsychotic agents are effective in 70% of patients presenting with a first episode. Improvement may be observed within hours or days, but full remission usually requires 6–8 weeks. The choice of agent depends principally on the side-effect profile and cost of treatment or on a past personal or family history of a favorable response to the drug in question. Atypical agents appear to be more effective in treating negative symptoms and improving cognitive function. An equivalent treatment response can usually be achieved with relatively low doses of any drug selected, i.e., 4–6 mg/d of haloperidol, 10–15 mg of olanzapine, or 4–6 mg/d of risperidone. Doses in this range result in >80% $D_2$ receptor blockade, and there is little evidence that higher doses increase either the rapidity or degree of response. Maintenance treatment requires careful attention to the possibility of relapse and monitoring for the development of a movement disorder. Intermittent drug treatment is less effective than regular dosing, but gradual dose reduction is likely to improve social functioning in many schizophren-

ic patients who have been maintained at high doses. If medications are completely discontinued, however, the relapse rate is 60% within 6 months. Long-acting injectable preparations (risperidone) are considered when noncompliance with oral therapy leads to relapses. In treatment-resistant patients, a transition to clozapine usually results in rapid improvement, but a prolonged delay in response in some cases necessitates a 6- to 9-month trial for maximal benefit to occur.

Antipsychotic medications can cause a broad range of side effects, including lethargy, weight gain, postural hypotension, constipation, and dry mouth. Extrapyramidal symptoms such as dystonia, akathisia, and akinesia are also frequent with first-generation agents and may contribute to poor adherence if not specifically addressed. Anticholinergic and parkinsonian symptoms respond well to trihexyphenidyl, 2 mg bid, or benztropine mesylate, 1–2 mg bid. Akathisia may respond to beta blockers. In rare cases, more serious and occasionally life-threatening side effects may emerge, including ventricular arrhythmias, gastrointestinal obstruction, retinal pigmentation, obstructive jaundice, and neuroleptic malignant syndrome (characterized by hyperthermia, autonomic dysfunction, muscular rigidity, and elevated creatine phosphokinase levels). The most serious adverse effects of clozapine are agranulocytosis, which has an incidence of 1%, and induction of seizures, which has an incidence of 10%. Weekly white blood cell counts are required, particularly during the first 3 months of treatment.

The risk of type 2 diabetes mellitus appears to be increased in schizophrenia, and second-generation agents as a group produce greater adverse effects on glucose regulation, independent of effects on obesity, than traditional agents. Clozapine, olanzapine, and quetiapine seem more likely to cause hyperglycemia, weight gain, and hypertriglyceridemia than other atypical antipsychotic drugs. Close monitoring of plasma glucose and lipid levels are indicated with the use of these agents.

A serious side effect of long-term use of first generation antipsychotic agents is *tardive dyskinesia*, characterized by repetitive, involuntary, and potentially irreversible movements of the tongue and lips (bucco-linguo-masticatory triad), and, in approximately half of cases, choreoathetosis. Tardive dyskinesia has an incidence of 2–4% per year of exposure, and a prevalence of 20% in chronically treated patients. The prevalence increases with age, total dose, and duration of drug administration. The risk associated with second-generation agents appears to be much lower. The cause may involve formation of free radicals and perhaps mitochondrial energy failure. Vitamin E may reduce abnormal involuntary movements if given early in the syndrome.

The CATIE study, a large scale investigation of the effectiveness of antipsychotic agents in "real world" patients, revealed a high rate of discontinuation of treatment over 18 months. Olanzapine showed greater effectiveness than quetiapine, risperidone, perphenazine, or ziprasidone but also a higher discontinuation rate due to weight gain and metabolic effects. Surprisingly, perphenazine, a first-generation agent, showed little evidence of inferiority to newer drugs.

Drug treatment of schizophrenia is by itself insufficient. Educational efforts directed toward families and relevant community resources have proved to be necessary to maintain stability and optimize outcome. A treatment model involving a multidisciplinary case-management team that seeks out and closely follows the patient in the community has proved particularly effective.

