EIGHTEENTH EDITION

# THE MERCK MANUAL

## OF DIAGNOSIS AND THERAPY

MARK H. BEERS, MD, Editor-in-Chief
ROBERT S. PORTER, MD, Editor
THOMAS V. JONES, MD, MPH, Associate Editor
JUSTIN L. KAPLAN, MD, Senior Assistant Editor
MICHAEL BERKWITS, MD, MSCE, Assistant Editor

*Editorial Board*

Richard K. Albert, MD
Marjorie A. Bowman, MD, MPA
Sidney Cohen, MD
Jan Fawcett, MD
Eugene P. Frenkel, MD
Susan L. Hendrix, DO
Michael Jacewicz, MD
Gerald L. Mandell, MD, MACP
John E. Morley, MB, BCh
H. Ralph Schumacher, Jr., MD
David A. Spain, MD
Peter G. Szilagyi, MD, MPH
Paul H. Tanser, MD, FRCP(C), FRCP (Glasgow)

Published by   MERCK RESEARCH LABORATORIES
*Division of* MERCK & CO., INC.
Whitehouse Station, NJ
2006

**CAROLINE CARNEY DOEBBELING, MD, MSc**
Associate Professor of Psychiatry and Internal Medicine, Indiana University School of Medicine; Research Scientist, Regenstrief Institute
*Approach to the Patient With Mental Complaints*

**KARL DOGHRAMJI, MD**
Professor of Psychiatry and Human Behavior, Jefferson Medical College; Director, Sleep Disorders Center, Thomas Jefferson University
*Sleep and Wakefulness Disorders*

**SOUMITRA R. EACHEMPATI, MD**
Associate Professor of Surgery, Weill Medical College of Cornell University
*Approach to the Critically Ill Patient*

**JOHN E. EDWARDS, JR., MD**
Professor of Medicine, David Geffen School of Medicine at University of California, Los Angeles; Los Angeles Biomedical Research Institute at Harbor-UCLA
*Fungi*

**DAVID EIDELBERG, MD**
Professor, Departments of Neurology and Neurosurgery, New York University School of Medicine; Director, Center for Neuroscience, North Shore–Long Island Jewish Research Institute
*Movement and Cerebellar Disorders*

**SHERMAN ELIAS, MD**
John J. Sciarra Professor and Chair, Department of Obstetrics and Gynecology, Northwestern University, Feinberg School of Medicine; Chairman, Obstetrics and Gynecology, Prentice Women's Hospital of Northwestern Memorial Hospital
*Prenatal Genetic Counseling and Evaluation*

**JAN FAWCETT, MD**
Professor of Psychiatry, University of New Mexico School of Medicine
*Mood Disorders*

**NORAH C. FEENY, PhD**
Assistant Professor, Department of Psychiatry and Psychology, University Hospitals of Cleveland and Case Western Reserve University
*Medical Examination of the Rape Victim*

**WAYNE S. FENTON, MD**
Associate Director for Clinical Affairs, National Institute of Mental Health, Bethesda
*Schizophrenia and Related Disorders*

**THOMAS M. FILE, JR., MD, MS**
Professor of Internal Medicine and Master Teacher, Northeastern Ohio Universities College of Medicine; Chief, Infectious Disease Service, Summa Health System
*Gram-Positive Cocci; Gram-Positive Bacilli*

**MICHAEL C. FIORE, MD**
Professor of Medicine and Director, Center for Tobacco Research and Intervention, University of Wisconsin Medical School
*Smoking Cessation*

**CHIN-TO FONG, MD**
Associate Professor of Pediatrics, Biochemistry & Biophysics, and Dentistry, and Chief, Division of Pediatric Genetics, University of Rochester School of Medicine and Dentistry
*Inherited Disorders of Metabolism*

**STEVEN D. FREEDMAN, MD, PhD**
Associate Professor of Medicine, Harvard Medical School; Director, The Pancreas Center, Beth Israel Deaconess Medical Center
*Pancreatitis*

**EUGENE P. FRENKEL, MD**
Professor of Internal Medicine and Radiology, Patsy R. and Raymond Nasher Distinguished Chair in Cancer Research; Elaine Dewey Sammons Distinguished Chair in Cancer Research in Honor of Eugene P. Frenkel, MD; and A. Kenneth Pye Professorship in Cancer Research, Harold C. Simmons Comprehensive Cancer Center, The University of Texas Southwestern Medical Center at Dallas
*Overview of Cancer; Spleen Disorders; Anemias Caused by Hemolysis; Anemias Caused by Deficient Erythropoiesis; Approach to the Patient With Anemia; Iron Overload*

**MARVIN P. FRIED, MD**
Professor and University Chairman, Department of Otolaryngology, Albert Einstein College of Medicine, Montefiore Medical Center
*Facial Trauma; Nose and Paranasal Sinus Disorders*

**STEVEN M. FRUCHTMAN, MD**
Medical Director of Hematology, Tibotec Therapeutics, Bridgewater, NJ
*Myeloproliferative Disorders*

**DMITRY GABRILOVICH, MD, PhD**
Professor of Interdisciplinary Oncology, Immunology, Molecular Biology, and Biochemistry, H. Lee Moffitt Cancer Center, University of South Florida
*Tumor Immunology*

