# Type 2 Diabetes, Pre-Diabetes, and the Metabolic Syndrome

The Primary Care Guide to Diagnosis and Management

By

## Ronald A. Codario, MD

*Associate Clinical Professor of Medicine*
*Hospital of the University of Pennsylvania*
*and the Thomas Jefferson University Hospital, Philadelphia, PA*

HUMANA PRESS ✶ TOTOWA, NEW JERSEY

© 2005 Humana Press Inc.
999 Riverview Drive, Suite 208
Totowa, New Jersey 07512

www.humanapress.com

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, microfilming, recording, or otherwise without written permission from the Publisher.

All papers, comments, opinions, conclusions, or recommendations are those of the author(s), and do not necessarily reflect the views of the publisher.

---

Due diligence has been taken by the publishers, editors, and authors of this book to assure the accuracy of the information published and to describe generally accepted practices. The contributors herein have carefully checked to ensure that the drug selections and dosages set forth in this text are accurate and in accord with the standards accepted at the time of publication. Notwithstanding, as new research, changes in government regulations, and knowledge from clinical experience relating to drug therapy and drug reactions constantly occurs, the reader is advised to check the product information provided by the manufacturer of each drug for any change in dosages or for additional warnings and contraindications. This is of utmost importance when the recommended drug herein is a new or infrequently used drug. It is the responsibility of the treating physician to determine dosages and treatment strategies for individual patients. Further it is the responsibility of the health care provider to ascertain the Food and Drug Administration status of each drug or device used in their clinical practice. The publisher, editors, and authors are not responsible for errors or omissions or for any consequences from the application of the information presented in this book and make no warranty, express or implied, with respect to the contents in this publication.

---

This publication is printed on acid-free paper. ∞
ANSI Z39.48-1984 (American Standards Institute) Permanence of Paper for Printed Library Materials.

Cover design by Patricia F. Cleary

Production Editor: Amy Thau

For additional copies, pricing for bulk purchases, and/or information about other Humana titles, contact Humana at the above address or at any of the following numbers: Tel.: 973-256-1699; Fax: 973-256-8314; E-mail: orders@humanapr.com, or visit our Website: http://www.humanapress.com

**Photocopy Authorization Policy:**
Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by Humana Press Inc., provided that the base fee of US $30.00 per copy, plus US $00.25 per page, is paid directly to the Copyright Clearance Center at 222 Rosewood Drive, Danvers, MA 01923. For those organizations that have been granted a photocopy license from the CCC, a separate system of payment has been arranged and is acceptable to Humana Press Inc. The fee code for users of the Transactional Reporting Service is: [978-1-58829-471-5/05 $30.00].

Printed in the United States of America. 10 9 8 7 6 5 4 3 2
eISBN: 978-1-59259-932-5
Library of Congress Cataloging in Publication Data

Type 2 diabetes, pre-diabetes, and the metabolic syndrome : the
  primary care guide to diagnosis and management / edited by
  Ronald A. Codario.
    p. ; cm. — (Current clinical practice)
  Includes index.
  ISBN 978-1-58829-471-5 (alk. paper)
  1. Non-insulin-dependent diabetes. 2. Insulin resistance. 3. Primary care (Medicine)   I. Codario, Ronald A. II. Series.
  [DNLM: 1. Diabetes Mellitus, Type II. 2. Prediabetic State.
3. Primary Health Care.   WK 810 T9915 2005]
  RC662.18.T968 2005
  616.4'62—dc22

                                                                2004022876

more subtle symptoms like fatigue, lightheadedness, dizziness, vertigo, recurrent fungal infections, impaired wound healing, sexual dysfunction, or even gustatory sweating.

Unfortunately, the diagnosis of type 2 diabetes is often made many years after the condition begins with insulin resistance and postprandial hyperglycemia. Thus, the early catastrophic macrovascular effects become well-established by the time the diagnosis is made.

## DIABETES ASSOCIATED WITH OTHER FACTORS

Type 2 diabetes can also be associated with the following other clinical states, drugs, and chemicals:

1. Genetic syndromes—Huntington's chorea, muscular dystrophy, and lipodystrophic diseases.
2. Pancreatic diseases—chronic pancreatitis, pancreatectomy states, hemochromotosis, and cystic fibrosis.
3. Endocrinopathies—primary aldosteronism, Cushing syndrome, acromegaly, pheochromocytoma, glucogonoma, polycystic ovaries.
4. Drugs—thiazide diuretics, β-blockers, glucocorticoids, phenytoin, nicotinic acid, catecholamines, estrogen and progesterone preparations, and antidepressant medications (especially clozapine, olanzapine and risperidone) *(8)*.
5. Chemicals—tetrachlorodibenzo(para)dioxin (TCDD).

