Case 6:06-md-01769-ACC-DAB   Document 1324-9   Filed 02/28/09   Page 1 of 9 PageID 29592

# Applied Therapeutics

Ninth Edition

Mary Anne Koda-Kimble

Lloyd Yee Young

Brian K. Alldredge

Robin L. Corelli

B. Joseph Guglielmo

Wayne A. Kradjan

Bradley R. Williams

Wolters Kluwer Health | Lippincott Williams & Wilkins

thePoint

*Editor:* David B. Troy
*Managing Editor:* Meredith Brittain, Loftin Paul Montgomery, Jr.
*Marketing Manager:* Christen Murphy
*Production Editor:* Julie Montalbano
*Designer:* Risa Clow
*Compositor:* Aptara, Inc.

Copyright © 2009, 2005 Lippincott Williams & Wilkins

351 West Camden Street
Baltimore, Maryland 21201-2436 USA

530 Walnut Street
Philadelphia, Pennsylvania 19106-3621 USA

Printed in the United States of America.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Lippincott Williams & Wilkins at 530 Walnut Street, Philadelphia, PA 19106, via email at permissions@lww.com, or via website at lww.com (products and services).

9 8 7 6 5 4 3 2 1

**Library of Congress Cataloging-in-Publication Data**

Applied therapeutics : the clinical use of drugs / edited by Mary Anne Koda-Kimble ... [et al.]. — 9th ed.
   p. ; cm.
  Includes bibliographical references and index.
  ISBN 978-0-7817-6555-8
  1. Chemotherapy.  2. Pharmacology.  I. Koda-Kimble, Mary Anne.
  [DNLM: 1. Drug Therapy—methods. WB 330 A651 2009]
  RM262.A65 2009
  615.5′8—dc22

                                                               2008024503

## DISCLAIMER

Care has been taken to confirm the accuracy of the information present and to describe generally accepted practices. However, the authors, editors, and publisher are not responsible for errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of this information in a particular situation remains the professional responsibility of the practitioner; the clinical treatments described and recommended may not be considered absolute and universal recommendations.

The authors, editors, and publisher have exerted every effort to ensure that drug selection and dosage set forth in this text are in accordance with the current recommendations and practice at the time of publication. However, in view of ongoing research, changes in government regulations, and the constant flow of information relating to drug therapy and drug reactions, the reader is urged to check the package insert for each drug for any change in indications and dosage and for added warnings and precautions. This is particularly important when the recommended agent is a new or infrequently employed drug.

Some drugs and medical devices presented in this publication have Food and Drug Administration (FDA) clearance for limited use in restricted research settings. It is the responsibility of the health care provider to ascertain the FDA status of each drug or device planned for use in their clinical practice.

To purchase additional copies of this book, call our customer service department at **(800) 638-3030** or fax orders to **(301) 223-2320**. International customers should call **(301) 223-2300**.

Visit Lippincott Williams & Wilkins on the Internet: http://www.lww.com. Lippincott Williams & Wilkins customer service representatives are available from 8:30 am to 6:00 pm, EST.

## Antipsychotics

### CLASSIFICATION AND NOMENCLATURE OF THE ANTIPSYCHOTICS

Antipsychotics have been broadly classified into two groups. The older agents (i.e., those introduced in the United States before 1990) are referred to as *typical* or *conventional* antipsychotics or dopamine receptor antagonists, with pharmacologic activity attributed to the blockade of central dopamine receptors, particularly the $D_2$ receptor subtype. These agents have also been referred to as *major tranquilizers* and *neuroleptics*. The term major tranquilizer is inaccurate, because these agents, particularly the high-potency agents, can improve psychosis without associated sedation. *Neuroleptic* refers to the tendency of these drugs to cause neurologic side effects, particularly extrapyramidal symptoms (EPS). Typical antipsychotics are further classified as high- or low-potency agents, based on their relative ability to block dopamine receptors. They can also be classed by chemical structure (phenothiazine and nonphenothiazine) and potential for common adverse effects (EPS, sedation, anticholinergic, and cardiovascular effects).[66,85] Examples of typical agents include haloperidol, fluphenazine, thiothixene, chlorpromazine and thioridazine.

