# Pharmacotherapy

MARIE A. CHISHOLM-BURNS

BARBARA G. WELLS

TERRY L. SCHWINGHAMMER

PATRICK M. MALONE

JILL M. KOLESAR

JOHN C. ROTSCHAFER

JOSEPH T. DIPIRO

**The McGraw-Hill Companies**

PHARMACOTHERAPY PRINCIPLES & PRACTICE

Copyright © 2008 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    CCW/CCW    0 9 8 7

Set ISBN  978-0-07-144880-2
Set MHID     0-07-144880-2

book ISBN  978-0-07-148934-8
book MHID    0-07-148934-7

access code card ISBN  978-0-07-148935-5
access code card MHID     0-07-148935-5

This book was set in Minion by International Typesetting and Composition.
The editors were Michael Brown, Jason Malley, Robert Pancotti, and Regina Y. Brown.
The production supervisor was Philip Galea.
The text designer was Joan O'Connor.
The cover designer was Mary McKeon.
The indexer was Barbara Littlewood.
Courier Westford was printer and binder.

This book is printed on acid-free paper.

Please tell the author and publisher what you think of this book by sending your comments to pharmacotherapy@mcgraw-hill.com. Put the author and title of the book in the subject line.

Cover images copyright © 2006 by Obi-Tabot Tabe, PharmD. The images used on the cover and spine are taken from an 18" × 24" oil painting by Obi-Tabot Tabe, PharmD, a painter, graphic designer, scientific illustrator, and pharmacist. Dr. Tabe, originally from Cameroon, is a graduate of the University of Pittsburgh, School of Pharmacy. The painting represents the use of loop diuretics in the treatment of edema and hypertension. A schematic drawing of the nephron and skeletal representations of molecular structures of two loop diuretics (furosemide and ethacrynic acid) are incorporated into the design. Two pharmacokinetic curves (IV bolus infusion and oral drug administration) associated with drug monitoring and drug regimen adjustments are also evident in this abstract design.

Library of Congress Cataloging-in-Publication Data

Pharmacotherapy principles & practice / editors, Marie A. Chisholm-Burns ... [et al.].
    p. ; cm.
  Includes bibliographical references and index.
  ISBN-13: 978-0-07-144880-2 (alk. paper)
  ISBN-10: 0-07-144880-2 (alk. paper)
  1. Chemotherapy—Textbooks.  I. Chisholm, Marie A.  II. Title: Pharmacotherapy principles and practice.
  [DNLM: 1. Drug Therapy. WB 330 P5359 2007]
  RM262.P475    2007
  615.5'8—dc22
                                           2006046850

# 34 SCHIZOPHRENIA

*Deanna L. Kelly and Elaine Weiner*



LEARNING OBJECTIVES

UPON COMPLETION OF THE CHAPTER, THE READER WILL BE ABLE TO:

1. Explain the pathophysiologic mechanisms that are thought to underlie schizophrenia.
2. Recognize the signs and symptoms of schizophrenia and be able to distinguish among positive, negative, and cognitive symptoms of the illness.
3. Identify the treatment goals for a patient with schizophrenia.
4. Recommend appropriate antipsychotic medications based on patient-specific data.
5. Compare the side-effect profiles of individual antipsychotics.
6. Describe the components of a monitoring plan to assess the effectiveness and safety of antipsychotic medications.
7. Educate patients and families about schizophrenia, treatments, and the importance of adherence to antipsychotic treatment.

CONCEPTS

- presenting with odd behaviors, illogical thought, bizarre beliefs, and hallucinations should be assessed [for schi]zophrenia.
- [Diagn]osis of schizophrenia is made clinically, as there are no [rad]iological assessments, brain imaging, or laboratory [exami]nations that confirm the diagnosis.
- [Go]als of treatment are to reduce symptomatology, [prevent] psychotic relapses, and improve patient functioning [and soci]al outcomes.
- [Co]rnerstone of treatment is antipsychotic medications. [Because] most patients with schizophrenia relapse when not [treat]ed, long-term treatment is usually necessary.
- [Psycho]social support is needed to help improve functional [outcom]es.
- [Compar]ed to the older antipsychotics (first-generation anti[psychoti]cs), the more recently developed second-generation [antipsyc]hotics are associated with a lower risk of motor side [effects] (tremor, stiffness, restlessness, and dyskinesia); may [offer] greater benefits for affective, negative, and cognitive [sympt]oms; and may prolong the time to psychotic relapse.
- [Second]-generation antipsychotics as a class are heterogeneous [with re]gard to side-effect profiles. Many second-generation [antipsy]chotics carry an increased risk for weight gain and for the development of glucose and lipid abnormalities; therefore careful monitoring is essential.
- Education of the patient and family regarding the benefits and risks of antipsychotic medications and the importance of adherence to their therapeutic regimens must be integrated into pharmacologic management.

