IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE:  SEROQUEL LITIGATION | : | CASE NO.:  07C-SER-1 |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | CASE NO.:  07C-04-037 SER |
| | : | CASE NO.:  07C-04-015 SER |
| **ALL CASES IN FIRST HALF OF** | : | CASE NO.:  07C-01-405 SER |
| **INITIAL TRIAL GROUP** | : | CASE NO.:  06C-01-325 SER |
| | : | CASE NO.:  07C-01-420 SER |
| | : | CASE NO.:  07C-04-371 SER |

## EXPERT REPORT OF
## JEFFREY P. KOPLAN, M.D., M.P.H.

## JEFFREY P. KOPLAN, M.D., M.P.H.

### I. QUALIFICATIONS

I have been asked to give my scientific opinion as an epidemiologist as to whether a relationship exists between quetiapine (Seroquel) use and type II diabetes.

I received my bachelor's degree from Yale College, attended the Mt. Sinai School of Medicine where I obtained my medical degree, and received a master's degree from the Harvard School of Public Health. I am currently the Vice President for Global Health and Director of the Global Health Institute at Emory University.

I began my public health career in the early 1970's as one of the CDC's Epidemic Intelligence Service (EIS) Officers. From 1994 to 1998, I developed and led the Prudential Center for Health Care Research (The Prudential Insurance Co.), a nationally recognized health services research organization. From 1998 to 2002, I served as the Director of the Centers for Disease Control and Prevention (CDC). In this position, I oversaw all aspects of the CDC, the premiere health promotion, prevention, and preparedness agency of the United States and a global leader in public health.

I have worked as a physician and epidemiologist on numerous major public health issues over the past 30 years, including infectious diseases such as smallpox, SARS, pandemic influenza and HIV/AIDS, environmental issues such as the Bhopal chemical disaster, and the health toll of tobacco and chronic diseases, both in the United States and around the globe. Since 2003, I have chaired the Institute of Medicine (IOM) of the National Academies' committee on preventing childhood obesity, which published the IOM Report on Preventing Childhood Obesity.

I am a Master of the American College of Physicians and was elected to membership in the Institute of Medicine, where I serve on the Governing Council. I have served on many advisory groups and consultancies in the U.S. and overseas, and have written more than 200 scientific papers. I am a trustee of Yale University, The Marcus Family Foundation, HealthMPowers, and the Kaiser Foundation Health Plan of Georgia, Inc.

In recent years, I have served on the Commission on Macroeconomics and Health for the Caribbean Region, the China Medical Board, the Advisory Board for Chronic Diseases for Pakistan, the Research Assessment Exercise (RAE, UK), the Hong Kong SARS Commission, and the International Commission on Education for Development, Policy and Practice (Columbia University's Earth Institute). I am also a co-founder and President of the International Association of National Public Health Institutes (IANPHI). For the past 35 years I have consulted regularly with the World Bank and the World Health Organization.

## II. BASIS FOR OPINION

I have undertaken a critical, analytic review of the relevant scientific literature, AstraZeneca's Submission to the FDA, and the unpublished relevant data sets. This review was consistent with sound epidemiologic principles, including application of the criteria for assessing causal relationships[1] and evaluation of the relative quality of data on the basis of a hierarchy of methodology.

---

[1] Bradford Hill A. "The Environment and Disease: Association or Causation?". Proc, Royal Soc. Med. 1966, Vol. 58.

## III. DIABETIC RISK FACTORS

Because of the prevalence and potential severity of the disease, type II diabetes has undergone intense epidemiologic study for many decades.

The most consistent conclusion that has been drawn from multiple studies is that, while there are many risk factors for type II diabetes, the most prominent and powerful risk factor is overweight and obesity. The powerful association between baseline overweight/obesity and subsequent diabetes has been established and re-validated by multiple studies using different populations and data sets from many countries and over many decades.

The data relied upon in reaching this conclusion includes well-designed cohort studies performed by top quality government and academic scientists. Analysis of data from two such large, well-designed, long-term cohort studies at Harvard, the Nurses' Health Study and the Health Professionals Follow-up Study, has indicated that the relative risk of developing diabetes is: for baseline BMI >29, 27.6 for women and 6.7 for men; for baseline BMI>33, 54.0 for women and 21.3 for men; and for baseline BMI ≥35, 93.2 for women and 42.1 for men (as compared to persons with BMI ≤22).[2] The risk associated with baseline overweight/obesity dwarfs all other known risk factors for diabetes and is in the range of relative risks seen in the relationship between smoking and lung cancer.

Other known risk factors for diabetes and the range of relative risks for those factors are listed in the table below:

---

[2] Colditz GA, et al. "Weight gain as a risk factor for clinical diabetes mellitus in women". Ann Intern Med 1995, 122:481-486; Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men". Diabetes Care 1994, 17:961-969.

| RISK FACTOR | RELATIVE RISK | COMMENTS |
|---|---|---|
| OVERWEIGHT/OBESITY (W) | BMI 25-31: RR 8-27<br>BMI 31-35: RR 40-54<br>BMI >35: RR 93 | Colditz GA, et al. "Weight gain as a risk factor for clinical diabetes mellitus in women". Ann Intern Med 1995, 122:481-486. |
| OVERWEIGHT/OBESITY (M) | BMI 25-31: RR 2-7<br>BMI 31-35: RR 11-21<br>BMI >35: RR 42 | Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men". Diabetes Care 1994, 17:961-969. |
| AGE | 40-59 y.o.: RR 4.15<br>60+ y.o. : RR 9.15 | Versus those 20-39 in age. Based on the National Health Interview Survey (NHIS) and the Third National Health and Nutrition Examination Survey (NHANES III)<br>CDC, National Diabetes Fact Sheet, 2007 |
| PCOS | RR 5-10 | Ehrmann DA, et al. "Prevalence of impaired glucose tolerance and diabetes in women with polycystic ovary syndrome". Diabetes Care 1999, 22:141-146. |
| DIET | RR 2.50 | Combination of a high glycemic load and a low cereal fiber when compared with a low glycemic load and high cereal fiber. Salmerón J, et al. "Dietary fiber, glycemic load, and risk of non-insulin-dependent diabetes mellitus in women". JAMA 1997, 277:472-477. |
| FAMILY HISTORY | 2.0-2.3 | Chan JM. "Obesity, Fat Distribution, and Weight Gain as Risk Factors for Clinical Diabetes in Men". Diabetes Care 1994, 17:961-969.<br>Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of Epidemiology 1990, 132:501-513. |
| ETHNICITY | ASIAN: RR 2.26<br>HISPANIC: RR 1.86<br>BLACK: RR 1.34 | BMI adjusted. Based on The Nurses' Heath Study.<br>Shai I, et al. "Ethnicity, Obesity, and Risk of Type 2 Diabetes in Women: a 20-year Follow-up Study". Diabetes Care 2006, 29(7):1585-1590. |
| HTN | RR 2.4 | Gress TW, et al. "Hypertension and Antihypertensive Therapy as Risk Factors for Type 2 Diabetes Mellitus, Atherosclerosis Risk in Communities Study". New England Journal of Medicine 2000, 342:905-912. |

- 4 -

| INACTIVTY | RR 1.52-1.65 | Medical Expenditure Panel Survey (MEPS) Sullivan PW, et al. "Obesity, inactivity, and the prevalence of diabetes and diabetes-related cardiovascular comorbidities in the U.S., 2000-2002". Diabetes Care 2005, 28(7):1599-1603. |
| TOBACCO | RR 1.4-1.6 | Willi, C, et al. "Active Smoking and the Risk of Type 2 Diabetes: A Systematic Review and Meta-analysis". Journal of the American Medical Association 2007, 298(22):2654-266. |
| ANTI-HYPERTENSIVE MEDICATIONS | THIAZIDES: RR 1.2-1.51 BETA BLOCKERS: RR 1.21-1.25 | Nurses' Health Study; Health Professionals Follow-Up Study Taylor EN, et al. "Antihypertensive medications and the risk of incident type 2 diabetes". Diabetes Care 2006, 29:1065–1070. |

*In addition, gestational diabetes (GDM) has a demonstrated relative risk of 9-10.[3] Similarly, the relative risk for Impaired Glucose Tolerance/Impaired Fasting Glucose is 4-7.[4] Rather than demonstrating a casual relationship, these relative risks likely demonstrate a predisposition to later development of type II diabetes.

## IV. OVERWEIGHT/OBESITY IN ADULTHOOD DRIVES DIABETES RISK

Studies of prevalence of obesity[5] conducted by the CDC demonstrate that the United States is experiencing an epidemic of obesity. Consistent with the increased incidence of obesity and the fact that baseline overweight/obesity in adulthood is the primary cause of type II diabetes, the incidence of type II diabetes in the U.S. is also increasing.

My review of the epidemiologic data on type II diabetes shows a consistent effect of overweight/obesity in adulthood on diabetic risk across scientific studies. This effect

---

[3] Calculated based on 18.9% rate of developing DM within 9 years, as compared to 2% in women without GDM. Feig DS, et al. "Risk of development of diabetes mellitus after diagnosis of gestational diabetes". CMAJ July 29, 2008, 179(3):229-234.
[4] Based on meta-analysis of the unadjusted annualized RR for progression to DM. "Diagnosis, Prognosis, and Treatment of Impaired Glucose Tolerance and Impaired Fasting Glucose". Agency for Healthcare Research and Quality, U.S. Department of Health and Human Services.
[5] CDC, U.S. Obesity Trends 1985-2007, available at http://www.cdc.gov/nccdphp/dnpa/obesity/trend/maps/index.htm.

is dose-dependent; in other words, higher baseline weight translates to a higher relative risk of diabetes.

Based on current trends in obesity, nearly 20% of males with a BMI between 18.5 and 25 at age 18 will go on to develop diabetes during their lifetime.[6] Of males with a BMI between 30 and 35, 57.0% will develop diabetes during their lifetime, while of those with a BMI over 35, 70.3% will become diabetic.[7] A similar trend is seen in women.[8] Thus, individuals who are obese in early adulthood are more likely than not to develop diabetes independent of any other risk factors.

The effect of obesity on the risk of developing type II diabetes is also duration-dependent; the impact of carrying excess weight develops over time, with increased risk developing gradually over years of being overweight or obese.[9]

Furthermore, the association between obesity and type II diabetes is very strong, as reflected in the large increase in relative risk associated with even moderate levels of overweight. In a recent study based on data from the Nurses' Health Study, the authors concluded that among women with a BMI >33, 98 percent of diagnoses of diabetes were attributable to baseline weight.[10]

Finally, the relationship between overweight/obesity and diabetes is biologically plausible, meaning that the observed outcome (type II diabetes) is consistent with our understanding of the biologic actions of obesity.

---

[6] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[7] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[8] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[9] Scheen, et al. "From Obesity to Diabetes: Why, When and Who?". Acta Clinica Belgica 2000; 55[1]: 9-15.
[10] Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of Epidemiology 1990, 132:501-513.

Based on these facts, my review of the scientific literature, and particularly the epidemiologic studies related to overweight/obesity and type II diabetes, I conclude that the relationship between baseline overweight/obesity in adulthood and type II diabetes is causal.

## V. MENTAL ILLNESS AND WEIGHT

Many mental health disorders are associated with disturbances in eating patterns, physical activity and subsequently weight.[11] Overweight and obesity in particular are associated with severe mental illness. Multiple studies establish the association of overweight/obesity with severe mental illness, including schizophrenia and affective disorders.[12]

## VI. WEIGHT GAIN

Weight gain is a complicated, multi-factorial process. The cause of weight gain in a particular person is difficult to establish due to the numerous factors that affect weight.

Weight gain is caused by factors that promote caloric intake in excess of caloric expenditure. Increased caloric intake in simple terms means overeating; however, overeating can be caused by a host of behavioral, environmental and genetic factors.

---

[11] McCreadie R, et al. "Dietary intake of schizophrenic patients in Nithsdale, Scotland: case-control study". BMJ 1998, 317:784-785; Brown S, et al. "The unhealthy lifestyle of people with schizophrenia". Psychological Medicine 1999, 29:697-701.

[12] Dickerson FB, et al. "Obesity among individuals with serious mental illness". Acta Psychiatrica Scandinavica 2005, 113(4):306-313; Susce MT, et al. "Obesity and associated complications in patients with severe mental illnesses: a cross-sectional survey". J Clin Psychiatry February 2005, 66(2):167-173; Evette Weil BA, et al. "Obesity Among Adults With Disabling Conditions". JAMA 2002, 288:1265-1268; Suvisaari JM, et al. "Metabolic syndrome among persons with schizophrenia and other psychotic disorders in a general population survey". J Clin Psychiatry 2007, 68:1045-1055.

Examples of factors causing overeating include: eating out of the home, dependency on fast food, family and cultural eating patterns, environmental cues, increasing portion size, endocrine disorders (including diabetes), tobacco cessation, stress, depression, and other psychiatric illness.

Similarly, numerous factors can affect caloric expenditure; for example, physical inactivity/sedentary lifestyle, aging, thyroid disorders, occupation, etc.

Additionally, weight gain can be caused by medical conditions unrelated to caloric intake and metabolism. For example, significant weight gain can be seen with fluid retention related to heart failure.


## VII. SHORT-TERM WEIGHT GAIN AND DIABETES

When addressing the relationship between overweight/obesity and the development of type II diabetes, it is important to distinguish between baseline overweight/obesity and short-term weight gain. Short-term weight gain (2-3 years) is not associated with an increased risk of Type II diabetes. [13] Even weight gain in excess of 5% of baseline weight annually over a 2-3 year period does not statistically increase the risk of developing Type II diabetes.[14]

Weight gain in adults who are already overweight or obese does not have the same effect on diabetes risk as weight gain in normal weight adults. Significant weight gain (>5kg) maintained over the long-term (8-10 years) in normal weight individuals

---

[13] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care 2007, 30:1418-1424; Black E, et al. "Long-term Influences of Body-weight Changes, Independent of the Attained Weight, on Risk of Impaired Glucose Tolerance and Type 2 Diabetes". Diabetic Medicine 2005, 22:1199–1205.

[14] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care 2007, 30:1418-1424; Black E, et al. "Long-term Influences of Body-weight Changes, Independent of the Attained Weight, on Risk of Impaired Glucose Tolerance and Type 2 Diabetes". Diabetic Medicine 2005, 22:1199–1205.

increases diabetic risk, but similar weight gain does not appreciably change the risk of
developing type II diabetes in persons who are overweight or obese in middle
adulthood.[15]

Furthermore, weight gain over a prolonged period in late adulthood (40-55 yrs.)
appears to have less of an effect on diabetic risk.  A person's body mass index (BMI) at
baseline is the strongest predictor of diabetic risk.[16]


## VIII. SERQOUEL AND WEIGHT GAIN

Seroquel is associated with a modest (2-5 kg) weight gain, the majority of which
occurs in the first 12 weeks of use and plateaus by the end of the first six months of
treatment.[17]

Reviewing the observational epidemiology, controlled cohort studies, long-term
epidemiologic studies, and specific randomized controlled trials, most of the data
reinforce a common set of findings.  The mean weight gain in most studies in between 2-
5 kg, although some patients lose weight and some gain more weight (10% - >25%
gained more than 7% of baseline weight).  Across the studies, subjects whose baseline
BMI was <25 kg/m$^2$ were more likely to gain weight.  Subjects who were overweight or
obese at baseline experienced significantly less weight gain than those who were normal

---

[15] Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of
Epidemiology 1990, 132:501-513, Table 3.A weight gain of 6.00 to 9.99 kg over 8-10 years has been
shown to increase the risk of diabetes by a relative risk of 2.1 with baseline BMI <22.0, 1.7 with baseline
BMI 22.0-24.9, 2.6 with baseline BMI 25.0-26.9, 1.3 with baseline BMI 27.0-28.9, 1.1 with baseline BMI
29.0-31.9, and 1.2 with baseline BMI ≥32.0.[15]
[16] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care
2007, 30:1418-1424; Hanson RL. "Rate of Weight Gain, Weight Fluctuation, and Incidence of NIDDM".
Diabetes 1995, 43:261-66.
[17] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients
with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603.

weight at baseline.[18] The studies that included longitudinal data going out to 52-104 weeks further suggest that the majority of weight gain associated with Seroquel occurs in the first twelve weeks of treatment.[19] Furthermore, in the range of therapeutic doses, there does not seem to be a consistent dose dependent relationship.[20]

## IX. SEROQUEL AND NEW-ONSET DIABETES

I have reviewed the scientific literature and randomized controlled trial data that has attempted to determine whether an association exists between Seroquel use and type II diabetes.

On the basis of this review, taking the data as a whole and applying established scientific principles of epidemiology, I conclude that the scientific literature and data does not support a conclusion that Seroquel is a cause or a substantial contributing factor to the development of Type II diabetes.

---

[18] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603; Kopala LC, et al. "Treatment of a first episode of psychotic illness with quetiapine: an analysis of 2 year outcomes". Schizophr Res January 1, 2006, 81(1):29-39.
[19] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603.
[20] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603; Newcomer JW. "Second-generation (atypical) antipsychotics and metabolic effects: a comprehensive literature review". CNS Drugs 2005, 19(Supp. 1):1-93; Thase ME, et al. "Efficacy of quetiapine monotherapy in bipolar I and II depression: a double-blind, placebo-controlled study (the BIPOLAR II study)". J Clin Psychopharmacol December 2006, 26(6): 600-609; Calabrese JR, et al. "A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression". Am J Psychiatry July 2005, 162(7):1351-60.

A. Observational Epidemiology

*General Comments:*

There is a body of observational epidemiologic literature examining the relationship between Seroquel and Type II diabetes. The vast majority of this literature is severely confounded and of limited use in assessing the relationship between Seroquel and diabetes.

