116

Other than slight mean increases in heart rate in the SEROQUEL groups, there were no consistent clinically relevant changes in ECGs during the trial.  The analysis of rates and intervals showed no evidence of conduction abnormalities, no arrhythmias, and no conformation changes associated with SEROQUEL treatment.  A number of patients with normal ECGs at baseline developed clinically significant findings, but the incidences of these cases were similar in the SEROQUEL groups and the haloperidol group.  There was no evidence of an increase in ECG abnormalities with SEROQUEL dose.  There were a wide range of findings (eg, sinus tachycardia, premature atrial complexes, first degree AV block, ST-T wave abnormalities), but they were generally transient and often resolved with ongoing trial treatment.

### 5.8   Vital signs and weight

*Summary tables:*            descriptive statistics for vital signs; T19.1
                             frequencies of clinically significant abnormal vital signs during randomized treatment; T19.2 and T19.3

*Individual patient listings:*   G17.1 to G17.3

Descriptive statistics for supine and standing blood pressure and temperature did not reveal any clear relationship to dose or duration of treatment.

Table 45 presents the mean changes from baseline in pulse and weight at the final evaluation.

**TABLE 45  Mean changes from baseline in pulse and weight at the final evaluation***

|  | Treatment group | | | |
|---|---|---|---|---|
|  | SEROQUEL | | | Haloperidol |
|  | 75 mg (n = 81) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
| Supine pulse (bpm) | | | | |
|     Baseline mean | 77.8 | 77.3 | 79.2 | 83.1 |
|     Mean change (SD) | 2.3 (14.9) | 10.1 (16.4) | 6.0 (14.3) | -2.0 (16.7) |
| Standing pulse (bpm) | | | | |
|     Baseline mean | 84.9 | 86.0 | 87.9 | 92.0 |
|     Mean change (SD) | 4.3 (16.5) | 8.6 (16.5) | 5.5 (16.4) | -2.5 (18.7) |
| Weight (kg) | | | | |
|     Baseline mean | 86.4 | 81.0 | 82.3 | 84.3 |
|     Mean change (SD) | -0.5 (4.4) | 1.5 (6.2) | 3.5 (8.0) | -1.4 (6.1) |

*n is variable since not all data were collected for every patient
SD Standard deviation

There were slight mean increases from baseline in pulse in the SEROQUEL groups during the trial; however, there were no trends related to SEROQUEL dose or over time.  The greatest increase in pulse was in the SEROQUEL 300-mg group.

In the SEROQUEL groups, there appeared to be greater mean weight increases during the trial compared with the haloperidol group.  Change in weight from baseline to final evaluation

117

ranged from -14 kg to 14 kg for patients in the SEROQUEL 75-mg group, -14 kg to 23 kg for patients in the SEROQUEL 300-mg group, -20 kg to 40 kg for patients in the SEROQUEL 600-mg group, and -33 kg to 8 kg for patients in the haloperidol group. Among the SEROQUEL groups, the increase from baseline in weight appeared to be dose related. In general, the mean weight increases from baseline in the SEROQUEL groups were greater at Week 52 for patients completing the trial (ranging from 2.05 to 8.52 kg) compared with the increases seen at the final evaluation (Week 52 or withdrawal), suggesting a trend for patients to continue gaining weight over time.

Blood pressure, pulse rate, temperature, and weight data were reviewed for clinically significant values, as described in Section 2.8.4(k). These findings are summarized in Table 46.

**TABLE 46 Frequencies of clinically significant values in vital signs**

|  | Treatment group | | | |
| --- | --- | --- | --- | --- |
|  | SEROQUEL | | | Haloperidol |
|  | 75 mg (n = 81) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
|  | n(%) | n(%) | n(%) | n(%) |
| Postural changes in systolic blood pressure | 7 (9) | 8 (9) | 12 (14) | 3 (7) |
| Postural changes in pulse | 32 (40) | 38 (44) | 31 (37) | 22 (54) |
| Postural changes in systolic blood pressure and pulse | 1 (3) | 4 (5) | 3 (7) | 0 |
| Supine pulse | 2 (2) | 4 (5) | 5 (6) | 1 (2) |
| Temperature | 0 | 0 | 2 (2) | 0 |
| Weight | 9 (11) | 15 (17) | 24 (29) | 4 (10) |

Clinically significant postural changes in systolic blood pressure were observed for patients in all treatment groups. The proportion of patients with clinically significant postural changes in systolic blood pressure was greatest in the SEROQUEL 600-mg group; the proportions of patients in the other treatment groups were similar.

Clinically significant postural changes in pulse were also observed for patients in all treatment groups. The proportion of patients with clinically significant postural changes in pulse was greatest in the haloperidol group.

There were no patients in the haloperidol group with clinically significant postural changes in both systolic blood pressure and pulse. In the SEROQUEL groups, there appeared to be a dose-related increase in the proportion of patients with clinically significant postural changes in both systolic blood pressure and pulse, although the proportions of patients in each treatment group were relatively small.

Clinically significant changes in supine pulse were observed for patients in all treatment groups. The proportions of patients with clinically significant changes in supine pulse were higher in the SEROQUEL 300-mg and 600-mg groups compared with the SEROQUEL 75-mg and haloperidol groups.