# Document ID: i.m.1a29484bc834af80f20b16da78df89a9



**Printed on** : Sunday, November 23, 2008 @ 10:40:03 PM GMT
**Printed by** : Yommy Chiu
**Item count** : 1 (1 Attachment)

Coding values for **i.m.1a29484bc834af80f20b16da78df89a9**

as of Sunday, November 23, 2008

**Status** : Bates Information, NATIVE to F339-E15744558|mergedTiffs/20080404C/Native/0003/F339-E15744558.MHT

**Id** : i.m.1a29484bc834af80f20b16da78df89a9
**CN** : F339-E15744558
**Date** : Thursday, April 26, 2007 2:41:33 PM GMT
**From** : "Dreyer, Malin" <Malin.Dreyer@astrazeneca.com>
**To** : "Boornazian, Lisa" <Lisa.Boornazian@astrazeneca.com>
**Cc** : "Svensson, Jan X" <Jan.X.Svensson@astrazeneca.com>,"Warner, Linda \(Safety\)" <Linda.Warner@astrazeneca.com>,"Jefferies, Leigh" <Leigh.Jefferies@astrazeneca.com>,"Malmaeus, Inger" <Inger.Malmaeus@astrazeneca.com>
**Subject** : RE: Fasting definitions in Diabetes request
**Attachments** : Diabetes Mar 07 SERM_4.doc
**Custodians** : Warner, Linda

From:
Dreyer, Malin

Sent:
Thursday, April 26, 2007 3:42 PM

To:
Boornazian, Lisa

Cc:
Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh; Malmaeus, Inger

Subject:
RE: Fasting definitions in Diabetes request

Attachments:
Diabetes Mar 07 SERM_4.doc



Ok,

I have updated the 'order' document, would you please read it and confirm.

Thanks!

-----Original Message-----

From: Boornazian, Lisa

Sent: den 26 april 2007 15:52

To: Dreyer, Malin

Cc: Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh; Malmaeus, Inger

Subject: RE: Fasting definitions in Diabetes request

Right

-----Original Message-----

From: Dreyer, Malin

Sent: Thursday, April 26, 2007 9:43 AM

To: Boornazian, Lisa

Cc: Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh; Malmaeus, Inger

Subject: RE: Fasting definitions in Diabetes request

Importance: High

Hi Lisa,

Do you mean:

One set of tables showing all fasting trials, we will select values no matter if the fasting box is ticked or not.

One set of tables showing all fasting trials, we will only select values if the fasting box ticked.

Malin

-----Original Message-----

From: Boornazian, Lisa

Sent: den 26 april 2007 15:00

To: Dreyer, Malin

Cc: Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh; Malmaeus, Inger

Subject: RE: Fasting definitions in Diabetes request

Malin,

How about if we do a "fasting trials" table with all of the trials I sent to you (the list with the PKD studies) and then do a subset that shows just the data with the fasting box ticked?

Would that work?

Lisa

-----Original Message-----

From: Dreyer, Malin

Sent: Thursday, April 26, 2007 7:40 AM

To: Boornazian, Lisa

Cc: Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh; Malmaeus, Inger

Subject: RE: Fasting definitions in Diabetes request

Importance: High

Hi Lisa,

I have searched for the fasting flag in the trials below and found that the fasting flag is empty in most of the PK trials.

Trials with empty fasting flag (all these trials are PK studies where patients resided in CRC).

5077IL/0016, 5077IL/0017, 5077IL/0020, 5077IL/0024,

5077IL/0027, 5077IL/0035, 5077IL/0044, 5077IL/0045,

5077IL/0046, 5077IL/0047, 5077IL/0063, 5077IL/0064

Trials with filled in fasting flag (could be Yes, No or missing)

D1444C00001, D1444C0003, D1444C00004, D1444C00132, D1444C00133, D1444C00146, D1447C00135 (documented fasting)

D1441C00028 (PK studies where patients resided in CRC)

5077IL/0115, 5077US/0046 (patients in long term care facilities)

D1441C00125 (hospitalized)

Should the tables showing 'fasting trials' include all trials, which have information in the fasting flag (could be Yes, No or missing), and then we will select values marked by tick box as fasting?

Kind Regards

Malin

-----Original Message-----

From: Boornazian, Lisa

Sent: den 25 april 2007 15:54

To: Svensson, Jan X; Warner, Linda (Safety); Jefferies, Leigh

Cc: Dreyer, Malin

Subject: RE: Fasting definitions in Diabetes request

Jan,

I have looked at the groupings below, which look complete.

