# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## PUBLIC HEALTH SERVICES
## FOOD AND DRUG ADMINISTRATION
### INVESTIGATIONAL NEW DRUG APPLICATION (IND)
### (TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)

*Form Approved: OMB No. 0910-0014.*
*Expiration Date: March 31, 1990.*
*See OMB Statement on Reverse.*

NOTE: No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40).

| | |
|---|---|
| 1. NAME OF SPONSOR<br>Zeneca Pharmaceuticals<br>A Business Unit of Zeneca Inc. | 2. DATE OF SUBMISSION<br>**MAR 1 8 1996** |
| 3. ADDRESS (Number, Street, City, State and Zip Code)<br><br>1800 Concord Pike, PO Box 15437<br>Wilmington, DE 19850-5437 | 4. TELEPHONE NUMBER<br>(Include Telephone Number)<br><br>(302) 886 - 2135 |
| 5. NAME(S) OF DRUG (Include all available names: Trade, Generic, Chemical, Code)<br>SEROQUEL (ICI 204,636) | 6. IND NUMBER (if previously assigned)<br>32,132 |

7. INDICATION(S) (Covered by this submission)
Schizophrenia

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED:  ☐ PHASE 1   ☐ PHASE 2   ☒ PHASE 3   ☐ OTHER_____
(Specify)

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR PART 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR 314.420) AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.

| | |
|---|---|
| 10. IND SUBMISSIONS SHOULD BE CONSECUTIVELY NUMBERED. THE INITIAL IND SHOULD BE NUMBERED "SERIAL NUMBER: 000." THE NEXT SUBMISSION (EG, AMENDMENT, REPORT, OR CORRESPONDENCE) SHOULD BE NUMBERED "SERIAL NUMBER: 001." SUBSEQUENT SUBMISSIONS SHOULD BE NUMBERED CONSECUTIVELY IN THE ORDER IN WHICH THEY ARE SUBMITTED. | SERIAL NUMBER:<br><br>2   1   0 |

11. THIS SUBMISSION CONTAINS THE FOLLOWING:  (Check all that apply)

☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)          ☐ RESPONSE TO CLINICAL HOLD

PROTOCOL AMENDMENT(S):          INFORMATION AMENDMENT(S):          IND SAFETY REPORT(S):
☐ NEW PROTOCOL          ☐ CHEMISTRY/MICROBIOLOGY          ☐ INITIAL WRITTEN REPORT
☐ CHANGE IN PROTOCOL          ☐ PHARMACOLOGY/TOXICOLOGY          ☐ FOLLOW-UP TO A WRITTEN REPORT
☐ NEW INVESTIGATOR          ☒ CLINICAL

☐ RESPONSE TO FDA REQUEST FOR INFORMATION          ☐ ANNUAL REPORT          ☐ GENERAL CORRESPONDENCE

☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN,          ☐ OTHER_____
   INACTIVATED, TERMINATED OR DISCONTINUED          (Specify)

CHECK ONLY IF APPLICABLE

JUSTIFICATION STATEMENT MUST BE ... SECTION FOR FURTHER INFORMATION ...

☐ TREATMENT IND 21 CFR 312.35(b) ... 312.7(d)

FOR FDA USE ONLY

| CDR/DBIND/DGD RECEIPT STAMP | DDR RECEIPT STAMP | IND NUMBER ASSIGNED:<br><br>DIVISION ASSIGNMENT: |
|---|---|---|

FORM FDA 1571 (10/89)
Zeneca Edition

PREVIOUS EDITION IS OBSOLETE

CONFIDENTIAL
AZ/SER 0050464

**12.** **CONTENTS OF APPLICATION**

This application contains the following items:  (check all that apply)

☒ 1. Form FDA 1571 [21 CFR 312.23(a)(1)]
☐ 2. Table of contents [21 CFR 312.23(a)(2)]
☐ 3. Introductory statement [21 CFR 312.23(a)(3)]
☐ 4. General investigational plan [21 CFR 312.23(a)(3)]
☐ 5. Investigator's brochure [21 CFR 312.23(a)(5)]
   6. Protocol(s) [21 CFR 312.23(a)(6)]
   ☐ a. Study protocol(s) [21 CFR 312.23(a)(6)]
   ☐ b. Investigator data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
   ☐ c. Facilities data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
   ☐ d. Institutional Review Board data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
☐ 7. Chemistry, manufacturing, and control data [21 CFR 312.23(a)(7)]
   ☐ Environmental assessment or claim for exclusion [21 CFR 312.23(a)(7)(iv)(e)]
☐ 8. Pharmacology and toxicology data [21 CFR 312.23(a)(8)]
☐ 9. Previous human experience [21 CFR 312.23(a)(9)]
☐ 10. Additional information [21 CFR 312.23(a)(10)]

13. IS ANY PART OF THE CLINICAL STUDY TO BE CONDUCTED BY A CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME & ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

14. NAME AND TITLE OF THE PERSON RESPONSIBLE FOR MONITORING THE CONDUCT AND PROGRESS OF THE CLINICAL INVESTIGATIONS.

L. Arvanitis, MD, Senior Director, CNS

15. NAME(S) AND TITLE(S) OF THE PERSON(S) RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

Dr. P. Greaves, Head, Safety of Medicines

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set forth in 21 CFR Part 56 will be responsible for the initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16. NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17. SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | |
|---|---|---|
| Christopher Griffett<br>Manager, DRA | *(signature)* | |
| 18. ADDRESS (Number, Street, City, State and Zip Code)<br><br>1800 Concord Pike, PO Box 15437<br>Wilmington, DE 19850-5437 | 19. TELEPHONE NUMBER (Include Area Code)<br><br>(302) 886 - 2135 | 20. DATE<br><br>MAR 1 8 1996 |

(WARNING:  A willfully false statement is a criminal offense.  U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Reports Clearing Officer, PHS
Hubert H. Humphrey Building, Room 721-H
200 Independence Avenue, SW
Washington, DC 20201
Attn:  PRA

and to:

Office of Management and Budget
Paperwork Reduction Project (0910-0014)
Washington, DC 20503

CONFIDENTIAL
AZ/SER 0050465

## INVESTIGATOR AND CENTRE LIST

(Centres that recruited patients)                                          **(continued)**

| Centre number | Investigator | Address | Number of patients entered |
|---|---|---|---|
| 019 | Dr C S Thomas | Department of Psychiatry<br>University Hospital of South Manchester<br>Manchester M20<br>United Kingdom | 5 |
| 020 | Prof R Priest | Department of Psychiatry<br>St Mary's Hospital Medical School<br>Praed Street<br>London W2 1NY<br>United Kingdom | 2 |
| 021 | Dr F Mesotten | Medisch Centrum St Jozef<br>Abdijstraat 2<br>3740 Munsterbilzen<br>Belgium | 8 |
| 022 | Dr J M Martens | Sint Lucaskliniek<br>Laar 140<br>2180 Ekeren<br>Belgium | 2 |
| 023 | Dr G Beckers | Medister<br>Jagersdreef 100<br>2950 Kapellen<br>Belgium | 6 |
| 024 | Dr G Dierick | Ziekenhuis Reigerlo<br>Reigerlo 10<br>8730 Beernem<br>Belgium | 3 |

8

CONFIDENTIAL
AZ/SER 0050474

62

**TABLE 18  Adverse events leading to withdrawal** (continued)

| Centre/ patient | Adverse event (COSTART preferred term) | Study day of onset (Segment B) | Study day of withdrawal (Segment B) |
|---|---|---|---|
| **SEROQUEL 50 mg (bid)** | | | |
| 002/00205 | Somnolence | 1 | 17 |
| 005/00501 | Pathological fracture | 7 | 7 |
| 007/00703 | Abdominal pain/tongue oedema | 25 | 26 |
| 023/02303 | Suicide attempt | 11 | 11 |
| 049/04903 | Suspected neuroleptic malignant syndrome | 4 | 4 |
| 050/05005 | Suicide attempt | 9 | 9 |
| 091/09103 | Hemiplegia/somnolence | 6 | 6 |

CNS = central nervous system

More patients in the SEROQUEL 450 mg (bid) group had an adverse event that led to withdrawal when compared with the other two treatment groups.

The most common adverse event leading to withdrawal was somnolence, which led to the withdrawal of six patients in total. Other adverse events that led to withdrawal of more than one patient were hypotension, elevated liver transaminases, leucopenia, tachycardia, depression and suicide attempts.

One patient in the SEROQUEL 50 mg (bid) group was withdrawn because of suspected neuroleptic malignant syndrome; this diagnosis was subsequently changed by the investigator to catatonic reaction and exacerbation of illness. This event is described in full in the clinical event summary in the following section.

Further details for each patient who withdrew are given below:

**Patient 001/00104**       **SEROQUEL 450 mg (bid)**                **CNS neoplasia**

This 44-year-old, Caucasian man with subchronic, paranoid schizophrenia was reported to have 'collapsed' on Day 4 of the dose-escalation phase. He was receiving no concurrent medication at entry and received diazepam 10 mg orally for anxiety on Day 2. On the day of the event, the patient complained to nursing staff of feeling dizzy and sleepy, but nothing abnormal was detected by the duty doctor. The patient went out for a walk, and was later found unconscious and unresponsive in a park local to the investigational site. He was returned to the hospital, where a brain CT scan revealed a large hemispheric tumour. Further assessment by angiography and magnetic resonance imaging confirmed the intraventricular location of this tumour, which was subsequently excised uneventfully. The histopathology showed ependymoma with mitotic activity.

The patient was formally withdrawn from the study following diagnosis of malignant neoplasm of the cerebrum; the psychiatric diagnosis was subsequently changed by the investigator to organic schizophrenic psychosis. The patient returned to the psychiatric hospital 25 days after

CONFIDENTIAL
AZ/SER 0050564

C47

*CONCURRENT MEDICATION (I)*

Trial Number : 5077IL / 0012

Centre Number :
Subject Number :
Subject I.D. :

Visit Number : e8
Form I.D. : 1063

RECORD ALL CONCURRENT MEDICATION BELOW

| Drug | Indication | Total Daily Dose (mg) | Route | Date started | Date stopped | Continuing Yes |
|---|---|---|---|---|---|---|

CONFIDENTIAL
AZ/SER 0051464

C48

CONFIDENTIAL
AZ/SER 0051465

C49

**ADVERSE EVENT 1**

| Trial Number : | 5077/L / 0012 | | Centre Number : | | Visit Number : | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Subject Number : | | Form I.D. : | 740 |
| | | | Subject I.D. : | | | |

**ADVERSE EVENT**
Please complete a separate form for each event

Is this follow-up information on
a previously reported event?     Yes ☐   No ☐
                                  Y        N

**ONSET AND RESOLUTION**

Date of report    |_|_|_| |_|_| |1,9,9,_|
                     D       M        Y

Date and time of onset   5 |_|_|_| |_|_| |1,9,9,_| |_|_| |_|_|
                            D       M        Y      24 hr clock

Date and time of resolution   7 |_|_|_| |_|_| |1,9,9,_| |_|_| |_|_|
(if event resolved)             D       M        Y      24 hr clock

**EVENT INTENSITY** (tick one box)

| | |
| --- | --- |
| Mild | ☐ 1 |
| Moderate | ☐ 2 |
| Severe | ☐ 3 |

**SERIOUSNESS** (please answer every question)

|  | Yes | No |  |
| --- | --- | --- | --- |
| Requiring or prolonging hospitalisation | ☐ | ☐ 11 | |
| Causing persistent disability or incapacity | ☐ | ☐ 12 | |
| Life-threatening | ☐ | ☐ 13 | |
| | Y | N | |

**OUTCOME** (tick one box)

| | |
| --- | --- |
| Recovered | ☐ 14 |
| Ongoing: no treatment given | ☐ 2 |
| Ongoing: with treatment | ☐ 3 |
| Died | ☐ 4 |

Was the subject withdrawn from
the trial as a result of this event?     Yes ☐   No ☐ 15
                                          Y        N

**CAUSALITY    ASSESSMENT** (tick one box including relationship to treatment)

| | |
| --- | --- |
| Definitely not related | ☐ 16 |
| Probably not related | ☐ 2 |
| Probably related | ☐ 3 |
| Definitely related | ☐ 4 |
| Undetermined | ☐ 5 |

**PRIMARY REASON** (tick one box)

| | |
| --- | --- |
| Temporal relationship | ☐ 17 |
| Previous experience with test drug | ☐ 2 |
| Previous experience with similar drug | ☐ 3 |
| No other cause found | ☐ 4 |
| No reason provided | ☐ 5 |
| Other* | ☐ 6 |

*Please specify  18 _____

Do you wish to make any comment of any of
the above?     Yes ☐   No ☐ 19
                Y        N

Signature _____

Date _____

CONFIDENTIAL
AZ/SER 0051466

C50



ADVERSE EVENT 2

| Trial Number : | 5077L / 0012 | Centre Number : | | Visit Number : | |
| | | Subject Number : | | Form I.D. : | 740 |
| | | Subject I.D. : | | | |

**ADVERSE EVENT**
Please complete a separate form for each event

21  Is this follow-up information on a previously reported event?    Yes ☐  No ☐
                                                                       Y      N

**EVENT INTENSITY** (tick one box)    27
Mild        ☐ 1
Moderate    ☐ 2
Severe      ☐ 3

**OUTCOME** (tick one box)    32
Recovered                    ☐ 1
Ongoing: no treatment given  ☐ 2
Ongoing: with treatment      ☐ 3
Died                         ☐ 4

**CAUSALITY  ASSESSMENT** (tick one box indicating relationship to treatment)    34
Definitely not related   ☐ 1
Probably not related     ☐ 2
Probably related         ☐ 3
Definitely related       ☐ 4
Undetermined             ☐ 5

Do you wish to make any comment on any of the above?    Yes ☐  No ☐    35
                                                          Y      N

**ONSET AND RESOLUTION**

Date and time of onset    23  [ 1  9  9 ] 24
                                D    M    Y
Date and time of resolution   25  [ 1  9  9 ] 26
(if event resolved)              D    M    Y
                                            24 hr clock

**SERIOUSNESS** (please answer every question)    Yes  No
Requiring or prolonging hospitalisation         ☐   ☐ 28
                                                 Y    N
Causing persistent disability or incapacity     ☐   ☐ 30
                                                 Y    N
Life-threatening                                ☐   ☐ 31
                                                 Y    N

Was the subject withdrawn from the trial as a result of this event?    Yes ☐  No ☐ 33
                                                                         Y      N

**PRIMARY REASON** (tick one box)    35
Temporal relationship                   ☐ 1
Previous experience with test drug      ☐ 2
Previous experience with similar drug   ☐ 3
No other cause found                    ☐ 4
No reason provided                      ☐ 5
Other*                                  ☐ 6

*Please specify    36

Signature _____

Date _____

041

CONFIDENTIAL
AZ/SER 0051467

C51

ADVERSE EVENT 3

| Trial Number : 5077L / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. : 740 |
| | Subject I.D. : | |

**ADVERSE EVENT**
Please complete a separate form for each event

Is this follow-up information on a previously reported event?
Yes ☐ No ☐
Y  N

**EVENT INTENSITY** (tick one box)
Mild ☐ 1
Moderate ☐ 2
Severe ☐ 3

**OUTCOME** (tick one box)
Recovered ☐ 1
Ongoing; no treatment given ☐ 2
Ongoing; with treatment ☐ 3
Died ☐ 4

**CAUSALITY   ASSESSMENT** (tick one box indicating relationship to treatment)
Definitely not related ☐ 1
Probably not related ☐ 2
Probably related ☐ 3
Definitely related ☐ 4
Undetermined ☐ 5

Do you wish to make any comment on any of the above?
Yes ☐ No ☐
Y  N

**ONSET AND RESOLUTION**

Date and time of onset   |_|_| |_|_| |1|9|9| |_| |_|_|:|_|_|
                          D    M      Y        24 hr clock

Date and time of resolution   |_|_| |_|_| |1|9|9| |_| |_|_|:|_|_|
(if event resolved)          D    M      Y        24 hr clock

**SERIOUSNESS** (please answer every question)
                                                        Yes  No
Requiring or prolonging hospitalisation        ☐   ☐
                                                       Y    N
Causing persistent disability or incapacity    ☐   ☐
                                                       Y    N
Life-threatening                                       ☐   ☐
                                                       Y    N

Was the subject withdrawn from the trial as a result of this event?
Yes ☐ No ☐
Y    N

**PRIMARY REASON** (tick one box)
Temporal relationship ☐ 1
Previous experience with test drug ☐ 2
Previous experience with similar drug ☐ 3
No other cause found ☐ 4
No reason provided ☐ 5
Other* ☐ 6

*Please specify

Signature _____
Date _____

53

CONFIDENTIAL
AZ/SER 0051468

C52



ADVERSE EVENT 4

Trial Number : 5077L / 0012

Centre Number :
Subject Number :
Subject I.D. :

Visit Number :
Form I.D. : 740

**ADVERSE EVENT**
Please complete a separate form for each event

Is this follow-up information on a previously reported event?  Yes ☐ ⁸⁸ No ☐ ⁸⁹
Y    N

**ONSET AND RESOLUTION**

Date and time of onset
Date and time of resolution (if event resolved)
D   M   Y    24 hr clock

**EVENT INTENSITY** (tick one box)  ⁶³
Mild ☐ 1
Moderate ☐ 2
Severe ☐ 3

**SERIOUSNESS** (please answer every question)
Requiring or prolonging hospitalisation    Yes ☐ No ☐
Causing persistent disability or incapacity    Yes ☐ No ☐
Life-threatening    Yes ☐ No ☐
Y    N

**OUTCOME** (tick one box)  ⁶⁸
Recovered ☐ 1
Ongoing; no treatment given ☐ 2
Ongoing; with treatment ☐ 3
Died ☐ 4

Was the subject withdrawn from the trial as a result of this event?   Yes ☐ No ☐
Y    N

**CAUSALITY ASSESSMENT** (tick one box indicating relationship to treatment)
Definitely not related ☐ 1
Probably not related ☐ 2
Probably related ☐ 3
Definitely related ☐ 4
Undetermined ☐ 5

**PRIMARY REASON** (tick one box)  ⁷¹
Temporal relationship ☐ 1
Previous experience with test drug ☐ 2
Previous experience with similar drug ☐ 3
No other cause found ☐ 4
No reason provided ☐ 5
Other* ☐ 6
*Please specify  ⁷²

Do you wish to make any comment on any of the above?   Yes ☐ No ☐
Y    N

Signature
Date

54

CONFIDENTIAL
AZ/SER 0051469

C53

**COMPLETION / WITHDRAWAL**

| | |
|---|---|
| Trial Number :   5077IL / 0012 | Centre Number : |
| | Subject Number : |
| | Subject I.D. : |

| | |
|---|---|
| Visit Number : | |
| Form I.D. :   1094 | |

Date of final efficacy assessment   1 [ , , 1 , 9 , 9 ]  
D   M   Y

Date treatment stopped   2 [ , , 1 , 9 , 9 ]  
D   M   Y

Specify below that  subject completed Segment B per protocol  or indicate primary reason for subject's withdrawal.
*(Tick one box only)*

Completed protocol   ☐ 0

Lack of efficacy   ☐ 1

Subject refused to continue or lost to follow-up   ☐ 2

Adverse event / Intercurrent illness   ☐ 3   *(Please complete Adverse Event form in separate booklet)*

Protocol non-compliance   ☐ 4

**DEATH**  *(If the patient died, please complete below)*

Date of death   6 [ , , 1 , 9 , 9 ]  
D   M   Y

Cause of death   7 _____

Post-mortem performed?   Yes No  
☐ 8 ☐  
Y   N

| | |
|---|---|
| | Form I.D. :   810 |

Was the subject discharged to out-patient care at any time during the last 4 weeks of the trial? (not including weekend pass)   Yes No  
☐ 2 ☐

Is subject entering the open-label extension phase?   ☐ 8 ☐  
Y   N

**PLEASE COMPLETE ALL ONGOING ADVERSE EVENTS AND CONCURRENT MEDICATIONS**

55

CONFIDENTIAL
AZ/SER 0051470

C54

**ZENECA PHARMACEUTICALS**
**SAFETY OF MEDICINES DEPARTMENT**

**CLINICAL PATHOLOGY SAMPLE REGISTRATION**

| Trial Number : | 5077iL / 0012 |
|---|---|

| Centre Number : | |
|---|---|
| Subject Number : | |
| Subject I.D. | |

| Visit Number : | |
|---|---|
| Hospital Number : | |

Date of birth    | , | , | 1 , 9 , |
                   D    M    Y

Date sample taken    | , | , | 1 , 9 , 9 , |
                       D    M    Y

Sex    Male  Female
       ☐ .  ☐

*Tick appropriate box to indicate at which visit type the sample was taken*

SCHEDULED VISIT    ☐
WITHDRAWAL VISIT    ☐

If sample other than scheduled or withdrawal visit, use Sample Registration forms at back of book (Additional Blood Tests).

Signature _____

Sample requirements: 1 Haem., 1Plasma

**DISPATCH IMMEDIATELY WITH SAMPLE IN PACK PROVIDED TO ZENECA PHARMACEUTICALS**

**FOR LABORATORY USE ONLY**

| | | |
|---|---|---|
| Sample Receipt Date : | | |
| Tube Types Received : | EDTA | LI Plasma |
| | | |
| Laboratory Number : | | |
| Computer Input : | | |
| Checked by : | | |
| Progression Slip : | | |
| Record Card : | | |

| | Clin.Chem. | Haem. |
|---|---|---|
| Sample Prepared by : | | |
| Checked by : | | |

005

56

CONFIDENTIAL
AZ/SER 0051471

C55

| **VITAL SIGNS** | | |
|---|---|---|
| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| Reference Range : | Subject Number : | Form I.D. :        1211 |
| | Subject I.D. : | |

Date of assessment    1 [ , , , 1 , 9 , 9 , ]
                              D      M      Y

**HEART RATE AND BLOOD PRESSURE**

|  | Heart Rate | Systolic BP | Diastolic BP |
|---|---|---|---|
| SUPINE | 7 [ , , ] bt/min | 3 [ , , ] / 4 [ , , ] mmHg | |
| STANDING | 8 [ , , ] bt/min | 5 [ , , ] / 6 [ , , ] mmHg | |

Has the subject spontaneously complained of any symptoms during this assessment?   Yes  No
10 [ ] [ ]
Y    N

**IF 'YES', RECORD SYMPTOMS ON ADVERSE EVENT FORM IN SEPARATE BOOKLET**

If related to a positional change (eg. dizziness on standing), please note this when recording the adverse event

**WEIGHT**

ONLY TO BE COMPLETED IF SUBJECT IS WITHDRAWN AT THIS VISIT

Weight        11 [ , , : ] kg

009

57

CONFIDENTIAL
AZ/SER 0051472

C56

---

*CLINICAL GLOBAL IMPRESSION*

| Trial Number : | 5077IL / 0012 |
|---|---|

| Centre Number : |
|---|
| Subject Number : |
| Subject I.D. : |

| Visit Number : |
|---|
| Form I.D. :   522 |

Date of assessment [   |   | 1 , 9 , 9 ]
D    M    Y

**CLINICAL GLOBAL IMPRESSION**

**SEVERITY OF ILLNESS**
Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

☐ 0   Not assessed

☐ 1   Normal, not at all ill

☐ 2   Borderline mentally ill

☐ 3   Mildly ill

☐ 4   Moderately ill

☐ 5   Markedly ill

☐ 6   Severely ill

☐ 7   Among the most extremely ill of subjects

**GLOBAL IMPROVEMENT** - Rate total improvement whether or not it is entirely due to drug treatment.

Compared with the subject's condition at admission to the trial, how much has the subject changed?

☐ 0   Not assessed

☐ 1   Very much improved

☐ 2   Much improved

☐ 3   Minimally improved

☐ 4   No change

☐ 5   Minimally worse

☐ 6   Much worse

☐ 7   Very much worse

002

58

CONFIDENTIAL
AZ/SER 0051473

63

withdrawal from the study, and his mental state was found to be stable. He was reviewed in the neurosurgery outpatient clinic 27 days later and was reported to be well with no signs of tumour or hydrocephalus. He had no relevant past medical history and his physical examination was unremarkable; his neurologic assessment at entry was normal. He was an occasional cannabis smoker, and drank on average 10 to 15 units of alcohol per week (one unit of alcohol is equivalent to half a pint of normal strength beer, or one measure of spirits), a figure greatly increased 1 month before admission to the study. The tumour was judged by the investigator to be probably not related to SEROQUEL.

**Patient 001/00118**      **SEROQUEL 450 mg (bid)**      **Elevated liver enzymes**

This 38-year-old, Caucasian man with chronic, paranoid schizophrenia was withdrawn on Day 14 due to elevated serum liver enzyme concentrations. The event started on Day 7, whilst the patient was receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. The patient continued in the study for a further 7 days and was then withdrawn on Day 14. He remained clinically asymptomatic throughout this period.

The changes in results of liver function tests are summarised in the following table:

| Day | Alkaline phosphatase (IU/L) | ALT (IU/L) | AST (IU/L) |
|---|---|---|---|
| (reference ranges: | 0 - 270 | 0 - 45 | 0 - 65) |
| 0 | 150 | 12 | 12 |
| 7 | 285  H | 448  H | 132  H |
| 14 (patient withdrawn) | 247 | 119  H | 33 |
| 21 (follow-up) | n/a | 62  H | n/a |

H = above upper limit of reference range
n/a = not available

Alkaline phosphatase and AST concentrations were not measured at Day 21, and additional follow-up information is not available. The patient had an unremarkable past medical history. He was receiving no concurrent medication at entry.  During the study he received diazepam 20 mg/day orally on Day 1, and diazepam 10 mg/day orally on Days 2 to 6 and on Days 9 to 11, for agitation.  An ultrasound scan undertaken on Day 7 revealed normal liver texture with no masses or biliary dilatation; spleen, kidney and gall bladder were normal. The elevated liver enzyme concentrations were considered by the investigator to be definitely related to SEROQUEL.

**Patient 005/00506**      **SEROQUEL 450 mg (bid)**      **Somnolence**

This 41-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due to drowsiness on Day 23, whilst receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. She had been receiving no concurrent medication at entry and received procyclidine 5 mg/day orally for restlessness on Day 7. Other adverse events included postural

CONFIDENTIAL
AZ/SER 0050565

C57

| Trial Number :   5077IL / 0012 | *CLINICAL GLOBAL IMPRESSION* | |
|---|---|---|
| | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. :     522 |
| | Subject I.D. : | |

Date of assessment   |   ,   ,   1 , 9 , 9   |
                        D      M      Y

**CLINICAL GLOBAL IMPRESSION**

**SEVERITY OF ILLNESS**

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

☐ 0   Not assessed

☐ 1   Normal, not at all ill

☐ 2   Borderline mentally ill

☐ 3   Mildly ill

☐ 4   Moderately ill

☐ 5   Markedly ill

☐ 6   Severely ill

☐ 7   Among the most extremely ill of subjects

009

CONFIDENTIAL
AZ/SER 0051474

C58

| Trial Number : 5077IL / 0012 | Centre Number : | COMPLETION / WITHDRAWAL |
| --- | --- | --- |
| | Subject Number : | Visit Number : |
| | Subject I.D. : | Form I.D. :  1094 |

Date of final efficacy assessment  1 |___|___|___|1,9,9,|
                               D   M   Y

Date treatment stopped  2 |___|___|___|
                               D   M   Y

                                          Yes  No

Was the subject assigned to randomised treatment?    □ 3 □
                                          Y   N

If "Yes", please specify below that  subject completed the trial per protocol  or indicate primary reason for subject's withdrawal . *(Tick one box only)*

Completed protocol    □ 4 0

Lack of efficacy    □ 1

Subject refused to continue or lost to follow-up    □ 2

Adverse event / intercurrent illness    □ 3   *(Please complete Adverse Event form in separate booklet)*

Protocol non-compliance    □ 4

**DEATH**  *(If the patient died, please complete below)*

Date of death  6 |___|___|___|1,9,9,|
                        D   M   Y

Cause of death  7 _____

_____

                             Yes  No

Post-mortem performed?    □ 8 □
                             Y   N

**PLEASE APPRAISE ALL ONGOING ADVERSE EVENTS AND REVIEW CONCURRENT MEDICATIONS**

001

60

CONFIDENTIAL
AZ/SER 0051475

C59

**PRESCRIPTION RECORD (SEGMENT C)**

| Study Number :  5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :     1214 |
| | Subject I.D. : | |

**WEEK 1**

| Date | 'Seroquel' total daily dose (mg) |
|---|---|
| 1 | 1 , 9 , 9 | 7 | |
| 16 | 1 , 9 , 9 | 21 | |
| 29 | 1 , 9 , 9 | 35 | |
| 43 | 1 , 9 , 9 | 49 | |
| 57 | 1 , 9 , 9 | 63 | |
| 71 | 1 , 9 , 9 | 77 | |
| 85 | 1 , 9 , 9 | 91 | |

069

CONFIDENTIAL
AZ/SER 0051476

C60

**PRESCRIPTION RECORD (SEGMENT C)**

| Study Number : 5077iL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :    1214 |
| | Subject I.D. : | |

Date of visit   1 [ _ | _ | 1 , 9 , 9 ]
                    D    M    Y

**PRESCRIPTION RECORD**

Date current dose first taken  16 [ _ | _ | 1 , 9 , 9 ]          'Seroquel' total daily  21 [ _ ] mg
                                                                  dose prescribed

**If dose has been changed since previous visit list all changes below**

**1st change**
Date new dose started  39 [ _ | _ | 1 , 9 , 9 ]          'Seroquel' new total daily  35 [ _ ] mg
                                                          dose prescribed

**2nd change**
Date new dose started  43 [ _ | _ | 1 , 9 , 9 ]          'Seroquel' new total daily  49 [ _ ] mg
                                                          dose prescribed

**3rd change**
Date new dose started  57 [ _ | _ | 1 , 9 , 9 ]          'Seroquel' new total daily  63 [ _ ] mg
                                                          dose prescribed

**4th change**
Date new dose started  71 [ _ | _ | 1 , 9 , 9 ]          'Seroquel' new total daily  77 [ _ ] mg
                                                          dose

**TABLET COUNTS**

| 25 mg tablets | | 100 mg tablets | |
|---|---|---|---|
| Dispensed | Returned | Dispensed | Returned |
| 10 [ _ ] | 11 [ _ ] | 12 [ _ ] | 13 [ _ ] |

002

62

CONFIDENTIAL
AZ/SER 0051477

C61

*CONCURRENT MEDICATION REVIEW*

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :        1101 |
| | Subject I.D. : | |

Date of visit    1 |   |   | 1 , 9 , 9 |
                         D    M      Y

Has the subject received any concurrent medication since the last visit?    Yes [  ]  s  No [  ]
                                                                             Y           N

**IF 'YES', COMPLETE CONCURRENT MEDICATION FORM IN SEPARATE BOOKLET**

Form I.D. :        528

Has the subject experienced any NEW adverse events?    Yes [  ]  s  No [  ]
                                                       Y           N

**IF 'YES', COMPLETE ADVERSE EVENT FORM IN SEPARATE BOOKLET**

**PLEASE REVIEW ALL ONGOING ADVERSE EVENTS**

001

63

CONFIDENTIAL
AZ/SER 0051478

C62

*CLINICAL GLOBAL IMPRESSION*

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :        522 |
| | Subject I.D. : | |

Date of assessment    ʸ ☐☐ , ☐☐ , 1 , 9 , 9 , ☐☐
                                                      D    M      Y

**CLINICAL GLOBAL IMPRESSION**

**SEVERITY OF ILLNESS**
Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

☐ 0   Not assessed

☐ 1   Normal, not at all ill

☐ 2   Borderline mentally ill

☐ 3   Mildly ill

☐ 4   Moderately ill

☐ 5   Markedly ill

☐ 6   Severely ill

☐ 7   Among the most extremely ill of subjects


**GLOBAL IMPROVEMENT** - Rate total improvement whether or not it is entirely due to drug treatment.

Compared with the subject's condition at admission to the trial, how much has the subject changed?

