H393

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.4   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION
CARRIED FORWARD -
MODEL INCLUDES TREATMENT BY CENTER INTERACTION TERM

BPRS TOTAL SCORE,
DAY 7
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 2223.72 | 2.08 | 0.02 |
| TRT*CTR | 22 | 2375.17 | 1.11 | 0.3283 |
| BL BPRS | 1 | 166.75 | 1.72 | 0.1906 |
| TRT | 2 | 252.31 | 1.30 | 0.2736 |
| ERROR | 558 | 54180.54 | | |

BPRS TOTAL SCORE,
DAY 14,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 4710.53 | 2.70 | 0.0022 |
| TRT*CTR | 22 | 4591.13 | 1.31 | 0.1543 |
| BL BPRS | 1 | 640.81 | 4.03 | 0.0451 |
| TRT | 2 | 1332.60 | 4.19 | 0.0156 |
| ERROR | 559 | 88801.75 | | |

SOURCE CODE:        UB34526.APS_STAT(ANCOVINT)
SAS DATA LIBRARIES: MTS.SRCR55.D2821
DATE PRINTED:       26JUN95

87

CONFIDENTIAL
AZ/SER 0055458

H394

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.4   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD –

MODEL INCLUDES TREATMENT BY CENTER INTERACTION TERM

BPRS TOTAL SCORE,
DAY 21
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 6977.75 | 3.20 | 0.0003 |
| TRT*CTR | 22 | 6321.48 | 1.45 | 0.0854 |
| BL_BPRS | 1 | 1094.32 | 5.52 | 0.0192 |
| TRT | 2 | 1327.75 | 3.35 | 0.0359 |
| ERROR | 559 | 110860.03 | | |

BPRS TOTAL SCORE,
DAY 28,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 10708.20 | 4.40 | <.0001 |
| TRT*CTR | 22 | 6288.09 | 1.29 | 0.1696 |
| BL_BPRS | 1 | 1484.43 | 6.70 | 0.0099 |
| TRT | 2 | 1680.23 | 3.79 | 0.0231 |
| ERROR | 559 | 123809.96 | | |

SOURCE CODE:          UB34526.APS_STAT(ANCOVINT)
SAS DATA LIBRARIES:   MTS.SRGR55.D2821
DATE PRINTED:         26JUN95

88

CONFIDENTIAL
AZ/SER 0055459

H395

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.4   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD – MODEL INCLUDES TREATMENT BY CENTER INTERACTION TERM

BPRS TOTAL SCORE,
DAY 35,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 12975.34 | 4.75 | <.0001 |
| TRT*CTR | 22 | 6799.75 | 1.24 | 0.2033 |
| BL_BPRS | 1 | 2207.03 | 8.89 | 0.003 |
| TRT | 2 | 1915.53 | 3.86 | 0.0217 |
| ERROR | 559 | 138791.03 | | |

BPRS TOTAL SCORE,
DAY 42,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 13126.47 | 4.55 | <.0001 |
| TRT*CTR | 22 | 6635.97 | 1.15 | 0.2872 |
| BL_BPRS | 1 | 2154.39 | 8.22 | 0.0043 |
| TRT | 2 | 2090.49 | 3.99 | 0.019 |
| ERROR | 559 | 146472.48 | | |

SOURCE CODE:        UB34526.APS_STAT(ANCOVINT)
SAS DATA LIBRARIES:  WIS.SRCR55.D2821
DATE PRINTED:       26JUN95

89

CONFIDENTIAL
AZ/SER 0055460

H396

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXAGERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.5   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD -

MODEL INCLUDES BASELINE BY TREATMENT INTERACTION TERM

BPRS TOTAL SCORE

| | | | SUMMARY STATISTICS | | | | ANALYSIS OF COVARIANCE MODEL | | | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| TIMEPOINT | TREATMENT | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY 7 | 450 (BID) SER | 195 | 42.14 | 10.73 | -4.05 | 9.87 | -3.73 | 0.78 | | | | | |
| | 450 (TID) SER | 203 | 42.81 | 10.32 | -2.39 | 10.00 | -1.98 | 0.77 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -2.35 | 10.07 | -1.94 | 0.79 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.75 | 0.99 | -3.70 | 0.20 | 0.078 |
| | 450(B) V 50(B) | | | | | | | | -1.79 | 1.00 | -3.75 | 0.17 | 0.0737 |
| | 450(T) V 50(B) | | | | | | | | -0.04 | 0.99 | -1.98 | 1.90 | 0.9678 |
| DAY 14 | 450 (BID) SER | 195 | 42.14 | 10.73 | -6.62 | 12.98 | -6.09 | 1.00 | | | | | |
| | 450 (TID) SER | 204 | 42.74 | 10.35 | -4.99 | 12.66 | -4.38 | 0.99 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -3.83 | 13.12 | -3.14 | 1.01 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.71 | 1.27 | -4.21 | 0.78 | 0.178 |
| | 450(B) V 50(B) | | | | | | | | -2.95 | 1.28 | -5.47 | -0.43 | 0.0219 |
| | 450(T) V 50(B) | | | | | | | | -1.23 | 1.27 | -3.73 | 1.26 | 0.3313 |
| DAY 21 | 450 (BID) SER | 195 | 42.14 | 10.73 | -8.26 | 14.35 | -7.78 | 1.12 | | | | | |
| | 450 (TID) SER | 204 | 42.74 | 10.35 | -6.97 | 14.56 | -6.41 | 1.11 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -5.26 | 14.71 | -4.59 | 1.13 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.37 | 1.42 | -4.16 | 1.43 | 0.3365 |
| | 450(B) V 50(B) | | | | | | | | -3.18 | 1.44 | -6.00 | -0.36 | 0.027 |
| | 450(T) V 50(B) | | | | | | | | -1.82 | 1.42 | -4.61 | 0.98 | 0.2019 |
| DAY 28 | 450 (BID) SER | 195 | 42.14 | 10.73 | -9.15 | 15.22 | -8.67 | 1.19 | | | | | |
| | 450 (TID) SER | 204 | 42.74 | 10.35 | -7.66 | 15.16 | -7.10 | 1.17 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -5.39 | 16.09 | -4.71 | 1.20 | | | | | |

SOURCE CODE:          UB34526.APS.STAT(ANCOVINT)
SAS DATA LIBRARIES:   VIS.SRCRH55.D2821
DATE PRINTED:         26JUN95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

(CONTINUED)

CONFIDENTIAL
AZ/SER 0055461

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.5   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD – MODEL INCLUDES BASELINE BY TREATMENT INTERACTION TERM

BPRS TOTAL SCORE

| TIMEPOINT | TREATMENT | N | BASELINE MEASUREMENT MEAN | BASELINE MEASUREMENT SD | CHANGE FROM BASELINE MEAN | CHANGE FROM BASELINE SD | CHANGE FROM BASELINE LSMEAN | CHANGE FROM BASELINE SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY 28 | 450(B) V 450(T) | | | | | | | | -1.57 | 1.50 | -4.52 | 1.38 | 0.2963 |
| | 450(B) V 50(B) | | | | | | | | -3.96 | 1.51 | -6.93 | -0.98 | 0.0093 |
| | 450(T) V 50(B) | | | | | | | | -2.39 | 1.50 | -5.33 | 0.56 | 0.1119 |
| DAY 35 | 450 (BID) SER | 195 | 42.14 | 10.73 | -10.04 | 16.25 | -9.47 | 1.25 | | | | | |
| | 450 (TID) SER | 204 | 42.74 | 10.35 | -9.15 | 16.45 | -8.44 | 1.24 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -6.27 | 16.72 | -5.44 | 1.27 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.03 | 1.59 | -4.15 | 2.09 | 0.5169 |
| | 450(B) V 50(B) | | | | | | | | -4.02 | 1.60 | -7.17 | -0.88 | 0.0122 |
| | 450(T) V 50(B) | | | | | | | | -2.99 | 1.58 | -6.11 | 0.12 | 0.0592 |
| DAY 42 | 450 (BID) SER | 195 | 42.14 | 10.73 | -10.48 | 16.38 | -9.95 | 1.29 | | | | | |
| | 450 (TID) SER | 204 | 42.74 | 10.35 | -9.23 | 17.14 | -8.53 | 1.27 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -6.10 | 17.03 | -5.31 | 1.30 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.42 | 1.63 | -4.62 | 1.77 | 0.3826 |
| | 450(B) V 50(B) | | | | | | | | -4.64 | 1.64 | -7.87 | -1.42 | 0.0049 |
| | 450(T) V 50(B) | | | | | | | | -3.22 | 1.63 | -6.41 | -0.03 | 0.0481 |

SOURCE CODE:            UB34526.APS.STAT(ANCOVINT)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0055462

H398

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.5   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION
CARRIED FORWARD -

MODEL INCLUDES BASELINE BY TREATMENT INTERACTION TERM

BPRS TOTAL SCORE,
DAY 7,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 2207.84 | 2.06 | 0.0216 |
| BL_BPRS | 1 | 198.31 | 2.03 | 0.1545 |
| TRT | 2 | 99.89 | 0.51 | 0.5996 |
| BL_BPRS*TRT | 2 | 172.68 | 0.89 | 0.4132 |
| ERROR | 578 | 56383.03 | | |

BPRS TOTAL SCORE,
DAY 14,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 4801.42 | 2.72 | 0.002 |
| BL_BPRS | 1 | 854.88 | 5.32 | 0.0214 |
| TRT | 2 | 137.87 | 0.43 | 0.6514 |
| BL_BPRS*TRT | 2 | 360.93 | 1.12 | 0.326 |
| ERROR | 579 | 93031.96 | | |

SOURCE CODE:        UB34526.APS.STAT(ANCOVINT)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

92

CONFIDENTIAL
AZ/SER 0055463

# SEROQUEL™

# INTERNATIONAL PROJECT PHYSICIAN/ INTERNATIONAL PROJECT BIOMETRICIAN APPROVAL

**A Multicentre, Double-blind, Randomised Comparison of Dose and Dose Regimen of SEROQUEL in the Treatment of Subjects with Acute Exacerbation of Subchronic or Chronic Schizophrenia**

| | |
|---|---|
| Study number: | 5077IL/0012 |
| First patient entered: | 1 October 1993 |
| Last patient completed: | 25 January 1995 |

This document falls within the goals of the International Clinical Plan, meets ZENECA standard practices, and is suitable for inclusion in the regulatory submission.

L Arvanitis MD
International Project Physician

Signature _Lira Arvanitis MD_     Date _12/26/95_

B G Miller MS
International Project Biometrician

Signature _____     Date _12/21/95_

SEROQUEL™ is a trademark, the property of ZENECA Limited

3

CONFIDENTIAL
AZ/SER 0050469

12

severe: an adverse event that was incapacitating and prevented normal everyday activity.

The relationship of the event to study treatment (causality) was also assessed as: definitely not related; probably not related; probably related; definitely related or undetermined.

The definition of a serious adverse event was any event that was a death or a life-threatening event, a disabling or permanently incapacitating event, cancer, congenital abnormality, overdose, any event that caused or prolonged hospitalisation, or withdrawal from the study because of any medical reason other than a deterioration in the patient's symptoms of schizophrenia.

### 2.6.4    Safety assessments

**(a)      Neurologic assessments**

Neurologic assessments were performed in Segment A and at weekly intervals during Segment B. The same rater was to have made the assessments at entry and Day 42 (or withdrawal); for the remaining Segment B assessments the same rater was used whenever possible. The following neurologic rating scales were used: Abnormal Involuntary Movement Scale (AIMS)(Guy 1976); Simpson Scale (Simpson and Angus 1970), modified to include an item for the assessment of akathisia.

**(b)      Clinical laboratory assessments**

All clinical laboratory assessments were performed by the central laboratory, Safety of Medicines Department, ZENECA Pharmaceuticals, UK, if possible. If a centre was unable to use the central laboratory, a local laboratory was identified for that centre.

Haematological and biochemical tests were performed in Segment A and at weekly intervals during Segment B (other than thyroid function tests which were performed in Segment A and at Day 42). If results were considered by the investigator to be clinically significantly abnormal, follow-up samples were taken and repeated until the test result returned to normal or to pre-treatment levels.

The following tests were performed:

**Haematology**

| | |
|---|---|
| haemoglobin | total white blood cell (WBC) count |
| platelet count | differential WBC count |

**Biochemistry**

| | |
|---|---|
| alanine aminotransferase (ALT/SGPT) | *free thyroxine ($T_4$) |
| aspartate aminotransferase (AST/SGOT) | *thyroid stimulating hormone (TSH) |
| alkaline phosphatase | *#human chorionic gonadotrophin (HCG) |
| total bilirubin | +prolactin |

*assessed during Segment A and at Day 42 (or at withdrawal) only (in protocol amendment 5 this was modified such that thyroid function tests were performed every 2 weeks for centres in Israel).
#for women of child-bearing potential only
+assessed during Segment A and at Day 14 only

CONFIDENTIAL
AZ/SER 0050514

461

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY - SERUM CHEMISTRY

| | | | | | | | | TREATMENT | | | | |
| | | | | | | | | 450 MG (TID) SEROQUEL | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| STUDY DAY | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AST/SGOT (U/L)** | | | | | | | | | | | |
| | 0 | 197 | 20.88 | 12.30 | 7.0 | 105.0 | 197 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 7 | 193 | 20.81 | 10.26 | 5.0 | 86.0 | 192 | -0.05 | 11.44 | -64.0 | 51.0 |
| | 14 | 170 | 22.52 | 14.28 | 5.0 | 149.0 | 169 | 1.64 | 14.39 | -61.0 | 118.0 |
| | 21 | 138 | 23.59 | 17.86 | 5.0 | 152.0 | 138 | 1.96 | 17.19 | -72.0 | 71.0 |
| | 28 | 124 | 21.22 | 9.32 | 10.0 | 71.0 | 123 | 0.46 | 13.43 | -83.0 | 40.0 |
| | 35 | 117 | 21.17 | 10.26 | 5.0 | 58.0 | 116 | -0.01 | 13.80 | -79.0 | 46.0 |
| | 42 | 112 | 21.81 | 10.13 | 9.0 | 64.0 | 111 | 0.55 | 14.17 | -78.0 | 48.0 |
| | FINAL | 198 | 22.81 | 14.87 | 5.0 | 152.0 | 197 | 1.95 | 14.28 | -78.0 | 71.0 |
| **ALT/SGPT (U/L)** | | | | | | | | | | | |
| | 0 | 197 | 25.69 | 18.30 | 6.0 | 134.0 | 197 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 7 | 193 | 28.47 | 21.93 | 5.0 | 171.0 | 192 | 2.93 | 16.57 | -37.0 | 122.0 |
| | 14 | 170 | 31.87 | 34.51 | 6.0 | 395.0 | 169 | 6.66 | 31.31 | -52.0 | 353.0 |
| | 21 | 138 | 35.12 | 39.62 | 7.0 | 344.0 | 138 | 9.00 | 34.62 | -44.0 | 302.0 |
| | 28 | 124 | 31.44 | 28.89 | 6.0 | 217.0 | 123 | 6.75 | 26.38 | -50.0 | 175.0 |

(CONTINUED)

SOURCE CODE:           XLU602_PROD_PHASEIII(CHEM)
SAS DATA LIBRARIES:    MTS.SRCR55.D2821
DATE PRINTED:          30NOV95

CONFIDENTIAL
AZ/SER 0050964

H399

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.5   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD –

MODEL INCLUDES BASELINE BY TREATMENT INTERACTION TERM

BPRS TOTAL SCORE,
DAY 21
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 7168.54 | 3.24 | 0.0003 |
| BL_BPRS | 1 | 1376.07 | 6.83 | 0.0092 |
| TRT | 2 | 253.26 | 0.63 | 0.5336 |
| BL_BPRS*TRT | 2 | 573.46 | 1.42 | 0.2417 |
| ERROR | 579 | 116608.06 | | |

BPRS TOTAL SCORE,
DAY 28,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 11006.94 | 4.46 | <.0001 |
| BL_BPRS | 1 | 1787.62 | 7.98 | 0.0049 |
| TRT | 2 | 83.58 | 0.19 | 0.8299 |
| BL_BPRS*TRT | 2 | 327.77 | 0.73 | 0.4818 |
| ERROR | 579 | 129770.29 | | |

SOURCE CODE:        UB34526 APS_STAT(ANCOVINT)
SAS DATA LIBRARIES:  VIS.SRCR55.D2821
DATE PRINTED:        26JUN95

CONFIDENTIAL
AZ/SER 0055464

H400

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.5   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD –

MODEL INCLUDES BASELINE BY TREATMENT INTERACTION TERM

BPRS TOTAL SCORE,
DAY 35,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 13291.71 | 4.82 | <.0001 |
| BL_BPRS | 1 | 2605.65 | 10.40 | 0.0013 |
| TRT | 2 | 175.27 | 0.35 | 0.7049 |
| BL_BPRS*TRT | 2 | 551.56 | 1.10 | 0.3333 |
| ERROR | 579 | 145039.23 | | |

BPRS TOTAL SCORE,
DAY 42,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 13557.63 | 4.67 | <.0001 |
| BL_BPRS | 1 | 2513.39 | 9.53 | 0.0021 |
| TRT | 2 | 111.91 | 0.21 | 0.8089 |
| BL_BPRS*TRT | 2 | 433.64 | 0.82 | 0.4399 |
| ERROR | 579 | 152674.81 | | |

SOURCE CODE:        UB34526.APS_STAT(ANCOVINT)
SAS DATA LIBRARIES:  MIS.SRGR55.D2821
DATE PRINTED:        26JUN95

94

CONFIDENTIAL
AZ/SER 0055465

H401

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

----- STUDY DAY=7 -----

Univariate Procedure

Variable=RESBPRS    RESIDUALS FOR BPRS TOTAL SCORE

Moments

| | | | |
|---|---|---|---|
| N | 595 | Sum Wgts | 595 |
| Mean | 0 | Sum | 0 |
| Std Dev | 9.757645 | Variance | 95.21184 |
| Skewness | 0.071367 | Kurtosis | 2.350745 |
| USS | 56555.71 | CSS | 56555.71 |
| CV | . | Std Mean | 0.400024 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 595 | Num > 0 | 291 |
| M(Sign) | -6.5 | Pr>=|M| | 0.6228 |
| Sgn Rank | -1600 | Pr>=|S| | 0.7032 |
| W:Normal | 0.969137 | Pr<W | 0.0001 |

Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 39.96477 | 99% | 30.8425 |
| 75% Q3 | 4.699316 | 95% | 17.17869 |
| 50% Med | -0.10491 | 90% | 11.10529 |
| 25% Q1 | -5.34834 | 10% | -10.7976 |
| 0% Min | -43.62 | 5% | -14.7836 |
| | | 1% | -27.8975 |
| Range | 83.58479 | | |
| Q3-Q1 | 10.04765 | | |
| Mode | 1.972784 | | |

Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -43.62 | (125002) | 31.05587 | (122104) |
| -35.1598 | (124305) | 31.42351 | (124506) |
| -34.4781 | (125003) | 32.1441 | (125906) |
| -33.2135 | (125004) | 33.15213 | (121202) |
| -30.3483 | (123603) | 39.96477 | (126202) |

SOURCE CODE:         UB34S26.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:  WIS.SRCP55.J2821
DATE PRINTED:        26JUN95

CONFIDENTIAL
AZ/SER 0055466

H402

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM
BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

STUDY DAY-7

Univariate Procedure

Variable=RESBPRS      RESIDUALS FOR BPRS TOTAL SCORE



Normal Probability Plot

Histogram                          #

Boxplot

* may represent up to 4 counts

SOURCE CODE:          UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:   MIS.SRCRS5.D2B2I
DATE PRINTED:         26JUN95

96

CONFIDENTIAL
AZ/SER 0055467

H403

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECT'S WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------------------ STUDY DAY=14 ------------------------------

Univariate Procedure

Variable=RESBPRS    RESIDUALS FOR BPRS TOTAL SCORE

Moments

| | | | |
|---|---|---|---|
| N | 596 | Sum Wgts | 596 |
| Mean | 0 | Sum | 0 |
| Std Dev | 12.52848 | Variance | 156.9628 |
| Skewness | 0.231688 | Kurtosis | 0.715305 |
| USS | 93392.88 | CSS | 93392.88 |
| CV | . | Std Mean | 0.513187 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 596 | Num > 0 | 285 |
| M(Sign) | -13 | Pr>=|M| | 0.3058 |
| Sgn Rank | -2283 | Pr>=|S| | 0.5877 |
| W:Normal | 0.984146 | Pr<W | 0.3356 |

Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 47.3179 | 99% | 34.17163 |
| 75% Q3 | 7.472555 | 95% | 21.80173 |
| 50% Med | -0.58642 | 90% | 15.88439 |
| 25% Q1 | -8.08547 | 10% | -14.8936 |
| 0% Min | -30.2852 | 5% | -19.5801 |
| | | 1% | -30.9561 |
| Range | 85.60307 | | |
| Q3-Q1 | 15.55803 | | |
| Mode | -12.4295 | | |

Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -30.2852( | 125002) | 35.71826( | 121202) |
| -39.2373( | 126003) | 37.38996( | 125002) |
| -37.0061( | 129802) | 37.83897( | 129304) |
| -31.6863( | 123306) | 42.19604( | 126202) |
| -31.7569( | 125304) | 47.3179( | 122104) |

SOURCE CODE:        UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES: MTS.SRCH65.D282I
DATE PRINTED:       26JUN95

97

CONFIDENTIAL
AZ/SER 0055468

H404



APPENDIX H8.6 DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

CONFIDENTIAL
AZ/SER 0055469

H405

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

------ STUDY DAY=21 ------

Univariate Procedure

Variable=RESBPRS      RESIDUALS FOR BPRS TOTAL SCORE

Moments

| | | | |
|---|---|---|---|
| N | 596 | Sum Wgts | 596 |
| Mean | 0 | Sum | 0 |
| Std Dev | 14.03366 | Variance | 196.9437 |
| Skewness | 0.25843 | Kurtosis | 0.281481 |
| USS | 117181.5 | CSS | 117181.5 |
| CV | . | Std Mean | 0.574841 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 596 | Num > 0 | . |
| M(Sign) | -16 | Pr>=|M| | 0.2041 |
| Sgn Rank | -2252 | Pr>=|S| | 0.5927 |
| W:Normal | 0.984215 | Pr<W | 0.3440 |

Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 52.18006 | 99% | 37.31481 |
| 75% Q3 | 8.41068? | 95% | 23.60364 |
| 50% Med | -0.78329 | 90% | 19.08476 |
| 25% Q1 | -9.48898 | 10% | -17.2442 |
| 0% Min | -37.1111 | 5% | -22.9703 |
| | | 1% | -33.3362 |

| | |
|---|---|
| Range | 89.29115 |
| Q3-Q1 | 17.89967 |
| Mode | -9.20831 |

Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -37.1111( | 128603) | 37.56309( | 128311) |
| -36.7521( | 125002) | 39.40079( | 125502) |
| -34.1175( | 123006) | 42.90568( | 129204) |
| -34.0512( | 123602) | 43.1091( | 126202) |
| -33.6074( | 125302) | 52.18006( | 122104) |

SOURCE CODE: UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES: MIS.SRCR55.D2B2I
DATE PRINTED: 26JUN95

CONFIDENTIAL
AZ/SER 0055470

H406

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

--- STUDY DAY=21 ---



SOURCE CODE:           UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:    MIS.SRGP55.D2821
DATE PRINTED:          26JUN95

100

CONFIDENTIAL
AZ/SER 0055471

H407

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6 DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

STUDY DAY=28

Univariate Procedure

Variable=RESBPRS    RESIDUALS FOR BPRS TOTAL SCORE

Moments

| | | | |
|---|---|---|---|
| N | 596 | Sum Wgts | 596 |
| Mean | 0 | Sum | 0 |
| Std Dev | 14.78689 | Variance | 218.6522 |
| Skewness | 0.18708 | Kurtosis | 0.023077 |
| USS | 130098.1 | CSS | 130098.1 |
| CV | . | Std Mean | 0.605695 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 596 | Num > 0 | 288 |
| M(Sign) | -10 | Pr>=|M| | 0.4384 |
| Sgn Rank | -1420 | Pr>=|S| | 0.7359 |
| W:Normal | 0.984601 | Pr<W | 0.3922 |

Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 52.03497 | 99% | 37.34304 |
| 75% Q3 | 9.38241 | 95% | 23.98878 |
| 50% Med | -0.38852 | 90% | 19.75593 |
| 25% Q1 | -10.3961 | 10% | -19.0034 |
| 0% Min | -38.4597 | 5% | -24.0489 |
| | | 1% | -33.498 |

| | |
|---|---|
| Range | 90.49469 |
| Q3-Q1 | 19.77848 |
| Mode | -20.9317 |

Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -38.4597( | 125302) | 39.15730( | 128308) |
| -37.2258( | 126602) | 39.50344( | 125502) |
| -37.0048( | 122306) | 43.65241( | 126202) |
| -36.5101( | 126603) | 45.11591( | 129204) |
| -33.574( | 125304) | 52.03497( | 122104) |

SOURCE CODE:            UB34526.APS_STAT(ANCOVXAS)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

CONFIDENTIAL
AZ/SER 0055472



H408

50/71L/0012: A MULTI-CENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

STUDY DAY-28

Univariate Procedure

Variable=RESBPRS      RESIDUALS FOR BPRS TOTAL SCORE

SOURCE CODE:                    UB34526_APS_STAT (ANCOVXAS)
SAS DATA LIBRARIES:             WSS.SRCRB5.D2821
DATE PRINTED:                   26JUN95

102

CONFIDENTIAL
AZ/SER 0055473

462

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY - SERUM CHEMISTRY

| | | | TREATMENT | | | | | | | |
| | | | 450 MG (TID) SEROQUEL | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|
| **ALT/SGPT (U/L)** STUDY DAY | | | | | | | | | | |
| 35 | 117 | 27.73 | 23.93 | 6.0 | 131.0 | 116 | 3.67 | 20.79 | -49.0 | 89.0 |
| 42 | 112 | 29.83 | 27.67 | 7.0 | 244.0 | 111 | 4.05 | 24.40 | -43.0 | 190.0 |
| FINAL | 198 | 29.81 | 28.66 | 6.0 | 244.0 | 197 | 4.18 | 22.01 | -43.0 | 190.0 |
| **BILIRUBIN, TOTAL (UMOL/L)** | | | | | | | | | | |
| 0 | 197 | 9.17 | 5.81 | 2.0 | 46.0 | 197 | 0.00 | 0.00 | 0.0 | 0.0 |
| 7 | 193 | 8.08 | 5.08 | 1.0 | 41.0 | 192 | -1.06 | 3.85 | -16.0 | 10.3 |
| 14 | 170 | 8.44 | 5.21 | 1.0 | 39.0 | 169 | -0.75 | 3.70 | -11.0 | 13.7 |
| 21 | 138 | 7.73 | 4.66 | 1.0 | 47.0 | 138 | -1.30 | 3.75 | -18.0 | 6.0 |
| 28 | 124 | 7.83 | 4.25 | 3.0 | 35.0 | 123 | -0.99 | 3.85 | -14.0 | 12.0 |
| 35 | 117 | 8.08 | 4.29 | 3.0 | 35.9 | 116 | -0.97 | 5.22 | -30.0 | 25.6 |
| 42 | 112 | 7.92 | 4.48 | 2.0 | 32.0 | 111 | -0.92 | 4.49 | -17.0 | 11.0 |
| FINAL | 198 | 8.59 | 5.58 | 2.0 | 41.0 | 197 | -0.59 | 4.37 | -17.0 | 13.7 |
| **ALKALINE PHOSPHATASE (U/L)** | | | | | | | | | | |
| 0 | 197 | 150.02 | 56.88 | 40.0 | 306.0 | 197 | 0.00 | 0.00 | 0.0 | 0.0 |
| 7 | 192 | 149.79 | 54.70 | 46.0 | 337.0 | 191 | -0.65 | 20.46 | -86.0 | 99.0 |

(CONTINUED)

SOURCE CODE:          XLU6O2.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         30NOV95

CONFIDENTIAL
AZ/SER 0050965

H409

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECT'S WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

Univariate Procedure

Variable=RESBPRS       RESIDUALS FOR BPRS TOTAL SCORE

------ STUDY DAY=35 ------

### Moments

| | | | |
|---|---|---|---|
| N | 596 | Sum Wgts | 596 |
| Mean | 0 | Sum | 0 |
| Std Dev | 15.64256 | Variance | 244.6904 |
| Skewness | 0.098642 | Kurtosis | -0.1435 |
| USS | 145590.8 | CSS | 145590.8 |
| CV | . | Std Mean | 0.640745 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 596 | Num > 0 | 294 |
| M(Sign) | -4 | Pr>=|M| | 0.7743 |
| Sgn Rank | -520 | Pr>=|S| | 0.9017 |
| W:Normal | 0.984181 | Pr<W | 0.3399 |

### Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 51.61163 | 99% | 38.5504 |
| 75% Q3 | 10.34964 | 95% | 25.07173 |
| 50% Med | -0.14937 | 90% | 20.21549 |
| 25% Q1 | -11.09944 | 10% | -20.21114 |
| 0% Min | -40.8434 | 5% | -25.8403 |
| | | 1% | -33.5586 |
| Range | 92.45504 | | |
| Q3-Q1 | 21.44908 | | |
| Mode | -11.7072 | | |

### Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -40.8434( | 123602) | 38.5504( | 121202) |
| -37.9189( | 122306) | 40.95395( | 125502) |
| -37.1299( | 122603) | 43.6904( | 126202) |
| -34.906( | 120013) | 46.6772( | 129204) |
| -33.7337( | 124002) | 51.61163( | 122104) |

SOURCE CODE:       UB34526_APS_STAT(ANCOVXAS)
SAS DATA LIBRARIES: WSS.SRCH55.D2821
DATE PRINTED:      26JUN95

103

CONFIDENTIAL
AZ/SER 0055474

H410



50/77L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM
BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

STUDY DAY=35

Univariate Procedure

Variable=RESBPRS

RESIDUALS FOR BPRS TOTAL SCORE

Histogram                                          #          Boxplot

[histogram plot]                                              [boxplot]

* may represent up to 2 counts

Normal Probability Plot

[normal probability plot]

SOURCE CODE:                UB3456.APS_STAT(ANCOVXAS)
SAS DATA LIBRARIES:         M1S.SRCD55.02821
DATE PRINTED:               26JUN95

104

CONFIDENTIAL
AZ/SER 0055475

H411

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6 DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM
BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------------------ STUDY DAY=42 ------------------------------

Univariate Procedure

Variable=RESBPRS     RESIDUALS FOR BPRS TOTAL SCORE

Moments

| | | |
|---|---|---|
| N | 596 | Sum Wgts | 596 |
| Mean | 0 | Sum | 0 |
| Std Dev | 16.04136 | Variance | 257.3251 |
| Skewness | 0.0748 | Kurtosis | -0.28677 |
| USS | 153108.5 | CSS | 153108.5 |
| CV | . | Std Mean | 0.65708 |
| T:Mean=0 | 0 | Pr>|T| | 1.0000 |
| Num ^= 0 | 596 | Num > 0 | 298 |
| M(Sign) | 0 | Pr>=|M| | 1.0000 |
| Sgn Rank | -464 | Pr>=|S| | 0.9123 |
| W:Normal | 0.982763 | Pr<W | 0.1096 |

Quantiles(Def=5)

| | | | |
|---|---|---|---|
| 100% Max | 51.71946 | 99% | 38.66568 |
| 75% Q3 | 10.83702 | 95% | 25.4056 |
| 50% Med | -0.03432 | 90% | 20.45708 |
| 25% Q1 | -11.8906 | 10% | -21.1207 |
| 0% Min | -42.2941 | 5% | -25.9321 |
| | | 1% | -33.2599 |
| Range | 94.01351 | | |
| Q3-Q1 | 22.7366 | | |
| Mode | -15.3017 | | |

Extremes

| Lowest | ID | Highest | ID |
|---|---|---|---|
| -42.2941( | 23602) | 39.68813( | 128905) |
| -37.9486( | 23603) | 40.58966( | 125502) |
| -36.4675( | 32403) | 44.54952( | 128202) |
| -36.1758( | 27001) | 44.63602( | 129204) |
| -36.0321( | 27807) | 51.71946( | 122104) |

SOURCE CODE:          UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:   MIS.SRCR55.D2B21
DATE PRINTED:         26JUN95

105

CONFIDENTIAL
AZ/SER 0055476

H412

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6  DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

----- STUDY DAY=42 -----

Univariate Procedure

Variable=RESBPRS     RESIDUALS FOR BPRS TOTAL SCORE

Histogram            #            Boxplot            Normal Probability Plot

* may represent up to 2 counts

```
SOURCE CODE:          UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95
```

CONFIDENTIAL
AZ/SER 0055477

H413



5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.6 DISTRIBUTION OF RESIDUALS FROM ANALYSIS OF COVARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

Univariate Procedure
Schematic Plots

Variable=RESBPRS

RESIDUALS FOR BPRS TOTAL SCORE

SOURCE CODE: UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED: 26JUN95

107

CONFIDENTIAL
AZ/SER 0055478

H414

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.7  F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

************ VISIT=7 ************

Variable: CHG_BPRS

BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -4.04615385 | 9.87410041 | 0.70709902 | -48.00000000 | 37.00000000 |
| 450 (TID) SER | 203 | -2.38916256 | 10.00154843 | 0.70197109 | -41.00000000 | 31.00000000 |

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -1.6630 | 395.7 | 0.0971 |
| Equal | -1.6626 | 396.0 | 0.0972 |

For H0: Variances are equal, F' = 1.03    DF = (202,194)    Prob>F' = 0.8578

************ VISIT=14 ************

Variable: CHG_BPRS

BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -6.62051282 | 12.97815729 | 0.92936515 | -47.00000000 | 37.00000000 |
| 450 (TID) SER | 204 | -4.99019608 | 12.65845001 | 0.88626877 | -36.00000000 | 44.00000000 |

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -1.2695 | 395.1 | 0.2050 |
| Equal | -1.2702 | 397.0 | 0.2048 |

For H0: Variances are equal, F' = 1.05    DF = (194,203)    Prob>F' = 0.7248

************ VISIT=21 ************

Variable: CHG_BPRS

BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -8.25641026 | 14.34644600 | 1.02737034 | -48.00000000 | 37.00000000 |
| 450 (TID) SER | 204 | -6.97058824 | 14.56188146 | 1.01953563 | -40.00000000 | 48.00000000 |

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -0.8884 | 396.6 | 0.3749 |
| Equal | -0.8881 | 397.0 | 0.3750 |

For H0: Variances are equal, F' = 1.03    DF = (203,194)    Prob>F' = 0.8348

SOURCE CODE:        UB34526_APS_STAT (ANCOVXAS)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN99

CONFIDENTIAL
AZ/SER 0055479

H415

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H8.7   F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

************************************************** VISIT=28 **************************************************

Variable: CHG_BPRS      BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -9.1487795 | 15.22455409 | 1.09026296 | -49.00000000 | 37.00000000 | Unequal | -0.9772 | 396.0 | 0.3290 |
| 450 (TID) SER | 204 | -7.6617647 | 15.15952314 | 1.06137892 | -40.00000000 | 48.00000000 | Equal | -0.9773 | 397.0 | 0.3290 |

For H0: Variances are equal, F' = 1.01     DF = (194,203)     Prob>F' = 0.9511

************************************************** VISIT=35 **************************************************

Variable: CHG_BPRS      BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -10.0410256 | 16.24997646 | 1.16361337 | -61.00000000 | 37.00000000 | Unequal | -0.5431 | 396.6 | 0.5874 |
| 450 (TID) SER | 204 | -9.1519608 | 16.44820041 | 1.15160437 | -47.00000000 | 48.00000000 | Equal | -0.5429 | 397.0 | 0.5875 |

For H0: Variances are equal, F' = 1.02     DF = (203,194)     Prob>F' = 0.8647

************************************************** VISIT=42 **************************************************

Variable: CHG_BPRS      BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -10.4820513 | 16.37640037 | 1.17274412 | -61.00000000 | 37.00000000 | Unequal | -0.7459 | 397.0 | 0.4562 |
| 450 (TID) SER | 204 | -9.2303922 | 17.14357964 | 1.20029068 | -45.00000000 | 48.00000000 | Equal | -0.7451 | 397.0 | 0.4566 |

For H0: Variances are equal, F' = 1.10     DF = (203,194)     Prob>F' = 0.5205

SOURCE CODE:       UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

109

CONFIDENTIAL
AZ/SER 0055480

H416

5077ZL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.7   F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

**************** VISIT=7 ****************

Variable: CHG_BPRS     BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -4.04615386 | 9.87410041 | 0.70709902 | -48.00000000 | 37.00000000 | Unequal | -1.6835 | 390.0 | 0.0931 |
| 50 (BID) SER | 197 | -2.35025381 | 10.0703T292 | 0.71748436 | -33.00000000 | 30.00000000 | Equal | -1.6833 | 390.0 | 0.0931 |

For H0: Variances are equal, F' = 1.04    DF = (196,194)    Prob>F' = 0.7839

**************** VISIT=14 ****************

Variable: CHG_BPRS     BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -6.62051282 | 12.97815729 | 0.92938515 | -47.00000000 | 37.00000000 | Unequal | -2.1193 | 390.0 | 0.0347 |
| 50 (BID) SER | 197 | -3.82741117 | 13.11529974 | 0.93442585 | -44.00000000 | 35.00000000 | Equal | -2.1192 | 390.0 | 0.0347 |

For H0: Variances are equal, F' = 1.02    DF = (196,194)    Prob>F' = 0.8837

**************** VISIT=21 ****************

Variable: CHG_BPRS     BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -8.25641026 | 14.34644000 | 1.02737034 | -48.00000000 | 37.00000000 | Unequal | -2.0388 | 389.0 | 0.0421 |
| 50 (BID) SER | 197 | -5.26395939 | 14.71294621 | 1.04825401 | -42.00000000 | 35.00000000 | Equal | -2.0385 | 390.0 | 0.0422 |

For H0: Variances are equal, F' = 1.05    DF = (196,194)    Prob>F' = 0.7252

SOURCE CODE:         UB34526.APS.STAT(ANCOVXAS)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

110

CONFIDENTIAL
AZ/SER 0055481

H417

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.7   F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

************ VISIT=28 ************

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -9.14871795 | 15.22455409 | 1.09028296 | -49.00000000 | 37.00000000 | Unequal | -2.3751 | 389.2 | 0.0180 |
| 50 (BID) SER | 197 | -5.39096294 | 16.09298611 | 1.14657779 | -45.00000000 | 38.00000000 | Equal | -2.3744 | 390.0 | 0.0181 |

For H0: Variances are equal, F' = 1.12   DF = (196,194)   Prob>F' = 0.4394

************ VISIT=35 ************

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -10.04102564 | 16.24897646 | 1.16361337 | -61.00000000 | 37.00000000 | Unequal | -2.2648 | 389.9 | 0.0241 |
| 50 (BID) SER | 197 | -6.26903553 | 16.72446899 | 1.19156908 | -51.00000000 | 35.00000000 | Equal | -2.2645 | 390.0 | 0.0241 |

For H0: Variances are equal, F' = 1.06   DF = (196,194)   Prob>F' = 0.6877

************ VISIT=42 ************

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 195 | -10.48205128 | 16.37648037 | 1.17274412 | -61.00000000 | 37.00000000 | Unequal | -2.5900 | 389.7 | 0.0097 |
| 50 (BID) SER | 197 | -6.09644670 | 17.03165832 | 1.21345541 | -55.00000000 | 35.00000000 | Equal | -2.5983 | 390.0 | 0.0097 |

For H0: Variances are equal, F' = 1.08   DF = (196,194)   Prob>F' = 0.5846

SOURCE CODE:          UB34526_APS_STAT (ANCOVXAS)
SAS DATA LIBRARIES:   MIS SRCR55.02821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055482

H418

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.7   F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

******** VISIT=7 ********

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (TID) SER | 203 | -2.38916256 | 10.0015843 | 0.7019109 | -41.00000000 | 31.00000000 |
| 50 (BID) SER | 197 | -2.35025381 | 10.07037292 | 0.7174836 | -33.00000000 | 30.00000000 |

For H0: Variances are equal, F' = 1.01   DF = (196,202)   Prob>F' = 0.9225

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -0.0388 | 397.5 | 0.9691 |
| Equal | -0.0388 | 398.0 | 0.9691 |

******** VISIT=14 ********

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (TID) SER | 204 | -4.99019608 | 12.69846001 | 0.88628877 | -36.00000000 | 44.00000000 |
| 50 (BID) SER | 197 | -3.8274117 | 13.11529174 | 0.93442585 | -44.00000000 | 35.00000000 |

For H0: Variances are equal, F' = 1.07   DF = (196,203)   Prob>F' = 0.6164

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -0.9029 | 397.0 | 0.3671 |
| Equal | -0.9034 | 399.0 | 0.3668 |

******** VISIT=21 ********

Variable: CHG_BPRS   BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum |
|---|---|---|---|---|---|---|
| 450 (TID) SER | 204 | -6.97058824 | 14.56108146 | 1.01963603 | 40.00000000 | 48.00000000 |
| 50 (BID) SER | 197 | -5.26396939 | 14.71294621 | 1.04825401 | -42.00000000 | 35.00000000 |

For H0: Variances are equal, F' = 1.02   DF = (196,203)   Prob>F' = 0.8836

| Variances | T | DF | Prob>|T| |
|---|---|---|---|
| Unequal | -1.1671 | 398.2 | 0.2439 |
| Equal | -1.1673 | 399.0 | 0.2438 |

SOURCE CODE:          UB34526.APS_STAT (ANCOVXAS)
SAS DATA LIBRARIES:   MIS.SRGR55.02821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055483

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY – SERUM CHEMISTRY

|  | | TREATMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | 450 MG (TID) SEROQUEL | | | | | | | | |
|  | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|  | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| ALKALINE PHOSPHATASE (U/L) | 14 | 170 | 148.90 | 54.62 | 45.0 | 357.0 | 169 | 0.23 | 24.54 | -75.0 | 133.0 |
|  | 21 | 138 | 150.31 | 58.26 | 50.0 | 380.0 | 138 | 2.16 | 25.33 | -70.0 | 101.0 |
|  | 28 | 123 | 148.72 | 58.81 | 49.0 | 384.0 | 122 | 2.94 | 26.57 | -80.0 | 104.0 |
|  | 35 | 117 | 148.38 | 59.30 | 50.0 | 375.0 | 116 | 1.59 | 29.14 | -86.0 | 123.0 |
|  | 42 | 112 | 147.62 | 56.59 | 50.0 | 346.0 | 111 | 3.19 | 26.63 | -84.0 | 91.0 |
|  | FINAL | 198 | 151.99 | 54.79 | 50.0 | 346.0 | 197 | 1.76 | 25.14 | -84.0 | 133.0 |
| TSH, HIGHLY SENSITIVE (MIU/L) | 0 | 149 | 1.45 | 0.93 | 0.0 | 6.4 | 149 | 0.00 | 0.00 | 0.0 | 0.0 |
|  | 42 | 104 | 1.52 | 0.94 | 0.0 | 5.8 | 104 | 0.05 | 0.86 | -2.2 | 4.1 |
|  | FINAL | 150 | 1.49 | 0.92 | 0.0 | 5.8 | 149 | 0.04 | 0.80 | -2.2 | 4.1 |
| FREE T-4 (NMOL/L) | 0 | 149 | 14.80 | 3.78 | 8.0 | 36.0 | 149 | 0.00 | 0.00 | 0.0 | 0.0 |
|  | 42 | 105 | 12.14 | 2.58 | 5.5 | 18.8 | 105 | -2.79 | 3.86 | -27.8 | 4.9 |
|  | FINAL | 150 | 12.45 | 2.80 | 5.5 | 22.3 | 149 | -2.34 | 3.67 | -27.8 | 5.9 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       30NOV95

CONFIDENTIAL
AZ/SER 0050966

H419

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.7  F TEST FOR HOMOGENEITY OF VARIANCE FOR THE CHANGE FROM BASELINE IN
BPRS TOTAL SCORE (LAST OBSERVATION CARRIED FORWARD)

TTEST PROCEDURE

**************** VISIT=28 ****************

Variable: CHG_BPRS    BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (TID) SER | 204 | -7.66170471 | 15.15952314 | 1.06137892 | -40.00000000 | 48.00000000 | Unequal | -1.4534 | 395.5 | 0.1469 |
| 50 (BID) SER | 197 | -5.39086294 | 16.09298611 | 1.14657779 | -45.00000000 | 38.00000000 | Equal | -1.4550 | 399.0 | 0.1465 |

For H0: Variances are equal, F' = 1.13    DF = (196,203)    Prob>F' = 0.3986

**************** VISIT=35 ****************

Variable: CHG_BPRS    BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (TID) SER | 204 | -9.15196078 | 16.44820041 | 1.15160437 | -47.00000000 | 48.00000000 | Unequal | -1.7397 | 397.9 | 0.0827 |
| 50 (BID) SER | 197 | -6.26903553 | 16.72446899 | 1.19156908 | -51.00000000 | 35.00000000 | Equal | -1.7402 | 399.0 | 0.0826 |

