H566

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------------- VISIT=7 -------------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 1.935 | 0.164 |
| 2 | Row Mean Scores Differ | 1 | 1.935 | 0.164 |
| 3 | General Association | 7 | 7.225 | 0.406 |

Total Sample Size = 399

SOURCE CODE:        UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES: WIS.SRCH55.D2821
DATE PRINTED:       26JUN95

260

CONFIDENTIAL
AZ/SER 0055631

H567

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------ VISIT=14 ------

TABLE OF RANDCD BY GLOB

GLOB (GLOBAL IMPROVEMENT)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 6 1.50 3.08 75.00 | 32 8.00 16.41 59.26 | 74 18.50 37.95 49.01 | 41 10.25 21.03 44.09 | 18 4.50 9.23 46.15 | 19 4.75 9.74 42.22 | 5 1.25 2.56 50.00 | 195 48.75 |
| 450 (TID) MG | 2 0.50 0.98 25.00 | 22 5.50 10.73 40.74 | 77 19.25 37.56 50.99 | 52 13.00 25.37 55.91 | 21 5.25 10.24 53.85 | 26 6.50 12.68 57.78 | 5 1.25 2.44 50.00 | 205 51.25 |
| Total | 8 2.00 | 54 13.50 | 151 37.75 | 93 23.25 | 39 9.75 | 45 11.25 | 10 2.50 | 400 100.00 |

SOURCE CODE:        UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES: VIS.SRCR55.D2821
DATE PRINTED:       26JUN95

CONFIDENTIAL
AZ/SER 0055632

H568

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------------ VISIT=14 ------------

SUMMARY STATISTICS FOR HANUCU BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 3.586 | 0.058 |
| 2 | Row Mean Scores Differ | 1 | 3.586 | 0.058 |
| 3 | General Association | 6 | 6.324 | 0.388 |

Total Sample Size = 400

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

262

CONFIDENTIAL
AZ/SER 0055633

478

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.2    ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WHO COMPLETED DAY 42

ALT/SGPT (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SLOPE | | SLOPE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| 450 (BID) SER | 98 | -0.0376 | 0.7388 | -0.0376 | 0.0591 | | | | | |
| 450 (TID) SER | 111 | 0.0460 | 0.5545 | 0.0460 | 0.0556 | | | | | |
| 50 (BID) SER | 92 | -0.0458 | 0.4107 | -0.0458 | 0.0610 | | | | | |
| 450(B) v 450(T) | | | | | | -0.0836 | 0.0811 | -0.2433 | 0.0761 | 0.3038 |
| 450(B) v 50(B) | | | | | | 0.0082 | 0.0850 | -0.1590 | 0.1754 | 0.9232 |
| 450(T) v 50(B) | | | | | | 0.0918 | 0.0825 | -0.0706 | 0.2542 | 0.267 |

SOURCE CODE:         XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050981

H569

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

----- VISIT=21 -----

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 7 1.75 3.59 63.64 | 41 10.25 21.03 48.24 | 62 15.50 31.79 51.24 | 42 10.50 21.54 47.19 | 15 3.75 7.69 46.88 | 23 5.75 11.79 44.23 | 5 1.25 2.56 50.00 | 195 48.75 |
| 450 (TID) MG | 4 1.00 1.95 36.36 | 44 11.00 21.46 51.76 | 59 14.75 28.78 48.76 | 47 11.75 22.93 52.81 | 17 4.25 8.29 53.13 | 29 7.25 14.15 55.77 | 5 1.25 2.44 50.00 | 205 51.25 |
| Total | 11 2.75 | 85 21.25 | 121 30.25 | 89 22.25 | 32 8.00 | 52 13.00 | 10 2.50 | 400 100.00 |

SOURCE CODE:         UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:  MIS.SRCH55.02821
DATE PRINTED:        26JUN95

263

CONFIDENTIAL
AZ/SER 0055634

H570

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------ VISIT=21 ------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|-------|
| 1 | Nonzero Correlation | 1 | 0.736 | 0.391 |
| 2 | Row Mean Scores Differ | 1 | 0.736 | 0.391 |
| 3 | General Association | 6 | 1.886 | 0.930 |

Total Sample Size = 400

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   VIS.SRCH55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055635

H571

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT=28

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 13 / 3.25 / 6.67 / 56.52 | 38 / 9.50 / 19.49 / 46.34 | 61 / 15.25 / 31.28 / 52.59 | 39 / 9.75 / 20.00 / 48.15 | 15 / 3.75 / 7.69 / 44.12 | 24 / 6.00 / 12.31 / 44.44 | 5 / 1.25 / 2.56 / 50.00 | 195 / 48.75 |
| 450 (TID) MG | 10 / 2.50 / 4.88 / 43.48 | 44 / 11.00 / 21.46 / 53.66 | 55 / 13.75 / 26.83 / 47.41 | 42 / 10.50 / 20.49 / 51.85 | 19 / 4.75 / 9.27 / 55.88 | 30 / 7.50 / 14.63 / 55.56 | 5 / 1.25 / 2.44 / 50.00 | 205 / 51.25 |
| Total | 23 / 5.75 | 82 / 20.50 | 116 / 29.00 | 81 / 20.25 | 34 / 8.50 | 54 / 13.50 | 10 / 2.50 | 400 / 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055636

H572

S0077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------------ VISIT=28 -------------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 0.640 | 0.424 |
| 2 | Row Mean Scores Differ | 1 | 0.640 | 0.424 |
| 3 | General Association | 6 | 2.293 | 0.891 |

Total Sample Size = 400

SOURCE CODE:          U934526.APS.STAT(CMH)
SAS DATA LIBRARIES:   VIS.SRCH55.D2821
DATE PRINTED:         26JUN95

266

CONFIDENTIAL
AZ/SER 0055637

H573

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=35 ------

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

| RANDCD(TREATMENT) Frequency Percent Row Pct Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 16 4.00 8.21 53.33 | 39 9.75 20.00 44.32 | 59 14.75 30.26 56.19 | 37 9.25 18.97 46.84 | 15 3.75 7.69 44.12 | 24 6.00 12.31 44.44 | 5 1.25 2.56 50.00 | 195 48.75 |
| 450 (TID) MG | 14 3.50 6.83 46.67 | 49 12.25 23.90 55.68 | 46 11.50 22.44 43.81 | 42 10.50 20.49 53.16 | 19 4.75 9.27 55.88 | 30 7.50 14.63 55.56 | 5 1.25 2.44 50.00 | 205 51.25 |
| Total | 30 7.50 | 88 22.00 | 105 26.25 | 79 19.75 | 34 8.50 | 54 13.50 | 10 2.50 | 400 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   1IS.SMCRH55.D2821
DATE PRINTED:         26JUN95

267

CONFIDENTIAL
AZ/SER 0055638

H574

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

---------- VISIT-35 ----------

SUMMARY STATISTICS FOR HANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.414 | 0.520 |
| 2 | Row Mean Scores Differ | 1 | 0.414 | 0.520 |
| 3 | General Association | 6 | 4.243 | 0.644 |

Total Sample Size = 400

SOURCE CODE:        U834526.APS.STAT(CMH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

268

CONFIDENTIAL
AZ/SER 0055639

H575

5077LL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------ VISIT=42 ------

TABLE OF RANDCD BY GLOB

GLOB (GLOBAL IMPROVEMENT)

| RANDCD (TREATMENT) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Frequency<br>Percent<br>Row Pct<br>Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
| 450 (BID) MG | 17<br>4.25<br>8.72<br>47.22 | 39<br>9.75<br>20.00<br>43.33 | 60<br>15.00<br>30.77<br>62.50 | 34<br>8.50<br>17.44<br>43.59 | 14<br>3.50<br>7.18<br>42.42 | 26<br>6.50<br>13.33<br>45.61 | 5<br>1.25<br>2.56<br>50.00 | 195<br>48.75 |
| 450 (TID) MG | 19<br>4.75<br>9.27<br>52.78 | 51<br>12.75<br>24.88<br>56.67 | 36<br>9.00<br>17.56<br>37.50 | 44<br>11.00<br>21.46<br>56.41 | 19<br>4.75<br>9.27<br>57.58 | 31<br>7.75<br>15.12<br>54.39 | 5<br>1.25<br>2.44<br>50.00 | 205<br>51.25 |
| Total | 36<br>9.00 | 90<br>22.50 | 96<br>24.00 | 78<br>19.50 | 33<br>8.25 | 57<br>14.25 | 10<br>2.50 | 400<br>100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055640

H576

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

---------------- VISIT=42 ----------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.200 | 0.655 |
| 2 | Row Mean Scores Differ | 1 | 0.200 | 0.655 |
| 3 | General Association | 6 | 9.885 | 0.130 |

Total Sample Size = 400

SOURCE CODE:         UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:  MIS.SRCH55.D2821
DATE PRINTED:        26JUN95

270

CONFIDENTIAL
AZ/SER 0055641

H577

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=7 ------

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)   GLOB(GLOBAL IMPROVEMENT)

| Frequency / Percent / Row Pct / Col Pct | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 1 / 0.25 / 0.51 / 100.00 | 2 / 0.51 / 1.03 / 66.67 | 20 / 5.09 / 10.26 / 57.14 | 60 / 15.27 / 30.77 / 50.85 | 71 / 18.07 / 36.41 / 46.10 | 23 / 5.85 / 11.79 / 57.50 | 14 / 3.56 / 7.18 / 41.18 | 4 / 1.02 / 2.05 / 50.00 | 195 / 49.62 |
| 50 (BID) MG | 0 / 0.00 / 0.00 / 0.00 | 1 / 0.25 / 0.51 / 33.33 | 15 / 3.82 / 7.58 / 42.86 | 58 / 14.76 / 29.29 / 49.15 | 83 / 21.12 / 41.92 / 53.90 | 17 / 4.33 / 8.59 / 42.50 | 20 / 5.09 / 10.10 / 58.82 | 4 / 1.02 / 2.02 / 50.00 | 198 / 50.38 |
| Total | 1 / 0.25 | 3 / 0.76 | 35 / 8.91 | 118 / 30.03 | 154 / 39.19 | 40 / 10.18 | 34 / 8.65 | 8 / 2.04 | 393 / 100.00 |

SOURCE CODE:            UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:     MIS.SRCH55.D2821
DATE PRINTED:           26JUN95

CONFIDENTIAL
AZ/SER 0055642

H578

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

--------- VISIT=7 ---------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|-----------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 1.343 | 0.246 |
| 2 | Row Mean Scores Differ | 1 | 1.343 | 0.246 |
| 3 | General Association | 7 | 4.978 | 0.663 |

Total Sample Size = 393

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCR55.O2821
DATE PRINTED:         26JUN95

272

CONFIDENTIAL
AZ/SER 0055643

479

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.2    ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WHO COMPLETED DAY 42

BILIRUBIN, TOTAL (UMOL/L)

| TREATMENT | SUMMARY STATISTICS | | | | ANALYSIS OF VARIANCE MODEL | | | | |
| | | SLOPE | | SLOPE | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 (BID) SER | 98 | -0.0033 | 0.0658 | -0.0033 | 0.0085 | | | | | |
| 450 (TID) SER | 111 | -0.0115 | 0.0957 | -0.0115 | 0.0080 | | | | | |
| 50 (BID) SER | 92 | 0.0159 | 0.0867 | 0.0159 | 0.0088 | | | | | |
| 450(B) V 450(T) | | | | | | 0.0082 | 0.0117 | -0.0147 | 0.0312 | 0.4811 |
| 450(B) V 50(B) | | | | | | -0.0192 | 0.0122 | -0.0432 | 0.0049 | 0.1173 |
| 450(T) V 50(B) | | | | | | -0.0274 | 0.0119 | -0.0508 | -0.0041 | 0.0215 |

SOURCE CODE:         XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        30NOV95

SD     = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE     = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL    = LOWER 95% CONFIDENCE LIMIT
UCL    = UPPER 95% CONFIDENCE LIMIT

CONFIDENTIAL
AZ/SER 0050982

H579

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------- VISIT=14 -------

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 6<br>1.53<br>3.08<br>85.71 | 32<br>8.14<br>16.41<br>50.00 | 74<br>18.83<br>37.95<br>54.01 | 41<br>10.43<br>21.03<br>47.13 | 18<br>4.58<br>9.23<br>42.86 | 19<br>4.83<br>9.74<br>41.30 | 5<br>1.27<br>2.56<br>50.00 | 195<br>49.62 |
| 50 (BID) MG | 1<br>0.25<br>0.51<br>14.29 | 32<br>8.14<br>16.16<br>50.00 | 63<br>16.03<br>31.82<br>45.99 | 46<br>11.70<br>23.23<br>52.87 | 24<br>6.11<br>12.12<br>57.14 | 27<br>6.87<br>13.64<br>58.70 | 5<br>1.27<br>2.53<br>50.00 | 198<br>50.38 |
| Total | 7<br>1.78 | 64<br>16.28 | 137<br>34.86 | 87<br>22.14 | 42<br>10.69 | 46<br>11.70 | 10<br>2.54 | 393<br>100.00 |

SOURCE CODE:           U334526.APS.STAT(CMH)
SAS DATA LIBRARIES:    WIS.SRCH55.D2021
DATE PRINTED:          26JUN95

273

CONFIDENTIAL
AZ/SER 0055644

H580

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------ VISIT=14 ------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 3.800 | 0.051 |
| 2 | Row Mean Scores Differ | 1 | 3.800 | 0.051 |
| 3 | General Association | 6 | 7.821 | 0.252 |

Total Sample Size = 393

SOURCE CODE:           U834526.APS.STAT(CMH)
SAS DATA LIBRARIES:    MTS.SRGR55.D2821
DATE PRINTED:          26JUN95

274

CONFIDENTIAL
AZ/SER 0055645

H581

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT=21

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)        GLOB(GLOBAL IMPROVEMENT)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 7<br>1.78<br>3.59<br>70.00 | 41<br>10.43<br>21.03<br>47.67 | 62<br>15.78<br>31.79<br>52.10 | 42<br>10.69<br>21.54<br>55.26 | 15<br>3.82<br>7.69<br>41.67 | 23<br>5.85<br>11.79<br>42.59 | 5<br>1.27<br>2.56<br>41.67 | 195<br>49.62 |
| 50 (BID) MG | 3<br>0.76<br>1.52<br>30.00 | 45<br>11.45<br>22.73<br>52.33 | 57<br>14.50<br>28.79<br>47.90 | 34<br>8.65<br>17.17<br>44.74 | 21<br>5.34<br>10.61<br>58.33 | 31<br>7.89<br>15.66<br>57.41 | 7<br>1.78<br>3.54<br>58.33 | 198<br>50.38 |
| Total | 10<br>2.54 | 86<br>21.88 | 119<br>30.28 | 76<br>19.34 | 36<br>9.16 | 54<br>13.74 | 12<br>3.05 | 393<br>100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

275

CONFIDENTIAL
AZ/SER 0055646

H582

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

------ VISIT=21 ------

SUMMARY STATISTICS FOR RANDCO BY GLOB
CONTROLLING FOR CTR

Cochran Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 2.105 | 0.147 |
| 2 | Row Mean Scores Differ | 1 | 2.105 | 0.147 |
| 3 | General Association | 6 | 6.068 | 0.416 |

Total Sample Size = 393

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

276

CONFIDENTIAL
AZ/SER 0055647

H583

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=28 ------

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

Frequency
Percent
Row Pct
Col Pct

| RANDCD(TREATMENT) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 13<br>3.31<br>6.67<br>68.42 | 38<br>9.67<br>19.49<br>44.71 | 61<br>15.52<br>31.28<br>59.22 | 39<br>9.92<br>20.00<br>51.32 | 15<br>3.82<br>7.69<br>42.86 | 24<br>6.11<br>12.31<br>38.71 | 5<br>1.27<br>2.56<br>38.46 | 195<br>49.62 |
| 50 (BID) MG | 6<br>1.53<br>3.03<br>31.58 | 47<br>11.96<br>23.74<br>55.29 | 42<br>10.69<br>21.21<br>40.78 | 37<br>9.41<br>18.69<br>48.68 | 20<br>5.09<br>10.10<br>57.14 | 38<br>9.67<br>19.19<br>61.29 | 8<br>2.04<br>4.04<br>61.54 | 198<br>50.38 |
| Total | 19<br>4.83 | 85<br>21.63 | 103<br>26.21 | 76<br>19.34 | 35<br>8.91 | 62<br>15.78 | 13<br>3.31 | 393<br>100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055648

H584

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

----------------- VISIT=28 -----------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|--------|-------|
| 1 | Nonzero Correlation | 1 | 5.160 | 0.023 |
| 2 | Row Mean Scores Differ | 1 | 5.160 | 0.023 |
| 3 | General Association | 6 | 12.484 | 0.052 |

Total Sample Size = 393

SOURCE CODE:        UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES: MTS.SRCH55.D2821
DATE PRINTED:       26JUN95

278

CONFIDENTIAL
AZ/SER 0055649

H585

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT=35

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)   GLOB(GLOBAL IMPROVEMENT)

| Frequency Percent Row Pct Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 16 4.07 8.21 61.54 | 39 9.92 20.00 46.99 | 59 15.01 30.26 55.66 | 37 9.41 18.97 53.62 | 15 3.82 7.69 44.12 | 24 6.11 12.31 38.71 | 5 1.27 2.56 38.46 | 195 49.62 |
| 50 (BID) MG | 10 2.54 5.05 38.46 | 44 11.20 22.22 53.01 | 47 11.96 23.74 44.34 | 32 8.14 16.16 46.38 | 19 4.83 9.60 55.88 | 38 9.67 19.19 61.29 | 8 2.04 4.04 61.54 | 198 50.38 |
| Total | 26 6.62 | 83 21.12 | 106 26.97 | 69 17.56 | 34 8.65 | 62 15.78 | 13 3.31 | 393 100.00 |

SOURCE CODE:            U834526.APS.STAT(CMH)
SAS DATA LIBRARIES:     MIS.SRCH55.D2821
DATE PRINTED:           26JUN95

279

CONFIDENTIAL
AZ/SER 0055650

H586

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------- VISIT=35 -------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 4.710 | 0.030 |
| 2 | Row Mean Scores Differ | 1 | 4.710 | 0.030 |
| 3 | General Association | 6 | 8.676 | 0.193 |

Total Sample Size = 393

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MTS.SRCH55.O2821
DATE PRINTED:         26JUN95

280

CONFIDENTIAL
AZ/SER 0055651

H587

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2    COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------------------------------- VISIT=42 -------------------------------

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (BID) MG | 17 / 4.33 / 8.72 / 50.00 | 39 / 9.92 / 20.00 / 52.70 | 60 / 15.27 / 30.77 / 56.60 | 34 / 8.65 / 17.44 / 50.75 | 14 / 3.56 / 7.18 / 41.18 | 26 / 6.62 / 13.33 / 40.00 | 5 / 1.27 / 2.56 / 38.46 | 195 / 49.62 |
| 50 (BID) MG | 17 / 4.33 / 8.59 / 50.00 | 35 / 8.91 / 17.68 / 47.30 | 46 / 11.70 / 23.23 / 43.40 | 33 / 8.40 / 16.67 / 49.25 | 20 / 5.09 / 10.10 / 58.82 | 39 / 9.92 / 19.70 / 60.00 | 8 / 2.04 / 4.04 / 61.54 | 198 / 50.38 |
| Total | 34 / 8.65 | 74 / 18.83 | 106 / 26.97 | 67 / 17.05 | 34 / 8.65 | 65 / 16.54 | 13 / 3.31 | 393 / 100.00 |

SOURCE CODE:              UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:       MTS.SRCR55.D2821
DATE PRINTED:             26JUN95

CONFIDENTIAL
AZ/SER 0055652

H588

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

-------------- VISIT=42 --------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 4.834 | 0.028 |
| 2 | Row Mean Scores Differ | 1 | 4.834 | 0.028 |
| 3 | General Association | 6 | 7.291 | 0.295 |

Total Sample Size = 393

SOURCE CODE:            UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

282

CONFIDENTIAL
AZ/SER 0055653

480

5077L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.9.2   ANALYSIS OF SLOPES FOR SERUM CHEMISTRY TESTS FOR PATIENTS WHO COMPLETED DAY 42

ALKALINE PHOSPHATASE (U/L)

| TREATMENT | SUMMARY STATISTICS | | | | | ANALYSIS OF VARIANCE MODEL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SLOPE | | SLOPE | | DIFFERENCE BETWEEN TREATMENTS | | | | |
| | N | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| 450 (BID) SER | 98 | 0.0260 | 0.6378 | 0.0260 | 0.0629 | | | | | |
| 450 (TID) SER | 111 | 0.0889 | 0.5980 | 0.0889 | 0.0591 | | | | | |
| 50 (BID) SER | 91 | 0.0042 | 0.6346 | 0.0042 | 0.0652 | | | | | |
| 450(B) V 450(T) | | | | | | -0.0630 | 0.0863 | -0.2327 | 0.1068 | 0.4661 |
| 450(B) V 50(B) | | | | | | 0.0218 | 0.0906 | -0.1566 | 0.2001 | 0.8103 |
| 450(T) V 50(B) | | | | | | 0.0847 | 0.0880 | -0.0885 | 0.2579 | 0.3366 |

SOURCE CODE:       XLU602.PROD.PHASEIII(CHEW)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:      30NOV95

SD   = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE   = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL  = LOWER 95% CONFIDENCE LIMIT
UCL  = UPPER 95% CONFIDENCE LIMIT

216 CONFIDENTIAL
AZ/SER 0050983

H589

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

-------- VISIT=7 --------

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

Frequency
Percent
Row Pct
Col Pct

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 1<br>0.25<br>0.49<br>50.00 | 12<br>2.99<br>5.88<br>44.44 | 60<br>14.93<br>29.41<br>50.85 | 87<br>21.64<br>42.65<br>51.18 | 20<br>4.98<br>9.80<br>54.05 | 22<br>5.47<br>10.78<br>52.38 | 2<br>0.50<br>0.98<br>33.33 | 204<br>50.75 |
| 50 (BID) MG | 1<br>0.25<br>0.51<br>50.00 | 15<br>3.73<br>7.58<br>55.56 | 58<br>14.43<br>29.29<br>49.15 | 83<br>20.65<br>41.92<br>48.82 | 17<br>4.23<br>8.59<br>45.95 | 20<br>4.98<br>10.10<br>47.62 | 4<br>1.00<br>2.02<br>66.67 | 198<br>49.25 |
| Total | 2<br>0.50 | 27<br>6.72 | 118<br>29.35 | 170<br>42.29 | 37<br>9.20 | 42<br>10.45 | 6<br>1.49 | 402<br>100.00 |

SOURCE CODE:           UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:    VIS.SRGR55.D2821
DATE PRINTED:          26JUN95

CONFIDENTIAL
AZ/SER 0055654

H590

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED
FORWARD)

-------------- VISIT=7 --------------

SUMMARY STATISTICS FOR RANDCO BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.061 | 0.805 |
| 2 | Row Mean Scores Differ | 1 | 0.061 | 0.805 |
| 3 | General Association | 6 | 1.412 | 0.965 |

Total Sample Size = 402

SOURCE CODE:            UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

284

CONFIDENTIAL
AZ/SER 0055655

H591

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=14 ------

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)      GLOB(GLOBAL IMPROVEMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 2 / 0.50 / 0.98 / 66.67 | 22 / 5.46 / 10.73 / 40.74 | 77 / 19.11 / 37.56 / 55.00 | 52 / 12.90 / 25.37 / 53.06 | 21 / 5.21 / 10.24 / 46.67 | 26 / 6.45 / 12.68 / 49.06 | 5 / 1.24 / 2.44 / 50.00 | 205 / 50.87 |
| 50 (BID) MG | 1 / 0.25 / 0.51 / 33.33 | 32 / 7.94 / 16.16 / 59.26 | 63 / 15.63 / 31.82 / 45.00 | 46 / 11.41 / 23.23 / 46.94 | 24 / 5.96 / 12.12 / 53.33 | 27 / 6.70 / 13.64 / 50.94 | 5 / 1.24 / 2.53 / 50.00 | 198 / 49.13 |
| Total | 3 / 0.74 | 54 / 13.40 | 140 / 34.74 | 98 / 24.32 | 45 / 11.17 | 53 / 13.15 | 10 / 2.48 | 403 / 100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCH55.D2821
DATE PRINTED:         26JUN95

285

CONFIDENTIAL
AZ/SER 0055656

H592

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

-------------------- VISIT=14 --------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|----|----|
| 1 | Nonzero Correlation | 1 | 0.024 | 0.877 |
| 2 | Row Mean Scores Differ | 1 | 0.024 | 0.877 |
| 3 | General Association | 6 | 4.670 | 0.587 |

Total Sample Size = 403

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

286

CONFIDENTIAL
AZ/SER 0055657

H593

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=21 ------

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)     GLOB(GLOBAL IMPROVEMENT)

| Frequency<br>Percent<br>Row Pct<br>Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 4<br>0.99<br>1.95<br>57.14 | 44<br>10.92<br>21.46<br>49.44 | 59<br>14.64<br>28.78<br>50.86 | 47<br>11.66<br>22.93<br>58.02 | 17<br>4.22<br>8.29<br>44.74 | 29<br>7.20<br>14.15<br>48.33 | 5<br>1.24<br>2.44<br>41.67 | 205<br>50.87 |
| 50 (BID) MG | 3<br>0.74<br>1.52<br>42.86 | 45<br>11.17<br>22.73<br>50.56 | 57<br>14.14<br>28.79<br>49.14 | 34<br>8.44<br>17.17<br>41.98 | 21<br>5.21<br>10.61<br>55.26 | 31<br>7.69<br>15.66<br>51.67 | 7<br>1.74<br>3.54<br>58.33 | 198<br>49.13 |
| Total | 7<br>1.74 | 89<br>22.08 | 116<br>28.78 | 81<br>20.10 | 38<br>9.43 | 60<br>14.89 | 12<br>2.98 | 403<br>100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055658

H594

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

-------------------------- VISIT=21 --------------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|-------|-------|
| 1 | Nonzero Correlation | 1 | 0.435 | 0.509 |
| 2 | Row Mean Scores Differ | 1 | 0.435 | 0.509 |
| 3 | General Association | 6 | 3.387 | 0.759 |

Total Sample Size = 403

SOURCE CODE:          U834526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

288

CONFIDENTIAL
AZ/SER 0055659

H595

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT=28

TABLE OF RANDCD BY GLOB

RANDCD(TREATMENT)          GLOB(GLOBAL IMPROVEMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 10<br>2.48<br>4.88<br>62.50 | 44<br>10.92<br>21.46<br>48.35 | 55<br>13.65<br>26.83<br>56.70 | 42<br>10.42<br>20.49<br>53.16 | 19<br>4.71<br>9.27<br>48.72 | 30<br>7.44<br>14.63<br>44.12 | 5<br>1.24<br>2.44<br>38.46 | 205<br>50.87 |
| 50 (BID) MG | 6<br>1.49<br>3.03<br>37.50 | 47<br>11.66<br>23.74<br>51.65 | 42<br>10.42<br>21.21<br>43.30 | 37<br>9.18<br>18.69<br>46.84 | 20<br>4.96<br>10.10<br>51.28 | 38<br>9.43<br>19.19<br>55.88 | 8<br>1.99<br>4.04<br>61.54 | 198<br>49.13 |
| Total | 16<br>3.97 | 91<br>22.58 | 97<br>24.07 | 79<br>19.60 | 39<br>9.68 | 68<br>16.87 | 13<br>3.23 | 403<br>100.00 |

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRGR55.D2821
DATE PRINTED:         26JUN95

CONFIDENTIAL
AZ/SER 0055660

H596

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

------ VISIT=28 ------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 2.430 | 0.119 |
| 2 | Row Mean Scores Differ | 1 | 2.430 | 0.119 |
| 3 | General Association | 6 | 5.314 | 0.504 |

Total Sample Size = 403

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MIS.SRCR55.O2821
DATE PRINTED:         26JUN95

290

CONFIDENTIAL
AZ/SER 0055661

H597

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT-35

TABLE OF RANDCD BY GLOB

GLOB(GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

Frequency
Percent
Row Pct
Col Pct

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 14 | 49 | 46 | 42 | 19 | 30 | 5 | 205 |
| | 3.47 | 12.16 | 11.41 | 10.42 | 4.71 | 7.44 | 1.24 | 50.87 |
| | 6.83 | 23.90 | 22.44 | 20.49 | 9.27 | 14.63 | 2.44 | |
| | 58.33 | 52.69 | 49.46 | 56.76 | 50.00 | 44.12 | 38.46 | |
| 50 (BID) MG | 10 | 44 | 47 | 32 | 19 | 38 | 8 | 198 |
| | 2.48 | 10.92 | 11.66 | 7.94 | 4.71 | 9.43 | 1.99 | 49.13 |
| | 5.05 | 22.22 | 23.74 | 16.16 | 9.60 | 19.19 | 4.04 | |
| | 41.67 | 47.31 | 50.54 | 43.24 | 50.00 | 55.88 | 61.54 | |
| Total | 24 | 93 | 93 | 74 | 38 | 68 | 13 | 403 |
| | 5.96 | 23.08 | 23.08 | 18.36 | 9.43 | 16.87 | 3.23 | 100.00 |

SOURCE CODE:           UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:    MIS.SNCR55.D2821
DATE PRINTED:          26JUN95

291

CONFIDENTIAL
AZ/SER 0055662

H598

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2  COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

--- VISIT=35 ---

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 2.385 | 0.123 |
| 2 | Row Mean Scores Differ | 1 | 2.385 | 0.123 |
| 3 | General Association | 6 | 5.054 | 0.537 |

Total Sample Size = 403

SOURCE CODE:        UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES: MTS.SRCH55.D2821
DATE PRINTED:       26JUN95

292

CONFIDENTIAL
AZ/SER 0055663

14

Completed record forms and all documentation pertaining to the study will be kept at ZENECA
in the Central Records Management Unit for at least 15 years or for as long as the drug is
available for human consumption, whichever is the longer.

## 2.8     Statistical considerations

### 2.8.1     Power

The sample size required for this study was determined in order to satisfy both objectives of the
study, namely, the comparisons of SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) with
SEROQUEL 50 mg (bid), and the comparison of SEROQUEL 450 mg (bid) with SEROQUEL
450 mg (tid).

The minimum clinically meaningful difference between treatment groups in mean changes from
baseline in BPRS total score was defined as 6. To detect this difference between each of the
SEROQUEL 450 mg treatment groups and the SEROQUEL 50 mg (bid) group with 90% power
and two-sided alpha = 0.05, approximately 170 patients per treatment group were required.
The variance estimate (289; n=101) for this calculation came from a European trial
(204,636/0007) which compared changes from baseline in BPRS total score for subjects
randomly allocated to either SEROQUEL or chlorpromazine.

The comparison of the two SEROQUEL 450 mg groups assessed the comparability or
equivalence of the two treatment regimens. As such, sample size requirements were based on
confidence interval construction rather than a formal hypothesis test. If a minimum clinically
meaningful difference between changes from baseline in total BPRS score were defined as 6,
then the sample size should be sufficient to ensure that a 95% confidence interval for this
difference would lie between -6 and +6 with a high degree of certainty. A sample size of 170
subjects per treatment group would provide 80% power to obtain such a confidence interval.

### 2.8.2     Methods of analysis

The disposition of all patients screened for entry into the study was tabulated, together with the
reasons for non-qualification. The disposition of all randomised patients was tabulated by
treatment and by study day, and included frequency distributions of reasons for withdrawal
from the study.  Proportions of patients completing the study were compared using a
Cochran-Mantel-Haenszel chi-square test.

The number of randomised patients was tabulated by treatment group for each country and for
each centre within a country.  The pooling strategy used for centres with insufficient numbers
(less than two patients per treatment group) is discussed in the efficacy methods section.

Demographic (age, sex, race) and other patient characteristics at baseline (diagnosis,
psychiatric history data, baseline efficacy and neurological assessments) were tabulated by
treatment group using descriptive statistics or frequency distributions as appropriate. Baseline
characteristics were compared among treatment groups using analysis of variance for
continuous measures and Cochran-Mantel-Haenszel chi-square tests for categorical measures.
Country effects were included in all analyses.  Statistical significance was defined as $p \leq 0.05$.
Marginal statistical significance was defined as a $0.05 < p \leq 0.10$.  All tests were two-sided.

