**(a) Diagnosis and history of psychiatric illness**

There was no clinically or statistically significant difference in the distribution of diagnostic categories among the three treatment groups; approximately two thirds of patients in each group had been diagnosed as having paranoid schizophrenia (either chronic or subchronic).

The mean age of patients when they first received treatment for schizophrenia was slightly lower in the SEROQUEL 450 mg (tid) group than in either the SEROQUEL 450 mg (bid) group or the SEROQUEL 50 mg (bid) group. These differences were statistically significant ($p = 0.018$ and $p = 0.027$, respectively) but were too small to be clinically important. In each group, patients had been treated for schizophrenia for an average of approximately 10 years, indicating that these patients had been chronically ill.

The majority of patients (60%) had fewer than five previous hospitalisations for schizophrenia, and most (58%) had been either fully or partially responsive to previous antipsychotic medication. The treatment groups were generally well balanced with respect to these characteristics and there were no statistically significant differences.

**(b) Psychiatric efficacy measures**

Across all three treatment groups, the mean BPRS total score was approximately 42, the mean CGI Severity of Illness score approximately 5.0 and the mean SANS summary score approximately 14.5. These scores indicate that in general the patients were floridly psychotic, with modest levels of negative symptomatology. There were no clinically significant differences among the three groups, and no statistically significant results on analysis of variance. Due to non-normally distributed residuals, these results were confirmed with a non-parametric test (Appendices H7.9 to H7.11).

**(c) Neurologic assessments**

The majority of patients entered the study with few or no extrapyramidal symptoms; over half of all patients had Simpson Scale total scores of 10 (the minimum), 11 or 12 at baseline. There were no clinically significant differences among the treatment groups and pairwise comparisons of grouped baseline total scores revealed no statistically significant differences (Appendix H7.12).

The majority of patients entered the study with few or no abnormal involuntary movements as measured by AIMS total score; over half of all patients had a total score of 0 (the minimum). However, the three treatment groups differed in AIMS total score at baseline: a lower proportion of patients in the SEROQUEL 450 mg (bid) group had the minimum score when compared with the other two groups. In the SEROQUEL 50 mg (bid) group the proportion of patients with a score of 1 or 2 was higher than in the other groups, whereas the proportion of patients with a score of 11 or greater was lower than in the other groups. The differences between the SEROQUEL 450 mg (bid) group and the other two groups were statistically significant or marginally statistically significant (Appendix H7.13).

### 3.1.3 Summary of comparability of treatment groups

The treatment groups were generally well balanced with respect to demographic characteristics, psychiatric diagnosis, psychiatric illness history, and efficacy and neurologic rating scale scores at baseline.

The mean age and the mean age at first treatment for schizophrenia were slightly lower in the SEROQUEL 450 mg (tid) group than in either of the other two groups. For both characteristics,

CONFIDENTIAL
AZ/SER 0050528

B53

TRIAL 5077IL/0012
CENTRE 3
PATIENT
CATEGORY C01

Borderline Personality Disorder: An examination of the validity of the concept. B Ferguson, Paper presented to the Spring Meeting of The Royal College of Psychiatrists (1990).

Personality Disorder among Special Hospital Patients in England (Rampton) and Tanzania (Isanga). J Mbatia and B Ferguson. (in preparation)

Personality Disorder in Perspective (1991) P.Tyrer, P.Casey & B.Ferguson. British Journal of Psychiatry.(accepted for publication)

The Nottingham Study of Personality Disorder; relationship between personality status and symptoms. (1990), P Tyrer, N Sievewright, B Ferguson, S Murphy, C Darling, J Brothwell, D Kingdom and A L Johnson. Psychological Medicine (1990), 20, 423-431.

Liaison psychiatry in general practice: the comprehensive coolaborative model. Tyrer P, Ferguson B, Wadsworth J. Acta Psychiatr Scand (1990) 81. 359-363.

Personality Disorder: The Flamboyant Group (1991) Brian Ferguson and Peter Tyrer. Current Opinion in Psychiatry, 4(2).

Training Psychiatrists for the twenty first century. Paper presented to The Royal Society of Medicine. Brian Ferguson . May 1990

CONFIDENTIAL
AZ/SER 0051104

B54

Study 5077 IL/0012
Centre 04

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR DIDI ROY

QUALIFICATIONS:

- MD (1981)
- Master of Science (1976)

PRESENT APPOINTMENT AND ADDRESS:

ASSISTANT
6ème SECTEUR, CHS LA CHARTREUSE
1, BOULEVARD CHANOINE KIR
21033 DIJON CEDEX

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR HOUSE OFFICER (1978)
- ASSISTANT (1981)
- SENIOR REGISTRAR (1985)
- PROVISIONALLY APPOINTED AS CONSULTANT PHYSICIAN (OCT - DEC 1988)

CONFIDENTIAL
AZ/SER 0051105

B55

# CURRICULUM VITAE

CONFIDENTIAL
AZ/SER 0051106

B56

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

*"On se lasse de tout, excepté de connaître"*

**I. - QUALIFICATIONS**

CONFIDENTIAL
AZ/SER 0051107

B57

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

*CHEF DE SERVICE*

*EN PSYCHIATRIE*

**Nomination : Août 1989**

**NOM : DIDI**

**Prénom : Roy**

**Date de naissance : 10.07.1949**

8.8.94.

Dr Didi. Roy -

CONFIDENTIAL
AZ/SER 0051108

B58

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

Spécialité d'exercice du Praticien :

. Psychiatrie

. Neurologie

CONFIDENTIAL
AZ/SER 0051109

B59

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

**CERTIFICATS D'ETUDES SPECIALES : C.E.S.**

**C.E.S. DE PSYCHIATRIE,**
Pr MARIN - Pr TRAPET
Dijon - 1977, 1978, 1979, 1980

**C.E.S. DE NEUROLOGIE,**
Pr TRILLET
Lyon - 1985, 1986, 1987, 1988
Admis à l'examen national en septembre 1988
- 2 épreuves de Neurologie
- 1 épreuve de Neuro-Anatomie et de Neuro-Physiologie
- 1 épreuve de Psychiatrie
- 1 épreuve Orale
- 1 épreuve d'Anatomie Pathologique

**C.E.S. DE MEDECINE LEGALE,**
Pr ROCHE
Admis à l'examen national en 1981
Lyon - 1980, 1981
- Certificat de Toxicologie
- Certificat de Thanatologie
- Certificat de Réparation du Dommage Corporel
- Certificat de Criminologie

**C.E.S. DE MEDECINE DU TRAVAIL,**
Pr MARIN
Admis à l'examen national en 1980
Dijon - 1979, 1980
- Certificat Législation du travail, ergonomie
- Certificat toxicologie
- Certificat médecine du travail

**C.E.S. DE SANTE PUBLIQUE,**
Pr SAPIN JALOUSTRE
Admis à l'examen national en 1984
Paris - 1983, 1984
- Certificat d'Hygiène
- Certificat Economie de Santé
- Certificat Système de Santé
- Certificat Epidémiologie Statistique, Pr SCHWARTZ
- Certificat Maladies Infectieuses

**C.E.S. DE MEDECINE DU SPORT,**
Pr KLEPPING
Dijon - 1982/1983

**C.E.S. DE MEDECINE AERONAUTIQUE,**
Pr MASSON
Tours - 1981/1982

CONFIDENTIAL
AZ/SER 0051110

B60

# Ordre des Médecins de la Côte-d'Or

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

38 Bis, rue de Tivoli - DIJON
C.C.P. DIJON 523-05

☎ 80.30.66.61

DIJON, le 6 JUIN 1989

N° 1291 /OD

Monsieur le DR DIDI ROY
Centre Hospitalier de la Chartreuse
1 Bd Chanoine Kir

21 033 DIJON

Mon Cher Confrère,

Nous avons l'honneur de vous informer que le Conseil Départemental de l'Ordre des Médecins de la Côte d'Or, lors de sa réunion du 05 JUIN 1989, a reconnu votre qualification de

MEDECIN SPECIALISTE EN NEUROLOGIE

sur le vu du Certificat d'Etudes Spéciales en cette discipline qui vous a été délivré le 16 DECEMBRE 1988 par L'UNIVERSITE DE LYON.

Veuillez agréer, Mon Cher Confrère, l'expression de nos sentiments les meilleurs.

LE PRESIDENT
Dr KLEPPING A.

B61

TRIAL 5077IL/0012
CENTRE 004
PATIENT
CATEGORY C01

**DIPLOMES NATIONAUX**

**Diplôme National de Médecine du Travail Agricole**

**Institut National de Médecine Agricole de Tours, 1980, 1981**

CONFIDENTIAL
AZ/SER 0051112

B62

TRIAL 5077IL/0012
CENTRE 005
PATIENT
CATEGORY CO1

APPLICANT: Teresa Krystyna Szulecka

DATE OF BIRTH: [redacted] 1944 (Poland)

ADDRESS: [redacted]
(0909)500990 (work)

NATIONALITY: British (Polish born)

MARITAL STATUS: Married.

QUALIFICATIONS:

Dentysta - Diploma in Dental Surgery, Academy of Medicine, Gdansk, Poland, 1966.

Lekarz - Physician's Diploma, Academy of Medicine, Cracow, Poland, 1970.

MRCPsych - London, 1979.

MD - Free University of Brussels, Belgium, 1986.

~~PRESENT APPOINTMENT:~~ PREVIOUS APPOINTMENT: Consultant Psychiatrist, Department of Psychiatry, Bassetlaw District General Hospital, Worksop, Notts S81 0BD (from 1 September 1984)

PRESENT APPOINTMENT: Consultant Psychiatrist, Dept of Psychiatry, Doncaster Royal Infirmary, Doncaster (from 1 September 1993)

CONFIDENTIAL
AZ/SER 0051113

these differences were statistically or marginally statistically significant on pairwise comparison using analysis of variance. The effect of this imbalance on change from baseline scores was investigated for all efficacy analyses. In addition to the planned analysis of covariance, which controlled for any differences in the baseline levels of illness, analyses of covariance were performed controlling for differences in age and age at first treatment and for both variables. The results of these additional analyses are discussed in detail for each efficacy measure in the appropriate sections.

Patients in the SEROQUEL 450 mg (bid) group were less likely to have the minimum total score (0) on the AIMS than patients in the SEROQUEL 450 mg (tid) or SEROQUEL 50 mg (bid) groups. The distribution of AIMS scores in the SEROQUEL 50 mg (bid) group also differed slightly from that in the other two groups. The impact of these baseline differences was investigated using cross-tabulations of grouped baseline total score by grouped change in total score from baseline to the final evaluation. These results are discussed in Section 5.4.

The patients were generally typical of patients with acute exacerbation of schizophrenia and there were no clinically significant differences between the treatment groups at baseline.

## 3.2 Withdrawals

*Summary tables:* *withdrawals and reason for withdrawal; T3.1*
*patients evaluated for efficacy; T3.2*

*Individual patient listings:* *disposition of all randomised patients; G1.1*
*disposition of all non-qualifying patients; G1.2*

*Statistical appendices:* *H1*

Table 4 shows the patient disposition at 7-day intervals during the study.

**TABLE 4 Disposition of randomised patients by treatment group**

| | SEROQUEL 450 mg (bid) | | SEROQUEL 450 mg (tid) | | SEROQUEL 50 mg (bid) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| Patients randomised | 200 | | 209 | | 209 | |
| Patients remaining for efficacy assessment at: | | | | | | |
| Day 7 | 195 | (98) | 204 | (98) | 198 | (95) |
| Day 14 | 180 | (90) | 177 | (85) | 175 | (84) |
| Day 21 | 142 | (71) | 145 | (69) | 134 | (64) |
| Day 28 | 121 | (61) | 133 | (64) | 117 | (56) |
| Day 35 | 108 | (54) | 122 | (58) | 100 | (48) |
| Day 42 | 103 | (52) | 114 | (55) | 94 | (45) |
| Patients completed | 102 | (51) | 112 | (54) | 90 | (43) |
| Patients withdrawn | 98 | (49) | 97 | (46) | 119 | (57) |

CONFIDENTIAL
AZ/SER 0050529

B63

TRIAL 5077IL/0012
CENTRE 005
PATIENT
CATEGORY C01

# MEDICAL CURRICULUM VITAE

## Teresa Krystyna SZULECKA

| | |
|---|---|
| 1961 | Matriculation |
| 1961 - 1966 | Student of Medical Academy in Gdansk Faculty of Medicine, Department of Dentistry, Poland. |
| 1966 - 1967 | Worked as a dentist. |
| 1967 - 1970 | Student of Medical Academy in Kraków, Faculty of Medicine, Poland. |

**PROFESSIONAL EXPERIENCE IN POLAND**

| | |
|---|---|
| 01.10.1970 - 28.02.1971 | Szpital Kolejowy, Kraków, Poland. Speciality - Surgery : full-time. |
| 01.03.1971 - 30.08.1971 | Szpital Kolejowy, Kraków, Poland. Speciality - Medicine : full-time. |
| 07.09.1971 - 31.12.1971 | Instytut Ginekologii i Położnictwa, Kraków, Poland. Speciality - Obstetrics : full-time. |
| 01.01.1972 - 30.04.1972 | Szpital Kolejowy, Kraków, Poland. Speciality - Gynaecology : full-time. |
| 01.05.1972 - 30.09.1972 | Instytut Pediatrii, Kraków - Prokocim. Speciality - Paediatrics : full-time. |
| 14.12.1972 - 31.10.1973 | Stacja Pogotowia Ratunkowego, Krakow, Poland. Casualty Department : part-time. |
| 16.11.1972 - 31.03.1974 | Zespoł Przychodnii Specjalistycznych Miasta Krakowa. Speciality - General Practitioner : full-time. |

**PROFESSIONAL EXPERIENCE IN UNITED KINGDOM**

| | |
|---|---|
| 19.11.1974 - 31.12.1979 | St John's Hospital, Stone, Aylesbury. Psychiatric Training |
| 19.11.74 - 03.03.75 | Part-time Clinical Assistant. |
| 03.03.75 - 10.11.75 | Full-time Senior Hospital Officer. |
| 10.11.75 - 31.12.79 | Full-time Registrar. |
| May 1979 | Membership of Royal College of Psychiatrists. |
| 01.02.1980 - 31.08.84 | Full-time Senior Registrar in Adult Psychiatry to the Derby/Nottingham Rotational Training Scheme. |
| 01.02.80 - 31.07.80 | Kingsway Hospital, Derby (Dr Bronks). |
| 01.08.80 - 31.07.81 | Mapperley Hospital, Nottingham (Dr Turner). Psychotherapy (Dr Aveline). Research/Teaching. |
| 01.08.81 - 31.07.82 | Saxondale Hospital, Nottingham (Dr Gordon). Adult Psychiatry. Mapperley Hospital, Nottingham (Dr Aveline). Psychotherapy. Research/Teaching. |
| 01.08.82 - 31.08.83 | Mapperley Hospital, Nottingham (Dr Gill). Research/Teaching. |
| 01.09.83 - 31.08.84 | Sherwood Hospital, Nottingham (Dr Jones). Health Care of the Elderly. Mapperley Hospital, Nottingham (Dr McLean). Alcohol & Addiction Unit. Research/Teaching. |
| 31.08.84 — | Consultant Psychiatrist, Rampton DGH, Worksop. |

CONFIDENTIAL
AZ/SER 0051114

B64

T. K. SZULECKA

RESEARCH

PUBLICATIONS

WATT, D.C. & SZULECKA, T.K. (1979) The effect of sex, marriage and age at first admission on the hospitalization of schizophrenics during 2 years following discharge. PSYCHOLOGICAL MEDICINE, 9, 529-539.

SZULECKA, T.K., SPRINGETT, N.R. & DE PAUW, K.W. (1986) The prediction of psychiatric morbidity in first-year undergraduates and the effect of brief psychotherapeutic intervention - a pilot study. BRITISH JOURNAL OF PSYCHIATRY, 149, 75-80.

SPRINGETT, N.R. & SZULECKA, T.K. (1986) Faculty differences in psychological disturbance among undergraduates on arrival at university. BRITISH JOURNAL OF MEDICAL PSYCHOLOGY, 59, 69-73.

DE PAUW, K.W. & SZULECKA, T.K. (1986) ECT in the Netherlands. (C) BULLETIN OF THE ROYAL COLLEGE OF PSYCHIATRISTS, 10, 155-6.

BROWN, G., SPRINGETT, N.R. & SZULECKA, T.K. (1986) Transition and the experience of university: some students' views. BULLETIN OF EDUCATIONAL DEVELOPMENT AND RESEARCH, 32, 22-25.

KINGDON, D.G. & SZULECKA, T.K. (1986) Establishing a district psychiatric service without psychiatric trainees. BULLETIN OF THE ROYAL COLLEGE OF PSYCHIATRISTS, 10, 339-340.

McLEAN, P.C., ANCILL, R.J. & SZULECKA, T.K. (1986) Mianserin in the treatment of depressive symptoms in alcoholics. A double blind placebo-controlled study using a computer-delivered self-rating scale. PSYCHIATRIA POLSKA, 20(6), 417-427. Also read at the 7th World Congress of Psychiatry, Vienna, July 1983 and the 35th Congress of the Polish Psychiatric Association, Warsaw, September 1986.

SZULECKA, T.K., SPRINGETT, N.R. & DE PAUW, K.W. (1987) General health, psychiatric vulnerability and withdrawal from university in first-year undergraduates. BRITISH JOURNAL OF GUIDANCE AND COUNSELLING, 15(1), 82-91.

DE PAUW, K.W., SZULECKA, T.K. (1987) Organic factors in catatonia. (C) BRITISH JOURNAL OF PSYCHIATRY, 150, 561-562.

DE PAUW, K.W., SZULECKA, T.K. & POLTOCK, T.L. (1987) Fregoli syndrome after cerebral infarction. JOURNAL OF NERVOUS AND MENTAL DISEASE, 175(7), 433-438.

DE PAUW, K.W. & SZULECKA, T.K. (1987) Lucid periodes in "catatonia:" a neuropsychiatric snare for the unwary. (C) BRITISH JOURNAL OF PSYCHIATRY, 151, 561-562.

DE PAUW, K.W. & SZULECKA, T.K. (1988) Dangerous delusions: violence and the misidentification syndromes. BRITISH JOURNAL OF PSYCHIATRY, 152, 91-97.

CONFIDENTIAL
AZ/SER 0051115

B65

TRIAL 8077IL/0012
CENTRE 005
PATIENT
CATEGORY C01

Fluvoxamine: a prospectively randomised double-blind multi-centre study versus amitriptyline in the treatment of depressed out-patients. Presented in VIII World Congress of Psychiatry, Athens, 1989.

Fluvoxamine: a study comparing the effects of maintenance therapy on body weight, with those of amitriptyline, in patients in the recovery phase of depressive illness.

IN PREPARATION

Student/parent relationship and its effect on undergraduate adjustment to university life.

Ecological structure and the distribution of suicide and deliberate self-harm behaviour in Bassetlaw District.

Catatonia: a neuropsychiatric response to overwhelming psychiatric, neurological or medical insult.

AWARDS

Sir Ernest Finch Research Prize - 1985.

September, 1989.

CONFIDENTIAL
AZ/SER 0051116

B66

5

TRIAL 8077D/0012
CENTRE 005
PATIENT
CATEGORY C01

PUBLICATIONS AND RESEARCH OF T. K. SZULECKA

WATT, D.C. & SZULECKA, T.K. (1979) The effect of sex, marriage and age at first admission on the hospitalisation of schizophrenics during two years following discharge. *Psychological Medicine*, 9, 529-539

SZULECKA, T.K., SPRINGETT, N.R. & de PAUW, K.W. (1986) The prediction of psychiatric morbidity in first-year undergraduates and the effect of brief psychotherapeutic intervention - a pilot study. *British Journal of Psychiatry*, 149, 75-80

SPRINGETT, N.R. & SZULECKA, T.K. (1986) Faculty differences in psychological disturbance among undergraduates on arrival at university. *British Journal of Medical Psychology*, 59, 69-73

de PAUW, K.W. & SZULECKA, T.K. (1986) ECT in the Netherlands. (C) *Bulletin of the Royal College of Psychiatrists*, 10, 155-156

BROWN, G., SPRINGETT, N.R. & SZULECKA, T.K. (1986) Transition and the experience of university: some students' views. *Bulletin of Educational Development and Research*, 32, 22-25

KINGDON, D.G. & SZULECKA, T.K. (1986) Establishing a district psychiatric service without psychiatric trainees. *Bulletin of the Royal College of Psychiatrists*, 10, 338-340

MCLEAN, P.C., ANCILL, R.J. & SZULECKA, T.K. (1986) Mianserin in the treatment of depressive symptoms in alcoholics. A double blind placebo-controlled study using a computer-delivered self-rating scale. *Psychiatria Polska*, 20, 417-427

SZULECKA, T.K., SPRINGETT, N.R. & de PAUW, K.W. (1987) General health, psychiatric vulnerability and withdrawal from university in first-year undergraduates. *British Journal of Guidance and Counselling*, 15, 82-91

de PAUW, K.W. & SZULECKA, T.K. (1987) Organic factors in catatonia. (C) *British Journal of Psychiatry*, 150, 561-562

de PAUW, K.W., SZULECKA, T.K. & POLTOCK, T.L. (1987) Fregoli syndrome after cerebral infarction. *Journal of Nervous and Mental Disease*, 175, 433-438

de PAUW, K.W. & SZULECKA, T.K. (1987) Lucid periods in catatonia: a neuropsychiatric snare for the unwary. (C) *British Journal of Psychiatry*, 151, 561-562

de PAUW, K.W. & SZULECKA, T.K. (1988) Dangerous delusions: violence and the misidentification syndromes. *British Journal of Psychiatry*, 152, 91-97

SZULECKA, T.K. & ANSTEE, J.A. Fluvoxamine treatment in depressed out-patients (a prospective, randomised, double-blind, multi-centre study versus amitriptyline).
Poster presentation at the 8th World Congress of Psychiatry, Athens (1989).
Poster presentation at the Biological Psychiatry meeting in South Africa (1991).

CONFIDENTIAL
AZ/SER 0051117

B67

TRIAL 5077IL/0012
CENTRE 005
PATIENT
CATEGORY C01

YOUNG, A.W., ELLIS, H.D., SZULECKA, T.K. & de PAUW K. W. (1990) Face processing impairments and delusional misidentification. *Behavioural Neurology*, 3, 153-168

KINGDON, D., TURKINGTON, D., MALCOLM, K., SZULECKA, K. & LARKIN, E. (1991) Replacing the mental hospital: community provision for a district's chronically psychiatrically disabled in domestic environments? *British Journal of Psychiatry*, 158, 113-117

HARRIS, B., SZULECKA, T.K. & ANSTEE, J.A. (1991) Fluvoxamine versus amitriptyline in depressed hospital out-patients: a multicentre double-blind comparative trial. *British Journal of Clinical Research*, 2, 89-99

de PAUW, K.W. & SZULECKA, T.K. (submitted) Capgras delusion as a symptom of reversible and irreversible dementia. *Journal of Clinical Psychiatry*.

de PAUW, K.W. & SZULECKA, T.K. (1991) Fregoli transform (C) *British Journal of Psychiatry*, 159, 730-731.

**RESEARCH**

Fluvoxamine: a study comparing the effects of maintenance therapy on body weight with those of amitriptyline, in patients in the recovery phase of depressive illness - six months follow up study, completed in 1990 and results published; HARRIS, B & ASHFORD, J. J. (1990) Fluvoxamine maintenance therapy is not associated with weight gain. *Journal of Psychopharmacology*, 4, 299.

Student-parent relationship and its effect on undergraduate adjustment to university life - in progress.

The ecological structure and distribution of suicide and deliberate self-harm behaviour in Bassetlaw District - preliminary results available.

Catatonia: a neuropsychiatric response to overwhelming psychiatric, neurological or medical insult - in progress.

The efficacy and tolerance of low doses of oral fluvoxamine. A randomised, double blind, placebo-controlled, multi-centre comparison with imipramine in depressed patients - completed, send for analysis (1991).

A multicentre, parallel group, double blind, randomized placebo controlled study of the efficacy and tolerability of two doses of levoprotiline in patients with major depressive disorder - terminated prematurly due to poor efficacy (1991).

ELLIS, H. D., DE PAUW, K. W., CHRISTODOULOU, G. N., LUAUTE, J. P., BIDAULT, E. & SZULECKA, T. K. (submitted, Oct,1991) Recognition memory in psychotic patients. *Behaviour Neurology*.

B68

TRIAL 5077IL/0012
CENTRE 005
PATIENT
CATEGORY C01

A multicentre, double blind, placebo controlled comparison of low and high dosage regiments of ICI 204,636 in the treatment of hospitalised patients with acute exacerbation of subchronic or chronic schizophrenia (Dec1991-May 1992).

T. K. Szulecka
Consultant Psychiatrist

12 December 1991

CONFIDENTIAL
AZ/SER 0051119

B69

TRIAL 5077IL/0012
CENTRE 006
PATIENT
CATEGORY C01

# CURRICULUM VITAE

**NAME:** Dr John Lynch

**QUALIFICATIONS:** LRCPI, LRCSI, LM, MRC Psych

**ADDRESS:** St Lukes Hospital
Clonmel Co. Tipperary

**CURRENT POSITION:** Consultant Psychiatrist

A: 32
JR Work Disk

CONFIDENTIAL
AZ/SER 0051120

B70

DR. J. LYNCH.
ST. LUKES HOSPITAL,
COUNTY TIPPERARY,
EIRE.

TRIAL 5077IL/0012
CENTRE 006
PATIENT 999
CATEGORY CO1

| | |
|---|---|
| Sept. 1954 to June, 1965 | : Royal College of Surgeons in Ireland. Studies interrupted by my father's death - financial problems. Studies resumed in Portinucula Hospital at £12.50 per week. |
| 1st July,'65 to 31st Aug.'66 | : House Physician and House Surgeon, Portiuncula Hospital at £20.00 per week. |
| 1st Sept. '66 to 31st Jan. '67 | : House Physician, Paediatric Unit, Cappagh Hosp. under Prof. T. Kavanagh and Orthopaedic work under Dr. J. Gallagher. |
| 1st February, 1967 | : Joined Royal Army Medical Corps. in rank of Captain. Short service Commission - 5 years. |
| 1st Feb.'67 to 16th June,'67 | : Post Graduate Medical Officers Course at Queen Alexander Military Hospital and Royal Army Medical College, Millbank. Took third place (ex.16) in examinations (First place in Psychiatry). Took Bronze Medal (Marshall Webb Prize) for military medicine. |
| 17th June,'67 to 24th June,'71 | : General practice in Baor, Germany. This involved the care of families and civilians and the running and administration of a large medical centre and 12 bedded hospital. I was also medical officer of health to 7000 people and on "exercises" which could last for a few weeks, I was responsible for the total health care of several thousand troops at a time, the organisation of supplies and transport including lorries and ambulances and the efficient running of the medical services. |
| 25th June,'71 to 31st Jan.'72 | : D.R.C.O.G. Course /at British Military Hospital,Tedworth. Promoted rank of Major. |
| 1st Feb.'72 to 31st Jan. '73 | : Joined general practice partnership in Hartlepool, Co.Durham. Panel of 15000 patients. |
| 1st February, 1973 | : Started as psychiatric trainee in St. Loman's Hospital, Dublin. Attended one day a week at the Post-Graduate Training Course of lectures, in St. Brendan's and St. Patrick's. |
| 1st February, 1973 to 31st Jan.'74 | : Worked under Prof. T. Fahy and Dr. Louis Byrne. General psychiatry and specialist alcohol unit. Took weekly group of out-patient alcoholics for the following year. |
| 1st Feb. '74 to 31st May, 1974 | : General psychiatry under Prof. Fahy combined with the sole responsibility for the renovation, re-organisation and supervision of the Occupational Therapy and Industrial Therapy Depts. at St. Loman's Hospital. |
| 1st June,'74 to 30th May, 1975 | : General psychiatry under Dr. Dermot Walsh combine with the opening and supervision of Ushers Island Day Centre for the rehabilitation of patients wit personality disorders, and short stay psychotics, under Prof. Fahy. |

.../2

CONFIDENTIAL
AZ/SER 0051121

B71

TRIAL 5077IL/0012
CENTRE 006
PATIENT 999
CATEGORY C01

| | |
|---|---|
| 1st June, '75 to 31st Dec. '75 | : Child Psychiatry in St. Loman's Unit for Autistic Children and Dept. of Child Psychiatry under Dr. Paul McCarthy and Dr. Una O'Donnell. Weekly psychotherapeutic sessions at Lusk School for Junior Offenders. |
| October, 1975 | : Passed Preliminary Test for Royal College of Psychiatrists. |
| 1st Jan.'76 to 31st Dec. '76 | : General psychiatry with Dr. George Hullett and Dr. P. Keane. Course in individual psychotherapy with Prof. Hector Warnes in St. Patrick's. Weekly seminars in forensic psychiatry at Central Mental Hospital, Dundrum with Dr. Liam Daly. Paper read on "The Adolescent Offender". |
| November, 1976 | : Passed examination for Member of Royal College of Psychiatrists in Maudsley Hospital. |
| 1st Jan. '77 to 15th June, '77 | : Senior Registrar under Dr. Michael Mulcahy at Steward's Hospital for Mental Handicap combined with Senior Registrar post under Dr. John Cooney at Clonsilla, Glenmaroon and St.Vincent's Hosp., Navan Rd. with twice weekly clinics at the Child Study Centre, Navan Rd., Dublin. |
| 16th June, '77 to date | : Consultant Psychiatrist at St. Luke's Hospital, Clonmel. General psychiatry, psycho-geriatric psychiatry and mental handicap. Acute psychiatry in St. Michael's Unit attached to County Hospital. Clinical Tutor in Psychiatry. Member of Sub-Committee of Clinical Tutors of Education Committee of Royal College of Psychiatrists. |
| 1st August, 1978 | : Made permanent in position of Consultant Psychiatrist at St. Luke's Hospital, Clonmel. Locum R.M.S. jobs in St. Canice's Hospital, Kilkenny and St. Conal's Hospital, Letterkenny. Locum Consultant Psychiatrist in Sedgefield Hospital, Co. Durham. |
| | September 1984 atteended at Maudsley Hospital for weeks course in advanced psychiatry. |
| | September 1984 appointed Member of Local Health Committee in Mid-Western Health Board. |
| 11th Aug. '86 to 19th Sept. '86 | Locum Consultant Psychiatrist at King Fahad Hospital: Al Baha for A.M.I. |
| 1st April, '87 to 1st May '87 | Locum Consultant Psychiatrist at King Khalid Hospital, Jeddah for I.H.G. |
| September 1989 | Attended at Maudsley Hospital for weeks course in Advanced Psychiatry. |
| September 1991 | Attended St. Mary's Hospital London, 3 day course in Advanced Psychogeriatrics under Professor Brice Pitt |

CONFIDENTIAL
AZ/SER 0051122

B72

TRIAL 5077IL/0012
CENTRE 006
PATIENT 999
CATEGORY C01

Clinical Trials done for: Sanofi
Servier
Ciba Geigy
Rhone - Poulanc
ICI

CONFIDENTIAL
AZ/SER 0051123

Data from 103 patients in the SEROQUEL 450 mg (bid) group were available for efficacy evaluation at Day 42, but according to the investigator's assessment only 102 patients completed the study. This was because the investigator recorded in error that Patient 031/03104 withdrew after 44 days of treatment and did not complete the study.

Similarly, in the SEROQUEL 450 mg (tid) group, data from 114 patients were available for efficacy evaluation at Day 42, but according to the investigator's assessment only 112 patients completed the study. This is because Patients 004/00403 and 031/03103 provided efficacy data assigned to Day 42 although they each withdrew from the study after 40 days of treatment.

In the SEROQUEL 50 mg (bid) group, data from 94 patients were available for efficacy evaluation at Day 42, but according to the investigator's assessment only 90 patients completed the study. This is because Patients 040/04007, 067/06705, 081/08105 and 092/09209 provided efficacy data assigned to Day 42 although they withdrew from the study.

There was a statistically significant difference between treatment groups in the proportion of patients who completed the 42-day randomised treatment period ($p = 0.026$ overall). Fifty-one percent of patients in the SEROQUEL 450 mg (bid) group and 54% in the SEROQUEL 450 mg (tid) group completed the study, compared with 43% in the SEROQUEL 50 mg (bid) group.

There were a number of possible reasons for the high withdrawal rate. This was a fixed-dose study; the dose used may not have been optimal for some individual patients, which could lead to their withdrawal. Furthermore, providing they had completed 2 weeks in the study, patients withdrawn due to lack of efficacy could enter Segment C in which the investigator could titrate the dose up to 800 mg/day, according to clinical need. The rate of withdrawal was similar to that in placebo-controlled trials in a similar patient population (eg, 5077IL/0006); this may be because investigators have a low threshold for withdrawing patients in studies in which one treatment is not thought to be clinically effective.

The numbers of patients withdrawn and reasons for withdrawal are shown in Table 5.

**TABLE 5 Number of patients and reasons for withdrawal**

| | SEROQUEL 450 mg (bid) | | SEROQUEL 450 mg (tid) | | SEROQUEL 50 mg (bid) | |
|---|---|---|---|---|---|---|
| Reason for withdrawal | n | (%) | n | (%) | n | (%) |
| Lack of efficacy | 60 | (61) | 64 | (66) | 80 | (67) |
| Protocol non-compliance | 7 | (7) | 6 | (6) | 6 | (5) |
| Adverse event or intercurrent illness | 12 | (12) | 7 | (7) | 7 | (6) |
| Refused to continue or lost to follow-up | 19 | (19) | 20 | (21) | 26 | (22) |
| Total number of patients withdrawn | 98 | (100) | 97 | (100) | 119 | (100) |

The majority of withdrawals were due to lack of efficacy; the number of patients withdrawn for lack of efficacy and the total number withdrawn were greater in the SEROQUEL 50 mg (bid) group than in the other groups. The overall rate of withdrawal was similar to that in published placebo-controlled trials of other antipsychotics (Chouinard et al 1993, Marder and Meibach 1994).

CONFIDENTIAL
AZ/SER 0050530

B73

TRIAL 5077IL/0012
CENTRE 007
PATIENT
CATEGORY C01

NAME Samarendra Nath MAHAPATRA
M.B., B.S., (Cal), M.R.C.P. Part I (1971)
and M.R.C.Psych. (London 1975)

EXPERIENCE

Postgraduate training and experience in General Medicine & Surgery in Calcutta and also in Bristol, then in Psychiatry from 1970. Extensive training as an S.H.O., later Registrar, in the Department of Mental Health, University of Bristol. Also extensive experience as a Rotational Registrar in South-East Hampshire, plus involvement in active teaching of students in Wessex University. Senior Registrar in South Devon in the District of Plymouth and extensive experience as a Senior Registrar in both acute and chronic psychiatry, rehabilitation, psychogeriatrics, psychotherapy and forensic psychiatry. Experience also in group therapy for two years under the supervision of Clinical Psychologist, University College Hospital, London. Liaison psychiatry in General Hospital referrals in the District of Plymouth.

1978 to date

Consultant Psychiatrist - Hartlepool Health District & the South West Durham Health Authority

INVOLVEMENT IN RESEARCH ACTIVITIES

I have been involved in several drug studies:

Comparison Study of efficacy between BOLVIDON (Mianserin) and MERITAL with a special reference to the cognitive function test, such as flicker fusion threshold and choice reaction time.

REMOXIPRIDE Trial - a comparative Study of REMOXIPRIDE with HALOPERIDOL, which has recently been conducted by Professor Eccleston and Dr Ramsay at the Newcastle University.

LEVOPROTILINE - a Double Blind Multi-centre trial of placebo and LEVOPROTILINE in patients suffering from depression; Double Blind comparative Study of REMOXIPRIDE and CHLORPROMAZINE; a multi-centre study of FLUOXETINE and the quality of life in depressed patients.

VENLAFAXINE - a randomised double-blind comparison of VENLAFAXINE & DOTHIEPIN capsules in geriatric patients with major depression.

ZALOSPIRONE - placebo controlled, dose ranging study in patients with major depression (Protocol 656A-207UK)

LAFON - a comparison of three doses of CRL 40827 and placebo in the treatment of patients with a diagnosis of mild to moderate depression.

BROFAROMINE - a double-blind placebo controlled of varying doses of BROFAROMINE in major depressive disorder.

I am currently involved with:

A multicentre, double-blind, placebo controlled comparison of low and high dosage regimens of ICI 204636 in the treatment of hospitalised patients with acute exacerbation of subchronic & chronic schizophrenia.

Dr S N MAHAPATRA

CONFIDENTIAL
AZ/SER 0051124

B74

TRIAL 5077IL/0012
CENTRE 008
PATIENT
CATEGORY C01

# CURRICULUM VITAE

## Dr D.J.MacFarlane

**Position**

Consultant Psychiatrist , Downshire Hospital
Downpatrick , Northern Ireland
Consultant Psychiatrist , Ards Hospital
Newtownards , Northern Ireland
Medical Director , Down Alcohol Treatment Service

**Qualifications**

| | | |
|---|---|---|
| M.B.,Ch.B. | 1970 | Glasgow University |
| D.P.M. | 1974 | RCSI |
| M.R.C.Psych | 1976 | |

**Higher Training**

Senior Registrar/Senior Tutor in Psychiatry — Queens University Belfast

Higher Training in Child Psychiatry

**Research Interests**

Recent work has been in the field of alcohol and drug dependence in the study of

a) predictor measures
b) compliance with treatment
c) pharmacotherapy of alcoholism

**Drug Trial Experience**

Phase III Trial of Minaprine v. Amitryptiline
1987 Sanofi UK
Phase III Trial of Minaprine v. Imipramine
1988 Sanofi UK
Phase III Trial of Sibutramine
1990 Boots
Phase III Trial of Flerobuterol
1990 Lafon
Phase III Trial of Low Doses of Fluvoxamine
1991 Duphar

CONFIDENTIAL
AZ/SER 0051125

B75

TRIAL 5077IL/0012
CENTRE 008
PATIENT
CATEGORY C01

2.