## ASSESSMENT AND EVALUATION OF VIOLENCE

Primary care physicians may encounter situations in which family, domestic, or societal violence is discovered or suspected. Such an awareness can carry legal and moral obligations; many state laws mandate reporting of child, spousal, and elder abuse. Physicians are frequently the first point of contact for both victim and abuser. Approximately 2 million older Americans and 1.5 million U.S. children are thought to experience some form of physical maltreatment each year. Spousal abuse is thought to be even more prevalent. An interview study of 24,000 women in ten countries found a lifetime prevalence of physical or sexual violence that ranged from 15–71%; these individuals are more likely to suffer from depression, anxiety, somatization disorder, and substance abuse and to have attempted suicide. In addition, abused individuals frequently express low self-esteem, vague somatic symptomatology, social isolation, and a passive feeling of loss of control. Although it is essential to treat these elements in the victim, the first obligation is to ensure that the perpetrator has taken responsibility for preventing any further violence. Substance abuse and/or dependence and serious mental illness in the abuser may contribute to the risk of harm and require direct intervention. Depending on the situation, law enforcement agencies, community resources such as support groups and shelters, and individual and family counseling can be appropriate components of a treatment plan. A safety plan should be formulated with the victim, in addition to providing information about abuse, its likelihood of recurrence, and its tendency to increase in severity and frequency. Antianxiety and antidepressant medications may sometimes be useful in treating the acute symptoms, but only if independent evidence for an appropriate psychiatric diagnosis exists.

## MENTAL HEALTH PROBLEMS IN THE HOMELESS

There is a high prevalence of mental disorders and substance abuse among homeless and impoverished individuals. Depending on the definition used, estimates of the total number of homeless individuals in the United States range from 800,000 to 2 million, one-third of whom qualify as having a serious mental disorder. Poor hygiene and nutrition, substance abuse, psychiatric illness, physical trauma, and exposure to the elements combine to make the provision of medical care challenging. Only a minority of these individuals receive formal mental health care; the main points of contact are outpatient medical clinics and emergency departments. Primary care settings represent a critical site in which housing needs, treatment of substance dependence, and evaluation and treatment of psychiatric illness can most efficiently take place. Successful intervention is dependent on breaking down traditional administrative barriers to health care and recognizing the physical constraints and emotional costs imposed by homelessness. Simplifying health care instructions and follow-up, allowing frequent visits, and dispensing medications in limited amounts that require ongoing contact are possible techniques for establishing a successful therapeutic relationship.

## FURTHER READINGS

AMERICAN PSYCHIATRIC ASSOCIATION: *American Psychiatric Association Practice Guidelines for the Treatment of Psychiatric Disorders*: Compendium 2006. Washington, DC, APA Press, 2006

GALE C, DAVIDSON O: Generalised anxiety disorder. BMJ 334:579, 2007

KARLIN BE, FULLER JD: Meeting the mental health needs of older adults. Geriatrics 62:26, 2007

LESPERANCE F et al: Effects of citalopram and interpersonal psychotherapy on depression in patients with coronary artery disease: The Canadian Cardiac Randomized Evaluation of Antidepressant and Psychotherapy Efficacy (CREATE) trial. JAMA 297:367, 2007

LIEBERMAN JA: Effectiveness of antipsychotic drugs in patients with chronic schizophrenia: Efficacy, safety and cost outcomes of CATIE and other trials. J Clin Psychiatry 68:e04, 2007

MAURER D, COLT R: An evidence-based approach to the management of depression. Prim Care 33:923, 2007

SACHS GS et al: Effectiveness of adjunctive antidepressant treatment for bipolar depression. N Engl J Med 356:1711, 2007

SCHANZER B et al: Homelessness, health status, and health care use. Am J Public Health 97:464, 2007

STEIN DJ et al: Post-traumatic stress disorder: Medicine and politics. Lancet 369:139, 2007

STEPHENSON DT, PRICE JR: Medically unexplained physical symptoms in emergency medicine. Emerg Med J 23:595, 2006

TYLEE A, WALTERS P: Underrecognition of anxiety and mood disorders in primary care: Why does the problem exist and what can be done? J Clin Pyschiatry 68(Suppl 2):27, 2007