202 SCHIZOPHRENIA AND RELATED DISORDERS  1729

TABLE 202–4. SECOND-GENERATION ANTIPSYCHOTICS*

| CLASS | DRUG | DOSE RANGE | USUAL ADULT DOSE | COMMENT† |
|---|---|---|---|---|
| Dibenzodiazepine | Clozapine | 150–450 mg po bid | 400 mg po at bedtime | First SGA, demonstrated efficacy in patients resistant to treatment. Frequent WBC counts required because of risk of agranulocytosis; increased risk of seizures, weight gain |
| Benzisoxazole | Risperidone | 4–10 mg po at bedtime | 4 mg po at bedtime | May cause extrapyramidal symptoms at doses > 6 mg; dose-dependent prolactin elevation; only SGA with a long-acting injectable form available |
| Thienobenzodiazepine | Olanzapine | 10–20 mg po at bedtime | 15 mg po at bedtime | Somnolence, weight gain, and dizziness are most common adverse effects |
| Dibenzothiazepine | Quetiapine | 150–375 mg po bid | 200 mg po bid | Low potency allowing wide dosing; no anticholinergic effect. Dose titration required because of blocking of $\alpha_2$ receptors, requires twice-daily dosing |
| Benzisothiazolyl-piperazine | Ziprasidone | 40–80 mg po bid | 80 mg po bid | Inhibition of serotonin and norepinephrine reuptake may convey antidepressant properties. Shortest half-life of new drugs; requires twice-daily dosing with food. IM form available for acute treatment. Low tendency for weight gain |
| Dihydrocarostyril | Aripiprazole | 10–30 mg po at bedtime | 15 mg po at bedtime | Dopamine-2 partial agonist, low tendency for weight gain |

SGA = Second-generation antipsychotic.
*Monitoring for weight gain and type 2 diabetes recommended for this class of antipsychotics.
†All 2nd-generation antipsychotics have been associated with an increase in mortality in elderly patients with dementia.

Risperidone is the only SGA available in a long-acting injectable formulation.

Weight gain, hyperlipidemia, and elevated risk of type 2 diabetes are the major adverse effects of SGAs. Thus, before treatment with SGAs is begun, all patients should be screened for risk factors, including personal/family history of diabetes, weight, waist circumference, BP, and fasting plasma glucose and lipid profile. Patient and family education regarding signs and symptoms of diabetes (polyuria, polydipsia, weight loss), including diabetic ketoacidosis (nausea, vomiting, dehydration, rapid respiration, clouding of sensorium), should be provided. In addition, nutritional and physical activity counseling should be provided to all patients beginning an SGA. All patients undergoing ongoing treatment with an SGA require periodic monitoring of weight, BMI, and fasting blood glucose and referral for specialty evaluation of patients who develop hyperlipidemia or type 2 diabetes.

**Rehabilitation and community support services:** Psychosocial skill training and vocational rehabilitation programs help many patients work, shop, and care for themselves; manage a household; get along with others; and work with mental health professionals. Supported employment, in which patients are placed in a competitive work setting and provided with an on-site job coach to promote adaptation to work, may be particularly valuable. In time, the job coach acts only as a backup for problem solving or for communication with employers.

Support services enable many patients with schizophrenia to reside in the community. Although most can live independently, some require supervised apartments where a staff member is present to ensure drug compliance. Programs provide a graded level of supervision in different residential settings, ranging from 24-h support to periodic home visits. These programs help promote patient autonomy while providing sufficient care to minimize the likelihood of relapse and need for inpatient hospitalization. Assertive community treatment programs provide services in the patient's home or other residence and are based on high staff-to-patient ratios; treatment teams directly provide all or nearly all required treatment services.

Hospitalization or crisis care in a hospital alternative may be required during severe relapses, and involuntary hospitalization may be necessary if the patient poses a danger to himself or others. Despite the best rehabilitation and community support services, a small percentage of patients, particularly those with severe cognitive deficits and those resistant to drug therapy, require long-term institutional or other supportive care.

**Psychotherapy:** The goal of psychotherapy is to develop a collaborative relationship between the patient, family, and physician so that the patient can learn to understand and manage his illness, take drugs as prescribed, and handle stress more effectively. Although individual psychotherapy in combination with drug therapy is a common approach, few empirical guidelines are available. Psychotherapy that begins by addressing the patient's basic social service needs, provides support and education regarding the nature of the illness, promotes adaptive activities, and is based on empathy and a sound dynamic understanding of schizophrenia is likely to be most effective. Many patients need empathic psychologic support to adapt to what is often a lifelong illness that can substantially limit functioning.

For patients who live with their families, psychoeducational family interventions can reduce the rate of relapse. Support and advocacy groups, such as the National Alliance for the Mentally Ill, are often helpful to families.

# SCHIZOPHRENIFORM DISORDER

Schizophreniform disorder is characterized by symptoms identical to those of schizophrenia but that last ≥ 1 mo but < 6 mo.

At presentation, schizophrenia is likely to be suspected. Psychosis secondary to substance abuse or to a physical disorder must also be ruled out. Differentiating between schizophreniform disorder and schizophrenia in a patient without any prior psychotic symptoms is based on duration of symptoms; if the duration exceeds 6 mo, the patient no longer meets required diagnostic criteria for schizophreniform disorder. Persistence of symptoms or disability beyond 6 mo suggests schizophrenia, but the acute psychosis may also evolve into a psychotic mood disorder, such as bipolar or schizoaffective disorder. Longitudinal observation is often required to establish the diagnosis and appropriate treatment.

Treatment with antipsychotics and supportive psychosocial care is indicated. After symptoms resolve, drug treatment is continued for 12 mo and then gradually tapered