Usually, in these conditions, treatment of the underlying condition or elimination of the offending drug enhances glycemic control, although some chemicals may cause permanent alterations and establishment of the diabetic state.

US regulators have determined that six antipsychotic medications can increase the risk of impaired glucose tolerance and diabetes. These medications are:

1. Zyprexa (olanzapine).
2. Risperdal (risperidone).
3. Clozaril (clozapine).
4. Seroquel (quetiapine).
5. Geodon (ziprasidone).
6. Abilify (aripiprazol).

Recent studies involving almost 20,000 schizophrenic patients across the United States showed that patients taking Risperdal had an increase in diabetes of 49%; a 27% increase for Zyprexa, and patients taking Seroquel had 3.34 times as many cases of diabetes as those on older antipsychotic medications. It is important to consider that schizophrenic patients have a greater tendency to be overweight, and weight gain can increase the risk for type 2 diabetes *(9)*.

In a recent study in the *Journal of Clinical Pharmacology*, diabetic patients with psychoses had a 3% higher risk of developing diabetes within 1 month of first taking olanzapine and a 42.6% increase risk within 12 months of treatment, compared with controls. Thus, management of patients with psychoses should routinely include body weight and blood glucose monitoring with advice to promote exercise and minimize weight gain *(10)*.

For those individuals at risk for developing diabetes, fasting blood glucose should be measured within 4 months of starting an antipsychotic medication and at regular intervals (at least yearly) if weight gain develops. The physician should be alert for the symptoms of diabetes, such as fatigue, polyuria, and polydipsia.

Case 6:06-md-01769-ACC-DAB   Document 1324-8   Filed 02/28/09   Page 4 of 4 PageID 29591

Table 2
Criteria for the Diagnosis of Diabetes

- Symptoms of diabetes and a random plasma glucose >200 mg/dL (11.1 mmol)
- Fasting plasma glucose >125 mg/dL (7 mmol)
- 2-h postprandial glucose >200 mg/dL tolerance test with 75 g anhydrous glucose
- Impaired fasting glucose: >100 mg/dL (5.5 mmol) and <126 mg/dL (7 mmol)
- Impaired glucose tolerance: postprandial glucose >140 mg/dL (7.8 mmol) and <200 mg/dL (11.1 mmol)

From ref. *19*.

One of the more curious recent associations has been exposure to the herbicide, Agent Orange, and its contaminant, TCDD, and its association with the subsequent development of type 2 diabetes, as now recognized by the Veterans Administration (VA).

Agent Orange was a mixture of two herbicides—trichlorophenoxyacetic acid (2,4,5-T) and dichlorophenoxyacetic acid (2,4-D). Both of these herbicides, especially 2,4,5-T, contained a contaminant, as a byproduct of their manufacturing, TCDD. The substance is a very potent chemical inducer, affecting the reproduction of various enzyme and coenzymes systems within the body *(11)*.

TCDD, or "dioxin," has been implicated as a cause of birth defects, impaired immune function, gastrointestinal disturbances (including hemorrhaging, porphyrin disturbances, especially porphyria cutanea tarda), acute and subacute central and peripheral neuropathies, skin disturbances (such as chloracne), various malignancies (including: soft-tissue sarcoma, Hodgkin's and non-Hodgkin's lymphoma, multiple myeloma, prostate cancer, chronic lymphocytic leukemia, and nasopharyngeal, liver, lung, trachea and bronchus, and gastrointestinal carcinomas), lipid disturbances, and type 2 diabetes *(12)*.

The decision of the VA regarding the service connection was prompted by a report in November 2000 cited in *Disabled American Veteran* magazine issued by the National Academy of Sciences Institute of Medicine that found "limited, suggestive evidence of a link between type 2 diabetes and Agent Orange and other herbicides used in Vietnam."

According to current statistics from the VA, 9% of the 2.3 million Vietnam veterans still alive have type 2 diabetes; 16% of those currently hospitalized have type 2 diabetes.

Documentation of the type 2 phenotype must be demonstrated with C-peptide levels and absence of anti-islet cell and insulin antibodies.

Steroid therapy can often unmask diabetic tendencies or aggravate glycemic control. Steroids vary according to their mineralocorticoid and glucocorticoid potency. Dexamethasone is the most potent glucocorticoid, followed by methylprednisolone, prednisone and hydrocortisone. The order is reversed for their mineralocorticoid potencies. Steroids exert their glycemic effects by aggravating insulin resistance.

Thiazide diuretics, by inhibiting insulin output from the pancreas, can worsen hyperglycemia, especially with higher doses than can induce hypokalemia.

## DIAGNOSING DIABETES

The criteria for diagnosing diabetes in the clinical setting can been seen in Table 2.

The criteria for impaired fasting glucose (IFG) include a fasting glucose concentration on two occasions equal to or greater than 100 mg/dL and less than 126 mg/dL (5.6–6.9 mmol).