Newer agents, *atypical* or *serotonin-dopamine antagonists*, consist of clozapine, risperidone, olanzapine, quetiapine, ziprasidone, aripiprazole, and paliperidone. These agents demonstrate postsynaptic effects at $5\text{-}HT_{2A}$ and $D_2$ receptors. Some of the general characteristics that may be considered as features of atypical antipsychotic include an absence or decreased incidence of EPS and tardive dyskinesia (TD), lack of effect on serum prolactin, greater efficacy for refractory schizophrenia, and greater activity against negative symptoms.[86] However, currently there are no widely accepted characteristics that define an "atypical" antipsychotic, and clozapine is actually the only atypical agent which fulfills all of the criteria stated above. Recently, the term *second-generation antipsychotic* has also been proposed to describe this class of medications, although there is no consensus on the nomenclature at the present time.[87]

### MECHANISM OF DRUG ACTION

Although the specific mechanism of action of antipsychotics has not been elucidated, the focus is postsynaptic blockade at dopamine $D_2$ and serotonin $5\text{-}HT_{2A}$ receptor sites. It is generally accepted that $D_2$ receptor antagonism plays a key role in the treatment of positive symptoms of schizophrenia as well as in the production of EPS and hyperprolactinemia-related side effects. Knowledge of the central dopamine pathways in the brain can be used as a model to understand the therapeutic and side effects of the antipsychotics. The central dopamine system is composed of four tracts: mesolimbic, mesocortical, nigrostriatal, and tuberoinfundibular (Fig. 78-1). Drug action can be predicted if a clinician understands the function of each tract, along with the binding affinity of an agent for receptors located in the tract (Tables 78-5 and 78-6). Blockade of dopamine receptors in the mesolimbic tract is likely responsible for the reduction of positive symptoms of schizophrenia. Blockade of the other dopamine tracts is largely responsible for the adverse effects of antipsychotic treatment. The mesocortical tract is responsible for higher-order thinking and executive functions. Dopamine hypofunctioning in this area, either from the schizophrenia itself or by antipsychotic action, may be responsible for negative symptoms. The nigrostriatal tract modulates body movement. Antipsychotic-induced blo[ckade] in this area causes EPS. Lastly, antipsychotic-induced blo[ckade] of the dopamine tract in the tuberoinfundibular area of the [an]terior pituitary leads to hyperprolactinemia.[39] Ideally, sele[ctive] dopaminergic blockade of the mesolimbic tract would be [pre]ferred. Unfortunately, typical antipsychotics block all f[our of] these dopaminergic pathways. Studies have demonstrated antipsychotic effects require a striatal $D_2$ receptor occupan[cy of] 65% to 70%; $D_2$ receptor occupancy greater than 80% sig[nifi]cantly increases the risk of EPS.[88,89] During chronic treat[ment] with typical antipsychotic agents, between 70% and 90% o[f the] receptors in the striatum are usually occupied.[90] Not sur[pris]ingly, all the typical antipsychotic agents have been obse[rved] to be effective in reducing positive symptoms of schizophr[enia] and they all can cause EPS and TD.

In contrast with typical antipsychotic agents that affec[t all] four dopamine tracts, atypical antipsychotics primarily a[ffect] dopamine tracts in the limbic system and have been ter[med] *limbic specific*.[39] For example, therapeutic doses of risp[eri]done, olanzapine, and ziprasidone produce >70% occupan[cy] at $D_2$ receptors.[91,92] However, attributing antipsychotic e[f]ficacy solely to $D_2$ receptor effects is an oversimplificat[ion] because many patients do not respond to medication des[pite] adequate $D_2$ occupancy.[88] Furthermore, low levels of $D_2$ s[tri]atal receptor occupancy (<70%) have been observed w[ith] therapeutic doses of clozapine and quetiapine. This may [ex]plain the low propensity of these agents to produce EP[S,] but also calls into question the minimum receptor occupan[cy] necessary for antipsychotic efficacy as proposed for typi[cal] agents.[92,93]

Blockade of the $5\text{-}HT_{2A}$ receptors, a shared property [of] the atypical agents, has been investigated with regard to [its] significance in mediating antipsychotic effects.[94] At ther[a]peutic doses, most atypical agents occupy more than 80[%] of cortical $5\text{-}HT_{2A}$ receptors.[92,95,96] Blockade of $5\text{-}HT_{2A}$ r[e]ceptors, independent of $D_2$ antagonism, has not been demon[s]trated to produce antipsychotic effects. However, it is pos[s]tulated that a high $5\text{-}HT_{2A}$ to $D_2$ receptor affinity ratio ma[y] underlie the enhanced therapeutic efficacy and low propensi[ty] for EPS observed with atypical antipsychotics.[39] Serotonin [is] known to exert a regulatory effect on dopaminergic receptors [and] dopamine release, but the degree of control may vary depen[d]ing on the pathway. Specifically, serotonin tonically inhib[its] dopamine release. Therefore, $5\text{-}HT_{2A}$ antagonism should en[hance] dopaminergic transmission. It has been proposed that [the] atypical properties of antipsychotics (efficacy against negati[ve] symptoms and low propensity to produce EPS) are due in pa[rt] to augmentation of dopaminergic function via $5\text{-}HT_{2A}$ block[ad]e in the mesocortical and nigrostriatal pathways and lim[]bic specificity.[39,97] Aripiprazole is an antipsychotic agent wi[th] unique effects at $D_2$ and 5-HT receptors. Specifically, this age[nt] has partial agonist activity at $D_2$ and $5\text{-}HT_{1A}$ receptors and an[]tagonist activity at serotonin $5\text{-}HT_{2A}$ receptors. Aripiprazole [is] a functional antagonist at $D_2$ receptors under hyperdopaminer[]gic conditions but exhibits functional agonist properties under hypodopaminergic conditions.[98] Paliperidone (Invega) is the newest atypical agent approved by the U.S. Food and Drug Ad[]ministration (FDA). Because paliperidone is the primary active metabolite of risperidone, 9-hydroxyrisperidone, we should ex[]pect the mechanism of action of paliperidone to be similar to that of risperidone.[99,100]