In most cases schizophrenia is a chronically debilitating disorder and is likely one of the most devastating of chronic medical illnesses. Conceptually, schizophrenia might better be thought of as a clinical syndrome, comprising several disease entities that manifest with psychotic symptoms, including hallucinations, delusions, and disordered thinking. Commonly, these more flagrant symptoms are accompanied by more insidious ones, including cognitive impairment (abnormalities in thinking, reasoning, attention, memory, and perception), impaired insight and judgment, loss of motivation (avolition), loss of emotional range (restricted affect), and a decrease in spontaneous speech (poverty of speech). The later three symptoms are termed negative symptoms, and when taken together, are frequently called the deficit syndrome. Cognitive impairments and negative symptoms account for much of the poor social and functional outcomes observed in schizophrenia. Schizophrenia is the fourth leading cause of disability among adults and is associated with substantially lower rates of employment, marriage, and

Unfortunately, this new paradigm is in the earliest stages of implementation, and despite these advances and recent treatment improvements, long-term outcomes currently remain poor, and many patients fail to receive comprehensive care.

### General Approach to Treatment

A person presenting with the initial episode of psychosis requires a comprehensive assessment and careful diagnosis, as psychosis is not pathognomonic for schizophrenia. The differential diagnosis includes a wide array of neurologic, psychiatric, and general medical conditions (Table 34-2). Often, people present with a short history of psychopathology and cannot recall historical information accurately. This lack of information, along with frequent comorbid substance abuse, medical illnesses, and psychosocial stressors often confound the case. Patients presenting with psychotic symptoms, particularly those in their initial episode, should have a thorough medical and laboratory (electrolytes, blood urea nitrogen, serum creatinine, urinalysis, liver and thyroid function profile, syphilis serology, serum pregnancy test, and urine toxicology) evaluation, including a careful review of systems and a physical exam that includes a neurologic evaluation. At the minimum, in accordance with the American Psychiatric Association Practice Guidelines[11] and the Expert Consensus Guideline Series for Schizophrenia,[12] psychotic patients should have a medical workup at the time of admission to rule out other diagnoses or contributing factors.

❹ *Since early detection and intervention in schizophrenia is important for maximizing outcomes, treatment with antipsychotic medications should begin as soon as psychotic symptoms are recognized. Antipsychotic medications are the cornerstone of therapy for people with schizophrenia, and most patients are on lifelong therapy since non-adherence and discontinuation of antipsychotics are associated with high relapse rates.* If other symptoms are present such as depression and anxiety, these symptoms should also be aggressively treated. Additionally, psychosocial treatments should be used concomitantly to improve patient outcomes.

### Nonpharmacologic Therapy

❺ *Psychosocial support is needed to help improve functional outcomes.* Only 30% of patients respond robustly to antipsychotics, another 30% respond partially, and another 30% have a minimal response. Patients who do respond often continue to have residual symptoms such as **amotivation**, isolation, impaired social functioning, thus limiting their participation in social, vocational, and educational endeavors. Psychosocial interventions are based on the premise that increased psychosocial functioning will lead to improvements in subjective feelings of self-esteem and life satisfaction. However, generalizability from studies in this area are confounded by differences in treatment settings, severity of illness, insurance status of patients, and the presence of comorbid conditions. A few of the best supported and most promising approaches to psychosocial rehabilitation are social skills training (SST), cognitive-behavioral therapy (CBT), and cognitive remediation (CR). These treatments are used most appropriately as targeted treatment for social and cognitive impairments and not as sole treatment for psychotic symptoms.[13] Most psychosocial studies have been carried out in the United Kingdom, and findings are not yet widely utilized in the United States. Nonetheless, there are substantial data to support that family education and vocational support help to improve long-term functional outcomes.