As a threshold issue, all but one of the observational studies failed to properly control for baseline weight or body mass index.[21] Because baseline obesity is such a powerful determinant of diabetic risk, any study that did not control for baseline weight cannot produce reliable conclusions regarding the relationship between Seroquel and diabetes. Similarly, any study that did not control for other established risk factors for diabetes, such as family history, sedentary lifestyle, gestational diabetes, etc., is of limited value in assessing any associations between Seroquel and type II diabetes.

Furthermore, several of the observational studies involve populations that are referred to as "claims data sets." Claims data sets were designed largely for financial and administrative purposes of health insurers and not for asking epidemiologic or health questions. This study population in a claims data set is a subset of people who sought or were provided reimbursement by the insurer rather than a population scientifically chosen to answer a scientific question. Moreover, because of the nature of claims data, important information relevant to answering the scientific question in the study often is not available to the investigators. For example, none of the claims data sets in this literature contained information on weight, family history, or glucose levels of the

---

[21] See Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.

subjects. Because of the significant limitations of the claims data sets, no reliable
conclusion can be drawn regarding the relationship between Seroquel and diabetes on the
basis of a study relying on such data.

A further subset of the observational studies compared subjects on Seroquel with
non-mentally ill controls. Because of the different background rates of diabetes seen in
mentally ill patients, one would expect to see a higher rate of diabetes in the Seroquel
group compared to the control group, regardless of whether Seroquel had any effect on
diabetic risk. Accordingly, no conclusion can be drawn regarding the relationship
between Seroquel and diabetes on the basis of such studies.

Still other observational studies are nothing more than case reports or series.
These reports, while of provocative interest, contribute little information to scientific
conclusions about a health problem and certainly cannot demonstrate an association.

To contribute scientifically meaningful information about the association between
an exposure and an outcome, an epidemiologic study should: (i) use a cohort of
individuals selected with the particular question in mind at the start of the study and (ii)
should have available all data relevant to the endpoint in question collected initially and
at regular intervals throughout the course of the study. In some instances, a retrospective
cohort may be used that was not chosen specifically to answer the particular question, but
only when there has been rich data collection that includes all data relevant to the
endpoint being studied.

*Specific Examples:*

I have illustrated below some examples of the types of critical study design errors
present in the majority of the observational epidemiology I have reviewed.

- 12 -

In Sacchetti et al. 2005,[22] the authors conclude that subjects treated with Seroquel
had a relative risk of 33.7 of developing diabetes compared to untreated subjects. The
study had numerous significant design flaws, which the authors themselves identify.
Specifically, the authors did not control for baseline diabetic risk factors (weight, family
history, sedentary lifestyle, gestational diabetes, etc.); compared mentally-ill patients to a
cohort of normal subjects; did not control for severity or duration of mental illness; did
not use standardized diagnostic criteria; only had 109 patients on Seroquel; and relied on
a database of thousands of Italian general practitioners whose methods of practice,
standards of care, and sophistication in data collection are not uniform. For those
reasons, this study does not provide scientifically reliable information upon which a
conclusion can be reached about any potential association between Seroquel and type II
diabetes.

In two studies published in 2006 and 2007, Guo et al.[23] concluded that bipolar
subjects treated with Seroquel had an increased risk of developing diabetes compared to
those treated with first generation antipsychotics. Both studies were based on the same
managed-care claims database and exhibited multiple design errors. Specifically, the
authors did not control for most baseline diabetic risk factors (family history, sedentary
lifestyle, gestational diabetes, etc.), failed to properly control for weight (despite an effort
at a complicated post-hoc adjustment), failed to define relevant terms (such as "weight
gain") causing the data to be uninterpretable, and relied on a database not designed to

---

[22] Sacchetti E, et al. "Incidence of diabetes in a general practice population: A database cohort study on the
relationship with haloperidol, olanzapine, risperidone or quetiapine exposure". Int Clin Psychopharmacol
2005, 20:33-37.
[23] Guo JJ, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among patients with
bipolar disorder: A retrospective, population-based, case-control study". J Clin Psychiatry 2006, 67:1055-
1061; Guo JJ, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid
patients with bipolar disorder: A nested case-control study". Pharmacotherapy 2007, 27(1):27-35.

- 13 -

answer the types of questions they were attempting to address.  Neither study provides

scientifically reliable information upon which a conclusion can be reached about any

potential association between Seroquel and type II diabetes.

Similarly in Citrome et al. 2004, [24] the authors conclude that subjects treated with

Seroquel had a relative risk of 3.09 of developing diabetes compared to those treated with

first generation antipsychotics. The study failed to control for baseline diabetic risk

factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.) and relied

on a prescription database for its study data.  This study also does not provide

scientifically reliable information upon which a conclusion can be reached about any

potential association between Seroquel and type II diabetes.  Notably, in a 2007 review

article, Citrome et al. [25] looked at the range of studies comparing Seroquel to first

generation antipsychotics and found no difference in risk of diabetes.

Again in Lambert et al. 2006, [26] the authors relied on VA pharmacy and patient

care databases and failed to control for baseline diabetic risk factors (weight, family

history, sedentary lifestyle, gestational diabetes, etc.) in concluding that Seroquel use was

associated with a 1.67 relative risk of developing diabetes when compared to haloperidol,

a first generation antipsychotic.  For the reasons stated above, this study also does not

provide scientifically reliable information upon which a conclusion can be reached about

any potential association between Seroquel and type II diabetes.  Interestingly, the only

---

[24] Citrome L, et al. "Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients".  Psychiatric Services September 2004, 55(9):1006-1013.
[25] Citrome LL, et al. "Risk of treatment-emergent diabetes mellitus in patients receiving antipsychotics". The Annals of Pharmacotherapy October 2007, 41: 1-11
[26] Lambert BL, et al. "Diabetes risk associated with use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration patients with schizophrenia".  Am J Epi 2006, 164(7):672-681.

- 14 -

study that properly controlled for baseline weight was also a VA study and showed no increased risk of Seroquel as compared to first generation antipsychotics.[27]

In Buse et al. 2003, [28] the authors again used a prescription claims database, failed to control for baseline diabetic risk factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.), and compared mentally ill patients to normal controls. Buse et al. 2003 similarly does not provide scientifically reliable information upon which a conclusion can be reached about any possible association between Seroquel and type II diabetes.

In addition to the literature I have reviewed in detail above, there are multiple observational studies that find little or no association between Seroquel use and type II diabetes.[29] Although some of that literature suffers from flaws similar to those discussed above, the inconsistent results in all of that available studies further confirms the lack of a scientifically valid association.

*Conclusions Based on Observational Epidemiologic Studies:*

The presence of inconsistent results and the significant flaws in the studies make it impossible to draw any conclusion regarding the relationship between Seroquel and Type II diabetes on the basis of the observational epidemiology available at this time.

---

[27] Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs Among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.

[28] Buse JB, et al. "A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States". J Clinical Epidemiology 2003, 56:164-170.

[29] See, for example, Gianfrancesco F, et al. "Antipsychotic-induced type 2 diabetes: Evidence from a large health plan database". J Clin Psychopharmacology August 2003, 23(4):328-335.
Gianfrancesco F, et al. "Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: Sensitivity to study design". Am J Health-Syst Pharm March 1, 2006, 63:431-41.
Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs Among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.

B. CATIE Study

The CATIE (Clinical Antipsychotic Trials of Intervention Effectiveness) trial was a randomized, double-blind study that compared the efficacy of antipsychotic drugs in the treatment of schizophrenia. Both the primary study and several follow-on studies collected data on metabolic parameters, although those parameters were not the primary endpoint of the study.[30]  In the primary study, 337 subjects were randomized to treatment with Seroquel; 12% of subjects randomized to Seroquel were diabetic at baseline.[31] Despite the large percentage of patients with pre-existing diabetes, the changes in glucose and hemoglobin A1c were small and clinically non-significant.[32]  The mean exposure-adjusted change in glucose was 7.5 mg/dL and in hemoglobin A1c was 0.04%.  Much smaller changes in glucose were observed in follow-on arms of the CATIE trial.[33]  As a whole, these findings were consistent with data collected in randomized trials conducted

---

[30] Lieberman JA, et al. "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia". NEJM September 22, 2005, 353(12): 1209-23; McEvoy JP, et al. "Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment". Am J Psychiatry April 2006, 163(4):600-610; Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, risperidone, and ziprasidone in patients with chronic schizophrenia following discontinuation of a previous atypical antipsychotic". Am J Psychiatry April 2006, 163(4):611-622; Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia after discontinuing perphenazine: A CAITE study". Am J Psychiatry 2007, 164:415-427.

[31] Lieberman JA, et al. (CATIE Investigators). "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia". NEJM September 22, 2005, 353(12):1209-23.

[32] Scientific literature and clinical experience suggests that small glucose changes (5-10 mg/dL) between glucose tests are normal and not clinically significant. For example, a study based on data from the NHANES III cohort showed that there was a normal variation between morning and afternoon blood sugars; subjects had glucose values 5 mg/dL higher in the morning than in the afternoon. Troisi RJ, et al. "Diurnal Variation in Fasting Plasma Glucose: Implications for Diagnosis of Diabetes in Patients Examined in the Afternoon". JAMA 2000, 284:3157-3159. Furthermore, serum glucose values vary from day to day in newly diagnosed diabetics by an average of 15%. Ollerton R, et al. "Day to day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects". Diabetes Care 1999, 22:394 -398.

[33] Fasting glucose change: -23.3 mg/dL, McEvoy et al., Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment. Am J Psychiatry 2006 (Apr); 163[4]: 600-610.; Fasting glucose change: -0.2 mg/dL, Stroup et al., Effectiveness of olanzapine, quetiapine, risperidone, and ziprasidone in patients with chronic schizophrenia following discontinuation of a previous atypical antipsychotic. Am J Psychiatry 2006 (Apr); 163[4]: 611-622; Fasting glucose change: 3.3 mg/dL, Stroup et al., Effectiveness of olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia after discontinuing perphenazine: A CAITE study. Am J Psychiatry 2007; 164: 415-427.

by AstraZeneca. Although changes in glucose and hemoglobin A1c can only be viewed as surrogates for determining the effect of Seroquel on diabetes risk, the absence of significant changes in glucose metabolism in the CATIE study further supports the conclusion that Seroquel is not a cause or substantial contributing factor to the development of type II diabetes.

C. Study 126/Study 127

Studies 126 and 127 are clinical trials conducted by AstraZeneca. These studies were designed to test efficacy and were not randomized to address glucose metabolism and diabetes endpoints. Looking at those endpoints requires a post hoc approach to the data. As a result, using these studies to evaluate the relationship between Seroquel and diabetes involves methodologic problems similar to the methodologic problems in observational cohort studies. For example, at baseline, the cohorts in studies 126 and 127 were not randomized by BMI, the single most important risk factor for diabetes. Moreover, studies 126 and 127 were not monotherapy trials; the subjects were given either Seroquel or placebo in combination with a mood-stabilizing drug. Studies using more than one drug have the obvious problem of trying to determine which drug or combination of drugs might have caused any observed effects. When the FDA asked AstraZeneca for all information about metabolic endpoints, the FDA specifically requested that studies 126 and 127 be omitted because they were adjunct therapy trials. Furthermore, analysis of the studies is complicated by the fact that, due to a higher drop out rate, on average, the placebo group had a 40% shorter treatment duration in the two trials combined. Accordingly, studies 126 and 127 do not provide a valid basis for

assessing any potential association between Seroquel and type II diabetes. At best the studies may be used for hypothesis generation.

With this reservation in mind, studies 126 and 127 suggest that Seroquel is associated with a small, non-clinically significant increase in plasma glucose values from baseline during a 104-week study period. Subjects on Seroquel experienced on average an increase in serum glucose from baseline of 5.00 mg/dL.[34] The serum glucose levels were highly variable both among the Seroquel and the placebo cohorts. In the context of the significant variability, the small increase in glucose in Seroquel treated subjects is unlikely to be clinically significant. There is no scientific basis to conclude that Seroquel is associated with clinically significant changes in serum glucose in the study populations of studies 126 and 127.

Like the majority of studies included in the FDA Submission, studies 126 and 127 did not directly assess the relationship between Seroquel and diabetes; while data on the frequency of elevated glucose values was collected, a single elevated glucose value is not diagnostic for diabetes. Among subjects who were non-diabetic at baseline, a greater number of subjects on Seroquel experienced a single, fasting glucose greater than 126 mg/dL than on placebo (5.9% vs. 2.4%).[35] This number exaggerates any actual effect, however, because subjects on Seroquel had, on average, a 40% longer duration of treatment. Furthermore, no similar effect was seen in non-diabetic subjects with respect to glucose over 200 mg/dL and hemoglobin A1c > 7.5%.[36] At most, it can be said that there was a modest association between Seroquel and increased glucose values in a small subset of patients during long-term treatment. The inconsistency of this effect, the lack

---

[34] 2007 SERM, Table 4.
[35] 2007 SERM, Table A6.
[36] 2007 SERM, Table A6.

- 18 -

of randomization of the cohorts by baseline BMI, and the study design make this
association difficult to interpret and prevent me from reaching any conclusion on the
relationship between Seroquel and diabetes on the basis of these studies, particularly in
light of study 125, discussed below.

D. FDA Submission

The FDA Submission on Metabolic Effects of Seroquel was produced by
AstraZeneca at the request of the FDA and includes data collected in randomized
controlled trials of Seroquel conducted by the company.[37] The Submission was intended
to provide specific data sets requested by the FDA, and studies with varying
methodologies and data sources were combined to respond to the FDA's questions.

Taken as whole, the data suggests that while Seroquel use is associated with a
small change in fasting serum glucose, this change is not clinically significant. After a
mean exposure of 54 days, subjects taking Seroquel saw an increase in fasting serum
glucose of 2.4 mg/dL as compared to 1.6 mg/dL in the placebo group.[38] These numbers
were consistent in subsets of the study population exposed to Seroquel for a longer period
of time: 2.9 mg/dL at 71.0 days[39] and 3.0 mg/dL at 168 days[40]. When broken down by
pre-treatment glucose status, no statistically significant difference was seen between
Seroquel and placebo in subjects who were normal at baseline,[41] high at baseline,[42] or

---

[37] Trials shorter than six weeks and Studies 126 and 127 were excluded at the request of the FDA.
[38] FDA Submission, Table 329
[39] FDA Submission, Table 390.
[40] FDA Submission, Table 350; Table 370.
[41] FDA Submission, Table 331
[42] FDA Submission, Table 333

impaired at baseline.[43]   Furthermore, when comparing glucose shifts ≥10mg/dL, no statistically significant difference was seen between Seroquel and placebo.[44]

Looking across all trials, approximately 2.4% of patients with normal baseline glucose had at least one measured glucose value greater than 126 mg/dL while taking Seroquel; a statistically significant finding.[45]   There was no consistent relationship between dose and duration of exposure to Seroquel and shifts from normal glucose to glucose greater 126 mg/dL: 2.4% (328mg/55 days)[46]; 2.4% (600mg/168 days)[47]; 3.1% (377mg/71 days)[48]; and 2.3% (180mg/56 days)[49].   Also, no difference was seen between placebo and Seroquel in the percentage of patients with impaired glucose tolerance at baseline who had at least one fasting glucose value greater than 126 mg/dL.[50]   Moreover, there was no statistically significant difference in the percentage of patients on Seroquel and placebo who shifted from fasting glucose <126 mg/dL to ≥126 mg/dL at any time during treatment.[51]

E. Study 125

Study 125 was a randomized trial comparing alternative atypical antipsychotics conducted by AstraZeneca with the express intention of evaluating the effect of Seroquel on glucose metabolism.   The primary endpoint of the study was to assess the change in the area under the curve (AUC) of glucose over a two-hour period after an oral glucose tolerance test (OGTT) from baseline to week 24 of the study.   The 2-hour AUC post-

---

[43] FDA Submission, Table 335
[44] FDA Submission, Table 340
[45] FDA Submission, Tables 339, 360, 380, 400
[46] FDA Submission, Table 339
[47] FDA Submission, Tables 360, 380
[48] FDA Submission, Table 400
[49] FDA Submission, Table 450
[50] FDA Submission, Table 339
[51] FDA Submission, Table 339

OGTT was chosen because it is the most sensitive way of identifying changes in glucose
metabolism. The study design was further strengthened by selecting a cohort that was
naïve to the study drugs, by using monotherapy, and by requiring subjects to be
hospitalized prior to having lab work drawn to ensure fasting status. Despite the strong
design, the study did have some limitations; specifically, the study was not placebo
controlled and was subject to a significant drop out rate. Nonetheless, the study provides
the best data available on the relationship between Seroquel and glucose metabolism.

The results of Study 125 do not support a valid scientific conclusion that Seroquel
is consistently and reliably associated with the development of type II diabetes. Looking
at the primary endpoint of the study, subjects taking Seroquel had no statistically
significant change from baseline to week 24 in the AUC post OGTT.[52] There was also
no statistically significant change in mean glucose after 2-hour OGTT (based on a mean
exposure of 167 days at 592 mg).[53] A small, clinically-insignificant increase in AUC was
seen in the baseline non-diabetic population at 24-weeks (0.967 mmol/L*h); small,
statistically non-significant decreases were seen in the diabetic and at risk populations (-
1.42 mmol/L*h and -0.22 mmol/L*h, respectively).[54]

None of the subjects taking Seroquel had any reported adverse events related to
diabetes.[55] Subjects taking Seroquel had a small increase in fasting glucose from baseline
(3.19 mg/dl at 24 weeks), but the change of only 3.19 mg/dL is not clinically
significant.[56] Small, increases in insulin resistance and decreases in insulin production

---

[52] Study 125, Table 55.
[53] Study 125, Table 58.
[54] Study 125, Table 11.3.7.1-17.
[55] Study 125, Table 53.
[56] Study 125, Table 58.