I understand how these are bucketed but for the purpose of Malin's tables I would like to change one thing.

We had asked Malin to do tables for "fasting trials"--meaning those trials which as a whole were believed to actually have true fasting data. This table should included those trials below with documented fasting values, trials where patients resided at a CRC (mostly PK studies), trials where patients were hospitalized, and trials where patients resided in a long term care facility. If we use this definition the following trials would be used:

D1444C00001, D1444C0003, D1444C00004, D1444C00132, D1444C00133, D1444C00146, D1447C00135 (documented fastings)

5077IL/0016, 5077IL/0017, 5077IL/0020, 5077IL/0024, 5077IL/0027, 5077IL/0035, 5077IL/0044, 5077IL/0045, 5077IL/0046, 5077IL/0047, 5077IL/0063, 5077IL/0064, D1441C00028 (PK studies where patients resided in CRC)

5077IL/0115, 5077US/0046 (patients in long term care facilities)

D1441C00125 (hospitalized)

From these studes (tables of "fasting trials") we should only include the fasting data (ie, documented fasting values, values marked by tick box as fasting)--I know that in the last DD when we looked at Trials 46 and 115 we only used the fasting data because there was data in the database for those trials which were not fasting.

I hope this helps.

Let me know if you have any additional questions.

Lisa

-----Original Message-----

From: Svensson, Jan X

Sent: Tuesday, April 24, 2007 1:54 PM

To: Warner, Linda (Safety); Jefferies, Leigh; Boornazian, Lisa

Cc: Dreyer, Malin

Subject: Fasting definitions in Diabetes request

Hi all,

I'm currently trying to help Malin create a special lab data set for the 5 tests in the Diabetes request. Since glucose is one of the five, fasting status suddenly becomes an issue and I need some help here.

According to the Seroquel SSA document, a study is "assumed fasting" if the study protocol mentions that the subjects are supposed to be fasting when the lab samples are drawn. If not, the study is considered "random fasting". On top of that, if we have meal time data we can classify a single record as "documented fasting" if the time difference between the lab sampling and the previous meal is 8 hours or more.

Since I have access to GEL, I decided to check all the protocols. That wasn't so easy, since most of the older studies don't have their protocols in GEL. If that was the case, I checked the study report instead. If I could find support for fasting chemistry samples, I classified that study as "assumed fasting". Otherwise they went into the "random fasting" bucket. These are my results:

RANDOM FASTING STUDIES

======================

204636/0007, 204636/0008, 5077IL/0004, 5077IL/0006, 5077IL/0007, 5077IL/0008, 5077IL/0013, 5077IL/0016,

5077IL/0018, 5077IL/0019, 5077IL/0025, 5077IL/0026, 5077IL/0031, 5077IL/0039, 5077IL/0041, 5077IL/0048,

5077IL/0056, 5077IL/0061, 5077IL/0099, 5077IL/0100, 5077IL/0104, 5077IL/0105, 5077US/0002, 5077US/0049,

D1444C00003, D1444C00145

ASSUMED FASTING STUDIES

=======================

5077IL/0016, 5077IL/0017, 5077IL/0020, 5077IL/0024, 5077IL/0027, 5077IL/0035, 5077IL/0044, 5077IL/0045,

5077IL/0046, 5077IL/0047, 5077IL/0063, 5077IL/0064, 5077IL/0115, 5077US/0043, 5077US/0046, D1441C00028,

D1441C00125

STUDIES THAT QUALIFIES FOR DOCUMENTED FASTING ANALYSIS

====================================================

D1444C00001, D1444C0003, D1444C00004, D1444C00132, D1444C00133, D1444C00146,

I know that there may be studies in these lists that don't follow the rules. I have a slight recollection that 5077US/0049 is sometimes considered fasting. This may go for other studies as well, and this is where you come in. If my list is not fit for our purpose, I will need another one from you. Malin has supplied the following list that is based on an email from Lisa with the newest studies added as assumed fasting. If that is the list, I'll use it. Just give me the go-ahead.

<< File: Trials_fasting.doc >>

Best regards,

/Janne

cid:CHILKAT-CID-f241cff8-fb94-4a23-95ea-70ccac9ecb43