☐ 0   Not assessed

☐ 1   Very much improved

☐ 2   Much improved

☐ 3   Minimally improved

☐ 4   No change

☐ 5   Minimally worse

☐ 6   Much worse

☐ 7   Very much worse

004

64

CONFIDENTIAL
AZ/SER 0051479

C63

**BPRS SCORE (1)**

| Trial Number :  5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :        526 |
| | Subject I.D. : | |

Date of assessment   1 |   |   | 1 , 9 , 9 |
                         D     M      Y

**BPRS**

**Please enter the score for the term which best describes the subject's condition**

**1. SOMATIC CONCERN**

- 0  Not present
- 1  Very mild
- 2  Mild
- 3  Moderate
- 4  Moderately severe
- 5  Severe
- 6  Extremely severe

3

**2. ANXIETY**

- 0  Not present
- 1  Very mild
- 2  Mild
- 3  Moderate
- 4  Moderately severe
- 5  Severe
- 6  Extremely severe

4

**3. EMOTIONAL WITHDRAWAL**

- 0  Not present
- 1  Very mild
- 2  Mild
- 3  Moderate
- 4  Moderately severe
- 5  Severe
- 6  Extremely severe

5

**4. CONCEPTUAL DISORGANISATION**

- 0  Not present
- 1  Very mild
- 2  Mild
- 3  Moderate
- 4  Moderately severe
- 5  Severe
- 6  Extremely severe

6

002

65

CONFIDENTIAL
AZ/SER 0051480

C64

*CHANGES FROM LAST PHYSICAL EXAM*

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. :   310 |
| | Subject I.D. : | |

Date of examination   1 |   |   | 1 , 9 , 9 |

D        M        Y

Were there any clinically significant changes compared to the previous physical examination?

Yes      No
☐  s  ☐
Y         N

**IF 'YES', COMPLETE AN ADVERSE EVENT FORM IN SEPARATE BOOKLET**

801

CONFIDENTIAL
AZ/SER 0051481

C65

**ZENECA PHARMACEUTICALS**
**SAFETY OF MEDICINES DEPARTMENT**

**CLINICAL PATHOLOGY SAMPLE REGISTRATION**

| Trial Number : 5077IL / 0012 | Centre Number : | |
|---|---|---|
| | Subject Number : | Visit Number : |
| | Subject I.D. | Hospital Number : |

Date of birth     | | | | 1 | 9 | |
         D    M     Y

Date sample taken    | | | | 1 | 9 | 9 | |
         D    M     Y

*Tick appropriate box to indicate at which visit type the sample was taken*

**EXTRA NON-SCHEDULED VISIT** ☐

**FOLLOW-UP (POST TRIAL)** ☐

**RE-BLEED** ☐

Sex    Male ☐   Female ☐

Signature _____

Sample requirements: 1 Haem., 1Plasma

**DISPATCH IMMEDIATELY WITH SAMPLE IN PACK PROVIDED TO ZENECA PHARMACEUTICALS**

**FOR LABORATORY USE ONLY**

| | | |
|---|---|---|
| Sample Receipt Date : | | |
| Tube Types Received : | EDTA | Li Plasma |
| | | |
| Laboratory Number : | | |
| Computer Input : | | |
| Checked by : | | |
| Progression Slip : | | |
| Record Card : | | |

| | Clin. Chem. | Haem. |
|---|---|---|
| Sample Prepared by : | | |
| Checked by : | | |

007

67

CONFIDENTIAL
AZ/SER 0051482

C66

**CLINICAL CHEMISTRY**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| Reference Range : | Subject Number : | Form I.D. :      1096 |
| Assay Date : | Subject I.D. : | |

Date sample taken          1          1 , 9 , 9 ,
                                        D    M    Y

**ADDITIONAL CLINICAL TESTS**

| Test | Result | Specify units |
| --- | --- | --- |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |

Form I.D. :      1204

**ADDITIONAL THYROID OR MISCELLANEOUS TESTS**

| Test | Results | Specify units |
| --- | --- | --- |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |
| _____ | [        ] | _____ |

Signature _____          Date _____          006

68

CONFIDENTIAL
AZ/SER 0051483

64

hypotension on Days 6 to 12 and Days 14 to 19, and lethargy from Day 15 to her withdrawal on Day 23. She had a past medical history of dry mouth, had been previously investigated for pituitary problems and had complained of postural hypotension before entering the study. The drowsiness was considered by the investigator to be probably related to SEROQUEL.

**Patient 007/00708**          **SEROQUEL 450 mg (bid)**                    **Abdomen enlarged**
                                                                          **Weight gain**
                                                                          **Somnolence**

This 37-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn on Day 10 due to abdominal distension, abnormal weight gain and drowsiness whilst receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. The drowsiness resolved 1 day later. Her weight gain was 2.0 kg over 2 weeks, and her weight had returned to pre-study levels 6 days after withdrawal, as did the abdominal distension. She was receiving no concurrent medication at entry and had an unremarkable past medical history other than tubal ligation. The abdominal distension, abnormal weight gain and drowsiness were considered by the investigator to be probably related to SEROQUEL.

**Patient 023/02304**          **SEROQUEL 450 mg (bid)**                          **Hypotension**

This 48-year-old, Caucasian woman with subchronic, catatonic schizophrenia was withdrawn due to hypotension on Day 1 of the dose-escalation phase. At entry she was receiving alprazolam 0.25 mg/day orally for anxiety and lormetazepam 2 mg/day orally for insomnia. Her pulse rate at entry was 80 bpm (supine) and 100 bpm (standing); blood pressure was 100/60 mmHg (supine) and 110/80 mmHg (standing). On the day of withdrawal, her blood pressure was 50/30 (posture not stated); no information is available for pulse rate. Her blood pressure was within normal limits 1 day later. No further details of this adverse event are available. She had no relevant past medical history, other than familial hearing disturbance. The hypotension was considered by the investigator to be definitely related to SEROQUEL due to the temporal relationship.

**Patient 027/02704**          **SEROQUEL 450 mg (bid)**                          **Somnolence**

This 37-year-old, Caucasian man with chronic, undifferentiated schizophrenia was withdrawn due to sedation on Day 4 of the dose-escalation phase. He was receiving no concurrent medication at entry, but had received oxazepam 10 mg orally for anxiety on Day 4. He had a history of eosinophilia and shampoo allergy. The sedation was considered by the investigator to be definitely related to SEROQUEL.

**Patient 029/02909**          **SEROQUEL 450 mg (bid)**                   **Elevated liver enzymes**

This 62-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due to elevated serum liver enzyme concentrations on Day 25, whilst receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. At entry she was receiving flunitrazepam 2 mg/day orally for sleeplessness, which she also received on Days 1 to 4 and Day 6. The onset of the elevation in liver enzyme concentrations was on Day 22 and the patient was treated for this with silibinin (Legalon™, extract of the fruit Sliybi mariani siccum) from Day 22 onwards; she was then withdrawn on Day 25. The patient remained asymptomatic throughout the study.

100

CONFIDENTIAL
AZ/SER 0050566

C67

**HAEMATOLOGY**

| Trial Number :  5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| Reference Range : | Subject Number : | Form I.D. :   1097 |
| Assay Date : | Subject I.D. : | |

Date sample taken | 1 | | | 1 | 9 | 9 |
                                D   M   Y

**ADDITIONAL HAEMATOLOGY TESTS**

| Test | Result | Specify units |
|---|---|---|
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |
| _____ | | _____ |

Signature _____          Date _____          002

69

CONFIDENTIAL
AZ/SER 0051484

C68

CONFIDENTIAL
AZ/SER 0051485

C69



CONCURRENT MEDICATION (II)

Trial Number : 5077L / 0012

Centre Number :
Subject Number :
Subject I.D. :

Visit Number : 23
Form I.D. : 1053

RECORD ALL CONCURRENT MEDICATION BELOW

| Drug | Indication | Total Daily Dose (mg) | Route | Date started | Date stopped | Continuing Yes |

Signature _____   Date _____

CONFIDENTIAL
AZ/SER 0051486

C70

## OPHTHALMOLOGIC EXAMINATION (I)

| Trial Number :   5077fL / 0012 | Centre Number : | Visit Number :    01 |
|---|---|---|
| | Subject Number : | Form I.D. :    942 |
| | Subject I.D. : | |

**PRE-TRIAL SCREEN**
**(SEGMENT A)**

Date of examination    1 [      ] [      ] [  1 , 9 , 9  ]
D    M    Y

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| Best corrected distance visual acuity (Snellen) | 20/  2 [      ] | 20/  14 [      ] |
| Pupil size at full dilatation*<br>(Eye excluded if mydriasis <6mm) | 3 [      ] mm | 15 [      ] mm |

**Slit Lamp Examination**

A.    Cornea

| Normal | Abnormal |
|---|---|
| [ ]  4 | [ ] |
| 1 | 2 |

If 'Abnormal', describe:    5 _____

| Normal | Abnormal |
|---|---|
| [ ]  16 | [ ] |
| 1 | 2 |

17 _____

B.    Anterior chamber

| Normal | Abnormal |
|---|---|
| [ ]  6 | [ ] |
| 1 | 2 |

If 'Abnormal', describe:    7 _____

| Normal | Abnormal |
|---|---|
| [ ]  18 | [ ] |
| 1 | 2 |

19 _____

C.    Ocular lens

| Normal | Abnormal |
|---|---|
| [ ]  8 | [ ] |
| 1 | 2 |

If 'Abnormal', describe:    9 _____

| Normal | Abnormal |
|---|---|
| [ ]  20 | [ ] |
| 1 | 2 |

21 _____

\* If no contraindication to mydriasis, dilate using two drops each of 0.5% tropicamide and 2.5% phenylephrine HCL.

Optometrist's/Ophthalmologist's Signature _____ Date _____

**SAFARI STUDY - SEGMENT A**

601

72

CONFIDENTIAL
AZ/SER 0051487

C71

*OPHTHALMOLOGIC EXAMINATION (II)*

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : 01 |
|---|---|---|
| | Subject Number : | Form I.D. : 942 |
| | Subject I.D. : | |

**Lens Opacities Classification Scale Using LOCS III**

Refer to the standards provided. For each cataract type, C, P, NO, and for NC, assign a LOCS III decimal score. If the cataract feature is identical to that in the relevant standard, the score is the number of that standard. If it is halfway between that and the next highest standard, it is the number of that standard plus 0.5 (i.e. 1.5, 2.5 etc.). If the extent or severity of the cataract is more than the lesser standard (i.e. 1.0), but less than a cataract midway along the interval (i.e. 1.5), the decimal grade might be 1.1, 1.2, 1.3 or 1.4. The lowest score, for no cataract, is 0.1 for all types. The highest score, for C and P cataracts is 5.9; for NO and NC, it is 6.9. The rules for estimating the nuclear opalescence, nuclear colour, cortical or posterior subcapsular cataract are detailed in the LOCS III paper (Chylack et al. Arch. Ophthalmol. 111:831, 1993). Please read and understand this before applying LOCS III at the slitlamp.

|  |  | Right Eye | Left Eye |
|---|---|---|---|
| 1. | **Cortical Cataract (C)** There are 5 standards: C1 to C5 (Middle row) Range: No cataract (clear) = 0.1 Most severe cataract (very opaque) = 5.9 | 10 [ . ] | 22 [ . ] |
| 2. | **Posterior Subcapsular (P)** There are 5 standards: P1 to P5 (Bottom Row) Only grade if visible against red reflex. Range: No cataract (clear) = 0.1 Most severe cataract (totally opaque) = 5.9 | 11 [ . ] | 23 [ . ] |
| 3. | **Nuclear Opalescence (NO)** There are 6 standards: NO1 to NO6 (Top row) The average opalescence of the entire nucleus is graded Range: No cataract (clear) = 0.1 Most severe cataract (very opalescent) = 6.9 | 12 [ . ] | 24 [ . ] |
| 4. | **Nuclear Colour (NC)** There are 6 standards: NC1 to NC6 (Top row) The colour of the posterior reflex and the nucleus are graded Range: Colourless = 0.1 Very brunescent = 6.9 | 13 [ . ] | 25 [ . ] |

5.  Were retroillumination photographs taken according to the instruction manual?  Yes [ ] Y  No [ 25 ] N

If 'No', why not? _____

Optometrist's/Ophthalmologist's Signature _____ Date _____

* Adapted from Chylack et al., *Arch. Opthalmol.* III: 831, 1993

**SAFARI STUDY - SEGMENT A**

001

73

CONFIDENTIAL AZ/SER 0051488

C72

**OPHTHALMOLOGIC EXAMINATION (I)**

| Trial Number : 5077iL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. : 942 |
| | Subject I.D. : | |

**COMPLETION (OR WITHDRAWAL FROM) SEGMENT B**

Date of examination [ | | | 1 , 9 , 9 | ]
D   M   Y

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| Best corrected distance visual acuity (Snellen) | 20/ 2 [ ] | 20/ 14 [ ] |
| Pupil size at full dilatation* (Eye excluded if mydriasis <6mm) | 3 [ ] mm | 15 [ ] mm |

**Dilated Slit Lamp Examination**

A. Cornea

Normal [ ] 4   Abnormal [ ] 2     Normal [ ] 16   Abnormal [ ] 2
       1                              1

If 'Abnormal', describe: 5 _____     17 _____

_____     _____

B. Anterior chamber

Normal [ ] 6   Abnormal [ ] 2     Normal [ ] 18   Abnormal [ ] 2
       1                              1

If 'Abnormal', describe: 7 _____     19 _____

_____     _____

C. Ocular lens

Normal [ ] 8   Abnormal [ ] 2     Normal [ ] 20   Abnormal [ ] 2
       1                              1

If 'Abnormal', describe: 9 _____     21 _____

_____     _____

* If no contraindication to mydriasis, dilate using two drops each of 0.5% tropicamide and 2.5% phenylephrine HCL

Has there been a significant change in any of the above exams since the screening ophthalmologic exam?

Visual Acuity

Yes [ ] 28   No [ ]     If 'Yes', describe 29 _____
        Y             N

**Dilated Slit Lamp:**

Cornea

Yes [ ] 30   No [ ]     If 'Yes', describe 31 _____

Anterior chamber

Yes [ ] 32   No [ ]     If 'Yes', describe 33 _____

Ocular lens

Yes [ ] 34   No [ ]     If 'Yes', describe 35 _____
        Y             N

Optometrist's/Ophthalmologist's Signature _____ Date _____

**SAFARI STUDY - END OF SEGMENT B**

002

74

CONFIDENTIAL
AZ/SER 0051489

C73

*OPHTHALMOLOGIC EXAMINATION (II)*

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. :      942 |
| | Subject I.D. : | |

**Lens Opacities Classification Scale Using LOCS III**

Refer to the standards provided.  For each cataract type, C, P, NO, and for NC, assign a LOCS III decimal score.  If the cataract feature is identical to that in the relevant standard, the score is the number of that standard.  If it is halfway between that and the next highest standard, it is the number of that standard plus 0.5 (i.e. 1.5, 2.5 etc.).  If the extent or severity of the cataract is more than the lesser standard (i.e. 1.0), but less than a cataract midway along the interval (i.e. 1.5), the decimal grade might be 1.1, 1.2, 1.3 or 1.4.  The lowest score, for no cataract, is 0.1 for all types.  The highest score, for C and P cataracts is 5.9; for NO and NC, it is 6.9.  The rules for estimating the nuclear opalescence, nuclear colour, cortical or posterior subcapsular cataract are detailed in the LOCS III paper (Chylack et al. Arch. Ophthalmol. 111:831, 1993).  Please read and understand this before applying LOCS III at the slitlamp.

|  |  | Right Eye | Left Eye |
|---|---|---|---|
| **1.** | **Cortical Cataract (C)** | | |
| | There are 5 standards: C1 to C5 (Middle row) | | |
| | Range: | | |
| | No cataract (clear) = 0.1 | | |
| | Most severe cataract (very opaque) = 5.9 | 10 [ . ] | 22 [ . ] |
| **2.** | **Posterior Subcapsular (P)** | | |
| | There are 5 standards: P1 to P5 (Bottom Row) | | |
| | Only grade if visible against red reflex. | | |
| | Range: | | |
| | No cataract (clear) = 0.1 | | |
| | Most severe cataract (totally opaque) = 5.9 | 11 [ . ] | 23 [ . ] |
| **3.** | **Nuclear Opalescence (NO)** | | |
| | There are 6 standards: NO1 to NO6 (Top row) | | |
| | The average opalescence of the entire nucleus is graded | | |
| | Range: | | |
| | No cataract (clear) = 0.1 | | |
| | Most severe cataract (very opalescent) = 6.9 | 12 [ . ] | 84 [ . ] |
| **4.** | **Nuclear Colour (NC)** | | |
| | There are 6 standards: NC1 to NC6 (Top row) | | |
| | The colour of the posterior reflex and the nucleus are graded | | |
| | Range: | | |
| | Colourless = 0.1 | | |
| | Very brunescent = 6.9 | 13 [ . ] | 85 [ . ] |

|  | Yes | No |
|---|---|---|
| **5.** Were retroillumination photographs taken according to the instruction manual? | [ ] | [ ] |
| | Y | N |

If 'No', why not?   *27* _____

Optometrist's/Ophthalmologist's Signature _____ Date _____

\* Adapted from Chylack et al., Arch. Opthalmol. III: 831,1993

**SAFARI STUDY - END OF SEGMENT B**

002

CONFIDENTIAL
AZ/SER 0051490

C74



CONFIDENTIAL
AZ/SER 0051491

**APPENDIX  D**

**Protocol and protocol amendments**

Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **D1 to D85**

Protocol amendments* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **D86 to D121**

Protocol used at centres in Canada . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **D122 to D198**

*Protocol amendment 10 was written to give guidance to an investigator at Centre 073.  This investigator did not take part in the trial and hence this draft amendment is not included in this report.

**CONFIDENTIAL**
**AZ/SER 0051492**

D1

ZENECA PHARMACEUTICALS

CNS INTERNATIONAL PROJECT TEAM

A MULTICENTRE, DOUBLE-BLIND, RANDOMISED
COMPARISON OF DOSE AND DOSE REGIMEN OF
SEROQUEL IN THE TREATMENT OF SUBJECTS
WITH ACUTE EXACERBATION OF SUBCHRONIC
OR CHRONIC SCHIZOPHRENIA

5077IL/0012

FINAL PROTOCOL

S A F A R I

C O N F I D E N T I A L

78

CONFIDENTIAL
AZ/SER 0051493

65

Results of her liver function tests are summarised below:

| Day | Alkaline phosphatase (IU/L) | | ALT (IU/L) | | AST (IU/L) | |
|---|---|---|---|---|---|---|
| (reference ranges: | 0 - 270 | | 0 - 45 | | 0 - 65) | |
| 0 | 302 | H | 26 | | 23 | |
| 8 | 715 | H | 89 | H | 60 | |
| 15 | 693 | H | 106 | H | 89 | H |
| 22 | 756 | H | 96 | H | 58 | |
| 26 (follow-up) | 759 | H | 134 | H | 62 | |

H = above the upper limit of reference range

The patient had a past medical history of hypertension, and her hepatitis status was non-A/non-B positive.  No further information on the history of her liver disease and no follow-up data are available.  The elevation in liver enzyme concentrations was judged by the investigator to be probably related to SEROQUEL.

**Patient 035/03506          SEROQUEL 450 mg (bid)                    Leucopenia**

This 61-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due to leucopenia and neutropenia on Day 24, whilst receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. At entry she was receiving temazepam 20 mg/day orally for insomnia and diazepam 30 mg/day orally for psychosis.  She continued to receive temazepam 20 mg/day until withdrawal, and received diazepam at doses of 30 mg/day until Day 2, 5 mg/day from Days 3 to 9, and 10 mg/day from Days 10 to 12.  She remained asymptomatic and the white blood cell (WBC) and neutrophil counts returned to within the reference range 7 days after withdrawal.

Her WBC and neutrophil counts were as follows:

| Day | WBC (x $10^9$ cells/L) | | Neutrophils (x $10^9$ cells/L) | |
|---|---|---|---|---|
| (reference ranges: | 4.0 to 11.0 | | 2.0 to 7.5) | |
| 0 | 5.0 | | 2.3 | |
| 6 | 4.2 | | 1.5 | L |
| 13 | 4.8 | | 2.8 | |
| 21 | 3.6 | L | 1.4 | L |
| 24 | 3.1 | L | 1.7 | L |
| 28 (follow-up) | 3.7 | L | 1.4 | L |
| 31 (follow-up) | 4.9 | | 2.5 | |

L = below lower limit of reference range

The patient had an unremarkable past medical history.  The relationship of the leucopenia and neutropenia to treatment with SEROQUEL was considered by the investigator to be undetermined.

CONFIDENTIAL
AZ/SER 0050567

D2

A multicentre, double-blind, randomised, comparison of dose and dose regimen of 'Seroquel' in the treatment of subjects with acute exacerbation of subchronic or chronic schizophrenia.

**TRIAL NUMBER:** 5077IL/0012          **CENTRE NUMBER:** 002

---

**INVESTIGATOR:**
Dr D J King
Department of Therapeutics and Pharmacology
Queens University of Belfast
97 Lisburn Road
Belfast
BT9 7BL

I agree to perform this trial to Good Clinical Practice and in particular to report any adverse events in accordance with the protocol.  I understand that the safety of the subject is my first concern.

Signature ................................

Date ........................ 21 August 1993 .

**ZENECA PERSONNEL (HEADQUARTERS):**
CNS International Project Team
ZENECA Pharmaceuticals
Mereside, Alderley Park,
Macclesfield, Cheshire
Tel:  0625 582828

**INTERNATIONAL CLINICAL PROJECT DIRECTOR**
Dr R A V Milsted

**DRUG TEAM LEADER**
Dr C G G Link

Signature ...........................

Date ........................

**CLINICAL RESEARCH ASSOCIATE**
Miss J Ryan

**INTERNATIONAL PROJECT STATISTICIAN**
Barbara G Miller

**FIRST PATIENT**
**ENTRY DATE:** 1st July 1993

**LAST PATIENT**
**ENTRY DATE:**  21st December 1994

79

CONFIDENTIAL
AZ/SER 0051494

D3

## TRIAL PERSONNEL

ZENECA Personnel may be contacted on the following numbers:

### PHARMA PERSONNEL

#### UK PERSONNEL

| | |
|---|---|
| Dr Chris Link<br>Drug Team Leader | 0625 514797 |
| Mrs Alison Smith<br>Clinical Associate | 0625 514339 |
| Mr Barney Horne<br>Clinical Research Associate | 0625 516811 |
| Ms Lesley Farrow<br>Clinical Research Associate | 0625 512839 |
| Miss Jane Ryan<br>Clinical Research Associate | 0625 514596 |
| CNS Office Facsimile (Direct) | 0625 582787 |
| Product Safety Group<br>Adverse Event Reporting | Fax<br>0625 586874 |

Outside office hours the above headquarters personnel may be contacted via the ZENECA switchboard 0625 582828 (from overseas 44.625 582828)

80

CONFIDENTIAL<br>AZ/SER 0051495

D4

## CONTENTS

PAGE NUMBER

TITLE PAGE
SIGNATURE PAGE/STATEMENT OF AGREEMENT
TRIAL PERSONNEL
CONTENTS
LIST OF ABBREVIATIONS

SUMMARY                                               (i) - (iii)
TRIAL PLAN - ASSESSMENT SCHEDULE                      (iv) - (v)

1.     INTRODUCTION                                        1
1.1    Pharmacology                                        1
1.2    Toxicology                                          2
1.3    Human Pharmacokinetics and Bioavailability          3
1.4    Clinical Development                                3
1.4.1  Efficacy                                            3
1.4.2  Safety                                              5
1.5    Summary and Rationale                               6

2.     OBJECTIVES                                          8
2.1    Primary                                             8
2.2    Secondary                                           8

3.     TRIAL DESIGN                                        9
3.1    Design                                              9
3.2    Visit Structure                                     9

4.     SUBJECT SELECTION                                  10
4.1    Source of Subjects                                 10
4.2    Number of Subjects                                 10

CONFIDENTIAL
AZ/SER 0051496

D5

## CONTENTS CONTINUED

| | | PAGE NUMBER |
|---|---|---|
| 4.3 | Inclusion Criteria | 10 |
| 4.4 | Exclusion Criteria | 11 |
| 4.5 | Subject Restrictions | 12 |
| 5. | TRIAL DRUGS | 13 |
| 5.1 | Formulation, Packaging and Storage | 13 |
| 5.2 | Drug Administration, Route, Dose and Duration | 14 |
| 5.2.1 | Segment B | 14 |
| 5.2.2 | Segment C | 15 |
| 5.3 | Randomisation | 15 |
| 5.4 | Drug Accountability | 16 |
| 6. | CONCURRENT TREATMENT | 18 |
| 6.1 | Psychotropic Medication | 18 |
| 6.2 | Other Therapy | 19 |
| 7. | TRIAL METHODS | 20 |
| 7.1 | Procedural Summary | 20 |
| 7.1.1 | Segment A | 20 |
| 7.1.2 | Segment B | 21 |
| 7.1.3 | Segment C | 22 |
| 7.2 | Clinical and Laboratory Evaluations | 22 |
| 7.2.1 | Psychiatric Rating Scales | 22 |
| 7.2.2 | Neurological Rating Scales | 23 |
| 7.2.3 | Assessment of Adverse Events | 23 |
| 7.2.4 | Clinical Laboratory Tests | 23 |
| 7.2.5 | Electrocardiogram (ECG) | 25 |
| 7.2.6 | Vital Signs | 26 |
| 7.2.7 | Physical Examination | 26 |

CONFIDENTIAL
AZ/SER 0051497

D6

CONTENTS CONTINUED

|  |  | PAGE NUMBER |
|---|---|---|
| 8. | ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS | 27 |
| 8.1 | Adverse Events | 27 |
| 8.2 | Serious Adverse Events | 28 |
| 8.3 | Withdrawal of Subjects | 28 |
| 8.4 | Codebreaks | 29 |
|  |  |  |
| 9. | DATA MANAGEMENT AND STATISTICAL CONSIDERATIONS | 30 |
| 9.1 | Data Management | 30 |
| 9.2 | Statistical Methods | 30 |
| 9.2.1 | Power and Sample Size | 30 |
| 9.2.2 | Methods of Analysis | 31 |
| 9.2.2.(a) | Efficacy | 31 |
| 9.2.2.(b) | Safety | 35 |
| 9.2.2.(c) | Segment C | 37 |
|  |  |  |
| 10. | ADMINISTRATIVE ASPECTS | 39 |
| 10.1 | Trial Commencement and Discontinuation | 39 |
| 10.2 | Laboratory Accreditation | 39 |
| 10.3 | Monitoring | 39 |
| 10.3.1 | Data Verification | 40 |
| 10.4 | Record Retention | 41 |
| 10.5 | Disclosure/Publication of Data | 41 |
| 10.6 | Other Documentation | 42 |
| 10.6.1 | CVs, Ethics Committee Approval and Laboratory Reference Ranges | 42 |
| 10.6.2 | Protocol Amendments | 42 |
| 10.6.3 | Investigator Files | 43 |
| 10.6.4 | Trial Participation Cards | 43 |
| 10.6.5 | Subject Medical Records | 44 |
| 10.6.6 | Informing of Subject's Family Doctor | 44 |
| 10.6.7 | Indemnity | 44 |
| 10.7 | Handling of 'High Risk' Samples | 44 |

CONFIDENTIAL
AZ/SER 0051498

D7

## CONTENTS CONTINUED

|  |  | PAGE NUMBER |
|---|---|---|
| 11. | ETHICAL CONSIDERATIONS | 45 |
| 11.1 | Declaration of Helsinki | 45 |
| 11.2 | Ethics Committee | 45 |
| 11.3 | Informed Consent | 45 |
| 11.4 | Confidentiality of Subjects | 46 |

## APPENDICES

| A. | Declaration of Helsinki | A1 - A4 |
|---|---|---|
| B. | Subject Information Sheet, Consent Forms | B1 - B3 |
| C. | Hepatitis B Virus and HIV Positive Materials | C1 |
| D. | DSM IIIR Diagnosis for Schizophrenia | D1 - D3 |
| E. | Diagnostic Criteria for Psychoactive Substance Dependence | E1 - E2 |
| F. | Safety Monitoring Guidelines | F1 - F2 |
| G. | Dose Escalation Schema | G1 |
| H. | References | H1 |

CONFIDENTIAL
AZ/SER 0051499

D8

**ABBREVIATIONS:**

| | |
|---|---|
| AIDS | = Acquired Immune Deficiency Syndrome |
| AIMS | = Abnormal Involuntary Movement Scale |
| ALT | = alanine aminotransferase |
| AST | = aspartate aminotransferase |
| b.d. | = twice daily |
| BPRS | = Brief Psychiatric Rating Scale |
| CGI | = Clinical Global Impression |
| CRA | = Clinical Research Associate |
| CRF | = Case Report Form |
| CV | = curriculum vitae |
| DSM-IIIR | = Diagnostic and Statistical Manual of Mental Disorders (3rd edition, Revised) |
| ECG | = electrocardiogram |
| EPS | = extra-pyramidal symptoms |
| HCG | = human chorionic gonadotrophin |
| IC50 | = receptor affinity measured as concentration to produce 50% displacement of ligand |
| 5HT | = 5-hydroxytryptamine |
| kg | = kilogrammes |
| LFT | = liver function tests |
| LLRR | = lower limit of reference range |
| mg | = milligrammes |
| nM | = nanomolar |
| QA | = Quality Assurance |
| QTc | = corrected QT interval |

CONFIDENTIAL
AZ/SER 0051500

D9

ABBREVIATIONS (Continued)

| | | |
|------|---|---|
| SANS | = | Scale for the Assessment of Negative Symptoms |
| t.i.d. | = | three times a day |
| $t_{max}$ | = | mean time to peak plasma level concentration |
| $t_{1/2}$ | = | mean plasma half life |
| T4 | = | thyroxine |
| TD | = | tardive dyskinesia |
| TSH | = | thyroid stimulating hormone |
| ULRR | = | upper limit of reference range |
| WCC | = | white cell count |

CONFIDENTIAL
AZ/SER 0051501

D10

(i)

PROTOCOL SUMMARY

1    TITLE:                    A multicentre, double-blind, randomised,
                               comparison of dose and dose regimen of
                               'Seroquel' in the treatment of subjects with
                               acute exacerbation of subchronic or chronic
                               schizophrenia.

2    OBJECTIVES:

2.1  Primary                   To compare the efficacy of a total daily dose
                               of 'Seroquel' of 450 mg (administered both as
                               225 mg b.d. and 150 mg t.i.d.) with a total
                               daily dose of 'Seroquel' of 50 mg
                               (administered as 25 mg b.d.) over a 6-week
                               period in the treatment of subjects with acute
                               exacerbation of subchronic or chronic
                               schizophrenia.

                               To compare the efficacy of total daily doses
                               of 'Seroquel' of 450 mg administered as
                               225 mg b.d. and 150 mg t.i.d. over a 6-week
                               period in the treatment of the above subject
                               population.

2.2  Secondary                 To compare the safety and tolerability of
                               total daily doses of 'Seroquel' of 450 mg
                               (administered both as 225 mg b.d. and 150 mg
                               t.i.d.) and of 50 mg (administered as 25 mg
                               b.d.) over a 6-week period in the treatment of
                               the above subject population.

                               To obtain long-term safety data for 'Seroquel'
                               over a further 52 weeks.

87

CONFIDENTIAL
AZ/SER 0051502

D11

(ii)

3   **TRIAL DESIGN:**          The trial will be an international, multicentre, double-blind, randomised, parallel-group comparison of 3 dosage regimens of 'Seroquel' in the treatment of acute exacerbation of schizophrenia, followed by an optional open extension of treatment with 'Seroquel'.

4   **TYPE AND NUMBER**        Subjects eligible for entry into the trial
    **OF SUBJECTS:**           will be those with an acute exacerbation of subchronic or chronic schizophrenia, as defined by DSM-IIIR categories 295.1, 295.2, 295.3, and 295.9.

                               A total of 510 subjects will be investigated, consisting of 170 subjects in each of the three 'Seroquel' treatment groups.  Each centre participating in the trial will aim to provide at least 12 subjects.

5   **TRIAL TREATMENT:**       Subjects will be randomised to receive one of three fixed doses of 'Seroquel'.  The doses will be 25 mg b.d., 225 mg b.d, and 150 mg t.i.d.

6   **DURATION OF**            There will be a 6-week, randomised phase of
    **TREATMENT:**             treatment followed by an optional, 52-week, open extension phase of treatment with 'Seroquel'.