For H0: Variances are equal, F' = 1.03    DF = (196,203)    Prob>F' = 0.8136

**************** VISIT=42 ****************

Variable: CHG_BPRS    BPRS TOTAL SCORE

| TRT | N | Mean | Std Dev | Std Error | Minimum | Maximum | Variances | T | DF | Prob>|T| |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (TID) SER | 204 | -9.23039216 | 17.1435?964 | 1.20029066 | -45.00000000 | 48.00000000 | Unequal | -1.8862 | 398.7 | 0.0671 |
| 50 (BID) SER | 197 | -6.09644570 | 17.03165832 | 1.21345541 | -55.00000000 | 35.00000000 | Equal | -1.8359 | 399.0 | 0.0671 |

For H0: Variances are equal, F' = 1.01    DF = (203,196)    Prob>F' = 0.9271

SOURCE CODE:        UB34526.APS_STAT (ANCOVXAS)
SAS DATA LIBRARIES: MTS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055484

H420

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.8   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD – MODEL INCLUDES AGE FIRST TREATED

CHANGE FROM BASELINE IN BPRS TOTAL SCORE

| TIMEPOINT | TREATMENT | N | SUMMARY STATISTICS | | | | ANALYSIS OF COVARIANCE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| DAY 7 | 450 (BID) SER | 194 | 42.10 | 10.74 | -4.07 | 9.89 | -3.62 | 0.78 | | | | | |
| | 450 (TID) SER | 202 | 42.80 | 10.34 | -2.43 | 10.01 | -2.08 | 0.77 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -2.35 | 10.07 | -1.85 | 0.79 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.54 | 0.99 | -3.49 | 0.41 | 0.122 |
| | 450(B) V 50(B) | | | | | | | | -1.77 | 1.00 | -3.73 | 0.19 | 0.076 |
| | 450(T) V 50(B) | | | | | | | | -0.23 | 0.99 | -2.18 | 1.71 | 0.8146 |
| DAY 14 | 450 (BID) SER | 194 | 42.10 | 10.74 | -6.65 | 13.01 | -5.82 | 1.00 | | | | | |
| | 450 (TID) SER | 203 | 42.72 | 10.38 | -5.07 | 12.64 | -4.50 | 0.98 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -3.83 | 13.12 | -2.90 | 1.01 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.31 | 1.27 | -3.80 | 1.18 | 0.3004 |
| | 450(B) V 50(B) | | | | | | | | -2.92 | 1.27 | -5.42 | -0.42 | 0.0219 |
| | 450(T) V 50(B) | | | | | | | | -1.61 | 1.26 | -4.09 | 0.87 | 0.203 |
| DAY 21 | 450 (BID) SER | 194 | 42.10 | 10.74 | -8.29 | 14.37 | -7.49 | 1.12 | | | | | |
| | 450 (TID) SER | 203 | 42.72 | 10.38 | -7.06 | 14.54 | -6.59 | 1.10 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -5.26 | 14.71 | -4.36 | 1.13 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.91 | 1.42 | -3.70 | 1.88 | 0.5233 |
| | 450(B) V 50(B) | | | | | | | | -3.13 | 1.43 | -5.93 | -0.33 | 0.0283 |
| | 450(T) V 50(B) | | | | | | | | -2.23 | 1.42 | -5.01 | 0.55 | 0.1162 |
| DAY 28 | 450 (BID) SER | 194 | 42.10 | 10.74 | -9.18 | 15.26 | -8.25 | 1.18 | | | | | |
| | 450 (TID) SER | 203 | 42.72 | 10.38 | -7.75 | 15.14 | -7.28 | 1.15 | | | | | |

(CONTINUED)

SOURCE CODE:          UB34526.APS.STAT(ANCOVDEM)
SAS DATA LIBRARIES:   UB5.SRCH55.D2821
DATE PRINTED:         06JUN95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0055485

H421

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.8   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD – MODEL INCLUDES AGE FIRST TREATED

CHANGE FROM BASELINE IN BPRS TOTAL SCORE

| TIMEPOINT | TREATMENT | N | BASELINE MEASUREMENT MEAN | SD | CHANGE FROM BASELINE MEAN | SD | CHANGE FROM BASELINE LSMEAN | SE | DIFFERENCE BETWEEN TREATMENTS DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY 28 | 50 (BID) SER | 197 | 41.68 | 10.00 | -5.39 | 16.09 | -4.34 | 1.18 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.97 | 1.49 | -3.89 | 1.96 | 0.516 |
| | 450(B) V 50(B) | | | | | | | | -3.91 | 1.49 | -6.84 | -0.97 | 0.0092 |
| | 450(T) V 50(B) | | | | | | | | -2.94 | 1.48 | -5.85 | -0.03 | 0.0479 |
| DAY 35 | 450 (BID) SER | 194 | 42.10 | 10.74 | -10.07 | 16.29 | -9.02 | 1.24 | | | | | |
| | 450 (TID) SER | 203 | 42.72 | 10.38 | -9.25 | 16.43 | -8.70 | 1.22 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -6.27 | 16.72 | -5.07 | 1.25 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.33 | 1.57 | -3.41 | 2.76 | 0.8356 |
| | 450(B) V 50(B) | | | | | | | | -3.95 | 1.58 | -7.05 | -0.85 | 0.0126 |
| | 450(T) V 50(B) | | | | | | | | -3.62 | 1.57 | -6.70 | -0.55 | 0.0211 |
| DAY 42 | 450 (BID) SER | 194 | 42.10 | 10.74 | -10.52 | 16.41 | -9.47 | 1.27 | | | | | |
| | 450 (TID) SER | 203 | 42.72 | 10.38 | -9.33 | 17.13 | -8.82 | 1.24 | | | | | |
| | 50 (BID) SER | 197 | 41.68 | 10.00 | -6.10 | 17.03 | -4.89 | 1.28 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.65 | 1.61 | -3.80 | 2.51 | 0.6871 |
| | 450(B) V 50(B) | | | | | | | | -4.57 | 1.61 | -7.74 | -1.40 | 0.0048 |
| | 450(T) V 50(B) | | | | | | | | -3.92 | 1.60 | -7.07 | -0.78 | 0.0146 |

SOURCE CODE:          UB34526 APS STAT(ANCOVDEV)
SAS DATA LIBRARIES:   UB34 SECRA55.D2821
DATE PRINTED:         06JUN95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0055486

H422

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.8   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH
LAST OBSERVATION CARRIED FORWARD –
MODEL INCLUDES AGE FIRST TREATED

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 7,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 1949.37 | 1.83 | 0.0466 |
| FIRSTAGE | 1 | 425.47 | 4.39 | 0.0367 |
| BL BPRS | 1 | 248.00 | 2.56 | 0.1104 |
| TRT | 2 | 361.75 | 1.86 | 0.1558 |
| ERROR | 577 | 55961.39 | | |

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 14,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 4168.68 | 2.40 | 0.0064 |
| FIRSTAGE | 1 | 1736.36 | 11.00 | 0.001 |
| BL BPRS | 1 | 1028.24 | 6.51 | 0.011 |
| TRT | 2 | 836.71 | 2.65 | 0.0715 |
| ERROR | 578 | 91251.99 | | |

SOURCE CODE:        UB34S26_APS_STAT(ANCOVDEM)
SAS DATA LIBRARIES: MIS.SRGR55.D2821
DATE PRINTED:       06JUN95

CONFIDENTIAL
AZ/SER 0055487

H423

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.8   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD –
MODEL INCLUDES AGE FIRST TREATED

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 21,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 6096.96 | 2.80 | 0.0015 |
| FIRSTAGE | 1 | 2120.35 | 10.70 | 0.0011 |
| BL_BPRS | 1 | 1645.63 | 8.30 | 0.0041 |
| TRT | 2 | 1017.41 | 2.57 | 0.0777 |
| ERROR | 578 | 114591.45 | | |

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 28,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 9563.23 | 3.99 | <.0001 |
| FIRSTAGE | 1 | 3817.96 | 17.54 | <.0001 |
| BL_BPRS | 1 | 2133.28 | 9.80 | 0.0018 |
| TRT | 2 | 1620.81 | 3.72 | 0.0248 |
| ERROR | 578 | 125844.26 | | |

SOURCE CODE:        UB34526_APS_STAT(ANCOVDEM)
SAS DATA LIBRARIES: V15_SRPR55.D2821
DATE PRINTED:       06JUN95

117

CONFIDENTIAL
AZ/SER 0055488

H424

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.8   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD – MODEL INCLUDES AGE FIRST TREATED

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 35,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 11880.51 | 4.45 | <.0001 |
| FIRSTAGE | 1 | 4808.00 | 19.81 | <.0001 |
| BL_BPRS | 1 | 3107.74 | 12.81 | 0.0004 |
| TRT | 2 | 1884.35 | 3.88 | 0.0211 |
| ERROR | 578 | 140258.92 | | |

CHANGE FROM BASELINE IN BPRS TOTAL SCORE,
DAY 42,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 12343.97 | 4.42 | <.0001 |
| FIRSTAGE | 1 | 5853.11 | 23.06 | <.0001 |
| BL_BPRS | 1 | 3028.94 | 11.93 | 0.0006 |
| TRT | 2 | 2398.61 | 4.72 | 0.0092 |
| ERROR | 578 | 146735.04 | | |

SOURCE CODE:        UB34526.APS_STAT(ANCOVDEM)
SAS DATA LIBRARIES: M1S.SRG.R55.D2821
DATE PRINTED:       06JUN95

CONFIDENTIAL
AZ/SER 0055489

H425

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.9   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

BPRS TOTAL SCORE

| TIMEPOINT | TREATMENT | N | SUMMARY STATISTICS | | | | ANALYSIS OF COVARIANCE MODEL | | | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| DAY 7 | 450 (BID) SER | 157 | 42.50 | 11.18 | -4.76 | 9.55 | -4.71 | 0.82 | | | | | |
| | 450 (TID) SER | 147 | 42.84 | 10.67 | -3.24 | 9.24 | -3.21 | 0.84 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.66 | -3.19 | 9.49 | -3.10 | 0.83 | | | | | |
| | 450 (B) V 450 (T) | | | | | | | | -1.50 | 1.08 | -3.61 | 0.61 | 0.1638 |
| | 450 (B) V 50 (B) | | | | | | | | -1.61 | 1.06 | -3.69 | 0.46 | 0.1272 |
| | 450 (T) V 50 (B) | | | | | | | | -0.11 | 1.08 | -2.23 | 2.00 | 0.9152 |
| DAY 14 | 450 (BID) SER | 157 | 42.50 | 11.18 | -7.97 | 13.12 | -7.52 | 1.10 | | | | | |
| | 450 (TID) SER | 148 | 42.74 | 10.71 | -6.14 | 11.61 | -5.88 | 1.13 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.66 | -4.22 | 13.05 | -3.55 | 1.11 | | | | | |
| | 450 (B) V 450 (T) | | | | | | | | -1.83 | 1.44 | -4.66 | 1.00 | 0.204 |
| | 450 (B) V 50 (B) | | | | | | | | -3.96 | 1.42 | -6.75 | -1.18 | 0.0054 |
| | 450 (T) V 50 (B) | | | | | | | | -2.13 | 1.44 | -4.96 | 0.70 | 0.1393 |
| DAY 21 | 450 (BID) SER | 157 | 42.50 | 11.18 | -9.73 | 14.37 | -9.31 | 1.23 | | | | | |
| | 450 (TID) SER | 148 | 42.74 | 10.71 | -8.38 | 13.74 | -7.99 | 1.26 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.66 | -5.74 | 14.70 | -5.09 | 1.24 | | | | | |
| | 450 (B) V 450 (T) | | | | | | | | -1.32 | 1.61 | -4.48 | 1.84 | 0.4126 |
| | 450 (B) V 50 (B) | | | | | | | | -4.21 | 1.58 | -7.32 | -1.10 | 0.008 |
| | 450 (T) V 50 (B) | | | | | | | | -2.90 | 1.61 | -6.05 | 0.26 | 0.0723 |
| DAY 28 | 450 (BID) SER | 157 | 42.50 | 11.18 | -10.68 | 15.18 | -10.20 | 1.30 | | | | | |
| | 450 (TID) SER | 148 | 42.74 | 10.71 | -8.91 | 14.36 | -8.42 | 1.36 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.61 | -5.84 | 16.17 | -5.07 | 1.31 | | | | | |

(CONTINUED)

SOURCE CODE:          UB34526.APS_STAT(ANCOVEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0055490

H426

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.9   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

BPRS TOTAL SCORE

| | | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| TIMEPOINT | TREATMENT | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY 28 | 450(B) V 450(T) | | | | | | | | -1.78 | 1.70 | -5.13 | 1.56 | 0.2953 |
| | 450(B) V 50(B) | | | | | | | | -5.13 | 1.68 | -8.42 | -1.84 | 0.0023 |
| | 450(T) V 50(B) | | | | | | | | -3.35 | 1.70 | -6.69 | 0.00 | 0.0499 |
| DAY 35 | 450 (BID) SER | 157 | 42.50 | 11.18 | -11.72 | 16.19 | -11.02 | 1.38 | | | | | |
| | 450 (TID) SER | 148 | 42.74 | 10.71 | -10.78 | 15.65 | -10.05 | 1.41 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.66 | -6.84 | 16.63 | -5.83 | 1.39 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.97 | 1.80 | -4.50 | 2.57 | 0.5903 |
| | 450(B) V 50(B) | | | | | | | | -5.19 | 1.77 | -8.67 | -1.71 | 0.0035 |
| | 450(T) V 50(B) | | | | | | | | -4.22 | 1.80 | -7.76 | -0.69 | 0.0193 |
| DAY 42 | 450 (BID) SER | 157 | 42.50 | 11.18 | -12.08 | 16.20 | -11.33 | 1.42 | | | | | |
| | 450 (TID) SER | 148 | 42.74 | 10.71 | -11.16 | 16.55 | -10.39 | 1.46 | | | | | |
| | 50 (BID) SER | 159 | 41.27 | 9.66 | -6.92 | 17.15 | -5.86 | 1.43 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -0.94 | 1.86 | -4.60 | 2.71 | 0.6124 |
| | 450(B) V 50(B) | | | | | | | | -5.47 | 1.83 | -9.07 | -1.88 | 0.0029 |
| | 450(T) V 50(B) | | | | | | | | -4.53 | 1.86 | -8.18 | -0.88 | 0.0157 |

SOURCE CODE:          UB34526.APS_STAT (ANCOVEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0055491

H427

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.9   ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

BPRS TOTAL SCORE,
DAY 7,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 1677.21 | 1.75 | 0.0607 |
| BL_BPRS | 1 | 129.37 | 1.48 | 0.2238 |
| TRT | 2 | 251.37 | 1.44 | 0.2377 |
| ERROR | 448 | 39064.72 | | |

BPRS TOTAL SCORE,
DAY 14,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 3324.54 | 1.93 | 0.0344 |
| BL_BPRS | 1 | 386.74 | 2.46 | 0.1172 |
| TRT | 2 | 1229.54 | 3.92 | 0.0206 |
| ERROR | 449 | 70462.35 | | |

SOURCE CODE:        UB34526.APS_STAT(ANCOVEXC)
SAS DATA LIBRARIES: MTS.SRCR55.D2821
DATE PRINTED:       18SEP95

121

CONFIDENTIAL
AZ/SER 0055492

H428

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.9  ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

BPRS TOTAL SCORE,
DAY 21,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 5603.97 | 2.60 | 0.0032 |
| BL_BPRS | 1 | 660.25 | 3.37 | 0.0669 |
| TRT | 2 | 1449.71 | 3.70 | 0.0254 |
| ERROR | 449 | 87858.10 | | |

BPRS TOTAL SCORE,
DAY 28,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 8288.95 | 3.43 | 0.0001 |
| BL_BPRS | 1 | 904.35 | 4.12 | 0.043 |
| TRT | 2 | 2118.03 | 4.83 | 0.0084 |
| ERROR | 449 | 98545.82 | | |

SOURCE CODE:          UB34526.APS_STAT(ANCOVEXC)
SAS DATA LIBRARIES:   VTS.SRCR55.D2821
DATE PRINTED:         18SEP95

CONFIDENTIAL
AZ/SER 0055493

464

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY - SERUM CHEMISTRY

| | TREATMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 50 MG (BID) SEROQUEL | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| **AST/SGOT (U/L)** | | | | | | | | | | |
| 0 | 191 | 20.01 | 9.12 | 6.0 | 65.0 | 191 | 0.00 | 0.00 | 0.0 | 0.0 |
| 7 | 181 | 21.35 | 9.98 | 8.0 | 65.0 | 180 | 1.38 | 8.72 | -34.0 | 45.0 |
| 14 | 169 | 20.31 | 8.45 | 10.0 | 56.0 | 168 | 0.82 | 8.38 | -28.0 | 31.0 |
| 21 | 131 | 19.89 | 7.80 | 9.0 | 48.0 | 131 | 0.01 | 7.82 | -35.0 | 25.0 |
| 28 | 113 | 20.65 | 10.09 | 8.0 | 72.0 | 113 | 0.24 | 8.42 | -28.0 | 30.0 |
| 35 | 100 | 21.66 | 10.32 | 9.0 | 68.0 | 100 | 0.79 | 9.71 | -36.0 | 34.0 |
| 42 | 92 | 21.23 | 11.74 | 7.0 | 103.0 | 92 | 0.70 | 9.92 | -37.0 | 38.0 |
| FINAL | 192 | 21.21 | 10.83 | 7.0 | 103.0 | 191 | 1.24 | 9.61 | -37.0 | 38.0 |
| **ALT/SGPT (U/L)** | | | | | | | | | | |
| 0 | 191 | 26.71 | 23.98 | 5.0 | 225.0 | 191 | 0.00 | 0.00 | 0.0 | 0.0 |
| 7 | 181 | 29.41 | 26.32 | 4.0 | 208.0 | 180 | 2.67 | 19.65 | -85.0 | 128.0 |
| 14 | 169 | 28.42 | 23.02 | 5.0 | 195.0 | 168 | 2.45 | 18.66 | -78.0 | 88.0 |
| 21 | 131 | 27.16 | 21.99 | 5.0 | 159.0 | 131 | 0.01 | 18.25 | -83.0 | 67.0 |
| 28 | 113 | 27.96 | 26.14 | 5.0 | 206.0 | 113 | -1.26 | 16.82 | -70.0 | 71.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         30NOV95

(CONTINUED)

CONFIDENTIAL
AZ/SER 0050967

H429

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H8.9  ANALYSIS OF COVARIANCE FOR CHANGE FROM BASELINE IN BPRS TOTAL SCORE WITH LAST OBSERVATION CARRIED FORWARD

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

BPRS TOTAL SCORE,
DAY 35,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 9382.08 | 3.48 | 0.0001 |
| BL BPRS | 1 | 1400.52 | 5.72 | 0.0172 |
| TRT | 2 | 2370.08 | 4.84 | 0.0083 |
| ERROR | 449 | 109986.09 | | |

BPRS TOTAL SCORE,
DAY 42,
CHANGE FROM BASELINE

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 8916.00 | 3.10 | 0.0005 |
| BL BPRS | 1 | 1556.14 | 5.95 | 0.0151 |
| TRT | 2 | 2661.40 | 5.09 | 0.0065 |
| ERROR | 449 | 117489.96 | | |

SOURCE CODE:          UB34526.APS_STAT(ANCOVEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

123

CONFIDENTIAL
AZ/SER 0055494

H430

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
450 (BID) MG

| COUNTRY | TOTAL | NOT ILL N | NOT ILL PERCENT | BORDERLINE N | BORDERLINE PERCENT | MILD N | MILD PERCENT | MODERATE N | MODERATE PERCENT | MARKED N | MARKED PERCENT | SEVERE N | SEVERE PERCENT | MOST SEVERE N | MOST SEVERE PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA | 6 | . | . | 1 | 17 | . | . | . | . | 3 | 50 | 2 | 33 | . | . |
| BELGIUM | 5 | . | . | 1 | 20 | . | . | . | . | 1 | 20 | 1 | 20 | 2 | 40 |
| CANADA | 16 | . | . | 2 | 13 | 6 | 38 | 4 | 25 | 2 | 13 | 2 | 13 | . | . |
| FRANCE | 25 | 1 | 4 | 1 | 4 | 2 | 8 | 9 | 36 | 6 | 24 | 4 | 16 | 2 | 8 |
| GERMANY | 16 | . | . | 2 | 13 | 1 | 6 | 2 | 13 | 4 | 25 | 6 | 38 | 1 | 6 |
| GREECE | 3 | . | . | . | . | . | . | 2 | 67 | . | . | . | . | 1 | 33 |
| HUNGARY | 11 | . | . | 2 | 18 | 1 | 9 | 5 | 45 | 2 | 18 | . | . | 1 | 9 |
| ISRAEL | 23 | . | . | 2 | 9 | 3 | 13 | 6 | 26 | 7 | 30 | 4 | 17 | 1 | 4 |
| ITALY | 28 | . | . | 1 | 4 | 4 | 14 | 8 | 29 | 7 | 25 | 7 | 25 | 1 | 4 |
| PORTUGAL | 12 | 4 | 33 | . | . | 4 | 33 | 1 | 8 | 1 | 8 | 2 | 17 | . | . |
| SPAIN | 16 | . | . | . | . | 3 | 19 | 3 | 19 | 8 | 50 | 2 | 13 | . | . |

(CONTINUED)

SOURCE CODE:             UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:      MIS.SRCR55.D2B21
DATE PRINTED:            26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26        CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 11,16,25,52-58      HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94       PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88              UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055495

H431

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

| | | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| **COUNTRY** | | | | | | | | | | | | | | | |
| UK | 34 | 2 | 6 | 4 | 12 | 4 | 12 | 17 | 50 | 3 | 9 | 4 | 12 | . | . |
| TOTAL | 195 | 7 | 4 | 16 | 8 | 28 | 14 | 58 | 30 | 44 | 23 | 34 | 17 | 8 | 4 |

TREATMENT 450 (BID) MG

SOURCE CODE:             UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:     MIS.SRCH55.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26          CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96        GERMAN CTRS 11,16,25,52-58       HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94           PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88               UK CTRS 1-3,5-10,12-15,17-20