50

CONFIDENTIAL
AZ/SER 0050516

481

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

TSH, HIGHLY SENSITIVE (MIU/L)

| 450 MG (BID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 4 | 5 | . | 9 |
| NORMAL | 4 | 135 | 1 | 140 |
| TOTAL | 8 | 140 | 1 | 149 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2B21
DATE PRINTED:        3CNOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

CONFIDENTIAL
AZ/SER 0050984

H599

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

VISIT=42

TABLE OF RANDCD BY GLOB

GLOB (GLOBAL IMPROVEMENT)

RANDCD(TREATMENT)

| Frequency / Percent / Row Pct / Col Pct | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| 450 (TID) MG | 19 / 4.71 / 9.27 / 52.78 | 51 / 12.66 / 24.88 / 59.30 | 36 / 8.93 / 17.56 / 43.90 | 44 / 10.92 / 21.46 / 57.14 | 19 / 4.71 / 9.27 / 48.72 | 31 / 7.69 / 15.12 / 44.29 | 5 / 1.24 / 2.44 / 38.46 | 205 / 50.87 |
| 50 (BID) MG | 17 / 4.22 / 8.59 / 47.22 | 35 / 8.68 / 17.68 / 40.70 | 46 / 11.41 / 23.23 / 56.10 | 33 / 8.19 / 16.67 / 42.86 | 20 / 4.96 / 10.10 / 51.28 | 39 / 9.68 / 19.70 / 55.71 | 8 / 1.99 / 4.04 / 61.54 | 198 / 49.13 |
| Total | 36 / 8.93 | 86 / 21.34 | 82 / 20.35 | 77 / 19.11 | 39 / 9.68 | 70 / 17.37 | 13 / 3.23 | 403 / 100.00 |

SOURCE CODE:         U834526.APS.STAT(CMH)
SAS DATA LIBRARIES:  MIS.SNCR55.D2821
DATE PRINTED:        26JUN95

293

CONFIDENTIAL
AZ/SER 0055664

H600

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.2   COCHRAN-MANTEL-HAENSZEL ANALYSIS OF CGI GLOBAL IMPROVEMENT SCORE (LAST OBSERVATION CARRIED FORWARD)

-------------------- VISIT=42 --------------------

SUMMARY STATISTICS FOR RANDCD BY GLOB
CONTROLLING FOR CTR

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 2.937 | 0.087 |
| 2 | Row Mean Scores Differ | 1 | 2.937 | 0.087 |
| 3 | General Association | 6 | 8.343 | 0.214 |

Total Sample Size = 403

SOURCE CODE:          UB34526.APS.STAT(CMH)
SAS DATA LIBRARIES:   MTS.SRCH55.D2821
DATE PRINTED:         26JUN95

294

CONFIDENTIAL
AZ/SER 0055665

H601

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

-------------- STUDY DAY-7 --------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 37498.5000 | 39000.0 | 1097.39498 | 192.300000 |
| 450 (TID | 204 | 42301.5000 | 40800.0 | 1097.39498 | 207.360294 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37498.5        Z= -1.36778        Prob > |Z| = 0.1714

T-Test approx. Significance =   0.1722

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ=  1.8721          DF= 1         Prob > CHISQ=   0.1712

SOURCE CODE:          U834526 APS_STAT(WILRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

295

CONFIDENTIAL
AZ/SER 0055666

H602

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------------ STUDY DAY=14 ------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 36872.5000 | 39097.5000 | 1113.88030 | 189.089744 |
| 450 (TID | 205 | 43327.5000 | 41102.5000 | 1113.88030 | 211.353659 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36872.5          Z= -1.99707          Prob > |Z| =  0.0458

T-Test approx. Significance =   0.0465

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.9901          DF= 1          Prob > CHISQ=   0.0458

SOURCE CODE:           UB34526.APS_STAT(WILRANK)
SAS DATA LIBRARIES:    MIS.SRCR55.02821
DATE PRINTED:          26JUN95

296

CONFIDENTIAL
AZ/SER 0055667

H603

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3  NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------------------------------------ STUDY DAY=21 -------------------------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID | 195 | 38192.5000 | 39097.5000 | 1125.90518 | 195.858974 |
| 450 (TID | 205 | 42207.5000 | 41102.5000 | 1125.90518 | 204.914634 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38192.5          Z= -.803364          Prob > |Z| =  0.4218

T-Test approx. Significance =   0.4222

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.64609          DF= 1          Prob > CHISQ=          0.4215

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

297

CONFIDENTIAL
AZ/SER 0055668

H604

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY-28 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 38292.5000 | 39097.5000 | 1129.72431 | 196.371795 |
| 450 (TID | 205 | 41907.5000 | 41102.5000 | 1129.72431 | 204.426829 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38292.5        Z= -.712121        Prob > |Z| =   0.4764

T-Test approx. Significance =    0.4768

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.50775              DF= 1              Prob > CHISQ=    0.4761

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

298

CONFIDENTIAL
AZ/SER 0055669

H605

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=35 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 38467.5000 | 39097.5000 | 1132.46220 | 197.269231 |
| 450 (TID | 205 | 41732.5000 | 41102.5000 | 1132.46220 | 203.573171 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38467.5

$Z = -.555868$    Prob > $|Z|$ = 0.5783

T-Test approx. Significance = 0.5786

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.30948    DF= 1    Prob > CHISQ= 0.5780

SOURCE CODE:           UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          26JUN95

CONFIDENTIAL
AZ/SER 0055670

H606

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------------- STUDY DAY=42 --------------

### N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID | 195 | 38681.5000 | 39097.5000 | 1134.30225 | 198.366667 |
| 450 (TID | 205 | 41518.5000 | 41102.5000 | 1134.30225 | 202.529268 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 38681.5          Z= -.366304          Prob > |Z| =   0.7141

T-Test approx. Significance =   0.7143

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.13450          DF= 1          Prob > CHISQ=   0.7138

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

300

CONFIDENTIAL
AZ/SER 0055671

H607

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=7 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 37348.0 | 38415.0 | 1074.26500 | 191.528205 |
| 50 (BID) | 198 | 40073.0 | 39006.0 | 1074.26500 | 202.388889 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37348.0          Z= -.992772          Prob > |Z| =   0.3208

T-Test approx. Significance =   0.3214

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.98652          DF= 1          Prob > CHISQ=   0.3206

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   VIS.SRCR55.D2821
DATE PRINTED:         26JUN95

301

CONFIDENTIAL
AZ/SER 0055672

H608

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3  NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

---------- STUDY DAY=14 ----------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID | 195 | 36469.0 | 38415.0 | 1091.40441 | 187.020513 |
| 50 (BID) | 198 | 40952.0 | 39006.0 | 1091.40441 | 206.828283 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36469.0          Z= -1.78257          Prob > |Z| =   0.0747

T-Test approx Significance =   0.0754

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.1792          DF= 1          Prob > CHISQ=   0.0746

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  VIS.SRCR55.D2821
DATE PRINTED:       26JUN95

302

CONFIDENTIAL
AZ/SER 0055673

482

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

FREE T-4 (NMOL/L)

| 450 MG (BID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 5 | 2 | . | 7 |
| NORMAL | 19 | 124 | . | 143 |
| TOTAL | 24 | 126 | . | 150 |

SOURCE CODE:           XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          30NOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

218 CONFIDENTIAL
AZ/SER 0050985

H609

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------------- STUDY DAY-21 -------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 37284.5000 | 38415.0 | 1098.06003 | 191.202564 |
| 50 (BID) | 198 | 40136.5000 | 39006.0 | 1098.06003 | 202.709596 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 37284.5          Z= -1.02909          Prob > |Z| =   0.3034

T-Test approx. Significance =   0.3041

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.0600                DF= 1          Prob > CHISQ=        0.3032

SOURCE CODE:            UB34526 APS STAT(WILRANK)
SAS DATA LIBRARIES:     WIS.SRCR55.D2821
DATE PRINTED:           26JUN95

303

CONFIDENTIAL
AZ/SER 0055674

H610

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3  NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

--------- STUDY DAY=28 ---------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 36614.5000 | 38415.0 | 1103.09786 | 186.741026 |
| 50 (BID) | 198 | 41006.5000 | 39006.0 | 1103.09786 | 207.103535 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36614.5        Z= -1.81308        Prob > |Z| =  0.0698

T-Test approx. Significance =   0.0706

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 3.2889        DF= 1        Prob > CHISQ=   0.0698

SOURCE CODE:          UB34S26.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         26JUN95

304

CONFIDENTIAL
AZ/SER 0055675

H611

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

----------- STUDY DAY-35 -----------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|--------|---|---------------|-------------------|------------------|------------|
| 450 (BID) | 195 | 36551.0 | 38415.0 | 1103.54620 | 187.441026 |
| 50 (BID) | 198 | 40870.0 | 39006.0 | 1103.54620 | 206.414141 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 36551.0          Z= -1.68865          Prob > |Z| =   0.0913

T-Test approx. Significance =   0.0921

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.8531          DF= 1          Prob > CHISQ=   0.0912

SOURCE CODE:          UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES:   VIS.SRCR55.D2821
DATE PRINTED:         26JUN95

305

CONFIDENTIAL
AZ/SER 0055676

H612

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY=42 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (BID) | 195 | 36370.0 | 38415.0 | 1104.83508 | 186.512821 |
| 50 (BID) | 198 | 41051.0 | 39006.0 | 1104.83508 | 207.328283 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

$S= 36370.0$    $Z= -1.85050$    $Prob > |Z| = 0.0642$

T-Test approx. Significance = 0.0650

Kruskal Wallis Test (Chi-Square Approximation)
$CHISQ= 3.4260$    $DF= 1$    $Prob > CHISQ= 0.0642$

SOURCE CODE:         UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:  WIS.SRCR55.D2821
DATE PRINTED:        26JUN95

306

CONFIDENTIAL
AZ/SER 0055677

H613

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## APPENDIX H10.3  NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
## FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=7 ------

### N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 204 | 41511.0 | 41106.0 | 1102.99227 | 203.485294 |
| 50 (BID) | 198 | 39492.0 | 39897.0 | 1102.99227 | 199.454545 |

Average Scores were used for Ties
Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 39492.0             Z= -.366730             Prob > |Z| =  0.7138

T-Test approx. Significance =   0.7140

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.13482             DF= 1             Prob > CHISQ=   0.7135

SOURCE CODE:            U834526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           26JUN95

307

CONFIDENTIAL
AZ/SER 0055678

H614

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3  NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------ STUDY DAY=14 ------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 41523.0 | 41410.0 | 1131.93451 | 202.551220 |
| 50 (BID) | 198 | 39663.0 | 39996.0 | 1131.93451 | 201.429293 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 39883.0            Z= -.099387          Prob > |Z| =  0.9208

T-Test approx. Significance =   0.9209

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.00997          DF= 1                Prob > CHISQ=   0.9205

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       26JUN95

308

CONFIDENTIAL
AZ/SER 0055679

H615

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------------------- STUDY DAY=21 -------------------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 41094.0 | 41410.0 | 1141.24280 | 200.458537 |
| 50 (BID) | 198 | 40312.0 | 39996.0 | 1141.24280 | 203.595960 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 40312.0                     Z= 0.276453                     Prob > |Z| =  0.7822

T-Test approx. Significance =  0.7823

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 0.07667                DF= 1                            Prob > CHISQ=  0.7819

SOURCE CODE:        UB34526.APS.STAT(WILRANK)
SAS DATA LIBRARIES: VIS.SRCR55.D2B21
DATE PRINTED:       26JUN95

309

CONFIDENTIAL
AZ/SER 0055680

H616

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY=28 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID) | 205 | 40078.0 | 41410.0 | 1146.08908 | 195.502439 |
| 50 (BID) | 198 | 41328.0 | 39996.0 | 1146.08908 | 208.727273 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 41328.0          Z= 1.16178          Prob > |Z| = 0.2453

T-Test approx. Significance = 0.2460

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.3507          DF= 1          Prob > CHISQ= 0.2451

SOURCE CODE:          UB34526.AFS.STAT(WILRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

310

CONFIDENTIAL
AZ/SER 0055681

H617

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

------- STUDY DAY=35 -------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 40039.5000 | 41410.0 | 1147.36417 | 195.314634 |
| 50 (BID) | 198 | 41366.5000 | 39996.0 | 1147.36417 | 208.921717 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 41366.5           Z= 1.19404         Prob > |Z| =   0.2325

T-Test approx. Significance =   0.2332

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 1.4268           DF= 1            Prob > CHISQ=   0.2323

SOURCE CODE:        UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       26JUN95

311

CONFIDENTIAL
AZ/SER 0055682

H618

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H10.3   NONPARAMETRIC TESTS OF CGI GLOBAL IMPROVEMENT SCORE
FOR LAST OBSERVATION CARRIED FORWARD

-------- STUDY DAY-42 --------

N P A R 1 W A Y   P R O C E D U R E

Wilcoxon Scores (Rank Sums) for Variable GLOB
Classified by Variable RANDCD

| RANDCD | N | Sum of Scores | Expected Under H0 | Std Dev Under H0 | Mean Score |
|---|---|---|---|---|---|
| 450 (TID | 205 | 39708.5000 | 41410.0 | 1150.12804 | 193.70000 |
| 50 (BID) | 198 | 41697.5000 | 39996.0 | 1150.12804 | 210.593434 |

Average Scores were used for Ties

Wilcoxon 2-Sample Test (Normal Approximation)
(with Continuity Correction of .5)

S= 41697.5       Z= 1.47897       Prob > |Z| = 0.1391

T-Test approx. Significance =   0.1399

Kruskal-Wallis Test (Chi-Square Approximation)
CHISQ= 2.1886      DF= 1       Prob > CHISQ=   0.1390

SOURCE CODE:          UB34526.APS.STAT(W1LRANK)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         26JUN95

312

CONFIDENTIAL
AZ/SER 0055683

483

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

TSH, HIGHLY SENSITIVE (MIU/L)

450 MG (TID) SEROQUEL

|  | FINAL | | | |
|---|---|---|---|---|
|  | LOW | NORMAL | HIGH | TOTAL |
| BASELINE |  |  |  |  |
| LOW | . | 5 | . | 5 |
| NORMAL | 3 | 138 | 1 | 142 |
| HIGH | . | 1 | 1 | 2 |
| TOTAL | 3 | 144 | 2 | 149 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES: MIS.SRC855.02821
DATE PRINTED:       30NOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

H619

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H11.1   FREQUENCIES OF GROUPED BASELINE AIMS TOTAL SCORE BY GROUPED CHANGE FROM BASELINE IN AIMS TOTAL SCORE AT STUDY DAY 42 (LAST OBSERVATION CARRIED FORWARD)

-------- TREATMENT=450 (BID) MG --------

TABLE OF CHG_AIMS BY BL_AIMS
BL_AIMS(BASELINE AIMS TOTAL SCORE)

CHG_AIMS(CHANGE FROM BASELINE*)

| Frequency Row Pct Col Pct | 0 | 1 - 2 | 3 - 6 | 7 - 10 | 11+ | Total |
|---|---|---|---|---|---|---|
| IMPROVED | 0 0.00 0.00 | 12 15.79 52.17 | 24 31.58 85.71 | 18 23.68 81.82 | 22 28.95 88.00 | 76 |
| NO CHANGE | 89 89.00 92.71 | 4 4.00 17.39 | 3 3.00 10.71 | 1 1.00 4.55 | 3 3.00 12.00 | 100 |
| WORSENED | 7 38.89 7.29 | 7 38.89 30.43 | 1 5.56 3.57 | 3 16.67 13.64 | 0 0.00 0.00 | 18 |
| Total | 96 | 23 | 28 | 22 | 25 | 194 |

SOURCE CODE:           UB34s26_APS_STAT(TABGRP)
SAS DATA LIBRARIES:    MIS.SRCR55.J2821
DATE PRINTED:          26JUN95

*IMPROVED  = CHANGE FROM BASELINE LESS THAN 0
 NO CHANGE = CHANGE FROM BASELINE EQUAL TO 0
 WORSENED  = CHANGE FROM BASELINE GREATER THAN 0

CONFIDENTIAL
AZ/SER 0055684

H620

507/IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H11.1   FREQUENCIES OF GROUPED BASELINE AIMS TOTAL SCORE BY GROUPED CHANGE FROM BASELINE IN AIMS TOTAL SCORE AT STUDY DAY 42  (LAST OBSERVATION CARRIED FORWARD)

TREATMENT=450 (TID) MG

TABLE OF CHG AIMS BY BL AIMS
BL_AIMS(BASELINE AIMS TOTAL SCORE)

CHG_AIMS(CHANGE FROM BASELINE*)

| Frequency Row Pct Col Pct | 0 | 1 - 2 | 3 - 6 | 7 - 10 | 11+ | Total |
|---|---|---|---|---|---|---|
| IMPROVED | 0 0.00 0.00 | 9 13.43 42.86 | 22 32.84 78.57 | 16 23.88 76.19 | 20 29.85 83.33 | 67 |
| NO CHANGE | 102 93.58 93.58 | 4 3.67 19.05 | 2 1.83 7.14 | 1 0.92 4.76 | 0 0.00 0.00 | 109 |
| WORSENED | 7 25.93 6.42 | 8 29.63 38.10 | 4 14.81 14.29 | 4 14.81 19.05 | 4 14.81 16.67 | 27 |
| Total | 109 | 21 | 28 | 21 | 24 | 203 |

SOURCE CODE:          UB34S26.APS.STAT(TTABGRP)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         26JUN95

*IMPROVED  = CHANGE FROM BASELINE LESS THAN 0
 NO CHANGE = CHANGE FROM BASELINE EQUAL TO 0
 WORSENED  = CHANGE FROM BASELINE GREATER THAN 0

CONFIDENTIAL
AZ/SER 0055685

H621

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

APPENDIX H11.1   FREQUENCIES OF GROUPED BASELINE AIMS TOTAL SCORE BY GROUPED CHANGE FROM BASELINE IN AIMS TOTAL SCORE AT STUDY DAY 42 (LAST OBSERVATION CARRIED FORWARD)

-------------------------------- TREATMENT=50 (BID) MG --------------------------------

TABLE OF CHG_AIMS BY BL_AIMS

CHG_AIMS(CHANGE FROM BASELINE*)     BL_AIMS(BASELINE AIMS TOTAL SCORE)

| Frequency<br>Row Pct<br>Col Pct | 0 | 1 - 2 | 3 - 6 | 7 - 10 | 11+ | Total |
|---|---|---|---|---|---|---|
| IMPROVED | 0<br>0.00<br>0.00 | 20<br>34.48<br>60.61 | 13<br>22.41<br>56.52 | 16<br>27.59<br>80.00 | 9<br>15.52<br>90.00 | 58 |
| NO CHANGE | 99<br>85.34<br>90.00 | 8<br>6.90<br>24.24 | 7<br>6.03<br>30.43 | 2<br>1.72<br>10.00 | 0<br>0.00<br>0.00 | 116 |
| WORSENED | 11<br>50.00<br>10.00 | 5<br>22.73<br>15.15 | 3<br>13.64<br>13.04 | 2<br>9.09<br>10.00 | 1<br>4.55<br>10.00 | 22 |
| Total | 110 | 33 | 23 | 20 | 10 | 196 |

SOURCE CODE:          UB34526.APS.STAT(TABGRP)
SAS DATA LIBRARIES:   MIS.SRC#55.D2821
DATE PRINTED:         26JUN95

*IMPROVED  = CHANGE FROM BASELINE LESS THAN 0
NO CHANGE  = CHANGE FROM BASELINE EQUAL TO 0
WORSENED   = CHANGE FROM BASELINE GREATER THAN 0

CONFIDENTIAL
AZ/SER 0055686

H622

## FIGURE H1 Mean changes from baseline in BPRS total score at final observation by center



## FIGURE H2 Mean changes from baseline in CGI Severity of Illness score at final observation by center



316

CONFIDENTIAL
AZ/SER 0055687

484

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

FREE T-4 (NMOL/L)

| 450 MG (TID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 6 | 2 | . | 8 |
| NORMAL | 27 | 112 | . | 139 |
| HIGH | 1 | 1 | . | 2 |
| TOTAL | 34 | 115 | . | 149 |

SOURCE CODE:        XLU602.PROD.PHASEIII (CHEM)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       30NOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

CONFIDENTIAL
AZ/SER 0050987

485

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

TSH, HIGHLY SENSITIVE (MIU/L)

| 50 MG (BID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 1 | 6 | . | 7 |
| NORMAL | 3 | 126 | 1 | 130 |
| HIGH | . | 2 | 3 | 5 |
| TOTAL | 4 | 134 | 4 | 142 |

SOURCE CODE:          XLU602_PROD_PHASEIII(CHEM)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         30NOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

221
CONFIDENTIAL
AZ/SER 0050988

486

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.10   SHIFT TABLES FOR SELECTED SERUM CHEMISTRY TESTS

FREE T-4 (NMOL/L)

| 50 MG (BID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 3 | 1 | . | 4 |
| NORMAL | 6 | 123 | 1 | 130 |
| HIGH | . | 5 | 1 | 6 |
| TOTAL | 9 | 129 | 2 | 140 |

SOURCE CODE:        XLU602.PROD.PHASEIII(CHEM)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        30NOV95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

CONFIDENTIAL
AZ/SER 0050989

487

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.11   PROPORTIONS OF PATIENTS WITH CLINICALLY SIGNIFICANT VALUES FOR SELECTED SERUM CHEMISTRY TESTS

| PATIENTS WITH AT LEAST ONE CLINICALLY SIGNIFICANT VALUE FOR: | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | PERCENT | N | PERCENT | N | PERCENT |
| TOTAL PATIENTS | 193 | 100 | 188 | 100 | 192 | 100 |
| -- ALT/SGPT (U/L) | 8 | 4 | 5 | 3 | 4 | 2 |
| -- FREE T4 (THYROXINE), RIA (NMOL/L) | 6 | 3 | 4 | 2 | 1 | 1 |
| -- TSH, HIGHLY SENSITIVE (MIU/L) | | | | | 3 | 2 |

SOURCE CODE: XLU602_PROD_PHASEIII(CHEM)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED: 30NOV95

CONFIDENTIAL
AZ/SER 0050990

488

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

## TABLE T16.12   CONVERSION FACTORS - PROLACTIN

| LAB TEST | LAB CENTER | SEX | AGE RANGE | ORIGINAL UNITS | ORIGINAL LOWER LIMIT OF NORMAL RANGE | ORIGINAL UPPER LIMIT OF NORMAL RANGE | SI UNIT CONVERSION FACTOR | SI UNITS | SI LOWER LIMIT OF NORMAL RANGE | SI UPPER LIMIT OF NORMAL RANGE |
|---|---|---|---|---|---|---|---|---|---|---|
| PROLACTIN, RIA | 5000 | FEMALE | 15-70 | UIU/ML | 66 | 588 | 0.0472 | UG/L | 3.1152 | 27.7536 |
| | 5000 | MALE | 15-70 | UIU/ML | 66 | 588 | 0.0472 | UG/L | 3.1152 | 27.7536 |
| | 5001 | FEMALE | 0-150 | NG/ML | 0 | 25 | 1 | UG/L | 0 | 25 |
| | 5001 | MALE | 0-150 | NG/ML | 0 | 15 | 1 | UG/L | 0 | 15 |
| | 5002 | FEMALE | 0-150 | UG/L | 0 | 27 | 1 | UG/L | 0 | 27 |
| | 5002 | MALE | 0-150 | UG/L | 0 | 27 | 1 | UG/L | 0 | 27 |

SOURCE CODE:             XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:      MIS.SROPH55.D2821
DATE PRINTED:            31JUL95

489

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.13   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY - PROLACTIN

| | | | | | | | TREATMENT | | | | |
| | | | | | | | 450 MG (BID) SEROQUEL | | | | |
| | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| PROLACTIN, RIA (UG/L) | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 165 | 35.56 | 37.20 | 1.7 | 206.6 | 165 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 14 | 160 | 14.61 | 13.64 | 0.1 | 85.0 | 159 | -21.39 | 37.04 | -197.7 | 57.5 |
| | FINAL | 167 | 14.47 | 13.28 | 0.1 | 85.0 | 165 | -21.05 | 36.47 | -197.7 | 57.5 |

SOURCE CODE:            XLU6O2_PRO0_PHASEIII(NPR)
SAS DATA LIBRARIES:  MTS.SRCR55.D2821
DATE PRINTED:           31JUL95

225
CONFIDENTIAL
AZ/SER 0050992

490

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.13    DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY – PROLACTIN

| | | TREATMENT | | | | | | | |
| | | 450 MG (TID) SEROQUEL | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
| PROLACTIN, RIA (UG/L) | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 163 | 36.49 | 38.39 | 1.9 | 208.5 | 163 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 14 | 157 | 16.32 | 22.42 | 1.8 | 209.3 | 153 | -19.60 | 31.69 | -169.4 | 15.8 |
| | FINAL | 167 | 16.06 | 21.83 | 1.8 | 209.3 | 163 | -20.30 | 31.63 | -169.4 | 15.8 |

SOURCE CODE:          XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         31JUL95

CONFIDENTIAL
AZ/SER 0050993

15

**(a)   Efficacy**

The primary population for analysis of efficacy included all patients who entered Segment B and had efficacy data at baseline and for at least one post-baseline study day (the "intent-to-treat" population).  The analysis of the secondary population excluded any patient in the primary population who violated the efficacy-related inclusion/exclusion criteria, received an antipsychotic within 2 days before randomised treatment, received disallowed psychotropic medication during randomised treatment, received a benzodiazepine for the duration of randomised treatment, received a wrong dose of study medication or who received study treatment for fewer than 7 days.

The primary timepoint for the analysis of efficacy was Day 42, the last day of randomised treatment.  When patients withdrew before this day, data from their final evaluation were included with Day 42 data ("last observation carried forward" analysis).  For patients who withdrew between scheduled study days, data from their final evaluation were included at the next scheduled study day.  Secondary analyses evaluated data at each study day before Day 42, with the last observation carried forward through each subsequent study day for patients who withdrew.

In addition, these analyses were repeated including only patients with data at each study day ("observed data" analyses), to explore the effects of withdrawn patients on the results.  No data were carried forward in these analyses.

The primary efficacy variables were the BPRS total score and the CGI Severity of Illness score.  Secondary efficacy measures included BPRS factor scores, the CGI Global Improvement score, the SANS summary score (sum of the SANS global ratings), and an analysis of "response" rates. "Response" was defined as a reduction of at least 30% from baseline in BPRS total score at any time during Segment B.

The BPRS total score was considered missing if more than 10% of the component item scores (ie, more than two items) were missing.  In cases where one or two item scores were missing, the sum of the non-missing items was "inflated" by the ratio of the number of items on the scale (18) to the number of items with non-missing scores.

In addition to the BPRS total score, five BPRS factor scores were analysed.  These factors and their component items are as follows:

| Factor | Factor name | Component items |
|---|---|---|
| Factor I | Anxiety/depression | Somatic concern, anxiety, guilt feelings, depressive mood |
| Factor II | Anergia | Emotional withdrawal, motor retardation, blunted affect, disorientation |
| Factor III | Thought disturbance | Conceptual disorganization, grandiosity, hallucinatory behaviour, unusual thought content |
| Factor IV | Activation | Tension, mannerisms and posturing, excitement |
| Factor V | Hostile/suspiciousness | Hostility, suspiciousness, uncooperativeness |

If any component item score was missing, the factor score was considered missing.  Factor scores were derived by calculating the mean score of the component items.

51

CONFIDENTIAL
AZ/SER 0050517

491

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.13   DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY STUDY DAY – PROLACTIN

| | | TREATMENT | | | | | | | | |
| | | 50 MG (BID) SEROQUEL | | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
| | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROLACTIN, RIA (UG/L) | STUDY DAY | | | | | | | | | | |
| | 0 | 159 | 32.82 | 31.87 | 1.9 | 179.0 | 159 | 0.00 | 0.00 | 0.0 | 0.0 |
| | 14 | 152 | 14.72 | 13.72 | 1.3 | 80.1 | 149 | -18.49 | 29.78 | -170.0 | 24.2 |
| | FINAL | 162 | 14.64 | 13.59 | 1.3 | 80.1 | 159 | -18.14 | 29.19 | -170.0 | 24.2 |

SOURCE CODE:          XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         31JUL95

227 CONFIDENTIAL
AZ/SER 0050994

492

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.14    ANALYSIS OF COVARIANCE OF CHANGE FROM BASELINE AT FINAL OBSERVATION - PROLACTIN

PROLACTIN, RIA (UG/L)

| TIMEPOINT | TREATMENT | | SUMMARY STATISTICS | | | | | | ANALYSIS OF COVARIANCE MODEL | | | | | |
| | | | BASELINE MEASUREMENT | | CHANGE FROM BASELINE | | CHANGE FROM BASELINE | | DIFFERENCE BETWEEN TREATMENTS | | | | | |
| | | N | MEAN | SD | MEAN | SD | LSMEAN | SE | DIFF | SE | LCL | UCL | P-VALUE |
| DAY 14 | 450 (BID) SER | 159 | 36.01 | 37.70 | -21.39 | 37.04 | -20.66 | 1.24 | | | | | |
| | 450 (TID) SER | 153 | 35.93 | 38.68 | -19.60 | 31.69 | -19.93 | 1.26 | | | | | |
| | 50 (BID) SER | 149 | 33.25 | 32.59 | -18.49 | 29.78 | -19.97 | 1.28 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.73 | 1.76 | -5.19 | 1.74 | 0.3285 |
| | 450(B) V 50(B) | | | | | | | | -0.69 | 1.78 | -4.18 | 2.80 | 0.6987 |
| | 450(T) V 50(B) | | | | | | | | 1.04 | 1.79 | -2.49 | 4.56 | 0.5634 |
| FINAL | 450 (BID) SER | 165 | 35.56 | 37.20 | -21.05 | 36.47 | -20.59 | 1.19 | | | | | |
| | 450 (TID) SER | 163 | 36.49 | 38.39 | -20.30 | 31.63 | -19.08 | 1.20 | | | | | |
| | 50 (BID) SER | 159 | 32.82 | 31.87 | -18.14 | 29.19 | -19.86 | 1.21 | | | | | |
| | 450(B) V 450(T) | | | | | | | | -1.50 | 1.69 | -4.82 | 1.82 | 0.3743 |
| | 450(B) V 50(B) | | | | | | | | -0.72 | 1.70 | -4.06 | 2.62 | 0.6717 |
| | 450(T) V 50(B) | | | | | | | | 0.78 | 1.71 | -2.57 | 4.13 | 0.6474 |

SOURCE CODE:        XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES: MIS.SRGR55.D2821
DATE PRINTED:       31JUL95

SD   = STANDARD DEVIATION
LSMEAN = LEAST-SQUARES MEAN
SE   = STANDARD ERROR FOR LEAST-SQUARES MEAN
LCL  = LOWER 95% CONFIDENCE LIMIT
UCL  = UPPER 95% CONFIDENCE LIMIT

228 CONFIDENTIAL
AZ/SER 0050995

493

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.15   SHIFT TABLES FOR PROLACTIN

PROLACTIN, RIA (UG/L)

450 MG (BID) SEROQUEL

| | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | 1 | 1 | . | 2 |
| NORMAL | 3 | 81 | 5 | 89 |
| HIGH | 1 | 61 | 12 | 74 |
| TOTAL | 5 | 143 | 17 | 165 |

SOURCE CODE:       XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        31JUL95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

CONFIDENTIAL
AZ/SER 0050996

494

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.15   SHIFT TABLES FOR PROLACTIN

PROLACTIN, RIA (U6/L)

450 MG (TID) SEROQUEL

| | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | . | 2 | . | 2 |
| NORMAL | 3 | 81 | 3 | 87 |
| HIGH | 2 | 53 | 19 | 74 |
| TOTAL | 5 | 136 | 22 | 163 |

SOURCE CODE:       XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:      31-JUL-95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

230
CONFIDENTIAL
AZ/SER 0050997

495

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T16.15   SHIFT TABLES FOR PROLACTIN

PROLACTIN, RIA (UG/L)

| 50 MG (BID) SEROQUEL | FINAL | | | |
|---|---|---|---|---|
| | LOW | NORMAL | HIGH | TOTAL |
| BASELINE | | | | |
| LOW | . | 1 | . | 1 |
| NORMAL | 1 | 90 | 2 | 93 |
| HIGH | 2 | 43 | 20 | 65 |
| TOTAL | 3 | 134 | 22 | 159 |

SOURCE CODE:          XLU602.PROD.PHASEIII(NPR)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         31JUL95

LOW: BELOW LOWER LIMIT OF NORMAL RANGE
NORMAL: NORMAL RANGE
HIGH: EXCEEDED UPPER LIMIT OF NORMAL RANGE

CONFIDENTIAL
AZ/SER 0050998

496

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.1   FREQUENCIES FOR SLIT LAMP EVALUATION*

| CORNEA | TREATMENT | | | | | | | | |
| | 450 MG (BID) SEROQUEL | | | 450 MG (TID) SEROQUEL | | | 50 MG (BID) SEROQUEL | | |
| | BASELINE EVALUATION | | TOTAL | BASELINE EVALUATION | | TOTAL | BASELINE EVALUATION | | TOTAL |
| | NORMAL | | | NORMAL | | | NORMAL | | |
| | N | % | N | N | % | N | N | % | N |
| FINAL EVALUATION | | | | | | | | | |
| NORMAL | 12 | 100.0 | 12 | 13 | 100.0 | 13 | 12 | 100.0 | 12 |
| TOTAL | 12 | 100.0 | 12 | 13 | 100.0 | 13 | 12 | 100.0 | 12 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0050999

497

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.1    FREQUENCIES FOR SLIT LAMP EVALUATION*

| ANTERIOR CHAMBER | TREATMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | | 450 MG (TID) SEROQUEL | | | 50 MG (BID) SEROQUEL | | |
| | BASELINE EVALUATION | | TOTAL | BASELINE EVALUATION | | TOTAL | BASELINE EVALUATION | | TOTAL |
| | NORMAL | | | NORMAL | | | NORMAL | | |
| | N | % | N | N | % | N | N | % | N |
| FINAL EVALUATION | | | | | | | | | |
| NORMAL | 12 | 100.0 | 12 | 13 | 100.0 | 13 | 12 | 100.0 | 12 |
| TOTAL | 12 | 100.0 | 12 | 13 | 100.0 | 13 | 12 | 100.0 | 12 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPMTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:        19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051000

498

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.1    FREQUENCIES FOR SLIT LAMP EVALUATION*

| OCULAR LENS | 450 MG (BID) SEROQUEL BASELINE EVALUATION | | | | | 450 MG (TID) SEROQUEL BASELINE EVALUATION | | | | | 50 MG (BID) SEROQUEL BASELINE EVALUATION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ABNORMAL | | NORMAL | | TOTAL | ABNORMAL | | NORMAL | | TOTAL | ABNORMAL | | NORMAL | | TOTAL |
| | N | % | N | % | N | N | % | N | % | N | N | % | N | % | N |
| FINAL EVALUATION | | | | | | | | | | | | | | | |
| ABNORMAL | 1 | 8.3 | . | . | 1 | 3 | 23.1 | . | . | 3 | 4 | 33.3 | . | . | 4 |
| NORMAL | 1 | 8.3 | 10 | 83.3 | 11 | . | . | 10 | 76.9 | 10 | . | . | 8 | 66.7 | 8 |
| TOTAL | 2 | 16.7 | 10 | 83.3 | 12 | 3 | 23.1 | 10 | 76.9 | 13 | 4 | 33.3 | 8 | 66.7 | 12 |

SOURCE CODE:            XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051001

499

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 10 | 83.3 | 11 | 84.6 | 7 | 58.3 |
| > 0.1 AND < 0.5 | 1 | 8.3 | 1 | 7.7 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | 1 | 8.3 | . | . | 2 | 16.7 |
| >= 1.5 AND < 2.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 2.5 AND < 3.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:            XLU602.PROD.PHASEIII(OPMTH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051002

500

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT(LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 10 | 83.3 | 11 | 84.6 | 8 | 66.7 |
| > 0.1 AND < 0.5 | 1 | 8.3 | 1 | 7.7 | . | . |
| >= 0.5 AND < 1.5 | 1 | 8.3 | . | . | 2 | 16.7 |
| >= 1.5 AND < 2.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 2.5 AND < 3.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051003

16

The SANS summary score was calculated as the total of the SANS global ratings. For some items and global ratings, a score of '9' was possible. In these cases, a '9' could indicate either that the psychotic symptomatology was so severe that the items could not be assessed, or that the symptom or characteristic simply could not be assessed. A score of '9' was therefore treated as missing and, as a result, the SANS summary score was considered missing if any global score was '9' or was missing.