Phase III Trial of Calcium Acetylhomotaurinate
1990 - current Lipha
Phase III Trial of Laevoprotiline
1990 Ciba Geigy
Phase III Trial of Sertraline
1991 Pfizer
Phase III Trial of Brofaromine in Depression
1991 Ciba Geigy
Phase III Trial of Brofaromine in PTSD
1991 Ciba Geigy
Phase II Trial in Acute Schizophrenia
1991 ICI
Phase III Trial of Ipsaporone
1991 Bayer

April 1990

CONFIDENTIAL
AZ/SER 0051126

B76

TRIAL 5077IL/0012
CENTRE 11
PATIENT
CATEGORY C01

## CURRICULUM VITAE FORM

**STUDY NUMBER:** 5077IL/0012

**CENTRE NUMBER:** 11

**CENTRE ADDRESS:** Technical University Psychiatric Hospital and Out-Patients
Ismaningerstraße 22
81675 München

---

**FULL NAME:** Dr. W. Kissling

| **QUALIFICATIONS:** | **YEAR:** |
|---|---|
| Psychiatrist | since 1984 |

**PRESENT POSITION:**

Head of Psychopharmacological Research

**PREVIOUS APPOINTMENTS AND EXPERIENCE:**

More than 20 phase III studies.

SIGNATURE: ______________________ DATE: ____________

CONFIDENTIAL
AZ/SER 0051127

B77

TRIAL 5077IL/0012
CENTRE 11
PATIENT
CATEGORY C01

CURRICULUM VITAE FORM

STUDY NUMBER: 5077IL/0012

CENTRE NUMBER: 11

CENTRE ADDRESS:
Psychiatrische Klinik und Poliklinik
der Technischen Universität München
Klinikum rechts der Isar
Direktor: Prof. Dr. H. Lauter
Telefon 089/4140-4200
8000 München 80, Ismaninger Str. 22

FULL NAME: Dr. W. Kissling

QUALIFICATIONS: Arzt für Psychiatrie

YEAR: 1984

PRESENT POSITION: Oberarzt, Head of Psychopharmacological Research

PREVIOUS APPOINTMENTS AND EXPERIENCE: More than 20 phase III studies

SIGNATURE: [signature]

DATE: 21.6.95

CONFIDENTIAL
AZ/SER 0051128

B78

TRIAL 5077IL/0012
CENTRE 012
PATIENT
CATEGORY C01

Dr Stephen H Shaw

DoB: [redacted]43

Married
(3 children)

**QUALIFICATIONS:**

| | |
|---|---|
| MB ChB | July 1967 |
| DPM | September 1970 |
| MRC Psych | March 1972 |
| DMJ (Clin) | July 1972 |

**EDUCATION:**

| | |
|---|---|
| Hanson Boys Grammar School, Bradford | 1956-1963 |
| Leeds University Medical School | 1963-1967 |
| Leeds University Department of Psychiatry | 1967 |

Isaac Holdern Undergraduate Travelling Scholarship to Johns Hopkins Medical School, Baltimore, USA 1966 - Four months Electie Period in General Surgery.

Glaxo Travelling Fellowship 1992
Palm Springs, California and Durham, North Carolina.

**PRESENT APPOINTMENTS**

1 Consultant Psychiatrist
Stanley Royd Hospital
Wakefield

2 Visiting Psychiatrist
Shadwell Community Home, Leeds
Commenced: March 1972

3 Honorary Lecturer
Leeds University Faculty of Medicine
August 1977

4 Lecturer to the
West Yorkshire Police Academy
Wakefield

5 Lecturer to the
Scottish Police Academy
Tulliallan Castle
Kirkcaldy, Fyfe

6 Civil Service Medical Referee

CONFIDENTIAL
AZ/SER 0051129

TRIAL 8077IL/0012
CENTRE 012
PATIENT
CATEGORY C01

**PREVIOUS APPOINTMENTS**

House Physician - Sept 1967 to Feb 1968
General Medicine, Cardiology,Neurology, Dermatology,
St James's (University) Hospital, Leeds.
Drs Whitaker, Sumner and Rowell and Professor Hellier.

House Surgeon - March 1968 to August 1968.
General Surgery - St James's (University) Hospital, Leeds.
Mr H S Shucksmith and Mr D Pratt.

Senior House Officer - Sept 1968 to August 1968
Psychiatry - St James's (University) Hospital, Leeds
Dr M J Roberts.

Registrar - Sept 1968 to August 1970.
Psychiatry - Scalebor Park Hospital,
Burley-in-Wharfedale, Ilkley.
Dr J Valentine

Senior Registrar - Leeds Regional Hospital Board
Rotating Scheme.

| | |
|---|---|
| Sept 1970 to Aug 1971 | Psychiatry. St James's Hospital, Leeds. Dr J M Roberts. |
| Sept 1971 to Feb 1972 | Psychiatry. Stanley Royd Hospital, Wakefield. Dr R P Snaith, Dr W A Weston. |
| Mar 1972 to Aug 1975 | Senior Registrar Forensic Psychiatry Dr W A Weston. |
| Aug 1975 to Dec 1975 | Locum Consultant Psychiatrist Scalebor Park Hospital, Burley-in-Wharfedale, Ilkley |
| December 1975 | Consultant Psychiatrist, Stanley Royd HOspital Wakefield |
| Sept 1976 to Sept 1977 | Clinical Tutor (Psychiatry) Stanley Royd Hospital Wakefield |
| Aug 1983 to Aug 1986 | Clinical Tutor (Psychiatry) Stanley Royd Hospital Wakefield |

CONFIDENTIAL
AZ/SER 0051130

B80

TRIAL 5077IL/0012
CENTRE 012
PATIENT
CATEGORY C01

**PUBLICATIONS AND RESEARCH:**

1. "The Psychiatristand the Community Home"
Community Schools Gazette
Vol 67, No 1, April 1972.

2. "The Dangerousness of Dangerousness"
Med. Sci. Law
Vol 13, No 4, October 1973.

3. "Management of Depressive Neurosis".
The Practitioner, February 1981, Vol 225.

4. "Violence: A Personal Profile".
The Practitioner, February 1992
Vol 226 (1364) 281-3.

5. "A Comparison of Chlormethiazole and Thioridazine in Agitated Confusional State of the Elderly".
S A Ather, S H Shaw and M J Stoker.
Acta Psychiatr. Scand. Suppl. 329, Vol 73, 1986: 81-91.

6. "GPs Alert to Serious Psychological Distress"
The Practitioner. 22 October 1987. Vol 231.
A P Desai, D I Khoosal, S H Shaw.

7. "Double-Blind, Comparative Study of Zolpidem and Placebo in the Treatment of Insomnia in Elderly Psychiatric In-Patients".
Imidazopyridines in Sleep Disorders, edited by J P Sauvanet, S Z Langer, and P L Morselli.
Raven Pres, New York 1988. P 389.

8. "A Double-Blind Dose-Finding Study of Rolipram in patients with Major Depressive Disorder".
E H Bennie, S H Shaw, et al.
Human Psychopharmacology, Vol 3,275-280 (1988).

9. "Efficacy of controlled release remoxipride in Acute Schizophrenia".
M S Alexander, S K Chakravarti, K Sundararajan, J M Mullin, S H Shaw, M Blomqvist.
Presented as an Abstract: International Symposium Evian, France. April 1991.

10. Poster - Founding Congress, World Federaion of Sleep Research Societies, Cannes, France. September 1991. Double-Blind, comparative study of Zolpidem and placebo in the treatment of insomnia in elderly psychiatric in-patients.
Stephen H Shaw and Hendrika Curson.
Synthelabo Recherche, London UK.

CONFIDENTIAL
AZ/SER 0051131

B81

TRIAL 8077IL/0012
CENTRE 012
PATIENT
CATEGORY G01

**ADDITIONAL INFORMATION:**

**Societies:**

Member of the Leeds and West Riding Medico-Legal Society.
Member of the British Academy of Forenis Science
Member of the Leeds Regional Psychiatric Association.
Member of the British Associaiton for Psychopharmacology.
Member of the European Collegoe of Neuro-psychopharmacology.
Member of the World Psychiatric Association

**Administration:**

1 Chairman, Division of Psychiatry -
March 1977 to July 1980
December 1989 to April 1993

2 Member of the Mental Health Care Planning Team
March 1977 to July 1980

3 Member of the Hospital Management Team -
March 1977 to July 1980

4 Chairman, Drug Committee, Sub-Committee Medical Executive Committee.
March 1977 to July 1980

5 Psychiatric Member (Three Wise Men) - Special Professional Committee - Prevention Of Harm to Patients resulting from Physical or Mental Disability of Hospital Medical or Dental Staff.

6 Member of the District Research Ethical Committee. December 1989 to date.

7 BMA Accredited POWAR.
May 1993

**Special Interests:**

Extensive clinical trial work with Sanofi, Manchester, Charterhouse, London, and direct work with ICI, Beecham and Squibb.

CONFIDENTIAL
AZ/SER 0051132

B82

TRIAL 5077IL/0012
CENTRE 14
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
**SYNOPSIS**

**GEORGE W. FENTON**

QUALIFICATIONS: MB (Belfast 1954), MRCP (London 1963), FRCP (Edinburgh 1974), FRCPsych (1976), DPM.(Eng) FRCP (London 1992).

UPBRINGING AND GENERAL EDUCATION

Born in Londonderry, Northern Ireland 30.7.31. Brought up in Counties Londonderry and Antrim. Educated at the Ballymena Academy, Ballymena, Co. Antrim. Undergraduate medical education at the Queen's University of Belfast.

POSTGRADUATE MEDICAL EDUCATION

Postgraduate training in Neurology and Internal Medicine in Belfast and London. Postgraduate training in Psychiatry in Glasgow, Institute of Psychiatry and Middlesex Hospital Medical School, University of London.

PREVIOUS CONSULTANT AND SENIOR ACADEMIC APPOINTMENTS

Consultant Psychiatrist, Professorial Unit, Maudsley Hospital, London, 1967 - 1975.

Senior Lecturer, Department of Psychiatry, Institute of Psychiatry, Univeristy of London, 1967 - 1975.

Consultant Neurophysiologist, Maudsley Hospital, 1968 - 1975.

Consultant, Epilepsy Unit, Maudsley Hospital, 1969 - 1975.

Professor of Mental Health and Head of the Department of Mental Health, The Queen's University of Belfast, 1975 - 1983.

Raine Visiting Professor, Department of Psychiatry and Behavioural Science, University of Western Australia, 1981.

CONFIDENTIAL
AZ/SER 0051133

Further details of all patients who withdrew due to an adverse event, including two in which the event led to death, are given in Section 5.3.2.

### 3.3 Protocol violations and deviations

Protocol violation was defined as the entry of patients who did not fulfil the inclusion or exclusion criteria. Protocol deviation was defined as any other departure from the procedures detailed in the protocol. Violation of the efficacy-related entry criteria or serious deviation from the protocol led to exclusion of the affected patient's data from the analyses of the secondary (but not the primary) population.

Patients who had protocol violations or deviations that were considered to require exclusion of data from the analyses are described in Section 3.3 (b).

#### (a) Patients excluded from the primary population

Patients who provided no baseline or post-baseline data were not included in the primary population for the analysis of efficacy and neurologic rating scales. The number of patients excluded from analyses of each of these measures is presented in Table 6.

**TABLE 6 Reason for exclusion of data from the analyses of efficacy and neurologic rating scales**

| Reason for exclusion | SEROQUEL 450 mg (bid) | SEROQUEL 450 mg (tid) | SEROQUEL 50 mg (bid) |
|---|---|---|---|
| BPRS: | | | |
| No post-baseline data | 5 | 5 | 12 |
| CGI: | | | |
| No post-baseline data | 5 | 4 | 11 |
| SANS: | | | |
| No baseline data | 1 | 2 | 1 |
| No post-baseline data | 10 | 10 | 18 |
| Simpson scale: | | | |
| No baseline data | 1 | 1 | 2 |
| No post-baseline data | 7 | 6 | 15 |
| AIMS: | | | |
| No baseline data | 0 | 0 | 1 |
| No post-baseline data | 6 | 6 | 12 |

Twenty patients provided no post-baseline data for BPRS and CGI Severity of Illness scores and were therefore excluded from the primary efficacy population. Two further patients also had no post-baseline CGI scores. The majority (14) of these 22 patients were either protocol non-compliant, were lost to follow up or refused to continue before a post-baseline assessment was made. The remaining eight patients were withdrawn (five because of an adverse event, three because of lack of efficacy), and no BPRS and/or CGI assessments were made at the time of withdrawal, which constituted a protocol deviation.

CONFIDENTIAL
AZ/SER 0050531

B83

TRIAL 5077IL/0012
CENTRE 14
PATIENT
CATEGORY C01

PRESENT APPOINTMENTS

Professor of Psychiatry and Head of Department, University of Dundee, Scotland (since 1983)

Consultant Psychiatrist to the Tayside Health Board, Scotland (since 1983)

Honorary Consultant Neurophysiologist in Research to the Special Hospitals, Department of Health, England and Wales. Joint Head (with Dr. Peter Fenwick), Department of Neurophysiology, Broadmoor Hospital.

OTHER ACTIVITIES

TAYSIDE HEALTH BOARD

Chairman, Mental Health Programme Planning Committee

Chairman, Audit Sub-Committee, Dundee Division of Psychiatry

Member, of the joint Health Board/University Tayside Committee on Medical Ethics 1990-94

SCOTTISH HOME AND HEALTH DEPARTMENT

Member of the Clinical and Biomedical Research Committee 1989-93

Member of Advisory Committee for Medical Establishments 1990-94

Distinction Awards Regional Adviser, Eastern Region 1991-93

Member of NMAC Working Party on the Management of Stroke 1992

ROYAL COLLEGE OF PSYCHIATRISTS

Member of Examinations Sub-Committee, the committee that organises and oversees the MRCPsych examination, 1985 - 1991.

Member of Fellowship Sub-Committee 1985 - 1991

Member of Court of Electors, the College Committee that oversees all matters to do with postgraduate medical education and admission to the Membership and Fellowship of the College, 1985 - 1991.

Member, Executive Committee of the Scottish Division of the College 1985 - 1988.

Chairman, Scottish Division of the Royal College of Psychiatrists 1988 - 1993.

CONFIDENTIAL
AZ/SER 0051134

B84

TRIAL 5077IL/0012 CENTRE 14 PATIENT CATEGORY C.01

- 3 -

ROYAL COLLEGE OF PSYCHIATRISTS CONT'D.

Services for Brain Injured Adults - Report of a Working Group of the Research Committee, Royal College of Psychiatrists 1990.
Member of Conference of Scottish Royal Colleges and Faculties (since 1988)

POSTGRADUATE MEDICAL EDUCATION

College Regional Adviser, Eastern Region 1987 - 1992

Member of Eastern Regional Postgraduate Medical Committee (1987 - 1992)

Member, Scottish Council for Postgraduate Medical Education (since 1989)

ROYAL SOCIETY OF MEDICINE

Member of Council, Section of Psychiatry (since 1987)

President, Section of Psychiatry 1990 - 1991

Immediate Past President 1991 - 1992

MEMBERSHIP OF SCIENTIFIC SOCIETIES

British Society of Clinical Neurophysiology

British Association of Behavioural Psychotherapy

International League Against Epilepsy

British Neuropsychiatry Association

Association of British Clinical Neurophysiologists

OTHER ACTIVITIES

Northern Ireland Institute of Human Relations - Honorary Foundation Member: August 1991

Royal College of Physicians of London - Elected a Fellow: April 30, 1992

The Medical and Dental Defence Union of Scotland - Member of Specialist Advisory Group - since March 1991

Research Interests - Neuropsychiatry, clinical neurophysiology related to abnormal behaviour, epilepsy, addictive behaviour. Author or joint author of over 100 scientific publications and a research monograph.

May 1992

CONFIDENTIAL
AZ/SER 0051135

B85

TRIAL 5077IL/0012
CENTRE 13
PATIENT
CATEGORY C01

**CURRICULUM VITAE**

of

**PHILIP STEPHEN MEATS**

Consultant Psychiatrist
Millbrook,
Kings Mill Hospital,
Sutton-in-Ashfield,
NOTTS, NG17 4JL.

Tel. 0623 22515

Date of Birth [redacted]56

GMC registration: 2701011 (Full)

**Qualifications:**

| | | |
|---|---|---|
| B.A. (Hons) Physiology | 1978 | Univ. of Oxford |
| M.A. | 1983 | Univ. of Oxford |
| M.B. Ch.B. | 1981 | Univ. of Sheffield |
| MRCPsych | 1985 | |
| M.Sc. (Psychiatry) | 1987 | Univ. of Manchester |

1975 Open Scholarship, Christ Church, Oxford.

CONFIDENTIAL
AZ/SER 0051136

B86

TRIAL 5077IL/0012
CENTRE 13
PATIENT
CATEGORY 001

**Present Post** 1.3.89

Consultant in General Adult Psychiatry,
Central Notts Health Authority,
Kings Mill Hospital,
NOTTS, NG17 4JL.

**Previous Posts**

House Officer-General Surgery Barnsley DGH 1.8.81

House Officer-General Medicine Barnsley DGH 1.2.82

S.H.O. General Psychiatry Dr John Demaine 1.8.82
Stanley Royd Hospital, Wakefield.

**South Manchester Registrar Rotation in Psychiatry**

1. General Psychiatry Dr Francis Creed 1.2.83
   Manchester Royal Infirmary & Cheadle Royal Hospital
2. General Psychiatry Drs J.Johnson & C.Hyde 1.8.83
   Withington Hospital
3. Adolescent Psychiatry Dr Peter Wells 1.2.84
   Parkside Hospital, Macclesfield.
4. General Psychiatry Prof Neil Kessel 1.8.84
   Drs G.P.Maguire & J.F.W.Deakin Withington Hospital.
5. Forensic Psychiatry Dr Angus Campbell 1.2.85
   Prestwich Hospital
6. Psychotherapy Drs Frank Margison & S.Seaton 1.8.85
   Gaskell House

**Wellcome Foundation Research Registrar** 1.2.86
Prof. Goldberg's Unit, Withington Hospital.

**NWRHA Senior Registrar rotation, General Psychiatry**

Senior Registrar Prof. Hugh Freeman 1.8.86
Hope Hospital, Salford.
General and Community Psychiatry
Inpatient, outpatient, Day Hospital, Health centre, and domiciliary visits.

Senior Registrar Dr David Jolley 1.8.87
Withington Hospital.
Psychogeriatrics
Functional, assessment and continuing care inpatients.Day hospital, liaison, domiciliary and residential homes clinics.

Senior Registrar Dr Morag Mackay 1.8.88
Prestwich Hospital.
Rehabilitation Psychiatry.
Long stay wards, hostel wards, group homes, lodgings, outpatient and domiciliary clinics.

B87

TRIAL 5077IL/0012
CENTRE 13
PATIENT
CATEGORY CO1

**Clinical** Wide experience of most specialties in psychiatry, in most settings.

Psychotherapy training since 1983.

**Management** Management Training course, Manchester Business School, October 1987.

Mid-Trent Junior Training Committee
Nottingham Senior Registrar Training Committee
CNHA District Postgraduate Education Committee
CNHA District Library Committee
Regional Manpower Advisory Group for Psychiatry
CNHA District Medical Audit Committee.

**Service Development** Initiating Drug abuse clinic at Hope Hospital 1986 with liaison with Probation services and community drugs team.

Starting regular psychogeriatric clinics in residential homes, and initiating liaison meetings with geriatricians at Withington Hospital 1987-8.

Taking clinical charge of a new ward for active rehabilitation of the most severely dependent long-stay patients, Prestwich Hospital, 1988.

Reviewing and developing support services to group homes to maintain independence of frail patients rather than move to residential homes.

Working group on development of psychotherapy services, Central Notts HA.

Working group on quality of care, CNHA.

Planning group for Ashfield Resource centre.

Creation of research registrar post, with half time in research and half in psychogeriatrics to allow the opening of a new psychogeriatric assessment ward.

**Audit** I represent the Division on the District Medical Audit Committee, and coordinate the work of two part-time audit clerks for psychiatry. I also organise regular medical audit meetings within the Division of Psychiatry, and have secured the involvement of all members of the Division. Topics studied include reviews of all coroners' suicides, use of the Mental Health Act, patient satisfaction questionnaires, reviews of prescribing in all inpatients, and randomly selected peer reviews. I have been closely involved in the introduction of computers and the development of software databases, which have greatly facilitated these studies.

CONFIDENTIAL
AZ/SER 0051138

B88

TRIAL 50771L/0012
CENTRE 3
PATENT
CATEGORY 001

**Teaching**

Weekly seminars to medical students 1986-9, together with end of term examinations.

Programme Organiser, postgraduate lectures in psychiatry for Mansfield G.P.s.

Lectures to medical students, psychologists, ENB nursing courses, Age Concern, CRUSE, National Schizophrenia Fellowship.

College Clinical Tutor, Mansfield Hospitals, 1989 to present. This involves appointment and placement of SHOs and Registrars on the Nottingham SHO and Mid-Trent Regional Registrar rotations. I act as personal tutor to some of these, and as local tutor for those trainees placed in Mansfield, and am available for counselling. I organise weekly half day teaching meetings, and "grand rounds" with external speakers. This role includes membership of:

Mid-Trent Junior Training Committee
Nottingham Senior Registrar Training Committee
District Postgraduate Education Committee
District Library Committee
Regional Manpower Advisory Group for Psychiatry

Unit Clinical Tutor for Priority Care Unit from April 1991.

**Research**

1975: Research chemist, Boots Co. Responsible for planning the method and for the synthesis and initial purification of new drug compounds.

1980: Dept of Human Metabolism and Clinical Biochemistry, Sheffield Medical School. Comparison of two vehicles for calcitonin injections.

1986: Wellcome Research Registrar supervised by Prof. D.P.Goldberg. Investigation of the symptomatology and outcome of patients with affective disorders treated by their Family Doctors.

1987-9: Prospective study of the prognosis of depression in elderly compared with younger patients, one year follow-up.

1988: Prospective assessment of the introduction of a rehabilitation regime to a group of the most severely dependent patients in Prestwich Hospital.

1990-92 Double-blind trial of brofaromine v. placebo in neurotic disorders in general practice.

CONFIDENTIAL
AZ/SER 0051139

B89

TRIAL 5077IL/0012
CENTRE 13
PATIENT
CATEGORY C01

**Current research**

Prospective study of the prognosis of depression in elderly and non-elderly patients, three year follow-up.

Double-blind trial of the effectiveness of an antidepressant v. benzodiazepine v. placebo in minor depression.

Controlled trial of behaviour therapy by trainees under supervision vs experienced therapists.

Study of speech and cognitive deficits after central pontine myelinolysis.

Prospective study of outcome of Electroconvulsive therapy.

**Societies**

1981-present: British Medical Association.
1983-1989: Manchester Medical Society.
1989-present: Mansfield Medical Society.
National Schizophrenia Fellowship Executive Committee, Mansfield.
MIND, Mansfield, Exec Committee.

**Publications**

Meats P. "Treatment of minor affective disorders in general practice" Oral presentation and abstract, RCPsychiatrists NW Division June 1987.

Meats P. "Drug treatment of minor affective disorders in general practice" M.Sc. thesis Manchester 1987

Literature scanner for journal "Current Opinion in Psychiatry" 1987-90.

Meats P. "Olfactory hallucinations" British Medical Journal 1988 296 p645 letter

Meats P. & Jolley D. "Prognosis of Depression in the Elderly" Oral presentation and abstract, Annual Meeting of Royal College of Psychiatrists, Birmingham 1990.

Meats P., Hellewell J. & Jolley D. "Interaction between narcolepsy-cataplexy and bipolar mood disorder in an elderly woman." International Journal of Geriatric Psychiatry (1992), 7, 135-137.

Atkin T., Meats P. & Sincock C. "Can we rehabilitate everyone?" Psychiatric Bulletin (1991), 15, 10-12.

Meats P., Timol M. & Jolley D. "Prognosis of Depression in the Elderly" British Journal of Psychiatry (1991), 159, 659-663.

Meats P., Oliver RM., & Salter E. "Suicides and the Health of the Nation" British Medical Journal (8 Aug 1992), 305, (letter).

CONFIDENTIAL
AZ/SER 0051140

B90

TRIAL 5077IL/0012
CENTRE 015
PATIENT
CATEGORY C01

# CURRICULUM VITAE

**Thomas, Patrick Burns, M.A., M.D., FRCPsych.**
**Professor of Community Psychiatry/Honorary Consultant Psychiatrist**
**St George's Hospital Medical School**

**Date of Birth** [redacted] 1946

**Education:**

| | |
|---|---|
| 1957 - 1964 | Churchfield Comprehensive School, West Bromwich |
| 1964 - 1965 | VSO Teaching, Simla, India |
| 1965 - 1968 | Selwyn College, Cambridge<br>Part I: Medical Sciences,<br>Part II: History and Philosophy of Science |
| 1968 - 1971 | Guy's Hospital Medical School |

**Qualifications:**

| | |
|---|---|
| 1968 | BA - subsequently MA, Medical Sciences, Cambridge |
| 1971 | BChir. |
| 1972 | MB. |
| 1975 | MRCPsych. |
| 1979 | Member of the Institute of Group Analysis |
| 1984 | MD., Cambridge |
| 1992 | FRCPsych. |

**Psychiatric Appointments:**

| | |
|---|---|
| 1972 - 1974 | Registrar in Psychiatry, Dingleton Hospital Melrose, Scotland |
| 1974 - 1975 | Registrar in Psychiatry, SGHMS |
| 1975 - 1979 | SR/Lecturer, SGHMS, Rotation |
| 1980 - 1983 | Consultant Psychiatrist, University Hospital, Uppsala, Sweden. |
| 1983 - 1992 | Consultant Psychiatrist and Honorary Senior Lecturer, AMH/SGHMS |
| 1992 - 1993 | Senior Lecturer in Community Psychiatry SGHMS |
| 1993 - | Professor of Community Psychiatry, Honorary Consultant Psychiatrist, SGHMS |

CONFIDENTIAL
AZ/SER 0051141

B91

**Clinical Commitments:**

Six sessions: general adult psychiatric catchment area services for North Battersea with inpatient beds in Springfield Hospital. This is being developed as an early intervention community based service with close co-operation with local general practitioners, home assessment and treatment of patients with correspondingly reduced admissions. The service provides extensive training for medical students and junior doctors in community practice. The team meets monthly with local general practitioners and operates an active out-reach policy.

**Teaching:**

| | |
|---|---|
| 1984 - 1988 | Clinical Tutor in Psychiatry, St George's Hospital Medical School. |
| 1984 - 1989 | Co-ordinator for the Regional MRCPsych Part II Course. |
| 1984 - 1994 | Organiser of the Department's Monthly Academic Meetings. |
| 1988 - 1991 | Training Group Leader on the Institute of Group Analysis. Introductory Course. |
| 1986 - | Lecturer and examiner on the Guildford MRCPsych Revision course. |
| 1991 - 1995 | Supervisor for second year medical student projects. |

I have been continuously involved in teaching for medical students, social workers, nurses and psychiatrists. I have been invited to lecture and hold workshops on community psychiatry both within the United Kingdom and abroad.

**Royal College of Psychiatrists:**

| | |
|---|---|
| 1986 - 1988 | Member of the Executive for Social, Community and Rehabilitation Psychiatry. |
| 1988 - 1992 | Secretary: Social, Community and Rehabilitation Psychiatry Section.<br>Member on Council, Research Committee and Programmes & Meetings Committee |
| 1992 - 1994 | Chairman: Social, Community and Rehabilitation Psychiatry Section.<br>Representative on Council |
| 1989 - 1990 | Member of Executive and Finance Committee. |
| 1990 - 1994 | College Examiner (MRCPsych Part II) |
| 1990 - 1994 | Section Public Education Officer for Social, Community & Rehab. Section. |
| 1992 | Member of Advisory Panel, Health of the Nation, Mental Health Handbook. |

I have represented the Section on the following College working parties:

- Consultant Based Services.
- Future Training for Community Based Psychiatry.
- Community Treatment Order including giving evidence to the Parliamentary Health

CONFIDENTIAL
AZ/SER 0051142

Organised various quarterly meetings and Section Scientific meetings on Community Care.

I have chaired and presented in numerous sessions for College meetings and organised the annual residential meetings for the Section of Social Community & Rehabilitation Psychiatry.

**General Academic:**

Editor of the International Journal of Social Psychiatry 1986 - 1990.

Referee for the following journals:

The British Medical Journal
The British Journal of Psychiatry
The Journal of Psychosomatic Research
The British Journal of Medical Psychology
Psychological Medicine
Medical Principles and Practice

Occasional book reviews and refereeing for other journals.
I have been University of London External Examiner for 2 PhDs and 2 MPhils.
Member of ENMESH (European Network for Mental Health Service Evaluation).

| | |
|---|---|
| 1986 - | University approved examiner. Internal examiner in SGHMS MB finals. |
| 1989 - 1993 | Elected member of SGHMS Academic Board. |
| 1992 - 1994 | Steering Group SGHMS student counsellor. |
| 1993 - | Member of SmithKline Beecham Ethics Committee |
| 1992 - 1994 | External examiner BSc. (Hons) Occupational Therapy, University of Ulster. |
| 1992 - 1995 | External examiner to the University of Warwick Psychotherapy MSc. |
| 1995 - | External examiner, Southampton Medical School |

**Research:**

Prior to my Consultant appointment, my major research had been in the study of anorexia nervosa in the male. Since my appointment as Consultant, I have developed my interests in community psychiatry in two main fields. These are the delivery of effective co-ordinated specialist mental health care in non-hospital settings and in the area of overlap and co-operation between primary and secondary care.

(i) **A controlled evaluation of home-based psychiatric care. (1986-1989)**

A prospective randomised study of early intervention community care in acute psychiatry based on my Wimbledon Service involving repeated clinical, social and family burden measures, analysis of treatment patterns and details of costing. 172 patients were recruited from 6 sectors and outcome data collected for one year. The final report was submitted to the DoH. February 1992 and first papers have appeared in the British Journal of Psychiatry in July, 1993.

**(DoH grant for 3 years).**

CONFIDENTIAL
AZ/SER 0051143

**(b) Patients excluded from the secondary population**

The number of patients who were not included in the secondary population for the statistical analyses, together with the reasons for exclusion, are given in Table 7. It was possible for a patient to be excluded for more than one reason, and so patients may appear in the table more than once.

**TABLE 7 Patients excluded from secondary population due to violation of or deviation from protocol**

| Reason for exclusion | SEROQUEL 450 mg (bid) | SEROQUEL 450 mg (tid) | SEROQUEL 50 mg (bid) |
|---|---|---|---|
| Violated efficacy-related entry criteria | 2 | 3 | 2 |
| Received unacceptable medication within 2 days of randomisation | 1 | 1 | 1 |
| Other antipsychotic taken during study | 10 | 15 | 9 |
| Received benzodiazepine for duration of randomised treatment | 25 | 27 | 22 |
| Less than 7 days of randomised treatment | 5 | 17 | 10 |
| Received wrong dose of medication | 2 | 2 | 3 |
| Total numbers of patients excluded from secondary population* | 38 | 57 | 39 |

* Patients who had multiple reasons for exclusion are included in the frequency count for each reason but are included only once in the total number of patients excluded.

The patients excluded from the secondary population because of protocol entry violation were those who violated one of the efficacy-related criteria. These were as follows: two patients in each group received a depot antipsychotic injection within one dosing interval of taking study medication (Patients 006/00604 and 031/03106 in the SEROQUEL 450 mg (bid) group, 001/00113 and 045/04510 in the SEROQUEL 450 mg (tid) group, and 059/05907 and 065/06501 in the SEROQUEL 50 mg (bid) group) and Patient 086/08603 in the SEROQUEL 450 mg (tid) group did not meet the BPRS item score criteria.

The patients excluded because they received unacceptable medication within 2 days of randomisation were as follows: Patient 031/03102 in the SEROQUEL 450 mg (tid) group received alimemazine, Patient 031/03107 in the SEROQUEL 50 mg (bid) group received pericyazine and Patient 097/09706 in the SEROQUEL 450 mg (bid) group received promethazine.

Of the 34 patients excluded from the secondary population due to taking other antipsychotic medication, the majority (22) took the medication for one day or less. Eleven of these patients took disallowed medication either on the first or last day of randomised treatment.

Data from patients who received less than 7 days of study treatment were excluded from the secondary analyses of efficacy because of the limited duration of treatment, although this did not constitute a protocol deviation. The proportion of patients excluded for this reason was lower in the SEROQUEL 450 mg (bid) group than in either of the other two groups.

CONFIDENTIAL
AZ/SER 0050532

B93

(ii) **General Practice Training for Psychiatry Trainees (1987 - 1990)**

Eighteen psychiatric trainees were placed for six months each in general practice over a period of three years. They were supervised along with the regional adviser in general practice (Dr. Trevor Silver). The final report was submitted to the DoH in January 1991. Papers on the feasibility and educational impact of the project were published in 1994 and 1995.

(iii) **Mental Health Foundation Training Fellowship in General Practice (1990 - 1994). "Care of Long-Term Mentally Ill Patients in General Practice"**

A four-year training and research fellowship was obtained jointly with Professor Freeling in the Department of General Practice, from the Mental Health Foundation for psychiatric aspects of general practice. Dr. Tony Kendrick, has evaluated a training programme for GPs in the establishment of a call-recall register and structured assessment in the care of the long-term mentally ill. The first two papers are published.
**(4 year MHF grant, jointly with Dept. of General Practice).**

(iv) **Locus of Control in Diabetes Mellitus (1991)**

Supervised Dr Ruth White's successful MPhil "Locus of Control in Diabetes Mellitus" (1991). First paper accepted.

(v) **Prevalence of Psychiatric Disorder in the Prelingually Deaf (1991-1994)**

I have supervision of a study of the Prevalence of Psychiatric Disorder in the prelingually deaf in South West Thames conducted by Dr Ken Checinski, RNID Research Senior Registrar. Data analysis is nearly complete and the work is being submitted for examination as MD at the University of Cambridge.

(vi) **Evaluation of a Structured Assessment for Practice Nurses in the care of Chronic Psychotic Patients (1993-1996)**

A 3 year RCT study to train practice nurses in careful assessment and monitoring the care they deliver to chronic psychotic patients to be evaluated by service use and clinical status. The project is jointly supervised with the Department of General Practice.
**(ST R & D, 3 year grant jointly with Dept. of General Practice).**

(vii) **A Survey of Professional Attitudes towards a Proposed Community Supervision Order (CSO) (1993)**

DoH funded questionnaire survey.

(viii) **Intensive Case Management for Severely Mentally Ill Persons in the Community (1993)**

Funding has been obtained from Wandsworth purchasers for 7.5 Intensive Case Managers and a Team Leader to target the severely mentally ill in Wandsworth. The impact is being evaluated by RCT. I am responsible for co-ordinating this development and evaluating it, in collaboration with two other centres in London and one in Manchester. Dr Andy Kent, Senior Lecturer in Community Psychiatry, is collaborating.
**(DoH 3 year grant).**

(ix) **Treatment Fidelity**

Study of key components of care for the severely mentally ill of intensive and standard case management and their relationship to planned intervention and patient outcomes.
**(ST R & D 3 year grant).**

(x) **Locus of Care of Psychotic Patients**

— Study of characteristics of psychotic patients maintained solely by GP, by specialist mental health teams and jointly. Project in collaboration with the Department of General Practice.
**(ST R & D 3 year grant jointly with Dept. of General Practice).**

**PUBLICATIONS:**

1. Burns, T. (1979) The Management of Anorexia Nervosa. J. Mat. Child Health, 4 290-94.

2. Burns, T., Lieberman, S. and Hunter M. (1980) A Repertory Grid Study of Therapist-Couple Interaction. J. Fam. Therapy, 2, 297-310.

3. Burns, T. (1982) Compulsory Psychiatric Treatment in England and Sweden, a comparison. Swedish Medical Journal, 72, nr. 10, 867-868.

4. Paykel, E.S., Mangen, S., Griffiths, J. and Burns, T. (1982) Community Psychiatric Nursing for Neurotic Patients: a controlled trial. Brit. J. Psychiat. 140, 573-582.

5. Crisp, A.H. and Burns, T. (1983) The Clinical Presentation of Anorexia Nervosa in males. Int. J. of Eating Disorders 2, No 4.

6. Burns, T. and Crisp, A.H. (1984) Outcome of Anorexia Nervosa in Males. Brit. J. Psychiat. 145, 319-325.

7. Burns, T. and Crisp, A.H. (1985) Factors affecting prognosis in male anorexics. J. Psychiat. Res. 19, No. 2/3, 323-328.