FIGURE [78-1...]
in the b[rain...]
(1) The [...]
though [...]
tegme[ntal...]
in ma[...]
delusi[ons...]
the m[...]
its ax[ons...]
symp[toms...]
path[way...]
path[way...]

78-5  Neuro[transmitter Tracts]
[] smitter Tract

[]ne-nigrostriatal

[]ne-mesolimbic

[]ne-mesocortical

[]ne-tuberoinfund[ibular]

[]ergic (5-HT2)

[]rapyramidal side [effects]
from referen[ces]



**FIGURE 78-1 Four dopamine pathways in the brain.** The neuroanatomy of dopamine neuronal pathways in the brain can explain both the therapeutic effects and the side effects of the known antipsychotic agents. (1) The nigrostriatal dopamine pathway projects from the substantia nigra to the basal ganglia, and is thought to control movements. (2) The mesolimbic dopamine pathway projects from the midbrain ventral tegmental area to the nucleus accumbens, a part of the limbic system of the brain thought to be involved in many behaviors, such as pleasurable sensations, the powerful euphoria of drugs of abuse, as well as delusions and hallucinations of psychosis. (3) A pathway related to the mesolimbic dopamine pathway is the mesocortical dopamine pathway. It also projects from the midbrain ventral tegmental area, but sends its axons to the limbic cortex, where it may have a role in mediating positive and negative psychotic symptoms or cognitive side effects of neuroleptic antipsychotic medications. (4) The fourth dopamine pathway of interest is the one that controls prolactin secretion, called the tuberoinfundibular dopamine pathway. It projects from the hypothalamus to the anterior pituitary gland.

## Neurotransmitter Tract Function and Effect of Typical Versus Atypical Antipsychotics

| Tract | Clinical Function | Typical Agent Effects | Atypical Agent Effects |
|---|---|---|---|
| nigrostriatal | Modulates EPS | Potent $D_2$ blockade causes EPS | Minimal EPS owing to greater specificity for mesolimbic system |
| mesolimbic | Modulates arousal, memory, behavior | Effectively treats positive symptoms | Effectively treats positive symptoms |
| mesocortical | Modulates cognition, socialization, and other negative symptoms | Less effective for negative symptoms | Clozapine (possibly others) greater efficacy for negative symptoms; clozapine, risperidone (others?) may improve cognition |
| tuberoinfundibular | Regulates prolactin release | Increases prolactin release (dose related) | No increase in prolactin with clozapine, dose-related with risperidone, no significant increase with others |
| (5-HT2) | 5-HT2 blockade reduces EPS, improves negative symptoms | Minimal affinity for 5-HT2 receptors | Greater affinity for 5-HT2 receptors |

pyramidal side effects.
references 39, 86, and 97.

### Relative Receptor-Binding Affinities of Typical and Atypical Antipsychotic Agents

| Receptor | $D_1$ | $D_2$ | 5-HT2 | $\alpha_1$ | $M_1$ |
|---|---|---|---|---|---|
| **Typical Agents** | | | | | |
| Chlorpromazine | − | +++ | ++ | +++ | +++ |
| Fluphenazine | − | +++ | + | + | − |
| Perphenazine | − | +++ | ++ | ++ | − |
| Thioridazine | + | +++ | ++ | +++ | +++ |
| Haloperidol | ++ | +++ | + | + | − |
| **Atypical Agents** | | | | | |
| Clozapine | ++ | ++ | +++ | +++ | +++ |
| Risperidone | − | +++ | +++ | +++ | − |
| Olanzapine | + | ++ | +++ | ++ | +++ |
| Quetiapine | − | + | ++ | +++ | + |
| Ziprasidone | ± | ++ | +++ | ++ | − |
| Aripiprazole | + | +++ | ++ | ++ | − |
| Paliperidone | − | +++ | +++ | +++ | − |

$D_1$, dopamine subtype 1; $D_2$, dopamine subtype 2; 5-HT2, serotonin subtype 2; 1, alpha 1; $M_1$, muscarinic (cholinergic) subtype 1; $H_1$, histamine subtype 1.
−, none; ±, unclear; +, minimal; ++, moderate; +++, high; ++++, very high.
Compiled from references 90, 99, 100, 143, and 266.