### Pharmacologic Therapy

There are more choices of antipsychotic medications than ever before. Generally, all people with schizophrenia should be treated with antipsychotics, and adjunctive medications should be used when necessary to treat specific symptoms or comorbid diagnoses. Medications specifically targeting negative symptoms and cognitive deficits are actively being investigated. Because each schizophrenic patient presents differently, each treatment regimen should be individually tailored. After a period of nearly 20 years during which only first-generation antipsychotics (FGAs; typical antipsychotics) were available, six new antipsychotics have been marketed in the United States since 1990. These agents, known as second-generation antipsychotics (SGAs; atypical antipsychotics), include risperidone (Risperdal), olanzapine (Zyprexa), quetiapine (Seroquel), ziprasidone (Geodon), aripiprazole (Abilify), and clozapine (Clozaril). Clozapine, the prototype of this class of medications, is reserved as second-line therapy due to its unusual side-effect profile (see below). *As a class the SGAs offer greater tolerability, with less risk of extrapyramidal side effects (EPSs) and tardive dyskinesia (TD; see below) and possibly better treatment for mood symptoms, negative symptoms, and cognitive deficits.* There are some data to show that SGAs are associated with lower rates of relapse. Unfortunately, these medications are more expensive than older medications and have similar efficacy for psychotic symptoms, thus pharmacoeconomic cost:benefit profiles provide information essential for determining appropriate therapeutic regimens. The FGAs are currently used in less than 10% of the schizophrenic population, primarily in patients who cannot afford newer medications and those who have responded well and tolerated these medications in the past.

### Second-Generation (Atypical) Antipsychotics

While FGAs exert most of their effect through dopamine receptor blockade at the dopamine ($D_2$) receptor, the

**TABLE 34-2. Disorders That May Present with Psychotic Symptoms**

| | |
|---|---|
| Addison's disease | Huntington's disease |
| Asperger's disorder | Major depression |
| Autism | Posttraumatic stress disorder |
| Bipolar disorder | Sarcoidosis |
| Cancer | Seizure disorder |
| Cushing's disease | Substance abuse |
| Delirium | Syphilis |
| Dementia | Thyrotoxicosis |
| Head trauma | Viral encephalitis |



**FIGURE 34–1.** Profiles for receptor binding of second-generation antipsychotics and haloperidol. *Partial agonist activity at $D_2$ receptors, whereas all others are $D_2$ antagonists. D, dopamine receptor; $H_1$, histamine receptor; 5-HT, serotonin receptor; Musc, muscarinic receptor; $\alpha_1$ and $\alpha_2$, $\alpha_1$ and $\alpha_2$ receptors. (Adapted and reprinted from The Journal of Clinical Psychiatry and Physicians Post Graduate Press, Collaborative Working Group on Clinical Trial Evaluations. J Clin Psychiatry 1998; 59[Suppl 12]:7, and Pharmacologic Treatment of Schizophrenia. Caddo, OK: Professional Communications, Inc, 2003: 52, with permission.)

work through a more complicated mechanism, as SGAs have greater affinity for serotonin receptors than for dopamine receptors (Fig. 34–1). Despite being very heterogeneous with regard to receptor binding, the overall efficacy of the SGAs is similar.[14] Recently new comparative data on SGAs and FGAs (lower doses) have reported that overall efficacy is similar between groups, which suggests a reevaluation of the place of FGAs in therapy is needed.[14] Only clozapine, however, has demonstrated superior efficacy for some patients (see section below on treatment-resistant patients). An important distinction of the SGAs as a class is their lower propensity to cause EPS and TD. The annual risk of TD is reported to be less than 1.5% per year in adults (less than that in old) taking SGAs as compared to approximately a 5% per year risk in those taking FGAs.[15] Pharmacologic profiles and side-effect profiles, however, are very different among the agents. Table 34–3 lists the SGA agents, recommended doses, and dosage forms available. Table 34–4 lists the side-effect profiles of the SGAs and haloperidol. Clozapine is discussed in the section on treatment-resistant patients.