- 21 -

were seen in the Seroquel cohort; with the exception of c-peptide, none of these changes were statistically significant.[57]

Significant variability was seen in the glucose values across all treatment groups. In the Seroquel group, 2 subjects with normal glucose at baseline and 2 subjects with impaired glucose at baseline had fasting glucose >126 mg/dL or 2-hour glucose >200 mg/dL during the study; at the same time, 14 subjects with impaired glucose at baseline shifted to normal values during treatment.[58]  Similarly, 20.7% and 9.3%, respectively, of subjects shifted to a higher fasting glucose or 2-hour glucose category; however, 55.0% and 61.1%, respectively, shifted to a lower fasting glucose or 2-hour glucose category.[59] Also, while 18.8% of subjects on Seroquel shifted from <3 to >3 metabolic risk factors, 41.2% moved from >3 to <3 metabolic risk factors.[60]  In summary, Study 125 is the only randomized trial designed to investigate the relationship between Seroquel and glucose metabolism.  As such, it provides the best data available for assessment of an association, and the data in study 125 provide no scientifically reliable evidence of a consistent and reliable association between Seroquel and type II diabetes.

F. Summary of Opinion on Seroquel and New-Onset Diabetes

As discussed in detail above, I have reviewed the observational epidemiology, the randomized controlled trials, and AstraZeneca's clinical trials for scientifically-reliable evidence establishing a causal relationship between Seroquel and diabetes.  I do not find scientifically reliable evidence to support the conclusion that Seroquel is more likely than not a cause or a substantial contributing factor to the development of type II diabetes.

---

[57] Study 125, Table 67.
[58] Study 125, Table 11.3.7.1-22.
[59] Study 125, Table 62.
[60] Study 125, Table 75.

## X  CERTIFICATION

I hold all of the opinions included in this report to a reasonable degree of medical and scientific certainty.

_____          Oct. 10, 2008

Jeffrey P. Koplan, M.D., M.P.H.                 Date

## CURRICULUM VITAE

## JEFFREY P. KOPLAN, M.D., M.P.H.

**Current Position**
Vice President for Global Health
Emory University
1599 Clifton Road, NE, Suite 6.101
Atlanta, Georgia 30322

**Personal**

| | |
|---|---|
| Born: | January 3, 1945, Boston, Massachusetts, U.S.A. |
| Married: | Carol R. Koplan, M.D., 1969 |
| Children: | Adam N. Koplan (Born: May 14, 1973) |
| | Kate E. Koplan (Born: May 18, 1977) |

**Education**

| | |
|---|---|
| 1959-1962 | Milton Academy (Milton, Massachusetts) |
| 1962-1966 | Yale University, B.A. (English) |
| 1966-1968 | Tufts University School of Medicine |
| 1968-1970 | Mount Sinai School of Medicine of the City University of New York, M.D. |
| 1977-1978 | Harvard University School of Public Health, M.P.H. |

**Training**

| | |
|---|---|
| 1970-1971 | Medical Intern, Montefiore Hospital and Medical Center, Bronx, New York |
| 1971-1972 | Resident in Internal Medicine, Montefiore Hospital |
| 1973-1974 | Resident in Preventive Medicine, Centers for Disease Control, Atlanta, Georgia (Certificate of Residency Training U.S. Public Health Service) |
| 1975-1976 | |
| 1974-1975 | Senior Resident in Internal Medicine, Stanford University Hospital, Stanford, California (Career Development Award) |

**Positions Held**

| | |
|---|---|
| 1962-1964 | Summer Research Fellow, Children's Cancer Research |
| 1966,1968 | Foundation, Boston, Massachusetts (in laboratory of Dr. Samuel S. Epstein) |
| 1965 | Summer Research Fellow, Chester Beatty Research Institute, London, U.K. (in laboratory of Dr. Francis Roe) |
| 1967 | Participant, Student Health Project, University of Southern California, El Centro, California |
| 1972-1974 | Epidemic Intelligence Service Officer, Bureau of Smallpox Eradication, Center for Disease Control, Atlanta, Georgia |
| 1973 | World Health Organization Advisor, Bangladesh Smallpox (6 mos.) Eradication program, Dacca, Bangladesh |
| 1975, | Medical Epidemiologist, California State Department of Health, Infectious Disease Section, Berkeley, California (July-Sept) |

| | |
|---|---|
| 1975-1977 | Medical Epidemiologist, Caribbean Epidemiology Centre-PAHO/WHO (Seconded by CDC). Port-of-Spain, Trinidad |
| 1978-1979 | Graduate Advisor, Preventive Medicine Residency Program, CDC |
| 1978-1981 | Medical Officer, Technology Assessment, Office of Program Planning and Evaluation, Office of the Center Director, CDC |
| 1979-1984 | Assistant Director, Preventive Medicine Residency Program, CDC |
| 1981-1982 | Assistant Director, Office of Program Planning and Evaluation |
| 1984-1988 | Director, Preventive Medicine Residency Program, CDC |
| 1988-1989 | Director, Center for Health Promotion and Education, CDC |
| 1989-1994 | Director and Assistant Surgeon General, National Center for Chronic Disease Prevention and Health Promotion, CDC |
| 1994-1998 | President, Prudential Center for Health Care Research |
| 1998-2002 | Director, Centers for Disease Control and Prevention |
| 2002-2006 | Vice President for Academic Health Affairs, Emory University |
| 2006- | Director, Emory Global Health Institute, Emory University |
| 2008- | Vice President for Global Health Emory University |

**Hospital Appointments**

| | |
|---|---|
| 1978- | Attending Physician - Grady Hospital, Atlanta, Georgia |
| 1978-1981 | Staff Physician - DeKalb Grady Clinic, Decatur, Georgia |

**Academic Appointments**

| | |
|---|---|
| 1975-1977 | Lecturer, Department of Social and Preventive Medicine, University of the West Indies, Kingston, Jamaica |
| 1978-1980 | Clinical Instructor, Department of Preventive Medicine, Emory University, Atlanta, Georgia |
| 1980-1982 | Clinical Assistant Professor, Department of Preventive Medicine, Emory University, Atlanta, Georgia |
| 1980-1984 | Lecturer, School of Business, Georgia State University |
| 1980-2000 | Visiting Lecturer, Department of Health Policy and Management, Harvard School of Public Health, Boston, Massachusetts |

2

| 1982-1985 | Clinical Associate Professor, Department of Community Health, Emory University, Atlanta, Georgia |
| 1984 | Visiting Professor, Kaiser Program in General Internal Medicine, University of Pennsylvania School of Medicine, Philadelphia |
| 1985-2002 | Professor of Community Health (Visiting), Emory University, Atlanta, Georgia |
| 1987- | Clinical Professor of Community Medicine, Morehouse School of Medicine, Atlanta, Georgia |
| 1990 | Dean's Lecturer, London School of Hygiene and Tropical Medicine |
| 1992-1998 | Adjunct Senior Fellow, Leonard Davis Institute, University of Pennsylvania, Philadelphia |
| 1993 | Visiting Professor, Instituto Superiore di Sanita, Rome, Italy |
| 1994-2000 | Lecturer, Dept. of Health Care Policy, Harvard Medical School |
| 2003- | Professor, Dept. of Medicine, Emory University School of Medicine |
| 2006- | Director Global Health Institute, Emory University |

**Military Service**

Active duty, U.S. Public Health Service, 1972-1994, grade 07 (retired), Regular Corps, serial number 34892; U.S. Coast Guard TDY, Medical Officer, USCGC EAGLE, June-July 1985; Active duty, U.S. Public Health Service, 1999-2000, grade 08 (retired)

**Licensure**

Board certified, Internal Medicine (A.B.I.M. - June, 1975) No. 49805
Board certified, Preventive Medicine (A.B.P.M. - January, 1981) No. 40714
National Board of Medical Examiners (U.S.A. - 1971)
States of New York (1971) - inactive, Georgia (1972) - active, California (1975) - inactive.
Republic of Trinidad and Tobago - 1976, inactive.

**Journal Positions**

| Editorial Board | Medical Decision Making, 1988-1990<br>Current Issues in Public Health, 1993-1998<br>Journal of Clinical Outcomes Management, 1994-1998<br>American Journal of Public Health, 1996-1998 |
| Reviewer | Journal of American Medical Association; New England Journal of Medicine; Journal of American Public Health Association; |
| | American Journal of Medicine; Medical Decision Making; American Journal of Epidemiology; Quarterly Review of Exercise; Health Affairs |

3

Guest Editor    International Journal of Technology Assessment in Health Care 1991

## Awards

| | |
|---|---|
| 1965-1966 | Joseph F. Cullman Memorial Scholarship (Yale University) |
| 1968-1970 | Baron Hirsch Scholarship (Mount Sinai School of Medicine) |
| 1970 | Lange Award (Mount Sinai School of Medicine) |
| 1976 | Order of the Bifurcated Needle, World Health Organization |
| 1982 | Saul Horowitz, Jr. Memorial Award, Mount Sinai School of Medicine |
| 1984 | Commendation Medal, United States Public Health Service |
| 1986 | Meritorious Service Award, United States Public Health Service |
| 1988 | Outstanding Unit Citation, Unites States Public Health Service |
| 1988 | Distinguished Service Award, United States Public Health Service |
| 1988 | American Epidemiological Society |
| 1990 | Unit Commendation, United States Public Health Service |
| 1991 | Meritorious Service Award, United States Public Health Service |
| 1991 | Indian Health Service Director's Special Award for Excellence |
| 1992 | Council of Fellows, Collegium Ramazzini (Bologna) |
| 1992 | Outstanding Unit Citation, United States Public Health Service |
| 1993 | State and Territorial Chronic Disease Director's Award |
| 1994 | Honorary Professor, Chinese Academy of Preventive Medicine |
| 1997 | Award for program contributions, Project Imhotep and Public Health Institute, Morehouse College |
| 1999 | Honorary Degree of Master of Public Health, La Universidad de las Palmas de Gran Canaria |
| 1999 | Elected to Membership in the Institute of Medicine, National Academy of Sciences |
| 2000 | Secretary's Award for Distinguished Service (DHHS) |
| 2000 | Harvard School of Public Health Alumni Award of Merit |
| 2000 | Honorary Degree of Doctor of Science, Mount Sinai School of Medicine |
| 2000 | Outstanding Unit Citation, United States Public Health Service |

4

| 2001 | Dr. Nathan Davis Award, American Medical Association |
| 2001 | Paul Harris Fellow by the Rotary Foundation of Rotary International |
| 2002 | Healthcare Hero Award by Congressional Black Caucus |
| 2002 | Advisor Number One, Centers for Disease Control and Prevention (CDC) of China |
| 2002 | Lifetime Achievement, Healthcare Heroes, Atlanta Business Chronicle |
| 2002 | Honorary Fellow, Society of Public Health Educators |
| 2002 | Public Health Hero, American Public Health Association |
| 2002 | Elected to Status of Master of the American College of Physicians (MACP) |
| 2003 | Great Teacher's Lecture - Emory University |
| 2004 | Honorary M.A, Yale University |
| 2004 | Jacobi Medal - Mount Sinai Medical Center |
| 2004 | Special Recognition Award, American College of Preventive Medicine |
| 2005 | Eisenberg Award, Society for Medical Decision Making |
| 2006 | Paul G. Rogers Society for Global Health Research - Research!America |
| 2007 | American Medical Writers Association – Walter C. Alvarez Award |

## Selected Committee and Board Memberships

| 1978-1982 | Technology Coordinating Committee, National Center for Health Care Technology, United States Public Health Service |
| 1979-1982 | National Council on Health Care Technology, Department of Health and Human Services |
| 1980-1982 | United States - China Health Services Research Team, Office of International Health, Department of Health and Human Services |
| 1980-1982 | Health Services Research Coordinating Committee, National Center for Health Services Research, United States Public Health Service |
| 1980-1983 | Advisory Committee, Walter Reed Army Institute of Research, Preventive Medicine Residency |
| 1980-1983 | Advisory Committee - Graduate Program in Preventive Medicine, Uniformed Services University of the Health Sciences |
| 1981-1983 | Medical Advisory Board, Centers for Disease Control |

5

| 1982-1994 | Scientific Area Coordinator for Public Health and Health Services Research, United States - China Health Protocol |
| 1982-1988 | Executive Secretary, Immunization Practices Advisory Committee (ACIP), Centers for Disease Control |
| 1983-1984 | Chairman, Public Health Service Executive Committee on Acquired Immunodeficiency Syndrome (AIDS) |
| 1983-1984 | Study Group on Vaccine Development, Institute of Medicine |
| 1984 | Working group consultant, "Closing the Gap" Health Policy Project, Carter   Center, Emory University |
| 1985-1989 | Advisory Council of the MPH Program, Emory University School of Medicine |
| 1986-1989 | Program Development Board, American Public Health Association |
| 1986-1994 | Chairman, Commissioned Corps Awards Committee, CDC |
| 1987-1994 | Public Education Subcommittee on Adult Education, American Cancer Society |
| 1988-1994 | National Coordinating Committee on Tobacco Related Research |
| 1990 | Chairperson, CDC Health and Safety Advisory Board |
| 1991-1994 | Committee on Cancer Prevention and Detection, American Cancer Society |
| 1991-1994 | Public Education Committee, American Cancer Society |
| 1992-1994 | Advisory Board, Global Burden of Disease Project, The World Bank |
| 1995-1998 | Board Member, Partnership for Prevention |
| 1995-1998 | Committee to Study Priorities for Vaccine Development, Institute of Medicine |
| 1996- | Special Advisory Committee to the American Cancer Society National C.E.O. |
| 1996-1998 | National Advisory Council, Agency for Health Care Policy and Research |
| 2001-2002 | Emory University School of Medicine Board of Advisors |
| 2002- | Global Health Advisory Board, Institute of Medicine |
| 2002- | Governing Council, Institute of Medicine |
| 2003- | Trustee, Yale Corporation, Yale University |
| 2003- | Visiting Committee of Harvard Board of Overseers to Harvard School of Public Health |
| 2003- | Chairman, Committee on the Prevention of Childhood Obesity, Institute of Medicine |

6

| | |
|---|---|
| 2004-2005 | Commissioner Caribbean Commission on Health and Development |
| 2006 | President, Executive Board, International Association of National Public Health Institutes |
| 2007 | Earth Institute – International Commission on Education for Sustainable Development Practices |
| 2008 | Chairman, Standing Committee on Childhood Obesity Prevention, Institute of Medicine |
| 2008 | Committee on United States Commitment for Global Health, Institute of Medicine |
| 2008 | Executive Board – Consortium of Academic Global Health Institutions |
| 2008 | University of California School of Global Health External Advisory Board |
| 2008 | China Medical Board |

**International Consultations (Short-Term)**

| | |
|---|---|
| 1973 | World Health Organization (WHO)- Consultant on Smallpox Eradication, Bangladesh |
| 1978 | Pan American Health Organization (PAHO)/Agency for International Development (AID), Epidemiology Evaluation – Guatemala |
| 1979 | PAHO/AID - Epidemiology Evaluation - Central America and Panama |
| 1979 | AID - Design of Training Grant for Caribbean - Trinidad and Barbados |
| 1980 | Office of International Health Team Member, Health Services Research Team - People's Republic of China |
| 1981 | AID - Coordinator, Mid-term evaluation of CAREC grant, Trinidad, Antigua, St. Kitts, Barbados |
| 1981 | Office of International Health, Team Member, Health Services Research Team, People's Republic of China |
| 1982 | AID - Coordinator - Design of Epidemiology Grant - Trinidad and Barbados |
| 1983 | World Bank - Consultant on Center for Preventive Medicine, People's Republic of China |
| 1984 | Coordinator, Public Health/Health Services Research Team, U.S.P.H.S.-People's Republic of China |
| 1984 | Team Leader - CDC Consultation team on Bhopal chemical disaster, India |
| 1985 | AID-Coordinator - Evaluation of training grant, Trinidad and Barbados |

7

| | |
|---|---|
| 1985 | WHO - Consultant for Expanded Program on Immunization training activity - Geneva, Switzerland |
| 1986 | World Bank - Consultant on Center for Preventive Medicine, People's Republic of China |
| 1987 | World Bank - Consultant on Medical Education and Rural Health Projects, People's Republic of China |
| 1988 | World Bank - Consultant on Integrated Regional Health Care Project, People's Republic of China |
| 1989 | World Bank - Consultant for Adult Mortality Study Group, Tunbridge Wells, England |
| 1989 | Coordinator, Public Health Collaboration, USPHS-People's Republic of China |
| 1989 | Consultant, establishment of Union School of Public Health, Beijing, China |
| 1991 | World Bank - Consultant on Public Health Reform – Hungary |
| 1992 | World Bank - Consultant on Public Health Reform – Hungary |
| 1992-1993 | WHO/World Bank - Advisory Committee on Global Burden of Disease, Geneva, Switzerland |
| 1993 | Laboratory Centre for Disease Control, Disease Control Consultative Committee, Ottawa, Ontario, Canada |
| 1993-1994 | WHO - Principal consultant, World Health Assembly Technical Report on Community Participation in Health Programs. Geneva, Switzerland |
| 1994 | Laboratory Centre for Disease Control, Ottawa, Ontario, Canada |
| 1994,1996-97 | World Bank - Consultant on Health Promotion and Chronic Disease Prevention Loan Project, People's Republic of China |
| 1997, 1998 | World Bank - Consultant on Health VII - Tobacco Control; and Health IX Project - HIV, China |
| 2000 | Polio Eradication – India |
| 2001 | Malaria, HIV - Kenya, Uganda |
| 2001 | Polio Eradication – Bangladesh |
| 2002 | Chinese CDC, WHO - Chronic Diseases – China |
| 2002 | Chair, Review of research programmes, London School of Hygiene and Tropical Medicine |
| 2003 | Polio Eradication – India |
| 2003 | Consultant to Chief Executive, Severe Acute Respiratory Syndrome – Hong Kong |