7   **PRIMARY MEASURES:**      Efficacy will be measured in terms of changes in the total BPRS, and CGI Severity of Illness scores, measured at entry to and completion of or withdrawal from the randomised phase.

CONFIDENTIAL
AZ/SER 0051503

66

**Patient 037/03701**     **SEROQUEL 450 mg (bid)**                    **Depression**

This 47-year-old, Caucasian man with chronic, disorganised schizophrenia was withdrawn due
to depression on Day 16, whilst receiving SEROQUEL 450 mg/day, administered on a
twice-daily basis. He was receiving no concurrent medication at entry, although he received
diazepam 30 mg/day orally for anxiety, flunitrazepam 1 mg/day orally for insomnia and
loperamide 2 mg/day orally for diarrhoea from Days 7 to 16. The investigator reported that the
depression resolved 6 days after withdrawal from the study. The patient had no relevant past
medical history, other than transient spasmodic diarrhoea and seborrhoeic dermatitis. No
further details are available. The depression was considered by the investigator to be probably
not related to SEROQUEL.


**Patient 044/04404**     **SEROQUEL 450 mg (bid)**                    **Leucopenia**

This 46-year-old, Hispanic man with subchronic, undifferentiated schizophrenia was withdrawn
due to neutropenia on Day 26, whilst receiving SEROQUEL 450 mg/day, administered on a
twice-daily basis. He was receiving no concurrent medication at entry. The patient remained
asymptomatic throughout the period of the event, and the WBC and neutrophil counts returned
to within the reference range by the day of withdrawal.

His WBC and neutrophil counts were as follows:

| Day | WBC (x $10^9$ cells/L) | | Neutrophils (x $10^9$ cells/L) | |
|---|---|---|---|---|
| (reference ranges: | 4.0 to 11.0 | | 2.0 to 7.5) | |
| 0 | 4.7 | | 3.1 | |
| 7 | 4.1 | | 2.5 | |
| 21 | 3.4 | L | 1.8 | L |
| 24 (additional sample) | 3.3 | L | 1.3 | L |
| 26 (additional sample) | 4.3 | | 2.4 | |
| 28 (follow-up) | 5.1 | | 3.2 | |

L = below lower limit of reference range


The patient had an unremarkable past medical history. The neutropenia was judged by the
investigator to be definitely related to SEROQUEL.


**Patient 078/07808**     **SEROQUEL 450 mg (bid)**                    **Tachycardia**

This 38-year-old, Caucasian man with chronic, undifferentiated schizophrenia was withdrawn
due to tachycardia on Day 13, whilst receiving SEROQUEL 450 mg/day, administered on a
twice-daily basis. He was receiving no concurrent medication at entry, and had an
unremarkable past medical history. The relationship of the tachycardia to treatment with
SEROQUEL was considered by the investigator to be undetermined. No follow-up information
is available.

102

CONFIDENTIAL
AZ/SER 0050568

D12

(iii)

8   <u>SECONDARY MEASURES</u>:     Tolerability and safety measures will include reporting of adverse events, haematology and clinical chemistry, (including thyroid function tests) and monitoring of vital signs and weight.

A secondary measure of efficacy will be in terms of changes from entry to the trial in the SANS total score.

The occurrence of emergent extrapyramidal symptoms and akathisia will be measured in terms of changes from entry to the trial in the AIMS and Simpson Scale scores.

89

CONFIDENTIAL
AZ/SER 0051504

D13

(iv)

**TRIAL PLAN - ASSESSMENT SCHEDULE**

**RANDOMISED PHASE**

| | DAYS RELATIVE TO BASELINE | | | TRIAL WEEK | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ASSESSMENT** | -7 to -3 | -2 | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| Informed consent | X | | | | | | | | |
| Diagnosis/psychiatric history | X | | | | | | | | |
| Medical history | X | | | | | | | | |
| Haematology and LFTs | X | | | X | X | X | X | X | X |
| Thyroid function tests | X | | | | | | | | X |
| Prolactin | X | | | | X | | | | |
| HCG (pregnancy test) | X | | | | | | | | X |
| ECG | X | | | | | | | | |
| Physical examination | X | | | | | | | | X |
| Vital signs | X | | | X | X | X | X | X | X |
| Weight | X | | | | | | | | X |
| Withdraw psychotropic medication | | X | | | | | | | |
| BPRS, SANS, CGI | | | X | X | X | X | X | X | X |
| AIMS, Simpson | | | X | X | X | X | X | X | X |
| Inclusion/exclusion criteria | | | X | | | | | | |
| Start trial medication (= Day 1) | | | | X | | | | | |
| Dispense trial medication | | | | X | X | X | X | X | X |
| Adverse event reporting | | | | X | X | X | X | X | X |
| Completion of randomised phase | | | | | | | | | X |

90

CONFIDENTIAL
AZ/SER 0051505

D14

(v)

## TRIAL PLAN - ASSESSMENT SCHEDULE

### OPEN EXTENSION PHASE

| ASSESSMENT | \multicolumn{15}{c}{TRIAL WEEK - SEGMENT C} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 4<br>1<br>mth | 8 | 12<br>3<br>mths | 16 | 20<br>5<br>mths | 24<br>6<br>mths | 28 | 32 | 36<br>9<br>mths | 40 | 44 | 48 | 52 |
| Haematology and LFTs | X |  | X | X | X | X | X | X | X |  | X | X |  |  | X |
| Thyroid function tests |  |  | X |  | X |  |  | X |  |  | X |  |  |  | X |
| HCG (pregnancy test) |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |
| Vital signs | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Weight | X |  |  | X |  |  |  | X |  |  | X |  |  |  | X |
| Adverse event reporting | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| BPRS, SANS, CGI |  | X | X | X | X |  | X | X |  | X | X |  |  |  | X |
| AIMS, Simpson |  | X | X | X | X |  |  | X |  |  | X |  |  |  | X |
| Dispense trial medication | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Physical examination |  |  |  |  |  |  |  |  |  |  |  | X |  | X | X |
| Completion of extension phase |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |

91

CONFIDENTIAL
AZ/SER 0051506

D15

5077IL/0012
Final: 26.04.93

1

# 1   INTRODUCTION

ICI 204636 (ZD5077) is a dibenzothiazepine derivative in clinical development by ZENECA Pharmaceuticals for the treatment of schizophrenia.  ZENECA Pharmaceuticals has filed to use the trade name 'Seroquel' and this name will be used in the Phase III trials.  'Seroquel' is designated chemically as 2-(2-[4-(dibenzo[b,f][1,4] thiazepin-11-yl)piperazin-1-yl] ethoxy)ethanol, fumarate salt.

Schizophrenia is a serious, usually life-long illness affecting approximately 1% of the population with onset of symptoms typically in young adulthood.  It has a deteriorating course punctuated by intermittent episodes of acute psychosis, and has a devastating effect on sufferers and their families alike.

Available treatments for schizophrenia are usually effective in controlling the positive symptoms of the disease, such as delusions, hallucinations, suspiciousness and conceptual disorganisation, but have a variable efficacy against negative symptoms, such as withdrawal, social isolation, anhedonia and blunted affect.  Furthermore they have the ability to induce distressing side effects such as extrapyramidal symptoms (EPS) and tardive dyskinesia (TD).

Based on animal models predictive of these side effects, 'Seroquel' should produce a markedly reduced incidence of EPS and TD when compared to currently available antipsychotic drugs, whilst possessing comparable antipsychotic activity.

## 1.1   Pharmacology

'Seroquel' is a novel antipsychotic agent intended for the treatment of schizophrenia and other psychotic disorders.  It exhibits high affinity for brain serotonin $5HT_2$ receptors ($IC_{50}$ = 148 nM) and lower affinity for dopamine D2 and D1 receptors ($IC_{50}$s = 329 and 1,243 nM, respectively).

92

CONFIDENTIAL
AZ/SER 0051507

D16

5077IL/0012
Final: 26.04.93

2

'Seroquel' possesses considerably less muscarinic cholinergic ($IC_{50} > 10,000$ nM) and alpha-1 adrenergic ($IC_{50} = 90$ nM) receptor antagonist activity compared with standard antipsychotic agents (eg, haloperidol).

'Seroquel' is active orally in classical tests for antipsychotic activity (eg conditioned avoidance tests and behavioural or electrophysiological tests measuring the reversing actions of dopamine agonists) and possesses substantial selectivity for the limbic system.

Additionally, 'Seroquel', unlike standard antipsychotic agents, demonstrates little or no activity in haloperidol-sensitised or drug-naive cebus monkeys, and does not produce depolarisation inactivation of nigrostriatal dopamine neurons, paradigms considered predictive of extrapyramidal side effect liability.

1.2   Toxicology

'Seroquel' has undergone a toxicological programme directed at supporting clinical evaluation in man.  'Seroquel' has a low acute toxicity and has shown no evidence of teratogenic, mutagenic or clastogenic potential in the various tests conducted in dog, rat and mouse.

Two toxicologic findings with potential implications for treatment with 'Seroquel' in man include the formation of cataracts of the ocular lens at the top dose of 100 mg/kg/day in the 6-month dog trial and thyroidal pigment deposition, follicular cell hypertrophy, and increased thyroid stimulating hormone (TSH) levels in the 6-month rat trial.

Lenticular defects have not been observed in the cynomolgus monkey after 12 months of exposure to 'Seroquel' at 43.5 mg/kg/day nor have cataracts been noted in man with up to 6 weeks of exposure to 'Seroquel'.  Pigment deposition or changes in thyroid function have not been seen in the 6-month dog trial or in the cynomolgus monkeys after 12 months of exposure.

CONFIDENTIAL
AZ/SER 0051508

D17

5077IL/0012
Final: 26.04.93

3

Small decreases in mean total T4 levels without associated changes in TSH
levels have been seen in one early Phase II placebo-controlled trial
(5077IL/0006).  There were no associated cases of clinical hypothyroidism.

## 1.3   Human Pharmacokinetics and Bioavailability

The pharmacokinetics of 'Seroquel' in man have been investigated in a total
of seven trials.  After oral administration, 'Seroquel' is rapidly absorbed
with a mean time to peak plasma level concentration ($T_{max}$) ranging from 1.2
to 1.8 hours.  The elimination of 'Seroquel' is also rapid with mean
half-life ($t_{\frac{1}{2}}$) values observed in normal male subjects and in male subjects
with schizophrenic symptomatology ranging from 2.2 to 3.2 hours.  'Seroquel'
is moderately bound (83%) to plasma protein.

Seroquel is extensively metabolised.  Less than 1% of the administered oral
dose is excreted unchanged in the urine and faeces.  Approximately 73% and
21% of a radiolabelled (14C) dose of 'Seroquel' is excreted in the urine and
faeces, respectively.  In man, the largest fractions of 'Seroquel'-related
material circulating in plasma are unchanged 'Seroquel' (11%) and the
inactive (at the dopamine D2 receptor) sulfoxide metabolite (10%).

## 1.4   Clinical Development

### 1.4.1   Efficacy

Two placebo-controlled clinical trials have demonstrated the efficacy of
'Seroquel' in the treatment of hospitalised subjects with acute exacerbation
of chronic and subchronic schizophrenia.  The first trial (5077IL/0004) was a
US, double-blind, randomised, placebo-controlled, rising-dose safety,
tolerability and plasma level evaluation of 'Seroquel' in 12 male
schizophrenic subjects with mild to moderate symptomatology.  Eight subjects
were treated with 'Seroquel' in doses up to 250 mg/day for 21 days while four
subjects received placebo.

94

CONFIDENTIAL
AZ/SER 0051509

D18

5077IL/0012
Final: 26.04.93

4

The second trial (5077IL/0006) was a US, multicentre, double-blind, randomised, placebo-controlled evaluation of 'Seroquel' in the treatment of 105 evaluable hospitalised subjects with acute exacerbation of schizophrenia. After a minimum 2-day placebo single-blind phase, subjects were treated for 42 days with up to 750 mg/day of 'Seroquel' or placebo using a flexible dosing titration schedule.

Efficacy for both trials was assessed using the 18-item Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression Scale (CGI). In trial 5077IL/0004, the difference between the 'Seroquel' and placebo treatment groups in the change from baseline for the BPRS total score was statistically significant (p<0.05) at days 13 and 21 of active treatment. The difference between the treatment groups for the change from baseline for the CGI Severity of Illness scores was statistically significant (p<0.05) at day 21 of active treatment. In trial 5077IL/0006, the differences in the change from baseline for the BPRS total score and CGI Severity of Illness score between 'Seroquel' and placebo were statistically significant (p≤0.05) or marginally significant (p≤0.08) at all visits after day 7.

Using a 30% or greater decrease in BPRS total score at any visit compared to baseline as a criterion of clinically meaningful response, all eight 'Seroquel'-treated subjects in trial 5077IL/0004 exhibited a clinically meaningful improvement. One of the four placebo-treated subjects exhibited a similar decrease in the BPRS total score. In trial 5077IL/0006, 23 (44%) of 'Seroquel'-treated subjects and 17 (32%) of placebo-treated subjects met the criteria for clinical response. This difference was not statistically significant.

A US, European and South African multicentre open pilot trial in hospitalised subjects with acute psychotic symptomatology (eg, schizophrenia, mania delusional disorder) has recently been completed. One hundred and eighteen subjects were treated with doses of 'Seroquel' up to 750 mg/day for 42 days in Europe and South Africa and in the US were treated with up to 500 mg/day for 28 days.

95

CONFIDENTIAL
AZ/SER 0051510

D19

5077IL/0012
Final: 26.04.93

5

In an administrative look at the efficacy data from 102 subjects, 37 (36%) subjects demonstrated a clinical response, defined as a 30% reduction in BPRS total score at any visit.  Changes from baseline for both BPRS total score and the CGI Severity of Illness item were statistically significant (p<0.001) for all visits after screening.

The recruitment phase for two additional controlled Phase II clinical trials is complete and the efficacy and safety analyses are in progress.

Trial 5077US/0001 (204636/0008) is an international placebo-controlled dose ranging trial in hospitalised subjects with acute exacerbation of schizophrenia and trial 204636/0007 is an international trial comparing the efficacy of 'Seroquel' and chlorpromazine in a similar subject population.

1.4.2   Safety

A total of 425 subjects has been treated with 'Seroquel'.  'Seroquel' is well tolerated in schizophrenic subjects at doses up to 750 mg/day.  No major safety concerns have arisen in the Phase II clinical trials, and there have been no deaths during clinical trials involving 'Seroquel'.

A total of eight 'Seroquel'-treated subjects withdrew from clinical trials as a result of adverse events or intercurrent medical illness (eg; increased liver function tests, rash).  The most frequently reported adverse events include somnolence, dizziness, agitation, insomnia and headache.

Changes in vital signs (eg, orthostatic hypotension) were more frequent in 'Seroquel'-treated subjects as compared to placebo.  Although sinus tachycardia has frequently been noted on electrocardiograms, other clinically important arrhythmias have not been seen.  Mild, transient, reversible, and clinically asymptomatic elevations in ALT were seen in a small sub-population of 'Seroquel'-treated subjects.  Small decreases in mean total T4 levels were observed in the 'Seroquel'-treated subjects in trial 5077IL/0006 compared to placebo, but there were no cases of clinical hypothyroidism noted. Agranulocytosis has not been observed with 'Seroquel' treatment.

96

CONFIDENTIAL
AZ/SER 0051511

D20

5077IL/0012
Final: 26.04.93

6

The results from two placebo-controlled trials suggest that the incidence of
extrapyramidal symptoms in subjects treated with 'Seroquel' is no greater
than seen in the placebo-treated subjects.  Acute dystonic reactions have not
been reported to date.

For further information on the chemistry, pharmacology, toxicology,
pharmacokinetics and metabolism of 'Seroquel', and for further details of the
clinical trials described above, please refer to the current revision (1993)
of the Investigational Drug Brochure for 'Seroquel'

## 1.5  Summary and Rationale

In summary, two placebo-controlled clinical trials have demonstrated the
efficacy of 'Seroquel' in the treatment of schizophrenia.  A total of 425
subjects has been treated with 'Seroquel' and no major safety concerns have
arisen.  'Seroquel' is well tolerated in schizophrenic subjects at doses up
to 750 mg/day; in particular, no difference has been shown between 'Seroquel'
and placebo regarding extrapyramidal symptoms across the entire dose range,
and no effect on plasma prolactin levels has been observed.

The trial proposed in this protocol is one of four international clinical
trials that together will provide data for the regulatory package for
'Seroquel'.  The other three trials are a dose-ranging comparison of five
doses of 'Seroquel', a flexible-dose comparative trial of 'Seroquel' and
haloperidol, and a relapse prevention trial.

This trial is designed to test the hypothesis that there is no difference in
the efficacy of 'Seroquel' when administered on a twice daily and on a three
times a day basis.  It is well documented that patient compliance is improved
with twice daily dosing when compared with three or four times a day dosing.
As with other agents in this class, the relatively short pharmacokinetic
half-life of 'Seroquel' (that could suggest three or four times a day dosing)
may not be reflected in its actual pharmacodynamic half-life.

97

CONFIDENTIAL
AZ/SER 0051512

D21

5077IL/0012
Final: 26.04.93

7

The trial will also compare the efficacy, safety and tolerability of total
daily doses of 450 mg and 50 mg of 'Seroquel' and will extend the long-term
safety database for 'Seroquel' in schizophrenic subjects.

The dose of 450 mg per day has been selected as representative of the middle
of the therapeutic dose range found in previous 'Seroquel' clinical trials
and this dose will be compared with a dose of 50 mg per day, a dose which is
expected to be at the lowest extreme of the therapeutic range.

During the optional open extension phase of the trial, doses of 'Seroquel' up
to 800 mg per day will be employed for up to one year.  This is supported by
toxicological data and clinical trial data with 'Seroquel'.

CONFIDENTIAL
AZ/SER 0051513

67

The patient's vital signs were as follows:

| Day | Supine pulse rate (bpm) | Standing pulse rate (bpm) | Supine blood pressure (mmHg) | Standing blood pressure (mmHg) |
|-----|-------------------------|---------------------------|------------------------------|--------------------------------|
| 0   | 80                      | 82                        | 130/80                       | 135/82                         |
| 7   | n/a                     | n/a                       | n/a                          | n/a                            |
| 13  | 90                      | 90                        | 155/95                       | 155/95                         |

n/a = not available

**Patient 087/08704        SEROQUEL 450 mg (bid)                          Depression**

This 23-year-old, Caucasian man with chronic, paranoid schizophrenia was withdrawn due to depression and suicidal ideation on Day 15, whilst receiving SEROQUEL 450 mg/day, administered on a twice-daily basis. He had been receiving no concurrent medication at entry, and he received flunitrazepam 1 mg/day orally for insomnia on Days 1 to 6, and diazepam 30 mg/day orally for agitation on Days 5 and 6. The patient had previously experienced anxiety and agitation which required hospitalisation on Days 4 and 5. He had an unremarkable past medical history. The depression was considered by the investigator to be definitely related to SEROQUEL, and the suicidal ideation to be probably related to SEROQUEL. No further details are available.

**Patient 002/00202        SEROQUEL 450 mg (tid)                          Hypotension**

This 45-year-old, Caucasian man with chronic, paranoid schizophrenia was withdrawn due to hypotension on Day 2 of the dose-escalation phase. He had been receiving no concurrent medication at entry. On Day 2 the patient fainted and became cold and clammy. Immediately after fainting his supine blood pressure and pulse rate were 100/80 mmHg and 110 bpm, respectively. Standing pulse rate and blood pressure were not available at this time. He continued to feel generally unwell on the following day and was transferred to a medical ward. After a period of observation he was transferred back to the psychiatric ward on the same day. The pre-trial ECG, and ECGs taken on the day of withdrawal and 1 day after withdrawal were all within normal limits. Vital signs at entry and after he fainted were within normal limits, other than a temperature of 38°C taken 2 days after withdrawal, which had returned to within normal limits 1 day later. Serial cardiac enzyme concentrations were within the reference range.

The patient's vital signs were as follows:

| Day | Supine pulse rate (bpm) | Standing pulse rate (bpm) | Supine blood pressure (mmHg) | Standing blood pressure (mmHg) |
|-----|-------------------------|---------------------------|------------------------------|--------------------------------|
| 0             | 98  | 104 | 130/90 | 130/80 |
| 2 (withdrawal) | 110 | n/a | 100/80 | n/a    |
| 4 (follow-up)  | 96  | 110 | 120/90 | 120/90 |

n/a = not available

The patient had an unremarkable past medical history. This event was considered by the investigator to be probably related to SEROQUEL.

CONFIDENTIAL
AZ/SER 0050569

D22

5077IL/0012
Final: 26.04.93

8

## 2   OBJECTIVES

The objectives of this trial are as follows:

### 2.1   Primary

To compare the efficacy of a total daily dose of 'Seroquel' of 450 mg (administered both as 225 mg b.d. and 150 mg t.i.d.) with a total daily dose of 'Seroquel' of 50 mg (administered as 25 mg b.d.) over a 6-week period in the treatment of subjects with acute exacerbation of subchronic or chronic schizophrenia.

To compare the efficacy of total daily doses of 'Seroquel' of 450 mg administered as 225 mg b.d. and 150 mg t.i.d. over a 6-week period in the treatment of the above subject population.

### 2.2   Secondary

To compare the safety and tolerability of total daily doses of 'Seroquel' of 450 mg (administered both as 225 mg b.d. and 150 mg t.i.d.) and of 50 mg (administered as 25 mg b.d.) over a 6-week period in the treatment of the above subject population.

To obtain long-term safety data for 'Seroquel' over a further 52 weeks.

99

CONFIDENTIAL
AZ/SER 0051514

D23

5077IL/0012
Final: 26.04.93

9

3   TRIAL DESIGN

3.1   Design

This international multicentre trial will be in three parts, described as
Segments A, B and C.

Segment A will be a washout and pre-trial assessment period;  all
psychotropic medication must be discontinued 48 hours prior to the pre-trial
psychiatric and neurological assessments (see section 6.3).

Segment B will be a 6-week, randomised, double-blind, parallel-group
comparison of 3 doses of 'Seroquel'.  Subjects will be allocated randomly to
one of three 'Seroquel' treatment groups as follows:  50 mg per day,
administered 25 mg b.d., 450 mg per day, administered as 225 mg b.d., and
450 mg per day, administered as 150 mg t.i.d.

Segment C will follow directly from Segment B and will be an optional 52-week
open extension of treatment with 'Seroquel', for subjects who complete
Segment B, or who are withdrawn from Segment B through lack of efficacy and
who have completed at least 14 days.  Subjects will be titrated according to
clinical response and tolerability up to a maximum of 800 mg per day,
administered on a twice daily basis.

3.2   Visit Structure

The trial plan on pages (iv) - (v) indicates the number and timing of the
planned visits.  It is important to maintain the visit schedule as accurately
as possible.  In the rare case in which an adjustment to this structure is
necessary, the visit should occur within 2 days of the planned schedule
during Segment B and within 7 days during Segment C.  Adjustments outside
this will be reassigned for the purpose of statistical analysis by agreement
between the ZENECA statistician and Clinical Team.  The timing of subsequent
visits should be planned to maintain the visit structure relative to the
baseline.

CONFIDENTIAL
AZ/SER 0051515

D24

5077IL/0012
Final: 26.04.93

10

4    SUBJECT SELECTION

4.1    Source of Subjects

Subjects eligible to enter the trial will be hospitalised and suffering from
an acute exacerbation of subchronic or chronic schizophrenia.  Subjects will
be in psychiatric hospitals or psychiatric wards of general or university
hospitals.

4.2    Number of Subjects

Recruitment into the trial will cease when at least 510 subjects have entered
Segment B, consisting of at least 170 subjects in each treatment group.  The
calculation of the sample size for this trial is detailed in Section 9.2.1.
Each centre participating in the trial will aim to provide at least 12
subjects.

4.3    Inclusion Criteria

(a)    Male and female subjects aged 18 to 65 years inclusive.

(b)    Satisfaction of the DSM-IIIR diagnostic criteria for one of the
       following schizophrenic disorders:  (see Appendix D)

       Sub-chronic or chronic schizophrenia with acute exacerbation
       Catatonic type              295.23 or .24
       Disorganised type           295.13 or .14
       Paranoid type               295.33 or .34
       Undifferentiated type       295.93 or .94

       This will not include concurrent Axis I DSM IIIR diagnoses, such as the
       following:
       Alcohol or psychoactive substance dependence not in
       full remission. (See Appendix E)
       Concomitant organic mental disorder
       Mental retardation

101

CONFIDENTIAL
AZ/SER 0051516

D25

5077IL/0012
Final: 26.04.93

11

(c)   Clinical Global Impression (CGI) Severity of Illness score ≥ 4 (moderate).

(d)   Brief Psychiatric Rating Scale (BPRS) total item score ≥ 27, using the 0 to 6 point scoring system.

(e)   BPRS item score ≥ 3 (moderate) on two or more of the following items of the BPRS:

        Item 4   Conceptual disorganisation
        Item 11  Suspiciousness
        Item 12  Hallucinatory behaviour
        Item 15  Unusual thought content

(f)   Subjects receiving long-acting, depot antipsychotic medication should receive their last injection not less than one dosing interval before the start of Segment B.

(g)   Subjects for whom informed consent has been obtained (see 11.3)

4.4   Exclusion Criteria

(a)   Pregnancy or lactation.  Female subjects must not, in the opinion of the investigator, be at risk of pregnancy.  Females of childbearing potential must not be pregnant, as demonstrated by a serum human chorionic gonadotrophin test, performed during Segment A, before entering Segment B.

(b)   Participation in an investigational drug trial within 4 weeks of Segment A.

(c)   Previous participation in an investigational drug trial involving 'Seroquel' (previously known as ICI 204636).

CONFIDENTIAL
AZ/SER 0051517

D26

5077IL/0012
Final: 26.04.93

12

(d)   Evidence of any significant clinical disorder or laboratory or ECG finding which in the opinion of the investigator makes the subject unsuitable for receiving an investigational new drug.

(e)   Total white cell count (WCC) less than the lower limit of the reference range of the laboratory used for haematological monitoring.

(f)   History of clozapine-induced agranulocytosis.

(g)   Epilepsy or any other convulsive disorder.

(h)   Subjects considered by the investigator to be at risk of transmitting any infection through blood or other body fluids, including the agents responsible for AIDS, other sexually transmitted disease or hepatitis. (see Appendix C)

4.5   Subject Restrictions

Subjects will remain hospitalised for the duration of Segment A and for at least the first two weeks of Segment B.  Thereafter discharge will be dependent on the following conditions:

a)   Psychotic symptoms have improved and stabilised such that management in hospital is no longer necessary

b)   Subjects will be discharged only to a supervised setting

c)   Subjects will be willing to comply with trial procedures and the medication dosing schedule

103

CONFIDENTIAL
AZ/SER 0051518

D27

5077IL/0012
Final: 26.04.93

13

5    TRIAL DRUGS

5.1    Formulation, Packaging and Storage

It must be ensured that deliveries of the investigational product from ZENECA
are correctly received by a responsible person (eg a pharmacist); that such
deliveries are recorded, that investigational products are handled and stored
safely and properly, are only dispensed to trial subjects in accordance with
the protocol and that any unused products are returned to ZENECA.

'Seroquel' tablets, and matching placebo tablets will be supplied by the
Clinical Trials Dispensary, ZENECA Pharmaceuticals, Macclesfield, Cheshire, as
follows:

| Formulation | Formulation Number |
|---|---|
| 'Seroquel' 25 mg tablets | F7152 |
| Placebo to match 'Seroquel' 25 mg | F7153 |
| 'Seroquel' 100 mg tablets | F7154 |
| Placebo to match 'Seroquel' 100 mg | F7155 |

The tablets will be supplied in blister packs for both Segments B and C.
The blister packs for Segment B will be packaged and numbered individually for
each subject, whilst the packs for Segment C will not be individually
numbered.

The blister packs for Segment B will be clearly marked as "Clinical Trial
Material" and will be labelled with the trial number, centre number, subject
number and dosing instructions.  The blister packs for the first 7 days of
Segment B will also be labelled with the day number.

The blister packs for Segment C will be supplied in blisters of 42 x 25 mg
'Seroquel' tablets and blisters of 35 x 100 mg 'Seroquel' tablets, labelled
with the trial number, centre number and "Clinical Trial Material".  Before
supply to the subject, the subject number and dosing instructions must be
completed.

CONFIDENTIAL
AZ/SER 0051519

D28

50771L/0012
Final: 26.04.93

14

The tablets must be left within the blisters until the time of dosing.  All trial medication must be stored in a secure location at room temperature, protected from moisture.

**5.2   Drug Administration, Route, Dose and Duration**

All tablets are to be taken by mouth; in Segment B one dose is to be taken three times a day, whilst in Segment C one prescribed dose is to be taken twice a day.

**5.2.1   Segment B**

In Segment B the total daily dose will consist of 11 tablets (four to be taken in the morning, three at lunchtime and four in the evening).  The doses for each day will be packed together in a single blister strip with the three separate doses clearly marked.  To ensure the correct daily dose has been administered, all three doses must be taken from the same blister strip each day.

For the first 7 days of Segment B there will be a dose-escalation period; the blister strips for these 7 days will be each marked with the appropriate day number.  From day 8 onwards subjects will have reached their fixed dose level for the remainder of Segment B, and should receive medication from the fixed dose packs.  If any subject is unable to tolerate that dose then withdrawal from the trial must follow.

A subject will be considered non-compliant and will be withdrawn (see Section 8.3) if trial medication is missed for 48 hours or more during Segment B.

CONFIDENTIAL
AZ/SER 0051520

D29

5077IL/0012
Final: 26.04.93

15

## 5.2.2   Segment C

Subjects will be eligible to enter the open extension phase of the protocol (Segment C) if they have completed at least 14 days of Segment B.  Furthermore subjects withdrawn from Segment B may only enter Segment C if the reason for withdrawal is lack of efficacy.

Subjects who enter the open extension phase will receive doses of 'Seroquel' titrated on an individual subject basis according to tolerability and efficacy response.  Doses will be administered twice a day, up to a maximum of 800 mg per day.

A subject will be considered non-compliant and should be withdrawn if trial medication is missed for 7 consecutive days or more during Segment C.

## 5.3   Randomisation

The eligibility of each subject will be established during Segment A before allocation to randomised treatment.  A separate randomisation scheme and associated codebreak will be produced for each centre in balanced blocks by the International Project Statistician, ZENECA Pharmaceuticals, using computer software that incorporates a standard procedure for generating random numbers. The Clinical Trials Dispensary, ZENECA Pharmaceuticals will be responsible for packaging the trial medication in blister packs and cartons according to the random scheme.

Subject numbers will be allocated by trial centre personnel in strict sequential order as subjects enter Segment B of the trial.  Once a number has been assigned, no attempt should be made to use that number again if, for example, a subject drops out or withdraws.  No subject may be randomised twice into the trial.

CONFIDENTIAL
AZ/SER 0051521

D30

5077IL/0012
Final: 26.04.93

16

If a number is allocated out of sequence, no attempt should be made to remedy the error once trial material has been dispensed.  The subject will continue with the allocated number and trial material and ZENECA should be notified as soon as the error is discovered.  Admission of subsequent subjects will continue using the first unallocated number in the original numbering sequence.

The ZENECA CRAs and investigators will be unaware of the random code until the completion of the statistical analysis.

If a subject fails to fulfil the entry criteria at visit 1, they will be issued with an identifying number starting with 9001 by the CRA monitoring the trial for each centre and their documentation will be stored at ZENECA.

5.4   Drug Accountability

The medication provided for this trial is for use only as directed in the protocol.  Subjects must return all unused drugs to the investigator, who will retain these until they are collected by ZENECA personnel, along with any materials not dispensed.  It is essential that all drugs are accounted for by the investigator, so that it is possible to reconcile delivery records with those of usage and returned stocks.  Account must be given of any discrepancies, and certificates of delivery and return must be signed.

Prescription diary cards covering each week will be supplied for issue for weeks 3 to 6 during Segment B for those subjects treated as out-patients. The investigator will mark the diary card with the doses of trial medication to be taken over the allocated period and the subject (or the person supervising the subject's medication) will confirm on the diary card whether or not each dose was taken.

CONFIDENTIAL
AZ/SER 0051522

D31

5077IL/0012
Final: 26.04.93

17

Subjects should return these prescription diary cards together with all unused medication and empty blister packs to the investigator at each assessment visit.

Prescription record forms will be completed by the investigator for all in-patient and out-patient days, using data transcribed from prescription diary cards where appropriate.