125

CONFIDENTIAL
AZ/SER 0055496

H432

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT — 450 (TID) MG

| COUNTRY | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA | 6 | . | . | 1 | 17 | 2 | 33 | . | . | . | . | 3 | 50 | . | . |
| BELGIUM | 6 | . | . | . | . | . | . | 2 | 33 | 1 | 17 | 1 | 17 | 2 | 33 |
| CANADA | 17 | . | . | . | . | 4 | 24 | 5 | 29 | 3 | 18 | 5 | 29 | . | . |
| FRANCE | 30 | . | . | . | . | 7 | 23 | 6 | 20 | 11 | 37 | 5 | 17 | 1 | 3 |
| GERMANY | 16 | . | . | 2 | 13 | . | . | 3 | 19 | 4 | 25 | 6 | 38 | 1 | 6 |
| GREECE | 3 | . | . | . | . | 1 | 33 | . | . | 1 | 33 | 1 | 33 | . | . |
| HUNGARY | 10 | . | . | . | . | 2 | 20 | 4 | 40 | 3 | 30 | 1 | 10 | . | . |
| ISRAEL | 24 | . | . | 3 | 13 | 4 | 17 | 3 | 13 | 5 | 21 | 7 | 29 | 2 | 8 |
| ITALY | 28 | . | . | . | . | 4 | 14 | 8 | 29 | 9 | 32 | 6 | 21 | 1 | 4 |
| PORTUGAL | 13 | 1 | 8 | 1 | 8 | 3 | 23 | 2 | 15 | 3 | 23 | 3 | 23 | . | . |
| SPAIN | 18 | . | . | . | . | 3 | 17 | 6 | 33 | 8 | 44 | 1 | 6 | . | . |

(CONTINUED)

SOURCE CODE:          UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:   MIS.SRCM55.D2B21
DATE PRINTED:         26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29       BELGIAN CENTERS 21-24,26       CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 11,16,25,52-58       HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99       ITALIAN CTRS 65-79,94       PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88       UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055497

H433

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
450 (TID) MG

| COUNTRY | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| UK | 34 | 2 | 6 | 1 | 3 | 8 | 24 | 10 | 29 | 9 | 26 | 4 | 12 | . | . |
| TOTAL | 205 | 3 | 1 | 8 | 4 | 38 | 19 | 49 | 24 | 57 | 28 | 43 | 21 | 7 | 3 |

SOURCE CODE:          UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:   MIS.SRCH55.D2B21
DATE PRINTED:         26JUN95

THE FOLLOWING CENTERS WERE POOLED:

AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 42-46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11,16,25,52-58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

CONFIDENTIAL
AZ/SER 0055498

H434

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY
FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
50 (BID) MG

| COUNTRY | TOTAL | NOT ILL N | NOT ILL PERCENT | BORDERLINE N | BORDERLINE PERCENT | MILD N | MILD PERCENT | MODERATE N | MODERATE PERCENT | MARKED N | MARKED PERCENT | SEVERE N | SEVERE PERCENT | MOST SEVERE N | MOST SEVERE PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA | 4 | | | | | | | | | 2 | 50 | 2 | 50 | | |
| BELGIUM | 4 | | | 1 | 25 | 1 | 25 | | | 1 | 25 | 1 | 25 | | |
| CANADA | 15 | | | 1 | 7 | 2 | 13 | 2 | 13 | 5 | 33 | 3 | 20 | 2 | 13 |
| FRANCE | 27 | | | | | 2 | 7 | 8 | 30 | 8 | 30 | 2 | 7 | 7 | 26 |
| GERMANY | 14 | | | 1 | 7 | 1 | 7 | 4 | 29 | 5 | 36 | 3 | 21 | | |
| GREECE | 3 | | | | | | | | | 2 | 67 | 1 | 33 | | |
| HUNGARY | 11 | | | 2 | 18 | 2 | 18 | 1 | 9 | 5 | 45 | 1 | 9 | | |
| ISRAEL | 23 | | | | | 2 | 9 | 7 | 30 | 6 | 26 | 7 | 30 | 1 | 4 |
| ITALY | 29 | | | 1 | 3 | 3 | 10 | 4 | 14 | 7 | 24 | 12 | 41 | 2 | 7 |
| PORTUGAL | 14 | 3 | 21 | 2 | 14 | 3 | 21 | 3 | 21 | 3 | 21 | | | | |
| SPAIN | 16 | | | | | 3 | 19 | 5 | 31 | 5 | 31 | 3 | 19 | | |

(CONTINUED)

SOURCE CODE:           UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:    MIS.SRCR65.D2821
DATE PRINTED:          26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29        BELGIAN CENTERS 21-24,26           CANADIAN CTRS 48,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 11,16,25,52-58         HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94         PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88            UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055499

H435

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.1   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

| | | TREATMENT 50 (BID) MG | | | | | | | | | | | | | |
| COUNTRY | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| UK | 38 | . | . | 3 | 8 | 10 | 26 | 15 | 39 | 3 | 8 | 5 | 13 | 2 | 5 |
| TOTAL | 198 | 3 | 2 | 11 | 6 | 29 | 15 | 49 | 25 | 52 | 26 | 40 | 20 | 14 | 7 |

SOURCE CODE:          UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26         CANADIAN CTRS 49,59,60,61,62,63
                                   FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 11,16,25,52-58       HUNGARIAN CTRS 91,92,93
                                   ISRAELI CTRS 45,46,47,83,97,98,99  ITALIAN CTRS 65-79,94         PORTUGUESE CTRS 80,81,82,89
                                   SPANISH CTRS 84-88               UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055500

H436

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT

450 (BID) MG

| COUNTRY | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA,BELGIUM,GREECE | 5 | . | . | 1 | 20 | . | . | 2 | 40 | . | . | 1 | 20 | 1 | 20 |
| CANADA | 10 | . | . | 2 | 20 | 6 | 60 | 1 | 10 | . | . | 1 | 10 | . | . |
| FRANCE | 13 | 1 | 8 | 1 | 8 | 2 | 15 | 6 | 46 | 2 | 15 | 1 | 8 | . | . |
| GERMANY | 5 | . | . | 2 | 40 | 1 | 20 | 1 | 20 | 1 | 20 | . | . | . | . |
| HUNGARY | 10 | . | . | 2 | 20 | 1 | 10 | 5 | 50 | 2 | 20 | . | . | . | . |
| ISRAEL | 15 | . | . | 2 | 13 | 3 | 20 | 6 | 40 | 3 | 20 | 1 | 7 | . | . |
| ITALY | 10 | . | . | 1 | 10 | 2 | 20 | 4 | 40 | 3 | 30 | . | . | . | . |
| PORTUGAL | 9 | 4 | 44 | . | . | 4 | 44 | 1 | 11 | . | . | . | . | . | . |
| SPAIN | 7 | . | . | . | . | 2 | 29 | 1 | 14 | 4 | 57 | . | . | . | . |
| UK | 19 | 2 | 11 | 3 | 16 | 4 | 21 | 7 | 37 | 3 | 16 | . | . | . | . |

(CONTINUED)

SOURCE CODE:              UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:       MIS.SRGR55.D2821
DATE PRINTED:             26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29        BELGIAN CENTERS 21-24,26          CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 11,116,25,52-58      HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94       PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88            UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055501

H437

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY
FOR DAY 42 (OBSERVED CASES ONLY)

|  |  | TREATMENT | | | | | | | | | | | | | | |
|  |  | 450 (BID) MG | | | | | | | | | | | | | | |
|  |  | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|  | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 103 | 7 | 7 | 14 | 14 | 25 | 24 | 34 | 33 | 18 | 17 | 4 | 4 | 1 | 1 |

SOURCE CODE:      UB34626.APS.STAT(FREQDIST)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:     26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29        BELGIAN CENTERS 21-24,26      CANADIAN CTRS 49,59,60,61,62,63
                                   FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 11,16,25,52-58    HUNGARIAN CTRS 91,92,93
                                   ISRAELI CTRS 45,46,47,83,97,98,99  ITALIAN CTRS 65-79,94     PORTUGUESE CTRS 80,81,82,89
                                   SPANISH CTRS 84-88            UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055502

H438

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT
450 (TID) MG

| COUNTRY | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA,BELGIUM,G-REECE | 8 | . | . | 1 | 13 | 3 | 38 | 2 | 25 | 1 | 13 | 1 | 13 |
| CANADA | 11 | . | . | . | . | 4 | 36 | 4 | 36 | 3 | 27 | . | . |
| FRANCE | 21 | . | . | . | . | 7 | 33 | 5 | 24 | 8 | 38 | 1 | 5 |
| GERMANY | 6 | . | . | 2 | 33 | . | . | 3 | 50 | 1 | 17 | . | . |
| HUNGARY | 7 | . | . | . | . | 2 | 29 | 3 | 43 | 2 | 29 | . | . |
| ISRAEL | 18 | . | . | 3 | 17 | 4 | 22 | 2 | 11 | 4 | 22 | 5 | 28 |
| ITALY | 8 | . | . | . | . | 4 | 50 | 3 | 38 | 1 | 13 | . | . |
| PORTUGAL | 8 | 1 | 13 | 1 | 13 | 3 | 38 | 1 | 13 | 1 | 13 | 1 | 13 |
| SPAIN | 12 | . | . | . | . | 3 | 25 | 4 | 33 | 4 | 33 | 1 | 8 |
| UK | 15 | 2 | 13 | 1 | 7 | 8 | 53 | 4 | 27 | . | . | . | . |

(CONTINUED)

SOURCE CODE:           U834526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:    MRS.SRC455.D2821
DATE PRINTED:          26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29       BELGIAN CENTERS 21-24,26       CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 1,16,25,52-58       HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65,79,94       PORTUGUESE CTRS 60,81,82,89
SPANISH CTRS 84-88              UK CTRS 1-3,5-10,12-15,17-20

132

CONFIDENTIAL
AZ/SER 0055503

465

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY - SERUM CHEMISTRY

| | STUDY DAY | TREATMENT 50 MG (BID) SEROQUEL | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALT/SGPT (U/L) | 35 | 100 | 28.37 | 28.59 | 3.0 | 241.0 | 100 | -1.10 | 18.10 | -86.0 | 83.0 |
| | 42 | 92 | 28.83 | 35.17 | 5.0 | 318.0 | 92 | -0.21 | 20.00 | -95.0 | 93.0 |
| | FINAL | 192 | 28.52 | 29.24 | 5.0 | 318.0 | 191 | 1.91 | 19.04 | -95.0 | 93.0 |
| BILIRUBIN, TOTAL (UMOL/L) | 0 | 191 | 8.74 | 4.47 | 3.0 | 31.0 | 191 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 7 | 181 | 9.33 | 5.42 | 0.0 | 34.0 | 180 | 0.58 | 4.42 | -15.0 | 21.3 |
| | 14 | 169 | 8.82 | 4.39 | 2.0 | 29.0 | 168 | 0.17 | 3.54 | -9.0 | 15.0 |
| | 21 | 131 | 9.57 | 4.79 | 2.0 | 26.0 | 131 | 0.76 | 3.67 | -7.0 | 18.0 |
| | 28 | 113 | 9.16 | 4.60 | 3.0 | 33.0 | 113 | 0.39 | 3.77 | -17.0 | 13.0 |
| | 35 | 100 | 9.90 | 5.71 | 4.0 | 44.0 | 100 | 0.88 | 4.72 | -11.0 | 24.0 |
| | 42 | 92 | 9.61 | 4.70 | 1.0 | 30.0 | 92 | 0.75 | 3.83 | -6.0 | 14.0 |
| | FINAL | 192 | 9.49 | 5.38 | 1.0 | 37.0 | 191 | 0.77 | 4.73 | -15.0 | 24.0 |
| ALKALINE PHOSPHATASE (U/L) | 0 | 190 | 145.02 | 60.45 | 25.0 | 467.0 | 190 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 7 | 181 | 144.09 | 55.67 | 25.0 | 373.0 | 179 | -0.35 | 19.75 | -94.0 | 53.0 |

(CONTINUED)

SOURCE CODE:            XLU602_PROD_PHASEIII(CHEM)
SAS DATA LIBRARIES:    MTS.SRCR55.D2821
DATE PRINTED:          30NOV95

CONFIDENTIAL
AZ/SER 0050968

H439

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT

450 (TID) MG

| | | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 114 | 3 | 3 | 8 | 7 | 38 | 33 | 31 | 27 | 25 | 22 | 9 | 8 |

SOURCE CODE:            UB34526_APS_STAT(FREQDIST)
SAS DATA LIBRARIES:     WIS.S6GR55.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:

AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 45,46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11,16,25,52,58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

133

CONFIDENTIAL
AZ/SER 0055504

H440

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY
FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT
50 (BID) MG

| COUNTRY | TOTAL | NOT ILL N | NOT ILL PERCENT | BORDERLINE N | BORDERLINE PERCENT | MILD N | MILD PERCENT | MODERATE N | MODERATE PERCENT | MARKED N | MARKED PERCENT | SEVERE N | SEVERE PERCENT | MOST SEVERE N | MOST SEVERE PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA,BELGIUM,GREECE | 2 | . | . | 1 | 50 | . | . | . | . | . | . | 1 | 50 | . | . |
| CANADA | 7 | . | . | 1 | 14 | 2 | 29 | 2 | 29 | 2 | 29 | . | . | . | . |
| FRANCE | 12 | . | . | . | . | 2 | 17 | 6 | 50 | 3 | 25 | . | . | 1 | 8 |
| GERMANY | 3 | . | . | 1 | 33 | 1 | 33 | 1 | 33 | . | . | . | . | . | . |
| HUNGARY | 9 | . | . | 2 | 22 | 2 | 22 | 1 | 11 | 4 | 44 | . | . | . | . |
| ISRAEL | 16 | . | . | . | . | 2 | 13 | 7 | 44 | 4 | 25 | 3 | 19 | . | . |
| ITALY | 5 | . | . | 1 | 20 | 2 | 40 | . | . | . | . | 2 | 40 | . | . |
| PORTUGAL | 11 | 3 | 27 | 2 | 18 | 3 | 27 | 2 | 18 | 1 | 9 | . | . | . | . |
| SPAIN | 10 | . | . | . | . | 3 | 30 | 5 | 50 | 1 | 10 | 1 | 10 | . | . |
| UK | 19 | . | . | 3 | 16 | 6 | 32 | 10 | 53 | 1 | 10 | 1 | 10 | . | . |

(CONTINUED)

SOURCE CODE:        UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:  MIS.SRCP55.D2821
DATE PRINTED:        26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 45,46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11,16,25,52-58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

CONFIDENTIAL
AZ/SER 0055505

H441

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.1.2   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT
50 (BID) MG

| | TOTAL | NOT ILL | | BORDERLINE | | MILD | | MODERATE | | MARKED | | SEVERE | | MOST SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 94 | 3 | 3 | 11 | 12 | 22 | 23 | 34 | 36 | 16 | 17 | 7 | 7 | 1 | 1 |

SOURCE CODE:            UB3452G.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:     MIS.SRCH55.D2B21
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27,29          BELGIAN CENTERS 21-24,26           CANADIAN CTRS 49,59,60,61,62,63
                                    FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 1,16,25,52-58          HUNGARIAN CTRS 91,92,93
                                    ISRAELI CTRS 45-46,47,63,97,98,99  ITALIAN CTRS 65-79,94          PORTUGUESE CTRS 80,81,82,89
                                    SPANISH CTRS 84-88              UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055506

H442

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
450 (BID) MG

| COUNTRY | TOTAL | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA | 6 | 1 | 17 | . | . | 1 | 17 | 4 | 67 | . | . |
| BELGIUM | 5 | . | . | 1 | 20 | . | . | 2 | 40 | 2 | 40 |
| CANADA | 16 | . | . | 2 | 13 | 9 | 56 | 3 | 19 | 2 | 13 |
| FRANCE | 25 | 4 | 16 | . | . | 10 | 40 | 9 | 36 | 2 | 8 |
| GERMANY | 16 | 2 | 13 | 3 | 19 | 1 | 6 | 8 | 50 | 2 | 13 |
| GREECE | 3 | . | . | . | . | 2 | 67 | 1 | 33 | . | . |
| HUNGARY | 11 | 2 | 18 | 2 | 18 | 3 | 27 | 3 | 27 | 1 | 9 |
| ISRAEL | 23 | 2 | 9 | 4 | 17 | 8 | 35 | 7 | 30 | 2 | 9 |
| ITALY | 28 | 2 | 7 | 4 | 14 | 7 | 25 | 9 | 32 | 6 | 21 |
| PORTUGAL | 12 | 5 | 42 | 1 | 8 | 3 | 25 | 2 | 17 | 1 | 8 |
| SPAIN | 16 | 1 | 6 | 1 | 6 | 3 | 19 | 8 | 50 | 3 | 19 |

(CONTINUED)

SOURCE CODE:            UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:    MIS.SRCRS5.D2821
DATE PRINTED:          26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26          CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96           GERMAN CTRS 6-9,25,52-58          HUNGARIAN CTRS 9,91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94             PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88                  UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055507

H443

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY
FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

| | | TREATMENT 450 (BID) MG | | | | | | | | | |
| | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
| | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTRY | | | | | | | | | | | |
| UK | 34 | 3 | 9 | 5 | 15 | 12 | 35 | 10 | 29 | 4 | 12 |
| TOTAL | 195 | 22 | 11 | 23 | 12 | 59 | 30 | 66 | 34 | 25 | 13 |

SOURCE CODE:            UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:     MTS.SRCR55.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27-29         BELGIAN CENTERS 21-24,26              CANADIAN CTRS 49,59,60,61,62,63
                                    FRENCH CTRS 4,30-44,95,96      GERMAN CTRS 11-13,25,52-58           HUNGARIAN CTRS 91,92,93
                                    ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94           PORTUGUESE CTRS 80,81,82,89
                                    SPANISH CTRS 84-88             UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055508

H444

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
450 (TID) MG

| COUNTRY | TOTAL | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA | 6 | 2 | 33 | 1 | 17 | . | . | 2 | 33 | 1 | 17 |
| BELGIUM | 6 | . | . | . | . | 3 | 50 | 2 | 33 | 1 | 17 |
| CANADA | 17 | . | . | 3 | 18 | 7 | 41 | 4 | 24 | 3 | 18 |
| FRANCE | 30 | 3 | 10 | 4 | 13 | 8 | 27 | 10 | 33 | 5 | 17 |
| GERMANY | 16 | 1 | 6 | 2 | 13 | 4 | 25 | 4 | 25 | 5 | 31 |
| GREECE | 3 | . | . | . | . | 2 | 67 | 1 | 33 | . | . |
| HUNGARY | 10 | 1 | 10 | 2 | 20 | 3 | 30 | 4 | 40 | . | . |
| ISRAEL | 24 | 4 | 17 | 2 | 8 | 4 | 17 | 7 | 29 | 7 | 29 |
| ITALY | 28 | 1 | 4 | 4 | 14 | 6 | 21 | 12 | 43 | 5 | 18 |
| PORTUGAL | 13 | 1 | 8 | 6 | 46 | . | . | 5 | 38 | 1 | 8 |
| SPAIN | 18 | . | . | 3 | 17 | 3 | 17 | 11 | 61 | 1 | 6 |

(CONTINUED)

SOURCE CODE:            U834526 APS_STAT(FREQDIST)
SAS DATA LIBRARIES:     WSS.SRGR55.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27-29        BELGIAN CENTERS 21-24,26        CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 11,16,25,52-58     HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 6-79,94        PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88            UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055509

H445

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
450 (TID) MG

| | TOTAL | -3 OR LESS N | -3 OR LESS PERCENT | -2 N | -2 PERCENT | -1 N | -1 PERCENT | 0 N | 0 PERCENT | 1 OR GREATER N | 1 OR GREATER PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTRY | | | | | | | | | | | |
| UK | 34 | 3 | 9 | 2 | 6 | 11 | 32 | 15 | 44 | 3 | 9 |
| TOTAL | 205 | 16 | 8 | 29 | 14 | 51 | 25 | 77 | 38 | 32 | 16 |

SOURCE CODE:        UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES: MIS.SRCR55.C2821
DATE PRINTED:       26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27-29       BELGIAN CENTERS 21-24,26      CANADIAN CTRS 49,59,60,61,62,63
                                    FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 1,16,25,52-58     HUNGARIAN CTRS 91,92,93
                                    ISRAELI CTRS 45,46,47,83,97,98,99  ITALIAN CTRS 65-79,94      PORTUGUESE CTRS 80,81,82,89
                                    SPANISH CTRS 84-88            UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055510

H446

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

| | | TREATMENT 50 (BID) MG | | | | | | | | |
| | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
| COUNTRY | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA | 4 | . | . | . | . | . | . | 3 | 75 | 1 | 25 |
| BELGIUM | 4 | 1 | 25 | 1 | 25 | . | . | 1 | 25 | 1 | 25 |
| CANADA | 15 | . | . | 1 | 7 | 4 | 27 | 6 | 40 | 4 | 27 |
| FRANCE | 27 | 1 | 4 | 2 | 7 | 7 | 26 | 10 | 37 | 7 | 26 |
| GERMANY | 14 | . | . | 2 | 14 | 5 | 36 | 6 | 43 | 1 | 7 |
| GREECE | 3 | . | . | . | . | . | . | 2 | 67 | 1 | 33 |
| HUNGARY | 11 | 3 | 27 | 1 | 9 | 1 | 9 | 5 | 45 | 1 | 9 |
| ISRAEL | 23 | . | . | 1 | 4 | 4 | 17 | 13 | 57 | 5 | 22 |
| ITALY | 29 | 1 | 3 | 2 | 7 | 4 | 14 | 12 | 41 | 10 | 34 |
| PORTUGAL | 14 | 4 | 29 | 2 | 14 | 5 | 36 | 2 | 14 | 1 | 7 |
| SPAIN | 16 | 1 | . | 2 | 13 | 5 | 31 | 6 | 38 | 3 | 19 |

(CONTINUED)

SOURCE CODE:            UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:     MTS.SRC0455.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29            BELGIAN CENTERS 21-24,26            CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96         GERMAN CTRS 1,6-9,25,52-58         HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99 ITALIAN CTRS 63-79,94             PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88                UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055511

H447

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.1   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR FINAL OBSERVATION (LAST OBSERVATION CARRIED FORWARD)

TREATMENT
50 (BID) MG

| COUNTRY | TOTAL | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| UK | 38 | . | . | 5 | 13 | 17 | 45 | 12 | 32 | 4 | 11 |
| TOTAL | 198 | 10 | 5 | 19 | 10 | 52 | 26 | 78 | 39 | 39 | 20 |

SOURCE CODE:             UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:      MIS.SRCR55.D2821
DATE PRINTED:            26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 45,46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11-16,25,52-58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