Descriptive statistics were calculated by study day for the BPRS total and factor scores and individual items, CGI Severity of Illness and Global Improvement scores, and the SANS summary score and individual items. Descriptive statistics were also calculated for the change from baseline in these scores (with the exception of the CGI Global Improvement score, which was not measured at baseline). The change from baseline was calculated by subtracting the baseline score from the post-baseline score, so that a negative change from baseline indicated improvement in that measure.

The statistical analysis of these data (with the exception of the CGI Global Improvement score) was an analysis of covariance of the change from baseline using the PROC GLM procedure in the SAS[TM] system (version 6.08). The model included the baseline score (the covariate), country and treatment. The CGI Global Improvement score was analysed using an analysis of variance model including country and treatment. The effect of additional covariates was also investigated. In all analyses of variance, Type III sums of squares (ie, equally weighted means across countries) were used to estimate treatment effects.

Least squares means from the final analysis of covariance model were used to compare treatment effects. In addition, pairwise differences between least squares means were calculated and 95% confidence intervals were constructed for these differences.

Residuals from the final model were evaluated for any substantial deviation from normality using the Shapiro-Wilk test. The assumption of homoscedasticity was evaluated by comparing variances in the treatment groups using the F test for equality of variance. If either of these assumptions was violated, the use of appropriate transformations of the data or non-parametric methods was considered. The assumption of parallelism of slopes was evaluated by including a baseline-by-treatment interaction term in the above-described model. If this assumption was violated, the nature of the interaction was investigated, and the analysis was repeated excluding the covariate. Treatment-by-country interaction was assessed by the inclusion of this term in the above-described model. If the term was statistically significant, the nature of the interaction was investigated (eg, qualitative versus quantitative), and the appropriateness of inferences made regarding treatment main effects was re-evaluated.

In testing the assumptions of the analysis of covariance of CGI Severity of Illness score, unequal variances and baseline-by-treatment interaction effects were found at several study days, suggesting that the use of parametric analysis techniques would not be appropriate. As a result of these findings, the planned analysis strategy was amended. Frequency distributions of CGI Severity of Illness score and grouped change from baseline (-3 or less, -2, -1, 0 or +1 or more) were calculated for each treatment group. The analysis of the grouped change from baseline for the CGI Severity of Illness score was based on chi-square tests, using Cochran-Mantel-Haenszel methods to control for country effects.

In testing the assumptions of the analysis of variance of the CGI Global Improvement item, non-normal residuals were found at all study days. Although analysis of variance methods are generally robust with respect to deviations from normality, the Cochran-Mantel-Haenszel chi-square test and Wilcoxon rank sum test were used to confirm the results.

52

CONFIDENTIAL
AZ/SER 0050518

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PRD0.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

237
CONFIDENTIAL
AZ/SER 0051004

502

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 12 | 100.0 | 12 | 92.3 | 10 | 83.3 |
| > 0.1 AND < 0.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051005

503

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1    FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 5 | 41.7 | 5 | 38.5 | 4 | 33.3 |
| > 0.1 AND < 0.5 | . | . | 3 | 23.1 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | 3 | 25.0 | 3 | 23.1 | 2 | 16.7 |
| >= 1.5 AND < 2.5 | 3 | 25.0 | 2 | 15.4 | 5 | 41.7 |
| >= 2.5 AND < 3.5 | 1 | 8.3 | . | . | . | . |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTM)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051006

504

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| BASELINE RATING/INTERVAL | N | % | N | % | N | % |
| 0.1 | 5 | 41.7 | 5 | 38.5 | 4 | 33.3 |
| > 0.1 AND < 0.5 | . | . | 3 | 23.1 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | 3 | 25.0 | 3 | 23.1 | 2 | 16.7 |
| >= 1.5 AND < 2.5 | 3 | 25.0 | 2 | 15.4 | 5 | 41.7 |
| >= 2.5 AND < 3.5 | 1 | 8.3 | . | . | . | . |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

240
CONFIDENTIAL
AZ/SER 0051007

505

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| BASELINE RATING/INTERVAL | N | % | N | % | N | % |
| 0.1 | 5 | 41.7 | 8 | 61.5 | 3 | 25.0 |
| > 0.1 AND < 0.5 | 3 | 25.0 | 1 | 7.7 | 3 | 25.0 |
| >= 0.5 AND < 1.5 | 3 | 25.0 | 3 | 23.1 | 1 | 8.3 |
| >= 1.5 AND < 2.5 | 1 | 8.3 | 1 | 7.7 | 5 | 41.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051008

506

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.1   FREQUENCIES FOR BASELINE LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| BASELINE RATING/INTERVAL | | | | | | |
| 0.1 | 5 | 41.7 | 7 | 53.8 | 3 | 25.0 |
| > 0.1 AND < 0.5 | 2 | 16.7 | 2 | 15.4 | 2 | 16.7 |
| >= 0.5 AND < 1.5 | 4 | 33.3 | 3 | 23.1 | 2 | 16.7 |
| >= 1.5 AND < 2.5 | 1 | 8.3 | 1 | 7.7 | 5 | 41.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051009

507

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2    FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| FINAL RATING/INTERVAL | | | | | | |
| 0.1 | 11 | 91.7 | 11 | 84.6 | 7 | 58.3 |
| > 0.1 AND < 0.5 | 1 | 8.3 | 1 | 7.7 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | . | . | . | . | 2 | 16.7 |
| >= 1.5 AND < 2.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 2.5 AND < 3.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:            XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2B21
DATE PRINTED:           19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051010

508

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT(LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| FINAL RATING/INTERVAL: | | | | | | |
| 0.1 | 11 | 91.7 | 12 | 92.3 | 8 | 66.7 |
| > 0.1 AND < 0.5 | 1 | 8.3 | . | . | . | . |
| >= 0.5 AND < 1.5 | . | . | . | . | 2 | 16.7 |
| >= 1.5 AND < 2.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 2.5 AND < 3.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051011

509

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| FINAL RATING/INTERVAL | | | | | | |
| 0.1 | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051012

510

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| FINAL RATING/INTERVAL | | | | | | |
| 0.1 | 12 | 100.0 | 12 | 92.3 | 10 | 83.3 |
| > 0.1 AND < 0.5 | . | . | 1 | 7.7 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | . | . | . | . | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPMTH)
SAS DATA LIBRARIES:   WIS.SRCR55.D2821
DATE PRINTED:         19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051013

17

The effects of various pooling strategies on the results of analyses of the primary efficacy variables were investigated. Originally, centres with insufficient numbers were combined within a country. If the pooled centres had insufficient numbers, they were then pooled with the next smallest centre within the country. In some instances, there were insufficient numbers after pooling all the centres within a country. If this occurred, the country was pooled with the next smallest country until sufficient numbers were achieved. The analyses were re-run pooling centres by country, regardless of size, and the results were compared with those produced using the original pooling strategy. After determining that both pooling strategies produced similar results, the effect of each country on the results was investigated. The analyses were re-run omitting one country at a time. These results were found to be consistent with the results of the original pooling strategy and the "by-country" pooling strategy. Finally, the primary efficacy analyses were repeated removing any factor for centre or country. These results also confirmed the original findings. Since the results were consistent across pooling strategies and no particular country excessively influenced the results, in all analyses centres regardless of size were pooled by country.

**(b)     Safety**

All patients who received randomised study treatment were included in analyses of safety data according to randomised treatment.

(i)      Exposure to study treatment

Exposure to randomised study treatment was summarised by calculating the duration of randomised treatment and the number of days of dose escalation for each patient. The duration of randomised treatment was the number of days between the date of randomisation and the date of the final dose of randomised treatment plus one. Descriptive statistics for number of days on randomised treatment and number of days of dose escalation, and a cumulative frequency distribution of the number of days on randomised treatment were calculated for each treatment group.

(ii)     Concomitant medication

The use of any benzodiazepine, regardless of indication, and medication for the treatment of extrapyramidal symptoms and akathisia during randomised treatment were tabulated. The concomitant medications of interest for extrapyramidal symptoms and akathisia included the following: procyclidine, benztropine, biperiden, amantadine and trihexyphenidyl (benzhexol). For each medication, the number of patients who received at least one dose during randomised treatment was calculated for each treatment group. In addition, descriptive statistics for the day the medication was first received and the number of days on which the medication was received were calculated for each treatment group.

(iii)    Adverse events

The occurrence of deaths, withdrawals due to adverse events, serious adverse events that did not lead to withdrawal, and other adverse events during randomised treatment was summarised for each treatment group by study segment. Adverse events that resulted in death, events that led to withdrawal and other serious adverse events were tabulated by preferred term using the FDA Coding Symbols for Thesaurus of Adverse Reaction Terms (COSTART) system of nomenclature. Numbers of and crude incidence rates of all adverse events during randomised treatment were summarised by COSTART body system and COSTART preferred term. An event that occurred

CONFIDENTIAL
AZ/SER 0050519

511

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (RIGHT EYE) | TREATMENT | | | | | |
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| FINAL RATING/INTERVAL | N | % | N | % | N | % |
|---|---|---|---|---|---|---|
| 0.1 | 6 | 50.0 | 5 | 38.5 | 4 | 33.3 |
| > 0.1 AND < 0.5 | 1 | 8.3 | 3 | 23.1 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | 4 | 33.3 | 3 | 23.1 | 2 | 16.7 |
| >= 1.5 AND < 2.5 | - | - | 2 | 15.4 | 5 | 41.7 |
| >= 2.5 AND < 3.5 | 1 | 8.3 | - | - | - | - |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:         XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051014

512

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| FINAL RATING/INTERVAL | N | % | N | % | N | % |
| 0.1 | 6 | 50.0 | 5 | 38.5 | 4 | 33.3 |
| > 0.1 AND < 0.5 | . | . | 3 | 23.1 | 1 | 8.3 |
| >= 0.5 AND < 1.5 | 4 | 33.3 | 3 | 23.1 | 2 | 16.7 |
| >= 1.5 AND < 2.5 | 1 | 8.3 | 2 | 15.4 | 5 | 41.7 |
| >= 2.5 AND < 3.5 | 1 | 8.3 | . | . | . | . |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:              XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:       MIS.SRCR55.D2821
DATE PRINTED:             19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051015

513

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| FINAL RATING/INTERVAL | N | % | N | % | N | % |
| 0.1 | 6 | 50.0 | 6 | 46.2 | 3 | 25.0 |
| > 0.1 AND < 0.5 | 3 | 25.0 | 3 | 23.1 | 3 | 25.0 |
| >= 0.5 AND < 1.5 | 2 | 16.7 | 3 | 23.1 | 1 | 8.3 |
| >= 1.5 AND < 2.5 | 1 | 8.3 | 1 | 7.7 | 5 | 41.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:            XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051016

514

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.2   FREQUENCIES FOR FINAL LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| FINAL RATING/INTERVAL | N | % | N | % | N | % |
| 0.1 | 6 | 50.0 | 6 | 46.2 | 3 | 25.0 |
| > 0.1 AND < 0.5 | 3 | 25.0 | 3 | 23.1 | 3 | 25.0 |
| >= 0.5 AND < 1.5 | 2 | 16.7 | 3 | 23.1 | 1 | 8.3 |
| >= 1.5 AND < 2.5 | 1 | 8.3 | 1 | 7.7 | 5 | 41.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:         XLU602.PROD.PHASEIII(OPMTH)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        19JUN95

*CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051017

515

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3   FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE- GROUPED# | | | | | | |
| IMPROVED | 1 | 8.3 | . | . | . | . |
| NO CHANGE | 11 | 91.7 | 13 | 100.0 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051018

516

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3    FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| CORTICAL CATARACT (LEFT EYE) | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE- GROUPED# | | | | | | |
| IMPROVED | 1 | 8.3 | 1 | 7.7 | . | . |
| NO CHANGE | 11 | 91.7 | 12 | 92.3 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         19JUN95

# IMPROVED:   CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051019

517

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3   FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE - GROUPED# | | | | | | |
| NO CHANGE | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:         XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:  CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051020

518

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3   FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| POSTERIOR SUBCAPSULAR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE- GROUPED# | | | | | | |
| NO CHANGE | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLJ602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

254
CONFIDENTIAL
AZ/SER 0051021

519

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3    FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE- GROUPED# | | | | | | |
| IMPROVED | 5 | 41.7 | 1 | 7.7 | . | . |
| NO CHANGE | 7 | 58.3 | 10 | 76.9 | 11 | 91.7 |
| WORSENED | . | . | 2 | 15.4 | 1 | 8.3 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

255 CONFIDENTIAL
AZ/SER 0051022

520

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3   FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| NUCLEAR OPALESCENCE (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| CHANGE FROM BASELINE- GROUPED# | N | % | N | % | N | % |
| IMPROVED | 4 | 33.3 | 1 | 7.7 | . | . |
| NO CHANGE | 8 | 66.7 | 10 | 76.9 | 12 | 100.0 |
| WORSENED | . | . | 2 | 15.4 | . | . |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: WIS.SRCR55.D2821
DATE PRINTED:       19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

256 CONFIDENTIAL
AZ/SER 0051023

18

once or more in the same patient on the date of or after randomisation contributed one
observation to the numerator of the crude incidence rate; all patients exposed to the
treatment comprised the denominator of the rate. Numbers of adverse events were
also tabulated by intensity, and by the investigator's appraisal of the event's
relationship to randomised treatment.

The occurrence of adverse events of particular interest was investigated using
additional descriptive techniques. These events included somnolence, postural
hypotension, tachycardia, dizziness, agitation and insomnia. The onset of each of
these events was investigated by calculating week-specific incidence (hazard) rates for
each treatment group. In addition, cumulative incidence rates were calculated for
each treatment group.

(iv)     Neurologic assessments

Extrapyramidal symptoms and involuntary movements were evaluated using total
scores from the Simpson Scale and the AIMS, respectively. Descriptive statistics for
total score and change from baseline in total score were calculated for each treatment
group. If one item had a missing score or was not assessed (score of '9'), the total
was imputed using techniques described for BPRS missing item scores. If more than
one item score was missing or not assessed, the total score was considered missing.

These data showed that the majority of patients entered and completed the study with
few, if any, of these symptoms. The descriptive statistics indicated that the
distributions of these data at all study days were severely skewed, with the majority of
patients having minimum total scores (ie, total scores of 10, 11 or 12 on the Simpson
Scale and 0 or 1 on the AIMS). These distributional characteristics suggested that the
use of parametric analysis techniques (such as the analysis of covariance) would not
be appropriate.

As a result of these findings, the planned analysis strategy was amended. Frequency
distributions of grouped total scores and grouped change from baseline were
calculated with change from baseline grouped as improved (<0) no change (=0) or
worsened (>0). The analyses of the grouped change from baseline for both Simpson
Scale and AIMS total scores were based on chi-square tests, using Cochran-
Mantel-Haenszel methods to control for country effects.

(v)      Clinical laboratory results

Clinical laboratory results were converted to Systeme Internationale (SI) units for all
tabulations and analyses if necessary. Conversion factors used in these calculations
precede the summary tables. In addition, the percentage values reported for the
differential white blood cell count were converted to absolute numbers by multiplying
the percentage by the total white blood cell count.

For purposes of tabulation and statistical analysis, clinical laboratory data were
summarised by study day. In some cases, laboratory data were obtained on
unscheduled study days. In order to retain as much data as possible in the summary
tables and statistical analyses, 3-day "windows" were constructed around scheduled
study days. Any laboratory result obtained 3 days before or after the scheduled study
day was considered for inclusion at that scheduled study day. If there were multiple

CONFIDENTIAL
AZ/SER 0050520

521

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3    FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (RIGHT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE - GROUPED# | | | | | | |
| IMPROVED | 3 | 25.0 | . | . | 1 | 8.3 |
| NO CHANGE | 9 | 75.0 | 10 | 76.9 | 9 | 75.0 |
| WORSENED | . | . | 3 | 23.1 | 2 | 16.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES: MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
  NO CHANGE: CHANGE FROM BASELINE EQUAL TO 0
  WORSENED:  CHANGE FROM BASELINE GREATER THAN 0

    * CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051024

522

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF
SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T17.2.3   FREQUENCIES FOR CHANGE FROM BASELINE IN LENS OPACITIES CLASSIFICATION*

| NUCLEAR COLOUR (LEFT EYE) | TREATMENT | | | | | |
|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | 450 MG (TID) SEROQUEL | | 50 MG (BID) SEROQUEL | |
| | N | % | N | % | N | % |
| CHANGE FROM BASELINE- GROUPED# | | | | | | |
| IMPROVED | 4 | 33.3 | 1 | 7.7 | 1 | 8.3 |
| NO CHANGE | 8 | 66.7 | 10 | 76.9 | 9 | 75.0 |
| WORSENED | . | . | 2 | 15.4 | 2 | 16.7 |
| TOTAL | 12 | 100.0 | 13 | 100.0 | 12 | 100.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(OPHTH)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:       19JUN95

# IMPROVED:  CHANGE FROM BASELINE LESS THAN 0
NO CHANGE:  CHANGE FROM BASELINE EQUAL TO 0
WORSENED:   CHANGE FROM BASELINE GREATER THAN 0

* CANADIAN PATIENTS ONLY

CONFIDENTIAL
AZ/SER 0051025

523

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.1   DESCRIPTIVE STATISTICS FOR VITAL SIGNS AT WEEKLY INTERVALS

| | | TREATMENT | | | | | | | | | | | | | |
| | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUPINE SYSTOLIC BLOOD PRESSURE (MM HG)** | | | | | | | | | | | | | | | |
| 0 | 190 | 122.9 | 17.4 | 80.0 | 200.0 | 204 | 120.5 | 15.7 | 80.0 | 160.0 | 195 | 119.9 | 14.8 | 90.0 | 160.0 |
| 7 | 188 | 123.4 | 17.6 | 80.0 | 180.0 | 202 | 120.8 | 15.9 | 90.0 | 180.0 | 193 | 122.4 | 15.7 | 90.0 | 190.0 |
| 14 | 177 | 122.2 | 15.2 | 80.0 | 180.0 | 173 | 120.5 | 15.7 | 90.0 | 175.0 | 169 | 122.2 | 16.7 | 90.0 | 180.0 |
| 21 | 137 | 122.0 | 14.6 | 89.0 | 160.0 | 140 | 119.7 | 14.8 | 90.0 | 170.0 | 133 | 121.6 | 15.1 | 80.0 | 170.0 |
| 28 | 119 | 121.8 | 15.2 | 90.0 | 175.0 | 132 | 119.5 | 13.8 | 90.0 | 180.0 | 115 | 122.2 | 16.9 | 80.0 | 180.0 |
| 35 | 105 | 122.3 | 16.5 | 85.0 | 185.0 | 119 | 119.6 | 15.1 | 80.0 | 160.0 | 101 | 121.1 | 16.5 | 90.0 | 200.0 |
| 42 | 100 | 122.4 | 16.2 | 80.0 | 180.0 | 112 | 117.3 | 13.9 | 80.0 | 155.0 | 92 | 123.1 | 17.4 | 90.0 | 210.0 |
| FINAL | 189 | 123.2 | 16.6 | 80.0 | 180.0 | 203 | 119.2 | 15.8 | 80.0 | 180.0 | 195 | 122.4 | 16.8 | 90.0 | 210.0 |
| **SUPINE DIASTOLIC BLOOD PRESSURE (MM HG)** | | | | | | | | | | | | | | | |
| 0 | 190 | 77.7 | 10.7 | 40.0 | 110.0 | 204 | 76.6 | 11.6 | 50.0 | 110.0 | 195 | 76.2 | 10.7 | 40.0 | 110.0 |
| 7 | 188 | 78.3 | 10.7 | 50.0 | 105.0 | 202 | 77.0 | 12.7 | 40.0 | 118.0 | 193 | 77.1 | 10.8 | 40.0 | 120.0 |
| 14 | 177 | 78.0 | 11.5 | 40.0 | 110.0 | 173 | 77.0 | 12.0 | 50.0 | 120.0 | 169 | 77.0 | 11.4 | 50.0 | 120.0 |
| 21 | 137 | 77.6 | 10.9 | 41.0 | 110.0 | 140 | 76.2 | 11.0 | 50.0 | 100.0 | 133 | 77.4 | 11.4 | 50.0 | 115.0 |
| 28 | 119 | 77.7 | 10.5 | 40.0 | 120.0 | 131 | 76.2 | 11.0 | 50.0 | 115.0 | 115 | 77.1 | 11.5 | 50.0 | 110.0 |
| 35 | 105 | 77.4 | 10.9 | 50.0 | 120.0 | 118 | 76.3 | 9.7 | 50.0 | 100.0 | 101 | 75.5 | 10.4 | 50.0 | 105.0 |

(CONTINUED)

SOURCE CODE:            XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           12JUL95

CONFIDENTIAL
AZ/SER 0051026

524

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.1   DESCRIPTIVE STATISTICS FOR VITAL SIGNS AT WEEKLY INTERVALS

| | STUDY DAY | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| SUPINE DIASTOLIC BLOOD PRESSURE (MM HG) | 42 | 100 | 78.9 | 12.8 | 40.0 | 120.0 | 112 | 75.1 | 10.4 | 40.0 | 100.0 | 92 | 76.8 | 11.1 | 60.0 | 115.0 |
| | FINAL | 189 | 78.4 | 11.6 | 40.0 | 120.0 | 203 | 77.0 | 11.1 | 40.0 | 110.0 | 195 | 76.3 | 10.9 | 45.0 | 115.0 |
| STANDING SYSTOLIC BLOOD PRESSURE (MM HG) | 0 | 190 | 120.0 | 17.4 | 80.0 | 200.0 | 201 | 118.7 | 16.2 | 80.0 | 170.0 | 195 | 118.4 | 15.4 | 80.0 | 160.0 |
| | 7 | 189 | 120.6 | 16.9 | 80.0 | 168.0 | 201 | 118.7 | 16.0 | 78.0 | 180.0 | 192 | 119.3 | 16.3 | 80.0 | 180.0 |
| | 14 | 178 | 118.6 | 15.0 | 80.0 | 170.0 | 169 | 117.1 | 17.4 | 80.0 | 165.0 | 169 | 121.2 | 18.0 | 85.0 | 190.0 |
| | 21 | 134 | 120.0 | 14.4 | 85.0 | 160.0 | 137 | 117.0 | 16.7 | 80.0 | 170.0 | 133 | 119.7 | 15.4 | 80.0 | 170.0 |
| | 28 | 118 | 120.3 | 15.4 | 90.0 | 180.0 | 129 | 117.6 | 15.3 | 80.0 | 170.0 | 114 | 119.5 | 16.1 | 80.0 | 180.0 |
| | 35 | 102 | 118.2 | 17.2 | 70.0 | 180.0 | 119 | 116.9 | 17.4 | 75.0 | 170.0 | 100 | 118.9 | 16.3 | 90.0 | 200.0 |
| | 42 | 101 | 119.0 | 17.2 | 80.0 | 180.0 | 112 | 115.6 | 14.6 | 80.0 | 150.0 | 92 | 121.7 | 17.7 | 90.0 | 210.0 |
| | FINAL | 191 | 120.4 | 16.7 | 80.0 | 180.0 | 201 | 116.8 | 16.6 | 80.0 | 170.0 | 195 | 120.2 | 17.4 | 80.0 | 210.0 |
| STANDING DIASTOLIC BLOOD PRESSURE (MM HG) | 0 | 190 | 78.7 | 11.1 | 50.0 | 110.0 | 201 | 77.2 | 11.6 | 50.0 | 115.0 | 195 | 76.6 | 11.0 | 50.0 | 105.0 |
| | 7 | 189 | 78.3 | 12.1 | 45.0 | 120.0 | 201 | 78.0 | 12.3 | 40.0 | 120.0 | 192 | 77.8 | 11.3 | 50.0 | 120.0 |
| | 14 | 178 | 78.1 | 11.6 | 40.0 | 110.0 | 169 | 77.3 | 13.3 | 50.0 | 130.0 | 169 | 79.1 | 12.6 | 60.0 | 140.0 |
| | 21 | 134 | 78.8 | 11.6 | 55.0 | 110.0 | 137 | 75.7 | 11.3 | 50.0 | 110.0 | 133 | 77.8 | 11.8 | 40.0 | 115.0 |

SOURCE CODE:                     XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:              MIS.SRCR55.D2821
DATE PRINTED:                    12JUL95

(CONTINUED)

260
CONFIDENTIAL
AZ/SER 0051027

525

50771L/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.1   DESCRIPTIVE STATISTICS FOR VITAL SIGNS AT WEEKLY INTERVALS

| | | TREATMENT | | | | | | | | | | | | | |
| | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANDING DIASTOLIC BLOOD PRESSURE (MM HG) | 28 | 118 | 78.5 | 10.7 | 58.0 | 115.0 | 129 | 76.3 | 11.0 | 40.0 | 110.0 | 114 | 78.3 | 11.8 | 50.0 | 110.0 |
| | 35 | 102 | 78.0 | 12.1 | 40.0 | 115.0 | 119 | 75.9 | 12.6 | 40.0 | 100.0 | 100 | 76.6 | 10.6 | 60.0 | 105.0 |
| | 42 | 101 | 79.4 | 12.1 | 50.0 | 110.0 | 112 | 76.6 | 11.7 | 50.0 | 120.0 | 92 | 78.9 | 11.4 | 58.0 | 115.0 |
| | FINAL | 191 | 79.9 | 12.2 | 50.0 | 119.0 | 201 | 77.4 | 13.0 | 50.0 | 130.0 | 195 | 77.9 | 11.5 | 50.0 | 115.0 |
| SUPINE PULSE RATE (BPM) | 0 | 189 | 81.0 | 9.8 | 50.0 | 120.0 | 201 | 82.7 | 12.3 | 55.0 | 120.0 | 194 | 80.8 | 12.8 | 52.0 | 120.0 |
| | 7 | 188 | 82.9 | 12.7 | 60.0 | 128.0 | 202 | 85.3 | 13.7 | 48.0 | 140.0 | 192 | 82.2 | 11.7 | 60.0 | 116.0 |
| | 14 | 176 | 82.9 | 11.2 | 60.0 | 120.0 | 173 | 85.6 | 12.9 | 44.0 | 120.0 | 168 | 81.7 | 11.5 | 56.0 | 120.0 |
| | 21 | 137 | 82.3 | 11.5 | 49.0 | 124.0 | 140 | 86.7 | 12.8 | 60.0 | 130.0 | 132 | 80.7 | 11.8 | 60.0 | 116.0 |
| | 28 | 177 | 82.2 | 10.9 | 60.0 | 126.0 | 133 | 83.6 | 10.1 | 60.0 | 108.0 | 115 | 80.8 | 11.3 | 60.0 | 120.0 |
| | 35 | 105 | 82.2 | 10.5 | 60.0 | 121.0 | 118 | 85.4 | 13.1 | 60.0 | 124.0 | 101 | 79.8 | 10.5 | 52.0 | 104.0 |
| | 42 | 100 | 81.5 | 10.2 | 60.0 | 112.0 | 111 | 84.5 | 10.6 | 60.0 | 112.0 | 91 | 80.0 | 10.8 | 64.0 | 116.0 |
| | FINAL | 189 | 82.2 | 11.4 | 60.0 | 124.0 | 203 | 85.4 | 11.5 | 60.0 | 140.0 | 193 | 82.1 | 12.1 | 56.0 | 120.0 |
| STANDING PULSE RATE (BPM) | 0 | 187 | 86.1 | 11.0 | 60.0 | 120.0 | 196 | 88.9 | 14.0 | 53.0 | 133.0 | 193 | 87.0 | 13.2 | 60.0 | 133.0 |
| | 7 | 187 | 88.6 | 13.9 | 60.0 | 130.0 | 199 | 92.0 | 15.3 | 56.0 | 142.0 | 192 | 88.1 | 12.9 | 64.0 | 128.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         12JUL95

(CONTINUED)

CONFIDENTIAL
AZ/SER 0051028

526

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.1   DESCRIPTIVE STATISTICS FOR VITAL SIGNS AT WEEKLY INTERVALS

| | | TREATMENT | | | | | | | | | | | | | |
| | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANDING PULSE RATE (BPM) | 14 | 178 | 88.3 | 13.8 | 60.0 | 128.0 | 169 | 91.6 | 16.3 | 60.0 | 146.0 | 169 | 87.8 | 15.3 | 54.0 | 140.0 |
| | 21 | 133 | 88.5 | 12.8 | 62.0 | 132.0 | 135 | 92.2 | 14.8 | 60.0 | 131.0 | 133 | 86.4 | 12.6 | 60.0 | 120.0 |
| | 28 | 116 | 88.4 | 12.0 | 60.0 | 128.0 | 129 | 89.9 | 14.2 | 60.0 | 128.0 | 114 | 87.3 | 12.3 | 64.0 | 124.0 |
| | 35 | 102 | 88.8 | 13.2 | 60.0 | 132.0 | 118 | 92.5 | 15.8 | 60.0 | 140.0 | 100 | 85.4 | 11.6 | 56.0 | 116.0 |
| | 42 | 101 | 86.4 | 11.3 | 64.0 | 127.0 | 112 | 90.4 | 12.6 | 64.0 | 120.0 | 92 | 86.4 | 13.0 | 60.0 | 132.0 |
| | FINAL | 190 | 88.0 | 13.2 | 60.0 | 132.0 | 202 | 91.0 | 13.6 | 64.0 | 142.0 | 195 | 88.5 | 14.8 | 54.0 | 132.0 |

SOURCE CODE:          XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:   MTS.SRCR55.D2821
DATE PRINTED:         12JUL95

CONFIDENTIAL
AZ/SER 0051029

527

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.1    DESCRIPTIVE STATISTICS FOR VITAL SIGNS AT WEEKLY INTERVALS

| | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| WEIGHT (KG) | STUDY DAY | | | | | | | | | | | | | | | |
| | 0 | 189 | 73.6 | 16.0 | 44.0 | 169.0 | 203 | 74.4 | 16.4 | 43.0 | 140.0 | 194 | 73.5 | 14.4 | 47.0 | 130.4 |
| | 42 | 96 | 76.1 | 16.1 | 43.0 | 154.0 | 109 | 75.2 | 15.7 | 43.0 | 137.7 | 90 | 74.1 | 15.5 | 43.1 | 131.8 |
| | FINAL | 191 | 75.0 | 15.7 | 43.0 | 154.0 | 204 | 76.0 | 16.5 | 43.0 | 140.0 | 196 | 74.1 | 14.6 | 43.1 | 131.8 |

SOURCE CODE:            XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           12JUL95

263
CONFIDENTIAL
AZ/SER 0051030

528

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.2   DESCRIPTIVE STATISTICS FOR CHANGES FROM BASELINE IN VITAL SIGNS AT WEEKLY INTERVALS

TREATMENT

|  |  | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| SUPINE SYSTOLIC BLOOD PRESSURE (MM HG) | STUDY DAY 7 | 187 | 0.4 | 15.8 | -60.0 | 50.0 | 202 | 0.3 | 15.4 | -60.0 | 40.0 | 192 | 2.7 | 16.3 | -50.0 | 60.0 |
|  | 14 | 175 | -0.7 | 16.3 | -65.0 | 35.0 | 173 | 0.1 | 15.1 | -50.0 | 40.0 | 169 | 2.4 | 16.5 | -35.0 | 65.0 |
|  | 21 | 136 | -0.8 | 16.5 | -55.0 | 50.0 | 140 | -0.3 | 15.4 | -70.0 | 50.0 | 133 | 1.8 | 15.6 | -45.0 | 45.0 |
|  | 28 | 118 | -0.6 | 17.9 | -55.0 | 50.0 | 132 | -0.4 | 14.8 | -40.0 | 35.0 | 115 | 2.5 | 15.2 | -33.0 | 45.0 |
|  | 35 | 104 | 0.3 | 13.8 | -40.0 | 50.0 | 119 | 0.0 | 15.1 | -50.0 | 45.0 | 101 | 0.9 | 16.6 | -40.0 | 75.0 |
|  | 42 | 99 | 0.5 | 16.6 | -55.0 | 50.0 | 112 | -2.6 | 15.4 | -40.0 | 50.0 | 92 | 2.9 | 18.8 | -40.0 | 85.0 |
|  | FINAL | 187 | 0.1 | 16.5 | -55.0 | 50.0 | 203 | -1.4 | 15.8 | -55.0 | 50.0 | 194 | 2.6 | 17.6 | -45.0 | 85.0 |
| SUPINE DIASTOLIC BLOOD PRESSURE (MM HG) | 7 | 187 | 0.4 | 9.9 | -30.0 | 30.0 | 202 | 0.5 | 12.9 | -45.0 | 45.0 | 192 | 1.0 | 11.1 | -40.0 | 40.0 |
|  | 14 | 175 | 0.2 | 12.1 | -30.0 | 40.0 | 173 | 0.7 | 12.6 | -35.0 | 40.0 | 169 | 0.7 | 11.8 | -50.0 | 40.0 |
|  | 21 | 136 | 0.1 | 11.5 | -30.0 | 30.0 | 140 | 1.0 | 11.6 | -30.0 | 35.0 | 133 | 1.2 | 12.3 | -40.0 | 30.0 |
|  | 28 | 118 | 0.4 | 12.0 | -25.0 | 50.0 | 131 | 1.1 | 12.7 | -40.0 | 45.0 | 115 | 1.3 | 12.2 | -30.0 | 40.0 |
|  | 35 | 104 | 0.0 | 11.1 | -25.0 | 40.0 | 118 | 1.3 | 11.6 | -30.0 | 35.0 | 101 | -1.2 | 10.9 | -30.0 | 30.0 |
|  | 42 | 99 | 0.3 | 13.1 | -35.0 | 43.0 | 112 | 0.3 | 12.8 | -35.0 | 35.0 | 92 | 0.2 | 11.5 | -30.0 | 30.0 |
|  | FINAL | 187 | 0.5 | 12.5 | -35.0 | 43.0 | 203 | 0.4 | 12.9 | -35.0 | 35.0 | 194 | 0.2 | 12.1 | -40.0 | 40.0 |