[illegible] (1986) Primary anorexia in the male and [illegible]

CONFIDENTIAL
AZ/SER 0051145

B95

9. Holmberg, L., Adami, H.O., Burns, T. and Omne-Ponten, M. (1986) Breast conserving surgery confers psychological gains - knowledge or belief? Swedish Medical Journal, 83, 15, 1385-1387.

10. Chin, M.A., Touquet, R. and Burns, T. (1986) Contact of parasuicide patients with the Accident and Emergency Department. Archives of Emergency Medicine, 3, 177-182.

11. Burns, T. (1986) Use of the term "borderline patient" by Swedish psychiatrists. Int. J Soc. Psychiat. 32, 4, 32-39.

12. Holmberg, L., Zaran, E., Adami, H.O., Bergstrom, R. and Burns, T. (1988) The patients' appraisal of the cosmetic result of segmental mastectomy in benign and malignant breast disease. Annals of Surgery, 207, 189-194.

13. Burns, T. (1988) The scope and limits of community care. Current Opinion in Psychiatry, 1, 222-235.

14. Burns, T. (1989) Community Care and Rehabilitation. Current Opinion in Psychiatry, 2, 273-277.

15. Holmberg, L., Omne-Ponten, M., Burns, T., Adami, H.O., Bergstrom, R. (1989) Psychosocial Adjustment after Mastectomy and breast Conserving Treatment. Cancer, 64, 969-974.

16. Collins, M.N., Burns, T., van den Berk, P.A.H., Tubman, G.F. (1990) A structured programme for outpatient alcohol detoxification. Brit. J. Psychiat. 156, 871-874.

17. Burns, T., (1990) Community Ward Rounds, Health Trends, 22 2, 63-63.

18. Burns, T., Paykel, E.S., Eziekel, A., Lemmon, S., (1991) Care of Chronic Neurotic Out-patients by Community Psychiatric Nurses. A Long-Term Follow-Up Study. Brit. J. Psychiat. 158, 685-690.

19. Burns, T., Hollins, S., (1991) A Psychiatric Response to the Clapham Rail Crash, J. of Royal Soc. Med 84, 15-20.

20. Kendrick, T., Sibbald, B., Burns, T., Freeling, P. (1991). Role of General Practitioners in care of Long Term Mentally Ill Patients. BMJ 302, 508-510.

21. Burns, T., Raftery, J., (1991). Cost of Schizophrenia in a Randomized Trial of Home-Based Treatment. Schizophrenia Bulletin. 17, No.3.

22. Omne-Ponten, M., Holmberg, L., Burns, T., Adami H.O. and Bergstrom, R., (1992). Determinants of the Psycho-social Outcome After Operation for Breast Cancer. Results of a Prospective Comparative Interview Study following Mastectomy and Breast -Conservation. Eur J Cancer, 28A, 6/7, 1062-1067.

23. Burns, T., Beadsmoore, A., Bhat, A., Oliver, A., Mathers, C. (1993). A Controlled Trial of Home Based Acute Psychiatric Services - Clinical & Social Outcome. British Journal of Psychiatry. 163, 49-54.

CONFIDENTIAL
AZ/SER 0051146

24. Burns, T., Raftery, J., Beadsmoore, A., McGuigan, S., Dixon, M. (1993). A Controlled Trial of Home Based Acute Psychiatric Services - Treatment Patterns & Costs. British Journal of Psychiatry. 163, 55-61.

25. Hawthorne, M., Burns T., (1993) Management of Schizophrenia. Hospital Update. 19, 7, 397-417.

26. Burns, T., (1993) Anorexia Nervosa In the Male: Clinical Features and Prognosis. Neuropsychiatrie de l'Enfance. 41, 5-6, 283-286.

27. Omne-Ponten M., Holmberg L., Bergstrom, R., Sjoden P.O. and Burns T., (1993). Psychosocial Adjustment Among Husbands of Women Treated for Breast Cancer; Mastectomy vs. Breast-conserving Surgery. Eur. J. Cancer, **29A**, No.10, 1393-1397.

28. Burns T. (1994) USA Community Support Services: A British Perspective: Journal of Mental Health. 3:1, 23-30.

29. Burns T., (1994) Mrs Bottomley's Ten Point Plan. The Psychiatric Bulletin **18**, 129-130.

30. Burns T., Silver T., Freeling P., Crisp A. (1994) GP experience for Psychiatrists, a study of feasibility and acceptability: The Psychiatric Bulletin. **18**, 286-288.

31. Kendrick T., Burns T., Freeling P., Sibbald B. (1994) Provision of care to general practice patients with disabling long-term mental illness: a survey in 16 practices. British Journal of General Practice, **44**, 301-305.

32. Kosky N., Burns T., (1995) Patient Access to Psychiatric Records: Experience in an in-patient unit. Psychiatric Bulletin **19**, 87-90.

**Conference Reports:**

1. Burns, T. (1986) Treatment of somatising patients in milieu therapy. Proceedings of 15th European Conference on Psychosomatic Research. J.H. Lacey and D.A. Sturgeon (eds), 280-281.

2. Gersons B.P.R. and Burns T., (1992). Changing Mental Health Care in the Cities of Europe. Int. J. of Soc. Psychiat. 38, 1, 1-4.

3. Burns, T. (1993) Residential scientific conference on the Reed Report and the management of the mentally disordered offender in the community. Psychiat. Bulletin. Vol 17, 167-168.

**Correspondence**

1. Burns, T., Goddard, K. and Bale R. Mental health professionals favour community supervision orders. BMJ 307 803 (C) 25.9.93.

CONFIDENTIAL
AZ/SER 0051147

B97

2.    Burns, T., Goddard, K. and Bale R. Care of mentally ill people in the community. BMJ 308 62 (C) 1.1.94.

3.    Burns, T., Kent, A., Failure in community care.  Inpatient care is part of the integrated approach.  BMJ 308 1235-1236 (C) 7.5.94.

CONFIDENTIAL
AZ/SER 0051148

**Other Publications:**

(a) **Book**

Lacey, J.H. and Burns, T., (eds.) (1989) Psychological Management of the Physically Ill. Churchill Livingstone: London.

(b) **Chapters:**

1. Burns, T., Neurological Disorders. In: Psychological Management of the Physically Ill (eds J.H. Lacey and T. Burns) Churchill Livingstone (1989) 28-40.

2. Burns, T., Liaison Psychiatry. In: Psychological Management of the Physically Ill. (eds J.H. Lacey and T. Burns) Churchill Livingstone (1989) 326-339.

3. Burns, T., and Crisp, A.H., Outcome of Anorexia Nervosa in the Male. In: Males with Eating Disorders (ed. A Andersen) Brunner Mazel (1990) 163-185.

4. Crisp, A.H. and Burns, T. Primary Anorexia Nervosa in the Male and Female: a comparison of clinical features and prognosis. In: Males with Eating Disorders (ed. A. Andersen) Brunner Mazel (1990) 77-99.

5. Burns, T., The evaluation of a home-based treatment approach in acute psychiatry. In: Public Health and Social Psychiatry (eds. D Goldberg and D Tantam), Hogrefe & Huber (1990) 197-205.

6. Burns, T. A randomised trial of home-based early intervention in acute psychiatry in London. In "Il Bisogno Psichiatrico Prolungato". Editor G. Di Marco. Upsel, Padua (1993) 263-268.

7. Burns, T., Kendrick, T., Schizophrenia. In: Psychiatry and General Practice Today, Eds. Pullen I, Wilkinson, G. Wright A, Pereira Gray D, Royal College of Psychiatrists (1994) 194-208.

8. Kendrick, T., Tylee, A., Burns, T., Teamwork in the Community. In: Psychiatry and General Practice Today. Eds. Pullen I, Wilkinson, G. Wright A, Pereira Gray D, Royal College of Psychiatrists (1994) 265-279.

9. Burns, T. Training for Psychiatrists in General Practice. In: Psychiatry and General Practice Today. Eds. Pullen I, Wilkinson, G. Wright A, Pereira Gray D, Royal College of Psychiatrists (1994) 350-359.

10. Burns T. The St. George's Study: In A Review of U.K. Community Psychiatry Services. Editors Tyrer P. and Creed F. CUP Cambridge. In Press (1995).

11. Burns T. Psychiatric Emergencies, In: Clinical Topics in Psychotherapy. (Ed. D. Tantam) Gaskell.

12. Burns T. Critical Incident Debriefing in the USA: A British Perspective. Easingwold Papers No. 3 The Emergency Planning College (1994) 16-25.

CONFIDENTIAL
AZ/SER 0051149

13. Burns T. (1994) Sustaining Community Services. In: A Slow Train Coming: Bringing the Mental Health Revolution to Scotland (Ed. Dean, C) Greater Glasgow Community & Mental Health Services NHS Trust.

**In Press**

1. Mood, Learned Resourcefulness and Perceptions of Control in Type 1 Diabetes Mellitus. White R. and Burns T. Psychosomatic Research.

2. Identifying the Long-Term Mentally Ill in General Practice. Kendrick T., Burns T., Freeling P. and Sibbald B. British Journal of General Practice.

3. What do Psychiatrists and General Practitioners Talk About: A content analysis of Mental Health/Health Centre Liaison Meetings. Midgeley, S., Burns T., Garland, C. British Journal of General Practice.

**Chapters in Press:**

1. Burns T (1995) Psychosis in Primary Care, In: The Prevention of Mental Illness in Primary Care (Ed. Kendrick A R, Tylee A, Freeling P) St George's Hospital Medical School.

2. Burns T (1995) Psychiatric Emergenices, In: Clinical Topics in Psychotherapy Ed D Tantam to be published by Gaskell Press.

**Submitted**

1. Counselling and the Media: 105 patients counselled on British Television. Burns, T. Submitted to Hospital and Community Psychiatry.

2. Community Supervision Orders for the Mentally Ill: Mental Health Professionals' Attitudes. Burns, T., Goddard, K., Bale, R. Submitted to Journal of Mental Health.

3. How does the content of consultations affect the recognition of depression by general practitoners? Tylee A., Freeling P., Kerry S., Burns, T. Submitted to the British Medical Journal.

A:\Word\TPBCV6

CONFIDENTIAL
AZ/SER 0051150

B100

DR R. ERKWOH

TRIAL 5077IL/0012
CENTRE 16
PATIENT
CATEGORY C01

Curriculum vitae

I was born on [redacted] 1952, the son of [redacted] (Engineer) and his wife [redacted]. I married in 1980 and have two sons born in 1984 and 1987. I divorced in 1988 and remarried in 1993. From 1958 to 1962 I attended the Evangelical Elementary School in Krefeld and after that the Arndt Grammar School in Krefeld, taking my Abitur in 1971. From the winter of 1971 I studied human medicine and philosophy at the University of Köln taking my degree according to the new doctor certification rules in 1977. From 1977 to 1979 I had a grant at the Philosophy Institute of the University. In 1978 I achieved my doctorate. From December 1979 I underwent specialist training in neurology and psychiatry initially up to April 1980 at the municipal hospitals in Köln-Mehrheim followed by the University Mental Hospital, Köln to April 1982 and then from May 1982 as senior registrar at the University Psychiatric Hospital, Bonn. In 1985 I became a recognised specialist followed by a job as senior registrar at the Bonn Psychiatric Hospital. In December 1990 I moved to the Psychiatric Clinic of the Technical University, Aachen as a senior registrar.

Scientific work to date is: 28 published works and approximately 50 scientific presentations. I have been working on my postdoctoral thesis for the past two years.

Ralf Erkwoh

5281cmu/pds
28/9/94

CONFIDENTIAL
AZ/SER 0051151

B101

Centre no: 16
Aachen

Dr. R. Erkwoh

TRIAL 5077IL/0012
CENTRE 16
PATIENT
CATEGORY C 01

**Lebenslauf**

Unterzeichneter wurde am 5.November 1952 als Sohn des Diplom Geologen Dr. Frank-Dietrich Erkwoh und seiner Ehefrau Anneliese, geborene Ehlert geboren. In Krefeld folgte der Besuch der evangelischen Volksschule von 1958 bis 1962. Anschließend Besuch des Arndt-Gymnasiums in Krefeld mit Abiturabschluß 1971. Seit Wintersemester 1971 Studium der Humanmedizin und Philosophie an der Universität Köln mit Abschluß des Staatsexamens nach neuer Approbationsordnung 1977. 1977 bis 1979 Stipendiatentätigkeit am Philosophischen Institut der Universität. 1978 Promotion zum Dr.med. Seit Dezember 1979 Facharztausbildung zum Gebietsarzt mit den Bezeichnungen Neurologie und Psychiatrie, zunächst bis April 1980 an den Städtischen Krankenanstalten Köln-Mehrheim, anschließend bis April 1982 an der Universitäts-Nervenklinik Köln, ab Mai 1982 an der Psychiatrischen Universitätsklinik Bonn. Im August 1985 Facharztanerkennung und anschließend Oberarzttätigkeit an der Bonner Psychiatrischen Klinik. Im Dezember 1990 Wechsel an die Psychiatrische Klinik der RWTH Aachen. Hier seither in Oberarztfunktion.

Seit 1980 verheiratet mit der Ärztin Dr. Angelika Erkwoh, 1984 und 1987 Geburten zweier Söhne. 1988 Scheidung. 1993 zweite Eheschließung mit der Krankenschwester Elisabeth Küpper-Erkwoh.

Bisherige wissenschaftliche Tätigkeit: 28 publizierte Einzelarbeiten, ca. 50 wissenschaftliche Vorträge. Seit 2 Jahren Habilitationsvorhaben.

Ralf Erkwoh

CONFIDENTIAL
AZ/SER 0051152

B102

TRIAL 5077IL/0012
CENTRE 017
PATIENT
CATEGORY C01

**CURRICULUM VITAE**

SURNAME : Corrigan DATE OF BIRTH : [redacted]53

FORENAMES : Francis Martin NATIONALITY : Scottish

DEGREES, DIPLOMAS ETC. :

M.B., Ch.B. Glasgow 1976
M.R.C.Psych. 1981
M.D. University of Aberdeen 1989

CURRENT POST :

Consultant Psychiatrist, Argyll and Bute Hospital, Lochgilphead, Argyll since October 1985.

LAST POST HELD :

1982-1985 Lecturer, Department of Mental Health, University of Aberdeen

RECENT PUBLICATIONS :

CORRIGAN, F.M., VAN RHIJN, A.G., IJOMAH, G., MACINTYRE, F., SKINNER, E.R., HORROBIN, D.F., WARD, N.I. (1991) Tin and fatty acids in dementia. Prostaglandins, Leukotrienes and Essential Fatty Acids 43 : 229-238.

CORRIGAN, F.M., SKINNER, E.R., MACINTYRE, F., IJOMAH, G., HOLLIDAY, J., HORROBIN, D.F., WARD, N.I. (1991) Plasma bromine concentrations and lipid profiles (Letter). Clinica Chimica Acta 204 : 301-304.

CORRIGAN, F.M., BESSON, J.A.O., WARD, N.I. (1992) Red cell caesium, lithium and selenium in abstinent alcoholics. Alcohol & Alcoholism, Vol. 26, No. 3 : 309-314.

CORRIGAN, F.M., CRICHTON, J.S., WARD, N.I., HORROBIN, D.F. (1992) Blood tin concentrations in Alzheimer's Disease (letter). Biol. Psychiatry, 31 : 749-754.

CORRIGAN, F.M., CRICHTON, J.S., VAN RHIJN, A.G., SKINNER, E.R., WARD, N.I. (1992) Transferrin, cholesterol and aluminium in Alzheimer's disease (Letter). Clin. Chim. Acta. 211 : 121-123.

CORRIGAN, F.M., REYNOLDS, G.P., WARD, N.I. (1993) Hippocampal tin, aluminium and zinc in Alzheimer's disease. Bio Metals ; 6 : 149-154.

GRAY, R.F., CORRIGAN, F.M., STRATHDEE, A., SKINNER, E.R., VAN RHIJN, A.G., HORROBIN, D.F. (1993) Cholesterol metabolism and violence : A study of individuals convicted of violent crimes Neuroreport, Vol. 4, No. 6 : 754-756.

CONFIDENTIAL
AZ/SER 0051153

The patients who received the wrong dose of study medication were as follows:

Patient 069/06902, who was in the SEROQUEL 450 mg (tid) group, took the unused SEROQUEL 50 mg (bid) medication allocated to Patient 069/06901, from Days 35 to 42 inclusive.

On Day 30, Patient 098/09807 who was in the SEROQUEL 50 mg (bid) group took seven tablets from the Week 5 SEROQUEL 450 mg (bid) medication allocated to Patient 098/09806, who had already withdrawn from the study.

The medication for Patient 080/08006 in the SEROQUEL 50 mg (bid) group and Patient 080/08005 in the SEROQUEL 450 mg (bid) group were switched in a dispensing error from Day 1 which remained undetected for 1 week. After discovery of the error, these patients continued on the wrong medication for the duration of Segment B. In tables and analyses, these patients were included in the treatment group to which they were randomised.

On Day 28, the lunchtime doses of medication were switched for Patient 003/00302 in the SEROQUEL 450 mg (tid) group and Patient 003/00303 in the SEROQUEL 50 mg (bid) group.

On Days 2 to 7, Patient 005/00507 in the SEROQUEL 450 mg (bid) group took Week 2 medication instead of Week 1.

In summary, in addition to the 20 patients excluded from the primary population, 134 patients were omitted, leaving data from 464 patients in the secondary population, comprising 157 in the SEROQUEL 450 mg (bid) group, 148 in the SEROQUEL 450 mg (tid) group and 159 in the SEROQUEL 50 mg (bid) group.

## 3.4 Code breaks

There was one incident in this study in which the randomisation code was broken by the investigator. Patient 001/00111, in the SEROQUEL 450 mg (tid) group, was withdrawn from the study on Day 7 due to lack of efficacy, and after withdrawal became catatonic. Among the treatment options considered was electroconvulsive therapy (ECT), but before being able to make the decision to use ECT, the investigator requested the code be broken in order to optimise the patient's clinical management. After discussion with the ZENECA Study Team Physician, the code was broken 2 days after the patient had been withdrawn.



CONFIDENTIAL
AZ/SER 0050533

B103

TRIAL 5077IL/0012
CENTRE 017
PATIENT
CATEGORY C01

CORRIGAN, F.M., GRAY, R.F., SKINNER, E.R. (1993) Letter : Low cholesterol and violent death. Irish Journal of Psychological Medicine ; 10(3) : 166.

CONFIDENTIAL
AZ/SER 0051154

B104

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

C. S. Thomas
11/2/94.

**CURRICULUM VITAE**

| | |
|---|---|
| Name: | Christopher Stuart Thomas. |
| Age: | 37 years (DOB [redacted]56). |
| Sex: | Male. |
| Nationality: | British. |
| Marital status: | Married. |

**EDUCATION.**

| | |
|---|---|
| 1969-73 | St Pauls School, Barnes, London. |
| 1974-79 | University of Wales College of Medicine, Cardiff. |

**QUALIFICATIONS.**

| | | |
|---|---|---|
| July | 1979 | MB BCh. |
| April | 1984 | MRCPsych. |
| | 1991 | T(Psych). |
| June | 1992 | MD (University of Wales). |

CONFIDENTIAL
AZ/SER 0051155

B105

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

**CURRENT POSITION** (since February 1991).

i) Consultant Psychiatrist in General Adult Psychiatry, University Hospital of South Manchester;

ii) Honorary Lecturer, University of Manchester;

iii) Lead Clinician for Audit;

iv) Chairman of the Consultant Psychiatrists' Group.

I lead an acute general adult psychiatry team and a rehabilitation team. In both teams there is a good liaison with general practitioners, community psychiatric nurses, psychologists, occupational therapists, social workers and carers. The rehabilitation team is a community orientated team that has 12 in-patient beds and provides a service to patients in the community in a 12 bedded hostel ward, a 6 bedded hostel, and two four bedded semidetached houses. All the patients in the previous facilities are reviewed regularly and usually in their home. The rehabilitation team has very close links with the social services Network team which provides domicilary carer support to some of these projects and to other patients with chronic mental illness who are living in their own homes.

With regard to my acute work, I have modified my new out-patient clinic to try and improve attendance by visiting patients in their homes. This strategy has been audited and shown to be very effective and generally preferred by patients. I have submitted a paper describing the intervention to the British Medical Journal (see publications). In South Manchester sectorised acute community teams are just being established.

I have developed a close liaison with one group of general practitioners and attend their practice meeting every six weeks to discuss any difficulties that they may be experiencing in managing patients with mental illness. One of the general practitioners provides primary care to the 12 bedded hostel and the two semi-detached houses. This aspect of service has recently been the subject of a multidisciplinary audit which has examined issues such as communication, prescribing and team building.

I supervise the two senior registrars and three SHO/registrars involved in both teams. I also run a weekly community review of all recently discharged patients and those subject to Section 117 or considered to be at risk in the community.

CONFIDENTIAL
AZ/SER 0051156

B106

TRIAL 5077IL/0013
CENTRE 19
PATIENT
CATEGORY C01

**PREVIOUS APPOINTMENTS.**

| | |
|---|---|
| Aug 79 - Jan 80 | Surgical H O, Llandough Hospital, Cardiff. |
| Feb 80 - Jul 80 | Medical H O, University Hospital of Wales, Cardiff. |
| Aug 80 - Jan 81 | Accident & Emergency S H O, Cardiff Royal Infirmary, Cardiff. |
| Feb 81 - Mar 81 | Obstetrics & Gynaecology. locum S H O. |
| Apr 81 - Jul 81 | Rheumatology S H O, University Hospital of Wales, Cardiff. |

**SHO/REGISTRAR PSYCHIATRY ROTATION, CARDIFF (1981-84).**

| | |
|---|---|
| Aug 81 - Jan 82 | Adult Psychiatry S H O to Dr G H Jones, Whitchurch Hospital, Cardiff. |
| Feb 82 - Jul 82 | Adult Psychiatry S H O to Dr Brian Harris, Sully Hospital, South Glamorgan. |
| Aug 82 - Jan 83 | Child Psychiatry Registrar to Dr V A Wills, Dr M G E Morgan and Dr Kapp, St Cadocs Hospital, Caerleon, Gwent. |
| Feb 83 - Jul 83 | Old Age Psychiatry Registrar to Dr I D Wilson, Whitchurch Hospital, Cardiff. |
| Aug 83 - Jan 84 | Alcohol & Drug Addiction Registrar to Dr M Evans at Whitchurch Hospital, Cardiff. |
| Feb 84 - Jul 84 | Rehabilitation, Adult & Forensic Psychiatry Registrar to Dr A Capstick, Whitchurch Hospital, Cardiff. |

**RESEARCH PSYCHIATRIST AT THE INSTITUTE OF PSYCHIATRY (1984-85)**

Jul 84 - Jul 85 Research Psychiatrist, Honorary Senior Registrar. Supervisors: Dr B K Toone & Dr E H Reynolds at the Institute of Psychiatry and Kings College Hospital. The research involved studying the effect of S Adenosylmethionine (SAM) in depression, dementia and Parkinsons Disease.

My clinical responsibilities included a liaison service to the neurologists. I also ran a support group for the nursing staff on the Liver Unit.

CONFIDENTIAL
AZ/SER 0051157

B107

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

**SENIOR REGISTRAR PSYCHIATRY ROTATION, MANCHESTER (1985-88).**

Aug 85 - Jul 86 — Academic Unit of Adult Psychiatry, Professor D P Goldberg, Dr E Szabadi & Dr D Tantam. University Hospital of South Manchester. Liaison service to Professor Evanson's medical unit.

Aug 86 - Jul 87 — Alcohol Treatment Unit, Dr B D Hore, University Hospital of South Manchester. I took a special interest in running a psychotherapy group for in-patients undergoing the rehabilitation programme.

I also spent two sessions working with South Manchester Community Drugs Team and Dr C Fisher who had a special responsibility for drug addiction in the North Western Region.

Aug 87-March 88 — Community Psychiatry working for Dr P Thomas & Dr M F Osborn. Central Manchester District. Patients were managed at home or in one of three health centres. I saw new and old general adult psychiatric patients and followed up patients suffering from chronic mental illness who had been discharged from Prestwich "long stay" beds. I spent three sessions in the day hospital.

**LECTURER IN ADULT PSYCHIATRY, UNIVERSITY OF MANCHESTER. (1988-89)**

My academic responsibilities were to Professors Goldberg and Kessel. I lectured and taught medical students and organised the MSc course on Alcoholism for psychiatric trainees. I completed the recruitment of subjects for my MD on dysmorphophobia. I worked as an honorary senior registrar to Dr G McGrath on an acute general psychiatry ward and providing a liaison service to the obstetricians; I developed a special interest in the management of the pregnant drug addict.

**SENIOR LECTURER IN PSYCHOLOGICAL MEDICINE AT WELLINGTON SCHOOL OF MEDICINE, UNIVERSITY OF OTAGO (July 1989 - Jan 1991).**

I worked as a consultant psychiatrist in charge of the multidisciplinary team that provided a liaison service to Wellington Hospital (a district general teaching hospital) with a special interest in neurology. I lectured undergraduates in their IV, V and VI years and postgraduate trainees in psychiatry.

**Research:** suicide; performance in the viva examination; and field trials of research criteria of ICD-10.

CONFIDENTIAL
AZ/SER 0051158

B108

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

**PUBLICATIONS.**

**PAPERS/ORIGINAL RESEARCH:**

1) Thomas C S (1984) Dysmorphophobia-a question of definition. British Journal of Psychiatry, 144, 513-6.

2) Thomas A L, Thomas C S, Dodge, J A & Jessop J J (1983) A case of sarcoid arthritis in a child. Annals of Rheumatic Diseases, 42, 343-6.

3) Bottiglieri T, Carney M W P, Edeh J, Laundy M , Martin R, Reynolds E H, Thomas C, Toone B K (1986) A biochemical study of depressed patients receiving S-Adenosyl-L-Methionine (SAM). In Biological Methylation and Drug Design. Edited by R T Borchardt, C R Creveling & P M Ueland. Humana Press, Clifton, New Jersey. pp 327-338.

4) Carney, M W P, Edeh J, Reynolds E H, Toone B K, Thomas C & Sheffield B F (1986) Prediction of outcome in depressive illness by the Newcastle Diagnosis Scale: its relationship with the unipolar/bipolar and DSM III systems. British Journal of Psychiatry, 150, 43-48.

5) Thomas C S, Bottiglieri T, Edeh J, Carney M W P, Reynolds E H & Toone, B K (1987) The influence of S-Adenosylmethionine on prolactin in depressed subjects. International Clinical Psychopharmocology, 2, 97-102.

6) Reynolds E H, Carney M W P, Toone B K, Thomas C S, Edeh J, Elwes R D C, Laundy M & Bottiglieri T (1987) Transmethylation and Neuropsychiatry. In Biochemical,pharmacological and clinical aspects of transmethylation. Vol 2. (ed J M Mato). Revisiones Sobre Biologia Celular, Cell Biology Reviews. pp93-102.

7) Thomas C S & Szabadi E. (1987) Paranoid psychosis as the first presentation of a fulminating lethal case of AIDS. British Journal of Psychiatry, 151, 693-695.

8) Callender K, McGregor M, Kirk P & Thomas C S (1988) A double blind study of the oil of evening primrose (Efamol) and Efavit in the premenstrual syndrome: nervous symptom subgroup. Human Psychopharmocology, 3, 57-61.

9) Thomas C S, Spurrell M, Hackett R & More B D (1989) The severity of alcohol withdrawal in subjects exposed to a combination of alcohol and minor tranquillizers. British Journal of Psychiatry, 154, 83-85.

10) Thomas C S (1989) The treatment of dysmorphophobia. In Practical reviews in psychiatry, Series 2, No 5. Lader M (Ed). Education in Practice: London. pp 10-12.

CONFIDENTIAL
AZ/SER 0051159

B109

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

11) Thomas C S & Neale T J (1990) Organic Manic Syndrome associated with advanced uraemia due to polycystic disease. British Journal of Psychiatry, 158, 119-121.

12) Thomas C S (1990) Stress and facial appearance. Stress Medicine, 6, 299-304.

13) Mellsop G W, Thomas C S, Ellis P M, Purdie G, Crawshaw J & Mendis N (1991) The reliability of the draft diagnostic criteria for research of ICD-10 and DSM III-R. Acta Psychiatrica Scandinavica, 84, 332-335.

14) Thomas C S, Read D & Mellsop G M (1992) New Zealand Suicides between 1984 and 1988. New Zealand Medical Journal,105,231-3.

15) Thomas C S, Stone C W, Thomas P, Osborn M F & Fisher M (1993) The psychiatric morbidity and compulsory admission of different ethnic groups resident in Central Manchester. British Journal of Psychiatry, 163, 91-99.

16) Thomas C S, Mellsop G, Callender K, Crawshaw J, Ellis P M, Hall A, MacDonald J, Silfverskiold P, Romans-Clarkson S (1992) A study of academic and non-academic factors that influence the viva-voce examination. Medical Education (in press).

17) Spurrel M S & Thomas C S (1993) The market for home based rehabilitation. (Psychiatric Bulletin, in press).

18) Read D A, Thomas C S & Mellsop G W (1992) A study of in-patient suicide (Submitted to Australia and New Zealand Journal of Psychiatry).

19) Thomas C S (1993) A study of home-based versus hospital based psychiatric assessment. (Submitted to British Medical Journal).

20) Seabourne A & Thomas C S (1993) An audit of the use of Clozapine in South Manchester from December 1990 to December 1992. (Submitted to Psychiatric Bulletin).

PAPERS IN PREPARATION.

1) Thomas C S (1993) A study of dysmorphophobic patients who are referred to psychiatrists.

2) Thomas C S (1993) A study of appearance, body image and distress among psychiatric patients suffering from dysmorphophobia, surgical patients awaiting rhinoplasty and normal healthy controls.

CONFIDENTIAL
AZ/SER 0051160

B110

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

CASE REPORTS.

1) Thomas C S & Harris B (1982) Anorexia Nervosa, following termination of pregnancy. British Journal of Psychiatry, 141,428. (Letter).

2) Thomas C S, Toone B K, El Komy A, Harwin B & Farthing C P. (1985) HTLV-III and psychiatric disturbance. Lancet, ii, 395-6. (Letter)

3) Thomas C S, Toone B K & Rose P E (1988) Neurocutanoeus melanosis and psychosis. American Journal of Psychiatry, 145, 649-650. (Letter).

LETTERS.

1) Thomas, C S (1985) Disorders with overvalued ideas. British Journal of Psychiatry, 146, 215.

2) Thomas, C S (1985) Dysmorphophobia or monosymptomatic hypochondriasis. British Journal of Psychiatry, 146, 672.

3) Thomas, C S (1985) Dysmorphophobia and monosymptomatic hypochondriasis. American Journal of Psychiatry, 142, 9, 1121

4) Thomas, C S (1986) Cognitive therapy of obsessive-compulsive disorder: treating treatment failures. Behavioural Psychotherapy, 14, 90.

5) Thomas, C S (1987) Anorexia nervosa and dysmorphophobia. British Journal of Psychiatry, 150, 406.

6) Thomas C S (1987) The AIDS virus and the CNS. American Journal of Psychiatry, 144:4, 537.

7) Thomas C S (1987) HIV and schizophrenia. Lancet ii, 101.

8) Thomas C S (1987) AIDS:a faltering step. British Medical Journal, 295, 267.

9) Thomas C S (1987) HIV and Informed Consent. British Journal of Psychiatry, 151, 410-411.

10) Thomas C S & Szabadi E (1988) Paranoid psychosis and AIDS. British Journal of Psychiatry, 152, 427-428.

11) Callender K and Thomas C S (1988) Some correlates of prospectively defined premenstrual syndrome. American Journal of Psychiatry, 145, 1481-2.

12) Callender K & Thomas C S (1988) Treating the premenstrual syndrome. British Medical Journal, 297, 684.

13) Thomas C S (1988) Dysmorphophobic avoidance. British Journal of Psychiatry, 153, 567.

CONFIDENTIAL
AZ/SER 0051161

B111

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

14) Thomas C S & Osborn M F (1988) The management of the pregnant drug addict. Bulletin of The Royal College of Psychiatrists, 12, 201.

15) Thomas C S and Osborn M (1988) Inhaling heroin during pregnancy. British Medical Journal, 296, 1672.

16) Thomas C S (1989) Patients requesting plastic surgery. Australian and New Zealand Journal of Psychiatry, 23, 314.

17) Thomas C S (1990) Body dysmorphic disorder. American Journal of Psychiatry, 147, 816-817.

18) Thomas C S & Read D A (1990) Mianserin, agranulocytosis and suicide. Lancet, 1511.

OTHER PUBLISHED ARTICLES.

Thomas C S (1987) Alcoholism the tip of the iceberg. In Health Call. The Journal of South Manchester, 2, 5.

**PAPERS PRESENTED AT ACADEMIC MEETINGS:**

| | | |
|---|---|---|
| December | 1979 | A prospective study of sepsis on a surgical ward. At the Cardiff division of the Welsh Surgical Society. |
| May | 1981 | A case of sarcoidosis. Wessex and West Country Rheumatology Association at Cardiff. |
| December | 1982 | Dysmorphophobia - a question of definition. Welsh Division of the Royal College of Psychiatrists at St Cadocs Hospital. |
| June | 1983 | Dysmorphophobia. Dept of Plastic Surgery, St Lawrence Hospital,Chepstow. |
| September | 1985 | Dysmorphophobia and aesthetic perception. 2nd Annual Symposium on Paranoid Disorders, Birmingham. |
| March | 1987 | Body image, dysmorphophobia and disfigurement. Cardiff and all of Wales Psychiatric Postgraduate Lecture, Cardiff. |
| August | 1988 | The severity of alcohol withdrawal in subjects consuming alcohol and minor tranquillizers. 35th International Congress on Alcoholism and Drug Dependence, Oslo, Norway. |

CONFIDENTIAL
AZ/SER 0051162

B112

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C.D1

| | | |
|---|---|---|
| Sept 30 | 1988 | Examining the clinical skills of medical students. Coauthor with Terry O'Dowd and Professor D P Goldberg. Paper presented by Professor Goldberg to the Association of University Teachers of Psychiatry, London. |
| July 10 | 1989 | A psychological and morphanalytical study of perceived facial disfigurement in dysmorphophobic and mildly disfigured patients. 2nd International Symposium on Dermatology and Psychiatry. Leeds, England. |
| | 1990 | The psychiatric morbidity and compulsory admission of different ethnic groups resident in Central Manchester. Department of Psychological Medicine, Wellington, New Zealand. |
| April 23 | 1992 | The investigation and treatment of perceived disfigurement. Postgraduate lecture to medical staff at Trafford General Hospital. |
| June | 1992 | A study of academic and non-academic factors that influence the viva-voce examination. Welsh Psychiatric Society, Llangollen. |

**AWARD.**

1989 Honorary Testimonial to the Royal Humane Society.

**RESEARCH GRANTS:**

1. £860 from North Western Regional Health Authority to help conduct: A Study of Self Perception and Distress in Dysmorphophobia. (1986-89).

2. NZ $40,000 from Wellington Health Board, New Zealand to perform a study of Suicide in New Zealand between 1984 and 1988, with special reference to in-patient suicide in Wellington. (1990-91).

3. NZ $1,000 from University of Otago to perform a study of academic and non-academic factors that influence the viva -voce examination. (1989-90)

CONFIDENTIAL
AZ/SER 0051163

## INVESTIGATOR AND CENTRE LIST

(Centres that recruited patients)

| Centre number | Investigator | Address | Number of patients entered |
|---|---|---|---|
| 002 | Dr D J King<br>(Principal investigator) | Department of Therapeutics & Pharmacology<br>Queen's University of Belfast<br>97 Lisburn Road<br>Belfast BT9 7BL<br>United Kingdom | 9 |
| 001 | Prof S R Hirsch | Department of Psychiatry<br>Charing Cross Hospital<br>Fulham Palace Road<br>London W6 8RF<br>United Kingdom | 31 |
| 003 | Dr B G Ferguson | Department of Psychiatry<br>Mapperley Hospital<br>Porchester Road<br>Nottingham NG3 6AA<br>United Kingdom | 10 |
| 004 | Dr R Didi | C.H.S. La Chartreuse<br>1 Bd Kir<br>21033 Dijon Cedex<br>France | 4 |
| 005 | Dr T K Szulecka | Department of Psychiatry<br>Doncaster Royal Infirmary<br>Armthorpe Road<br>Doncaster DN2 5LT<br>United Kingdom | 17 |

# 4 EFFICACY RESULTS

Data from all patients with a primary efficacy measure at baseline and at least one post-baseline efficacy measure were included in the efficacy analyses.

After the exclusions listed in Section 3.3 (a), data from a total of 598 patients remained for evaluation of efficacy, comprising 195 in the SEROQUEL 450 mg (bid) group, 205 in the SEROQUEL 450 mg (tid) group and 198 in the SEROQUEL 50 mg (bid) group.

All means discussed in the following sections are least squares means from analyses of variance or covariance, unless otherwise specified.