Antipsychotic drugs also affect other receptors, usually resulting in adverse effects rather than enhanced therapeutic response. For example, histamine-1 ($H_1$) blockade is responsible for sedation and possibly weight gain. Blockade of 5-HT$_{2C}$ receptors may also play a role in the weight gain associated with some atypical agents. $\alpha_1$-Adrenergic blockade causes orthostatic hypotension and plays a role in sexual dysfunction. Muscarinic receptor blockade causes the classical anticholinergic effects such as dry mouth, blurred vision, constipation, and urinary retention. An understanding of the receptor binding properties of the typical and atypical agents is helpful to predict their adverse effects profiles.[66,85,101] Properties of typical and atypical antipsychotics are listed in Tables 78-6 and 78-7.

### Relative Incidence of Antipsychotic Drug Adverse Effects

| | Sedation | EPS | Anticholinergic | Orthostasis | Seizures | Prolactin Elevation |
|---|---|---|---|---|---|---|
| **Typical—Low Potency** | | | | | | |
| Chlorpromazine | ++++ | +++ | +++ | ++++ | +++ | +++ |
| Thioridazine | ++++ | ++ | ++++ | ++++ | ++ | +++ |
| **Typical—High Potency** | | | | | | |
| Trifluoperazine | ++ | ++++ | ++ | ++ | ++ | +++ |
| Fluphenazine | ++ | +++++ | ++ | ++ | ++ | +++ |
| Thiothixene | ++ | ++++ | ++ | ++ | ++ | +++ |
| Haloperidol | + | +++++ | + | + | + | +++ |
| Loxapine | +++ | ++++ | ++ | ++ | ++ | +++ |
| Molindone | + | ++++ | ++ | ++ | ++ | +++ |
| **Atypicals** | | | | | | |
| Clozapine | ++++ | + | ++++ | ++++ | +++++[c] | 0 |
| Risperidone | +++ | +[a] | ++ | +++ | ++ | 0 to +++[c] |
| Olanzapine | +++ | +[b] | +++ | ++ | ++ | +[c] |
| Quetiapine | +++ | + | ++ | ++ | ++ | 0 |
| Ziprasidone | ++ | + | ++ | ++ | ++ | 0 |
| Aripiprazole | ++ | + | ++ | ++ | ++ | 0 |
| Paliperidone | +++ | +[a] | ++ | +++ | ++ | 0 to +++[c] |

[a] Very low at dosages <8 mg/day.
[b] With dosages <20 mg/day.
[c] Dose related.
0, no effect; +, very low; ++, low; +++, moderate; ++++, high; +++++, very high; EPS, extrapyramidal side effects.
Compiled from references 58, 99, 100, 182, 143, 166, and 266.

## ...ion of an Antipsychotic

...tients, the selection of a specific antipsychotic agent ...be individualized. The choice of a specific medication is ...based on a number of factors and is frequently more art ...ence. Important factors include prior experience (effi... ...d side effects), the ease of attaining a therapeutic dose, ...ble dosage forms, and formulary or cost considerations. ...f the best predictors of response is the patient's previ... ...ponse to a specific antipsychotic, or a positive response ...st-degree relative. If a patient responded poorly to an ...ychotic in the past, an agent from a different chemical ...should be prescribed. Also, if a patient has a particular ...on to an antipsychotic side effect, an appreciation for ...nces among the available antipsychotics in this regard ...be helpful. Drugs with a similar side effect profile should ...ded. Although all the antipsychotic agents have been ...to be efficacious during the acute phase of schizophre... ...ypical antipsychotics (with the exception of clozapine) ...come the agents of first choice for the treatment of ...ophrenia. The rationale for this practice is based on the ...risk of EPS and TD with the atypical agents.

...al antipsychotics are effective in reducing positive symp... ...of schizophrenia during acute psychotic episodes and in ...ting recurrence in many patients.[102] These agents are ...ffective for treating negative symptoms. In fact, there is ...rn that typical agents may exacerbate negative symptoms ...using drug-induced akinesia. In general, all typical an... ...hotic agents are believed to be equally effective when ...n equivalent doses.