### Risperidone

Risperidone, a benzisoxazole derivative, was the first SGA to be marketed following the release of clozapine. It has high binding affinity to both serotonin ($5\text{-}HT_{2A}$) and $D_2$ receptors and binds to $\alpha_1$ and $\alpha_2$ receptors, with very little blockade of cholinergic receptors.[16] Multicenter registry trials found risperidone efficacy to be at least equal to that of haloperidol while producing significantly fewer extrapyramidal symptoms.[17] Risperidone is the only SGA approved for relapse prevention and is associated with significantly lower relapse rates than long-term haloperidol treatment.[18] At clinically effective doses (less than or equal to 6 mg/day), EPSs are low, although higher doses are clearly associated with a greater incidence of EPS. Risperidone is associated with serum prolactin elevations that are similar to or greater than those seen with the FGAs. Elevated prolactin levels can, but

**TABLE 34–3. Second-Generation (Atypical) Antipsychotics**

| Second-Generation Antipsychotic | Usual Target Dose (mg/day) | Maximal Dose Likely to Be Beneficial (mg/day) | Available Dosage Forms |
|---|---|---|---|
| Aripiprazole (Abilify) | 15–30 | 30 | • 2-, 5-, 10-, 15-, 20-, and 30-mg tablets<br>• 1 mg/mL oral solution<br>• 10- and 15-mg discmelt orally disintegrating tablets<br>• IM 9.75 mg/1.3 mL |
| Clozapine (Clozaril) | 400 | 500–800 | • 25- and 100-mg tablets<br>• FazaClo (orally disintegrating tablets) 25 and 100 mg |
| Olanzapine (Zyprexa) | 15–20 | 30–40[a] | • 2.5-, 5-, 7.5-, 10-, 15-, and 20-mg tablets<br>• Zyprexa Zydis (orally disintegrating tablets) 5, 10, 15, and 20 mg<br>• IM 10-mg vial (after reconstitution, approx. 5 mg/mL) |
| Quetiapine (Seroquel) | 400–600 | 800–1200[a] | • 25-, 100-, 200-, and 300-mg tablets |
| Risperidone (Risperdal) | 2–4 | 6 | • 0.25-, 0.5-, 1-, 2-, 3-, and 4-mg tablets<br>• 1 mg/mL (30 mL) solution<br>• Risperdal M-tab (orally disintegrating tablets) 0.5, 1, and 2 mg<br>• Risperdal Consta long-acting injectable 25-, 37.5-, and 50-mg vial/kit |
| Ziprasidone (Geodon) | 100–120 | 160–240[a] | • 20-, 40-, 60-, and 80-mg capsules<br>• IM 20 mg/mL |

[a]Product labeling guidelines.

TABLE 34-4. Comparative Side Effects among the Second-Generation Antipsychotics and Haloperidol

| Side Effect | Clozapine | Risperidone | Olanzapine | Quetiapine | Ziprasidone | Aripiprazole | Haloperidol |
|---|---|---|---|---|---|---|---|
| Anti-cholinergic side effects (dry mouth, constipation, blurred vision, urinary hesitancy) | +++ | ± | ++ (higher doses) | + | ± | ± | ± |
| EPS at clinical doses | ± | + | ± | ± | ± | ± | ++ |
| Dose-dependent EPS | 0 | ++ | + | 0 | + | ± | +++ |
| Orthostatic hypotension | +++ | ++ | + | ++ | + | + | + |
| Prolactin elevation | 0 | +++ | + | ± | + | 0 | ++ |
| QTc prolongation | + | ± | ± | ± | + | ± | ± |
| Sedation | +++ | + | + | ++ | + | + | + |
| Seizures | ++ | ± | ± | ± | ± | ± | ± |
| Weight gain | +++ | ++ | +++ | ++ | + | + | ± |
| Glucose dysregulation | ++ | + | ++ | + | ± | ± | ± |
| Lipid abnormalities | +++ | + | +++ | ++ | ± | ± | ± |

0, absent; ±, minimal; +, mild or low risk; ++, moderate; +++, severe; EPS, extrapyramidal side effects.

do not always, lead to clinical symptoms such as hormonal problems (e.g., amenorrhea, galactorrhea, and gynecomastia) or sexual dysfunction. Risperidone is associated with mild to moderate weight gain and mild elevations in lipid and glucose may occur. However, patients chronically treated with other antipsychotics such as olanzapine may have declines in cholesterol and triglyceride levels when changed to risperidone monotherapy.[14]