8

| 2003 | SARS Expert Committee – Hong Kong |
|------|-----------------------------------|
| 2003-05 | Caribbean Commission on Macroeconomics and Health |
| 2004-05 | World Bank Consultant, SARS and other IDs, China |
| 2006 | Polio Eradication – India, WHO |
| 2006 | Heath Clark Lecturer – London School of Hygiene and Tropical Medicine (Aug-Dec) |
| 2006 | Evaluation of injury control programs in Southeast Asia for TASC |
| 2007-2008 | Research Assessment Exercise - UK |

## Organizations

American College of Physicians – Master (2003)
American Epidemiological Society
Commissioned Officers Association
Collegium Ramazzini - Council of Fellows
Institute of Medicine - (Governing Council – 2003-)
International Association of National Public Health Institutes (Executive Board)

## Non-Professional Boards

| 2002- | Marcus Foundation, Atlanta |
|-------|----------------------------|
| 2002- | HealthMPowers, Atlanta, GA |
| 2002-2006 | NDCHealth, Atlanta (publicly held, for-profit) |
| 2003- | Yale Corporation |
| 2004- | Carlos Museum, Emory University |
| 2006 | Kaiser Foundation Health Plan of Georgia, Inc |

## Selected Lectures

| 1998 | Foard Lecture, University of North Carolina, Chapel Hill, North Carolina |
|------|-------------------------------------------------------------------------|
| 1999 | Berson Memorial Lecture, Mount Sinai, New York, New York |
| 2000 | Commonwealth Club of California, San Francisco, CA |
| 2000 | Harold C. Neu Lecture, Columbia University, New York, NY |
| 2001 | Sonia Isard Lecture, Philadelphia, Pennsylvania |
| 2002 | Joseph Mountin, Centers for Disease Control and Prevention, Atlanta, Georgia |
| 2002 | International Agency for Research in Cancer, Lyon, France |
| 2003 | American College of Sports Medicine, San Francisco, CA |
| 2003 | Cambridge International Health Leadership Programme, Cambridge, UK |
| 2003 | 34th International Union Against Tuberculosis and Lung Disease, Paris, France |
| 2003 | Great Teachers Lecture Series, Emory University, Atlanta, GA |
| 2004 | World Health Promotion Conference, Melborne, Australia |
| 2004 | 5th International Heart Health Conference, Milan, Italy |
| 2005 | Hellenic Center for Infectious Disease Control, Athens, Greece |
| 2006 | Academy of Science South Africa, Johannesburg, South Africa |
| 2006 | Brigham and Women's Hospital, Boston, MA |
| 2006 | Heath Clark Lecture, London, UK |
| 2007 | Weens Lecture Emory University,Atlanta, GA |
| 2007 | Ministrio della Salute, Rome, Italy |

9

| 2007 | Center for Health Protection Symposium, Hong Kong, People's Republic of China |
| 2007 | Chinese University of Hong Kong School of Public Health, Hong Kong, P. R. C. |
| 2007 | Mount Sinai Alumni Lecture, New York, New York |
| 2008 | South Carolina State Epidemiology Conference, Columbia, S.C. |
| 2008 | Association of American Medical Colleges, Council of Deans, Amelia Island, FLA |

**Publications**

1. Epstein SS, Small M, Koplan J, Mantel N, Hutner SH.  Photodynamic bioassay of benzo (A) pyrene with paramecium caudatum.J Nat Cancer Inst 1963;31:163-168

2. Epstein SS, Small M, Koplan J, Mantel N, Falk HL, Sawicki E.  Photodynamic bioassay of polycyclic air pollutants. Arch Environ Health 1963;7:531-537

3. Epstein SS, Bulon I, Koplan J, Small M, Mantel N.  Charge-transfer complex formation, carcinogenicity and photodynamic activity in polycyclic compounds.  Nature 1964;204:750-754

4. Koplan JP, Goldstein J, Foster SO.  Congenital vaccinia: some doubts.  Pediatrics 1972;50:971

5. Koplan JP, Foege WH, Dull HB.  A discussion of current issues concerning the United States smallpox vaccination policy. Am Coll Prev Med Newsletter 1973;14:6-7

6. Koplan JP, Sprayregan S, Ossias AL, Zanjani ED.  Erythropoietin-producing renal cysts and polycythemia vera. Am J Med 1973;54:819-824

7. Koplan JP, Hicks JW.  Smallpox and vaccinia in the United States - 1972.  J Infect Dis 1974;129:224-226

8. Karetzky MS, Koplan JP, Brandstetter RD.  Congestive heart failure in kyphoscoliosis: a report on survival.  Respiratory Care 1974;19:699-702

9. Koplan JP, Monsur KA, Foster SO, et al.  Treatment of variola major with adenine arabinoside.  J Infect Dis 1975;131:34-39

10. Goldstein J, Neff J, Koplan JP, Lane JM.  Vaccinia immune globulin.  Pediatrics 1975;55:342-347

11. Koplan JP.  Treatment of smallpox and vaccinia.  In: Conn H (ed) Current Therapy - 1975.  January 1975

12. Koplan JP: Inefficacy of Adenine Arabinoside in the therapy of smallpox.  In: Buchanan R (ed) Adenine arabinoside: A Antiviral Agent. New York: Raven Press, 1975.

13. Koplan JP, Marton KI.  Smallpox vaccination revisited. Am J Trop Med Hygiene 1975;24:656-663

14. Ziegler DW, Hutchinson HD, Koplan JP, Nakano JH.  Detection by radioimmunoassay of antibodies in human smallpox patients and vaccinees.  J Clin Microbiol 1975;i:311-317

15. Johnson RH, Krupp JR, Hoffman AR, Koplan JP, Nakano JH, Merigan TC.  Transmission of vaccinia infection in a hospital, Clin Res, Feb. 1976

16. Johnson RH, Krupp JR, Hoffman AR, Koplan JP, Nakano JH, Merigan TC.  Nosocomial vaccinia infection, West J Med 1976;125:266-270

10

17. Koplan JP. Treatment of smallpox and vaccinia. In: Conn H (ed) Current Therapy - 1977. Philadelphia: W.B. Saunders, Co., 1977

18. Rosenberg ML, Koplan JP, Wachsmith IK, Wells JG, Gangarosa E, Guerrant RL, Sack DA. Epidemic diarrhea at Crater Lake: a large waterborne outbreak caused by enterotoxigenic E. coli. Ann Intern Med 1977;86:714-718

19. Koplan JP, Lewis MJ, Ali S. Epidemiological characteristics of tetanus in Trinidad. West Ind Med J. 1977;26:144-149

20. Koplan JP, Wells AV, Diggory HJP, Liddle J, Baker E. Lead absorption in a community of potters in Barbados. Int J Epidemiol 1977;6:225-229

21. Koplan JP, Foster SO, Nizamuddin M. Urban hospital and rural village smallpox in Bangladesh. Trop Geogr Med 1978;30:355-358

22. Koplan JP, Walker JA, Bryan J, Berquist K. Hepatitis in a state prison. J Infect Dis 978;137:505-506

23. Quinones F, Koplan JP, Staine F, Pike L, Ajello L. Histoplasmosis in Belize, Am J Trop Med Hygiene 1978;27:558-561

24. Koplan JP, Doug Deen R, Swanston WH, Tota B. Contaminated roof-collected rainwater as the possible cause of an outbreak of salmonellosis. J Hygiene (Camb.) 1978;81:303-309

25. Moody C, Dyer A, Bowen-Wright C, Wilson-Ivey V, Bancroft W, Sanmartin C, Koplan J. Epidemiological, clinical and administrative observations on dengue in Jamaica - 1977. Symposium on Dengue in the Caribbean, P.A.H.O., 1978

26. Koplan JP, Foster SO. Smallpox: clinical types, causes of death and treatment. J Infect Dis 1979;140:440-441

27. Koplan JP, Schoenbaum SC, Weinstein MC, Fraser DW. Pertussis vaccine: an analysis of benefits, risks, and costs. N Eng J Med 1979;301:906-911 (Reprinted in Raven BH (ed) Policy Studies Review Annual 1980;4:611-616)

28. Koplan JP. Cardiovascular deaths while running. JAMA 1979;242:2578-2579

29. Miller GJ, Koplan JP, Morgan P, Ashcroft MT, Moinuddin M, Beckles GLA. HDL cholesterol, concentrations and other serum lipids in an isolated island community free of coronary heart disease. Int J Epidemiol 1979;8:219-225

30. Rosenberg ML, Koplan JP, Pollard RA. The risk of acquiring hepatitis from sewage contaminated water. Am J Epidemiology 1980;112:17-22

31. Koplan JP, Fineberg HV, Benfari MJ, Rosenberg ML. Value of stool cultures.The Lancet 1980; 3:413-416

32. Koplan JP, Farer LS. Choice of preventive treatment for INH-resistant tuberculosis infection: Use of decision analysis and the delphi technique. JAMA 1980;244:2736-2740

33. Morgan P, Koplan JP, Miller GJ, Hull B, Ashcroft MT, Rosenberg M.A serological evaluation of an immunization programme in Salt Cay, Turks, and Caicos Islands. West Indian J Med 981;30:68-71

11

34. Koplan JP. Evaluation of commonly used vaccines, Proceedings of the 16th Immunization Conference, Centers for Disease Control, pp. 13-14, 1981

35. Koplan JP, Axnick NW. Benefits, risks and costs of viral vaccines. Prog Med Virology 1982;28:180-191

36. Koplan JP, Preblud S. A benefit-cost analysis of mumps vaccine. Am J Dis Child 982;136:362-364

37. Hinman AR, Koplan JP. Public health policy toward atypical measles syndrome in the United States. Med Decision Making 1982;2(1):71-77

38. Preblud SR, Gross F, Halsey NA, Herrmann KL, Koplan JP, Hinman AR. Assessment of susceptibility to measles and rubella. JAMA 1982;247:1134-1137

39. Yang MD, Koplan JP, Bryant J. Future of PRC-USA health services research. American Journal of Public Health 1982;72 (Supplement):92-94

40. Koplan JP, Kane M. Management of needle-stick exposures. Med Decision Making 1982;2,:130-131

41. Hopkins DR, Hinman AR, Koplan JP, Lane JM. The case for global measles eradication. The Lancet June 19, 1982;1396-1398

42. Koplan JP, Powell KE, Sikes RK, Shirley RW, Campbell CC. An epidemiologic study of the benefits and risks of running. JAMA 1982;248:3118-3121

43. Koplan JP. Slave mortality in 19th century Grenada. Social Science History, 1983;7:311-320

44. Koplan JP. Issues Facing the Immunization Practices Advisory Committee, Proceedings of the 18th Immunization Conference, Atlanta, 1983

45. Binkin NJ, Koplan JP, Cates W. The value of viral cultures in pregnant women with recurrent genital herpes. JAMA 1984;251:2816-2821

46. Koplan JP. Costs and benefits of preventive strategies: containing hepatitis. In: Reiser SJ, Anbar M (eds) The Medicine at the Bedside: Strategies for Using Technology in Patient Care. New York: Cambridge University Press, 1984

47. Koplan JP, Hinman AR. Evaluation of pertussis immunization program. Proceedings of the 19th Immunization Conference, Boston, 1984

48. Hinman AR, Koplan JP. Pertussis and pertussis vaccine; re-analysis of benefits, risks, and costs. JAMA 1984;251:3109-3113

49. Adams MM, Marks JS, Koplan JP. Cost implications of routine antenatal administration of Rh immune globulin. Am J Obstet Gynecol 1984;149:633-638

50. Koplan JP, Powell KE. Physicians and the Olympics. JAMA 1984;252(4):529-530

51. Koplan JP, White CC. An update on the benefits and costs of measles and rubella immunization. Proceedings of the Conference: Conquest of two agents that endanger the brain: Measles and Rubella. New York: Oxford University Press, 1985

12

52.    Preblud SR, Orenstein WA, Koplan JP, Bart KJ, Hinman AR.  A benefit-cost analysis of a childhood
       varicella vaccination program.  Postgraduate Med J 1985;61(4):17-22

53.    Koplan JP:  Benefits, risks, and costs of immunization programmes. In: Evered D, Whelan J (eds).
       The value of preventive medicine (Ciba Foundation Symposium 110). London: Pittman Press,
       1985, p 55-68

54.    White CC, Koplan JP, Orenstein WA.  Benefits, risks and costs of immunization for measles,
       mumps and rubella.  Am J Public Hlth 1985;75:739-744

55.    Koplan JP, Siscovick D, Goldbaum GM.  The risks of exercise:  a public health view of injuries and
       hazards.  Public Health Rep 1985;100(2):189-195

56.    Koplan JP, Hinman AR, Parker RL, Gong YL, Yang MD.  The barefoot doctor: Shanghai County
       revisited.  Am J Public Hlth 1985;75:768-770

57.    Herron CA, Falk H, Houk VN, Davis HF, Koplan JP.  Activities for injury prevention.  J Public Hlth
       Policy 1985;6:269-271

58.    Koplan JP, Bailar JC.  Surveillance.  In Assessing Medical Technologies.  Institute of Medicine.
       Washington:  National Academy Press, 1985, p 120-124

59.    Hinman AR, Koplan JP.  Pertussis and pertussis vaccine:  further analysis of benefits, risks and
       costs.  Developments in Biological Standardization 1986;61

60.    Koplan JP, Annest JL, Rubin GL, Layde PM.  Nutrient intake and supplementation in the United
       States.  Am J Public Hlth 1986; 6(3):287-289

61.    Snider DE, Caras G, Koplan JP.  Isoniazid preventive therapy - cost-effectiveness of different
       durations of therapy.  JAMA 1986;255:1579-1583

62.    Koplan JP, Hardy A, Allen JR.  Epidemiology of the acquired immunodeficiency syndrome in
       intravenous drug abusers.  In: Stimmel B (ed).  Controversies in Alcoholism and Substance Abuse.
       New York:  The Haworth Press, Inc., 1986, p 13-23.  Also in Advances in Alcohol and Substance
       Abuse 1985-86;5(1&2):13-23

63.    Koplan JP, Kane ML.  Hepatitis vaccine:  assessment of a preventive technology.  J Health Care
       Technology 1986;2(4):217-224

64.    Koplan JP.  Assessment of new vaccines in immunization programs.  Israel J Med Science
       1986;22(3-4):272-276

65.    Ory HW, Koplan JP, Allen JR.  Assessing screening as a preventive technology:  the example of
       HTLV-III testing.  Israel J Med Science 1986;22(7-8):524-528

66.    Koplan JP, Powell KE.  Methodologic hurdles in epidemiologic studies of running injuries.  In:
       MacGregor JA and Moncur JA (eds).  Sport and Medicine.  Proceedings of the VIII Commonwealth
       and International Conference on Sport, Physical Education, Dance, Recreation and Health.  New
       York: E. & F.N. Spon, 1986, p 266-274

67.    Mason JO, Koplan JP, Layde PM.  The prevention and control of chronic diseases: reducing
       unnecessary deaths and disability.  A conference report.  Public Health Reports 1987;l02(1):17-20

13

68. Koplan JP, Hinman AR. Decision analysis, public policy and pertussis: are they compatible? Med Decision Making April 1987;7(2):71-73

69. Patriarca PA, Arden NH, Koplan JP, Goodman RA. Prevention of type A influenza in nursing homes: benefits and costs of four approaches using vaccination and amantadine. Annals Int Med 1987;107:732-740

70. Hinman AR, Koplan JP, Orenstein WA, Brink EW, Nkowane BM. Live or inactivated poliomyelitis vaccine: An analysis of benefits and risks. Am J Public Hlth 1988;78:291-295

71. Hinman AR, Koplan JP, Orenstein WA, Brink EW. Decision analysis and polio immunization policy: response to Dr. Salk's commentary. Am J Public Hlth 1988;78:301-303

72. Hatziandreu EI, Koplan JP, Weinstein MC, Caspersen CJ, Warner KE. A cost-effectiveness analysis of exercise as a health promotion activity. Am J Public Health 1988;78:1417-1421

73. Onorato IM, Orenstein WA, Hinman AR, Rogers MF, Koplan JP. Immunization of asymptomatic HIV-infected children with measles vaccine: assessment of risks and benefits. Med Decision Making 1988;9:76-83

74. Koplan JP, Jones TS. Health care consequences for Atlanta of a nuclear explosion. J Med Assoc Georgia, 1988;77:6-9

75. Koplan JP. The benefits and costs of immunizations revisited. Drug Information J 1988;22:379-383

76. Koplan JP. The use of cost-effectiveness analyses at a federal public health agency. Drug Information J 1988;22:407-410

77. Powell KE, Caspersen CJ, Koplan JP, Ford ES. Physical activity and chronic diseases. Am J Clin Nutrition (supplement) 1989;49:999-1006

78. Binkin N, Koplan JP. The high cost and low efficacy of weekly viral cultures for pregnant women with recurrent genital herpes: A reappraisal. Med Decision Making 1989;9:225-230

79. Koplan JP, Caspersen CJ, Powell KE. Physical activity, physical fitness, and health: Time to act. JAMA 1989;262:2437

80. Koplan JP. Health promotion, quality of life, and QALYs: a useful interaction. In Challenges for Public Health Statistics in the 1990's. Proceedings of the 1989 Public Health Conference on Records and Statistics. DHHS Publication No. (PHS) 90-1214 1989:294-298

81. Rothenberg RR, Koplan JP. Chronic diseases in the 1990's. Ann Rev Public Health 1990;11:267-296

82. Goodman RA, Buehler JW, Koplan JP. The epidemiologic field investigation: Science Policy in Public Health Practice. Am J Epidemiol 1990;132:9-16