CONFIDENTIAL
AZ/SER 0051523

68

**Patient 017/01703**    **SEROQUEL 450 mg (tid)**                    **Hypotension**
                                                                       **Tachycardia**

This 32-year-old, Oriental woman with chronic, undifferentiated schizophrenia was withdrawn
due to hypotension and tachycardia on Day 7, whilst receiving SEROQUEL 450 mg/day,
administered on a thrice-daily basis. The hypotension and tachycardia both resolved 5 days
later, although no further details are available. She received diazepam 15 mg/day orally when
required for agitation throughout the study (the total daily dose was not recorded).

The patient's vital signs were as follows:

| Day | Supine pulse rate (bpm) | Standing pulse rate (bpm) | Supine blood pressure (mmHg) | Standing blood pressure(mmHg) |
|-----|-------------------------|---------------------------|------------------------------|-------------------------------|
| 0   | 96                      | 112                       | 120/80                       | 90/70                         |
| 7   | 96                      | 128                       | 90/50                        | 95/55                         |

The patient had a past history of postural hypotension, and had experienced tachycardia
during previous treatment with clozapine. The hypotension and tachycardia were considered
by the investigator to be probably related to SEROQUEL.

**Patient 022/02202**    **SEROQUEL 450 mg (tid)**                         **Anxiety**
                                                                   **Hyperventilation**

This 45-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due
to anxiety and hyperventilation on Day 14, whilst receiving SEROQUEL 450 mg/day,
administered on a thrice-daily basis. Both the anxiety and hyperventilation had started 9 days
before study treatment, but led to hospitalisation on Day 14. At entry she was receiving
ranitidine 300 mg/day orally for gastritis, and she also received oral doses of diazepam 5 or
10 mg/day for nervousness on Days 1, 2 and 11 and flunitrazepam 2 mg for insomnia on
Day 3. She had a past medical history of gastritis, amenorrhoea, cervical arthrosis,
hyperprolactinaemia and tranquillizer abuse. Pre-study examination at baseline revealed
headache, painful neck movement due to cervical arthrosis, hyperventilation, and tremor and
rigidity in the upper and lower limbs. The anxiety and hyperventilation were considered by the
investigator to be probably not related to SEROQUEL.

**Patient 030/03003**    **SEROQUEL 450 mg (tid)**                       **Agitation**
                                                                       **Hostility**

This 35-year-old, Afro-Caribbean man with subchronic, disorganised schizophrenia was
withdrawn due to agitation with aggression (COSTART term hostility) on Day 4 of the
dose-escalation phase. He was receiving no concurrent medication at entry and had no
relevant past medical history. The agitation and aggression resolved 1 day after withdrawal
from the study. The agitation and aggression were considered by the investigator to be
probably not related to SEROQUEL.

**Patient 065/06508**    **SEROQUEL 450 mg (tid)**                        **Syncope**

This 24-year-old, Caucasian man with chronic, disorganised schizophrenia was withdrawn due
to syncope on Day 3 of the dose-escalation phase, although no assessments of vital signs

104

CONFIDENTIAL
AZ/SER 0050570

D32

5077IL/0012
Final: 26.04.93

18

## 6   CONCURRENT TREATMENT

### 6.1   Psychotropic Medication

All previously administered psychotropic medication will be discontinued at
least 48 hours prior to the baseline assessments.  Thereafter, wherever
possible, no psychotropic medication other than trial medication should be
issued.

However, in cases of acute agitation, severe insomnia, emergent EPS or
akathisia, the following drugs may be given.  The total daily dose, route of
administration, duration of treatment and indication of any such drugs will
be recorded on the concurrent medication form supplied.

(a)   Acute agitation: diazepam up to 30 mg per day may be given.  The
      prescribing of diazepam must be reviewed at each dose;  prn (when
      required) prescribing of diazepam will not be permitted.

(b)   Insomnia: the short-acting hypnotic temazepam is permitted up to 20 mg at
      night.  Flunitrazepam, lormetazepam or oxazepam (at doses recommended in
      the locally available data sheets) where available are acceptable
      alternatives to temazepam.  Hypnotic medication must be reviewed daily;
      prn (when required) prescribing will not be permitted.

(c)   Emergent EPS and akathisia:  for the treatment of emergent EPS and
      akathisia, procyclidine, benztropine, biperiden or trihexyphenadryl may
      be given orally or parenterally, at doses recommended in the locally
      available data sheets.  Subjects must show EPS of at least moderate
      degree of severity (corresponding to an individual item score of 3 on the
      Simpson scale) for over 24 hours before treatment can be administered.
      In the case of acute dystonic reactions, however, the treatment may
      commence immediately.  Medication for EPS should be given for a maximum
      of 3 days, when it should be stopped to check for re-emergence of
      symptoms.

CONFIDENTIAL
AZ/SER 0051524

D33

5077IL/0012
Final: 26.04.93

19

## 6.2   Other therapy

Any medication (other than medication referred to in Section 6.1, above) taken by the subject prior to starting the trial may be continued for the duration of the trial, providing it is for a condition that is stable and, in the investigator's opinion, not adversely affected by participation in the trial.

Drugs required for minor complaints that arise during the course of the trial (e.g. indigestion or headache) are permitted at the investigator's discretion.

In all cases, the total daily dose, route of administration, duration of treatment and indication of any drugs will be recorded on the concurrent medication forms supplied.

110

CONFIDENTIAL
AZ/SER 0051525

D34

5077IL/0012
Final: 26.04.93

20

## 7    TRIAL METHODS

### 7.1    Procedural Summary

The trial will be in three parts, described as Segments A, B and C.

Segment A will be a washout and pre-trial assessment period and will consist
of two visits described below.

Segment B will be a 6-week, randomised, double-blind treatment phase, with
assessments at each weekly visit.

Segment C will follow directly from Segment B and will be an optional
52-week open extension of treatment with 'Seroquel'.  Assessment visits will
be at weeks 1, 2 and 4 of Segment C, and at 4-weekly intervals thereafter.

### 7.1.1   Segment A

**Pretrial screen (Day -7 to -3)**

Informed consent is included at this visit and must be obtained prior to any
trial-related intervention.

The following procedures (detailed in Section 7.2) should be carried out
during the 7 days before randomisation in order that results are available
prior to the subject's entry to Segment B:

    Informed consent
    Diagnosis/psychiatric history
    Medical history
    Clinical Chemistry (including thyroid function test and prolactin),

CONFIDENTIAL
AZ/SER 0051526

D35

5077IL/0012
Final: 26.04.93

21

Haematology
Pregnancy Test
ECG
Physical Examination
Vital Signs and Weight

**Withdraw psychotropic medication (Day -2)**

Psychotropic medication must be withdrawn 48 hours before the baseline
psychiatric and neurological measurements (see Section 6.1).

**Baseline assessment (Day 0)**

At this visit the following psychiatric and neurological assessments will be
made, and the subject's suitability for inclusion in Segment B formally
assessed:

BPRS, SANS, CGI
Simpson, AIMS
Inclusion/exclusion criteria

**7.1.2   Segment B**

Subjects who fulfil the entry criteria, assessed during Segment A, will enter
Segment B, the randomised treatment phase of the trial.

The first dose of trial medication will be taken not more than 24 hours after
the baseline assessments; the day of the first trial dose is defined as day 1
of the trial.

For details of trial drug administration and randomisation procedures, see
Section 5, for the assessment schedule see the trial plan on page (iv), and
for details of the assessment procedures, see Section 7.2.

CONFIDENTIAL
AZ/SER 0051527

D36

5077IL/0012
Final: 26.04.93

22

**7.1.3   Segment C**

A subject will be eligible to enter Segment C and receive 'Seroquel' treatment on an open basis if the following criteria are satisfied:

a)   Subject completes the whole of Segment B

or

Subject completes at least the first 14 days of Segment B and has been withdrawn due to lack of efficacy.

b)   Subject agrees to continue in the trial

Subjects will cease taking trial medication from the randomised treatment phase (Segment B) and commence open treatment with 'Seroquel' within 24 hours. No antipsychotic medication must be administered between completing or withdrawing from Segment B and starting Segment C.

For details of trial drug administration during Segment C see Section 5.2.2, for the assessment schedule see the trial plan on page (v), and for details of the assessment procedures see section 7.2.

**7.2   Clinical and Laboratory Evaluations**

**7.2.1   Psychiatric Rating Scales**

Severity of schizophrenic symptomatology will be measured using the Brief Psychiatric Rating Scale (Overall & Gorham 1962), the Scale for the Assessment of Negative Symptoms (Andreasen, 1981), and the Clinical Global Impression Scale (National Institute of Mental Health 1970), using the Severity of Illness and Global Improvement items only.

During Segment B, the subjects will be rated by the same investigator whenever possible to assess the schizophrenic symptomatology.  In the case of the entry and week 6 or withdrawal psychiatric ratings, these must be performed by the same investigator.  This individual will have participated in an inter-rater reliability programme sponsored by ZENECA Pharmaceuticals.

113

CONFIDENTIAL
AZ/SER 0051528

D37

5077IL/0012
Final: 26.04.93

23

#### 7.2.2   Neurological Rating Scales

Possible neurological side effects will be measured using the Abnormal
Involuntary Movement Scale (ECDEU 1976) and the Simpson Scale, which includes
an item for akathisia (Simpson & Angus 1970).

During Segment B, the subjects will be rated for neurological effects by the
same investigator whenever possible.  In the case of the entry and week 6 or
withdrawal neurological ratings, these must be performed by the same
investigator.

#### 7.2.3   Assessment of Adverse Events

Spontaneous reports of adverse events together with observed adverse events
will be assessed and recorded on the adverse events forms (see Section 8).

#### 7.2.4   Clinical Laboratory Tests

A venous blood sample (14.5 ml) will be collected at each assessment and the
following tests performed:

Clinical Chemistry

    Liver Function Tests

    Total bilirubin
    Alkaline phosphatase
    Alanine aminotransferase (ALT)
    Aspartate aminotransferase (AST)

    Thyroid Function Tests

    Free thyroxine (T4)
    Thyroid stimulating hormone (TSH)

CONFIDENTIAL
AZ/SER 0051529

D38

50771L/0012
Final: 26.04.93

24

Prolactin

The blood sample for the prolactin assessment at day 14 must be taken
before the first dose of trial medication on day 14.

Human chorionic gonadotrophin (HCG)

This will be performed as a pregnancy test during Segment A, and
on completion of or withdrawal from both Segments B and C.

Haematology

Haemoglobin
Platelet count
Total white cell count
Differential white cell count

If values appear out of range the investigator will refer to the Safety
Monitoring Guidelines (Appendix F) for guidance.

Whenever feasible, laboratory tests will be performed by Safety of Medicines
Department, ZENECA Pharmaceuticals, Alderley Park.

The blood samples should be prepared as outlined below.

(a)   Clinical Chemistry

10 ml of blood will be collected into a lithium heparin anticoagulant
tube, mixed gently, allowed to stand for 30 minutes and then separated
by centrifugation at 2000 r.p.m. for 15 minutes.  The plasma will be
separated off into a plain, screw-capped tube and stored at 4ºC prior
to forwarding to ZENECA Pharmaceuticals or appropriate laboratory.

CONFIDENTIAL
AZ/SER 0051530

D39

5077IL/0012
Final: 26.04.93

25

For all visits, the tubes must be labelled with date of sample, centre and subject number. Before the allocation of a randomised number (ie, during Segment A), tubes must be labelled with the subject's identity (initials or hospital number).

(b)   **Haematology**

A further 4.5 ml of blood will be collected into EDTA (as anticoagulant) coated tubes, mixed well and stored at 4°C prior to forwarding to ZENECA Pharmaceuticals or appropriate laboratory.

For all visits, the tubes must be labelled with date of sample, centre and subject number. Before the allocation of a randomised number (ie, during Segment A), tubes must be labelled with the subject's identity (initials or hospital number).

(c)   **Dispatch to ZENECA**

Both tubes will be placed in the polystyrene box provided by ZENECA together with the sample registration form (found in the CRF book). The box will then be sent either by first class post (UK centres) or by courier. If a courier is being used the courier documents must also be completed.

**7.2.5   Electrocardiogram (ECG)**

A standard 12-lead ECG will be taken during Segment A and interpreted before randomisation to assess the subject's suitability for inclusion in the trial.

CONFIDENTIAL
AZ/SER 0051531

D40

50771L/0012
Final: 26.04.93

26

### 7.2.6   Vital Signs

The subject's vital signs (pulse rate and blood pressure) will be measured,
2 to 4 hours after the morning dose.  The same arm should be used for all
measurements.  Pulse rate will be measured in the supine position by
palpation of the radial artery for 30 seconds.  Blood pressure will be
recorded by standard auscultatory sphygmomanometry in the supine position
after the subject has been lying down for 3 minutes.  Standing pulse rate and
blood pressure will then be recorded after the subject has been standing for
1 minute.

### 7.2.7   Physical Examination

A physical examination will be undertaken on all subjects.  Only clinically
significant abnormalities should be recorded.

117

CONFIDENTIAL
AZ/SER 0051532

D41

5077IL/0012
Final: 26.04.93

27

# 8   ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS

## 8.1   Adverse Events

For the purpose of this trial, any detrimental change in the subject's
condition during the course of the trial, other than recognised signs and
symptoms of schizophrenia, should be considered as an Adverse Event.  This is
the case whether or not other factors may have contributed to the change and
whether or not the event is considered to be related to the trial therapy.

All adverse events should be recorded on the case report forms provided; a
description of the event, intensity, duration, any action (e.g. treatment and
follow-up tests) and the outcome must be provided along with the
investigator's assessment of the relationship to trial treatment.

A standard definition of intensity would be:

Mild:        an adverse event which is easily tolerated, causing the minimum
             of discomfort and not interfering with everyday activities

Moderate:    an adverse event which is sufficiently discomforting to
             interfere with normal everyday activities

Severe:      an adverse event which is incapacitating and prevents normal
             everyday activity

Causality will be assessed using the following categories:-

    definitely not related
    probably not related
    probably related
    definitely related
    undetermined

CONFIDENTIAL
AZ/SER 0051533

69

were performed around the time of the event.  He had been receiving no concurrent medication at entry to the study and had an unremarkable past medical history.  He had reported no adverse events of dizziness or postural hypotension before the syncope.  He was withdrawn from the study immediately after the event, which resolved within 5 minutes.  The syncope was considered by the investigator to be probably related to SEROQUEL.

**Patient 070/07006**       **SEROQUEL 450 mg (tid)**                           **Somnolence**

This 21-year-old, Caucasian man with subchronic, paranoid schizophrenia was withdrawn due to somnolence on Day 1 of the dose-escalation phase.  He was receiving no concurrent medication at entry and had an unremarkable past medical history.

On Day 1, the patient fell into a deep sleep, falling to the ground, 2.5 hours after taking the first (morning) dose of SEROQUEL.  His pupils were slightly dilated but there was no evidence of increased muscular tone or lateralising signs.  During the subsequent 2 hours he awoke only on painful stimulation.  His level of consciousness progressively improved and by evening reached a normal level.  An electroencephalogram (EEG) was performed 5 hours after the dose of SEROQUEL, which was reported as follows: "Trace with background rhythm of 11 cycles per second, normal voltage, regular bilateral reaction on opening of the eyes.  Rapid activity typical of drug reaction with pressure of theta waves."  The patient was withdrawn from the study immediately after the event.  The event was considered by the investigator to be definitely related to SEROQUEL.

**Patient 086/08603**       **SEROQUEL 450 mg (tid)**                    **Increased ALT/SGPT**

This 23-year-old, Caucasian man with subchronic, undifferentiated schizophrenia was withdrawn due to elevated (8 times upper limit of reference range)  serum ALT concentrations on Day 36, whilst receiving SEROQUEL 450 mg/day, administered on a thrice-daily basis.  He was receiving no concurrent medication at entry.  The patient remained asymptomatic throughout the period of the event, and the ALT concentrations had returned to twice the upper limit of the reference range 12 days after withdrawal.

Results of the patient's liver function tests are summarised below:

| Day | Alkaline phosphatase (IU/L) | ALT (IU/L) | | AST (IU/L) | |
|---|---|---|---|---|---|
| (reference ranges: | 0 - 270 | 0 - 45 | | 0 - 65) | |
| 0 | 193 | 42 | | 31 | |
| 7 | 169 | 109 | H | 49 | |
| 16 | 177 | 395 | H | 149 | H |
| 23 | 199 | 344 | H | 100 | H |
| 30 | 178 | 217 | H | 71 | H |
| 37 | 195 | 131 | H | 46 | |
| 48 (follow-up) | 171 | 96 | H | 38 | |

H = above upper limit of reference range

105

CONFIDENTIAL
AZ/SER 0050571

D42

5077IL/0012
Final: 26.04.93

28

**8.2   Serious Adverse Events**

SUCH EVENTS SHOULD BE COMMUNICATED IMMEDIATELY (WITHIN 24 HOURS) TO THE
ZENECA MEDICAL ADVISOR OR OTHER ZENECA PERSONNEL USING THE TELEPHONE NUMBERS
PROVIDED (telephone numbers can be found at the front of the protocol).
ZENECA will be responsible for relaying appropriate events to the regulatory
authorities.

(In the UK, the ZENECA Medical Advisor can be reached outside office hours by
telephoning the ZENECA switchboard 0625 582828.  The security staff will
contact the Medical Advisor, at home, who will call back the enquirer.)

Serious events include the following:-

a)  Death or life-threatening event.

b)  Disabling or permanently incapacitating event.

c)  Cancer, congenital abnormality, overdose, or any event which causes or
    prolongs hospitalisation.

d)  Withdrawal from the trial because of any medical reason other than a
    deterioration in the subject's schizophrenic symptomatology.

**8.3   Withdrawal of Subjects**

Subjects may be withdrawn from the trial for any of the following reasons:

a)  Lack of efficacy.
b)  Subject refusal to continue or lost to follow-up
c)  Adverse event or intercurrent illness.
d)  Protocol non-compliance.

119

CONFIDENTIAL
AZ/SER 0051534

D43

5077IL/0012
Final: 26.04.93

29

The primary reason for withdrawal and the date of withdrawal should be documented on the case report form provided.  If withdrawal takes place on a day other than an assessment day, then psychiatric and neurological ratings, vital signs, blood sample and physical examination must be performed.

After completion or withdrawal from the trial, no follow-up is required other than in the event of an abnormal laboratory finding or to monitor an emergent adverse event (for 24 hours or until laboratory values return to normal).  Suitable alternative therapy should be given where appropriate.

8.4   Codebreaks

The investigator will be provided with sealed randomisation codes (Codebreaks) for each subject.  The codebreaks should be kept with the trial material.  THE CODE MAY BE BROKEN ONLY AFTER A DECISION HAS BEEN MADE TO WITHDRAW A SUBJECT FROM THE TRIAL and if immediate knowledge of the trial medication is needed to optimise the clinical management of the subject.

In particular, it is not permissible to open the codebreaks at the end of the 6-week randomised phase, whether or not the subject then enters the extension phase of the trial.

All codebreaks will be returned to ZENECA at the end of the trial and lodged in the Central Records Management Unit.  In the event that the code is broken written justification will be supplied by the investigator.

A standard procedure operates within Zeneca Pharmaceuticals for the review of serious adverse events which permits the code to be broken by Product Safety Group without informing the CNS International Project Team.

CONFIDENTIAL
AZ/SER 0051535

D44

507711/0012
Final: 26.04.93

30

9   DATA MANAGEMENT AND STATISTICAL CONSIDERATIONS

9.1   Data Management

Case report forms will be provided for the recording of all data.  The forms
will be in quadruplicate with carbonless paper.  Data will be recorded
directly and legibly on to the report forms, preferably in black ball-point
pen.  If any data are not available, omissions will be indicated on the report
forms.  Corrections should be made legibly and initialled.  CORRECTION FLUID
OR COVERING LABELS MUST NOT BE USED.

The top original and the first two copies of the completed forms will be
collected and returned to ZENECA Pharmaceuticals and the third copy will be
retained by the investigator.  Any data queries following data validation at
ZENECA will be dealt with using data query sheets, which will be printed in
quadruplicate on carbonless paper.  The use and distribution of copies for the
data query sheets will be as for the case report forms.

When samples of blood are to be analysed at ZENECA, they must be accompanied
by the appropriate documentation.

9.2   Statistical Methods

9.2.1   Power and Sample Size

Sample size requirements for this study were determined in order to satisfy
both objectives of the trial, namely, the comparisons of the b.d. and t.i.d.
450 mg dose regimens of 'Seroquel' with the 50 mg dose, and the comparison of
the b.d. and t.i.d. 450 mg dose regimens with each other.

The minimum clinically meaningful difference between mean changes from
baseline in BPRS total score was defined to be 6.  To detect this difference
between each of the 450 mg 'Seroquel' treatment groups and the 50 mg treatment
group with 90% power and two-sided alpha = 0.05, approximately 170 subjects
per treatment group are required.

CONFIDENTIAL
AZ/SER 0051536

D45

5077IL/0012
Final: 26.04.93

31

The variance estimate (289, N=101) for this calculation comes from a recently completed European trial (5077UK/0007) comparing changes from baseline in total BPRS score for subjects randomised to either 'Seroquel' or chlorpromazine.

The comparison of the two 450 mg regimens of 'Seroquel' assesses the comparability or equivalence of the two treatments. As such, sample size requirements were based on confidence interval construction rather than a formal hypothesis test. If a minimum clinically meaningful difference between changes from baseline in total BPRS score is defined as 6, then the sample size should be sufficient to ensure that 95% confidence interval for this difference will lie between -6 and +6 with a high degree of certainty. A sample size of 170 per treatment group will provide 80% power to obtain such a confidence interval.

## 9.2.2   Methods of Analysis

### 9.2.2.(a)   Efficacy

The disposition of all subjects screened for entry into the study will be tabulated, along with reasons for screen failure. The disposition of all randomised subjects will be tabulated by treatment and visit, and reasons for discontinuation will be tabulated by treatment.

Demographic (age, sex and race) and baseline characteristics (diagnosis, psychiatric history, efficacy measures) will be tabulated by treatment using descriptive statistics or frequency distributions as appropriate. Baseline characteristics will be compared among treatments using analysis of variance for continuous measures and Mantel-Haenszel chi-square tests for categorical measures. Centre effects will be included in all analyses. Any significant difference among treatments will result in the consideration of the baseline characteristic for inclusion as a covariate in the efficacy analyses.

CONFIDENTIAL
AZ/SER 0051537

D46

5077IL/0012
Final: 26.04.93

32

The primary population for analyses of efficacy data will consist of all randomised subjects having at least one post-baseline efficacy measurement (the "intention-to-treat" population). It is anticipated that attrition from the original random sample due to lack of post-baseline data will be sufficiently small (5% or less) so as to minimise concerns regarding bias due to exclusion of such subjects. A secondary population of interest will be the subset of subjects considered to be protocol adherent with minimally sufficient time on therapy, and therefore analysable for efficacy. Randomised subjects who violate diagnostic or qualification and inclusion criteria or who represent major deviations from the protocol will be excluded from this secondary population. Examples of major deviations which would result in the exclusion of a subject from this analyses include chronic non-compliance with study medication regimen or consistent use of disallowed medication. Also excluded from this analyses will be any subject receiving fewer than seven days of randomised treatment.

The primary efficacy measures will be the change from baseline in the BPRS total score and the change from baseline in the Severity of Illness item of the CGI. The BPRS total score will be considered missing for any patient for whom scores are missing for more than 2 (approximately 10%) items. In cases where 2 or fewer item scores are missing, the total of non-missing items will be inflated by the ratio of the number of items on the scale (18) to the number of items with non-missing data. Secondary measures of efficacy include the change from baseline in each of the 5 factor scores from the BPRS, the change from baseline in the SANS summary score (total score for the global items), the score on the Global Improvement item of the CGI, and the response rate. Subjects considered to be "responders" will be defined as those subjects who exhibit a decrease from baseline of 30% or greater in the BPRS total score at any time during the double-blind segment. Factor scores will be considered missing if any component item score is missing. All efficacy measures will be summarised by descriptive statistics for the raw data as well as by the presentation of results of formal analysis.

123

CONFIDENTIAL
AZ/SER 0051538

D47

5077IL/0012
Final: 26.04.93

33

The primary time-point for analysis will be week 6.  Any subject dropping out
from the study prior to week 6 will have their final visit data carried
forward to week 6.  Secondary analyses will evaluate data at each visit prior
to and including visit 6.  Subjects dropping out prior to completion of the
study will have their last visit data carried forward through each subsequent
visit in the secondary analysis.  The secondary analysis will thus compare
treatment effects across all visits, and repeated measures analysis of
variance techniques will be used.

The primary analysis of efficacy will therefore focus on comparisons of
changes from baseline in BPRS total score at the final visit among the three
treatment groups.  These comparisons will be based on the "intention to treat"
population defined above.  The analysis of covariance will be performed using
the PROC GLM procedure in the SAS system.  The model will include main effects
of centre and regression effects of the baseline efficacy measure (the
covariate).  Least squares means for each 450 mg regimen group will be
compared with the least squares mean for the 50 mg group.  Type III sums of
squares (equally weighted means across centres) will be used to estimate
treatment effects.  A 95% confidence interval around the difference between
least squares for the two 450 mg regimen groups will be constructed.  The
equivalence of the treatments will be determined by this confidence interval
lying between -6 and +6 for the change from baseline in BPRS total score.

Residuals from the above model will be evaluated for any substantial deviation
from normality using the Shapiro-Wilk test.  The assumption of
homoscedasticity will be evaluated by comparing variances in each group using
the F test for equality of variances.  If either of these assumptions is
violated, appropriate transformations of the data will be applied and the
tenability of the assumptions will be re-evaluated.  The assumption of
parallelism of slopes will be evaluated by including a baseline by treatment
interaction term in the model described above.  If this assumption is
violated, the covariate will be removed from the model. (If the baseline by

CONFIDENTIAL
AZ/SER 0051539

D48

5077IL/0012
Final: 26.04.93

34

treatment interaction term is significant, the nature of the interaction will be elucidated using various descriptive and graphic means). Treatment by centre interaction will be assessed by the inclusion of this term in the final model.

If the term is not statistically significant, it will be removed. If this term is statistically significant, the nature of the interaction will be investigated (eg, qualitative versus quantitative), and the appropriateness of inferences made regarding treatment effects across all centres will be re-evaluated.

In the event that a centre recruits too few subjects to allow estimation of treatment effects at the centre (ie, fewer than 2 subjects in each treatment group), data from that centre will be combined with data from the next smallest centre for purposes of statistical analysis.

The Severity of Illness item from the CGI and the secondary efficacy measures (BPRS factors and the SANS summary score) will be analysed using methods identical to those outlined above for the PANSS total score. The global improvement item from the CGI will also be analysed using these techniques without the baseline covariate. Rates of response will be compared using Mantel-Haenszel chi-square tests. For analyses of ordinal categorical data where the distributional assumptions of the analysis of covariance are problematic, appropriate logistic analysis techniques will be utilised.

Compliance will be measured by calculating the ratio of actual to expected tablet use, and will be tabulated for each treatment group. The frequency of use of concomitant psychotropic and extrapyramidal medication will be compared among treatment groups using a Mantel-Haenszel chi-square test.

CONFIDENTIAL
AZ/SER 0051540

D49

5077IL/0012
Final: 26.04.93

35

**9.2.2.(b)  Safety**

All subjects who receive randomised treatment will be included in analysis of safety data according to the treatment actually received.

Adverse events leading to the premature withdrawal of subjects from the study will be tabulated for each treatment group.

Numbers of and crude incidence rates for adverse events in each treatment group will be summarised by COSTART body system and by COSTART preferred term.

An event which occurs one or more times on the date of or subsequent to randomisation will contribute one observation to the numerator of the crude incidence rate; all subjects exposed will comprise the denominator of the rate.  The intensities of all events will also be tabulated for each treatment group.

The occurrence of adverse events of particular interest will be investigated using additional descriptive techniques.  These events include sedation/somnolence, orthostatic hypotension, tachycardia, dizziness, agitation and insomnia.  The onset of these events will be investigated by calculating incidence rates by visit.  Cumulative incidence rates will also be calculated for each treatment group.

All laboratory data will be summarised by visit using descriptive statistics for raw data and for the change from baseline.

The following laboratory parameters will be further investigated:  white blood cell count, neutrophils, ALT, AST, T4 and TSH.  Frequencies of subjects exhibiting clinically significant changes as defined below will be tabulated for each treatment group:

126

CONFIDENTIAL
AZ/SER 0051541

D50

5077IL/0012
Final: 26.04.93

36

| | |
|---|---|
| WCC: | less than 3.0 x $10^9$/l |
| Neutrophils: | 15% or less (as % of total WCC) |
| ALT, AST: | 3 times upper limit of reference range (ULRR) or greater |
| T4: | less than 80% of lower limit of reference range (LLRR), or greater than 120% of ULRR |
| TSH: | greater than 120% of ULRR |

In addition, an analysis of slopes will be conducted in an attempt to identify more subtle trends over time. A linear regression model will be fit to each subject's data for each of the above mentioned parameters, and a slope will be calculated. The distribution of slopes will then be compared between groups using analysis of variance techniques, with no adjustment for multiple comparisons.

Involuntary movements and extra-pyramidal symptoms will be evaluated using changes from baseline in total scores from the AIMS and the Simpson Scale, respectively. Changes from baseline will be compared using analysis of covariance techniques similar to those described for the BPRS total score.

Previous trials have shown data from these two scales to be consistently non-normally distributed (eg, large proportion of subjects showing no change, severely skewed distribution, etc). If normality assumptions are violated, the Wilcoxon rank sum test will be used.

Vital signs and weight will be summarised by visit for each treatment group using descriptive statistics.

All formal statistical tests will be performed at alpha (two-sided) equal to 0.05 unless otherwise stated.

CONFIDENTIAL
AZ/SER 0051542

D51

5077IL/0012
Final: 26.04.93

37

**9.2.2.(c)   Segment C**

Since this portion of the trial is non-comparative, non-randomised, and
non-blinded, no formal tests of hypotheses will be performed.  Rather,
descriptive techniques will be used to summarise data from this phase.

Proportions of subjects entering the open phase will be tabulated by
randomised treatment (from the immediately preceding double-blind phase).
Thereafter, proportions of subjects remaining in the open label phase will be
tabulated by visit.  Reasons for discontinuation will be tabulated.

Descriptive statistics will be used to summarise BPRS total and factor scores,
the Severity of Illness item from the CGI and the SANS total score, at each
visit.  Total scores from the Simpson scale and the AIMS will also be
summarised using descriptive statistics.

Compliance with treatment regimen will be assessed using tablet counts to
calculate observed tablet use.

Adverse events will be classified using the COSTART system of nomenclature.
Numbers of events, event severity and crude event rates will be tabulated by
COSTART body system and preferred term.  Adverse events of particular interest
(sedation/somnolence, orthostatic hypotension, tachycardia, dizziness,
agitation and insomnia) will be summarised by visit using life table methods
in order to adequately describe the onset of these events.  Cumulative event
rates will also be calculated.  Ninety-five percent confidence intervals will
be calculated for crude event rates.

All laboratory data, vital signs and weight will be summarised by visit using
descriptive statistics.

CONFIDENTIAL
AZ/SER 0051543

70

The patient had an unremarkable past medical history. The elevation in ALT concentrations was considered by the investigator to be probably related to SEROQUEL. No further follow-up data are available.

**Patient 002/00205**          **SEROQUEL 50 mg (bid)**                              **Somnolence**

This 33-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due to drowsiness on Day 17, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis. She had been receiving no concurrent medication at entry, and received two codeine and paracetamol tablets for headache on Day 2, and paracetamol 1,000 mg orally for headache on Day 10. The drowsiness started on Day 1 and continued until the patient was withdrawn on Day 17. She had a past history of migraine and allergies to cats, rabbits and feathers. The drowsiness was judged by the investigator to be probably related to SEROQUEL.

**Patient 005/00501**          **SEROQUEL 50 mg (bid)**                      **Pathological fracture**

This 58-year-old, Caucasian woman with subchronic, undifferentiated schizophrenia developed postural hypotension on Day 7 which resulted in her falling and suffering a comminuted fracture of the left ankle.