141

CONFIDENTIAL
AZ/SER 0055512

H448

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2    FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

| | | TREATMENT 450 (BID) MG | | | | | | | | | |
| | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
| COUNTRY | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA,BELGIUM,G-REECE | 5 | . | . | 1 | 20 | 2 | 40 | 1 | 20 | 1 | 20 |
| CANADA | 10 | . | . | 2 | 20 | 7 | 70 | 1 | 10 | . | . |
| FRANCE | 13 | 4 | 31 | . | . | 7 | 54 | 2 | 15 | . | . |
| GERMANY | 5 | 2 | 40 | 3 | 60 | . | . | . | . | . | . |
| HUNGARY | 10 | 2 | 20 | 2 | 20 | 3 | 30 | 3 | 30 | . | . |
| ISRAEL | 15 | 2 | 13 | 4 | 27 | 4 | 27 | 5 | 33 | . | . |
| ITALY | 10 | 1 | 10 | 3 | 30 | 5 | 50 | . | . | 1 | 10 |
| PORTUGAL | 9 | 5 | 56 | 1 | 11 | 3 | 33 | . | . | . | . |
| SPAIN | 7 | . | . | 1 | 14 | 3 | 43 | 3 | 43 | . | . |
| UK | 19 | 3 | 16 | 3 | 16 | 8 | 42 | 5 | 26 | . | . |

(CONTINUED)

SOURCE CODE:          UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:   MTS.SER855.D2821
DATE PRINTED:         26JUN95

THE FOLLOWING CENTERS WERE POOLED: AUSTRIAN CENTERS 27-29       BELGIAN CENTERS 21-24,26        CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96     GERMAN CTRS 11,16,25,52-58     HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99     ITALIAN CTRS 65-79,94     PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84-88           UK CTRS 1-3,5-10,12-15,17-20

142

CONFIDENTIAL
AZ/SER 0055513

466

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.7   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY – SERUM CHEMISTRY

| | STUDY DAY | TREATMENT | | | | | | | | | |
| | | 50 MG (BID) SEROQUEL | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| ALKALINE PHOSPHATASE (U/L) | 14 | 169 | 145.51 | 57.35 | 25.0 | 360.0 | 167 | 0.42 | 21.52 | -107.0 | 60.0 |
| | 21 | 131 | 146.75 | 60.52 | 25.0 | 311.0 | 130 | 3.52 | 23.33 | -93.0 | 74.0 |
| | 28 | 113 | 146.13 | 58.14 | 25.0 | 325.0 | 112 | -0.04 | 29.25 | -166.0 | 63.0 |
| | 35 | 100 | 145.33 | 58.95 | 26.0 | 297.0 | 99 | 2.16 | 27.14 | -98.0 | 98.0 |
| | 42 | 92 | 137.99 | 53.45 | 27.0 | 272.0 | 91 | 0.05 | 25.57 | -93.0 | 72.0 |
| | FINAL | 192 | 145.04 | 56.58 | 27.0 | 360.0 | 190 | -0.27 | 24.27 | -107.0 | 72.0 |
| TSH, HIGHLY SENSITIVE (MIU/L) | 0 | 142 | 1.78 | 1.60 | 0.2 | 12.4 | 142 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 42 | 86 | 1.84 | 2.22 | 0.3 | 17.5 | 86 | -0.10 | 1.04 | -3.4 | 6.0 |
| | FINAL | 143 | 1.74 | 1.87 | 0.1 | 17.5 | 142 | -0.03 | 1.05 | -5.0 | 6.0 |
| FREE T-4 (NMOL/L) | 0 | 140 | 15.49 | 4.01 | 8.4 | 33.5 | 140 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 42 | 86 | 13.98 | 3.01 | 7.6 | 23.2 | 85 | -1.34 | 3.70 | -18.0 | 6.0 |
| | FINAL | 142 | 14.63 | 3.52 | 7.6 | 29.9 | 140 | -0.88 | 3.64 | -18.0 | 8.4 |

SOURCE CODE:          XLU602.PROD.PHASEIII (CHEM)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         30NOV95

CONFIDENTIAL
AZ/SER 0050969

H449

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT
450 (BID) MG

| | TOTAL | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 103 | 19 | 18 | 20 | 19 | 42 | 41 | 20 | 19 | 2 | 2 |

SOURCE CODE:          UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:   MTS.SRCR65 D2821
DATE PRINTED:         26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26        CANADIAN CTRS 49,59,60,61,62,63
                                    FRENCH CTRS 4,30-44,95,96       GERMAN CTRS 11,16,25,52-58      HUNGARIAN CTRS 91,92,93
                                    ISRAELI CTRS 45,46,47,83,97,98,99   ITALIAN CTRS 65-79,94       PORTUGUESE CTRS 80,81,82,89
                                    SPANISH CTRS 84-88              UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055514

H450

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2    FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

| COUNTRY | TOTAL | TREATMENT 450 (TID) MG | | | | | | | | | |
| | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| AUSTRIA,BELGIUM,GREECE | 8 | 2 | 25 | 1 | 13 | 4 | 50 | 1 | 13 | . | . |
| CANADA | 11 | . | . | 3 | 27 | 6 | 55 | 2 | 18 | . | . |
| FRANCE | 21 | 3 | 14 | 4 | 19 | 6 | 29 | 7 | 33 | 1 | 5 |
| GERMANY | 6 | 1 | 17 | 2 | 33 | 3 | 50 | . | . | . | . |
| HUNGARY | 7 | 1 | 14 | 2 | 29 | 3 | 43 | 1 | 14 | . | . |
| ISRAEL | 18 | 4 | 22 | 2 | 11 | 4 | 22 | 5 | 28 | 3 | 17 |
| ITALY | 8 | 1 | 13 | 2 | 25 | 4 | 50 | 1 | 13 | . | . |
| PORTUGAL | 8 | 1 | 13 | 6 | 75 | . | . | 1 | 13 | . | . |
| SPAIN | 12 | . | . | 3 | 25 | 3 | 25 | 6 | 50 | . | . |
| UK | 15 | 3 | 20 | 1 | 7 | 9 | 60 | 2 | 13 | . | . |

(CONTINUED)

SOURCE CODE:        UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 45,46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11,16,25,52-58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

CONFIDENTIAL
AZ/SER 0055515

H451

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2    FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

TREATMENT
450 (TID) MG

| | TOTAL | 3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 114 | 16 | 14 | 26 | 23 | 42 | 37 | 26 | 23 | 4 | 4 |

SOURCE CODE:            UB34526.APS.STAT(FREQDIST)
SAS DATA LIBRARIES:     MIS.SRCH55.D2821
DATE PRINTED:           26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29            BELGIAN CENTERS 21-24,26            CANADIAN CTRS 49,59,60,61,62,63
FRENCH CTRS 4,30-44,95,96         GERMAN CTRS 11,16,25,52-58         HUNGARIAN CTRS 91,92,93
ISRAELI CTRS 45,46,47,83,97,98,99 ITALIAN CTRS 65-79,94             PORTUGUESE CTRS 80,81,82,89
SPANISH CTRS 84 88                UK CTRS 1-3,5-10,12-15,17-20

CONFIDENTIAL
AZ/SER 0055516

H452

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2    FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY FOR DAY 42 (OBSERVED CASES ONLY)

| | | TREATMENT 50 (BID) MG | | | | | | | | | |
| | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
| COUNTRY | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA,BELGIUM,GREECE | 2 | 1 | 50 | . | . | . | . | 1 | 50 | . | . |
| CANADA | 7 | . | . | 1 | 14 | 3 | 43 | 3 | 43 | . | . |
| FRANCE | 12 | 1 | 8 | 2 | 17 | 3 | 25 | 6 | 50 | . | . |
| GERMANY | 3 | . | . | 2 | 67 | 1 | 33 | . | . | . | . |
| HUNGARY | 9 | 3 | 33 | 1 | 11 | 1 | 11 | 4 | 44 | . | . |
| ISRAEL | 16 | 1 | 6 | 1 | 6 | 4 | 25 | 10 | 63 | 1 | 6 |
| ITALY | 5 | 1 | 20 | 2 | 40 | . | . | 1 | 20 | 1 | 20 |
| PORTUGAL | 11 | 4 | 36 | 2 | 18 | 4 | 36 | 1 | 9 | . | . |
| SPAIN | 10 | . | . | 2 | 20 | 5 | 50 | 3 | 30 | . | . |
| UK | 19 | . | . | 4 | 21 | 11 | 58 | 4 | 21 | . | . |

(CONTINUED)

SOURCE CODE:           UB34536.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:    WIS.SRCR55.D2821
DATE PRINTED:          26JUN95

THE FOLLOWING CENTERS WERE POOLED:
AUSTRIAN CENTERS 27-29
FRENCH CTRS 4,30-44,95,96
ISRAELI CTRS 45,46,47,83,97,98,99
SPANISH CTRS 84-88

BELGIAN CENTERS 21-24,26
GERMAN CTRS 11,16,25,52-58
ITALIAN CTRS 65-79,94
UK CTRS 1-3,5-10,12-15,17-20

CANADIAN CTRS 49,59,60,61,62,63
HUNGARIAN CTRS 91,92,93
PORTUGUESE CTRS 80,81,82,89

CONFIDENTIAL
AZ/SER 0055517

H453

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE BY COUNTRY
FOR DAY 42 (OBSERVED CASES ONLY)

|  | | TREATMENT | | | | | | | | | | |
|  | | 50 (BID) MG | | | | | | | | | | |
|  | | -3 OR LESS | | -2 | | -1 | | 0 | | 1 OR GREATER | |
|  | TOTAL | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL | 94 | 10 | 11 | 17 | 18 | 32 | 34 | 33 | 35 | 2 | 2 |

SOURCE CODE:         UB34526.APS_STAT(FREQDIST)
SAS DATA LIBRARIES:  MIS.SRC955.D2821
DATE PRINTED:        26JUN95

THE FOLLOWING CENTERS WERE POOLED:  AUSTRIAN CENTERS 27-29          BELGIAN CENTERS 21-24,26        CANADIAN CTRS 49,59,60,61,62,63
                                    FRENCH CTRS 4,30,44,95,96       GERMAN CTRS 15,16,25,52-58      HUNGARIAN CTRS 91,92,93
                                    ISRAELI CTRS 45,46,47,83,37,98,99  ITALIAN CTRS 65-79,94        PORTUGUESE CTRS 80,81,82,89
                                    SPANISH CTRS 84-88              UK CTRS 1-3,5-10,12-15,17-20

147

CONFIDENTIAL
AZ/SER 0055518

H454

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------- STUDY DAY-7 -------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID | 195 | 37248.0 | 39000.0 | 1087.83592 | 191.015385 |
| 450 (TID | 204 | 42552.0 | 40800.0 | 1087.83592 | 206.588235 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37248.0                   Z= -1.61008          Prob > |Z| =   0.1074

T-Test approx. Significance =   0.1082

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.5938                   DF= 1              Prob > CHISQ=   0.1073

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

148

CONFIDENTIAL
AZ/SER 0055519

H455

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------- STUDY DAY=7 --------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 38149.0 | 39000.0 | 940.422288 | 195.635897 |
| 450 (TID | 204 | 41651.0 | 40800.0 | 940.422288 | 204.171569 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38149.0          Z= -.904361          Prob > |Z| =   0.3658

T-Test approx. Significance =   0.3663

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.81887          DF= 1          Prob > CHISQ=   0.3655

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

149

CONFIDENTIAL
AZ/SER 0055520

H456

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

STUDY DAY=14

N P A R 1 W A Y P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37354.0 | 39097.5000 | 1108.58620 | 191.558974 |
| 450 (TID | 205 | 42846.0 | 41102.5000 | 1108.58620 | 209.004878 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37354.0 Z= -1.57227 Prob > |Z| = 0.1159

T-Test approx. Significance = 0.1167

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.4735 DF= 1 Prob > CHISQ= 0.1158

SOURCE CODE: UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED: 26JUN95

H457

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

---------------------------- STUDY DAY=14 ----------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37561.0 | 39097.5000 | 1051.33075 | 192.723077 |
| 450 (TID | 205 | 42619.0 | 41102.5000 | 1051.33075 | 207.897561 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37561.0                        Z= -1.44198        Prob > |Z| =  0.1493

T-Test approx. Significance =   0.1501

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ=  2.0807            DF= 1              Prob > CHISQ=   0.1492

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       26JUN95

151

CONFIDENTIAL
AZ/SER 0055522

H458

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

--------------------------- STUDY DAY=21 ---------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37611.0 | 39097.5000 | 1111.83600 | 192.876923 |
| 450 (TID | 205 | 42589.0 | 41102.5000 | 1111.83600 | 207.751220 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37611.0          Z= -1.33653          Prob > |Z| =  0.1814

T-Test approx. Significance =  0.1821

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.7875          DF= 1          Prob > CHISQ=  0.1812

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

152

CONFIDENTIAL
AZ/SER 0055523

467

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8   ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION - SERUM CHEMISTRY

AST/SGOT (U/L)

| TIMEPOINT | | SUMMARY STATISTICS | | | | | ANALYSIS OF COVARIANCE MODEL | | | | | |
| TREATMENT | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | |
| | N | MEAN | SD | MEAN | SD | | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINAL | | | | | | | | | | | | | |
| 450 (BID) SER | 192 | 21.15 | 11.20 | 0.55 | 13.44 | | 0.80 | 0.81 | | | | | |
| 450 (TID) SER | 197 | 20.88 | 12.30 | 1.95 | 14.28 | | 2.06 | 0.79 | | | | | |
| 50 (BID) SER | 191 | 20.01 | 9.12 | 1.24 | 9.61 | | 0.87 | 0.81 | | | | | |
| 450(B) V 450(T) | | | | | | | | | -1.26 | 1.13 | -3.48 | 0.96 | 0.2649 |
| 450(B) V 50(B) | | | | | | | | | -0.07 | 1.14 | -2.31 | 2.17 | 0.9508 |
| 450(T) V 50(B) | | | | | | | | | 1.19 | 1.13 | -1.03 | 3.42 | 0.2933 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        30NOV95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

203
CONFIDENTIAL
AZ/SER 0050970

H459

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------- STUDY DAY=21 -------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37682.0 | 39097.5000 | 1085.23806 | 193.241026 |
| 450 (TID | 205 | 42518.0 | 41102.5000 | 1085.23806 | 207.404878 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37682.0          Z= -1.30386          Prob > |Z| =   0.1923

T-Test approx. Significance =    0.1930

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.7013                  DF= 1          Prob > CHISQ=    0.1921

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2B21
DATE PRINTED:        26JUN95

153

CONFIDENTIAL
AZ/SER 0055524

H460

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY=28 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|-------------------|------------|
| 450 (BID | 195 | 37491.5000 | 39097.5000 | 1122.70035 | 192.264103 |
| 450 (TID | 205 | 42708.5000 | 41102.5000 | 1122.70035 | 208.334146 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37491.5          Z= -1.43003          Prob > |Z| =   0.1527

T-Test approx. Significance =   0.1535

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.0463          DF= 1          Prob > CHISQ=   0.1526

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

154

CONFIDENTIAL
AZ/SER 0055525

H461

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------------------- STUDY DAY-28 --------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37697.5000 | 39097.5000 | 1103.93940 | 193.320513 |
| 450 (TID | 205 | 42502.5000 | 41102.5000 | 1103.93940 | 207.329268 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37697.5                   Z= -1.26773        Prob > |Z| = 0.2049

T-Test approx. Significance =   0.2056

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.6083              DF= 1                Prob > CHISQ=    0.2047

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

155

CONFIDENTIAL
AZ/SER 0055526

H462

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------------------------ STUDY DAY=35 ------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37667.0 | 39097.5000 | 1126.16132 | 193.164103 |
| 450 (TID | 205 | 42553.0 | 41102.5000 | 1126.16132 | 207.478049 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37667.0                Z= -1.26980        Prob > |Z| =  0.2042

T-test approx. Significance =    0.2049

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ=  1.6135                DF= 1           Prob > CHISQ=    0.2040

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

156

CONFIDENTIAL
AZ/SER 0055527

H463

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------------- STUDY DAY-35 --------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CH6_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37839.0 | 39097.5000 | 1111.24173 | 194.046154 |
| 450 (TID | 205 | 42361.0 | 41102.5000 | 1111.24173 | 206.639024 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37839.0          Z= -1.13207          Prob > |Z| =   0.2576

T-Test approx. Significance =    0.2583

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.2826          DF= 1          Prob > CHISQ=    0.2574

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

157

CONFIDENTIAL
AZ/SER 0055528

H464

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------------------------------------ STUDY DAY=42 ------------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID | 195 | 37514.5000 | 39097.5000 | 1128.20891 | 192.382051 |
| 450 (TID | 205 | 42685.5000 | 41102.5000 | 1128.20891 | 208.221951 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37514.5                    Z= -1.40267              Prob > |Z| =   0.1607

T-Test approx. Significance =   0.1615

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ=  1.9687              DF= 1                      Prob > CHISQ=    0.1606

SOURCE CODE:     UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:    26JUN95

158

CONFIDENTIAL
AZ/SER 0055529

H465

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

---------------- STUDY DAY=42 ----------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37715.5000 | 39097.5000 | 1114.39264 | 193.412821 |
| 450 (TID | 205 | 42484.5000 | 41102.5000 | 1114.39264 | 207.241463 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37715.5                    Z= -1.23969           Prob > |Z| =   0.2151

T-Test approx. Significance =    0.2158

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.5379           DF= 1              Prob > CHISQ=     0.2149

SOURCE CODE:          U834526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

159

CONFIDENTIAL
AZ/SER 0055530

H466

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------------------- STUDY DAY-7 --------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 38137.5000 | 38415.0 | 1065.27683 | 195.576923 |
| 50 (BID) | 198 | 39283.5000 | 39006.0 | 1065.27683 | 198.401515 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38137.5                Z= -.260026        Prob > |Z| =  0.7948

T-Test approx. Significance =  0.7950

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.06786            DF= 1              Prob > CHISQ=     0.7945

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

160

CONFIDENTIAL
AZ/SER 0055531

H467

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------------------------- STUDY DAY=7 -------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 37013.5000 | 38415.0 | 877.471322 | 189.812821 |
| 50 (BID) | 198 | 40407.5000 | 39006.0 | 877.471322 | 204.078283 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37013.5                Z= -1.59663          Prob > |Z| =  0.1103

T-Test approx. Significance =   0.1112

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.5511            DF= 1                Prob > CHISQ=   0.1102

SOURCE CODE:        UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055532

H468

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------------------- STUDY DAY=14 -------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37799.5000 | 38415.0 | 1081.61706 | 193.843590 |
| 50 (BID) | 198 | 39621.5000 | 39006.0 | 1081.61706 | 200.108586 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37799.5                 Z= -.568593            Prob > |Z| = 0.5696

T-Test approx. Significance =   0.5700

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.32382              DF= 1                  Prob > CHISQ=   0.5693

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

162

CONFIDENTIAL
AZ/SER 0055533

468

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8   ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION - SERUM CHEMISTRY

ALT/SGPT (U/L)

| TIMEPOINT | TREATMENT | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINAL | 450 (BID) SER | 192 | 26.53 | 24.41 | 2.68 | 30.24 | 2.75 | 1.66 | | | | | |
| | 450 (TID) SER | 197 | 25.69 | 18.30 | 4.18 | 22.01 | 3.97 | 1.64 | | | | | |
| | 50 (BID) SER | 191 | 26.71 | 23.98 | 1.91 | 19.04 | 2.05 | 1.67 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.22 | 2.34 | -5.81 | 3.37 | 0.6021 |
| | 450(B) V 50(B) | | | | | | | | 0.71 | 2.35 | -3.92 | 5.33 | 0.7646 |
| | 450(T) V 50(B) | | | | | | | | 1.92 | 2.34 | -2.67 | 6.52 | 0.4112 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050971

H469

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

---------- STUDY DAY=14 ----------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 195 | 36409.0 | 38415.0 | 1024.04255 | 186.712821 |
| 50 (BID) | 198 | 41012.0 | 39006.0 | 1024.04255 | 207.131313 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36409.0          Z= -1.95841          Prob > |Z| =   0.0502

T-Test approx. Significance =   0.0509

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.8373          DF= 1          Prob > CHISQ=   0.0501

SOURCE CODE:          UB34526.APS_STAT(W?LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

163

CONFIDENTIAL
AZ/SER 0055534

H470

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=21 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37125.5000 | 38415.0 | 1088.56359 | 190.387179 |
| 50 (BID) | 198 | 40295.5000 | 39006.0 | 1088.56359 | 203.512626 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37125.5          Z= -1.18413          Prob > |Z| =  0.2364

T-Test approx. Significance =   0.2371

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ=  1.4033          DF= 1          Prob > CHISQ=     0.2362

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

164

CONFIDENTIAL
AZ/SER 0055535

H471

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

----------------------------- STUDY DAY=21 -----------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 36128.5000 | 38415.0 | 1058.97767 | 185.274359 |
| 50 (BID) | 198 | 4282.5000 | 3906.0 | 1058.97767 | 208.547980 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(With Continuity Correction of .5)

S= 36128.5                  Z= -2.15869              Prob > |Z| =   0.0309

T-Test approx. Significance =    0.0315

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 4.6620               DF= 1                    Prob > CHISQ=   0.0308

SOURCE CODE:          UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

165

CONFIDENTIAL
AZ/SER 0055536

H472

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

STUDY DAY-28

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 36393.0 | 38415.0 | 1095.66698 | 186.630769 |
| 50 (BID) | 198 | 41028.0 | 39006.0 | 1095.66698 | 207.212121 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36393.0          Z= -1.84499          Prob > |Z| = 0.0650

T-Test approx. Significance = 0.0658

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.4057          DF= 1          Prob > CHISQ= 0.0650

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2B21
DATE PRINTED:         26JUN95

166

CONFIDENTIAL
AZ/SER 0055537

H473

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------- STUDY DAY-28 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 195 | 35335.0 | 38415.0 | 1070.76591 | 181.205128 |
| 50 (BID) | 198 | 42086.0 | 39006.0 | 1070.76591 | 212.555556 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 35335.0        Z= -2.87598        Prob > |Z| =   0.0040

T-Test approx. Significance =   0.0042

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 8.2739        DF= 1        Prob > CHISQ=   0.0040

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

167

CONFIDENTIAL
AZ/SER 0055538

H474

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

--------------------------- STUDY DAY=35 ---------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 36296.5000 | 38415.0 | 1099.73541 | 186.135897 |
| 50 (BID) | 198 | 41124.5000 | 39006.0 | 1099.73541 | 207.699495 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36296.5          Z= -1.92592          Prob > |Z| =  0.0541

T-Test approx. Significance =    0.0548

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.7109                      DF= 1          Prob > CHISQ=    0.0541