SOURCE CODE:             XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:      WIS.SRCR55.D2821
DATE PRINTED:            12JUL95

(CONTINUED)

CONFIDENTIAL
AZ/SER 0051031

529

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.2   DESCRIPTIVE STATISTICS FOR CHANGES FROM BASELINE IN VITAL SIGNS AT WEEKLY INTERVALS

| | | TREATMENT | | | | | | | | | | | | | |
| | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANDING SYSTOLIC BLOOD PRESSURE (MM HG) | 7 | 188 | 0.5 | 16.6 | -70.0 | 45.0 | 198 | 0.2 | 16.4 | -55.0 | 80.0 | 191 | 1.0 | 15.7 | -50.0 | 50.0 |
| | 14 | 176 | -1.3 | 16.2 | -60.0 | 50.0 | 166 | -1.5 | 16.6 | -55.0 | 50.0 | 169 | 2.7 | 17.0 | -40.0 | 60.0 |
| | 21 | 133 | -0.2 | 16.9 | -60.0 | 45.0 | 134 | -1.3 | 16.2 | -40.0 | 45.0 | 133 | 0.9 | 16.8 | -40.0 | 50.0 |
| | 28 | 117 | 0.4 | 16.2 | -60.0 | 40.0 | 127 | -0.9 | 15.8 | -40.0 | 45.0 | 114 | 1.3 | 14.8 | -30.0 | 50.0 |
| | 35 | 101 | -1.6 | 15.4 | -40.0 | 50.0 | 116 | -1.2 | 15.5 | -40.0 | 65.0 | 100 | -0.0 | 17.1 | -45.0 | 70.0 |
| | 42 | 100 | -0.4 | 18.1 | -48.0 | 60.0 | 109 | -2.8 | 15.7 | -40.0 | 40.0 | 92 | 2.8 | 18.8 | -54.0 | 80.0 |
| | FINAL | 189 | 0.1 | 17.2 | -60.0 | 60.0 | 198 | -1.9 | 15.9 | -50.0 | 40.0 | 194 | 1.9 | 17.6 | -54.0 | 80.0 |
| STANDING DIASTOLIC BLOOD PRESSURE (MM HG) | 7 | 188 | -0.5 | 12.0 | -40.0 | 32.0 | 198 | 1.0 | 12.3 | -30.0 | 60.0 | 191 | 1.2 | 11.8 | -30.0 | 50.0 |
| | 14 | 176 | -0.8 | 12.6 | -50.0 | 40.0 | 166 | 0.4 | 13.5 | -50.0 | 35.0 | 169 | 2.6 | 13.1 | -40.0 | 50.0 |
| | 21 | 133 | -0.2 | 11.7 | -30.0 | 33.0 | 134 | -0.6 | 11.4 | -30.0 | 35.0 | 133 | 1.4 | 12.5 | -30.0 | 40.0 |
| | 28 | 117 | -0.2 | 11.4 | -30.0 | 40.0 | 127 | -0.1 | 12.3 | -30.0 | 35.0 | 114 | 2.1 | 11.9 | -40.0 | 40.0 |
| | 35 | 101 | -1.1 | 11.1 | -30.0 | 30.0 | 116 | 0.1 | 11.3 | -20.0 | 35.0 | 100 | -0.5 | 12.2 | -40.0 | 25.0 |
| | 42 | 100 | 0.5 | 13.5 | -30.0 | 50.0 | 109 | 0.8 | 11.9 | -30.0 | 30.0 | 92 | 1.9 | 11.6 | -20.0 | 40.0 |
| | FINAL | 189 | 1.0 | 13.1 | -30.0 | 50.0 | 198 | 0.3 | 13.2 | -50.0 | 35.0 | 194 | 1.4 | 12.3 | -40.0 | 40.0 |

SOURCE CODE:             XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES::     MIS.SRCR55.D2821
DATE PRINTED:            12JUL95

(CONTINUED)

CONFIDENTIAL
AZ/SER 0051032

530

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.2    DESCRIPTIVE STATISTICS FOR CHANGES FROM BASELINE IN VITAL SIGNS AT WEEKLY INTERVALS

| | | TREATMENT | | | | | | | | | | | | | | |
| | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| | STUDY DAY | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPINE PULSE RATE (BPM) | 7 | 186 | 2.2 | 13.5 | -42.0 | 52.0 | 200 | 2.7 | 14.6 | -28.0 | 52.0 | 191 | 1.3 | 13.8 | -44.0 | 46.0 |
| | 14 | 173 | 2.2 | 11.5 | -28.0 | 40.0 | 170 | 3.1 | 13.9 | -32.0 | 46.0 | 168 | 1.5 | 13.6 | -36.0 | 56.0 |
| | 21 | 135 | 0.7 | 13.1 | -41.0 | 34.0 | 138 | 4.3 | 14.1 | -35.0 | 40.0 | 132 | 0.5 | 12.9 | -28.0 | 36.0 |
| | 28 | 115 | 1.6 | 14.4 | -40.0 | 50.0 | 131 | 0.8 | 13.1 | -30.0 | 34.0 | 115 | 0.5 | 11.2 | -28.0 | 32.0 |
| | 35 | 103 | 1.3 | 12.3 | -24.0 | 33.0 | 116 | 3.0 | 15.9 | -34.0 | 56.0 | 101 | -0.1 | 11.4 | -36.0 | 28.0 |
| | 42 | 98 | 0.4 | 12.6 | -28.0 | 29.0 | 109 | 1.5 | 12.3 | -32.0 | 34.0 | 91 | 0.4 | 13.6 | -32.0 | 44.0 |
| | FINAL | 186 | 1.4 | 12.9 | -36.0 | 40.0 | 200 | 2.7 | 12.9 | -32.0 | 40.0 | 192 | 1.4 | 14.7 | -44.0 | 46.0 |
| STANDING PULSE RATE (BPM) | 7 | 183 | 2.4 | 14.0 | -52.0 | 48.0 | 192 | 3.4 | 17.0 | -56.0 | 58.0 | 189 | 1.0 | 15.2 | -54.0 | 56.0 |
| | 14 | 173 | 2.1 | 14.0 | -45.0 | 40.0 | 161 | 2.7 | 18.3 | -56.0 | 56.0 | 167 | 1.8 | 15.7 | -46.0 | 56.0 |
| | 21 | 129 | 2.4 | 14.8 | -46.0 | 44.0 | 129 | 3.6 | 16.8 | -38.0 | 48.0 | 132 | 0.2 | 14.3 | -44.0 | 46.0 |
| | 28 | 112 | 3.0 | 13.6 | -30.0 | 48.0 | 123 | 0.7 | 16.8 | -52.0 | 54.0 | 113 | 1.8 | 13.1 | -30.0 | 48.0 |
| | 35 | 99 | 2.8 | 13.5 | -32.0 | 28.0 | 112 | 3.4 | 17.1 | -35.0 | 54.0 | 99 | -0.1 | 11.8 | -32.0 | 28.0 |
| | 42 | 98 | 0.3 | 13.3 | -47.0 | 30.0 | 105 | -0.1 | 14.4 | -35.0 | 42.0 | 91 | 1.1 | 15.2 | -40.0 | 40.0 |
| | FINAL | 185 | 1.9 | 14.3 | -47.0 | 44.0 | 194 | 1.9 | 15.4 | -35.0 | 42.0 | 192 | 1.7 | 15.9 | -52.0 | 45.0 |

SOURCE CODE:        XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:        12JUL95

CONFIDENTIAL
AZ/SER 0051033

19

laboratory results that met these criteria, the laboratory result closest to the scheduled study day was included.

If final laboratory data were obtained from samples taken more than 3 days after randomised treatment was stopped, the data were excluded from analysis. There were some patients for whom only certain laboratory tests (eg, haematology) were performed on a given day, with an additional sample taken the next day to complete the battery of tests (eg, thyroid function tests). These data were considered to have been obtained on the same study day. Results of any additional tests (including results obtained at centres in Israel as a result of protocol amendment 5), or unscheduled repeats of tests, were not included in the summary statistics and analyses.

Serum prolactin concentrations were to be obtained during Segment A and at Day 14. In order to retain as much data as possible for statistical analysis, a "window" was created around the scheduled day on which prolactin concentrations were to be obtained. Prolactin concentrations in samples obtained between 11 and 17 days (inclusive) after randomisation were included as Day 14 data, retaining the value obtained closest to the scheduled Day 14. For patients who withdrew at times that were outside these windows, the last prolactin concentration obtained during randomised treatment was used as the final assessment.

Thyroid function tests were to be obtained during Segment A and at Day 42. In order to retain as much data as possible for statistical analysis, a "window" was created around Day 42. Thyroid function tests performed between 39 and 45 days (inclusive) after randomisation were included as Day 42 data, retaining the value closest to the scheduled Day 42. For patients who withdrew at times that were outside these windows, the last thyroid function tests performed during randomised treatment were used as the final assessment.

Descriptive statistics for all laboratory tests and for the change from baseline in all laboratory tests were calculated for each treatment group by study day and for the final observation.

Laboratory data were analysed using a variety of techniques in order to fully investigate any potential safety considerations. The change from baseline to the final observation was analysed using an analysis of covariance model including the baseline value of the parameter (the covariate) and treatment in the model. Country effects were not included in the model due to the use of a central laboratory at the majority of centres.

Slope analyses were also conducted on clinical laboratory data that were scheduled to be collected at more than one post-baseline study day. For each patient with a result at baseline and at least one post-baseline result for a given laboratory test, a least squares regression line was fitted to the available data, and the slope for that line was calculated. Mean slopes were then compared between treatment groups using an analysis of variance model. These slope analyses were repeated including data only from patients who completed the study.

CONFIDENTIAL
AZ/SER 0050521

531

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.2   DESCRIPTIVE STATISTICS FOR CHANGES FROM BASELINE IN VITAL SIGNS AT WEEKLY INTERVALS

|  | | TREATMENT | | | | | | | | | | | | | | |
|  | | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
|  | | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| WEIGHT (KG) | STUDY DAY | | | | | | | | | | | | | | | |
|  | 42 | 95 | 2.5 | 3.7 | -10.5 | 10.5 | 108 | 2.6 | 3.5 | -7.4 | 13.5 | 89 | 1.4 | 4.9 | -17.2 | 24.0 |
|  | FINAL | 189 | 1.0 | 7.2 | -87.0 | 10.5 | 203 | 1.3 | 3.1 | -7.4 | 13.5 | 194 | 0.6 | 3.8 | -17.2 | 24.0 |

SOURCE CODE:                 XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:  MIS.SRCR55.D2821
DATE PRINTED:           12JUL95

CONFIDENTIAL
AZ/SER 0051034

532

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.3   FREQUENCIES OF CLINICALLY SIGNIFICANT ABNORMAL VITAL SIGNS OVER ALL STUDY DAYS

| ORTHOSTATIC SYSTOLIC BLOOD PRESSURE | | TREATMENT | | |
|---|---|---|---|---|
| | | 450 MG (BID) SEROQUEL | 450 MG (TID) SEROQUEL | 50 MG (BID) SEROQUEL |
| TOTAL PATIENTS | | 192 | 204 | 196 |
| NUMBER WITH SIGNIFICANT ABNORMALITY | | 20 | 18 | 12 |
| PERCENT OF DAYS WITH ABNORMALITY | MEAN | 28.8 | 28.2 | 21.8 |
| | SD | 17.4 | 22.0 | 11.6 |
| | MIN | 14.3 | 14.3 | 14.3 |
| | MAX | 66.7 | 100.0 | 50.0 |
| DAY OF FIRST OCCURRENCE | MEAN | 20 | 19 | 16 |
| | SD | 12 | 10 | 13 |
| | MIN | 7 | 7 | 7 |
| | MAX | 42 | 42 | 35 |

SOURCE CODE:             XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:      MIS.SRCR55.D2821
DATE PRINTED:            12JUL95

CONFIDENTIAL
AZ/SER 0051035

533

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.3   FREQUENCIES OF CLINICALLY SIGNIFICANT ABNORMAL VITAL SIGNS OVER ALL STUDY DAYS

| ORTHOSTATIC PULSE RATE | | TREATMENT | | |
|---|---|---|---|---|
| | | 450 MG (BID) SEROQUEL | 450 MG (TID) SEROQUEL | 50 MG (BID) SEROQUEL |
| TOTAL PATIENTS | | 192 | 204 | 196 |
| NUMBER WITH SIGNIFICANT ABNORMALITY | | 54 | 71 | 56 |
| PERCENT OF DAYS WITH ABNORMALITY | MEAN | 33.6 | 34.1 | 35.4 |
| | SD | 18.9 | 19.2 | 18.5 |
| | MIN | 14.3 | 14.3 | 14.3 |
| | MAX | 100.0 | 100.0 | 75.0 |
| DAY OF FIRST OCCURRENCE | MEAN | 17 | 16 | 16 |
| | SD | 10 | 11 | 9 |
| | MIN | 7 | 7 | 7 |
| | MAX | 42 | 42 | 42 |

SOURCE CODE:           XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          12JUL95

269 CONFIDENTIAL
AZ/SER 0051036

534

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.3   FREQUENCIES OF CLINICALLY SIGNIFICANT ABNORMAL VITAL SIGNS OVER ALL STUDY DAYS

| ORTHOSTATIC SYSTOLIC BLOOD PRESSURE AND PULSE RATE | | TREATMENT | | |
|---|---|---|---|---|
| | | 450 MG (BID) SEROQUEL | 450 MG (TID) SEROQUEL | 50 MG (BID) SEROQUEL |
| TOTAL PATIENTS | | 192 | 204 | 196 |
| NUMBER WITH SIGNIFICANT ABNORMALITY | | 7 | 2 | 5 |
| PERCENT OF DAYS WITH ABNORMALITY | MEAN | 33.1 | 14.3 | 29.0 |
| | SD | 23.8 | 0.0 | 15.1 |
| | MIN | 14.3 | 14.3 | 14.3 |
| | MAX | 66.7 | 14.3 | 50.0 |
| DAY OF FIRST OCCURRENCE | MEAN | 18 | 18 | 21 |
| | SD | 12 | 5 | 20 |
| | MIN | 7 | 14 | 7 |
| | MAX | 28 | 21 | 35 |

SOURCE CODE:           XLU6O2.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          12JUL95

CONFIDENTIAL
AZ/SER 0051037

535

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.3   FREQUENCIES OF CLINICALLY SIGNIFICANT ABNORMAL VITAL SIGNS OVER ALL STUDY DAYS

| SUPINE PULSE RATE | | TREATMENT | | |
|---|---|---|---|---|
| | | 450 MG (BID) SEROQUEL | 450 MG (TID) SEROQUEL | 50 MG (BID) SEROQUEL |
| TOTAL PATIENTS | | 192 | 204 | 196 |
| NUMBER WITH SIGNIFICANT ABNORMALITY | | 10 | 16 | 3 |
| PERCENT OF DAYS WITH ABNORMALITY | MEAN | 26.7 | 21.1 | 23.3 |
| | SD | 11.1 | 12.4 | 2.9 |
| | MIN | 14.3 | 14.3 | 20.0 |
| | MAX | 50.0 | 50.0 | 25.0 |
| DAY OF FIRST OCCURRENCE | MEAN | 12 | 18 | 19 |
| | SD | 7 | 11 | 8 |
| | MIN | 7 | 7 | 14 |
| | MAX | 28 | 35 | 28 |

SOURCE CODE:           XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:    MIS.SRCR55.D2821
DATE PRINTED:          12JUL95

CONFIDENTIAL
AZ/SER 0051038

536

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T19.3   FREQUENCIES OF CLINICALLY SIGNIFICANT ABNORMAL VITAL SIGNS OVER ALL STUDY DAYS

| WEIGHT | TREATMENT | | |
|---|---|---|---|
| | 450 MG (BID) SEROQUEL | 450 MG (TID) SEROQUEL | 50 MG (BID) SEROQUEL |
| TOTAL PATIENTS | 192 | 204 | 196 |
| NUMBER WITH SIGNIFICANT ABNORMALITY | 26 | 27 | 13 |

SOURCE CODE:            XLU602.PROD.PHASEIII(VITALS)
SAS DATA LIBRARIES:     MIS.SRCR55.D2821
DATE PRINTED:           12JUL95

272
CONFIDENTIAL
AZ/SER 0051039

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T20.1  DESCRIPTIVE STATISTICS FOR WEEKLY TROUGH PLASMA LEVEL OF ICI 204,636

| MEDIAN PLASMA LEVEL(NG/ML) | TREATMENT | | | | | | | | | | | | | | |
| | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| STUDY DAY | N | MEAN | STD | MIN | MAX | N | MEAN | STD | MIN | MAX | N | MEAN | STD | MIN | MAX |
| 14 | 2 | 93.30 | 71.70 | 42.60 | 144.00 | | | | | | 4 | 27.33 | 8.03 | 21.20 | 38.90 |
| 21 | 4 | 78.10 | 48.21 | 38.00 | 138.00 | 4 | 119.30 | 84.34 | 64.50 | 243.00 | 2 | 86.83 | 110.56 | 8.65 | 165.00 |
| 28 | 2 | 131.75 | 73.89 | 79.50 | 184.00 | 3 | 58.00 | 18.33 | 38.00 | 74.00 | 2 | 59.15 | 36.99 | 33.00 | 85.30 |
| 35 | 3 | 160.00 | 47.00 | 113.00 | 207.00 | 2 | 38.80 | 7.64 | 33.40 | 44.20 | 2 | | | | |
| 42 | 2 | 168.30 | 115.54 | 86.60 | 250.00 | | | | | | 3 | 22.67 | 6.11 | 18.70 | 29.70 |

SOURCE CODE:          XLU602.PROD.PHASEIII(PLASMA)
SAS DATA LIBRARIES:   MIS.SRCR55.D2821
DATE PRINTED:         15JUN95

CONFIDENTIAL
AZ/SER 0051040

538

5077IL/0012: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

TABLE T20.2   DESCRIPTIVE STATISTICS FOR PRE- AND POST-DOSE* PLASMA LEVEL OF ICI 204,636

| MEDIAN PLASMA LEVEL(MG/ML) | TREATMENT | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 450 MG (BID) SEROQUEL | | | | | 450 MG (TID) SEROQUEL | | | | | 50 MG (BID) SEROQUEL | | | | |
| | N | MEAN | STD | MIN | MAX | N | MEAN | STD | MIN | MAX | N | MEAN | STD | MIN | MAX |
| TIME OF SAMPLE | | | | | | | | | | | | | | | |
| PRE-DOSE | 13 | 121.47 | 66.77 | 38.00 | 250.00 | 9 | 80.98 | 64.31 | 33.40 | 243.00 | 11 | 42.66 | 45.21 | 8.65 | 165.00 |
| 0.5 | 3 | 185.40 | 169.69 | 38.20 | 371.00 | 4 | 350.83 | 373.70 | 31.90 | 800.00 | 5 | 53.16 | 77.68 | 13.20 | 192.00 |
| 3 | 2 | 574.00 | 193.75 | 437.00 | 711.00 | 4 | 359.00 | 107.72 | 221.00 | 450.00 | 5 | 63.88 | 25.19 | 35.60 | 97.20 |
| 6 | 3 | 296.33 | 93.33 | 219.00 | 400.00 | 4 | 345.20 | 418.89 | 38.80 | 956.00 | 5 | 56.40 | 34.38 | 20.40 | 97.20 |

SOURCE CODE:          XLU602.PROD.PHASEIII(PLASMA)
SAS DATA LIBRARIES:   MIS.SRGR55.D2021
DATE PRINTED:         15JUN95

*POST-DOSE SAMPLES WERE OBTAINED AT ONE OF THE FOLLOWING STUDY DAYS: 21, 28, 35, 42

CONFIDENTIAL
AZ/SER 0051041

**APPENDIX  A**

**Supporting Documentation**

**Formulation and batch numbers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A1**

**Bioanalysis contribution** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A2**

**Information on all patients at Centre 010** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A3 to A7**

**CONFIDENTIAL**
**AZ/SER 0051042**

A1

**Study 5077IL/0012 Formulation/Batch Numbers**

| Formulation | F Number | Batch Numbers |
|---|---|---|
| SEROQUEL 25 mg | F7152 | ADM 59010/93, ADM 59419/93 ADM 59431/93, ADM 59436/93 ADM 59451/93, ADM 59595/93 |
| Placebo to match SEROQUEL 25 mg | F7153 | ADM 59008/93, ADM 59428/93 |
| SEROQUEL 100 mg | F7154 | ADM 59011/93, ADM 59412/93 ADM 59418/93, ADM 59606/93 |
| Placebo to match SEROQUEL 100 mg | F7155 | ADM 59009/93, ADM 59413/93 ADM 59414/93, ADM 59421/93 |

CONFIDENTIAL
AZ/SER 0051043

20

Shift tables were tabulated by treatment for thyroid function tests and serum prolactin concentrations, which were scheduled to be collected at only one post-baseline study day. Baseline and final assessments were classified in the shift tables as "low" if the laboratory value was below the reference range, "normal" if within the reference range or "high" if above the reference range.

Frequencies of clinically significant results of selected laboratory tests were also tabulated. These tests, and the accompanying definitions of clinical significance, were as follows:

| Clinical laboratory test | Definition of clinical significance |
|---|---|
| total WBC count | $3.0 \times 10^9$ cells/L or less |
| neutrophil count | $1.5 \times 10^9$ cells/L or less |
| ALT/SGPT and AST/SGOT | three times the upper limit of reference range or greater |
| total $T_4$ | less than 80% of the lower limit of reference range |
| | OR |
| | greater than 120% of the upper limit of reference range |
| TSH | greater than 120% of the upper limit of reference range |

Patients were counted as having a clinically significant result for a particular laboratory test if any post-baseline value met the criterion for that test.

(vi)     Ophthalmologic examinations

At centres in Canada, ophthalmologic examinations were to be performed before randomisation and at completion of the study (Day 42 or at withdrawal). When the final examination occurred after stopping treatment, the data were retained for summarisation, since any possible ophthalmologic changes were not expected to occur quickly after treatment was stopped. The only patients excluded from tabulations of ophthalmologic findings were patients for whom no post-baseline data were available.

Frequencies of overall dilated slit-lamp evaluation at baseline and at the final assessment were tabulated by treatment group for cornea, anterior chamber and ocular lens. If either eye was classified as abnormal, the overall evaluation was considered abnormal.

The LOCS III system included four items; three of which evaluated cataract severity in different regions of the lens (from 'no cataract' to 'severe cataract') and one evaluated nuclear colour (from 'colourless' to 'very brunescent'). Frequencies of each LOCS III rating at baseline and at the final assessment were tabulated by treatment group. The change from baseline was grouped as improved (<0), no change (=0) or worsened (>0) and frequency distributions of the grouped change from baseline were calculated by treatment group for each item by eye.

56

CONFIDENTIAL
AZ/SER 0050522

A2

**Bioanalysis Contribution**

According to the protocol, subjects were dosed orally with SEROQUEL three times a day for
one week in an ascending dose regimen so that on the seventh day they received a fixed dose
level three times a day, which continued for five weeks. Blood samples were scheduled to be
taken immediately before the last oral dose of SEROQUEL on weeks 3, 4, 5 and 6, and at 0.5,
1 and 6 hours after dosing on week 6. A total of 75 samples from 17 subjects were received in
two shipments (10 February 1995 and 12 April 1995). Sample analysis took place on two days,
with all samples for all subjects analyzed initially in singlicate on 18 April 1995, and repeats
(random and for cause) analyzed on 25 April 1995. Samples were stored at approximately
-20°C or colder until analysis.

The plasma samples were analyzed for concentrations of ICI 204,636, ICI 214,227 and M
236,303 using Method 16-12(R1), a validated procedure using liquid-liquid extraction for
sample clean-up, followed by narrow-bore HPLC with ultraviolet absorption and
electrochemical detection of the analytes. The method utilizes an internal standard for
quantitation of ICI 204,636, but no internal standard is available for quantitation of the
metabolites. The method has a quantitation range of 2.50 to 500 ng/mL using 0.4 mL of
plasma, and is valid from 500 to 5000 ng/mL by sample dilution with deionized water. The
method is specific against known metabolites of ICI 204,636, common analgesics, lorazepam,
flurazepam, diazepam, hydrochlorothiazide, cimetidine, haloperidol, chlorpromazine,
benztropine mesylate, chlordiazepoxide, chloral hydrate, phenytoin, n-methyl spiperone and
raclopride. Recovery of ICI 204,636 from plasma during method validation averaged 41.7%;
recovery for ICI 214,227, M 236,303 and M 214,652 internal standard averaged 48.9%, 35.6%
and 42.4%, respectively. Stability of ICI 204,636, ICI 214,227 and M 236,303 has been
established for 15 months at approximately -20°C for spiked samples. Validation data can be
found in Study File 5077DBQ052.

The performance of Method 16-12(R1) for the analysis of ICI 204,636, ICI 214,227 and
M 236,303 was demonstrated by monitoring the results of spiked plasma quality control
samples which were assayed on both days of study sample analysis. Quality control samples
were prepared at 8.00, 25.0, 60.0, 150 and 400 ng/mL on a day prior to clinical sample
analysis. An analytical run was accepted if two-thirds of the quality control concentrations were
within ±25% (ICI 214,227 and M 236,303) of the theoretical value. Quality control values for
M 236,303 for the run on 18 April 1995 were unacceptable. Six of the 10 quality control
samples on 25 April 1995 were lost due to detector shut-off during the run. However, the
remaining quality control samples were acceptable and the run was accepted for all analytes.
Quality control values for ICI 204,636, ICI 214,227 and M 236,303 averaged 95.7%, 101% and
114% of theory, respectively.

CONFIDENTIAL
AZ/SER 0051044

A3

## 5077IL/0012 centre 10 narratives

### Patient 0010/1001

This 37 year old male, caucasian, subchronic paranoid schizophrenic was withdrawn on Study Day 185 due to leucopaenia, whilst receiving 600mg daily of SEROQUEL. At entry into the trial, his total white cell count (WCC) and neutrophil counts were within normal limits at $5.1 \times 10^9$ cells/L (4.0 to $11.0 \times 10^9$ cells/L) and $3.7 \times 10^9$ cells/L (1.6 to $8.3 \times 10^9$ cells/L) respectively. The total WCC and neutrophil counts during the study are tabulated below:

| Study Day | Total WCC (x $10^9$ cells/L) | neutrophils (x $10^9$ cells/L) |
|---|---|---|
| 0 | 5.1 | 3.7 |
| 5 | 4.8 | 3.3 |
| 12 | 3.9 | 2.8 |
| 18 | 4.8 | 3.5 |
| 20 | 3.3 | 2.3 |
| 23 | 4.6 | 3.1 |
| 30 | 4.2 | 3.0 |
| 37 | 3.1 | 2.1 |
| 44 | 3.6 | 2.6 |
| 52 | 4.7 | 3.3 |
| 59 | 3.8 | 2.6 |
| 66 | 3.4 | 2.0 |
| 81 | 3.3 | 2.0 |
| 86 | 4.4 | 3.2 |
| 93 | 4.6 | 3.1 |
| 100 | 4.6 | 3.1 |
| 115 | 4.0 | 2.8 |
| 128 | 3.3 | 2.3 |
| 142 | 3.3 | 2.3 |
| 163 | 3.0 | 2.0 |
| 172 | 2.6 | 1.8 |
| 183 | 3.0 | 2.0 |

The leucopaenia resolved 6 days after treatment with SEROQUEL was discontinued when a blood sample analysed at the local hospital laboratory revealed a WCC of 4.6 x $10^9$ cells/L (4.0 to $11.0 \times 10^9$ cells/L) and a neutrophil count of 3.4 x $10^9$ cells/L (2.0 to $7.5 \times 10^9$ cells/L). A further blood sample analysed at the local hospital laboratory 7 days later revealed a WCC within normal limits at $4.3 \times 10^9$ cells/L and a neutrophil count within normal limits at $3.1 \times 10^9$ cells/L. A bone marrow aspiration undertaken 1 day after withdrawal revealed a cellular marrow with an M:E ratio of 2.2:1, normoblastic erythropoiesis, plentiful megakaryocytes, normal leucopoiesis,

CONFIDENTIAL
AZ/SER 0051045

A4

lymphocytes and plasma cells. The conclusion of the haematologist was that there was
"mild left shift only" and no evidence of maturation arrest.

Past medical history was unremarkable and the patient was not receiving any
concomitant medication upon entry into the trial. He received SEROQUEL double
blind medication for 42 days during the randomised phase of the trial and
subsequently SEROQUEL 400 mg daily for 73 days followed by SEROQUEL
600 mg daily until withdrawal. Concurrent medication included diazepam up to 10 mg
daily for anxiety, and sodium valproate 200 mg daily from Study Day 151 for
deterioration of his psychosis.

The leucopaenia was thought to be probably related to SEROQUEL treatment by the
investigator.

279

CONFIDENTIAL
AZ/SER 0051046

A5

### Patient 0010/1002

This 34 year old caucasian male paranoid chronic schizophrenic was withdrawn on Study Day 53 as he refused further treatment. He was receiving 300 mg SEROQUEL daily at the time of withdrawal.

Prior to entry into the study he was treated with loxapine 500 mg b.d., fluphenazine decanoate 25 mg fortnightly and procyclidine 5 mg daily but was still considered to be markedly ill. During the course of the randomised phase of treatment there was an improvement in his clinical condition, but a subsequent deterioration during treatment with open label SEROQUEL.

Past medical history and physical examination were unremarkable. No concomitant medication was administered. Adverse events included mild headache, dizziness and tiredness, all of which were considered to be probably related to treatment with SEROQUEL.

280

CONFIDENTIAL
AZ/SER 0051047

A6

**Patient 0010/1003**

This 56 year old male caucasian, paranoid subchronic schizophrenic was withdrawn from the trial on Study Day 66 due to moderate indigestion which had lasted for 62 days. No other adverse events were reported. Past medical history was unremarkable. Concomitant medication included diazepam 10 mg daily for agitation, ranitidine 150 mg daily for the heartburn and imodium 4 mg daily for diarrhoea. At the time of withdrawal the patient was receiving 100 mg SEROQUEL daily.

The indigestion was considered to be probably related to treatment with SEROQUEL as the patient had previously experienced symptoms of indigestion and hyperacidity with a similar drug.

281

CONFIDENTIAL
AZ/SER 0051048

A7

### Patient 0010/1004

This 24 year old caucasian male paranoid subchronic schizophrenic was randomised to study medication despite not meeting the Brief Psychiatric Rating Scale (BPRS) severity inclusion criteria required by the protocol. He had previously been treated with sulpiride 200 mg b.d. During the course of the randomised portion of the trial his condition was assessed as "much improved" by the investigator and he was entered into the open label extension phase. However he was withdrawn due to lack of efficacy on Study Day 324 whilst receiving 400 mg SEROQUEL daily.

Past medical history revealed a history of intermittent postural hypotension although physical examination was unremarkable. Concomitant medication included gaviscon 10 ml PRN for heartburn, diazepam 10 mg daily for anxiety, lorazepam up to 2 mg daily for anxiety, and a single dose of procyclidine 5 mg p.o. for akathisia.

Adverse events of moderate heartburn, mild dry mouth and mild dizziness were reported. Each was considered to be probably related to SEROQUEL by the investigator.

CONFIDENTIAL
AZ/SER 0051049

# ZENECA

### A MULTICENTRE, DOUBLE–BLIND, RANDOMISED COMPARISON OF DOSE AND DOSE REGIMEN OF SEROQUEL IN THE TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF SUBCHRONIC OR CHRONIC SCHIZOPHRENIA STUDY NUMBER 5077IL/0012 3/IF/1018563

### BOOK 3 OF 18

This report is the property of Zeneca Pharmaceuticals, a Business Unit of Zeneca Inc., and is confidential. It is submitted to the regulatory agency for the sole purposes of support of the application for the above product. Reproduction, disclosure or use of the submission of the information contained therein in whole or in part otherwise than for the said purposes is forbidden unless at the express request of and with the written consent of the proprietor.