## 4.1 BPRS

| | |
|---|---|
| *Summary tables:* | *BPRS total score; T7.1 to T7.4.2*<br>*BPRS factor scores; T8.1 to T8.3.2*<br>*response rates; T8.4*<br>*BPRS individual item scores; T8.5* |
| *Individual patient listings:* | *BPRS total and factor scores; G3.1*<br>*BPRS individual item scores; G3.2*<br>*additional BPRS data; G3.3* |
| *Statistical appendices:* | *H5, H8.1.1 to H8.9* |

### 4.1.1 BPRS total score (primary population)

Data from a total of 596 patients were available for analysis of BPRS total score, comprising 195 in the SEROQUEL 450 mg (bid) group, 204 in the SEROQUEL 450 mg (tid) group and 197 in the SEROQUEL 50 mg group. One of these patients in the SEROQUEL 450 mg (tid) group (Patient 005/00514) also had no BPRS evaluation at Day 7.

#### (a) Analysis using last observation carried forward

Figure 1 shows unadjusted mean changes from baseline in BPRS total score in each treatment group by study day. Tables 8a and 8b summarise the results of analysis of covariance of the change from baseline in BPRS total score.

CONFIDENTIAL
AZ/SER 0050534

B113

TRIAL 5077IL/0012
CENTRE 19
PATIENT
CATEGORY C01

**CURRENT RESEARCH INTERESTS.**

1. Suicide in South Manchester (in collaboration with Dr L Appleby)

2. The effectiveness of a day hospital team dedicated to the rehabilitation of patients suffering from chronic mental illness.

3. A comparison of home versus hospital based rehabilitation for patients suffering from schizophrenia.

4. The psychological management of persistent positive psychotic symptoms.

**ADMINISTRATION.**

1981-82 Treasurer to the Junior Doctors Medical Staff Association of Whitchurch Hospital, Cardiff.

1982-83 Secretary to the Junior Doctors Medical Staff Association of Whitchurch Hospital, Cardiff.

1986-89 Member of the division of psychiatry of Central Manchester H A.

1987-88 Chairman of the advisory committee to the Turning Point Dry House on Moss Lane East, Manchester.

1989-91 Member of the Curriculum Committee for the Wellington School of Medicine, Wellington, New Zealand.

1989-91 Secretary to working party on the rehabilitation of patients with head injury. Wellington, New Zealand.

1991- Member of working party on rehabilitation needs of patients suffering from chronic mental illness. South Manchester.

1991- Member of joint planning team for mental health. South Manchester.

1991-3 Member of the management committee of the Manchester Housing Consortium. This organisation provides housing and support for people with mental health needs.

1993- Lead Clinician for Audit in Department of Psychiatry.

1993- Chairman of Consultant Psychiatrists' Group.

**OTHER INTERESTS.**

SPORT: Skiing, squash, rugby, tennis, cycling and walking. 3 Marathons and several half marathons.

TRAVEL.

B114

TRIAL 5077IL/0012
CENTRE 30
PATIENT
CATEGORY C 01

CURRICULUM VITAE
(short form)
ROBERT G. PRIEST, MD, FRCP(Edin.), FRCPsych.

PREVIOUS POSTS HELD

| | |
|---|---|
| House Physician, Lord Amulree, U.C.H. | 1956/7 |
| House Surgeon, Edgware General Hospital | 1957 |
| Short Service Commission, R.A.M.C. | 1958/61 |
| 3 months post-graduate course in internal medicine, Post-graduate Board, Royal Colleges of Edinburgh | 1961 |
| S.H.O. (one year) and Registrar (two years) to Royal Edinburgh Hospital | 1961/64 |
| Lecturer in Psychiatry, University of Edinburgh | 1964/67 |
| Exchange Lecturer, University of Chicago | 1966/67 |
| Consultant, Illinois State Psychiatric Institute | 1966/67 |
| Senior Lecturer, St.George's Hospital Medical School | 1967/73 |
| Recognised Teacher, University of London | 1968-present |
| Honorary Consultant, St. George's Hospital, London | 1967/73 |
| Honorary Consultant, Springfield Hospital, London | 1967/73 |

CURRENT POSITIONS (since 1973)

Professor of Psychiatry in the University of London at St. Mary's Hospital Medical School (A Constituent College of Imperial College of Science, Technology and Medicine).

Honorary Consultant Psychiatrist,
St. Mary's Hospital, London (Parkside Health Authority).

OTHER ACTIVITIES

University of London

Member, Senate.

Member, Joint Planning Committee of The Court and The Senate.

Member, Academic Council.

Member, Medical Faculty Committee.

The Royal College of Psychiatrists

Member, Public Policy Committee, (Chairman, 1983-88).

Member, Special Committee on Unethical Psychiatric Practices.

Member, National Campaign on Depression (Chairman, 1990-).

B115

TRIAL 8077IL/0012
CENTRE 20
PATIENT
CATEGORY C01

Miscellaneous

Member, Council of British Association for Psychopharmacology (Chairman of Membership Committee 1977-81).

Fellow, International College of Psychosomatic Medicine (Secretary 1981-85, Treasurer 1981-83, Vice-President 1985-87).

Member, Psychiatric Sub-Committee, North West Thames Regional Health Authority (Chairman, 1976-79).

Member, Mental Health Care Planning Team, Parkside Health Authority. (Chairman, 1980-83).

Member, World Psychiatric Association, Member of Central Committee (1984-present), Member of Council (1989-present), Member of Review Committee (1992-present).

Fellow, Collegium Internationale Neuro-psychopharmacologicum (C.I.N.P.).

Chairman, Constitution Committee, World Federation of Societies of Biological Psychiatry.

Member, Association Europeenne de Psychiatrie.

Honorary Corresponding Fellow, American Psychiatric Association.

Honorary Corresponding Member, German Psychiatric Association (Deutsche Gesellschaft fur Psychiatrie und Nervenheilkunde).

Honorary Fellow, Egyptian Psychiatric Association.

Honorary Corresponding Member, Association Francaise de Psychiatrie.

Member, Mental Health Group, British Medical Association (Chairman 1982-84).

Overseas Member, Section of Medicine, (Mathematical and Natural Sciences Class), Academy of Science & Letters, Instituto Lombardo, Milan, Italy.

PREVIOUSLY

University of London

Member, Board of Studies in Medicine (Chairman, 1986-89).

Member, Joint Higher Degrees Sub-Committee (Chairman 1982-85).

Member, Academic Council Standing Sub-Committee in Medicine.

B116

TRIAL 6077IL/0012
CENTRE 20
PATIENT
CATEGORY C01

PREVIOUSLY CONTD. ....

University of London contd.

Member, Joint Medical Advisory Committee.

Member, Academic Advisory Board in Medicine.

The Royal College of Psychiatrists

Registrar, (1983-88).

Member of Council.

Member of Court (Chairman, Fellowship Committee).

Chairman, General Psychiatry Committee (1983-88).

Chairman, Psychopharmacology Committee (1983-89).

North West Thames Regional Health Authority

Member, Medical Advisory Committee.

Member, Psychiatric Sub-Committee, Medical Advisory Committee, (Chairman 1976-79), Vice-Chairman 1979-82).

Member, Regional Manpower Committee, (1976-83), Vice-Chairman (1980-83).

Member, Regional University Liaison Committee (1976-83).

Miscellaneous

Member, Medical Establishment Sub-Committee, Paddington and North Kensington Health Authority (Chairman 1980-83).

Member, Council of Society for Psychosomatic Research (President 1980-81).

Member, Central Committee for Hospital Medical Services (later Central Consultants & Specialists Committee) (1984-89), (Chairman, Psychiatric Sub-Committee 1984-87).

Examiner, Royal College of Psychiatrists, National University of Ireland, Royal College of Surgeons in Ireland, University of Newcastle-Upon-Tyne, University of Malaya, University of The West Indies.

B117

TRIAL 5077IL/0012
CENTRE 21
PATIENT
CATEGORY C01

CURRICULUM VITAE

Name : MESOTTEN Frans

Qualifications :

. MD KUL '73
. neuropsychiatrist since 1977

Present appointment and address :

MED. DIRECTOR MEDISCH CENTRUM ST-JOZEF
ABDIJSTRAAT 2, B.3740 BILZEN
089/509111

Previous appointments/experience/publications :

Signature : 30/4/9.3..
Date : ..........

CONFIDENTIAL
AZ/SER 0051168

B118

TRIAL 5077IL/0012
CENTRE 22
PATIENT
CATEGORY C01

# CURRICULUM VITAE

**NAME :** Dr. J.M. MARTENS
Neuropsychiatrie
Charlesiei, 5 - 2930 BRASSCHAAT
1/14087/72/780

**QUALIFICATIONS :** Humaniora Grieks - Latijn
Promotie 1974 K.U.L.
Specialisatie: AZ St Jan Brugge, AZ St Lukas Ekeren (5 jaar)
neurologie KUL, Kortenberg.

**PRESENT APPOINTMENT AND ADDRESS :**

Dr. J.M. MARTENS
Neuropsychiatrie
Kliniek Campus St. Lukas
2180 EKEREN
1/14087/72/780

Dr. J.M. MARTENS
Neuropsychiatrie
Charlesiei, 5 - 2930 BRASSCHAAT
1/14087/72/780

**PREVIOUS APPOINTMENTS/EXPERIENCE/PUBLICATIONS :**

- vanaf 1980 docent psychiatrie in het Instituut St Bartholomeus - St Berlindis (opleiding verpleegkundigen $A_1$)
- Reserve Kapitein - Commandant
- Lid medische raad Klina sedert '80.
- Diensthoofd neuropsychiatrie KLINA vanaf '88
- Publicaties en lezingen voor de P.U.K. medisch en in het kader van de Hiro opleiding

**SIGNATURE :** [signature] **DATE :** 15/7/93

120

B119

TRIAL 5077IL/0012
CENTRE 23
PATIENT
CATEGORY C01

# CURRICULUM VITAE

**NAME** : Guido Isidoor Marie BECKERS

---

**QUALIFICATIONS** :

Neuropsychiatrist since 1979 at the University of Louvain

---

**PRESENT APPOINTMENT AND ADDRESS** :

- Head of Clinic 'Nieuw Medister, Kapellen - 1978
- Specialist in St.- Elisabeth Clinic, Antwerp
- Instructor in the Nurse school of Antwerp

---

**PREVIOUS APPOINTMENTS/EXPERIENCE/PUBLICATIONS** :

Publications : list available in pharma.

---

Signature : ......24.1.7..

Date :

CONFIDENTIAL
AZ/SER 0051170

B120

TRIAL 5077IL/0012
CENTRE 23
PATIENT
CATEGORY C01

# CURRICULUM VITAE

| | |
|---|---|
| NAAM | : Guido Isidoor Marie Beckers |
| ADRES | : [redacted] |
| TELEFOON | : [redacted] |
| GEBOORTEDATUM | : [redacted] 1949 |
| GEBOORTEPLAATS | : Hasselt |
| ECHTELIJKE STAAT | : gehuwd met Hermans Marie-Henriette |
| NATIONALITEIT | : Belg |
| TALEN | : Engels - Frans - Duits - Nederlands |
| OPLEIDING | : Geneeskunde KUL (69-76)- Neuropsychiatrie, prof. Baro Bierbeek (1975-1979) |
| TITEL | : Neuropsychiater |
| BEROEPSAKTIVITEIT | : - Hoofdgeneesheer Kliniek Nieuw Medister VZW. (1.9.78)<br>- Geneesheer-specialist St.Elisabethziekenhuis Antwerpen (1.8.1979)<br>- Lesgever Hoger Instituut voor Verpleegkunde te Antwerpen O.C.M.W. (1.10.1984)<br>- Effektief lid van de commissie ter bescherming van de maatschappij te Antwerpen (1.9.85) |
| VERENIGINGEN | : Lidmaatschap van Belgian College of Neuropsycho-farmacology en Biological Psychiatry |
| PUBLICATIES | : zie bijgevoegde lijst |
| LEZINGEN | : - De Ontkenning in de Freudiaanse begrippen (Bierbeek 1978)<br>- Alcoholisme (St.Niklaas 1976, Ekeren 1978)<br>- Geschiedenis van de psychiatrische patient (UFSIA 1981)<br>- Dementie (UFSIA 1984 - UIA 1985)<br>- Dementie en Verwardheid (UIA 1986)<br>- Lezingen voor huisartsen, verpleegkundigen, familie van dementerende bejaarden (1982-1985) |

CONFIDENTIAL
AZ/SER 0051171

B121

TRIAL 5077IL/0012
CENTRE 23
PATIENT
CATEGORY C01

WETENSCHAPPELIJKE PUBLICATIES VAN Dr. G.BECKERS.

- Psychische problemen rond pensioenering : 1978
  publikatie: Ministerie Volksgezondheid
- Differentiele diagnose omtrent depressie en dementie : 1978
  publikatie : Academisch Centrum voor opleiding huisartsen K.U.L.
- Psychosomatiek, seksualiteit, bejaard zijn : 1978
  publikatie : O.C.M.W. Leuven.
- Rouw en Depressie: een analytische visie : 1978
  publikatie : studiedienst voor psychiatrische bijscholing Bierbeek.
- Studie over gebruik van psychofarmaka in rust- en verpleegdiensten : 1979
  geen publikatie.
- De levenssituatie van de chronische psychiatrische patient.
  publikatie : stichting Juli Renson, Brussel 1980.
- Dementie : aantal teksten uitgegeven door Stichting Trefcentrum te Antwerpen : 1981.
- Dementie in de provincie Antwerpen, GOM ANTWERPEN 1982.
- Alkoholisme Preventie : UCB 1982.
- Dementie : Annales Antverpsia 1982.
- PICA : Une solution pour le patient psychiatrique. U.L.B. 1983.
- Dementie en verwardheid, Trefcentrum, Antwerpen 1985.
- Tardieve Dyskinesieën, predictie door het groeihormoon. Acta Antverpsia, 1985.
- Alprazolam and doxipin en primary unipolar depression, Elsevier Biomedical, Amsterdam 1984.
- Moclobemide versus amitriptyline in treatment of depression, Two-Double-blind Multiente Studies in Belgium (16 juni 1988 - Beckers and al.).

CONFIDENTIAL
AZ/SER 0051172

B122

...1...

TRIAL 6077IL/0012
CENTRE 23
PATIENT
CATEGORY C01

ANDERE AKTIVITEITEN : - gewezen lid van PICA VZW Werken en Wonen (1978)

- Stichter van colloquim "De Chronische psychiatrische patient". In samenwerking met Julie Renson Stichting (Antwerpen 1980)

- Inrichter van colloquim : "De dement" in samenwerking met Trefcentrum derde leeftijd (1981)

- Initiatienemer van Trefcentrum Derde Leeftijd.

- Gerechtelijk expert in arbeids- en strafzaken.

BIJKOMENDE ERKENNING : Erkenning als hoofdgeneesheer van psychiatrische instelling door Ministerie van Volksgezondheid (1981)

CONFIDENTIAL
AZ/SER 0051173

**FIGURE 1 Unadjusted mean changes from baseline in BPRS total score (and standard errors) by study day (last observation carried forward)**

**TABLE 8a Analysis of covariance of change from baseline in BPRS total score (last observation carried forward)**

| | SEROQUEL 450 mg (bid) (n = 195) | | | SEROQUEL 450 mg (tid) (n = 204)* | | | SEROQUEL 50 mg (bid) (n = 197) | | |
|---|---|---|---|---|---|---|---|---|---|
| Day | baseline mean | LS mean change | (SE) | baseline mean | LS mean change | (SE) | baseline mean | LS mean change | (SE) |
| 7 | 42.1 | -3.7 | (0.8) | 42.8 | -2.0 | (0.8) | 41.7 | -2.0 | (0.8) |
| 14# | 42.1 | -6.1 | (1.0) | 42.7 | -4.4 | (1.0) | 41.7 | -3.2 | (1.0) |
| 21# | 42.1 | -7.8 | (1.1) | 42.7 | -6.4 | (1.1) | 41.7 | -4.7 | (1.1) |
| 28# | 42.1 | -8.7 | (1.2) | 42.7 | -7.1 | (1.2) | 41.7 | -4.8 | (1.2) |
| 35# | 42.1 | -9.5 | (1.3) | 42.7 | -8.5 | (1.2) | 41.7 | -5.5 | (1.3) |
| 42#+ | 42.1 | -10.0 | (1.3) | 42.7 | -8.6 | (1.3) | 41.7 | -5.4 | (1.3) |

LS mean change = least squares mean change from baseline
SE = standard error
* n = 203 for Day 7 due to missing data for one patient
# statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) ($p \leq 0.05$)
+ statistically significant difference between SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) ($p \leq 0.05$)

B123

(translation attached)

TRIAL 5077IL/0012
CENTRE 24
PATIENT
CATEGORY C01

CF005.1

CURRICULUM VITAE FORM

STUDY NUMBER: 5077IL/0012

CENTRE NUMBER: 24

CENTRE ADDRESS: ZIEKENHUIS REIGERLO
REIGERLO 10
8730 BEERNEM

FULL NAME:
DIERICK Godelieve.

| QUALIFICATIONS: | YEAR: |
|---|---|
| Neuropsychiater | 1963. |
| Geaggregeerde | ± 1985. |

PRESENT POSITION:
Hoofdgeneesheer P.C. St Amandus Reigerlo, in Beernem.

PREVIOUS APPOINTMENTS AND EXPERIENCE:

SIGNATURE: [signature]

DATE: 5.10.94.

Dr. G. DIERICK
Zenuwarts - Hoofdgeneesheer
NEURO-PSYCHIATRISCH
ZIEKENHUIS "REIGERLO"
8730 — BEERNEM
1/31177/64/76*

CONFIDENTIAL
AZ/SER 0051174

B124

TRANSLATION CV FORM
DR DIERICK.

CURRICULUM VITAE FORM

TRIAL 5077IL/0012
CENTRE 24
PATIENT
CATEGORY C01

STUDY NUMBER: 5077IL/0012

CENTRE NUMBER: 24

CENTRE ADDRESS: ZIEKENHUIS REIGERLO
REIGERLO 10
8730 BEERNEM

---

FULL NAME:

DIERICK GODELIEVE

| QUALIFICATIONS: | YEAR: |
|---|---|
| NEUROPSYCHIATRY | 1963 |
| REVALIDATION DOCTOR. | ± 1985 |

PRESENT POSITION:

HEAD OF DEPARTMENT PSYCHIATRIC CLINIC ST AMANDUS
REIGERLO 10 BEERNEM

PREVIOUS APPOINTMENTS AND EXPERIENCE:

SIGNATURE: DATE:

B125

TRIAL 5077IL/0012
CENTRE 25
PATIENT
CATEGORY C01

CURRICULUM VITAE FORM

STUDY NUMBER: 5077IL/0012

CENTRE NUMBER: 25

CENTRE ADDRESS: Psychiatrische Universitätsklinik Heidelberg
Voßstraße 4
69115 Heidelberg

FULL NAME:
Dr.med. habil. J. Schröder

QUALIFICATIONS: | YEAR:
--- | ---
Abitur Examination (~A-LEVEL) | 1977
M.D. | 1984
Board Examination (Psychiatry) | 1993
Ph.D. | 1995

PRESENT POSITION:
Oberarzt der Klinik

PREVIOUS APPOINTMENTS AND EXPERIENCE:
Department of Neurology, Ruhr-Universität Bochum 1985/86
Dept. of Psychiatry, Ruhr-Universität Bochum 1986/87
Dept. of Psychiatry, Universität Heidelberg Sience 1987
Oberarzt der Klinik and Leiter der Sektion für Gerontopsychiatrie Sience 1993
Head of Gerontopsychiatric Research since 1993

SIGNATURE: [signature]

DATE:
26.06.1995

CONFIDENTIAL
AZ/SER 0051176

B126

TRIAL 50771L/0012
CENTRE 27
PATIENT
CATEGORY C01

**CURRICULUM VITAE**

**STUDY:** 50771L/0012

**CENTRE NUMBER:** 027

**NAME:**

Professor W Wolfgang Fleischhacker

**QUALIFICATIONS:**

1978 - M.D. University of Innsbruck Medical School
1993 - Professor of Psychiatry University of Innsbruck Medical School

Memberships:
CINP
ECNP
Austrian Society of Neuropsychopharmacology and Biological Psychiatry (Secretary since 1990)

**PRESENT APPOINTMENT AND ADDRESS:**

Head of Department of Biological Psychiatry
University of Innsbruck, Medical School
Anichstrasse 35
A-6020 Innsbruck
Austria

**PREVIOUS APPOINTMENTS/EXPERIENCE:**

1987 - 1988 Research Associate
Hillside Hospital
Albert Einstein College of Medicine
New York
USA

A:38
CV Disk

CONFIDENTIAL
AZ/SER 0051177

B127

TRIAL 5077IL/0012
CENTRE 27
PATIENT
CATEGORY C01

EINGELANGT
12. Jan. 1994
Erledigt..........

# CURRICULUM VITAE

Name: W. WOLFGANG FLEISCHHACKER

Qualifications: 1978 M.D. UNIVERSITY OF INNSBRUCK MEDICAL SCHOOL
1993 Prof. of Psychiatry — — —

Memberships: CINP
ECNP
Austrian Society of Neuropsychopharmacology and Biological Psychiatry (Secretary since 1990)

Present appointment and address: Head: Dept. of Biological Psychiatry
University of Innsbruck, Medical School
Anichstr. 35
A-6020 INNSBRUCK, AUSTRIA

Previous appointments / experience:
1987-88 Research Associate: Hillside Hospital, Albert Einstein College of Medicine N.Y., N.Y.

Signature ..........[signature]..........

CONFIDENTIAL
AZ/SER 0051178

B128

TRIAL 5077IL/0012
CENTRE 28
PATIENT
CATEGORY CO1

CURRICULUM VITAE FORM

STUDY NUMBER: ZD 5077IL/0012

CENTRE NUMBER: 028

CENTRE ADDRESS: Ignaz-Harrer-Str. 79
A-5020 Salzburg
Austria

FULL NAME:
Dr. Christian Geretsegger

| QUALIFICATIONS: | YEAR: |
| --- | --- |
| M.D. | 1982 |
| Psychiatrist | |
| Clinical Investig. | |
| Psychotherap. | |

PRESENT POSITION:
Assist. med. director

PREVIOUS APPOINTMENTS AND EXPERIENCE:
Clinical investigations for several antidepressants and neuroleptics since >10 years. Over 50 publications

SIGNATURE: [signature]

DATE: 15/5/1994

CONFIDENTIAL
AZ/SER 0051179

B129

# CURRICULUM VITAE

Name: DR. STÖSSL JOHANN PRIMARIUS

Qualifications:

Facharzt für Psychiatrie u. Neurologie,
Arzt für Psychotherapie.
- Since 6 years head of deptm. -

Present appointment and address:

Primarius - Vorstand der 7. Abteilung des Psych. KH der Stadt Wien - Baumgartnerhöhe, 1140 Wien, Baumgartnerhöhe 1

Previous appointments / experience:

fachärztliche Ausbildung in Psychiatrie u. Neurologie, Psychotherapeutische Ausbildung, seit 20 Jahren wissenschaftliche Arbeiten auf dem Gebiet der Psychopharmakologie.

Signature [signature]

CONFIDENTIAL
AZ/SER 0051180

B130

TRIAL 5077IL/0012
CENTRE 29
PATIENT
CATEGORY C01

TRANSLATION OF

# CURRICULUM VITAE

OF DR. JOHANN STÖSSL

Qualifications:

Specialist in psychistry and neurology
Doctor of psychotherapy
Since 6 years head of department

Present appointment
and address:

Head of the 7. department of the psychiatric hospital from Vienna - Baumgartnerhöhe
1140 Wien, Baumgartnerhöhe 1

Previous appointments / experience:

Specialisation in psychiatry and neurology
Training in psychotherapy
Since 20 years scientific work on psychopharmacology

Translated by Dr. Ch. Werzer

CONFIDENTIAL
AZ/SER 0051181

B131

Study 5077IL/0012
Centre 30

TRIAL 5077IL/0012
CENTRE 30
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: PR GUY DARCOURT

QUALIFICATIONS:
- M.D (1958)
- PSYCHIATRIST (1959)
- PROFESSOR (1979)
- B. Sc.

PRESENT APPOINTMENT AND ADDRESS:

HEAD OF DEPARTMENT, CLINIC OF PSYCHIATRY AND MEDICAL PSYCHOLOGY
HÔPITAL PASTEUR
30 AVENUE DE LA VOIE ROMAINE
BP 69
06002 NICE Cedex

PREVIOUS APPOINTMENTS / EXPERIENCE:
- HOUSE OFFICER
- SENIOR HOUSE OFFICER (1952)
- ASSISTANT (1961)
- SENIOR REGISTRAR (1972)
- HEAD OF DEPARTMENT, HOPITAL PASTEUR (FROM 1974) (CONSULTANT PHYSICIAN)

B132

TRIAL 3077IL/0012
CENTRE 30
PATIENT
CATEGORY CDI

# CURRICULUM VITAE

DARCOURT Guy, né à MARSEILLE, le [redacted] 1930.

TITRES UNIVERSITAIRES :

- Docteur en Médecine :
  - Thèse : Faculté de Marseille. 6 février 1958.
    Etude des conditions d'utilisation des tests sociométriques en psychiatrie.
- Chef de Clinique - Adjoint de clinique Neuro-Chirurgicale à la Faculté de Médecine de Marseille. 1er Mars 1958.
- Chef de Clinique titulaire de Clinique Neuro-Chirurgicale à la Faculté de Médecine de Marseille. 1er Novembre 1959.
- Spécialiste de Neuro-Psychiatrie : Arrêté du Ministère de l'Education Nationale du 31 Juillet 1959.
- Licence de Sciences :
  - Certificats de : S.P.C.N. (A.B) 1948.
    Physiologie générale 1953.
    Chimie générale (A.B.) 1956.
    Chimie biologique 1956.
- Licence de Psychologie :
  - Certificats de : Psychologie générale (T.B.) 1957.
    Psychologie de la vie sociale (A.B.) 1957.
    Psycho-Physiologie 1958.
    Psychologie de l'enfant (A.B.) 1958.
- Maitre de Conférence Agrégé de Psychiatrie de l'Adulte. (Intégration le 1er Octobre 1974 - Arrêté de nomination du 26 Octobre 1972).
- Professeur sans chaire à compter du 1er Janvier 1979 (Décret du 12 février 1979).
- Professeur de 1ère Classe depuis le 1er Octobre 1979.

CONFIDENTIAL
AZ/SER 0051183

**TABLE 8b Differences between treatment groups in least squares mean change from baseline in BPRS total score, and 95% confidence limits for the differences (last observation carried forward)**

| Study day and comparison | | Difference between treatment groups | 95% confidence limits Lower | Upper | p-value |
|---|---|---|---|---|---|
| 7 | 450 (bid) v 50 (bid) | -1.74 | -3.71 | 0.22 | 0.08 |
| | 450 (tid) v 50 (bid) | -0.01 | -1.95 | 1.93 | 0.99 |
| | 450 (bid) v 450 (tid) | -1.74 | -3.68 | 0.21 | 0.08 |
| 14 | 450 (bid) v 50 (bid) | -2.90 | -5.42 | -0.38 | 0.02 |
| | 450 (tid) v 50 (bid) | -1.18 | -3.67 | 1.32 | 0.35 |
| | 450 (bid) v 450 (tid) | -1.73 | -4.22 | 0.77 | 0.17 |
| 21 | 450 (bid) v 50 (bid) | -3.11 | -5.93 | -0.29 | 0.03 |
| | 450 (tid) v 50 (bid) | -1.75 | -4.54 | 1.04 | 0.22 |
| | 450 (bid) v 450 (tid) | -1.36 | -4.16 | 1.43 | 0.34 |
| 28 | 450 (bid) v 50 (bid) | -3.91 | -6.88 | -0.94 | 0.01 |
| | 450 (tid) v 50 (bid) | -2.33 | -5.27 | 0.61 | 0.12 |
| | 450 (bid) v 450 (tid) | -1.58 | -4.52 | 1.37 | 0.29 |
| 35 | 450 (bid) v 50 (bid) | -3.95 | -7.09 | -0.80 | 0.01 |
| | 450 (tid) v 50 (bid) | -2.94 | -6.05 | 0.17 | 0.06 |
| | 450 (bid) v 450 (tid) | -1.00 | -4.12 | 2.11 | 0.53 |
| 42 | 450 (bid) v 50 (bid) | -4.57 | -7.80 | -1.35 | 0.01 |
| | 450 (tid) v 50 (bid) | -3.19 | -6.38 | 0.00 | 0.05 |
| | 450 (bid) v 450 (tid) | -1.39 | -4.58 | 1.81 | 0.39 |

450 (bid) = SEROQUEL 450 mg (bid)
450 (tid) = SEROQUEL 450 mg (tid)
50 (bid) = SEROQUEL 50 mg (bid)

In general, patients in all three treatment groups showed improvements in psychiatric symptomatology as measured by BPRS total score. The improvement was greater in the two SEROQUEL 450 mg groups than in the SEROQUEL 50 mg (bid) group.

At the final evaluation (Day 42), the mean reductions from baseline in BPRS total score in the SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) groups were statistically significantly greater than that in the SEROQUEL 50 mg (bid) group (p=0.006 and p=0.05, respectively).

At previous evaluations, the differences between the SEROQUEL 450 mg (bid) group and the SEROQUEL 50 mg (bid) group were statistically significant from Day 14 onwards. The difference between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group was marginally statistically significant at Day 35.

CONFIDENTIAL
AZ/SER 0050536

B133

TRIAL 5077IL/0012
CENTRE 30
PATIENT
CATEGORY C01

**TITRES HOSPITALIERS :**

- Externe des Hôpitaux de Marseille. Concours 1950.
- Interne des Hôpitaux de Marseille. Concours 1952.
- Médecin-Assistant des Hôpitaux de Marseille.
  - Concours : Décembre 1960 - Nommé le 6 Juillet 1962.
- Médecin-Assistant des Hôpitaux de Nice.
  - Concours : Décembre 1960 - Nommé le 16 janvier 1961.
- Médecin-Chef des Hôpitaux de Nice.
  - Concours : Juin 1964 - Nommé le 7 Août 1964.
- Chef de Service de la Clinique de Psychiatrie et de Psychologie Médicale du C.H.U. de Nice depuis le 1er Octobre 1974.
- Président de la Commission Médicale d'Etablissement depuis Décembre 1979.

11. 10. 93

P. G. DARCOURT

CONFIDENTIAL
AZ/SER 0051184

B134

Study 5077IL 0012
Centre 31

TRIAL 5077IL/0012
CENTRE 31
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME : PR MICHEL PATRIS

---

QUALIFICATIONS :

- M.D.
- PSYCHIATRIST
- PROFESSOR OF PSYCHIATRY (ADULTS) : 1982

---

PRESENT APPOINTMENT AND ADDRESS :

CONSULTANT PHYSICIAN
PSYCHIATRY DEPT 2
HÔPITAL CENTRAL
1, PLACE DE L'HÔPITAL
BP 426
67091 STRASBOURG

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR REGISTRAR (1971-1977)
- ASSISTANT (1977-1982)
- CONSULTANT PHYSICIAN IN STRASBOURG FROM 1984.

CONFIDENTIAL
AZ/SER 0051185

B135

CENTRE 31
PATIENT
CATEGORY 0.01

# CURRICULUM VITAE

**PATRIS Michel**
**Né le [redacted] 1993 à BELFORT**
**Adresse : [redacted]**
**Tél. : [redacted]**
**Marié, un fils de 18 ans**

---

- Ancien interne des Hôpitaux Universitaires de Strasbourg de 1967 à 1971.
- Chef de Clinique-Assistant des Hôpitaux en Psychiatrie aux Hôpitaux Universitaires de Strasbourg de 1971 à 1977.
- Assistant en Psychiatrie Infanto-Juvénile aux Hôpitaux Universitaires de Strasbourg de 1977 à 1982.
- Professeur des Universités en Psychiatrie Adulte aux Hôpitaux Universitaires de Strasbourg depuis octobre 1982.
- Chef de Service aux Hôpitaux Universitaires de Strasbourg (Service de Psychiatrie II) depuis novembre 1984.

---

- Expert en Psychiatrie inscrit à la Cour d'Appel de Colmar depuis 1976.
- Membre fondateur et trésorier de l'Association Européenne de Psychiatrie depuis 1984.
- Membre fondateur et Président de "LA LISIERE" depuis 1986 ("La Lisière" est une association qui gère des appartements associatifs pour malades mentaux stabilisés).
- Psychanalyste rattaché à la Convention Psychanalytique.
- Participation aux travaux de recherches :
  1. En relation avec le réseau Neurosciences : recherche sur les troubles de l'attention dans la schizophrénie.
  2. Recherche clinique dans le domaine de la Psychanalyse . Thème de recherche en 1992/93 : "Clinique des mécanismes des névroses".

Fait à Strasbourg, le 22/06/93

**Professeur M. PATRIS**

CONFIDENTIAL
AZ/SER 0051186

B136

Study 5077IL/0012
Centre 32

TRIAL 5077IL/0012
CENTRE 32
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME : DR PHILIPPE BERN

QUALIFICATIONS :

- M.D.
- PSYCHIATRIST (1972)

PRESENT APPOINTMENT AND ADDRESS :

CONSULTANT PHYSICIAN
PSYCHIATRY DEPT 1
HOPITAL HOTEL DIEU
71018 MACON CEDEX

PREVIOUS APPOINTMENTS / EXPERIENCE:

ASSISTANT (CHS. LE VINATIER – LYON).

CONFIDENTIAL
AZ/SER 0051187

B137

TRIAL 5077IL/0112
CENTRE 32
PATIENT
CATEGORY C01

132

**CURRICULUM VITAE ABREGE**

**NOM :** Dr Philippe Bern

**QUALIFICATION :** C.E.S Psychiatrie (1972)

**FONCTIONS OCCUPEES ACTUELLEMENT :**
Chef de Service et de Secteur au Centre Hospitalier de Macon - (Département Psy I).

**FONCTIONS OCCUPEES PRECEDEMMENT :**
Ancien assistant des hôpitaux du Vinatier (Lyon)

**RESUME DES PRINCIPAUX TRAVAUX :**
Imagerie et Folie (1972)
Psychasthénie (1972)

Date : 16.08 1995

Signature : [signature]

CONFIDENTIAL
AZ/SER 0051188

B138

Study 5077IL/0012
Centre 33

TRIAL 5077IL/0012
CENTRE 33
PATIENT
CATEGORY C01

**_CURRICULUM VITAE_**
_(translation from french)_

NAME: DR JEAN-MICHEL AZORIN

QUALIFICATIONS:

- M.D. (1980)
- PSYCHIATRIST (1981)
- PROFESSOR OF PSYCHIATRY (1990)
- M.Sc

PRESENT APPOINTMENT AND ADDRESS:

CONSULTANT PHYSICIAN (CLINIC OF PSYCHIATRY)
C.H.U LA TIMONE
RUE SAINT-PIERRE
13385 MARSEILLE CEDEX 4

PREVIOUS APPOINTMENTS / EXPERIENCE:

- ASSISTANT (1980)
-

CONFIDENTIAL
AZ/SER 0051189

B139

TRIAL 5077IL/0012
CENTRE 33
PATIENT
CATEGORY C01

Docteur Jean-Michel AZORIN

Professeur de Psychiatrie, Clinique de Psychiatie CHU Timone
Rue Saint Pierre 13385 Marseille cédex 5

CURRICULUM VITAE

# TITRES ET TRAVAUX SCIENTIFIQUES

le 21 Mars 94.

CONFIDENTIAL
AZ/SER 0051190

B140

# I.- TITRES ET FONCTIONS

CONFIDENTIAL
AZ/SER 0051191

B141

**Docteur Jean-Michel AZORIN**
né le [redacted] 1951

# A.- TITRES

## A.1.- TITRES UNIVERSITAIRES

* Lauréat du 1er Prix de Philosophie, Concours Général, Paris 1969.
* Moniteur de Clinique psychiatrique de 1976 à 1980.
* Docteur en Médecine - Thèse, Marseille 1980 - Prix de thèse.
* Chef de Clinique des Universités en Psychiatrie d'Adultes du 1.10.80 au 30.9.84
* Certificat d'Etudes Spéciales de Psychiatrie, Marseille 1981.
* Chargé de Cours à l'Université de Provence, Aix-Marseille I, Psychologie depuis le 1.10.1981.
* Assistant des Universités en Pharmacologie Clinique, depuis le 1.10.84.
* Diplôme d'Université de Neuropsychopharmacologie fondamentale et clinique, Marseille 1984.
* Certificat d'Etudes Spéciales de Pharmacologie Générale, Marseille, 1985.
* Diplôme d'Etudes Approfondies en Neurosciences, Marseille 1986.
* Professeur des Universités ( Psychiatrie Adultes), Paris 1990

## A.2.- TITRES HOSPITALIERS

* Interne en Médecine des Hôpitaux de Marseille. Concours 1975.
* Médaille d'Or des Hôpitaux de Marseille. Concours 1979.
* Assistant des Hôpitaux en Psychiatrie d'Adultes, Marseille, depuis le 1.10.80.
* Inscrit sur la liste d'aptitude nationale aux fonctions de psychiatre chef de service ou de secteur à plein temps. Paris 1984.
* Praticien Hospitalier en Psychiatrie d'Adultes, Paris. Concours 1989-90 (reçu 1er)

CONFIDENTIAL
AZ/SER 0051192

B142

**A.3.- TITRES SCIENTIFIQUES**

* Membre de l'Association des Lauréats du Concours Général, Paris 1969.
* Membre de la Société de Psychiatrie de Marseille et du Sud-Est Méditerranéen, Marseille 1980.
* Membre titulaire de l'Association dite Congrès de Psychiatrie et de Neurologie de Langue Française, Paris 1981.
* Membre de l'Association Française de Psychiatrie, Paris 1981.
* Membre de la Société Franco-Japonaise de Médecine, Paris 1984.
* Membre Correspondant de l'Evolution Psychiatrique, Paris 1984.
* Membre de l'Association Européenne de Psychiatrie, Strasbourg 1984.
* Membre Correspondant de la Société de Psychologie Médicale de Langue Française, Paris 1985.
* Membre du Club des Neurosciences de Marseille, Marseille 1987.
* Membre de l'Association Française de Psychiatrie Biologique, Paris 1987
* Membre de la Société Française de Neurosciences, Paris 1988.
* Membre de l'Association pour la Méthodologie de la Recherche en Psychiatrie, Paris 1988
* Membre du Bureau Scientifique du Groupe National d'Etudes et Réflexions sur les Psychoses (Prisme), Paris 1989.
* Membre du Collège Européen de Neuropharmacologie, Göteborg 1989.