...nical trials demonstrate that the atypical agents— ...ine, risperidone, olanzapine, quetiapine, ziprasidone, ...razole, and paliperidone—are superior to placebo, and ...least as effective as typical antipsychotics for treat... ...of the positive and negative symptoms of schizophre... ...[103-113] In a meta-analysis of 52 randomized clinical tri... ...mparing atypical agents (including clozapine, risperi... ...quetiapine) with typical agents (haloperidol or chlor... ...mazine), Geddes et al.[114] found no difference in efficacy ...een these two drug classes if the dose of the typical ...was considered. The apparent superiority of atypical an... ...chotics (in terms of efficacy and drop-out rates) could ...ributed to the use of excessive doses of typical agents ...mg/day haloperidol or equivalent). In contrast, two other ...analyses concluded that the atypical agents have efficacy ...tolerability advantages over typical agents independent of ...peridol dosage.[115,116] Davis et al.[116] concluded that avail... ...evidence demonstrates an efficacy advantage for some ...zapine, risperidone, olanzapine) but not all atypicals (que... ...ine, ziprasidone, and aripiprazole) when compared with ...cal agents. These authors suggest that the atypical agents ...at least as efficacious as typical agents for positive symp... ...s, and that atypical agents are likely more efficacious with ...ative and cognitive symptoms. This potential advantage ...the atypical agents continues to be a source of much de... ...e. On one hand, there are some who believe that atypi... ...agents have a unique therapeutic effect on the primary ...ative symptoms, whereas others contend that this find... ...is actually a secondary impact upon other related symp-

toms and disease manifestations.[117] Data on risperidone and olanzapine suggest a direct effect on primary negative symptoms independent of their effect on psychotic, depressive, or EPS.[118,119]

The National Institute of Mental Health Clinical Antipsychotic Trials of Intervention Effectiveness trial (CATIE) was a real-world trial evaluating schizophrenic patients. The trial compared the effectiveness of atypical antipsychotics (quetiapine, risperidone, clozapine, olanzapine, and, later, ziprasidone) to that of perphenazine, a midpotency typical antipsychotic.[120] Perphenazine was chosen owing to a lower incidence of EPS compared with high and other midpotency typical antipsychotics, as well as decreased sedation when compared with low-potency typical antipsychotics. In this study, 1,460 patients were included from 57 sites in 24 states. The results indicated olanzapine was least likely to be discontinued; however, it (and clozapine) had the most metabolic side effects. Perphenazine was as effective as the atypical agents, however, it had the highest incidence of EPS, even after patients with TD were excluded from receiving the medication.[121,122]

### Dosage Forms
#### ORAL DISINTEGRATING TABLET

Pharmacotherapy during the acute phase is administered orally (as tablets or liquid concentrate) or intramuscularly (IM), depending on the patient's willingness to take medication, the risk of imminent harm, and dosage form availability. Usually, antipsychotic therapy is administered orally. The newest technology available is the oral disintegrating tablet (ODT). ODT can be in the form of a compressed tablet, compression molded tablets, and freeze-dried (lyophilized) wafers that dissolve or disintegrate within a matter of seconds when placed on the tongue. Of the atypical agents, risperidone, olanzapine, and aripiprazole are available as ODT.

#### SHORT-ACTING INJECTABLES

Although all of the antipsychotics are available in oral formulations, only a few are available as injectables. Short-acting IM preparations of an antipsychotic may be preferred over oral medication if a patient is agitated and not likely to be cooperative. IM preparations bypass the gastrointestinal tract and first-pass metabolism and have a faster onset of action. For example, most IM antipsychotics reach a maximum plasma level within 30 to 60 minutes and patients usually experience substantial calming within 15 minutes.[123] Of the short-acting agents available for IM use, most clinical experience has been with high-potency typical antipsychotic medications such as haloperidol or fluphenazine. Haloperidol and fluphenazine have the advantage of being calming without being sedating, but they can cause severe EPS. Some clinicians prefer low-potency agents such as chlorpromazine, because they are more sedating. Low-potency agents can also cause severe hypotension. High-potency agents can be given in larger doses because they have a lower risk of anticholinergic and cardiovascular complications than low-potency agents. In general, the use of oral typical agents has declined because of the neurologic risks. Studies have shown that the FDA-approved IM formulations of the atypical agents (olanzapine, aripiprazole, and ziprasidone) seem to be better tolerated than typical agents and are equally effective as haloperidol in the acute treatment of psychoses in patients with schizophrenia.[124,125]

of cardiac disease and with an uncontrolled electrolyte disturbance. The coprescription of ziprasidone with other drugs that prolong the QT interval should be avoided. Under most clinical circumstances, however, ziprasidone may be safely used without ECG monitoring or other special precautions.