### Olanzapine

Olanzapine has greater affinity for 5-$HT_{2A}$ than for $D_2$ receptors. In addition, the compound has affinity at the binding sites of $D_4$, $D_3$, 5-$HT_3$, 5-$HT_6$, $\alpha_1$-adrenergic, muscarinic ($M_{1-5}$), and histamine ($H_1$) receptors.[19] Multicenter clinical trials have reported that the effectiveness of olanzapine is at least equal to that of haloperidol for the treatment of positive symptoms[20,21] and equal or superior to haloperidol for the treatment of negative symptoms. The premarketing clinical trials reported no significant differences in efficacy among dosage groups. However, the higher dose range appeared to offer the greatest benefits for both positive and negative symptoms when compared to haloperidol (20 mg). Among the first-line antipsychotic agents, olanzapine is associated with the longest time to treatment discontinuation, a finding that suggests that olanzapine may somewhat differ from the other SGAs in effectiveness.[14] Olanzapine has a low rate of EPS and causes slight, transient prolactin elevations. However, clinically significant weight gain occurs with olanzapine across the dosage range. The degree of weight gain is similar to that seen with clozapine and greater than that observed with the other SGAs. Olanzapine is also associated with hypertriglyceridemia, increased fasting glucose, and new-onset type 2 diabetes (i.e., metabolic syndrome), and among the first-line SGAs, it is associated with the greatest elevations in these metabolic parameters.[14]

### Quetiapine

Structurally quetiapine is related to clozapine and olanzapine. Quetiapine has high affinity for 5-$HT_{2A}$ receptors and lower affinity for $D_2$ and $D_1$ receptors. This drug has some affinity for $\alpha_1$, $\alpha_2$, and $H_1$ receptors, and very little for muscarinic receptors. The efficacy of quetiapine for psychosis was established in two controlled trials, which found that maximum benefits occurred at 300 mg per day or greater.[22,23] The effective doses of quetiapine may be higher than 500 mg. Quetiapine has not been shown to be superior to haloperidol in any symptom dimension; however, it has beneficial effects for anxious and depressive symptoms. Because of its low $D_2$ occupancy, motor side effects and prolactin elevations are usually not seen with quetiapine. Sedation may occur but generally transient. Mild weight gain and minor elevations in triglycerides can occur.

### Ziprasidone

Ziprasidone was developed specifically to be a compound that blocks $D_2$ receptors, but also binds with even greater affinity to central 5-$HT_{2A}$ receptors. As a result, ziprasidone has a binding affinity ratio of 11:1 for 5-$HT_{2A}$:$D_2$ receptors. Ziprasidone also has a relatively high affinity for 5-$HT_{1A}$, 5-$HT_{1D}$, $\alpha_1$-adrenergic, and $D_1$ receptors.[24] Several short-term, placebo-controlled, premarketing clinical trials in the recommended dose range of 40 to 160 mg daily with food.[25,26] Current dosing suggests that efficacy may be greater at doses over 200 mg/day. Liability for EPS, weight gain, and lipid elevations were very low in the clinical trials. Ziprasidone is associated with some prolongation of the QTc interval in adults. However, drug overdose data and studies of pharmacokinetic interactions have thus far shown little evidence that significant QTc prolongation may occur.

### Aripiprazole

Aripiprazole was formulated in the early 1980s to function as a potential dopamine modulator, with both antagonist and agonist activity at the $D_2$ receptor. It is the first $D_2$ partial agonist available for the treatment of schizophrenia and is sometimes referred to as a third-generation antipsychotic. This novel mechanism

Case 6:06-md-01769-ACC-DAB   Document 1324-10   Filed 02/28/09   Page 7 of 9 PageID 29607

details of their life experience to explore their more experiences. Once a solid working relationship and knowledge of the patient's psychotic experiences exist, a more structured interview. Many assessments are to more objectively rate positive and negative symptoms, level of function, and life satisfaction. The most commonly used scales include:

- Positive and Negative Symptom Scale (PANSS)
- Brief Psychiatric Rating Scale (BPRS)
- Clinical Global Impression (CGI) scale

These scales on a regular basis, particularly when switching medications or changing doses, is a more reliable means of measuring for improvement. Certainly symptom assessments cannot capture the full range of possible improvements that may experience, but they can be useful in deciding if a medication is having substantial benefit.