83. Sudre P, Breman JG, Koplan JP. Malaria mortality and drug resistance: Results of a Delphi survey. Lancet (letter) 1990;335:722

84. Marks JS, Koplan JP, Hogue C, Dalmat M. A cost-benefit/cost-effectiveness analysis of smoking cessation for pregnant women. Am J Preventive Med 1990;6:282-289

85. Koplan JP, Falk H, Green G. Public health lessons from the Bhopal chemical disaster. JAMA 1990;264:2795

86. Lentzner HR, Garbe PL, Koplan JP, Rothenberg RR. Preventing chronic disease and promoting health in an aging population. In: Proceedings of the International Conference on Health, Morbidity, and Mortality by Cause of Death. Vilnius Lithuana. December 1990

87. Vartiainen E, Bao-xiang L, Marks J, Korhonen H, Xueshen Q, Guo Z, Koplan J, Pietinen P, Guang-lin W, Williamson D. Mortality, cardiovascular risk factors, and diet in Tianjin, China, North Karelia, Finland and in the United States. Public Health Rep 1991; 106:41-46

88. Schwartz JS, Lewis CE, Kinosian M, Clancy C, Koplan JP. Internists' practices in health promotion and disease prevention. A survey. Annals Internal Med 1991;114:46-53

89. Koplan JP, Gutzwiller F. Introduction to preventive technology. International J of Technology Assessment in Health Care 1991;7(3): 253-255

90. Koplan JP, Gutzwiller F. Some observations on the assessment of preventive technologies. International J of Technology Assessment in Health Care 1991;7(3):361-364

91. Tolsma DD, Koplan JP. Health Behaviors and Health Promotion. In: Last JM, Wallace RB (eds.). Maxcy-Rosenau-Last Public Health and Preventive Medicine. Norwalk, CT: Appleton & Lange, 1992, pp 701-714

92. Sudre P, Breman JG, McFarland D, Koplan J. Treatment of chloroquine resistant malaria in African children: A cost effectiveness analysis. International J Epidemiol 1992;21(1):146-153

93. Kjellstrom T, Koplan JP, Rothenberg RR. Chapter 5, Current and Future Determinants of Adult Ill Health. In: The Health of Adults in the Developing World. World Bank, 1992

94. Phillips MA, Feacham RGA, Koplan JP. Chapter 6, The Emerging Agenda for Adult Health. In: The Health of Adults in the Developing World. World Bank, 1992

95. Koplan JP. In the absence of health promotion. Chronic Disease Notes and Reports 1992;4(4):1-2

96. Koplan JP. CDC Turns 46. Chronic Disease Notes and Reports 1992;5:1-2

97. Koplan JP. Professor Yang Ming Ding: an inspiration for East and West. The Biography of Yang Ming Ding. Shanghai Medical University Press, Shanghai, 1992

98. Koplan JP, Thacker SB. Kurt W. Deuschle: the clinician in the community. The Mount Sinai J Med 1992;59:444-446

99. Taylor WR, Marks JS, Livingood JR, Koplan JP. Current issues and challenges in chronic disease control. In: Brownson RC, Remington PL, Davis JR, eds. Chronic Disease Epidemiology and Control. Washington, DC: American Public Health Association, 1993:1-18

100. Breslow L, Koplan JP. Foreword. In: Brownson RC, Remington PL, Davis JR, eds. Chronic Disease Epidemiology and Control. Washington, DC: American Public Health Association, 1993:xv-xvi

15

101.  Kim I, Williamson DF, Byers T, Koplan JP.  Vitamin and mineral supplement use and mortality in a
       national cohort.  Am J Public Health 1993;83:546-550

102.  Koplan JP.  Toward developing a U.S. public health policy for coronary heart
       disease.  Canadian J Cardiology 1993;9(D):141D-142D

103.  Koplan JP.  The cost-effectiveness of coronary heart disease prevention. Canadian J
       Cardiology 1993;9(D):184D-186D

104.  Koplan JP.  Health Care Reform.  Chronic Disease Notes and Reports 1993;6(1):1-2

105.  Blair SN, Powell KE, Bazzarre TL, Early JL, Epstein LH, Green LW, Harris SS, Haskell WL, King
       AC, Koplan JP, Marcus B.  Physical Inactivity.  In:  AHA Prevention Conference III Behavior
       Change and Compliance:  Keys to Improving Cardiovascular Health.  Circulation 1993;88:1402-
       1405

106.  Livengood JR, Caspersen CJ, Koplan JP, Blair SN.  The health benefits of exercise.  N Engl J Med
       1993;328:1852

107.  Koplan JP, Ferre CD, Blackmore CA, Rowley DL, Marks JS, Hatfield-Timajchy K.  Special
       Challenge of Prevention in the Inner-City.  In:  Proceedings of Health Care in Underserved Urban
       America:  Implications for National Health Reform.  New York:  Columbia University Office of
       Government Relations and Community Affairs 1993:99-104

108.  Koplan JP.  Five years of progress bring changes, growth.  Chronic Disease Notes and Reports
       1993;6(2):1-3

109.  Koplan JP.  Non-economic incentives for health promotion.  Prospects for Health Promotion in the
       European Regions.  Number One in the RHN Conference Series.  Barcelona, Catalonia
       (Spain) Oct. 1993:153-159

110.  Roper WL, Koplan JP, Stinnett AA.  Public health in the new American health system.  Frontiers
       of Health Services Management 1994;19(4):32-36

111.  Ruebush TK, Zeissig R, Koplan JP, Klein RE, Godoy HA.  Community participation in malaria
       surveillance and treatment.  III:  an evaluation of modifications in the volunteer collaborator network
       of Guatemala.  Am J Tropical Med Hygiene 1994;50(1):85-98

112.  Gorsky R, Koplan JP, Peterson H, Thacker SB.  Relative risks and benefits of long-term estrogen
       replacement therapy:  a decision analysis.  Obstetrics and Gynecology 1994;83(2):161-166

113.  Thacker SB, Koplan JP, Taylor WR, Hinman AR, Katz MS, Roper WL. Assessing prevention
       effectiveness: using data to drive program decisions.  Public Health Reports 1994;
       109(2):187-194

114.  Koplan JP, Livengood JR.  The influence of changing demographic patterns on our health
       promotion priorities.  Am J Prev Med 1994;10(suppl 1):42-44

115.  Baker EL, Melton RJ, Stange PV, Fields ML, Koplan JP, Guerra FA, Satcher D.  Health reform
       and the health of the public: forging community health partnerships.  JAMA 1994;272(6):1276-
       1282

116.  Koplan JP, Roper WL, Udvarhelyi IS.  Outcomes research: Perspective of the Prudential
       Insurance Company of America in Measuring Medicine: An Introduction to Health Status
       Assessment and a Framework for Application.  Editor, Michael Huber.  Faulkner & Gray,

16

Washington, DC, 1994

117. Koplan JP. Academic Public Health and Managed Care. J Public Health Management Practice
1995;3(1):79-81

118. Koplan, JP. Health services research for managed care. Decisions in Imaging Economics
July/August 1995;8(4):47,70-71

119. Koplan JP, Jones E, Rothenberg RB. The natural history of exercise: a 10 year followup of a
cohort of runners. Medicine and Science in Sports and Exercise 1995;27(8):1180-1184

120. Gong YL, Koplan JP, Feng W, Chen CHC, Zheng P, Harris JR. Cigarette smoking in Shanghai,
1993:a public health emergency. JAMA 1995;274(15):1232-1234

121. Koplan JP. Defining public health. Current Issues in Public Health 1995;1(6):241-243

122. Koplan JP. Clinical Prevention and managed care. Leadership in Public Health 1995;4(1):3-6

123. McPhillips-Tangum C, Lewis N, Ward-Coleman C, Lee P, Batchlor E, Kamil I, Small A, Koplan
JP. Using a Public Health Approach to Diagnose Barriers to Pediatric Immunization in an HMO
California 1995. MMWR 1996;45:188-193.

124. Koplan JP. An Economic Perspective on the Prevention of Coronary Artery Disease.
Cardiovascular Risk Factors 1996;6(4)211-214.

125. Koplan, JP (contributing author). Chapter 4: The effects of physical activity on health and disease -
adverse effects of physical activity 142-144. U.S.    Department of Health and Human Services
Physical activity and health: a report of the Surgeon General, Atlanta, GA. U.S.D.H.S.S.,
C.D.C.,1996.

126. Koplan JP. Hazards of Cottage and Small Industries in Developing Countries (edit.). Am J Ind
Med 1996;30:123-124.

127. Harris JR, McQueen DV, Koplan JP. Chapter 16: Chronic Disease Control in Principles of  Public
Health Practice, pp 213-231. Edited by Scutchfield FD, Keck CW. Delmar Publishers, Albany,
1996.

128. Gorsky RD, Pamuk E, Williamson DF, Shaffer PA, Koplan JP. The 25-year excess health care
costs of women who remain overweight after the age of 40. Am J Prev Med 1996;12:388-94

129. Goerdt A, Koplan JP, Robine JM, Thuriaux MC, Van Ginneken JK. Non Fatal Health Outcomes
- Concepts, Instruments and Indicators. Chapter 2, pp. 99-117. The World Health Organization,
1996. Global Burden of Disease. edit. CML Murray and AD Lopez.

130. Gazmararian J, Cogswell ME, Koplan JP. The Relationship Between Characteristics of
Obstetrician-Gynecologists and Rates of Recommended Prenatal Care Screening Tests. HMO
Practice 1996; 10(3)108-113.

131. Koplan JP, Powell KE. The Olympic Games: Opportunities for Health Promotion. Am J Health
Promot 1996;11(1)8-9.

132. Gazmararian JA, Koplan JP. Length-of-Stay After Delivery: Managed Care Versus Fee-For-
Service. Health Affairs 1996;15(4)74-80.

17

133. Goodman RA, Buehler JW, Koplan JP. Developing Interventions, Chapter 9, pp. 132-138. Field Epidemiology edit. MB Gregg. Oxford Univ. Press, New York, 1996.

134. Davis NA, Lewis MJ, Rimer BK, Harvey CM, Koplan JK. Evaluation of a Phone Intervention to Promote Mammography in a Managed Care Plan. Am J Health Promot 1997;11(4)247-249.

135. Gazmararian JA, Koplan JP, Cogswell ME, Bailey CM, Davis NA, Cutler CM. Maternity Experiences In A Managed Care Organization. Health Affairs, 1997;16(3)198-208.

136. Davis NA, Nash E, Lewis MJ, Rimer BK, Koplan JP. Evaluation of Three Methods for Improving Mammography Rates in a Managed Care Plan. American Journal of Preventive Medicine 1997;13(4) 298-302

137. Cogswell ME, Nelson D, Koplan JP. Surveying managed care members on chronic disease. Health Affairs 1997;16(6)219-227

138. McPhillips-Tangum C, Aubert R, Bailey CM, Koplan JP. Measuring Pediatric Immunization Coverage in a Managed Care Organization: Agreement Between Medical Charts and Parent Telephone Interviews. HMO Practice 1997; 11(3) 104-110

139. Serra L., Koplan JP. Estado actual de la suplementación nutricional con vitamina E en la prevención de la enfermedad coronaria. Análisis de sus beneficios, riesgos y costes. Rev Esp Nutr Comunitar 1997; 3(2) 74-80

140. Scutchfield FD, Harris JR, Koplan JP, Lawrence DM, Gordon RL, Violante T. Managed Care and Public Health. Journal of Public Health Management Practice 1998; 4(1), 1-11

141. Rothenberg R, Koplan JP, Cutler C, Hillman AL, Changing Pediatric Practice in a Changing Medical Environment: Factors that Influence what physicians do. Pediatric Annals, 1998; 27(4), 241-250

142. Gazmararian JA, Koplan JP. Economic Aspects of the Perinatal Hospital Stay. Clinics in Perinatology,1998; 25(2), 483-498

143. Davis KC, Cogswell ME, Lee S, Rothenberg R, Koplan JP. Lipid screening in a managed care population. Public Health Reports, (113), 1998; 346-350

144. McKenna MT, Taylor WR, Marks JS, Koplan JP. Current Issues and Challenges in Chronic Disease Control. Chronic Disease Epidemiology and Control, A.P.H.A.,1998; 1-26

145. Aubert RE, Herman WH, Waters J, Moore W, Sutton D, Peterson B, Bailey CM, Koplan JP. Nurse Case Management to Improve Glycemic Control in Diabetic Patients in a Health Maintenance Organization: A randomized, controlled trial. Annals of Internal Medicine 1998; 129 (8) 605-612

146. Kao AC, Green DC, Zaslavsky AM, Koplan JP, Cleary PD. The Relationship Between Method of Physician Payment and Patient Trust. JAMA 1998; 280(19) 1708-1714

147. Kao AC, Green DC, Davis NA, Koplan JP, Cleary PD. Patients' Trust in their Physicians: Effects of choice, continuity and payment method. Journal of General Internal Medicine 1998; 13 (10) 681-686

148. Koplan, JP, Tobacco Control: Managed Care and Approaches to Tobacco Control: Tobacco Control 1998; (7) S1-S2

18

149. Koplan JP, Thacker SB, Lezin, NA. Epidemiology in the 21st Century: Calculation, Communication, and Intervention. Am Journal of Public Health, 1999; 89(8) 1153-1155

150. Gazmararian JA, Arrington TL, Bailey CM, Schwarz KS, Koplan JP. Prenatal Care for Low-Income Women Enrolled in a Managed-Care Organization. Obstetrics and Gynecology, 1999; 94(2) 177-184

151. Mokdad AH, Serdula MK, Dietz WH, Bowman, BA, Marks JS, Koplan, JP. The Spread of the Obesity Epidemic in the United States, 1991-1998, JAMA 1999; 282(16)1519-1522

152. Koplan JP, Dietz WH. Caloric Imbalance and Public Health Policy, JAMA 1999; 282(16) 1579-1581

153. Gazmararian, JA, Baker DW, Williams, MV, Parker, RM, Scott, TL, Green, DC, Fehrenback, SN, Ren, J, Koplan, JP. Health Literacy Among Medicare Enrollees in a Managed Care Organization, JAMA 1999; 281(6) 545-551

154. Green, DC, Koplan, JP, Cutler, CM, Prenatal Care in the First Trimester: Misleading findings from HEDIS, International Journal for Quality in Health Care 1999; (11) 465-473

155. Koplan JP, Fleming DW. Current and Future Public Health Challenges, JAMA 2000; 284(13) 1696-1698

156. Koplan JP, Harris JR. Not-so-Strange Bedfellows: Public Health and Managed Care. Am. Journal of Public Health, 2000; 90(12)1824-1826

157. Mokdad AH, Serdula MK, Dietz WH, Bowman, BA, Marks JS, Koplan, JP. Obesity Research Letter The Continuing Epidemic of Obesity in the United   States, JAMA 2000; 284(13)1650-1651

158. Koplan JP. The AAMC and  the CDC as Strategic Partners: Why?  And Why Now?, Academic Medicine, 2000; 75(5) 406-407

159. Prosser LA, Koplan JP, Neumann PJ, Weinstein MC. Barriers to using cost-effectiveness analysis in managed care decision making. Am J Managed Care, 2000; 6 (2) 173-179

160. Kao, AC, Zaslavsky, AM, Green, DC, Koplan, JP, Cleary, PD. Physician Incentives and Disclosure of Payment Methods to Patients, J Gen Intern Med, 2001; 16, 181-188.

161. Koplan, JP, Thacker, SB. Fifty Years of Epidemiology at CDC: Significant and Consequential. Am J Epidemiol 2001 Dec 1;154(11): 982-4

162. Goodman, RA, Stroup DF, Koplan, JP. Who Counts in Medical School? Academic Medicine, 2001; 76 (8) 806-808

163. Mokdad AH, Bowman BA, Ford ES, Vinicor F, Marks JS, Koplan JP. The Continuing Epidemics of Obesity and Diabetes in the United States. JAMA 2001; 286:1195-1200.

164. Scrimshaw, SC, White, L., Koplan, JP.  The Meaning and Value of Prevention Research, Public Health Reports, 2001; 116(1) 4-9.

165. Koplan, JP. CDC's Strategic Plan for Bioterrorism Preparedness and Response. Public Health Reports, 2001,S2; 116: 9-16.

166. Koplan, JP. The Small World of Global Health. Mt. Sinai J. Medicine, 2002; 69(5) 291-298.

167. Gerberding JL, Hughes JM, Koplan JP. Bioterrorism Preparedness and Response: Clinicians and Public Health Agencies as Essential Partners. JAMA 2002; 287: 898-900.

168. Jernigan DB, Raghunathan PL, Bell BP...Koplan JP, Gerberding JL. Investigation of Bioterrorism-Related Anthrax, United States, 2001: Epidemiologic Findings. J Emerging Infect Diseases, 2002

169. Baker EL, Koplan JP. Strengthening the Nation's Public Health Infrastructure: Historic Challenge, Unprecedented Opportunity. Health Affairs, 2002;21(6): 15-27.

170. Koplan, JP. Environmental Health: a fifty year perspective. In: Frumpkin H, et al., Health and the Environment in the Southeastern United States, Washington, National Academies Press, 2002: 19-21.

171. Corso P, Thacker SB, Koplan JP. The Value of Prevention: Experiences in a Public Health Agency. Med Decision Making 2002;22S(5):S11-S16.

172. Koplan J. The Health Care Systems of China and the USA: Do Patterns of Disease Differ and Will They Stay That Way? Pp. 40-53. In: Zong SJ and Kiang NYS, editors. Health Care, East and West, Moving into the 21st Century. China Science and Technology Press, Beijing, 2002.