She was receiving no concurrent medication at entry. Her blood pressure was 150/75 mmHg (supine) and 150/85 mmHg (standing) at entry and on the morning of the event; pulse rate (supine and standing) was 100 bpm at entry and on the day of the accident. Following her lunchtime dose of study treatment on Day 7 she got up to return to the ward and fainted, fracturing her ankle. Immediately after the fall her supine blood pressure was 120/75 mmHg and standing blood pressure 100/70 mmHg. She was withdrawn on Day 7 due to the fracture, which was considered secondary to the postural hypotension. The ankle was put in plaster-of-paris and she remained in hospital until this was removed, 49 days after her withdrawal from the study. She had an unremarkable past medical history, other than a thyroidectomy 15 years previously, and St Vitus dance when aged 14. The postural hypotension was considered by the investigator to be definitely related to SEROQUEL and the fracture was considered to be probably related. No further follow-up data are available.

**Patient 007/00703**          **SEROQUEL 50 mg (bid)**                           **Abdominal pain**
                                                                                      **Tongue oedema**

This 59-year-old, Caucasian man with chronic, paranoid schizophrenia was withdrawn due to a swollen tongue and abdominal pain on Day 26, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis. He had also previously developed leg oedema on Day 7 which resolved on Day 9. Three days after withdrawal he developed oedema (location not specified), which resolved 26 days after withdrawal. At entry he was receiving oral treatment with nifedipine 40 mg/day, metoprolol 200 mg/day and chlorthalidone 25 mg/day for hypertension, and aspirin 100 mg/day orally for prophylaxis of heart disease. He also received diazepam 5 mg/day orally for agitation from entry until Day 6. He had a history of hypertension which was well controlled on medication, and of a cerebrovascular episode from which he fully recovered. The swollen tongue and abdominal pain were considered by the investigator to be probably related to SEROQUEL.

CONFIDENTIAL
AZ/SER 0050572

D52

5077IL/0012
Final: 26.04.93

38

Frequencies of clinically significant changes (as defined below) in the
following laboratory parameters will be tabulated:

| | |
|---|---|
| WCC: | less than $3.0 \times 10^9/l$ |
| Neutrophils: | 15% or less (as % of total WCC) |
| AST, ALT: | 3 times ULRR or greater |
| T4: | less than 80% of LLRR, or greater than 120% of ULRR |
| TSH: | greater than 120% of ULRR |

Incidence rates of clinically significant changes in these parameters will be
calculated for each visit and over all visits.  Ninety-five percent confidence
intervals for these event rates will be calculated.

CONFIDENTIAL
AZ/SER 0051544

D53

5077IL/0012
Final: 26.04.93

39

## 10   ADMINISTRATIVE ASPECTS

### 10.1   Trial Commencement and Discontinuation

The first subject in the trial will enter by 1st July 1993 and the last
subject will enter the randomised phase of the trial on or before 21st
December 1994.

### 10.2   Laboratory Accreditation

Wherever feasible, laboratory tests will be performed by Safety of Medicines
Department, ZENECA Pharmaceuticals, Alderley Park.  When laboratory tests are
performed at a laboratory other than this, then the investigator will provide
ZENECA with copies of regional or national QA scheme reports for all tests
performed in that laboratory.

### 10.3   Monitoring

The trial will be conducted in accordance with the principles of Good Clinical
Research Practice as laid out in the Committee for Proprietary Medicinal
Products (CPMP) Guidelines "Good Clinical Practice for Trials on Medicinal
Products in the European Community".  The investigator will be visited by one
or more members of the ZENECA Medical Team on a regular basis throughout the
trial.  The investigator should ensure that sufficient time is allocated for
monitoring forms and for meeting appropriate personnel.

Prior to commencement of the trial, members of the ZENECA Medical Team will
visit the investigational site to ensure adequacy of facilities and to discuss
with the investigator, and other personnel involved with the trial, their
responsibilities with regard to protocol adherence, and the responsibilities
of ZENECA Pharmaceuticals and the ZENECA CRAs.

CONFIDENTIAL
AZ/SER 0051545

D54

5077IL/0012
Final: 26.04.93

40

During subsequent monitoring visits, ZENECA CRAs will visit the investigational site to:

a. Help to resolve any problems.
b. Examine all case report forms for completion, protocol compliance and possible adverse events.
c. Discuss inconsistencies or missing data.
d. Ensure that all trial materials are correctly stored and dispensed.
e. Verify information on case report forms against source data.
f. Check adherence to the obligations of the investigator.
g. Review consent forms and date of consent.

The ZENECA CRA will require access to the investigator's trial file and original subject records to ensure completeness of all trial related documentation.

**10.3.1   Data Verification**

It is a pre-requisite of the trial that the ZENECA CRA has access to source data for data verification.  This will be done by taking a sample from the trial and comparing data from the case report forms with those contained within the subject's clinic or hospital records; permission for this will be sought as part of the consent process.  This may be done across the desk where subject confidentiality is to be maintained.

Such verification is considered an essential element of quality control to rectify transcription errors and omissions.  Additional audits by ZENECA Quality Assurance Unit and by the regulatory authorities may also be required.

CONFIDENTIAL
AZ/SER 0051546

D55

5077IL/0012
Final: 26.04.93

41

10.4   Record Retention

All documents relating to the trial, including the protocol and Data for
Clinical Investigators, are the confidential property of ZENECA
Pharmaceuticals and should be regarded as such.  Unused case report forms
should be returned to ZENECA at the end of the trial.  Copies of completed
forms will be returned to ZENECA during the trial by a method which is agreed
with the CRA monitoring the study.

The investigator will retain copies of the subject trial records (eg lab
print-out, CRFs etc) and documentation following completion of the trial for
fifteen years or longer if local regulations require.  In the event that the
investigator retires or changes employment, custody of the records may be
transferred to another suitable person who will accept responsibility for the
records.  Notice of such transfer will be given in writing to ZENECA
Pharmaceuticals.

ZENECA will retain all documentation pertaining to this trial in the Central
Records Management Unit for as long as the drug is available for human
consumption.

10.5   Disclosure/Publication of Data

ZENECA Pharmaceuticals is committed to full and rapid reporting of their own
or sponsored clinical research at medical meetings and their subsequent
publication in recognised journals.  All manuscripts, abstracts or other means
of presentation must be reviewed by the ZENECA in-house procedure before
submission for publication.

Any publication will be agreed with ZENECA and the major participants prior to
submission.  Publication and the timing of publication of individual centre
data will only occur if agreed in advance.

The data from this trial may be used in company publications and submissions
to regulatory authorities.  All documentation will be approved by the
investigator(s) before use in regulatory submission.

132

CONFIDENTIAL
AZ/SER 0051547

D56

5077IL/0012
Final: 26.04.93

42

**10.6   Other Documentation**

**10.6.1   CVs, Ethics Committee Approval and Laboratory Reference Ranges**

The investigator will supply ZENECA Pharmaceuticals with a curriculum vitae
(CV).  A signed CV will also be supplied for any person who signs case report
forms.  Documentation of Ethical Committee approval and where necessary
reference ranges (and all subsequent revisions occurring during the trial)
for haematological and clinical chemistry variables will also be provided by
the investigator.

**10.6.2   Protocol Amendments**

Should any change be required to the signed, final protocol then a protocol
amendment must be prepared and agreed by ZENECA Pharmaceuticals, and signed
by both the Principal Investigator and ZENECA Medical Adviser.

<u>Deviations from the protocol should not be made except in a medical emergency
or as part of a protocol amendment agreed with ZENECA</u>.  In the event of a
medical emergency the investigator must notify ZENECA and the appropriate
Ethics Committee immediately.

Any other significant amendments will be submitted to the appropriate Ethics
Committee before implementation.

133

CONFIDENTIAL
AZ/SER 0051548

D57

5077IL/0012
Final: 26.04.93

43

### 10.6.3   Investigator Files

The file will contain:

- Guidance for Investigators
- Data for Clinical Investigators and DCI log
- Protocol plus Agreements
- Ethics Committee Approval
- Prescription Record Card
- Reference Ranges
- Correspondence
- Site Visit Log
- Investigator/Staff Details
- Subject Consent
- Subject Case Report Forms (CRF)
- Codebreaks or notification of where they are stored

All associated trial correspondence will be filed by the investigator and will be open for inspection by the ZENECA CRA to determine that the relevant material is present and easily retrievable.  It will be the responsibility of the ZENECA CRA to provide adequate means for organisation and filing of trial documentation at the trial centre.

### 10.6.4   Trial Participation Cards

A trial participation card will be provided for each subject to carry with them while they are taking part in the trial.  The card will indicate the subject's involvement in a clinical trial, the name of the investigator and it will indicate any concurrent medication which should be avoided during the trial and any restrictions which may apply.  It will also contain a contact address (the address of the centre) for use in the event of an emergency. The subject should be asked to show the card to any other medical practitioners they consult during the trial.

134

CONFIDENTIAL
AZ/SER 0051549

D58

5077IL/0012
Final: 26.04.93

44

### 10.6.5   Subject Medical Records

Trial subjects' medical records should be annotated to identify the subjects' inclusion in a clinical trial, and to prevent the destruction of the records.

### 10.6.6   Informing of Subject's Family Doctor

With the subject's consent, their family doctor will be informed of their participation in a trial.

### 10.6.7   Indemnity

A letter of indemnity can be forwarded by ZENECA Pharmaceuticals to the investigator if required.

### 10.7   Handling of 'High Risk' Samples

Samples of blood or other body fluids from subjects who are considered to be at risk of transmitting the agents responsible for AIDS or other sexually transmitted disease or hepatitis (see Section 4.4) must not be sent to ZENECA.  In the event that evidence of infection is found after a subject has been admitted to the trial, ZENECA should be notified immediately for information and advice.  Any samples of blood from known or suspected 'high risk' subjects which have been transported to ZENECA will not be analysed and will be destroyed by Safety of Medicines Department at ZENECA.  Any samples awaiting collection at the trial site should be destroyed there (any samples held by Pharma personnel should be returned to the originating clinic and should not be passed on to HQ).  Every care should be taken to review documentation with the investigator at the clinic to ensure that well-documented, low risk samples only are collected (see Appendix C).

CONFIDENTIAL
AZ/SER 0051550

D59

5077IL/0012
Final: 26.04.93

45

## 11   ETHICAL CONSIDERATIONS

### 11.1   Declaration of Helsinki

The trial will be conducted in accordance with the Declaration of Helsinki
(1964), amended Hong Kong (1989), see Appendix A.

### 11.2   Ethics Committee

The investigator must submit this protocol, plus relevant consent forms and a
subject information sheet, for independent review by a recognised Ethics
Committee.  The Ethics Committee should comprise medical professionals and
non-medical members in accordance with local guidelines.  The Committee
should be experienced in reviewing trial protocols involving subjects.  The
subject consent forms and information sheet are attached as Appendix B.

Subject recruitment will not start at an individual centre until satisfactory
evidence of ethical approval is given to ZENECA in writing.  ZENECA will
require written evidence that clearly identifies the trial and, where
possible, the identity and occupation of the members of the committee that
reviewed the protocol.  Protocol amendments with ethical or safety
implications will be submitted for ethical review before implementation.

### 11.3   Informed Consent

The investigator will explain the trial fully to the subject.  An information
sheet (see Appendix B) giving details of the trial will be provided for the
subject to read and retain.  ZENECA must be informed of any amendments to the
information sheet or consent forms.  After the subject has had time to
consider the information fully and has been encouraged to ask questions, they
will be asked to give fully informed consent either orally or preferably by
signing a consent form.  All consent forms will be signed by the
investigator, and consent will be obtained before any trial-related
intervention.

136

CONFIDENTIAL
AZ/SER 0051551

D60

5077IL/0012
Final: 26.04.93

46

It is strongly recommended that subject signed consent forms are
countersigned and dated by a witness.  If the subject cannot provide written
consent, then oral consent is acceptable.  In this case, the consent form
must be countersigned and dated by a witness to indicate the subject had an
opportunity to discuss the trial and consented freely.

Access to subject notes for auditing purposes may be required (see Section
10.3.1) and permission from each subject will be obtained as part of the
consent process.  When subjects return for subsequent visits, formal consent
will not be required on each occasion but the subject's willingness to
proceed should be checked.

Where the subject is unable to give consent, a close relative may be
consulted and asked to give consent by proxy.  In this situation the relative
must sign a specially prepared assent form.  If during the trial the subject
is subsequently considered by the investigator to be able to give consent,
fully informed consent must be sought as outlined at the beginning of this
section.  A subject unwilling to give consent at this stage must immediately
be withdrawn from the trial.

Consent forms which include the name of the subject should be reviewed at the
trial centre and retained by the investigator.  The investigator should then
provide written confirmation of the consent identifying the subject only by
subject number.  A separate log will cross-reference the subject number with
a patient identifier (either hospital number or initials).  This log will be
retained in the investigator file.

11.4   Confidentiality of Subjects

ZENECA will preserve the confidentiality of subjects taking part in this
trial.  In event of names inadvertently appearing on trial documentation,
this information will not be computerised.  Representatives of ZENECA
Pharmaceuticals will seek access to clinical information only after approval
to do so has been given by the relevant authorities and the subject.

137

CONFIDENTIAL
AZ/SER 0051552

D61

**APPENDIX A**

DECLARATION OF HELSINKI

Recommendations guiding physicians
in biomedical research involving human subjects

Adopted by the 18th World Medical Assembly, Helsinki, Finland, June 1964, and
amended by the 29th World Medical Assembly, Tokyo, Japan, October 1975,
the 35th World Medical Assembly, Venice, Italy, October 1983 and
the 41st World Medical Assembly Hong Kong, September 1989

I N T R O D U C T I O N

It is the mission of the physician to safeguard the health of the people. His
or her knowledge and conscience are dedicated to the fulfilment of this
mission.

The Declaration of Geneva of the World Medical Association binds the
physician with the words: "The health of my subject will be my first
consideration,"and the International Code of Medical Ethics declares that "A
physician shall act only in the subject's interest when providing medical
care which might have the effect of weakening the physical and mental
condition of the subject".

The purpose of biomedical research involving human subjects must be to
improve diagnostic, therapeutic and prophylactic procedures and the
understanding of the aetiology and pathogenesis of disease.

In current medical practice most diagnostic, therapeutic or prophylactic
procedures involve hazards.  This applies especially to biomedical research.

Medical progress is based on research which ultimately must rest in part of
experimentation involving human subjects.

In the field of biomedical research a fundamental distinction must be recog-
nized between medical research in which the aim is essentially diagnostic or
therapeutic for a subject, and medical research, the essential object of
which is purely scientific and without direct diagnostic or therapeutic value
to the person subjected to the research.

Special caution must be exercised in the conduct of research which may affect
the environment, and the welfare of animals used for research must be
respected.

Because it is essential that the results of laboratory experiments be applied
to human beings to further scientific knowledge and to help suffering
humanity the World Medical Association has prepared the following
recommendations as a guide to every physician in biomedical research
involving human subjects. They should be kept under review in the future.  It
must be stressed that the standards as drafted are only a guide to physicians
all over the world. Physicians are not relieved from criminal, civil and
ethical responsibilities under the laws of their own countries.

138

CONFIDENTIAL
AZ/SER 0051553

71

**Patient 023/02303**         **SEROQUEL 50 mg (bid)**                              **Death: suicide**

See clinical event narrative in Section 5.3.2.


**Patient 049/04903**         **SEROQUEL 50 mg (bid)**                 **Suspected neuroleptic malignant syndrome**

This 33-year-old, Caucasian woman with chronic, paranoid schizophrenia was withdrawn due to suspected neuroleptic malignant syndrome on Day 4. At entry she was receiving levothyroxine sodium 0.088 mg/day orally for hypothyroidism. During the study the patient demonstrated a progressive onset of muscular rigidity and verbal unresponsiveness; an initial report by the physician present (who was covering for the investigator in his absence) also described drooling, tachycardia and tachypnoea. At entry to the study the patient's supine and standing blood pressures were each 100/70 mmHg, supine pulse was 60 bpm and standing pulse 65 bpm. The patient's serum creatine kinase (CK) and liver transaminase concentrations are summarised in the following table:

| Day | CK (IU/L) | ALT (IU/L) | AST (IU/L) |
|---|---|---|---|
| (reference range: | 20 to 115 | * | #) |
| 0 | N/A | 15 | 20 |
| 4 | 3461 | 57 H+ | 127 H+ |
| 5 | 2339 | 55 H+ | 126 H+ |
| 6 | 1131 | 42 H+ | 66 H+ |
| 7 | 636 | 38 H+ | 45 H+ |
| 8 | 450 | 32+ | 37 H+ |
| 9 | 376 | 27+ | 27+ |

* reference range 5 to 40 IU/L for central laboratory, 0 to 35 IU/L for local laboratory
# reference range 10 to 23 IU/L for central laboratory, 0 to 30 IU/L for local laboratory
+ samples analysed at local laboratory


This physician made a provisional diagnosis of suspected neuroleptic malignant syndrome and the patient was withdrawn from the study for this reason after receiving SEROQUEL 50 mg/day for 4 days. She was transferred to intensive care for monitoring and treatment with intravenous fluids, dantrolene 2.5 mg/kg/day orally, bromocriptine 2.5 mg/kg/day orally, and phenytoin 250 mg/day orally. The symptoms resolved 4 days later. The investigator, who had been on holiday while the event occurred, saw the patient 8 days after her withdrawal. The investigator did not support the diagnosis of neuroleptic malignant syndrome since many of the symptoms described were recognised by this psychiatrist as present before the patient's treatment with SEROQUEL, and he concluded that the patient had presented with catatonic reaction and exacerbation of her illness. However, the adverse event was recorded by Zeneca on the study database as 'suspected neuroleptic malignant syndrome' in order to take the most conservative view of the diagnosis. The event was recorded by the investigator as probably related to SEROQUEL.

107

CONFIDENTIAL
AZ/SER 0050573

D62

-A2 -

I.  B a s i c   P r i n c i p l e s

1.  Biomedical research involving human subjects must conform to generally
    accepted scientific principles and should be based on adequately performed
    laboratory and animal experimentation and on a thorough knowledge of the
    scientific literature.

2.  The design and performance of each experimental procedure involving human
    subjects should be clearly formulated in an experimental protocol which
    should be transmitted for consideration, comment and guidance to a specially
    appointed committee independent of the investigator and the sponsor provided
    that this independent committee is in conformity with the laws and
    regulations of the country in which the research experiment is performed.

3.  Biomedical research involving human subjects should be conducted only by
    scientifically qualified persons and under the supervision of a clinically
    competent medical person.  The responsibility for the human subject must
    always rest with a medically qualified person and never rest on the subject
    of the research, even though the subject has given his or her consent.

4.  Biomedical research involving human subjects cannot legitimately be
    carried out unless the importance of the objective is in proportion to the
    inherent risk to the subject.

5.  Every biomedical research project involving human subjects should be
    preceded by careful assessment of predictable risks in comparison with
    foreseeable benefits to the subject or to others.  Concern for the interests
    of the subject must always prevail over the interest of science and society.

6.  The right of the research subject to safeguard his or her integrity must
    always be respected.  Every precaution should be taken to respect the
    privacy of the subject and to minimise the impact of the study on the
    subject's physical and mental integrity and on the personality of the
    subject.   .

7.  Physicians should abstain from engaging in research projects involving
    human subjects unless they are satisfied that the hazards involved are
    believed to be predictable.  Physicians should cease any investigation if
    the hazards are found to outweigh the potential benefits.

8.  In publications of the results of his or her research, the physician is
    obliged to preserve the accuracy of the results.  Reports of experimentation
    not in accordance with the principles laid down in this Declaration should
    not be accepted for publication.

9.  In any research on human beings, each potential subject must be adequately
    informed of the aims, methods, anticipated benefits and potential hazards of
    the study, and the discomfort it may entail.  He or she should be informed
    that he or she is at liberty to abstain from participation in the study and
    that he or she is free to withdraw his or her consent to participation at
    any time.  The physician should then obtain the subject's freely-given
    informed consent, preferably in writing.

CONFIDENTIAL
AZ/SER 0051554

D63

- A3 -

10. When obtaining informed consent for the research project the physician should be particularly cautious if the subject is in a dependent relationship to him or her or may consent under duress.  In that case the informed consent should be obtained by a physician who is not engaged in the investigation and who is completely independent of this official relationship.

11. In case of legal incompetence, informed consent should be obtained from the legal guardian in accordance with national legislation.  Where physical or mental incapacity makes it impossible to obtain informed consent, or when the subject is a minor, permission from the responsible relative replaces that of the subject in accordance with national legislation.

    Whenever the minor child is in fact able to give a consent, the minor's consent must be obtained in addition to the consent of the minor's legal guardian.

12. The research protocol should always contain a statement of the ethical considerations involved and should indicate that the principles enunciated in the present Declaration are complied with.

## II.   MEDICAL RESEARCH COMBINED WITH PROFESSIONAL CARE
### (Clinical Research)

1. In the treatment of the sick person, the physician must be free to use a new diagnostic and therapeutic measure, if in his or her judgement it offers hope of saving life, re-establishing health or alleviating suffering.

2. The potential benefits, hazards and discomfort of a new method should be weighed against the advantages of the best current diagnostic and therapeutic methods.

3. In any medical study, every subject - including those of a control group, if any - should be assured of the best proven diagnostic and therapeutic method.

4. The refusal of the subject to participate in a study must never interfere with the physician-subject relationship.

5. If the physician considers it essential not to obtain informed consent, the specific reasons for this proposal should be stated in the experimental protocol for transmission to the independent committee (I.2).

6. The physician can combine medical research with professional care, the objective being the acquisition of new medical knowledge, only to the extent that medical research is justified by its potential diagnostic or therapeutic value for the subject.

140

CONFIDENTIAL
AZ/SER 0051555

D64

- A4 -

III   NON-THERAPEUTIC BIOMEDICAL RESEARCH INVOLVING HUMAN SUBJECTS
(Non-clinical biomedical research)

1.   In the purely scientific application of medical research carried out on a
human being, it is the duty of the physician to remain the protector of the
life and health of that person on whom biomedical research is being carried
out.

2.   The subjects should be volunteers - either healthy persons or subjects for
whom the experimental design is not related to the subject's illness.

3.   The investigator or the investigating team should discontinue the research
if in his/her or their judgement it may, if continued, be harmful to the
individual.

4.   In research on man, the interest of science and society should never take
precedence over considerations related to the well-being of the subject.

141

CONFIDENTIAL
AZ/SER 0051556

D65

**APPENDIX B**

**SUBJECT INFORMATION SHEET**

Please read this sheet carefully.  It will tell you about the trial we are running, and help you decide if you want to take part.

**What is the trial and why are we doing it?**

Drugs are often used to treat people with psychiatric conditions.  The drugs used at the moment have some drawbacks, often to do with side-effects. ZENECA Pharmaceuticals has developed a new drug called 'Seroquel' for your condition and has sponsored this trial, which aims to find out the best way of giving this drug.  In this trial, we plan to compare two different doses of 'Seroquel' taken either twice or three times a day.

**What happens during the trial?**

Any medication you are currently taking for your psychiatric condition will be stopped 48 hours before starting the trial drug.  You will then receive 'Seroquel', for six weeks, given as tablets for you to swallow three times a day.  Every week, we will ask you questions to find out how effective the drug has been.  (We do not tell you or your doctor which dose you are taking, because this might bias your answers to the questions.)  We will also ask you if you have had any side-effects, and a doctor will examine you.  We know that 'Seroquel' has some side-effects, but they are usually mild and do not last long.  For example, people have noticed a dry mouth, drowsiness, dizziness, or problems with sleeping.

A doctor will take a small blood sample from you at the start of the trial and each week in the trial.  This is to check that the drug you are taking is not having any hidden effects on your body.  We will also check your heart function before you start the trial by taking an ECG (electrocardiogram) heart trace.

142

CONFIDENTIAL
AZ/SER 0051557

D66

- B2 -

You will need to stay in hospital for at least the first two weeks of the trial. After this, you may be allowed to leave the hospital if all is well. However, you must return each week for the questions and the safety checks.

**Can I stop doing the trial before the six weeks is up?**

We would like you to stay in for the full six weeks, because this gives us more information on 'Seroquel'. However, you can pull out of the trial at any time, and you do not have to tell us why. Also your doctor can take you out of the trial if your doctor thinks you should not continue. Your doctor would do so automatically if your condition got worse, or if you had serious unwanted symptoms, or if you stopped taking the trial drug.

At the end of the first part of the trial, your doctor may ask you if you want to enter a second part of the trial. In this you would take 'Seroquel' for another 52 weeks, with hospital visits every 4 weeks. Again, you can choose if you want to do this or not. If you don't want to take part, this won't affect the way you are looked after.

**What will happen to the information you collect about me?**

Any information we collect is kept strictly confidential. What we learn from you about the effectiveness and safety of 'Seroquel' will be used to develop the drug further.

With your permission, your family doctor will be informed of your participation in this clinical trial.

If we learn anything new about the safety of 'Seroquel' while you are in the trial, we will tell you. If you have any problems as a result of this trial, tell your doctor. It is unlikely that you will be injured by this trial, but if so, your doctor would give you information about claiming compensation.

143

CONFIDENTIAL
AZ/SER 0051558

D67

- B3 -

**What happens now?**

You are free to choose whether or not you want to take part in this trial. If you don't, it won't affect the way you are looked after.

You may talk to a family member or a friend before you decide if you want to take part.

If you wish to take part in this trial, tell your doctor, and he or she will make all the arrangements.

Thank you for reading this

144

CONFIDENTIAL
AZ/SER 0051559

D68

APPENDIX C

HEPATITIS B VIRUS AND HUMAN IMMUNODEFICIENCY
VIRUS POSITIVE MATERIALS

HEPATITIS B VIRUS (HBV)

Specimens obtained from the following categories should be considered
potentially positive:-

a)  Subjects from renal units.

b)  Subjects suffering from infective or suspected infective disease of the
    liver.

c)  Subjects suspected of being intravenous drugs users or where there is
    evidence of parenteral drug abuse.

d)  Subjects receiving immuno-suppressive or cytotoxic drugs.

e)  Institutionalised subjects.

f)  Subjects from an area or country where the disease has high prevalence.

g)  Subjects who have been tatooed.

It will normally be the responsibility of medical staff caring for the subject
to determine whether specimens should be placed in the high risk groups and to
ensure they are marked accordingly.

HUMAN IMMUNODEFICIENCY VIRUS (HIV)

The following materials should be considered as potentially positive:-

a)  Specimens from subjects with confirmed or suspected Acquired Immune
    Deficiency Syndrome (AIDS) or known to be antibody positive for HIV.

b)  Specimens from risk groups (eg homosexuals, haemophiliacs and intravenous
    drug users) with a high incidence of seropositivity.

c)  Specimens from persons from areas with a high incidence of seropositivity
    (sub-Saharan Africa).

d)  Specimens from sexual contacts and, if necessary, offspring of the above
    groups.

As with HBV specimens it will normally be the responsibility of the medical
staff to determine whether specimens should be placed in the high risk groups
and to ensure that they are marked accordingly.

145

CONFIDENTIAL
AZ/SER 0051560

D69

APPENDIX D                    DSM IIIR DIAGNOSIS FOR SCHIZOPHRENIA


DSM-III-R Diagnostic Criteria for Chronic or Subchronic Schizophrenia with
Acute Exacerbation (295.23, 295.24, 295.13, 295.14, 295.33, 295.34, 295.93,
295.94)

(A)   Presence of characteristic psychotic symptoms in the active phase either
      (1), (2), or (3) for at least one week (unless the symptoms are
      successfully treated):

      (1)   two of the following:

            (a) delusions

            (b) prominent hallucinations (throughout the day for several days or
                several times a week for several weeks, each hallucinatory
                experience not being limited to a few brief moments)

            (c) incoherence or marked loosening of associations

            (d) catatonic behaviour

            (e) flat or grossly inappropriate affect

      (2)   bizarre delusions (ie, involving a phenomenon that the person's
            culture would regard as totally implausible, eg; thought
            broadcasting, being controlled by a dead person)

      (3)   prominent hallucinations (as defined in (1) (b) above) of a voice
            with content having no apparent relation to depression or elation, or
            a voice keeping up a running commentary on the person's behaviour or
            thoughts, or two or more voices conversing with each other.

(B)   During the course of the disturbance, functioning in such areas as work,
      social relations, and self care is markedly below the highest level
      achieved before onset of disturbance (or, when the onset is in childhood
      or adolescence, failure to achieve expected level of social development).

(C)   Schizoaffective Disorder and Mood Disorder with Psychotic Features have
      been ruled out, ie, if a Major Depressive or Manic Syndrome has ever been
      present during an active phase of the disturbance, the total duration of
      all episodes of a mood syndrome has been brief relative to the total
      duration of the active and residual phases of the disturbance.

(D)   Continuous signs of the disturbance for at least six months. The
      six-month period must include an active phase (of at least one week, or
      less if symptoms have been successfully treated) during which there were
      psychotic symptoms characteristic or Schizophrenia (symptoms in A), with
      or without a prodromal or residual phase, as defined below.

146

CONFIDENTIAL
AZ/SER 0051561

D70

- D2 -

Prodromal phase:  A clear deterioration in functioning before the active
phase of the disturbance that is not due to a disturbance in mood or to a
Psychoactive Substance Use Disorder and that involves at least two of the
symptoms noted below.

Residual phase:  Following the active phase of the disturbance,
persistence of at least two of the symptoms noted below, these not being
due to a disturbance in mood or to a Psychoactive Substance Use Disorder.

Prodromal or Residual Symptoms:

(1)  marked social isolation or withdrawal

(2)  marked impairment in role functioning as wage-earner, student or
     homemaker

(3)  markedly peculiar behaviour (eg, collecting garbage, talking to self
     in public, hoarding food)

(4)  marked impairment in personal hygiene and grooming

(5)  blunted or inappropriate affect

(6)  digressive, vague, overelaborate, or circumstantial speech, or
     poverty of speech, or poverty of content

(7)  odd beliefs or magical thinking, influencing behaviour and
     inconsistent with cultural norms, eg, superstitiousness, belief in
     clairvoyance, telepathy, "sixth sense", "others can feel my
     feelings", overvalued ideas, ideas of reference

(8)  unusual perceptual experiences, eg, recurrent illusions, sensing the
     presence of a force or a person not actually present

(9)  marked lack of initiative, interests or energy

Examples:  Six months of prodromal symptoms with one week of symptoms from A;
no prodromal symptoms with six months of symptoms from A; no prodromal
symptoms with one week of symptoms from A and six months of residual symptoms.

(E) It cannot be established that an organic factor initiated and maintained
    the disturbance.

(F) If there is a history of Autistic Disorder, the additional diagnosis of
    Schizophrenia is made only if prominent delusions or hallucinations are
    also present.

CONFIDENTIAL
AZ/SER 0051562

D71

- D3 -

CLASSIFICATION OF COURSE:  The course of the disturbance is coded with the fifth digit:

   3:   Subchronic with Acute Exacerbation.  Reemergence of prominent psychotic symptoms in a person with a subchronic course who has been in the residual phase of the disturbance.

   4:   Chronic with Acute Exacerbation.  Reemergence of prominent psychotic symptoms in a persons with a chronic course who has been in the residual phase of the disturbance.

148

CONFIDENTIAL
AZ/SER 0051563

## INVESTIGATOR AND CENTRE LIST

(Centres that recruited patients)                                              **(continued)**

| Centre number | Investigator | Address | Number of patients entered |
|---|---|---|---|
| 025 | Dr Y Schroeder | Psychiatrische Universitaetsklinik<br>Voss Strasse 9<br>69115 Heidelberg<br>Germany | 6 |
| 027 | Prof W W Fleischhacker | Department of Psychiatry<br>Innsbruck University Clinics<br>Anichstrasse 35<br>A-6020 Innsbruck<br>Austria | 4 |
| 028 | Dr C Geretsegger | Landes-Nervenklinik Salzburg<br>Ignaz-Harrer Strasse-79<br>5020 Salzburg<br>Austria | 3 |
| 029 | Dr J Stoessl | Psychiatrisches Krankenhaus der Stadt Wien<br>VII Psychiatrische Abteilung<br>Baumgartner Hohe 1<br>1145 Vienna<br>Austria | 12 |
| 030 | Prof G Darcourt | C.H.R. Hopital Pasteur<br>30 Avenue de la Voie Romaine<br>BP 69<br>06002 Nice Cedex<br>France | 7 |

CONFIDENTIAL
AZ/SER 0050475

72

**Patient 050/05005**          **SEROQUEL 50 mg (bid)**                              **Suicide attempt**

This 30-year-old, Caucasian woman with chronic, paranoid schizophrenia attempted suicide by
self-burning on Day 9, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily
basis.  As a result she was immediately withdrawn from the study and required prolonged
hospitalisation.  On entry she was receiving lorazepam 4 mg/day orally for anxiety.   She also
received lorazepam 4 mg/day orally from Day 1 to 5, and 1 mg/day orally on Days 6 and 7, for
anxiety and nervous tension.  She had no relevant past medical history.  The relationship of the
suicide attempt to treatment with SEROQUEL was considered by the investigator to be
undetermined.