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

168

CONFIDENTIAL
AZ/SER 0055539

H475

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------------------------ STUDY DAY-35 ------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 35296.0 | 38415.0 | 1080.32977 | 181.005128 |
| 50 (BID) | 198 | 42125.0 | 39006.0 | 1080.32977 | 212.752525 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 35296.0          Z= -2.88662          Prob > |Z| =   0.0039

T-Test approx. Significance =   0.0041

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 8.3352          DF= 1          Prob > CHISQ=   0.0039

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

169

CONFIDENTIAL
AZ/SER 0055540

H476

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------------------------------------------- STUDY DAY=42 --------------------------------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 36265.5000 | 38415.0 | 1100.29748 | 185.976923 |
| 50 (BID) | 198 | 41155.5000 | 39006.0 | 1100.29748 | 207.856061 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36265.5          Z= -1.95311          Prob > |Z| =   0.0508

T-Test approx. Significance =   0.0515

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.8164          DF= 1          Prob > CHISQ=   0.0508

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

170

CONFIDENTIAL
AZ/SER 0055541

H477

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY-42 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 35348.0 | 38415.0 | 1082.46126 | 181.271795 |
| 50 (BID) | 198 | 42073.0 | 39006.0 | 1082.46126 | 212.489899 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 35348.0           Z= -2.83290           Prob > |Z| =  0.0046

T-Test approx. Significance =   0.0049

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 8.0279           DF= 1           Prob > CHISQ=   0.0046

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055542

H478

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=7 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID | 204 | 42585.5000 | 41106.0 | 1100.55049 | 208.752451 |
| 50 (BID) | 198 | 38417.5000 | 39897.0 | 1100.55049 | 194.027778 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38417.5          Z= -1.34387          Prob > |Z| =  0.1790

T-Test approx. Significance =   0.1797

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.8072          DF= 1          Prob > CHISQ=    0.1788

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

172

CONFIDENTIAL
AZ/SER 0055543

469

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8    ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION – SERUM CHEMISTRY

BILIRUBIN, TOTAL (UMOL/L)

| | | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| TIMEPOINT | TREATMENT | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINAL | | | | | | | | | | | | | |
| | 450 (BID) SER | 192 | 8.27 | 3.82 | -0.23 | 3.79 | -0.39 | 0.29 | | | | | |
| | 50 (BID) SER | 197 | 9.17 | 5.81 | -0.59 | 4.37 | -0.43 | 0.28 | | | | | |
| | 50 (BID) SER | 191 | 8.74 | 4.47 | 0.77 | 4.73 | 0.77 | 0.29 | | | | | |
| | 450(B) V 450(T) | | | | | | | | 0.04 | 0.40 | -0.75 | 0.83 | 0.9173 |
| | 450(B) V 50(B) | | | | | | | | -1.17 | 0.41 | -1.96 | -0.37 | 0.0042 |
| | 450(T) V 50(B) | | | | | | | | -1.21 | 0.40 | -2.00 | -0.42 | 0.0028 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         30NOV95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050972

H479

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=7 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 204 | 40542.5000 | 41106.0 | 934.057757 | 198.737745 |
| 50 (BID) | 198 | 40460.5000 | 39897.0 | 934.057757 | 204.345960 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40460.5       Z= 0.602746       Prob > |Z| = 0.5467

T-Test approx. Significance =    0.5470

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.36395       DF= 1       Prob > CHISQ=    0.5463

SOURCE CODE:        U834526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       26JUN95

173

CONFIDENTIAL
AZ/SER 0055544

H480

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

--- STUDY DAY=14 ---

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 42539.5000 | 41410.0 | 1120.79052 | 207.509756 |
| 50 (BID) | 198 | 38866.5000 | 39996.0 | 1120.79052 | 196.295455 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38866.5          Z= -1.00732          Prob > |Z| =   0.3138

T-Test approx. Significance =   0.3144

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.0156          DF= 1          Prob > CHISQ=   0.3136

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

174

CONFIDENTIAL
AZ/SER 0055545

H481

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY=14 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID | 205 | 40819.5000 | 41410.0 | 1055.36947 | 199.119512 |
| 50 (BID) | 198 | 40586.5000 | 39996.0 | 1055.36947 | 204.982323 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40586.5           Z= 0.559046        Prob > |Z| = 0.5761

T-Test approx. Significance =  0.5764

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.31306              DF= 1          Prob > CHISQ=   0.5758

SOURCE CODE:        UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055546

H482

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY-21 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 41517.5000 | 41410.0 | 1126.48876 | 202.524390 |
| 50 (BID) | 198 | 39888.5000 | 39996.0 | 1126.48876 | 201.457071 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 39888.5        Z= -.094985        Prob > |Z| =  0.9243

T-Test approx. Significance =  0.9244

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.00911        DF= 1        Prob > CHISQ=    0.9240

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  WIS.SRCR55.D2821
DATE PRINTED:        26JUN95

CONFIDENTIAL
AZ/SER 0055547

H483

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------- STUDY DAY=21 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 40480.5000 | 41410.0 | 1096.10586 | 197.465854 |
| 50 (BID) | 198 | 40925.5000 | 39996.0 | 1096.10586 | 206.694444 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40925.5                Z= 0.847546          Prob > |Z| =   0.3967

T-Test approx. Significance =     0.3972

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.71911                    DF= 1        Prob > CHISQ=   0.3964

SOURCE CODE:         UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

177

CONFIDENTIAL
AZ/SER 0055548

H484

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

---------------- STUDY DAY-28 ----------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID) | 205 | 40869.0 | 41410.0 | 1135.52046 | 199.360976 |
| 50 (BID) | 198 | 40537.0 | 39996.0 | 1135.52046 | 204.732323 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

$S= 40537.0$     $Z= 0.475993$     Prob > $|Z|$ =  0.6341

T-Test approx. Significance =  0.6343

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.22699     DF= 1     Prob > CHISQ=  0.6338

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055549

H485

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------------- STUDY DAY-28 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 39641.0 | 41410.0 | 1111.10581 | 193.370732 |
| 50 (BID) | 198 | 41765.0 | 39996.0 | 1111.10581 | 210.934343 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 41765.0                              Z= 1.59166          Prob > |Z| =   0.1115

T-Test approx. Significance =   0.1122

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.5348                DF= 1                                Prob > CHISQ=    0.1114


SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

179

CONFIDENTIAL
AZ/SER 0055550

H486

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY-35

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 40567.0 | 41410.0 | 1139.59035 | 197.887805 |
| 50 (BID) | 198 | 40839.0 | 39996.0 | 1139.59035 | 206.257576 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40839.0                    Z= 0.739301          Prob > |Z| =    0.4597

T-Test approx. Significance =    0.4602

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.54721          DF= 1          Prob > CHISQ=    0.4595

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

180

CONFIDENTIAL
AZ/SER 0055551

H487

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY-35 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID) | 205 | 39388.5000 | 41410.0 | 1118.62435 | 192.139024 |
| 50 (BID) | 198 | 42017.5000 | 39996.0 | 1118.62435 | 212.209596 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(With Continuity Correction of .5)

S= 42017.5                     Z= 1.80668          Prob > |Z| =  0.0708

T-Test approx. Significance =   0.0716

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.2657          DF= 1                        Prob > CHISQ=   0.0707

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

181

CONFIDENTIAL
AZ/SER 0055552

H488

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY=42 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 40693.0 | 41410.0 | 1140.74088 | 198.502439 |
| 50 (BID) | 198 | 40713.0 | 39996.0 | 1140.74088 | 205.621212 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40713.0          Z= 0.628101          Prob > |Z| =   0.5299

T-Test approx. Significance =   0.5303

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.39506                DF= 1          Prob > CHISQ=    0.5297

SOURCE CODE:           UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:    WIS.SRCR55.D2821
DATE PRINTED:          26JUN95

182

CONFIDENTIAL
AZ/SER 0055553

470

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8   ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION – SERUM CHEMISTRY

ALKALINE PHOSPHATASE (U/L)

| TIMEPOINT | TREATMENT | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| FINAL | 450 (BID) SER | 192 | 146.17 | 58.86 | 6.05 | 42.77 | 5.99 | 2.28 | | | | | |
| | 450 (TID) SER | 190 | 150.02 | 56.88 | 1.76 | 25.14 | 1.95 | 2.26 | | | | | |
| | 50 (BID) SER | 190 | 145.02 | 60.45 | -0.27 | 24.27 | -0.41 | 2.30 | | | | | |
| | 450(B) V 450(T) | | | | | | | | 4.04 | 3.21 | -2.26 | 10.35 | 0.2084 |
| | 450(B) V 50(B) | | | | | | | | 6.40 | 3.24 | 0.04 | 12.76 | 0.0486 |
| | 450(T) V 50(B) | | | | | | | | 2.36 | 3.22 | -3.97 | 8.68 | 0.4646 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEV)
SAS DATA LIBRARIES:   WIS.SHCR55.D2821
DATE PRINTED:         30NOV95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050973

H489

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.1 NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR LAST OBSERVATION CARRIED FORWARD

---- STUDY DAY=42 ----

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID) | 205 | 39597.5000 | 41410.0 | 1122.03720 | 193.158537 |
| 50 (BID) | 198 | 41808.5000 | 39996.0 | 1122.03720 | 211.154040 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 41808.5          Z= 1.61492          Prob > |Z| =  0.1063

T-Test approx. Significance =  0.1071

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.6094          DF= 1          Prob > CHISQ=  0.1062

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055554

H490

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

----------------- STUDY DAY=7 -----------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37248.0 | 39000.0 | 1087.83592 | 191.015385 |
| 450 (TID | 204 | 42552.0 | 40800.0 | 1087.83592 | 208.588235 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37248.0          Z= -1.61008          Prob > |Z| =   0.1074

T-Test approx. Significance =   0.1082

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.5936          DF= 1          Prob > CHISQ=   0.1073

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SROR55.D2821
DATE PRINTED:       26JUN95

184

CONFIDENTIAL
AZ/SER 0055555

H491

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

---------------- STUDY DAY=7 ----------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 |BID | 195 | 38149.0 | 39000.0 | 940.422288 | 195.635897 |
| 450 |TID | 204 | 41651.0 | 40800.0 | 940.422288 | 204.171569 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38149.0                         Z= -.904381          Prob > |Z| =   0.3658

T-Test approx. Significance =   0.3663

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.81887          DF= 1                           Prob > CHISQ=   0.3655

SOURCE CODE:          UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

185

CONFIDENTIAL
AZ/SER 0055556

H492

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------ STUDY DAY=14 ------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 180 | 30813.5000 | 32220.0 | 932.351524 | 171.186111 |
| 450 (TID | 177 | 33089.5000 | 31683.0 | 932.351524 | 186.946328 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 33089.5          Z= 1.50801          Prob > |Z| = 0.1316

T-Test approx. Significance =   0.1324

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.2757          DF= 1          Prob > CHISQ=          0.1314

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

186

CONFIDENTIAL
AZ/SER 0055557

H493

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=14 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 180 | 31252.0 | 32220.0 | 887.121619 | 173.622222 |
| 450 (TID | 177 | 32651.0 | 31683.0 | 887.121619 | 184.468927 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 32651.0                       Z= 1.09061        Prob > |Z| =  0.2754

T-Test approx. Significance =  0.2762

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.1907                DF= 1                 Prob > CHISQ=    0.2752

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

187

CONFIDENTIAL
AZ/SER 0055558

H494

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------- STUDY DAY=21 -------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 142 | 19697.0 | 20448.0 | 668.646384 | 138.711268 |
| 450 (TID | 145 | 21631.0 | 20880.0 | 668.646384 | 149.179310 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 19697.0            Z= -1.12242           Prob > |Z| =  0.2617

T-Test approx. Significance =   0.2626

Kruskal Wallis Test (Chi-Square Approximation)
CHISQ= 1.2615            DF= 1                Prob > CHISQ=   0.2614

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  VIS.SRCR55.D2821
DATE PRINTED:        26JUN95

188

CONFIDENTIAL
AZ/SER 0055559

H495

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

--------------- STUDY DAY=21 ---------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 142 | 19981.0 | 20448.0 | 663.003581 | 140.711268 |
| 450 (TID | 145 | 21347.0 | 20880.0 | 663.003581 | 147.220690 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 19981.0             Z= -.703616        Prob > |Z| =   0.4817

T-Test approx. Significance =    0.4822

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.49614            DF= 1               Prob > CHISQ=    0.4812

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

189

CONFIDENTIAL
AZ/SER 0055560

H496

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

STUDY DAY=28

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 /BID | 121 | 14668.5000 | 15427.5000 | 565.196206 | 121.227273 |
| 450 ¡TID | 133 | 17716.5000 | 16957.5000 | 565.196206 | 133.206767 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 14668.5          Z= -1.34201          Prob > |Z| = 0.1796

T-Test approx. Significance = 0.1808

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.8034          DF= 1          Prob > CHISQ= 0.1793

SOURCE CODE:        UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055561

H497

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

---------------------- STUDY DAY=28 ----------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 121 | 14877.5000 | 15427.5000 | 558.154310 | 122.954545 |
| 450 (TID | 133 | 17507.5000 | 16957.5000 | 558.154310 | 131.635338 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 14877.5                     Z= -.984495          Prob > |Z| =   0.3249

T-Test approx. Significance =   0.3258

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.97099            DF= 1            Prob > CHISQ=   0.3244

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

191

CONFIDENTIAL
AZ/SER 0055562

H498

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------- STUDY DAY=35 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 108 | 11892.5000 | 12474.0 | 486.966867 | 110.115741 |
| 450 (TID | 122 | 14672.5000 | 14091.0 | 486.966867 | 120.266393 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 11892.5          Z= -1.19310          Prob > |Z| =   0.2328

T-Test approx. Significance =   0.2341

Kruskal Wallis Test (Chi-Square Approximation)
CHISQ= 1.4259          DF= 1          Prob > CHISQ=   0.2324

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

192

CONFIDENTIAL
AZ/SER 0055563

13

**(c)     Electrocardiography**

A standard 12-lead ECG was to be taken during Segment A. The ECG was to be interpreted, and the suitability of the candidate to take part in the study assessed, before the candidate entered Segment B.

**(d)     Medical history and physical examination**

A diagnosis of schizophrenia and a medical history were recorded during Segment A. A physical examination was performed during Segment A and on completion of the study (Day 42 or at withdrawal). On completion, if a finding was considered by the investigator to be clinically significantly abnormal, follow-up assessments were repeated as necessary.

**(e)     Vital signs and weight**

Vital signs were recorded in Segment A and at weekly intervals during Segment B. Supine and standing pulse rates and blood pressure were recorded 2 to 4 hours after the morning dose of medication. Weight was recorded in Segment A and at Day 42 (or at withdrawal). If clinically significant signs or symptoms occurred, additional measurements of vital signs were obtained as deemed necessary by the investigator.

**(f)     Ophthalmology**

As specified in protocol amendment 6, an ophthalmologic examination was performed in Segment A and on completion of the study at centres in Canada. This consisted of assessment of best corrected visual acuity, a dilated slit-lamp examination of the cornea, anterior chamber and ocular lens, and retro-illumination photography of the lens by a trained ophthalmologist. The lens was evaluated according to the Lens Opacities Classification III (LOCS III; Chylack et al 1993) by a trained ophthalmologist. Protocol amendment 15 removed the requirement for retro-illumination photography of the lens.

**(g)     Pharmacokinetic analysis**

As specified in protocol amendment 2, plasma samples for pharmacokinetic analysis were to be collected at selected centres from patients who had completed at least 3 weeks of Segment B. A 5-ml blood sample was to be collected before the first dose of study medication on the morning of the visit in Weeks 3, 4, 5 and 6. Post-dose samples were to be collected on only one of these days, at 0.5, 3 and 6 hours after the first dose of study medication. The plasma samples were to be analysed by the Safety of Medicines Department, ZENECA Pharmaceuticals, UK using a validated high performance liquid chromatography (HPLC) method. The concentration of SEROQUEL (ICI 204,636) and its 7-hydroxy metabolite (ZENECA 214,227) were to be measured.

## 2.7     Study management

This study was designed and monitored in accordance with ZENECA procedures which include the key elements of Good Clinical Practice as required by the major regulatory authorities and in accordance with the Declaration of Helsinki (revised Hong Kong, 1989).

CONFIDENTIAL
AZ/SER 0050515

471

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8   ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION – SERUM CHEMISTRY

TSH, HIGHLY SENSITIVE (MIU/L)

| TIMEPOINT | TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF COVARIANCE MODEL | | | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| FINAL | 450 (BID) SER | 149 | 1.32 | 0.71 | 0.10 | 0.69 | 0.07 | 0.07 | | | | | |
| | 450 (TID) SER | 149 | 1.45 | 0.93 | 0.04 | 0.80 | 0.03 | 0.07 | | | | | |
| | 50 (BID) SER | 142 | 1.78 | 1.60 | -0.03 | 1.05 | 0.01 | 0.07 | | | | | |
| | 450(B) V 450(T) | | | | | | | | 0.04 | 0.10 | -0.15 | 0.23 | 0.6728 |
| | 450(B) V 50(B) | | | | | | | | 0.06 | 0.10 | -0.14 | 0.26 | 0.5519 |
| | 450(T) V 50(B) | | | | | | | | 0.02 | 0.10 | -0.18 | 0.21 | 0.854 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SHCR5S.D2821
DATE PRINTED:       30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

207
CONFIDENTIAL
AZ/SER 0050974

H499

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=35 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 108 | 12099.5000 | 12474.0 | 482.079272 | 112.032407 |
| 450 (TID | 122 | 14465.5000 | 14091.0 | 482.079272 | 118.569672 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 12099.5              Z= -.775806             Prob > |Z| =  0.4379

T-Test approx. Significance =    0.4387

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.60349               DF= 1              Prob > CHISQ=    0.4373

SOURCE CODE:         UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

193

CONFIDENTIAL
AZ/SER 0055564

H500

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------------------- STUDY DAY=42 ---------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 ;BID | 103 | 10624.5000 | 11227.0 | 447.678052 | 103.150485 |
| 450 ;TID | 114 | 13028.5000 | 12426.0 | 447.678052 | 114.285088 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 10624.5                   Z= -1.34472          Prob > |Z| =   0.1787

T-Test approx. Significance =   0.1801

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.8113          DF= 1          Prob > CHISQ=   0.1784

SOURCE CODE:           UB34626.APS_STAT(WILRANK)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          26JUN95

194

CONFIDENTIAL
AZ/SER 0055565

H501

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

---------- STUDY DAY=42 ----------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 103 | 10854.5000 | 11227.0 | 443.379843 | 105.383495 |
| 450 (TID | 114 | 12798.5000 | 12426.0 | 443.379843 | 112.267544 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 10854.5                 Z= -.839010

T-Test approx. Significance =     0.4024          Prob > |Z| =   0.4015

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.70583           DF= 1                    Prob > CHISQ=    0.4008

SOURCE CODE:         UB34S26.APS_STAT(WILRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

195

CONFIDENTIAL
AZ/SER 0055566

H502

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------------ STUDY DAY=7 ------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 /BID | 195 | 38137.5000 | 38415.0 | 1065.27683 | 195.576923 |
| 50 (BID) | 198 | 39283.5000 | 39006.0 | 1065.27683 | 198.401515 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38137.5                Z= -.260026        Prob > |Z| =   0.7948

T-Test approx. Significance =    0.7950

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.067786           DF= 1              Prob > CHISQ=    0.7945

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

196

CONFIDENTIAL
AZ/SER 0055567

H503

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------------------- STUDY DAY-7 -------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 37013.5000 | 38415.0 | 877.471322 | 189.812821 |
| 50 (BID) | 198 | 40407.5000 | 39006.0 | 877.471322 | 204.079283 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37013.5       Z= -1.59663       Prob > |Z| =   0.1103

T-Test approx. Significance =    0.1112

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.5511       DF= 1       Prob > CHISQ=   0.1102

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

197

CONFIDENTIAL
AZ/SER 0055568

H504

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------- STUDY DAY=14 --------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 180 | 31490.0 | 32040.0 | 925.188202 | 174.944444 |
| 50 (BID) | 175 | 31700.0 | 31150.0 | 925.188202 | 181.142857 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 31700.0          Z= 0.593933          Prob > |Z| =   0.5526

T-Test approx  Significance =   0.5529

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.35340          DF= 1          Prob > CHISQ=   0.5522

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

198

CONFIDENTIAL
AZ/SER 0055569

H505

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

STUDY DAY=14

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 180 | 30468.0 | 32040.0 | 875.841276 | 169.266667 |
| 50 (BID) | 175 | 32722.0 | 31150.0 | 875.841276 | 186.982857 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 32722.0                    Z= 1.79427            Prob > |Z| =  0.0728

T-Test approx. Significance =  0.0736

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.2215                 DF= 1                  Prob > CHISQ=  0.0727

SOURCE CODE:         UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2B21
DATE PRINTED:        26JUN95

199

CONFIDENTIAL
AZ/SER 0055570

H506

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

----------------------------- STUDY DAY=21 -----------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 142 | 19081.5000 | 19667.0 | 635.083894 | 134.376761 |
| 50 (BID) | 134 | 19144.5000 | 18559.0 | 635.083894 | 142.869403 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 19144.5          Z= 0.921138          Prob > |Z| =  0.3570

T-Test approx. Significance =  0.3578

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.84995          DF= 1          Prob > CHISQ=  0.3566

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

200

CONFIDENTIAL
AZ/SER 0055571

H507

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------- STUDY DAY=21 --------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID | 142 | 18416.5000 | 19667.0 | 621.994349 | 129.693662 |
| 50 (BID) | 134 | 19809.5000 | 18559.0 | 621.994349 | 147.832090 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 19809.5                Z= 2.00986        Prob > |Z| =  0.0445

T-Test approx. Significance =  0.0454

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 4.0420             DF= 1             Prob > CHISQ=   0.0444

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

201

CONFIDENTIAL
AZ/SER 0055572

H508

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

--------- STUDY DAY-28 ---------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 121 | 13753.5000 | 14459.5000 | 512.741081 | 113.665289 |
| 50 (BID) | 117 | 14687.5000 | 13981.5000 | 512.741081 | 125.534188 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

$S= 14687.5$        $Z= 1.37594$        $Prob > |Z| = 0.1688$

T-Test approx. Significance = 0.1701

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.8959     DF= 1        Prob > CHISQ= 0.1685

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  WIS.SRCR55.D2821
DATE PRINTED:        26JUN95

202

CONFIDENTIAL
AZ/SER 0055573

472

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.8   ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION – SERUM CHEMISTRY