1

CONFIDENTIAL
AZ/SER 0051050

**APPENDIX  B**

Investigators' curricula vitae  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    B1 to B364

2

CONFIDENTIAL
AZ/SER 0051051

B1

TRIAL 9077IL/0012
CENTRE 002
PATIENT
CATEGORY C01

---

**CURRICULUM VITAE**

**DAVID J KING**

---

DEOPUKINO.WPS

CONFIDENTIAL
AZ/SER 0051052

B2

TRIAL 50773/0012
CENTRE
PATIENT 002
CATEGORY C01

| | |
|---|---|
| **Name:** | David John KING |
| **Home Address:** | |
| **Nationality:** | British |
| **Date and place of birth:** | Liverpool, England, [REDACTED] 1940 |
| **Married:** | 1965; 2 sons born 1966 and 1971 |
| **Extracurricular interests:** | Music, photography, reading (history, biography), swimming, gardening. |

**EDUCATION:**

| | |
|---|---|
| 1945 - 50 | Olderfleet Public Elementary School, Larne. |
| 1950 - 58 | Larne Grammar School |
| | 1958: Atkinson Prize for Academic Distinction. |
| | A levels: Physics; pure maths; general maths (distinction); chemistry (distinction). |
| 1958 - 64 | The Queen's University of Belfast (QUB). |
| | 1963: Final MB (Part 1) Scholarship and Whitla Prize in Therapeutics. |

**Postgraduate:**

| | |
|---|---|
| 1968 | Practical Neurochemistry Course, Institute of Psychiatry, Maudsley Hospital, London. |
| 1977 | PSE Course, MRC Social Psychiatry Unit, Institute of Psychiatry, Maudsley Hospital, London. |

**QUALIFICATIONS:**

| | |
|---|---|
| ECFMG Certificate | March 1964 |
| MB BCh BAO (QUB) | June 1964 |
| DPM (London) | November 1967 |
| MD (QUB) | December 1971 (Thesis entitled: "Some aspects of the rôle of cortisol in relation to affective disorder"). |
| MRCPsych (London) | November 1972 |
| FRCPsych (London) | March 1983 |

-2-

4

CONFIDENTIAL
AZ/SER 0051053

21

(vii)    Vital signs

Vital signs were summarised by study day using descriptive statistics for actual values and for changes from baseline. Three-day "windows" were constructed around scheduled study days to retain as much data in the analyses as possible. Descriptive statistics for weight and for the change from baseline in weight were calculated for Day 42 and for the final observation.

Selected vital signs were also evaluated to determine the frequency of clinically significant values. Clinical significance was defined using the following criteria:

—    postural changes in systolic blood pressure - decrease of 30 mmHg or more in systolic blood pressure from supine to standing position;

—    postural changes in pulse rate - increase of 20 beats per minute (bpm) or more in pulse rate from supine to standing position;

—    combined postural changes - patients with postural changes in both systolic blood pressure and pulse rate as previously defined;

—    supine pulse rate - post-baseline rate greater than or equal to 120 bpm OR less than or equal to 50 bpm AND a change from baseline of 15 bpm or greater (either increase or decrease);

—    weight - an increase from baseline of 7% or greater.

Summary statistics for each patient included the percentage of study days on which the criteria for clinical significance for each parameter were met, and the day on which the criteria for clinical significance were first met. Descriptive statistics for these summary measures were calculated by treatment group for each parameter except weight, which was scheduled to be measured at baseline and on completion of or withdrawal from the study, whichever occurred first. The number of patients who met the criteria for clinical significance at least once was also calculated for each treatment group.

(c)    **Plasma concentrations of ICI 204,636**

At selected centres, plasma samples of ICI 204,636 were to be collected at Days 21, 28, 35 and 42 for measurement of trough plasma concentrations of ICI 204,636. Post-dose (0.5, 3 and 6 hours after dosing) plasma samples were to be obtained on one study day only, at Day 21, 28, 35 or 42. A median plasma concentration was calculated for each patient for use in the analyses.

Small sample sizes rendered of little value the analyses of plasma data planned in the protocol. As a result, only descriptive statistics are presented. Descriptive statistics for weekly trough plasma concentrations were calculated by treatment group for each study day. Descriptive statistics for pre- and post-dose plasma concentrations were calculated by treatment group for each post-dose collection time.

CONFIDENTIAL
AZ/SER 0050523

B3



**PRESENT APPOINTMENTS:**

(1)     Reader in Psychopharmacology, The Queen's University of Belfast (October 1986).

(2)     Consultant Psychiatrist, Holywell Hospital, Antrim (October 1975).

**PREVIOUS APPOINTMENTS:**

| | |
|---|---|
| August 1964 - July 1965 | House Officer (general medicine and surgery, orthopaedics and geriatric medicine), Belfast City Hospital. (BCH). |
| August 1965 - February 1966 | Senior House Officer (general adult psychiatry), Purdysburn Hospital, Belfast. |
| March 1966 - November 1966 | Senior House Officer (adult psychiatry), University Department of Psychiatry, Whiteley Wood Clinic, Sheffield. (Head: Professor Erwin Stengel). |
| December 1966 - July 1967 | Registrar (adult and child psychiatry), University Department of Psychiatry, Sheffield. |
| August 1967 - January 1969 | Registrar - Special Mental Health Appointment (rotation in adult psychiatry, neurology, endocrinology and general medicine), University Department of Mental Health, Windsor House, Belfast City Hospital. |
| February 1969 - January 1972 | Mental Health Research Fund (London) Andy Darlington Memorial Fellow. Research into biochemical aspects of affective disorder in the Departments of Mental Health and Biochemistry, QUB. |
| February 1972 - May 1972 | Senior Tutor/Senior Registrar (teaching and clinical psychiatry), University Department of Mental Health, QUB. |
| June 1972 - November 1973 | Consultant Psychiatrist (general psychiatry), Holywell Hospital, Antrim. |
| December 1973 - June 1975 | Assistant Professor, Department of Psychiatry, Dalhousie University, Victoria General Hospital, Halifax, Nova Scotia, Canada. (Head: Professor R Jones). |
| July 1975 - September 1975 | Locum Consultant Psychiatrist, Holywell Hospital, Antrim. |

-3-

5

CONFIDENTIAL
AZ/SER 0051054

B4

October 1975 - September 1986     Senior Lecturer in clinical neuropharmacology, Department of Therapeutics and Pharmacology, The Queen's University of Belfast. Promoted to Reader, October 1986.

**NHS SERVICE DEVELOPMENT:**

(1)   1972   Introduced first lithium clinics in the province.

(2)   1975 -   Developed use of locked wards to sub-acute intensive psychiatric care units, with high patient turnover and bed occupancy.

(3)   1975 -   Increasing forensic work with treatment of offenders referred by Prison Service.

(4)   1989   Centralisation of ECT at Holywell Hospital.

(5)   1990   Pioneered use of clozapine in Ireland.

**MEMBERSHIP OF LEARNED SOCIETIES:**

(1)   Biological Psychiatry Group of the Royal College of Psychiatrists (1980-1988).

(2)   British Association for Psychopharmacology (Nationally Elected Member of Council, 1992 - ).

(3)   British Pharmacological Society.

(4)   Clinical Pharmacology Section of the British Pharmacological Society.

(5)   European College of Neuropsychopharmacology.

(6)   Irish Association of Pharmacologists (1989 - )

(7)   Ulster Medical Society.

(8)   Ulster Neuropsychiatric Society (Member of Council, 1982 - 1985).

(9)   Irish Neuroscience (Belfast) Group (Treasurer, 1983 - ).

**ADMINISTRATIVE APPOINTMENTS:**

(1)   1976 - 84   Member of the Advisory Council on the Misuse of Drugs (ACMD, Home Office, London) and member of the ACMD Technical and Information & Research Working Groups.

(2)   1976 - 84   Chairman, NI Drug Liaison Committee.

(3)   1975 - 85   Clinical Tutor (Royal College of Psychiatrists), Holywell Hospital, Antrim.

-4-

6

CONFIDENTIAL
AZ/SER 0051055

B5

| (4) | 1975 - 85 | Member of Psychiatry Specialty Committee, NI Council for Postgraduate Medical Education. Acting Specialty Advisor, Spring 1981. |
| (5) | 1983 - 89 | Chairman, NI Central Services Agency's Appointment Panel for Registrars and Senior Registrars in Psychiatry. |
| (6) | 1983 - 85 | Member of Psychiatric Tutors' Sub-Committee of Royal College of Psychiatrists (London). |
| (7) | 1986 - 92 | Mental Health Commission for Northern Ireland (Part IV doctor). |
| (8) | 1986 - 92 | Medical member, Mental Health Review Tribunal for Northern Ireland. |
| (9) | 1987 - 89 | Chairman, Working Group on Centralisation of ECT, Holywell Hospital. |
| (10) | 1990 - | Chairman, Holywell Hospital Research Group. |
| (11) | 1993 - | Chairman, Medical Staff Committee, Holywell Hospital. |

**QUEEN'S UNIVERSITY COMMITTEES:**

| (1) | 1985 - 87 | Member of Academic Council. |
| (2) | 1986 - | Introductory Clinical Course Committee, Faculty of Medicine. |
| (3) | 1987 - 1991 | Faculty Students' Progress Committee. |
| (4) | 1988 - 1990 | Neuroscience Research Steering Committee, Faculty of Medicine. |
| (5) | 1990 - 1992 | Management Committee of the Drug Utilization Research Unit. |
| (6) | 1990 - 1992 | Advisory Committee of the Drug Utilization Research Unit. |
| (7) | 1991 - | Secretary, 3rd MB Board of Examiners. |
| (8) | 1992 - | Research Committee, School of Clinical Medicine. |

**DEPARTMENTAL ADMINISTRATION:**

| 1980 - 84 | Convenor of weekly departmental Journal Club. |
| 1975 - | Internal examiner.  Set papers for 3rd BDS (June 1980) and 3rd MB (June 1985) examinations. |
| 1985 - | Course organiser for Introductory Clinical Course in Therapeutics and Pharmacology. |

-5-

7

CONFIDENTIAL
AZ/SER 0051056

B6

TRIAL 60778/0012
CENTRE 002
PATIENT
CATEGORY 001

| | | | |
|---|---|---|---|
| 1987 - 91 | Chairman, weekly Senior Academic Staff Meeting, Department of Therapeutics and Pharmacology. | | |
| 1986 - 91 | Acting Head of Department of Therapeutics and Pharmacology, from time to time, in Professor Shanks' absence on duties as Dean of Faculty of Medicine. | | |

**TEACHING EXPERIENCE:**

**(a) UNDERGRADUATE:**

| | | Average no of students | Average hrs per annum |
|---|---|---|---|
| 1976 - | 2nd year Medical Students (Clinical Pharmacology) | 150 | 10 |
| 1976 - 1988 | 3rd year Medical Students (Pharmacology Tutorials) | 12 | 8 |
| 1976 - | 3rd year Medical Students (Combined Clinical Course) | 150 | 5 |
| 1976 - | 3rd year Dental Students (Clinical Pharmacology) | 20 | 3 |
| 1977 - 1985 | 5th year Medical Students (Case discussions in Therapeutics) | 20 | 3 |
| 1978 - | 5th year Medical Students (Tutorials and Ward Rounds for 4 residents per month at Holywell Hospital) | 40 | 140 |
| 1982 - 1986 | Pharmacy Students (Drugs in psychotic illness) | 30 | 1 |
| 1990 - | B Med Sci (intercalated) (Psychopharmacology) | 1-3 | 16 |
| 1991 - | B Med Sci (non-clinical) (Psychopharmacology) | 3 | 2 |

**(b) POSTGRADUATE:**

| | | Average no of students | Average hrs per annum |
|---|---|---|---|
| 1975 - | MRCPsych (Part I) (Psychotropic Drugs) | 6 | 7 |
| 1975 - | MRCPsych (Part II) (Biological Psychiatry) | 8 | 6 |

-6-

8

CONFIDENTIAL
AZ/SER 0051057

B7

TRIAL 56770L/00′?
CENTRE 002
PATIENT
CATEGORY CO1

| | | | |
|---|---|---|---|
| 1979 - 1984 | GP Trainees (Treatment of Depression; Psychotropic drug prescribing; Mental Health Act) | 12 | 2 |
| 1985 - 1986 | Trainee Clinical Psychologists (Biological Psychiatry) | 5 | 1 |
| 1981 - 1986 | SRN & RMN in-service courses (Drug addiction, physical treatments in psychiatry, management of violent patients) | 10 | 2 |
| 1990 | FFA (Part II) (CNS Pharmacology) | 6 | 2 |

1981    Manual 'Basic Clinical Neuropharmacology' for medical students and trainees in psychiatry.

1984    40 minute video "Music Therapy: a concept", produced in collaboration with the Department of Mental Health, QUB.

1991    Manual 'Neuropsychopharmacology for Medical Students' revised and extended (60,000 words) (78 pages).

**(c) EXAMINER:**

(1)   1983 - 88    Examiner in Victoria-Colman Medal for Department of Mental Health, (The Queen's University of Belfast).

(2)   1985 -    Examiner in Final MB for Department of Mental Health (The Queen's University of Belfast).

(3)   1987 - 92    Board of Examiners, Royal College of Psychiatrists, MRCPsych (Part I), (London).

(4)   May 1991    External Examiner PhD thesis "Studies on the central effects of some antihypertensive drugs" (Duncan Currie) University of Dundee.

(5)   July 1992 -    Internal Examiner MD thesis "The clinical, social and psychological problems of patients with epilepsy" (James I Morrow) The Queen's University of Belfast.

(6)   September 1992    External Examiner PhD thesis "Pharmacological studies of autonomic and psychomotor functions in humans" (Nicky Theofilopoulos) University of Manchester.

-7-

9

CONFIDENTIAL
AZ/SER 0051058

B8

TRIAL 80776/0012
CENTRE 002
PATIENT
CATEGORY C01

(d) **SUPERVISION OF RESEARCH:**

(1)  1979 - 1983   Dr S J Cooper (1979: Tutor/Registrar; 1981: Senior Tutor/Senior Registrar; August 1983: DHSS Clinical Research Fellow; November 1983: Clinical Research Fellow, CRC, Northwick Park, London; 1985: Senior Lecturer, Department of Mental Health, QUB).
MD (1984): 'Studies in monoamine metabolites in the cerebrospinal fluid of patients suffering from major psychoses'.

(2)  1983 - 1985   Dr N Devaney (1983: Senior Tutor/Senior Registrar; 1985: Consultant Psychiatrist, Holywell Hospital, Antrim).
(a) Double-blind placebo-controlled trial of ICI 118551 in chronic anxiety.
(b) Pharmacokinetics and open study of remoxipride in chronic schizophrenia.
(c) Clinical pharmacology of BTS 54524 in healthy volunteers.

(3)  1985 - 1986   Dr G Henry (1985: Tutor/Registrar; 1986: Senior Tutor/Senior Registrar; 1990: Consultant Psychiatrist, Holywell Hospital, Antrim). A pilot study of drug effects on psychomotor function and the relationship with personality variables and life events.

(4)  1986   Dr R Lawson, Honorary Research Fellow, appointed to help with multicentre trial of remoxipride in schizophrenia. (Astra Pharmaceuticals grant).

(5)  1986 -   Dr R C Montgomery, Honorary Research Fellow, appointed to help with trials of remoxipride in schizophrenia. (Astra Pharmaceuticals grant).

(6)  1986 - 1988   Dr P Bell (1986: Senior Tutor/Senior Registrar; 1987: DHSS Clinical Research Fellow; 1989: Consultant Psychiatrist, St Luke's Hospital, Armagh).
(a) The application of measurements of eye movements to the clinical psychopharmacology of psychotropic drugs.
(b) A double-blind, three way crossover comparison of the effects of psychomotor function of flosequinan, diazepam and placebo in volunteers.

(7)  1986 - 1987   Dr A B Stevens (DHSS Clinical Research Fellow). (Jointly with Dr J R Hayes).
MD (1991): 'Behavioural performance and glucose counter regulatory responses during mild hypoglycaemia in diabetic and non-diabetic man'.

(8)  1987 - 1988   Dr T P Elliott (1987: Senior Tutor/Senior Registrar; 1988: Consultant Psychiatrist, Holywell Hospital, Antrim). Eye movement dysfunction and psychomotor performance in schizophrenic patients.

-8-

10

CONFIDENTIAL
AZ/SER 0051059

B9

TRIAL 8077E/0011
CENTRE CO2
PATIENT CO2
CATEGORY CO1

(9)  1988 - 1989    Dr S J Best (1988: Senior Tutor/Senior Registrar; 1990: Consultant Psychiatrist, Craigavon).
(a) The effects of chlorpromazine and promethazine on saccadic eye movements and psychomotor performance in healthy volunteers.
(b) The McCollough Effect as a measure of central cholinergic activity in man.

(10)  1988    Ms N A Logue, BA (Post-graduate PhD student) (Jointly with Dr W Byth, School of Psychology, QUB).
PhD (1989): 'Extraversion, cholinergic agents and the McCollough Effect'.

(11)  1989 -    Mr B Hasson, BA (Hons) (Research Associate, post-graduate PhD student). The development of a strategy for establishing the neuropharmacological and neurophysiological profiles of centrally active drugs.

(12)  1989 - 1991    Dr M F Mannion (1989: Tutor/Registrar; 1990: Senior Tutor/Senior Registrar; DHSS Clinical Research Fellow; 1993: Consultant Psychiatrist, Holywell Hospital, Antrim).
(a) An investigation of the effects of single oral doses of GR 43175 on psychomotor function in healthy volunteers.
(b) A double-blind, placebo controlled study of GR 38032 F (Ondansetron) in the treatment of acute schizophrenia.
(c) Studies of the development of tolerance to benzodiazepines.

(13)  1990 - 1991    Dr P J Mills (1990: Senior Tutor/Senior Registrar).  Smooth pursuit eye movement abnormalities in schizophrenia.

(14)  1990 - 1992    Mr D McMahon, BSc (Hons) (Post-graduate PhD student). (Jointly with Dr W Byth, School of Psychology, QUB). The psychopharmacology of the McCollough Effect.
PhD (1993): 'The McCollough Effect as an indicator of central neurotransmitter activity in humans'.

(15)  1991 - 1993    Dr G Lynch (1991: Senior Tutor/Senior Registrar).  Drug effects on visual search mechanisms in normal volunteers.

(16)  1993 -    Dr N Quigley (1993: Senior Tutor/Senior Registrar).  The effect of neuroleptic drugs on memory.

(e)  ACADEMIC MEETINGS:

Organised jointly with others:

(1)  February 1983    Symposium on "Recent Developments in Biological Psychiatry". (Belfast)

(2)  October 1983    Second Biannual meeting of Irish Neuroscience Group. (Belfast)

(3)  September 1985    Sixth biannual meeting of Irish Neuroscience Group. (Belfast)

(4)  September 1985    Second Belfast symposium on "Recent Advances in Biological Psychiatry".

-9-

11

CONFIDENTIAL
AZ/SER 0051060

B10

TRIAL 80778/0018
CENTRE 002
PATIENT
CATEGORY CO1

| (5) | July 1987 | Annual meeting of Royal College of Psychiatrists. (Belfast) |
| (6) | October 1987 | Tenth biannual meeting of Irish Neuroscience Group. (Killadeas, Co Fermanagh) |
| (7) | April 1989 | Third Belfast symposium on "Biological Psychiatry Update". |
| (8) | October 1989 | Fourteenth biannual meeting of Irish Neuroscience Group (Northern Area College of Nursing, Antrim). |
| (9) | October 1991 | Eighteenth biannual meeting of Irish Neuroscience Group (Southern Area College of Nursing, Craigavon). |
| (10) | March 1993 | "Growing Points in Psychopharmacology", Regional Meeting of the British Association for Psychopharmacology (Belfast). |

**CONSULTANCY REPORTS:**

| (1) | March 1981 | Report on Mianserin for Netherlands Committee for the Evaluation of Medicines. |
| (2) | July 1983 | 'Hypnotics, sedatives and tranquillisers', for Belfast City Hospital, Drug and Therapeutics Committee. |
| (3) | July 1984 | 'Antidepressants and lithium', for Belfast City Hospital, Drug and Therapeutics Committee. |
| (4) | February 1985 | 'Fitness to drive: psychiatric patients and psychotropic drugs', for the Medical Advisory Service, Belfast. |

(5) Northern Ireland Drug and Poisons Information Service (1987). Drugs used for the treatment of anxiety states and insomnia. Drug Data, No 11.

(6) Northern Ireland Drug and Poisons Information Service (1988). Drugs used for the treatment of depression. Drug Data, No 12.

(7) Northern Ireland Drug and Poisons Information Service (1988). Drugs used in the treatment of major psychoses. Drug Data, No 15.

(8) Northern Ireland Drug and Poisons Information Service (1991). New antidepressants. Drug Data, No 25.

**REFEREE REPORTS:**

(1) British Journal of Psychiatry.

(2) Psychological Medicine.

(3) British Journal of Clinical Pharmacology.

-10-

12

CONFIDENTIAL
AZ/SER 0051061

B11

TRIAL 5077E/0018
CENTRE 002
PATIENT
CATEGORY CO1

(4)   Psychopharmacology.

(5)   Journal of Psychopharmacology.

(6)   Human Psychopharmacology.

(7)   European Neuropsychopharmacology.

(8)   Psychiatry Research.

(9)   Pharmaceutical Medicine.

(10)  Irish Journal of Psychological Medicine.

(11)  Ulster Medical Journal.

**EDITORIAL BOARDS:**

(1)   1991 -   Assistant Editor, Irish Journal of Psychological Medicine.

(2)   1992 -   International Clinical Psychopharmacology.

(3)   1993 -   Human Psychopharmacology.

**INVITED LECTURES:**

(1)   April 1973   "Genetic and biochemical aspects of schizophrenia".  Department of Psychiatry, Dalhousie University, Halifax, Nova Scotia.

(2)   May 1974   "A matter of mind".  Research presentation to the Department of Psychiatry, Dalhousie University, Halifax, Nova Scotia.

(3)   December 1974   "The phenomenological approach to psychiatric diagnosis".  New Brunswick Psychiatric Society Meeting, Saint John, New Brunswick, Canada.

(4)   December 1979   "New antidepressant drugs".  South-East (Ireland) Psychiatric Society Meeting, Kilkenny, Co Kilkenny.

(5)   December 1980   "Some clinical and metabolic aspects of propranolol in chronic schizophrenia". Department of Psychiatry, Trinity College, Dublin.

(6)   June 1982   "Patterns in drug utilisation - national and international aspects - psychoactive drugs 1966-80".  Symposium on "Drug Utilisation Studies - implications for medical care", organised by Apoteksbolaget, at the Sånga-Säby Conference Centre, Stockholm, Sweden.

-11-

CONFIDENTIAL
AZ/SER 0051062

B12

TRIAL 89772/0012
CENTRE 002
PATIENT
CATEGORY CO1

(7)   June 1982   "To what extent are inter- and intra-regional differences in psychotropic drug use explained by demographic and socioeconomic factors?". Third international meeting on clinical pharmacology in psychiatry, Odense University School of Medicine, Odense, Denmark.

(8)   November 1983   "Viral antibodies in psychiatric illness". Division of Psychiatry, Clinical Research Centre, Northwick Park Hospital, London.

(9)   March 1984   "Viruses and schizophrenia". Meeting of the North West Region of the Royal College of Psychiatrists, Withington Hospital, Manchester.

(10)   November 1984   "Some biochemical correlates of treatment in schizophrenia". Department of Pharmacology, University of Galway.

(11)   November 1984   "Is mumps virus responsible for mental retardation and psychosis?" Autumn quarterly meeting of the Royal College of Psychiatrists, London.

(12)   September 1985   "Vulnerability to viral infection as a possible aetiological factor in schizophrenia". IVth World Congress of Biological Psychiatry, Philadelphia.

(13)   September 1985   "The viral aetiology of schizophrenia : Myth or Reality?". Department of Psychiatry, Dalhousie University, Halifax, Nova Scotia.

(14)   February 1986   "Advances in the treatment of schizophrenia". Regional meeting of the British Association for Psychopharmacology, St Patrick's Hospital, Dublin.

(15)   July 1986   "Non-neuroleptic aspects of tardive dyskinesia". Royal College of Psychiatrists, Summer Meeting, Southampton.

(16)   November 1986   "Studies of Viral Nucleic Acid in Schizophrenic post-mortem brains by in situ hybridisation". Schizophrenia Study Day, Medical Research Council, 20 Park Crescent, London.

(17)   April 1987   "Drug-induced Extra-pyramidal Syndromes". Parkinson's Disease Society Meeting, Dublin.

(18)   November 1989   "The effect of neuroleptics on saccadic eye movements in schizophrenic patients and normal volunteers". Astra Research Centre, Södertälje, Sweden.

(19)   April 1990   "The possible role of serotonin receptor subtypes in the wider psychiatric context". Royal College of Psychiatrists, Spring Quarterly Meeting, Galway.

-12-

14

CONFIDENTIAL
AZ/SER 0051063

# SEROQUEL™

# STUDY TEAM CHAIRMAN/STUDY TEAM PHYSICIAN APPROVAL

**A Multicentre, Double-blind, Randomised Comparison of Dose and Dose Regimen of SEROQUEL in the Treatment of Subjects with Acute Exacerbation of Subchronic or Chronic Schizophrenia**

| | |
|---|---|
| Study number: | 5077IL/0012 |
| First patient entered: | 1 October 1993 |
| Last patient completed: | 25 January 1995 |

This report has been produced according to procedures that ensure good quality control and has been subjected to medical review.

Dr CGG Link MB ChB MPhil MRCPsych Dip Pharm Med MFPM
Study Team Chairman

Signature  *Chistoper C.G. Link*          Date  *4th January 1996*

Dr CGG Link MB ChB MPhil MRCPsych Dip Pharm Med MFPM
Study Team Physician

Signature  *Chistoper G.G. Link*          Date  *4th January 1996*

SEROQUEL™ is a trademark, the property of ZENECA Limited

4

CONFIDENTIAL
AZ/SER 0050470

22

## 3    DEMOGRAPHY AND WITHDRAWALS

There are several types of tables referred to in this report. Tables with no letter prefix are contained within the text of the report, eg, Table 2. Tables prefixed "T" contain summary data and analyses and are presented at the end of the main text. Listings prefixed "G" contain individual patient data and appear in Appendix G. Tables prefixed "H" contain details of the statistical analyses and appear in Appendix H.

The statistical appendix (Appendix H) contains descriptive statistics (by country and centre) for patient disposition, demography, psychiatric history and baseline efficacy variables; descriptive statistics or frequency distributions (by country) for primary efficacy variables; details of analyses comparing baseline characteristics between treatments; investigations of assumptions of the methods of analysis of primary efficacy data; analyses of primary efficacy variables in the secondary population of interest, and details of any additional analyses of primary efficacy variables, if performed.

Patients are referred to by centre number and patient number. For example, 002/00203 indicates centre number 2, patient number 203.

### 3.1    Demographic details

| | |
|---|---|
| *Summary tables:* | *disposition of all patients entered; T1*<br>*disposition of randomised patients; T2 to T3.3* |
| *Individual patient listings:* | *disposition of all randomised patients; G1.1*<br>*disposition of all non-qualifying patients; G1.2* |
| *Statistical appendices:* | *H1* |

A total of 678 patients entered the study at 89 centres. After completion of the study, it was discovered that the investigator at Centre 10 had previously been struck off the Medical Register in the UK because of fraud committed during another clinical trial. He made a verbal agreement to refrain from acting as an investigator in further clinical trials. Although the investigator had been reinstated on the Medical Register several years before the start of this study, all data from the four patients recruited at Centre 10 are omitted from all analyses and tabulations of results. These patients are discussed in detail in Appendix A.

After the patients from Centre 10 were excluded, 674 eligible patients remained. Fifty-six patients did not meet the criteria for entry into Segment B. Of these, 25 patients did not consent to enter the study, 22 failed to meet safety-related eligibility criteria and the remaining 9 did not meet other inclusion criteria.

A total of 618 patients from 87 centres (other than Centre 10) entered Segment B, with 200 patients randomised to SEROQUEL 450 mg (bid), 209 to SEROQUEL 450 mg (tid) and 209 to SEROQUEL 50 mg (bid). No country recruited more than 18% of all randomised patients and no centre recruited more than 4%.

This study recruited more patients than were required by the protocol. This was caused by the enrolment of more centres than originally envisaged due to initial slow patient recruitment. Towards the end of the study recruitment in most centres increased. Despite attempts to stop recruitment once the target had been reached, this resulted in more than the required number of patients being allocated to treatment.

58

CONFIDENTIAL
AZ/SER 0050524

B13



(20)  June 1990  "The effect of neuroleptic drugs on saccadic eye movements and psychomotor function in human volunteers". Postgraduate Meeting, Trinity College, Dublin.

(21)  July 1990  "The McCollough Effect as a measure of central cholinergic activity in man". Glaxo Group Research Ltd, Human Pharmacology Department, Greenford, Middlesex.

(22)  July 1990  "Placebo controlled trial of remoxipride in the prevention of relapse in chronic schizophrenia". Schizophrenia 1990; An International Conference, Vancouver, Canada.

(23)  October 1990  Delegate at Third Consensus Conference on the Methodology of Clinical Trials of antipsychotic drugs. (Association for Methodology and Documentation in Psychiatry; Collegium Internationale Psychiatriae Scalarum; European College of Neuropsychopharmacology), Zurich, Switzerland.

(24)  February 1991  "Benzodiazepine-induced amnesia: evidence for and nature of the impairment". Queen's Counsels Briefing Meeting, McKenna and Co, London.

(25)  April 1991  "Remoxipride versus placebo, in prevention of relapse". Second International Meeting on Remoxipride, Evian, France.

(26)  July 1991  "Remoxipride in the prevention of relapse in chronic schizophrenia". British Association for Psychopharmacology Annual Meeting, York.

(27)  October 1991  "The pharmacology of psychiatry, 1991". Moving Points in Medicine, Royal College of Physicians of Ireland, Dublin.

(28)  June 1992  "Psychometric evaluation of neuroleptics: a review". XVIIIth Collegium Internationale Neuro-Psychopharmacologicum Congress, Nice, France.

(29)  October 1992  "Cognitive and psychomotor effects of neuroleptics - mode of action or ADR?" Department of Psychiatry, University of Edinburgh.

(30)  February 1993  "High dose neuroleptics". Royal College of Psychiatrists: Annual Meeting of Section on Forensic Psychiatry, York.

(31)  May 1993  "Psychomotor impairment and cognitive disturbances induced by neuroleptics". First International Meeting on Neuroleptic Induced Deficit Syndrome (NIDS). Paris.

-13-

CONFIDENTIAL
AZ/SER 0051064

B14

TRIAL 50772/0012
CENTRE  002
PATIENT
CATEGORY: 601

(32)   June 1993          "Experimental and clinical aspects of
                          neuroleptic dose-response relationships".  Tenth
                          Anniversary Meeting of the Irish Neurosciences
                          Group, Galway.

**RESEARCH INTERESTS:**

(1)   Neuroendocrinology: (a) Plasma cortisol, L-tryptophan and affective
      disorder.  (b) Effect of drugs on the dexamethasone suppression test.

(2)   Epidemiology of psychotropic drug prescribing.

(3)   Drug-induced psychiatric syndromes.

(4)   Viruses and mental illness.

(5)   Biological psychiatry: (a) The effect of neuroleptics, $\beta$-adrenergic
      antagonists and ECT on CSF amine metabolites in schizophrenia. (b)
      Peripheral adrenergic receptors in depression. (c) Neurological
      abnormalities in schizophrenia (neurological soft signs; tardive dyskinesia;
      smooth pursuit eye movements).

(6)   Dose/response relationships and pharmacokinetics of neuroleptics in
      schizophrenia.

(7)   Drug trials: (a) $\beta$-adrenergic antagonists in anxiety and schizophrenia.
      (b) New/novel neuroleptics in schizophrenia.

(8)   Psychopharmacology and psychophysiology of centrally active drugs.
      (a) Effect of neuroleptics on saccadic eye movements and psychomotor
      function. (b) Effect of hypoglycaemia on psychomotor function. (c) Effect
      of drugs on "the McCollough Effect" as a measure of central cholinergic
      activity. (d) Psychomotor and pharmaco-EEG effects of cardiovascular
      drugs.

**RESEARCH GRANTS AWARDED:**

(1)   1976 - 79         DHSS (NI) D J King.  'Neurotransmitter imbalance in
                        psychoses and animal behaviour'.  £11,745.

(2)   1977 - 78         DHSS (NI) D J King, C H Williams and Farida
                        Dollie.  'A study of monoamine oxidase in psychiatric
                        illness and the rôle of the enzyme in metabolism of
                        human brain monoamines'.  £5,061.

(3)   1979 - 82         DHSS (NI) D J King, S J Martin, B K Rima and G B
                        Wisdom.  'Immunoglobulins and viral antibodies in
                        psychiatric patients'.  £22,785.

(4)   1982             QUB Arthur Black Bequest: D J King and J A P
      (3 months)        Earle, (for extension of No 3 above).  £1,870.

(5)   1982 - 84         ICI Pharmaceuticals Division.  D J King and D G
                        McDevitt.  'Clinical Trial of ICI 118551 in anxiety'.
                        £4,825.

-14-

CONFIDENTIAL
AZ/SER 0051065

B15

TRIAL 8077L0013
CENTRE 002
PATIENT
CATEGORY CO1

(6)  1983 - 84  Astra Pharmaceuticals Ltd.  D J King and N Devaney. 'A pharmacokinetic study and clinical evaluation of A33547 in chronic schizophrenia'. £11,800.

(7)  1983 - 84  DHSS (NI) S J Cooper and D J King (Research Fellowship for Dr Cooper).  'Adrenergic receptors in affective disorder'. £14,600.

(8)  1984  Boots Company PLC.  D J King and N Devaney. 'Initial Study of BTS 54524'. £4,810.

(9)  1985  Boots Company PLC.  D J King and N Devaney. 'Extended Tolerance Study of BTS 54524'. £5,220.

(10)  1985 - 88  Astra Pharmaceuticals Ltd.  D J King, S J Cooper, F Browne, S Egan, B McConnell and F Bereen. 'Double-blind controlled multicentre trial of remoxipride in chronic schizophrenia'. £40,000.