**A.4.- DIVERS**

* Secrétaire de la Commission Régionale d'Enseignement de Psychiatrie de Marseille, Marseille 1980-82.
* Membre de l'Association dite "Vie Nouvelle" pour la réinsertion des malades mentaux, Marseille 1982.
* Trésorier du Groupe d'Etudes de Psychopharmacologie Clinique (GEPC) Marseille 1984-86.
* Membre du Collège Synapse, Paris 1988.
* Membre du Comité de Rédaction de la revue Psychologie Médicale, Paris 1989.

CONFIDENTIAL
AZ/SER 0051193

From Day 14 onwards, the confidence interval for the difference between the SEROQUEL 450 mg (bid) group and the SEROQUEL 50 mg (bid) group did not contain zero, indicating a difference between groups. At Days 14 and 21 the confidence interval was within 6 units, which was predefined as the limit for a clinically meaningful difference. From Day 28 onwards the confidence interval was outside 6 units, indicating a clinically meaningful difference between these treatment groups.

At Days 35 and 42 the confidence interval for the difference between the SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) groups contained zero but exceeded 6 units, which was predefined as the minimum limit for a clinically meaningful difference.

There was no statistically significant difference between the two SEROQUEL 450 mg groups at any study day, although the difference between them was marginally statistically significant at Day 7, with a greater improvement in the SEROQUEL 450 mg (bid) group. The 95% confidence interval for the difference between least square means for these two groups at Day 42 was less than 6 units, indicating no clinically meaningful difference between the two groups.

In summary, SEROQUEL 450 mg (bid) was consistently associated with greater reduction in BPRS total score than SEROQUEL 50 mg (bid). SEROQUEL 450 mg (tid) was associated with a statistically significant greater reduction than SEROQUEL 50 mg (bid) at the final evaluation only. There was no clinically or statistically significant difference between the two SEROQUEL 450 mg treatment regimes.

These results support the conclusion that SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) were more effective than SEROQUEL 50 mg (bid) in the treatment of acute exacerbation of chronic or subchronic schizophrenia. SEROQUEL 450 mg (bid) was at least as effective as 450 mg (tid).

**(b) Analysis of observed data**

Tables 9a and 9b summarise the results of the analysis of covariance of the change from baseline in BPRS total score for observed data.

**TABLE 9a Analysis of covariance of change from baseline in BPRS total score (observed data)**

| | SEROQUEL 450 mg (bid) | | | | SEROQUEL 450 mg (tid) | | | | SEROQUEL 50 mg (bid) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | n | BL mean | LS mean change | (SE) | n | BL mean | LS mean change | (SE) | n | BL mean | LS mean change | (SE) |
| 7 | 195 | 42.1 | -4.1 | (0.7) | 203 | 42.8 | -2.4 | (0.7) | 197 | 41.7 | -2.3 | (0.7) |
| 14# | 180 | 42.2 | -8.1 | (0.9) | 177 | 42.5 | -6.6 | (0.9) | 174 | 41.3 | -5.6 | (0.9) |
| 21 | 141 | 42.3 | -13.2 | (1.1) | 145 | 42.4 | -12.2 | (1.0) | 134 | 41.1 | -10.5 | (1.1) |
| 28# | 121 | 42.3 | -16.7 | (1.1) | 133 | 42.2 | -14.7 | (1.1) | 117 | 40.5 | -13.3 | (1.2) |
| 35 | 108 | 42.2 | -19.3 | (1.2) | 122 | 42.5 | -18.4 | (1.1) | 100 | 41.0 | -16.5 | (1.3) |
| 42# | 103 | 42.2 | -21.2 | (1.3) | 114 | 42.4 | -19.6 | (1.2) | 94 | 40.7 | -17.2 | (1.3) |

n = number of patients who provided data for analysis
BL = baseline
LS mean change = least squares mean change from baseline
# statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) ($p \leq 0.05$)

CONFIDENTIAL
AZ/SER 0050537

B143

Study 5077IL/0012
Centre 35

TRIAL 5077IL/0012
CENTRE 35
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR JEAN TIGNOL

QUALIFICATIONS:
- M.D. (1966)
- PSYCHIATRIST (1973)
- PROFESSOR OF PSYCHIATRY

PRESENT APPOINTMENT AND ADDRESS:

CONSULTANT PHYSICIAN
CHS. CHARLES PERRENS
121 RUE DE LA BECHADE
33076 BORDEAUX CEDEX

PREVIOUS APPOINTMENTS / EXPERIENCE:
- SENIOR HOUSE OFFICER (1966)
- CONSULTANT PHYSICIAN IN CH.S CHARLES PERRENS FROM 1981

CONFIDENTIAL
AZ/SER 0051194

B144

<u>**CURRICULUM VITAE**</u>

**Nom et Prénom** : TIGNOL Jean
**Date et lieu de naissance** : [redacted] 1942 à Lavelanet (Ariège)
**Situation de famille** : marié, deux enfants

**Titres universitaires**
- Diplômé de Médecine Tropicale (Bordeaux 13 décembre 1966)
- Docteur en médecine (Bordeaux 23 décembre 1966)
- Certificat de psycho-physiologie (C 3, Professeur CARDO), Université de Bordeaux I (1971)
- Licence es lettres (psychologie). Université de Bordeaux II (1972)
- Equivalence du certificat d'études spéciales de neuro-psychiatrie (arrêté ministériel du 12 mai 1973)
- Attaché chef de clinique. U.E.R des Sciences Médicales II Neurologie. Service du Professeur JULIEN (1971-1972)
- Chef de clinique-assistant. U.E.R des Sciences Médicales I Neurologie. Service du Professeur LOISEAU (1972-1974)
- Chef de clinique-assistant. U.E.R de Psychiatrie. Service du Professeur BLANC (1974-1979)
- Maître de Conférences Agrégé de psychiatrie d'adultes (1er octobre 1979)
- Professeur de psychiatrie d'adultes (1985)
- Directeur du Centre de Formation de Psychomotriciens de l'Université de Bordeaux II (1983)
- Coordonnateur du D.E.S (et du D.I.S) de Psychiatrie de l'Université de Bordeaux II (1988)
- Membre du Conseil d'Administration de l'U.F.R de Santé Publique de l'Université de Bordeaux II (1989)
- Membre du Conseil National des Universités (1992)

**Titres hospitaliers**
- Externe des Hôpitaux de Bordeaux, nommé sur concours (1er janvier 1963)
- Interne des Hôpitaux de Bordeaux, major de la promotion 1966
- Psychiatre des Hôpitaux, chef de service délégué au C.H.S Charles Perrens (octobre 1981)
- Chef de service du C.H.R de Bordeaux, délégué au C.H.S Charles Perrens (juillet 1982)

**Titres militaires**
- Ancien élève de l'Ecole Principale du Service de Santé de la Marine. Sorti major de la promotion 1961
- Médecin lieutenant des troupes de marine (1er décembre 1966)
- Médecin des Armées (1969). Cadre de réserve (1979)

CONFIDENTIAL
AZ/SER 0051195

B145

**Autres titres**
- Expert clinicien en neuro-psychiatrie (Arrêté Ministériel du 13 octobre 1983)
- Président du Conseil d'Administration du C.A.P.C-Musée d'Art Contemporain de Bordeaux (1974)
- Membre du Conseil d'Administration de l'Association Rénovation (1986)
- Membre de la Commission Nationale des Stupéfiants et Psychotropes (1991)

**Travaux scientifiques**
portant notamment sur les complications des neuroleptiques, en particulier le syndrome malin des neuroleptiques et les dyskinésies tardives, l'emploi des médicaments antiparkinsoniens et leurs propriétés psychotropes, les dépressions, les thymo-analeptiques, l'électro-convulsivothérapie, les troubles anxieux et leur traitement. Les problèmes psychiatriques en médecine et en chirurgie, en particulier les problèmes psychologiques résultant des techniques médicales hyper-spécialisées. Les problèmes de sexualité masculine, stérilité, insémination artificielle. Les toxicomanies, l'épidémiologique psychiatrique : plus de 100 publications.

Contrats de recherche avec l'Universitéde Bordeaux II, le Ministère de la Santé, l'Industrie pharmaceutique.

Membre d'un réseau de recherche INSERM (PAQUID) et d'un réseau de recherche universitaire (évaluation des soins).

**Sociétés**
- Membre du Conseil d'Administration de la Société de Psychiatrie d'Aquitaine (1984)
- Membre titulaire de la Société Médico-Psychologique (1987)
- Membre titulaire de la Société de Psychologie Médicale de Langue Française (1987)
- Membre titulaire de la Société Française de Psychiatrie Biologique (1986)
- Membre fondateur du F.U.A.G (1988)
- Membre du Conseil Scientifique et du Conseil d'Administration du Groupe Français d'Epidémiologie Psychiatrique (1988)
- Secrétaire général de la Société de Psychogériatrie de Langue Française (1989)
- Président de la Société de Psychologie Médicale du Sud-Ouest (1989)
- Membre du Conseil d'Administration de la Société d'Andrologie de Langue Française (1991)

Bordeaux le 30.6.93

Pr. J. TIGNOL

CONFIDENTIAL
AZ/SER 0051196

B146

Ces dernières années nous avons participé régulièrement à des études cliniques concernant des nouvelles molécules antipsychotiques.

I. - **REMOXIPRIDE**

- en double aveugle contre **halopéridol** dans la schizophrénie aigue de patients avant 65 ans,
- en double aveugle contre **thioridazine** dans la schizophrénie chez des patients âgés (plus de 65 ans),
- en ouvert et à long cours dans la stabilisation de la schizophrénie.

II. - **ZACOPRIDE**

- en add-on dans des épisodes aigus de schizophrénies chroniques.

III. - **OLANZAPINE**

- en double aveugle dans des épisodes aigus de schizophrénies chroniques.

IV. - **AMISULPRIDE**

- actuellement, contre **halopéridol** dans la prévention des rechutes de la schizophrénie chronique.

Professeur J. TIGNOL
CENTRE CARREIRE
121, rue de la Béchade
33076 BORDEAUX CEDEX
Tél : 56.56.34.53

CONFIDENTIAL
AZ/SER 0051197

B147

Study 5077IL/0012
Centre 34

TRIAL 5077IL/0012
CENTRE 34
PATIENT
CATEGORY C01

# CURRICULUM VITAE
*(translation from french)*

*NAME*: DR FRANÇOIS LUCIEN RAYMOND RUYER

---

*QUALIFICATIONS*:

- M.D. (1984)
- PSYCHIATRIST (1980)

---

*PRESENT APPOINTMENT AND ADDRESS*:

ASSISTANT
(DR MORVAN'S DEPARTMENT)
C.H.S. D'EVREUX
62, RUE DE CONCHES
27022 EVREUX CEDEX

---

*PREVIOUS APPOINTMENTS / EXPERIENCE*:

- SENIOR HOUSE OFFICER
- "ATTACHÉ" HÔPITAL SAINTE-ANNE (PARIS)
- ASSISTANT PSYCHIATRIST IN EVREUX FROM 1992

CONFIDENTIAL
AZ/SER 0051198

B148

## CURRICULUM VITAE

**RUYER François Lucien Raymond**
Né le ████████ 1955 à Colmar (Haut-Rhin)
Nationalité française
Marié, 2 enfants

Tél. : ████████████

**Concours National de Praticien Hospitalier Temps Plein en 1991, rang 22ème**

### DIPLOMES

**Doctorat en médecine**
Université Paris VII, Faculté Xavier Bichat 1984

**Certificat d'études spécialisées en psychiatrie**
Université Paris VII, Faculté Xavier Bichat 1990

### TITRES

- Ancien Interne des Hôpitaux Psychiatriques, région Ile de France

- Médecin Attaché en Premier à l'Hôpital Sainte-Anne, Paris

- Psychiatre des Hopitaux

### TRAVAUX

- Apport de la tomodensitométrie cérébrale dans l'anorexie mentale
Thèse pour le Doctorat en médecine, Université Paris VII, Faculté Xavier Bichat 1984

- Conception récente sur les dépressions chroniques : nosologie, psychobiologie thérapeutique.
Mémoire pour le CES de psychiatrie, Université Paris VII, Faculté Xavier Bichat 1990

150

CONFIDENTIAL
AZ/SER 0051199

B149

TRIAL 5077IL/0012
CENTRE 34
PATIENT
CATEGORY C01

DENIKER P., SUSINI J-R., RUYER F., FREDY D.
Apport de la tomodensitométrie cérébrale dans l'anorexie mentale
Encéphale 1986 ; XII : 63-70

DEMONTAUZAN-RIVIERRE I., RUYER F., MEDER J-F., RAFFAITIN F., SUSINI J-P., FREDY D.
Intérêt du scanner en psychiatrie
Encyclopédie médico-chirurgicale, psychiatrie, 37160 A10, 9-86, 6p.

**FONCTIONS HOSPITALIERES**

**Interne des Hôpitaux Psychiatriques :**

- Service du Docteur SANCHEZ, Centre Hospitalier de Beaumont sur Oise du 1er avril au 30 septembre 1980. 6 mois
- Service du Docteur GILLET, Centre Hospitalier Spécialisé de Saint-Claude, Guadeloupe (AideTechnique du Service National). } SM
- Service du Docteur OLIVENSTEIN, Centre Médical Marmottan du 1er avril 82 au 31 mars 83.
- Service du Professeur DENIKER, Centre Hospitalier Sainte-Anne du 1er avril 83 au 31 mars 85. (2 ans
- Service du Docteur DIGO, CHS de Ville Evrard, Neuilly sur Marne du 1er avril 85 au 4 juin 86. 1 an
- Service du Docteur BOUQUET, CHS Maison Blanche, Neuilly sur Marne du 5 mai 86 au 31 mai 87. 1 an

**Psychiatre Attaché de Consultation**

Service du Professeur DENIKER, Centre Hospitalier Sainte-Anne puis du Professeur LOO du 1er avril 85 à ce jour.

**Praticien Hospitalier à titre provisoire**

Service du Docteur ARCHAMBAULT, Centre Hospitalier Spécialisé de Prémontré du 9 juin 87 au 30 septembre 89.

Service du Docteur ROSENKRANZ, Centre Hospitalier Spécialisé de Prémontré du 1er octobre 89 au 30 septembre 90.

Centre Régional d'Alcoologie de Picardie (Docteur ARCHAMBAULT) du 1er octobre 90 à ~~ce jour~~.

Praticien Hospitalier Titulaire
Service du Dr MONVAL depuis le 17 Avril 199

CONFIDENTIAL
AZ/SER 0051200

B150

Study 5077IL/0012
Centre 36

**CURRICULUM VITAE**
*(translation from french)*

NAME : DR MICHEL-PIERRE MARIE-CARDINE

QUALIFICATIONS :

- M.D
- PSYCHIATRIST
- PROFESSOR OF MEDICINE

PRESENT APPOINTMENT AND ADDRESS :

CONSULTANT PHYSICIAN
C.H.S LE VINATIER
95 BOULEVARD PINEL
69677 BRON Cedex

PREVIOUS APPOINTMENTS / EXPERIENCE:

CONFIDENTIAL
AZ/SER 0051201

B151

S077IL/0012
156

TRIAL 5077IL/0012
CENTRE 36
PATIENT
CATEGORY C01

# CURRICULUM VITAE ABREGE

**NOM :** MARIE-CARDINE Michel-Pierre

**QUALIFICATION :** Psychiatre des H^opitaux,Professeur des Universités

Expert en Psychopharmacologie (Ministère de la santé,1983-1987-1992)
Membre fondateur du F.U.A.G. Groupe Français d'Etude des Antidépresseurs (Pdt,Pr.L. COLONNA) .

Directeur de l'Enseignement de la Psychiatrie dans les trois cycles des Etudes Médicales de la Faculté de Médecine A. CARREL, UCB LYON I .
Ancien Directeur du C.E.S. de Psychiatrie (1981-1992) .

**FONCTIONS OCCUPEES ACTUELLEMENT :**

-- Chef de service et de Ecteur Psychitrique (service Hospitalier de 150 lits et places)
--Directeur de l'Enseignement de la Psychiatrie dans les trois cycles des Etudes Médicales de la Faculté de Médecine A. CARREL (Université Claude Bernard,LYON I ) .
-- Directeur du C.E.S. de Psychophysiologie ( C2-MSBM-Maîtrise des Sciences Biologiques et Médicale ) .
--Directeur du Diplôme Universitaire de Psychologie Médicale .
--Président de la Commission Pédagogique de la Faculté de Médecine A. CARREL
--Mnebre du Conseil de la même Faculté

**FONCTIONS OCCUPEES PRECEDEMMENT :**

Déjà énumérées ci-dessus ( notamment Expert en Psychopharmacologie et directeur du Certificat d'Etudes Spéciales- C.E.S. - de Psychiatrie, Université Claude Bernard,Lyon I de 1981 à 1992-

-Membre actif du C.L.R.T.P. ( Comité Lyonnais de Recherche en Thérapeutique Psychiatrique) (toujours en cours actuellement ) .

**RESUME DES PRINCIPAUX TRAVAUX :**

--Participation ou Coordination régionale ou nationale de nombreuses expertises médicamenteuses ( notamment participation à toutes les expertises du VIVALAN - Laboratoires ICI-Pharma ) -
-- Recherche Clinique en Spectroscopie par RMN -
--Travaux de Recherche en Epidémiologie psychiatrique ( Dans le cadre du Groupe Français)
--Travaux de recherche sur l'Evaluation des Psychothérapies ( avec P. GERIN-A. DAZORD-INSERM)
--Travaux de recherche sur la réhabilitation sociale des schizophrènes et sur les psychothérapies Cognitives des psychoses ( avec O. CHAMBON-OUvrages publiés ou en cours de publication )
--Travaux de recherche pédagogique .

Date : 9.VII-93

Signature :

Professeur Agrégé M. MARIE-CARDINE

CONFIDENTIAL
AZ/SER 0051202

B152

Study 5077IL/0012
Centre 37

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR Alain BRACONNIER

---

QUALIFICATIONS:

- M.D.
- PSYCHIATRIST

---

PRESENT APPOINTMENT AND ADDRESS:

- CONSULTANT PHYSICIAN
CHS "L'Eau Vive"
6 AVENUE CHARLES DE GAULLE
91450 SOISY SUR SEINE

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR REGISTRAR

CONFIDENTIAL
AZ/SER 0051203

**TABLE 9b Differences between treatment groups in least squares mean change from baseline in BPRS total score, and 95% confidence limits for the differences (observed data)**

| Study day and comparison | | Difference between treatment groups | 95% confidence limits Lower | Upper | p-value |
|---|---|---|---|---|---|
| 7 | 450 (bid) v 50 (bid) | -1.77 | -3.74 | 0.20 | 0.08 |
| | 450 (tid) v 50 (bid) | -0.05 | -2.00 | 1.90 | 0.96 |
| | 450 (bid) v 450 (tid) | -1.72 | -3.67 | 0.23 | 0.08 |
| 14 | 450 (bid) v 50 (bid) | -2.49 | -4.98 | -0.01 | 0.05 |
| | 450 (tid) v 50 (bid) | -0.95 | -3.44 | 1.55 | 0.46 |
| | 450 (bid) v 450 (tid) | -1.55 | -4.02 | 0.92 | 0.22 |
| 21 | 450 (bid) v 50 (bid) | -2.64 | -5.56 | 0.28 | 0.08 |
| | 450 (tid) v 50 (bid) | -1.73 | -4.63 | 1.18 | 0.24 |
| | 450 (bid) v 450 (tid) | -0.91 | -3.77 | 1.94 | 0.53 |
| 28 | 450 (bid) v 50 (bid) | -3.37 | -6.45 | -0.29 | 0.03 |
| | 450 (tid) v 50 (bid) | -1.38 | -4.40 | 1.63 | 0.37 |
| | 450 (bid) v 450 (tid) | -1.99 | -4.96 | 0.99 | 0.19 |
| 35 | 450 (bid) v 50 (bid) | -2.80 | -6.12 | 0.52 | 0.10 |
| | 450 (tid) v 50 (bid) | -1.84 | -5.09 | 1.40 | 0.27 |
| | 450 (bid) v 450 (tid) | -0.96 | -4.13 | 2.20 | 0.55 |
| 42 | 450 (bid) v 50 (bid) | -3.93 | -7.43 | -0.44 | 0.03 |
| | 450 (tid) v 50 (bid) | -2.41 | -5.83 | 1.02 | 0.17 |
| | 450 (bid) v 450 (tid) | -1.53 | -4.86 | 1.80 | 0.37 |

450 (bid) = SEROQUEL 450 mg (bid)
450 (tid) = SEROQUEL 450 mg (tid)
50 (bid) = SEROQUEL 50 mg (bid)

At Day 42, the mean reduction from baseline in BPRS total score in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group (p=0.03). There were no statistically significant differences between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group, nor between the two SEROQUEL 450 mg groups at this time.

At previous study days, mean changes from baseline in BPRS total score in the SEROQUEL 450 mg (bid) group were statistically significantly greater than those in the SEROQUEL 50 mg (bid) group at Days 14 and 28 and were marginally statistically significantly greater at Days 7, 21 and 35. There was no statistically significant difference between SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) at any time. Mean changes from baseline in the SEROQUEL

CONFIDENTIAL
AZ/SER 0050538

B153

# CURRICULUM VITAE ABREGE

**NOM :** BRACONNIER Alain

**QUALIFICATION :**

Psychiatre des Hôpitaux

**FONCTIONS OCCUPEES ACTUELLEMENT :**

Médecin Chef de Service
C.H.S "L'eau Vive" - 6 avenue Charles de Gaulle
91450 Soisy sur SEINE

**FONCTIONS OCCUPEES PRECEDEMMENT :**

Chef de clinique

**RESUME DES PRINCIPAUX TRAVAUX :**

- PSYCHOPATHOLOGIE DE L'ADOLESCENT. A. BRACONNIER, D. MARCELLI MASSON, Paris, 1983
- LES ADIEUX A L'ENFANCE. A. BRACONNIER. CALMANN LEVY. Paris, 1989

**Date :** 2 juillet 1993

**Signature :**

CONFIDENTIAL
AZ/SER 0051204

B154

Study 5077IL/0012
Centre 38

TRIAL 5077IL/0012
CENTRE 38
PATIENT
CATEGORY C01

***CURRICULUM VITAE***
*(translation from french)*

NAME: DR CHRISTIAN GAUSSARES

QUALIFICATIONS:

- M.D (1983)
- PSYCHIATRIST (1984)

PRESENT APPOINTMENT AND ADDRESS:

CONSULTANT PHYSICIAN
SECTEUR G 09
C.H.S. CHARLES PERRENS
121, RUE DE LA BECHADE
33076 BORDEAUX CEDEX

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR HOUSE OFFICER (1981-1983)
- SENIOR REGISTRAR
- CONSULTANT PHYSICIAN FROM 1991 (CHS C.PERRENS)

CONFIDENTIAL
AZ/SER 0051205

B155

**CURRICULUM VITAE**

- Docteur Christian GAUSSARES
- Né le ██████.1953 à Bordeaux (82) - Nationalité : Française

---------

## I - TITRES

- Docteur en Médecine, Faculté Bordeaux II, Septembre 1983.
- Internat des Hôpitaux Psychiatriques de la région Aquitaine, Octobre 1981.
- Certificat d'Etudes Spécialisées de Psychiatrie, 1984. Stages validés (cf. dossier UER joint).
- Praticien Hospitalier, Décembre 1985.
- Licence Ethnologie (maîtrise en cours), 1981.

## II - FONCTIONS

- Interne, 1980-81, Service Universitaire Pr. BLANC.
- Interne au CHS de Libourne, 1981-Octobre 1983.
- Octobre 1983-Mars 1986, Faisant-Fonction de Praticien Hospitalier à Libourne. Responsable de l'unité d'orientation et d'accueil de l'Hôpital.
- Mars 1986, Faisant-Fonction de Praticien Hospitalier, Service du Pr. TIGNOL à Bordeaux. Responsable de l'unité de psychogérontologie.
- Août 1986-Décembre 1986, Praticien Hospitalier à l'Unité Malades Difficiles de Cadillac.
- 1991, création de l'unité de crise départementale au CHS de Cadillac dont nous sommes à l'origine, unité unique en France, seule à notre connaissance à fonctionner sur ce mode.
- Octobre 1991, Chef de Service, Secteur G09, Hôpital Charles Perrens à Bordeaux.

23/06/53
Docteur Christian GAUSSARES
Psychiatre des Hôpitaux
C.H. Charles Perrens
BORDEAUX
N° ADELI 331065094

CONFIDENTIAL
AZ/SER 0051206

B156

Study 5077IL/0012
Centre 39

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR DAUMER J.

QUALIFICATIONS:

- M.D. (1975)

PRESENT APPOINTMENT AND ADDRESS:

CONSULTANT PHYSICIAN
C.H.S CHARCOT
BP 47
56854 CAUDAN

PREVIOUS APPOINTMENTS / EXPERIENCE:

- FULLTIME "ATTACHE" : 1976
- ASSISTANT : 1977 and 1977
- CONSULTANT PHYSICIAN in CAUDAN FROM 1984

CONFIDENTIAL
AZ/SER 0051207

B157

# CURRICULUM VITAE

**Docteur J. DAUMER**

***né le : [redacted] 1948 à BREST***

159

CONFIDENTIAL
AZ/SER 0051208

B158

TRIAL 5077IL/0012
CENTRE 39
PATIENT
CATEGORY C01

## I - TITRES UNIVERSITAIRES :

- Docteur en Médecine, BREST *(1975)*
- Certificat d'Etudes Spéciales de Psychiatrie, BREST *(1980)*

## II - TITRES HOSPITALIERS :

- Ancien Interne des Hôpitaux Psychiatriques de Bretagne *(1973)*
- Ancien Attaché temps-plein au C.H.U. de BREST *(1976)*
- Assistant titulaire de Psychiatrie à MORLAIX *(1977)*
- Adjoint titulaire en Psychiatrie à MORLAIX *(1980)*
- Médecin-Chef de Service titulaire, en Psychiatrie, au C.H.S. Charcot à CAUDAN depuis le *1er janvier 1984.*

## III - AUTRES ACTIVITES :

- Qualification en Electroencéphalographie : Activité continue depuis *1977.*
- Responsable médical du Laboratoire d'Electroencéphalographie du C.H.S. Charcot à CAUDAN, depuis *1985.*

CONFIDENTIAL
AZ/SER 0051209

B159

TRIAL 5077IL/0012
CENTRE 39
PATIENT
CATEGORY C01

- Enseignement de la Psychiatrie, dans le cadre :

  . du CES de Psychiatrie,
  . des Ecoles d'Infirmières,
  . des Ecoles d'Educateurs Spécialisés,
  . des Ecoles d'Assistantes Sociales,

depuis *1973*

- Membre de plusieurs Sociétés Scientifiques, dont :

  . L'Association Française de Psychiatrie
  . L'Association des Psychiatres de Service Public
  . La Société Française de Neuro-Physiologie clinique et électroencéphalographique.

- Rédaction d'une quarantaine de publications et rapports édités dans les revues de la spécialité.

## IV - LISTES D'EXPERTS :

- Expert en Psychiatrie près la Cour d'Appel de RENNES, par décision de l'Assemblée Générale de la Cour d'Appel, du *13 février 1981*.

- Expert clinicien en Neuro-Psychiatrie, auprès du Service Central de la Pharmacie et du Médicament du Ministère de la Santé *(Arrêté Ministériel du 11 septembre 1981, renouvelé le 11 décembre 1986)*.

- Expert Psychiatre auprès du Comité Médical départemental et de la Commission de Réforme *(depuis 1977)*.

- Expert Psychiatre sur la liste habilitée par Monsieur le Procureur de la République, en vertu de l'Article 493-1 du Code Civil *(1977)*.

- Expert susceptible d'être désigné par Monsieur le Préfet du Morbihan, pour autoriser le main-levée des hospitalisations d'office intervenues en application de l'Article L-348 du Code la Santé Publique, liste établie par Monsieur le Procureur de la République *(13 février 1991)*.

- Expert près la Commission du Permis de Conduire à la Sous-Préfecture de LORIENT *(depuis 1984)*.

Caudan le 4 octobre 1993

CONFIDENTIAL
AZ/SER 0051210

B160

Study 5077IL/0012
Centre 40

TRIAL 5077IL/0012
CENTRE 40
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR GÉRARD CLERC

---

QUALIFICATIONS:

- M.D.
- PSYCHIATRIST

---

PRESENT APPOINTMENT AND ADDRESS:

CONSULTANT PHYSICIAN
CHS de PONTORSON
50170 PONTORSON

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

PARTICIPATED IN MANY CLINICAL TRIALS.

CONFIDENTIAL
AZ/SER 0051211

B161

## CURRICULUM VITAE ABREGE

**NOM :** Dr CLERC Gérard

**QUALIFICATION :** Psychiatre
Chef de Service.
Centre hospitalier
50170 PONTORSON

**FONCTIONS OCCUPEES ACTUELLEMENT :**

Chef de Service de Psychiatrie

**FONCTIONS OCCUPEES PRECEDEMMENT :**

Chef de Service de Psychiatrie.

**RESUME DES PRINCIPAUX TRAVAUX :**

Participation à de nombreuses études. Cost faite

Date : 1/07/93

Signature :

CONFIDENTIAL
AZ/SER 0051212

B162

Study 5077 IL/0012
Centre 41

TRIAL 5077IL/0012
CENTRE 41
PATIENT
CATEGORY C01

## CURRICULUM VITAE
*(translation from french)*

NAME: DR J.P. CHABANNES

---

QUALIFICATIONS:

- M.D. (1981)
- PSYCHIATRIST

---

PRESENT APPOINTMENT AND ADDRESS:

ASSISTANT (FULL TIME)
CHS de BASSENS
BP 1126
73011 CHAMBERY Cedex

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR HOUSE OFFICER (PSYCHIATRY, 1979_1981)
- ASSISTANT
- SENIOR REGISTRAR

---

CONFIDENTIAL
AZ/SER 0051213

450 mg (bid) group were marginally significantly greater than those in the SEROQUEL 450 mg (tid) group at Day 7 only.

At Days 14, 28, 35 and 42, the confidence interval for the difference between the SEROQUEL 450 mg (bid) group and the SEROQUEL 50 mg (bid) group either did not contain zero, indicating a difference between the two groups or exceeded 6 units, indicating a clinically meaningful difference. At all study days the confidence intervals for the difference between the SEROQUEL 450 mg (tid) group and each of the other two groups contained zero and were within 6 units, indicating no statistically significant or clinically meaningful differences between these groups.

These results suggest that SEROQUEL 450 mg (bid) was more effective than SEROQUEL 50 mg (bid) in the treatment of acute exacerbation of chronic or subchronic schizophrenia, but SEROQUEL 450 mg (tid) was no more effective than SEROQUEL 50 mg (bid). There were no clinically or statistically significant differences apparent on direct comparison of the two SEROQUEL 450 mg treatment regimes.

### (c) Evaluations of assumptions of statistical analysis

Assumptions of the method of analysis of covariance were investigated. There were no statistically significant treatment-by-country or baseline-by-treatment interaction terms at any study day.

Univariate statistics for residuals from the analysis of covariance model showed statistically significant deviations from normality at Day 7 (Appendix H8.6). Since the analysis of covariance method is robust with respect to non-normality, and since Day 7 was not a primary timepoint, this was not thought to be of concern.

Homoscedasticity among the treatment groups was investigated (Appendix H8.7). F tests of equality of variance revealed no significant differences between any of the three treatment groups.

### (d) Demographic subgroups

Efficacy was also evaluated for certain demographic sub-populations. The results for age and race groups are difficult to interpret because of the small numbers of older and non-white patients in the study (67 of 596 patients evaluated for efficacy were 50 years of age or older; 30 of 596 patients were non-white). Baseline BPRS total scores were comparable for male and female patients in each of the treatment groups. The unadjusted mean changes in BPRS total score from baseline to the final study day were comparable for male and female patients in the two SEROQUEL 450 mg groups. In the SEROQUEL 50 mg (bid) group, female patients had a greater mean reduction in BPRS total score than male patients.

### (e) Investigation of other predictor variables

The effects on BPRS total score of differences among the treatment groups in age and age at first treatment were investigated. The analysis of covariance was repeated three times, once controlling for age, once controlling for age at first treatment and once controlling for both variables. Age was statistically significant in the model at Days 14, 28, 35 and 42 and marginally statistically significant at Day 21. Age at first treatment was statistically significant at all study days. When both age and age at first treatment were included in the model, age was not statistically significant at any study day, whereas age at first treatment was statistically

CONFIDENTIAL
AZ/SER 0050539

B163

CURRICULUM VITAE

Dr J.-P. CHABANNES

CONFIDENTIAL
AZ/SER 0051214

B164

5077IL/0012
141

TRIAL 5077IL/0012
CENTRE 41
PATIENT
CATEGORY (O)

# D I P L O M E S - T I T R E S

- **Etudes de Médecine** à la Faculté de Grenoble : 1971-1977

- **Certificat d'Etudes Spécialisées en Psychiatrie** : 1977-1981 Université de Grenoble.

- **Certificat d'Endocrinologie** : Enseignement suivi en auditeur libre (pas de stages) 1978 et 1979, Université A. Carrel à Lyon, Professeur **MORNEX**.

- Avant les études de Médecine débutées en 1971, **études techniques supérieures (formation d'Ingénieur) en électronique** (à l'époque erreur d'orientation, aujourd'hui un petit plus dans notre cursus).

- **Concours d'Internat en Psychiatrie** de la Région Rhône-Alpes, Lyon 1978, 27ème; également admis à Besançon 3ème la même année (pas d'autres concours présentés).

- **Concours d'Assistanat des Hôpitaux Spécialisés** : 4ème de la 1ère session de 1982. Voir à cet effet le texte plus détaillé en deuxième partie.

- Actuellement **Praticien Hospitalier à temps** plein au Centre Hospitalier Spécialisé de Bassens dans le service dont nous briguons la "Chefferie".

- **Elève du Docteur LAMBERT Pierre-A.** pour la pratique et la théorie, des **Professeurs BOUCHALAT J.** (Grenoble), **GUYOTAT J.** et **MARIE-CARDINE M.** (Lyon) pour la théorie.

- **Thèse de Médecine** : *"Essai de corrélation entre la réponse au test au TRH et les états dépressifs"*. Université de Grenoble 1981.

- **Mémoire du CES de Psychiatrie** : *"La relation mère-enfant: un chemin vers la psychose"*. Université de Grenoble.

CONFIDENTIAL
AZ/SER 0051215

B165

5077IL/0012
/41

TRIAL 5077IL/0012
CENTRE 41
PATIENT
CATEGORY C01

# F O N C T I O N S  S A N I T A I R E S
# et
# H O S P I T A L I E R E S

- Assistant Sanitaire des colonies de vacances de la ville de Grenoble: 1973-1974-1975.

- Fonction d'Interne en Centre Hospitalier Universitaire : Université de Grenoble

  . Radiodiagnostic : 1976
  . Endocrinologie : 1977

- Fonctions d'Interne en Psychiatrie en Centre Hospitalier Universitaire: Université de Grenoble : 1977

- Fonctions d'Interne en Psychiatrie au Centre Hospitalier Spécialisé de Bassens : 1978.

- Interne titulaire en Psychiatrie au Centre Hospitalier Spécialisé de Bassens : 1979-1981.

- Fonctions d'Assistant en Psychiatrie en Centre Hospitalier Spécialisé de Bassens, Service du Docteur LAMBERT Pierre-A. : 1981-1982.

- Assistant en Psychiatrie au Centre Hospitalier Spécialisé de Bassens : 1982-1985

- Praticien Hospitalier au Centre Hospitalier Spécialisé de Bassens, Service du Docteur LAMBERT Pierre-A. depuis 1985 . Actuellement au 5ème échelon.