## METABOLIC EFFECTS

### Hyperprolactinemia

Antipsychotic-induced hyperprolactinemia has come to the forefront because of differences found among the atypical agents. Before the introduction of the atypical agents, prolactin elevation was unavoidable because all typical antipsychotics elevate serum prolactin by blocking the tonic inhibitory actions of dopamine in the tuberoinfundibular tract.[174] Among the atypical agents, risperidone and, to a lesser extent, olanzapine produce a dose-related increase in prolactin levels that is equal to or greater than that seen with typical antipsychotics.[175,176] The remaining atypical agents have little impact on serum prolactin levels.[175] Hyperprolactinemia is of clinical importance because it may lead to galactorrhea, gynecomastia, amenorrhea, anovulation, impaired spermatogenesis, decreased libido and sexual arousal, and anorgasmia.[177] Interestingly the hyperprolactinemia is not always associated with clinical symptoms. For example, Kleinberg et al.[176] failed to find an association between sexual dysfunction and risperidone-associated hyperprolactinemia. This may be a product of the multifactorial nature of sexual dysfunction or methodologic limitations in data collection. Patients often do not spontaneously report symptoms of sexual dysfunction and clinicians must remember to ask about these potential side effects.[175]

### Weight Gain

Weight gain is emerging as one of the most significant concerns associated with the use of antipsychotics, particularly among the atypical agents. The mechanism of antipsychotic-induced weight gain is unclear, but antagonism of histamine $H_1$ and serotonin $5-HT_{2C}$ receptors has been implicated.[178] A genetic predisposition exists for weight gain; a mutation in the receptor gene may increase risk for weight gain from antipsychotics. No genetic tests exist to predict which will gain weight from the atypical antipsychotics.[179] other theory is the potential decreased signaling of tonin receptors, 2A and 2C, increased calorie intake petite, and/or decreased metabolic rate.[180,181] The binding affinity to the histaminergic receptor, the agent is likely to be associated weight gain.[180] Among atypical agents, weight gain is most common with cl and olanzapine, lowest with ziprasidone and aripipra intermediate with risperidone and quetiapine.[182] In analysis, Allison et al.[183] found that the estimated weight at 10 weeks of therapy was greater with clozapine (4.45 olanzapine (4.15 kg) relative to risperidone (2.1 kg) and done (0.04 kg), as illustrated in Figure 78-3. Modera term weight gain has been demonstrated with quetiap minimal with aripiprazole.[98,184] Similarly, clozapine zapine have the largest associated weight gain with l treatment.[184] The weight gain observed with cloz olanzapine is not dose dependent and plateaus 6 to 12 after treatment initiation.[185,186] However, other authors that antipsychotic-associated weight gain plateaus w first several months of treatment with risperidone, q and ziprasidone can continue over several years for ine and olanzapine.[175] The issue of weight gain has i clinical implications in light of the link with impaired tolerance and type II diabetes, hyperlipidemia, and i mortality.[58,187-190] Patients who had no weight gain atypical antipsychotics can still develop diabetes mell a case review of 45 patients who developed or had ing of their diabetes, nearly 50% had no weight gain. antipsychotics may impair insulin sensitivity or gluc lation independent of weight gain, although the true diabetes is still unknown.[179,181]

Cardiovascular disease is the leading cause of death patients with schizophrenia.[191] On average, patien



FIGURE 78-3 Comparison of weight change among antipsychotics. (Adapted from reference 183.)

**Table 78-13  Monitoring Protocol for Atypical Antipsychotics**<sup>a</sup>

|  | Baseline | Week 4 | Week 8 | Week 12 | Quarterly | Annually | Every 5 years |
|---|---|---|---|---|---|---|---|
| Personal/Family history | X |  |  |  |  | X |  |
| Weight (BMI) | X | X | X | X | X |  |  |
| Waist circumference | X |  |  |  |  | X |  |
| Blood pressure | X |  |  | X |  | X |  |
| Fasting plasma glucose | X |  |  | X |  | X |  |
| Fasting lipids profile | X |  |  | X |  |  | X |

<sup>a</sup>More frequent assessments may be warranted based on clinical status.
Compiled from references 219 and 220.

[Left column — partially obscured by binding:]

...on in the 5-HT... ...in from aty... ...t which pa... ...otics.[179,180] ...ing of two... ...e intake an... The higher... ...r, the more... ...[180] Among... ...with cloz... ...ripiprazole... ...e.[182] In a m... ...ated weight... ...ine (4.45 kg)... ...kg) and zip... Moderate sh... quetiapine a... zapine and o... with long-t... clozapine... 6 to 12 mo... authors sug... teaus within... one, quetia... ears for clo... n has impor... npaired glu... and increa... ght gain du... tes mellitus... or had wor... t gain. Aty... ...ridone and... r glucose re... true reason... of death am... patients w...