### Effect Monitoring

Regularly monitor patients for side effects and overall health while taking antipsychotic medications.[48,49] Perform orthostatic pressure measurements at the initiation of antipsychotics throughout treatment. Ask about impaired menstruation, and sexual performance regularly. Encourage patients to have eye exams, as several of the antipsychotic medications have been associated with the premature development of cataracts. Check weight, fasting glucose, glycosylated hemoglobin, and lipid at baseline, at 4 months after initiation of medication, and annually.[50] For patients who are at higher risk of developing and those who gain weight, check body weight more (Table 34–10). Encourage patients to act proactively against gain through healthier eating and exercise. Perform a baseline electrocardiogram (ECG) for patients with preexisting cardiovascular disease and risk for arrhythmia. With clozapine therapy a risk for the development of agranulocytosis, which is in the first 6 months of treatment. Current guidelines monitoring of white blood cell counts (WBC) prior to dispensing (Table 34–11).

Commonly used rating scales to monitor for EPS include Simpson Angus Scale (SAS) and the Extrapyramidal Symptom Rating Scale (ESRS). Akathisia is commonly monitored by the Barnes Akathisia Scale (BAS). The emergence of dyskinesias (writhing or involuntary movements) could represent the emergence of TD. Monitor for TD at least annually, and if FGAs are used patients should be evaluated at each visit. The most commonly used instrument to measure these symptoms is the Abnormal Involuntary Movement Scale (AIMS).



### Patient Encounter, Part 4

With his care providers, AG discussed several possible medication choices. Because there had been improvement of auditory hallucinations on risperidone, the initial choice was made to increase the dose to target the ongoing paranoid thinking. AG was seen weekly to monitor for emergence of EPS or akathisia. He was able to tolerate an increase to 4 mg of risperidone daily with improvement in his paranoid thinking. He went on several interviews for jobs and accepted part-time employment at a coffee shop. When he complained of emergence of sexual dysfunction, his prolactin level was determined to be 42 ng/mL (42 μg/L). He discussed risks and benefits of therapy with his clinicians and decided to continue risperidone for now, as he had improved in his ability to work and get out more in the community. He remains interested in having an aripiprazole trial in the future, as he hopes he might more easily lose the weight he gained while taking olanzapine and resume normal sexual functioning. He is no longer taking an antidepressant, and though he has some low days, he does not meet the criteria for diagnosis of depressive episode. He continues to be free of substance abuse, and his girlfriend continues to support his treatment. He still hopes to return to work in his field of expertise someday.

- Based on the information above, create a care plan for this patient's treatment. Your plan should include: (1) a statement of the drug-related concerns and/or problems, (2) the goals of therapy, and (3) a plan for monitoring and follow-up to determine whether the goals have been achieved and adverse effects minimized.

### Table 34–10. Monitoring Protocol for Patients on Second-Generation (Atypical) Antipsychotics

| | Baseline | 4 weeks | 8 weeks | 12 weeks | Quarterly | Annually | Every 5 years |
|---|---|---|---|---|---|---|---|
| Family history[a] | X | | | | | X | |
| Weight | X | X | X | X | X | | |
| Circumference | X | | | | | X | |
| Blood pressure | X | | | X | | X | |
| Plasma glucose | X | | | X | | X | |
| Plasma lipids | X | | | X | | | X |

[a]diabetes, dyslipidemia, hypertension, or cardiovascular disease.
American Diabetes Association, American Psychiatric Association, American Association of Clinical Endocrinologists, North American Association for the Study of Obesity. Consensus development conference on antipsychotic drugs and obesity and diabetes. Diabetes Care 2004;27: with permission.

antiretroviral agents. Carbamazepine is also an autoinducer (i.e., it induces its own metabolism). The dosage may require an increase after 1 month or so of therapy because of this effect. Conversely, the metabolism of carbamazepine can be slowed by enzyme-inhibiting drugs such as some antidepressants, macrolide antibiotics including erythromycin and clarithromycin, azole antifungal drugs including ketoconazole and itraconazole, and grapefruit juice. Carbamazepine should not be given concurrently with clozapine because of the added risk of agranulocytosis.[35]

### Lamotrigine

Lamotrigine is effective for the maintenance treatment of bipolar disorder. It is more effective for depression relapse prevention than for mania relapse. Its primary limitation as an acute treatment is the time required for titration to an effective dosage. In addition to maintenance monotherapy, it is sometimes used in combination with lithium or divalproex, although combination with divalproex increases the risk of rash, and lamotrigine dosage adjustment is required.[37]

*Mechanism of Action* The mechanism of action of lamotrigine appears to involve blockage of ion channels and effects on glutamate transmission, although the precise mechanism in bipolar disorder is not clear.[33]