173. Gostin LO, Koplan JP, Grad FP. The Law and the Public's Health: The Foundations. In: Goodman RA, Rothstein MA, Hoffman RE et al., ed. Law in Public Health Practice, New York: Oxford University Press, 2003: 3-21.

174. Koplan,JP, Communication during Public Health Emergencies. J Health Communication 2003; (8): 144-145.

175. Koplan JP, Thacker SB. Epilogue: Public Health at the Dawn of the Twenty-First Century. In: Ward JW, Warren C, Oxford Press, 2007

176. Peterson HB, Thacker SB. Marchbanks P, Koplan JP. Hormone therapy: Making Decisions in the Face of Uncertainty. Arch Int Med 2004:164:1-5.

177 Rowe AK, Kleinbaum DG, Koplan JP. Practical methods for public health practitioners. Amer J Prev Med 2004; 26 (3) 252-253.

178. Augustine JJ, Kellerman AL, Koplan JP. American's emergency care system and severe acute respiratory syndrome: are we ready? Ann Emerg Med (serial online). Available at: http://www.mosby.com/AnnEmergMed.2003

179. Willett W, Koplan JP, Nugent, R, Dusenberry C, Puska, P, Gaziano TA. Prevention of Chronic Disease by Means of Diet and Lifestyle Changes. Disease Control Priorities in Developing Countries 2nd Edition (45) 833-850

180. Koplan JP. The Master Settlement Agreement – Further Evaluation Required. Health Promotion Practice 2004: 5(3), 1795 – 1805

181 Koplan JP, McPheeters, M. Public Health, Plagues and Politics. J Emerging Infect Dis: 2004:10(11):2039 - 2043.

182 Jeffrey P. Koplan, Cathy T. Liverman, and Vivica A. Kraak, Editors, Committee on Prevention of

20

Obesity in Children and Youth. 2005. Preventing Childhood Obesity: Health in the Balance.
Washington, DC: National Academies Press.

183. Koplan JP, Puska P, Cahill K, Huttinen J, Jousilahti P. National Institutes of Public Health. Bulletin
of the World Health Organization, Bulletin Volume 83, Number 2, Feb 2005

184. Rothenberg R, Potteratt JJ, Koplan JP, The Algebra of Condoms and Abstinence, Sex Transm
Dis. 2005 Apr; 32 (4): 252-4.

185. Koplan JP, Which Road Will Public Health Take? Managed Care, Sept 2005;14 (9 Suppl):5-7;
discussion 13-20.

186. Hughes J, Koplan JP. Saving Lives through Global Safe Water. J Emerging Infectious Diseases
http://www.cdc.gov/eid Vol 11, (10), Oct 2005, 1636-7.

187. Koplan, JP, Xingshu L, Haichao L, Dusenbury C Public Health in China: Organization, Financing
and Delivery of Service. World Bank (serial online). Available at:
http://siteresources.worldbank.org/INTEAPREGTOPHEANUT/Resources/502734-
1129734318233/WorldBankChinaPaperFINAL727_2_.pdf

188. Gazmararian JA, Orenstein WA, Wortley P, Beuhler JW, Elon L, Koplan JK, Schild L, Dixon T
Weiss, P, Stevens DS, State Working Group. Preventing influenza: vaccine systems and
practices in the Southeast. Public Health Reports 2006: 121: 1-18.

189 Buehler JW, Craig AS, del Rio C, Koplan JP, Stephens DS, Orenstein WA. Critical issues in
responding to pandemic influenza (conference summary). Emerg Infect Dis (serial on the Internet).
2006 Jul (date cited). Available from http://www.cdc.gov/ncidod/EID/vol12no07/06-0463.htm

190. Koplan JP, Challenges of New Infectious Outbreaks: SARS in Hong Kong, 2003, Challenges of
Severe Acute Respiratory Syndrome, Sauders Press, Intro 1-4.

191. Koplan JP, Review of The Life and Death of Smallpox by I Glynn and J Glynn, Bull. Hist. Med,
2006, 80: 385-386.

192. Koplan JP, Harpaz R, Shingles vaccine: effective and costly or cost-effective? Ann Intern Med.
2006 Sep 5;145 (5):386-7.

193. Koplan JP, Liverman CT, Kraak VI, Wisham SL. eds. 2007. Institute of Medicine. Progress in
Preventing Childhood Obesity: How Do We Measure Up?. Washington, DC: The National
Academies Press. Available at http://www.nap.edu/catalog/11722.html.

194. Koplan JP, I've got a little list. Brit Med J 2007: 334:s20.

195. Koplan JP, Prepared for what? Health Affairs 2007 May/June, 26 (3): 894-895.

196. Heitman BL, Koplan JP, Lissner L. 2007 Prevention of Childhood Obesity, successes and failures.

197. Koplan JP. Preface, Chin, Aids Epidemic

197. Koplan MMWR 2007 Director's Perspective, CDC: A name to trust.

198. Koplan JP, Baggett, The Emory Global Health Institute: Developing Partnerships to Improve
Health through Research, Training and Service, Journal of the Association of American Medical

21

Colleges, Academic Medicine Feb 2008 Vol 83 (2): 128-133.

200.  Koplan JP, Dusenbury C, Jousilahti P, Puska P. The Role of National Public Health Institutes in
      Health Infrastructure Development.  BMJ 2007, 335; 834-835; originally published online 22 Oct
      2007; doi: 10.1136/bmj.39356.406377.BE

201   Daar A, Singer P, Persad D, Pramming S, Mattews D, Beaglehole R, Bernstein A, Borysiewicz L,
      Colagiuri S, Granguly N, Glass R, Finegood D, Koplan J, Nabel E, Sarna G, Sarrrafzadegan N,
      Grand Challenges in Chronic Non-Communicable Diseases. Nature 2007; 450: 22; 494-496.

202.  Pending   Non-Communicable Disease – Lancet China

203.  Pending    Infectious Disease – Lancet China

204.  Pending   Definition of Global Health - Lancet

## Jeffrey P. Koplan- Testimony List Previous 4 Years

No Testimony in the last 4 years.

**Seroquel Litigation**

**Materials Provided to Dr. Jeffrey Koplan**

1.  5/2008 Seroquel Package Insert

2.  ADA/APA, et al. "Consensus development conference on antipsychotic drugs and obesity and diabetes." Diabetes Care 2004 (Feb); 27[2]: 596-601.

3.  Black E, et al. "Long-term influences of body-weight changes, independent of the attained weight, on risk of impaired glucose tolerance and Type 2 diabetes." Diabetes Med 2005; 22: 1199-1205.

4.  Willett WC, et al. "Guidelines for healthy weight." NEJM 1999 (Aug 5); 341[6]: 427-434.

5.  Hanson RL, et al. "Rate of weight gain, weight fluctuation, and incidence of NIDDM." Diabetes 1995 (Mar); 44: 261-266.

6.  Ford ES, et al. "Weight change and diabetes incidence: Findings from a National Cohort of US adults." Am J Epidemiology 1997; 146: 214-22.

7.  Holbrook TL, et al. "The association of lifetime weight and weight control patterns with diabetes among men and women in an adult community." Int J Obesity 1989; 13: 723-729.

8.  Field AE, et al. "Weight cycling and the risk of developing Type 2 diabetes among adult women in the United States." Obesity Research 2004 (Feb); 12[2]: 267-274.

9.  Koh-Banerjee P, et al. "Changes in body weight and body fat distribution as risk factors for clinical diabetes in US men." Am J Epidemiology 2004; 159[12]: 1150-1159.

10. Mishra GD, et al. "Short-term weight change and the incidence of diabetes in midlife." Diabetes Care 2007 (June); 30[6]: 1418-1424.

11. Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men." Diabetes Care 1994 (Sept); 17[9]: 961-696.

12.    Wannamethee SG, et al. "Weight change and duration of overweight and
       obesity in the incidence of Type 2 diabetes." Diabetes Care 1999 (Aug);
       22[8]: 1266-1272.

13.    Resnick HE, et al. "Relation of weight gain and weight loss on
       subsequent diabetes risk in overweight adults." J Epidemiology
       Community Health 2000; 54: 596-602.

14.    Wannamethee SG, et al. "Overweight and obesity and weight change in
       middle aged men: Impact on cardiovascular disease and diabetes." J
       Epidemiology Community Health 2005: 59: 134-139.

15.    Williams PT, et al. "Weight-related increases in hypertension,
       hypercholesterolemia, and diabetes risk in normal weight male and female
       runners." Arterioscler Thromb Vasc Biol 2007; 27: 1811-1918.

16.    Carey VJ, et al. "Body fat distribution and risk of non-insulin-dependent
       diabetes mellitus in women. The Nurses' Health Study." Am J
       Epidemiology 1997; 145: 614-19.

17.    Gregg EW, et al. "The relative contributions of different levels of
       overweight and obesity to the increased prevalence of diabetes in the
       United States: 1976-2004." Prev Med 2007; 45: 348-352.

18.    Colditz GA, et al. "Weight as a risk factor for clinical diabetes in
       women." Am J Epidemiology 1990; 132 [3]: 501-13.

19.    Buse JB, et al. "A retrospective cohort study of diabetes mellitus and
       antipsychotic treatment in the United States." J Clinical Epidemiology
       2003; 56: 164-170.

20.    Cunningham F, et al. "Antipsychotic induced diabetes in veteran
       schizophrenic patients." (Abstract). Pharmacoepidemiology and Drug
       Safety 2003; 12: S1-S189

21.    Citrome L, et al. "Relationship between antipsychotic medication
       treatment and new cases of diabetes among psychiatric inpatients."
       Psychiatric Services 2004 (Sept); 55[9]: 1006-1013.

22.    Feldman PD, et al. "Retrospective cohort study of diabetes mellitus and
       antipsychotic treatment in a geriatric population in the United States."
       JAMDA 2004 (Jan-Feb); 5: 38-46.

23.    Guo JJ, et al. "Risk of diabetes mellitus associated with atypical
       antipsychotic use among patients with bipolar disorder: A retrospective,

population-based, case-control study." J Clin Psychiatry 2006; 67: 1055-1061.

24.   Guo JJ, et al. "Risk of diabetes mellitus associated with atypical
      antipsychotic use among Medicaid patients with bipolar disorder: A
      nestled case-control study." Pharmacotherapy 2007; 27[1]: 27-35.

25.   Lambert B, et al. "Assessing the risk of antipsychotic-induced type II
      diabetes among schizophrenics: A matched case-control study.
      (Abstract). European Neuropsychopharmacology 2002; 12: S307-S308.

26.   Lambert B, et al. "Diabetes risk associated with use of Olanzapine,
      Quetiapine and Risperidone in Veterans Health Administration patients
      with schizophrenia." Am J Epidemiology 2006; 164[7]: 672-681.

27.   Sacchetti E, et al. "Incidence of diabetes in a general practice population:
      A database cohort study on the relationship with haloperidol, olanzapine,
      risperidone or quetiapine exposure." Int Clin Psychopharmacol 2005; 20:
      33-37.

28.   Sernyak MJ, et al. "Association of diabetes mellitus with use of atypical
      neuroleptics in the treatment of schizophrenia." Am J Psychiatry 2002;
      159: 561-566.

29.   Barner JC, et al. "Frequency of new-onset diabetes mellitus and use of
      antipsychotic drugs among central Texas veterans." Pharmacotherapy
      2004; 24[11]: 1529-1538.

30.   Cunningham F, et al. "Diabetes associated with antipsychotic use in
      veterans with schizophrenia." Powerpoint Presentation.

31.   Lambert MT, et al. "New-onset type-2 diabetes associated with atypical
      antipsychotic medications." Progress in Neuro-Psychopharmacology &
      Biological Psychiatry 2006; 30: 919-923.

32.   Leslie DL, et al. "Incidence of newly diagnosed diabetes attributable to
      atypical antipsychotic medications." Am J Psychiatry 2004; 161: 1709-1711.

33.   Ollendorf DA, et al. "Rate of new-onset diabetes among patients treated
      with atypical or conventional antipsychotic medications for
      schizophrenia." Medscape General Medicine 2004; 6[1]: 1-12.

34.   Gianfrancesco F, et al. "Antipsychotic-induced type 2 diabetes: Evidence
      from a large health plan database." J Clin Psychopharmacology 2003
      (Aug); 23[4]: 328-335.

35. Gianfrancesco F, et al. "The influence of study design on the results of pharmacoepidemiologic studies of diabetes risk with antipsychotic therapy." Ann Clin Psychiatry 2006; 18[1]: 9-17.

36. Gianfrancesco F, et al. "Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: Sensitivity to study design." Am J Health-Syst Pharm 2006 (Mar 1); 63: 431-41.

37. Lambert BL, et al. "Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: A matched case-control study of California Medicaid claims." Pharmacoepidemiology and Drug Safety 2005, in press.

38. Miller EA, et al. "Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness. Evidence from a privately insured population." J Nervous and Mental Disease 2005 (June); 193 [6]: 387-395.

39. Ostbye T, et al. "Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: A retrospective cohort study." Pharmacoepidemiology and Drug Safety 2005; 14: 407-415.

40. Henderson DC, et al. "Elevated hemoglobin A1c as a possible indicator of diabetes mellitus and diabetic ketoacidosis in schizophrenia patients receiving atypical antipsychotics." J Clin Psychiatry 2007; 68: 533-541.

41. Brecher M, et al. "The long-term effect of quetiapine (Seroquel) monotherapy on weight in patients with schizophrenia." Int J Psych Clin Pract 2000; 4: 287-291.

42. Gianfrancesco F, et al. "Hospitalization risks in the treatment of schizophrenia. Comparison of antipsychotic medications." J Clin Psychopharmacology 2006 (Aug); 26[4]: 401-404.

43. Gianfrancesco F, et al. "Hospitalisation risks in the treatment of schizophrenia in a Medicaid population: Comparison of antipsychotic medications." J Clin Practice 2006 (Nov); 60: 1419-1424.

44. Gianfrancesco F, et al. "Hospitalization risks in the treatment of bipolar disorder: Comparison of antipsychotic medications." Bipolar Disorders 2007; 9: 252-261.

45. Koller EA, et al. "A survey of reports of Quetiapine-associated hyperglycemia and diabetes mellitus." J Clin Psychiatry 2004 (June); 65[6]: 857-863.

46.     Wirshing DA, et al. "The effects of novel antipsychotics on glucose and
        lipid levels." J Clin Psychiatry 2002 (Oct); 63[10]: 856-865.

47.     Citrome LL, et al. "Risk of treatment-emergent diabetes mellitus in
        patients receiving antipsychotics." Annals of Pharmacotherapy 2007
        (Oct); 41 (in press).

48.     Barnett M, et al. "A regional comparison of developing diabetes among
        VA patients exposed to typical and atypical antipsychotics relative to
        corticosteroids and proton pump inhibitors." Ann Clin Psychiatry 2006;
        18[1]: 1-7.

49.     Kelly DL, et al. "Six-month review of weight and metabolic parameters in
        patients receiving Clozapine, Risperidone, Olanzapine, or Quetiapine." J
        Clin Psychiatry 2003 (Sept); 64[9]: 1133-1134.

50.     Brecher M, et al. "Quetiapine and long-term weight change: A
        comprehensive data review of patients with schizophrenia." J Clin
        Psychiatry 2007 (Apr); 68[4]: 597-603.

51.     Kopala LC, et al. "Treatment of a first episode of psychotic illness with
        quetiapine: An analysis of 2 year outcomes." Schizophrenia Research
        2006; 81: 29-39.

52.     Newcomer JW. "Metabolic considerations in the use of antipsychotic
        medications: A review of recent evidence." J Clin Psychiatry 2007;
        68(Supp 1): 20-27.

53.     Newcomer JW, et al. "The metabolic effects of antipsychotic
        medications." Can J Psychiatry 2006 (Jul); 51[8]: 480-491.

54.     Newcomer JW. "Second-generation (Atypical) antipsychotics and
        metabolic effects: A comprehensive literature review." CNS Drugs 2005;
        19 (Supp 1): 1-93.

55.     Dixon L, et al. "Prevalence and correlates of diabetes in national
        schizophrenia samples." Schizophrenia Bulletin 2000; 26[4]: 903-912.

56.     Newcomer JW, et al. "Abnormalities in glucose regulation during
        antipsychotic treatment of schizophrenia." Arch Gen Psychiatry 2002
        (Apr); 59: 337-345.

57.     Nasrallah H. "A review of the effect of atypical antipsychotics on
        weight." Psychoneuroendocrinology 2003; 28: 83-96.

58.     Bobes J, et al. "Weight gain in patients with schizophrenia treated with risperidone, olanzapine, quetiapine or haloperidol: Results of the EIRE study." Schizophrenia Research 2003; 62: 77-88.

59.     Gupta S, et al. "Hyperglycemia and hypertriglyceridemia in real world patients on antipsychotic therapy." Am J Therapeutics 2003; 10: 348-355.

60.     McIntyre RS, et al. "Risk of weight gain associated with antipsychotic treatment: Results from the Canadian National Outcomes Measurement Study in schizophrenia." Can J Psychiatry 2003 (Nov); 48[10]: 689-694.

61.     Dossenbach M, et al. "Effectiveness of antipsychotic treatments for schizophrenia: Interim 6-month analysis from a prospective observational study (IC-SOHO) comparing Olanzapine, Quetiapine, Risperidone, and Haloperidol". J Clin Psychiatry 2004; 65: 312-321.

62.     Cavazzoni P, et al. "Summary description of errors and corrections for "Retrospective analysis of risk factors in patients with treatment-emergent diabetes during clinical trials of antipsychotic medications."" Br J Psychiatry 2004; 47: S94-S101.

63.     Cavazzoni P, et al. "Retrospective analysis of risk factors in patients with treatment-emergent diabetes during clinical trials of antipsychotic medications." Br J Psychiatry 2005; 185 (Supp 47): S94-S101

64.     Lamberti JS, et al. "Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs." J Clin Psychiatry 2004; 65: 702-706.