**Patient 091/09103**          **SEROQUEL 50 mg (bid)**          **Death: cerebral atherosclerosis**

See clinical event narrative in Section 5.3.2.

### 5.3.4   Other serious adverse events not leading to withdrawal

*Summary table:*                          *other serious adverse events not leading to withdrawal; T14.5*

Eight patients had serious adverse events that did not lead to withdrawal from the study.  These
events are summarised in Table 19.

**TABLE 19  Serious adverse events not leading to withdrawal**

| Centre/patient | Adverse event (COSTART preferred term) | Study day of onset (Segment B) | Duration of event (days) |
|---|---|---|---|
| **SEROQUEL 450 mg (bid)** | | | |
| 052/05204 | Insomnia | 1 | 2 |
| 087/08704 | Agitation | 4 | 1 |
| | Anxiety | 4 | 2 |
| | Hallucinations | 13 | * |
| **SEROQUEL 450 mg (tid)** | | | |
| 019/01901 | Somnolence | 4 | * |
| 087/08701 | Hyperkinesia | 7 | * |
| **SEROQUEL 50 mg (bid)** | | | |
| 005/00501 | Postural hypotension | 7 | 5 |
| | Syncope | 7 | 1 |
| 076/07602 | Suicide attempt | 29 | * |
| 084/08423 | Overdose | 8 | 3 |
| 088/08803 | Insomnia | 13 | 4 |
| | Headache | 25 | 6 |

*denotes adverse event was ongoing at completion or withdrawal from study.

108

CONFIDENTIAL
AZ/SER 0050574

D72

●

APPENDIX X

DSM-III-R DIAGNOSTIC CRITERIA FOR
PSYCHOACTIVE SUBSTANCE DEPENDENCE

A.  At least three of the following:

(1)  substance often taken in larger amounts or over a longer period than
the person intended

(2)  persistent desire or one or more unsuccessful efforts to cut down or
control substance use

(3)  a great deal of time spent in activities necessary to get the substance
(eg, theft), taking the substance (eg, chain smoking), or recovering from
its effects

(4)  frequent intoxication or withdrawal symptoms when expected to fulfil major
role obligations at work, school, home (eg, does not go to work because
hung over, goes to school "high", intoxicated while taking care of his or
her children), or when substance use is physically hazardous (eg, drives
when intoxicated)

(5)  important social, occupational, or recreational activities given up or
reduced because of substance use

(6)  continued substance use despite knowledge of having a persistent or
recurrent social, psychological, or physical problem that is caused or
exacerbated by the use of the substance (eg, keeps using heroin despite
family arguments about it, cocaine-induced depression, or having an ulcer
made worse be drinking)

(7)  marked tolerance:  need for markedly increased amounts of the substance
(ie, at least 50% increase) in order to achieve intoxication or desired
effect, or markedly diminished effect with continued use of the same amount

Note:  The following items may not apply to cannabis, hallucinogens, or
phencyclidine (PCP):

(8)  characteristic withdrawal symptoms (see specific withdrawal syndromes under
Psychoactive Substance-induced Organic Mental Disorders)

(9)  substance often taken to relieve or avoid withdrawal symptoms

CONFIDENTIAL
AZ/SER 0051564

D73

- E2 -

B.   Some symptoms of the disturbance have persisted for at least one month, or
     have occurred repeatedly over a longer period of time.

     Criteria for Severity of Psychoactive Substance Dependence.

     Mild:  Few, if any symptoms in excess of those required to make the
     diagnosis, and the symptoms result in no more than mild impairment in
     occupational functioning or in usual social activities or relationships
     with others.

     Moderate:  Symptoms of functional impairment between "mild" and "severe".

     Severe:  Many symptoms in excess of those required to make the diagnosis,
     and the symptoms markedly interfere with occupational functioning or with
     usual activities or relationships with others.

     In Partial Remission:  During the past six months, some use of the
     substance and some symptoms of dependence.

     In Full Remission:  During the past six months, either no use of the
     substance, or use of the substance and no symptoms of dependence.

CONFIDENTIAL
AZ/SER 0051565

D74

**APPENDIX F**

**SAFETY MONITORING GUIDELINES**

The following safety monitoring guidelines are recommended.

**1   White Cell Count**

A subject must not be entered into the trial if the WCC at baseline is less than the lower limit of reference range (LLRR).  A subject with a WCC < LLRR may only be entered if their WCC returns within the reference range.  If during the course of the trial the WCC is less than the LLRR then the following action should be taken:-

If WCC $\geq$ 3.0 or neutrophils $\geq$ 1.5

   Action:   Continue trial treatment
             Monitor WCC twice weekly

If WCC is between 1.0 and 3.0 or neutrophils between 0.5 and 1.5

   Action:   Stop trial treatment
             Contact Zeneca
             Monitor WCC daily until WCC > 3.0 and neutrophils > 1.5

If WCC < 1.0 or neutrophils < 0.5

   Action:   Stop trial treatment
             Contact Zeneca
             Perform bone marrow biopsy
             Refer to specialist.

**2   Liver Function Tests**

Careful consideration should be made about entry into the trial if a subject has ALT, AST, or alkaline phosphatase > 3x upper limit of reference range (ULRR) at baseline.  Similarly if the total bilirubin is > 35µmol/l (2mg/dl) at entry a subject may be unsuitable for entry into the trial.

During the trial.

Most LFT elevations observed during the phase II trials have been transient and returned to baseline despite continued treatment.  However the following guidelines are recommended.

For AST up to 6x ULRR and ALT up to 8x ULRR extra monitoring should be carried out (using a local lab 2-3 times a week) at the clinical discretion of the investigator.

151

CONFIDENTIAL
AZ/SER 0051566

Case 6:06-md-01769-ACC-DAB   Document 1324-28   Filed 02/28/09   Page 119 of 193 PageID
30129

D75

- F2 -

Discontinuation of trial drug should be considered if values remain high or continue to increase, ie AST $\geq$ 6xULRR and ALT $\geq$ 8-9xULRR.

Changes in alkaline phosphatase and total bilirubin should be taken into account when making any clinical decision concerning LFTs.

3.  Thyroid Function Tests

At entry and during the trial, no action is recommended provided that $T_4$ values remain within the range 80% of LLRR to 120% ULRR and that TSH remains $\leq$ 120% ULRR.

Subjects treated with thyroid supplements and who are euthyroid may enter the trial but more frequent monitoring should be considered.

Small decreases in $T_4$ and slight increases in TSH have been noted in the phase II clinical trial but no cases of clinical hypothyroidism have been seen.

If hypothyroidism develops during the trial the following actions should be considered:

*  Stop trial drug
*  Repeat thyroid function tests
*  Contact ZENECA

152

CONFIDENTIAL
AZ/SER 0051567

D76

<u>APPENDIX G</u>

DOSE ESCALATION SCHEME

The table below shows the daily dose of 'Seroquel' for each day of the escalation phase of Segment B (Days 1 to 7). The actual dose taken by the subject is determined by the randomised treatment allocation; the 'nominal' dose is the dose of 'Seroquel' shown on the prescription record.

| DAY | NOMINAL DOSE (mg) | ACTUAL DOSE (mg) | |
|-----|-----|-----|-----|
| | | 50mg TREATMENT ARM | 450 mg TREATMENT ARMS |
| 1 | 50 | 50 | 50 |
| 2 | 100 | 50 | 100 |
| 3 | 200 | 50 | 200 |
| 4 | 300 | 50 | 300 |
| 5 | 350 | 50 | 350 |
| 6 | 400 | 50 | 400 |
| 7 | 450 | 50 | 450 |

153

CONFIDENTIAL
AZ/SER 0051568

D77

**APPENDIX H**

**REFERENCES**

Andreason N (1981)
Scale for the Assessment of Negative Symptoms (SANS)
University of Iowa, Iowa City

ECDEU Assessment Manual for Psychopharmacology (1976)
Rev. Ed., Rockville, Maryland
Editor: Guy W

National Institute of Mental Health (1970)
CGI - Clinical Global Impressions
Manual for the ECDEU Assessment Battery 2 Rev. Ed.
Chevy Chase, Maryland, 12.1 - 12.6.
Editors: Guy W and Bonato R.

Overall J and Gorham D (1962)
The Brief Psychiatric Rating Scale
Psychol. Rep. 10. p799-812

Simpson G and Angus J (1970)
A rating scale for extrapyramidal side effects
Acta. Psychiat. Scand. Suppl. 212 p11-19

CONFIDENTIAL
AZ/SER 0051569

D78

INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 50771L/0012   UK
CENTRE 999
PATIENT
CATEGORY T02

Trial number: 50771L/0012     ("SAFARI")

This protocol has been amended as follows:


4.4 Exclusion Criteria

Section (a) has been changed to read as follows:

Pregnancy or lactation. Females of childbearing potential must not be
pregnant, as demonstrated by a serum human chorionic gonadotrophin test,
performed during Segment A, before entering Segment B. Females of child-
bearing potential must be surgically sterilised, fitted with an intra-
uterine device (IUD) or receiving regular depot contraceptive injections.


This protocol amendment is only operative in centres of the United Kingdom.


Amendment number: ____1____

Prepared by: ____BR Horne____   Date: __25 June 1993__

Approved by: _____   Date: __25 June 1993__
International Clinical Project Director

_____   Date: __12 July 1993__
International Project Statistician

_____   Date: __5th July 1993__
Study Team Physician

_____   Date: _____
Investigator

155

CONFIDENTIAL
AZ/SER 0051570

D79

TRIAL 5077IL/0012
CENTRE 002
PATENT
CATEGORY 004

### INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended as follows:

#### 4.4 Exclusion Criteria

Section (a) has been changed to read as follows:

> Pregnancy or lactation.  Females of childbearing potential must not be pregnant, as demonstrated by a serum human chorionic gonadotrophin test, performed during Segment A, before entering Segment B.  Females of child-bearing potential must be surgically sterilised, fitted with an intra-uterine device (IUD) or receiving regular depot contraceptive injections.

This protocol amendment is only operative in centres of the United Kingdom.

Amendment number: _OO1._

Prepared by: _MR. B R HORNE._        Date: _a/07/93_

Approved by: _____        Date: _____
International Clinical Project Director

_____        Date: _____
International Project Statistician

_Chris LL_        Date: _25/5/93_
Study Team Physician

_____        Date: _31/8/93._
Investigator

CONFIDENTIAL
AZ/SER 0051571

D80

TRIAL 5077IL/0012
CENTRE OOO
PATIENT
CATEGORY COZF.

INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

An additional evaluation (a pharmacokinetic screen) will be performed using data from subjects at selected centres of this trial.

This pharmacokinetic screen will be used, together with similar data from 2 other clinical trials conducted in the US, to evaluate the pharmacokinetic characteristics of 'Seroquel.'

The details of this evaluation are given in the attached Protocol Supplement.

Amendment number:  __2__

Prepared by: _____   Date: __30 Sept 93__

Approved by: _____   Date: __3/11/93.__
International Clinical Project Director

_____   Date: __15 Oct 93__
International Project Statistician

_____   Date: __1/10/93.__
Study Team Physician

_____   Date: __17/12/93..__
Investigator

157

CONFIDENTIAL
AZ/SER 0051572

D81

TRIAL 5077IL/0012
CENTRE
PATIENT
CATEGORY  TO2

<u>**POPULATION PHARMACOKINETICS OF 'SEROQUEL'**</u>

<u>**PROTOCOL SUPPLEMENT – TRIAL 5077IL/0012**</u>

**1    INTRODUCTION**

This protocol supplement gives details of an additional evaluation (a pharmacokinetic screen) that will be performed using data from subjects at selected centres of the 'Seroquel' trial 5077IL/0012.

This pharmacokinetic screen will be used, together with similar data from 2 other clinical trials conducted in the US, to evaluate the pharmacokinetic characteristics of 'Seroquel'.  Such information can then be used to design dosage regimens for achieving optimal clinical response.

**2    OBJECTIVES**

The objectives of the pharmacokinetics evaluation are:-

1    To investigate the influence of various subject characteristics on the pharmacokinetics of 'Seroquel' in the subject population.

2    To determine the magnitude of any inter-subject kinetic variability of 'Seroquel' not explained by the subject characteristics investigated in (1) above.

3    To determine the magnitude of any intra-subject kinetic variability of 'Seroquel' in the subject population.

**3    SUBJECT POPULATION**

Data will be used from subjects who have completed at least 3 weeks of Segment B of trial 5077IL/0012.

158

CONFIDENTIAL
AZ/SER 0051573

73

Patients 087/08704 and 005/00501 were withdrawn because of other adverse events and are discussed in Section 5.3.3.  The remaining patients are discussed in more detail below:

**Patient 052/05204**      **SEROQUEL 450 mg (bid)**                    **Insomnia**

This 28-year-old, Caucasian woman with chronic, paranoid schizophrenia developed sleeplessness on Day 1 of the dose-escalation phase, which required hospitalisation and was recorded on the case record form by the investigator as 'causing persistent disability or incapacitating'. However, the patient was able to continue in the study until Day 14, when she was withdrawn due to lack of efficacy and entered the open-label extension phase.  She had been receiving no concurrent medication at entry, and received diazepam 5 mg to 20 mg orally for sleeplessness and restlessness on Days 2, 3, 9, 10, 12 and 13, and lorazepam 1 mg orally on Day 13 and 6.5 mg on Day 14, for agitation.  She had an unremarkable past medical history. The sleeplessness was considered by the investigator to be probably related to SEROQUEL.

**Patient 019/01901**      **SEROQUEL 450 mg (tid)**                    **Somnolence**

This 48-year-old, Caucasian woman with chronic, paranoid schizophrenia developed somnolence on Day 4 of the dose-escalation phase, which was recorded on the case record form by the investigator as 'causing persistent disability or incapacitating', although the patient continued on study treatment until the end of the randomised treatment phase (Day 42). The somnolence continued at the same intensity until the end of the study.  The patient had been receiving no concurrent medication at entry and had an unremarkable past medical history. The somnolence was considered by the investigator to be definitely related to SEROQUEL.

**Patient 087/08701**      **SEROQUEL 450 mg (tid)**                    **Hyperkinesia**

This 47-year-old, Caucasian woman with chronic, disorganised schizophrenia developed hyperactivity (COSTART code hyperkinesia) on Day 7, whilst receiving SEROQUEL 450 mg/day, administered on a thrice-daily basis.  The event required hospitalisation, but the patient continued in the study until the end of the randomised treatment phase (Day 42).  The hyperactivity continued at the same intensity until the end of the study.  The patient had been receiving no concurrent medication at entry and had an unremarkable past medical history. The hyperactivity was considered by the investigator to be probably related to SEROQUEL.

**Patient 076/07602**      **SEROQUEL 50 mg (bid)**                    **Suicide attempt**

This 26-year-old, Caucasian man with chronic, paranoid schizophrenia attempted suicide by jumping from his third floor flat on Day 29, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis. He had been receiving no concurrent medication on entry, and received SEROQUEL 50 mg/day for a total of 35 days.  He also received diazepam 30 mg/day orally for agitation from Days 2 to 30.

As a result of the suicide attempt he suffered multiple fractures, including a broken femur and ribs, and was hospitalised in the division of orthopedics at another hospital.  He continued in the study until Day 35, when he was withdrawn due to lack of efficacy and entered the open-label extension phase.  He had no relevant past medical history.  The relationship of the

CONFIDENTIAL
AZ/SER 0050575

D82

TRIAL 5077IL/0012
CENTRE αιαι
PATIENT
CATEGORY TOQ

- 2 -

4   METHODS

The pharmacokinetic screen is a technique which requires several drug levels to be obtained from each subject, each drawn at different times relative to the last dose.

Therefore, in addition to the blood samples taken weekly for haematology and clinical chemistry evaluation during trial 5077IL/0012, up to seven further blood samples will be taken from each subject.

4.1   Timing of samples

The following blood samples will be taken during Segment B of trial 5077IL/0012.

Pre-dose samples

Samples must be taken before the first dose of trial medication on the morning of the clinic visit for weeks 3,4,5 and 6.

This can be combined with the sample taken for the routine trial clinical chemistry evaluation.  In this case, half the plasma will be used for the clinical chemistry tests, and the remaining half of the plasma will be retained for the drug assay.

Post-dose samples

Samples will be taken on 1 day only, usually on the clinic visit of week 3, but it may be on week 4, 5 or 6 if this is more convenient.

Samples will be taken ½ hour, 3 and 6 hours after the first dose of trial medication on that day.  It is important on this day to delay the lunchtime dose of trial medication until after the 6-hour sample has been taken.

CONFIDENTIAL
AZ/SER 0051574

D83

TRIAL 50772/0012
CENTRE 0109
PATIENT
CATEGORY 702

- 3 -

**4.2   Sample Collection**

A 5 ml venous blood sample will be collected into a heparinised tube at each time period specified above.

Blood samples will be collected into a lithium heparin anticoagulant tube, mixed gently, allowed to stand for 30 minutes and then separated by centrifugation at 2000 r.p.m. for 15 minutes.

The resulting plasma samples must be transferred to 12 ml polypropylene tubes and maintained at -20°C or colder until assayed for 'Seroquel'.

**4.3   Sample Labelling and Documentation**

Labels will be prepared and supplied by ZENECA Pharmaceuticals for all tubes and containers used to collect, store and ship samples for drug assays.  The labels for the polypropylene tubes must be wrapped with transparent tape to ensure the labels remain attached to the tubes during processing and shipment.

Each label will include the following information:-.

a)  Trial and centre number
b)  Subject number
c)  Subject i.d.
d)  Date and time of collection

160

CONFIDENTIAL
AZ/SER 0051575

D84

TRIAL 8077L/0012
CENTRE 009
PATIENT
CATEGORY T02

- 4 -

In addition, a form will be completed for each sample which contains the following information:-

a)  Trial and centre number
b)  Subject number
c)  Subject i.d.
d)  Date and time of sample collection
e)  Date and time of last dose of trial drug

4.4   Sample shipment

ZENECA Pharmaceuticals will arrange to have the plasma samples for 'Seroquel' analysis transported directly to:-

Mr E Douglas
Drug Kinetics Section SOMD
ZENECA Pharmaceuticals
Mereside, Alderley Park
Macclesfield
Cheshire

The plasma samples must be kept at -20°C or colder (using a freezer or dry ice) until analysed.  Samples will be collected at each monitoring visit by the CRA monitoring the centre, and must be analysed within 3 months of sample collection.

4.5   Procedure for Assay

An HPLC method with UV detection has been developed and validated by ZENECA Pharmaceuticals for the quantification of 'Seroquel' and its 7-hydroxy metabolite (ZENECA 214,227) in human plasma.

161

CONFIDENTIAL
AZ/SER 0051576

D85

TRIAL 50772L/0012
CENTRE 999
PATIENT
CATEGORY T02

- 5 -

## 5   ANALYSIS OF RESULTS

Data will be collected as described on drug levels at a number of different
times relative to the last dose of 'Seroquel'.  Population pharmacokinetic
parameters will then be estimated using mixed effect modelling as implemented
in the computer programme NONMEM, a programme shown to be capable of producing
accurate and precise population pharmacokinetic parameters from sparse
clinical data (Gressela et al 1986, Sheiner and Beal 1983).

## 6   REFERENCES

Gressela T, Antal E, Townsend R and Smith R.
An evaluation of population pharmacokinetics in therapeutic trials.  Part 1.
Comparison of methodologies.
Clinical Pharmacol. Ther 1986, 39:  p605-12

Sheiner L and Beal S.
Evaluation of methods for estimating population pharmacokinetic
parameters:  III:  Nonexponential model:  routine clinical data
J Pharmacokinet Biopharm 1983.  11: p 303-19

BH/TLH/A:1
Protocol Supplement Disk

162

CONFIDENTIAL
AZ/SER 0051577

D86

### INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE 999  *ER*
PATIENT
CATEGORY T02

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

7.  TRIAL METHODS

7.2     Clinical and Laboratory Evaluations

(add:)

7.2.8   Ophthalmological Examination

A slit lamp ophthalmological examination of the lens will be undertaken on all subjects who enter Segment C and on completion of or withdrawal from Segment C of the trial.  Both examinations will be performed by the same ophthalmologist.

This protocol amendment is only operative in centres of the Republic of Ireland.

Amendment number:    3

Prepared by:   _BR Horne_        Date: _3/11/93_

Approved by:   _Ph MAV Ubsted_   Date: _3/11/93_
               International Clinical Project Director

               _Barbara B. Mill_   Date: _16/11/93_
               International Project Statistician

               _Chris Leli_        Date: _3/11/93._
               Study Team Physician

               _____   Date: _____
               Investigator

163

CONFIDENTIAL
AZ/SER 0051578

D87

TRIAL 5077IL/0012
CENTRE
PATIENT   006.
CATEGORY   CGl4

INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

7.  TRIAL METHODS

7.2     Clinical and Laboratory Evaluations

             (add:)

7.2.8   Ophthalmological Examination

A slit lamp ophthalmological examination of the lens will be undertaken on all subjects who enter Segment C and on completion of or withdrawal from Segment C of the trial.  Both examinations will be performed by the same ophthalmologist.

This protocol amendment is only operative in centres of the Republic of Ireland.

Amendment number:   3

Prepared by:   _BRHorne_____   Date:  _3/11/93_____

Approved by:   _____   Date:  _3/11/93_____
             International Clinical Project Director

             _____   Date:  _____
             International Project Statistician

             _____   Date:  _3/11/93._
             Study Team Physician

             _____   Date:  _2/9/74_
             Investigator

164

CONFIDENTIAL
AZ/SER 0051579

D88

CRS INTERNATIONAL PROJECT TEAM

TRIAL 5077IL/0012
CENTRE 999 FC
PATIENT
CATEGORY TCQ

INTERNATIONAL PROTOCOL AMENDMENT

Trial Number 5077IL/0012  ('SAFARI')

This protocol has been amended as follows:

4.3  Inclusion criteria

Section (a)  Females of child-bearing potential must use a reliable form of contraception during the trial and for one month after completion of the trial.  Oral contraceptives are acceptable but brands containing low dosage oestrogen are not recommended.

6.1  Section (C)

Biperiden and tritrexyphenadryl will be used to treat emergent EPS and akathisia.

This protocol amendment is only operation in centres in France.

Amendment number:  ___4___

Prepared by:  _Alvin Smith_        Date: 10 Nov '93

Approved by:  _P. MAV. libted_        Date: 10/11/93
              International Clinical Project Director

              _Julian B. Mck_        Date: 14/11/93
              International Project Statistician

              _Onc hnt_        Date: 15/11/93
              Study Team Physician

              ...................        Date: ....................
              Investigator

CD780

165

CONFIDENTIAL
AZ/SER 0051580

D89

CNS INTERNATIONAL PROJECT TEAM

TRIAL 5077IL/0012
CENTRE 999 FC
PATIENT
CATEGORY T02

INTERNATIONAL PROTOCOL AMENDMENT

Trial Number 5077IL/0012  ('SAFARI')

This protocol has been amended as follows:

4.3  Inclusion criteria

Section (a)  Females of child-bearing potential must use a reliable form of contraception during the trial and for one month after completion of the trial.  Oral contraceptives are acceptable but brands containing low dosage oestrogen are not recommended.

6.1  Section (C)

Biperiden and tritrexyphenadryl will be used to treat emergent EPS and akathisia.

This protocol amendment is only operation in centres in France.

Amendment number:  ____4____

Prepared by: _Alison Smith_          Date: _10 Nov '93_

Approved by: _B Clav Tibletd_          Date: _10/11/93_
        International Clinical Project Director

        .............................          Date: ....................
        International Project Statistician

        .............................          Date: ....................
        Study Team Physician

        .............................          Date: ....................
        Investigator
        Co-ordinator. Pr DARCOURT          22  du  93
                FRANCE

CD780

166

CONFIDENTIAL
AZ/SER 0051581

D90

INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 50771L/0012
CENTRE 999 IS
PATENT
CATEGORY CO4

Trial number: 50771L/0012      ("SAFARI")

This protocol has been amended as follows:

## 7.   TRIAL METHODS

### 7.2   Clinical and Laboratory Evaluations

The frequency of thyroid function tests during Segment B is increased to every 2 weeks, i.e. at the pre-study screen and at Weeks 2, 4 and 6.
(See also Trial Plan - attached)

### APPENDIX F          SAFETY MONITORING GUIDELINES

### 2.  Liver Function Tests

During the Trial
(Replace the second and third paragraphs, as follows:)

For AST and ALT up to 3x ULRR extra monitoring should be carried out (using a local laboratory 2-3 times a week) at the clinical discretion of the investigator.

Discontinuation of trial drug should be considered if values remain high or continue to increase, i.e. AST and/or ALT > 3x ULRR.

This amendment is only operative in centres in Israel.

Amendment number:   _5_

Prepared by:   _ER Horne_           Date: _5/4/94_

Approved by:   _____           Date: _18/4/94_
          International Clinical Project Director

          _____           Date: _26/4/94_
          International Project Statistician

          _____           Date: _5.4.94_
          Study Team Physician

          _____           Date: _____
          Investigator

CONFIDENTIAL
AZ/SER 0051582

D91

TRIAL 6077LL/0012
CENTRE 999 15
PATIENT
CATEGORY C04

**TRIAL PLAN - ASSESSMENT SCHEDULE**

**RANDOMISED PHASE**

| ASSESSMENT | DAYS RELATIVE TO BASELINE | | | TRIAL WEEK | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | -7 to -3 | -2 | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| Informed consent | X | | | | | | | | |
| Diagnosis/psychiatric history | X | | | | | | | | |
| Medical history | X | | | | | | | | |
| Haematology and LFTs | X | | | X | X | X | X | X | X |
| Thyroid function tests | X | | | | X | | X | | X |
| Prolactin | X | | | | X | | | | |
| HCG (pregnancy test) | X | | | | | | | | X |
| ECG | X | | | | | | | | |
| Physical examination | X | | | | | | | | X |
| Vital signs | X | | | X | X | X | X | X | X |
| Weight | X | | | | | | | | X |
| Withdraw psychotropic medication | | X | | | | | | | |
| BPRS, SANS, CGI | | | X | X | X | X | X | X | X |
| AIMS, Simpson | | | X | X | X | X | X | X | X |
| Inclusion/exclusion criteria | | | X | | | | | | |
| Start trial medication (= Day 1) | | | | X | | | | | |
| Dispense trial medication | | | | X | X | X | X | X | X |
| Adverse event reporting | | | | X | X | X | X | X | X |
| Completion of randomised phase | | | | | | | | | X |

(SEGMENT A spans the "DAYS RELATIVE TO BASELINE" and weeks 1-? columns; SEGMENT B spans the later TRIAL WEEK columns)

168

CONFIDENTIAL
AZ/SER 0051583

74

attempted suicide to treatment with SEROQUEL was considered by the investigator to be undetermined.  No further follow-up data are available.


**Patient 084/08423          SEROQUEL 50 mg (bid)                              Overdose**

This 28-year-old, Caucasian man with chronic, paranoid schizophrenia took an overdose of non-study medication on Day 8, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis.  He had been receiving no concurrent medication on entry, and received SEROQUEL for 15 days.  The overdose consisted of clorazepate 260 mg and flurazepam 360 mg, taken by the patient in response to feelings of anxiety, but without any suicidal thoughts.  The patient did not sustain any injury from the overdose.  He was hospitalised as a result of the anxiety on Day 10 but continued in the study until Day 15, when he was withdrawn due to lack of efficacy and entered the open-label extension phase.  He had a past history of cannabis abuse.  The overdosage was considered by the investigator to be probably not related to SEROQUEL.


**Patient 088/08803          SEROQUEL 50 mg (bid)                              Insomnia
                                                                              Headache**

This 36-year-old, Caucasian woman with chronic, paranoid schizophrenia developed insomnia on Day 13, and headache on Day 25, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis.  Both events were recorded on the case record form by the investigator as 'causing persistent disability or incapacitating', although the patient continued on study treatment until Day 29.  She had been receiving no concurrent medication at entry, and received brotizolam 0.25 mg/day orally for insomnia on Day 11 and on Days 13 to 16.  The insomnia resolved with treatment by Day 16 and the headache resolved without treatment 5 days after onset.  The patient had a past history of insomnia.  Both the insomnia and headache were considered by the investigator to be probably not related to SEROQUEL.


### 5.3.5   Intensity of adverse events

*Summary tables:*              *intensity of adverse events; T14.6*

Across all treatment groups, 66 adverse events were rated by the investigators as severe.  The number of patients and severe events in each treatment group are presented in Table 20.

**TABLE 20  Number of patients and severe adverse events in each treatment group**

| Adverse event (COSTART preferred term) | SEROQUEL 450 mg (bid) | | SEROQUEL 450 mg (tid) | | SEROQUEL 50 mg (bid) | |
|---|---|---|---|---|---|---|
| | Number of events | Number of patients | Number of events | Number of patients | Number of events | Number of patients |
| Somnolence | 5 | 4 | 6 | 5 | 0 | 0 |
| Agitation | 3 | 2 | 2 | 2 | 2 | 2 |
| Insomnia | 3 | 3 | 0 | 0 | 2 | 2 |
| Hostility | 2 | 1 | 1 | 1 | 1 | 1 |

(continued)

CONFIDENTIAL
AZ/SER 0050576

D92

INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077L/0012
CENTRE 099   C.N
PATIENT
CATEGORY T02

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended as follows:

7.  TRIAL METHODS

7.2   Clinical and Laboratory Evaluations

(add:)

7.2.8  Ophthalmological Examination

Ophthalmological examinations will be performed by an ophthalmologist and will consist of the following:

- best corrected acuity
- a dilated slit-lamp examination of the cornea, anterior chamber and ocular lens
- retro-illumination of the lens

10. ADMINISTRATIVE ASPECTS

For this Section, the wording from the Pharma Inc (Canada) Standard Protocol has been taken and used in place of Sections 10 (Administrative Aspects) and 11 (Ethical Considerations).  The Canadian Patient Consent Form and Patient Information Leaflet will be used in place of the UK Consent Form and Subject Information Sheet.

This protocol amendment is only operative in centres in Canada.

Amendment number:  6

Prepared by: _____     Date: 2/3/94

Approved by: _____     Date: 18/4/94
International Clinical Project Director

_____     Date: 28/3/94
International Project Statistician

_____     Date: A 4. 94
Study Team Physician

_____     Date: _____
Investigator

169

CONFIDENTIAL
AZ/SER 0051584

D93

## INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE 63
PATIENT
CATEGORY C.04

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended as follows:

7.   TRIAL METHODS

7.2     Clinical and Laboratory Evaluations

(add:)

7.2.8   Ophthalmological Examination

Ophthalmological examinations will be performed by an ophthalmologicalist and will consist of the following:

- best corrected acuity
- a dilated slit-lamp examination of the cornea, anterior chamber and ocular lens
- retro-illumination of the lens

10. ADMINISTRATIVE ASPECTS

For this Section, the wording from the Pharma Inc (Canada) Standard Protocol has been taken and used in place of Sections 10 (Administrative Aspects) and 11 (Ethical Considerations). The Canadian Patient Consent Form and Patient Information Leaflet will be used in place of the UK Consent Form and Subject Information Sheet.

This protocol amendment is only operative in centres in Canada.

Amendment number:   6

Prepared by: _____   Date: 21/1/94

Approved by: _____   Date: 24/1/94
International Clinical Project Director

_____   Date: _____
International Project Statistician

_____   Date: 24.1.94
Study Team Physician

_____   Date: 7/APR/94
Investigator

CONFIDENTIAL
AZ/SER 0051585

D94

<u>INTERNATIONAL PROTOCOL AMENDMENT FORM</u>

TRIAL 5077IL/0012
CENTRE 999 FC
PATIENT
CATEGORY T02

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

<u>4.4  Exclusion criteria</u>
Amend paragraph (h) to read:

Any disease known to result in health weakness, for example, diabetes, renal
or hepatic impairment, HIV positive serology, or hepatitis B or C positive
serology.