FREE T-4 (NMOL/L)

| TIMEPOINT | TREATMENT | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINAL | | | | | | | | | | | | | |
| | 450 (BID) SER | 150 | 14.77 | 3.19 | -2.18 | 3.50 | -2.33 | 0.23 | | | | | |
| | 450 (TID) SER | 149 | 14.80 | 3.78 | -2.34 | 3.67 | -2.47 | 0.23 | | | | | |
| | 50 (BID) SER | 140 | 15.49 | 4.01 | -0.88 | 3.64 | -0.59 | 0.24 | | | | | |
| | 450(B) V 450(T) | | | | | | | | 0.14 | 0.32 | -0.49 | 0.77 | 0.6623 |
| | 450(B) V 50(B) | | | | | | | | -1.74 | 0.33 | -2.39 | -1.10 | <.0001 |
| | 450(T) V 50(B) | | | | | | | | -1.88 | 0.33 | -2.53 | -1.24 | <.0001 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050975

H509

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------- STUDY DAY-28 --------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 121 | 12965.5000 | 14459.5000 | 501.934562 | 107.152893 |
| 50 (BID) | 117 | 15475.5000 | 13981.5000 | 501.934562 | 132.269231 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 15475.5          Z= 2.97549          Prob > |Z| =  0.0029

T-Test approx. Significance =     0.0032

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 8.8595          DF= 1          Prob > CHISQ=     0.0029

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

203

CONFIDENTIAL
AZ/SER 0055574

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

H510

-------- STUDY DAY=35 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 108 | 10852.0 | 11286.0 | 420.428442 | 100.481481 |
| 50 (BID) | 100 | 10884.0 | 10450.0 | 420.428442 | 108.840000 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

$S= 10884.0$    $Z= 1.03109$    Prob $> |Z| = 0.3025$

T-Test approx. Significance = 0.3037

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.0656    DF= 1    Prob $>$ CHISQ= 0.3019

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055575

H511

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------- STUDY DAY=35 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 108 | 10246.5000 | 11286.0 | 416.345936 | 94.875000 |
| 50 (BID) | 100 | 11489.5000 | 10450.0 | 416.345936 | 114.895000 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 11489.5          Z= 2.49552          Prob > |Z| =   0.0126

T-Test approx. Significance =   0.0134

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 6.2336          DF= 1          Prob > CHISQ=   0.0125

SOURCE CODE:              UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:       MIS.SRCR55.D2821
DATE PRINTED:             26JUN95

205

CONFIDENTIAL
AZ/SER 0055576

H512

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------- STUDY DAY=42 -------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 103 | 9768.0 | 10197.0 | 387.066693 | 94.834951 |
| 50 (BID) | 94 | 9735.0 | 9306.0 | 387.066693 | 103.563830 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 9735.00          Z= 1.10704          Prob > |Z| =   0.2683

T-Test approx. Significance =   0.2696

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.2284          DF= 1          Prob > CHISQ=          0.2677

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

206

CONFIDENTIAL
AZ/SER 0055577

H513

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------------- STUDY DAY=42 --------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 103 | 9306.5000 | 10197.0 | 383.379860 | 90.354369 |
| 50 (BID) | 94 | 10196.5000 | 9306.0 | 383.379860 | 108.473404 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 10196.5          Z= 2.32146          Prob > |Z| = 0.0203

T-Test approx. Significance = 0.0213

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 5.3952          DF= 1          Prob > CHISQ=          0.0202

SOURCE CODE:          UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES:   MTS.SRCR55.D2B21
DATE PRINTED:         26JUN95

207

CONFIDENTIAL
AZ/SER 0055578

H514

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=7 --------------------

### N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 /TID | 204 | 42585.5000 | 41106.0 | 1100.55049 | 208.752451 |
| 50 (BID) | 198 | 38417.5000 | 39897.0 | 1100.55049 | 194.027778 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38417.5      Z= -1.34387      Prob > |Z| =   0.1790

T-Test approx. Significance =   0.1797

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.8072      DF= 1      Prob > CHISQ=   0.1788

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2B21
DATE PRINTED:       26JUN95

208

CONFIDENTIAL
AZ/SER 0055579

H515

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------------------ STUDY DAY=7 ------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID | 204 | 40542.5000 | 41106.0 | 934.057757 | 198.737745 |
| 50 (BID) | 198 | 40460.5000 | 39897.0 | 934.057757 | 204.345960 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40460.5          Z= 0.602746          Prob > |Z| =   0.5467

T-Test approx. Significance =   0.5470

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.36395          DF= 1          Prob > CHISQ=   0.5463

SOURCE CODE:          UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES:    VIS.SRCR55.D2B21
DATE PRINTED:          26JUN95

209

CONFIDENTIAL
AZ/SER 0055580

H516

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------- STUDY DAY=14 -------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 177 | 32062.0 | 31240.5000 | 913.066454 | 181.141243 |
| 50 (BID) | 175 | 30066.0 | 30887.5000 | 913.066454 | 171.805714 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 30066.0          Z= -.899168          Prob > |Z| =   0.3686

T-Test approx. Significance =    0.3692

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.80949          DF= 1          Prob > CHISQ=    0.3683

SOURCE CODE:        UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

210

CONFIDENTIAL
AZ/SER 0055581

H517

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

------------------ STUDY DAY-14 ------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 177 | 30611.5000 | 31240.5000 | 855.751851 | 172.946328 |
| 50 (BID) | 175 | 31516.5000 | 30887.5000 | 855.751851 | 180.094286 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 31516.5        Z= 0.734442        Prob > |Z| = 0.4627

T-Test approx. Significance =   0.4632

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.54026        DF= 1        Prob > CHISQ=   0.4623

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

211

CONFIDENTIAL
AZ/SER 0055582

H518

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

STUDY DAY-21

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 145 | 20400.0 | 20300.0 | 641.388481 | 140.689655 |
| 50 (BID) | 134 | 18660.0 | 18760.0 | 641.388481 | 139.253731 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 18660.0                Z= -.155132        Prob > |Z| =   0.8767

T-Test approx. Significance =    0.8768        .

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.02431                DF= 1        Prob > CHISQ=    0.8761

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

212

CONFIDENTIAL
AZ/SER 0055583

473

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.1    ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WITH BASELINE AND POST-BASELINE DATA

AST/SGOT (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | | |
| | | | | SLOPE | | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | SLOPE | | | | | | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| 450 (BID) SER | 192 | 0.0771 | 0.5915 | 0.0771 | 0.0410 | | | | | |
| 450 (TID) SER | 197 | 0.0953 | 0.6032 | 0.0953 | 0.0405 | | | | | |
| 50 (BID) SER | 191 | 0.0490 | 0.5048 | 0.0490 | 0.0411 | | | | | |
| 450(B) V 450(T) | | | | | | -0.0181 | 0.0577 | -0.1314 | 0.0951 | 0.7531 |
| 450(B) V 50(B) | | | | | | 0.0282 | 0.0581 | -0.0860 | 0.1423 | 0.6279 |
| 450(T) V 50(B) | | | | | | 0.0463 | 0.0577 | -0.0671 | 0.1597 | 0.4227 |

SOURCE CODE:      XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  WIS.SRCR55.D2821
DATE PRINTED:     30NOV95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

209  CONFIDENTIAL
AZ/SER 0050976

H519

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=21 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID | 145 | 19485.5000 | 20300.0 | 632.996301 | 134.382759 |
| 50 (BID) | 134 | 19574.5000 | 18760.0 | 632.996301 | 146.078358 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 19574.5                Z= 1.28595        Prob > |Z| =  0.1985

T-Test approx. Significance =   0.1995

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.6557            DF= 1             Prob > CHISQ=    0.1982

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

213

CONFIDENTIAL
AZ/SER 0055584

H520

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

--------------------------------- STUDY DAY=28 ---------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID) | 133 | 16651.0 | 16691.5000 | 550.034283 | 125.195489 |
| 50 (BID) | 117 | 14724.0 | 14683.5000 | 550.034283 | 125.846154 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 14724.0                      Z= 0.072723      Prob > |Z| =   0.9420

T-Test approx. Significance =   0.9421

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.00542            DF= 1           Prob > CHISQ=   0.9413

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

214

CONFIDENTIAL
AZ/SER 0055585

H521

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=28 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 133 | 16647.5000 | 16691.5000 | 542.569464 | 117.650376 |
| 50 (BID) | 117 | 15727.5000 | 14683.5000 | 542.569464 | 134.423077 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 15727.5                    Z= 1.92326              Prob > |Z| =   0.0544

T-Test approx. Significance =   0.0556

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.7025                 DF= 1                   Prob > CHISQ=    0.0543

SOURCE CODE:        UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

215

CONFIDENTIAL
AZ/SER 0055586

H522

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2  NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=35 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID) | 122 | 13656.5000 | 13603.0 | 460.202213 | 111.938525 |
| 50 (BID) | 100 | 11096.5000 | 11150.0 | 460.202213 | 110.965000 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 11096.5          Z= -.115167          Prob > |Z| =   0.9083

T-Test approx. Significance =   0.9084

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.01351          DF= 1          Prob > CHISQ=   0.9075

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055587

H523

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------- STUDY DAY=35 --------

### N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDDD

| RANDDD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 /TID | 122 | 12752.5000 | 13603.0 | 455.845373 | 104.528689 |
| 50 (BID) | 100 | 12000.5000 | 11150.0 | 455.845373 | 120.005000 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 12000.5                    Z= 1.86467          Prob > |Z| =   0.0622

T-Test approx. Significance =    0.0636

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.4811               DF= 1             Prob > CHISQ=     0.0621

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

217

CONFIDENTIAL
AZ/SER 0055588

H524

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

--------- STUDY DAY=42 ---------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (TID | 114 | 11976.0 | 11913.0 | 418.096133 | 105.052632 |
| 50 (BID) | 94 | 9760.0 | 9823.0 | 418.096133 | 103.829787 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(With Continuity Correction of .5)

S= 9760.00        Z= -.149487        Prob > |Z| =   0.8812

T-Test approx. Significance =    0.8813

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.02271        DF= 1        Prob > CHISQ=    0.8802

SOURCE CODE:        UB34526.APS_STAT(W1LRANK)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        26JUN95

218

CONFIDENTIAL
AZ/SER 0055589

H525

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.3.2   NONPARAMETRIC TESTS OF CGI SEVERITY OF ILLNESS SCORE AND CHANGE FROM BASELINE
IN CGI SEVERITY OF ILLNESS SCORE FOR OBSERVED DATA

-------------------- STUDY DAY=42 --------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable CHG_SEV
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 114 | 11266.0 | 11913.0 | 414.913547 | 98.824561 |
| 50 (BID) | 94 | 10470.0 | 9823.0 | 414.913547 | 111.382979 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 10470.0            Z= 1.55816        Prob > |Z| =   0.1192

T-Test approx. Significance =   0.1207

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.4316            DF= 1            Prob > CHISQ=   0.1189

SOURCE CODE:            UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

CONFIDENTIAL
AZ/SER 0055599

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED) ----- VISIT=7

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

RANDCD(TREATMENT)

| Frequency / Percent / Row Pct / Col Pct | -3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 1 / 0.33 / 0.64 / 100.00 | 7 / 2.30 / 4.46 / 77.78 | 27 / 8.88 / 17.20 / 44.26 | 110 / 36.18 / 70.06 / 52.88 | 12 / 3.95 / 7.64 / 48.00 | 157 / 51.64 |
| 450 (TID) MG | 0 / 0.00 / 0.00 / 0.00 | 2 / 0.66 / 1.36 / 22.22 | 34 / 11.18 / 23.13 / 55.74 | 98 / 32.24 / 66.67 / 47.12 | 13 / 4.28 / 8.84 / 52.00 | 147 / 48.36 |
| Total | 1 / 0.33 | 9 / 2.96 | 61 / 20.07 | 208 / 68.42 | 25 / 8.22 | 304 / 100.00 |

SOURCE CODE:            UB34S26.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:     MTS.SRCR55.D2821
DATE PRINTED:           18SEP95

CONFIDENTIAL
AZ/SER 0055591

H527

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)
FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

--------------------------------- VISIT=7 ---------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 0.237 | 0.627 |
| 2 | Row Mean Scores Differ | 1 | 0.237 | 0.627 |
| 3 | General Association | 4 | 6.280 | 0.179 |

Total Sample Size = 304

SOURCE CODE:        UB34526 APS STAT(CMHEXC)
SAS DATA LIBRARIES:  MIS.SRCR55.D2B21
DATE PRINTED:       18SEP95

221

CONFIDENTIAL
AZ/SER 0055592

H528

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------ VISIT=14 -------------------------

TABLE OF RANDCD BY CHG_SEV

RANDCD(TREATMENT)   CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LE -2<br>SS | -2 | -1 | 0 | 1 OR GRE<br>ATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 4<br>1.31<br>2.55<br>80.00 | 16<br>5.25<br>10.19<br>69.57 | 45<br>14.75<br>28.66<br>49.45 | 77<br>25.25<br>49.04<br>48.73 | 15<br>4.92<br>9.55<br>53.57 | 157<br>51.48 |
| 450 (TID) MG | 1<br>0.33<br>0.68<br>20.00 | 7<br>2.30<br>4.73<br>30.43 | 46<br>15.08<br>31.08<br>50.55 | 81<br>26.56<br>54.73<br>51.27 | 13<br>4.26<br>8.78<br>46.43 | 148<br>48.52 |
| Total | 5<br>1.64 | 23<br>7.54 | 91<br>29.84 | 158<br>51.80 | 28<br>9.18 | 305<br>100.00 |

SOURCE CODE:            UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           18SEP95

222

CONFIDENTIAL
AZ/SER 0055593

474

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.1   ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WITH BASELINE AND POST-BASELINE DATA

ALT/SGPT (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | SLOPE | | | | | SLOPE | | DIFFERENCE BETWEEN TREATMENTS | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE | |
| 450 (BID) SER | 192 | 0.1746 | 1.2752 | 0.1746 | 0.0757 | | | | | | |
| 450 (TID) SER | 197 | 0.1302 | 0.8627 | 0.1302 | 0.0748 | | | | | | |
| 550 (BID) SER | 191 | 0.1097 | 0.9706 | 0.1097 | 0.0759 | | | | | | |
| 450(B) V 450(T) | | | | | | 0.0444 | 0.1064 | -0.1646 | 0.2534 | 0.6768 | |
| 450(B) V 50(B) | | | | | | 0.0649 | 0.1072 | -0.1457 | 0.2756 | 0.5451 | |
| 450(T) V 50(B) | | | | | | 0.0205 | 0.1066 | -0.1888 | 0.2298 | 0.8472 | |

SOURCE CODE:         XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

210
CONFIDENTIAL
AZ/SER 0050977

H529

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------ VISIT-14 ------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 2.049 | 0.152 |
| 2 | Row Mean Scores Differ | 1 | 2.049 | 0.152 |
| 3 | General Association | 4 | 4.503 | 0.342 |

Total Sample Size = 305

SOURCE CODE:        UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:  MTS.SRCR55.D2821
DATE PRINTED:        18SEP95

223

CONFIDENTIAL
AZ/SER 0055594

H530

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)
------- VISIT=21 -------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

RANDCD(TREATMENT)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LESS | 2 | 1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 8<br>2.62<br>5.10<br>66.67 | 22<br>7.21<br>14.01<br>51.16 | 46<br>15.08<br>29.30<br>52.87 | 65<br>21.31<br>41.40<br>48.87 | 16<br>5.25<br>10.19<br>53.33 | 157<br>51.48 |
| 450 (TID) MG | 4<br>1.31<br>2.70<br>33.33 | 21<br>6.89<br>14.19<br>48.84 | 41<br>13.44<br>27.70<br>47.13 | 68<br>22.30<br>45.95<br>51.13 | 14<br>4.59<br>9.46<br>46.67 | 148<br>48.52 |
| Total | 12<br>3.93 | 43<br>14.10 | 87<br>28.52 | 133<br>43.61 | 30<br>9.84 | 305<br>100.00 |

SOURCE CODE:          UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

CONFIDENTIAL
AZ/SER 0055595

H531

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------ VISIT=21 ------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.741 | 0.389 |
| 2 | Row Mean Scores Differ | 1 | 0.741 | 0.389 |
| 3 | General Association | 4 | 1.483 | 0.830 |

Total Sample Size = 305

SOURCE CODE:        UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:  MTS SRCR55.D2821
DATE PRINTED:       18SEP95

225

CONFIDENTIAL
AZ/SER 0055596

H532

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

--------- VISIT=28 ---------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 16 5.25 10.19 72.73 | 17 5.57 10.83 40.48 | 52 17.05 33.12 55.91 | 54 17.70 34.39 47.79 | 18 5.90 11.46 51.43 | 157 51.48 |
| 450 (TID) MG | 6 1.97 4.05 27.27 | 25 8.20 16.89 59.52 | 41 13.44 27.70 44.09 | 59 19.34 39.86 52.21 | 17 5.57 11.49 48.57 | 148 48.52 |
| Total | 22 7.21 | 42 13.77 | 93 30.49 | 113 37.05 | 35 11.48 | 305 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

CONFIDENTIAL
AZ/SER 0055597

H533

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------- VISIT=28 -------------

SUMMARY STATISTICS FOR RANDOD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|-------|
| 1 | Nonzero Correlation | 1 | 1.739 | 0.187 |
| 2 | Row Mean Scores Differ | 1 | 1.739 | 0.187 |
| 3 | General Association | 4 | 7.183 | 0.127 |

Total Sample Size = 305

SOURCE CODE:        UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES: MTS.SRCR55.D2821
DATE PRINTED:       18SEP95

227

CONFIDENTIAL
AZ/SER 0055598

H534

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

VISIT=35

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LESS | 2 | 1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 22 7.21 14.01 66.67 | 17 5.57 10.83 43.59 | 49 16.07 31.21 52.13 | 50 16.39 31.85 48.08 | 19 6.23 12.10 54.29 | 157 51.48 |
| 450 (TID) MG | 11 3.61 7.43 33.33 | 22 7.21 14.86 56.41 | 45 14.75 30.41 47.87 | 54 17.70 36.49 51.92 | 16 5.25 10.81 45.71 | 148 48.52 |
| Total | 33 10.82 | 39 12.79 | 94 30.82 | 104 34.10 | 35 11.48 | 305 100.00 |

SOURCE CODE:              UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:       MIS.SRCR55.D2821
DATE PRINTED:             18SEP95

228

CONFIDENTIAL
AZ/SER 0055599

H535

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)
FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)
------------------------------- VISIT-35 -------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 1.474 | 0.225 |
| 2 | Row Mean Scores Differ | 1 | 1.474 | 0.225 |
| 3 | General Association | 4 | 4.997 | 0.288 |

Total Sample Size = 305

SOURCE CODE:          UB34526.APS.STAT(CHHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2B21
DATE PRINTED:         18SEP95

229

CONFIDENTIAL
AZ/SER 0055600

H536

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

--------------------------- VISIT=42 ---------------------------

TABLE OF RANDCD BY CHG_SEV

RANDCD(TREATMENT)     CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LE<br>SS | -2 | -1 | 0 | 1 OR GRE<br>ATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 21<br>6.89<br>13.38<br>60.00 | 21<br>6.89<br>13.38<br>46.67 | 48<br>15.74<br>30.57<br>53.93 | 48<br>15.74<br>30.57<br>48.48 | 19<br>6.23<br>12.10<br>51.35 | 157<br>51.48 |
| 450 (TID) MG | 14<br>4.59<br>9.46<br>40.00 | 24<br>7.87<br>16.22<br>53.33 | 41<br>13.44<br>27.70<br>46.07 | 51<br>16.72<br>34.46<br>51.52 | 18<br>5.90<br>12.16<br>48.65 | 148<br>48.52 |
| Total | 35<br>11.48 | 45<br>14.75 | 89<br>29.18 | 99<br>32.46 | 37<br>12.13 | 305<br>100.00 |

SOURCE CODE:          UB34526.APS_STAT(CMHEXC)<br>SAS DATA LIBRARIES:   MIS.SRCR55.D2821<br>DATE PRINTED:         18SEP95

CONFIDENTIAL<br>AZ/SER 0055601

H537

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)
FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------ VISIT=42 ------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.738 | 0.390 |
| 2 | Row Mean Scores Differ | 1 | 0.738 | 0.390 |
| 3 | General Association | 4 | 2.218 | 0.696 |

Total Sample Size = 305

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   VIS.SRCR55.D2821
DATE PRINTED:         16SEP95

231

CONFIDENTIAL
AZ/SER 0055602

H538

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------ VISIT=7 ------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LE-2 SS | -1 | 0 | 1 OR GRE ATER | Total |
|---|---|---|---|---|---|
| 450 (BID) MG | 1 0.32 0.64 50.00 | 7 2.22 4.46 58.33 | 27 8.54 17.20 56.25 | 110 34.81 70.06 48.03 | 12 3.80 7.64 48.00 | 157 49.68 |
| 50 (BID) MG | 1 0.32 0.63 50.00 | 5 1.58 3.14 41.67 | 21 6.65 13.21 43.75 | 119 37.66 74.84 51.97 | 13 4.11 8.18 52.00 | 159 50.32 |
| Total | 2 0.63 | 12 3.80 | 48 15.19 | 229 72.47 | 25 7.91 | 316 100.00 |

SOURCE CODE:         UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        18SEP95

CONFIDENTIAL
AZ/SER 0055603

475

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.1   ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WITH BASELINE AND POST-BASELINE DATA

BILIRUBIN, TOTAL (UMOL/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | |
| | SLOPE | | | | | SLOPE | | | | |
| | | | | | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 192 | 0.0130 | 0.2513 | 0.0130 | 0.0220 | | | | | |
| 450 (TID) SER | 197 | -0.0123 | 0.2519 | -0.0123 | 0.0218 | | | | | |
| 50 (BID) SER | 191 | 0.0354 | 0.3931 | 0.0354 | 0.0221 | | | | | |
| 450(B) V 450(T) | | | | | | 0.0253 | 0.0310 | -0.0355 | 0.0862 | 0.4142 |
| 450(B) V 50(B) | | | | | | -0.0225 | 0.0312 | -0.0838 | 0.0389 | 0.4723 |
| 450(T) V 50(B) | | | | | | -0.0478 | 0.0310 | -0.1087 | 0.0132 | 0.1241 |

SOURCE CODE:          XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050978

H539

S077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------------------------------------- VISIT=7 --------------------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 1.002 | 0.317 |
| 2 | Row Mean Scores Differ | 1 | 1.002 | 0.317 |
| 3 | General Association | 4 | 1.221 | 0.875 |