(11)  1985  DHSS (NI) D J King (Equipment Grant).  'The effect of medication on psychomotor and neuropsychological function in chronic schizophrenic patients'. £1,500.

(12)  1985  QUB Friar Fund.  D J King and I V Allen (To fund a technician for 6 months).  'In situ hybridisation studies in schizophrenic post-mortem brain material'. £3,156.

(13)  1987 - 88  DHSS (NI) P Bell and D J King.  'The application of measurements of eye movements to the clinical psychopharmacology of psychotropic drugs'. £17,543.

(14)  1986 - 87  Boots Co PLC.  D J King, P Bell. 'Effects of Flosequinan (BTS 49465) on psychomotor function'. £12,000.

(15)  1988 - 90  Astra Pharmaceuticals Ltd.  D J King, R C Montgomery.  'A double-blind comparative multicentre study of 100-400 mg remoxipride CR and placebo in the treatment of negative symptoms of schizophrenia in the presence and following withdrawal of depot neuroleptic maintenance therapy'. £12,564.

(16)  1989 - 90  DHSS (NI) D J King, D Harron and R J McClelland. 'The development of a strategy for establishing the neuropharmacological and neurophysiological profiles of centrally active drugs'. £23,000.

(17)  1989 - 90  Glaxo Group Research Ltd.  D J King, M Mannion and R C Montgomery.  'An investigation of the effects of single oral doses of GR 43175 on psychomotor function in healthy volunteers'. £18,376.

(18)  1989 - 90  Glaxo Group Research Ltd.  D J King, S J Cooper, C Kelly, M Mannion and R C Montgomery.  'A double-blind, placebo controlled study of GR 38032 F (Ondansetron) in the treatment of acute schizophrenia'. £3,000.

-15-

17

CONFIDENTIAL
AZ/SER 0051066

B16

TRIAL 80778/0012
CENTRE 002
PATIENT
CATEGORY C01

(19)  1990 - 91    DHSS (NI).  M F Mannion and D J King.  'A study of the development of tolerance to benzodiazepines in normal volunteers'.  £26,467.

(20)  1990    Servier Ltd.  D J King, D Harron and R J McClelland. 'A study of the central effects of rilmenidine and clonidine using pharmaco-EEG, saccadic eye movement and conventional psychomotor measures in healthy volunteers'.  £5,000.

(21)  1990 - 91    Astra Pharmaceuticals Ltd.  D J King, S J Cooper and R C Montgomery.  'A multicentre double-blind controlled trial of remoxipride CR against chlorpromazine in the treatment of schizophrenia'. £9,960.

(22)  1992    Astra Pharmaceuticals Ltd.  D J King, G Lynch and R C Montgomery.  'The effect of single doses of remoxipride and chlorpromazine on saccadic eye movement and psychomotor performance in healthy volunteers.'  £12,197.

(23)  1992    Glaxo Group Research Ltd.  D J King, S J Cooper, M Doherty, C Kelly and R C Montgomery.  'An open study of GR68755C (0.25 mg) in the treatment of acute schizophrenia.  £5,000.

(24)  1992    ICI Pharmaceuticals.  S J Cooper, D J King, M Doherty, C Kelly and R C Montgomery.  'A multicentre, double-blind, placebo controlled comparison of low and high dose regimens of ICI 204636 in the treatment of hospitalised patients with acute exacerbation of subchronic and chronic schizophrenia'.  £12,810.

(25)  1993    Pfizer Ltd.  D J King, S J Cooper, D Baynes and R C Montgomery.  'A placebo controlled trial of sertraline in the treatment of depression in chronic schizophrenia'.  £10,000.

(26)  1993 - 94    DENI.  D J King and R Bell (School of Psychology). Postgraduate Studentship for Miss Karen Trimble. 'The development of latent inhibition as an animal model of psychosis'.  £6,980.

TOTAL:    £302,269.

-16-

CONFIDENTIAL
AZ/SER 0051067

B17

TRIAL 50772/0012
CENTRE 002
PATIENT
CATEGORY CO1

**ONGOING OR PLANNED:**

(27)   1992 - 94       Boots Co PLC.  S J Cooper, D J King, M Doherty,
                       C Kelly and R C Montgomery.  'Studies of zotepine in
                       schizophrenia'.

                       (i)   Double-blind study of zotepine, chlorpromazine
                             and placebo in acute patients.  (?£16,000)*.

                       (ii)  Double-blind placebo controlled study of
                             zotepine in the prevention of relapse in chronic
                             patients.  (?£30,000)*.

(28)   1993 - 94       Zeneca Pharmaceuticals.  D J King, S J Cooper,
                       M Doherty, C Kelly and R C Montgomery.  'Double-
                       blind comparison of three dose regimens of seroquel
                       in acute exacerbations of chronic schizophrenia'.
                       (?£18,000)*.

(29)   1993 - 94       Janssen Research Foundation.  D J King, M Watson,
                       G MacFlynn, G Henry and R C Montgomery.
                       'Risperidone in the prevention of relapse in chronic
                       schizophrenia'.  (?£9,000)*.

(*   Estimates based on meeting targets for completed patients)

-17-

19

CONFIDENTIAL
AZ/SER 0051068

B18

TRIAL 3077/IL/0012
CENTRE
PATIENT   OO2
CATEGORY   CO1

## PUBLICATIONS:

*I    Papers*

(1)    WILLIAMS, C H, KING, D J and CAIRNS, J (1972).  Micro-estimation of tryptophan in plasma by a fluorometric procedure.
Biochemical Medicine, 6: 504-507.

(2)    KING, D J (1973).  Plasma cortisol-binding capacity in mental illness.
Psychological Medicine, 3: 53-65.

(3)    KING, D J (1975).  Cortisol binding in plasma of men with unipolar and bipolar affective disorders.
Psychological Medicine, 5: 273-275.

(4)    KING, D J, McMEEKIN, C and ELMES, P C (1977).  Are we as depressed as we think we are?
The Ulster Medical Journal, 46: 105-112.

(5)    KING, D J, GRIFFITHS, K, HALL, C E, COOPER, N C and MORRISON, D J (1980).  Effect of the CURB campaign on barbiturate prescribing in Northern Ireland.
Journal of the Royal College of General Practitioners, 30: 614-618.

(6)    KING, D J (1980).  New developments in antidepressant medication - A Review.
Irish Medical Journal, 73: 366-376.

(7)    KING, D J, TURKSON, S N A, LIDDLE, J and KINNEY, C D (1980).  Some clinical and metabolic aspects of propranolol in chronic schizophrenia.
British Journal of Psychiatry, 137: 458-468.

(8)    PEET, M, BETHELL, M S, COATES, A, KHAMWEE, A K, HALL, P, COOPER, S J, KING, D J and YATES, R A  (1981).  Propranolol in schizophrenia.  I.  Comparison of propranolol chlorpromazine and placebo.
British Journal of Psychiatry, 139: 105-111.

(9)    KING, D J, GRIFFITHS, K, REILLY, P M and MERRETT, J D (1982).  Psychotropic drug use in Northern Ireland 1966-80:  Prescribing trends, inter- and intra-regional comparisons and relationship to demographic and socioeconomic variables.
Psychological Medicine, 12: 819-833.

(10)   GRIFFITHS, K, KING, D J, GEDDES, G L, MOORE, G and SMITH, J C (1982).  WHO Group reports on drug utilisation.
The Pharmaceutical Journal, 229: 107-109.

(11)   SALEM, S A M, KING, D J and McDEVITT, D G (1982).  Induction of microsomal enzyme activity by flupenthixol in chronic schizophrenics.
Psychopharmacology, 78: 147-149.

(12)   KING, D J (1983).  Drug management of depression.
Irish Medical Journal, 76: 44-50.

(13)   KING, D J, COOPER, S J and LIDDLE, J (1983).  The effect of propranolol on CSF amine metabolites in psychiatric patients.
British Journal of Clinical Pharmacology, 15: 331-337.

-18-

20

CONFIDENTIAL
AZ/SER 0051069

B19

TRIAL 80773/0012
CENTRE 002
PATIENT
CATEGORY CO1

(14)  COOPER, S J, BROWNE, F W A, McCLEAN, K J and KING, D J (1983).
      Aggressive behaviour in a psychiatric observation ward.
      Acta Psychiatrica Scandinavica, 68: 386-393.

(15)  COOPER, S J, KELLY, J G, JOHNSTON, G D, COPELAND, S, KING,
      D J and McDEVITT, D G (1984).  Pharmacodynamics and
      pharmacokinetics of digoxin in the presence of lithium.
      British Journal of Clinical Pharmacology, 18: 21-25.

(16)  COOPER, S J, KELLY, J G and KING, D J (1985).  Adrenergic receptors
      in depression: effects of electroconvulsive therapy.
      British Journal of Psychiatry, 147: 23-29.

(17)  KING, D J, COOPER, S J, EARLE, J A P, MARTIN, S J, McFERRAN,
      N V, RIMA, B K and WISDOM, G B (1985).  A survey of serum
      antibodies to eight common viruses in psychiatric patients.
      British Journal of Psychiatry, 147: 137-144.

(18)  KING, D J, COOPER, S J, EARLE, J A P, MARTIN, S J, McFERRAN,
      N V and WISDOM, G B (1985).  Serum and CSF antibody titres to seven
      common viruses in schizophrenic patients.
      British Journal of Psychiatry, 147: 145-149.

(19)  KING, D J (1986).  Drug-induced psychiatric disorders.
      Prescriber's Journal, 26: 50-58.

(20)  KING, D J, DEVANEY, N M and COOPER, S J (1987).  Rapid
      normalisation of the dexamethasone suppression test with mianserin.
      International Clinical Psychopharmacology, 2: 111-116.

(21)  KING, D J, DEVANEY, N M and GILBERT, J K (1987).  A double-blind
      placebo-controlled trial of a selective $\beta_2$ adrenergic antagonist (ICI
      118551) in chronic anxiety.
      International Clinical Psychopharmacology, 2: 191-200.

(22)  COOPER, S J, BEST, S and KING, D J (1987).  Can psychiatric nurses
      'catch' schizophrenia?
      British Journal of Psychiatry, 151: 546-548.

(23)  COOPER, S J, LEAHEY, W, GREEN, D F and KING, D J (1988).  The
      effect of electroconvulsive therapy on CSF amine metabolites in
      schizophrenic patients.
      British Journal of Psychiatry, 152: 59-63.

(24)  BROWNE, F W A, COOPER, S J, WILSON, R and KING, D J (1988).
      Haloperidol serum levels and response in chronic schizophrenia.
      Journal of Psychopharmacology, 2: 94-103.

(25)  KING, D J and DEVANEY, N (1988).  Clinical Pharmacology of
      sibutramine hydrochloride (BTS 54524), a new antidepressant, in healthy
      volunteers.
      British Journal of Clinical Pharmacology, 26: 607-611.

(26)  KING, D J and COOPER, S J (1989).  Annotation: Viruses, Immunity and
      Mental Disorder.
      British Journal of Psychiatry, 154: 1-7.

-19-

CONFIDENTIAL
AZ/SER 0051070

B20

TRIAL 50/773/0612
DRACTIVE
PATIENT
CATEGORY  002
C01

(27)    STEVENS, A B, McKANE, W R, BELL, P M, BELL, P, KING D J and HAYES, J R (1989).  Psychomotor performance and counter-regulatory responses during mild hypoglycaemia in healthy volunteers.
Diabetes Care, 12: 12-17.

(28)    COOPER, S J, DOHERTY, M M and KING, D J (1989).  Tardive dystonia: the benefits of time.
British Journal of Psychiatry, 155: 113-115.

(29)    KING, D J (1990).  The effect of neuroleptics on cognitive and psychomotor function.
British Journal of Psychiatry, 157: 799-811.

(30)    KING, D J, DEVANEY, N, COOPER, S J, BLOMQVIST, M and MITCHELL, M J (1990).  Pharmacokinetics and antipsychotic effect of remoxipride in chronic schizophrenic patients.
Journal of Psychopharmacology, 4: 83-89.

(31)    COOPER, S J, LEAHEY, W J, LIDDLE, J and KING, D J (1990).  The relationship between clinical and biochemical changes following neuroleptic treatment in schizophrenia.
Schizophrenia Research, 3: 261-267.

(32)    KING, D J, WILSON, A, COOPER, S J and WADDINGTON, J L (1991).  The clinical correlates of neurological soft signs in chronic schizophrenia.
British Journal of Psychiatry, 158: 770-775.

(33)    COOPER, S J, JOHNSTON, C F and KING, D J (1991).  Lack of effect of electroconvulsive therapy on CSF peptide concentrations in schizophrenic patients.
Irish Journal of Psychological Medicine, 8: 132-134.

(34)    KING, D J, BELL, P, BRATTY, J R and McENTEGART, D J (1991).  A preliminary study of the effects of flosequinan on psychomotor function in healthy volunteers.
International Clinical Psychopharmacology, 6: 155-168.

(35)    BYTH, W, LOGUE, N A, BELL, P, BEST, S J and KING, D J (1992).  The McCollough Effect as a measure of central cholinergic activity in man.
Psychopharmacology, 106: 75-84.

(36)    KING, D J and HENRY, G (1992).  The effect of neuroleptics on cognitive and psychomotor function.  Preliminary study in healthy volunteers.
British Journal of Psychiatry, 160: 647-653.

(37)    MONTGOMERY, R C, NEVIN, N and KING, D J (1992).  Macha's Curse: an Ulster pedigree.
Irish Journal of Psychological Medicine, 9: 115-119.

(38)    KING, D J, BLOMQVIST, M, COOPER, S J, DOHERTY, M M, MITCHELL, M J, and MONTGOMERY, R C (1992).  A placebo controlled trial of remoxipride in the prevention of relapse in chronic schizophrenia.
Psychopharmacology, 107: 175-179.

(39)    KING, D J (1992).  Benzodiazepines, amnesia and sedation: theoretical and clinical issues and controversies.
Human Psychopharmacology, 7: 79-87.

-20-

CONFIDENTIAL
AZ/SER 0051071

B21

TRIAL B0773/0012
CENTRE  002
PATIENT
CATEGORY  C01

(40)     KING, D J (1992).  Ten things you should know about: the new SSRI
         antidepressants.
         GP Update, 44: 1186-1188.

(41)     COOPER, S J, KELLY, C B and KING, D J (1992).
         5-Hydroxyindoleacetic acid in cerebrospinal fluid and prediction of suicidal
         behaviour in schizophrenia.
         Lancet, 340: 940-941.

(42)     ASHWOOD, T J, HALLSTROM, C, KING, D J, LIVINGSTON, M G and
         McCREADIE, R G (1992).
         An open study of remoxipride in the long term treatment of schizophrenia.
         Journal of Psychopharmacology, 6: 519-525.

(43)     KING, D J and MILLS, P J (1993).  Clozapine: the Holywell experience
         with the first 24 patients.
         Irish Journal of Psychological Medicine, 10: 30-34.

*II   Books*

(1)     "College Seminars in Psychopharmacology".  Edited by D J King.  Royal
        College of Psychiatrists, Gaskell Press, London (in press).

*III  Chapters*

(1)     FENTON, G W and KING, D J (1980).  Acute drug-induced disorders of
        the nervous system.  Part I.  Acute drug-induced neurological syndromes, in
        "Drug-induced Emergencies", edited by P F D'Arcy and J P Griffin, Wright,
        Bristol.  pp 136-161.

(2)     KING, D J and FENTON, G W (1980).  Acute drug-induced disorders of
        the nervous system.  Part II.  Acute drug-induced psychiatric syndromes, in
        "Drug-induced Emergencies", edited by P F D'Arcy and J P Griffin, Wright,
        Bristol.  pp 162-182.

(3)     KING, D J (1981).  Drug-induced psychiatric disorders, in "Iatrogenic
        Diseases", edited by P F D'Arcy and J P Griffin, Update 1981. pp 137-
        150.  Oxford University Press.

(4)     KING, D J (1982).  Drug-induced psychiatric disorders, in "Iatrogenic
        Diseases", edited by P F D'Arcy and J P Griffin, Update 1982.  pp 120-
        124.  Oxford University Press.

(5)     KING, D J (1983).  Drug-induced psychiatric disorders, in "Iatrogenic
        Diseases", edited by P F D'Arcy and J P Griffin, Update 1983.  pp 131-
        134.  Oxford University Press.

(6)     KING, D J and GRIFFITHS, K (1983).  To what extent are inter- and
        intra-regional differences in psychotropic drug use explained by
        demographic and socioeconomic factors?  in "Clinical Pharmacology in
        Psychiatry - Bridging the Experimental-Therapeutic Gap", edited by L F
        Gram, E Usdin, S G Dahl, P Kragh-Sørensen, F Sjöqvist and P L
        Moreselli.  The Macmillan Press Ltd. pp 42-58.

-21-

CONFIDENTIAL
AZ/SER 0051072

B22

TRIAL B0772/0012
CENTRE 002
PATIENT
CATEGORY CO1

(7)    WADDINGTON, J L, O'BOYLE, K M, MOLLOY, A G, YOUSSEF, H A, KING, D J and COOPER, S J (1985). Neurotransmitter receptors and ageing: dopamine/neuroleptic receptors, involuntary movements and the disease process of schizophrenia. In "Therapeutics in the elderly", K O'Malley and J L Waddington, eds Elsevier Science Publishers BV (Biomedical Division). pp 63-76.

(8)    KING, D J (1986). Drug-induced psychiatric disorders, in "Iatrogenic Diseases", edited by P F D'Arcy and J P Griffin, 3rd edition. Oxford University Press, pp 651-670.

(9)    WADDINGTON, J L, YOUSSEF, H A, KING, D J and COOPER, S J (1989). Association of cognitive dysfunction, altered brain morphology, and release of developmental reflexes with tardive dyskinesia in schizophrenia and bipolar affective disorder. In "Schizophrenia: Scientific Progress", S C Schulz and C A Taminga, eds Oxford University Press, New York. pp 396-403.

(10)   KING, D J (1993). "Measures of neuroleptic effects on cognition and psychomotor performance in healthy volunteers". In: Human Psychopharmacology: Measures and Methods, Volume 4. Edited by I Hindmarch and P Stonier. J Wiley and Sons Ltd, Chichester, 195-209.

(11)   KING, D J (1993). "Medication and cognitive functioning in schizophrenia". In: The Neuropsychology of Schizophrenia. Edited by C Pantelis, H E Nelson and T R E Barnes. J Wiley & Sons Ltd, Chichester, (in press).

(12)   KING, D J (1993). "Neuroleptics and schizophrenia". In: College Seminars: Psychopharmacology. Edited by D J King. Royal College of Psychiatrists (Gaskell Press), (in press).

*IV  Published Proceedings*

(1)    KING, D J and GRIFFITHS, K (1984). Patterns in drug utilisation - national and international aspects - psychoactive drugs, in "Drug Utilization Studies - Implications for Medical Care". eds Sjöqvist F and Agenäs, I. Acta Medica Scandinavica, Supplement 683: 71-77.

(2)    KING, D J, COOPER, S J and LIDDLE, J (1984). The effect of treatment on CSF amine metabolites in psychiatric patients. I. Propranolol, in "Biological Psychiatry : recent studies", Selected papers of the 13th CINP Congress, Jerusalem, June 1982, edited by G D Burrows, T R Norman and K P Maguire. John Libbey and Co Ltd, London pp 207-213.

(3)    KING, D J, COOPER, S J, EARLE, J A P, MARTIN, S J, McFERRAN, N V, RIMA, B K and WISDOM, G B (1986). Vulnerability to viral infection as a possible aetiological factor in schizophrenia: viral antibodies in CSF and serum. 'Biological Psychiatry 1985', Developments in Psychiatry, Volume 7, Shagass, C, Josiassen, R C, Bridger, W H, Weiss, K J, Stoff, D and Simpson, G M, Editors. Elsevier Science Publishers, pp 1089-1091.

(4)    KING, D J (1992). Psychometric evaluation of neuroleptics: a review. In: Proceedings of XVIIIth CINP Congress, Nice. Clinical Neuropharmacology, 15: Suppl 1, 602A-603A.

24

CONFIDENTIAL
AZ/SER 0051073

23

### 3.1.1   Sex, age, weight and race

*Summary tables:*                    *age and weight by sex; T4.1*
                                     *race and sex; T4.2*

*Individual patient listings:*       *demography, diagnosis, and psychiatric illness history; G2*

*Statistical appendices:*            *H2.1, H2.2, H7.1 to H7.4*

A summary of sex, age, weight and race is given in Table 2.

**TABLE 2   Summary of sex, age, weight and race**

|  | SEROQUEL 450 mg (bid) (n = 200) | | SEROQUEL 450 mg (tid) (n = 209) | | SEROQUEL 50 mg (bid) (n = 209) | |
|---|---|---|---|---|---|---|
| Sex, n (%) | | | | | | |
|     Males | 135 | (68) | 128 | (61) | 146 | (70) |
|     Females | 65 | (33) | 81 | (39) | 63 | (30) |
| Age (yr), mean (sd)** | 37 | (11) | 34 | ( 9) | 36 | (11) |
| Weight (kg), mean (sd) | | | | | | |
|     Males | 76 | (16) | 77 | (16) | 76 | (14) |
|     Females | 69 | (18) | 71 | (17) | 69 | (14) |
| Race, n (%) | | | | | | |
|     White (Caucasian) | 191 | (96) | 195 | (93) | 201 | (96) |
|     Non-white | 9 | (4) | 14 | ( 7) | 8 | ( 4) |

** statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) (p$\leq$0.05)

The treatment groups were generally well balanced with respect to sex, weight and race. The majority of randomised patients were male (66%) and Caucasian (95%). The mean weights of male and female patients were comparable across the three treatment groups. There were no clinically or statistically significant differences between treatment groups for these characteristics.

The mean age in the SEROQUEL 450 mg (tid) group was statistically significantly lower than that in the SEROQUEL 450 mg (bid) group (p = 0.009) and marginally significantly lower than that in the SEROQUEL 50 mg (bid) group (p = 0.07). However, the difference in mean age was probably too small to be clinically important.

CONFIDENTIAL
AZ/SER 0050525

B23

TRIAL 80772/0012
CENTRE **002**
PATIENT
CATEGORY **001**

(5)     KING, D J (1992).  Searching for new approaches to antipsychotic therapy
        (Symposium Summary).  Journal of Psychopharmacology, 6: 547-548.

(6)     KING, D J (1993).  Psychomotor impairment and cognitive disturbances
        induced by neuroleptics.  Acta Psychiatrica Scandinavica (Supple No:  )
        (in press).


V    *Published Abstracts*

(1)     SALEM, S A, KING, D J and McDEVITT, D G (1980).  Induction of
        microsomal enzyme activity by flupenthixol.
        British Journal of Clinical Pharmacology, 9: 313P.

(2)     KING, D J (1981).  Some clinical and metabolic aspects of propranolol in
        chronic schizophrenia.
        British Journal of Psychiatry, 139: 250.

(3)     EARLE, J A P, COOPER, S J, KING, D J, McFERRAN, N V, MARTIN,
        S J, RIMA, B K and WISDOM, G B (1983).  Antiviral antibodies in the
        serum of patients with psychiatric illnesses.
        Irish Journal of Medical Science, 152: 212-213.

(4)     COOPER, S J, KELLY, J G, JOHNSTON, G D, COPELAND, S, KING,
        D J and McDEVITT, D G (1984).  Pharmacodynamics and
        pharmacokinetics of digoxin in the presence of lithium.
        British Journal of Clinical Pharmacology, 17: 215P.

(5)     COOPER, S J, KELLY, J G, COPELAND, S and KING, D J (1984).
        Adrenoceptors and ECT.
        British Journal of Clinical Pharmacology, 17: 616-617P.

(6)     KING, D J, (1984).  Chimiothérapie des dépressions.
        Psychiatry Digest, 1: 21-22.

(7)     COOPER, S J, KING, D J and LEAHEY, W J (1985).  ECT, dopamine
        and delusions.
        British Journal of Clinical Pharmacology, 19: 551-552P.

(8)     DEVANEY, N M, GILBERT, J K and KING, D J (1986).  A double-blind
        placebo controlled trial of a selective $\beta 2$ adrenoceptor antagonist (ICI
        118551) in chronic anxiety.
        British Journal of Clinical Pharmacology, 21: 597P.

(9)     WADDINGTON, J L, YOUSSEF, H A, KING, D J and COOPER, S J
        (1986).  Dyskinesia in schizophrenia : relative contribution of neuroleptic
        treatment and the disease process.
        Abstracts of the Royal College of Psychiatrists, November 1985, p 5.

(10)    KING, D J, WILSON, A, COOPER, S J, WADDINGTON, J L and
        YOUSSEF, H A (1986).  Non-neuroleptic aspects of tardive dyskinesia.
        Abstracts of the Royal College of Psychiatrists, July 1986, p 32.

(11)    COOPER, S J, KELLY, J G, JOHNSTON, G D, KING, D J,
        COPELAND, S and McDEVITT, D G (1986).  Pharmacodynamics and
        pharmacokinetics of digoxin in the presence of lithium.  IVth World
        Congress of Biological Psychiatry, Philadelphia, USA, September 1985.
        International Journal of Neuroscience, 31: 206.

-23-

25

CONFIDENTIAL
AZ/SER 0051074

B24

TRIAL 6077B/0012
CENTRE 002
PATIENT
CATEGORY 001

(12)  WADDINGTON, J L, YOUSSEF, H A, KING, D J, COOPER, S J and
WILSON, A (1986). Involuntary movements ('Tardive' dyskinesia) in
schizophrenia: Association with a distinct pattern of progressive intellectual
impairment and ventricular dilatation on CT scan. IVth World Conference
of Biological Psychiatry, Philadelphia, USA, September 1985.
International Journal of Neuroscience, 31: 301-302.

(13)  KING, D J, COOPER, S J, EARLE, J A P, MARTIN, S J, McFERRAN,
N V, RIMA, B K and WISDOM, G B (1987). Vulnerability to viral
infection as a possible aetiological factor in schizophrenia. IVth World
Congress of Biological Psychiatry, Philadelphia, USA, September 1985.
International Journal of Neuroscience, 32: 479.

(14)  KING, D J, DEVANEY, N, COOPER, S J and MITCHELL, M J (1987).
Single dose pharmacokinetics of remoxipride, a new neuroleptic, in chronic
schizophrenic patients. IVth World Congress of Biological Psychiatry,
Philadelphia, USA, September 1985.
International Journal of Neuroscience, 32: 689-690.

(15)  COOPER, S J and KING, D J (1987). The biochemical effects of ECT and
its mechanism of action. IVth World Congress of Biological Psychiatry,
Philadelphia, USA, September 1985.
International Journal of Neuroscience, 32: 692.

(16)  DEVANEY, N, KING, D J, COOPER, S J and MITCHELL, M J (1987).
An open study of remoxipride, a new neuroleptic, in chronic schizophrenia.
IVth World Congress on Biological Psychiatry, Philadelphia, USA,
September 1985.
International Journal of Neuroscience, 32: 835.

(17)  COOPER, S J, KING, D J and KELLY, J G (1987).  Adrenoceptors and
ECT.
Abstracts of the Royal College of Psychiatrists, April 1987, p 24.

(18)  KING, D J and HENRY, G (1987).  Neuroleptics and cognitive function.
Abstracts of the Royal College of Psychiatrists, July 1987, p 33.

(19)  BROWNE, F W A, COOPER, S J, WILSON, R and KING, D J (1987).
Serum haloperidol levels and clinical response in chronic, treatment-
resistant schizophrenic patients.
Abstracts of the Royal College of Psychiatrists, July 1987, p 39-40.

(20)  DEVANEY, N M, GILBERT, J K and KING, D J (1987).  A selective $\beta_2$
adrenoceptor antagonist (ICI 118551) in chronic anxiety.
Abstracts of the Royal College of Psychiatrists, July 1987, p 37.

(21)  STEVENS, A B, McKANE, W R, BELL P M, BELL, P, HAYES, J R and
KING, D J (1987).  Effect of mild hypoglycaemia on psychomotor
performance in man.
Abstracts of the Royal College of Psychiatrists, July 1987, p 44.

(22)  KING, D J and HENRY, G (1987).  Neuroleptics and cognitive function.
Journal of Psychopharmacology, 1: No 1, 97.

(23)  COOPER, S J, BEST, S and KING, D J (1988).  Can psychiatry nurses
'catch' schizophrenia?
Schizophrenia Research, 1: 135-136.

-24-

CONFIDENTIAL
AZ/SER 0051075

B25

TRIAL 80778/0012
CENTRE
PATIENT  002
CATEGORY CO1

(24)  COOPER, S J, DOHERTY, M M and KING, D J (1988). Tardive dystonia
- a case report.
Schizophrenia Research, 1: 229-230.

(25)  KING, D J and BELL, P (1988). The effect of temazepam on psychomotor
performance and saccadic eye movements.
Journal of Psychopharmacology, 2: No 2, 135.

(26)  KING, D J, LOGUE, N, BEST, S J, BELL, P and BYTH, W (1989). The
McCollough Effect as a measure of central cholinergic activity in man.
Journal of Psychopharmacology, 3: 53P.

(27)  KING, D J (1990). The possible role of serotonin receptor subtypes in the
wider psychiatric context.
Psychiatric Bulletin, Supplement 3, p 28.

(28)  KING, D J and BELL, P (1990). Differential effects of temazepam and
haloperidol on saccadic eye movements and psychomotor performance.
British Journal of Clinical Pharmacology, 29: 590P.

(29)  KING, D J, BELL, P, BEST, S J and MANNION, M F (1990). A
comparison of the effects of chlorpromazine and temazepam on saccadic
eye movements and psychomotor performance.
British Journal of Clinical Pharmacology, 30: 309P-310P.

(30)  KING, D J, BEST, S J, MONTGOMERY, R C and MANNION, M F
(1991). A comparison of the effects of promethazine and lorazepam on
saccadic eye movements and psychomotor performance.
British Journal of Clinical Pharmacology, 31: 239P.

(31)  KING, D J, BLOMQVIST, M, COOPER, S J, DOHERTY, M M,
MITCHELL, M J and MONTGOMERY, R C (1991). Placebo controlled
trial of remoxipride in the prevention of relapse in chronic schizophrenia.
British Journal of Clinical Pharmacology, 31: 220P-221P.

(32)  KING, D J, BELL, P, BEST, S J, LOGUE, N and BYTH, W (1991). The
McCollough Effect as a measure of central cholinergic activity in man.
British Journal of Clinical Pharmacology, 31: 239P-240P.

(33)  COOPER, S J and KING, D J (1991). The relationship between clinical
and biochemical changes during neuroleptic drug treatment of
schizophrenia.
Biological Psychiatry, 29: 677S.

(34)  COOPER, S J, JOHNSON, C F and KING, D J (1991). The effect of ECT
on CSF peptide concentration in schizophrenic patients.
Biological Psychiatry, 29: 213S.

(35)  MANNION, M F, FOWLER, P, HASSON, B, KEENE, O and KING, D J
(1992). A study of the effect of sumatriptan (GR43175C) on psychomotor
function and saccadic eye movements in comparison to temazepam.
Journal of Psychopharmacology, 6: 102.

(36)  MONTGOMERY, R C, BLOMQVIST, M, HOLM, L, KING, D J,
LINDEBERG, A and MORRISON, D (1991). Remoxipride in the
prevention of both recurrence of symptoms and relapse in schizophrenia.
Psychiatric Bulletin, Supplement 4, p 113.

-25-

27

CONFIDENTIAL
AZ/SER 0051076

B26

TRIAL 807FU0012
CENTRE  002
PATIENT
CATEGORY  COI

(37)   KING, D J, WILSON, A, COOPER, S J and WADDINGTON, J L (1992). The clinical correlates of neurological soft signs in chronic schizophrenia. _Psychiatry Digest_, 3: 26-27.

(38)   KING, D J and MANNION, M F (1992). Absence of acute tolerance to the effects of diazepam on saccadic eye movements. _British Journal of Clinical Pharmacology_, 33: 549P-550P.

(39)   MANNION, M F and KING, D J (1992). Absence of tolerance to the effects of lorazepam on saccadic eye movements. _Journal of Psychopharmacology_, A34.

(40)   KING, D J, BLOMQVIST, M, COOPER, S J, DOHERTY, M M, MITCHELL, M J and MONTGOMERY, R C (1992). A placebo controlled trial of remoxipride in the prevention of relapse in chronic schizophrenia. _Psychiatry Digest_, (in press).

(41)   KING, D J (1992). Benzodiazepines, amnesia and sedation: theoretical and clinical issues and controversies. _Psychiatry Digest_, (in press).

(42)   MANNION, M F, LYNCH, G and KING, D J (1993). Absence of acute tolerance to the effects of promethazine on saccadic eye movements. _British Journal of Clinical Pharmacology_, 35: 551P-552P.

(43)   LYNCH, G, MANNION, M F, BYTH, W and KING, D J (1993). The effects of haloperidol on visual search, eye movements and psychomotor performance. _Journal of Psychopharmacology_, Supplement, A76.

_VI_   _Letters to Journals_

(1)   KING, D J (1978). Lithium and neuroleptic drug combination: lack of an effect on blood glucose. _British Journal of Clinical Pharmacology_, 6: 436-437.

(2)   KING, D J (1978). Dopamine agonists for negative symptoms in schizophrenia. _British Journal of Clinical Pharmacology_, 6: 541-542.

(3)   WILSON, J D, KING, D J and SHERIDAN, B (1979). Tranquillisers and plasma prolactin. _British Medical Journal_, j: 123-124.

(4)   WILSON, J D, KING, D J and SHERIDAN, B (1979). Plasma prolactin levels before and during propranolol treatment in chronic schizophrenia. _British Journal of Clinical Pharmacology_, 7: 313-314.

(5)   KING, S J, SALEM, S A M, and MEIMARY, N S (1979). A 48-hour periodic manic-depressive illness presenting in late life. _British Journal of Psychiatry_, 135: 190-191.