CONFIDENTIAL
AZ/SER 0051216

B166

Study 5077IL/0012
Centre 42

TRIAL 5077IL/0012
CENTRE 42
PATIENT
CATEGORY C01

**_CURRICULUM VITAE_**
_(translation from french)_

NAME : DR GÉRARD DUBOC

---

QUALIFICATIONS :

- M.D.
- PSYCHIATRIST
- SENIOR REGISTRAR

---

PRESENT APPOINTMENT AND ADDRESS :

HEAD OF DEPARTMENT (CONSULTANT PHYSICIAN)
CHS DE NAVARRE
62, RUE DE CONCHES
27022 EVREUX Cedex

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR REGISTRAR
- CONSULTANT PHYSICIAN, IN EVREUX (FROM 1981).
- EXPERIENCE IN CLINICAL TRIALS (EPIDEMIOLOGY, PHASE II STUDY ON OLANZAPINE ...)

CONFIDENTIAL
AZ/SER 0051217

B167

centre 42

5077IL/0012
/42

TRIAL 5077IL/0012
CENTRE 42
PATIENT
CATEGORY C01

**CURRICULUM VITAE ABREGE**

**NOM :** DUBOC GÉRARD

**QUALIFICATION :** Psychiatre des hôpitaux

**FONCTIONS OCCUPEES ACTUELLEMENT :**

chef de service CHS de Navarre EVREUX depuis mai 91

**FONCTIONS OCCUPEES PRECEDEMMENT :**

praticien hospitalier au CHS de [illegible] à ROUEN Pédopsychiatrie

**RESUME DES PRINCIPAUX TRAVAUX :**

participation à l'Etude Olanzapine Phase II
etude [illegible] en pédopsychiatrie
DEA histoire – de l'EHESS Paris

Date : 08.09.94.

Signature :

CONFIDENTIAL
AZ/SER 0051218

B168

Study 5077IL/0012
Centre 43

TRIAL 5077IL/0012
CENTRE 43
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR CAROLI

QUALIFICATIONS:

- M.D.
- PSYCHIATRIST

PRESENT APPOINTMENT AND ADDRESS:

HEAD OF DEPARTMENT (CONSULTANT PHYSICIAN)
HOPITAL SAINTE-ANNE
75014 PARIS

PREVIOUS APPOINTMENTS / EXPERIENCE:

CONFIDENTIAL
AZ/SER 0051219

B169

[illegible]12 / 43

TRIAL 5077IL/0012
CENTRE 43
PATIENT
CATEGORY C01

# CURRICULUM VITAE ABREGE

**NOM :** Dr Caroli

**QUALIFICATION :**

Psychiatre des Hôpitaux

**FONCTIONS OCCUPEES ACTUELLEMENT :**

chef de service - Hôpital Ste-Anne
75014 Paris

**FONCTIONS OCCUPEES PRECEDEMMENT :**

idem

**RESUME DES PRINCIPAUX TRAVAUX :**

Date : 5-VIII-93

Signature : [signature]

CONFIDENTIAL
AZ/SER 0051220

B170

5077IL/0012 /43
TRIAL 5077IL/0012
CENTRE 43
PATIENT
CATEGORY C01

DOCTEUR FRANCOIS CAROLI

NE LE [REDACTED] 1945 A PARIS

- Ancien Externe des Hôpitaux de Paris, 1968-1969
- Ancien Interne des Hôpitaux Psychiatriques de la Seine, 1969
- Psychiatre des Hôpitaux, depuis 1975
- Responsable du Centre d'Urgence de l'hôpital Sainte-Anne, jusqu'en 1991,
- Chef de Service à l'hôpital Sainte-Anne depuis 1991
- Psychiatre du Département de Médecine Interne de l'Hôpital Cochin,
- Coordinateur médical du Centre Minkowska
- Chargé de cours complémentaires : sémiologie et nosographie psychiatrique,
- Chargé de l'enseignement de la législation pour le DES de psychiatrie,
- Responsable du séminaire sur les urgences en psychiatrie de la Faculté de Médecine de Cochin,
- Auteur de 171 articles et de 5 ouvrages,
- Ancien rédacteur en chef de la revue Synapse,
- Rédacteur en chef de la Revue Nervure,
- Président de l'Association ANCRE-PSY, Association Nationale pour la Clinique, la Recherche et l'Enseignement en Psychiatrie,
- Membre du Comité d'Ethique des Hôpitaux Cochin, Sainte-Anne et Saint-Vincent-de-Paul jusqu'en 1991
- Vice Président de la C.M.E. de l'Hôpital Sainte-Anne
- Membre du Comité Médical Supérieur (Direction Générale de la Santé)

CONFIDENTIAL
AZ/SER 0051221

B171

Study 5077IL/0012
Centre 44

TRIAL 5077IL/0012
CENTRE 44
PATIENT
CATEGORY C01

**CURRICULUM VITAE**
*(translation from french)*

NAME: DR RENAUD DE BEAUREPAIRE

---

QUALIFICATIONS:

- M.D (1978) specialization in the psychiatry field (1991)
- Ph.D (1990)

---

PRESENT APPOINTMENT AND ADDRESS:

HEAD OF DEPARTMENT (OF PSYCHIATRY)
CHS du Bon-Sauveur
93, rue Caponière
14032 CAEN

---

PREVIOUS APPOINTMENTS / EXPERIENCE:

- SENIOR HOUSE OFFICER IN THE PSYCHIATRY FIELD (1977-1980)
- ASSISTANT (1988-1993)

CONFIDENTIAL
AZ/SER 0051222

B172

TRIAL 5077IL/0012
CENTRE 44
PATIENT
CATEGORY C01

5077IL/0012 /44

# CURRICULUM VITAE

Renaud de Beaurepaire

né le [redacted] 1948 à Casablanca
nationalité française

adresse personnelle:

adresse professionnelle:

* CHS du Bon-Sauveur
93, rue Caponière
14032 Caen
tel 31 30 50 50

à Caen le 8.10.93

[signature]

CONFIDENTIAL
AZ/SER 0051223

significant at Days 14, 21, 28, 35 and 42. Therefore, age at first treatment appeared to be a better indicator of mean change from baseline in BPRS total score than age. (The results of the analysis with age at first treatment included in the model are presented in Appendix H8.8.)

The analysis of covariance (including baseline BPRS total score, age at first treatment, country and treatment) using the last observation carried forward showed a pattern of results similar to that found in the original last observation carried forward analysis. At Day 42, the mean changes from baseline in BPRS total score were -9.5 in the SEROQUEL 450 mg (bid) group -8.8 in the SEROQUEL 450 mg (tid) group and -4.9 in the SEROQUEL 50 mg (bid) group. There were statistically significant differences between each of the SEROQUEL 450 mg groups and the SEROQUEL 50 mg (bid) group at this time. The mean decrease from baseline in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group from Day 14 onward and was marginally statistically significantly greater at Day 7. The mean decrease in the SEROQUEL 450 mg (tid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group at Days 28, 35 and 42. There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

The effect on BPRS total score of the number of previous hospitalisations and previous response to antipsychotic medication were also investigated. The analysis of covariance was repeated several times, controlling for each of these variables, each of the variables plus age, each of these variables plus age at first treatment, and once controlling for both variables plus age and age at first treatment. The results of these analyses did not indicate that the number of previous hospitalisations or previous response to antipsychotic medication were good indicators of the mean change from baseline in BPRS total score.

### 4.1.2 BPRS total score (secondary population)

After the exclusions listed in Section 3.3 (b), the secondary population for analysis of BPRS total score consisted of 464 patients, comprising 157 in the SEROQUEL 450 mg (bid) group, 148 in the SEROQUEL 450 mg (tid) group and 159 in the SEROQUEL 50 mg (bid) group.

At Day 42, mean BPRS total score had fallen in each of the treatment groups; the mean changes from baseline were -11.3 in the SEROQUEL 450 mg (bid) group, -10.4 in the SEROQUEL 450 mg (tid) group and -5.9 in the SEROQUEL 50 mg (bid) group.

There were statistically significant differences between the SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) groups and the SEROQUEL 50 mg (bid) group at Day 42 ($p=0.03$ and $p=0.02$, respectively), favouring SEROQUEL 450 mg in each case. There was no clinically or statistically significant difference between the two SEROQUEL 450 mg groups.

At previous evaluations, the mean decrease from baseline in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group from Day 14 onward. The mean decrease in the SEROQUEL 450 mg (tid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group at Days 28 and 35 and marginally statistically significantly greater at Day 21. There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

These results support the conclusion that SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) were more effective than SEROQUEL 50 mg (bid) in the treatment of acute exacerbation of chronic or subchronic schizophrenia, and that SEROQUEL 450 mg (bid) was at least as effective as SEROQUEL 450 mg (tid).

CONFIDENTIAL
AZ/SER 0050540

B173

TRIAL 5077IL/0012
CENTRE 44
PATIENT
CATEGORY C01

## DIPLOMES ET TITRES

Internat des Hôpitaux Psychiatriques de Paris-Ile-de-France (concours 1976)

Doctorat d'Etat en Médecine: le 13 janvier 1978 (Faculté de Médecine Necker-Enfants Malades)

C4 de Neurobiologie: 1981 (Faculté de Sciences Jussieu)

Inscrit sur la liste d'aptitude aux fonctions d'Assistant à temps plein de Psychiatrie en 1985

Doctorat en sciences (Thèse d'Université, Faculté de Sciences Jussieu): le 21 septembre 1990

Certificat d'Etudes Supérieures en Psychiatrie: le 12 octobre 1991 (Faculté de Médecine Pitié-Salpêtrière)

Habilitation à la direction de thèses: en cours

## FONCTIONS HOSPITALIERES

**internat**

1977-78: service de Mr le Pr S Lebovici à Soisy sur Seine (94)
1978: service de Mme le Pr M Martin à Soisy sur Seine (94)
1978-79: service de Mlle le Pr T Lempérière à Colombes (92)
1979-80: service de Mr le Pr D Widlöcher à la Salpêtrière (Paris)
1980: service de Mr le Dr C Bardis à Maison-Blanche (93)

faisant fonction d'assistant:
1983-84: service du Dr P Borenstein au CHS de Villejuif (93)

praticien hospitalier
1985-93: service du Dr F Blondel au CHS du Bon-Sauveur à Caen (14)

CONFIDENTIAL
AZ/SER 0051224

B174

TRIAL 5077IL/0012
CENTRE 45
PATIENT
CATEGORY C01

CF003.1

CURRICULUM VITAE FORM

STUDY NUMBER: 5077 IL/0012

CENTRE NUMBER: 45

CENTRE ADDRESS: Beer-Sheva Mental Health Centre
P.O. Box 4600, Beer Sheva
ISRAEL

FULL NAME:
Prof. Haim Belmaker M.D.

QUALIFICATIONS: YEAR:

See attached printed C.V.

PRESENT POSITION:

PREVIOUS APPOINTMENTS AND EXPERIENCE:

SIGNATURE: RH Belmaker

DATE: June 26, 1995

CONFIDENTIAL
AZ/SER 0051225

B175

CENTRE No: 45

TRIAL 5077IL/0012
CENTRE 45
PATIENT
CATEGORY C01

November 1994

## CURRICULUM VITAE

| | |
|---|---|
| Name: | Robert Henry (Haim Pinhas) Belmaker |
| Born: | [redacted] 1947, Los Angeles, California |
| Immigration: | July 1, 1974 |
| Marital status: | Married + 6 children |
| Address: | Beer Sheva Mental Health Centre, POB 4600, Beersheva.<br>Tel. 07-401404 / 401401/ 401738 / 401602<br>Fax. 07-401622 |
| Address:(home) | [redacted] |
| Military Service: | January-June 1979, Israel Defense Forces |

### EDUCATION

| | |
|---|---|
| B.A.cum laude | 1967, Harvard College |
| M.D. | 1971 Duke University |

### EMPLOYMENT

| | |
|---|---|
| 1.1.72-30.6.72 | Resident in Psychiatry, Duke University |
| 1.7.72-30.6.74 | Clinical Associate, NIMH Clinical Center |
| 1.7.77-31.12.77 | Visiting Professor of Psychiatry, Medical College of Wisconsin |
| 1.7.82-31.8.82 | Visiting Professor of Psychiatry, St. Louis University School of Medicine |
| 1.7.74-1.10.85 | Research Director, Jerusalem Mental Health Center |
| 1974-1985 | Faculty of Hadassah-Hebrew University School of Medicine, Jerusalem |
| 1981-1985 | Associate Professor of Psychiatry, Hadassah- Hebrew University School of Medicine, Jerusalem |

CONFIDENTIAL
AZ/SER 0051226

B176

TRIAL 5077IL/0012
CENTRE 45
PATIENT
CATEGORY C01

| | |
|---|---|
| 1985- | Director of Acute Inpatient Psychiatry Service, Beer Sheva Mental Health Center, Beer Sheva |
| 1985-1986 | Associate Professor of Psychiatry, Faculty of Health Sciences, Ben Gurion University of the Negev, Beer Sheva |
| 1986- | Full Professor of Psychiatry, Faculty of Health Sciences,Ben Gurion University of the Negev |
| 1987- | Hoffer-Vickar Professor of Psychiatry, Faculty of Health Sciences, Ben Gurion University of the Negev, Beer Sheva |
| 1988- | Chairman, Division of Psychiatry, Faculty of Health Sciences, Ben Gurion University of the Negev, Beer Sheva |
| **LICENSURE** | North Carolina, Maryland, Missouri, Israel; National Board of Medical Examiners, U.S.A.; Certified USA Board of Psychiatry and Neurology; Israel Specialist in Psychiatry |

**EDITORIAL BOARD MEMBERSHIPS** (past and present)

Biological Psychiatry
Psychiatry Research (past)
Journal of Psychiatric Research
Journal of Neural Transmission (past)
Human Psychopharmacology
European Neuropsychopharmacology
Integrative Psychiatry
Progress in Neuropsychopharmacology and Biological Psychiatry
Anxiety
Israel Journal of Medical Sciences

**OFFICERSHIPS**

| | |
|---|---|
| 1980 - 1982 | Chairman, Organizing Committee, International Psycho-pharmacology Congress, C.I.N.P. Jerusalem, 1982 |
| 1983 - 1987 | Organizing Committee Chairman, 6th International Catecholamine Symposium, Jerusalem, 1987 |
| 1984 - 1992 | Councillor of the International College of Neuropsychopharmacology |
| 1985 - | Scientific Advisory Board of the Israel Center for Psychobiology |
| 1989 | Organizing Committee Chairman, World Federation of Societies of Biological Psychiatry Regional Congress, Jerusalem, 1989 |

CONFIDENTIAL
AZ/SER 0051227

B177

TRIAL 5077IL/0012
CENTRE 45
PATIENT
CATEGORY C01

1991 Scientific Committee Co-Chairman, International Psychogeriatric Association Congress, Rome, 1991

## MEMBERSHIPS

1974- Israel Medical Association

1974- Israel Psychiatric Association

1974- American Psychiatric Association , Corresponding Fellow

1978- International College of Neuropsychopharmacology

1979- Society of Biological Psychiatry

1989- Corresponding Member, American College of Neuropsychopharmacology

1991- European College of Neuropsychopharmacology

## AWARDS

1978 Bornstein Research Prize for Neuropsychiatry

1979 Hadassah Faculty Research Prize

1980 Elkes Psychobiology Prize

1980 A.E. Bennett Award for Clinical Research in Biological Psychiatry

1982 Research Prize of the Israel Medical Association

1983 Anna Monika Prize for Research in Depression

1986 William N. Creasy Visiting Lectureship in Pharmacology, Dec. 1-5, 1986

1988 Corresponding Fellow, American Psychiatric Association

1993 Ziskind-Somerfeld Prize for Senior Research in Psychiatry

## UNIVERSITY AND ACADEMIC POSITIONS

1. Member, Helsinki Committee (IRB) 1986-
2. Member, University Academic Promotions Committee, 1988-1992.

CONFIDENTIAL
AZ/SER 0051228

B178

3. Member, Israel Council for Higher Education (Moetza LeHaskala Gevoha) 1989 (six months).

4. Member, Ministry of Health Committee for Psychotropic Drug Registration, 1989-

5. Member, Faculty of Medicine Committee for Research Students (MA and PhD), 1990-

6. Member, Chief Scientist of the Ministry of Health Grant Review Committee, 1990-

7. Member, Israel Academy of Sciences Review Committee in Psychology, 1994-

**PRESENT GRANT SUPPORT**

1. German-Israel Foundation - Reversal of behavioral effects of Li by *myo*-inositol-induced changes in second messengers, January 1994-December 1996

2. Stanley Foundation - Biochemical-behavioral screening tests for new antibipolar lithium-like compounds, August 1992-August 1994.

3. NARSAD Senior Investigator Award - Transcranial Magnetic Stimulation, May 1994-May 1995

**PUBLICATIONS**

**Books**

1. Gershon E, Belmaker RH, Kety S and Rosenbaum M (ed.) The Impact of Biology on Modern Psychiatry, Plenum Press, New York, 1977.

2. Belmaker RH and Van Praag HM (eds.) Mania, An Evolving Concept, Spectrum Publications, New York, 1980.

3. Bannet J and Belmaker RH (eds.) New Directions in Tardive Dyskinesia Research, Karger, Basel, 1983.

4. Lerer B, Weiner R and Belmaker RH (eds.) ECT: Basic Mechanisms, John Libbey, London, 1984.

5. Zohar J and Belmaker RH (eds.) Treating Resistant Depression, Spectrum Press, New York, 1987.

6. Belmaker RH, Sandler M and Dahlstrom A (eds.) Progress in Catecholamine Research: Clinical Aspects, Alan R. Liss, Inc., 1989.

7. Bergener M, Belmaker RH and Tropper M (eds) Psychopharmacotherapy in Old Age. Springer, New York, 1993.

CONFIDENTIAL
AZ/SER 0051229

B179

CENTRE No: 46

TRIAL 5077IL/0012
CENTRE 46
PATIENT
CATEGORY C01

## CURRICULUM VITAE

1. Surname: Avnon (formerly Abenson)
   Forename: Moshe
   Address: [redacted]
   Date of Birth: [redacted] 1936, England

2. Education and Qualifications:

   a) M.B.,Ch.B. Liverpool, England, 1959

   b) Diploma in Psychological Medicine, London, 1964

   c) Member, Royal College of Psychiatrists (M.R.C.Psych), London, 1971

   d) Israeli accreditation as a specialist in Psychiatry, 1971

   e) Israeli accreditation as a specialist in Hospital Administration, 1988

3. Honours and Awards:

   a) British State Scholarship, 1954

   b) The Nichole Prize for Psychiatry, 1963

   c) Editor, Journal of the Liverpool Psychiatric Society, 1966-1969

4. Employment History:

   a) Current Appointment: 1972 - present.

      Director, Sha'ar Menashe Medical Centre for Mental Health
      Hadera Regional Psychiatrist

   b) Previous Appointments:

      1) 1970-1972: Director, Psychiatric Unit, Kaplan Hospital, Rehovot

      2) 1969: Consultant Psychiatrist, Liverpool Royal Infirmary (Teaching Hospital)

      3) 1966-1969: Senior Psychiatrist:
         Walton Prison
         Risley Remand Centre
         Rainhill Day Hospital
         Royal Southern Hospital
         Broad Green Hospital

CONFIDENTIAL
AZ/SER 0051230

B180

TRIAL 5077IL/0012
CENTRE 46
PATIENT
CATEGORY C01

4) 1965-1966: Lecturer in Psychiatry, Liverpool University

5) 1960-1965: Junior and Senior Psychiatrist, Liverpool Area

6) 1959-1960: Internship

5. Teaching Experience:

a) 1972-Current: Training of Psychiatric Residents

b) 1982-Current: Weekly Seminar "The Psychiatric Interview"

c) 1989-1990: Lecturer, Bar Ilan University School of Criminology

d) 1972-1988: Lecturer, Hillel-Yaffe Hospital School of Nursing

e) 1966-1969: Senior Psychiatrist and Clinical Lecturer, Liverpool University

f) 1965-1966: Lecturer in Psychiatry, Liverpool University

6. Professional areas of experience:

a) Inpatient treatment on acute, open, and long-term rehabilitation wards

b) Treatment of substance abusers and addicts: amphetamines, heroin, barbiturate, alcohol, and cocaine

c) Forensic Psychiatry, civil and criminal, including numerous court appearances

d) The various psychiatric and psychological therapies including hypnosis, behaviour therapy, short-term and deep psychotherapy, cognitive therapies, and ECT

e) Interpretation of the Electro-encephalogram (EEG)

f) Treatment of psychopathic disturbances including sexual offenders and homosexuals

g) Psychogerontology

h) Administration and institutional development

CONFIDENTIAL
AZ/SER 0051231

B181

TRIAL 5077IL/0012
CENTRE 46
PATIENT
CATEGORY C01

Dr. Moshe Avnon
M.B., Ch.B., D.P.M., M.R.C. Psych.

ARTICLES IN SCIENTIFIC JOURNALS

1) "A Comparison of Reagents in the Abreaction of Mute Schizophrenics." Acta Psychiat. Scan. 40(1964): pp234-239.

2) "An Analysis of Urinary Amine Values on Routine Admissions to a Mental Hospital." Acta Psychiat. Scan. 41 (1965) : 582-587

3) "Amphetamine Substances in Urine." Brit. J.Psychiat. 112 (1966): 1075-1076.

4) "Takers of Amphetamine Substances." J. Liv. Psychiat. Soc. 4(1966):30-31.

5) "EEGs in Schizophrenia." J. Liv. Psychiat. Soc. 6(1968): 33-36.

6) "The Methyl Orange Test." B. Prison Med. J. 26(1967):23-26.

7) "Epileptic Fits Provoked by Taste." Brit. J. Psychiat. 115(1969): 123-124.

8) "Drug Withdrawal in Male and Female Schizophrenics." Brit. J. Psychiat. 115(1969): 961-962.

9) "EEGs in Chronic Schizophrenia." Brit. J. Psychiat. 116(1970): 421-425.

10) "Chlorimipramine in the Treatment of Severe Depression." Brit. J. Psychiat. 119 (1971): 230-231.

11) "Psychotherapy with Failures of Psychoanalysis." Brit. J. Psychiat. 119 (1971): 231-232.

12) "A Model for Manic-Depressive Psychosis." Brit. J. Psychiat. 121 (1972):118-119.

13) "Dream Treatment of Urinary Retention." Brit. J. Psychiat. 120 (1972): 225-227.

14) "Acute Phase of Drug Withdrawal by Clothiapine." Int. J. of Addictions 15 (1980): 1191-1197.

15) "Mixed type of dementia: coexistence of vascular and degenerative types," Nerurol-Res. 1992, 14(2 Suppl):109-11.

16) "Clozapine, Cancer and Schizophrenia". Avnon, M., Stolerman, I. Amer. J. Psych. (1993), 150:10

CONFIDENTIAL
AZ/SER 0051232

B182

17) "Hospitalization by Commitment Order of Dementia Patients in Israel". Heinik, J., Avnon, M., and Hes, J. P., International Journal of Medicine and Law. (1993) 12:381-388.

18) "Psicoterapia Social en al Kibbutz". Avnon, M., Psicopatologia, (Madrid), (1993) 13, 4, 155-158.
15

OTHER PUBLICATIONS

1) "Principles of the Psychiatric Interview according to Sullivan" Monograph in Hebrew, 1988.

2) "Israel: A Model for Conflict Resolution" in Masserman, Jules, Social Psychiatry and World Accords, p. 175-180. Gardner Press, Inc. New York. 1992

3) "Drug Withdrawal in Chronic Schizophrenia." The Schizophrenic Syndrome. Annual Review. Butterworths, London, 1971.

ABSTRACTS: CONGRESSES AND CONFERENCES

1) "Vestibular Functioning in Experimentally Induced Anxiety States, in col. Biological Aspects of Non-Psychotic Disorders. Regional Congress. Jerusalem, April, 1989: 236.

2) "Quality of Life in the Severely Psychiatric Disabled" 12th World Congress of Social Psychiatry Washington, DC, October,1990.(Submitted for publication.)

3) "Social Psychotherapy on the Kibbutz." 12th World Congress of Social Psychiatry Washington, DC, October,1990. (Submitted for publication.)

4) "E.C.T. in the Treatment of Parkinson's Patients," (Poster) The 5th International Congress of Psychogeriatric Assoc. Rome, August, 1991.

5) "Sleep Apnea Syndrome (SAS) and Dementia - A Cause or accompanying feature?" (Poster) The 5th International Congress of Psychogeriatric Assoc. Rome, August, 1991.

6) "A Correlation between Neuroradiological signs and Cognitive Impairment in Schizophrenia and Demented Patients," (Poster) The 5th International Congress of Psychogeriatric Assoc. Rome, August, 1991.

7) "The Role of Attention Examination in the Elderly Patient," (Poster) The 5th International Congress of Psychogeriatric Assoc. Rome, August, 1991.

8) "Mixed Type Dementia: Coexistence of Degenerative and Vascular types," International Conference on Stroke Geneva, 1991.

CONFIDENTIAL
AZ/SER 0051233

### 4.1.3 BPRS factor scores and response rate

#### (a) BPRS factor scores

Figures 2A to 2E show the unadjusted mean changes from baseline in BPRS factor scores (last observation carried forward).

**FIGURE 2A Unadjusted mean changes from baseline in BPRS factor score (and standard errors) by study day (last observation carried forward)**

**Factor I: Anxiety/depression**

**FIGURE 2B Unadjusted mean changes from baseline in BPRS factor score (and standard errors) by study day (last observation carried forward)**

**Factor II: Anergia**

CONFIDENTIAL
AZ/SER 0050541

B183

9) "Clozapine in the Rehabilitation of the Chronic Schizophrenic," The Fifth International Congress on Rehabilitation in Psychiatry Jerusalem, 1992.

10) "Quality of Life in Chronic Schizophrenics," The Fifth International Congress on Rehabilitation in Psychiatry Jerusalem, 1992.

Presentations in local congresses and conferences have not been included.

ARTICLES IN PUBLICATION

1) "Quality of Life in the Severely Psychiatric Disabled" 12th World Congress of Social Psychiatry Washington, DC, October,1990.(Submitted for publication.)

2) "The compulsory Hospitalization of the Elderly Patient" 3rd. International Congress on Psychiatry, Law and Ethics Jerusalem,1991 (In preparation for publication.)

3) "Community Interference after Disasters" (In preparation for publication.)

4) "How do different Specialists diagnose Dementia?", Heinik J., Hes J.P., Avnon M., International Psychogeriatrics. (In publication).

5) "Psychiatric hospitalization of senile, presenile and arteriosclerotic dementia patients in Israel: A psychiatric case register study." Heinik. J., Popper, L., Hes. P., Avnon, M. Barak, Y. Accepted for publication: International Journal of Geriatric Psychiatry.

6) "The rehabilitation of mentally ill homeless people". Avnon, M. Starfield, J.

7) "Phenemologic Subtypes in Dementia and Previous Psychiatric hospitalization." Heinik, J., Berman, P., Avnon, M.

8) "Effectiveness of Clozapine in Neuroleptic-Resistant Schizophrenic Patients in Israel", Avnon, M., Rabinovitz, J.

CONFIDENTIAL
AZ/SER 0051234

B184

TRIAL 5077IL/0012
CENTRE 47
PATIENT
CATEGORY C01

CF005.1

CURRICULUM VITAE FORM

STUDY NUMBER: 5077IL/0012

CENTRE NUMBER: 47

CENTRE ADDRESS: Geha Psychiatric Hospital
Belinson Medical Centre
Petah-Tikva 49100
ISRAEL

---

FULL NAME:
Prof. Abraham Weizman, M.D.

| QUALIFICATIONS: | YEAR: |
|---|---|
| M.D. degree, Tel-Aviv Univ. | 1973 |
| Specialist in Psychiatry | 1981 |

PRESENT POSITION:
Director - Research Unit, Geha mental Hospital.

PREVIOUS APPOINTMENTS AND EXPERIENCE:
See attached printed C.V.

SIGNATURE: Abraham Weizman

DATE: 10.5.94

CONFIDENTIAL
AZ/SER 0051235

B185

TRIAL 5077IL/0012
CENTRE 47
PATIENT
CATEGORY C01

## CURRICULUM VITAE

Name: Abraham Weizman, M.D.

Place of Work: Gehah Psychiatric Hospital,
Beilinson Medical Center
P.O. Box 102,
Petah Tiqva 49 100, Israel.

Phone No.:03-925-8238

Faculty: Sackler Faculty of Medicine

Department:Psychiatry

Home Address:

Date & Place of Birth: 1944; Petah Tiqva, Israel.
ZAHAL Military Service: 1964 - 1966.
Marital Status: Married + 3

A. EDUCATION:

| | |
|---|---|
| 1966 - 1972 | Medical studies at Tel Aviv University Sackler Faculty of Medicine, Israel. |
| 1972 | ECFMG |
| 1973 | M.D. degree. Summa cum laude, Tel Aviv University Sackler Faculty of Medicine. Title of Doctoral Dissertation: Selective angiography as a diagnostic aid in acute massive upper gastrointestinal bleeding. Supervisors: Prof. I. Urca, Dr. J. Abu-Dalu, Dr. I. Garti |
| 1981 | Israel Ministry of Health - Specialist in Psychiatry |
| 1982 | Israel Ministry of Health - Specialist in Child and Adolescent Psychiatry |

CONFIDENTIAL
AZ/SER 0051236

B186

TRIAL 5077IL/0012
CENTRE 4-1
PATIENT
CATEGORY C01

**B. FURTHER STUDIES:**

| | |
|---|---|
| 1974 - 1976 | Postgraduate studies in Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1974 | Course in Immunology, School of Postgraduate Studies in Medicine, Tel Aviv University Sackler Faculty of Medicine. |
| 1976 - 1977 | Course in Endocrinology, School of Postgraduate Studies in Medicine, Tel Aviv University Sackler Faculty of Medicine. |
| 1976 - 1979 | Studies in the Institute of Psychotherapy, Tel Aviv University Sackler Faculty of Medicine. |
| 1976 | Course in Psychoneuropharmacology, School of Postgraduate Studies in Medicine, Tel Aviv University Sackler Faculty of Medicine. |
| 1977 | Diploma in Psychiatry, Cum Laude, Tel Aviv University Sackler School of Medicine. |
| 1978 - 1979 | Specialization Studies in Child and Adolescent Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1980 | Diploma in Child and Adolescent Psychiatry, Cum Laude, Tel Aviv University Sackler Faculty of Medicine. |
| 1981 | Israeli Board Certification in Psychiatry. |
| 1982 | Israeli Board Certification in Child and Adolescent Psychiatry. |
| 1988 - 1989 | Course in General and Molecular Genetics, School of Postgraduate Studies in Medicine, Tel Aviv University Sackler Faculty of Medicine. |

CONFIDENTIAL
AZ/SER 0051237

B187

TRIAL 5077IL/0012
CENTRE 47
PATIENT
CATEGORY CD/

C. ACADEMIC EXPERIENCE:

| | |
|---|---|
| 1977 | Appointment as Instructor, Department of Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1978 | Co-ordination of Postgraduate Studies in Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1980 | Research in Basic Science, Ezrath Nashim Psychiatric Hospital. |
| 1981 | Appointment as Lecturer, Department of Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1982 | Elected as a representative of lecturers of Sackler Faculty of Medicine in the Senate of Tel Aviv University. |
| 1983 | Lecturer and co-ordinator in Course: "The Dying Patient", Department of Behavioral Sciences, Sackler Faculty of Medicine. |
| 1983 - 1984 | Co-ordination of Postgraduate Studies in Psychiatry, Sackler School of Medicine, Tel Aviv University. |
| 1983 - 1984 | Guest lecturer, School of Social Work, Tel Aviv University. |
| 1986 | Appointment as Senior Lecturer, Department of Psychiatry, Tel Aviv University Sackler Faculty of Medicine. |
| 1986 - 1988 | Guest Researcher, Section on Molecular Pharmacology, Clinical Neuroscience Branch, National Institute of Mental Health, NIH, Bethesda, MD., U.S.A. |
| 1988 | Guest lecturer, School of Education, Tel Aviv University. |

CONFIDENTIAL
AZ/SER 0051238

B188

TRIAL 5077IL/0012
CENTRE 47
PATIENT
CATEGORY C01

C. ACADEMIC EXPERIENCE - continued

| | |
|---|---|
| 1988 | Fellow of Tourette Syndrome Association, in: Child Study Center, Yale University, New Haven; Johns Hopkins University, Baltimore; Georgetown University, Washington DC; National Institute of Neurological and Communicative Disorders and Stroke (NINCDS), National Institute of Mental Health (NIMH), Bethesda; Rochester University, Rochester, USA. |
| 1988 to present | Reviewer of the following journals:<br>Biological Psychiatry<br>Psychiatry Research<br>Life Sciences<br>Pharmacology, Biochemistry and Behavior<br>Basic and Clinical Physiology and Pharmacology |
| 1990 to present | Member of the Committee of the Israel Medical Association - Scientific Council for Board Examination in child psychiatry. |
| 1990 to present | Member of the Committe of the Israel Medical Association - Scientific Council for Board Examination in adult psychiatry. |
| 1991 | Appointment as Associate Professor, Department of Psychiatry, Sackler Faculty of Medicine, Tel Aviv University. |
| 1991 - 1992 | Guest lecturer, Department of Clinical Child Psychology, Tel Aviv University. |
| 1991 | Guest lecturer, School of Law, Tel Aviv University. |
| 1992 | Memer of the Organizing Committee of the Israel Association for Biological Psychiatry. |
| 1992 | Member of the Organizing Committee of the Israel Association for Obesity and Eating Disorders Research. |
| 1992 | Member of the Editorial Board of Israel Journal of Psychiatry. |

CONFIDENTIAL
AZ/SER 0051239

B189

TRIAL 5077IL/0012
CENTRE 48
PATIENT
CATEGORY CO1

## Curriculum vitae

**of Dr Jacek-Pierre Malanowski-Catsy, born on ████1953 in Baden /AG Switzerland**

| | |
|---|---|
| 1974 | school-leaving certificate |
| 1974 - 1981 | medical studies at the medicine faculty of Basel |
| December 19981 | Degree of medicine |

Doctoral thesis: "Jarisch-Herxheimer-Reaction in patients with syphilis and the prophylactic treatment in this patient group."

| | |
|---|---|
| May 1982 - April 1983 | medical assistant at the surgical clinic in Dornach/ Solothurn |
| May 1983 - Dec. 1983 | physician in the army |
| Jan. 1984 - Dec. 1984 | medical assistant at the institute of legal medicine in Basel |
| Jan. 1985 - Dec. 1985 | medical assistant at the geriatric medicine at the Felix-Platterspital in Basel |
| Jan. 1986 - March 1986 | medical assistant at the orthopaedic clinic at the Bruderholz- hospital in Basel |
| April 1986 - March 1988 | medical assistant at the psychiatric university hospital in Basel |
| April 1988 - Oct. 1989 | medical assistant in the ambulatory of the cantonal psychiatric clinic in Königsfelden |
| Nov. 1989 - April 1990 | senior physicians' deputy in the ambulant services of the cantonal psychiatric clinic Königsfelden |
| May 1990 - July 1993 | senior physician and head of the new department psychogeriatrics in Königsfelden |
| August 1993 | medical superintendent and medical director of the cantonal psychiatric clinic Beverin in Cazis / Grisons |

Translation: Ch Schwenninger /25.1.1994

CONFIDENTIAL
AZ/SER 0051240

B190

TRIAL 5077IL/0012
CENTRE 40
PATIENT
CATEGORY C01

**Curriculum vitae des Dr. med. Jacek-Pierre Malanowski-Catsy, geb. 15.10.1953, Bürger von Baden und Ennetbaden / AG Schweiz**

| | |
|---|---|
| 1974 | Schulausbildung mit Maturitätsabschluss |
| 1974 - 1981 | Studium der Medizin an der Medizinischen Fakultät Basel |
| 1981 Dezember | Erwerbe des Arztdiplomes |

Dissertation zum Thema Jarisch-Herxheimer-Reaktionen bei Syphilitikern und deren Prophilaxe bei Prof. Dr. med. Theo Ruffli, Direktor der Dermatologischen Universitätsklinik in Basel

| | |
|---|---|
| Mai 1982 - April 1983 | Assistent an der chirurgischen Klinik des Bezirksspital Dornach / SO |
| Mai 1983 - Dez. 1983 | Dienst als Militärarzt |
| Jan. 1984 - Dez. 1984 | Assistent am Gerichtsmedizinischen Institut der Universität Basel |
| Jan. 1985 - Dez. 1985 | Assistent an der medizinisch-geriatrischen Klinik des Felix-Platterspitals |
| Jan. 1986 - März 1986 | Assistent an der Orthopädischen Klinik des Kantonsspitals Bruderholz, Basel-Land |
| April 1986 - März 1988 | Assistent an der Psychiatrischen Universitätsklinik Basel |
| April 1988 - Okt. 1989 | Assistent im Ambulatorium der Kantonalen Psychiatrischen Klinik Königsfelden |
| Nov. 1989 - April 1990 | Stv.-Oberarzt im Ambulanten Dienst der Kantonalen Psychiatrischen Klinik Königsfelden |
| Mai 1990 - Juli 1993 | Oberarzt und Leiter des neu geschaffenen Departementes für Psychogeriatrie der Kantonalen Psychiatrischen Klinik Königsfelden |
| Seit August 1993 | Chefarzt und ärztlicher Direktor der Kantonalen Psychiatrischen Klinik Beverin, Cazis / GR |

CONFIDENTIAL
AZ/SER 0051241

B191

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

CURRICULUM VITAE

February, 1994

PERSONAL

| | |
|---|---|
| Name: | Stanley Paul Kutcher |
| Date of Birth: | [redacted] 1951 |
| Address: | [redacted] |
| | Bus Tel: 480-4098 |
| Citizenship: | Canadian |