**Case — L.A.**

L.A., a 45-year-old woman with chronic paranoid schizophrenia, had been managed successfully with haloperidol for many years. She subsequently developed TD and was switched to olanzapine 20 mg HS. Before initiation of olanzapine 4 months ago, L.A. was 54 and weighed 132 lb. She has responded well to olanzapine; however, she now weighs 148 lb. Can L.A.'s weight gain be attributed to olanzapine?

Weight gain has been reported with typical antipsychotics. Even greater weight gain has been seen with atypical agents such as clozapine and olanzapine, and to a lesser extent, risperidone and quetiapine.[182–184] The cause of antipsychotic-induced weight gain is multifactorial and may include a change in food preferences, increased food or fluid intake, carbohydrate craving, or a lack of activity. Blockade of the histamine and 5-HT$_{2C}$ receptors are also contributory. H$_1$ blockade causes sedation that may produce inactivity. H$_1$ blockade may also increase weight by interfering with normal satiety signals from the gut, resulting in overeating. Evidence for a role of 5-HT$_{2C}$ antagonism is derived indirectly from appetite-suppressing drugs, such as fenfluramine, which are thought to act via 5-HT agonism.[192]

L.A.'s weight gain should be taken seriously because it may contribute to medical conditions such as diabetes, hyperlipidemia, coronary artery disease, gastrointestinal disorders, cancer, and hypertension.[193,194] A significant weight gain may cause her to have a poor self-image, which may lead to treatment nonadherence. Obese patients with schizophrenia are 2.5 times more likely to discontinue their medication than nonobese patients.[194] She should be enrolled in a weight management program. If a patient gains 5% or more of their pretreatment body weight, switching to another antipsychotic should be considered.[195] For L.A., switching to another antipsychotic with lower weight gain liability may be considered; however, this decision must be balanced against her current positive response to olanzapine.

How should the potential metabolic complications associated with antipsychotics be monitored?

Although the risk of TD seems to be significantly reduced with the use of atypical antipsychotics, there is concern regarding other long-term side effects with these agents including impaired glucose tolerance, type 2 diabetes, and hyperlipidemia.[175,187]

L.A. should be informed about these potential complications. The routine monitoring of weight, fasting glucose levels, and lipid panels have been recommended and appropriate therapeutic options should be initiated if abnormalities are observed.[175,187] Guidelines have been created for the monitoring of metabolic issues associated with atypical antipsychotic use (Table 78-13). At baseline, a personal and family medical history should be obtained, as well as height and weight (to determine body mass index), waist circumference, BP, fasting plasma glucose, and a fasting lipid panel.[195,196] Fasting blood glucose and lipid levels, as well as BP measurements, should be completed 3 months after drug initiation, then every year if the patient is within normal limits.[195,196] Weight should be reassessed at weeks 4, 8, and 12, then quarterly, after drug initiation.[195,196] L.A. should be encouraged to self-monitor her weight and report any significant weight fluctuations. Subjective evidence of a weight change may include a change in clothes or belt size. In addition, she should be routinely monitored for the presence of diabetic symptoms (e.g., polyuria, polydipsia) at every clinic visit.

## NEUROLEPTIC MALIGNANT SYNDROME

C.B., a 25 year-old man, was hospitalized with the diagnosis of schizophrenia, paranoid type, and was started on loxapine 25 mg HS. After 2 days of therapy, C.B. became rigid, seemed confused at times, and had a fever of 41°C. A diagnosis of neuroleptic malignant syndrome (NMS) was made. What features of this syndrome does C.B. have and how should it be treated?

NMS is a rare but potentially lethal adverse effect of antipsychotic therapy. The risk of NMS seems to be lower for atypical agents than for typical agents.[143] However, cases of NMS have been linked to treatment with clozapine, risperidone, olanzapine, quetiapine, ziprasidone, and aripiprazole.[197–203]

NMS can occur hours to months after the initial drug exposure, and the mortality rate is reported to be as high as 20%.[58] The incidence is estimated at between 0.02% and 3.23% of patients taking typical antipsychotic drugs.[204] The cardinal features include muscular rigidity, hyperthermia, autonomic dysfunction, and altered consciousness. Extrapyramidal dysfunction (e.g., rigidity) and akinesia usually develop initially or concomitantly with a temperature elevation as high as 41°C. Autonomic dysfunction includes tachycardia, labile BP, profuse diaphoresis, dyspnea, and urinary incontinence. The