*Dosing and Monitoring* Lamotrigine is usually initiated at 25 mg daily for the first 1 to 2 weeks, then increasing in a dose-doubling fashion every 1 to 2 weeks to a target dosage of 200 to 400 mg per day. If lamotrigine is added to divalproex, the starting dosage is 25 mg every other day with a slower titration to reduce the risk of rash. If divalproex is added to lamotrigine, the lamotrigine dosage should be reduced by 50% for the same reason. If lamotrigine therapy is interrupted for more than a few days, it should be restarted at the initial dosage. Serum concentration monitoring is not routinely recommended for patients with bipolar disorder.[33]

*Adverse Effects* The lamotrigine adverse effect of greatest significance is a maculopapular rash, occurring in up to 10% of patients.[33] Although usually benign and temporary, some rashes can progress to life-threatening Stevens-Johnson syndrome. The risk of rash is greater with a rapid dosage titration and when given concurrently with divalproex. The risk is minimal when the dosage titration schedule is slow. Other side effects include dizziness, drowsiness, headache, blurred vision, and nausea. In contrast to other mood-stabilizing drugs such as lithium and divalproex, lamotrigine does not significantly influence body weight.

*Drug Interactions* Drug interactions involving lamotrigine are usually due to induction or inhibition of its metabolism by other drugs. It does not affect drug-metabolizing hepatic enzymes on its own, but other drugs that affect these pathways can have a significant effect on lamotrigine clearance. In particular, divalproex slows the rate of elimination of lamotrigine by about half, necessitating dosage reduction. Conversely, carbamazepine increases the rate of lamotrigine metabolism. Upward adjustment in the lamotrigine dosage may be needed as a result.[35]

### Oxcarbazepine

Oxcarbazepine is an analogue of carbamazepine, developed as an antiepileptic drug. An advantage over carbamazepine is that routine monitoring of hematology profiles and serum concentrations are not indicated, as the drug is less likely to cause hematologic abnormalities. Additionally, drug interactions are less significant, although it is at least a mild inducer of certain metabolic pathways, and vigilance for drug interactions is needed, especially with oral contraceptives. Oxcarbazepine appears in the most recent treatment algorithms for bipolar disorder,[17] but clinical trial data are limited and do not include randomized, prospective, controlled trials at the time of this writing. Data are limited to open-label and retrospective studies or add-on therapy with other mood-stabilizing agents.

*Adverse Effects* Adverse effects due to oxcarbazepine include drowsiness, dizziness, gastrointestinal upset, and hyponatremia, the latter two of which may be more likely than with carbamazepine. It is less likely than carbamazepine to cause hematologic abnormalities.[34]

### Others

High-potency benzodiazepine agents such as clonazepam have been used as adjunctive therapy, especially during acute manic episodes, to reduce anxiety and improve sleep.[39] Topiramate is commonly used for its putative mood-stabilizing effects, but unpublished, well-designed, randomized, controlled trials sponsored by the manufacturer showed no difference between topiramate and placebo for treatment of bipolar disorder. Uncontrolled, open-label data suggest possible use as an adjunctive agent.[38] Gabapentin has shown no efficacy over placebo and is not recommended for patients with bipolar disorder. Case reports or case series involving zonisamide, tiagabine, pregabalin, and levetiracetam have been published, but no controlled trials have been conducted to date.[38]

## Antipsychotic Drugs

Conventional antipsychotic drugs such as chlorpromazine and haloperidol have long been used in the treatment of acute mania. More recently, atypical antipsychotic drugs including aripiprazole, olanzapine, quetiapine, risperidone, and ziprasidone have been approved for the treatment of bipolar manic or mixed mood episodes as monotherapy or in combination with mood-stabilizing drugs.[25] Aripiprazole and olanzapine are also approved for maintenance therapy. The combination of olanzapine and fluoxetine is approved for treatment of bipolar depression. Quetiapine is approved for treatment of

pression. Approval of antipsychotic drugs in bipolar patients applies without regard to the presence of psy- symptoms. In comparative studies, atypical antipsy- drugs are equivalent in efficacy to lithium and dival- treatment of acute mania. Treatment guidelines antipsychotic drugs as first-line therapy.[17] More limited maintenance therapy indicate equivalent or possibly efficacy of atypical antipsychotic drugs compared to but these studies are sponsored and developed by manufacturers and have not been replicated widely.