65.     Mackin P, et al. "Prevalence of obesity, glucose homeostasis disorders and metabolic syndrome in psychiatric patients taking typical or atypical antipsychotic drugs: a cross-sectional study." Diabetologia 2005; 48: 215-221.

66.     Henderson DC, et al. "Glucose metabolism in patients with schizophrenia treated with olanzapine or quetiapine: A frequently sampled intravenous glucose tolerance test and minimal model analysis." J Clin Psychiatry 2006 (May); 67[5]: 789-797.

67.     Twaites BR, et al. "The safety of quetiapine: Results of a post-marketing surveillance study on 1728 patients in England." J Psychopharmacology 2006, in press.

68.     Dumouchel W, et al. "Antipsychotics, glycemic disorders, and life-threatening diabetic events: A Bayesian data-mining analysis of the FDA

adverse event reporting system (1968-2004)." Ann Clin Psychiatry 2008; 20[1]: 21-31.

69.    Etminan M, et al. "Exploring the association between atypical neuroleptics agents and diabetes mellitus in older adults." Medscape 2003; 23[11]: 1411-1415.

70.    Smith M, et al. "First- v. second-generation antipsychotics and risk for diabetes in schizophrenia: Systematic review and meta-analysis." Br J Psychiatry 2008; 192: 406-411.

71.    Fabre LF, et al. "ICI 204,636, a novel, atypical antipsychotic: Early indication of safety and efficacy in patients with chronic and subchronic schizophrenia." Clinical Therapeutics 1995; 17[3]: 366-378.

72.    Borison RL, et al. "ICI 204,636, an atypical antipsychotic: Efficacy and safety in a multicenter, placebo-controlled trial in patients with schizophrenia." J Clin Psychopharmacology 1996; 16[2]: 158-169.

73.    Small JG, et al. "Quetiapine in patients with schizophrenia. A high- and low-dose double blind comparison with placebo." Arch Gen Psychiatry 1997; 54: 549-557.

74.    Arvanitis LA, et al. "Multiple fixed doses of "Seroquel" (Quetiapine) in patients with acute exacerbation of schizophrenia: A comparison with haloperidol and placebo." Biol Psychiatry 1997; 42: 233-246.

75.    Peuskens J, et al. "A comparison of quetiapine and chlorpromazine in the treatment of schizophrenia." Acta Psychiatr Scand 1997; 96: 265-273.

76.    King DJ, et al. "A comparison of bd and tid dose regimens of quetiapine (Seroquel) in the treatment of schizophrenia." Psychopharmacology 1998; 137: 139-146.

77.    Copolov DL, et al. "A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia." Psychological Med 2000; 30: 95-105.

78.    Emsley RA, et al. "A comparison of the effects of quetiapine ('Seroquel') and haloperidol on schizophrenic patients with a history of and a demonstrated, partial response to conventional antipsychotic treatment." Int Clin Psychopharm 2000; 15: 121-131.

79.    Tariot PN, et al. "Long-term use of quetiapine in elderly patients with psychotic disorders." Clin Therapeutics 2000; 22[9]: 1068-1084.

80.   Mullen J, et al. "A comparison of the relative safety, efficacy, and
      tolerability of quetiapine and risperidone in outpatients with schizophrenia
      and other psychotic disorders:  The quetiapine experience with safety and
      tolerability (QUEST) study." Clin Ther 2001; 23[11]: 1839-1854.

81.   De Nayer A, et al. "Efficacy and tolerability of quetiapine in patients with
      schizophrenia switched from other antipsychotics." Int J Psy Clin Prac
      2003; 7: 59-66.

82.   A single-blind, randomized trial comparing quetiapine and haloperidol in
      the treatment of tardive dyskinesia." J Clin Psy 2004 (May); 65[5]: 696-
      701.

83.   Gupta S, et al. "Weight decline in patients switching from olanzapine to
      quetiapine." Schizophrenia Res 2004; 70: 57-62.

84.   Buckley PF. "Efficacy of quetiapine for the treatment of schizophrenia:
      A combined analysis of three placebo-controlled trials." Curr Med Res
      Opin 2004; 20[9]: 1357-1363.

85.   Mintzer JE, et al. "A comparison of extrapyramidal symptoms in older
      outpatients treated with quetiapine or risperidone." Curr Med Res Opin
      2004; 20[9]: 1483-1491.

86.   Yatham LN, et al. "Quetiapine versus placebo in combination with
      lithium or divalproex for the treatment of bipolar mania." J Clin
      Psychopharm 2004 (Dec); 24[6]: 599-606.

      Erratum: J Clin Psychopharm 2005 (Feb); 25[1]: 103
      Erratum: J Clin Psychopharm 2005 (Apr); 25[2]: 201

87.   Bowden CL, et al. "A randomized, double-blind, placebo-controlled
      efficacy and safety study of quetiapine or lithium as monotherapy for
      mania in bipolar disorder." J Clin Psych 2005; 66: 111-121.

88.   Vieta E, et al. "Quetiapine monotherapy for mania associated with bipolar
      disorder:  Combined analysis of two international, double-blind,
      randomized, placebo-controlled studies." Curr Med Res Opin 2005;
      21[6]: 923-934.

89.   Emsley R, et al. "Effects of quetiapine and haloperidol on body mass
      index and glycemic control:  a long-term, randomized, controlled trial."
      Int J Neuropsychopharmacology 2005; 8: 175-182.

90.   Calabrese JR, et al. "A randomized, double-blind, placebo-controlled trial
      of quetiapine in the treatment of bipolar I or II depression." Am J
      Psychiatry 2005 (Jul); 162[7]: 1351-1360.

91.   Dettling M, et al. "Antipsychotic drugs and schizophrenia." Letter to the
      Editor. NEJM 2006 (Jan 19); 354[3]: 298-300.

92.   Lieberman JA, et al. "Effectiveness of antipsychotic drugs in patients
      with chronic schizophrenia." NEJM 2005 (Sept 22); 353[12]: 1209-23.

93.   McIntyre RS, et al. "Quetiapine or haloperidol as monotherapy for bipolar
      mania—a 12 week, double-blind, randomized, parallel-group, placebo-
      controlled trial." Eur Neuropsychopharmacology 2005; 15: 573-585.

94.   McEvoy JP, et al. "Prevalence of the metabolic syndrome in patients with
      schizophrenia: Baseline results from the Clinical Antipsychotic Trials of
      Intervention and Effectiveness (CAITE) schizophrenia trial and
      comparison with national estimates from NHANES III." Schizophrenia
      Res 2005; 80: 19-32.

95.   McEvoy JP, et al. "Effectiveness of Clozapine versus olanzapine,
      quetiapine, and risperidone in patients with chronic schizophrenia who did
      not respond to prior atypical antipsychotic treatment." Am J Psychiatry
      2006 (Apr); 163[4]: 600-610.

96.   Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, risperidone,
      and ziprasidone in patients with chronic schizophrenia following
      discontinuation of a previous atypical antipsychotic." Am J Psychiatry
      2006 (Apr); 163[4]: 611-622.

97.   Zhong KX, et al. "Comparison of quetiapine and risperidone in the
      treatment of schizophrenia: A randomized, double-blind, flexible-dose, 8-
      week study." J Clin Psychiatry 2006; 67: 1093-1103.

98.   Tariot PN, et al. "Quetiapine treatment of psychosis associated with
      dementia: A double-blind, randomized, placebo-controlled clinical trial."
      Am J Geriatr Psychiatry 2006 (Sept); 14[9]: 767-776.

99.   Thase ME, et al. "Efficacy of quetiapine monotherapy in bipolar I and II
      depression." J Clin Psychopharmacology 2006 (Dec); 26[6]: 600-609.

100.  Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, and risperidone
      in patients with chronic schizophrenia after discontinuing perphenazine:
      A CAITE study." Am J Psychiatry 2007; 164: 415-427.

101.   Newcomer JW, et al. "Differential effects of quetiapine, olanzapine and
       risperidone on glucose metabolism in patients with schizophrenia: Results
       from a 24-week, randomized study." Abstract.

102.   Ratner RE, et al. "Glucose metabolism and insulin sensitivity:
       Differential changes in patients with schizophrenia taking quetiapine,
       olanzapine or risperidone." Abstract.

103.   McEvoy JP, et al. "Efficacy and tolerability of olanzapine, quetiapine,
       and risperidone in the treatment of early psychosis: A randomized,
       double-blind 52-week comparison." Am J Psychiatry 2007 (Jul); 164[7]:
       1050-1060.

104.   Keefe RSE, et al. "Effects of olanzapine, quetiapine and risperidone on
       neurocognitive function in early psychosis: A randomized, double-blind
       52-week comparison." Am J Psychiatry 2007 (Jul); 164[7]: 1061-1071.

105.   Peuskens J, et al. "Prevention of schizophrenia relapse with extended
       release quetiapine fumarate dosed once daily: A randomized, placebo-
       controlled trial in clinically stable patients." Psychiatry 2007 (Nov): 34-
       50.

106.   Meyer JM, et al. "Change in metabolic syndrome parameters with
       antipsychotic treatment in the CATIE schizophrenia trial: Prospective
       data from phase I." Schizophrenia Research 2008, in press.

107.   Meyer JM, et al. "The Clinical Antipsychotic Trials of Intervention
       Effectiveness (CATIE) schizophrenia trial: Clinical comparison of
       subgroups with and without the metabolic syndrome." Schizophrenia
       Research 2005; 80: 9-18.

108.   Goff DC, et al. "A comparison of ten-year cardiac risk estimates in
       schizophrenia patients from the CATIE study and matched controls."
       Schizophrenia Research 2005; 80: 45-53.

109.   Essok SM, et al. "Effectiveness of switching antipsychotic medications."
       Am J Psychiatry 2006; 163: 2090-2095.

110.   Khan RS, et al. "Efficacy and tolerability of once-daily extended release
       quetiapine fumarate in acute schizophrenia: A randomized, double-blind,
       placebo-controlled study." J Clin Psychiatry 2007 (Jun); 68[6]: 832-842.

111.   Vieta E, et al. "Efficacy and safety of quetiapine in combination with
       lithium or divalproex for maintenance of patients with bipolar I disorder
       (international trial 126)." J Affective Disorders 2008; 109: 251-263.

112.  Colditz GA, et al. "The Nurses' Health Study: 20-Year Contribution to the Understanding of Health Among Women." Journal of Women's Health 1997 (Nov); 6 [1]:49-62.

113.  Colditz GA, et al. "Weight Gain as a Risk Factor for Clinical Diabetes Mellitus in Women." Annals of Internal Medicine 1995 (Apr); 122 [7]: 481-486.

114.  CD – Seroquel LitigationClinical Study Report D1441C00125

1. Clinical Study Report D1447C00125
   A 24-week, International, Multi-centre, Open label, Flexible dose, Randomized, Parallel group, Phase IV Study to Compare the Effect of Glucose metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia. AstraZeneca Clinical Study Report 2006 (Jun); 1:  AZSER12441945 -- AZSER12446526

2. Clinical Study Report D1447C00126
   A Multi-centre, Randomized, Parallel Group, Double Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. AstraZeneca Clinical Study Report 2007 (Jun);  AZSER12744448 – AZSER12750582

   D1447C00126 Appendices
   AZSER12750583 – AZSER12772673

3. Clinical Study Report D1447C00127 and Appendices
   A Multi-centre, Randomized, Parallel Group, Double Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. AstraZeneca Clinical Study Report 2007 (Jun): AZSER12772674 – AZSER12779107

   D1447C00127 Appendices
   AZSER12779108 – AZSER12811553

115.  CD – 144 MDD & GAD Clinical Study Report Privilege and Confidential

1. A Multicenter, Double-blind, Randomized-withdrawal, Parallel-group, Placebo-controlled phase III Study of the Efficacy and Safety of

Quetiapine Fumarate Extended Release (SEROQUEL XR™) as
Monotherapy in the Maintenance of Patients with Major Depressive
Disorder Following an Open-Label Stabilization Period (Amethyst
Study). AstraZeneca 2008 (Jan): AZSER 25196103-D1448C00005

2. An International, Multicenter, Randomized, Double-blind, Parallel-
   Group, Placebo-controlled, Active-controlled Study of the Efficacy
   And Safety of Sustained-release Quetiapine Fumarate (Seroquel SR™)
   In the Treatment of Generalized Anxiety Disorder (Silver Study).
   2008 (March): AZSER 25245598-D1448C00011

3. A Multicenter, Randomized, Double-blind, Parallel group, Placebo-
   Controlled Study of the Efficacy and Safety of Sustained-release
   Quetiapine Fumarate (Seroquel®) Compared with Placebo in the
   Treatment of Generalized Anxiety Disorder (Titanium Study).
   2008 (March): AZSER25249062-D1448C00009

4. A Multi-Center, Double-Blind, Randomized, Parallel-Group Placebo-
   Controlled Phase III Study of the Efficacy and Safety of Quetiapine
   Fumarate Sustained Release (Seroquel XR™) as Monotherapy in the
   Treatment of Elderly Patients with Generalized Anxiety Disorder
   (Chromium Study) 2008 (April):D339-L01109330-D1448C00015

5. A Multicenter, Double-bling, Randomized, Parallel-group, Placebo-
   Controlled Phase III Study of the Efficacy and Safety of Quetiapine
   Fumarate Extended-release (Seroquel®) as Monotherapy in the
   Treatment of Patients with Major Depressive Disorder (Moonstone
   Study) 2007 (Nov): D339-L01122497-D1448C00001

6. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-
   controlled and Active-controlled Phase III Study of the Efficacy and
   Safety of quetiapine Fumarate Extended release (SEROQUEL®) as
   Monotherapy in the Treatment of Patients with Major Depressive
   Disorder (Diamond Study) 2007 (Dec): D339-L01122418-
   D1448C00002

7. A Multicenter, Double-Blind, Randomized, Parallel-Group, Placebo-
   Controlled Phase III Study of the Efficacy and Safety of Quetiapine
   Fumarate Extended Release (SEROQUEL XR) as Mono-Therapy in
   the Treatment of Adult Patients with Major Depressive Disorder (Opal
   Study) 2008 (Jan): D339-L01122419-D1448C00003

8. A Multi-Centre, Double-Blind, Randomised, Parallel Group, Placebo-
   Controlled and Active Controlled Phase III Study of the Efficacy and
   Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR™)
   as Mono-Therapy in the Treatment of Adult Patients with Major

Depressive Disorder (Amber Study) 2007 (Nov): D339-L01122420-D148C00004

9. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL XR™) in Combination with an Antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (Pearl Study) 2007 (Dec): D339-L00112422-D1448C00006

10. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetipaine Fumarate Extended-release (SEROQUEL XR™) in Combination with an antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (Onyx Study) 2007 (Nov): D339-L00112423-D1448C00007

11. A Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Active-controlled Study of the Efficacy and Safety of Sustained-release Quetiapine Fumarate (SEROQUEL®) Compared with Placebo in the Treatment of Generalized Anxiety Disorder (Gold Study) 2008 (March): D339-L01124065-D1448C00010

12. Multicenter, Randomized, Parallel-group, Double-blind, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate and Lithium as Monotherapy for up to 104 Weeks Maintenance Treatment of Bipolar I Disorder in Adult Patients 2008 (April): D339-L001124072-D1447C00144

13. A Multicenter, Double-blind, Randomized-Withdrawal, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release (SEROQUEL SR™) as Monotherapy in the Maintenance Treatment of Patients with Generalized Anxiety Disorder Following an Open-Label Stabilization Period (Platinum Study) 2008 (April): D339-L001124830-D1448C00012

14. A Multi-Center, Double-Blind, Randomized, Parallel-Group, Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-Release (SEROQUEL XR™) as Mono-Therapy in the Treatment of Elderly Patients with Major Depressive Disorder (SAPPHIRE STUDY) 2008 (April): D339-L001125905-D1448C14

116. APA Poster presentations, Washington, DC, USA

1. MDD 1 (Moonstone):

- 13 -

Extended release quetiapine fumarate (quetiapine XR) monotherapy For major depressive disorder (MDD): a double-blind, placebo-controlled study (Weisler)

2. MDD 6 (Pearl):
   Adjunctive extended-release quetiapine fumarate (quetiapine XR) in patients with major depressive disorder and inadequate antidepressant response (El-Khalili)

3. MDD 5 (Amethyst):
   Double-blind study of extended release quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of major depressive disorder (MDD) (Datto)

4. GAD 9 (Titanium):
   Efficacy and safety of extended release quetiapine fumarate (quetiapine XR) monotherapy in patients with generalized anxiety disorder (GAD) (Joyce)

5. GAD 12 (Platinum):
   Double-blind study of extended release quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of generalized anxiety disorder (Katzman)

117. "Changes in metabolic parameters of body weight, lipids and glucose in Patients receiving quetiapine." AstraZeneca Clinical Study: Reply to FDA on Metabolic Parameters 2008 (June): 1-1152.

118. Lieberman JA, Stroup TS, McEvoy JP, Swartz MS, Rosenheck RA, Perkins DO, Keefe RSE, Davis SM, Davis CE, Lebowitz BD, Severe J, Hsiao JK (CATIE Investigators). "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia." NEJM 2005 (sep 22); 353[12]: 1209-23.

119. McEvoy JP, Lieberman JA, Stroup TS, Davis SM, Meltzer HY, Rosenheck RA, Swartz MS, Perkins DO, Keefe RSE, Davis CE, Severe J, Hsiao JK, (CATIE Investigators). "Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment." Am J Psychiatry 2006 (Apr); 163[4]: 600-610

120. Swartz MS, Stroup TS, McEvoy JP, Davis SM, Rosenheck RA, Keefe RSE, Hsiao JK, Lieberman JA. "What CATIE found: Results from the schizophrenia trial." Psychiatric Services 2008 (may); 59[5]: 500-506.