("Les patients présentant une pathologie connue pour fragiliser leur état de
santé ne seront par inclus dans l'étude, par exemple, diabète, insuffisance
rénale ou hépatique, sérologie HIV positive, sérologie de l'hépatite B ou C
positive")

<u>10.7 Handling of 'High Risk' Samples</u>
Delete this section.

<u>Appendix C</u>
<u>Hepatitis B Virus and Human Immunodeficiency Virus Positive Materials</u>
Delete this Appendix.

This protocol amendment is only operation in centres in France.

Amendment number:  ___7___

Prepared by:  _____        Date: __14/12/93__

Approved by:  _____        Date: __14/12/93__
International Clinical Project Director

              _____        Date: __21/12/93__
International Project Statistician

              _____        Date: __11/1/94__
Study Team Physician

              _____        Date: _____
Investigator

171

CONFIDENTIAL
AZ/SER 0051586

D95

**INTERNATIONAL PROTOCOL AMENDMENT FORM**

TRIAL 5077IL/0012
CENTRE 999 FC
PATIENT
CATEGORY TO2

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended as follows:


**4.4  Exclusion criteria**
Amend paragraph (b) to read:

Any disease known to result in health weakness, for example, diabetes, renal or hepatic impairment, HIV positive serology, or hepatitis B or C positive serology.

("Les patients présentant une pathologie connue pour fragiliser leur état de santé ne seront pas inclus dans l'étude, par exemple, diabète, insuffisance rénale ou hépatique, sérologie HIV positive, sérologie de l'hépatite B ou C positive")


**10.7 Handling of 'High Risk' Samples**
Delete this section.


**Appendix C**
**Hepatitis B Virus and Human Immunodeficiency Virus Positive Materials**
Delete this Appendix.


This protocol amendment is only operation in centres in France.


Amendment number:  __7__

Prepared by: _ERAvne_ ___   Date: _14/12/93_

Approved by: _D. NAV Tubgt_   Date: _14/12/93_

International Clinical Project Director

_____  Date: _____

International Project Statistician

_____  Date: _____

Study Team Physician

_____  Date: _____

Investigator
Co-ordinator Pr DARCOURT   22. dec 1993
FRANCE

172

CONFIDENTIAL
AZ/SER 0051587

D96

INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE 999 IS
PATIENT
CATEGORY T02

Trial number: 5077IL/0012       ("SAFARI")

This protocol has been amended as follows:

7.  TRIAL METHODS

7.2     Clinical and Laboratory Evaluations

            (add:)

7.2.8  Ophthalmological Examination

A slit lamp ophthalmological examination of the lens will be undertaken on all
subjects entering the trial and on completion of or withdrawal from the trial.
Both examinations will be performed by the same ophthalmologist.

This protocol amendment is only operative in centres in Israel.

Amendment number:  8

Prepared by:  _____  Date: 14/12/93

Approved by:  _____  Date: 14/12/93
            International Clinical Project Director

            _____  Date: 18/1/94
            International Project Statistician

            _____  Date: 22/12/93
            Study Team Physician

            _____  Date: _____
            Investigator

173

CONFIDENTIAL
AZ/SER 0051588

D97

TRIAL 5077IL/0012
CENTRE 002
PATIENT
CATEGORY CO4.

## INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended as follows:

### 4.4 Exclusion Criteria

Section (a) has been changed to read as follows:

Pregnancy or lactation.  Female subjects must not, in the opinion of the
investigator, be at risk of pregnancy and must be taking adequate
contraceptive precautions.  Females of childbearing potential must not be
pregnant, as demonstrated by a serum human chorionic gonadotrophin test,
performed during Segment A, before entering Segment B.

This protocol amendment supersedes Protocol Amendment 1 and is only operative
in centres of the United Kingdom.

Amendment number:    9

Prepared by: _____   Date: 6/1/94

Approved by: _____   Date: 6/1/94
             International Clinical Project Director

             _____   Date: 3/1/94
             International Project Statistician

             _____   Date: 11.1.94
             Study Team Physician

             _____   Date: 25/1/94
             Investigator

174

CONFIDENTIAL
AZ/SER 0051589

D98

TRIAL 5077IL/0012
CENTRE **999** CN
PATIENT
CATEGORY **TO2**

## INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012        (*SAFARI*)

This protocol has been amended as follows:

6    CONCURRENT TREATMENT

6.1 Psychotropic Medication

(b) Insomnia: the short-acting hypnotic temazepam is permitted up to 30mg at night.

(The doses for all other psychotropic medications listed in the protocol remain unchanged.)

**This protocol amendment is only operative in centres in Canada.**

Amendment number:  11

Prepared by: _____    Date: _____

Approved by: _____    Date: 22/3/94
International Clinical Project Director

_____    Date: 22/3/94
International Project Statistician

_____    Date: 24/3/94
Study Team Physician

_____    Date: _____
Investigator

175

CONFIDENTIAL
AZ/SER 0051590

D99

INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE **63**
PATIENT
CATEGORY *C-04*

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

6   CONCURRENT TREATMENT

6.1 Psychotropic Medication

(b) Insomnia: the short-acting hypnotic temazepam is permitted up to 30mg at
night.

(The doses for all other psychotropic medications listed in the protocol
remain unchanged.)

This protocol amendment is only operative in centres in Canada.

Amendment number: _____11_____

Prepared by: _____  Date: __22/3/94__

Approved by: _____  Date: __22/3/94__
             International Clinical Project Director

             _____  Date: _____
             International Project Statistician

             _____  Date: __22.3 '94__
             Study Team Physician

             _____  Date: __12/APR/94__
             Investigator

176

CONFIDENTIAL
AZ/SER 0051591

D100

**INTERNATIONAL PROTOCOL AMENDMENT FORM**

TRIAL 5077IL/0012
CENTRE 999  CN
PATIENT
CATEGORY

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

4   SUBJECT SELECTION

4.3   Inclusion Criteria

(a)   (add:)

Females of child-bearing potential must use a reliable method of contraception (i.e., oral contraceptives for a minimum of three months, IUD or tubal ligation) for the duration of the fixed dose part of the study and the open label extension.

This protocol amendment is only operative in centres in Canada.

Amendment number:        12

Prepared by:   _BR Moore_        Date: _20/5/94_

Approved by:   _____        Date: _20/5/94_
International Clinical Project Director

_____        Date: _6/6/94_
International Project Statistician

_____        Date: _23/5/94_
Study Team Physician

_____        Date: _____
Investigator

177

CONFIDENTIAL
AZ/SER 0051592

D101

INTERNATIONAL PROTOCOL AMENDMENT FORM



Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

4    SUBJECT SELECTION

4.5    Subject Restrictions

This Section has been changed to read as follows:

It is recommended that subjects remain hospitalised for the duration of Segment A and for at least the first week of Segment B.  However, in cases where the investigator considers it appopriate, a subject may be treated outside the hospital setting, providing the following conditions are met:

a)   Psychotic symptoms have stabilised such that management in hospital is not necessary.

b)   Subjects will be followed up in a supervised setting.

c)   Subjects will be willing to comply with trial procedures and the medication dosing schedule.

Amendment number:        13

Prepared by: _____  Date: 20/5/94

Approved by: _____  Date: 20/5/94
             International Clinical Project Director

             _____  Date: 6/6/94
             International Project Statistician

             _____  Date: 23/5/94
             Study Team Physician

             _____  Date: _____
             Investigator

CONFIDENTIAL
AZ/SER 0051593

75

**TABLE 20  Number of patients and severe adverse events in each treatment group** (continued)

| Adverse event (COSTART preferred term) | SEROQUEL 450 mg (bid) | | SEROQUEL 450 mg (tid) | | SEROQUEL 50 mg (bid) | |
|---|---|---|---|---|---|---|
| | Number of events | Number of patients | Number of events | Number of patients | Number of events | Number of patients |
| Anxiety | 2 | 2 | 1 | 1 | 1 | 1 |
| Depression | 2 | 2 | 0 | 0 | 0 | 0 |
| Dry mouth | 2 | 2 | 0 | 0 | 0 | 0 |
| Leucopenia | 2 | 2 | 0 | 0 | 0 | 0 |
| Hypotension | 1 | 1 | 3 | 3 | 1 | 1 |
| Diarrhoea | 1 | 1 | 1 | 1 | 0 | 0 |
| Headache | 1 | 1 | 0 | 0 | 1 | 1 |
| CNS neoplasia | 1 | 1 | 0 | 0 | 0 | 0 |
| Dizziness | 1 | 1 | 0 | 0 | 0 | 0 |
| Eczema | 1 | 1 | 0 | 0 | 0 | 0 |
| Maculopapular rash | 1 | 1 | 0 | 0 | 0 | 0 |
| Migraine | 1 | 1 | 0 | 0 | 0 | 0 |
| Postural hypotension | 0 | 0 | 3 | 3 | 0 | 0 |
| Back pain | 0 | 0 | 2 | 1 | 0 | 0 |
| Hypertonia | 0 | 0 | 2 | 2 | 0 | 0 |
| Pathological fracture | 0 | 0 | 0 | 0 | 1 | 1 |
| SGPT increase | 0 | 0 | 1 | 1 | 0 | 0 |
| Thinking abnormality | 0 | 0 | 1 | 1 | 0 | 0 |
| Suicide attempt | 0 | 0 | 0 | 0 | 2 | 2 |
| Libido increased | 0 | 0 | 0 | 0 | 1 | 1 |
| Myasthenia | 0 | 0 | 0 | 0 | 1 | 1 |
| Nervousness | 0 | 0 | 0 | 0 | 1 | 1 |
| Neuroleptic malignant syndrome | 0 | 0 | 0 | 0 | 1 | 1 |

Somnolence and agitation were the two adverse events most frequently rated by the investigators as severe.  Severe episodes of somnolence occurred only in the two SEROQUEL 450 mg groups, supporting the conclusion that the higher dose of SEROQUEL was associated with more somnolence than the lower dose.  Other severe adverse events either occurred with similar frequencies in all treatment groups or were too infrequent for meaningful clinical conclusions to be drawn.  Several of these events, such as agitation, insomnia, hostility, anxiety and nervousness, probably reflected symptoms of schizophrenia.  There were two cases of leucopenia reported by the investigator as severe; both of these were in the SEROQUEL 450 mg (bid) group and are discussed further in Section 5.5.1.

111

CONFIDENTIAL
AZ/SER 0050577

D102

TRIAL 5077IL/0012
CENTRE
PATIENT   002
CATEGORY   C04

**INTERNATIONAL PROTOCOL AMENDMENT FORM**

Trial number: 5077IL/0012/002   ("SAFARI")

This protocol has been amended as follows:

4   SUBJECT SELECTION

4.5   Subject Restrictions

This Section has been changed to read as follows:

It is recommended that subjects remain hospitalised for the duration of
Segment A and for at least the first week of Segment B.  However, in cases
where the investigator considers it appropriate, a subject may be treated
outside the hospital setting, providing the following conditions are met:

a)   Psychotic symptoms have stabilised such that management in hospital is not
     necessary.

b)   Subjects will be followed up in a supervised setting.

c)   Subjects will be willing to comply with trial procedures and the
     medication dosing schedule.

Amendment number: _____11_____

Prepared by: _____   Date: __20/5/94__

Approved by: _____   Date: __20/5/94__
International Clinical Project Director

_____   Date: _____
International Project Statistician

_____   Date: __23/5/94__
Study Team Physician

_____   Date: __10/6/94__
Investigator

CONFIDENTIAL
AZ/SER 0051594

D103

## INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE 444
PATIENT
CATEGORY T 02

Trial number: 5077IL/0012      ("SAFARI")

This protocol has been amended to allow the inclusion of chronically ill subjects into the open extension phase of the study without first completing the randomised phase.

### RATIONALE

One of the stated secondary objectives of this protocol is to obtain long-term safety data for 'Seroquel' over a period of up to 52 weeks.  In order to meet this objective, more long-term data are required than can be generated from the open extension phase of this protocol alone.

To provide the extra long-term data required, a protocol amendment will be performed in selected centres which allows for enhanced recruitment directly into the open extension phase of the protocol.

The details of the amendment are described on the following 3 pages.

This protocol amendment is effective in certain selected centres only.

Amendment number: _____14_____          Centre number: _____

Prepared by: _____   Date: _15/6/94_

Approved by: _____   Date: _15/6/94_
International Clinical Project Director

_____   Date: _23/6/94_
International Project Statistician

_____   Date: _15/6/94_
Study Team Physician

_____   Date: _____
Investigator

180

CONFIDENTIAL
AZ/SER 0051595

D104

## INTERNATIONAL PROTOCOL AMENDMENT FORM

TRIAL 5077IL/0012
CENTRE S
PATIENT
CATEGORY C04

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended to allow the inclusion of chronically ill subjects into the open extension phase of the study without first completing the randomised phase.

### RATIONALE

One of the stated secondary objectives of this protocol is to obtain long-term safety data for 'Seroquel' over a period of up to 52 weeks.  In order to meet this objective, more long-term data are required than can be generated from the open extension phase of this protocol alone.

To provide the extra long-term data required, a protocol amendment will be performed in selected centres which allows for enhanced recruitment directly into the open extension phase of the protocol.

The details of the amendment are described on the following 3 pages.

This protocol amendment is effective in certain selected centres only.

Amendment number: ____14____              Centre number: _____

Prepared by: _BRHorne_        Date: _15/6/94_

Approved by: _G RW Tibbett_    Date: _15/6/94_
International Clinical Project Director

_____            Date: _____
International Project Statistician

_Chas Link_                    Date: _15/6/94_
Study Team Physician

_____            Date: _29.6.94_
Investigator

181

CONFIDENTIAL
AZ/SER 0051596

D105

TRIAL 5077IL/0012
CENTRE 999
PATIENT
CATEGORY TO2

## LONG-TERM SAFETY DATA

## PROTOCOL AMENDMENT - TRIAL 5077IL/0012

When treating patients under this protocol amendment the sections of the
protocol listed below must be adhered to in the following amended form:

### 3.   TRIAL DESIGN

### 3.1 Design

The trial amendment will be in two parts, described as Segments A and C.

Segment A will be a washout and pretrial assessment period; all psychotropic
medication must be discontinued 48 hours prior to the pretrial psychiatric and
neurological assessments (see Section 6.1).

Segment C will follow directly from Segment A and will consist of open
treatment with 'Seroquel' for up to 52 weeks.  Subjects will be titrated
according to clinical response and tolerability up to a maximum of 800mg per
day, administered on a twice daily basis.

### 4.   SUBJECT SELECTION

### 4.1 Source of Subjects

Subjects eligible to enter under the trial amendment will be suffering from
subchronic or chronic schizophrenia.  Subjects will be in psychiatric
hospitals, psychiatric wards of general or university hospitals, or
out-patients.

### 4.2 Number of Subjects

Each centre will aim to enter 5 subjects into the protocol amendment by 31
October 1994.

### 4.3 Inclusion Criteria

(a) Male and female subjects aged 18 years and over.

(b) Satisfaction of the DSM-IIIR diagnostic criteria for one of the following
    schizophrenic disorders (see Appendix D):

|  Sub-chronic or chronic schizophrenia | |
| --- | --- |
| Catatonic type | 295.21 or .22 |
| Disorganised type | 295.11 or .12 |
| Paranoid type | 295.31 or .32 |
| Residual type | 295.61 or .62 |
| Undifferentiated type | 295.91 or .92 |

(c) Subjects receiving long-acting, depot antipsychotic medication should
    receive their last injection not less than one dosing interval before the
    start of Segment C,

(d) Subjects for whom informed consent has been obtained (see Section 11.3).

182

CONFIDENTIAL
AZ/SER 0051597

D106



TRIAL 5077IL/0012
CENTRE 999
PATIENT
CATEGORY T02

**4.4 Exclusion Criteria**

(a) Pregnancy or lactation.  Female subjects must not, in the opinion of the
investigator, be at risk of pregnancy.  Females of childbearing potential
must not be pregnant, as demonstrated by a serum human gonadotrophin test,
performed during Segment A, before entering Segment C.

(b) Participation in an investigational drug trial within 4 weeks of
Segment A.

(c) Evidence of any significant clinical disorder or laboratory or ECG finding
which in the opinion of the investigator makes the subject unsuitable for
receiving an investigational new drug.

(d) Total white cell count (WCC) less than the lower limit of the reference
range of the laboratory used for haematological monitoring.

(e) History of clozapine-induced agranulocytosis.

(f) Epilepsy or any other convulsive disorder.

(g) Subjects considered by the investigator to be at risk of transmitting any
infection through blood or other body fluids, including the agents
responsible for AIDS, other sexually transmitted diseases or hepatitis
(see Appendix C).

**4.5 Subject Restrictions**

No specific subject restrictions apply to this amendment.

**5.  TRIAL DRUGS**

**5.2.2   Segment C**

Subjects will receive doses of 'Seroquel' titrated on an individual subject
basis according to tolerability and efficacy response.  Doses will be
administered twice a day, up to a maximum of 800mg per day.

It is advised that the following is the maximum recommended dose titration to
be followed for the first 6 days of Segment C:

| Day | Total daily dose of 'Seroquel' (mg) |
|-----|-------------------------------------|
| 1 | 50 |
| 2 | 100 |
| 3 | 200 |
| 4 | 300 |
| 5 | 400 |
| 6 | 500 |

A subject will be considered non-compliant and should be withdrawn if trial
medication is missed for 7 consecutive days or more during Segment C.

183

CONFIDENTIAL
AZ/SER 0051598

D107



## 7.   TRIAL METHODS

### 7.1.1   Segment A

**Pretrial screen (Day -7 to -3)**

Informed consent is included at this visit and must be obtained prior to any
trial-related intervention.

The following procedures (detailed in Section 7.2) should be carried out
during the 7 days before entering Segment C so that results are available
prior to the first dose of trial medication:

> Informed consent
> Diagnosis/psychiatric history
> Medical History
> Clinical Chemistry (including thyroid function test)
> Haematology
> Pregnancy Test
> ECG
> Physical Examination
> Vital Signs and Weight

**Withdraw psychotropic medication (Day -2)**

Psychotropic medication must be withdrawn 48 hours before the baseline
psychiatric and neurological measurements (see Section 6.1).

**Baseline assessment (Day 0)**

At this visit the following psychiatric and neurological assessments will be
made, and the subject's suitability for inclusion in Segment C formally
assessed:

> BPRS, SANS, CGI
> Simpson, AIMS
> Inclusion/exclusion criteria

### 7.1.3   Segment C

Subjects will commence open treatment with 'Seroquel' within 24 hours of the
baseline psychiatric and neurological assessments.  For details of trial drug
administration during Segment C see Section 5.2.2, for the assessment schedule
see the trial plan on page (v) of the protocol, and for details of the
assessment procedures see Section 7.2.

Subjects entering directly into Segment C under this protocol amendment must
be numbered in the series of subject numbers starting from 41 onwards for each
centre (i.e. the first subject for centre number xx would be numbered xx41,
the next subject xx42, and so on).

184

CONFIDENTIAL
AZ/SER 0051599

D108

SUBJECT INFORMATION SHEET FOR AMENDMENT
(5077 IL/0012 Protocol amendment 14)

TRIAL 5077IL/0012
CENTRE 999
PATIENT
CATEGORY T02

### SUBJECT INFORMATION SHEET

Please read this sheet carefully.  It will tell you about the trial we are
running, and help you decide if you want to take part.

**What is the trial and why are we doing it?**

Drugs are often used to treat people with psychiatric conditions.  The drugs
used at the moment have some drawbacks, often to do with side-effects. ZENECA
Pharmaceuticals has developed a new drug called 'Seroquel' for your condition
and has sponsored this trial, which will help us to collect the information
necessary to allow us to make this drug available for prescription.

**What happens during the trial?**

Any medication you are currently taking for your psychiatric condition will
be stopped 48 hours before starting the trial drug.  You will then receive
'Seroquel', for up to 52 weeks, given as tablets for you to swallow twice a
day.  At every visit we will ask you questions to find out how effective the
drug has been.   These visits will be every week for 2 visits, then every 2
weeks for a further visit, and then every 4 weeks for the remainder of the
trial.

We will also ask you if you have had any side-effects, and a doctor will
examine you.  We know that 'Seroquel' has some side-effects, but they are
usually mild and do not last long.  For example, people have noticed a dry
mouth, drowsiness, dizziness, or problems with sleeping.

A doctor will take a small blood sample from you at the start of the trial
and at each visit during the first 6 months of the trial, and every 3 months
after that.  This is to check that the drug you are taking is not having any
hidden effects on your body.  We will also check your heart function before
you start the trial by taking an ECG (electrocardiogram) heart trace.

CONFIDENTIAL
AZ/SER 0051600

D109

(AMENDMENT 14)

TRIAL 5077IL/0012
CENTRE  999
PATENT
CATEGORY  T02

- B2 -

**Can I stop doing the trial before the 52 weeks is up?**

We would like you to stay in for the full 52 weeks, because this gives us more information on 'Seroquel'. However, you can pull out of the trial at any time, and you do not have to tell us why. Also your doctor can take you out of the trial if your doctor thinks you should not continue. Your doctor would do so automatically if your condition got worse, or if you had serious unwanted symptoms, or if you stopped taking the trial drug.

**What will happen to the information you collect about me?**

Any information we collect is kept strictly confidential. What we learn from you about the effectiveness and safety of 'Seroquel' will be used to develop the drug further. With your permission, your family doctor will be informed of your participation in this clinical trial.

If we learn anything new about the safety of 'Seroquel' while you are in the trial, we will tell you. If you have any problems as a result of this trial, tell your doctor. It is unlikely that you will be injured by this trial, but if so, your doctor would give you information about claiming compensation.

**What happens now?**

You are free to choose whether or not you want to take part in this trial. If you don't, it won't affect the way you are looked after.

You may talk to a family member or a friend before you decide if you want to take part.

If you wish to take part in this trial, tell your doctor, and he or she will make all the arrangements.

**Thank you for reading this**

CONFIDENTIAL
AZ/SER 0051601

D110

TRIAL 5077IL0012
CENTRE 999 CN
PATIENT
CATEGORY T02

**INTERNATIONAL PROTOCOL AMENDMENT FORM**

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

7.   TRIAL METHODS

7.2     Clinical and Laboratory Evaluations

                    (add:)

7.2.8   Ophthalmological Examination

Ophthalmological examinations will be performed by an ophthalmologist and will
consist of the following:

-   best corrected acuity
-   a dilated slit-lamp examination of the cornea, anterior chamber and
    ocular lens

(NB - the requirement for retro-illumination of the lens has been removed)

**This protocol amendment is only operative in centres in Canada.**

Amendment number:      15

Prepared by:   _____   Date: _3/11/94_

Approved by:   _____   Date: _9/11/94_
               International Clinical Project Director

               _____   Date: _18/11/94_
               International Project Statistician

               _____   Date: _4/11/94_
               Study Team Physician

               _____   Date: _____
               Investigator

187

CONFIDENTIAL
AZ/SER 0051602

D111

TRIAL 5077IL/0012
CENTRE 444
PATIENT
CATEGORY *T 02*

## INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number: 5077IL/0012        ("SAFARI")

This protocol has been amended as follows:

The maximum duration of treatment of patients in Segment C (the open phase of
the trial) has been extended to 2 years, to allow patients who have already
been treated for 1 year with 'Seroquel' to continue their treatment.

The following amendments now apply to the protocol:

### PROTOCOL SUMMARY

**2    OBJECTIVES:**

2.2 Secondary            To obtain long-term safety data for 'Seroquel'
                         over a further 104 weeks.

**6    DURATION OF        There will be a 6-week, randomised phase of
       TREATMENT:**       treatment followed by an optional, 104-week, open
                         extension phase of treatment with 'Seroquel'.

### TRIAL PLAN - ASSESSMENT SCHEDULE

The plan for the Open Extension Phase - page (v) - has been amended and is
attached.

### 1    INTRODUCTION

Page 7, last paragraph now reads:

During the optional open extension phase of the trial, doses of 'Seroquel' up
to 800mg per day will be employed for up to 2 years.  This is supported by
toxicological data and clinical trial data with 'Seroquel'.

### 2    OBJECTIVES

2.2 Secondary

The second paragraph now reads:

To obtain long-term safety data for 'Seroquel' over a further 104 weeks.

### 3    TRIAL DESIGN

3.1 Design

The first sentence of the fourth paragraph now begins:

Segment C will follow directly from Segment B and will be an optional 104-week
open extension of treatment with 'Seroquel'...

188

CONFIDENTIAL
AZ/SER 0051603

76

### 5.3.6   Relation of adverse events to treatment

*Summary table:*                   *relation to treatment of adverse events; T14.7*

The investigators' appraisals of the relation to treatment of each adverse event are reported in Table T14.7.

### 5.3.7   Incidence of selected adverse events against time

*Summary table:*                   *week-specific and cumulative incidence rates of selected
adverse events; T14.8.1 to T14.8.6*

Week-specific and cumulative incidence rates were calculated in order to investigate the time of onset of the following adverse events: somnolence, postural hypotension, tachycardia, dizziness, agitation, and insomnia.  These results are shown in figures 5A to 10B.

### FIGURE 5A Sedation/somnolence weekly incidence rates by study week



CONFIDENTIAL
AZ/SER 0050578

D112

TRIAL BOTTLE 0012
CENTRE 999
PATIENT 002
CATEGORY TO2

- 2 -

## 7   TRIAL METHODS

### 7.1 Procedural Summary

The fourth paragraph now reads:

Segment C will follow directly from Segment B and will be an optional 104-week open extension of treatment with 'Seroquel'. Assessment visits will be at weeks 1, 2 and 4 of Segment C, then at 4-weekly intervals during the remainder of the first year, and at 3-monthly intervals during the second year.

## APPENDIX B

SUBJECT INFORMATION SHEET

This has been amended to reflect the extension to the duration of treatment, and a copy is attached.

Amendment number:   16

Prepared by:   _BR Horne_   Date: _24/11/94_

Approved by:   _A NAV Tibted_   Date: _2/12/94_
International Clinical Project Director

_Barbara A. Mei_   Date: _6/12/94_
International Project Statistician

_Chris LC_   Date: _25.11.94_
Study Team Physician

_____   Date: _____
Investigator

189

CONFIDENTIAL
AZ/SER 0051604

D113

TRIAL SCHEDULE
CENTRE
PATIENT
CATEGORY

- 2 -

## 7   TRIAL METHODS

### 7.1 Procedural Summary

The fourth paragraph now reads:

Segment C will follow directly from Segment B and will be an optional 104-week open extension of treatment with 'Seroquel'. Assessment visits will be at weeks 1, 2 and 4 of Segment C, then at 4-weekly intervals during the remainder of the first year, and at 3-monthly intervals during the second year.

### APPENDIX B

SUBJECT INFORMATION SHEET

This has been amended to reflect the extension to the duration of treatment, and a copy is attached.

Amendment number:        16

Prepared by: _____   Date: _____

Approved by: _____   Date: _____
International Clinical Project Director

_____   Date: _____
International Project Statistician

_____   Date: 12.4.95
Study Team Physician

_____   Date: 20/3/95
Investigator

190

CONFIDENTIAL
AZ/SER 0051605

D114

TRIAL 60778/0012
CENTRE 999
PATIENT
CATEGORY 702

(v)

## TRIAL PLAN - ASSESSMENT SCHEDULE

### OPEN EXTENSION PHASE

TRIAL WEEK - SEGMENT C

| ASSESSMENT | 1 | 2 | 4 (1 mth) | 8 (mth) | 12 (3 mth) | 16 | 20 | 24 (6 mth) | 28 | 32 | 36 (9 mth) | 40 | 44 | 48 | 52 (12 mth) | 64 | 76 | 88 | 104 (24 mths) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haematology and LFTs | X | X | X | X | X | X | X | X | | | X | | | | X | X | X | X | X |
| Thyroid function tests | | X | X | X | X | | | X | | | X | | | | X | X | | | X |
| ECG (pregnancy test) | X | | | | X | | | | | | | | | | X | | | | X |
| Vital signs | X | X | X | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X |
| Weight | | | | X | X | X | | | | | | | | | X | | | | |
| Adverse event reporting | X | X | X | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X |
| BPRS, SANS, CGI | | | X | X | X | | | X | | | X | | | | X | X | | | X |
| AIMS, Simpson | | X | | X | X | | X | | | | X | | | | X | X | X | | X |
| Dispense trial medication | X | X | X | X | X | X | X | X | | | X | X | X | X | X | X | X | | X |
| Physical examination | | | | | | | | | | | | | | | | | | X | X |
| Completion of extension phase | | | | | | | | | | | | | | | | | | | X |

CONFIDENTIAL
AZ/SER 0051606

D115

TRIAL 50775/0012
CENTRE 999
PATIENT
CATEGORY T02

**APPENDIX D**

SUBJECT INFORMATION SHEET

Please read this sheet carefully.  It will tell you about the trial we are running, and help you decide if you want to take part.

**What is the trial and why are we doing it?**

Drugs are often used to treat people with psychiatric conditions.  The drugs used at the moment have some drawbacks, often to do with side-effects.  ZENECA Pharmaceuticals has developed a new drug called 'Seroquel' for your condition and has sponsored this trial, which aims to find out the best way of giving this drug.  In this trial, we plan to compare two different doses of 'Seroquel' taken either twice or three times a day.

**What happens during the trial?**

Any medication you are currently taking for your psychiatric condition will be stopped 48 hours before starting the trial drug.  You will then receive 'Seroquel', for six weeks, given as tablets for you to swallow three times a day.  Every week, we will ask you questions to find out how effective the drug has been.  (We do not tell you or your doctor which dose you are taking, because this might bias your answers to the questions.)  We will also ask you if you have had any side-effects, and a doctor will examine you.  We know that 'Seroquel' has some side-effects, but they are usually mild and do not last long.  For example, people have noticed a dry mouth, drowsiness, dizziness, or problems with sleeping.

A doctor will take a small blood sample from you at the start of the trial and each week in the trial.  This is to check that the drug you are taking is not having any hidden effects on your body.  We will also check your heart function before you start the trial by taking an ECG (electrocardiogram) heart trace.

CONFIDENTIAL
AZ/SER 0051607

D116

TRIAL 6077IL/0012
CENTRE 999
PATIENT
CATEGORY T02

- B2 -

You will need to stay in hospital for at least the first two weeks of the
trial. After this, you may be allowed to leave the hospital if all is well.
However, you must return each week for the questions and the safety checks.

**Can I stop doing the trial before the six weeks is up?**

We would like you to stay in for the full six weeks, because this gives us
more information on 'Seroquel'. However, you can pull out of the trial at
any time, and you do not have to tell us why. Also your doctor can take you
out of the trial if your doctor thinks you should not continue. Your doctor
would do so automatically if your condition got worse, or if you had serious
unwanted symptoms, or if you stopped taking the trial drug.

At the end of the first part of the trial, your doctor may ask you if you
want to enter a second part of the trial. In this you would take 'Seroquel'
for another 2 years, with hospital visits every 4 weeks for the first year,
then every 3 months for the second year. Again, you can choose if you want
to do this or not. If you don't want to take part, this won't affect the way
you are looked after.

**What will happen to the information you collect about me?**

Any information we collect is kept strictly confidential. What we learn from
you about the effectiveness and safety of 'Seroquel' will be used to develop
the drug further.

With your permission, your family doctor will be informed of your
participation in this clinical trial.

If we learn anything new about the safety of 'Seroquel' while you are in the
trial, we will tell you. If you have any problems as a result of this trial,
tell your doctor. It is unlikely that you will be injured by this trial, but
if so, your doctor would give you information about claiming compensation.

CONFIDENTIAL
AZ/SER 0051608

D117

TRIAL: 50773/0012
CENTRE: 999
PATIENT:
CATEGORY: T02

- B3 -

**What happens now?**

You are free to choose whether or not you want to take part in this trial.
If you don't, it won't affect the way you are looked after.

You may talk to a family member or a friend before you decide if you want to
take part.

If you wish to take part in this trial, tell your doctor, and he or she will
make all the arrangements.