Total Sample Size = 316

SOURCE CODE:           UB34526.APS.STAT(CMHEXG)
SAS DATA LIBRARIES:    MIS.SRGR55.D2B21
DATE PRINTED:          18SEP95

233

CONFIDENTIAL
AZ/SER 0055604

H540

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------- VISIT=14 --------------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | 3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 4 1.27 2.55 100.00 | 16 5.06 10.19 57.14 | 45 14.24 28.66 53.57 | 77 24.37 49.04 47.24 | 15 4.75 9.55 40.54 | 157 49.68 |
| 50 (BID) MG | 0 0.00 0.00 0.00 | 12 3.80 7.55 42.86 | 39 12.34 24.53 46.43 | 86 27.22 54.09 52.76 | 22 6.96 13.84 59.46 | 159 50.32 |
| Total | 4 1.27 | 28 8.86 | 84 26.58 | 163 51.58 | 37 11.71 | 316 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

CONFIDENTIAL
AZ/SER 0055605

H541

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------------- VISIT=14 -------------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 6.986 | 0.008 |
| 2 | Row Mean Scores Differ | 1 | 6.986 | 0.008 |
| 3 | General Association | 4 | 8.195 | 0.085 |

Total Sample Size = 316

SOURCE CODE:        UB34526.APS_STAT(CWHEXC)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       18SEP95

235

CONFIDENTIAL
AZ/SER 0055606

H542

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------------- VISIT=21 --------------------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 8 2.53 5.10 72.73 | 22 6.96 14.01 64.71 | 46 14.56 29.30 47.42 | 65 20.57 41.40 49.24 | 16 5.06 10.19 38.10 | 157 49.68 |
| 50 (BID) MG | 3 0.95 1.89 27.27 | 12 3.80 7.55 35.29 | 51 16.14 32.08 52.58 | 67 21.20 42.14 50.76 | 26 8.23 16.35 61.90 | 159 50.32 |
| Total | 11 3.48 | 34 10.76 | 97 30.70 | 132 41.77 | 42 13.29 | 316 100.00 |

SOURCE CODE:          U834526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

236

CONFIDENTIAL
AZ/SER 0055607

H543

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

---------------- VISIT=21 ----------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 7.180 | 0.007 |
| 2 | Row Mean Scores Differ | 1 | 7.180 | 0.007 |
| 3 | General Association | 4 | 8.796 | 0.066 |

Total Sample Size = 316

SOURCE CODE:          UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

237

CONFIDENTIAL
AZ/SER 0055608

H544

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------ VISIT=28 ------------------------------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) | | | | | | |
|---|---|---|---|---|---|---|
| Frequency Percent Row Pct Col Pct | -3 OR LE SS -2 | -1 | 0 | 1 OR GRE ATER | Total |
| 450 (BID) MG | 16 5.06 10.19 80.00 | 17 5.38 10.83 53.13 | 52 16.46 33.12 53.06 | 54 17.09 34.39 45.00 | 18 5.70 11.46 39.13 | 157 49.68 |
| 50 (BID) MG | 4 1.27 2.52 20.00 | 15 4.75 9.43 46.88 | 46 14.56 28.93 46.94 | 66 20.89 41.51 55.00 | 28 8.86 17.61 60.87 | 159 50.32 |
| Total | 20 6.33 | 32 10.13 | 98 31.01 | 120 37.97 | 46 14.56 | 316 100.00 |

SOURCE CODE:           UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

238

CONFIDENTIAL
AZ/SER 0055609

H545

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

---------------------------------- VISIT=28 ----------------------------------

SUMMARY STATISTICS FOR RANCOD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 12.571 | 0.000 |
| 2 | Row Mean Scores Differ | 1 | 12.571 | 0.000 |
| 3 | General Association | 4 | 13.303 | 0.010 |

Total Sample Size = 316

SOURCE CODE:        UB34526.APS.STAT(CMHEXG)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       18SEP95

239

CONFIDENTIAL
AZ/SER 0055610

H546

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

--------------------------------- VISIT=35 ---------------------------------

TABLE OF RANDCD BY CHG_SEV

RANDCD(TREATMENT)      CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LE -2<br>SS | -2 | -1 | 0 | 1 OR GRE<br>ATER | Total |
|---|---|---|---|---|---|---|
| 450 (BID) MG | 22<br>6.96<br>14.01<br>78.57 | 17<br>5.38<br>10.83<br>45.95 | 49<br>15.51<br>31.21<br>53.26 | 50<br>15.82<br>31.85<br>44.64 | 19<br>6.01<br>12.10<br>40.43 | 157<br>49.68 |
| 50 (BID) MG | 6<br>1.90<br>3.77<br>21.43 | 20<br>6.33<br>12.58<br>54.05 | 43<br>13.61<br>27.04<br>46.74 | 62<br>19.62<br>38.99<br>55.36 | 28<br>8.86<br>17.61<br>59.57 | 159<br>50.32 |
| Total | 28<br>8.86 | 37<br>11.71 | 92<br>29.11 | 112<br>35.44 | 47<br>14.87 | 316<br>100.00 |

SOURCE CODE:            UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:     MTS.SRCR55.D2821
DATE PRINTED:           18SEP95

240

CONFIDENTIAL
AZ/SER 0055611

H547

5077I1./0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------ VISIT=35 ------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|--------|-------|
| 1 | Nonzero Correlation | 1 | 12.491 | 0.000 |
| 2 | Row Mean Scores Differ | 1 | 12.491 | 0.000 |
| 3 | General Association | 4 | 15.880 | 0.003 |

Total Sample Size = 316

SOURCE CODE:          UB34526.APS.STAT(CMHEXG)
SAS DATA LIBRARIES:   MIS.SRCR55.D2B21
DATE PRINTED:         18SEP95

241

CONFIDENTIAL
AZ/SER 0055612

H548

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)
FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)
------------------------------------- VISIT=42 -------------------------------------

TABLE OF RANDCD BY CHG_SEV

| RANDCD(TREATMENT) | CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE) | | | | | |
|---|---|---|---|---|---|---|
| Frequency<br>Percent<br>Row Pct<br>Col Pct | 3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
| 450 (BID) MG | 21<br>6.65<br>13.38<br>70.00 | 21<br>6.65<br>13.38<br>55.26 | 48<br>15.19<br>30.57<br>51.06 | 48<br>15.19<br>30.57<br>44.44 | 19<br>6.01<br>12.10<br>41.30 | 157<br>49.68 |
| 50 (BID) MG | 9<br>2.85<br>5.66<br>30.00 | 17<br>5.38<br>10.69<br>44.74 | 46<br>14.56<br>28.93<br>48.94 | 60<br>18.99<br>37.74<br>55.56 | 27<br>8.54<br>16.98<br>58.70 | 159<br>50.32 |
| Total | 30<br>9.49 | 38<br>12.03 | 94<br>29.75 | 108<br>34.18 | 46<br>14.56 | 316<br>100.00 |

SOURCE CODE:            UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:     MTS.SRCR55.D2821
DATE PRINTED:           18SEP95

242

CONFIDENTIAL
AZ/SER 0055613

476

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.1   ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WITH BASELINE AND POST-BASELINE DATA

ALKALINE PHOSPHATASE (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | ANALYSIS OF VARIANCE MODEL | | | | |
| | SLOPE | | SLOPE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 192 | 0.2921 | 1.7051 | 0.2921 | 0.1069 | | | | | |
| 450 (TID) SER | 197 | 0.0382 | 1.3648 | 0.0382 | 0.1056 | | | | | |
| 50 (BID) SER | 190 | -0.0364 | 1.3497 | -0.0364 | 0.1075 | | | | | |
| 450(B) V 450(T) | | | | | | 0.2540 | 0.1503 | -0.0412 | 0.5491 | 0.0915 |
| 450(B) V 50(B) | | | | | | 0.3285 | 0.1516 | 0.0307 | 0.6263 | 0.0307 |
| 450(T) V 50(B) | | | | | | 0.0745 | 0.1507 | -0.2214 | 0.3705 | 0.621 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       30NOV95

SD    = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE    = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL   = LOWER 95% CONFIDENCE LIMIT
UCL   = UPPER 95% CONFIDENCE LIMIT

212 CONFIDENTIAL
AZ/SER 0050979

H549

5077L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------- VISIT-42 ---------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 10.442 | 0.001 |
| 2 | Row Mean Scores Differ | 1 | 10.442 | 0.001 |
| 3 | General Association | 4 | 10.991 | 0.027 |

Total Sample Size = 316

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

243

CONFIDENTIAL
AZ/SER 0055614

H550

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------------ VISIT-7 ------------------------------------

TABLE OF RANDCD BY CHG_SEV

RANDCD(TREATMENT)     CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (TID) MG | 0<br>0.00<br>0.00<br>0.00 | 2<br>0.65<br>1.36<br>28.57 | 34<br>11.11<br>23.13<br>61.82 | 98<br>32.03<br>66.67<br>45.16 | 13<br>4.25<br>8.84<br>50.00 | 147<br>48.04 |
| 50 (BID) MG | 1<br>0.33<br>0.63<br>100.00 | 5<br>1.63<br>3.14<br>71.43 | 21<br>6.86<br>13.21<br>38.18 | 119<br>38.89<br>74.84<br>54.84 | 13<br>4.25<br>8.18<br>50.00 | 159<br>51.96 |
| Total | 1<br>0.33 | 7<br>2.29 | 55<br>17.97 | 217<br>70.92 | 26<br>8.50 | 306<br>100.00 |

SOURCE CODE:          UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

CONFIDENTIAL
AZ/SER 0055615

H551

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-- VISIT=7 --

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 0.532 | 0.466 |
| 2 | Row Mean Scores Differ | 1 | 0.532 | 0.466 |
| 3 | General Association | 4 | 7.440 | 0.114 |

Total Sample Size = 306

SOURCE CODE:        UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES: MTS.SRCR55.D2821
DATE PRINTED:       18SEP95

245

CONFIDENTIAL
AZ/SER 0055616

H552

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)
------------------------------ VISIT=14 --------------------------

TABLE OF RANDCD BY CHG_SEV

RANDCD(TREATMENT)     CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LE -2<br>SS | -1 | 0 | 1 OR GRE<br>ATER | Total |
|---|---|---|---|---|---|
| 450 (TID) MG | 1<br>0.33<br>0.68<br>100.00 | 7<br>2.28<br>4.73<br>36.84 | 46<br>14.98<br>31.08<br>54.12 | 81<br>26.38<br>54.73<br>48.50 | 13<br>4.23<br>8.78<br>37.14 | 148<br>48.21 |
| 50 (BID) MG | 0<br>0.00<br>0.00<br>0.00 | 12<br>3.91<br>7.55<br>63.16 | 39<br>12.70<br>24.53<br>45.88 | 86<br>28.01<br>54.09<br>51.50 | 22<br>7.17<br>13.84<br>62.86 | 159<br>51.79 |
| Total | 1<br>0.33 | 19<br>6.19 | 85<br>27.69 | 167<br>54.40 | 35<br>11.40 | 307<br>100.00 |

SOURCE CODE:            UB34526.APS.STAT(CMHEXG)
SAS DATA LIBRARIES:     MTS.SRGR55.D2821
DATE PRINTED:           18SEP95

246

CONFIDENTIAL
AZ/SER 0055617

H553

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------- VISIT=14 -------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 1.521 | 0.217 |
| 2 | Row Mean Scores Differ | 1 | 1.521 | 0.217 |
| 3 | General Association | 4 | 6.028 | 0.197 |

Total Sample Size = 307

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

247

CONFIDENTIAL
AZ/SER 0055618

H554

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

VISIT=21

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LE -2 SS | -1 | 0 | 1 OR GRE ATER | Total |
|---|---|---|---|---|---|
| 450 (TID) MG | 4<br>1.30<br>2.70<br>57.14 | 21<br>6.84<br>14.19<br>63.64 | 41<br>13.36<br>27.70<br>44.57 | 68<br>22.15<br>45.95<br>50.37 | 14<br>4.56<br>9.46<br>35.00 | 148<br>48.21 |
| 50 (BID) MG | 3<br>0.98<br>1.89<br>42.86 | 12<br>3.91<br>7.55<br>36.36 | 51<br>16.61<br>32.08<br>55.43 | 67<br>21.82<br>42.14<br>49.63 | 26<br>8.47<br>16.35<br>65.00 | 159<br>51.79 |
| Total | 7<br>2.28 | 33<br>10.75 | 92<br>29.97 | 135<br>43.97 | 40<br>13.03 | 307<br>100.00 |

SOURCE CODE:          U834526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

248

CONFIDENTIAL
AZ/SER 0055619

H555

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIVEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)
----------------------------------------------------------------------
VISIT=21

SUMMARY STATISTICS FOR RANDDO BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 4.045 | 0.044 |
| 2 | Row Mean Scores Differ | 1 | 4.045 | 0.044 |
| 3 | General Association | 4 | 8.075 | 0.089 |

Total Sample Size = 307

SOURCE CODE:          UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2B21
DATE PRINTED:         18SEP95

249

CONFIDENTIAL
AZ/SER 0055620

H556

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

--------------------- VISIT=28 ---------------------

TABLE OF RANDCO BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCO(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LESS | -2 | -1 | 0 | 1 OR GREATER | Total |
|---|---|---|---|---|---|---|
| 450 (TID) MG | 6 1.95 4.05 60.00 | 25 8.14 16.89 62.50 | 41 13.36 27.70 47.13 | 59 19.22 39.86 47.20 | 17 5.54 11.49 37.78 | 148 48.21 |
| 50 (BID) MG | 4 1.30 2.52 40.00 | 15 4.89 9.43 37.50 | 46 14.98 28.93 52.87 | 66 21.50 41.51 52.80 | 28 9.12 17.61 62.22 | 159 51.79 |
| Total | 10 3.26 | 40 13.03 | 87 28.34 | 125 40.72 | 45 14.66 | 307 100.00 |

SOURCE CODE:           UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:    MIS.SRCB55.D2821
DATE PRINTED:          18SEP95

CONFIDENTIAL
AZ/SER 0055621

H557

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

------------------------------------ VISIT=28 ------------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 6.100 | 0.014 |
| 2 | Row Mean Scores Differ | 1 | 6.100 | 0.014 |
| 3 | General Association | 4 | 7.550 | 0.110 |

Total Sample Size = 307

SOURCE CODE:           UB34526.APS_STAT(CMHEXC)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          18SEP95

251

CONFIDENTIAL
AZ/SER 0055622

H558

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------------------------- VISIT=35 --------------------------------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Frequency<br>Percent<br>Row Pct<br>Col Pct | -3 OR LE-2<br>SS | -2 | -1 | 0 | 1 OR GRE<br>ATER | Total | |
| 450 (TID) MG | 11<br>3.58<br>7.43<br>64.71 | 22<br>7.17<br>14.86<br>52.38 | 45<br>14.66<br>30.41<br>51.14 | 54<br>17.59<br>36.49<br>46.55 | 16<br>5.21<br>10.81<br>36.36 | 148<br>48.21 | |
| 50 (BID) MG | 6<br>1.95<br>3.77<br>35.29 | 20<br>6.51<br>12.58<br>47.62 | 43<br>14.01<br>27.04<br>48.86 | 62<br>20.20<br>38.99<br>53.45 | 28<br>9.12<br>17.61<br>63.64 | 159<br>51.79 | |
| Total | 17<br>5.54 | 42<br>13.68 | 88<br>28.66 | 116<br>37.79 | 44<br>14.33 | 307<br>100.00 | |

SOURCE CODE:            UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:     MTS.SRCH55.D2821
DATE PRINTED:           18SEP95

252

CONFIDENTIAL
AZ/SER 0055623

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.2    ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WHO COMPLETED DAY 42

AST/SGOT (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | |
| | SLOPE | | | | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | | | | | | SLOPE | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| 450 (BID) SER | 98 | -0.0014 | 0.3663 | -0.0014 | 0.0296 | | | | | |
| 450 (TID) SER | 111 | -0.0027 | 0.2865 | -0.0027 | 0.0278 | | | | | |
| 50 (BID) SER | 92 | -0.0001 | 0.1990 | -0.0001 | 0.0306 | | | | | |
| 450(B) v 450(T) | | | | | | 0.0013 | 0.0407 | -0.0787 | 0.0813 | 0.9745 |
| 450(B) v 50(B) | | | | | | -0.0012 | 0.0426 | -0.0850 | 0.0826 | 0.977 |
| 450(T) v 50(B) | | | | | | -0.0025 | 0.0414 | -0.0839 | 0.0789 | 0.9512 |

SOURCE CODE:          XLU6O2.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

213 CONFIDENTIAL
AZ/SER 0050980

H559

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------------------------- VISIT=35 --------------------------------

SUMMARY STATISTICS FOR RANDCD BY CHG_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 6.133 | 0.013 |
| 2 | Row Mean Scores Differ | 1 | 6.133 | 0.013 |
| 3 | General Association | 4 | 6.666 | 0.155 |

Total Sample Size = 307

SOURCE CODE:           UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:    MTS.SRCRSS.D2821
DATE PRINTED:          18SEP95

253

CONFIDENTIAL
AZ/SER 0055624

H560

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------- VISIT=42 --------------

TABLE OF RANDCD BY CHG_SEV

CHG_SEV(CHANGE FROM BASELINE FOR SEVERITY SCORE)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | -3 OR LE\|-2 SS | \|-1 | 0 | 1 OR GRE ATER | Total |
|---|---|---|---|---|---|
| 450 (TID) MG | 14 4.56 9.46 60.87 | 24 7.82 16.22 58.54 | 41 13.36 27.70 47.13 | 51 16.61 34.46 45.95 | 18 5.86 12.16 40.00 | 148 48.21 |
| 50 (BID) MG | 9 2.93 5.66 39.13 | 17 5.54 10.69 41.46 | 46 14.98 28.93 52.87 | 60 19.54 37.74 54.05 | 27 8.79 16.98 60.00 | 159 51.79 |
| Total | 23 7.49 | 41 13.36 | 87 28.34 | 111 36.16 | 45 14.66 | 307 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         18SEP95

254

CONFIDENTIAL
AZ/SER 0055625

H561

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIVEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H9.4   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CHANGE FROM BASELINE IN CGI SEVERITY OF ILLNESS SCORE (LAST
OBSERVATION CARRIED FORWARD)

FOR SECONDARY POPULATION (VIOLATORS, DEVIATORS AND PATIENTS WITH LESS THAN 7 DAYS ON TREATMENT EXCLUDED)

-------------------- VISIT-42 --------------------

SUMMARY STATISTICS FOR RANDCD BY CH6_SEV
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 5.465 | 0.019 |
| 2 | Row Mean Scores Differ | 1 | 5.465 | 0.019 |
| 3 | General Association | 4 | 5.970 | 0.201 |

Total Sample Size = 307

SOURCE CODE:          UB34526.APS.STAT(CMHEXC)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         18SEP95

255

CONFIDENTIAL
AZ/SER 0055626

H562

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.1   ANALYSIS OF VARIANCE SUMMARY TABLE FOR CGI GLOBAL IMPROVEMENT SCORE WITH LAST OBSERVATION
CARRIED FORWARD

CGI GLOBAL IMPROVEMENT SCORE,
DAY 7,

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 22.30 | 1.57 | 0.104 |
| TRT | 2 | 3.00 | 1.15 | 0.3165 |
| ERROR | 583 | 754.50 | | |

CGI GLOBAL IMPROVEMENT SCORE,
DAY 14,

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 58.80 | 3.08 | 0.0005 |
| TRT | 2 | 8.80 | 2.53 | 0.0809 |
| ERROR | 584 | 1014.80 | | |

SOURCE CODE:          UB34526.APS.STAT(ANOVASUM)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

256

CONFIDENTIAL
AZ/SER 0055627

H563

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.1   ANALYSIS OF VARIANCE SUMMARY TABLE FOR CGI GLOBAL IMPROVEMENT SCORE WITH LAST OBSERVATION CARRIED FORWARD

CGI GLOBAL IMPROVEMENT SCORE,
DAY 21,

| SOURCE: | DF | SS | F | P |
|---------|-----|---------|------|--------|
| CTR | 11 | 74.40 | 3.26 | 0.0002 |
| TRT | 2 | 4.50 | 1.09 | 0.3379 |
| ERROR | 584 | 1210.10 | | |

CGI GLOBAL IMPROVEMENT SCORE,
DAY 28,

| SOURCE: | DF | SS | F | P |
|---------|-----|---------|------|--------|
| CTR | 11 | 96.20 | 3.82 | <.0001 |
| TRT | 2 | 12.60 | 2.75 | 0.0647 |
| ERROR | 584 | 1337.30 | | |

SOURCE CODE:          UB34526.APS.STAT(ANOVASUM)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055628

H564

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.1   ANALYSIS OF VARIANCE SUMMARY TABLE FOR CGI GLOBAL IMPROVEMENT SCORE WITH LAST OBSERVATION CARRIED FORWARD

CGI GLOBAL IMPROVEMENT SCORE, DAY 35,

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 121.00 | 4.62 | <.0001 |
| TRT | 2 | 12.00 | 2.52 | 0.0817 |
| ERROR | 584 | 1391.30 | | |

CGI GLOBAL IMPROVEMENT SCORE, DAY 42,

| SOURCE: | DF | SS | F | P |
|---|---|---|---|---|
| CTR | 11 | 127.40 | 4.59 | <.0001 |
| TRT | 2 | 13.50 | 2.67 | 0.0703 |
| ERROR | 584 | 1472.80 | | |

SOURCE CODE:          UB345Z6.APS.STAT(ANOVASUV)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055629

H565

S0077LL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT-7

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)          GLOB(GLOBAL IMPROVEMENT)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 1<br>0.25<br>0.51<br>100.00 | 2<br>0.50<br>1.03<br>66.67 | 20<br>5.01<br>10.26<br>62.50 | 60<br>15.04<br>30.77<br>50.00 | 71<br>17.79<br>36.41<br>44.94 | 23<br>5.76<br>11.79<br>53.49 | 14<br>3.51<br>7.18<br>38.89 | 4<br>1.00<br>2.05<br>66.67 | 195<br>48.87 |
| 450 (TID) MG | 0<br>0.00<br>0.00<br>0.00 | 1<br>0.25<br>0.49<br>33.33 | 12<br>3.01<br>5.88<br>37.50 | 60<br>15.04<br>29.41<br>50.00 | 87<br>21.80<br>42.65<br>55.06 | 20<br>5.01<br>9.80<br>46.51 | 22<br>5.51<br>10.78<br>61.11 | 2<br>0.50<br>0.98<br>33.33 | 204<br>51.13 |
| Total | 1<br>0.25 | 3<br>0.75 | 32<br>8.02 | 120<br>30.08 | 158<br>39.60 | 43<br>10.78 | 36<br>9.02 | 6<br>1.50 | 399<br>100.00 |

SOURCE CODE:            UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

259

CONFIDENTIAL
AZ/SER 0055630