(6)   KING, D J (1981). The psychiatrically violent patient. _British Medical Journal_, 282: 821.

(7)   KING, D J (1981). Antidepressant medication. _Irish Medical Journal_, 74: 97.

-26-

28

CONFIDENTIAL
AZ/SER 0051077

B27

TRIAL BC775/0012
CENTRE 002
PATIENT
CATEGORY CO1

(8)   COOPER, S J and KING, D J (1982).  ECT and dopaminergic transmission.
      Lancet, ii: 710.

(9)   COOPER, S J and KING, D J (1984).  ECT, dopamine and delusions.
      British Journal of Psychiatry, 145: 555.

(10)  KING, D J (1986).  Stigma: a common sense view.
      Bulletin of the Royal College of Psychiatrists, 10: 83.

(11)  COOPER, S J and KING, D J (1987).  Is schizophrenia a neuro-developmental disorder?
      British Medical Journal, 295: 1068.

(12)  KING, D J (1988).  Failure to convulse with electroconvulsive therapy.
      British Journal of Psychiatry, 152: 571.

*VII Book Reviews*

(1)   KING, D J (1973). "The biochemistry of functional and experimental psychoses", by H Weil-Malherbe and S I Szara, Charles Thomas, 1971.
      British Journal of Psychology, 64: 134-135.

(2)   KING, D J (1977).  "Pharmacokinetics of psychoactive drugs: blood levels and clinical response".  Ed by L A Gottschalk and S Merlis, Spectrum Publications, Inc, 1976.
      Biochemical Society Transactions, 5: 561-562.

(3)   KING, D J (1981).  "Pharmacology and Biochemistry of Psychiatric Disorders", by A R Green and D W Costain, John Wiley, 1981.
      Lancet, ii: 1263.

(4)   KING, D J (1987).  'The Biology of Depression'.  Ed by J F W Deakin, Gaskell, The Royal College of Psychiatrists, London 1986,
      British Journal of Psychiatry, 150: 416-417.

(5)   KING, D J (1989).  "Psychoactive drugs: improving prescribing practices".  Ed by H Ghodse and I Khan, World Health Organisation, Geneva, 1988.
      International Pharmacy Journal, 3: 60.

(6)   KING, D J (1991).  "Psychiatric medications: a guide for mental health professionals" by Kenneth J Bender, Sage Publications, London, 1990.
      British Journal of Psychiatry, 159: 604-605.

(7)   KING, D J (1992).  "The Mesolimbic Dopamine System: From Motivation to Action" edited by P Willner and J Scheel-Krüger, John Wiley & Sons, 1991.
      British Journal of Psychiatry, 160: 880.

(8)   KING, D J (1993).  "Fundamentals of Psychopharmacology" by B E Leonard, John Wiley & Sons, 1992.
      Human Psychopharmacology, 8: 66.

(9)   KING, D J (1993).  "Textbook of Clinical Neuropharmacology and Therapeutics" Second Edition.  Edited by H L Klawans, C G Goetz and C M Tanner, Raven Press, 1992.
      Human Psychopharmacology, 8: 67.

-27-

29

CONFIDENTIAL
AZ/SER 0051078

B28

TRIAL 5077L/0012
CENTRE   OO1
PATIENT
CATEGORY   CO 1

## STEVEN RICHARD HIRSCH

Professor of Psychiatry & Head of Department
Charing Cross & Westminster Medical School
Honorary Consultant, Charing Cross Hospital
University of London
Fulham Palace Road
London W6 8RF

### CURRICULUM VITAE

| | |
|---|---|
| B.A. | Hons (Philosophy) Cum Laude<br>Amherst College, Mass., U.S.A. 1959 |
| M.D. | Johns Hopkins University, 1963 |
| F.R.C.P. | London, 1983 (Member from 1966) |
| M.Phil. | London University, Institute of Psychiatry, 1969 |
| F.R.C. Psych. | 1979 (Member to 1971) |

------------------------------------------------

### PRINCIPAL APPOINTMENT

Professor of Psychiatry, Charing Cross & Westminster Medical School and Honorary Consultant, Charing Cross Hospital from January 1975.

### OTHER APPOINTMENTS & TITLES

President, Psychiatric Section of the Royal Society of Medicine 1987-1988, previously secretary and then honorary Vice President 1982-87 .

Chairman, Association of University Teachers of Psychiatry, from November 1986-1990.

Honorary Psychiatric Tutor for the N.W. Thames Regional Postgraduate Medical Federation.
Temporary adviser to the World Health Organization on Psychopharmacological studies in different populations, and Head of participating centre (1977-1982)

Chairman, Psychopharmacology Sub-Committee, Royal College of Psychiatrists 1991-present.

1

CONFIDENTIAL
AZ/SER 0051079

B29

TRIAL: 5077IL-0012
CENTRAL *001*
PATIENT
CATEGORY *001*

## PRINCIPAL MEDICAL POSTS HELD IN THE PAST

ACADEMIC:

Attached Research Worker, MRC Social Psychiatry; Honorary Senior Registrar, Maudesley Hospital 1971-73.

1972-1973 Lecturer in Psychiatry, Institute of Psychiatry, University of London.

1973-1975 Senior Lecturer and Honorary Consultant, Westminster Hospital and Queen Mary's Hospital, Departments of Psychiatry.

1981 Honorary Consultant, St. Bernard's Hospital, Horton Hospital, 1985-.

CLINICAL:

Intern in Internal Medicine, Baltimore City Hospitals. Fellow in Medicine at Johns Hopkins Medical School; Honorary Registrar, Broadgreen Hospital,Liverpool; House physician at Brompton Hospital for Deseases of the Chest, London; Senior House Officer at West End Hospital for Neurology and Neurosurgery. Training in Psychiatry as Registrar and Senior Registrar at the Maudsley Hospital, London, 1967 to 1971. Research Worker, MRC Social
Psychiatry Unit, Honorary Senior Registrar, Maudsley Hospital, and Lecturer in Psychiatry, Institute of Psychiatry, University of London, 1971 and 1972. Senior Lecturer and Honorary Consultant, Westminster Hospital, and Queen Mary's Hospital, Department of Psychiatry, 1973-1974.

## AWARDS

Starkey Memorial Prize for 1976. Royal Society of Health.

## ADMINISTRATIVE RESPONSIBILITIES

Head, Department of Psychiatry, Charing Cross & Westminster Medical School.

Chairman of Division of Psychiatry:

　　Queen Mary's Hospital, Roehampton 1974-75

　　Charing Cross Hospital 1975-79, Vice Chairman from 1979-1983

Hon.   Secretary, Psychiatry Section, Royal Society of Medicine 1982-84. Vice-President, 1984-1985. President Elect, 1986-1987. President 1987-88.

2

CONFIDENTIAL
AZ/SER 0051080

B30

TRIAL 5077/2/0012
CENTRE DO1
PATIENT
CATEGORY CO1

External Special Advisor on Titles 1984-1987 - University of London Board of Advisors - Standing Panel of Experts on Chairs and Readerships  - 1984 to present - University of London.

## MEMBERSHIP OF SPECIAL COMMITTEES, AND OFFICES HELD:

UNIVERSITY:

Special Advisory Committee in Sociology as applied to Medicine, University of London from 1977 -1985.

Psychiatric Sub-Committee of the Board of Studies in Medicine, 1977 - present.

Sometime Examiner for: Collegiate Committee of Examiners of University of London for Basic Sciences and Pharmacology, and Medicine, from 1976; External examiner University of Southampton (MBBS) 1983-1985. St Georges  Medical School (MBBS) 1986-9. Sheffield University 1987 - present.  Internal Examiner and Assessor for Higher  Degrees, University of London from 1984, Board of Advisors: Standing Panel of Experts in Psychiatry, University of London. Also sometime examiner for the Royal College of Psychiatry (MRCPsych) and Institute of Psychiatry (DPM).

Special Advisory Committee in General Practice from 1984-1986.

School Council, Charing Cross & Westminster Medical School, from August 1988.

NATIONAL HEALTH SERVICE:

Area Medical Committee (Ealing, Hammersmith and Hounslow Area Health Authority) (and its manpower sub-committee) 1978 to 1988.
Health Care Planning Team on Psychiatric Services (South Hammersmith  Health District) from 1976 (Committee terminated 1978).

Clinical Research Committee, Charing Cross Hospital from 1977 to 1982.

Psychiatric Sub-Committee to Regional Postgraduate Medical Federation, North west Thames Regional Health Authority, from 1978.

Psychiatric Sub-Committee to Ealing, Hammersmith and Hounslow Area Health Authority 1976-1982.

Regional Psychiatric Advisory Sub-Committee N.W. Thames Region from 1979.

3

CONFIDENTIAL
AZ/SER 0051081

B31

THSAL 50771L0012
CENTRE  001
PATIENT
CATEGORY CO1

Unit Management Group, South Hammersmith Health Authority (1982 - 86). Unit Management Team 1987- 1991. Unit Advisory Group from 1991, Unit Policy Committee from 1990.

Chairman, Charing Cross & Westminster Psychiatry Training Committee (co-ordinator and training supervisor for 55 SHOs and Registrars and 20+ Senior Registrars and Lecturers & Hon Senior Registrars).

PROFESSIONAL:
Executive Standing Committee of the Royal College of Psychiatrists - Social and Community Section from 1976 to 1984.
Standing Committee, Association of University Teachers in Psychiatry from 1973 and Chairman from 1987 - 1990.
International Sociological Association - Research Committee on Mental Health, 1973 - 1979.
Sub-Committee on staffing to Manpower Committee, Royal College of Psychiatrists, 1978 - 1979.
Court of Electors, Royal College of Psychiatrists, 1980 - 1983.
Council, British Association of Psychopharmacology - from 1979 - 1983.
Member of the Medical Council on Alcoholism, 1983 - 1986.
Member of the Joint Committee on Higher Psychiatric Training and its General Psychiatry Sub Committee 1985- 1990.
Representative of Academic Medical School Clinical Academic staff to Conference of Medical Academic Representatives (COMAR), British Medical Association and elected member of the Medical Academic Staff Committee (MASC) (Standing committees) 1986 to 1991.
Deputy Chairman - Mental Health Committee, British Medical Association 1990-91.
Membership of the Executive Committee of the General Psychiatry Section, Royal College of Psychiatry and Chairman of the Psychopharmacology Working Party from 1990.


MEMBERSHIP OF OTHER COMMITTEES AND ORGANISATIONS

American Psychiatric Association (Corresponding Fellow)
Association for the Study of Medical Education (past)
Association of University Clinical and Academic Staff
Association of University Professors of Psychiatry
Biological Psychiatry Association
British Association of Psychopharmacology
British Medical Association
Collegium International Neuropharmacology, European College of Psychopharmacology

4

33

CONFIDENTIAL
AZ/SER 0051082

B32

TRIAL 5077IL/00/?
CENTAC 001
PATIENT
CATEGORY C01

Psychophysiological Group, British Association of Psychology (Past)
Royal College of Physicians (Fellow)
Royal College of Psychiatry (Fellow)
Royal Society of Medicine (Fellow)

### EDITORIAL RESPONSIBILITIES, ASSESSOR FOR JOURNALS, AND RESEARCH COMMITTEES

Assessor for British Journal of Psychiatry, British Medical Journal, British Journal of Medical Psychology, Social Psychiatry, and Nature, and the Journal of European College of Neuropsychopharmacology. Research grants assessor for the Medical Research Council of the U.K The Dept.of Health Research Liaison Group, Mental Health Research Council of Australia, Mental Health Research Fund, and for the Swiss National Research Council. Department of Health and Social Services Research liaison group for Mental Health. Editorial Board of Postgraduate Doctor (Past), Human Psychopharmacology. Mental Health Advisor, and Schizophrenia Research. Co-editor Neuropsychiatrie-Zeitschrift fur Klinik Diagnostik, Therapie und Rehabilitation - Dustri-Verlag Dr. Feistle, Munich. International Advisory Board Verschoor, Amsterdam.

### PUBLICATIONS

JOURNALS (referred contributions)

Money, J.; Hirsch, S.R.: Chromosome anomalies, mental deficiency and schizophrenia. Archives of General Psychiatry 7: 242-251 (1963).

Pollitt, E.; Hirsch, S.R.; Money, J.: Priapism, impotence and human figure drawings. Journal of Nervous and Mental Disease 139: 161-168 (1964).

Money, J.; Hirsch, S.R.: After priapism. Journal of Urology 94: 152-157 (1965).

Hirsch, S.R.; Leff, J.: Parental abnormalities of verbal communication in the transmission of schizophrenia. Psychological Medicine 1: 118-127 (1971).

Steinberg, D.; Hirsch, S.R.; Overall, S.; William, K.; Sutton, R.: Influenza infection causing manic psychosis. British Journal of Psychiatry 120: 531-535 (1972).

Hirsch, S.R.; Gaind, R.; Rohde, P.D.; Stevens, B.C.; Wing, J.K.: Outpatient maintenance of chronic schizophrenic patients with long-acting fluphenazine: double-blind placebo trial. British Medical Journal 1: 633-637 (1973).

34

CONFIDENTIAL
AZ/SER 0051083

24

### 3.1.2    Diagnosis and baseline characteristics at entry to the study

| | |
|---|---|
| *Summary tables:* | *DSM-IIIR diagnosis; T5*<br>*psychiatric illness history; T6.1 to T6.3*<br>*BPRS total score; T7.1*<br>*CGI Severity of Illness score; T9.1*<br>*CGI Global Improvement score; T10.1*<br>*SANS summary score; T11.1*<br>*Simpson total score; T15.1.1*<br>*AIMS total score; T15.5.1* |
| *Individual patient listings:* | *demography, diagnosis, and psychiatric illness history; G2*<br>*BPRS total and factor scores; G3.1*<br>*CGI Severity of Illness and Global Improvement scores; G4.1*<br>*SANS summary score; G5.1*<br>*Simpson score; G9.1*<br>*AIMS score; G10.1* |
| *Statistical appendices:* | *H3 to H6, H7.5 to H7.13* |

Table 3 summarises the psychiatric illness history and efficacy and neurologic assessments at baseline for all randomised patients.

### TABLE 3    Psychiatric history and baseline characteristics*

| | SEROQUEL<br>450 mg (bid)<br>(n = 200) | | SEROQUEL<br>450 mg (tid)<br>(n = 209) | | SEROQUEL<br>50 mg (bid)<br>(n = 209) | |
|---|---|---|---|---|---|---|
| **Diagnosis#, n (%)** | | | | | | |
| Catatonic | 5 | (2) | 7 | (3) | 5 | (2) |
| Disorganised | 27 | (14) | 31 | (15) | 40 | (19) |
| Paranoid | 136 | (68) | 134 | (64) | 134 | (64) |
| Undifferentiated | 32 | (16) | 37 | (18) | 30 | (14) |
| **Age at first treatment for**<br>**schizophrenia, mean (sd)+**\*\* | 26 | (9) | 24+ | (7) | 26 | (8) |
| **No. of hospitalizations, n (%)** | | | | | | |
| 0 | 10 | (5) | 23 | (11) | 26 | (12) |
| 1 to 5 | 107 | (54) | 100 | (48) | 103 | (49) |
| >5 | 79 | (40) | 85 | (41) | 79 | (38) |
| Unknown | 4 | (2) | 1 | (0) | 1 | (0) |

\* n is variable since not all data were available for every patient
\# Diagnosis assumes all patients had acute exacerbation of chronic or subchronic schizophrenia
+ Statistically significant difference between SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) (p $\leq$0.05)
\*\* Statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) (p $\leq$0.05)

(continued)

60

CONFIDENTIAL
AZ/SER 0050526

B33

TRIAL 50770J0012
CENTRE  001
PATIENT
CATEGORY  001

Leff, J.; Hirsch, S.R.; Rohde, P.; Gaind, R.; Stevens, B.C.: Life Events and maintenance therapy in schizophrenic relapse.  British Journal of Psychiatry 123: 637-659 (1973).

Hirsch, S.R.: The management of schizophrenia outside hospital: research findings and underlying principles.  Indian Journal of Psychiatry 16: 145-158 (1974).

Hirsch, S.R.: Die Versorgung schizophrener patienten aussehalb des Krankehauses: Forschungsergebnisse und Grundprinzipen.  Nervenaz 47: 469-476 (1976).

Spiers, J.; Hirsch, S.R.: Severe lithium toxicity with `normal' serum levels.  British Medical Journal 1, 815-817.

Sandler, Goodwin, King, Petit, Reynolds,Tyrer, Weller Hirsch: Raised cerebro-spinal fluid in phentlacetic acid concentration preliminary support for the phenylethylamine hypothesis of schizophrenia.  Communications in Pharmacology 2: 199-202 (1978).

Okasha, M.; Hirsch, S.R.; Knights, A.C.: Flupenthixol and fluphenazine decanoate - a comparative review. Psychiatric Annals 8: 350-355 (1978).

Hirsch, S.R.; Platt, S.; Knights, A.C.; Weyman, A.: Shortening hospitalisation: the effect on patients and their families. British Medical Journal 1: 442-446 (1979).

Hirsch, S.R.: Eltern als Verursacher der schizophrenie - der wissenschaftliche stand einer Theorie.  Nervenarzt 50: 337-345 (1979).

Newson-Smith, J.G.B.; Hirsch, S.R.: A Comparison of social workers and psychiatrists in evaluating suicide.  British Journal of Psychiatry 134: 331-334 (1979).

Newson-Smith, J.G.B.; Hirsch. S.R.: Psychiatric symptoms in self-poisoning patients. Psychological Medicine 9: 493-500.

Jauhar, P.; Weller, M.; Hirsch, S.R.: Electroconvulsive therapy for patients with cardiac pacemaker.  British Medical Journal 1: 90-91 (1979).

Knights, A.C.; Hirsch, S.R.; Salih, M.A.; Okasha, M.S.: A trial of Fluphenazine versus Flupenthixol in Maintenance of Schizophrenic Outpatients.  British Journal of Psychiatry 135: 515-523 (1979).

Gruzelier, J.H.; Hirsch, S.R.; Weller, M.; Murphy, C.: Influence of d or d1-propranolol and chlorpromazine on habituation of phasic electrodermal responses in schizophrenia. Acta Psychiatrica Scandinavic 60: 241-248 (1979).

6

CONFIDENTIAL
AZ/SER 0051084

B34

Platt, S.; Weyman, A.; Hirsch, S.R.; Hewett, S.: The Social Behaviour Assessment
Schedule (SBAS): Rationale, Contents, Scoring and Reliability of a new Interview
Schedule. Social Psychiatry 15: 43-55 (1980).

Knights, A.C.; Hirsch, S.R.; Platt, S.D.: Clinical change as a Function of Brief
Admission to Hospital in a Controlled Study using the Present State Examination.
British Journal of Psychiatry 137: 170-180 (1980).

Fenton, G.W.; Fenwick, P.B.C.; Dolamore, J.; Dunn, T.L.; Hirsch, S.R.: EEG Spectral
analysis in Schizophrenia.  British Journal of Psychiatry 136: 445-445 (1980).

Hirsch, S.R.: Use of antidepressants in  Schizophrenia. Editorial: British Medical
Journal 237: 1037-1038 (1980).

Platt, S.D.; Knights, A.C; Hirsch, S.R.: Caution and Conservatism in the use of a
Psychiatric Day Hospital: Evidence from a Research Project that failed.  Psychiatric
Research 3: 123-132 (1980).

Hirsch, S.R.: Manchanda, R.; Weller, M.P.I.: Dextro-propranolol In Schizophrenia.
Progress in Neuro-Psychopharmacology Vol. 4: 633-637 (1981).

Yorkston, N.J.; Zaki, S.A.; Weller, M.P.I.; Gruzelier, J.; Hirsch, S.R.: A controlled
Comparison of d1 Propranolol and Chlorpromazine following admission for
Schizophrenia.  Acta Psychiatrica Scandinavica 63: 13-27 (1981).

Knights, A.; Hirsch, S.R.: 'Revealed' Depression and Treatment for Schizophrenia.
Archives of General Psychiatry 38: 806-811 (1981).

Gruzelier, J.H.; Connolly, J.F.; Eves, F.; Hirsch, S.R.; Zaki, S.A.; Weller, M.P.I.;
Yorkston, N.J.: Effect of Propranolol and Phenothiazines on Electrodermal Orienting
and Habituation in Schizophrenia.  Psychological Medicine 11: 93-108 (1981).

Hirsch, S.R.: Postgraduate Training for Overseas Doctors in the United Kingdom.
Postgraduate Doctor Vol.4 No.2: 57-64 (1981).

Platt, S.D.; Hirsch, S.R.; Knights, A.C.:  Effects of Brief hospitalisation on psychiatric
patients' behaviour and social functioning.  Acta Psychiatrica Scandinavica 63: 117-
128 (1981).

Platt, S.D.; Hirsch, S.R.: The effects of brief hospitalisation upon the psychiatric
patient's household.  Acta Psychiatrica Scandinavica 64: 199-216 (1981).

z

CONFIDENTIAL
AZ/SER 0051085

B35

TRIAL 5077C/0012
CENTRE OO1
PATIENT
CATEGORY CO1

Gruzelier, J.H.; Connolly, J.F.; Hirsch, S.R.: Altered brain functional organisation in psychosis: Brain behaviour relationships. Advances in Biological Psychiatry 66: 54-59. (1981).

Manchanda, R.; Hirsch, S.R.: (Des-Tyr)-Gamma-Endorphin in the treatment of Schizophrenia. Psycholigical Medicine 11: 401-404 (1981).

Manchanda, R.; Hirsch, S.R.: (Des-Tyr)-Gamma-Endorphin for Schizophrenia. A Critical Review. International Pharmacopsychiatry 17: 147-152 (1982).

Hirsch, S.R.: Depression 'Revealed' in schizophrenia. British Journal of Psychiatry 140: 421-424 (1982).

Hirsch, S.R.; Walsh, C.; Draper, R: Parasuicide - A review of treatment interventions. Journal of Affective Disorders 4: 299-311 (1982).

Hirsch, S.R.; Walsh, C.; Draper, R.: The Concept and Efficacy of the Treatment of Parasuicide. British Journal of Clinical Pharmacology 15: 189S-194S (1983).

Connolly, J.F.; Gruzelier, J.H.; Manchanda, R.; Hirsch, S.R.: Visual Evoked Potentials in Schizophrenia: Intensity Effects and Hemispheric asymmetry. British Journal of Psychiatry 142: 152-155 (1983).

Hirsch, S.R.: Psychological Factors in the Cause and Prevention of Relapse in Schizophrenia. British Medical Journal 286: 1600-1601 (1983).

Hirsch, S.R.: The Role of the Social Environment in the Management and Outcome of Schizophrenia. Hospital Update, June 1983: 789-742 (1983).

Hirsch, S.R.: Bed Requirements for Acute Psychiatry Units - The Concept of a Norm. The Bulletin of the Royakl College of Psychiatrists Vol.7, No,7: 118-122 (1983).

Sheppard, G.; Gruzelier, J.; Manchanda, R.; Hirsch, S.R.; Wise, R.; Frackowiack, R.; Jones T.: 0 positron emission tomographic scanning in predominantly never-treated acute schizophrenic patients. Lancet ii: 1448-50 (1983).

Jutai, J.W.; Gruzelier, J.H.; Connolly, J.F.; Manchanda R.; Hirsch, S.R.: Schizophrenia and Spectral Analysis of the Visual Evoked Potential. British Journal of Psychiatry 145: 496-501 (1984).

Horder, J.; Ellis, Sir John; Hirsch, S.R.; Laurence, D.; Marinker, M.; Murray, D.; Wakeling, A.; Ydkin, J.S.: An Important opportunity: An open letter to the General Medical Council. British Medical Journal 288: 1507-1511 (1984).

8

CONFIDENTIAL
AZ/SER 0051086

B36

TRIAL SCTTL/0012
CENTRE **001**
PATIENT
CATEGORY **C01**

Connolly, J.F.; Manchanda, R.; Gruzelier, J.H.; Hirsch, S.R.: Pathway and Hemispheric differences in the event-related potential (ERP) to monaural stimulation: A comparison of schizophrenic patients with normal controls. Biological Psychiatry 20: 293-303 (1985).

Shrikhande, S.; Hirsch, S.R.; Coleman, J.C.; Reveley, M.A.; Dayton, R.: Cytomegalovirus and Schizophrenia - a test of the virological hypothesis. British Journal of Psychiatry 146: 503-506 (1985).

Curson, D.A.; Barnes, T.R.E.; Bamber, R.W.; Platt, S.D.; Hirsch, S.R.; Duffy, J.C.: Long-Term Depot Maintenance of Chronic Schizophrenic out-patients: The Seven-Year follow-up of the Medical Research Council Fluphenazine/Placebo Trial. I Course of Illness, Stability of Diagnosis and the Role of a Special Maintenance Clinic. II The Incidence of Non-Compliance Problems, Side-effects, Neurotic Symptoms and Depression. III Relapse Postponement or Relapse Prevention?  The Implications for Long-Term Outcome.  British Journal of Psychiatry 146: 464-480 (1985).

Gruzelier, J.; Jutal, J.F.; Connoly, H.J.F.; Hirsch, S.R.:  Cerebral asymmetries in unmedicated schizophrenic patients in EEG spectra and their relation to clinical and autonomic parameters.  Advances in Biological Psychiatry 15: 12-19 (1985).

Manchanda, R.; Hirsch, S.R.: Does Propranolol have an antipsychotic effect?  A Placebo controlled study in acute schizophrenia.  British Journal of Psychiatry 148: 701-707 (1986).

Manchanda, R.; Hirsch, S.R.: Low Dose Medication for Schizophrenia, editorial British Medical Journal Vol. 293: 515 (1986).

Manchanda, R.; Hirsch, S.R.: Des-Tyr-I Gamma endorphin in the treatment of depression: a double blind placebo controlled trial. Human Psychopharmacology Vol 1: 99-102 (1986).

Horder, J.; Hirsch, S.R.; Marinker, M.; Slack, W.; Tinker, J.; Wakeling, A.; Yudkin, J.S.; Ellis, J.: A Second Open Letter to the G.M.C. Medical Education 20: 366-370 (1986).

Curson D.A.; Hirsch, S.R. et al: Does Short-Term Placebo Treatment of Chronic Schizophrenia Produce long term harm. British Medical Journal 293: 726-728 (1986).

Manchanda, R.; Saupe, R.; Hirsch, S.R.: Compairson bwtween the Brief Psychiatric Rating Scale and The Manchester Scale for the rating of Schizophrenic symptomatology. Acta Psychiatrica Scandinavica 74: 63-568 (1986).

**9**

CONFIDENTIAL
AZ/SER 0051087

B37

TRIAL 50770/0012
CENTRE OO1
PATIENT
CATEGORY CO1

Das, I.; de Belleroche, J.; Hirsch, S.R.: Stimulation of inositol Phospholipid Hydrolysis by Propranolol in human neutrophils. Biochem. Soc. Trans.14: 115-1156 (1986).

Edhem, I; Das, I.; de Belleroche, J.; Hirsch, S.R.: Simultaneous assessment of cAMP and cGMP turnover by muscarinic and glutamate receptor agonist in rat brain cortical slices by high performance thin-layer chromatography.   Giochem. Soc Trans. 14: 1151-1152 (1986)

Reverley, M.A.; de Belleroche, J.; Recordati, A.; Hirsch, S.R.: Increased CSF amino acids in ventricular enlargement in schizophrenia. Biological Psychiatry 22: 413-420 (1987).

Hirsch, S.R.; Richardson-Andrews, R.; Costall, P.; de Belleroche, J.; Kelly, M.E.; Naylor, R.J.: The effects of some polyamines on putative behavioural indices of mesolimbic versus striatal dopaminergic function. Psychopharmacology 93: 101-104 (1987).

Das, I.; de Belleroche, J.; Hirsch, S.R.: Inhibitory action of spermidine on formyl-methionyl-leucyl-phenylalamine stimulatede inositol phosphate production in human neutrophils. Life Sciences 41: 1037-1041 (1987).

Manchanda, R.; Hirsch, S.R.; Barnes, T.R.E.: Criteria for Evaluating Improvement in Schizophrenia in Psychopharmacological Research (With special reference to Gamma Endorphin Fragments) British Jourani of Psychiatry 153: 354-358 (1987).

Hirsch, S.R.: Planning for Bed Needs and Resource Requirements in Acute Psychiatry - A report of the Royal College of Psychiatrists on Psychiatric Beds and Resouces. Bulletin RCP 11: 398-407 (1987).

Gruzelier, J.; Seymour, K.; Wilson, L.; Jolley, A.; Hirsch, S.R.: Impairments on neurological tests of Temporo-hippocampal and fronto-hipppocampal functions and word fluency in remitting schizophrenia and affective disorders.  Archives General Psychiatry 45: 623-629 (1988).

Das, I.; de Belleroche, J.; Hirsch, S.R.:  Stimulation of inositol phosphate production by propranolol in human neutrophils.   Prog. Neuropsychopharmacolo. & Biological Psychiatry 12: 721-726 (1988).

Hirsch, S.R.: Essential aspects of the research problem in Schizophrenia. Journal of RSM 81: 691-697 (1988).

Manchanda, R.; Hirsch, S.R.; Barnes, T.R.E.: Criteria for evaluating improvement in Schizophrenia in psychopharmacological research (with special reference to gamma endorphin fragments).  British Journal of Psychiatry 153: 354-358 (1988).

10

CONFIDENTIAL
AZ/SER 0051088

B38

TRIAL 60772L/0012
CENTRE  OO1
PATENT
CATEGORY  CO1

Das, I; de Belleroche, J.; Hirsch, S.R.: Thrombin induced formation of inositol phosphates by human neutrophils. Biochem. Soc. Trans. 16: 280-281 (1988).

Das, I.; de Belleroche, J.; Jolley, A.G.; Essali, M.A.; Hirsch, S.R.: Inositol phosphates formation in chrmotactic peptide activated neutrophils obtained from normal and sc schizophrenic subjects. Biochem. Soc. Trans. 17: 709-710 (1989).

Jolley, A.G.; Hirsch, S.R.; McRink, A.; Manchanda, R.: Trial of brief intermittent prophylaxis for selected schizophrenic outpatients: clinical outcome at one year. British Medical Journal 298: 985-990 (1989).

Hirsch, S.R.; Jolley, A.G.: The dysphoric syndrome in schizophrenia and its implications for relapse.  British Journal of Psychiatry 155 (Supplement 5): 46-50 (1989).

Hirsch, S.R.; Jolley, A.G.; Barnes, T.R.E.; Liddle P.F.; Curson, D.A.; Patel, A.; York, A.; Bercu, S.; Patel, M.: Dysphoric and depressive symptoms in chronic schizophrenia. Schiz. Research 2: 259-264 (1989).

Jolley, A.G.; Hirsch, S.R.; McRink, A.; Manchanda, R.: Trial of brief intermittent neuroleptic prophylaxis for selcted schizophrenic outpatients: clinical outcome at one year.  British Medical Journal 298: 985-990 (1990).

Jolley, A.G.; Hirsch, S.R.; Morrison, E.; McRink, A.; Wilson, L.: Trial of brief intermittend neuroleptic prophylaxis for selected schixophrenic outpatients:  clinical and social outcome at two years.  British Medical Journal 301: 837-842 (1990).

Essali, M.A.; Das, I.; de Belleroche, J.; Hirsch, S.R.:  The platelet phosphoinositide system in schizophrenia: The effects of neuroleptic treatment.  Biological Psychiatry 28: 475-487 (1990).

Adams, C.E.; Riccio, M.; McCarthy, D.; Barnes, T.R.E.; Hirsch, S.R.: Agranulocytosis induced by Clozapine with the early addition of Trifluoperazine: a Case Report. International Clinical Psychopharmacology 5: 287-290 (1990).

Sensky, T.; Hughes, T.; Hirsch, S.R.: Compulsory Psychiatric treatment in the community 1. A controlled study of compulsory community treatment with extended leave under the Mental Health Act: Special characteristics of patients treated and impact of treatment.  British Journal of Psychiatry 5: 782-799 (1991).

Sensky, T.; Hughes, T.; Hirsch, S.R.: Compulsory psychiatric treatment in the community II. A controlled study of patients whom psychiatrist would recommend for compulsory treatment in the community.  British Journal of Psychiatry 158: 799-804 (1991).

11

CONFIDENTIAL
AZ/SER 0051089

B39

TRIAL 50771/0012
CENTRE 001
PATIENT
CATEGORY 001

Essali, M.A.; Das, I.; de Belleroche, J.; Hirsch, S.R.: Neuroleptics, lithium, inositol phosphates and calcium: a novel approach to the pharmacology of psychosis. Methodological surveys in Biochemistry and Analysis, cell signalling: Experimental strategies 21: 185-188 (1991).

Montgomery, S.A; Green, M.; Rimon, R.; Heikkila, L.; Forsstrom, R.; Hirsch, S.R.; Hallstrom, C.; Hippius, H.; Naber, R.; Khan, M.C.; Sitsen, J.M.A.: Inadequate treatment response to des-enkephalin-Gamma-Endorphin Compared with Thioridazine and Placebo in Schizophrenia. Acta Psychiatrica Scandinavica (in Press 1992).

Hirsch, S.R.; Barnes, T.R.E.; Dickinson, M.; Fernandez, M.; Jolley, A.; Pusavat, L.; Riccio, M.; Speller, J.; McCreadie, R.G.; Stewart, M.; Standish-Barry, H.; Goppinath, G.; Metcalfe, M., Soni, S.; Davidson, P.; Cookson, J.; Silverstone, T.; Mallett, P.; Dinan, T.G.; Chanas, A., Uppfeldt, G., Mathie, B.: A Double-Blind Comparison of Raclopride and Haloperidol in the Acute Phase of Schizophrenia. Acta Psychiatrica Scandinavica (submitted 1992).