EDUCATION & TRAINING

| | |
|---|---|
| Degrees | Bachelor of Arts (BA)<br>Master of Arts (MA)<br>Medical Doctor (MD)<br>Fellow of the Royal College of Physicians (Canada) (FRCP(C))<br>Diploma in Child Psychiatry (Dip Child Psych) |
| 1984 - 1985 | Visiting Clinical Scientist<br>Medical Research Council<br>Brain Metabolism Unit,<br>Royal Edinburgh Hospital,<br>Edinburgh, Scotland<br><br>(Hon) Senior Registrar<br>Young Peoples's Unit<br>Royal Edinburgh Hospital<br>Morningside, Edinburgh, Scotland |
| 1983 - 1984 | Fellow in Geriatric Psychiatry<br>University of Toronto<br>Sunnybrook Medical Centre<br>Toronto, Ontario |
| 1982 - 1983 | Chief Resident in Psychiatry,<br>Sunnybrook Medical Centre<br>Department of Psychiatry<br>University of Toronto |

CONFIDENTIAL
AZ/SER 0051242

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

| | |
|---|---|
| 1982 - 1983 | Adolescent Elective - Child Psychiatry, Sunnybrook Medical Centre, University of Toronto |
| 1981 - 1982 | Resident in Child Psychiatry<br>The Hospital for Sick Children<br>University of Toronto |
| 1980 - 1981 | Resident in Psychiatry<br>Department of Psychiatry<br>Sunnybrook Medical Centre<br>University of Toronto |
| 1979 - 1980 | Intern, The Wellesley Hospital and<br>The Hospital for Sick Children<br>Faculty of Medicine<br>University of Toronto |
| 1976 - 1979 | McMaster University Medical School<br>Degree: M.D. (no class standings) |
| 1975 - 1976 | York University<br>Ph.D. incomplete<br>Thesis Supervisor: Professor R.Cook<br>Thesis Title: The Ideological Foundations of Canadian Medical Professionalism |
| 1974 - 1975 | McMaster University<br>Degree: M.A. History<br>Class Standing: First<br>Thesis Supervisor:<br>Professor A.R. Allen,<br>Thesis Title: J.W. Bengough, Artist of Righteousness |
| 1971 - 1974 | McMaster University<br>Degree: B.A. (Hon) in History and Political Theory<br>Graduated in top (5%) of class |
| 1970 - 1971 | University of Western Ontario |
| 1969 | Hamilton Collegiate Institute<br>Senior Matriculation<br>Graduated with Honors |

**FIGURE 2C Unadjusted mean changes from baseline in BPRS factor score (and standard errors) by study day (last observation carried forward)**

**Factor III: Thought disturbance**

**FIGURE 2D Unadjusted mean changes from baseline in BPRS factor score (and standard errors) by study day (last observation carried forward)**

**Factor IV: Activation**

B193

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

Post Secondary School Academic Awards

| | |
|---|---|
| 1993 - 1995 | Senior Research Fellowship. Ontario Mental Health Foundation. |
| 1991 | Charlotte and Norbert Rieger Award, American Academy of Child and Adolescent Psychiatry |
| 1990 | R.O. Jones Award, Canadian Psychiatric Association |
| 1988 | Canadian Psychiatric Research Foundation Award - Poster Presentation Psychiatric Research Day, University of Toronto |
| 1987 | Clinical Traineeship The Royal College of Physicians and Surgeons of Canada |
| 1984 - 1985 | The McLaughlin Fellow in Medicine University of Toronto |
| 1983 | Pfizer Prize, Psychiatric Research Day, University of Toronto |
| 1976 | PSI Award |
| 1975 | Fellow of the Canada Council; York University Fellowship; York University Graduate Scholarship |
| 1974 | The Sir John A. MacDonald Fellow in Canadian History; McMaster University Fellowship |
| 1973 | University Scholarship; McMaster Dean's Honor Roll - McMaster University |
| 1972 | Proctor and Gamble Studentship |

CERTIFICATES & LICENSES

Fellow of the Royal College of Physicians (Canada)

Diploma in Child Psychiatry

General License, Province of Ontario, 31691

Advance Cardiac Life Support

CONFIDENTIAL
AZ/SER 0051244

B194

TRIAL 5077IL/0013
CENTRE 49
PATIENT
CATEGORY C01

Basic Cardiac Life Support

Completion of Adolescent Psychiatry Elective - The University of Toronto (no diploma given)

**CURRENT POSITIONS**

Head, Division of Adolescent Psychiatry, Sunnybrook Health Science Centre, Toronto, 1990 -

Associate Professor, Department of Psychiatry, University of Toronto, 1991 -

Deputy Head, Department of Psychiatry, Sunnybrook Health Science Centre, 1991 -

**PREVIOUS POSITIONS**

Assistant Professor, Department of Psychiatry, Rehabilitation Medicines, The School of Graduate Studies - University of Toronto. 1986-1990

Director, Adolescent Inpatient Services, Sunnybrook Medical Centre, 1985 - 1989

Psychiatric Consultant, Central Toronto Youth Services, 1986 - 1988

Psychiatric Consultant - Street Outreach Services, 1986 - 1988

Sessional Staff - Whitby Psychiatric Hospital, 1983 - 1984

**ADMINISTRATIVE RESPONSIBILITIES (Description)**

1. Head, Division of Adolescent Psychiatry, Sunnybrook Health Science Centre.

I have developed, and provide leadership to, a multidisiciplinary team in the provision of inpatient, ambulatory and research services. I have developed, and continue to direct, a new and radically different adolescent division using three self-contained programs: affective disorders, anxiety disorders, and psychoses. These programs stress continuity of care, community integration and include both tertiary/secondary care models as well as innovative primary care early identification/intervention initiatives. Furthermore, these programs have been so structured as to integrate research into neuroendocrinology, psychopharmacology, personality and social skills development, and psychotherapy into ongoing service delivery.

CONFIDENTIAL
AZ/SER 0051245

B195

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

5

Additionally, together with Dr. Peter Marton, I have developed, and now direct and administer, a multi-disciplinary research program into neurobiology, treatment, psychopharmacology, personality functioning, social competency and social-familial aspect of adolescent depression.

2. Deputy Head, Department of Psychiatry, Sunnybrook Health Science Centre.

I assist in the development and implementation of policy within the department. Further, I am developing a mood disorders program "across the life cycle" in the Department of Psychiatry at S.H.S.C.

Additionally, I direct the psychopharmacology clinical trials program in the Department of Psychiatry. I have trained a core of clinical investigators and research staff in clinical trials methodology. We have an active clinical trials program in the investigation of new

3. Member, Child Psychiatry Executive Committee. University of Toronto.

I serve as a member of this committee and various subcommittees, including the Annual Child Psychiatry Review Course.

4. Chair - Scientific Program Committee, Canadian Academy of Child Psychiatry.

I develop, organize, and prepare the scientific program for the the annual meeing of the C.A.C.P.

5. Member - Executive of the Canadian Academy of Child Psychiatry.

6. Member - Board of the North York Inter-agency and Community Council. North York, Ontario.

7. Chair - Professional Advisory Board, Canadian Psychiatric Research Foundation.

As Chair, I organize and direct the Professional Advisory Board of the C.P.R.F. in its granting program.

8. Member - Board, Canadian Psychiatric Research Foundation.

9. Member - Child Mental Health Committee, Canadian Mental Health Association.

10. Member - Interhospital Committee. North York, Ontario.

CONFIDENTIAL
AZ/SER 0051246

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

RECENT COMMITTEE MEMBERSHIP (1981-1989)

1. Member, Post Graduate Education. Council of Ontario Faculties of Medicine. 1981 - 1984

2. Member, Post Graduate Education. University of Toronto. 1981 - 1983.

3. Member, Post Graduate Consultation. Province of Ontario. 1981 - 1984.

4. Chairman, Pre-registration Training in Canada. Canadian Association of Interns and Residents. 1981 - 1984.

5. Vice President, Professional Association of Interns and Residents of Ontario. 1981.

6. President, Professional Association of Interns and Residents of Ontario. 1982 - 1983.

7. Vice President, Canadian Association of Interns and Residents. 1982 - 1983.

8. Executive, Canadian Association of Interns and Residents. 1981 - 1984.

9. Member, The Dean's Task Force on Stress in Medical Education, University of Toronto. 1983 - 1984.

10. Resident Representative to Royal College Accreditation Survey. Dalhousie University. 1983

11. Resident Representative to Royal College Accreditation Survey. University of British Columbia. 1984

12. Resident Member, Royal College Examinations Committee. 1983 - 1984.

13. Member, Ad-Hoc Committee on Transitional Age Youth. Toronto District Health Council. 1987.

14. Chairman, Program Interest Group in Mental Health. Research Institute Program Development, Sunnybrook Medical Centre. 1987.

15. Vice Chairman, Section on Clinical Teachers. O.M.A. 1986 - 1987.

16. Secretary, OMA Section of Clinical Teachers. 1987 - 1988.

CONFIDENTIAL
AZ/SER 0051247

B197

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

17. Member, National Institutes of Mental Health Research Review Site Visit Committee. Columbia University, New York Psychiatric Institute. 1989.

18. Co-Chairman, Dissertation Committee. Division of Child Psychiatry, University of Toronto. 1987 - 1990.

19. Member, Department of Psychiatry, Research Committee. University of Toronto. 1985 - 1989.

20. Member, Department of Psychiatry, Research Diploma Course. University of Toronto. 1986 - 1989.

21. Member, Chairman's Advisory Committee, Department of Psychiatry. University of Toronto. 1988 - 1989.

22. Member, Child Psychiatry Training Committee. University of Toronto. 1984 - 1990.

23. Co-Chairman, Child Psychiatry Dissertation Committee. University of Toronto. 1984 - 1988.

24. Member, Mental Health Program Development Group. Sunnybrook Health Science Centre. 1988 - 1990.

25. Chairman, Scientific Review Committee, Department of Psychiatry, University of Toronto. 1988 - 1991.

26. Member, Interministerial Provincial Action Committee, Province of Ontario, 1990.

27. Member, Child Psychiatry Training Committee, University of Toronto, 1985 - 1991.

28. Member, Long Range Planning Committee. Division of Child Psychiatry, University of Toronto. 1989 - 1992.

CURRENT COMMITTEE MEMBERSHIP

1. Chair, Scientific Program Committee. Canadian Academy of Child Psychiatry. 1990 -

2. Chair, Professional Advisory Board. Canadian Psychiatric Research Foundation. June, 1993 -

3. Member, Board of Directors. Canadian Academy of Child Psychiatry. 1990 -

4. Member, Research Committee. Canadian Academy of Child Psychiatry. 1990 -

CONFIDENTIAL
AZ/SER 0051248

5. Member, Advisory Committee. Department of Psychiatry, Sunnybrook Health Science Centre. 1987 -

6. Member, Multiple "Inhouse" Committee. Department of Psychiatry, Sunnybrook Health Science Centre.

7. Member, Child Psychiatry Executive Committee. University of Toronto. 1989 -

8. Member, Advisory Group - General Research Program. Sunnybrook Health Science Centre. 1989 -

9. Member, Board of Directors. Canadian Psychiatric Research Foundation. 1992 -

10. Member, Toronto Schizophrenia Research Group. 1989 -

11. Member, Board of Directors. North Inter-agency & Community Council. 1992 -

12. Member, Editorial Advisory Board. The Medicine Group. 1993 -

<u>REVIEWER (grants, papers, etc.) 1985 - 1993</u>

Progress in Neuropsychopharmacology and Biological Psychiatry - Reviewer

Journal of Clinical Psychopharmacology - Reviewer

Canadian Journal of Psychiatry - Reviewer

Journal of Medical Education - Reviewer

Biological Psychiatry - Reviewer

Scientific Reviewer, Department of Psychiatry, University of Toronto

Scientific Reviewer, Medical Research Council of Canada

Scientific Reviewer, Physician Services Incorporated

Scientific Reviewer, Canadian Psychiatric Research Foundation

Scientific Reviewer, Ontario Mental Health Foundation

Scientific Reviewer, Ontario Ministry of Health, Health and Research Development

Scientific Reviewer, Hospital for Sick Children Foundation

CONFIDENTIAL
AZ/SER 0051249

B199

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

Ethics Reviewer, Medical Research Directorate, Toronto General Hospital

## EDITORIAL EXPERIENCE

Editor - PAIRO NEWS, 1982, 1983, 1984.

Contributing Editor - Canadian Housestaff, 1983.

Editor - Clinical Teachers' News, 1987.

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

1. Canadian Psychiatric Association
2. American College of Neuropsychopharmacology
3. Canadian Academy of Child Psychiatry
4. Society for Light Treatment and Biological Rhythms
5. Canadian College of Neuropsychopharmacology
6. International Society of Psychoneuroendocrinology
7. Toronto Society for Adolescent Psychiatry
8. American Society of Adolescent Psychiatry
9. American Academy of Child and Adolescent Psychiatry
10. Canadian Society for Clinical Pharmacology
11. Canadian Society for Clinical Investigation
12. Collegium International Neuropharmacology

## UNIVERSITY TEACHING AND COURSE DEVELOPMENT

1. Undergraduate Teaching:

| | |
|---|---|
| 1985-1993 | Clinical Teaching of Year III medical students. Weekly teaching sessions over the academic year. |
| 1985-1993 | Principal Supervisor - Intern Electives in adolescent psychiatry. |
| 1985-1993 | Principal Supervisor - Medical student electives in adolescent psychiatry. An average of two medical students per year from as rar as Scotland or Australia spend 4-6 weeks of elective time in the Adolescent Division under my supervision. |
| 1985-1993 | Principal Supervisor - Clinical Clerk electives in adolescent psychiatry. |
| | Undergraduate Curriculum - problem development for "Fundamentals of Medicine Unit". |

CONFIDENTIAL
AZ/SER 0051250

B200

TRIAL 3077IL/0112
CENTRE 49
PATIENT
CATEGORY C01

2. Postgraduate Teaching:

1985-1993 — Principal Supervisor - Resident placement on Adolescent Psychiatry Service.

1986-1993 — Adolescent Psychopharmacology - this is a seminar in adolescent psychopharmacology which is part of the Year II child psychiatry course.

1987-1993 — Critical Evaluation of the Psychiatric Literature

1985-1995 — Diagnosis in Psychiatry - this is a series of seminars designed to develop an understanding of the diagnostic process and a familiarity with the history, concepts and methods of psychiatric diagnosis - taught to residents at Sunnybrook Medical Centre.

1985-1988 — School of Graduate Studies - SPP1511Y - Advanced Seminar in Communication Disorders - I taught a series of seminars on adolescent psychiatry to final year students in Speech Therapy.

1989-1992 — Critical Literature Review in Child Psychiatry

Postgraduate - Pharmacology of depression and anxiety disorders (Child and Adolescent Diploma course).

3. Fellowship Teaching:

1988-1993 — Principal Supervisor - Clinical Research Fellow in Adolescent Psychiatry. My fellow in 1988-89 and 1989-90, Dr. Carolyn Boulos, won the C.P.R.F./Laidlaw Foundation Fellowship for work with me on the pharmacology of adolescent depression.

Dr. S. Reiter joined me in 1989-91 to work on pharmacology of adolescent anxiety disorders. She was the recipient of the Pfizer Bursary in Clinical Pharmacology.

Dr. G. Papatheodorou began work under my supervision in 1991. He has been awarded a S.H.S.C. fellowship to study the effect of light therapy on depressed episodes in bipolar illness.

CONFIDENTIAL
AZ/SER 0051251

B201

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

4. Doctoral Teaching:

Thesis Committee - Ontario Institute for Studies in Education (OISE) - Ph.D. - Susan Walker

Thesis Committee - Institute of Medical Sciences (IMS) - Ph.D. - Stephen Sokolov

TEACHING POSITIONS & EXPERIENCE (pre: academic appointment)

| | |
|---|---|
| 1983 - 1984 | Clinical teaching of Year III medical students |
| 1982 - 1983 | Chief Residents Seminar (for clinical clerks training in psychiatry) Clinical teaching of Year III medical students. Course preparation and teaching of: "Fundamental Issues in Psychiatry" to Year I psychiatry residents |
| 1981 | Clinical teaching of Year III medical students |
| 1975 | Teaching fellow, York University |
| 1974 | Teaching fellow, McMaster University |
| | Director, Ministry of Correctional Services, Department Group Homes Summer Camp |
| 1973 | Teacher/Instructor Bowmanville Correctional Institute for Juveniles - Summer |
| 1972 | Laborer - Teacher Frontier College - Summer |

GRANTS HELD: as Primary Investigator

I hold three types of Primary Investigator grants:

- Peer reviewed - agency funded.

- Self developed but industry supported (often peer review agencies have not funded treatment trials although my grant applications were well received by reviewers - I thus approached various manufacturers to obtain funds).

CONFIDENTIAL
AZ/SER 0051252

B202

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

- Industry funded.

1. Canadian Psychiatric Research Foundation. Neuroendocrine and Sleep Architecture Correlates of Adolescent Depression. $20,000. 1986. (Peer reviewed)

2. Dean's Fund, University of Toronto. $5,000. 1986. (Peer reviewed)

3. Sunnybrook Medical Center Research Trust. Growth Hormone and Sleep EEG studies in Adolescent Depression. $25,000. 1987. (Peer reviewed).

4. Desipramine treatment of adolescent depression. Merrell $98,000. 1988 - 1989. (Industry sponsored).

5. Clinical Investigation Unit in Adolescent Psychopharmacology. Database Development - Canadian Psychiatric Research Foundation. $13,000. 1988. (Peer reviewed).

6. Clonazepam treatment of adolescent panic attacks. Hoffman LaRoche. $120,000. 1989. (Industry supported).

7. Adolescent Affective Disorders Research Program - Data Base Development. $15,000. Sunnybrook Medical Centre, Research Trust. 1989. (Peer reviewed).

8. Valproic Acid Treatment of Adolescent Mania. $70,000. Abbott Laboratories. 1991. (Industry supported).

9. Fluanxol Treatment of Adolescent Borderline Personality Disorder. Nordic Merrell Dow. $70,000. 1991-1993. (Industry supported).

10. Moclobemide Treatment of Panic Disorders. Hoffman LaRoche. $130,000. 1992-1994. (Industry sponsored).

11. Brofaromine in major depression. Ciba Geigy. 1992-1993. $48,000. (Industry sponsored).

12. Senior Research Fellowship. Ontario Mental Health Foundation. 1993-1995. $80,000. (Peer reviewed).

13. D, l-fenfluramine Challenge and Social Problem Solving in Depressed and Suicidally Depressed Adolescents. Canadian Psychiatric Research Foundation. 1993-1994. $29,000. (Peer reviewed).

14. Paroxetine/Desipramine in Adolescent Depression. SmithKline Beecham. 1993-1994. $45,000. (Industry sponsored).

CONFIDENTIAL
AZ/SER 0051253

**FIGURE 2E Unadjusted mean changes from baseline in BPRS factor score (and standard errors) by study day (last observation carried forward)**

**Factor V: Hostile/suspiciousness**

(i) Psychosis-related factors (Factors III, IV and V)

All three treatments were associated with an improvement in thought disturbance as measured by BPRS Factor III score. The reduction in score was greater in the two SEROQUEL 450 mg groups than in the SEROQUEL 50 mg (bid) group, with the largest improvement in the SEROQUEL 450 mg (bid) group.

The mean changes in Factor III score from baseline to Day 42 were -0.82 in the SEROQUEL 450 mg (bid) group, -0.70 in the SEROQUEL 450 mg (tid) group and -0.48 in the SEROQUEL 50 mg (bid) group.

On statistical analysis (last observation carried forward) the mean decrease in Factor III score in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group from Day 14 onward (p=0.004 at Day 42). The mean decrease in the SEROQUEL 450 mg (tid) group was marginally statistically significantly greater than that in the SEROQUEL 50 mg (bid) group at Days 35 and 42. There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

There were mean reductions in Factor IV score in each of the SEROQUEL 450 mg groups, indicating an improvement, whereas there was essentially no change in the SEROQUEL 50 mg (bid) group. The greatest improvement was in the SEROQUEL 450 mg (bid) group.

Mean changes in Factor IV score from baseline to Day 42 were -0.42 in the SEROQUEL 450 mg (bid) group, -0.31 in the SEROQUEL 450 mg (tid) group and -0.03 in the SEROQUEL 50 mg (bid) group.

B203

15. Unipolar Adolescent Depression Study. SmithKline Beecham. 1993-1996. $390,000. (Industry supported).

16. Duloxetine in Depression. Lilly. 1993-1994. $100,000. (Industry sponsored).

17. CGP in Depression. Ciba-Geigy. 1993-1994. $25,000. (Industry supported).

**Total amount held in Research Grants as Primary Investigator, 1986-1993 = $1,235,000.00**

GRANTS HELD: as Co-Investigator

1. Dormer Laboratories. Psychological Improvement with Facial Cosmetic Changes. 1986. (Industry supported)

2. St. Michael's Hospital Research Fund. A Comprehensive Assessment of Thyroid Function in Depression. 1986-1987. (Peer reviewed).

3. Ontario Mental Health Foundation. Social Competence of Adolescents with Depressive Disorders. 1987-1989. (Peer reviewed)

4. Canadian Psychiatric Research Foundation Hypofrontality in Schizophrenia, 1987. (Peer reviewed).

5. Social Competency in Adolescent Depression. Sunnybrook Medical Centre Research Trust. 1989. (Peer reviewed).

6. Lithium Withdrawal Study. Sunnybrook Medical Centre Research Trust. 1989. (Peer reviewed).

7. Flesinoxan in treatment resistant major depression. Duphar. (Industry sponsored).

8. Persistence of deficits in social skills, peer networks, and friendship quality in clinically depressed adolescents. Ontario Mental Health Foundation. 1990-1992. (Peer reviewed).

9. Persistence of deficits in social skills, peer networks, and friendship quality in clinically depressed adolescents. Years 3 & 4. Ontario Mental Health Foundation. 1992-1994. (Peer reviewed)

10. Light therapy in depressed bipolar adolescents. Sunnybrook Trust for Research. (Peer reviewed).

CONFIDENTIAL
AZ/SER 0051254

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

GRANTS SUBMITTED, 1993-1994

1. Marton P, Kutcher S, Shulman K, Shaw J, Joffe R, Sokolov S. A Test of Social Competence and Cognitive Models of the Etiology of Major Depression. O.M.H.F. Submitted, October, 1993.

2. Flupenthixol Treatment of Borderline Personality Disturbance in Adolescents. N.I.M.H. Preparation for 1994.

3. Double Blind Comparitive Study of Divalproex Sodium and Lithium Carbonate in Adolescent Mania. N.I.M.H. Preparation for 1994.

4. Biologic Predictors of Adolescent Onset Depression in a High Risk Cohort. C.P.R.F. Preparation for 1993.

INVITED PAPERS/PRESENTATION

- (including Continuing Medical Education, not including hospital rounds)

1. "Good Guys and Bad Guys: the process of professionalization in 19th Century Canadian Medicine". McMaster University "History of Medicine Lecture Series". 1979.

2. "Babes in a Garden of Eden - A Historical Approach to the Understanding of Adolescence". The Hospital for Sick Children - Adolescent Clinic. Toronto, Ontario. 1980.

3. "Trends in Negotiations for Professional Employees in the Eighties". Panel Speaker at the Federation of Engineering and Scientific Association Meeting. November 1980.

4. "The Question of Medical Licensure in Canada". National Invitational Conference on Medical Licensure. Vancouver, B.C. May 1982.

5. "DSM III Workshop". Child Psychiatry Retreat Day. Toronto, Ontario. June 1982.

6. "Physician Heal Thyself: Medical Education and the Problem of Physician Impairment". The Association of the Canadian Medical Colleges. Toronto, Ontario. 1982.

7. "Depression in Adolescence". The Professional Specialiaties Group in Psychiatry, Canadian Society of Hospital Pharmacists. Toronto, Ontario. 1983.

8. "Communication Skills for Young Adults". Communication Intra-Generation/Inter-Generation. Northern Secondary School. Toronto, Ontario. 1983.

CONFIDENTIAL
AZ/SER 0051255

B205

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

9. DSM - III Workshop. Child Psychiatry Retreat Day. Toronto, Ontario. June 1983.

10. "The Diagnosis of Depression in Adolescents". The University of Calgary. Calgary, Alberta. November 1983.

11. "Etiological Fallacies in Adolescent Depressive Disorders". University of Ottawa. Ottawa, Ontario. Winter 1984.

12. "Diagnosing Depression in Adolescents". Dalhousie University. Halifax, Nova Scotia. Winter 1984.

13. "Attention Deficit Disorder in Adolescents". Edinburgh University, Royal Edinburgh Hospital. Scotland. Winter 1985.

14. "Psychiatric Drug Treatment in Childhood and Old Age". Edinburgh University, Royal Edinburgh Hospital. Scotland. Winter 1985.

15. Psychiatric Disorders in Teenagers. Simcoe Medical Society. May 1986.

16. Religious Psychoses in Adolescence. Orthodox Mental Health Practitioners. October 1987.

17. Adolescent Depression and Suicide. Simeon J., Kutcher S., Davidson S. Health Information Network. Princeton University. April 1987.

18. "Adolescent Depression - New Direction" University of Ottawa. Ottawa, Ontario. April 1987.

19. "Normal Adolescence". New Outlook, University Program - C.T.Y.S. Toronto, Ontario. May 1987.

20. "The Adolescent Medications Clinic - A model for Psychopharmacologic Mental Health Care Delivery for Teens". Youthdale Treatment Centre. Toronto, Ontario. May 1988.

21. "Parameters of Adolescent Depression". Child and Adolescent Mental Health Conference. Royal Ottawa Hospital. Ottawa, Ontario. May 1988.

22. "The Schizophrenia Prodrome. Phases of Schizophrenia", McNeil Symposium. Royal Ottawa Hospital. Ottawa, Ontario. February 1989.

23. "Adolescent Depression". London Psychiatric Hospital. London, Ontario. February 1989.

CONFIDENTIAL
AZ/SER 0051256

B206

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

24. "The developmental process of becoming a researcher". Resident Research Day, Faculty of Health Sciences, Department of Psychiatry. University of Ottawa. Ottawa, Ontario. April 1989.

25. "Adolescent Suicide". Sunnybrook Medical Centre, Department of Social Work, Educational Seminar. Toronto, Ontario. June 1989.

26. Child and Adolescent Psychopharmacology: review and update. Institute at Canadian Academy of Child Psychiatry. St. Johns, Nfld. September 1989.

27. A Critical Review of Training in Child and Adolescent Clinical Research at the University of Toronto. Canadian Academy of Child Psychiatry. St. Johns, Nfld. September 1989.

28. Adolescent Depression - Identification and New Directions. Section 25 - Metropolitan Toronto Boards of Education and Ministry of Education. Toronto, Ontario. October 1989.

29. Adolescent Depression and Mania. National Depressive, Manic Depressive Association, 6th Annual Meeting. Houston, Texas. October 1989.

30. Schizophrenia in Adolescents. Metropolitan Toronto Childrens' Aid Society. Toronto, Ontario. November 1989.

31. Pediatric/Adolescent Depression - An Update on Depression in Family Practice. Toronto General Hospital. Toronto, Ontario. Autumn 1989.

32. New Findings in Adolescent Depression. Student Health Services, University of Toronto. Toronto, Ontario. Winter 1990.

33. Nocturnal Neuroendocrine Measures in Depressed Adolescents:Cortisol; TSH and Growth Hormone. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario. Spring 1990.

34. Adolescent Psychiatric Disorders - Presentation, Phenomenology and Differentiation from Normal Adolescent Development. North York Board of Education. North York, Ontario. Winter 1990.

35. Neuroendocrinology in Adolescent Psychiatry. City-wide Rounds. Department of Endocrinology, University of Toronto. Toronto, Ontario. Winter, 1990.

36. Adolescent Depression. Telemedicine Presentation. Toronto, Ontario. Winter 1990.

CONFIDENTIAL
AZ/SER 0051257

B207

37. Mania in Teenagers. Toronto Manic Depressive Association. Toronto, Ontario. March 1990.

38. Bipolar Illness in Adolescents. Wellesley Hospital, Grand Rounds. Toronto, Ontario. Winter 1990.

39. Why is there air? Research in Child Psychiatry. Hospital for Sick Children, Grand Rounds. Toronto, Ontario. Winter 1990.

40. Treatment of Adolescent Depression. Third International Conference in Child and Adolescent Mental Health. Ottawa, Ontario. May 1990.

41. Borderline Personality Disorder - A Workshop. American Psychiatric Association. New York, NY. May 1990.

42. Borderline Personality Disorder Heterogeneity: Psychopharmocotherapy Implications. Canadian Psychiatric Association. Toronto, Ontario. September 1990.

43. Psychopharmacology Update. Canadian Psychiatric Association. Toronto, Ontario. September 1990.

44. The Treatment of Adolescent Depression. American Academy of Child and Adolescent Psychiatry Annual Meeting - Workshop. Chicago, Ill. October 1990.

45. New Advances in Adolescent Mood Disorders: Current Topics in Adolescent Psychiatry. University of Toronto Update Series. Toronto, Ontario. November 1990.

46. Schizophrenia and Mania in Adolescents. Presentation and Treatment Issues: Current Topics in Adolescent Psychiatry. University of Toronto Update Series. Toronto, Ontario. November 1990.

47. What's New in Adolescent Mood Disorders. Toronto Society for Adolescent Psychiatry. Toronto, Ontario. November 1990.

48. Neuroendocrinology of Adolescent Depression. Endocrine Grand Rounds, Sunnybrook Health Science Centre. Toronto, Ontario. November 1990.

49. Teenagers and Depression. 5th Annual OAC Conference: Family Issues and Insights. December 1990.

50. The 1991 Consensus on the Epidemiology, Diagnosis and Treatment of Panic Disorder. Toronto, Ontario. January 1991.

51. Adolescent Depression: Diagnosis and Treatment. Oakville Trafalgar Memorial Hospital. Oakville, Ontario. January 1991.

CONFIDENTIAL
AZ/SER 0051258

B208

52. Child and Adolescent Depression. Leaside Women's League. East York, Ontario. February 1991.

53. Depression in Adolescents: New Findings. Department of Dentristry, Sunnybrook Health Science Centre. Toronto, Ontario. February 1991.

54. Neuroendocrine and Sleep Physiology in Adolescent Depression. Clarke Institute of Psychiatry - Affective Disorders Program. Toronto, Ontario. February 1991.

55. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Ottawa, Ontario. March 1991.

56. Normal Adolescent Development and Depression. OAC conference on Family Issues. April 1991.

57. Adolescent Depression: Diagnosis, Outcome, and Treatment. Seminars in Medicine. Thunder Bay, Ontario. April 1991

58. Anxiety Disorders in Teens. Seminars in Medicine. Thunder Bay, Ontario. April 1991.

59. Anxiety and Panic Disorders in Adolescents. Toronto, Ontario. April 1991.

60. REM Latency in Endogenously Depressed Adolescents. Symposium: Sleep Studies in Juvenile Affective Illness. American Psychiatric Association. New Orleans, Louisiana. May 1991.

61. Normal Adolescent Development and the Onset of Mental Illness. Canadian Psychiatric Research Foundation, Annual General Meeting. Toronto, Ontario. June 1991.

62. Update in Affective and Anxiety Disorders. Toronto, Ontario. September 1991.

63. Models of Adolescent Mental Health Care Delivery - The Sunnybrook Model. The Models of Mental Health Care Delivery Conference. The Maples, Vancouver, B.C. September 1991.

64. Questions and Answers in Pediatric Psychopharmacology. Canadian Academy of Child Psychiatry. Saskatoon, Sask. September 1991.

65. Update in Adolescent Psychiatry. Royal College of Psychiatrists Autumn Quarterly Meeting. London, England, October 1991.

66. Psychopharmacology Breakfast. American Academy of Child and Adolescent Psychiatry. San Francisco, California. October 1991.

CONFIDENTIAL
AZ/SER 0051259

B209

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

67. New Directions in Adolescent Mental Health. Mississauga General Hospital. Mississauga, Ontario. November 1991.

68. New Approaches and Advances in Suicide Research and Intervention. Kinark Child and Family Services. Coburg, Ontario. February 1992.

69. Questions and Answers in Practical Psychopharmacology Across the Life Cycle. Lakeshore Medical Clinic. Toronto, Ontario. February 1992.

70. Depression in Children and Adolescents. Depression a Family Concern - Clarke Institute of Psychiatry. Toronto, Ontario. February 1992.

71. Manic Depressive Illness in Adolescents. Manic Depressive Association of Toronto. Toronto, Ontario. March 1992.

72. Borderline Personality Disorder: An Overview. Merrell Dow Meetings. Cancun, Mexico. April 1992.

73. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Halifax, Nova Scotia. April 1992.

74. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Montreal, Quebec. April 1992.

75. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Toronto, Ontario. May 1992.

76. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Calgary, Alberta, June 1992.

77. Anxiety and Panic Disorders in Teenagers: Diagnosis and Treatment Implications. Vancouver, B.C. June 1992.

78. An Update in Adolescent Depression. Georgia Psychiatric Association. Hilton Head, South Carolina. August 1992.

79. The Role of Medication in Adolescent Psychiatry. Queensway General Hospital. Toronto, Ontario. October 1992.

80. An Overview of the Latest Advances in the Epidemiology, Etiology, Neurophysiology, and Psychopharmacology of Mania and Depression. The 3rd Annual Update Series in Child and Adolescent Psychiatry. University of Toronto, Division of Child Psychiatry. Toronto, Ontario. November 1992.

81. Psychotic Disorders in Adolescence. The Hospital for Sick Children Adolescent Service. Toronto, Ontario. November 1992.

CONFIDENTIAL
AZ/SER 0051260

B210

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

82. Review of Psychopharmacology in Adolescent Mental Illness. Douglas Hospital, McGill University. Montreal, QC. November 1992.

83. Normal Adolescence: Issues and Models. Toronto Art Therapy Institute. November 1992.

84. Anxiety and Depression in Adolescence. Toronto Art Therapy Institute. December 1992.

85. Anxiety and Its Disturbances in Adolescence. Halton Board of Education. Oakville, Ontario. January 1993.

86. Borderline Personality Disorder in Adolescents. East Metro Youth Services. Toronto, Ontario. January 1993.

87. Transitional Age Youth and Mental Illness. East Metro Housing Coalition - Staff Training. Toronto, Ontario. February 1993.

88. Families - How to Support and Resolve Mental Health Problems. East Metro Housing Coalition - Staff Training. Toronto, Ontario. February 1993.

89. Personality Disorders in Adolescents. East Metro Housing Coalition - Staff Training. Toronto, Ontario. February 1993.

90. Update in Adolescent Mood Disorders. Department of Psychiatry, University of Calgary. Calgary, Alberta. March 1993.

91. New Anti-depressants. "5 Chiefs" Family Medicine Day. Toronto, Ontario. April 1993.

92. Overview of Psychiatric Disorders in Adolescents. Psychiatric Disorders in the High School Student: Identification and Referral. Toronto, Ontario. May 1993.

93. Adolescent Anxiety Disorders. Psychiatric Disorders in the High School Student: Identification and Referral. Toronto, Ontario. May 1993.

94. Adolescent Borderline Personality: Disorder or Tautology, an Introduction to Critical Thinking. Dalhousie University. Halifax, Nova Scotia. June 1993.

95. Recent Advances in Adolescent Depression. Dalhousie University. Halifax, Nova Scotia. June 1993.

96. The Pharmacotherapy of Child and Adolescent Depression and Anxiety Disorders. Annual Meeting, Quebec Psychiatric Association. Quebec. June 1993.

CONFIDENTIAL
AZ/SER 0051261

B211

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

97. Adolescent Mood Disorders. Mood Disorders in General Practice. Toronto, Ontario. June 1993.

98. New Treatment Options in Depression. SmithKline Beecham Distinguished Lecturer Series Program. Toronto, Ontario. July 1993.

99. Anticonvulsants in Psychiatry - Pharmacologic Treatment of Adolescent Mania. Satellite Symposium - Canadian Psychiatric Association Annual Meeting. Winnipeg, Manitoba. September 1993.

100. Depression and Anxiety: Separate Entities or a Clinical Continuum. Satellite Symposium - Canadian Psychiatric Association Annual Meeting. Winnipeg, Manitoba. September 1993.

101. How (and Why) to Write a Successful Grant Application. Workshop - Canadian Psychiatric Association Annual Meeting. Winnipeg, Manitoba. September 1993.

102. Normal Adolescence and Psychiatric Disorders in Teens. North York General Hospital - Family Practice Residents Academic Day. Toronto, Ontario. October 1993.

103. Public Education Forum - "Resolved That the Wrong People Are Taking Care of the Mentally Ill". Queen Street Mental Health Centre. Toronto, Ontario. October, 1993.

104. Depression in Adolescents - "What Do You Do When You Think a Child May Be Suicidal?" Telemedicine. Toronto, Ontario. October, 1993.

105. Pharmacotherapy of Adolescent Borderline Personality Disorder - Advances in Child and Adolescent Psychopharmacology. Institute. American Academy of Child & Adolescent Psychiatry. Annual Meeting. San Antonio, U.S.A. October 1993.