**Medications and Medical Conditions That May Cause Weight Gain and Weight Loss**

| WEIGHT GAIN | WEIGHT LOSS |
|---|---|
| **Medications** | **Medications** |
| α- and β-blockers (e.g., terazosin, atenolol, propranolol) | Alcohol/sedative-hypnotics |
| Antidepressants (e.g., mirtazapine, paroxetine, phenelzine, trazodone, tricyclic antidepressants) | Antidepressants/noradrenergic agents (e.g., atomoxetine, bupropion) |
| Antidiabetics (e.g., insulin, sulfonylureas, thiazolidinediones) | Antidiabetics (e.g., acarbose, exenatide, metformin, pramlintide) |
| Antiepileptic drugs (e.g., carbamazepine, gabapentin, pregabalin, valproic acid) | Antiepileptic (e.g., felbamate, topiramate, zonisamide) |
| Antihistamines (e.g., diphenhydramine, cyproheptadine, histamine-2 blockers) | Cardiovascular/antihypertensive agents (e.g., ACE inhibitors, clonidine, digoxin, diuretics) |
| Antipsychotics (e.g., most typicals, clozapine, olanzapine, risperidone, quetiapine) | Modafinil |
| Glucocorticoids (e.g., prednisone) | Nicotine |
| Mood stabilizers (e.g., lithium) | Stimulants (e.g., amphetamine, cocaine, dextroamphetamine, dopaminergic agents, pseudoephedrine, sibutramine) |
| Progestin-containing hormones (e.g., medroxyprogesterone) | Theophylline |
| Protease inhibitors (e.g., ritonavir, indinavir) | |
| **Medical Conditions** | **Medical Conditions** |
| Chronic heart failure | Addison's disease |
| Cushing syndrome | Cancer (e.g., stomach, gallbladder, liver, ovarian, pancreatic) |
| Depression (e.g., seasonal affective disorder, premenstrual dysphoric disorder) | Diabetes mellitus type 1 and 2 |
| Diabetes mellitus type 2 | Digestive conditions (e.g., Crohn disease, inflammatory bowel disease, intestinal motility disorders, malabsorption, ulcerative colitis) |
| Hypothyroidism | Human immunodeficiency virus/acquired immunodeficiency syndrome |
| Polycystic ovarian syndrome | Hyperthyroidism |
| Schizophrenia | Mood disorders (e.g., depression, mania) |

ACE, angiotensin-converting enzyme.
Adapted from reference 2.

hormonal disturbances found in anorexia nervosa are secondary to malnutrition and weight loss and seem to normalize after weight normalization and long-term recovery.[30,32]

There are many possible causes for obesity, such as genetic predisposition, disturbances of hunger and satiety centers in the brain, endocrine abnormalities, environmental and cultural influences, socioeconomic status, medical conditions such as hypothyroidism, medications that stimulate appetite, and inactivity.[14,31] Obese individuals tend to have more restrained eating (dieting with chronic caloric restriction) and lower levels of activity compared with persons with normal weight. This behavior can lead to lowered basal metabolic rates, less energy expenditure, and increased weight gain secondary to periodic overeating and binge-eating.[9] Recently, there have been several association studies linking short sleep duration and metabolic changes such as obesity, insulin resistance, and diabetes.[33] One study showed that children aged 30 months and younger who lacked sleep were at risk of developing obesity at 7 years.[34] Alteration of the hypothalamic regulation of appetite and energy expenditure owing to sleep loss has been one explanation. Sleep loss has also been shown to be associated with low leptin levels and high ghrelin levels; both factors contribute to signaling of energy deficit and hunger, which may contribute to overeating and obesity.[35]

Individuals with mental illness are especially prone to developing obesity. Psychotropic medications including chlorpromazine, clozapine, and olanzapine cause significant weight gain.[6] Associated physiological changes may increase the risk of type 2 diabetes mellitus. Of patients with severe chronic mental illness, 40% to 62% are overweight before initiation of medication.[36] Contributing factors may include reduced access to medical care, lifestyle habits (decreased physical activity, poor diet), and economic issues that restrict participation in healthy living regimens.

Psychological, psychodynamic, and cognitive theories have attempted to explain the emotional, perceptual, and phobic fears of eating disorders, but there are few studies evaluating these hypotheses.[1,3] Examples of psychological and familial factors associated with anorexia nervosa include fear and avoidance of sexuality and growth, failure of parents to encourage independence and self-expression, rigidity and overinvolvement of parents, and premorbid perfectionism and high-achieving characteristics.[3] Childhood sexual abuse or early sexual trauma may be a contributing factor in the etiology of eating disorders.[1]

### Genetics

There is a genetic risk for anorexia nervosa, with higher rates among first-degree biological relatives and higher concordance rates for monozygotic twins (~55%) compared with dizygotic twins (~5%).[1,3,37,38] A large epidemiologic twin study found a strong genetic association between anorexia nervosa and bulimia nervosa; thus, these eating disorders share a familial risk.[30,39] Comorbid mood disorders and an increased risk of mood disorders have been found among first-degree