Mechanisms of action, usual dosages, pharmacokinetics, effects, and drug interactions involving antipsychotic discussed in detail in the chapter on schizophrenia. In bipolar disorder are similar to those used in schizo- Higher dosages are often required to treat an acute than to prevent relapse. The recommended dosage of for bipolar disorder is 20 to 30 mg per day, some- than the average dosage used in schizophrenia.[40]

antipsychotic drugs are less likely than conven- to cause neurologic side effects, especially move- abnormalities. As a group, however, they are more cause metabolic side effects such as weight gain, glu- regulation, and dyslipidemia.[36] Among the atypical drugs approved for treatment of bipolar disor- olanzapine is more likely to cause metabolic side effects. and risperidone cause fewer metabolic effects than others. Aripiprazole and ziprasidone are neutral in effects on glucose, and lipids. Adverse effects are discussed in the chapter on schizophrenia.

### Antidepressants

Treatment of depressive episodes in bipolar disorder patients presents particular challenge because of the risk of a phar- mood switch to mania, although there is not com- agreement about such risk. Treatment guidelines suggest or lamotrigine as first-line therapy.[17,41] Olanzapine demonstrated efficacy in treatment of bipolar depres- quetiapine is under review for approval of treatment depression.[42] When these fail, efficacy data support antidepressants.

Guidelines agree that when antidepressants must be used, should be combined with a mood-stabilizing drug to risk of mood switch to hypomania or mania.[17,41] The of which antidepressant drugs are less likely to cause a switch is not resolved. Anecdotal reports suggested may be less likely to cause this effect, but systematic have not supported this conclusion. Prevailing evidence holds that tricyclic antidepressants be avoided.[41,43]

Duration of antidepressant therapy is also an unsettled question. It may be possible in some patients to prevent relapse with a mood-stabilizing drug without continuance antidepressant therapy following acute treat- with an antidepressant. If so, the risk of a mood switch continued antidepressant therapy would be reduced.

### Special Populations

Assessment and management by appropriate psychiatric spe- cialists is important for special populations such as pediatrics, geriatrics, pregnancy, and others.

#### Pediatrics

Evidence regarding treatment of bipolar disorder in children and adolescents is more limited than in adults, reflecting the difficulty of conducting research in this population. Psychiatric comorbidity is common, which makes treatment and research more challenging. With these caveats, an increasing body of evidence supports the use of mood-stabilizing drugs and atypical antipsychotic drugs in children and adolescents with bipolar disorder.[44] The approach is similar to that used in adults, with monotherapy as first-line therapy, but only lithium is FDA-approved for children and adolescents as young as age 12. The guidelines additionally support divalproex, car- bamazepine, olanzapine, quetiapine, and risperidone.[44] Aripiprazole and ziprasidone are not recommended at present because of a lack of published research, but evidence to sup- port the other agents is mostly open-label trials or studies with small sample sizes. For patients with psychotic features, first- line therapy should include combined mood stabilizer and antipsychotic drugs. Patients who fail the initial choice of treat- ment can be switched to a different agent or augmented with the addition of a second agent.

Initial dosages of drug therapy in the pediatric population are lower than in adults. Metabolic elimination rates of many drugs are increased in children, however, so they may actually require higher dosages on a weight-adjusted basis. Dosages are titrated carefully according to response and tolerability. For lithium, divalproex, and carbamazepine, serum concentration monitoring is recommended as a guide to dosage adjustment and to minimize adverse effects.

Children and adolescent patients are often more sensitive to drug side effects than adults. In particular, they are more likely than adults to experience significant weight gain due to atypical antipsychotic drugs.[45] Cognitive toxicity, manifested as confusion, memory or concentration impairment, or impaired learning, is often difficult to detect and is a special consideration in the pediatric population so intellectual and educational development is not hindered by drug therapy.

Comorbid conditions must be addressed in order to maxi- mize desired outcomes. For comorbid bipolar disorder and attention-deficit/hyperactivity disorder when stimulant ther- apy is indicated, treatment of mania is recommended before starting the stimulant in order to avoid exacerbation of mood symptoms by the stimulant.

#### Geriatrics

Treatment of elderly patients with bipolar disorder requires special care because of increased risks associated with concur- rent non-psychiatric medical conditions and drug-drug inter- actions. General medical conditions including endocrine,