- 14 -

121.   Everhart JE, Pettitt DJ, Bennett PH, Knowler WC.  "Duration of obesity increases the incidence of NIDDM." Diabetes 1992 (Feb); 41: 235-40.

122.   Weyer C, Bogardus C, Mott DM, Pratley RE.  "The natural history of insulin secretory dysfunction and insulin resistance in the pathogenesis of type 2 diabetes." The J Clin Investigation 1999 (Sep); 104[6]: 787-794.

123.   Sakurai Y.  "Duration of obesity and risk of non-insulin-dependent diabetes mellitus." Biomed & Pharmacother 2000; 54: 80-4.

124.   Brancati FL, Wang NY, Mead LA, Liang KY, Klag MJ.  "Body weight patterns from 20 to 49 years of age and subsequent risk for diabetes mellitus." Arch Intern Med 1999 (May 10); 159: 957-963

125.   Erdmann J, Kallabis B, Oppel U, Sypchenko O, Wagenpfeil S, Schusdziarra V.  "Development of hyperinsulinemia and insulin resistance during the early stage of weight gain." Am J Physiol Endocrinol Metab 2008; 294: E568-E575

126.   Sowell MO, Mukhopadhyay N, Cavazzoni P, Shankar S, Steinberg HO, Breier A, Beasley Jr. CM, Dananberg J.  "Hyperglycemic clamp assessment of insulin secretory responses in normal subjects treated with olanzapine, risperidone, or placebo." J Clin Endocrin & Metab 2002; 87[6]: 2918-2923.

127.   Sowell M, mukhopadhyay N, Cavazzoni P, Carlson C, Mudaliar S, Chinnapongse S, Ray A, Davis T, Breier A, Henry RR, Dananberg J.  "Evaluation of insulin sensitivity in healthy volunteers treated with olanzapine, risperidone, or placebo:  A prospective, randomized study using the two-step hyperinsulinemic, euglycemic clamp." J Clin Endocrin & Metab 2003; 88[12]: 5875-5880.

128.   Ohannesian JP, Marco CC, Najm PS, Goldstein BJ, Caro JF, Kolaczynski JW.  "Small weight gain in not associated with development of insulin resistance in healthy, physically active individuals." Horm Metab Res 1999; 31: 323-325.

129.   Meigs JB, Muller DC, Nathan DM, Blake DR, Andres R.  "The natural history of progression from normal glucose tolerance to type 2 diabetes in the Baltimore longitudinal study of aging." Diabetes 2003 (June); 52: 1475-1484.

130.   Gress TW, Nieto FJ, Shahar E, Wofford MR, Brancati FL.  "Hypertension and antihypertensive therapy as risk factors for type 2 diabetes mellitus." NEJM 2000 (Mar 30); 342[13]: 905-12.

131.  Nichols GA, Hillier TA, Brown JB. "Progression from newly acquired impaired fasting glucose to type 2 diabetes." Diabetes Care 2007 (Feb); 30[2]: 228-233.

132.  Buchanan TA. "Pancreatic beta-cell loss and preservation in type 2 diabetes." Clin Ther 2003; 25[Supp B]: B32-B46.

133.  Osei K, et al. "Impaired insulin sensitivity, insulin secretion, and glucose effectiveness predict future development of impaired glucose tolerance and type 2 diabetes in pre-diabetic African Americans." Diabetes Care 2004 (Jun); 27[6]: 1439-1446.

134.  Martin BC, et al. "Role of glucose and insulin resistance in development of type 2 diabetes mellitus: Results of a 25-year follow-up study." The Lancet 1992 (Oct 17); 340[8825]: 925-929.

135.  Warram JH, et al. "Slow glucose removal rate and hyperinsulinemia precede the development of type 2 diabetes in the offspring of diabetic parents." Ann Internal Med 1990; 113: 909-915. Multiple Authors. Letters to the Editor. Diabetes Care 2004 (Aug); 27[8]: 2084-2096.

136.  Harris MI, et al. "Onset of NIDDM occurs at least 4±7 yr before clinical diagnosis." Diabetes Care 1992 (Jul); 15[7]: 815-819.

137.  Dickerson FB, et al. "Obesity among individuals with serious mental illness." Acta Psychiatr Scand 2006; 113: 306-313

138.  Basu R, et al. "The prevalence of the metabolic syndrome in patients with schizoaffective disorder- bipolar subtype." Bipolar Disorders 2004; 6: 314-318

139.  Suvisaari JM, et al. "Metabolic syndrome among persons with schizophrenia and other psychotic disorders in a general population survey." J Clin Psychiatry 2007; 68: 1045-1055

140.  Pontiroli AE, et al. "Duration of obesity is a risk factor for non-insulin-dependent diabetes mellitus, not for arterial hypertension or for hyperlipidaemia." Acta Diabetol 1998; 35: 130-136.

141.  Van Gaal LF. "Long-term health considerations in schizophrenia: Metabolic effects and the role of abdominal adiposity." Eur Neuropsychopharmacology 2006; 16: S142-S148.

142.  Tuomilehto J, et al. "Prevention of type 2 diabetes mellitus by changes in lifestyle among subjects with impaired glucose tolerance." NEJM 2001 (May 3); 344[18]: 1343-50.

143.    Hamman RF, et al. "Effect of weight loss with lifestyle intervention on risk of diabetes." Diabetes Care 2006 (Sept); 29[9]: 2102-2107.

144.    Modan M, et al. "Effect of past and concurrent body mass index on prevalence of glucose intolerance and type-2 (non-insulin-dependent) diabetes and on insulin response." Diabetologia 1986; 29: 82-89.

145.    Hu G, et al. "Physical activity, body mass index, and risk of type 2 diabetes in patients with normal or impaired glucose regulation." Arch Intern Med 2004 (Apr 26); 164: 892-896.

146.    National Heart Foundation of Australia. "Detailed review of intervention studies: How do we best address the issues of overweight, obesity and cardiovascular disease?" 2004, 52 pages.

147.    Schulze MB, et al. "Primary prevention of diabetes: What can be done and how much can be prevented?" Annu Rev Public Health 2005; 26: 445-67.

148.    Brown WJ, et al. "Identifying the energy gap: Magnitude and determinants of 5-year weight gain in midage women." Obesity Research 2005 (Aug); 13[8]: 1431-1441.

149.    Booth ML, et al. "Retest reliability of recall measures of leisure-time physical activity in Australian adults." Int J Epidemiol 1996; 25[1]: 153-159.

150.    Folsom AR, et al. "Is fasting insulin concentration inversely associated with rate of weight gain? Contrasting findings from the CARDIA and ARIC study cohorts." Int J Obesity 1998; 22: 48-54.

151.    Ball K, et al. "Who does not gain weight? Prevlaence and predictors of weight maintenance in young women." Int J Obesity 2002; 26: 1570-1578.

152.    Sakurai Y, et al. "Relationship between weight change in young adulthood and the risk of NIDDM." Diabetes Care 1997 (June); 20[6]: 978-982.

153.    French SA, et al. "Weight loss maintenance in young adulthood: Prevalence and correlations with health behavior and disease in a population-based sample of women aged 55-69 years." Int J Obesity 1996; 20: 303-310.

154.   Multiple Authors. Letters to the Editor. Diabetes Care 2004 (Aug); 27[8]:
       2084-2096.

155.   Newcomer JW. "Metabolic risk during antipsychotic treatment." Clin
       Ther 2004; 26[12]: 1936-1946.

156.   Kelly DL, et al. "First-episode schizophrenia. A focus on
       pharmacological treatment and safety considerations." Drugs 2005; 65[8]:
       1113-1138.

157.   Wirshing DA, et al. "Novel antipsychotics: Comparison of weight gain
       liabilities." J CLin Psychiatry 1999 (Jun); 60[6]: 358-363.

158.   Ananth J, et al. "Atypical antipsychotic induced weight gain:
       Pathophysiology and management." Ann CLin Psychiatry 2004; 16: 75-
       85.

159.   Casey DE, et al. "Antipsychotic-induced weight gain and metabolic
       abnormalities: Implications for increased mortality in patients with
       schizophrenia." J Clin Psychiatry 2004; 65[Supp 7]: 4-18

160.   Dossenbach M, et al. "Response and relapse in patients with
       schizophrenia treated with Olanzapine, Risperidone, Quetiapine, or
       haloperidol: 12 month follow-up of the Intercontinental Schizophrenia
       Outpatient Health Outcomes (IC-SOHO) study." J Clin Psychiatry 2005
       (Aug); 66[8]: 1021-1030.

161.   Lieberman J, et al. "Comparison of atypicals in first-episode psychosis:
       A randomized, 52-week comparison of olanzapine, quetiapine, and
       risperidone. (Abstract)" Eur Neuropsychopharmacology 2005; 15[Supp
       3]: S525

162.   Allison DB, et al. "Antipsychotic-induced weight gain: A comprehensive
       research synthesis." Am J Psychiatry 1999 (Nov); 156[11]: 1686-1696.

163.   Tandon R, et al. "Efficacy of newer generation antipsychotics in the
       treatment of schizophrenia." Psychoneuroendocrinology 2003; 28: 9-26.

164.   Eaton WW, et al. "Depression and risk for onset of Type II diabetes. A
       prospective population-based study." Diabetes Care 1996 (Oct); 19[10]:
       1097-1102.

165.   Rouillon F, et al. "Schizophrenia and diabetes: Epidemiological data."
       European Psychiatry 2005; 20: S345-S348.

- 18 -

166.  Subramaniam M, et al.  "Diabetes mellitus and impaired glucose tolerance in patients with schizophrenia."  Can J Psychiatry 2003 (Jun); 48[5]: 345-347.

167.  Regenold WT, et al.  "Corrigendum to 'Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use' [J Affect Disord 2002; 70: 19-26".  J Affect Disord 2003; 73: 301-302.

168.  Regenold WT, et al. "Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use."  J Affect Disord 2002; 70: 19-26.

169.  2007 SERM

170.  FDA New Drug Application.

171.  Mukherjee S, et al. "Family History of Type 2 Diabetes In Schizophrenic Patients".  The Lancet 1989 (March); 1: 495.

172.  Mukherjee S, et al.  "Diabetes Mellitus in Schizophrenic Patients".  Comphrensive Psychiatry 1996 (Jan-Feb); 37: 68-73.

173.  Spelman LM, et al.  "Impaired glucose tolerance in first-episode drug-naïve patients with schizophrenia".  Diabetic Medicine 2007; 24: 481-485.

174.  Holt RI, et al.  "Diabetes and schizophrenia 2005: are we any closer to understanding the link?  Journal Psychophaarmacology 2005; 56-65.

175.  Eberhardt MS, et al. "Prevalence of Overweight and Obesity Among Adults with Diagnosed Diabetes—United States, 1988—1994 and 1992—2002".  CDC MMWR 2004 (Nov) 53(45): 1066-1068.

176.  Holt RI, et al.  "Diagnosis, epidemiology and pathogenesis of diabetes mellitus: an update for psychiatrists".  British Journal of Psychiatry 2004; 184: s55-s63.

177.  Leonard J. Jr., et al.  "Aging Americans and diabetes-A public health and clinical response". Geriatrics 2004 (April); 59: 14-17.

178.  Harris Russell, MD, et al.  "Screening Adults for Type 2 Diabetes."

179.  American Diabetes Association. "Screening for Type 2 Diabetes."  Diabetes Care 2004 (Jan); 27: s11-s14.

- 19 -

180.   Expert Group. "Schizophrenia and Diabetes 2003' Expert Consensus
       Meeting, Dublin, 3-4 October 2003: consensus summary." British Journal
       of Psychiatry 2004; 184: s112-s114.

181.   CDC. National Diabetes Fact Sheet: General Information 2005.

182.   Diabetes Trial Unit. Fasting Hyperglycaemia Study. The Oxford Centre
       for Diabetes. Endocrinology & Metabolism.

183.   Liebson C, et al. "Temporal Trends in BMI Among Adults With
       Diabetes." Diabetes Care 2001 (Sept); 24: 1584-1589.

184.   Stein CJ, et al. "The Epidemic of Obesity." The Journal of Clinical
       Endocrinology & Metabolism 89(6): 2522-2525.

185.   Hu, FB, et al. "Diet, Lifestyle, And The Risk of Type 2 Diabetes Mellitus
       In Women." The New England Journal of Medicine 201 (Sept) 345: 790-
       797.

186.   Narayan KMV, et al. "Effect of Body Mass Index On Lifetime Risk For
       Diabetes Mellitus In The United States." Diabetes Care In Press 2006
       (Dec); 1-12.

187.   Yan LL, et al. "Midlife Body Mass Index and Hospitalization and
       Mortality in Older Age." JAMA 2006 (Jan); 296: 190-198.

188.   Fabricatore AN, et al. "Psychological Functioning of Obese Individuals."
       Diabetes Spectrum 2003; 16: 245-252.

189.   Schienkiewitz A, et al. "Body Mass Index History and Risk of Type 2
       Diabetes: Results From The European Prospective Investigation Into
       Cancer and Nutrition (EPIC)-Potsdam Study." Am J Clin Nur 2006; 84:
       427–433.

190.   Annis AM, et al. "Family History, Diabetes, and Other Demographic and
       Risk Factors Among Participants of the National Health and Nutrition
       Examination Survey 1999-2002." Preventing Chronic Disease: Public
       Health Research, Practice, and Policy 2005 (April); 2: 1-12

191.   Rewers M, et al. "Risk Factors for Non-Insulin Dependent Diabetes."
       (Summary)

192.   Shai I, et al. "Ethnicity, Obesity, and Risk of Type 2 Diabetes in
       Women." Diabetes Care 2006 (July); 29: 1585-1590.

193.    Willi C, et al.  "Active Smoking and the Risk of Type 2 Diabetes: A
        systematic Review and Meta-analysis."  JAMA 2007 (Dec); 298: 2654-
        2664.

177.    "Gestational Diabetes Mellitus."  American Diabetes Association 2003
        (Jan); 1: s103-s105.

178.    Kim C, et al.  "Gestational Diabetes and the Incidence of Type 2
        Diabetes."  Diabetes Care 2002 (Oct); 25: 1862-1868.

179.    Sigal RJ, et al.  "Physical Activity/Exercise and Type 2 Diabetes."
        Diabetes Care (2004); 27: 2518-2539.

180.    Taylor, EN, et al.  "Antihypertensive Medications and the Risk of Incident
        Type 2 Diabetes."  Diabetes 2006 (May); 29: 1065-1070.

181.    Legro RS, et al.  "Prevalence and Predictors of Risk for Type 2 Mellitus
        and Impaired Glucose Tolerance in Polycystic Ovary Syndrome:  A
        Prospective, Controlled Study in 254 Affected Women."  Journal of
        Clinical Endocrinology and Metabolism 1999; 1 165-169.

182.    Ehrmann DA, et al.  "Prevalence of Impaired Glucose Tolerance and
        Diabetes in Women With Polycystice Ovary Syndrome."  Diabetes Care
        1999 (Jan); 1: 141-146.

183.    Ryan MCM, et al.  "Impaired Fasting Glucose Tolerance in First-Episode,
        Drug-Naïve Patients With Schizophrenia."  Am J Psychiatry 2003 (Feb);
        160:2, 284-289.

184.    Peet M, et al.  "Diet, Diabetes and Schizophrenia: Review and
        Hypothesis."  British Journal of Psychiatry 2004, 184: s102-s105.

185.    "Diabetes:  Disabling Disease To Double by 2050."  U.S. Department of
        Health and Human Services, Centers For Disease Control and Prevention,
        Coordinating Center For Health Promotion 2008 (Jan).

186.    Stump CG, et al.  "Effect of Antihpertensive Agents on the Development
        of Type 2 Diabetes Mellitus."  Mayo Clinic Proc. 2006 (June); 81(6):796-
        806.

187.    Astrup A, et al.  "Redfining Type 2 Diabetes: 'Diabesity' or 'Obesity
        Dependent Diabetes Mellitus'?"  The International Association for the
        Study of Obesity 2000; 1: 57-59.

188.    Liu DP, et al.  "Retinopathy in a Chinese Population With Type 2

Diabetes:  Factor Affecting The Presence Of This Complication At Diagnosis of  Diabetes."  Diabetes Research and Clinical Practice 2002; 56: 125-131.

189.    Thompson TJ, et al.  "The Onset of NIDDM and its Relationship To Clinical Diagnosis In Egyptian Adults."  Diabetic Medicine 1996; 13: 337-340.

190.    Salmeron J, et al.  "Dietary Fiber, Glycemic Load, and Risk of Non-insulin-dependent Diabetes Mellitus in Women."  JAMA 1997 (Feb); 277(6): 472-477.

191.    Troisi RJ, et al.  "Diurnal variation in fasting plasma glucose: Implications for diagnosis of diabetes in patients examined in the afternoon."  JAMA 2000; 284[24]: 3157-3159.

192.    Ollerton RL, et al.  "Day-to-day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects."  Diabetes Care 1999 (Mar); 22[3]: 394-398.

August 19, 2008

To: Beth Richardson

I have worked 17 hours since beginning my current consultation with Alston & Bird.
At my rate of $700/hour, my total fee is $11,900.

My Social Security # is

Thank you.

Jeffrey P. Koplan, MD
2791 Hawthorne Drive, NE
Atlanta, GA. 30345

September 6, 2008

To: Beth Richardson

I have worked  21 and one half hours since my last billing.

At my rate of $700/hour, my total fee is $15,050.

My Social Security # is

Thank you.

Jeffrey P. Koplan, MD
2791 Hawthorne Drive, NE
Atlanta, GA. 30345