**Thank you for reading this**

194

CONFIDENTIAL
AZ/SER 0051609

D118

TRIAL 5077IL/0012
CENTRE  999
PATIENT
CATEGORY  T02

### INTERNATIONAL PROTOCOL AMENDMENT FORM

Trial number 5077IL/0012          ("SAFARI)

This protocol amendment should be read in conjunction with amendment number 16, in which the maximum duration of treatment in Segment C has been extended to 2 years.

Further supplies of Segment C material will be supplied in either bottles or blisters to minimise wastage of tablets. The protocol will therefore be amended as follows:

(PTO)

Amendment Number:    17                          Centre Number: _____

Prepared by: _____        Date: 20/1/95

Approved by: _____        Date: 2c/1/15
             Study Team Physician

             _____        Date: 24/1/95
             International Project Statistician

             _____        Date: _____
             Investigator

195

CONFIDENTIAL
AZ/SER 0051610

D119

TRIAL 6077IL/0012
CENTRE 4977
PATIENT
CATEGORY   T62

## Section 5

### 5.1  Formulation, Packaging and Storage

Paragraph 4 will be amended to read:

The tablets will be supplied in blister packs for Segment B and either blister or bottles for Segment C....

Paragraph 6 will be amended to read:

The blister packs for Segment C will be supplied in blisters of 42 x 25 mg 'Seroquel' tablets and blisters of 35 x 100 mg 'Seroquel' tablets or bottles of 20 x 25 mg 'Seroquel' tablets and 100 x 100 mg 'Seroquel' tablets.  Both blisters and bottles will be labelled with the trial number, centre number and "clinical trial material".

Paragraph 7 (first sentence) will be amended to read:

The tablets must be left within the blisters or bottles until the time of dosing.

### 5.4  Drug Accountability

Paragraph 3 will be amended to read:

Subjects should return prescription diary cards together with all unused medication and empty blister packs or bottles to the investigator at each assessment visit.

196

CONFIDENTIAL
AZ/SER 0051611

D120

```
TRIAL 5077IL/0012
CENTRE 999 FC
PATIENT
CATEGORY T02
```

**International Protocol Amendment Form**

**Trial Number: 5077IL/0012**                    **(SAFARI)**

This protocol amendment should be read in conjunction with amendment number 16 in which
the maximum duration of treatment in Segment C has been extended to 2 years.

For centres in France, assessments of vital signs will be included at each visit during the
second year of Segment C.

This change is shown on the attached Trial Plan Assessment Schedule.

**This protocol amendment is operative only in centres in France.**

**Amendment Number:  18**                         **Centre Number:** _____

Prepared by: _~~BRHoure~~_                        Date:  _15 Feb 1995_

Approved by: _Chris Luli_                          Date: _27ᵗʰ February 1995_
               Study Team Physician

               _barbara H dren_                    Date:  _31 March 1995_
               International Project Statistician

               _____                  Date:  _____
               Investigator

O:/DATA/WORD/SAFARI/AMEND/NUM18.DOC

197

CONFIDENTIAL
AZ/SER 0051612

D121

## TRIAL PLAN - ASSESSMENT SCHEDULE

## OPEN EXTENSION PHASE

| ASSESSMENT | TRIAL WEEK - SEGMENT C | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 4 (1 mth) | 8 | 12 (3 mth) | 16 | 20 | 24 (6 mth) | 28 | 32 | 36 (9 mth) | 40 | 44 | 48 | 52 (12 mth) | 64 | 76 | 88 | 104 (24 mth) |
| Haematology and LFTs | X | X | X | X | X | X | X | X | | | X | | | | X | X | X | | X |
| Thyroid function tests | | | X | | X | | | X | | | X | | | | X | X | X | X | X |
| BCG (pregnancy test) | | | | | | | | | | | | | | | X | | | | X |
| Vital Signs | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Weight | X | | X | | X | | | X | | | X | | | | X | X | X | X | X |
| Adverse event reporting | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| BPRS, SANS, CGI | | | X | | X | | | X | | | X | | | | X | X | X | X | X |
| AIMS, Simpson | | | X | | X | | | X | | | X | | | | X | X | X | X | X |
| Dispense trial medication | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Physical examination | | | | | | | | | | | | | | | | | | | X |
| Completion of extension phase | | | | | | | | | | | | | | | | | | | X |



CONFIDENTIAL
AZ/SER 0051613

77

**FIGURE 5B Sedation/somnolence cumulative incidence rates by study week**



**FIGURE 6A Postural hypotension weekly incidence rates by study week**



CONFIDENTIAL
AZ/SER 0050579

D122

TRIAL 5077IL/0012
CENTRE 999 CN
PATIENT
CATEGORY T02

ZENECA PHARMACEUTICALS
CNS INTERNATIONAL PROJECT TEAM

A MULTICENTRE, DOUBLE-BLIND, RANDOMISED
COMPARISON OF DOSE AND DOSE REGIMEN OF
SEROQUEL IN THE TREATMENT OF SUBJECTS
WITH ACUTE EXACERBATION OF SUBCHRONIC
OR CHRONIC SCHIZOPHRENIA

5077IL/0012

FINAL PROTOCOL - CANADIAN

S A F A R I

November 23, 1993

C O N F I D E N T I A L

199

CONFIDENTIAL
AZ/SER 0051614

D123

TRIAL 5077IL/0012
CENTRE 999 CN
PATIENT
CATEGORY TDQ

A multicentre, double-blind, randomised, comparison of dose and dose regimen of 'Seroquel' in the treatment of subjects with acute exacerbation of subchronic or chronic schizophrenia.

**TRIAL NUMBER:** 5077IL/0012                **CENTRE NUMBER:**

This trial will commence in February 1994 with completion of the recruitment phase expected by 14th December 1994.

**INVESTIGATOR:**                      I agree to perform this trial to Good Clinical Practice and in particular to report any adverse events in accordance with the protocol. I understand that the safety of the subject is my first concern.

                                       Signature ............................

                                       Date ...............................

**INSTITUTIONAL REVIEW BOARD(S):**

**ZENECA PHARMA INC. PERSONNEL:**
Clinical and Medical Affairs
ZENECA Pharma Inc.
2505 Meadowvale Boulevard
Mississauga, Ontario
Canada  L5N 5R7

**PHARMA INC. PROJECT DIRECTOR**
Anthony S. Rebuck, M.D.              Signature ............................
                                     Date ...............................

**PHARMA CLINICAL RESEARCH ASSOCIATE**
Bea M. Singh, M.Sc.

**ZENECA PERSONNEL (HEADQUARTERS):**
CNS International Project Team
ZENECA Pharmaceuticals
Mereside, Alderley Park,
Macclesfield, Cheshire
Tel: 0625 582828

**INTERNATIONAL CLINICAL PROJECT DIRECTOR:**
Dr R A V Milsted

**DRUG TEAM LEADER**
Dr C G Link                          Signature ............................
                                     Date ...............................

**INTERNATIONAL CLINICAL RESEARCH ASSOCIATE**
Mr Barney R Morne

**INTERNATIONAL PROJECT STATISTICIAN**
Barbara G Miller

200

CONFIDENTIAL
AZ/SER 0051615

D124

ZENECA Pharma Inc. TRIAL PERSONNEL

PERSONS TO BE CONTACTED IN THE EVENT OF ADVERSE EXPERIENCES

Canadian Project Physician/Director:

Anthony S. Rebuck, M.D.
Clinical and Medical Affairs
ZENECA Pharma Inc., Canada
Office: (416) 821-8000 X300
Home:   (416) 445-4399

Canadian Clinical Research Associate:

Bea M. Singh, M.Sc.
Clinical and Medical Affairs
ZENECA Pharma Inc., Canada
Office: (416) 821-8000 X305
Home:   (416) 491-6076

201

CONFIDENTIAL
AZ/SER 0051616

D125

## CONTENTS

| | | PAGE NUMBER |
|---|---|---|
| TITLE PAGE | | |
| SIGNATURE PAGE/STATEMENT OF AGREEMENT | | |
| TRIAL PERSONNEL | | |
| CONTENTS | | |
| LIST OF ABBREVIATIONS | | |
| | | |
| SUMMARY | | |
| TRIAL PLAN - ASSESSMENT SCHEDULE | | (i) - (iii) |
| | | (iv) - (v) |
| | | |
| 1. | INTRODUCTION | |
| 1.1 | Pharmacology | 1 |
| 1.2 | Toxicology | 1 |
| 1.3 | Human Pharmacokinetics and Bioavailability | 2 |
| 1.4 | Clinical Development | 3 |
| 1.4.1 | Efficacy | 3 |
| 1.4.2 | Safety | 3 |
| 1.5 | Summary and Rationale | 5 |
| | | 6 |
| | | |
| 2. | OBJECTIVES | |
| 2.1 | Primary | 8 |
| 2.2 | Secondary | 8 |
| | | 8 |
| | | |
| 3. | TRIAL DESIGN | |
| 3.1 | Design | 9 |
| 3.2 | Visit Structure | 9 |
| | | 9 |
| | | |
| 4. | SUBJECT SELECTION | |
| 4.1 | Source of Subjects | 10 |
| 4.2 | Number of Subjects | 10 |
| | | 10 |

CONFIDENTIAL
AZ/SER 0051617

D126

## CONTENTS CONTINUED

|  |  | PAGE NUMBER |
|---|---|---|
| 4.3 | Inclusion Criteria | 10 |
| 4.4 | Exclusion Criteria | 11 |
| 4.5 | Subject Restrictions | 12 |
|  |  |  |
| 5. | TRIAL DRUGS |  |
| 5.1 | Formulation, Packaging and Storage | 13 |
| 5.2 | Drug Administration, Route, Dose and Duration | 13 |
| 5.2.1 | Segment B | 14 |
| 5.2.2 | Segment C | 14 |
| 5.3 | Randomisation | 15 |
| 5.4 | Drug Accountability | 15 |
|  |  | 16 |
| 6. | CONCURRENT TREATMENT |  |
| 6.1 | Psychotropic Medication | 18 |
| 6.2 | Other Therapy | 18 |
|  |  | 19 |
| 7. | TRIAL METHODS |  |
| 7.1 | Procedural Summary | 20 |
| 7.1.1 | Segment A | 20 |
| 7.1.2 | Segment B | 20 |
| 7.1.3 | Segment C | 21 |
| 7.2 | Clinical and Laboratory Evaluations | 22 |
| 7.2.1 | Psychiatric Rating Scales | 22 |
| 7.2.2 | Neurological Rating Scales | 22 |
| 7.2.3 | Assessment of Adverse Events | 23 |
| 7.2.4 | Clinical Laboratory Tests | 23 |
| 7.2.5 | Electrocardiogram (ECG) | 23 |
| 7.2.6 | Vital Signs | 25 |
| 7.2.7 | Physical Examination | 26 |
| 7.2.8 | Opthalmological Examination | 26 |
|  |  | 26 |

CONFIDENTIAL
AZ/SER 0051618

D127

## CONTENTS CONTINUED

| | | PAGE NUMBER |
|---|---|---|
| 8. | ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS | |
| 8.1 | Adverse Events | 27 |
| 8.2 | Serious Adverse Events | 27 |
| 8.3 | Withdrawal of Subjects | 28 |
| 8.4 | Codebreaks | 29 |
| | | 30 |
| 9. | DATA MANAGEMENT AND STATISTICAL CONSIDERATIONS | |
| 9.1 | Data Management | 31 |
| 9.2 | Statistical Methods | 31 |
| 9.2.1 | Power and Sample Size | 31 |
| 9.2.2 | Methods of Analysis | 31 |
| 9.2.2.(a) | Efficacy | 32 |
| 9.2.2.(b) | Safety | 32 |
| 9.2.2.(c) | Segment C | 36 |
| | | 38 |
| 10. | ADMINISTRATIVE ASPECTS | |
| 10.1 | Institutional Review Board | 40 |
| 10.2 | Informed Consent | 40 |
| 10.3 | Study Commencement and Discontinuation | 41 |
| 10.4 | Laboratory Accreditation | 41 |
| 10.5 | Payment of Grant | 42 |
| 10.6 | Case Record Form Completion | 42 |
| 10.7 | Sponsor Monitoring | 42 |
| 10.8 | Record Retention | 43 |
| 10.9 | Investigator's Final Report | 44 |
| | | 44 |

CONFIDENTIAL
AZ/SER 0051619

D128

## APPENDICES

A. Declaration of Helsinki

B. Patient Consent Form, Patient Information Leaflet     A1 - A4

C. Hepatitis B Virus and HIV Positive Materials     B1 - B5

D. DSM IIIR Diagnosis for Schizophrenia     C1

E. Diagnostic Criteria for Psychoactive Substance     D1 - D3
Dependance

F. Safety Monitoring Guidelines     E1 - E2

G. Dose Escalation Scheme     F1 - F2

H. References     G1

    H1

CONFIDENTIAL
AZ/SER 0051620

D129

**ABBREVIATIONS:**

| | | |
|---|---|---|
| AIDS | = | Acquired Immune Deficiency Syndrome |
| AIMS | = | Abnormal Involuntary Movement Scale |
| ALT | = | alanine aminotransferase |
| AST | = | aspartate aminotransferase |
| b.d. | = | twice daily |
| BPRS | = | Brief Psychiatric Rating Scale |
| CGI | = | Clinical Global Impression |
| CRA | = | Clinical Research Associate |
| CRF | = | Case Report Form |
| CV | = | curriculum vitae |
| DSM-IIIR | = | Diagnostic and Statistical Manual of Mental Disorders (3rd edition, Revised) |
| ECG | = | electrocardiogram |
| EPS | = | extra-pyramidal symptoms |
| HCG | = | human chorionic gonadotrophin |
| $IC_{50}$ | = | receptor affinity measured as concentration to produce 50% displacement of ligand |
| 5HT | = | 5-hydroxytryptamine |
| kg | = | kilogrammes |
| LFT | = | liver function tests |
| LLRR | = | lower limit of reference range |
| mg | = | milligrammes |
| nM | = | nanomolar |
| QA | = | Quality Assurance |
| QTc | = | corrected QT interval |

206

CONFIDENTIAL
AZ/SER 0051621

D130

### ABBREVIATIONS (Continued)

| | | |
|---|---|---|
| SANS | = | Scale for the Assessment of Negative Symptoms |
| t.i.d. | = | three times a day |
| t__ | = | mean time to peak plasma level concentration |
| t½ | = | mean plasma half life |
| T4 | = | thyroxine |
| TD | = | tardive dyskinesia |
| TSH | = | thyroid stimulating hormone |
| ULRR | = | upper limit of reference range |
| WCC | = | white cell count |

CONFIDENTIAL
AZ/SER 0051622

D131

(i)

─PROTOCOL SUMMARY

1    TITLE:        A multicentre, double-blind, randomised, comparison of
                    dose and dose regimen of 'Seroquel' in the treatment of
                    subjects with acute exacerbation of subchronic or chronic
                    schizophrenia.

2    OBJECTIVES:

2.1  PRIMARY:       To compare the efficacy of a total daily dose of
                    'Seroquel' of 450 mg (administered both as 225 mg b.d.
                    and 150 mg t.i.d.) with a total daily dose of 'Seroquel'
                    of 50 mg (administered as 25 mg b.d.) over a 6-week
                    period in the treatment of subjects with acute
                    exacerbation of subchronic or chronic schizophrenia.

                    To compare the efficacy of total daily doses of
                    'Seroquel' of 450 mg administered as
                    225 mg b.d. and 150 mg t.i.d. over a 6-week
                    period in the treatment of the above subject
                    population.

2.2  Secondary      To compare the safety and tolerability of total daily
                    doses of 'Seroquel' of 450 mg (administered both as 225
                    mg b.d. and 150 mg t.i.d.) and of 50 mg (administered as
                    25 mg b.d.) over a 6-week period in the treatment of the
                    above subject population.

                    To obtain long-term safety data for 'Seroquel' over a
                    further 52 weeks.

208

CONFIDENTIAL
AZ/SER 0051623

78

**FIGURE 6B Postural hypotension cumulative incidence rates by study week**



**FIGURE 7A Tachycardia weekly incidence rates by study week**



114

CONFIDENTIAL
AZ/SER 0050580

D132

(ii)

3  **TRIAL DESIGN:**   The trial will be an international, multicentre,
double-blind, randomised, parallel-group comparison of 3
dosage regimens of 'Seroquel' in the treatment of acute
exacerbation of schizophrenia, followed by an optional
open extension of treatment with 'Seroquel'.

4  **TYPE AND NUMBER**   Subjects eligible for entry into the trial
   **OF SUBJECTS:**      will be those with an acute exacerbation of subchronic or
chronic schizophrenia, as defined by DSM-IIIR categories
295.1, 295.2, 295.3, and 295.9.

A total of 510 subjects will be investigated, consisting
of 170 subjects in each of the three 'Seroquel' treatment
groups.  Each centre participating in the trial will aim
to provide at least 12 subjects.

5  **TRIAL TREATMENT:**   Subjects will be randomised to receive one of three fixed
doses of 'Seroquel'.  The doses will be 25 mg b.d., 225
mg b.d, and 150 mg t.i.d.

6  **DURATION OF**        There will be a 6-week, randomised phase of
   **TREATMENT:**         treatment followed by an optional, 52-week, open
extension phase of treatment with 'Seroquel'.

7  **PRIMARY MEASURES:** Efficacy will be measured in terms of changes in the
total BPRS, and CGI Severity of Illness scores, measured
at entry to and completion of or withdrawal from the
randomised phase.

209

CONFIDENTIAL
AZ/SER 0051624

D133

(iii)

8 **SECONDARY MEASURES**: Tolerability and safety measures will include reporting of adverse events, haematology and clinical chemistry (including thyroid function tests), ophthalmological examination and monitoring of vital signs and weight.

A secondary measure of efficacy will be in terms of changes from entry to the trial in the SANS total score.

The occurrence of emergent extrapyramidal symptoms and akathisia will be measured in terms of changes from entry to the trial in the AIMS and Simpson Scale scores.

210

CONFIDENTIAL
AZ/SER 0051625

D134

(iv)

TRIAL PLAN - ASSESSMENT SCHEDULE

RANDOMISED PHASE

| ASSESSMENT | SEGMENT A | | | SEGMENT B | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DAYS RELATIVE TO BASELINE | | | TRIAL WEEK | | | | | |
| | -7 to -3 | -2 | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| Informed consent | X | | | | | | | | |
| Diagnosis/psychiatric history | X | | | | | | | | |
| Medical history | X | | | | | | | | |
| Haematology and LFTs | X | | | X | X | X | X | X | X |
| Thyroid function tests | X | | | | | | | | |
| Prolactin | X | | | | | | | - | X |
| HCG (pregnancy test) | X | | | | X | | | | |
| ECG | X | | | | | | | | X |
| Physical examination | X | | | | | | | | |
| Vital signs | X | | | | | | | | X |
| Weight | X | | | X | X | X | X | X | X |
| Ophthalmological examination | X | | | | | | | | X |
| Withdraw psychotropic medication | | X | | | | | | | X |
| BPRS, SANS, CGI | | | X | X | X | X | X | X | X |
| AIMS, Simpson | | | X | X | X | X | X | X | X |
| Inclusion/exclusion criteria | | | X | | | | | | |
| Start trial medication (= Day 1) | | | X | | | | | | |
| Dispense trial medication | | | | X | X | X | X | X | |
| Adverse event reporting | | | | X | X | X | X | X | |
| Completion of randomised phase | | | | | | | | | X |

211

CONFIDENTIAL
AZ/SER 0051626

D135

(v)

## TRIAL PLAN - ASSESSMENT SCHEDULE

### OPEN EXTENSION PHASE

| ASSESSMENT | 1 | 2 | 4<br>1 mth | 8 | 12<br>3 mths | 16 | 20 | 24<br>6 mths | 28 | 32 | 36<br>9 mths | 40 | 44 | 48 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haematology and LFTs | X | X | X | | X | X | X | X | | X | X | X | X | | X |
| Thyroid function tests | | | X | | X | | | X | | | X | | | | X |
| HCG (pregnancy test) | | X | | | | | | X | | | | | | | |
| Vital signs | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Weight | | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Ophthalmological examination | | | | | | | | | | | | | | | X |
| Adverse event reporting | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| BPRS, SANS, CGI | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AIMS, Simpson | | X | X | | X | | X | X | | X | X | | X | | X |
| Dispense trial medication | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| Physical examination | | | | | | | | | | | | | | | X |
| Completion of extension phase | | | | | | | | | | | | | | | X |

TRIAL WEEK - SEGMENT C

212

CONFIDENTIAL
AZ/SER 0051627

D136

5077IL/0012 - Canadian
Final: 23.11.93

1

## 1   INTRODUCTION

ICI 204636 (ZD5077) is a dibenzothiazepine derivative in clinical development
by ZENECA Pharmaceuticals for the treatment of schizophrenia.  ZENECA
Pharmaceuticals has filed to use the trade name 'Seroquel' and this name will
be used in the Phase III trials.  'Seroquel' is designated chemically as
2-(2-[4-(dibenzo[b,f][1,4] thiazepin-11-yl)piperazin-1-yl] ethoxy)ethanol,
fumarate salt.

Schizophrenia is a serious, usually life-long illness affecting approximately
1% of the population with onset of symptoms typically in young adulthood.  It
has a deteriorating course punctuated by intermittent episodes of acute
psychosis, and has a devastating effect on sufferers and their families alike.

Available treatments for schizophrenia are usually effective in controlling
the positive symptoms of the disease, such as delusions, hallucinations,
suspiciousness and conceptual disorganisation, but have a variable efficacy
against negative symptoms, such as withdrawal, social isolation, anhedonia and
blunted affect.  Furthermore they have the ability to induce distressing side
effects such as extrapyramidal symptoms (EPS) and tardive dyskinesia (TD).

Based on animal models predictive of these side effects, 'Seroquel' should
produce a markedly reduced incidence of EPS and TD when compared to currently
available antipsychotic drugs, whilst possessing comparable antipsychotic
activity.

### 1.1   Pharmacology

'Seroquel' is a novel antipsychotic agent intended for the treatment of
schizophrenia and other psychotic disorders.  It exhibits high affinity for
brain serotonin $5HT_2$ receptors ($IC_{50}$ = 148 nM) and lower affinity for dopamine
D2 and D1 receptors ($IC_{50}$s = 329 and 1,243 nM, respectively).

213

CONFIDENTIAL
AZ/SER 0051628

D137

5077IL/0012 - Canadian
Final: 23.11.93

2

'Seroquel' possesses considerably less muscarinic cholinergic (IC$_{50}$ > 10,000 nM) and alpha-1 adrenergic (IC$_{50}$ = 90 nM) receptor antagonist activity compared with standard antipsychotic agents (eg, haloperidol).

'Seroquel' is active orally in classical tests for antipsychotic activity (eg conditioned avoidance tests and behavioural or electrophysiological tests measuring the reversing actions of dopamine agonists) and possesses substantial selectivity for the limbic system.

Additionally, 'Seroquel', unlike standard antipsychotic agents, demonstrates little or no activity in haloperidol-sensitised or drug-naive cebus monkeys, and does not produce depolarisation inactivation of nigrostriatal dopamine neurons, paradigms considered predictive of extrapyramidal side effect liability.

1.2   Toxicology

'Seroquel' has undergone a toxicological programme directed at supporting clinical evaluation in man.  'Seroquel' has a low acute toxicity and has shown no evidence of teratogenic, mutagenic or clastogenic potential in the various tests conducted in dog, rat and mouse.

Two toxicologic findings with potential implications for treatment with 'Seroquel' in man include the formation of cataracts of the ocular lens at the top dose of 100 mg/kg/day in the 6-month dog trial and thyroidal pigment deposition, follicular cell hypertrophy, and increased thyroid stimulating hormone (TSH) levels in the 6-month rat trial.

Lenticular defects have not been observed in the cynomolgus monkey after 12 months of exposure to 'Seroquel' at 43.5 mg/kg/day nor have cataracts been noted in man with up to 6 weeks of exposure to 'Seroquel'.  Pigment deposition or changes in thyroid function have not been seen in the 6-month dog trial or in the cynomolgus monkeys after 12 months of exposure.

214

CONFIDENTIAL
AZ/SER 0051629

D138

5077IL/0012 - Canadian
Final: 23.11.93

3

Small decreases in mean total T4 levels without associated changes in TSH
levels have been seen in one early Phase II placebo-controlled trial
(5077IL/0006).  There were no associated cases of clinical hypothyroidism.

### 1.3   Human Pharmacokinetics and Bioavailability

The pharmacokinetics of 'Seroquel' in man have been investigated in a total of
seven trials.  After oral administration, 'Seroquel' is rapidly absorbed with
a mean time to peak plasma level concentration ($T_{max}$) ranging from 1.2 to 1.8
hours.  The elimination of 'Seroquel' is also rapid with mean half-life ($t\frac{1}{2}$)
values observed in normal male subjects and in male subjects with
schizophrenic symptomatology ranging from 2.2 to 3.2 hours.  'Seroquel' is
moderately bound (83%) to plasma protein.

Seroquel is extensively metabolised.  Less than 1% of the administered oral
dose is excreted unchanged in the urine and faeces.  Approximately 73% and 21%
of a radiolabelled (14C) dose of 'Seroquel' is excreted in the urine and
faeces, respectively.  In man, the largest fractions of 'Seroquel'-related
material circulating in plasma are unchanged 'Seroquel' (11%) and the inactive
(at the dopamine D2 receptor) sulfoxide metabolite (10%).

### 1.4   Clinical Development

#### 1.4.1   Efficacy

Two placebo-controlled clinical trials have demonstrated the efficacy of
'Seroquel' in the treatment of hospitalised subjects with acute exacerbation
of chronic and subchronic schizophrenia.  The first trial (5077IL/0004) was a
US, double-blind, randomised, placebo-controlled, rising-dose safety,
tolerability and plasma level evaluation of 'Seroquel' in 12 male
schizophrenic subjects with mild to moderate symptomatology.  Eight subjects
were treated with 'Seroquel' in doses up to 250 mg/day for 21 days while four
subjects received placebo.

CONFIDENTIAL
AZ/SER 0051630

D139

5077IL/0012 - Canadian
Final: 23.11.93

The second trial (5077IL/0006) was a US, multicentre, double-blind, randomised, placebo-controlled evaluation of 'Seroquel' in the treatment of 105 evaluable hospitalised subjects with acute exacerbation of schizophrenia. After a minimum 2-day placebo single-blind phase, subjects were treated for 42 days with up to 750 mg/day of 'Seroquel' or placebo using a flexible dosing titration schedule.

Efficacy for both trials was assessed using the 18-item Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression Scale (CGI).  In trial 5077IL/0004, the difference between the 'Seroquel' and placebo treatment groups in the change from baseline for the BPRS total score was statistically significant (p<0.05) at days 13 and 21 of active treatment.  The difference between the treatment groups for the change from baseline for the CGI Severity of Illness scores was statistically significant (p<0.05) at day 21 of active treatment.  In trial 5077IL/0006, the differences in the change from baseline for the BPRS total score and CGI Severity of Illness score between 'Seroquel' and placebo were statistically significant (p≤0.05) or marginally significant (p≤0.08) at all visits after day 7.

Using a 30% or greater decrease in BPRS total score at any visit compared to baseline as a criterion of clinically meaningful response, all eight 'Seroquel'-treated subjects in trial 5077IL/0004 exhibited a clinically meaningful improvement.  One of the four placebo-treated subjects exhibited a similar decrease in the BPRS total score.  In trial 5077IL/0006, 23 (44%) of 'Seroquel'-treated subjects and 17 (32%) of placebo-treated subjects met the criteria for clinical response.  This difference was not statistically significant.

A US, European and South African multicentre open pilot trial in hospitalised subjects with acute psychotic symptomatology (eg, schizophrenia, mania delusional disorder) has recently been completed.  One hundred and eighteen subjects were treated with doses of 'Seroquel' up to 750 mg/day for 42 days in Europe and South Africa and in the US were treated with up to 500 mg/day for 28 days.

216

CONFIDENTIAL
AZ/SER 0051631

D140

5077IL/0012 - Canadian
Final: 23.11.93

5

In an administrative look at the efficacy data from 102 subjects, 37 (36%) subjects demonstrated a clinical response, defined as a 30% reduction in BPRS total score at any visit. Changes from baseline for both BPRS total score and the CGI Severity of Illness item were statistically significant (p<0.001) for all visits after screening.

The recruitment phase for two additional controlled Phase II clinical trials is complete and the efficacy and safety analyses are in progress.

Trial 5077US/0001 (204636/0008) is an international placebo-controlled dose ranging trial in hospitalised subjects with acute exacerbation of schizophrenia and trial 204636/0007 is an international trial comparing the efficacy of 'Seroquel' and chlorpromazine in a similar subject population.

1.4.2   Safety

A total of 425 subjects has been treated with 'Seroquel'.  'Seroquel' is well tolerated in schizophrenic subjects at doses up to 750 mg/day.  No major safety concerns have arisen in the Phase II clinical trials, and there have been no deaths during clinical trials involving 'Seroquel'.

A total of eight 'Seroquel'-treated subjects withdrew from clinical trials as a result of adverse events or intercurrent medical illness (eg; increased liver function tests, rash).  The most frequently reported adverse events include somnolence, dizziness, agitation, insomnia and headache.

Changes in vital signs (eg, orthostatic hypotension) were more frequent in 'Seroquel'-treated subjects as compared to placebo.  Although sinus tachycardia has frequently been noted on electrocardiograms, other clinically important arrhythmias have not been seen.  Mild, transient, reversible, and clinically asymptomatic elevations in ALT were seen in a small sub-population of 'Seroquel'-treated subjects.  Small decreases in mean total T4 levels were observed in the 'Seroquel'-treated subjects in trial 5077IL/0006 compared to placebo, but there were no cases of clinical hypothyroidism noted. Agranulocytosis has not been observed with 'Seroquel' treatment.

217

CONFIDENTIAL
AZ/SER 0051632

D141

5077IL/0012 - Canadian
Final: 23.11.93

6

The results from two placebo-controlled trials suggest that the incidence of extrapyramidal symptoms in subjects treated with 'Seroquel' is no greater than seen in the placebo-treated subjects.  Acute dystonic reactions have not been reported to date.

For further information on the chemistry, pharmacology, toxicology, pharmacokinetics and metabolism of 'Seroquel', and for further details of the clinical trials described above, please refer to the current revision (1993) of the Investigational Drug Brochure for 'Seroquel'

1.5    Summary and Rationale

In summary, two placebo-controlled clinical trials have demonstrated the efficacy of 'Seroquel' in the treatment of schizophrenia.  A total of 425 subjects has been treated with 'Seroquel' and no major safety concerns have arisen.  'Seroquel' is well tolerated in schizophrenic subjects at doses up to 750 mg/day; in particular, no difference has been shown between 'Seroquel' and placebo regarding extrapyramidal symptoms across the entire dose range, and no effect on plasma prolactin levels has been observed.

The trial proposed in this protocol is one of four international clinical trials that together will provide data for the regulatory package for 'Seroquel'.  The other three trials are a dose-ranging comparison of five doses of 'Seroquel', a flexible-dose comparative trial of 'Seroquel' and haloperidol, and a relapse prevention trial.

This trial is designed to test the hypothesis that there is no difference in the efficacy of 'Seroquel' when administered on a twice daily and on a three times a day basis.  It is well documented that patient compliance is improved with twice daily dosing when compared with three or four times a day dosing.  As with other agents in this class, the relatively short pharmacokinetic half-life of 'Seroquel' (that could suggest three or four times a day dosing) may not be reflected in its actual pharmacodynamic half-life.

CONFIDENTIAL
AZ/SER 0051633

79

**FIGURE 7B Tachycardia cumulative incidence rates by study week**



**FIGURE 8A Dizziness weekly incidence rates by study week**



115

CONFIDENTIAL
AZ/SER 0050581

D142

S077IL/0012 - Canadian
Final: 23.11.93

7

The trial will also compare the efficacy, safety and tolerability of total daily doses of 450 mg and 50 mg of 'Seroquel' and will extend the long-term safety database for 'Seroquel' in schizophrenic subjects.

The dose of 450 mg per day has been selected as representative of the middle of the therapeutic dose range found in previous 'Seroquel' clinical trials and this dose will be compared with a dose of 50 mg per day, a dose which is expected to be at the lowest extreme of the therapeutic range.

During the optional open extension phase of the trial, doses of 'Seroquel' up to 800 mg per day will be employed for up to one year. This is supported by toxicological data and clinical trial data with 'Seroquel'.

CONFIDENTIAL
AZ/SER 0051634