Clozapine Study Group: The Safety and Efficacy of Clozapine in Severe Treatment - Resistant Schizophrenic Patients. British Journal of Psychiatry (submitted Jan 1992).

Liddle, P.F.; Friston, K.J.; Frith, C.D.; Hirsch, S.R.; Jones, T.; Frackowiak R.S.J.: Patterns of Cerebral Blood Flow in Schizophrenia. British Journal of Psychiatry 160: 179-186 (1992).

Essali, M.A.; Das, I.; de Belleroche, J.; Hirsch, S.R.: Calcium mobilisation in platelets from schizophrenic and healthy subjects. Regulation by lithium and neuroleptics. Journal of Psychopharmacology 6: No. 3 (1992).

Das, I.D.; Adams, C.; Essali, M.A.; de Belleroche, J.; Hirsch, S.R.: Blood Polyamines in Schizophrenia: A Study of Clozapine in Drug Resistant Schizophrenic Patients. Schizophrenia Research, Vol.6: No.2: 175 (1992).

Hirsch, S.R.; Emami, J.; Bowen, J.T.; Cramer, P.: The Contribution of Life Events to Schizoprenic Relapse an Event History Analysis. Schizophrenia Research, Vol.6: No.2: 172 (1992).

de Belleroche, J.; Virgo, L.; Barnes, T.; Hirsch, S.R.: Analysis of Gene Expression in Schizophrenia by insitu hybridization. Schizophrenia Research, Vol.6: No.2: 154-156 (1992).

Jarman, B.; Hirsch, S.R.; White, P.; Driscoll, Driscoll, R.: Predicting psychiatric admission rates. British Medical Journal No.6835. Vol.34: pp 1146-1151 (1992)

12

CONFIDENTIAL
AZ/SER 0051090

B40

TRIAL 60771L/0012
CENTRE    001
PATIENT
CATEGORY  101

Friston, K.J.; Liddle, P.F.; Frith, C.D.; Hirsch, S.R.; Frackowiak, R.S.J.: The Left Medial Termporal Region and Schizoprenia. Brain, 115: 367-382 (1992)

Hirsch, S.R.; Cramer, P.; Bowen, J.: The triggering hypothesis of the role of life events in schizophrenia. British Journal of Psychiatry, 161, (Supp. 18):84-87 (1992).

BOOKS & MONOGRAPHS

Hirsch, S.R.: Abnormality of Communication in the Parents of Schizophrenics. (Unpublished M. Phil. Thesis, University of London, October 1969).

Hirsch, S.R.: Abnormal Language and communication in the aetiology of schizophrenia; a double blind quantitative study. In Psychiatry, Proceedings of the Vth World Congress of Psychiatry. Excerpta Medica International Congress, Series 274, Amsterdam 1973.

Hirsch, S.R.: Psychiatric Beds and Resources: factors influencing bed use and service planning. Report of the Working Party of the Section for Social and Community Psychiatry of the Royal College of Psychiatrists. (Gaskell Press, London, 1988).

Author

Hirsch, S.R.; Leff, J: Abnormalities in Parents of Schizophrenics:  Review of the Literature and an investigation of communication defects and deviances. Maudisey Monograph Services, No.22 (Oxford University Press, 1975)

Hirsch, S.R.; Leff J.: Abnormalita nei genitori schizofrenici. Piccola Biblioteca Di Neurologia E Psichiatria, Rome (1976) (Also translated into Japanese).

Piatt, S.; Hirsch, S.R.; Weyman, A.: Social Behaviour Assessment Schedule. Training Manaual and Rating Guide. (NFER-Nelson, 1983).

Sensky, T.E.; Hirsch, S.H.; Thompson, C. et al: Learning Psychiatry through MCQ: a comprehensive text. (Wiley, Chichester, 1988).

Hirsch S.R.: Report on the World Health Organisation Collaborative Study on the effects of benzodiazepines and therapeutic counselling in different populations. (Springer, Heidelberg, 1988). Co-Author

13

42

CONFIDENTIAL
AZ/SER 0051091

B41

TRIAL 5077ZL0012
CENTRE   OO1
PATIENT
CATEGORY  CO1

Editor

Hirsch, S.R.; Shepherd M.: Themes and Variations in European Psychiatry.  An
anthology. (John Wright and Sons, Bristol, 1974).

Farmer, R.; Hirsch, S.R.: The Suicide Sundrome Croome Helm Ltd, London
(Cambridge University Press, 1980).

Hirsch, S.R.:  Schizophrenia. (Seminar Series, 27-30, Update Publications, 1984).

Hirsch, S.R.; Bradley, P.B.: The Psychopharmacology  and  Treatment  of
Schizophrenia. (Oxford University Press, 1986).

Hirsch, S.R.; Harris, J: Consent and the Incompetent Patient:  Ethics, Law and
Medicines.  (Gaskell Press, London 1988).

Chapters and unreferred publications

Hirsch, S.R.: An American eye view of the Mental Health Service. Mental Health,
Summer Edition, (1968).

Hirsch, S.R.; Gaind, R.; Rohde, P.: The clinical value of fluphenazine decanoate in
maintaining schizophrenics in the community.   In A. Ilic., Proceedings of the
International Symposium on Rehabilitation in Psychiatry. (Belgrade, NIP Selo 1972).

Wing, J.K.; Leff, J.; Hirsch, S.R.: Preventative treatment of schizophrenia: some
theoretical and methodological issues in Psychopathology and Psychopharmacology.
Edited by Cole, J.A.; Freedman, A.; Friedhoff, A. (Baltimore, John Hopkins University
Press, 12, 1973).

Hirsch, S.R.: The interaction between depot phenothiazines and the social and clinical
manifestations of behaviour in patients with stabilised chronic schizophrenia.  In H.M.
Van Praag, On the Origin of Schizophrenic Psychoses. Amsterdam, de Erven Bohn
BV, (1975).

Hirsch, S.R.: Interacting social and biological factors determining prognosis in the
rehabilitation and management of persons with schizophrenia. In Robert Cancro, The
Annual Review of Schizophrenic Syndrome. New York Brunner/Mazel. Vol. 4. (1975).

14

43

CONFIDENTIAL
AZ/SER 0051092

B42

TRIAL 50775/0012
CENTRE OO1
PATIENT
CATEGORY CO 1

Hirsch, S.R.: Current status of the parental causation hypothesis in schizophrenia. In Current Themes In Psychiatry Vol.1. Edited by Gaind, R; Hudson, R. (Macmillan Press, 1978).

Hirsch, S.R.; Platt, S.; Knights, A.C; Weyman, A: Brief hospitalisation policy - the effect on patients and their families a controlled trial. In New Methods of Mental Health Care. Edited by Meacher, M. (Pergamon Press, Mental Health Foundation, 1979).

Hirsch, S.R.: Psychiatric 'experiments' - moral and ethical issues. In Current Themes in Psychiatry, Vol.2. Edited by Gaind,R.; Hudson, B.; (Macmillam Press, 1979).

Connolly, J.F; Gruzelier, J.H.; Kleinman, K.M.; Hirsch, S.R.: Lateralised abnormalities in schizophrenic depressive and non-psychotic patients in hemispheric-specific tachistoscope tasks. In Hemispheric Asymmetries of function in psychopathology. Edited by Gruzelier, J.H; Flor-Henry (Amsterdam, Elsevier, pp. 491-510, 1979).

Knights, A.C.; Hirsch, S.R.: A double-blind placebo trial comparing the deconoate esters of Flupenthixol and Fluphenazine in the maintenance treatment of outpatient schizophrenics.   In Neuroleptics and Schizophrenia.   Edited by Simister, J.M. (Lundbeck Ltd, 1979).

Hirsch, S.R.: Die ambulante depotneuroleptische langzeitbehandlung von schizophren Patientent. In Gutersloher Firtbildungswoche. Edited by Winkler, W.Th. (1979).

Hirsch, S.R.: Current trends in the treatment of schizophrenia. In Current Trends in Psychiatric Treatment. (Pitmans Medical Publishing Co. Ltd, 1980).

Hirsch, S.R.; Knights,: Gibt es die phamakogene Depression wirklich? Beweismaterial aus zwei prospektiven Untersuchungen.   In Ergebnisse der psychiatrischen Therapieforschung. Edited by Kryspun-Exner, K.; Hinterhuber, H.; Schuvert, H.; Schattauer H.  III Alpenlandiches Psychiatrie-Symposium(Seefeld-Trol, Sept, 1980).

Hirsch, S.R.: Medical and physical treatment of Schizophrenia. In Handbook of Psychiatry, Vol. III. Edited by Wing, J.K (Cambridge University Press, 1983).

Hirsch, S.R.: The Rationale of Clinical Trials: Evaluation and Planning.   In The Scientific Basis of Psychiatry. Edited by Weller, M.P.I. (Bailliere Tindall, 1983).

Hirsch S.R.: Medication & Physical Treatment of Schizophrenia.  In Handbook of Psychiatry: Psychoses of Unknown Origins, Vol.3, Ch.13, (1983).

15

44

CONFIDENTIAL
AZ/SER 0051093

25

**TABLE 3    Psychiatric history and baseline characteristics***          (continued)

|  | SEROQUEL 450 mg (bid) (n = 200) | | SEROQUEL 450 mg (tid) (n = 209) | | SEROQUEL 50 mg (bid) (n = 209) | |
|---|---|---|---|---|---|---|
| **Previous antipsychotic medication response, n (%)** | | | | | | |
| Fully or partially responsive | 124 | (62) | 115 | (55) | 117 | (56) |
| Poorly responsive or non-responsive | 69 | (35) | 90 | (43) | 79 | (38) |
| First exposure or unknown | 7 | (3) | 4 | (2) | 13 | (6) |
| **Psychiatric efficacy measures** | | | | | | |
| BPRS total score, mean (sd) | 42.1 | (10.7) | 42.7 | (10.4) | 41.7 | (10.0) |
| CGI Severity of Illness score, n (%) | | | | | | |
| Moderate | 51 | (26) | 54 | (26) | 62 | (31) |
| Marked | 92 | (47) | 87 | (42) | 85 | (43) |
| Severe | 44 | (23) | 58 | (28) | 45 | (23) |
| Most severe | 8 | (4) | 6 | (3) | 6 | (3) |
| SANS summary score, mean (sd) | 14.4 | (3.4) | 14.7 | (3.8) | 14.4 | (3.6) |
| **Neurologic assessments, n (%)** | | | | | | |
| Simpson total score | | | | | | |
| 10 | 52 | (27) | 62 | (31) | 53 | (28) |
| 11 | 27 | (14) | 34 | (17) | 32 | (17) |
| 12 | 27 | (14) | 24 | (12) | 21 | (11) |
| 13 | 16 | (8) | 8 | (4) | 17 | (9) |
| 14 to 15 | 15 | (8) | 17 | (8) | 23 | (12) |
| 16 to 17 | 20 | (10) | 23 | (11) | 22 | (11) |
| 18 or greater | 35 | (18) | 34 | (17) | 24 | (13) |
| AIMS total score | | | | | | |
| 0 | 96 | (49) | 109 | (54) | 110 | (56) |
| 1 to 2 | 23 | (12) | 21 | (10) | 33 | (17) |
| 3 to 6 | 28 | (14) | 28 | (14) | 23 | (12) |
| 7 to 10 | 22 | (11) | 21 | (10) | 20 | (10) |
| 11 or greater | 25 | (13) | 24 | (12) | 10 | (5) |

* n is variable since not all data were available for every patient
# Diagnosis assumes all patients had acute exacerbation of chronic or subchronic schizophrenia
+ Statistically significant difference between SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) (p ≤0.05)
** Statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) (p ≤0.05)

CONFIDENTIAL
AZ/SER 0050527

B43

TRIAL 9017/2/0012
CENTRE DO 1
PATIENT
CATEGORY CO 1

Frackowiack, R.; Sheppard, G.; Jutai, J.; Manchanda, R.; Gruzelier, J.; Hirsch, S.R.; Wise, R.; Jones,T.: Frontal-Lobe Hypofunction in Schizophrenia. (Lancet 1 970-971 (letter), 1984).

Hirsch, S.R.(Ed.): Depression in Schizophrenia, In Schizophrenia. (Seminar Series, 27-30, Update Publications, 1984).
Hirsch, S.R.: Basic Principles in the Treatment of Schizophrenia, in Mimms Magazine, (May 1985).

Hirsch, S.R.; Leff, J.: Depression and Schizophrenia: Crucial Issues and Further Evidence. In Psychiatry. - The State of the Art. Proceedings of the World Congress of Psychiatry, Vol.1: pp. 577-611. Edited by Pichot; Berner; Worff; Thau. (Plenum Press, Vienna, 1985).

Gruzelier, J.H.; Jutai, J.; Connolly, J.; Sheppard, G.; Manchanda, R.; Hirsch, S.R.: Schizophrenia: Autonomic electrocortical and metabolic (Oxygen-15 Pet) investigations of lateralised dysfunction. Edited by Papaostopoulis, D.; Butler, S.; Martin I.: Experimental & Clinical Neuropsychophysiology 635-677 (1985).

Hirsch, S.R.; Jolley, A.G.; Manchanda, R.; McRink, A.: Fruhzeitige medikamentose Intervention als Alternative zur Depot-Dauer-Medikation in der Schizophreniebehandlung: (Ein vorlaufiger Bericht. (Bewaltgungder Schizophrenia, Bern, Switzerland, 1986)

Connolly, J.F.; Prescott, J.; Gruzelier, J.H.; Hirsch, S.R.: The Contribution of Neurophysiological abnormalities to cognitive function in schizophrenia. In Electrical Brain Potentials and Psychopathology. Edited by Shagass C (Elsevier, Amsterdam, 1986).

Gruzelier, J.; Seymour, K.; Wilson, L.; Jolley, A.; Hirsch, S.R.: Neuropsychological Evidence of Hippocampal and Frontal Impairments in Schizophrenia, Mania and Depression. In Cerebral Dynamics, Laterality and Psychopathology. Edited by Takahashi, P.; Flor-Henry, J.; Gruzelier, J.; Niwa, N.I (Elsevier Biomedical, Amsterdam, 1986).

Hirsch, S.R.: (forward) Introduction to an outline of psychotherapy for Medical Students and Practitioners. Edited by Maxwell, H. (Wright, Bristol, 1986).

Hirsch, S.R.; Jolley, A.G.; Manchanda, R.; McRink, A.: Early Intervention Medication as an Alternative to Continuous Depot Treatment in Schizophrenia: Preliminary DeLisi, L. (Rapporteur); Crow, T.J.; Hirsch, S.R.; (organisers). The Third Biannual Winterworkshop on Schizophrenia. Schladming, Austria, Jan 26-31, 1986.

16

45

CONFIDENTIAL
AZ/SER 0051094

B44

TRIAL 5017 2/001 2
CENTRE 001
PATIENT
CATEGORY CO1

Das, I.; de Belleroche, J.; Hirsch, S.R.: Propranolol induces accumulation of inositol phosphates in human neutrophils. Abstracts of papers, 15th Collegium Internationale Neuro-Psychophamologicum Congress, Puerto Rico, USA, December 1986.

Hirsch, S.R.: The Influence of Social Experience and Environment on the Course of Schizophrenia. In the Psychopharmacology and Treatment of Schizophrenia , Ch.7. Edited by Bradley, P.G.; Hirsch, S.R. (Oxford University Press, 1986).

Manchanda, R.; Hirsch, S.R.: Rating Scales for Clinical Studies of Schizophrenia. In The Psychopharmacology and Treatment of Schizophrenia, Ch.9. Edited by Bradley, P.B.; Hirsch, S.R. (Oxford University Press, 1986).

Hirsch, S.R.: Clinical Treatment of Schizophrenia. In The Psychopharmacology & Treatment, of Schizophrenia, Ch. 11. Edited by Bradley, P.B.; Hirsch, S.R. (Oxford University Press, 1986).

Hirsch, S.R.; Jolley, A.G.; Manchanda, R.; McRink, A.: Early Intervention Medication as an Alternative to Continuous Depot Treatment in Schizophrenia: Preliminary Report. In Psychosocial Treatment of Schizophrenia. Edited by Strauss, J.S.; Boker, W.; Brenner, H.(Fds) (Hans Humber Publishers, Toronto, 1987).

Hirsch, S.R.: Biological Hypotheses of Schizophrenia: Discussion. In Search for the Causes of Schizophrenia. Edited by Hafner, H.; Gattaz, W.F.; Janzarik. 267-274 (Springer-Verlag, 1987).

Hirsch, S.R.; Brooks, P.: Analisis de la literatura sobre indicadores sociales de morbilidad psiquiatrica y recepcion de los servicios psiquiatricos. Edited by Ozamiz, J. (Psico-Sociologica de la Salud Mental, Ttarttalo, S.A., 1988).

Manchanda, A.; Hirsch, S.R.; Barnes, T.R.E.: A review of rating scales for measuring symptom changes in schizophrenia research in The Instruments of Psychiatric Research . Edited by Thompson, C. Chapter 3. (1989).

Hirsch, S.R.: Reducing exposure and risk to neuroleptics when treating schizophrenics. Edited by Stefanis et al. VIII World Congress of Psychiatry, (Elsevier, Amsterdam, 1989.)

Hirsch, S.R.; Barnes, T.R.E.: Testing the Efficacy of New Neuroleptic Drugs in Methodology of the Evaluation of Psychotropic Drugs. (Psychopharmacology Series 8). Edited by Benkert, O.; Maier, W.; Rickels, K.; pp.26-36. (Springer-Verlag, Berlin, 1990).

17

46

CONFIDENTIAL
AZ/SER 0051095

B45

TRIAL 537/TL/0012
CENTRE 001
PATIENT
CATEGORY CO1

Hirsch, S.R.: Future strategies and perspectives in schizophrenia research: Discussion. Edited by Hafner, H.; Gattaz, W.F. Discussion search for the causes of schizophrenia Vol.11.(Springer-Verlag, Berling Heidelberg, 1990).

Jolley, A.G.; Hirsch, S.R.:Intermittierende und niedrigdosierte Neuroleptika-Therapie: Prophylaktische Strategien bei der Schizophrenie. In Therapie der Schizophrenie. Edited by Robert Olbrich pp 53-62 (Kohlhammer 1990).

Hirsch, S.R.; Jolley, A.; Barnes, T.R.E.:  Are depressive symptoms part of the schizophrenic syndrome? In Depression in Schizophrenia. Edited by Delisi, L.E. pp. 25-37 (American Psychiatric Press, Washington, 1990).

Barnes, T.R.E.; Hirsch, S.R.: United Kingdom: Neuroleptic Relapse Prevention in Schizophrenia. Edited by Kissling, W. (Springer-Verlag, Berlin Heidelberg 1991).

Hirsch, S.R.: Maintenance Medication for Schizophrenia: Changing Perspectives on Use and Evaluation. In Social Psychiatry Edited by Bebbington P.E. (Transaction, London/USA 1991).

Hirsch, S.R.: The Rationale of Clinical Trials.  In The Scientific basis of Psychiatry. Edited by Weller, M; Eynsenck, M (W.B. Saunders Co Ltd, 1992).


ABSTRACTS

Leff, J.; Hirsch, S.R.:  The effects of sensory deprivation in verbal communication. Journal of Psychiatric Research 9: 329-336 (1972).

Das, I.; de Belleroche, J.; Hirsch, S.R.: Stimulation of inositol phopholipid hydrolysis by propranolol in human neutrophils. Biological Chemistry, Hoppe-Syler 367:1111 (1986).

Das, I.; Janah, S.; Hirsch, S.R.; Fleck, A.G.: Role of lithium in signal transduction using chemotactic peptide induced chemiluminescence in polymorphonuclear cells. J. Biolumin. Chemilumin. 2: 197 (1988).

Fenton, G.W.; Fenwick, P.B.C.; Armstrong, G.A.; Hirsch, S.R.; Dunn, T.L.: Left hemisphere dysfunction of negative symptoms in schizophrenia:  Some EEG evidence. Schizophrenia Research 6: Nos., 2-3 pp. 184-185 (1988).

Das, I.; de Belleroche, J.; Essali, M.A.; Richardson-Andrews, R.; Hirsch, S.R.: Blood polysmine levels in schizophrenia.  Schizophrenia Research 2: 146 (1989).

18

47

CONFIDENTIAL
AZ/SER 0051096

B46

TRIAL 5C77E/0012
CENTRE *DO1*
PATENT
CATEGORY *CO1*

Essali, M.A.; Das, I. de Belleroche, J.; Hirsch, S.R.: The platelet phosphinositide
system in schizophrenia: Pathological and pharmacological implications.
Schizophrenia Research 2: 148 (1989).

Das, I.; de Belleroche, J.; Essali, M.A.; Richardson-Andrews, R.; Hirsch, S.R.: Plasma
polyamine oxidase in normal and schizophrenic subjects.  Schizophrenia Research
3: 37-38, (1990).

Das, I.; Essali, M.A.; de Belleroche, J.; Hirsch, S.R.: Neuroleptic induced polyamine
levels may modulate NMDA subtype of glutamate receptor in schizophrenia. Journal
of Psychopharmacology 4: 314 (1990).

Das I.; Essali, M.A.; de Belleroche J.; Hirsch, S.R.: Possible modulation of the NMDA
Glutamate receptor subtype via induction of polyamines by neuroleptics. Abstracts
of Papers, 17th Congress of Collegium Internationale Neuro-
Psychopharmacologicum, pp. 271, Kyoto, Japan 1990.

Essali, M.A.; Das, I.; de Belleroche, J.; Hirsch, S.R.: Lithium, neuroleptics and inositol
phospholipids: A novel approach to the pharmacology of schizophrenia. Journal of
Psychopharmacology 4: 252 (1990).

Essali, M.A.; Das, I.; de Belleroche, J; Hirsch, S.R.: Regulation of platelet
phospholnositide system by antipsychotic drugs: a specific neuroleptic action.
Schizophrenia Research 3: 36-37 (1990).

Essali, M.A.; Das, I.; de Belleroche, J.; Hirsch, S.R.:  Platelet inositol lipids in
monitoring neuroleptic treatment. Abstracts of Papers, Royal College of Psychiatrists
Meeting, pp. 23, Birmingham, UK 1990.

Pantellis, C.; Taylor, J.; Harvey, C.; Campbell, P.G.; Hirsch, S.R; Jarman, B:  The
South and North Camden Surveys:  The prevalence of schizophrenia by electoral
ward and its relationship to social demographic factors. Schizophrenia Research Vol.
3, No.1 (1990).

Liddle, P.R.; Friston, K.J.; Frith, C.D.; Hirsch, S.R.; Frackowiak, R.S.J.: Cerebral blood
flow abnormalities associated with schizophrenic syndromes.  Supplement to
Biological Psychiatry Vol.29, No.11S, pp. 716S, Abstract No.0-13-05-02, June 1991.

Das, I.; Essali, M.A.; de Belleroche, J; Hirsch S.R.: Neuroleptics may exert their effect
by modulating NMDA subtype of glutamate receptor in Schizophrenia. Supplement
to Biological Psychiatry Vol.29, No.11S, pp. 280S, Abstract No. 0-13-01-05, June
1991.

19

CONFIDENTIAL
AZ/SER 0051097

B47

TRIAL 50175/0012
CENTRE 001
PATIENT
CATEGORY CO1

Hirsch, S.R.; Das, I.; Turner, R.J.; Tannock, C.: Phagocytic activity of monocytes of panic disorder patient during benzodiazepine receptor activation.   Eur. Neuropsychopharmacology, 1: 465 (1991).

Das, I.; Essali, M.A.; Adams C.; de Belleroche, J.; Hirsch, S.R.: Neuroleptics may exert their antipsychotic effect by elevated polyamine concentration: A study of clozapine in drug resistant schizophrenic patients.  Abstract of Papers, The Royal College of Psychiatrists Annual Meeting, pp.64, Brighton, 1991.

Das, I.; Turner, R.J.; Tannock, C.; Hirsch, S.R.: Benzodiazepine receptor-mediated phagocytic activity of monocytes of Panic Disorder subjects.  Abstacts of papers, British Association for Psychopharmacology Annual Meeting, pp. 29, York, UK 1991.

Essali, M.A.; Das, I.; de Belleroche, J; Hirsch, S.R.:  Inositol phosphates and intracellular calcium: A molecular basis for the neuroleptic action and for interaction with lithium. Abstracts of Papers, International Congress on Schizophrenia Research, pp. 18, Arizona, USA, 1991.

Essali, M.A; Das, I.; de Belleroche, J.; Hirsch, S.R.:  Metablism of inositol phospholipds, inositol phosphate, and intracellular calcium in schizophrenia. Abstracts of papers, International Congress on Schizophrenia Research, pp.19, USA, 1991.

REPORTS

Hirsch, S.R.:  Services for the Severe mentally Ill - A Planning Blight. Institute of Health Service Managers, Keele, 9th October, 1991

Hirsch, S.R. et al: Facilities and Services for the Mentally Ill with persisting severe disabilities. Report on behalf of the Executive Committee of the Royal College of Psychiatrists. 16th April 1992

20

CONFIDENTIAL
AZ/SER 0051098

B48

TRIAL 50778/0012
CENTRE 003
PATIENT
CATEGORY COI

## CURRICULUM VITAE

### Dr Brian Gerard Ferguson

| | |
|---|---|
| **Nationality** | Irish |
| **Date of Birth** | ████ 1953 |
| **Marital Status** | Married with two children (aged 10 and 5 years) |
| **Qualified in Medicine** | June 1977 - MB BCh University College, Dublin, Ireland |
| **Undergraduate Education** | 1st Class Honours: Experimental Physics |
| | 2nd Class Honours: Chemistry Biochemistry Paediatrics |
| | Elective course taken in Pulmonary Diseases during summer of 1976 with Dr Berger at the City Hospital Center at Elmhurst, New York. |

**Pre-Registration Posts**
(one year)

| | |
|---|---|
| House Surgeon | July 1977 - January 1978 Middlesbrough General Hospital |
| House Physician | February 1978 - July 1978 Middlesbrough General Hospital |

**General Professional Training**
(three years)

Three-year course on the Cleveland Vocational Training Scheme for General Practice (auspices of University of Newcastle).

| | |
|---|---|
| General Practice | August - December 1978 Dr Peter Sowerby, Egton, North Yorkshire |

50

CONFIDENTIAL
AZ/SER 0051099

B49

TRIAL 5071L/0012
CENTRE 3
PATIENT
CATEGORY COI

Medicine                    January – June 1979
                            Darlington Memorial Hospital,
                            County Durham

Paediatrics                 July – December 1979
                            Hartlepool General Hospital,
                            Cleveland

Obstetrics                  January – June 1980
                            North Tees General Hospital
                            Stockton-on-Tees

Psychiatry                  July – December 1980
                            North Tees General Hospital
                            (General Hospital/Liaison Work)

General Practice            January – July 1981
                            Dr John Whewell OBE
                            20 Cleveland Square, Middlesbrough

**General Psychiatric Training**
    (3 years, 2 months)

Nottingham Rotational Scheme for Registrars in Psychiatry
(University of Nottingham)

General Psychiatry          August 1981 – January 1982
                            Dr David Toms, Mapperley Hospital

Psychogeriatrics            February 1982 – July 1982
                            Dr Irene Ovenstone,
                            St Francis Hospital, Nottingham

General Psychiatry          August 1982 – January 1983
                            Dr Gordon Dubourg, Ashfield Clinic,
                            Mansfield (General Hospital Unit)

Child Psychiatry            February 1983 – July 1983
                            Dr Ron Atkins,
                            St Ann's Hospital, Nottingham

Drug and Alcohol            August 1983 – January 1984
    Dependence              Dr Philip McLean, Mapperley
                            Hospital, Nottingham (Regional
                            Drug and Alcohol Unit)

General Psychiatry          February 1984 – July 1984
                            Dr Peter Tyrer, Mapperley
                            Hospital, Nottingham

51

CONFIDENTIAL
AZ/SER 0051100

B50

TRIAL 3077-JL0012
CENTRE  5
PATIENT
CATEGORY  C.01

a

Forensic Psychiatry        August 1984 - September 1984
                           Dr Alfred Minto, Rampton
                           Special Hospital, Retford


**Higher Psychiatric Training**
     (3 years, 8 months)

Nottingham and Derby Rotational Scheme for Senior Registrars in
Psychiatry (University of Nottingham)

        Forensic Psychiatry        October 1984 - August 1985
                                   Dr Alfred Minto and Dr Diana
                                   Dickens, Rampton Special Hospital,
                                   Retford

        Adult Psychiatry           September 1985 - October 1985
                                   Dr Richard Turner, University
                                   Hospital, Nottingham

**Research Appointment**

Clinical Research Fellow &         November 1985 - December 1986
   Honorary Senior Registrar       Dr Peter Tyrer, Research Department
                                   Mapperley Hospital, Nottingham

One-year Overseas Physician        January 1987 - January 1988
   Program, Glace Bay, Nova        Supervisor:
   Scotia, Canada                  Professor Alistair Munro
   Staff Psychiatrist              Dalhousie University, Halifax,
                                   Nova Scotia.


**Present Appointment**

Consultant Psychiatrist            From April 1988 to date
                                   Stonebridge mental health centre
                                   and Mapperley Hospital, Nottingham

This position involves medical leadership of a multi-disciplinary
team which provides general psychiatric services for a catchment
population of approximately 90,000 people. There are two further
community based rehabilitation projects in development for
chronic mental illness.

There is an additional responsibility for running the Clinical
Research Department at Mapperley Hospital. This department
currently employs two research fellows, a research psychologist
and a study coordinator. Principle areas of investigation include
psychiatric audit, affective illness and personality disorder.

**Postgraduate Qualifications**

52

CONFIDENTIAL
AZ/SER 0051101

B51

TRIAL 3077/LA0012
CENTRE 3
PATIENT
CATEGORY C01

DCH          Dublin 1981
DRCOG        London 1980
MRCGP        London 1981
MRCPsych     London 1984

Secretary of The Research Committee of the Royal College of
Psychiatrists.

Secretary of the Nottingham District Specialty Committee in
Psychiatry

Principal Investigator, Nottingham.  W.H.O. International Pilot
Study on Personality Disorder


**Teaching Experience**

Clinical Teacher          University of Nottingham Medical
                          School
                          (1984 - 1986)  (1988 - present)

Visiting Lecturer         Derby School of Occupational
                          Therapy  (1984 - 1986)

Course Organiser          Research Methodology
and tutor                 Royal College of Psychiatrists

**Papers and Publications**

Kleine-Levin Syndrome - an unusual clinical presentation. Brian
Ferguson. Journal of Child Psychology and Psychiatry, 272. 275-
278 (1986).

Screening for physical illness in psychiatric patients.  A short
report presented to the Annual General Meeting of the Royal
College of Psychiatrists.  Brian Ferguson and Keith Dudleston.
July 1984.

Psychiatric Clinics in General Practice - the general practice
view.  Paper presented to the Spring Meeting of the Royal College
of Psychiatrists.  Brian Ferguson and Peter Tyrer. April 1985.

Personality Assessment Schedule (4th revision) - Development of
Computer Programs for Ratings.  Sarah White and Brian Ferguson.
(1986).

Personality Assessment Schedule (5th. revision). P.Tyrer,
J.Alexander & B.Ferguson. Clinical Research Department,
Mapperley, Nottingham. 1987.

Detection of physical disorder in newly admitted psychiatric

CONFIDENTIAL
AZ/SER 0051102

B52

TRIAL 5072JL/0012
CENTRE 8
PATIENT
CATEGORY C01

patients. Brian Ferguson and Keith Dudleston. Acta Psychiatrica
Scandinavica, 74, 485 - 489 (1986).

Personality Disorder. Brian Ferguson. British Journal of
Hospital Medicine. (1987).

Problems in the classification of personality disorder.
Editorial: Peter Tyrer and Brian Ferguson. Psychological
Medicine, 17, 15-20 (1987).

Development of the concept of abnormal personality. Peter Tyrer
and Brian Ferguson, in: Personality Disorder: Diagnosis,
measurement and classification. John Wright & Sons Ltd, London.

Classifying Personality Disorder. Brian Ferguson and Peter
Tyrer, in: Personality Disorder: Diagnosis, measurement and
classification. John Wright & Sons Ltd, London.

Psychiatric Clinics in General Practice - an asset for primary
care. Brian Ferguson. Health Trends - Vol 19, 1987.

Rating Instruments in Psychiatry, Brian Ferguson : Research
Methods in Psychiatry : A Beginner's Guide, Royal College of
Psychiatrists (1989).

Personality Disorders, in: The Implements of Psychiatric
Research, ed. C Thompson. (1989) Brian Ferguson and Peter Tyrer

The Nottingham Study of Neurotic Disorder: Comparison of drug
and psychological treatments. P Tyrer, N Seivewright, S Murphy,
B Ferguson, D Kingdon, R Barczak, J Brothwell, C Darling, S
Gregory and A L Johnson. The Lancet.

The Canadian Experience. B Ferguson. (1989) Psychiatric
Bulletin, 13, 499-500.

Liaison between Psychiatrists and GP's: A practical approach
to community care. B Ferguson. (1989) Irish Doctor.

Clinical Audit - a proposal. Brian Ferguson. Psychiatric
Bulletin. (1990) 14, 275-277.

The Justification for the Diagnosis of Hypochondriacal
Personality Disorder. P Tyrer, R Fowler-Dixon, B Ferguson, A
Keleman. The Journal of Psychosomatic Research. (1990).

The Clinical Evaluation of a New Community Psychiatric Service
based on General Practice Psychiatric Clinics. B Ferguson, S
Cooper, J Brothwell, A Markantonakis, P Tyrer. (accepted for
publication - British Journal of Psychiatry)

Selective Beta2 Adrenoceptor Blocker in the Treatment of Chronic
Anxiety. P Tyrer, Professor C Marsden, B Ferguson, J Brothwell.
(in preparation)

CONFIDENTIAL
AZ/SER 0051103