106. Rapid Cycling and Mixed Mania in Adolescent Bipolar Illness. American Academy of Child & Adolescent Psychiatry. Annual Meeting. San Antonio, U.S.A. October 1993.

107. Major Life Events and First Onset Adolescent Depression. American Academy of Child & Adolescent Psychiatry. Annual Meeting. San Antonio, U.S.A. October 1993.

108. Depression in the Teen. The Ontario College of Family Physicians - 31st Annual Scientific and Business Meeting. Toronto, Ontario. November 1993.

CONFIDENTIAL
AZ/SER 0051262

B212

TRIAL 3077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

109. Affective Disorders in Adoalescents: Diagnosis and Treatment Update. The Canadian Association for Adolescent Health. Toronto, Ontario. November 1993.

110. Recent Advances in Adolescent Bipolar Disorder. Psychiatry Grand Rounds, Queen's University. Kingston, Ontario. November 1993.

111. Conceptual Models and Current Issues in Adolescent Depression. Division of Child Psychiatry, Beechgrove Children's Centre. Kingston, Ontario. November 1993.

112. Adolescent Suicide. The Council on Suicide Prevention. Toronto, Ontario. January 1994.

113. Recent Advances in Adolescent Mood Disorders. Grand Rounds, Division of Child and Adolescent Psychiatry. Schneider Children's Hospital. New Hyde Park, NY. January 1994.

MEDIA PRESENTATIONS

1. CFRB Radio, Open Line Talk Show - Adolescence. Spring 1987.

2. Anxiety in Teens and Pre-teens - Positive Parenting. Youth Television. Toronto, Ontario. February 1990.

3. Youth Suicide. Youth Television. Toronto, Ontario. Autumn 1991.

4. CBC "Morningside". Antidepressants. Toronto, Ontario. March 1992.

5. An Overview of Anxiety Disorders in Children and Adolescents and Their Treatment. Medifacts. September 1992.

6. Missing Treasures. Youth Television. April 1993.

7. Manic Depression in Adolescence. "Sex, Lives, & Audiotapes". Radio Station 640 AM. Toronto. June 1993.

8. "A Clear-cut Model for Suicide Prevention". Letter to the Editor. The Globe and Mail. Toronto. October 1993.

9. Mental Illness in our Society. Radio Station Q107 FM. Toronto. October 1993.

10. Instructional Video for General Practitioners. Diagnosis of Depression and Anxiety. The Medicine Group. November 1993.

11. Instructional Video for Psychiatrists. Diagnosis of Mixed Depression/Anxious States. The Medicine Group. November 1993.

CONFIDENTIAL
AZ/SER 0051263

**INVESTIGATOR AND CENTRE LIST**

(Centres that recruited patients) **(continued)**

| Centre number | Investigator | Address | Number of patients entered |
|---|---|---|---|
| 006 | Dr J Lynch | Department of Psychiatry<br>St Michael's Hospital<br>Clonmel<br>County Tipperary<br>Ireland | 15 |
| 007 | Dr S B Mahapatra | Department of Psychiatry<br>The General Hospital<br>Hartlepool<br>Cleveland TS24 9AH<br>United Kingdom | 9 |
| 008 | Dr D J MacFarlane | Department of Psychiatry<br>Ards Hospital<br>Newtownards<br>County Down<br>Northern Ireland<br>BT23 4AS<br>United Kingdom | 3 |
| 011 | Dr W Kissling | Psychiatrische Klinik der Tu Muenchen<br>Ismaninger Str 22<br>81675 Munich<br>Germany | 7 |
| 012 | Dr S Shaw | Stanley Royd Hospital<br>Aberford Road<br>Wakefield<br>West Yorkshire<br>United Kingdom | 2 |

CONFIDENTIAL
AZ/SER 0050472

On statistical analysis (last observation carried forward) the mean change in the SEROQUEL 450 mg (bid) group was statistically significantly different from that in the SEROQUEL 50 mg (bid) group from Day 7 onward (p=0.0007 at Day 42), and marginally statistically significantly different at Day 7. The change in the SEROQUEL 450 mg (tid) group was statistically significantly different from that in the SEROQUEL 50 mg (bid) group at Day 42 (p=0.02) and marginally statistically significantly different at Days 28 and 35. There were marginally statistically significant differences between the two SEROQUEL 450 mg groups at Days 7 and 14, favouring the SEROQUEL 450 mg (bid) group.

There were similar improvements in Factor V score in each of the SEROQUEL 450 mg groups, and essentially no change in the SEROQUEL 50 mg (bid) group.

The mean changes in Factor V score from baseline to Day 42 were -0.36 in the SEROQUEL 450 mg (bid) group, -0.37 in the SEROQUEL 450 mg (tid) group and -0.07 in the SEROQUEL 50 mg (bid) group.

On statistical analysis (last observation carried forward) the change in the SEROQUEL 450 mg (bid) group was statistically significantly different from that in the SEROQUEL 50 mg (bid) group from Day 28 onward (p=0.03 at Day 42). The change in the SEROQUEL 450 mg (tid) group was statistically significantly different from that in the SEROQUEL 50 mg (bid) group at Days 35 and 42 (p=0.02 at Day 42). There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

In summary, both SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) led to improvements in all three psychosis-related BPRS factor scores. SEROQUEL 50 mg (bid) had little effect on Factors IV and V but was associated with an improvement in Factor III. SEROQUEL 450 mg (bid) was at least as effective as SEROQUEL 450 mg (tid).

(ii) Anxiety/depression

The Factor I score fell in all three groups after treatment, indicating an improvement in anxiety/depression. Although the improvement in score was slightly greater in the two SEROQUEL 450 mg groups than in the SEROQUEL 50 mg (bid) group, there were no statistically significant differences between the three groups on analysis using the last observation carried forward.

The mean reductions from baseline to Day 42 were -0.60 in the SEROQUEL 450 mg (bid) group, -0.55 in the SEROQUEL 450 mg (tid) group and -0.46 in the SEROQUEL 50 mg (bid) group.

CONFIDENTIAL
AZ/SER 0050544

B213

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

12. Consultant. "Paxil R" Product Information Package. November 1993.

PUBLICATIONS IN REFEREED JOURNALS: PUBLISHED

1. Kutcher S. "J.W. Bengough and the Millenium in Hogtown: A Study of Motivation in Urban Reform". Urban History Review 76: 38-50, 1976.

2. Kutcher S. "Toronto's Metaphysicians: The social Gospel and Medical Professionalism in Victorian Toronto". Journal of History of Canadian Science, Technology and Medicine 5: 130-146, 1981.

3. Kutcher S. "The Gaslight Syndrome". The Canadian Journal Psychiatry 27: 224-227, 1982. (Abstracted in Psychiatry Digest, August, 1983)

4. Kutcher S. "Federal-Provincial Fiscal Arrangements, Interns and Residents Views". Canadian Medical Assoc Journal 126: 1136-1138, 1982.

5. Kutcher S. Coping with the stresses of medical education. Canadian Medical Assoc. Journal 130: 373-381, 1984.

6. Kutcher S. Clinical Utility of Dexamethasone Suppression Testing in the Elderly Depressive: A Case Report. Canadian Journal of Psychiatry 29: 505-507, 1984.

7. Kutcher S., Shulman K. Desipramine-induced delerium at "sub therapeutic" concentrations. Canadian Journal of Psychiatry 30: 368-369, 1985.

8. Kutcher S., Yanchyshyn G., Cohen C. Diagnosing Affective Disorder in Adolescents: The Use of the Schedule for Affective Disorders and Schizophrenia. Canadian Journal of Psychiatry, 30: 605-608, 1985.

9. Kutcher S., Whitehouse A., Freeman C. Hidden Eating Disorders in Scottish Psychiatric Inpatients. American Journal of Psychiatry 142: 1475-1478, 1985.

10. Kutcher S., Reid K., Dubbin J., Shulman K. Electrocardiogram changes and therapeutic desipramine and 2 hydroxydesipramine concentrations in elderly despressives. British Journal of Psychiatry 148: 676-679, 1986.

11. Kutcher S., Shulman K. Dexamethasone Suppression Test Normalization and Treatment outcome in Elderly Depressives. British Journal of Psychiatry 147: 453-454, 1985.

CONFIDENTIAL
AZ/SER 0051264

B214

12. Blackwood D., St. Clair D., Kutcher S. P300 event-related potential abnormalities in borderline personality disorder. Biological Psychiatry 21: 560-564, 1986.

13. Kutcher S., Shulman K., Reid K. Desipramine plasma concentrations and therapeutic response in elderly depressives. Canadian Journal of Psychiatry 31: 752-754, 1986.

14. Kutcher S. Assessing and treating attention deficit disorder in adolescents: the clinical application of a single-case research design. British J. Psychiatry 149: 710-715, 1986.

15. Kutcher S., Kablubowski M. Are Thyrotropin binding inhibiting immunoglobulins (TB11) associated with lithium induced thyroid gland dysfunction. Biological Psychiatry 21: 414-416, 1986.

16. Yanchyshyn G., Kutcher S., Cohen C. The diagnostic interview for borderlines: reliability and validity in adolescents. Journal Amer Acad Child Psychiatry 25: 427-429, 1986.

17. Kutcher S., Gow S. Free T4 kit assays (Amerlax) provide reliable free T4 estimations in long-term lithium carbonate treatment. Canadian Journal of Psychiatry 32: 112-114, 1987.

18. Hardy B., Shulman K., Kutcher S., MacKenzie S. Pharmacokinetics of Lithium Carbonate - Single Dose Kinetics in the Elderly. Clinical Pharmacology and Therapeutics 7: 153-158, 1987.

19. Whalley L.J., Kutcher S., Blackwood D.H.R., Bennie J., Dick H., Fink G. Increased plasma LH in manic depressive illness: evidence of a state-independent abnormality. British Journal of Psychiatry 150: 682-684, 1987.

20. Kutcher S., MacKenzie S., Galarraga C., Szali J. Clonazepam treatment of Adolescents with Neuroleptic Induced Akathisia. American Journal of Psychiatry 144: 823-824, 1987.

21. Kutcher S., Blackwood D., St. Clair D. Auditory P300 in borderline personality disorder and schizophrenia. Archives of General Psychiatry 44: 645-650, 1987.

22. Kutcher S., MacKenzie S. Successful clonazepam treatment of adolescents with panic disorder. Journal of Clinical Psychopharmacology 8: 299-301, 1988.

23. Joffe R.T., Kutcher S., MacDonald C. Thyroid function and bipolar affective disorder. Psychiatry Research 25: 117 - 121, 1988.

24. Venkatarangan S.H., Kutcher S., Notkin R. Secondary mania with steroid withdrawal. Can J Psychiatry October, 1988.

CONFIDENTIAL
AZ/SER 0051265

B215

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

25. Joffe R, MacDonald C, Kutcher S. Lack of differential cognitive effects of Lithium and Carbamazepine in bipolar affective disorder. J Clin Psychopharmacology 8: 425-428, 1988.

26. Kutcher S., Marton P. The Utility of the Beck Depression Inventory with Psychiatrically Disturbed Adolescent Outpatients. Canadian Journal of Psychiatry 34: 107-109, 1989.

27. Kutcher S., Blackwood D. Pharmacotherapy of the Borderline Patient: A critical review and clinical guidelines. Canadian Journal of Psychiatry 34: 347-353, 1989.

28. Joffe R, McDonald C, Kutcher S. Life events and mania: a case controlled study. Psychiatry Research 30: 213-216, 1989.

29. Kutcher S, Williamson P, Silverberg J, Marton P, Malkin D, Malkin A. Nocturnal Growth Hormone Secretion in Depressed Older Adolescents. Journal of the American Academy of Child and Adolescent Psychiatry 27: 751-754, 1989.

30. Kutcher S, Marton P, Korenblum M. Relationship between psychiatric illness and conduct disorder in adolescents. Canadian J Psych. 34: 526-530, 1989.

31. Williamson P, Kutcher S, Cooper P, Snow G, Szalai J, Kaye H, Morrison S, Willinsky R, Mamelak M. Psychological Topographic EEG and CAT scan correlates of frontal lobe function in schizophrenia. Psychiatry Research 29: 137 -149, 1989.

32. Christie J, Bennie J, Kutcher S, Hunter R, Fink G. Neuroendocrine changes in dementia of alzheimer-type: towards a diagnostic marker system. Symposium on Ageing and Ageing Disorders: Biological Markers in Dementia. Stockholm, 1989.

33. Kutcher S, Marton P. Parameters of Adolescent Depression: A Review. Psych. Clinics of North America 12:895-918, 1989.

34. Kutcher S, Blackwood D, Gaskell D, Muir W, St. Clair D. Auditory P300 does not differentiate borderline personality disorder from schizotypal personality disorder. Biological Psychiatry 26: 766-774, 1989.

35. Kutcher S, Williamson P, MacKenzie S, Marton P, Ehrlich M. Successful clonazepam treatment of neuroleptic induced akathisia in older adolescents: a double blind placebo controlled study. J. Clinical Psychopharmacology 9: 403-406, 1989.

CONFIDENTIAL
AZ/SER 0051266

B216

TRIAL 3077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

36. Marton P, Korenblum M, Kutcher S, Stein B, Kennedy B, Pakes J. Personality Dysfunction in Depressed Adolescents. Canadian Journal of Psychiatry 34: 810-813, 1989.

37. Richman-Eisenstat J, Shear N, Kutcher S, Hill J, Miller M, Spielberg S. Rhabdomyolysis associated with carbamazepine-induced anticonvulsant hypersensitivity syndrome. Clinical and Investigative Medicine 12: B6, 1989.

38. Kutcher S, Marton P, Korenblum M. Adolescent Bipolar Illness and Personality Disorder. J. Am. Acad. Child Adolesc. Psychiatry 29: 355-358, 1990.

39. Reiter S, Kutcher S. Head Injury in Adolescence. Canadian J. Psych, 35: 669-673, 1990.

40. Golombek H, Kutcher S. Adolescence and Mood Disturbance. Psychiatric Clinics North Amer, 13: 443-454, 1990.

41. Levitt A, Joffe R, Ennis J, Macdonald C, Kutcher S. The prevalence of cyclothymia in borderline personality disorder. J Clinical Psychiatry, 8: 335-339, 1990.

42. Kutcher S, Marton P. Affective disorders in first degree relatives of adolescent onset bipolars, unipolars and normal controls. J. Am. Acad. Child Adolesc. Psychiatry, 30:75-78, 1991.

43. Boulos C, Kutcher S, Simeon J, Ferguson B, Roberts N, Marton P. Desipramine treatment of adolescent depression a preliminary report. Psychopharmacology Bulletin, 27:50-65, 1991.

44. Marton P, Churchard M, Kutcher S, Korenblum M. Diagnostic utility of the Beck Depression Inventory with adolescent psychiatric outpatients and inpatients. Canadian J. Psychiatry, 36:428-431, 1991.

45. Kutcher S, Malkin D, Silverberg J, Szalai J, Malkin A, Katic M. Nocturnal cortisol, thyroid stimulating hormo ne and growth hormone secreting properties in depressed adolescents. J. Am. Acad. Child Adolesc. Psychiatry, 30:407-414, 1991.

46. Reiter S, Kutcher. Disinhibition and anger outbursts in adolescents treated with clonazepam. J. Clinical Psychopharmacology, 11:268, 1991.

47. Morrison S, Williamson P, Corning W, Kutcher S, Merskey H. EEG Alpha Coherence and Aberrant Functional Organization of the Brain in Schizophrenic Patients During Activation Tasks. Br. J. Psychiatry. 159: 636-644, 1991.

CONFIDENTIAL
AZ/SER 0051267

B217

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

48. Morrison S, Williamson P, Snow G, Kutcher S, Merskey H, Corning W. "Frontal and non-frontal neuropsychological test performance and clinical symptoms in schizophrenia". Psychological Medicine. 22: 353-360, 1992.

49. Kutcher S, Reiter S, Gardner D, Klein R. The Pharmacotherapy of Anxiety Disorders in Children and Adolescents. Psychiatric Clinics of North America. 15: 41-68, 1992.

50. Kutcher S. Rational use of psychotropics in child and adolescent psychopharmacology - general principles. Bulletin of the Canadian Academy of Child Psychiatry. 1: 4-9, 1992.

51. Schachar R., Kutcher, S. Stimulant Treatment of Attention Deficit Hyperactivity Disorder. Bulletin of the Canadian Academy of Child Psychiatry. 1: 19-23, 1992.

52. Kutcher S, Williamson P, REM Latency in Endogenously Depressed Adolescents. British J. Psychiatry. 161: 399-402, 1992.

53. Kutcher S, Marton P, Szalai J, Kennedy B. The specificity of psychoanalytic hypothesis regarding the onset of adolescent psychoses. J. Am. Acad. Child Adolesc. Psychiatry. 31:4 699-703, July 1992.

54. Kutcher S, Kachur E, Marton P, Szalai J, Jaunkalns R. Substance abuse in chronically mentally ill adolescents: a pilot study of descriptive and differentiating features. Canadian Journal of Psychiatry. 37: 428-431, 1992.

55. Boulos C, Kutcher S, Gardner D. An open naturalistic trial of fluoxetine in adolescents with treatment-resistant depression. J. Child and Adolescent Psychopharmacology. 2:2 103-111, 1992.

56. Connolly J, Geller S, Marton P, Kutcher S. Peer Responses to Social Interaction with Depressed Adolescents. J. of Clinical Child Psychology. 21:4, 365-370, 1992.

57. Reiter S, Kutcher S, Gardner D. Anxiety disorders in children and adolescents: clinical and related issues in pharmacological treatment. Can. J. Psychiatry. 37: 432-438, August 1992.

58. Boulos C, Kutcher S. Antidepressant use in adolescents. Bulletin of the Canadian Academy of Child Psychiatry. 1:4 52-56, November 1992.

59. Gardner D, Kutcher S. Dimenhydrinate abuse in adolescents. Can. J. Psychiatry. 38:2 113-116, March 1993.

CONFIDENTIAL
AZ/SER 0051268

B218

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

60. Marton P, Churchard M, Kutcher S. Cognitive distortion in depressed adolescents. J Psychiatr Neurosci. Vol. 18, No. 3, 103-107. 1993.

61. Papatheodorou G, Kutcher S. Divalproex Sodium Treatment in Late Adolescent and Young Adult Acute Mania. Psychopharmacology Bulletin. Vol. 29, No. 2, 213-219. 1993

62. Papatheodorou G, Kutcher S. The Use of Thymoleptics in Adolescents: A Review. Bulletin of the Canadian Academy of Child Psychiatry. Vol. 2, No. 2, 24-28. May 1993.

63. Marton P, Connolly J, Kutcher S, Korenblum M. Cognitive social skills and social self appraisal in depressed adolescents. J. Am. Acad. of Child Adolesc. Psychiatry. 32:4. July, 1993.

64. Chouinard G, Saxena B.M, Nair N.P.V, Kutcher S.P, Bakish D, Bradwejn, J, Kennedy S.H, Sharma V, Remick R.A, Kukha-Mohamad S.A, Beauclair L, Snaith J, D'Souza J. Brofaromine in Depression: A Canadian Multicentre Placebo Trial and a Review of Standard Drug Comparative Studies. Clinical Neuropharmacology. Vol. 16, Suppl. 2, S51-S54. September 1993.

PUBLICATIONS IN REFEREED JOURNALS: IN PRESS/SUBMITTED

65. Papatheodorou G, Kutcher S. Light therapy in the treatment of adolescent onset bipolar depression. Journal of Psychiatry & Neuroscience. - submitted.

66. Connolly J, Goldberg A, Marton P, Kutcher S. Resolution of peer conflict among adolescents with depressive disorders. J. Abnormal Child Psychology - submitted.

67. Kutcher S, Boulos C, Ward B, Marton P, Simeon J, Ferguson B, Szalai J, Katic M, Roberts N, Dubois C. Response to desipramine treatment in adolescent depression: a fixed dose, placebo controlled trial. J. Am. Acad. Child Adolesc. Psychiatry - submitted.

68. Chouinard G., Saxena B.M., Nair N.P.V., Kutcher S.P., Bakish D., Bradwejn J., Kennedy S.H., Sharma V., REmick R.A., Kukha-Mohamad, S.A., Snaith J., Pohlmann H., Beauclair L., D'Souza J. A Canadian Multicentre Placebo-Controlled Study Comparing a Fixed Dose of Brofaromine to Placebo in the Treatment of Major Depression. Journal of Clinical Psychopharmacology - submitted, October 29, 1993.

CONFIDENTIAL
AZ/SER 0051269

TRIAL 5077IL/0012
CENTRE
PATIENT 49
CATEGORY C01

69. Kutcher S, Papatheodorou G, Reiter S, Gardner D. The Successful Pharmacological Treatment of Adolescents and Young Adults with Borderline Personality Disorder: A Preliminary Open Trial of Flupenthixol. Journal of Psychiatry & Neuroscience - submitted, December 1993.

70. Marton P, Kutcher S. The Prevalence of Cognitive Distortion in Depressed Adolescents. Journal of Psychiatry & Neuroscience - submitted, January 1994.

BOOK CHAPTERS: PUBLISHED

71. Kutcher S, Marton P. Adolescent Depression: a treatment review. in J. Simeon and B. Ferguson (eds). Advances in the Treatment of Child Psychiatry Disorders Plenum Press, 1990.

72. Kutcher S. The Prodrome: recognition. Phases of Care for the Chronic Schizophrenic Patient, McNeil Publications, Ottawa, 1990.

73. Kutcher S, Korenblum M. Borderline Personality Disorder in Adolescents: A critical overview, novel speculations and suggested future directions. in M. Rosenbluth and D. Silver (eds) Borderline Personality, International Universities Press, Madison Connecticut, 535-552, 1992.

74. Kutcher S, Marton P, Boulos C. Adolescent Depression - Update and Review. in Cappeliez P, Flynn R. (eds) Depression and the Social Environment: Research and Intervention with Neglected Populations. McGill-Queen's University Press. Montreal & Kingston. Chapter 3, 73-92, 1993.

BOOK CHAPTERS: IN PRESS

75. Kutcher S, Sokolov S. Neuroendocrine Aspects of Adolescent Depression. Goodyer I. and Parry-Jones O. (eds). Depression in Adolescence: Cambridge Monographs in Child and Adolescent Psychiatry. Cambridge University Press. in press.

76. Kutcher S. Adolescence: Normal Develpment and some Important Psychiatric Conditions Onsetting in the Teenage Years. Bailliere's Textbook of Clinical Paediatrics. in press.

77. Kutcher S, Reiter S, Gardner D. Pharmacotherapy of Child and Adolescent Anxiety Disorders. in J. March (ed). Anxiety Disorders in Children and Adolescents. Guilford Press. - submitted, May 1993.

CONFIDENTIAL
AZ/SER 0051270

B220

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

PUBLICATIONS: INVITED

78. Kutcher S. "Utility of Two Structured Interviews in the Diagnosis of Character and Affective Disorders of Adolescence". Perspectives in Psychiatry, Winter, 1983.

79. Kutcher S. Affective Disorders (Depression and Mania) in Adolescents. Canadian Family Physician, 32: 2475-2479, 1986.

80. Kutcher S. Adolescent Depression. Psychiatry, 2: 7-9, 1988.

81. Gardner D, Kutcher S. Buspirone - A Novel Anxiolytic Family Practice Newsletter 9: 1-4, 1990.

82. Gardner D, Kutcher S. Buspirone. Focus on New Drugs. Metro Toronto Hospitals Drug Information Service. 10: 1-5, 1991

83. Kutcher S. Looking at Teen Depression. Adolescent Health Care. OMA Patient Update. 1992

84. Kutcher S. Depressive Disorders in Adolescents - Current Treatment Considerations. The Canadian Review of Affective Disorders. 3: 5-8, 1993.

85. Kutcher S. The Myth of the Crazy, but Normal Teen. Issues in Schizophrenia. Publication of the Canadian Psychiatric Association. 2:2, Summer 1993.

POSTERS and ABSTRACTS

1. "Idealogical Foundations of Canadian Medical Professionalism", The Learned Societies, 1977.

2. "Concordance and Utility of the DIB and SADS in Adolescent Psychiatric Diagnosis". Department of Psychiatry Research Day, University of Toronto, 1983.

3. "Hidden Eating Disorders in Psychiatric Inpatients". Ontario Psychiatric Association. Toronto. 1986.

4. "Borderline Personality Disorder and Schizophrenia: the Event Related Potentials". Ontario Psychiatric Association. Toronto. 1986.

5. "Ventricular Enlargement in Adolescent Onset Psychosis". 6th Annual Meeting of the Canadian Academy of Child Psychiatry. Whistler, B.C. September 1986.

CONFIDENTIAL
AZ/SER 0051271

B221

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

6. Marton P, Korenblum M, Kennedy B, Stein B, Kutcher S, Pakes J. The relationship between depressive disorder and personality disorder in adolescents. American Academy of Child and Adolescent Psychiatry: Annual Meeting. Los Angeles, California. October 1986.

7. Marton P, Korenblum M, Kennedy B, Stein B, Kutcher S, Pakes J. Personality dysfunction in depressed adolescents. Ontario Association of Children's Mental Health Centre. Toronto, Ontario. June 1987.

8. Joffe RT, Kutcher SP, MacDonald C. Rapid cycling, thyroid function and lithium treatment. 2nd British Lithium Congress. Wolverhampton, UK. September 1987.

9. Marton P, Korenblum M, Kennedy B, Stein B, Kutcher S, Pakes J. Personality dysfunction in depressed adolescents. American Academy of Child Psychiatry: Annual Meeting. Washington D.C. October 1987.

10. Kutcher S, Williamson P, Silverberg J, Marton P, Malkin D, Malkin A. Nocturnal growth hormone secretion in depressed adolescents: A preliminary study. American Academy of Child Psychiatry. Washington D.C. October 1987.

11. Kutcher S. Psychiatric Diagnosis in Adolescent Prostitutes. Sunnybrook Medical Centre Research Day. December 1987.

12. Kutcher S. "Concurrence of conduct disorder in adolescent psychiatric illness". First International Congress on the Status of Treatment in Child and Adolescent Psychiatry. Vienna, Austria. March, 1988.

13. Kutcher S. "Successful clonazepam treatment of adolescents with panic disorder". First International Congress on the status of Treatment in Child and Adolescent Psychiatry. Vienna, Austria. March, 1988.

14. Kutcher S, Marton P, Korenblum M. Concurrence of Conduct Disorder in Adolescent Psychiatric Illness. Child and Adolescent Mental Health Conference, Royal Ottawa Hospital. Ottawa, Ontario. May 1988.

15. Kutcher S, Williamson P, Silverberg J, Marton P, Malkin D, Malkin A. Nocturnal Growth Hormone Secretion in Depressed Older Adolescents: A Preliminary Study. Child and Adolescent Mental Health Conference. Ottawa, Ontario. May 1988.

16. Joffe R, McDonald C, Kutcher S. Thyroid function, bipolar disorder and lithium treatment. Annual Meeting, Society of Biological Psychiatry. Montreal, Quebec. May 1988.

CONFIDENTIAL
AZ/SER 0051272

B222

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

17. Kutcher S. Borderline and Schizotypal Personality Disorders. Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1988.

18. Kutcher S, Williamson P, MacKenzie S, Marton P, Ehrlich M. Clonazepam treatment of neuroleptic induced akathisia in adolescents. Annual Meeting of Canadian Psychiatric Association and the University of Toronto Research Day. Toronto, Ontario. 1988.

19. Williamson P, Kutcher S, Cooper P, Snow G, Szalai J, Kaye S, Morrison S, Willinsky R, Mamelak M. Hypofrontality in schizophrenia: clinical, CAT scan, topographic EEG and psychological co-relates. Canadian Psychiatric Association meeting. Halifax, Nova Scotia. 1988.

20. Kutcher S. Psychiatric Illness and Conduct Disorder in Adolescents. Hospital for Sick Children, Annual Child Psychiatry Day. Toronto, Ontario. February, 1989.

21. Kutcher S. Adolescent Bipolar Illness and Personality Disorder. Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1989.

22. Kutcher S, Marton P, Korenblum M. et al. Personality Dysfunction in Euthymic Bipolar Adolescents. American Academy of Child and Adoloscent Psychistry. Seattle, WA. October 1989.

23. Marton P, Korenblum M, Kutcher S. et al. The co-morbidity of depressive disorders and personality disorders in adolescent outpatients. American Academy of Child and Adoloscent Psychiatry. Seattle, WA. October 1989.

24. Korenblum M, Marton P, Kutcher S. et al. Personality dysfunction in depressed adolescents - state or trait? American Academy of Child and Adolescent Psychiatry. Seattle, WA. October 1989.

25. Marton P, Connolly J, Kutcher S. et al. The social competence deficits of adolescents with depressive disorders. SRCD. Kansas City, KA. Winter 1989.

26. Kutcher S. Affective disorders in first degree relatives of adolescent onset bipolar, unipolar and normal controls". Hospital for Sick Children, Annual Child Psychiatry Day. Toronto, Ontario. February 1990.

27. Morrison S, Williamson P, Corning Wm, Snow G, Merskey H, Kutcher S. EEG alpha coherence and cognition in schizophrenia. American Psychiatric Association. New York NY. May 1990.

(iii) Anergia

There was a mean reduction in Factor II score in all three treatment groups, indicating an improvement in anergia. The greatest improvement was in the SEROQUEL 450 mg (bid) group.

The mean changes from baseline to Day 42 were -0.45 in the SEROQUEL 450 mg (bid) group, -0.33 in the SEROQUEL 450 mg (tid) group and -0.28 in the SEROQUEL 50 mg (bid) group.

On statistical analysis using the last observation carried forward, there were no statistically significant differences between the groups at Day 42. The reduction in score from baseline to Day 7 was statistically significantly greater in the SEROQUEL 450 mg (bid) group than in either of the other two groups. There were no other statistically significant differences.

(iv) Analysis of observed data

For Factor III score, the mean decrease from baseline in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group at Days 14, 21, 28, 35 and 42 (p=0.03 at Day 42). There were no statistically significant differences between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group, nor between the two SEROQUEL 450 mg groups. The mean changes from baseline to Day 42 were -1.50 in the SEROQUEL 450 mg (bid) group -1.42 in the SEROQUEL 450 mg (tid) group and -1.19 in the SEROQUEL 50 mg (bid) group.

For Factor IV score, the mean decrease from baseline in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group at all study days except Day 35 (p=0.006 at Day 42). There were no statistically significant differences between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group, nor between the two SEROQUEL 450 mg groups. The mean changes from baseline to Day 42 were -1.09 in the SEROQUEL 450 mg (bid) group, -0.90 in the SEROQUEL 450 mg (tid) group and -0.75 in the SEROQUEL 50 mg (bid) group.

For Factor I and V scores, there were no statistically significant differences between the treatment groups at any study day.

For Factor II score, there were statistically significant differences at Day 7 between the SEROQUEL 450 mg (bid) group and the SEROQUEL 50 mg (bid) group and between the two SEROQUEL 450 mg groups, with a greater decrease in the SEROQUEL 450 mg (bid) group in each case. There were no other statistically significant differences between the three treatment groups.

CONFIDENTIAL
AZ/SER 0050545

B223

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

28. Morrison S, Williamson P, Merskey H, Corning W, Kutcher S. "EEG coherence during frontal and non-frontal lobe cognitive activation tasks in normal and schizophrenic subjects." Canadian Psychiatric Association Meeting. Toronto, Ontario. September 1990.

29. Kutcher S. Diagnosis of First Onset Psychoses in Adolescence. Schizophrenia 1990. Vancouver B.C. Summer 1990.

30. Kutcher S., Boulos C., Simeon J., Roberts N., Ferguson B., Marton P. Response to Desipramine Treatment in Adolescent Major Depression. New Drug Evaluation Committee Meeting. Key Biscayne, Florida. June 1990.

31. Boulos C., Kutcher S., Simeon J., Roberts N., Ferguson B., Marton P. Desipramine in Adolescent Depression. Canadian Academy of Child Psychiatry. Toronto, Ontario. September 1990.

32. Morrison S, Williamson P, Corning W, Kutcher S, Merskey H. Frontal and non-frontal lobe neuropsychological test performance and clinical symptomatology in schizophrenia. Canadian Psychiatric Association meeting. Toronto, Ontario. September 1990.

33. Marton P., Kutcher S., Connolly J., Korenblum M. Substance Abuse by Adolescent Depressives. Canadian Academy of Child Psychiatry. Toronto, Ontario. September 1990.

34. Kutcher S. Nocturnal Endocrine Hormone Secretion in Adolescent Depression. Canadian Academy of Child Psychiatry. Toronto, Ontario. September 1990.

35. Kutcher S. The Treatment of Adolescent Depression. Canadian Academy of Child Psychiatry. Toronto, Ontario. September 1990.

36. Kutcher S, Malkin D, Williamson P, Silverberg J. Nocturnal Neuroendocrine Measures in Depressed Adolescents: Cortisol, TSH and Growth Hormone. Canadian Psychiatric Association. September 1990.

37. Kutcher S. Cortisol and DST Measures in Child and Adolescent Depression: Is There Clinical Relevance? Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting. Chicago, Illinois. October 1990.

38. Kutcher S. Nocturnal GH, TSH and Cortisol in Adolescent Depression. American Psychiatric Association. New Orleans, Louisiana. May 1991.

CONFIDENTIAL
AZ/SER 0051274

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

39. Kutcher S, Marton P, Kachur E, Szalai P. Substance Abuse in Chronically Mentally Ill Adolescents: A Pilot Study of Descriptive and Differentiating Features. Psychiatry Research Day, U. of Toronto. Toronto, Ontario. June 1991.

40. Morrison S, Williamson P, Corning W, Kutcher S, Merskey H. EEG coherence and aberrant functional organization of the brain in schizophrenic patients during activation tasks. The 2nd International Congress on Brain Electromagnetic Topography. Toronto, Ontario. Summer 1991.

41. Sagman D, Kutcher S. Diagnostic stability in first onset adolescent psychosis. University of Toronto, Psychiatry Research Day. Toronto, Ontario. June 1991.

42. Kutcher S, Tannock R. Questions and Answers: Pediatric Psychopharmacology. Canadian Academy of Child Psychiatry. Saskatchewan, Saskatoon. September 1991.

43. Kutcher S, Kachur E, Marton P, Szalai J. Substance abuse in chronically mentally ill adolescents. Child Psychiatry Day, Hospital for Sick Children. Toronto, Ontario. February 1992.

44. Reiter S, Kutcher S. Double blind placebo controlled trial of clonazepam in teenagers with panic attacks, N.I.M.H. - N.C.D.E.U., Boca Raton, Florida. May 1992.

45. Papatheodorou G, Kutcher S. Epival treatment in acute manic phase of bipolar adolescent patients, N.I.M.H. - N.C.D.E.U., Boca Raton, Florida. May 1992.

46. Galler K, Marton P, Kutcher S, Perotto J, Connolly J. Intimacy and conflict resolution in depressed adolescents. Department of Psychiatry Research Day, University of Toronto Research Day. Toronto, Ontario. June 1992.

47. Sokolov S, Kutcher S, Joffe R. Baseline thyroid indices in adolescent depression and bipolar disorder. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1992.

48. Gajjar M, Marton P, Kutcher S, Connolly J, Korenblum M. Cognitive distortion and its correlates in depressed adolescents. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1992.

49. Juravsky M, Kutcher S. The comorbidity of depression and anxiety in adolescents: biological differentiation. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario, June 1992.

CONFIDENTIAL
AZ/SER 0051275

B225

TRIAL 5077IL/0012
CENTRE 49
PATIENT
CATEGORY C01

50. Boulos C, Kutcher S, Gardner D, Young E. An open naturalistic trial of fluoxetine in adolescents and young adults with treatment-resistant major depression. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1992.

51. Papatheodorou G, Kutcher S. Acute Adolescent Mania - Divalproex Sodium Treatment. Department of Psychiatry Research Day, University of Toronto. Toronto, Ontario. June 1992.

52. Gajjar M, Marton P, Kutcher S, Connolly J, Korenblum K. Cognitive distortion and its correlates in depressed adolescents. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

53. Boulos C, Kutcher S, Gardner D, Young E. An open naturalistic trial of fluoxetine in adolescents and young adults with treatment-resistant major depression. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

54. Sokolov S, Kutcher S, Joffe R. An evaluation of baseline thyroid indices in adolescent depression and bipolar disorder. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

55. Papatheodorou G, Kutcher S. Outcome of Epival treatment in acute adolescent mania. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

56. Juravsky M, Kutcher S. Biological aspects of comorbid anxiety/depressive states in adolescents. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

57. Yu I, Kutcher S, McLaughlin J, Greenwood C. Use of 7-day food analysis and blood values to predict prevalence of folic acid, iron and vit.B12 deficiencies in adolescent males. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

58. Yu I, Kutcher S, Greenwood C. Prevalence of folate deficiency in an adolescent population with chronic neuropsychiatric disorders - a pilot study. C.A.C.P. Annual Meeting. Montreal, QC. September 1992.

59. Kutcher S, Papatheodorou G, Reiter S. Fluanxol treatment of adolescent borderline personality disorder. American College of Neuropharmacology. San Juan, Puerto Rico. December 1992.

60. Kutcher S, Juravsky M. Biologically differentiating from comorbid anxiety/depression in depressed adolescents. American College of Neuropharmacology. San Juan, Puerto Rico. December 1992.

CONFIDENTIAL
AZ/SER 0051276