B226



36

61. Oh A, Snow G, Kutcher S.  Differences in Neuropsychological Performance in Adolescent Psychiatric Patients.  National Academy of Neuropsychology.  1993.

62. Kutcher S, Papatheodorou G, Quackenbush D.  Update on Adolescent Bipolar Disorder.  Canadian Academy of Child Psychiatry Annual Meeting.  Banff, Alberta.  October 1993.

63. Davidson S, Junek W, Kutcher S, Sigmundson K.  Co-occurance of Adolescent Risk-Taking Behaviours - Implications for Service Delivery.  Canadian Academy of Child Psychiatry.  Banff, Alberta.  October, 1993.

## BOOK REVIEWS

1. Kutcher S. Book Review. "Treatment of the DSM III Psychiatric Disorders". *Canadian Journal of Psychiatry*. April 1985.

2. Kutcher S. Book Review. "Current Psychiatric Therapies". *Canadian Journal of Psychiatry*. December 1984.

3. Kutcher S.  Review - DSM III Training Guide for Diagnosis in Children. *Canadian Journal of Psychiatry*. November 1985.

4. Kutcher S.  Review - New Psychiatric Syndromes. *Canadian Journal of Psychiatry*. August 1985.

## OTHER PUBLICATIONS

Kutcher S. "Him - A Fable" . Canadian Doctor. November 1981.

## SPECIAL CONFERENCES - INVITED

1. National Institute of Mental Health.  Pharmacologic Treatment of Adolescent Depression.  Summer 1990.

2. Canadian Psychiatric Research Foundation.  Conference on Nutrition and Mental Illness.  Summer 1990.

3. National Institute of Mental Health.  Childhood and Adolescent Onset Bipolar Disorder.  Winter 1993.

## REPORTS AUTHORED/CO-AUTHORED

"A Report to the Ontario College of Physicians and Surgeons on Pre-Licensure Training Requirements in Ontario",  Professional Association of Interns and Residents of Ontario, Winter, 1981.

Medical Manpower Needs and Medical Training. A brief to the Ministry of Health, Ontario, 1982.

Royal College Accreditation Survey - Dalhousie University, 1983.

CONFIDENTIAL
AZ/SER 0051277

B227

TRIAL 307RLAN: 2
CENTRE 49
PATIENT
CATEGORY C-01

37

Medical Training, Government Funding, Canadian Association of Interns and Residents, 1982.

Royal College Accreditation Survey, University of British Columbia, 1984.

Physicians Rights to Livelihood: A Submission to the House of Commons Standing Committee in the Canada Health Act, Winter, 1984.

Physicians Rights to Practice: A Submission to the Senate Committee on the Canada Health Act, Winter, 1984.

229

CONFIDENTIAL
AZ/SER 0051278

B228

TRIAL 50772/0012
CENTRE 50
PATIENT
CATEGORY CO1

Prof. Dr. G. Buchkremer
Direktor der Psychiatrischen Universitätsklinik Tübingen

## Berufliche Lebensdaten

| | |
|---|---|
| 1965 | Abitur am Deutschen Gymnasium in Niederaltaich |
| 15.12.1972 | Ärztliche Prüfung an der Westfälischen Wilhelms-Universität Münster |
| 14.05.1974 | Approbation als Arzt |
| 21.07.1974 | Grad eines Doktors der Medizin durch die Dissertation: "Verhaltenstherapie bei Chronisch-Schizophrenen" (eine theoretische und klinische Studie) |
| 15.05.1974 | Wissenschaftlicher Assistent in der Klinik für Psychiatrie und Neurologie der WWU Münster |
| 19.04.1979 | Anerkennung als Arzt für Neurologie und Psychiatrie |
| 23.11.1980 | Abschluß der Weiterbildung in Verhaltenstherapie |
| Ab 01.07.1980 | Oberarzt an der Klinik für Psychiatrie der Westfälischen Wilhelms-Universität Münster, Direktor: Prof. Dr. R. Tölle |
| 16.03.1981 | Zusatzbezeichnung Psychotherapie |
| 20.12.1984 | Habilitation mit Venia legendi für das Fach Psychiatrie |
| 12.12.1985 | Berufung zum Professor (Beamtenverhältnis auf Zeit: C2, Ende: 21.08.1989) |
| 08.11.1989 | Anerkennung als Supervisor in Verhaltenstherapie durch die Kassenärztliche Vereinigung Westfalen-Lippe |
| 06.03.1990 | Ernennung zum apl. Professor |
| Seit 01.10.1990 | Ärztlicher Direktor der Psychiatrischen Universitätsklinik Tübingen |

2 ., 1. 94

230

CONFIDENTIAL
AZ/SER 0051279

B229

TRIAL 5077E.0012
CENTRE
PATIENT
CATEGORY

Prof.Dr. G.Buchkremer
Director of the Psychiatric University Hospital Tübingen

CV

1965        A'levels at Deutschen Gymnasium in Niederalteich
            (Benedictine monastic school)

8.10.69     Preliminary medical exam at the Free University of
            Berlin

15.12.72    Medical exam at Westphalian Wilhelm University
            Münster, "very good"

14.5.74     Entry in the medical register

21.7.74     Doctor of Medicine with thesis on: "Behavioural
            therapy in chronic schizophrenics" (a theoretical and
            clinical study) "very good"

15.4.74     Scientific assistant at the Clinic for psychiatry and
            neurology at the WWU Münster

19.4.79     Specialist for Neurology and Psychiatry

23.11.80    Successfully completed training in behavioural therapy
            in accordance with the criteria recognised by the
            Deutsche Gesellschaft for Behavioural therapy e.V.

since
1.7.80      Senior physician at the Psychiatric Clinic WWU Münster
            Director: Prof.R.Tolle. On the ward and responsible
            for outpatients and day patients sections.

16.3.81     Additional qualification: psychotherapy

20.12.84    Qualification as University lecturer for Psychiatry
            venia legendi

12.12.85    Appointed professor (civil servant for a restricted
            period: C2, end: 21.08.1989)

8.11.89     recognised supervisor in behavioural therapy by the
            Krankenkassen doctors' association Westfalen-Lippe

6.3.90      Appointed professor

since
1.10.90     Medical director of the Psychiatric University
            Hospital, Tübingen.

231

CONFIDENTIAL
AZ/SER 0051280

B230

CV

TRIAL 5077E/0012
CENTRE **51**
PATIENT
CATEGORY C01

Name:                    Prof. Dr. med. Rainer Michaelis
Date of Birth:           ████ 31
Place of Birth:          Kiel

Career training:

| | |
|---|---|
| 1953-1959 | Studied medicine at Munich and Kiel Universities |
| 1960 | Received doctorate "Dr. med" |
| 1959-1961 | Medical assistant at Kiel psychiatric hospital |
| 1961-1969 | Junior doctor at Kiel psychiatric hospital |
| 1969 | Post doctural lecturing qualification and senior physician at Kiel psychiatric hospital |
| 1972 | Head senior physician at Kiel psychiatric hospital |
| 1974 | Professor at Kiel psychiatric hospital |
| since 1976 | Head physician of the psychiatric department at the academic teaching hospital of Kiel and Lübeck Universities |
| since 1978 | also senior physician of the psyhiatric department of Glückstadt hospital |

during my career I have also gained several years of experience with clinical trials.

Itzehoe. *20.12.93.*

.................................
Prof.Dr.R.Michaelis

5083Hub/K0

232

CONFIDENTIAL
AZ/SER 0051281

B231

Curriculum vitae

TRIAL 5077L/0012
CENTRE 52
PATIENT
CATEGORY C01

Name: Dr. Michael Krausz

Date of birth: █████ 1954

Place: Hamburg

Nationality: german

Education/Dates of Degree:

11/84  certificate (University of Hamburg)

2/93 post-doctoral lecturing qualification, outside lecturer (University of Hamburg)

11/92 specialist in psychiatry (University of Hamburg)

Experiences in clinical trials between 1990 and 1993

233

CONFIDENTIAL
AZ/SER 0051282

B232

TRIAL BC77E/C012
CENTRE 52
PATIENT
CATEGORY C01

## Curriculum vitae
### (Lebenslauf)

**Name:**
(Vor- und Zuname)      *MICHAEL KRAUSZ*

**Date of Birth:**
(Geburtsdatum)      ▮▮▮ *1954*

**Place:**
(Geburtsort)      *HAMBURG*

**Nationality:**
(Nationalität)      *DEUTSCH*

**Education/Dates of Degree:**
(Ausbildung und Datum der erworbenen Grade)

*11.84.   APPROBATION   (HAMBURG)*

*2.93   HABILITATION   (HAMBURG)*

*11.92   FACHARZT   (HAMBURG)*

*Erfahrung in der klinische Prüfung zwisch 1990 und 1993*

**Date:**
(Datum)   *11.93*

(Unterschrift und Stempel)

Universitäts-Krankenhaus Eppendorf
Psychiatrische und Nervenklinik und Poliklinik
Martinistr. 52, 20246 Hamburg
Tel.: 040 / 4717 - 4804
PD Dr. M. Krausz, Arzt

234

CONFIDENTIAL
AZ/SER 0051283

44

(v)     Overall results of analysis of BPRS factor scores

SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) were associated with an improvement in all three psychosis-related factor scores (Factors III, IV and V) with the greatest improvement in the thought disturbance (Factor III) score. This indicates that SEROQUEL has a specific antipsychotic effect. SEROQUEL 50 mg (bid) was associated with little change in Factors IV and V but did produce an improvement in Factor III score.

Although there were no statistically significant differences between the two SEROQUEL 450 mg groups in antipsychotic effect as assessed by the three psychosis-related factor scores, the greatest reductions in score were in the SEROQUEL 450 mg (bid) group.

There were also reductions in Factor I and Factor II scores in all three treatment groups indicating improvements in anxiety/depression and anergia. There were no consistent statistically significant differences between the three groups, although for each of these scores SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) tended to be associated with a greater improvement in score than SEROQUEL 50 mg (bid), and SEROQUEL 450 mg (bid) was at least as effective as SEROQUEL 450 mg (tid).

**(b)     Response rate**

A "responder" was defined as a patient who had a decrease from baseline in BPRS total score of 30% or more at any time in the study. Table 10 summarises the proportion of responders in each treatment group.

**TABLE 10  Proportion of "responders" at any time during the study**

|  | SEROQUEL 450 mg (bid) | | SEROQUEL 450 mg (tid) | | SEROQUEL 50 mg (bid) | |
|---|---|---|---|---|---|---|
|  | n | (%) | n | (%) | n | (%) |
| Total patients | 195 | (100) | 204 | (100) | 197 | (100) |
| Responders | 107 | (55) | 112 | (55) | 105 | (53) |

Approximately half the patients in each treatment group were responders. There was no clinically or statistically significant difference in the proportion of responders in each of the three treatment groups.

**4.1.4     Summary of effects on BPRS scores**

Patients in all three treatment groups had improvements in psychiatric symptomatology as measured by BPRS total score. In the primary statistical analysis, SEROQUEL 450 mg (bid) was consistently associated with greater improvement in BPRS total score than SEROQUEL 50 mg (bid). SEROQUEL 450 mg (tid) was associated with statistically greater improvement than SEROQUEL 50 mg (bid) at the final evaluation only. There were no clinically or statistically significant differences between the two SEROQUEL 450 mg groups.

On evaluation of BPRS factor scores, SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) were associated with an improvement in all three psychosis-related factor scores, with the

CONFIDENTIAL
AZ/SER 0050546

B233

TRIAL 5077L/0012
CENTRE O5 5
PATIENT
CATEGORY C01

# Curriculum vitae

### Eckart R ü t h e r

| | |
|---|---|
| 1940 | Geboren in Friedrichshafen; 2. Kind; 1. Sohn des Arztes Dr. Alpb Rüther und der Ärztin Hertha Rüther, geb. Becker |
| 1959 | Abitur Humanistisches Gymnasium Paderborn |
| 1959 - 1965 | Studium der Medizin, Philosophie, Psychologie in München, Montpellier/Frankreich und Hamburg |
| 1965 | Medizinisches Staatsexamen in München |
| 1964 - 1967 | Assistent an der Neurochemischen Abteilung, Max-Planck-Institut für Psychiatrie München, (Prof. Dr. N. Matussek) |
| 1966 | Medizinische Dissertation |
| 1967 - 1969 | Praktischer Arzt |
| 1969 - 1970 | Militärdienst |
| 1971 | Assistent an der Neurologischen Klinik der Technischen Universität München (Prof. Dr. A. Struppler) |
| 1972 - 1977 | Wissenschaftlicher Assistent an der Psychiatrischen Klinik der Universität München (Direktor: Prof. Dr. H. Hippius) |
| 1977 - 1982 | Oberarzt an der Psychiatrischen Klinik der Universität München |
| 1982 - 1987 | Leitender Oberarzt an der Psychiatrischen Klinik der Universität München |
| 1985 | Habilitation für Psychiatrie |
| 1986 | Professur (C3) für Psychiatrie |
| 1986 | Ruf auf den Lehrstuhl für Psychiatrie an der Universität Göttingen |
| 1986 | Ruf auf den Lehrstuhl für Psychiatrie an der Universität Lausanne |
| 1987 | Direktor der Klinik und Poliklinik für Psychiatrie der Universität Göttingen |
| 1993 | Dekan der Medizinischen Fakultät der Universität Göttingen |

Götz 24.1.94

**Prof. Dr. E. Rüther**
Psychiatrische Klinik
der Universität Göttingen
von-Siebold-Str. 5 · 37075 Göttingen
Tel. 0551 / 39-66 00/01

CONFIDENTIAL
AZ/SER 0051284

B234

TRIAL 6077E/0012
CENTRE 53
PATIENT
CATEGORY C01

Curriculum vitae

Eckart Rüther

| | |
|---|---|
| 1940 | born in Friedrichshafen as second child and first son of the physian ▓▓▓▓▓▓ and the physician▓▓▓ |
| 1959 | A'level at the secondary school in Paderborn |
| 1959-1965 | Medicine Degree, degree on philosophy, psychology in Munich, Montpellier/France and Hamburg |
| 1964-1967 | assistent at the neurochemical section, Max-Planck-Insitute of psychiatry in Munich (Prof. Dr. Matusek) |
| 1966 | Medical thesis |
| 1967-1969 | general practitioner |
| 1969-1970 | military service |
| 1971 | assistent at the neurological hospital of the university of Munich (Prof. Dr. Struppler) |
| 1972-1977 | scientific assistent of the psychiatric hospital of the university of Munich |
| 1977-1982 | senior physician at the psychiatric hospital of the university of Munich |
| 1982-1987 | leading senior physician at the psychiatric hospital of the university of Munich |
| 1985 | post-doctoral lecturing qualification for psychiatry |
| 1986 | chair in psychiatry |
| 1986 | chair in psychiatry at the university of Göttingen |
| 1986 | chair in psychiatry at the university of Lausanne |
| 1987 | director of the clinic for psychiatry of the university of Göttingen |
| 1993 | dean of the medical faculty of the university of Göttingen |

236

CONFIDENTIAL
AZ/SER 0051285

B235

TRIAL 807731.0013
CENTRE **54**
PATIENT
CATEGORY **C01**

# L E B E N S L A U F

| | |
|---|---|
| **Name:** | Prof.Dr.med. Ralf Uebelhack |
| **Wohnort:** | ███████████████ |
| **Geburtsdatum:** | █████ 1944 |
| **Geburtsort:** | Zwickau/Sachsen |
| **Eltern:** | ████████████████, Ingenieur geb. ███████████, Sekretärin |
| **Familienstand:** | verheiratet seit 1966 |
| **Ehefrau:** | █████████ geb. ████, Hebamme |
| **Kinder:** | ██████████████.1967, Student<br>████████████1972, Student |

| | | |
|---|---|---|
| **Schulbildung:** | 1950-1958 | Grundschule, Pestalozzi-schule Zwickau |
| | 1958-1962 | Oberschule, Käthe-Kollwitz-Schule Zwickau Abschluß Abitur |
| **Berufsausbildung:** | 1962-1963 | Vorpraktikum zum Medizinstudium im Oskar-Ziethen-Kranken-haus Berlin-Lichtenberg |
| | 1963-1969 | Studium der Humanmedizin an der Humboldt-Universität Berlin |
| | 1969 | Promotion A |
| | 1969-1970 | Fachkrankenhaus Neurologie und Psychiatrie Teupitz |
| | 1970-1974 | Facharztausbildung Neurolo-gie/Psychiatrie an der Nervenklinik der Charité |
| | 1974 | Facharztkolloquium |
| | 1980 | Promotion B<br>Oberarzt der Akutpsychia-trie |

CONFIDENTIAL
AZ/SER 0051286

B236

TRIAL 5077/0012
CENTRE 54
PATIENT
CATEGORY C-01

1985        Berufung zum Hochschul-
            dozenten für Neurologie und
            Psychiatrie an der
            Humboldt-Universität

1989        im September Berufung zum
            außerordentlichen Professor
            an der Humboldt-Universität

1990        amt. Direktor der Psych-
            iatrischen Klinik

Prof. Dr. med. R. Uebelhack
Facharzt für Neurologie und Psychiatrie

238

CONFIDENTIAL
AZ/SER 0051287

B237

TRIAL 80772/0012
CENTRE S4
PATIENT
CATEGORY C01

**CV**

| | |
|---|---|
| **Name:** | Prof.Dr.med. Ralf Uebelhack |
| **Address:** | ███████████████ |
| **Date of Birth:** | ████ 1944 |
| **Place of Birth:** | Zwickau/Sachsen |
| **Parents:** | ███████████, engineer<br>née ████████, secretary |
| **Marital status:** | Married, since 1966 |
| **Wife:** | ████████████ midwife |
| **Children:** | ██████████ 67, student<br>72, student |

**Education:**

| | |
|---|---|
| 1950-1958 | Pestalozzi school, Zwickau |
| 1958-1962 | Käthe-Kollwitz School, Zwickau<br>A'levels |
| 1962-1963 | Practical training prior to medical studies at the Oskar-Ziethen-Hospital, Berlin-Lichtenberg |
| 1963-1969 | Studied medicine at the Humboldt University, Berlin |
| 1969 | PhD A |
| 1969-1970 | Hospital for Neurology and Psychiatry, Teupitz |
| 1970-1974 | Specialist training for Neurology/Psychiatry at the Charité Psychiatric Hospital. |
| 1974 | Specialist examination |
| 1980 | PhD B |
| 1985 | Senior physician of acute psychiatry University lecturer of Neurology and Psychiatry at the Humboldt University |
| 1989 | September Professor at the Humboldt University |
| 1990 | Director of the psychiatric Hospital |

239

CONFIDENTIAL
AZ/SER 0051288

B238

TRIAL 50773.0012
CENTRE 55
PATIENT
CATEGORY C01

## Univ.-Prof. Dr. med. Uwe Henrik Peters
Geschäftsführender Direktor
Klinik und Poliklinik für Neurologie und Psychiatrie
der Universität zu Köln
Joseph Stelzmann-Straße 9
D-5000 Köln 41

### Curriculum vitae

Uwe Henrik Peters. Geboren ███.1930 in Kiel (Holstein). Auf-
gewachsen in Preetz/Holstein. Humanistische Schulbildung in Kiel.

Medizinstudium 1951-1956 in Freiburg/Breisgau, Heidelberg
und Kiel. Während des Studiums Studienaufenthalte in Straßburg,
Frankreich. 1957 Promotion zum Dr. med. 1957-1959 Medizinal-
assistent und Ausbildung in physiologischer Chemie.

Ab 1959 Wissenschaftlicher Mitarbeiter und Oberarzt der
"Psychiatrischen und Nervenklinik" der Christian-Albrechts-Uni-
versität in Kiel. Dort akademischer Schüler von Gustav Störring.
1965 Habilitation für die Fächer Neurologie und Psychiatrie.

1969 Berufung auf den Lehrstuhl für Neuropsychiatrie der
Johannes Gutenberg-Universität in Mainz und Ernennung zum
Direktor der Neuro-Psychiatrischen Universitäts-Klinik.

1979 Berufung auf den Lehrstuhl für Neurologie und Psych-
iatrie der Universität zu Köln und Ernennung zum Direktor der
Universitäts-Nervenklinik. Gegenwärtig: Geschäftsführender
Direktor der Klinik und Poliklinik für Neurologie und Psychiatrie
der Universität zu Köln.

Arzt für Psychiatrie und Neurologie 1965. Zusatztitel
Psychotherapie. Arzneimittelprüfungen seit 1970, jedoch nicht
regelmäßig.

Etwa 290 Publikationen auf verschiedenen Gebieten des
nervenärztlichen Faches, darunter etwa 30 Bücher. Sofern eine
Publikationsliste gewünscht wird, kann sie erstellt werden.

Köln, 6. 12. 1993          U. H. Peters

CONFIDENTIAL
AZ/SER 0051289

B239

TRIAL BOTTLE/0012
CENTRE 55
PATIENT
CATEGORY COI

CV

Uwe Henrik Peters. Born on ████ 1930 in Kiel (Holstein). Grew up in Preetz/Holstein. Humanities school education in Kiel.

Studied medicine from 1951-1956 in Freiburg/Breisgau, Heidelberg and Kiel. During degree spent periods in Straßburg, France. 1957 PhD Dr. med. 1957-1959 Medical assistant and training in physiological chemistry.

As of 1959 scientific employee and senior physician of the Psychiatric and Mental Hospital, Christain Albrecht University, Kiel. Academic pupil of Gustav Störring. 1965 registered for neurology and psychiatry.

1969 Lecturer for neuropsychiatry at the Johannes Gutenberg University, Mainz and director of the Neuro-psychiatric University Hospital.

1979 Lecturer for neurology and psychiatry at the University of Cologne and director of the University Psychiatric Hospital. Currently: executive director of the Hospital and out-patients department for neurology and psychiatry at Cologne University.

1965 doctor for psychiatry and neurology. Additional title psychotherapy. Drug testing since 1970, but not at regular intervals.

Approximately 290 publications in various areas of mental medicine, approx. 30 books. Should you require a list of publications, we can compile one.

241

CONFIDENTIAL
AZ/SER 0051290

B240

## Lebenslauf und wissenschaftlicher Werdegang

### 1. Persönliche Daten

Dieter Ebert
geboren am ███████ 1960 in Bayreuth

Wohnung: ████████████

Staatsangehörigkeit: deutsch

Familienstand: verheiratet, 1 Kind

### 2. Bildungsgang

| | |
|---|---|
| 1966-1970 | Grundschule, Bayreuth |
| 1970-1979 | Graf-Münster-Gymnasium, Bayreuth<br>Abitur 6/1979 |
| 1979-1985 | Studium der Humanmedizin<br>Universität Erlangen-Nürnberg<br>Approbation 11/1985 |
| 2/1986-12/1986 | Bezirkskrankenhaus Gabersee,<br>Wasserburg/Inn |
| 1989 | Neurologische Klinik Rummelsberg,<br>Schwarzenbruck |
| 12/1986-1/1989<br>und seit 1/1990 | Psychiatrische Klinik der<br>Universität Erlangen-Nürnberg |
| 4/1991 | Arzt für Psychiatrie |

### 3. Wissenschaft

| | |
|---|---|
| Thema der Dissertation: | Zur Prognose der Karzinoid-tumoren des Magens |
| 1.Berichterstatter: | Prof.Dr.V.Becker |
| 2.Berichterstatter: | Prof.Dr.M.Stolte |
| Thema der Habilitation: | Soziokulturelle Faktoren und die Psychopathologie affektiver Psychosen, aus der Psychiatrischen Klinik der Universität Erlangen-Nürnberg |
| Publikationen: | 108 Originalveröffentlichungen,Buch-beiträge,veröffentlichte Kurzfassungen, Vorträge (veröffentlicht oder im Druck, siehe Publikationsliste), darunter 9 Originalveröffentlichungen in internationalen englischsprachigen Zeit-schriften und 12 Buchbeiträge |

242

CONFIDENTIAL
AZ/SER 0051291

B241

TRIAL 90778/0812
CENTRE 56
PATIENT
CATEGORY CO1

| Stipendien: | Begabtenförderung des Freistaates Bayern 1979-1985 |
|---|---|
| Mitgliedschaft in wissenschaftlichen Gesellschaften: | International Society of Neuroimaging in Psychiatry (ISNP) |

### 4. Lehr- und Vortragstätigkeit

| Lehrveranstaltungen: | regelmäßige Beteiligung an den Kursen und Praktika der Psychiatrischen Klinik |
|---|---|
| Betreute Dissertationen: | Die Psychopathologie der endogenen Depression bei deutschen und ausländischen Staatsangehörigen. Geschlechtsdifferenzen bei endogenen Depressionen. Gestaltwandel der endogenen Manie. Neuroendokrine Sulpiridantwort bei Schlafentzug. Saisonale Abhängigkeiten bei affektiven Psychosen. Depressionsparameter bei deutschen und türkischen Arbeitnehmern. (fertiggestellte Arbeiten oder abgeschlossene Datenerhebung) |
| Aufgeforderte Referate: | SPECT in der Psychiatrie, Psychiatrie-Aktuelle Themen in Forschung und Praxis, Tennenlohe, 21. Sep. 1991. SPECT bei Schlafentzug, 1. Kongreß der Schlafmedizin, Bad Wildungen, 21. März 1992. Lokalisierte Befunderhebung mit SPECT, 150 Jahre DGPN, Köln, 26.-30. Sep. 1992. |

2 Jahre Erfahrungen bei klinischen Prüfungen liegen vor.

17.1. 1995 1996

CONFIDENTIAL
AZ/SER 0051292

B242

TRIAL 60779-0012
CENTRE 56
PATIENT
CATEGORY C-01

## CV

### 1. Personal data

Dieter Ebert
Date of birth: ███ 1960, Bayreuth

Address: ███████████

Nationality: German

Marital status: married, one child

### 2. Education

| | |
|---|---|
| 1966-1970 | Primary school, Bayreuth |
| 1970-1979 | Graf-Münster Secondary School, Bayreuth<br>A'levels 6/1979 |
| 1979-1985 | Medicine Degree<br>Erlangen-Nuremberg University<br>full registration 11/1985 |
| 21986-12/1986 | District hospital, Gabersee<br>Wasserburg/Inn |
| 1989 | Hospital for Neurology, Rummelsberg<br>Schwarzenbruck |
| 12/1986-1/1989 | Psychiatric Hospital, Erlangen-Nuremberg Hospital |
| and since 1/1990 | |
| 4/1991 | Doctor of Psychiatry |

### 3. Scientific aspects

Title of thesis: The prognosis of carcinoid gastric tumours.
1. Reporter:   Prof.Dr.V.Becker
2. Reporter:   Prof.Dr.M.Stolte

Topic of postdoctural thesis:   sociocultural factors and the psychopathology of affective psychoses, Erlangen-Nuremberg University psychiatric hospital.

Publications:   108 original publications, contributions to books, published shortened forms, lectures (published or in print, see list of publications), of these 9 original publications in international English language magazines and 12 book contributions.

244

CONFIDENTIAL
AZ/SER 0051293

45

greatest improvement in thought disturbance (Factor III), indicating that SEROQUEL has a specific antipsychotic effect.  SEROQUEL 50 mg (bid) was associated with minimal changes in Factors IV and V but did produce an improvement in Factor III score.  There were also improvements in Factor I and II scores in all three treatment groups, indicating improvements in anxiety/depression and anergia, with no consistent statistically significant differences between the groups.

Approximately half the patients in each group were responders; there was no clinically or statistically significant difference in the proportion of responders in each group.

## 4.2    CGI

| | |
|---|---|
| *Summary tables:* | *CGI Severity of Illness score; T9.1 to T9.4.2* |
| | *CGI Global Improvement score; T10.1 to T10.2.2* |
| *Individual patient listings:* | *CGI Severity of Illness and Global Improvement scores; G4.1* |
| | *Additional CGI data; G4.2* |
| *Statistical appendix:* | *H9.1.1 to H9.4; H10.1 to H10.3* |

After the exclusions listed in Section 3.3 (a), data from 598 patients were available for analysis of CGI Severity of Illness and Global Improvement scores, comprising 195 in the SEROQUEL 450 mg (bid) group, 205 in the SEROQUEL 450 mg (tid) group and 198 in the SEROQUEL 50 mg (bid) group.

### 4.2.1    CGI Severity of Illness score (primary population)

**(a)      Analysis using last observation carried forward**

A change from baseline in CGI Severity of Illness score of -1 or less indicates an improvement.  Because there were significant deviations from the assumptions of the planned analysis of covariance of CGI Severity of Illness score, the method of analysis was revised to analysis of grouped change from baseline.  Table 11 summarises the results of the analysis of grouped change from baseline in CGI Severity of Illness score using the last observation carried forward.

**TABLE 11  Frequencies of grouped change from baseline in CGI Severity of Illness score at Day 42 (last observation carried forward)**

| Change from baseline | SEROQUEL 450 mg (bid) (n = 195) | | SEROQUEL 450 mg (tid) (n = 205) | | SEROQUEL 50 mg (bid) (n = 198) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Day 7** | | | | | | |
| -3 or less | 1 | (1) | 0 | (0) | 1 | (1) |
| -2 | 8 | (4) | 4 | (2) | 5 | (3) |
| -1 | 31 | (16) | 38 | (19) | 23 | (12) |
| 0 | 139 | (71) | 136 | (67) | 148 | (75) |
| +1 or greater | 16 | (8) | 26 | (13) | 21 | (11) |

# statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) (p≤0.05)

(continued)

81

CONFIDENTIAL
AZ/SER 0050547

B243

TRIAL 50773/0012
CENTRE S6
PATIENT
CATEGORY CO1

**Scholarships:**    sponsorship of a talented person by the free state of Bavaria 1979-1985

**Member of scientific societies:**    International society of Neuroimaging in Psychiatry (ISNO)

## 4. Training and lectures

**Training:**    regular participation in the psychiatric hospital's courses and practical training.

**Theses supervised:**    The psychopathology of endogenous depression in Germans and foreigners.
Sex differentiation and endogenous depression.
Morphogenesis of endogenous mania.
Neuroendocrine sulpiride response and enforced lack of sleep.
Seasonal dependence with affective psychoses.
Depression parameters of German and Turkish employees.
(completed theses or completed data inout)

**Seminar papers requested:**    SPECT in psychiatry, current psychiatric topics in research and practice, Tennenlohe, 21 Sept. 1991.
SPECT in enforced lack of sleep, 1. congress on "sleep", Bad Wildungen, 21 March 1992.
Localised inquiry of findings with SPECT, 150 years DGPN, Cologne, 26-30 Sept. 1992.

*2 years experience in clinical trials*

245

CONFIDENTIAL
AZ/SER 0051294

B244

Univ.-Prof. Dr. med. G.A.E. Rudolf
Arzt für Neurologie und Psychiatrie
- Psychotherapie -
Klinik und Poliklinik für Psychiatrie
der Universität Münster

D-4400 Münster
Albert-Schweitzer-Str. 11
Tel. 0251- 836601

TRIAL 90773L0818
CENTRE  57
PATIENT
CATEGORY  C01

## Curriculum Vitae

Jahrgang 1939, Abitur 1960, Studium der Medizin, Psychologie und Philosophie von 1960 bis 1966 in Münster und Innsbruck, Stipendiat der Studienstiftung des Deutschen Volkes

Ärztliche Prüfung 1965, Promotion 1966, Bestallung zum Arzt 1968

1968 - 1973 Weiterbildung zum Arzt für Neurologie und Psychiatrie an der Universitätsnervenklinik in Tübingen bei Prof. Dr. Dr. h.c. Walter Schulte

Seit 1973 an der Klinik und Poliklinik für Psychiatrie der Universität Münster (Direktor: Prof. Dr. med. R. Tölle) tätig

1978 Anerkennung der Zusatzbezeichnung "Psychotherapie"

1980 Habilitation für das Fach Psychiatrie

Seit 1980 Sektionsvorstand für Psychiatrie in der Akademie für Ärztliche Fortbildung der Ärztekammer Westfalen-Lippe

1982 Ernennung zum Professor

Hauptarbeitsgebiete: Klinische Psychiatrie, Depressionsforschung, klinische Psychopharmakologie, Psychotherapie, Psychiatrie des höheren Lebensalters, Standardisierung der psychiatrischen Therapie, Methodenprobleme in der Psychiatrie, psychiatrische Fortbildung von Ärzten anderer Fachgebiete

.3 7 94

246

CONFIDENTIAL
AZ/SER 0051295

B245

TRIAL 1077L/0012
CENTRE 57
PATIENT
CATEGORY C D 1

**Curriculum vitae**

| | |
|---|---|
| Name | Prof. Dr. med. G.A.E. Rudolf |
| Date of Birth | 1939 |
| 1960 | A'levels |
| 1960 – 1966 | Medicine, Psychology and Philosophy in Münster and Innsbruck |
| | Scholarship des Deutschen Volkes |
| 1965 | Medical exam |
| 1966 | PhD |
| 1968 | appointed doctor |
| 1968 – 1973 | Further training as specialist for neurology and psychiatry, Neurology Hospital, Tübingen University, under the supervision of Prof. Dr.Dr.h.c. Walter Schulte |
| Since 1973 | Hospital and out-patients clinic for psychiatry, Münster University (Head: Prof. Dr. med. R. Tölle) |
| 1978 | Additional qualification in psychotherapy |
| 1980 | University lecturer for psychiatry |
| Since 1980 | Head of Psychiatric Department at the Academy for further training for doctors, Westphalen-Lippe medical association |
| 1982 | appointed Professor |

Specialist areas: clinical psychiatry, depression research, clinical psychopharmacology, psychotherapy, psychiatry of old age, standardisation of psychiatric therapy, problems regarding the various methods in psychiatry, further training in psychiatry for doctors of other fields.

247

CONFIDENTIAL
AZ/SER 0051296

B246

TRIAL 5077B/0012
CENTRE  57
PATENT
CATEGORY  C.01

## Tabellarischer Lebenslauf

Dr.Here Folkerts
███ 1957

### Ausbildung

| | |
|---|---|
| ab 1963 | Besuch der Martin-Luther Grundschule in Münster, anschließend Besuch des Staatl. Schillergymnasium in Münster, Abitur 1976 |
| 1976 - 1977 | 15-monatiger Wehrdienst in einer Sanitätseinheit der Bundeswehr |
| Herbst 1977 | Beginn des Studiums der Humanmedizin in Mons/Belgien bis 1978, anschl. Fortsetzung des Studiums an der Westfälischen-Wilhelms-Universität Münster |
| Sommer 1984 | 2. Ärztliches Examen. Beginn des Praktischen Jahres an den Städtischen Kliniken Dortmund. |
| Dezember 1985 | 3. Ärztliches Examen und Approbation (13.12.1985) |
| 9.Juni 1986 | Promotion: Der erworbene Hydrocephalus communicans bei Jugendlichen und Erwachsenen |

### Berufstätigkeit

| | |
|---|---|
| 16.12.1985- 30.9.1989 | Städtische Kliniken Dortmund , Neurologische Klinik (Direktor: Dr. med. H.-O. Lincke) |
| 1.10.1989 - weiterhin | Klinik für Psychiatrie der Westfälischen Wilhelms-Universität (Direktor: Prof. Dr. med. R. Tölle) |
| seit April 1993 | Oberarzt der Klinik für Psychiatrie der Westfälischen Wilhelms-Universität (Direktor: Prof. Dr. med. R. Tölle) |

### Facharztprüfungen

| | |
|---|---|
| 14.3.1992 | Arzt für Neurologie, Ärztekammer Westfalen-Lippe |
| 17.10.1992 | Arzt für Psychiatrie , Ärztekammer Westfalen-Lippe |

### Sonstiges

| | |
|---|---|
| Oktober 1989 | EEG-Zertifikat |
| April 1991 | EMG-Zertifikat |
| September 1992 | EG-GCP-Richtlinien |

12.7.94

248

CONFIDENTIAL
AZ/SER 0051297

B247

TRIAL 5077B/0012
CENTRE 57
PATIENT
CATEGORY CO1

## Curriculum Vitae

| | |
|---|---|
| Name | Here Folkerts |
| Date of Birth | ▆▆▆1957 |

| | |
|---|---|
| 1963 | Martin-Luther primary school |
| | Schiller senior school, Münster |
| 1976 | A'levels |
| 1976 – 1977 | Military service, medical corps |
| 1977 – 1978 | Medicine in Mons, Belgium |
| 1978 – 1984 | Medicine at the Wilhelms University Münster |
| Summer 1984 | Part 2 of medical exams |
| 1984 – 1985 | Junior House Officer, Dortmund Municipal Hospital |
| December 1985 | Part 3 of medical exams |
| 13.12.1985 | Full registration |
| 9.6.1986 | PhD: |
| | Acquired hydrocephalus communicans in adults and young people |
| 16.12.1985 – 30.9.1989 | Neurology department, Dortmund Municipal Hospital |
| | (Head: Dr. med. H.-O. Lincke) |
| 1.10.1989 – date | Psychiatric Hospital, Wilhelms University |
| | (Head: Prof. Dr. med. R. Tölle) |
| since April 1993 | Senior Registrar at the Psychiatric Hospital, Wilhelms University |
| | (Head: Prof. Dr. med. R. Tölle) |

### Specialist examinations

| | |
|---|---|
| 14.3.1992 | Neurologist |
| | Westphalen-Lippe medical association |
| 17.10.1992 | Psychiatrist |
| | Westphalen-Lippe medical association |

### Other qualifications

| | |
|---|---|
| October 1989 | EC Certificate |
| April 1991 | EMG certificate |
| September 1992 | EC-GCP notes for guidance |

CONFIDENTIAL
AZ/SER 0051298

B248

TRIAL 9077ZL0012
CENTRE 57
PATIENT
CATEGORY C01

## Lebenslauf

| | |
|---|---|
| Name | Ohrmann |
| Vorname | Patricia |
| geboren am | ████ 1960 |
| Familienstand | ledig |
| Nationalität | deutsch |
| Konfession | römisch - katholisch |

| | |
|---|---|
| 1966-1970 | Grundschule, Hamm (Westf.) |
| 1970-1973 | Geschwister Scholl Gymnasium, Lünen |
| 1973-1976 | Vincent-Lübeck Schule, Stade |
| 1976-1977 | Stipendium der St.John Vianney High School, New Jersey (USA) im Rahmen eines Schüleraustausch-programmes |
| 1977-1980 | Vincent-Lübeck Schule, Stade mit Erlangen der allg.Hochschul-reife |
| 10/81 - 9/83 | Studium der Humanmedizin an der Ruhruniversität Bochum |
| 10/83 - 4/87 | Fortsetzung des Studiums an der Gesamthochschule Essen |
| 4/87 - 3/88 | Praktisches Jahr im St.Josef Hospital in Oberhausen, |
| 5/88 | 3. Abschnitt der Ärztlichen Prüfung Erteilung der Approbation |
| 9/88 - 6/89 | Doktorandin an der Neurologischen Klinik des Universitätsklinikums Essen(Direktor:Prof.Dr.H.C.Diener) |
| 7/89 - 1/90 | Wissenschaftliche Mitarbeiterin an der Neurologischen Klinik des Universitätsklinikums Essen (Direktor: Prof.Dr. H.C. Diener) |
| 1.02.1990 -31.01.1994 | Assistenzärztin in der Neuro-logischen Abteilung des Klinikums Lippe Lemgo (Chefarzt Prof.Dr. F. Manz) |
| seit dem 15.02.1994 | Wissenschaftliche Mitarbeiterin an der Psychiatrischen Klinik der WWU Münster (Direktor: Prof.Dr. R. Tölle) |

13.7.94

*[signature: Patricia Ohrmann]*

250

CONFIDENTIAL
AZ/SER 0051299

B249

TRIAL 6077E/0012
CENTRE S7
PATIENT
CATEGORY CO1

## Curriculum Vitae

| | |
|---|---|
| Name | Patricia Ohrmann |
| Date of Birth | ████ 1960 |
| Status | Single |
| Nationality | German |
| Religion | Roman Catholic |

| | |
|---|---|
| 1966 - 1970 | Primary school, Hamm |
| 1970 - 1973 | Geschwister Scholl Senior school, Lünen |
| 1973 - 1976 | Vincent Lübeck Senior school, Stade |
| 1976 - 1977 | Scholarship, St. John Vianney High School, New Jersey USA as part of an exchange programme |
| 1977 - 1980 | Vincent-Lübeck Senior school, Stade A'levels |
| 10/81 - 9/83 | Medicine at Bochum University |
| 10/83 - 4/87 | Medicine at Essen University |
| 4/87 - 3/88 | Junior House Officer, St. Josef Hospital, Oberhausen |
| 5/88 | Part 3 of medical exams full registration |
| 9/88 - 6/89 | graduate student at the Neurology Clinic, Essen University Hospital (Head: Prof. Dr. H.C.Diener) |
| 7/89 - 1/90 | Scientist at the Neurology Clinic, Essen University Hospital (Head: Prof. Dr. H. C. Diener) |
| 1.2.90 - 31.1.94 | Senior House Officer in the Neurology Department Lippe Lemgo Hospital (Consultant: Prof. Dr. F. Manz) |
| since 15.2.94 | Scientist at the Psychiatric Hospital, WWU Münster (head: Prof. Dr. R. Tölle) |

251

CONFIDENTIAL
AZ/SER 0051300

B250

APPENDIX 4 to WPD 301.W001.2

TRIAL 5077L/0012
CENTRE 57
PATIENT
CATEGORY C61

## AUTHORISATION TO SIGN CASE REPORT FORMS

Trial Number : S077 1L 0012

Centre Number : 57

I G.A.E. Rudolf _____ (principal investigator) authorise the following members of the trial centre staff

| Name | Status | Specimen Signature | Specimen Initials |
|------|--------|-------------------|-------------------|
| Dr. F. Folkerts | Oberarzt | | |
| Dr. P. Ohrmann | Ass.-Ärztin | | |
| | | | |
| | | | |

to complete and sign the case report forms for the above trial.
(For all staff identified above a CV must be supplied)

Signature _____ (Principal Investigator)

Date   22.6.1994

252

CONFIDENTIAL
AZ/SER 0051301

B251

15 JUN '95  14:38   CNS TEAM 0625 582787

TRIAL NO 11-0012
CENTRE 59
PATIENT
CATEGORY 201

CURRICULUM VITAE FORM

STUDY NUMBER: _5077TL/0012/_

CENTRE NUMBER: _059_

CENTRE ADDRESS: _Centre de Recherche Fernand Seguin_
_Hopital Louis-H. Lafontaine_
_7331 rue Hochelaga, Montreal, Quebec H1N 3V2_
_CANADA_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FULL NAME:

_EMMANUEL STIP_

QUALIFICATIONS:                              YEAR:

_Certificate of Specialization_       _1992_
_in Psychiatry - Quebec_
_Masters in Neurological Sciences, Montreal_   _1990_
_Certificate of Specialization_ in   _1985_
_Psychiatry France_
_Doctorate of Medicine_               _1985_
_FRANCE_

PRESENT POSITION:

_Psychiatrist; Hopital Louis-H. Lafontaine & Centre de_
_Recherche Fernand-Seguin since 1991_

PREVIOUS APPOINTMENTS AND EXPERIENCE:

_Chief of Psychiatry   Centre Hospitalier Malartic Quebec_
_1985-1990_

_Associate Professor of Psychiatry Universite de Montreal_
_Montreal, Quebec_
_since 1991_

SIGNATURE:                    DATE:
                             _29/06/95_

JUN 15 '95 10:40                    0625 582787  PAGE.003

253

CONFIDENTIAL
AZ/SER 0051302

B252

FROM CENTRE DE RECHERCHE HOP, L-H LAFONTAINE        02.10.1994  11:53        NO. 2    P. 2

TRIAL 9671LA012
CENTRE 59
PATIENT
CATEGORY COI

C U R R I C U L U M   V I T A E

DE

EMMANUEL STIP M.D.

Centre de recherche Fernand-Seguin
Hôpital Louis-H. Lafontaine
7331 rue Hochelaga, Montréal, Québec, Canada H1N 3V2

Janvier 1994

254

CONFIDENTIAL
AZ/SER 0051303

46

**TABLE 11  Frequencies of grouped change from baseline in CGI Severity of Illness score at Day 42 (last observation carried forward)**                    (continued)

| Change from baseline | | SEROQUEL 450 mg (bid) (n = 195) | | SEROQUEL 450 mg (tid) (n = 205) | | SEROQUEL 50 mg (bid) (n = 198) | |
|---|---|---|---|---|---|---|---|
| | | n | (%) | n | (%) | n | (%) |
| **Day 14** | | | | | | | |
| | -3 or less | 4 | (2) | 2 | (1) | 0 | (0) |
| | -2 | 16 | (8) | 9 | (4) | 13 | (7) |
| | -1 | 54 | (28) | 56 | (27) | 46 | (23) |
| | 0 | 101 | (52) | 112 | (55) | 110 | (56) |
| | +1 or greater | 20 | (10) | 26 | (13) | 29 | (15) |
| **Day 21** | | | | | | | |
| | -3 or less | 8 | (4) | 6 | (3) | 3 | (2) |
| | -2 | 23 | (12) | 24 | (12) | 13 | (7) |
| | -1 | 57 | (29) | 49 | (24) | 60 | (30) |
| | 0 | 86 | (44) | 98 | (48) | 88 | (44) |
| | +1 or greater | 21 | (11) | 28 | (14) | 34 | (17) |
| **Day 28** | | | | | | | |
| | -3 or less# | 17 | (9) | 9 | (4) | 5 | (3) |
| | -2 | 18 | (9) | 29 | (14) | 16 | (8) |
| | -1 | 64 | (33) | 52 | (25) | 55 | (28) |
| | 0 | 73 | (37) | 84 | (41) | 85 | (43) |
| | +1 or greater | 23 | (12) | 31 | (15) | 37 | (19) |
| **Day 35** | | | | | | | |
| | -3 or less# | 22 | (11) | 12 | (6) | 7 | (4) |
| | -2 | 21 | (11) | 30 | (15) | 22 | (11) |
| | -1 | 59 | (30) | 54 | (26) | 49 | (25) |
| | 0 | 68 | (35) | 79 | (39) | 81 | (41) |
| | +1 or greater | 25 | (13) | 30 | (15) | 39 | (20) |
| **Day 42** | | | | | | | |
| | -3 or less# | 22 | (11) | 16 | (8) | 10 | (5) |
| | -2 | 23 | (12) | 29 | (14) | 19 | (10) |
| | -1 | 59 | (30) | 51 | (25) | 52 | (26) |
| | 0 | 66 | (34) | 77 | (38) | 78 | (39) |
| | +1 or greater | 25 | (13) | 32 | (16) | 39 | (20) |

# statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) ($p \leq 0.05$)

82

CONFIDENTIAL
AZ/SER 0050548

B253

FROM CENTRE DE RECHERCHE HOP, L-H LAFONTAINE          02,10,1994  11:53      TRIAL 50702012
                                                                             CENTRE   59
                                                                             PATIENT
                                                                             CATEGORY  CO1

(CV) Emmanuel Stip                                                                      2

## RENSEIGNEMENTS GÉNÉRAUX

Date de naissance:          ███████  1956

Statut marital:             Marié.

Enfants:                    Deux enfants

Nationalité:                Canadienne, Française

Lieu de naissance:          Angers

## RENSEIGNEMENTS ACADÉMIQUES

Études secondaires:         Collège Mongazon: Angers

Baccalauréat:               Juillet 1974

Études de médecine:         Université d'Angers, France, 1974-1981

Internat:                   Angers, 1981-1985

Diplômes universitaires:    Docteur en médecine.  UER Angers, 1985.
                            Certificat de spécialité psychiatrie, Angers, 1985. Diplôme d'étude
                            générale de philosophie. Angers\Paris VIII. Diplôme d'Université de
                            médecine de la plongée professionnelle et de médecine hyperbare,
                            1985. Paris: Cochin.  Certificat de spécialité en médecine et de
                            biologie du sport, 1984, Angers.
                            Maîtrise en sciences neurologiques, Université de Montréal, 1990.
                            Certificat de spécialité de la Corporation Professionnelle du Québec
                            (Psychiatre 1992).

Fonctions actuelles:        Psychiatre, Hôpital Louis-H. Lafontaine et au Centre de recherche
                            Fernand-Seguin.

255

CONFIDENTIAL
AZ/SER 0051304

B254

RÇÜ CENTRE DE RECHERCHE HOP. L-H LAFONTAINE          02.10.1994  11:53          TRIAL 90731/30012
                                                                                CENTRE  59
                                                                                PATIENT
                                                                                CATEGORY  COI

(CV) Emmanuel Stip                                                                    3

---

**TITRES HOSPITALIERS**

---

1. Reçu premier au concours d'internat de psychiatrie des pays de Loire, 1981.
2. Internes des hôpitaux psychiatriques. (internant=résidence).
3. Résident VI en psychiatrie Hôtel Dieu de Montréal.

---

**FONCTIONS ADMINISTRATIVES**

---

1. Représentant des internes en psychiatrie à la commission médicale consultative du Centre psychothérapique départemental: 1984-1985.

2. Représentant des internes Commission régionale d'agrément de la psychiatrie, 1984.

3. Chef du Département de psychiatrie du Centre hospitalier Malartic, 1987-1990.

4. Président du Comité organisateur du 3e congrès international psychiatrique et social de langue française, octobre 1988.

---

**CONFÉRENCES ET COMMUNICATIONS**

---

1. Psychose en plaques. *Les écrits neurologiques de J. Lacan*. Rennes. Société neuropsychiatrie de l'Ouest. 21 avril 1985

2. L'Anjou médical. XVIII siècle. Rennes. 21 avril 1985

3. *La sclérose en plaques*. Conférences régionales de spécialité. Présidence professeur Sabouraud. Nantes. 24 avril 1985

256

CONFIDENTIAL
AZ/SER 0051305

B255

FROM CENTRE DE RECHERCHE HOP, L-H LAFONTAINE          02.10.1994  11:54          TRIAL NO.          CENTRE 59          PATIENT          CATEGORY CO1

(CV) Emmanuel Stip                                                                    4

4.    Psychosomatique et SEP. Réunion de neurosciences. Angers.
      14 mai 1985

5.    Problèmes méthodologiques et questions épistémologiques en psychosomatique. Hôtel
      Dieu de Montréal.
      1986

6.    Quelques aspects contemporains de la psychiatrie en Chine Populaire. Congrès de l'A.P.Q.
      Québec.
      Mai 1987

7.    La psychiatrie en Chine Populaire. CHUL Sherbrooke.
      Octobre 1987.

8.    Négation et psychose, le syndrome de COTARD.  Département d'études littéraires.
      colloque: Textes et langages atypiques. UQAM.
      Novembre 1988

9.    3e Congrès international psychiatrique et social de langue française: Discours
      d'ouverture. Val d'Or.
      Septembre 1988

10.   La cure fermée et les aléas de la région éloignée. Congrès de l'Association des Médecins
      Psychiatres du Québec. Montebello.
      Juin 1989

11.   Des interactions éventuelles entre la psychologie cognitive et la psychiatrie. Congrès de
      psychiatrie et de neurologie de langue française. Montréal.
      Juillet 1989.

12.   Is depression cognitive?  An exemple of North-South dialog.  Première rencontre
      Québec-Ontario des psychiatres du Nord. Rouyn Noranda.
      Novembre 1989

13.   Neuropsychiatrie de la sclérose en plaques. Centre hospitalier Malartic.
      Décembre 1989.

14.   Traiter l'anxiété. Centre hospitalier de La Sarre. Enseignement médical continu.
      Février 1990

15.   Psychiatrie communautaire et chronicité psychiatrique: Neuroleptiques et qualité de vie.
      5e Congrès de la Fédération internationale d'épidémiologie psychiatrique. Montréal.
      Juin 1990

257

CONFIDENTIAL
AZ/SER 0051306

B256

02.10.1994  11:54

TRIAL 9771L0012
CENTRE $69$
PATIENT
CATEGORY $CO1$

(CV) Emmanuel Stip

5

16. Marqueurs cognitifs et recherche en épidémiologie de la dépression majeure. 5e Congrès de la Fédération internationale d'épidémiologie psychiatrique. Montréal.
Juin 1990

17. Utilité et utilisation d'un instrument d'évaluation du niveau de soins requis par les bénéficiaires d'un hôpital psychiatrique d'Abitibi Témiscamingue. (Grille New York) Poster au 5e Congrès de la Fédération internationale d'épidémiologie psychiatrique. Montréal.
Juin 1990

18. Les troubles intellectuels et de l'humeur dans 41 cas de sclérose en plaques. Société française de neurologie. Paris.
9 janvier 1986

19 Les urgences psychiatriques. Enseignement médical continu. Val d'Or. Centre hospitalier St-Sauveur.
Février 1990

20 Case management. Premier colloque québécois en réadaptation psychosociale. Montréal.
Octobre 1990

21. Encadrement thérapeutique et structures intermédiaires. 10e Colloque du Département de psychiatrie de l'Université de Montréal. Montréal.
Novembre 1990

22. Évaluation d'un Centre de jour en Abitibi Témiscamingue. Groupe de réadaptation masculin et groupe de transition féminin. 12e Colloque de l'Association québécoise des centres de jour. Douglas Hospital. Montréal.
Novembre 1990

23. Marqueurs lexico-sémantiques dans la dépression majeure. Academic day/journée académique. McGill University. Université de Montréal. Jewish Hospital. Montréal.
Octobre 1990

24. Lecours A.R., Tainturier M.J., Tremblay M., Gardye F., Stip E., Lussier I., Paquette C.: A noção de marcador cognitivo. Primeiro congresso internacional de fonoaudiologia. Fortaleza.
Novembre 1989

25. Chercheurs d'or, trappeurs et ancrages culturels des maladies affectives: hypothèse anthropologique. Les journées psychiatriques des Pays de Loire. Université d'Angers.
Fontevrault. 1990

CONFIDENTIAL
AZ/SER 0051307

B257

02.10.1994  11:55

TRIAL 50711LAMO
CENTRE  S9
PATIENT
CATEGORY  C.01

(CV) Emmanuel Stip

6

26. Modèles de psychiatrie en Abitibi. Service de psychiatrie infantile. Hôpital d'Allonnes. Le Mans. France.
1990

27. Pratique de la psychiatrie en Abitibi. Centre hospitalier spécialisé. St-Gemmes sur Loire. Angers. France.
1990

28. Un nouveau champ de la psychiatrie: la psychiatrie cognitive. 25ième Congrès de l'Association des médecins psychiatres du Québec. Chicoutimi.
Juin 1991

29. Abitipsy: le Film. 25ième Congrès de l'Association des médecins psychiatres du Québec. Chicoutimi.
Juin 1991

30. Une approche de la santé mentale chez les autochtones. Symposium. 25ième Congrès de l'Association des médecins psychiatres du Québec. Chicoutimi.
Juin 1991

31. Comportement en décision lexicale des sujets dépressifs majeurs. Press in vitro. Centre de recherche du Centre hospitalier Côte-des-Neiges. Montréal.
Mai 1991

32. Signification du travail multidisciplinaire dans le nouveau contexte des plans d'organisation en santé mentale. Comité FER. Douglas Hospital. Montréal.
Mai 1991

33. Malartic (présentation du film). Festival du cinéma et de la vidéo en psychiatrie. Lorquin. France.
Juin 1991

34. Un mot sur la peau (présentation du film). Festival du cinéma et de la vidéo en psychiatrie. Lorquin. France.
Juin 1991

35. L'accès au lexique mental dans la dépression. Congrès de l'Association des psychiatres des hôpitaux publiques. Angers. France.
Octobre 1991

36. Malartic, un film dans une région bipolaire du Québec. Congrès de l'Association des psychiatres des hôpitaux publiques. Angers. France.
Octobre 1991

259

CONFIDENTIAL
AZ/SER 0051308

B258

FROM CENTRE DE RECHERCHE HOP, L-H LAFONTAINE          02,10,1994  11:55      TRIAL 50771L2012
                                                                             CENTRE   59
                                                                             PATIENT
                                                                             CATEGORY  COI

(CV) Emmanuel Stip

7.

37.   Décision lexicale du dépressif majeur. *Journée scientifique du Centre de recherche du Centre hospitalier Côte-des-Neiges, Montréal.*
      Septembre 1991

38.   Mottron L. Stip E., Belleville S.  Étude de l'encodage des noms propres chez un sujet hypermnésique. 33ième réunion annuelle. Club de recherche clinique du Québec. Magog. Québec.
      Septembre 1991

39    Mottron L. Belleville S., Stip E.  Une "capacité spéciale" dans l'autisme de haut niveau: la mémorisation des noms propres. *Journée scientifique du Centre de recherche du Centre hospitalier Côte-des-Neiges, Montréal.*
      Septembre 1991

40.   Stip E.  Mémoire et schizophrénie.  Département de  psychiatrie.  Hôpital Louis-H. Lafontaine. Formation médicale continue.
      Mars 1992

41.   Stip E.  La recherche en psychiatrie à la lumière des sciences cognitives.  Canadian Society for Brain. Behavior and Cognitive Science.  Second annual meeting. Université Laval.
      13-14 juin 1992.

42.   Belleville S., Mottron L, Stip E.  Étude de l'autisme selon l'approche de la psychologie cognitive.  Canadian Society for Brain. Behavior and Cognitive Science. Second annual meeting. Université Laval.
      13-14 juin 1992.

43.   Cournoyer J., Stip E., Problèmes cliniques dans un cas de pseudo-pseudodémence. Enseignement médical continu. LH Lafontaine. EMC.  Novembre 1992.

44.   Stip E:  Aspects cliniques et cognitifs des autistes de hauts niveaux et du syndrome d'Asperger.  Hôpital Charles Lemoyne.  EMC.  Février 1993.

45.   Stip E. Itinéraires. Itinérance et psychose. point de vue deu Québec. Journées internationales d'études. Paris. 15. 16 Janvier.

46.   Stip E. Cournoyer J. Leouffre P:  Pseudo-psycho démence.  Congrès de l'association des Psychiatres du Québec.  Gray Rocks. Juin 1993.

47.   Stip E:  Hommage à Julien Bigras.  Congrès de l'Association des Psychiatres du Québec. Gray Rocks.  Juin 1993.

CONFIDENTIAL
AZ/SER 0051309

B259

HOPT CENTRE DE RECHERCHE HOP, L-H LAFONTAINE          02.18.1994  11:56          TRIAL NO (B.001)
                                                                                  CENTRE 54
                                                                                  PATIENT
                                                                                  CATEGORY C D1

(CV) Emmanuel Stip

8

48.   Stip E: La place de l'actéhylcholine dans la fonction mnésique. Congrès de Psychiatrie et de Neurologie de langue française. Pointe à Pitre. Mai 1993.

49.   Stip E. Lussier I:   Études des relations entre la mémoire et les systèmes neurochimiquement définis. Congrès de Psychiatrie et de Neurologie de langue française. Pointe à Pitre. Mai 1993.

50.   Lussier I. Stip E:  Le rôle des amines biogènes sur la fonction mnésique. Congrès de Psychiatrie et de Neurologie de langue française. Pointe à Pitre. Mai 1993.

51.   Chriqui A. Stip E. Lussier I:  Le rôle des systèmes GABA sur la fonction mnésique. Congrès de Psychiatrie et de Neurologie de langue française. Pointe à Pitre. Mai 1993.

52.   Stip E:  Discussion du rapport "Mémoire explicite, mémoire implicite et pathologies psychiatriques" du Dr Danion.  Congrès de Psychiatrie et de Neurologie de langue française. Pointe à Pitre. Mai 1993.

53.   Stip E: Itinérants. Journée internationale d'études. Réseau national et international. Paris . 15-16 janvier 1993.

54.   Stip E: Aids in the psychiatric emergency room. Chairman. 3ᵉ Congrès international des urgences psychiatriques du Québec. 6.7 et 8 octobre 1993.

55.   Stip E: Données actuelles sur le traitement de la schizophrénie. Hôpital Jean Talon. EMC. Décembre 1993.

56.   Stip E:  Traitements neuroleptiques:  nouvelles perspectives dans la schizophrénie. Hôpital Valleyfield. EMC. Décembre 1993.

57.   Le risperidone.  Aspects cliniques et pharmacologiques. EMC.  Institut Philippe Pinel. Octobre 1993.

58.   Stip E. Fabian J.L., Cournoyer J. & Caramelli P:  "La Señora que ha robado 40,000 $ ; la neuropsicologia imposible. IIIᵉ Congrès latino-americano de neuropsicologia. Montevideo Uruguay.  30 octobre 1993.

59.   Stip E: Nouveaux traitements neuroleptiques dans la schizophrénie. EMC. Hôpital Pierre Boucher. Novembre 1993.

CONFIDENTIAL
AZ/SER 0051310

B260

## CURRICULUM VITAE

TRIAL 50711 0012
CENTRE 60
PATIENT
CATEGORY C01

DR. RAHUL MANCHANDA

Associate Professor of Psychiatry
University of Western Ontario, London

Hon. Lecturer, Dept. of Clinical
 Neurological Sciences

Adjunct Faculty Member of the
 Division of Clinical Pharmacology

Director of Research
Department of Psychiatry
University Hospital, London

POSTAL ADDRESS
University Hospital
Department of Psychiatry
339 Windermere Road
Box 5339
London, Ontario, Canada
N6A 5A5

tel: (519) 663-3819

**DATE OF BIRTH**                                      ███ 1950

**CITIZENSHIP**                                        Canadian

**FAMILY**                                             Married, 2 children

## GENERAL EDUCATION

1.  Indian School Certificate Examination (Held in conjunction with University of Cambridge, Local Examinations Syndicate)  St. Mark's School, Jhansi, India. Division ONE 1967

2.  Pre-Medical, University of Delhi, India.  Division ONE 1968

## PROFESSIONAL QUALIFICATIONS

1.  M.B.B.S. - April 1973 - King George's Medical College, University of Lucknow, India.

2.  M.D. (Doctor of Medicine in Psychiatry) - February 1977 - University of Lucknow, India (Degree after thesis; written, clinical and oral examination in Psychiatry)

3.  M.R.C. Psych - June 1981 - Royal College of Psychiatrists, U.K.

4.  F.R.C.P. (Psychiatry) - November 1986 - Royal College of Physicians and Surgeons of Canada.

262

CONFIDENTIAL
AZ/SER 0051311

B261

2



TRIAL 5077/L/0012
CENTRE 60
PATIENT
CATEGORY CO1

## DISTINCTIONS

1. Silver Medal - Anatomical Society, King George's Medical College, 1969.
2. Certificate of Honour in Forensic Medicine, King George's Medical College, 1971.
3. Gold Medal for highest marks in Forensic Medicine, University of Lucknow, 1972.

## REGISTRATION

1. U.P. Medical Council (India) No. 17052
2. Full Registration with General Medical Council, U.K. (Certificate No. 2744380)
3. General License restricted to Psychiatry (No. 54947) College of Physicians & Surgeons of Ontario (Canada)

## FELLOWSHIPS AND RESEARCH GRANTS

### IN UNITED KINGDOM

| | | |
|---|---|---|
| a) | Fellowship, Association of Commonwealth Universities, U.K. | 01/10/1978 - 30/09/1979 |
| b) | Clinical Research Fellowship, Charing Cross Hospital | 01/10/1979 - 31/12/1979 |
| c) | Research Grant, The Wellcome Trust, London | 01/01/1980 - 31/03/1980 |
| d) | Research Grant, North West Thames Regional Health Authority | 10/10/1983 - 10/10/1985 |

### IN CANADA

| | | |
|---|---|---|
| a) | Research Grant, Astra Pharmaceuticals Canada Limited | 1986 - 1988 |
| b) | University Hospital Pooled Research Trust Fund | 1989 - 1990 |
| c) | Research Grant, Glaxo Canada Inc. | 1990 - 1992 |
| d) | Research Grant, Astra Pharmaceuticals Canada Limited | 1990 - 1992 |
| e) | Research Grant, Pfizer Canada Inc. | 1990 - 1992 |
| f) | Research Grant, SmithKline Beecham Pharma | 1992 - 1994 |

CONFIDENTIAL
AZ/SER 0051312

B262

3

**APPOINTMENTS**

TRIAL 5037L/0012
CENTRE 60
PATIENT
CATEGORY C01

**IN INDIA**

Gandhi Memorial and Associated Hospitals, King George's Medical College, Lucknow.

a)    Compulsory Rotatory Internship (one year) - three months each in Internal Medicine, Surgery, Obstetrics and Gynaecology and Social and Prevention Medicine (Rural Health Training Centre), 1973.

b)    House Officer in Psychiatry                18/01/1974 - 06/09/1974

c)    Junior Resident in Psychiatry             07/09/1974 - 02/04/1975

d)    Senior Resident in Psychiatry             03/04/1975 - 14/03/1976

e)    Chief Resident in Psychiatry              15/03/1976 - 21/01/1977

f)    Lecturer and Consultant in Psychiatry     21/01/1977 - 27/09/1978

**IN UNITED KINGDOM**

Charing Cross Hospital and Medical School, London

a)    Hon. Clinical Assistant in Psychiatry     01/10/1978 - 31/10/1979

b)    Hon. Senior Registrar in Psychiatry       01/11/1979 - 11/05/1980

c)    Lecturer and Hon. Senior Registrar        12/05/1980 - 17/09/1984
      in Psychiatry

**IN CANADA**

University of Western Ontario, London, Ontario

Associate Professor of Psychiatry              01/07/1989 - Continuing

Assistant Professor of Psychiatry              01/10/1984 - 30/06/1989

a)    St. Thomas Psychiatric Hospital           01/10/1984 - 30/09/1988
      Staff Psychiatrist

      Director of Education                     19/04/1984 - 30/09/1988

      Director, Tillsonburg Clinic              05/01/1987 - 30/09/1988

CONFIDENTIAL
AZ/SER 0051313

47

In the SEROQUEL 450 mg (bid) group, 53% of patients had an improvement in schizophrenic symptoms at Day 42 as assessed by change from baseline in CGI Severity of Illness score. This proportion was greater than that in the SEROQUEL 450 mg (tid) group (47%), which in turn was greater than that in the SEROQUEL 50 mg (bid) group (41%).

At the final evaluation (Day 42), the proportion of patients who had an improvement in score in the SEROQUEL 450 mg (bid) group was statistically significantly greater than that in the SEROQUEL 50 mg (bid) group (p=0.03).  At previous evaluations, the difference between these groups was statistically significant at Days 28 and 35.

There was no statistically significant difference between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group at the final evaluation or any other study day.  There was also no statistically significant difference between the two SEROQUEL 450 mg groups other than a marginally significant difference favouring SEROQUEL 450 mg (bid) at Day 28.

These results indicate that SEROQUEL 450 mg (bid) was more effective than SEROQUEL 50 mg (bid) in improving the symptoms of schizophrenia overall.  The results also suggest that SEROQUEL 450 mg (tid) was no more effective than SEROQUEL 50 mg (bid).  However on direct comparison there was no apparent difference between the effect of SEROQUEL 450 mg (bid) and that of SEROQUEL 450 mg (tid).

**(b)    Analysis of observed data**

Table 12 summarises the results of the analysis of grouped change from baseline in CGI Severity of Illness score at Day 42 using observed data.

**TABLE 12  Frequencies of grouped change from baseline in CGI Severity of Illness score at Day 42 (observed data)**

| Change from baseline | SEROQUEL 450 mg (bid) (n=103) | | SEROQUEL 450 mg (tid) (n=114) | | SEROQUEL 50 mg (bid) (n=94) | |
|---|---|---|---|---|---|---|
| | n | % | n | % | n | % |
| -3 or less | 19 | 18 | 16 | 14 | 10 | 11 |
| -2 | 20 | 19 | 26 | 23 | 17 | 18 |
| -1 | 42 | 41 | 42 | 37 | 32 | 34 |
| 0 | 20 | 19 | 26 | 23 | 33 | 35 |
| +1 or greater | 2 | 2 | 4 | 4 | 2 | 2 |

There were no statistically significant differences between the three treatment groups at Day 42.

At previous evaluations (see Table T9.3.2), there were statistically significant differences between the SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) groups at Days 28 and 35; a greater proportion of patients in the SEROQUEL 450 mg (bid) group had an improvement in score compared with the SEROQUEL 50 mg (bid) group.  This difference was not apparent at any other study day.

There was also a marginally statistically significant difference between the SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) groups at Day 28, with more patients in the higher dose

CONFIDENTIAL
AZ/SER 0050549

B263

4

TRIAL 5072JL0012
CENTRE 60
PATIENT
CATEGORY C-01

b)   University Hospital, London, Ontario
     Department of Psychiatry, London, Ontario

     University Contracted Faculty of
     Medicine Clinical Appointee (UC-FMCA)          01/10/1988 - Continuing

     Director of Research                           01/10/1988 - Continuing

     Member, Psychiatric Review Board               17/06/1993 - 16/06/1996.
     (Government of Ontario)


## ACADEMIC

University Hospital

### 1989 - 1993

1.   Resident supervision.
2.   Formal Resident teaching, University of Western Ontario:
     a) Module II Lecture
     b) Mock Oral Exams
3.   Undergraduate teaching:
     a)   Didactic lectures at U.W.O. - I.C.C. Course
     b)   Clinical teaching:
          i)   Clinical Methods Course
          ii)  Clinical Clerk supervision - patient teaching
                                        - Emergency supervision
          iii) Tutorials (Phenomenology & Psychopharmacology)
4.   Nurses teaching (Schizophrenia), University of Western Ontario.
5.   Teaching Rounds presentations.
6.   C.M.E. presentations.
7.   Academic Luncheons presentations.


### 1993

1.   Undergraduate teaching:  Didactic lecture at U.H. - Psychology Interns
2.   Module I, Coordinator
3.   Manuscript Reviewer, Canadian Journal of Psychiatry
4.   Resident Research Supervision


### 1992

1.   Undergraduate teaching:  Didactic lecture at U.H. - Psychology Interns
2.   Module I, Coordinator
3.   Manuscript Reviewer, Canadian Journal of Psychiatry
4.   Resident Research Supervision
5.   Research Rounds presentations.

CONFIDENTIAL
AZ/SER 0051314

B264

5

TRIAL 50TH1 /0012
CENTRE 60
PATIENT
CATEGORY CO1

<u>1991</u>

1.  Undergraduate teaching:  Didactic lecture at U.H. - Psychology Interns
2.  Grand Rounds, Hamilton Psychiatric Hospital
3.  Lecture, Journal Club, St. Thomas Psychiatric Hospital
4.  Lecture, Division of Clinical Pharmacology
5.  2-Day Intensive Update for Family Physicians
6.  Module I, Coordinator
7.  Grant Reviewer, Canadian Psychiatric Research Foundation.
8.  Resident Research Supervision
9.  Research Rounds presentations.

<u>1990</u>

1.  Undergraduate teaching:  Elective in Psychiatry (student-1 afternoon/wk)
2.  Didactic lectures at U.W.O. - I.C.C. Course (Group Leader)
3.  Resident Research Supervision
5.  Manuscript Reviewer, Canadian Journal of Psychiatry.
6.  Research Rounds presentations.

<u>1989</u>

1.  Refresher Day in Psychiatry for Family Physicians.
2.  Professorial Rounds.
3.  Grant Reviewer, Ontario Mental Health Foundation.
4.  Research Rounds presentations.

St. Thomas Psychiatric Hospital

<u>1985 - 1989</u>

1.  Resident supervision.
2.  Formal Resident teaching, University of Western Ontario:
    a) Modules II and IV
3.  Undergraduate teaching:
    a)    Didactic lectures at UWO - ICC Course
    b)    Clinical teaching (group leader):
          i) Clinical Methods Course
          ii) Introduction to Clinical Clerkship Course
4.  Nurses teaching.

CONFIDENTIAL
AZ/SER 0051315

B265

6

TRIAL 5077JLA0012
CENTRE 60
PATIENT
CATEGORY CO I

## ADMINISTRATIVE DUTIES

University Hospital

<u>1991 - 1993</u>

1. Director, Research Committee, Department of Psychiatry, University Hospital.
2. Member, Research Committee, Department of Psychiatry, University of Western Ontario.
4. Coordinator, Module I, University of Western Ontario.
5. Member, Summer Research Training Program, University of Western Ontario.

<u>1992</u>

1. Member, Advisory Committee, Community Rehabilitation Program, Victoria Hospital.

<u>1991</u>

1. Member, Selection Committee, Recruitment of Chief of Psychiatry, University Hospital.
2. Member, Advisory Committee, Community Rehabilitation Program, Victoria Hospital.

<u>1990</u>

1. Member, Advisory Committee, Community Rehabilitation Program, Victoria Hospital.
2. Member, Summer Research Training Program, University of Western Ontario.
3. Member, Selection Committee for Recruitment of Medical Staff, Department of Psychiatry, Victoria Hospital.
4. Director, Research Committee, Department of Psychiatry, University Hospital.
5. Member, Research Committee, Department of Psychiatry, University of Western Ontario.

<u>1989 - 1990</u>

1. Member, Curriculum Improvement Committee, University of Western Ontario.
2. Director, Research Committee, Department of Psychiatry, University Hospital.
3. Member, Research Committee, Department of Psychiatry, University of Western Ontario.
4. Member, Newsletter Editorial Advisory Committee, University Hospital.

St. Thomas Psychiatric Hospital

<u>1985 - 1989</u>

1. Member, Research Committee, Department of Psychiatry, University of Western

CONFIDENTIAL
AZ/SER 0051316

B266

7

TRIAL 5(171)L/0012
CENTRE  60
PATIENT
CATEGORY CD1

Ontario.
2.  Member, Medical Advisory Committee.
3.  Member, Credentials Committee.
4.  Member, Post Graduate Education Committee, Department of Psychiatry, University of Western Ontario.
5.  Member, Undergraduate Education Committee, Department of Psychiatry, University of Western Ontario.
6.  Organization of Resident training.
7.  Organization of Undergraduate teaching:
    i) Clinical Methods Course
    ii) I.C.C. Course
8.  Member, Professional Advisory Committee (1985 - 1987).

## CURRENT RESEARCH

1.  Psychiatric Morbidity in Treatment Resistant Seizure Disorders.

2.  Psychiatric Outcome in Patients Undergoing Neurosurgical Intervention for Treatment Resistant Seizure Disorders.

3.  A Study of Aura, Psychiatric Symptomatology and Focus of Epilepsy.

4.  A Double-Blind Randomized, Multicentre Comparison of Paroxetine and Fluoxetine in the Treatment of Patients with Major Depression With Regard to Antidepressant Efficacy, Tolerance and Anxiolytic Effect (sponsored by SmithKline Beecham Pharma Inc.).

## PUBLICATIONS

1.  Sethi B.B., Manchanda R. (1977) "Drug abuse among medical students". Indian J. Psychiat. 19(4), 31-45.

2.  Sethi B.B., Manchanda R. (1978) "Pattern of drug abuse among male students". Indian J. Psychiat. 20, 166-173.

3.  Manchanda R., Sethi B.B., Gupta S.C. (1978) "Obsessive-compulsive neurosis in North India (Some socio-clinical observations)". Indian J. Psychiat. 20, 183-187.

4   Manchanda R., Sethi, B.B. (1978) "Obsessive-compulsive neurosis phenomenological aspects". Indian J. Psychiat. 20, 250-253.

5.  Manchanda M., Manchanda R. (1978) "Neurosis in children: epidemiological aspects". Indian J. Psychiat. 20, 161-165.

6.  Sethi B.B., Manchanda R. (1978) Review article "Socio-economic demographic and cultural correlates of psychiatric disorders with special reference to India". Indian

268

CONFIDENTIAL
AZ/SER 0051317

B267

8

TRIAL 5077JL0012
CENTRE 60
PATIENT
CATEGORY C.O)

J. Psychiat. 20, 199-211.

7.  Sethi B.B., Manchanda R. (1978) "Family structure and psychiatric disorders". Indian J. Psychiat. 20, 283-288.

8.  Manchanda R., Sethi, B.B., Gupta S.C. (1979) "Hostility and guilt in obsessive-compulsive neurosis". Brit. J. Psychiat. 135, 52-54.

9.  Sethi, B.B., Manchanda R., Sharma M. (1979) "Family concepts in neurosis (Joint versus Unitary constellation)". Indian J. Psychiat. 21, 247-250.

10. Manchanda R., Agnihotri S.S. (1979) "Psychiatric manifestations of Wilson's Disease - a case report". Indian J. Psychiat. 21, 288-289.

11. Sethi B.B., Manchanda R. (1980) "Social factors and mental illness; an analysis of first admissions to a psychiatric hospital". International J. Soc. Psychiat. 26, 200-207.

12. Hirsch S.R., Manchanda R., Weller M.P.I. (1980) "d-Propranolol in schizophrenia". Prog. Neuro-Psychopharmacol. 4(6),633-637.

13. Sethi B.B., Manchanda R. (1980) "Drug abuse among resident doctors". Acta Psychiat. Scand. 62, 447-455.

14. Manchanda R., Hirsch S.R. (1981) "Des-tyr-gamma endorphin in the treatment of schizophrenia". Psychological Medicine, 11, 401-404.

15. Gruzelier J.H., Manchanda R. (1982) "The syndrome of schizophrenia; relations between electrodermal response, lateral asymmetries and clinical ratings". Brit. J. Psychiat. 11, 488-495.

16. Manchanda R., Hirsch S.R. (1982) "Des-tyr-gamma endorphin for schizophrenia - a critical review". Int. Pharmaco- psychiat. 17, 153-162.

17. Connolly J.F., Gruzelier J.H., Manchanda R., Hirsch S.R. (1983) "Visual evoked potentials in schizophrenia; intensity effects and hemispheric asymmetry". Brit. J. Psychiat. 141, 151-155.

18. Connolly J.F., Manchanda R., Gruzelier H.J., Hirsch S.R. (1983) "Auditory event related potentials in schizophrenic patients". Adv. Biol. Psychiat. 13, 93-97.

19. Sheppard G., Gruzelier J.H., Manchanda R., Hirsch S.R., Wise R., Frackowiak R., Jones T. (1983) "[15]o positron emission tomographic scanning in predominantly never-treated schizophrenic patients". The Lancet, December, 32,1448-1452.

20. Manchanda R., Hirsch S.R. (1984) "Psychiatric training in the United Kingdom for overseas doctors". Postgraduate Doctor 7(4), 198-293.

21. Jutai J.N. Gruzelier J.H., Connolly J.F., Manchanda R., Hirsch S.R. (1984)

CONFIDENTIAL
AZ/SER 0051318

B268

9

TRIAL 5077JL-0012
CENTRE 60
PATIENT
CATEGORY Co1

"Schizophrenia and spectral analysis of the visual evoked potential".  Brit. J. Psychiat. 15, 496-501.

22.   Connolly J.F., Manchanda R., Gruzelier J.H., Hirsch S.R. (1985) "Pathway and hemispheric differences in the event related potential (EPR) to monaural stimulations: A comparison of schizophrenic patients with normal control".  Biol. Psychiat. 2, 293-303.

23.   Manchanda R. (1985) "Withdrawal reaction from oral Flupenthixol". J. Clin. Psychopharmacol. 5(5), 309-311.

24.   Manchanda R., Hirsch S.R. (1986) "Does propranolol have an antipsychotic effect? A placebo-controlled study in acute schizophrenia". Brit. J. Psychiat. 148, 701-707.

25.   Manchanda R. (1986) "Criteria for measuring change - statistically significant versus clinically significant".  Brit. J. Psychiat. 148, 744-745.

26.   Manchanda R., Hirsch S.R. (1986) "Low dose maintenance medication for schizophrenia". Brit. Med. Journal, 293, 515-516.

27.   Manchanda R., Hirsch S.R. (1986) "Des-tyr-gamma endorphin in the treatment of depression:  double blind placebo-controlled trial".  Human Psychopharmacology 1, 99-102.

28.   Hirsch S.R., Manchanda R. (1986) "Low dose maintenance medication".  Reply to Dr. Johnson's letter. Brit. Med. Journal 293, 1099.

29.   Manchanda R., Sharma M. (1986) "Parental discipline and obsessive compulsive neurosis".  Canadian J. Psychiat. 31(7), 696.

30.   Manchanda R., Saupe R., Hirsch S.R. (1986) "Comparison between the brief psychiatric rating scale and the manchester scale for the rating of schizophrenic symptoms". Acta Psychiat. Scan. 74, 563-568.

31.   Manchanda R., Swaminath R.S. (1987) "Civil liberty or unnecessary bureaucracy?" Canadian J. Psychiat. 31(1), 79-80.

32.   Manchanda R. (1987) "Dextro-propranolol and depressive symptoms in a schizophrenic population". Prog. Neuropharmacol. and Biol. Psych. 11, 625-632.

33.   Manchanda R. (1988) "Propranolol - the wonder drug for psychiatric disorders?" Brit. J. Hosp. Med. 39(4), 267-271.

34.   Fernando M.L.D., Manchanda R. (1988) "Calcium therapy for neuroleptic induced extrapyramidal symptoms".  Brit. J. Psychiat. 152, 722-723.

35.   Manchanda R. (1988) "Schizophrenia - low dose strategy". Ontario Medicine 7(14), 16-17.

CONFIDENTIAL
AZ/SER 0051319

B269

10

TRIAL 50711/A012
CENTRE 60
PATIENT
CATEGORY C01

36. Manchanda R., Hirsch S.R., Barnes T.R.E. (1988) "Criteria for evaluating improvement in schizophrenia in psychopharmacological research (with special reference to gamma endorphin fragments)". Brit. J. Psychiat. 153, 354-358.

37. Manchanda R., Fernando M.L.D., Galbraith D.A. (1989) "Consent to treat - clinical and legal implications". Canadian J. of Psychiatry 34, 60-62.

38. Manchanda R. (1988) "Propranolol in anxiety". Brit. J. Hosp. Med. 40(4), 322-323.

39. Jolley, A.G., Hirsch S.R., McRink A., Manchanda R. (1989)  "Trial of brief intermittent neuroleptic prophylaxis for selected schizophrenic outpatients" Clinical outcome at one year follow-up". Brit. Med. J. 298, 985-990.

40. Manchanda R. (1989) "Early referral improves outcome". Ontario Medicine 8 (12), 14.

41. Waring E.M., Manchanda R., Carver C. (1989) "Family therapy for schizophrenia". Brit. J. Psychiat. 155, 122-123.

42. Manchanda R., Mesbur K. (1989) "Regional review board: patient's right to withdraw?" Can. J of Psychiat. 34(6), 628-629.

43. Manchanda R. (1989) "Appointment of patient's representative: double standards of practice?" Canadian Journal of Psychiatry. 34(7), 746-747.

44. Conlon P., Waring E.M., Manchanda R., Pelz D., Lefcoe D. (1989) "MRI & CT scan results in a heterogenous group of psychotic patients".  American Journal of Psychiatry, 146(7), 941.

45. Manchanda R. (1990) Reply to "Double Standards of Practice" (Finlayson R.) and "Appointment of Patient Representatives" (Rapp M.R.).  Canadian Journal of Psychiatry, 35(4), 385.

46. Lapierre Y.D., Nair, N.P.V., Chouinard G., Awad A.G., Saxena B., Jones B., McClure J., Bakish D., Max P., Manchanda R., Beauprey P., Bloom D., Rotstein E., Ancili R., Sandor P., Sladen-Dew N., Mateos G. (1990) "A controlled dose-ranging study of remoxipride vs haloperidol in schizophrenia - A Canadian multicentre trial". Acta Psychiatrica Scand, 358(82), 72-77.

47. Manchanda R. (1990) "Patient's Right to Review Board Hearings".  Reply to a Letter to the Editor.  Canadian Journal of Psychiatry, 35(7), 647-8.

48. Jaychuk G., Manchanda R. (1991) "Psychiatric Patients and the Federal Election". Canadian Journal of Psychiatry, 36(2), 124-125.

49. Jaychuk G., Manchanda R., Galbraith D.A.  (1991) "Consent for Treatment: Loophole in the Ontario Mental Health Act".  Canadian Journal of Psychiatry, 36, 594-596.

CONFIDENTIAL
AZ/SER 0051320

B270

11

TRIAL 90759/0013
CENTRE 60
PATIENT
CATEGORY C-01

50.    Fernando M.L.D., Manchanda R., Kirk C. (1992) "Neuroleptic Malignant Syndrome: A Preventative Program". Journal of Psychiatry & Neuroscience, 17(1), 31-33.

51.    Manchanda R., Schaefer B., McLachlan R.S., Blume W.T. (1992)   "Interictal Psychiatric Morbidity & Focus of Epilepsy in Treatment Refractory Subjects Admitted to an Epilepsy Unit". Am J Psychiatry, 149, 1096-1098.

52.    Lapierre Y.D., Ancill R., Awad G., Bakish D., Beaudry P., Bloom D.,Chandrasena R., Das M., Durand C., Elliott D., Horn E., Jones B., Manchanda R., Max P., McClure D.J., Ravindran A., Rotstein E., Sandor P., Saxena B., Sladen-Dew N. (1992)   "A Dose-Finding Study with Remoxipride in the Acute Treatment of Schizophrenic Patients". Journal of Psychiatry & Neuroscience, 17(4), 134-145.

53.    Davies F., Manchanda R., Schaefer B., McLachlan R., Blume W.T. (1992) "Sexual Abuse and Psychiatric Symptoms in an Epileptic Population". Seizure, 1:263-267.

54.    Manchanda R., Miller H., McLachlan, R.S. (1992) "Postictal Psychosis after Right Temporal Lobectomy". Journal of Neurology, Neurosurgery and Psychiatry, 56(3), 277-279.

55.    Freeland A., Manchanda R., Chiu S., Sharma V., Merskey H. (1992) "Four Cases of Supposed Multiple Personality Disorder:  Evidence of Unjustified Diagnoses". Canadian Journal of Psychiatry, 38, 245-247.

56.    Manchanda R., Schaefer B., McLachlan, Blume W.T., Girvin J.  "Assessment of Psychiatric Morbidity in Candidates for Epilepsy Surgery".   Submitted for publication.

57.    Manchanda R., Schaefer B., McLachlan R., Blume W.T.   "Relationship of Demonstrated Site of Seizure Focus to Psychaitric Morbidity in Intractable Epilepsy". Submitted for publication.

58.    Fernando M.L.D., Manchanda R., Swaminath R.S., Cernovsky Z.Z. "Calcium in the Treatment in Neuroleptic Induced Extrapyramidal Symptoms".   Submitted for publication.

59.    McLachlan R., Manchanda R., Girvin J.P.  "Onset of Severe Persisting Psychiatric Disorders Following Temporal Lobectomy".  Submitted for publication.

## BOOK CHAPTERS

1.    Sethi B.B., Manchanda R. (1979) "Socio-cultural attitudes and psychiatric illness in India".   In Progress in Clinical Medicine in India (ed. Ahuja M.M.S.) New Delhi: Arnold Heinemann 532,550.

2.    Connolly J.R., Gruzelier J.H., Manchanda R. (1983) "Electrodermal and perceptual asymmetries in schizophrenia". In Laterality and Psychopathology.  (eds. Flor-Henry P., Gruzelier J.H.) Amsterdam: Elsevier/North, 363-378.

CONFIDENTIAL
AZ/SER 0051321

B271

12



3.   Gruzelier J., Jutai J., Connolly J., <u>Manchanda R.</u>, Sheppard G., Hirsch S. (1985) "Schizophrenia: autonomic, electro-cortical and metabolic (oxygen-15 p.e.t.) investigators of lateralized dysfunction". Clinical and Experimental Neuropsychophysiology (eds.) Papakaostropoulos D., Butler S., Martin I., Groom Helm, London.

4.   Hirsch S.R., Jolley A.G., <u>Manchanda R.</u>, McRink A. (1986) "Frehzeitige medikamentose intervension als Alternative zur Depot-Dauer-Medikation in der schizophreniebenhandlung: Ein vorlaufiger Bericht". Bewaltigung der Schizophrenie. Boker H.V.W., Brenner H.D. (eds.) Verlag Hans huber Bern Stuttgard.

5.   <u>Manchanda R.</u>, Hirsch S.R. (1986) "Rating Scales for Clinical Studies on Schizophrenia", Ch.9 in the Pharmacology and Drug Treatment of Schizophrenia". (eds.) Bradley P.B., Hirsch S.R. Oxford: Oxford University Press, 234-262.

6.   Hirsch S.R., Jolley A.G., <u>Manchanda R.</u>, McRink A. (1986) "Early intervention medication as an alternative to continuous depot treatment in schizophrenia: preliminary report. Psychosocial Treatment of Schizophrenia (eds. Strauss J.S., Boker W., Brenner H.D.) Hans Huber Publishers.

7.   <u>Manchanda R.</u>, Hirsch S.R., Barnes T.R.E. (1989) "A Review of Rating Scales for Measuring Symptom Changes in Schizophrenia Research". The Instruments of Psychiatric Research. C.T. Thompson (ed.) John Wiley & Sons Ltd., Chichester, 59-86.

8.   <u>Manchanda R.</u>, Merskey H. (1989) "Hysteria". Biological Basis and Therapy of Neuroses". Prasad A.J. (eds.) CRC Press Inc., Florida, 81-91.


**BOOK**

1.   <u>Manchanda R.</u> (1984) Multiple Choice Questions in Psychiatry. Churchill Livingstone, London.


**ABSTRACTS AND INVITED PRESENTATIONS**

1.   "Psychiatric study of absconders from a psychiatric unit". Indian Psychiatric Society, Trivandrum, 1975.

2.   "Drug abuse among medical students". Indian Psychiatric Society, Calcutta, 1976.

3.   "Obsessive-compulsive neurosis: phenomenologic and epidemiological aspects". Indian Psychiatric Society, New Delhi, 1977.

4.   "Dextro-propranolol in acute schizophrenia". Royal College of Psychiatrists,

273

CONFIDENTIAL
AZ/SER 0051322

B272

13



London, 1979.

5. "Des-tyr-gamma-endorphin for the treatment of schizophrenia". Royal College of Psychiatrists, London, 1980.

6. "Des-tyr-gamma-endorphin for the treatment of schizophrenia". CINP, Gothenburg, 1980.

7. 'Propranolol in schizophrenia'. Indian Psychiatric Society, Ahmedabad, 1981.

8. "Des-tyr-gamma-endorphin for the treatment of schizophrenia". World Congress of Biological Psychiatry, Stockholm, 1981.

9. "Comparison of Brief Psychiatric Rating Scale and Manchester Scale for rating schizophrenia symptomatology". Royal College of Psychiatrists, London, 1981.

10. "Rating scales for clinical studies in schizophrenia". Biannual Winter Workshop on Schizophrenia, Grindelwadld, 1982.

11. "d-Propranolol compared to placebo in the treatment of acute schizophrenia". World Psychiatric Association, Vienna, 1983.

12. "d-Propranolol compared to placebo in the treatment of acute schizophrenia". Biannual Winter Workshop on Schizophrenia, Davos, 1984.

13. "d-Propranolol compared to placebo in the treatment of acute schizophrenia". World Psychiatirc Association - International Classification Symposium, Montreal, 1985.

14. "Des-tyr-gamma-endorphin in the treatment of depression: double blind placebo controlled trial". World Congress of Biological Psychiatry, Philadelphia, 1985.

15. "Des-tyr-gamma-endorphin in the treatment of depression: double blind controlled trial". International Congress -Latest Findings of Etiology and Therapy of Depression, Basle, 1986.

16. "Propranolol and depression: causative or coincidence". Royal College of Psychiatrists, Southampton, 1986.

17. "d-Propranolol compared to placebo in acute schizophrenia". CINP, Puerto Rico, 1986.

18. "Propranolol and depression: causative or coincidence". Illinois State Psychiatric Institute, Chicago, 1987.

19. "Propranolol in schizophrenia". Ontario Medical Association, Toronto, 1987.

20. "A prospective study of patient certification in a psychiatric hospital". International Congress on Law and Psychiatry, Amsterdam, 1987.

CONFIDENTIAL
AZ/SER 0051323

48

group having improved. There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

**(c)      Further analyses**

Since grouping strategies may sometimes affect analysis results, additional non-parametric methods were used to confirm the findings of the categorical response analysis. Both the last observation carried forward data and observed data were re-analysed using the Wilcoxon rank sum test (Appendices H9.3.1 and H9.3.2). In the last observation carried forward analyses, there were statistically significant differences favouring SEROQUEL 450 mg (bid) when compared with SEROQUEL 50 mg (bid) from Day 21 onwards and the difference at Day 14 was marginally statistically significant. There was also a marginally statistically significant difference between the SEROQUEL 450 mg (tid) group and the SEROQUEL 50 mg (bid) group at Day 35 favouring SEROQUEL 450 mg (tid). There were no statistically significant differences between the two SEROQUEL 450 mg groups. A similar pattern of results was found on analysis of observed data. These findings confirm the results of the Cochran-Mantel-Haenszel analysis of grouped change from baseline.

Grouped changes from baseline in CGI Severity of Illness score were calculated for certain demographic subgroups. The results for age and race groups are difficult to interpret because of the small numbers of older and non-white patients in the study (67 of 598 patients were aged 50 years or older, 31 of 598 patients were non-white). The distributions of grouped change from baseline in CGI Severity of Illness score were comparable for male and female patients in the SEROQUEL 450 mg (tid) group. In the SEROQUEL 450 mg (bid) group, a higher proportion of male patients had a reduction from baseline score of 1 or an increase of 1 or more and a lower proportion had a reduction of 2 compared with female patients. In the SEROQUEL 50 mg (bid) group, a higher proportion of male patients had a change from baseline of -1, 0 or 1.

**4.2.2    CGI Severity of Illness score (secondary population)**

After the exclusions listed in Section 3.3 (b), the secondary population for analysis of CGI Severity of Illness score consisted of 464 patients, comprising 157 in the SEROQUEL 450 mg (bid) group, 148 in the SEROQUEL 450 mg (tid) group, and 159 in the SEROQUEL 50 mg (bid) group. (Details of this analysis are presented in Appendix H9.4.)

The Cochran-Mantel-Haenszel chi-square test using last observation carried forward showed a pattern of results similar to that found on analysis of the primary population.

Differences between the SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) groups were statistically significant from Day 28 onward (p=0.03 at Day 42) and marginally statistically significant at Days 14 and 21; a greater proportion of patients in the SEROQUEL 450 mg (bid) group had an improvement in score compared with the SEROQUEL 50 mg (bid) group.

There were marginally statistically significant differences between the SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) groups at Days 21 and 28 favouring SEROQUEL 450 mg (tid).

There were no statistically significant differences between the two SEROQUEL 450 mg groups at any time.

These results for the secondary population corroborate the findings from the analysis of data from the primary population.

84

CONFIDENTIAL
AZ/SER 0050550

B273

14



21.   "Propranolol and depression:   causative or coincidence".   Psychiatric Clinic, University of Munich, 1987.

22.   "Endorphins and psychiatric disorders".  VA Hospital, Detroit, 1987.

23.   "Propranolol and depression: causative or coincidence". Indian Psychiatric Society, Varanasi, 1988.

24.   Discussant for the paper "A study of the corpus callosum in epileptic psychoses". University of Western Ontario's Research Day, London, 1988.

25.   "Diagnosis and drug treatment of schizophrenia".  Family Physicians Update in Psychiatry, University of Western Ontario, London, 1988.

26.   "The evaluation and management of situational adjustment reactions in patients with psychotic disorders".  Crisis Management Workshop, St. Thomas Psychiatric Hospital, St. Thomas, 1988.

27.   "A prospective study of patient certification in a psychiatric hospital".   Ontario Psychiatric Association, Toronto, 1989.

28.   "Psychopharmacology, schizophrenia and the family doctor". Refresher Day in Psychiatry for Family Physicians, London, 1989.

29.   "Remoxipride - a selective D2 antagonist in schizophrenia: preliminary results of prolactin studies".  International Congress on Schizophrenia Research, San Diego, 1989.

30.   "Criteria for improvement in schizophrenia research".  International Congress on Schizophrenia Research, San Diego, 1989.

31.   "Medications for schizophrenia - function and side effects". Education, information and support group for families and friends of schizophrenics, London, 1989.

32.   "Remoxipride:  a Canadian multicenter clinical trial".  American Psychiatric Association, San Francisco, 1989.

33.   "New antipsychotic drugs".  St. Thomas Psychiatric Hospital, St. Thomas, 1989.

34.   "Plasma concentration of Remoxipride in relation to antipsychotic effect and adverse symptoms".  International Symposium, Monte Carlo, Monaco, 1989.

35.   "A controlled dose-ranging study of remoxipride vs   haloperidol in schizophrenia - A Canadian multicentre trial".  International Symposium, Monte Carlo, Monaco, 1989.

36.   "Remoxipride:  A Canadian multicentre clinical trial".  World Psychiatric Association, Athens, 1989.

CONFIDENTIAL
AZ/SER 0051324

B274

15



TRIAL 50711L0012
CENTRE 60
PATIENT
CATEGORY C01

37.   "Interictal Psychiatric Morbidity and the Focus of Epilepsy in Treatment Refractory Subjects". Research Day, Dept. of Psychiatry, U.W.O., London, 1990.

38.   "Antidepressants - New and Old". C.M.E. Drug Therapy, University Hospital, London, 1990.

39.   "New Antipsychotic Drugs". Windsor Academy of Psychiatry, Windsor, 1990.

40.   "Remoxipride: A Selective Dopamine D2 Antagonist in the Treatment of Acute Schizophrenia - A Canadian Multicentre Clinical Trial". Schizophrenia 1990: Poised for Discovery (An International Conference), Vancouver, B.C., 1990.

41.   "Interictal Psychiatric Morbidity and Focus of Epilepsy in Treatment Refractory Subjects". American Epilepsy Society, San Diego, U.S., 1990.

42.   "Interictal Psychiatric Morbidity and Focus of Epilepsy in Treatment Refractory Subjects". Ontario Psychiatric Association, 71st Annual Meeting, Toronto, 1991.

43.   "Sexual Abuse and Symptomatology in an Epileptic Population".   Ontario Psychiatric Association, 71st Annual Meeting, Toronto, 1991.

44.   "Interviewing Techniques for the Fellowship Examination". Ontario Psychiatric Association, 71st Annual Meeting, Toronto, 1991.

45.   "Psychiatric Patients and the Federal Election". Ontario Psychiatric Association, 71st Annual Meeting, Toronto, 1991.

46.   "Interictal Psychiatric Morbidity and Focus of Epilepsy in Treatment Refractory Subjects". Educational Grand Rounds, Hamilton Psychiatric Hospital, Hamilton, 1991.

47.   "Interictal Psychiatric Morbidity and Focus of Epilepsy in Treatment Refractory Subjects". Journal Club, St. Thomas Psychiatric Hospital, St. Thomas, 1991.

48.   "Outpatient Depression and Psychotherapy".  First Annual Two Day Intensive Update in Family Medicine, University of Western Ontario, London, 1991.

49.   "Interictal Psychiatric Morbidity and Focus of Epilepsy in Treatment Refractory Subjects Admitted to an Epilepsy Unit". American Psychiatric Association, New Orleans, 1991.

50.   "Sexual Abuse and Psychiatric Symptoms in an Epileptic Population". American Psychiatric Association, New Orleans, 1991.

51.   "Propranolol and Depression". Clinical Pharmacology Rounds, Roberts Research Institute, London, 1991.

52.   "The Use of Propranolol in Psychiatry", Psychopharmacology Day, London, 1991.

CONFIDENTIAL
AZ/SER 0051325

B275

16



53.   "Issues Related to the Long-Term Treatment of Schizophrenia", MEDED (Medical Education Programs Canada, Inc.) Conference, Toronto, 1991.

54.   "Antiepileptic Drugs in Psychiatric Disorders", Neurology Day, London, 1991.

55.   "Interviewing Techniques for the Fellowship Examination", Ontario Psychiatric Association, Toronto, 1992.

56.   "Interviewing Techniques for the Fellowship Examination", Canadian Psychiatric Association, Montreal, 1992.

57.   "Sexual Abuse and Psychiatric Symptoms in an Epileptic Population", American Epilepsy Society, Seattle, 1992.

58.   "Prospective Study of 126 Patients with Treatment Refractory Seizure Disorder", American Epilepsy Society, Seattle, 1992.

59.   "Interviewing Techniques for the Fellowship Examination", Ontario Psychiatric Association, Toronto, 1993.

60.   "Relationship of Demonstrated Site of Seizure Focus to Psychiatric Morbidity in Intractable Epilepsy", American Psychiatric Association, San Fransisco, 1993.

61.   "Calcium in the Treatment of Neuroleptic-Induced Extrapyramidal Symptoms", American Psychiatric Association, San Francisco, 1993.

62.   "Interpreting Ontario's Mental Health Act", Psychiatric Nurses Conference, Victoria Hospital, 1993.

63.   "Pre-Operative Psychiatric Assessment in Treatment Refractory Seizure Disorder", 9th World Congress of Psychiatry, Rio de Janeiro, 1993.

64.   "The Impact of Sertraline, Desipramine, and Placebo on Psychomotor Functioning in Depression", 9th World Congress of Psychiatry, Rio de Janeiro, 1993.

65.   "Interviewing Techniques for the Fellowship Examination", Canadian Psychiatric Association, Winnipeg, 1993.

66.   "Depression and New SSRI's", presentation to Family Physicians, London, 1993.

CONFIDENTIAL
AZ/SER 0051326

B276

TRIAL SITE/EXH2
CENTRE 61
PATIENT
CATEGORY C-01

# CURRICULUM VITAE

## ASHOK K. MALLA, M.B.B.S.; FRCP(C)

Associate Professor, Department of Psychiatry,
University of Western Ontario,
London, Ontario,
Canada

<u>**Mailing Address:**</u>          Department of Psychiatry,
Victoria Hospital, S.S.C.,
375 South Street,
London, Ontario,
Canada, N6A 4G5

<u>**Telephone:**</u>          (519) 667-6773

<u>**Home Address:**</u>          ███████████████

<u>**Home Telephone:**</u>          ██████████

<u>**Date & Place of Birth:**</u>   ███████ 1947, Srinagar (Kashmir), India

<u>**Citizenship:**</u>          Canadian

278

CONFIDENTIAL
AZ/SER 0051327

B277

TRIAL SO7JLA012
CENTRE 61
PATIENT
CATEGORY COI

2

## ACADEMIC RECORD:

**(A)**     **Pre-university Education:**

**1963-64**     Higher secondary certification - SRMP multilateral School

**(B)**     **University Education:**

**1964-65**     Pre-medical college - G.G.M. Science College, Jammu,(India)

**1965-70**     M.B.B.S. - Glancy Medical College, Amritsar, Punjab University, India

**(C)**     **Postgraduate Training:**

**1970-71**     Rotating Internship: SMHS Hospital & Medical College, Srinagar, Kashmir, India.

**1971-72**     Resident House Physician: Emergency Dept., SMGS Hospital Medical College, Jammu, India.

**1972-73**     Resident House Physician: Psychiatry Mental Hospital, Medical College, Jammu, India.

**1973-74**     Resident (Senior House Officer): Psychiatry: Lancaster Moor Hospital, England; Manchester University Program.

**1974-76**     Resident (Registrar): Psychiatry; Brookwood Hospital; St. George's Hospital Medical School Regional Program.

**1976-78**     Senior Resident (3 & 4): Memorial University of Newfoundland; St. John's, Nfld.

**(D)**     **Specialty Qualifications:**

**1975**     Diploma in Psychological Medicine: Board of England, London.

**1976**     M.R.C. Psych.     -     Royal College of Psychiatrists, London, England.

**1979**     F.R.C.P.(C)     -     Royal College of Physicians & Surgeons of Canada.

279

CONFIDENTIAL
AZ/SER 0051328

B278

TRIAL 5073JLAR012
CENTRE 61
PATIENT
CATEGORY C01

3

1980        L.M.C.C.          -          Medical Council of Canada.

## ACADEMIC POSITIONS:

**1979-1981    Clinical Associate, Memorial University of Newfoundland, Department of Psychiatry, Faculty of Medicine:**

During this period I continued my research in the social and epidemiological aspects of suicide which I had begun as a senior resident. In addition, I (as co-principal investigator) conducted a study of the impact of a temporary closure of the only provincial psychiatric hospital on psychiatric services in general hospitals. This was funded through a peer reviewed grant from Health and Welfare Canada. In addition, I provided teaching and supervision to residents in psychiatry and to undergraduate medical students.

**1981-1987    Assistant Professor, Department of Psychiatry, Faculty of Medicine, University of Western Ontario, London, Ontario:**

During this period I took a very active role in teaching undergraduate and post-graduate medical students. I spent a major part of my time in conducting research in social and epidemiological aspects of alcoholism, suicide, and treatment methods used in psychiatry. In addition, I conducted research in service utilization and service delivery models.

**1984-1987    Research Co-ordinator, Department of Psychiatry, St. Joseph's Health Centre, London, Ontario:**

In this position I assisted my colleagues in initiating research, supervised residents in research projects, and represented the department at the Hospital Research Committee, and the U.W.O. Departmental Research Committee.

280

CONFIDENTIAL
AZ/SER 0051329

B279

TRIAL 5077184012
CENTRE 61
PATIENT
CATEGORY C 91

4

**1987**      **Associate Professor, Department of Psychiatry, Faculty of Medicine, U.W.O., London, Ontario:**

During this period my research interests have focused primarily on research in schizophrenia. In the last four years I have been able to establish a very active research program in schizophrenia at Victoria Hospital and also in collaboration with University and London Psychiatric Hospitals. I have also maintained a very active role in resident and undergraduate teaching, in addition to other academic activities at a national and international level.

**1988**      **Co-ordinator of Schizophrenia Research Group, U.W.O.:**

This was started by me in 1988 by bringing together a number of interested researchers in London from a number of departments (psychology, psychiatry, kinesiology). This group meets once a month and has been very productive in generating significant collaborative research, conducting internal reviews of grant applications, sharing research plans and products, and has founded a trust fund for research on schizophrenia.

## ADMINISTRATIVE POSITIONS:

**1979-1981**   **Director of Day Treatment, Out-patient and After-care Services, Waterford Hospital, St. John's, Nfld.:**

In this position, I was able to develop a proposal for a new day-treatment program, which was accepted and funded in order to reduce bed utilization in this large provincial psychiatric hospital. This hospital was one of four teaching facilities of the Department of Psychiatry at Memorial University of Newfoundland.

**1981-1984**   **Director of Alcohol and Drug Assessment, Out-Patient, and Day Treatment Programs, Chatham, Ontario:**

This was an innovative community based non-residential treatment program established on the lines of the recommendations of the Marshman Report. I was able to obtain significant funds for expansion of this program from the Ministry of Health, Community Mental Health Division. Research I conducted in this program resulted in a significant number of peer reviewed publications. Other treatment programs were later established on this model.

CONFIDENTIAL
AZ/SER 0051330

B280

TRIAL 5077JL00012
CENTRE 61
PATIENT
CATEGORY C01

5

**1982-1984**   Chief of Psychiatry, Public General Hospital, Chatham, Ontario:

During this period I was able to initiate a pilot program of psychiatric after-care using a case-management model, which has since been continued.

**1984-1989**   Co-ordinator of Psychiatric Aftercare Services, St. Joseph's Health Centre, London, Ontario:

I initiated the only general hospital based community oriented program for psychotic patients. This program uses a case management and family intervention model, and has now been expanded into a full fledged community rehabilitation program, which is currently being operated from Victoria Hospital.

**1989-**   Chief of Psychiatry, Victoria Hospital, London, Ontario:

Since assuming this position I have been able to provide leadership in creating a strategically driven program in psychiatry. This program now delivers service predominantly to severely mentally ill within a continuing care model and in keeping with the public policy recommendations (Graham Report; Sherk Report). There has also been a major shift towards increasing academic activities in the program with a particular increase in clinical program based research activities. Victoria Hospital Psychiatric services cater to children, adolescents, adults, and the elderly with a total of 42 beds and the largest outpatient and emergency activity in the city. This position also entails management of a fairly large budget (approx. $2.6m.) for funding the department and out-patient services.

**1989**   Director of Schizophrenia Program:

This is the only program in London specifically designed to provide multidisciplinary service within a continuing care model to persons over the age of 16 with schizophrenia and related disorders. This program has been the first in the hospital to use Continuing Quality Improvement (C.Q.I.) in a methodical way. It has also been the first to develop standard assessment protocols and develop standard clinical guidelines. This program is engaged in significant multidisciplinary research, development of new psycho-social treatment modalities, and teaching.

282

CONFIDENTIAL
AZ/SER 0051331

B281

TRIAL 50770-8002
CENTRE  61
PATIENT
CATEGORY  COI

6

**1989**     **Director, Community Rehabilitation Program, Victoria Hospital, London, Ontario:**

This program was started in the spring of 1990 after having run a pilot program first at St. Joseph's Hospital (1985-89) and then at Victoria Hospital (1989-90). In 1990 this program received its funding (approx. $250,000. annually) from the Community Mental Health Division of the Ministry of Health in response to a proposal I submitted in 1987-88. This program utilizes only empirically proven methods of psycho-social intervention in combination with biological treatment methods and serves patients with psychotic illness and their families in this community. It is closely associated with the schizophrenia program at Victoria Hospital, but serves other hospitals, community agencies, and clients/families directly.

**1990**     **Chairman of the Psychiatry Program Management Committee:**

With encouragement and direction from the senior administration of Victoria Hospital, the Department of Psychiatry began to formulate and implement a programmatic approach to delivery of services. I have been instrumental in working out an appropriate management model to achieve this goal. This committee with membership from heads of all disciplines involved and the representatives of all clinical programs within psychiatry makes policy decisions and supervises activities such as overall delivery of care, development of C.Q.I., etc.

**1991-93**    **Medical Director, Psychiatric Institute (Veterans Affairs), Victoria Hospital, London, Ontario:**

I was part of a management team which was responsible for the closure of this institute and transfer of patients to Parkwood and London Psychiatric Hospitals.

**1989-**    **Member of Medical Advisory Committee, Victoria Hospital, London, Ontario.**

**1989-**    **Member of Bed Distribution Committee, Victoria Hospital, London, Ontario.**

283

CONFIDENTIAL
AZ/SER 0051332

B282

TRIAL 50211LX012
CENTRE  61
PATIENT
CATEGORY  C01

7

## OTHER ACADEMIC AFFILIATIONS:

(1)   Member of the Royal College of Psychiatrists - London, England.

(2)   Fellow of the Royal College of Physicians and Surgeons of Canada.

(3)   In good standing with the Ontario College of Physicians and Surgeons.

(4)   Member of the Canadian Psychiatric Association.

(5)   Member of the Canadian and Ontario Medical Association.

## SERVICE:

University:

1989-   Member of the U.W.O. Department of Psychiatry Executive.

1989-   Member of the Appointment and Promotion Committee of the U.W.O.
        Department of Psychiatry.

1984-89  Member of the Research Committee of the U.W.O., Department of
         Psychiatry.

## EXTERNAL AND COMMUNITY SERVICE ACTIVITIES:

1981-84  Member of the Mental Health Advisory Committee of the District Health
         Council, Kent County.

1981-83  Member of the Executive Board of Canadian Mental Health Association,
         Kent County Branch.

1985-88  Member of the Adjudication Task Force on Mental Health, Mental Health
         Advisory Committee, Thames Valley District Health Council, London,
         Ontario.

1987-89  Member of the Executive Board of Family Services of London.

1991-92  Public speaking on mental health issues with Friends of Schizophrenia,
         Woodstock, Windsor, etc., Rotary Club, Mission Services of London.

284

CONFIDENTIAL
AZ/SER 0051333

49

### 4.2.3    CGI Global Improvement score

Figure 3 presents the results of analysis of variance of CGI Global Improvement score by study day for the last observation carried forward.

**FIGURE 3    Mean CGI Global Improvement scores (and standard errors) by study day (last observation carried forward)**



Mean CGI Global Improvement score fell in both the SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) groups during treatment, indicating a general improvement in the symptoms of schizophrenia.  The greatest improvement was in the SEROQUEL 450 mg (bid) group.  There was essentially no change in score over time in patients treated with SEROQUEL 50 mg (bid).

The mean Global Improvement scores at the final evaluation (Day 42) were 3.5 in the SEROQUEL 450 mg (bid) group, 3.5 in the SEROQUEL 450 mg (tid) group and 3.8 in the SEROQUEL 50 mg (bid) group.

At the final evaluation the score in the SEROQUEL 450 mg (bid) group was statistically significantly lower than that in the SEROQUEL 50 mg (bid) group (p=0.03).  There was a marginally statistically significant difference between SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid).  There was no statistically significant difference between mean scores in the two SEROQUEL 450 mg groups at this time.

At previous evaluations, the mean CGI Global Improvement score in the SEROQUEL 450 mg (bid) group was also statistically significantly lower than that in the SEROQUEL 50 mg (bid) group at Days 14, 28 and 35.  There were no statistically significant differences between SEROQUEL 450 mg (tid) and either of the other two groups, other than a marginally statistically significant difference between the two SEROQUEL 450 mg groups at Day 14, favouring SEROQUEL 450 mg (bid).

On analysis of observed data, the mean score in the SEROQUEL 450 mg (bid) group was statistically significantly lower than that in the SEROQUEL 50 mg (bid) group at Day 28 and

CONFIDENTIAL
AZ/SER 0050551

B283

TRIAL 902703002
CENTER  61
PATIENT
CATEGORY C.01

8

Oct.'93    Chaired a public forum on Schizophrenia organized by the Faculty of Medicine, C.M.E. Department.

## CONSULTING AND PROFESSIONAL ACTIVITIES:

**1984-85**  **Peri-patetic consultant for psychiatric administration and program planning to Public General Hospital, Chatham.**

**1985-90**  Consultant to Northern Outreach Psychiatric Program.

**1986-88**  Visiting consultant to Crest Centre (a community facility for chronic mentally ill).

**1988-**  Research consultant to North Bay Psychiatric Hospital.

**1989-**  Consultant to Byron Family Practice Unit, Dept. of Family Practice, U.W.O.

**1991-92**  Addiction Research Foundation of Ontario, Dual Disorder Training Program.

**1991-92**  Consultant to Mission Services of London and Rotholme shelter for homeless women; providing on-site consultations and teaching mental health skills to staff.

**1992-**  Member of the Ontario Task Force on The Efficacy of Mental Health Service Delivery (Ontario Mental Health Foundation).

## OTHER ACADEMIC ACTIVITIES:

**1992-**  **Member of Research Grant Review Committee of the Ontario Mental Health Foundation.**

External Reviewer for the following research granting agencies:

(a)    British Columbia Mental Health Foundation.
(b)    Canadian Psychiatric Research Foundation.

285

CONFIDENTIAL
AZ/SER 0051334

B284

TRIAL 5007JLA002
CENTRE 61
PATIENT
CATEGORY CD1

9

Reviewer for:

(a)   Canadian Journal of Psychiatry.
(b)   Canadian Medical Association.

## TEACHING ACTIVITIES:

**Courses Taught:**

| | |
|---|---|
| 1980-81 | Clinical Methods, Memorial University of Newfoundland. |
| 1983-84 | Neurosciences and the mind (2nd year medical students) U.W.O. |
| 1984-89 | Didactic seminars for 3rd and 4th year medical students on suicide and substance abuse. |
| 1985-88 | Clinical methods (1st year students) U.W.O. |

## Resident Teaching:

| | |
|---|---|
| 1984-92 | Module IV (Yearly) Social psychiatry for graduate students (residents) in psychiatry. |
| 1987-90 | Module II (Yearly) Psycho-social aspects of affective disorders. |
| 1987-91 | Module II (Yearly) Psycho-social aspects of schizophrenia and treatment of chronic schizophrenia. |
| 1988-92 | Module II (Yearly) Substance Abuse Disorders - Identification & Assessment. |
| 1988-92 | Module II (Yearly) Substance Abuse Disorders - Treatment. |
| 1984-93 | Clinical supervision, one to one teaching & examinations of clinical clerkship (3rd year students) 6 week rotations. |

## GRADUATE STUDENT (RESIDENT) SUPERVISION:

| | |
|---|---|
| 1976-78 | Provided supervision to junior residents, interns and medical students as a senior resident at Memorial University of Newfoundland. |

286

CONFIDENTIAL
AZ/SER 0051335

B285

TRIAL 5070LA017
CENTRE 61
PATIENT
CATEGORY C01

10

**I978-81**   Training and supervision of residents in psychiatry in addition to formal lectures and seminars, Memorial University of Newfoundland.

**I981-93**   Teaching and supervision to interns, and residents in psychiatry.

Research papers with students as co-authors (see under Publications). *

## STUDENT EXAMINATIONS:

**1987-**   Interdepartmental examiner for Ph.D. in Epidemiology, U.W.O.

**1984-**   Regular examinations of clinical clerks and mock FRCP exam for residents.

## RESEARCH:

**Goals:**

1. To conduct hypothesis generated research in the psychopathology and pathophysiology of Schizophrenia.

2. To conduct research in psychosocial interventions and their influence on the long term outcome and quality of life in schizophrenia.

3. To conduct research in cognitive and motor dysfunction in schizophrenia.

## CURRENT RESEARCH:

1. Independence & Stability of Positive and Negative Symptoms in Outpatient Schizophrenic Patients (completed).

2. Reliability of Measurement of Symptoms in Schizophrenia.

3. Syndromes in Schizophrenia: Structure of Symptomatology in Schizophrenia (completed).

4. A Neuropsychological & Neurophysiological Investigation of Three Syndromes in Schizophrenia.

5. A Prospective Study of Prodromal Symptoms in Schizophrenia (completed).

CONFIDENTIAL
AZ/SER 0051336

B286

TRIAL 5077JL0012
CENTRE   61
PATIENT
CATEGORY   C01

11

6.    Voluntary & Involuntary Movement Dysfunction in Schizophrenia: Relationship to Pathophysiology and Psychopathology.

7.    Clinical trials of treatment resistant schizophrenia.

8.    Longitudinal Course of Schizophrenic Disorders.

## RESEARCH GRANTS: (Peer Reviewed)

*1979-81   Health and Welfare Canada - (Co-principal investigator Dr. R. Norman) Impact of Temporary Shutdown of a Psychiatric Hospital on General Hospital Psychiatric Services. ($60,000.)

*1983   U.W.O. Grant Number M389A1 - "Alcoholism in General Practice". ($4,000.)

*1983   U.W.O. and Public General Hospital, Chatham - "Day Treatment of Alcoholism Follow-Up Study ($6,000.)

*1985   U.W.O. Grant - Epidemiological Investigation of ECT and Psychotropic Drugs ($2,000.)

*1986   U.W.O. Grant - A Study of Involuntary Patients in General Hospitals. ($5,000.)

*1988   U.W.O. Grant - Relapse in Schizophrenia  ($29,000.)

*1991   Upjohn London Neurosciences Program (Co-principal investigator -Dr. R. Norman) - The Influence of Stress and Moderator Variables on Psychotic and Prodromal Symptoms in Schizophrenia ($40,000.)

*1992   U.W.O. Grant - An Investigation of Syndromes in Schizophrenia ($10,000.).

*1992   Department of Psychiatry, Victoria Hospital - An Investigation of Syndromes in Schizophrenia ($11,000.).

*1992   Canadian Psychiatric Research Foundation (Co-principal investigator - Dr. R. Norman) - "An Investigation of Syndromes in Schizophrenia" ($24,200. per year x 2 years).

288

CONFIDENTIAL
AZ/SER 0051337

B287

TRIAL 50211A012
CENTRE 61
PATIENT
CATEGORY C-01

12

| 1993 | Grant from O.M.H.F. as coinvestigator (Dr. Williamson, P.I.) "1H & 31P Magnetic Res. Spectroscopy in Schizophrenia" ($68,495. per year x 2 years). |
|------|------|
| 1993 | Grant from Medical Research Council of Canada as coinvestigator (Dr. Williamson, P.I.) "1H & 31P Magnetic Res. Spectroscopy in Schizophrenia" ($328,798. from July, 1993 to June, 1996). |

* I was the principal investigator

## RESEARCH GRANTS (INDUSTRY):

| 1990-91 | A double blind study of Ondansetron vs Haloperidol in treatment of Schizophrenia ($30,000.). |
|------|------|
| 1990-92 | A double blind study of Remoxipride vs Haloperidol in outpatient treatment of positive & negative symptoms of schizophrenia ($50,000.). |
| 1993- | A double blind study of Risperidone vs. Haloperidol in treatment resistant schizophrenia (app. $45,000). |
| 1993 | Economic & Quality of Life Evaluation of Risperidone:  International multicentre randomized, one year prospective, parallel group, naturalistic, open study comparing oral administration of risperidone with oral administration of usual neuroleptics in 400 schizophrenic patients ($16,000.) |

## PUBLICATIONS:

## REFEREED JOURNALS:

Malla, A. and Hoenig, J.
Suicide in Newfoundland - a 10 year study, Canadian Journal of Psychiatry, 1979, 24, 139-146.

Norman, R., & Malla, A.
Adolescents' Attitudes toward Mental Illness: Relationships between components and sex differences.  Social Psychiatry, 1983, 18: 45-50.

CONFIDENTIAL
AZ/SER 0051338

B288

TRIAL 907/IL6012
CENTRE 61
PATIENT
CATEGORY CO1

13

Malla, A., and Norman, R.
Mental Hospital and General Hospital Psychiatric Units:  A comparison of services within the same geographic area.  Psychological Medicine, 1983, 13: 431-439.

Malla, A. and Hoenig, J.
Differences in suicide rates:  an examination of under-reporting. Canadian Journal of Psychiatry, Vol. 28, June 1983.

Norman, R., and Malla, A.
The effect of a mental hospital strike on general hospital psychiatric services. Psychological Medicine, 1984, 14, 913-921.

Malla, A., Rush, B., Gavin, M., Cooper, G.
A community centred alcohol assessment/treatment service:  A descriptive study. Canadian Journal of Psychiatry, Vol. 30, Feb. 1985, 35-43.

Rush, B., and Malla, A.
A comparison of Disulfiram acceptors and refusers on selected demographic and clinical characteristics.  Drug and Alcohol Dependence, 14, 1984, 75-85.

Malla, A., and Cooper, G.
Day treatment for alcoholism in a general hospital psychiatric service.  Canadian Journal of Psychiatry, Vol. 30, Oct. 1985.

Malla, A.
Day treatment of alcoholism: an outcome study. Canadian Journal of Psychiatry, 32, 1987, 204-210.

Malla, A. and Merskey, H.
Screening for alcoholism in family practice. Family Practice Research Journal, 1987, 6:3, 138-147.

Malla, A.
An epidemiological investigation of electroconvulsive therapy:  rate and diagnosis. Canadian Journal of Psychiatry, 31, 1986, 824-830.

Malla, A., Norman, R., Helmes, E.
Factors associated with involuntary admission to psychiatric facilities in Newfoundland.  Canadian Medical Association Journal, 1987, 136, 1166-1171.

Malla, A., and Shaw, T.
Attitudes towards mental illness:  the influence of education and experience. International Journal of Social Psychiatry, 33, 1, 1987, 33-42.

CONFIDENTIAL
AZ/SER 0051339

B289

TRIAL 90703L0012
CENTRE 61
PATIENT
CATEGORY CC1

14

Malla, A.
An outcome study comparing refusers and acceptors of treatment for alcoholism.
Canadian Journal of Psychiatry, Vol. 33, April 1988, pp. 183-187.

Merskey, H., Brant, C., Malla, A., Helmes, E.
Symptom patterns of alcoholism in a Northern Ontario population.  Canadian Journal
of Psychiatry, February 1988, Vol. 33, pp. 46-50.

Malla, A.
Characteristics of patients receiving electroconvulsive therapy.  Canadian Journal of
Psychiatry, Nov. 1988, Vol. 33, No. 8, pp. 696-701.

Malla, A., and Norman, R.
Involuntary Admissions in a Canadian Province:  The influence of Geographic and
Population Factors.  Social Psychiatry and Psychiatric Epidemiology, 1988, Vol. 23,
pp. 247-251.

Malla, A.
Investigation of the Criteria for Involuntary Admission to a General Hospital.
Canadian Medical Association Journal, October 1988, Vol. 139, No. 8, pp. 749-753.

Chandarana, P., and Malla, A.
Bulimia and Dissociative states:  A case report.  Canadian Journal of Psychiatry,
March 1989, Vol. 34, pp. 137-139.

Malla, A.
A critique on "Education for autonomy:  a dialogue between Thomas Szasz and
Ronald Swartz,  Interchange, (invited) Volume 20, No. 4, 1989, pp. 32-55.

Kazarian, S., Malla, A., Cole, J., Baker, B.
Comparison of Two Expressed Emotion Scales with the Camberwell Family Interview.
Journal of Clinical Psychology, May 1990, Vol. 46, No. 3.

Malla, A., Certese, L., Shaw, T., Ginsberg, B.
Life Events and Relapse in Schizophrenia:  A One Year Prospective Study.  Social
Psychiatry and Psychiatric Epidemiology, (1990) 25:221-224.

Malla, A., Kazarian, S., Barnes, S., Cole, J.
Validation of the Five Minute Speech Sample (FMSS) in Measuring Expressed Emotion.
Canadian Journal of Psychiatry, Vol. 36, May 1991.

CONFIDENTIAL
AZ/SER 0051340

B290

TRIAL 5070L0012
CENTRE 61
PATIENT
CATEGORY (CC)

15

R.M.G. Norman, and A.K. Malla
Dysphoric Mood and Symptomatology in Schizophrenia. Psychological Medicine, 1991, 21, 897-903.

Norman, R., and Malla, A.
Subjective Stress in Schizophrenia Patients. Social Psychiatry and Psychiatric Epidemiology, 1991, 26, 212-216.

Malla, A., Norman, R.
Relationship of Major Life Events and Daily Stressors to Stymptomatology in Schizophrenia, Journal of Nervous and Mental Disease, 180/10, 1992, 664-667.

Norman, R., and Malla, A.
Stressful life events and schizophrenia I: - A Review of the Research, , British Journal of Psychiatry, 1993, 162, 161-166.

Norman, R., and Malla, A.
Stressful life events and Schizophrenia II:  Conceptual and Methodological Issues, British Journal of Psychiatry, 1993, 162, 166-174.

Malla, A., Norman, R.
Stability of Positive and Negative Symptoms in Schizophrenia, Canadian Journal of Psychiatry, 1993, (in press).

Malla, A., Norman, R.M.G., Williamson, P., Cortese, L., Diaz, F.
Three Syndrome Concept of Schizophrenia:  A Factor Analytic Study, Schizophrenia Research, 1993, 10, 143-150.

Norman, R.M.G., Malla, A.
Correlations Over Time Between Dysphoric Mood and Symptomatology in Schizophrenia, Comprehensive Psychiatry, 1993 (in press).

Malla, A., Norman, R.M.G.
Prodromal Symptoms in Schizophrenia: A Prospective Investigation, British Journal of Psychiatry, 1993 (in press).

## NON-REFEREED  JOURNALS/BOOK  CHAPTERS/SPONSORED PUBLICATIONS:

1979 "Changing Patterns of Suicide in Newfoundland."   Proceedings of the International Congress on Suicide prevention, Ottawa.

CONFIDENTIAL
AZ/SER 0051341

B291

TRIAL S(77)LA012
CENTRE 6 1
PATIENT
CATEGORY CO1

16

**1980**  "Day Hospital and Community Psychiatry." Malla, A., Mental Health Newsletter Div. of Mental Health, Department of Health, Govt. of Newfoundland and Labrador.

**1981**  "Effect of strike at a provincial psychiatric hospital on the delivery of psychiatric services", Norman, R. & Malla, A.  A report submitted to Health and Welfare Canada.

**1987**  "Protection from suicide:  a study of a population with very low rates" in Suicide Helping Those at Risk, ed. Morgan, J., Kings College, London, pp. 93-102.

**1992**  "Working with Families of Long-term Patients:   An Expressed Emotion Perspective", S.S. Kazarian and A.K. Malla, Chapter in The Mental Hospital in the 21st Century, Edited by E. Persad, S.S. Kazarian, L.W. Joseph, Wall & Emerson Inc., 1992

**1992**  "Schizophrenia:  A Total Management Model", Malla, A.; Norman, R.; Shaw, T., STA Communications.

## PAPERS SUBMITTED AND UNDER REVIEW FOR PUBLICATION:

(1)  "A Prospective Study of Daily Stressors and Symptomatology in Schizophrenic Patients", R.M.G. Norman, A.K. Malla, Psychological Medicine, February, 1993.

(2)  "Prodromal Symptoms in Schizophrenia:  A critical review", Psychological Medicine, 1993.

## BOOK REVIEW:

1.  "Schizophrenia and the Family", Anderson, Hogarty and Reiss, Canadian Journal of Psychiatry.

2.  "Psychiatry and Biological Factors", Kurstak, E., Journal of Psychiatry & Neuroscience.

## ABSTRACTS:

Malla, A.

**1978**  "Social factors in suicide in Newfoundland", paper presented at C.P.A. meeting in Halifax.

293

CONFIDENTIAL
AZ/SER 0051342

B292

TRIAL 50178/0012
CENTRE 61
PATIENT
CATEGORY C·01

17

**Malla, A.**
**1979** "Changing patterns of suicide in Newfoundland", paper presented at International Congress of Suicide Prevention, Ottawa.

**Malla, A.**
**1979** "Social factors in suicide in Newfoundland - a follow-up", paper presented at the C.P.A. meeting in Vancouver.

**Malla, A.**
**1981** "Under-reporting of suicide", Paper presented at the World Congress of Social Psychiatry, Zagreb, Yugoslavia.

**Malla, A.; Rush, B.**
**1983** "Beyond the chemical properties of Disulfiram", paper presented at the 35th annual Conference of Indian Psychiatric Association, Bombay, India.

**Malla, A.**
**1986** "Alcoholism in family practice", paper presented at Canadian Association of Psychiatric Epidemiology, Vancouver.

**Malla, A.**
**1986** "Protection from suicide: a study of population with low rates", paper presented at the conference on suicide at the Kings College in London, Ontario.

**Malla, A.**
**1987** "The influence of geographic and population factors on rates of involuntary admissions", presented at C.P.A. annual meeting, London, Ontario.

**Malla, A.**
**1987** "Comparison of outcome for acceptors and refusers of treatment for alcoholism", presented at C.P.A. annual meeting, London, Ontario.

**Malla, A.**
**1989** "Post-hospital treatment of the psychotic patient: a challenge for general hospital psychiatry", presented at the World Association for Psychosocial Rehabilitation Conference, Barcelona, Spain.

**Malla, A., Cortese, L.**
**1989** "Life Events and relapse in schizophrenia: A one year prospective study", presented at the World Association for Psychosocial Rehabilitation Conference, Barcelona, Spain.

294

CONFIDENTIAL
AZ/SER 0051343

50

marginally statistically significantly lower at Day 14. There were no other statistically significant differences between the treatment groups.

Due to non-normally distributed residuals, the Cochran-Mantel-Haenszel chi-square test and Wilcoxon rank sum test were used to confirm the results (Appendices H10.2 and H10.3). The Cochran-Mantel-Haenszel analysis of the last observation carried forward data revealed marginally statistically significant differences between the distribution of scores (in favour of the SEROQUEL 450 mg (bid) group compared with the SEROQUEL 50 mg (bid) group) at Day 28 only. The Wilcoxon rank sum test revealed statistically significant differences between the two SEROQUEL 450 mg groups, favouring the SEROQUEL 450 mg (bid) group at Day 14, and marginally statistically significant differences between the SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) groups, favouring the SEROQUEL 450 mg (bid) group, at Days 14, 28, 35 and 42.

### 4.2.4   Summary of effects on CGI scores

On analysis of CGI Severity of Illness score, 53% of patients in the SEROQUEL 450 mg (bid) group had improved at Day 42 compared with 47% in the SEROQUEL 450 mg (tid) group and 41% in the SEROQUEL 50 mg (bid) group. On analysis of the primary population, SEROQUEL 450 mg (bid) was associated with improvement in a statistically significantly higher proportion of patients than SEROQUEL 50 mg (bid), whereas the proportion of patients who improved after treatment with SEROQUEL 450 mg (tid) was not statistically significantly different from that in the SEROQUEL 50 mg (bid) group. On direct comparison of the two SEROQUEL 450 mg groups there were no statistically significant differences. Similar results were obtained on analysis of the secondary population.

Mean CGI Global Improvement score after treatment was statistically significantly lower in the SEROQUEL 450 mg (bid) group than in the SEROQUEL 50 mg (bid) group. Although the score in the SEROQUEL 450 mg (tid) group was also lower than that in the SEROQUEL 50 mg (bid) group, this difference was not statistically significant. There was also no statistically significant difference between SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid).

These results support the conclusion that SEROQUEL 450 mg (bid) was more effective in improving the symptoms of schizophrenia than SEROQUEL 50 mg (bid), and was not different from SEROQUEL 450 mg (tid). There were no statistically significant differences between the SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) groups.

### 4.3   SANS summary score

| | |
|---|---|
| *Summary tables:* | *SANS summary scores; T11.1 to T11.3.2*<br>*SANS individual item and global scores; T11.4* |
| *Individual patient listings:* | *SANS summary scores; G5.1*<br>*SANS global and individual item scores; G5.2*<br>*Additional SANS data; G5.3* |

After the exclusions in Section 3.3 (a), data from a total of 576 patients were available for analysis of SANS summary score, comprising 189 in the SEROQUEL 450 mg (bid) group, 197 in the SEROQUEL 450 mg (tid) group and 190 in the SEROQUEL 50 mg (bid) group.

CONFIDENTIAL
AZ/SER 0050552

B293

TRIAL 50771LA012
CENTRE 61
PATIENT
CATEGORY CO1

18

Kazarian, S., **Malla, A.**, Barnes, S., Cole, J.
1990 "Assessment of Expressed Emotion: Validation of the Five Minute Speech Sample with the Level of Expressed Emotion Scale", presented at the Schizophrenia 1990 Conference, Vancouver, B.C.

**Malla, A.**, Norman, R., Williamson, P.
1990 "Independence and Stability of Positive and Negative Symptoms in Outpatient Schizophrenic Patients", presented at the Schizophrenia 1990 Conference, Vancouver, B.C.

Norman, R., **Malla, A.**, Williamson, P.
1990 "Stress and Symptomatology in Schizophrenic Patients: A Prospective Study", presented at the Schizophrenia 1990 Conference, Vancouver, B.C.

Norman, R., **Malla, A.**, Williamson, P.
1990 "Social Behavioural Assessment Scale and Positive/Negative Symptoms in Schizophrenia", presented at the Schizophrenia 1990 Conference, Vancouver, B.C.

Kazarian, S., **Malla, A.**, Munroe-Blum, H.
1990 "Working with Families of Long-Term Patients: An Expressed Emotion Perspective", presented at conference - The Role of the Mental Health Hospital in the 21st Century, London, Ontario.

**Malla, A.**, Norman, R.
1991 "Relationship between Depression/Anxiety and Positive and Negative Symptoms in Schizophrenia", presented at the APA 144th Annual Meeting, New Orleans, Louisiana, May 11-16.

Norman, R., **Malla, A.**
1991 "Predictors of Subjective Stress in Schizophrenic Patients", presented at the APA 144th Annual Meeting, New Orleans, Louisiana, May 11-16.

Norman, R., **Malla, A.**
1991 "A Prospective Study of Stress and Schizophrenia", presented at the APA 144th Annual Meeting, New Orleans, Louisiana, May 11-16.

**Malla, A.K.**, Norman, R.M.G., Williamson, P.
1991 "Independence and Stability of Positive and Negative Symptoms in Schizophrenia", presented at the 5th World Congress of Biological Psychiatry, Florence, Italy, June 9-14.

295

CONFIDENTIAL
AZ/SER 0051344

B294



19

Cortese, L., **Malla, A.**
1991 "Determining the Longitudinal Course of Psychotic Disorders: Factors and Treatment Implications", presented at the 5th World Congress of Biological Psychiatry, Florence, Italy, June 9-14.

**Malla, A.K.**, Norman, R.M.G., Shaw, T., Cheng, S.
1991 "An Innovative Approach to Community Management of Schizophrenia: An Integrated Model of Treatment and Rehabilitation". Symposium presented at the World Association for Psychosocial Rehabilitation, Montreal, Quebec, Oct. 13-16.

**Malla, A.**, Norman, R.
1992 "Relationship of Major Life Events and Daily Stressors to Symptomatology in Schizophrenia", presented at Indian Psychiatric Society 44th Annual National Conference, January 22-25, New Delhi, India.

**Malla, A.**, Norman, R.
1992 "A Prospective Longitudinal Study of Prodromal Symptoms in Schizophrenia", presented at Schizophrenia '92 Conference, Vancouver, B.C., July 19-23.

**Malla, A.**, Norman, R.
1992 "Do Life Events or Symptoms Predict Symptoms in Schizophrenia", presented at Schizophrenia '92 Conference, Vancouver, B.C., July 19-23.

**Malla, A.**, Norman, R., Williamson, P., Cortese, L., Diaz, F.
1993 "Three Syndrome Concept of Schizophrenia: A Factor Analytic Study", presented at A.P.A., San Francisco, California, May 22-27.

Norman, R.; **Malla, A.**
1993 "Dysphoria & Symptomatology in Schizophrenia", presented at A.P.A., San Francisco, California, May 22-27.

**INVITED LECTURES:**

1988    Ontario Psychiatric Association Annual Meeting: Special Lecture, "Alcoholism: Problems of Identification and Treatment."

1987    Memorial University of Newfoundland, Department of Psychiatry, St. John's, Newfoundland. "Involuntary Admission: Doctor's Dilemma or a Curse."

1988    Department of Psychiatry, Medical College, Madras, India. "Stress and Schizophrenia."

296

CONFIDENTIAL
AZ/SER 0051345

B295

20

TRIAL 5077B/0012
CENTRE 61
PATIENT
CATEGORY C01

| 1988 | TTK Clinical/Research Institute for Addictions, Madras, India. "Alcoholism: New Methods of Treatment." |
|---|---|
| 1991 | Addiction Research Foundation, Sudbury, Ontario, "Treatment of Psychiatric Disorders: Principles and Approaches." |
| 1991 | Addiction Research Foundation, Toronto, Ontario, "Dual Disorders Workshop." |
| 1991 | Symposium, "Issues in the Management of Chronic Schizophrenia", Cambridge, Ontario, sponsored by McNeil Pharmaceutical & The Medicine Group. |
| 1991 | Network North, The Community Mental Health Group, Sudbury, Ontario, Workshop: "Family Interventions in Schizophrenia - Practical Applications and Interventions." |
| 1992 | Addiction Research Foundation, Ottawa, Ontario, "Dual Disorders Workshop." |
| 1992 | Addiction Research Foundation, Mississauga, Ontario, "Dual Disorders Workshop." |
| 1992 | Lectures at Montreal General Hospital; Montreal, Quebec, "Negatives Symptoms in Schizophrenia." |
| 1992 | Lecture at Douglas Research Institute, Verdun, Quebec, "Negative Symptoms in Schizophrenia." |
| 1992 | Lecture at St. Anne's Hospital, Montreal, Quebec, "Negative Symptoms in Schizophrenia." |
| 1992 | Addiction Research Foundation, Whitby, Ontario, "Dual Disorders Workshop." |
| 1992 | Addiction Research Foundation, Toronto, Ontario, "Dual Disorders Workshop." |
| 1992 | Addiction Research Foundation, London, Ontario, "Dual Disorders Workshop." |

CONFIDENTIAL
AZ/SER 0051346

B296

TRIAL 5073H,0012
CENTRE 61
PATIENT
CATEGORY C01

21

**1993**    Lecture delivered at the All Indian Institute of Medical Sciences, New Delhi, India, "Symptom structures and syndromes in Schizophrenia".

**1993**    Symposium,  Medical Education Programs Canada, Inc. "Instrumental assessment of psychomotor and cognitive function in schizophrenia", Toronto, April 2,3.

298

CONFIDENTIAL
AZ/SER 0051347

B297

15 JUN '95  14:38   CNS TEAM 0625 582787

TRIAL 4071 IL 012
CENTRE 062
PATIENT
CATEGORY C01

## CURRICULUM VITAE FORM

STUDY NUMBER: 5077 IL/00/2

CENTRE NUMBER: 062

CENTRE ADDRESS: Centre Hospitalier Malartic
1141 rue Royale
c.p. 800
Malartic, Quebec  JOY 1Z0, CANADA

FULL NAME:
JEAN-MICHEL LOUIS BEAU

QUALIFICATIONS:                                      YEAR:
CERTIFICATE OF STUDIES             1984
SPECIALIZING IN PSYCHIATRY
DOCTORATE IN MEDICINE               1983
B.Sc in Mathematics & Sciences        1971

PRESENT POSITION:
Chief of Department of Psychiatry - Centre
Hospitalier Malartic since '93

PREVIOUS APPOINTMENTS AND EXPERIENCE:
Consultant psychiatrist - Centre Hospitalier Saint Sauveur de
Val d'OR since '90

Consultant psychiatrist - Centre Hospitalier Hotel Dieu d'Amos
since '86

Consultant psychiatrist Centre Hospitalier St. Jean de Macamic
since '87

Psychiatrist - CMDP du Centre Hospitalier Malartic
since '86

SIGNATURE:                           DATE:
                                      29/06/95

JUN 15 '95 10:40                     0625 582787  PAGE.003

299

CONFIDENTIAL
AZ/SER 0051348

B298

C2/03/94   11:52   ☎819 757 4330          C.H. MALARTIC

TRIAL 90503L0012
CENTRE 62
PATIENT
CATEGORY CO)

## CURRICULUM VITAE

### ÉTAT CIVIL

| | |
|---|---|
| NOM: | BEAU |
| PRÉNOM: | JEAN-MICHEL, LOUIS |
| DATE ET LIEU DE NAISSANCE: | ███/53, à Lyon, France |
| NATIONALITÉ: | FRANÇAISE et CANADIENNE |
| ADRESSE (domicile): | ████████████ |
| ADRESSE (travail): | Centre Hospitalier Malartic |
| | 1141 rue Royale, |
| | C.P. 800 |
| | Malartic, Qué. J0Y 1Z0 |
| TÉLÉPHONE (domicile): | ████████ |
| TÉLÉPHONE (travail): | (819) 757 4342 |
| MARIAGE: | 21/11/81 |
| ENFANTS: | 2 |

CONFIDENTIAL
AZ/SER 0051349

B299

02/03/94   11:52   ☏819 757 4330         C.H. VALARTIC                TRIAL NUMBER
                                                                       CENTRO   62
                                                                       PATIENT
                                                                       CATEGORY  CO1

## ÉTUDES

**1968:**   Brevet d'études du premier cycle (B.E.P.C.), Lyon.

**1971:**   Baccalauréat, option mathématiques et sciences de la nature, avec mention bien, Lyon.

**1971–1983:** Études de médecine à l'Université Claude Bernard de Lyon, U.E.R. Grange–Blanche avec différents stages dans les hopitaux, dont deux en milieu psychiatrique.

**1978–1983:** Spécialisation en psychiatrie.

**1978:**   Réussite au concours de l'internat des hopitaux psychiatriques de la région Rhône–Alpes.

**1983:**   Doctorat en médecine. Thèse soutenue avec succès le 7/12/83.  Mention obtenue: Très honorable avec éloges du jury.

**1984:**   Certificat d'études spéciales en psychiatrie. Mémoire soutenu avec succès le 19/3/84.

CONFIDENTIAL
AZ/SER 0051350

B300

02/03/94   11:53   ☎819 787 4330        C.H. MALARTIC                    TRIAL 901LDDRE
                                                                         CENTRE   62
                                                                         PATIENT
                                                                         CATEGORY  CO1

## STAGES PROFESSIONNELS

**1978:**

Poste de faisant fonction d'interne au Centre Psychothérapique de St-Vallier dans le service de psychiatrie infanto-juvénile du docteur J.P.Boyer.

**Janvier-août1979:**

Interne dans le service de psychiatrie adulte du docteur A. Mortelier, hôpital de St-Jean-Bonnefonds. Une journée de consultation par semaine au dispensaire d'hygiène mentale infanto-juvénile (service du docteur J.P.Boyer).

**Septembre1979-octobre1980:**

Psychiatre coopérant au Centre Hospitalier Malartic, Malartic, Qué.

**1981:**

Interne dans le service de psychiatrie adulte du docteur C. Larrivé, hôpital de St-Jean Bonnefonds.

**Janvier1982-juin1983:**

Interne dans le service de psychiatrie adulte du professeur J. Pellet, Centre Hospitalier régional et universitaire de St-Étienne. Participation aux différents travaux de recherche du service.

**Novembre 1985-février 1986:**

Stage dans le département de psychiatrie de l'Hotel-Dieu de Montréal, service des urgences.

FEB  3 '94 11:53                          819 757 4330   PAGE.006

CONFIDENTIAL
AZ/SER 0051351

B301

02/03/94   11:53   ☎819 757 4330        C.H. VALARTIC              HEALS SERVICE
                                                                    CENTRE 62
                                                                    PATIENT
                                                                    CATEGORY CO1

## ACTIVITÉS PROFESSIONNELLES

Depuis mars 1986:
Psychiatre, membre actif du C.M.D.P. du Centre Hospitalier Malartic. Activités cliniques internes et externes.

Depuis 1987:
Psychiatre consultant au Centre Hospitalier St Jean de Macamic, service interne.

Depuis 1988:
Psychiatre consultant à la clinique externe de psychiatrie du Centre Hospitalier Hotel-Dieu d'Amos.

Chargé de formation clinique à l'Université de Montréal.

Depuis 1990:
Psychiatre consultant à la clinique externe de psychiatrie du Centre Hospitalier Saint-Sauveur de Val d'Or.

Depuis mars 1993:
Chef du département de psychiatrie du Centre Hospitalier Malartic

FEB  3 '94 11:54                        819 757 4338  PAGE.007

303

CONFIDENTIAL
AZ/SER 0051352

B302

02/03/94   11:54   ☎819 757 4330          C.H. MALARTIC                    TRIAL CENTRE 62.
                                                                           PATENT
                                                                           CATEGORY C.01

## AUTRES ACTIVITÉS PROFESSIONNELLES

1987-1994:
Vice-président de l'Assemblée Régionale des
Conseils des Médecins, Dentistes et Pharmaciens
de l'Abitibi-Témiscamingue.

Depuis 1989:
Membre du conseil d'administration du Centre
Hospitalier Malartic.

Depuis juin 1993:
Membre de la Commission Médicale Régionale de
l'Abitibi-Témiscamingue.

Depuis janvier 1994:
Président de l'Assemblée Régionale des
Conseils des Médecins, Dentistes et Pharmaciens
de l'Abitibi-Témiscamingue.

304

CONFIDENTIAL
AZ/SER 0051353

51

**(a)      Analysis using last observation carried forward**

Figure 4 displays the unadjusted mean changes from baseline in SANS summary score.

**FIGURE 4    Unadjusted mean changes from baseline in SANS summary score (and standard errors) by study day (last observation carried forward)**



Mean SANS summary score fell in each of the three treatment groups, indicating an overall improvement in the negative symptoms associated with an acute exacerbation of schizophrenia.  The improvement was greatest in the two SEROQUEL 450 mg groups.

At the final evaluation (Day 42), the mean change from baseline in the SEROQUEL 450 mg (bid) group (-1.8) was statistically significantly greater (p = 0.02) than that in the SEROQUEL 50 mg (bid) group (-1.1) indicating greater improvement in the higher dose group.  The difference between these two groups was also statistically significant at Day 35 and marginally statistically significant at Days 7 and 28; in all cases the SEROQUEL 450mg (bid) group was associated with greater improvement.

There were no statistically significant differences between the change in the SEROQUEL 450 mg (tid) group (-1.6) and that in the SEROQUEL 50 mg (bid) group at the final evaluation (Day 42).

There was no statistically significant difference between the two SEROQUEL 450 mg groups at any study day, although the difference between these groups was marginally statistically significant at Day 7, with a greater improvement in the SEROQUEL 450 mg (bid) group.

**(b)      Analysis of observed data**

On analysis of observed data, the mean reduction from baseline in the SEROQUEL 450 mg (bid) group at Day 42 (-3.6) was marginally statistically significantly greater than that in the SEROQUEL 50 mg (bid) group (-2.8).  The difference between these groups was also marginally statistically significant at Days 7 and 28.  The mean reduction in the SEROQUEL 450 mg (tid) group at Day 42 (-3.7) was statistically significantly greater (p=0.02) than that in

CONFIDENTIAL
AZ/SER 0050553

B303

02/03/94   11:54   ☎ 819 757 4330          C.H. MALARTIC

TRIAL SUBPOENA
CENTRE
PATIENT
CATEGORY C 01

## PUBLICATIONS

BEAU, J.M., CROMBEZ, J.C., THÉOLIS, M. Une recherche en action. Transitions 25, pp105-111. 1988.

STIP, E., LEGAULT, G., BEAU, J.M., LÉOUFFRE, P. Les psychotropes, à prescrire avec précautions. Le clinicien :
          – Septembre 1988: Les neuroleptiques
          – Octobre 1988: Les antidepresseurs
          – Novembre 1988: Les thymorégulateurs

GAY LEMAITRE, P., POTVIN, M., BEAU, J.M. Dernier acte. Transitions 27-28 p.423-430. 1989.

STIP, E., DUGUAY, R., EDMOND, A., LÉOUFFRE, P., BEAU, J.M. Étude de la dysfonction érectile psychogène dans une population québecoise. Psychologie Médicale 1991 23.2.

STIP, E., LÉOUFFRE, P., BEAU, J.M. La psychothérapie institutionnelle s'exporte-t-elle? L'information Psychiatrique, 1991, Vol.67, n° 8, p. 732-741.

LEGAULT, G., STIP, E., LÉOUFFRE, P., BEAU, J.M.,  Intérêt de la revue d'utilisation des médicaments en psychiatrie. Nervure 1992.

BEAU J.M., Psychiatrie et bandes dessinées: imagerie populaire de la folie et de la psychiatrie dans la bande dessinée, in STIP E. et GODEFROID J., Psychologie et santé mentale, Montréal, Éditions Études Vivantes, 1993.

FEB  3 '94 11:55                    819 757 4330   PAGE.089

305

CONFIDENTIAL
AZ/SER 0051354

B304

02/03/94   11:55   ☎819 757 4330      C.H. MALARTIC

TRIAL 90503df83
CENTRE: 62
PATIENT
CATEGORY C.C/3

## COMMUNICATIONS ORALES

BEAU, J.M. LALANNE, F. Imagerie populaire de la folie vue par la bande dessinée. Conférence, Malartic janvier 1988.

STIP, E., BEAU, J.M., LÉOUFFRE, P. La cure fermée et les aléas de la région éloignée. Congrès de l'A.M.P.Q. Montebello juin 1989.

DUVERGER, P., THEOLIS, M., CROMBEZ, J.C., BEAU, J.M., PERREAULT,C. Enquête santé mentale Malartic: Exemple de recherche en Abitibi-Témiscamingue. Cinquième congrès de la fédération internationale d'épidémiologie psychiatrique. Montréal, juin 1990.

STIP, E. TEMPIER, R., MERCIER, C.,RENAUD,C., LÉOUFFRE, P. , BEAU, J.M. Neuroleptiques, qualité de vie et maintien dans la communauté. Cinquième congrès de la fédération internationale d'épidémiologie psychiatrique. Montréal, juin 1990.

STIP, E., BRASSARD, M., LÉOUFFRE, P., BEAU, J.M.,  Utilité et utilisation d'un instrument d'évaluation du niveau de soins requis par les bénéficiaires d'un hopital psychiatrique d'Abitibi-Témiscamingue.  Poster présenté au Cinquième congrès de la fédération internationale d'épidémiologie psychiatrique. Montréal, juin 1990.

BEAU, J.M., Les démences. Conférence. Malartic, octobre 1990.

BEAU J.M. Vieillissement et santé mentale. Conférence, Malartic, février 1991.

BEAU, J.M. La maladie d'Alzheimer. Enseignement médical continu, Val d'Or, février 1991.

BEAU, J.M.  La maladie d'Alzheimer.  Formation pour les soignants et les bénévoles.  Val d'Or, mars 1991.

FEB  3 '94 11:55                         819 757 4330   PAGE.010

306

CONFIDENTIAL
AZ/SER 0051355

B305

TRIAL 50771/0012
CENERI 62
PATENT
CATEGORY C01

## AUTRES ACTIVITÉS SCIENTIFIQUES

1984-1987: Membre d'un groupe de recherche du C.H. Malartic, participant à deux recherches, l'une sur la réinsertion sociale des schizophrènes chroniques et l'autre sur la santé mentale des Malarticois. Recherches sous la direction du docteur J.C. CROMBEZ.

1989-1990: Deuxième phase de la recherche sur la santé mentale de la population de Malartic.

1987-1988: Membre du comité organisateur et du comité scientifique du troisième congrès international psychiatrique et social de langue française, Val d'Or septembre 1988.

1988: Membre du comité de lecture pour l'édition des actes du troisième congrès international psychiatrique et social de langue française. Revue transitions N° 27-28.

Automne 1989: Membre du comité organisateur des premières rencontres des psychiatres du Nord, Rouyn-Noranda, novembre 1989.

Automne 1991: Membre du comité organisateur des troisièmes rencontres des psychiatres du Nord, Val d'Or, novembre 1991.

FEB  3 '94 11:56                        819 757 4338  PAGE.011

CONFIDENTIAL
AZ/SER 0051356

B306

FROM : Dr Peter Silverstone          PHONE NO. : 403 449 4738

TRIAL 50771L0012
CENTRE 63
PATIENT
CATEGORY C01

## Curriculum Vitae

| | | | |
|---|---|---|---|
| **Name** | Peter H. Silverstone | | |
| **Address** | **Home:** |  | **Work:** Department of Psychiatry 1E7.11 Mackenzie Centre University of Alberta Edmonton, Alberta T6G 2B7 Tel: (403)-492-6576 Fax: (403)-492-0316 |

**Date & Place of Birth**      [redacted] 1959, London, United Kingdom.

**Country of Citizenship**     United Kingdom.

**Status in Canada**     Landed Immigrant since June 1993.

### Education

**Schools**          1965-1967     Canonbury Junior School, London, U.K.

                     1967-1977     City of London School, London, U.K.

**Medical School**   1977-1982     Saint Bartholomews Hospital, London, U.K.

**Degrees**          MB, BS.              1982
                     M.D. Thesis (London)  1989

**Postgraduate Examinations**   Membership of the Royal College of Psychiatrists (U.K.)
                     1988

### Prizes and Awards

**Oxford Regional Health Authority**   Training Fellowship in Psychopharmacology
                     Oxford University, 1989-1992

**British Association for Psychopharmacology**   1992 SmithKline Beecham Prize for Young Psychopharmacologists

### Appointments

**From 1st Nov. 1992**   Associate Professor of Psychiatry, & Director, Psychopharmacology Research Unit, University of Alberta, Edmonton, Alberta, Canada.

College of Physicians and Surgeons of Alberta Registration Number: S00462

**1st April 1989 to 31st July 1992**   Oxford Regional Health Authority Training Fellowship in Psychopharmacology, MRC Clinical Pharmacology Unit, Oxford University, UK, & Honorary Senior Registrar in Psychiatry, Oxford Regional Health Authority, U.K.

CONFIDENTIAL
AZ/SER 0051357

B307

P.04

TRIAL 5077US/0012
CENTRE 63
PATIENT
CATEGORY CO1

| | |
|---|---|
| 1st April 1986 to 31st March 1989 | Registrar and Senior Registrar Training Rotation in Psychiatry Maudsley Hospital, London, U.K. |
| 1st April 1985 to 31st March 1986 | Registrar in General Adult Internal Medicine and Cardiology East Surrey Hospital, Redhill, U.K. |
| 1st August 1984 to 31st March 1985 | Senior House Officer in Neurosurgery South East Thames Regional Neurosurgical Unit, London, U.K. |
| 1st August 1983 to 31st July 1984 | Senior House Officer in Adult Internal Medicine Gravesend and North Kent Hospital, Kent, U.K. |
| 1st February 1983 to 31st July 1983 | House Surgeon in Adult General and Orthopaedic Surgery Hackney Hospital, London, U.K. |
| 1st August 1982 to 31st January 1983 | House Officer Adult Internal Medicine Whipps Cross Hospital, London, U.K. |

## RESEARCH
### General Psychiatry
**1). Depression in the Medically Ill**
For my doctoral thesis I tested the hypothesis that the acute psychological response of patient's following severe life-threatening illness helped determine their survival. I assessed mood, cognitive status, degree of pain, and severity of illness in 211 consecutive medical admissions. These patients were assessed within 24 hours of admission and then repeatedly on alternate days until discharge. The major finding of this study was that patients who responded to their illness with depressive symptoms did far worse in terms of both mortality and morbidity than the non-depressed patients, even though the severity of their medical condition was no worse. I have recently completed a study using a semi-structured interview of over 300 patients admitted acutely with medical illness to determine the incidence of psychiatric illness in this group using DSM-III-R and ICD-10 diagnoses.

**2). Rating Scales for Psychiatric Illness**
During the above study I became interested in the measurement of psychiatric illness in the medically ill. This led me to involvement with the WHO field validation study of the Schedule for Assessment in Neuropsychiatry (SCAN). I have also used SCAN to validate a rating scale I have designed for use in the medically ill which avoids the bias inherent when measuring somatic symptoms in physically ill patients to determine depression. I will shortly be publishing this scale which will hopefully allow for its more widespread use.

**3). Low Self-Esteem.**
I have studied the role of low self-esteem in patients with eating disorders, and have compared this to other psychiatric patients. I have recently published a hypothesis regarding the relationship between chronic low self-esteem and the development of eating disorders. I remain interested in the role of low self-esteem in the aetiology of eating disorders and other conditions, particularly the role of low self-esteem in the genesis of drug abuse.

### Biological Psychiatry
**4). Preclinical**
At Oxford University I studied the possible role of calcium channels in mood disorders and morphine withdrawal. In this work I utilised several techniques including behavioural models in animals, membrane binding, autoradiography, and in vivo microdialysis. The results from these

309

CONFIDENTIAL
AZ/SER 0051358

B308

TRIAL 4/071L20012
CENTRE   63
PATIENT
CATEGORY COI

studies have demonstrated firstly that treatments which are effective in both mania and depression do not alter calcium channel binding, but the relevance of this to channel function remains uncertain. In addition I have shown that whilst calcium channel antagonists attenuate the symtoms seen during morphine withdrawal in animals, they do not act by decreasing the release of neurotransmitters in vivo. Recently I have published a comprehensive review of the relationship between calcium channels and psychiatric disorders.

5). Clinical

a). Following on from my preclinical work, I have recently studied the effect of the calcium channel antagonist nifedipine in morphine withdrawal. This double-blind study compared the effectiveness of clonidine with that of nifedipine in opiate addicts withdrawn using naltrexone. However, the study had to be abandoned as both of the first two patients who received nifedipine had severe organic confusional states during withdrawal. I wish to futher study the clinical usefullness of calcium channel antagonists in psychiatric illness, particularly their possible role in bipolar disorder.

b). I have also studied the effects of 5-HT$_3$ antagonists in models of psychiatric illness in two double-blind, placebo-controlled, studies in normal volunteers. In the first study I investigated if the 5-HT$_3$ receptor antagonist ondansetron attenuated the effects of 15mg amphetamine. Interestingly, ondansetron attenuated the anorexia and changes in overall subjective state induced by amphetamine, but did not attenuate the effects of amphetamine on psychomotor response or on blood pressure. In the second study I investigated the effect of the 5-HT$_3$ receptor antagonist BRL 46470 on the psychological, physiological, cognitive, and hormonal changes induced by the serotonin agonist m-chlorophenylpiperazine (m-CPP). The results show that the psychological, physiological and hormonal changes induced by m-CPP were not attenuated by BRL 46470.

Current and Future Research

My current and future research plans are based upon my interest in the biological changes that are involved in both the development and treatment of mood disorders, particularly bipolar disorder. I wish to use psychopharmacological approaches to investigate this in both in normal voluntcers and in patients. I am particularly interested in the role that changes in calcium channels and calcium metabolism may play in this. may play in bipolar disorder, and I hope to further hope to explore the possible role of calcium channel antagonists in the treatment of drug abuse and mood disorders. Currently I am involved in two studies utilising the amphetamine challenge test as a model of mania to investigate changes that may underlie bipolar disorder. In the first of these I am studying whether a range of calcium channel antagonists, other than verapamil, attenuate the changes induced by amphetamine, and thus may have clinical utility in the treatment of bipolar disorder. In the second study I am using magnetic resonance imaging, in collaboration with Dr. Peter Allen, to determine the effects of amphetamine on cerebral blood flow. In the future I hope to expand upon these studies, and utilise magnetic resonce imaging to investigate the changes in brain biochemistry induced by lithium and other drugs effective in the treatment of bipolar disorder.

In addition, at the Psychopharmacology Research Unit, we are carrying out a number of Phase II, Phase III, and Phase IV drug studies into anxiety disorders, major depressive disorder, and schizophrenia. This involves psychiatrists throughout Edmonton in a close-knit research group.

CONFIDENTIAL
AZ/SER 0051359

B309

TRIAL 50731/0012
CENTRE 63
PATIENT
CATEGORY C.01

## PUBLICATIONS: Last 5 years. 1989-1993

### Part I: Publications in Refereed Journals (total 31)

Silverstone P. H. & Cowen P. J. (1994) The effect of the 5-HT$_3$ antagonist, BRL 46470 on the psychological and neuroendocrine changes induced by m-chlorophenylpiperizine (mCPP) in human volunteers. Biological Psychiatry. In Press.

Silverstone P. H. (1994) Poor efficacy of the Hospital Anxiety and Depression scale in the diagnosis of major depressive disorder in both medical and psychiatric patients. Journal of Psychosomatic Research. In Press.

Silverstone P. H., Done C. & Sharp T. (1993) In vivo monoamine release during naloxone-precipitated morphine withdrawal. Neuroreports, 8, 1043-1045.

Silverstone P. H. (1993). DSM-III-R diagnoses obtained using both SADS and SCAN are similar. International Journal of Methods in Psychiatric Research, 3, 209-213.

Silverstone P. H., Johnson B. & Cowen P. J. (1992). Does ondansetron attenuate amphetamine-induced behaviour in human volunteers. Psychopharmacology, 107, 140-141.

Silverstone P. H., Attenburrow M. J. & Robson P. (1992) The calcium channel antagonist nifedipine causes confusion when used to treat the symptoms of opiate withdrawal in morphine-dependent patients. International Clinical Psychopharmacology,7, 87-90.

Silverstone P. H., Oldman D., Johnson B. & Cowen P. J. (1992). Ondansetron, a 5-HT$_3$ receptor antagonist, partially attenuates the effects of amphetamine: A pilot study in healthy volunteers. International Clinical Psychopharmacology, 7, 37-43.

Silverstone P. H. & Grahame-Smith D. G. (1992). A review of the relationship between calcium channels and psychiatric disorders. Journal of Psychopharmacology, 6, 462-482.

Silverstone P. H. & Grahame-Smith D. G. (1992). Chronic morphine administration does not alter binding L-type or N-type calcium channels in rat brain cortex or hippocampus. Neuroscience Research Communications, 11, 81-86.

Done C., Silverstone P. H. & Sharp T. (1992). Effect of naloxone-precipitated morphine-withdrawal on noradrenaline release in rat hippocampus in vivo. European Journal of Pharmacology, 215, 333-336.

Silverstone P. H., Done C. & Sharp T. (1992). Clonidine but not nifedipine prevents the release of noradrenaline during naloxone-precipitated opiate withdrawal in the rat: an in vivo microdialysis study in the rat. Psychopharmacology, 109, 235-238.

Silverstone P. H. (1992). Is low self-esteem the cause of eating disorders? Medical Hypotheses, 39, 311-313.

Silverstone P. H. (1992). Hemisphere dysfunction in psychiatric disorders. British Journal of Psychiatry, 161, 278-279.

Silverstone P.H. (1991). Is anhedonia a good measure of depression? Acta Psychiatrica Scandinavica, 83, 249-250.

311

CONFIDENTIAL
AZ/SER 0051360

B310

PSYCHIATRY UofA

TRIAL 90771.0012
CENTRE  63
PATIENT
CATEGORY  CO1

Silverstone P.H. (1991). Low self-esteem in different psychiatric conditions. British Journal of Clinical Psychology, 30, 185-188.

Silverstone P.H. (1991). Measuring depression in the medically ill. International Journal of Methods in Psychiatric Research, 1, 3-12.

Silverstone P. H. & Grahame-Smith D. G. (1991). Effects of chronic lithium, amitriptyline, and electroconvulsive shock, on calcium channel binding in a rat brain homogenate. Psychopharmacology, 105, 132-133.

Silverstone P.H. & Fahy T. (1991). A case of depression responding to spontaneous epilepsy but not ECT. British Journal of Psychiatry, 159, 446-447.

Silverstone P.H. (1990). Low self-esteem in eating disordered patients in the absence of depression. Psychological Reports, 67, 276-278.

Silverstone P.H. (1990). Depression increases mortality and morbidity in acute life-threatening medical illness. Journal of Psychosomatic Research, 34, 651-657.

Silverstone P.H. (1990). Changes in depression scores following life-threatening illness. Journal of Psychosomatic Research, 34, 659-663.

Silverstone P.H. (1990). Examining examinors. Lancet, i, 730.

Ramana R., Silverstone P. H., Lishman W. A. (1989). The toxic effects of anticonvulsant drugs in the long-term treatment of epilepsy. Journal of Neurology, Neurosurgery and Psychiatry, 52, 1116.

### Part II: Abstracts Published

Silverstone P. H. & Cowen P. J. (1993). The 5-HT$_3$ receptor antagonist, BRL 46470, does not prevent mCPP-induced anxiety and panic in human volunteers. Proceedings of the 16th Meeting of the Canadian College of Psychopharmacology, M9.

Silverstone P. H., Done C. & Sharp T. (1992). Nifedipine attenuates the morphine withdrawal syndrome in rats but not the in vivo release of hippocampal noradrenaline. Journal of Psychopharmacology, 6, 130.

Silverstone P. H. & Cowen P. J. (1992). Ondansetron attenuates the psychological, but not the psychomotor effects of amphetamine. Schizophrenia Research, 6, 119-120.

Silverstone P.H. & Cowen P. J. (1992). Are 5-HT$_3$ receptor antagonists likely to be clinically effective in mania? Pharmacology and Toxicology, 71, Suppl. 1, 119.

Silverstone P. H. & Cowen P. J. (1992). The effect of 5-HT$_3$ antagonists on anxiety in human volunteers. Clinical Neuropharmacology, 15 (Suppl 1), 92B.

Silverstone P. H. & Grahame-Smith D. G. (1991). Chronic lithium does not affect calcium channels. Psychiatric Bulletin, Supplement 4, 22.

Silverstone P. H. & Grahame-Smith D. G. (1991). The effect of chronic lithium, amitriptyline, and electroconvulsive shock, on dihydropyridine binding to rat brain membrane preparations. British Journal of Pharmacology, 102, Supplement, 303P.

CONFIDENTIAL
AZ/SER 0051361

B311

TRIAL 50711.0012
CENTRE 63
PATIENT
CATEGORY COL

Done C., Silverstone P. H. & Sharp T. (1991). Effect of naloxone-precipitated morphine withdrawal on hippocampal noradrenaline release as measured by *in-vivo* microdialysis. British Journal of Pharmacology, 102, Supplement, 384P.

Silverstone P. H., Done C. & Sharp T. (1991). Nifedipine inhibits the naloxone-precipitated morphine-withdrawal syndrome, but not the associated increase in the release of noradrenaline. Psychiatric Bulletin, Supplement 4, 45-46.

Silverstone P. H., Done C. & Sharp T. (1991). Naloxone-precipitated release of noradrenaline, but not serotonin or dopamine, is increased in brain during withdrawal in morphine dependent rats: an *in-vivo* microdialysis study. European Neuropsychopharmacology, 1, 414-415.

Silverstone P.H. (1990). Depression increases mortality in medical illness. Psychiatric Bulletin, Supplement 3, 67.

## Part III - Invited Presentations

Effects of Calcium Channels in Psychiatric Illness. Department of Psychiatry, Calgary University, Calgary, Alberta. November 1993.

Psychiatry and Cardiology. Department of Cardiology, University of Alberta, Edmonton, Alberta, Canada. May 1993.

Current trends in Psychopharmacology. Department of Psychiatry, Alberta Hospital Edmonton, Edmonton, Alberta. April 1993.

Calcium Channel antagonists in Psychiatry. Alberta Psychiatric Association Annual Meeting, Banff, Alberta, Canada. March 1993.

Calcium Channels and Psychiatry. Department of Psychiatry, University of Alberta, Edmonton, Alberta, Canada. January 1993.

Role of 5-HT$_3$ antagonists in anxiety disorders. Department of Clinical Pharmacology, Oxford University, March 1992.

Effects of calcium channels in dependence disorders. Department of Psychiatry, Clark Institute of Psychiatry, Toronto, Canada. February 1991.

## Part IV - Publications Submitted

Silverstone P. H., Hallis K., Franklin M., Rue J. & Cowen P. J. The effect of intravenous infusion of *m*-chlorophenylpiperizine (mCPP) in human volunteers on psychological state, cognitive performance, blood pressure and pulse, neuroendocrine release, and serum MHPG levels. Submitted for publication to International Clinical Psychopharmacology.

Silverstone P. H. Validation of a concise assessment of depression in both psychiatric and medical patients. Submitted for publication to Acta Psychiatrica Scandinavica.

CONFIDENTIAL
AZ/SER 0051362

B312

TRIAL 5077L/0012
CENTRE 044
PATIENT
CATEGORY C51

## CURRICULUM VITAE

**NAME:**   ANDREAS J. PARASHOS

**QUALIFICATIONS:**

| | |
|---|---|
| *July 1958* | : Graduate (M.D.) (8/10) |
| *December 1963*: | Title of Special Psychiatrist and Neurologist (10/10) |
| *June 1971* | : Title of Doctor (Doctorate Thesis) of Aristotelian University Medical School (10/10) |
| *February 1980* | : Title of Assistant Professor of Psychiatry (Ph.Thesis) of Aristotelian University Medical School |
| *April 1984* | : Title of Associate Professor of Clinical Psychiatry of Aristotelian University Medical School |
| *October 1987* | : One year Sabbatical: Foreign Invited Researcher, of the National Institute of Health/NINCDS, Bethesda Md USA (Basic and Experimental Neuropharmacology) |
| *September 1992*: | Vice President of the South-East European Society for Neurology and Psychiatry |
| *May 1993* | : President of the Hellenic Psychiatric Association |

**PRESENT :
APPOINTMENT
AND ADDRESS**

1. Associate Professor of Psychiatry (Vice Chairman)
   B' University Department of Psychiatry
   Psychiatric Hospital
   36 Konstantinoupoleos Ave, Stavroupolis
   56429 Thessaloniki, Greece
   Tel: 003031.655.071, Fax: 003031. 667233
2. Head of: Communical Psychiatric Health Center
   15 Komninon str.
   54624 Thessaloniki, Greece
   Tel: 003031. 270.036, 234.370

**PREVIOUS :
APPOINTMENT
AND EXPERIENCE**

*Career in Army Forces*
July 1958 to November 1977: Officer of the Medical Corps in Hellenic Army Forces
Ranks: From Lieutenant, to Lieutenant Colonel
Services: 1. Clinical Psychiatrist (Military Hospitals)
2. Head of the Office for Medical Research at the General Staff of Greek Army Forces
3. Professor of Psychological Management of Military Personnel at the Postgraduate Military Academy

314

CONFIDENTIAL
AZ/SER 0051363

## INVESTIGATOR AND CENTRE LIST
(Centres that recruited patients)                                **(continued)**

| Centre number | Investigator | Address | Number of patients entered |
|---|---|---|---|
| 013 | Dr P S Meats | Department of Psychiatry<br>King's Mill Hospital<br>Sutton-In-Ashfield<br>Notts NG17 4NL<br>United Kingdom | 1 |
| 014 | Prof G W Fenton | Department of Psychiatry<br>University of Dundee<br>Ninewells Hospital<br>Dundee DD1 9SY<br>United Kingdom | 4 |
| 015 | Prof T Burns | Department of Mental Health Sciences<br>Jenner Wing<br>Cranmer Terrace<br>Tooting<br>London SW17 0RE<br>United Kingdom | 6 |
| 016 | Dr R Erkwoh | Psychiatrische Klinik der RWTH<br>Pauwelsstrasse 30<br>52057 Aachen<br>Germany | 4 |
| 017 | Dr F M Corrigan | Department of Psychiatry<br>Argyll and Bute Hospital<br>Barbuie Road<br>Lochgilphead<br>Argyll<br>United Kingdom | 3 |

7

CONFIDENTIAL
AZ/SER 0050473

52

the SEROQUEL 50 mg (bid) group. The difference between these groups was also statistically significant at Day 28 and marginally statistically significant at Day 35, indicating that patients in the SEROQUEL 450 mg (tid) group had greater improvements.

Differences between the two SEROQUEL 450 mg groups were marginally statistically significant at Day 7 only, with a greater improvement in the SEROQUEL 450 mg (bid) group.

**(c)      Evaluation of assumptions of statistical analysis**

Assumptions of the analysis of covariance using the last observation carried forward were investigated. There were no statistically significant baseline-by-treatment interaction terms at any study day. Treatment-by-country interaction terms were statistically significant at Day 14. Estimates of the regression coefficients for the interaction term at this time indicated a quantitative interaction and, since this is not a primary timepoint, this deviation was not thought to be of concern.

Univariate statistics for residuals from the analysis of covariance model showed statistically significant deviations from normality at Days 7 and 14 and marginally significant deviations at Day 28. Since the analysis of covariance method is robust against non-normality and since these are not primary timepoints, this deviation was also not thought to be of concern. F tests of equality of variance showed no significant differences between any of the treatment groups.

**(d)      Investigation of other predictor variables**

The effects on the results of analysis of SANS summary score of baseline differences among the treatment groups in age and age at first treatment were investigated. As in analysis of BPRS total score, age at first treatment appeared to be a better indicator of mean change from baseline in SANS summary score than age.

The analysis of covariance (including baseline SANS summary score, age at first treatment, country and treatment) using the last observation carried forward showed a pattern of results similar to that in the original last observation carried forward analysis. Differences between the SEROQUEL 450 mg (bid) and SEROQUEL 50 mg (bid) groups were statistically significant in favour of the SEROQUEL 450 mg (bid) group at Days 35 and 42 and marginally statistically significant, also in favour of the SEROQUEL 450 mg (bid) group, at Days 7 and 28. Differences between the SEROQUEL 450 mg (tid) and SEROQUEL 50 mg (bid) groups were statistically significant in favour of the SEROQUEL 450 mg (tid) group at Day 28 and marginally statistically significant, also in favour of the SEROQUEL 450 mg (tid) group, at Days 35 and 42. There were no statistically significant differences between the two SEROQUEL 450 mg groups at any study day.

**(e)      Overall results of analysis of SANS summary score**

All three treatment groups were associated with an improvement in the negative symptoms of an acute exacerbation of schizophrenia as measured using SANS summary score. On analysis of the results, SEROQUEL 450 mg (bid) was associated with a greater improvement than SEROQUEL 50 mg (bid). However SEROQUEL 450 mg (tid) was not statistically significantly different from SEROQUEL 50 mg (bid), nor were there any significant differences between the two SEROQUEL 450 mg groups.

**4.4      Overall evaluation of efficacy**

The primary efficacy variables were BPRS total score and CGI Severity of Illness score. Both SEROQUEL 450 mg groups showed statistically significant reductions in BPRS total score,

CONFIDENTIAL
AZ/SER 0050554

B313

TRIAL 5077E/0012
CENTRE 64
PATIENT
CATEGORY C01

*Academic Career:* October 1974 - Toda,

1. Undergraduate level: Lessons and Clinical Supervision for undergraduate students of Medical School at Aristotelian University

2. Postgraduate level: Lessons, seminars, personal supervision and clinical supervision of MDs, residents in psychiatry

3. Research: Clinical Psychopharmacology, Epidemiology and Diagnostic of Psychiatric Disorders. Up to a hundred papers publicated mainly in Greek Medical Journals and Proceedings of Conferences National, International.

315

CONFIDENTIAL
AZ/SER 0051364

B314

TRIAL 5077L/0012
CENTRE 65
PATIENT
CATEGORY C01

## CURRICULUM VITAE
### Prof. ENRICO SMERALDI

**PERSONAL INFORMATIONS:**
Born the ▓▓▓▓▓▓▓▓▓ 1946 in Verbania (NO)

**CITIZENSHIP:**
Italian

**EDUCATION:**
1969    MD Degree- University of Milan School of Medicine — Thesis: "Amyloidosis in Thymectomized Mouses at birth and treated with antilinfocytes serum".
1974    Board Certified in Psychiatry University of Milan School of Medicine

**PRESENT POSITION:**
1990/93 Full Professor of Psychiatric Clinic at University of Milan — School of Medicine and Director of Neuropsychic Sciences H S. Raffaele Department

**PREVIOUS POSITIONS:**
1974/75 Lecturer of Pathological Biochemistry at the Scholl of Psychiatry University of Milan
1977    Lecturer of Psychiatric Clinic at University of Milan School of Medicine
        Lecturer of Psychiatric Genetic at the School of Psychiatry University of Milan
1979/80 Lecturer of Psychiatric Epidemiology at School of Hygiene
1981    Associate Professor of Clinical Psychiatry University of Milan School of Medicine
1981/86 Lecturer of Neuropsychopharmacology at the School of Pharmacology University of Milan
1985    Extra-Ordinary Professor of Clinical Psychiatry at the University of Milan School of Medicine

FONDAZIONE CENTRO S. ROMANELLO
DEL MONTE TABOR
H.S. RAFFAELE
Vile Olgettina 60 - MILANO
1.12.93
DIPARTIMENTO DI SCIENZE NEUROLOGICHE
Coordinamento Scientifico
Via Prinetti 29 - MILANO
Tel. 26433265

CONFIDENTIAL
AZ/SER 0051365

B315

TRIAL 6077/2012
CENTRE 66
PATIENT
CATEGORY CDI

## PROF. LUIGI RAVIZZA: CURRICULUM VITAE

Prof. Luigi Ravizza was born at Castell' Alfero (Asti) on ███ 1924; in October 1944 he matriculated at the Faculty of Medicine of the University of Turin.

He graduated in the same University with full marks on 2nd November 1950.

In the years 1948-49 and 1949-50, he attended as voluntary student the Institute of Medical Pathology of the University of Turin directed by Prof. Pietro Sisto.

In November 1950 he entered the Specialization School of Nervous System Illnesses of the University of Turin and he got his diploma in Neuropathology and Psychiatry with 70/70 and honours.

He became voluntary assistant at the Clinic of Nervous System Illnesses of the University of Turin since 1st November 1950 to 31st October 1957 and on 1st November 1957 he became extraordinary assistant.

In 1960 he qualified for University teaching on Clinic of Nervous and Mental Illnesses. He was athorized to teach at the University of Turin; he was finally confirmed in University teaching on 1st June 1966.

In 1971 we was charged to teach 'Psychoparmacology' to the students of the Faculty of Medicine of the University of Turin and then he was confirmed in his appointment since 1st November 1974 to 31st October 1976.

Since 1st November 1976 he was charged to teach "Psychiatric Clinics B" and confirmed in this teaching since the same date.

Since many years ago he is member of the Italian Society of Psychiatry, of the Italian Society of Neuropsychopharmacology, of the Italian Society of Neurology, of the Italian Society of Superior Nervous Activities, of the Italian Society of Biological Psychiatry and of the Italian Society of Neurosciences.

Since 1977 he is member of the Italian Committee for the Prevention and Treatment of Depression (P.T.D.).

Since 1978 he is ordinary member of the Academy of Medicine of Turin.

He won the competition for the Chair of Psychiatric Clinics in 1980, on 1st November of the same year he was appointed extraordinary professor of Psychiatric Clinics at the Faculty of Medicine of the University of Turin.

Since 19th January 1984 he is ordinary professor of Psychiatric Clinics.

In 1984 he worked for a period of six months, since February to August, in the Laboratory of Preclinic Pharmacology of the St. Elizabeth-NIMH in Washington, directed by Professor E. Costa; he studied the problem of the receptors of antidepressants.

Since 1984 he is the President of the Italian Society of Psychogeriatrics and he organized the first four National Congresses of S.I.P.G.

Since 1986 he organizes every two years the International Meetings of Psychopharmacology and Psychoneurobiology.

Since May 1986 he is Full Professor of 1 Psychiatric Clinics, Director of Specialization School of Psychiatry of the University of Turin.

317

CONFIDENTIAL
AZ/SER 0051366

B316

He is member of the directive council of the Italian Society of Neuropsychopharmacology and of the Italian Society of Neurosciences.

He is author of more than 300 scientific studies on national and international journals. The most interesting topics concern neurophysiology and cytochemistry of CNS receptors, in particular focused on the study of ageing; the relationships among ageing, Alzheimer Disease and peripheral cell receptors; the experimental clinical psychopharmacology, particularly concerning at the moment the study of peripheral BDZ receptors and their molecular biology; the clinical nosography and the biological relationships of affective disorders and of anxiety disorders with particular interest for obsessive-compulsive disorder, panic disorder, generalized anxiety disorder and recurrent major depression; the electrophysiological correlations of mental diseases (Brain Mapping, Evoked Potentials, Bio Lab, etc.); the psychoneuroimmunological problems of psychiatry, particularly of anxiety disorders; the neuroradiological technics for the study of schizophrenia (SPECT).

TRIAL 5077Z/0012
CENTRE 46
PATIENT
CATEGORY C01

Prof. Luigi Ravizza

Torino 14-01-1994

318

CONFIDENTIAL
AZ/SER 0051367

B317

TRIAL 5077/L0617
CENTRE 67
PATIENT
CATEGORY C01

*Servizio Psichiatrico di Diagnosi e Cura*
*Ospedale di Calcinate  - BG -*
*Primario Dott. G.P. Covelli*

*CURRICULUM VITAE*

*CENTRE NUMBER 067*

*NAME: CHIESA EUGENIA*

*QUALIFICATION:*

*1979 - Graduate from the School of Medicine State Univerisity*
*       of Milan (Italy)*

*1979 - Passed Italian national boarding examination*

*1983 - Received Italian board certification in Psychiatry*

*TRAINING AND EXPERIENCES*

*1976-1979 - Pre-doctoral  research  fellow  at  Psychiatric*
*            Clinic, University of Milan*

*1979-1981 - Post-doctoral  research  fellow  at  Psychiatric*
*            Clinic, University of Milan*

*1982-1983 - Psychiatric Assistant at Psychiatric Services of*
*            the U.S.S.L.  29, Bergamo*

*1983-1987 - Psychiatric Assistant at Psychiatric  Services of*
*            the U.S.S.L.  30, Seriate, BG*

*Since September 1987 Vice-Head at the Psychiatric Services of*
*the U.S.S.L. 30, Seriate, BG*

*February, 28, 1994*

U. S. S. L. N° 30
OSPEDALE PASSI - CALCINATE
SERVIZIO PSICHIATRICO
OSPEDALE PASSI - CALCINATE
SERVIZIO PSICHIATRICO
Aiuto Corrieponsabile
Dott.ssa E CHIESA

319

CONFIDENTIAL
AZ/SER 0051368

B318

TRIAL SETTLEMENT
CENTRE  67
PATENT
CATEGORY  COl

*Servizio Psichiatrico di Diagnosi e Cura*
*Ospedale di Calcinate  - BG -*
*Primario Dott. G.P. Covelli*

*CURRICULUM VITAE*

*CENTRE NUMBER 067*

*NAME: COVELLI GIANPIERO*

*QUALIFICATION:*

*1975 - Graduate  from the School of Medicine State Univeristy*
*of Parma (Italy)*

*1975 - Passed Italian national boarding examination*

*1980 - Received Italian board certification in Psychiatry*

*TRAINING AND EXPERIENCES*

*1975-1981 - Psychiatric  Assistant  at  the  Psychiatric*
*Hospital of Bergamo*

*1981-1985  - Psychiatric  Vice-head  at the Services  of  the*
*U.S.S.L. 30, Seriate, BG*

*Since 1993 Head  at the Services of the U.S.S.L. 30, Seriate,*
*BG*

*February, 28, 1994*

IL RESPONSABILE dell'UOP
Dott. GIANPIERO COVELLI

320

CONFIDENTIAL
AZ/SER 0051369

B319

Brescia 08/04/1994



TERRITORIO **U.S.S.L. 41**
**SPEDALI CIVILI BRESCIA**
ENTE OSPEDALIERO GENERALE REGIONALE
SERVIZIO PSICHIATRICO DI DIAGNOSI E CURA
CLINICA PSICHIATRICA - UNIVERSITÀ DI BRESCIA
Diretore: PROF. AUGUSTO ERMENTINI

TRIAL 50772.00112
CENTRE 68
PATIENT
CATEGORY C01

Curriculum Vitae     Centre 68

Name: Augusto Ermentini, Born in Genoa (1927)
Qualifications:
Medical Doctor     1953
Psychiatrist 1957
Full Professor in Psychiatry 1980

· Present Appointment and Address

Full Professor in Psychiatry
    Psychiatric Institute
        University of Brescia
            Spedali Civili - Piazza Spedali Civili 1
                Brescia

Previous Appointments/Experience

    – President of A.I.R.A. (Italian Association for Rorschach and other Projective Tests)

    – Vice-President of Italian Association
        for Criminology.

    – Director of Training, Psychiatric Institute, University of Brescia.   A. E. I.

321

CONFIDENTIAL
AZ/SER 0051370

B320

REGIONE VENETO
**UNITÀ LOCALE SOCIO SANITARIA N. 21 - PADOVA**
COMPLESSO CONVENZIONATO OSPEDALE-UNIVERSITÀ
**ISTITUTO DI CLINICA PSICHIATRICA**
3° SERVIZIO PSICHIATRICO

Direttore: Prof. L. Pavan

TRIAL 5077R0012
CENTRE 64
PATIENT
CATEGORY C 0 1

Padova, 13.01.1994
Tel 049/8218851

## CURRICULUM VITAE

<u>NAME</u>     Luigi PAVAN

Born in Cavarzere (VE), ▇▇▇▇1936

<u>QUALIFICATION</u>

MD in Padua
Assistant of Psychiatry from 1969
Senior Lecturer from 1977
Full Professor of Psychiatry, University of Padua from 1980

<u>PRESENT APPOINTMENT AND ADDRESS</u>

Head of Psychiatric Department
University of Padua
Via Giustiniani, 2 - 30528 Padua

<u>PREVIOUS APPOINTMENTS /EXPERIENCE</u>

1963 - Psychiatrist
1987 - President of Italian Association for study and
       prevention of suicide.

322

**CONFIDENTIAL**
**AZ/SER 0051371**

B321

CURRICULUM VITAE FORM

TRIAL 5077JL0012
CENTRE **70**
PATIENT
CATEGORY **C01**

STUDY NUMBER: **5077 IL/0012**

CENTRE NUMBER: **70**

CENTRE ADDRESS: **Ospedale di Borgotrento**
**Ple Stefani 1**
**Verona**

-----------------------------------------------------

FULL NAME:

**Carlo Andrea Roborti**

| QUALIFICATIONS: | YEAR: |
|---|---|
| **M D** | **1963** |
| **Psychiatrist** | **1971** |
| **Neurologist** | **1967** |
| **Medical Law** | **1986** |

PRESENT POSITION:

**Head of Department of Psychiatry**
**Ospedale di Borgotrento - Verona**

PREVIOUS APPOINTMENTS AND EXPERIENCE:

**1963 - 1973   Research Fellow on Pharmacology**
**Institute University of Milan**

SIGNATURE:

DATE: **01/06/1994**

323

CONFIDENTIAL
AZ/SER 0051372

B322

## CURRICULUM VITAE

TRIAL 50726.0812
CENTRE 72
PATIENT
CATEGORY C-01

**CENTRE NUMBER: 72**

**NAME:**

Paolo Pancheri
Born in Milan, ████ 1938

**QUALIFICATION:**

M.D. Rome (1963)
Assistant Psychiatry (1967)
Full Professor of Psychiatry (1980)

**PRESENT APPOINTMENT AND ADDRESS:**

Full Professor of Psychiatry
III Clinica Psichiatrica
Università di Roma - La Sapienza

**PREVIOUS APPOINTMENTS/EXPERIENCE**

None

Rome 22/3/1994


Prof. Paolo Pancheri

324

CONFIDENTIAL
AZ/SER 0051373

53

compared with the SEROQUEL 50 mg (bid) group, in the primary statistical analysis at Day 42. There was no clinically or statistically significant difference between the two SEROQUEL 450 mg treatment regimens at Day 42. CGI Severity of Illness score was significantly reduced in the SEROQUEL 450 mg (bid) group compared with the SEROQUEL 50 mg (bid) group in the primary analysis at Day 42. However, the SEROQUEL 450 mg (tid) group, while not significantly different from the SEROQUEL 450 mg (bid) group, was not statistically significantly superior to the SEROQUEL 50 mg (bid) group.

A similar pattern of results was seen with respect to the secondary efficacy variables in the primary population at Day 42. SEROQUEL 450 mg (bid) produced statistically significant reductions in score, compared with SEROQUEL 50 mg (bid), in BPRS factor scores (Factors III, IV and V), CGI Global Improvement scores, and SANS summary score. However, SEROQUEL 450 mg (tid) was statistically significantly different from SEROQUEL 50 mg (bid) only in BPRS factor scores (Factors IV and V only). There were no statistically significant differences between the two SEROQUEL 450 mg groups in any secondary efficacy variable.

Treatment with SEROQUEL 450 mg (bid) caused a mean reduction in BPRS total score of 10.5 points, and treatment with SEROQUEL 450 mg (tid) caused a mean reduction of 9.2 points. These changes are similar in magnitude to those reported in the literature for established antipsychotic drugs (Peuskens et al 1995), suggesting that the effect was clinically meaningful. In contrast, treatment with SEROQUEL 50 mg (bid) caused a mean reduction of 6.1 points. This is similar to the change in score reported for subtherapeutic doses of other antipsychotics; the difference between the effect of the SEROQUEL 450 mg doses and SEROQUEL 50 mg (bid) (approximately 4 points) also equated to the difference between therapeutic and subtherapeutic doses of risperidone (Peuskens et al 1995).

The inconsistent effect of the SEROQUEL 450 mg (tid) treatment regimen was explored in statistical analyses assessing the influence of differences between the treatment groups at baseline. The age of patients, the age at the time of first treatment for schizophrenia, the number of previous hospitalisations and previous clinical response to antipsychotics were investigated, although in most of these factors there was no difference between the three groups and none of these factors could account for the finding. It is possible that other factors were responsible but these could not be identified. The results suggest that SEROQUEL 450 mg (bid) is the preferable dosing regimen.

The SEROQUEL 50 mg (bid) group was included in the study design as a probable subtherapeutic dose. This was to allow evaluation of whether SEROQUEL 450 mg/day was a therapeutic dose, since the aim of the study was to determine whether administration of a therapeutic dose in twice daily or three times daily dosing regimens was equivalent. However, the SEROQUEL 50 mg (bid) regimen was associated with reductions in BPRS, CGI and SANS scores and the proportion of patients defined as 'responders' did not differ from those in the SEROQUEL 450 mg treatment groups. In the absence of a placebo group it is not possible to determine whether this was a placebo effect or evidence of minimal efficacy.

In summary, SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) showed clear evidence of efficacy in both the positive and negative symptoms of an acute exacerbation of schizophrenia. The size of the effect, as assessed using BPRS total score, was similar to that reported for established antipsychotic drugs. SEROQUEL 450 mg (bid) was consistently superior to SEROQUEL 50 mg (bid). The effect of SEROQUEL 450 mg (tid) was less consistent. SEROQUEL 450 mg (bid) was at least as effective as SEROQUEL 450 mg (tid), supporting the use of this twice daily treatment regimen.

CONFIDENTIAL
AZ/SER 0050555

B323

SERVIZIO SANITARIO - REGIONE SARDEGNA

# UNITA' SANITARIA LOCALE N. 17

## 09013 CARBONIA (Cagliari)

TRIAL 50773L0012
CENTRE 73
PATIENT
CATEGORY C01

N. ............ di Prot.

Risposta a nota N. ............

Allegati n. ............

Carbonia 03/06/1994 19 ............
Telefono 61.401

del ............

A

Div. ............ Ser. ............

OGGETTO:

Curriculum Vitae

Centre Number : 73

Name : Paolo Laddomada Born in Marcano (Le
ON ████ , 1951

Qualification

MD (1976) University of Cagliari

Psichiatrist (1980) University of Cagliari

Present Appointment and Address

Head of Psichiatric ward
Sirai Hospital - Carbonia (CA)

Previous Appointments / Experience

None

Servizio Sanitario · Sardegna
USL 17 - Carbonia
Presidio Ospedaliero Sirai
SERVIZIO PSICHIATRICO

CONFIDENTIAL
AZ/SER 0051374

B324

TRIAL 60772-0012
CENTRE 73
PATIENT
CATEGORY CD1

SERVIZIO SANITARIO - REGIONE SARDEGNA

# UNITA' SANITARIA LOCALE N. 17

09013 CARBONIA (Cagliari)

N. ............... di Prot.

Risposte e note N. ..............

del ..............

Div. ............ Ser. ............

Allegati n. ..............

Carbonia 3·6 19 94

A. ..............

OGGETTO: CURRICULUM VITAE

NAME : ANTONIO LADDOMADA    BORN IN CAGLIARI ON ████ 1955

QUALIFICATION : M D (1983)   UNIVERSITY OF CHIETI

PSICHIATRIST (1989)  UNIVERSITY OF CAGLIARI

PRESENT APPOINTMENT AND ADDRESS ;
             Vice PRIMARY PSICHIATRIC WARD
             SIRAI HOSPITAL - CARBONIA (CA)

PREVIOUS APPOINTMENTS /EXPERIENCE   -  NONE

Servizio Sanitario - Sardegna
**USL 17 - Carbonia**
Presidio Ospedaliero Sirai
SERVIZIO PSICHIATRICO

326

CONFIDENTIAL
AZ/SER 0051375

B325



16 GIU '95 13:43 ZENECA ANTINFECTIVE 02/90755571   ZENECA ANTINFECTIVE   P.3

TRIAL W07(L)0012
CENTRE 74
PATIENT
CATEGORY C 01

*Curriculum V. Tae*

NAME : MARIANO BASSI, BORN IN BOLOGNA (1949)

Qualification

MD (1976) IN BOLOGNA

Psychiatrist (1981) MODENA

PRESENT APPOINTMENT AND ADDRESS

CHIEF OF THE PUBLIC MENTAL HEALTH DEPARTMENT
OF FIDENZA - PARMA

PREVIOUS APPOINTMENTS / EXPERIENCES

1991-92 TRAINING AS FOREIGN VISITING DOCTOR
AT THE Clin. RESEARCH CENTER FOR SCHIZOPH.
AND Psych. Rehabilitation ( Prof. R.P LIEBERMAN
Los Angeles )

15-2-1994



327

CONFIDENTIAL
AZ/SER 0051376

B326

TRIAL 90775-0012
CENTRE 75
PATIENT
CATEGORY COI

## CURRICULUM VITAE

NAME: Giordano INVERNIZZI

QUALIFICATION:
Full Professor of Psychiatry.
University of Milan, Italy.

PRESENT APPOINTMENT AND ADDRESS:
Head of Psychiatric Department, University of Milan.
Policlinico Hospital, Milan.

PREVIOUS APPOINTMENTS/EXPERIENCE
Psychiatrist.
Neurologist.

20 /12/ 93

1

328

CONFIDENTIAL
AZ/SER 0051377

B327

 **ussl 57**

Associazione dei Comuni della media Valle del Lambro
Ospedale Predabissi

TRIAL BOTTLE 0032
CENTRE 76
PATIENT
CATEGORY C01

*CURRICULUM VITAE*           u *25/05/1994*

*CENTRE NUMBER : 76*

NAME : RENATO LONGONI        BORN IN : MILANO

                             ON :  ▮▮▮▮ 1943

QUALIFICATION :
M.D.  MILANO d 26/7/1971

PSYCHIATRIST : PAVIA ISTITUTO DI CLINICA PSICHIATRICA
               d 20/7/1978

PRESENT APPOINTMENT AND ADDRESS :
   HEAD OF PSYCHIATRIC WARD   VIZZOLO PREDABISSI HOSPITAL
                             VIA PANDINA 6
                             VIZZOLO PREDABISSI (MI)

PREVIOUS APPOINTMENTS / EXPERIENCE :

   None

Mod. 248

20077 VIZZOLO PREDABISSI (Mi) - Via Pandina - Tel. 98051 - Cod.Fisc. e P. IVA n. 06052240154

CONFIDENTIAL
AZ/SER 0051378

B328



UNIVERSITÀ DEGLI STUDI DELL'AQUILA
DIPARTIMENTO DI MEDICINA SPERIM
CATTEDRA DI CLINICA PSICHIATRICA
P. O. e S. Maria di Collemaggio - Tel. (0862) 28336 - 78887

67100 L'AQUILA,

**CURRICULUM VITAE**

CENTRE NUMBER 077

MASSIMO CASACCHIA born in Roma, ▮▮▮▮1943.
QUALIFICATION:
M.D.(1968)
Psichiatrist(1971)

PRESENT APPOINTMENT AND ADDRESS:
Professor of Clinical Psychiatry and Chairmain, Departement of
Clinical Psychiatry, Institute of Experimental Medicine,
University of L'Aquila, Ospedale S. Maria di Collemaggio - 67100
L'Aquila - Italy.

PREVIOUS APPOINTMENT AND ADDRESS:
-Author of more than hundred scientific papers.
-Member of the Editorial Board of:
 "Hopital"
 "New trends in Experimental and Clinical Psychiatry"
 "Alzheimer Longevità Geriatrica"
 "Neurologia, Psichiatria, Scienze Umane"
-Director of "L'Ipetro. Quaderni di Studi Antropologici".
-Director of "Rivista di Riabilitazione Psichiatrica e
Psicosociale.

L'Aquila, 18-01-1994.                    Prof. Massimo Casacchia

2

CONFIDENTIAL
AZ/SER 0051379

B329



POLICLINICO DELL'UNIVERSITÀ DI CATANIA

**ISTITUTO DI CLINICA PSICHIATRICA**

Direttore: Prof. V. RAPISARDA

TRIAL BOTTEL/DOSE
CENTRE 78
PATIENT
CATEGORY C01

*CURRICULUM VITAE*

Centers number 78

NAME    Vincenzo Rapisarda   born in
        Zafferana Etnea (CT) on [redacted] 34.

Qualification  MD  1952
               Psychiatrist  1960
               Full Professor in Psichiatry  1974
Present appointment and address
        Full Professor in Psichiatry
        Istituto di Clinica psichiatrica  Univ.tà di Catania
        viale Andrea Doria, 6  95125 CATANIA

Previous appointment/experience
        Vice President  S.I.P. (Società Italiana Psichiatria)

*Vincenzo Rapisarda*

Catania 28.1.1994

VIALE ANDREA DORIA, 6 - 95125 CATANIA · TEL. (095) 33 61 28 · 32 24 42 · FAX 33 61 28
CENTRALINO TEL. 33 05 33 (INT. 811, 528, 448, 533, 505) · COD. FISCALE [redacted] 02772010678

331

CONFIDENTIAL
AZ/SER 0051380

B330



**UNIVERSITÀ DEGLI STUDI DI NAPOLI FEDERICO II**
II FACOLTÀ DI MEDICINA E CHIRURGIA
DIPARTIMENTO DI SCIENZE DELLE COMUNICAZIONI UMANE

TRIAL 80773/0012
CENTRE 79
PATIENT
CATEGORY C-01

NB ples _19/1/1994_

SEZIONE DI PSICHIATRIA

Via Sergio Pansini, 5 - 80131 NAPOLI
Tel. (081) 7463652 - 7463796

### Curriculum vitae

**Prof. Franco Rinaldi**
born ████ 1925, Vignola , Italy

**Qualification:**

MD, Modena (1949)
Full Professor of Psychiatry (1968)

**Present Appointment and Address:**

Chief,  Clinica Psichiatrica, Università Federico II, Napoli, Italy

Chief, Dipartimento Scienze delle Comunicazioni,Università Federico II, Napoli,Italy

Chief, Scuola di Specializzazione in Psichiatria,Università Federico II, Napoli,Italy

Member of Commitee on Ethic of World Psychiatric Association

**Previous Appointments/Experience:**

President of Council of Medical School Course, Università Federico II, Napoli,Italy

President of Italian Society of Psychiatry (1981-82)

Full Professor of Psychiatry, Università di Bari(1968-74)

Clinical Professor of Psychiatry, University of Illinois Medical School, Chicago(1959-61)

Fulbright research Fellow, Illinois Research Hospital (1953-58)

F. Rinaldi

332

CONFIDENTIAL
AZ/SER 0051381

B331

TRIAL 50711L0012
CENTRE 80
PATIENT
CATEGORY C01

## CURRICULUM VITAE

**NAME:**

António José Pacheco Palha

**QUALIFICATIONS:**

- Graduated in Medicine by the Faculty of Medicine of Oporto University in 1963;
- Specialist in Psychiatry by the College of Psychiatry (General Medical Council) in 1971;
- Clinic Neurophisiologist by the Medical Society in1973;
- Ph.D. in Psychiatry by the Faculty of Medicine of Oporto University in 1985.
- Professor of Psychiatry at the Faculty of Medicine of Oporto University

**PRESENT APPOINTMENT AND ADRESS:**

Director of the Psychiatric and Mental Health Department of
Hospital S. João
Av. Prof. Hernâni Monteiro
4200 PORTO

**PREVIOUS APPOINTMENT / EXPERIENCE:**

- He was a trialist involved in studies with Respiridone

**SIGNATURE:** _____        **DATA:** _18th January/1998_

333

CONFIDENTIAL
AZ/SER 0051382

B332

TRIAL BATTLE 2001
CENTRE 81
PATIENT
CATEGORY C01

CURRICULUM VITAE

FULL NAME : Manuel Joaquim Pinhão Paes de Sousa

TITTLE : M. D. Psychiatrist

ADDRESS:



OFFICE – Directory of Mental Health Services
Travessa do Abarracamento de Peniche, nº15
1200 LISBON
T. 3472355

PRESENT POSITIONS :
- Director of Mental Health Services of Portugal
- Psychiatrist Chief of the Department of Psychiatry of Hospital de S$^{ta.}$ Maria
- Professor of Psychopharmacology at the Faculty of Psychology

RELEVANT EXPERIENCE :
- Psychopathology and quantitative Psychopathology
- Clinical Psychopharmacology and Methodology of Clinical Research
- Geropsychiatry, Clinical and Research

SOCIETY MEMBER SHIPS :
- Scientific Councellor of the Portuguese Society of Psychiatry and Mental Health
- Member of the Portuguese Society of Psychology

334

CONFIDENTIAL
AZ/SER 0051383

54

# 5   SAFETY RESULTS

## 5.1   Extent of exposure

*Summary tables:*            *number of days on treatment; T12.1 to T12.2.2*

*Individual patient listings:*   *summary of exposure to randomised treatment; G6.1
total daily dose by study day; G6.2*

Table 13 summarises the exposure to randomised study treatment during Segment B.

### TABLE 13   Exposure to randomised treatment

|  | SEROQUEL 450 mg (bid) | SEROQUEL 450 mg (tid) | SEROQUEL 50 mg (bid) |
|---|---|---|---|
| Total number of patients | 200 | 209 | 209 |
| Mean duration of treatment (days) | 30 | 30 | 28 |
| Cumulative days on randomised treatment (n) |  |  |  |
| 1 - 7 days | 200 | 209 | 209 |
| 8 - 14 days | 186 | 182 | 182 |
| 15 - 21 days | 152 | 150 | 146 |
| 22 - 28 days | 128 | 134 | 119 |
| 29 - 35 days | 110 | 123 | 106 |
| 36 - 42 days | 103 | 117 | 95 |
| over 42 days | 20 | 16 | 14 |

The mean duration of treatment was slightly higher in the two SEROQUEL 450 mg groups than in the SEROQUEL 50 mg (bid) group.  Approximately 72% of all randomised patients received treatment for at least 3 weeks.

## 5.2   Selected concomitant medication usage

*Summary tables:*            *benzodiazepine use; T13.1
medications for extrapyramidal symptoms or akathisia; T13.2*

*Individual patient listings:*   *selected concomitant medications; G7*

The use of benzodiazepines during the study is summarised in Table 14.

90

CONFIDENTIAL
AZ/SER 0050556

B333



- Member of the CINP
- Secretary General of the Psychiatric Association
  of Portuguese Language
- Secretary General of the Section "Psychiatry in Current
  Medical Practice" of the WPA
- Member of the International Board Counselors of the
  AMDP
- Member of the International Psychogeriatric Association
- Member of the European Association of Psychiatry
- President-Elect of the Portuguese Association of
  Biological Psychiatry

PUBLICATIONS :  90 papers published in national and international journals.

DATE :     5/4/99

SIGNATURE :     Manuel Tues Touca

CONFIDENTIAL
AZ/SER 0051384

B334

TRIAL 6077ILO012
CENTRE 52
PATIENT
CATEGORY C-01

## CURRICULUM VITAE

| | |
|---|---|
| **Name:** | **LUÍS MANUEL CARDOSO FERREIRA** |
| **Date of birth:** | 1945 |
| **Place of birth:** | **PORTO** |
| **Nationality:** | **PORTUGUESE** |

**Education (university, faculty, degree, doctorate and further graduations)**

Lisbon University Medical School
October 1970 : **Medical Bachelor**
December 1976: **Degree in Psychiatry**
June 1989: **Consultant in Psychiatry**

**Previous employment**

**Hospitais Civis de Lisboa** - (LISBON) January 1971 to November 1972 - M.B.

**Horton Hospital** - (EPSOM, U.K.) January 1973 (Clinical assessment).

**Farnborough General Hospital** (U.K.) - Senior House Officer in Psychiatry - March to September 1973.

**Horton Hospital** (U.K.) - Registrar in Psychiatry - November 1973 to April 1976; Senior Registrar - April 1976 to July 1976.

**Centro Dr. Leonardo Coimbra** (OPORTO) - Child Psychiatry - January to July 1977.

**Centro de Estudos da Profilaxia da Droga** (Drug Addiction Unit) - (OPORTO) - September 1977 to April 1980.

336

CONFIDENTIAL
AZ/SER 0051385

B335

TRIAL 6077D/0012
CENTRE
PATIENT 82
CATEGORY 001

**Centro de Selecção do Porto** – Army Medical
Sellection Center – (OPORTO) – December 1980
to January 1983.

**Present position**      **Hospital de Magalhães Lemos** (Psychiatric
Hospital) – (OPORTO) – from January 1983.

**Casa de Saúde de S. João de Deus** –
(Psychiatric Hospital for adult males) –
(BARCELOS) – from January 1977.

**Special fiels**      **PSYCHOPHARMACOLOGY**
**of study and**
**interest.**      **ADDICTIONS**

**Membership of**
**scientific**
**societies.**      **Portuguese Association of Biological**
**Psychiatry (Founder)**

**Publications**      1 – Ferreira, L., Oliveira, M.J., & Hind-
**(some)**      march,I. (1985) – Benzodiazepine misuse in
poly-drug users. **The Royal Society of Medicine**
**International** Congress and Symposium Series,
nº 74.

2 – Palha, A.P., Ferreira, L,  C., Ramalhão,
C, & Fernandes, R. (1985) – A double blind
trial comparing Mianserin and Maprotiline in
depressed inpatients. Clinical Therapeutics,
7, 584 –592.

3 – Castelão, J. F., Ferreira, L.; Gelders
Y.G. & Heylen, S.L.E. (1989) – The efficacy of
the D2 and 5–HT2 antagonist Risperidone (R
64766) in the treatment of chronic psychosis.
**Schizophrenia Research**, 2, 411 – 415.

337

CONFIDENTIAL
AZ/SER 0051386

B336

TRIAL 5077Z/0012
CENTRE 82
PATIENT 82
CATEGORY 001

4 - Ferreira, L., Barrias, J.C., Cunha
Monteiro, A.L. & Moreira, C. (1991) -
Loprazolam versus Triazolam versus Placebo.
Ensaio Clínico em dupla ocultação. **Psiquiatria
Clínica**,12, 77 - 81.

5 - Palha, A.P., Ferreira, L. & Veríssimo, R.
(1991) - A double blind clinical trial compa-
ring Sultopride  and Propericiazine in
patients with pathological agressiviness.
**Acta Psiquiátrica Portuguesa**, 37, 76 - 80.

6 - Ferreira, L. & Soares da Silva,P. (1991) -
5-Hydroxytryptamine and Alchoolism. **Human
Psychopharmacology**, 6, 521 -24.

Oporto,     January 1994

(Signature)

338

CONFIDENTIAL
AZ/SER 0051387

B337

```
┌─────────────────────┐
│ TRIAL 50771/0012    │
│ CENTRE    83        │
│ PATIENT             │
│ CATEGORY COI        │
└─────────────────────┘
```

CURRICULUM VITAE FORM

STUDY NUMBER: _____50771/0012_____

CENTRE NUMBER: _____83_____

CENTRE ADDRESS: _Abarbanel Psychiatric Center_

_Bat-Yam_

_ISRAEL_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FULL NAME:

_Dr. Pinkhas Sirota, M.D._

QUALIFICATIONS:                    YEAR:

_____See attached_____    _____

_____printed C.V._____    _____

_____    _____

PRESENT POSITION:

_Director   ward 6A_

_'Abarbanel' Psychiatric Centre_

PREVIOUS APPOINTMENTS AND EXPERIENCE:

_____

_____See attached printed C.V._____

_____

_____

_____

SIGNATURE:                    DATE:

_Dr. Pinkhas Sirota_         _22.8.94_

339

CONFIDENTIAL
AZ/SER 0051388

B338

TRIAL SOTTH /0012
CENTRE: 83
PATIENT
CATEGORY C 01

## SECTION 4

### CURRICULUM VITAE OF ISRAELI PRINCIPAL INVESTIGATOR
(Please use this form only).

SURNAME: SIROTA

FIRST NAME: PINHOAS

BIRTHDATE: ____48

CURRENT INSTITUTE: Abarbanel Mental Health Center, Bat Yam

### ACADEMIC BACKGROUND

| From-Till | Institution | Area of specialization | Degree |
|-----------|-------------|------------------------|--------|
| 1969-1972 | University Of Bologna, Italy | Medical Student | — |
| 1972-1976 | " of Tel Aviv, Israel | " " | M.D. |
| 1977-1978 | " " " " | Postgraduate in Psychiatry | Diploma+Honors |
| 1978-1981 | " " " " | " in Psychotherapy | " |
| 1981 | " " " " | Postgraduate in Psychiatry | M.A. Psychiatry |
| 1981-1989 | " " " " | Instructor in Psychiatry | |
| 1989-1994 | " " " " | Lecturer in Psychiatry | |

Major research interest:  Psychoimmunology, Neuroendocrinology, Psychopharmacology

### PREVIOUS EMPLOYMENT (Start with present position).

| From-Till | Institution | Research area | Title |
|-----------|-------------|---------------|-------|
| 1986-1994 | Department 61 Abarbanel Mental Health Center | Psychoimmunology Psychopharmacology | Director |
| 1981-1986 | Geha Psy. Hospital | " | Deputy, Dep.f |
| 1976-1981 | " " " | Clinical Psy. | Resident |
| 1976 | Golda Medical Center | — | Intern |
| | | | |
| | | | |

P. Pinhhage Sota

CONFIDENTIAL
AZ/SER 0051389

B339

TRIAL 9077L0012
CENTRE 084
PATIENT
CATEGORY C.01

Cetre 084

## CURRICULUM VITAE

**NAME:**  Dr. Alfonso Chinchilla Moreno

**QUALIFICATIONS**

PhD in Medicine and Surgery
Specialist in Neurology
Specialist in Psychiatry
MD in Medicine and Surgery
Head of Section, Department of Psychiatry
Hospital Ramón y Cajal.  Madrid
Proffesor of Psychiatry.
University of Alcalá de Henarares.

**PRESENT APPOINTMENT AND ADDRES:**

Head of Section, Department of Psychiatry
Hospital Ramón y Cajal.  Madrid

**PREVIOUS APPOINTMENT/ EXPERIENCE:**

Clinical Assistant.  University of Salamanca
Clinical Assistant.  Hospital Ramón y Cajal. Madrid

Investigator's signature....................

341

CONFIDENTIAL
AZ/SER 0051390

B340

## CURRICULUM VITAE

TRIAL 6077D/0012
CENTRE B4
PATIENT
CATEGORY C01

NOMBRE :   ALFONSO  CHINCHILLA  MORENO

QUALIFICACIONES:  Prof. Psiquiatría  H. Alcalá Henares
Jefe Seccion Psiquiatría (Ramón y Cajal)
Doctor en Medicina y Cirugía
Especialista en Psiquiatría
" en Neurología

PUESTO ACTUAL
Y DIRECCION:

PUESTOS ANTERIORES/EXPERIENCIA:

Medico Adjunto  Univ. Salamanca
Ramón y Cajal
Especialista en Neuropsiquiatría
Especialista en Neurología

Firma del investigador ......

342

CONFIDENTIAL
AZ/SER 0051391

B341

## CURRICULUM VITAE

TRIAL 50773-0012
CENTRE 85
PATENT
CATEGORY C01

**NAME:**     Dr. Tomás Palomo

**QUALIFICATIONS:**

Phd in Medicine
MD in Medicine
Specialist in Psychiatry
Diploma in Social Psichology

**PRESENT APPOINTMENT
AND ADDRES:**

Professor of Psychiatry.  University of Madrid
Director Official School of Psychiatry
Head of the Psychiatry Department.   Hospital 12 de
Octubre.  Madrid.

**PREVIOUS APPOINTMENT/
EXPERIENCE:**

Lecturer in Mental Health, Aberdeen University (1980-1984)
Lecturer in Psychiatry, Newcastle University, UK (1979-1980)
Associated professor University of Valladolid (1971-1975 and 1979)
Psychopharmacologist Dept. Pharmacol. University of Edimburgh (1976-1978).

Investigator's signature...................

343

CONFIDENTIAL
AZ/SER 0051392

B342

CURRICULUM VITAE (ABREVIADO)

TRIAL 0077B/0012
CENTRE 85
PATIENT
CATEGORY C.01

**NOMBRE:** Tomas Palomo

**CUALIFICACIONES:** Licenciado en Medicina
Doctor en Medicina
Especialista en Psiquiatría
Diplomado e Psicología Social

**PUESTO ACTUAL:** Profesor Titular de Psiquiatría
Un. Complutense Madrid
Director de Escuela Oficial de Psiquiatría
Jefe Servicio de Psiquiatría Hospital Ramón

**PUESTOS ANTERIORES/**
**EXPERIENCIA:** Lecturer in Mental Health, Aberdeen Univ.
(1980-1984) U.K.
Lecturer in Psychiatry, Newcastle University U.K.
1977-1980
Profesor Adjunto Univ. Valladolid 1971-75 y 78-7
Psychopharmacolgnt. Dept. Pharmacol. Edinburgh Univ.
1986-1978

Firma del Investigador:....................

CONFIDENTIAL
AZ/SER 0051393

55

**TABLE 14  Benzodiazepine use**

|  | SEROQUEL 450 mg (bid) (n = 200) | | SEROQUEL 450 mg (tid) (n = 209) | | SEROQUEL 50 mg (bid) (n = 209) | |
|---|---|---|---|---|---|---|
| Number of patients receiving benzodiazepines (%) | 112 | (56) | 119 | (57) | 124 | (59) |
| Study day medication first received |  |  |  |  |  |  |
| Mean | 4 | | 5 | | 6 | |
| Median | 1 | | 2 | | 1 | |
| Number of days received |  |  |  |  |  |  |
| Mean | 15 | | 14 | | 15 | |
| Median | 9 | | 8 | | 13 | |

Benzodiazepines were received at least once by a similar proportion (slightly more than half) of all patients in each of the three treatment groups.  The use of benzodiazepines generally began during the first few days of the study and the mean day of first use and duration of use were similar among the three treatment groups.

Medications used for the treatment of EPS during the study included amantadine, benztropine, biperiden, procyclidine, promethazine and trihexyphenidyl (benzhexol).  These drugs were prescribed infrequently during randomised study treatment and were received by a similar proportion of patients in each group.  The proportion of patients who received these medications in the SEROQUEL 450 mg (bid) group was slightly higher than in the other two groups.  The use of this medication is outlined in Table 15.

**TABLE 15  Use of medications for EPS**

|  | SEROQUEL 450 mg (bid) (n = 200) | | SEROQUEL 450 mg (tid) (n = 209) | | SEROQUEL 50 mg (bid) (n = 209) | |
|---|---|---|---|---|---|---|
| Number of patients receiving medication for EPS (%) | 18 | (9) | 12 | (6) | 14 | (7) |
| Study day medication first received |  |  |  |  |  |  |
| Mean | 10 | | 6 | | 7 | |
| Median | 6 | | 1 | | 4 | |
| Number of days received |  |  |  |  |  |  |
| Mean | 14 | | 10 | | 14 | |
| Median | 9 | | 6 | | 8 | |

91

CONFIDENTIAL
AZ/SER 0050557

B343

## CURRICULUM VITAE

NAME:                     Dr. Salvador Cervera Engix

---

**QUALIFICATIONS**

PhD in Medicine and Surgery
Specialist in Neurology
Specialist in Psychiatry
MD in Medicine and Surgery

---

**PRESENT APPOINTMENT
AND ADDRES:**

Chair of Psychiatry.  University of Navarra
Director Dept. of Psychiatry and Psycological Medicine.
Clínica Universitaria, Navarra
Director Professional School of Psychiatry. University of
Navarra.

---

**PREVIOUS APPOINTMENT/
EXPERIENCE:**

Chair of Psychiatry.  University of Santiago de Compostela
1979.
Associate professor of Psychiatry.     University of
Extremadura. 1977-1979.
Associate professor of Psychiatry and Psychological
Medicine. University of Navarra 1976-1977.
Specialist in Neuropsychiatry.    Out patient services.
Instituto Nacional de Previsión. Navarra. 1970-1979
Psychiatrist provincial unit for evauation of handicaps.
Social Security. Pamplona 1972-1974.
Resident in Psychiatry.  Hospital San Francisco Javier.
Pamplona 1960-61.

---

Investigator's signature...................

345

CONFIDENTIAL
AZ/SER 0051394

B344

**CURRICULUM VITAE**

TRIAL 5077/LU012
CENTRE 86
PATIENT
CATEGORY C01

**NOMBRE:**   Salvador Cervera Enguix

---

**CUALIFICACIONES:**

- Licenciado en Medicina y Cirugía. Universidad de Madrid. 1960.

- Médico Especialista en Neurología. 1963.

- Medico Especialista en Psiquiatría. 1963.

- Doctor en Medicina y Cirugía. Universidad de Navarra. 1971.

---

**PUESTO ACTUAL:**

- Catedrático de Psiquiatría de la Facultad de Medicina  de  la  Universidad de Navarra.

- Director del Departamento de Psiquiatría y Psicología Médica.  Clínica Universitaria. Universidad de Navarra.

- Director de la Escuela Profesional de Psiquiatría.  Universidad  de Navarra.

---

**PUESTOS ANTERIORES/EXPERIENCIA:**

- Catedrático de Psiquiatría. Universidad de Santiago de  Compostela. Facultad de Medicina. 1979.

- Profesor Agregado de Psiquiatría. Universidad de  Extremadura.  Facultad de Medicina. 1977-79.

- Profesor Agregado de Psiquiatría y Psicología Médica.  Facultad  de Medicina. Universidad de Navarra. 1976-77.

- Profesor Adjunto de Psiquiatría y  Psicología  Médica.  Universidad de Navarra. Facultad de Medicina. 1969-76.

- Medico Especialista en Neuropsiquiatría de los Servicios  Ambulatorios  de  la Seguridad Social. Instituto Nacional de Previsión. Delegación de Navarra. Ministerio de Trabajo. 1970-79.

- Médico  Psiquiatra  de la Unidad Provincial de Valoración de Minusválidos de Navarra. Ministerio de Trabajo. Seguridad  Social.  Pamplona. 1972-74.

- Médico interno del Hospital Psiquiátrico S. Francisco  Javier  (Director Dr. F. Soto Yarritu) Pamplona. 1960-61.

Firma del investigador: ...................

CONFIDENTIAL
AZ/SER 0051395

B345

TRIAL 5077/0018
CENTRE 87
PATIENT
CATEGORY (0)

## CURRICULUM VITAE

**NOMBRE:** Dr. D. Miguel Gutierrez

**CUALIFICACIONES:** ESPECIALISTA EN PSIQUIATRIA (1977)
" " NEUROLOGIA (1977)

MASTER EN PSICOTERAPIA DE GRUPO (1984)

**PUESTO ACTUAL:** JEFE DE SERVICIO DTO PSIQUIATRIA
HOSPITAL SANTIAGO APOSTOL (VITORIA)

**PUESTOS ANTERIORES/ EXPERIENCIA:** JEFE DEL SERVICIO DE PSIQUIATRIA
HOSPITAL NTRA SRA DE LAS NIEVES (VITORIA)

Firma del Investigador

347

CONFIDENTIAL
AZ/SER 0051396

B346

TRIAL SI77II/0012
CENTRE 87
PATIENT
CATEGORY C-01

## CURRICULUM VITAE

**FULL NAME:**     MIGUEL GUTIERREZ FRAILE
**TITLE:**     M.D. Psychiatry Specialist
**ADDRESS OF PLACE OF WORK:**     HOSPITAL SANTIAGO APOSTOL
C/ Olaguibel nº 29
01004 Vitoria (Alava)
España

**PRESENT POSITION:**     Head of the Psichiatry Department at Hospital Santiago Apóstol (from 1983 onwards)
Full Professor of Psychiatry at the Basque country University (from 1989 onwards).

**PREVIOUS POSITION:**     Head of Psychiatry Department at Hospital Sta. Mª de las Nieves (Vitoria) (1980-1983)
Assistant Professor at Basque country University (1987-1989)

| **QUALIFICATIONS:** | **DATE:** | **UNIVERSITY/COLLEGE:** |
|---|---|---|
| M. D. Degree | 1973 | University of Zaragoza |
| Ph.D. | 1978 | University of Bilbao |
| Specialist in Psychiatry | 1977 | |
| Specialist in Neurology | 1977 | |
| Master in Group Psychotherapy | 1984 | University of Deusto |

**SOCIETY MEMBERSHIPS/PUBLICATIONS:**
* 74 original papers (7 of them in international scientific journals).
* 108 congress communications.
* Member of the Association Europeenne de Psychiatrie, Sociedad Española Psicoterapia Analítica, Sociedad Vasconavarra de Neuropsiquiatría, Sociodrogalcohol, Academia de Ciencias Médicas de Bilbao, Sociedad Española de Psiquiatría, Instituto de Psicoterapia de Bilbao, Sociedad Española de Psicoteria y Técnicas de Grupo, Sociedad Española de Psiquiatría Biológica, Sociedad Española P.T.D., Academia de Ciencias Médicas de Vitoria, Asociación Vasca Salud Mental, Sociedad Española de Toxicomanías.

**RELEVANT EXPERIENCE:**
* Investigator in the following clinical trials: Alprazolam (1983), Adinazolam (1985), Dothiepins (1987), Naltrexone (1987), Ritanserina (1988), Risperidona (1988, 1992), B-Carbolinas (1989), Moclobemide (1989), Alpidem (1992), Roxindole (1993), Remoxipride (1993), Paroxetina (1992-).
* 20 years' experience as Professor and Psychiatry specialist.

**SIGNATURE:**     **DATE:**
1-5-95

CONFIDENTIAL
AZ/SER 0051397

B347

TRIAL 9075E-0012
CENTRE  65
PATIENT
CATEGORY  C 01

**CURRICULUM VITAE**

NAME:                    Dr. Juan Alberto Izquierdo de la Torre

**QUALIFICATIONS**

PhD in Medicine and Surgery
MD in Psychiatry
Proffesor of the University
Specialist in Neurology and Psychiatry
Psychiatrist of the INSALUD

**PRESENT APPOINTMENT
AND ADDRES:**

Head of Psychiatryc Service
Hospital Universitario de Salamanca
Proffesor of Psychiatry in the Medical University of Salamanca

**PREVIOUS APPOINTMENT/
EXPERIENCE:**

Head of the Pshychiatrist Department since 1978
Foundation Member of Clinical del Litio, Hospital Universitario de Salamanca.
Foundation Member of Psychosomatic and Psychiatric Medical Section in Hospital Clínico de Salamanca.
Psychiatrist in the Clínica Psiquiátrica Universitaria (1967)
Phd in Clinical Psycology.   Pontifitial University of Salamanca.
Ex-General Manager of the University of Salamanca.

Investigator's signature...................

349

CONFIDENTIAL
AZ/SER 0051398

B348

CURRICULUM VITAE (ABREVIADO)

TRIAL 5077IL0012
CENTRE  55
PATIENT
CATEGORY C01

**NOMBRE:**

Juan Alberto IZQUIERDO DE LA TORRE

**CUALIFICACIONES:**

- Licenciado en Medicina y Cirugía
- Doctor en Psiquiatría
- Profesor Ordinario de Universidad
- Especialista en Neurología y Psiquiatría
- Médico Psiquiatra del INSALUD

**PUESTO ACTUAL:**

- Jefe del Servicio de Psiquiatría del Hospital Universitario de Salamanca
- Profesor Titular de Psiquiatría de la Facultad de Medicina de la Universidad de Salamanca.

**PUESTOS ANTERIORES/ EXPERIENCIA:**

- Jefe de Servicio de Psiquiatría desde Mayo de 1.978
- Responsable de la creación de la Clínica del Litio del Hospital Universitario de Salamanca.
- Responsable de la creación de la Sec. de Medicina Psicosomática y Psiquiatría de Enlace del Hospital Universitario de Salamanca.
- Médico Psiquiatra de la Clínica Psiquiátrica Universitaria (1.X.1.967).
- Licenciado en Psicología Clínica . Univers. Pontificia de Salamanca.
- Ex/Secretario General de la Universidad de Salamanca.

Firma del Investigador...

350

CONFIDENTIAL AZ/SER 0051399

B349

TRIAL 60776 0012
CENTRE 89
PATIENT
CATEGORY CO1

## CURRICULUM VITAE

### ADRIANO SUPARDO VAZ SERRA

Adriano Supardo Vaz Serra concluded his medical course in 1964, in the Faculty of Medicine of the University of Coimbra, with the final classification of 19 (Very Good). Following the conclusion of his compulsory clinical internship, he presented on 28 July 1964 his licentiate's dissertation on the theme "Brain edema - Revision and experimental contribution". The jury gave him the classification of 20, which subsequently brought him the Roussel Prize for the best dissertation of that year.

He became Assistant Teacher of the Chair of Psychiatry of the Faculty of Medicine of the University of Coimbra in August 1964.

He was examined by the Order of Physicians in the speciality of Psychiatry, being approved by unanimity.

When he was preparing for a Doctor's degree in Psychiatry, for which purpose he was granted a scholarship by the Calouste Gulbenkian Foundation, he gathered and collated the data for his dissertation in the Department of Psychiatry of St. Thomas' Hospital, under the supervision of Dr. John Pollitt.

He was examined for his Doctor's degree on 28 and 29 July 1972 in the Great Hall of the University of Coimbra. His thesis was dedicated to the theme "The importance of the personality in the depressive clinical scene". He also presented as a complementary work a paper on "The current value of psychotherapy", and was approved *summa cum laude*.

Two days later, on 31 July 1972, he was proposed as Auxiliary Professor in Charge of the Chair of Psychiatry and Director of the Service of Psychiatry during a meeting of the Council of the Faculty of Medicine.

351

CONFIDENTIAL
AZ/SER 0051400

B350

In July 1974 he submitted himself to an examination for the post of Supranumerary Professor of Psychiatry, being unanimously approved. He was invested in office in November of the same year. On 13 August 1977, following a curricular examination by the Scientific Council of the Faculty of Medicine, it was decided to confirm him permanently as Supranumerary Professor, being invested in office on 28 February 1978.

He was appointed Cathedratic Professor of Psychiatry of the Faculty of Medicine of the University of Coimbra on 1 December 1979.

As shown above, he has been in charge of the Chair of Psychiatry of the Faculty of Medicine since the 1972-1973 scholastic year.

He was also in charge of the Chair of Medical Psychology of the Faculty of Medicine between 1980 and 1982.

He collaborated from the beginning in the teaching and organisational activities of the Higher Course of Psychology of the University of Coimbra, which eventually gave birth to the Faculty of Psychology and Educational Sciences.

In this latter Faculty, he was entrusted with the Chairs of Psychophysiology in the 1977-1978 scholastic year, Psychopathology and Psychiatry from 1978-1978 to the present day, and Behaviour Therapy (with its respective Seminar) since 1980- 1981. He also created the necessary conditions for the regular functioning of the internship of Clinical Psychology in the area of Behaviour Therapy, in the Service he directs, i. e. the Psychiatric Clinic of the Hospitals of the University of Coimbra.

Within the various hospital activities, he has presided to a large number of juries of examinations, at the end of the complementary internship of Psychiatry, and has also participated in various grading juries and examinations for candidates to Heads of Service.

2

352

CONFIDENTIAL
AZ/SER 0051401

B351

TRIAL 5077IL/0012
CENTRE 801
PATIENT
CATEGORY 001

In addition to activities in the Faculty and Hospital, he has also performed various duties in the Order of Physicians.

Between 1976 and 1978 he was Vice-President of the Directorship of the Coimbra Regional Section of the Order of Physicians.

He was the first President of the Directorship of the College of Psychiatry of the Order of Physicians for a three-year period, beginning in 1978, being appointed for a second term of office in 1987-1990. He is currently President of the Installing Committee in charge of preparing the new guidelines for the College of Psychiatry of the Order of Physicians.

Within this medical association, he has often taken part in national juries for candidates to a degree in Psychiatry.

He has also been entrusted with other assignments, in addition to these.

He is a member of the Scientific Council of the Faculty of Medicine of the University of Coimbra since 1976. He was President of the Paedagogic Council of the same Faculty in 1978, and member of the Co-ordinating Committed of the latter council in 1980.

He was a member of the Installing Committee of the Higher Course of Psychology of the University of Coimbra and also of the Ad Hoc Consultive Committee for the teaching of Psychology. He was later a member of the Provisional Directing Committee of the Faculty of Psychology and Educational Sciences of the University of Coimbra.

As regards scientific works, he has authored to date a total of 127 articles published in various specialist periodicals, some of which in foreign languages, notably English, French, German and Spanish.

CONFIDENTIAL
AZ/SER 0051402

B352

TRIAL 90777L/0019
CENTRE **89**
PATENT
CATEGORY **C61**

As regards research projects undertaken by him, a special mention must be made of the creation of four scales: the Clinical Inventory of Self-Concept to evaluate the social and emotional aspects of self-concept, the Physical Self-Concept Inventory to evaluate the body as transmitter and receiver of messages, the Problem Resolution Inventory about the mechanisms developed to cope with stress-inducing situations, and the IACLIDE (Clinical Evaluation Inventory of Depression, 1993), to evaluate depressive situations.

He is also a member of the directive bodies of some periodicals.

He is the editor, director and proprietor of the "Psiquiatria Clínica" magazine, which has been published since 1980 through the initiative of the Chair of Psychiatry of the Faculty of Medicine and the Clinical Psychiatry Service of the University Hospitals.

He belongs to the international scientific committees of "Comportement Humain", a Canadian journal; of the Brazilian Association of Psychiatry; and of the French "Journal de Thérapie Cognitive et Comportementale".

He is an associate editor of the "Acta Psiquiátrica Portuguesa", correspondent of the editing committee of the "Psicologia" magazine, a member of the editing council of "Paiquiatria na Prática Médica", and a member of the scientific council of the following journals: "Coimbra Médica", "Revista de Psiquiatria do Departamento de Saúde Mentqal" (Faculty of Medicine of the University of Oporto), and "Geriatria". He is also a consultant for the "Revista Portuguesa de Clínica Geral".

In 1987, when the Hospitals of the University of Coimbra moved to their new premises, he founded the Elysio de Moura Cycle of Conferences, intended to perpetuate the memory of the Professor who created the first Psychiatric Service in the centre of the country, within the University Hospitals, and was also in charge of the Chair of Psychiatry.

In addition to the above, he belongs to various scientific societies.

4

CONFIDENTIAL
AZ/SER 0051403

56

## 5.3 Adverse events

*Summary tables:*  summary by study segment; T14.1.1, T14.1.2
adverse events; T14.2 to T14.8.6

*Individual patient listings:*  adverse events; G8

Table 16 summarises the numbers of patients with adverse events in various categories. For this tabulation, each patient was counted only once, in the category representing the most serious adverse event experienced by that patient (eg, a patient who withdrew because of a serious adverse event was counted only in the category for adverse events leading to withdrawal).

**TABLE 16 Summary of adverse events during randomised treatment**

| Category of adverse event | SEROQUEL 450 mg (bid) (n=200) | | SEROQUEL 450 mg (tid) (n=209) | | SEROQUEL 50 mg (bid) (n=209) | |
|---|---|---|---|---|---|---|
| | Number of patients | Number of adverse events | Number of patients | Number of adverse events | Number of patients | Number of adverse events |
| Adverse events associated with deaths | 0 | 0 | 0 | 0 | 2 | 3 |
| Adverse events leading to withdrawal | 12 | 19 | 6 | 8 | 5 | 6 |
| Serious adverse events not leading to withdrawal | 1 | 1 | 2 | 2 | 3 | 4 |
| Other adverse events | 88 | 235 | 99 | 277 | 82 | 206 |
| Patients with no adverse events | 99 | 0 | 102 | 0 | 117 | 0 |

Approximately half of all patients in each of the two SEROQUEL 450 mg groups experienced an adverse event; the proportion of patients was slightly lower in the SEROQUEL 50 mg (bid) group.

The proportion of patients with adverse events that led to withdrawal was higher in the SEROQUEL 450 mg (bid) group than in either of the other two groups. There were two patient deaths, both in the SEROQUEL 50 mg (bid) group; these are discussed in Section 5.3.2.

### 5.3.1 Adverse events overall

*Summary tables:*  crude incidence rates by COSTART term; T14.2

Adverse events with a crude incidence rate of 5% or greater in any treatment group are listed in Table 17, in decreasing order of frequency of occurrence in the SEROQUEL 450 mg (bid) group.

92

CONFIDENTIAL
AZ/SER 0050558

B353

TRIAL 5077/L/0012
CENTRE 69
PATIENT
CATEGORY 001

He is a honorary member of the Portuguese Society of Psychiatry and the Portuguese Society of Psychology.

He is a honorary member of the Portuguese Association of Biological Psychiatry.

He is a founder member of the Portuguese Association of Behaviour Therapy, of which he was President of the Directorship from 1989 to 1992.

He was President of the 22nd European Congress of Behaviour Therapy, which took place in Coimbra in September 1992.

He was President of the European Association for Behaviour Therapy in 1991-1992.

In addition to many requests to participate in national scientific meetings, he was specifically invited to make a conference in the Hôpital de Cery, in Lausanne, on 27 April 1977, and also in Salamanca on 30 June 1990, during the XVIII Congress of the Spanish Psychiatric Society.

Coimbra, 30th. of July 1993

5

355

CONFIDENTIAL
AZ/SER 0051404

B354

5677 k/0012 /03f

TRIAL 5077SL0012
CENTRE 91
PATIENT
CATEGORY C01

## CURRICULUM VITAE

## GYÖRGY BARTKÓ, M.D.

**ADDRESSES**

    Home:

    Office:       Jahn Ferenc South Pest Hospital
                  Department of Psychiatry
                  Köves u.2-4, 1204. Budapest, Hungary
                  (361) 1574-957

**PERSONAL DATA**

                  Born: ████ 1947, Budapest, Hungary
                  Wife: ████████████████

**CITIZENSHIP**

                  Hungarian

**EDUCATION**

                  1973 Doctor of Medicine
                  School of Medicine, Semmelweis University
                  Budapest, Hungary

**BOARD
CERTIFICATION**

                  1980 Psychiatry
                  Postgraduate School of Medicine, Budapest
                  1977 Neurology
                  Postgraduate School of Medicine, Budapest

**POSTGRADUATE
GRANT**

                  1986 Psychiatric Clinic, Technical
                  University of Munich, Munich, Germany
                  1985 Psychiatric Clinic, University of
                  Leipzig, Leipzig, Germany

356

CONFIDENTIAL
AZ/SER 0051405

B355

2



**EMPLOYMENT**

1992 - present Deputy Medical Director
Department of Psychiatry, Jahn Ferenc
South Pest Hospital, Budapest, Hungary

1990-1992 Research fellow,
Department of Psychiatry, Mt. Sinai School
of Medicine, New York, USA

1979-1990 Clinical psychiatrist
National Institute for Nervous and Mental
Diseases, Budapest, Hungary

1973-1977, Neurologic resident
Department of Neurology, HPA Central Hospital.
Budapest, Hungary

**MEMBERSHIPS**

Hungarian Psychiatric Association
Hungarian Society of Neurology and Psychiatry
European College of Neuropsychopharmacology
Hungarian College of Neuropsychopharmacology

**EDITOR**

Psychiatria Hungarica

357

CONFIDENTIAL
AZ/SER 0051406

B356

TRIAL 6077E.0012
CENTRE 0| |
PATIENT
CATEGORY C0|

## LIST OF PUBLICATIONS

1. Bartkó G,Békésy M: The Brief Psychiatric Rating Scale and the Fischer Symptom Checklist-Neuroleptic. A reliability study. Ideggyógyászati Szemle 1984,37:419-428

2. Bartkó G: Prediction of neuroleptic response in acute schizophrenic disorders. Orvosi Hetilap 1984,43:2621-2627

3. Bartkó G, Békésy M: Prognostic value of the subjective response and the initial effect in neuroleptic treatment. Ideggyógyászati Szemle 1985,38:110-121

4. Bartkó G, Békésy M, Kiss Á, Tolnai G:Experimental approach of the diagnostic process of psychiatrists. Ideggyógyászati Szemle 1985, 37:2277-2280

5. Bartkó G: The problem of drug noncompliance in schizophrenic patients Orvosi Hetilap 1985,37:2277-2280

6. Bartkó G, Békésy M, Széll K, Zsombók T, Mayláth E: Factors influencing comliance in schizophrenic patients. Ideggyógyászati Szemle 1985, 38:568-576

7. Bartkó G: Compliance and health education. Egészségnevelés 1985,26 215-217

8. Bartkó G: Possibilities and methods of improvement of compliance in drug treatment of neuropsychiatric patients. Orvosképzés 1986, 61:196-197

9. Bartkó G, Mayláth E: Predicting outcome of neuroleptic treatment in schizophrenia. Orvosi Hetilap 43:2621-2624

10. Bartkó G, Mayláth E: Interaction of stressful life events and neuroleptic medication in schizophrenic relapse. Ideggyógyászati Szemle 1986,39:542-549

11. Bartkó G, Sztaniszláv D, Békésy M, Kurcz M, Olajos S: Relationship between clinical effect and serum chlorpromazine level in acute schizophrenics. Ideggyógyászati Szemle 1987,40:109:115

12. Bartkó G,Békésy M, Herczeg I: Predicting outcome of neuroleptic treatment on the basis of subjective response and early clinical improvement. Journal of Clinical Psychiatry 1987,48:363-368

13. Bartkó G, Mayláth E, Herczeg I: Comparative study of schizophrenic patients relapsed on and off medication. Psychiatry Research 1987, 22:221-230

14. Bartkó G, Sztaniszláv D, Olajos B, Kurcz M: Serum chlorpromazine and prolactin levels in paranoid schizophrenic patients. The European Journal of Psychiatry 1988,2:109-121

15. Bartkó G, Herczeg I, Zádor Gy: Clinical symptomatology and drug compliance in schizophrenic patients. Acta Psychiatrica Scandinavica 1988,77:74-76

CONFIDENTIAL
AZ/SER 0051407

B357



- 2 -

16. Bartkó G, Zádor Gy, Horváth S, Herczeg I:Neurological soft signs in chronic schizophrenic patients: Clinical correlates. Biological Psychiatry 1988, 24:458-460

17. Bartkó G, Zádor G,Horváth S,Frecska E, Arató M:Positive and negative symptoms in chronic schizophrenic patients.Ideggyógyászati Szemle 1988, 41:353-361

18. Bartkó G,Zádor G, Arató M, Horváth S:Clinical symptomatology, neuroleptic  response and dopamine-beta-hydroxylase activity in familial and sporadic schizophrenia. Psychopharmacology 1988, 96(Suppl):331

19. Zádor G, Bartkó G,Horváth S:Prevalence and significance of neurological soft signs in chronic schizophrenic patients Ideggyógyászati Szemle 1988,41:1546-1569

20. Bartkó G, Horváth S, Zádor G: Classification of schizophrenic disorders on the basis of positive and negative symptoms. Psychiatria Hungarica 1989, 4:39-44

21. Bartkó G,Zádor G, Frecska E, Horváth S, Arató M: Prediction of outcome of neuroleptic treatment by clinical, neurocognitive and biochemical variables. Ideggyógyászati Szemle 1989,42:572-581

22. Bartkó G, Frecska E, Zádor G, Herczeg I: Neurological features, cognitive impairment and neuroleptic response in schizophrenic patients Schizophrenia Research 1989,2:311-313

23. Bartkó G, Zádor G, Horváth S, Varga S, Győri G:Effect of Verpamil in chronic schizophrenia. Ideggyógyászati Szemle 1989,42:516-520

24. Bartkó G,  Herczeg I, Zádor G: Blink rate response to haloperidol as possible predictor of therapeutic outcome. Biological Psychiatry 1990,27:113-115

25. Zádor G, Horváth S, Perényi A, Bartkó G: Secondary depression in chronic  schizophrenic patients. Ideggyógyászati Szemle 1990,43. 151-169

26. Bartkó G,Frecska E, Horváth s, Zádor G, Arató M:Predicting neuroleptic response from a combination of multilevel variables in acute schizophrenic patients Acta Psychiatrica Scandinavica 1990,82:408-412

27. Herczeg I, Nagy S, Bartkó G: Therapeutic effects of haloperidol in infantile autism. Psychiatria Danubina 1990,2:145-150

28. Bartkó G,Kurcz M, Frecska E: Neuroendocrinological effect of fluperlapine compared with chlorpromazine. Biological Psychiatry 1991,29:43A-185A

CONFIDENTIAL
AZ/SER 0051408

B358

- 3 -

TRIAL 8077B/0012
CENTRE  O 1
PATIENT
CATEGORY  Co1

29. **Bartkó G**, Horváth S, Zádor G, Frecska E: Effects of adjunctive
verapamil administration in chronic schizophrenic patients.
Progress of Neuropsychopharmacology & Biological Psychiatry
1991, 15:343-349

30. **Bartkó G**, Frecska E, Horváth Sz, Zádor G, Arató M: Predire la
response an traitment neuroleptique a partir d'une combinaison
de variables de niveaux multiples chez de patients schizophrenes
en phase aigüe. Therapsy 1992,2:19-23

31. **Bartkó G**, Kundra O, Bolla M, Zádor G, Sánta Zs, Horváth S,
Arató M: Visual P300 and early components in chronic schizophrenic
patients (Clinical, neurocognitive and biochemical correlates)
Clinical Neuroscience / Ideggyógyászati Szemle 1994,47 (1-2):16-22

CONFIDENTIAL
AZ/SER 0051409

B359

5077 h/0012 / 092

TRIAL 6077U/0012
CENTRE 92
PATIENT
CATEGORY CO1

# CURRICULUM VITAE

**Name:** Csaba M. Banki
**Born:** ████ 1947 (Mako / Hungary)
**Degrees:** M.D. (1972); Ph.D. (1987) in Budapest, Hungary.
**Address:** Regional Psychiatric Hospital, H-4321 Nagykallo, P.O.Box 37.
**Phone:** (36-42)63-133, Fax: (36-42)63-128.

**Professional training / experience:**

| | |
|---|---|
| 1966 - 1972 | Medical student, Semmmelweis University Medical School (UMS), Budapest. |
| 1972 - 1974 | Training in medicine and chirurgy. |
| 1974 - 1978 | Training in psychiatry: Nagykallo Psychiatric Hospital (Hungary). |
| 1978: | Certification in psychiatry (Budapest). |
| 1979 - 1980 | Research fellow, Semmelweis UMS Department of Psychiatry. |
| 1980: | Certification in pharmacology (Budapest). |
| 1980 - | Head, Department of Psychiatry, Nagykallo Psychiatric Hospital. |
| 1984 - 1986 | Visiting professor, Duke University Medical Center, Department of Psychiatry (Durham, N.C., USA). |

**Research Activity:**
See attached list of international and Hungarian publications.

**Scientific Society Affiliations:**

*International:* ISTRY (1985-1989); IASP (1989-1991); ISPNE/IBRO (1988- ); European Clinical Aggression Group (1990- ); Worldwide Hungarian Medical Academy (1990- ); WPA Pharmacopsychiatry Section (1991:executive member); BCNP (1991- : editorial board member of Eur.Neuropsychopharmacology); New York Academy of Sciences (1992- :active member).

*Hungarian:* Soc.Hung.Neurol.Psychiat. (1975- ); Hungarian Psychiatric Association (1980- ); MTESZ Biochemical Society (1980-1984); Hungarian Psychiatric College (1989-1991); Biological Psychiatric Association (1990- ); Social Psychiatric Society (1990- ); Psychiatric Committee/Hung.Acad.Sci (1990-:member, 1992-:secretary); "Cry for Life" Foundation for Prevention of Depression and Suicide (1991-:board member); Meduna Psychiatric Society (1989-:president); Hungarian College of Neuropsychopharmacology (1992-:president).

**Teaching Activity:**

Psychopharmacology (Botvos Lorant University School of Psychology, Budapest, 1988- );

Residency Director (Postgraduate Medical School Department of Psychiatry, Budapest, 1992 - ).

**Awards:**

Four Hungarian publication awards (1981-1983); Markusovszky Award (1988).

**Other:**

communication capability in seven European languages;
current research interest: (1) serotonin, (2) neuropeptides, (3) mood disorders, (4) suicide, (5) biostatistics/computers.

361

CONFIDENTIAL
AZ/SER 0051410

B360

<u>CURRICULUM VITAE</u>   Centre No.: 093
50771L/0012

TRIAL 5079L/0012
CENTRE 93
PATIENT
CATEGORY CO1

**NAME:**   George Ostorharics-Horvath M.D. Ph.D.
Petz Aladár County Hospital, Győr
Teaching Hospital of Postgraduate Medical University

**QUALIFICATIONS:**   1959-1965 : Medical University, Budapest
General Medical Faculty
1969.Special examination in neurology
1971.Special examination in psychiatry
1981. Special examination in EEG
1992.Special examination in addictology

**PRESENT APPOINTMENT**
**AND ADDRESS:**
Petz Aladár County Hospital
Department of Psychiatry II.

H- Győr
Zrinyi str.13.
9024.

I am a neuropsychiatrists.I am interested in
the special treatment of psychotic patients,
and the psychopharmacology issues.

**PREVIOUS APPOINTMENTS/EXPERIENCE:**

We cured psychotic, depressed, neurotic people,
and we have a special experience in the different
type of psychopharmacology methods.

Effective date. 03.12.93

30.03.95.

SIGNATURE ....Dr. P. Ostorharics.....

CONFIDENTIAL
AZ/SER 0051411

B361

TRIAL 5077IL/0012
CENTRE 97
PATIENT
CATEGORY COI

<u>CURRICULUM VITAE</u>

STUDY NUMBER: 5077 IL/0012

CENTRE NUMBER: 97     'Shalvata' Hospital  Hod Hasharon
                                       <u>ISRAEL</u>

NAME: DR LILIANA HAVAS

QUALIFICATION:

MD. University of Buenos Aires ,1973 .
BOARD EXAMINATION in Psychiatry. Israel - 1990

PRESENT APPOINTMENT AND ADDRESS:

Deputy Head . Closed Adult Ward.
Shalvata Hospital . Hod Hasharon  45100 - Israel

PREVIOUS APPOINTMENTS/EXPERIENCE:

House Physician. Open Adult Ward B.
Shalvata Hospital. Hod Hasharon45100- Israel

27.7.94

A: 35
CV Disk

363

CONFIDENTIAL
AZ/SER 0051412

B362



CENTRE No: 98

## CURRICULUM VITAE

Henry Silver
M.B.B.S.,B.MED.SCI.,D.P.M.(MELB),F.R.A.N.Z.C.P.

Address



## EDUCATION, TRAINING AND POSITIONS HELD

| | |
|---|---|
| 1965- | Matriculated Melbourne High School, Melbourne, Australia. Awarded Honours in all subjects. |
| 1966-1969 | Preclinical years, Faculty of Medicine, University of Melbourne. |
| 1970- | Research Scholar, Walter and Eliza Hall Institute of Medical Research, Melbourne. Thesis entitled "In vivo responses to simple haptens" awarded Honours. Graduated B.Med.Sci(Univ of Melb) |
| 1971-1972 | Clinical years based at Royal Melbourne Hospital |
| 1972- | Graduated Bachelor of Medicine Bachelor of Surgery(M.B.B.S).(Univ of Melb) with Honours. Awarded First Place in Faculty in Surgery and several prizes including Glaxo Prize and Abbott Prize.. |
| 1973- Jan-May | Resident, Western General Hospital, Melbourne Australia |
| 1973-1974 | Rotating Intern Montreal General Hospital (McGill University) Montreal, Canada |
| 1975- | Trainee Psychiatrist, Department of Psychiatry, Rambam Hospital Israel. |
| 1976-1978 | Completed post graduate training in Psychiatry in Australia: 1976- Bendigo Psychiatric Centre 1977-8 Larundel Hospital 1978- Parkville Psychiatric Unit |

CONFIDENTIAL
AZ/SER 0051413

57

**TABLE 17  Adverse events with a crude incidence rate of $\geq$ 5% in any treatment group**

| Adverse event | SEROQUEL 450 mg (bid) (n = 200) | | SEROQUEL 450 mg (tid) (n = 209) | | SEROQUEL 50 mg (bid) (n = 209) | |
|---|---|---|---|---|---|---|
| | Number of patients | (%) | Number of patients | (%) | Number of patients | (%) |
| Somnolence | 27 | (13) | 29 | (14) | 17 | (8) |
| Insomnia | 20 | (10) | 16 | (8) | 19 | (9) |
| Dry mouth | 16 | (8) | 10 | (5) | 6 | (3) |
| Dizziness | 11 | (6) | 12 | (6) | 4 | (2) |
| Asthenia | 9 | (5) | 7 | (3) | 3 | (1) |
| Postural hypotension | 8 | (4) | 12 | (6) | 10 | (5) |
| Anxiety | 8 | (4) | 13 | (6) | 8 | (4) |
| Agitation | 6 | (3) | 8 | (4) | 11 | (5) |
| Headache | 5 | (3) | 10 | (5) | 10 | (5) |

In each of the three treatment groups, the two most frequently reported adverse events were somnolence and insomnia.

The incidence of somnolence was similar in the two SEROQUEL 450 mg groups and was higher in these groups than in the SEROQUEL 50 mg (bid) group. Since the concomitant use of benzodiazepines was similar in each of the treatment groups, the greater incidence of somnolence in the SEROQUEL 450 mg groups was likely to be related to treatment with the higher dose of SEROQUEL. The reports of somnolence were generally rated as mild or moderate in severity.

The incidence of insomnia was not clearly dose-related, and these adverse events probably reflected symptoms of schizophrenia. Other symptoms of schizophrenia such as anxiety were also reported with similar frequency (4 to 6%) in all three treatment groups.

Probable anticholinergic effects, such as dry mouth, also occurred with higher incidence in the two SEROQUEL 450 mg groups. Since the use of concurrent medications such as anticholinergic drugs for the treatment of EPS was similar in all three treatment groups, these adverse events were also most likely to be attributable to treatment with the higher dose of SEROQUEL. The incidence was also slightly higher in the SEROQUEL 450 mg (bid) group than in the SEROQUEL 450 mg (tid) group, which may reflect an effect of the higher unit dose given at any one time.

Dizziness was reported with similar frequency in both the SEROQUEL 450 mg groups, and less frequently in the SEROQUEL 50 mg (bid) group, suggesting that it was related to the higher dose of SEROQUEL. Adverse events of postural hypotension occurred with similar frequency in each group. Of the 30 patients who experienced adverse events of postural hypotension, only seven had clinically significant increases in pulse rate coincident with the adverse event according to the pre-defined criteria (Section 2.8.2), and only one had a clinically significant

CONFIDENTIAL
AZ/SER 0050559

B363

TRIAL 5077B-0012
CENTRE   96
PATIENT
CATEGORY  C.O)

| | |
|---|---|
| 1978- | Graduated Diploma of Psychological Medicine(D.P.M.-Univ of Melbourne) |
| 1979- | Admitted to membership of the Royal Australian and New Zealand College of Psychiatrists (R.A.N.Z.C.P.) Admitted as Fellow in 1986. Appointed Psychiatrist at Larundel Hospital(Univ of Melbourne and Monash University .) |
| 1980-1987 | Deputy Director,Department of Psychiatry,Rivka Zeiff Hospital,Zefat,Israel. |
| 1987-1989 | Director of Department(B2),Eitanim Psychiatric Hospital,Jerusalem |
| 1989- present | Director of Acute, Open Department, Flugelman(Mazra) Psychiatric Hospital. Director of Clinical Research |
| 1992 April -May | Visiting Fellow in Advanced Mental Health- Western   Psychiatric Institute and Clinic (University of Pittsburgh) |

## MEDICAL LICENSES

| | |
|---|---|
| 1972- | Australia |
| 1974- | Canada:Licence of the Medical Council of Canada(L.M.C.C.) |
| 1980- | Israel |

## ACADEMIC ACTIVITIES

| | |
|---|---|
| 1978-1980 | Clinical Tutor Univ of Melbourne and Monash University |
| 1980-1987 | Supervisor -Psychiatric Trainees Lecturer and Supervisor -School of Nursing                         -Para-Medical profesionals: Occupational Therapists, Social workers,Psychologists,Creative Therapists |

CONFIDENTIAL
AZ/SER 0051414

B364

TRIAL 9071H/9012
CENTRE  96
PATIENT
CATEGORY C-01

| 1980-87 | Supervisor -Psychiatric Trainees (Technion,Haifa) |
| | -Medical Students(Technion,Haifa) |
| | -Paramedical professionals |
| | Lecturer   -School of Social Work(Univ.of Haifa) |
| | -Dept.of Creative Therapies(Univ.Haifa) |
| | - Post-Graduate Psychiaty Trainee program |
| 1987-89 | Supervisor  -Psychiatric Trainees (Hebrew Univ,) |
| | -Medical Students(Hebrew Univ,Jerusalem) |
| 1991- | Clinical Instructor Faculty of Medicine (Technion) |

## MEMBERSHIP OF PROFESSIONAL BODIES.

### Congress Organization/Scientific  Committees

-5th National Congress of the Israel Psychiatric Association 1985
-2nd International Congress on Psychiatry,Law and Ethics,1986
-International Conference on Biological Aspects of non Psychotic
Disorders Jerusalem 1989
-8th National Congress of the Israel Psychiatric Association 1994-
Chairman of Scientific committee.

### Professional Journals

Editorial Committee Israel Journal of Psychiatry (till 1993)
Reviewer:
Israel Journal of Psychiatry
Drugs
J of Pharmacology and Experimental Therapeutics.

### Professional Organisations

Central Committee of the Israel Psychiatric Association
Society for Biological Psychiatry.
Legal Review Committee
Several "ad hoc" and Standing Committees of the Department of Health

CONFIDENTIAL
AZ/SER 0051415

# ZENECA

A MULTICENTRE, DOUBLE–BLIND, RANDOMISED COMPARISON OF
DOSE AND DOSE REGIMEN OF SEROQUEL IN THE
TREATMENT OF SUBJECTS WITH ACUTE EXACERBATION OF
SUBCHRONIC OR CHRONIC SCHIZOPHRENIA
STUDY NUMBER 5077IL/0012
3/IF/1018563

BOOK 4 OF 18

This report is the property of Zeneca Pharmaceuticals, a Business Unit of Zeneca Inc., and is confidential. It is submitted to the regulatory agency for the sole purposes of support of the application for the above product. Reproduction, disclosure or use of the submission of the information contained therein in whole or in part otherwise than for the said purposes is forbidden unless at the express request of and with the written consent of the proprietor.

CONFIDENTIAL
AZ/SER 0051416

**APPENDIX  C**

Specimen case record forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    C1 to C74

2

CONFIDENTIAL
AZ/SER 0051417

C1

**CONSENT FORM**

| Trial Number :   5077IL / 0012 | Centre Number : |
| | Subject Number : |
| | Subject I.D. : |

Subject's Hospital Number (optional) _____    Name of Hospital  _____

The aims and procedures of this clinical trial have been explained to me by Dr. _____

I have read and understood the subject information  sheet provided and been informed about the possible benefit to myself and about any reasonably foreseeable risks or discomfort.

I have had the opportunity to ask questions and to consider the answers given.

I understand that participation in the trial is voluntary and that I may withdraw at any time of my own accord and that if I do, it will not affect the future care and attention which I will receive from my doctors.

I agree that the relevant parts of my medical records may be disclosed to ZENECA PHARMACEUTICALS and Regulatory Authorities (in this country and elsewhere) provided they agree not to disclose my name.

**WRITTEN CONSENT**

Name/Initials of Subject _____        Signature _____

                                                                    Date _____

I confirm that I have explained the nature of the clinical trial to the above named subject.

Name of Clinician _____        Signature _____

                                                      Date _____

**WITNESS TO WRITTEN CONSENT**

Name of Witness _____        Signature _____

                                                    Date _____

**VERBAL CONSENT**

Name/Initials of Subject _____

I confirm that I have explained the nature of the clinical trial to the above named subject, who freely gave his/her consent to take part and I believe it inappropriate to seek his/her signature.

Name of Clinician _____        Signature _____

                                                      Date _____

**WITNESS TO VERBAL CONSENT**

Name of Witness _____        Signature _____

                                                    Date _____

009

3

CONFIDENTIAL
AZ/SER 0051418

C2

**PSYCHIATRIC HISTORY**

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : 01 |
| | Subject Number : | Form I.D. : 1203 |
| | Subject I.D. : | |

Date ⌷ ⌷ 1 9 9 ⌷
D M Y

**DIAGNOSIS OF SCHIZOPHRENIA - DSM-III-R**

*Please specify the diagnosis for this subject by ticking one box only*

| | SUB-CHRONIC (with acute exacerbation) | CHRONIC (with acute exacerbation) |
|---|---|---|
| CATATONIC | 295.23 ☐ 0 | 295.24 ☐ 1 |
| DISORGANISED | 295.13 ☐ 2 | 295.14 ☐ 3 |
| PARANOID | 295.33 ☐ 4 | 295.34 ☐ 5 |
| UNDIFFERENTIATED | 295.93 ☐ 6 | 295.94 ☐ 7 |

**PSYCHIATRIC HISTORY**

Age at which subject first received treatment for psychiatric illness ₃ ⌷ years

Total number of prior inpatient psychiatric hospitalisations *(tick one box only)*

| 0 | ☐ 0 |
| 1 - 5 | ☐ 1 |
| 6 - 10 | ☐ 2 |
| 11 - 15 | ☐ 3 |
| 16 - 20 | ☐ 4 |
| > 20 | ☐ 5 |
| Unknown | ☐ 6 |

**ANTIPSYCHOTIC MEDICATION RESPONSE**

Overall clinical response of positive schizophrenic symptoms (e.g. delusions, hallucinations) to antipsychotic medication *(tick one box only)*

| Fully responsive | ☐ 1 |
| Partially responsive | ☐ 2 |
| Poorly responsive | ☐ 3 |
| Non-responsive | ☐ 4 |
| First exposure | ☐ 5 |
| Unknown | ☐ 6 |

4

CONFIDENTIAL
AZ/SER 0051419

C3

## MEDICAL HISTORY

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : 01 |
|---|---|---|
| | Subject Number : | Form I.D. : 1091 |
| | Subject I.D. : | |

Date | | | 1 , 9 , 9 , |
　　　D　M　Y

**MEDICAL HISTORY**

**Detail clinically significant abnormalities only**

| | Normal | Abnormal | If 'Abnormal', please give details |
|---|---|---|---|
| Head / Eyes / Ears / Nose / Throat | 3 ☐ | 4 ☐ | 4 _____ |
| Central Nervous System | 5 ☐ | 6 ☐ | 6 _____ |
| Blood / Lymph | 7 ☐ | 8 ☐ | 8 _____ |
| Skin / Hair | 9 ☐ | 10 ☐ | 10 _____ |
| Cardiovascular | 11 ☐ | 12 ☐ | 12 _____ |
| Respiratory | 13 ☐ | 14 ☐ | 14 _____ |
| Gastro-intestinal (including liver) | 15 ☐ | 16 ☐ | 16 _____ |
| Genito-urinary | 17 ☐ | 18 ☐ | 18 _____ |
| Musculo-skeletal | 19 ☐ | 20 ☐ | 20 _____ |
| Endocrine | 21 ☐ | 22 ☐ | 22 _____ |
| Allergic | 23 ☐ | 24 ☐ | 24 _____ |
| Drug / Alcohol abuse | 27 ☐ | 28 ☐ | 28 _____ |
| Psychiatric | 25 ☐ | ☑ | Complete Psychiatric History Form |
| | N | A | |

001

5

CONFIDENTIAL
AZ/SER 0051420

C4

**ZENECA PHARMACEUTICALS**

**SAFETY OF MEDICINES DEPARTMENT**

**CLINICAL PATHOLOGY SAMPLE REGISTRATION**

Trial Number :   5077IL / 0012     Centre Number :                    Visit Number :   01
                                  Subject Number :                   Hospital Number :
                                  Subject I.D.

Date of birth    [ . . 1 , 9 , , ]           Date sample taken   [ . . 1 , 9 , 9 , ]
                 D   M   Y                                        D   M   Y

                                             Tick box to confirm the sample was taken at pre-
                                             trial screen

              Male  Female                   **PRE-TRIAL SCREEN**   [ ]
Sex           [ ]   [ ]

Signature _____     Sample requirements: 1 Haem., 1 Plasma

**DISPATCH IMMEDIATELY WITH SAMPLE IN PACK PROVIDED TO ZENECA PHARMACEUTICALS**

**FOR LABORATORY USE ONLY**

| Sample Receipt Date : | | |
|---|---|---|
| Tube Types Received : | EDTA | LI Plasma |
| | | |
| Laboratory Number : | | |
| Computer Input : | | |
| Checked by : | | |
| Progression Slip : | | |
| Record Card : | | |

| | Clin. Chem.. | Haem. |
|---|---|---|
| Sample Prepared by : | | |
| Checked by : | | |

015

6

CONFIDENTIAL
AZ/SER 0051421

C5

**HAEMATOLOGY**

| Trial Number :   5077iL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| Reference Range : | Subject Number : | Form I.D. :   1097 |
| Assay Date | Subject I.D. : | |

Date sample taken   1 [ | | | 1 | 9 | 9 | ]
                               D    M      Y

**HAEMATOLOGY**

If using alternative
units, specify

| | | |
|---|---|---|
| Haemoglobin | 10 [ | | | : | | | ] g/dL | _____ |
| Platelets | 30 [ | | | : | | | ] x 10⁹/L | _____ |
| White blood cells | 11 [ | | | : | | | ] x 10⁹/L | _____ |
| Neutrophils | 16 [ | | : | | ] % | _____ |
| Lymphocytes | 12 [ | | : | | ] % | _____ |
| Monocytes | 16 [ | | : | | ] % | _____ |
| Eosinophils | 13 [ | | : | | ] % | _____ |
| Basophils | 14 [ | | : | | ] % | _____ |
| Other Cell Type | 19 [ | | : | | ] % | _____ |

Signature _____     Date _____

7

CONFIDENTIAL
AZ/SER 0051422

C6

## CLINICAL CHEMISTRY

| | | |
|---|---|---|
| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
| Reference Range : | Subject Number : | Form I.D. :   1096 |
| Assay Date : | Subject I.D. : | |

Date sample taken    1 [    |    1 , 9 , 9 ]
        D     M     Y

**LIVER FUNCTION TEST**

If using alternative
units, specify

Total Bilirubin    6 [_____] µmol/L    _____

Alkaline Phosphatase    6 [_____] U/L    _____

Aspartate Aminotransferase (AST)    7 [_____] U/L    _____

Alanine Aminotransferase (ALT)    8 [_____] U/L    _____

_____

Form I.D. :   1204

**THYROID AND HORMONE TEST**

If using alternative
units, specify

Thyroxine (T4), Free    8 [_____] nmol/L    _____

Thyroid-stimulating Hormone (hTSH)    8 [_____] mIU/L    _____

Prolactin (hPRL)    12 [_____] µg/L    _____

**Pregnancy test**

                        Positive   Negative

Human chorionic gonadotrophin    [ ]   11   [ ]
                           P       N

Signature _____      Date _____

                                                     001

CONFIDENTIAL
AZ/SER 0051423

58

reduction in systolic blood pressure (see Section 5.6.2). For all but three of the 30 patients, the episodes of postural hypotension were rated as mild or moderate in severity.

Asthenia was more common in the two SEROQUEL 450 mg groups than in the SEROQUEL 50 mg group, although these adverse events may have reflected symptoms of schizophrenia. Anxiety and agitation also occurred with no clear relationship to dose of SEROQUEL and may have been symptoms of the underlying disease. Headache occurred in a similar proportion of patients in each of the treatment groups; the incidence was not related to dose of SEROQUEL.

Other notable adverse events that were less common included syncope, which occurred in six patients and was most common in the SEROQUEL 50 mg (bid) group, suggesting no relationship with dose of SEROQUEL. Two of these patients were withdrawn and are considered in Section 5.3.3. The other events of syncope are described below. Two patients had a seizure; both of these were in the SEROQUEL 450 mg (tid) group. In each case the patient continued in the study and the investigator attributed the event to withdrawal of previous psychotropic medication. These events are also described below. Rash was reported in eight patients, four of whom were in the SEROQUEL 50 mg (bid) group. There was no evidence that these were photosensitive reactions.

**Patient 074/07403**        **SEROQUEL 450 mg (tid)**                              **Syncope**

This 51-year-old Caucasian man with chronic, paranoid schizophrenia had syncope on Day 4 of the dose-escalation period. At the time of the syncope he was receiving no other concomitant medication. No vital signs measurements were recorded at the time of the event. His past medical history was unremarkable and he continued in the trial and completed the 42 days. The event was considered by the investigator to be probably related to SEROQUEL. No further follow-up information is available.

**Patient 001/00108**        **SEROQUEL 50 mg (bid)**                               **Syncope**

This 23-year-old Caucasian woman with chronic, paranoid schizophrenia had syncope on Day 14. At the time of the syncope her supine blood pressure was 110/80 mmHg and standing blood pressure 90/60 mmHg. She had also received diazepam 10 mg/day for agitation and procyclidine 10 mg/day for EPS, both given on a daily basis if required. She continued in the trial and completed the 42 days without any further adverse events. Her past medical history was unremarkable. The event was considered by the investigator to be probably related to SEROQUEL.

**Patient 011/01103**        **SEROQUEL 50 mg (bid)**                               **Syncope**

This 36-year-old Caucasian man with subchronic, disorganised schizophrenia had dizziness and syncope on Day 31. No measurements of vital signs were recorded on this day. He was receiving diazepam 3.3 mg/day for agitation, oxazepam 10 mg/day for insomnia and acetylcysteine 400 mg/day for a cough. He was withdrawn from the trial on Day 35 due to lack of efficacy. The event was considered by the investigator to be probably not related to SEROQUEL.

CONFIDENTIAL
AZ/SER 0050560

C7

| Trial Number :   5077iL / 0012 | Centre Number : | **LABORATORY DATA REVIEW** |
|---|---|---|
| | Subject Number : | Visit Number :   01 |
| | Subject I.D. : | Form I.D. :   1254 |

Date sample taken   1 |___|___| 1 , 9 , 9 |___|
                         D      M      Y

**LABORATORY DATA REVIEW**

Were there any clinically significant laboratory findings?

Yes   No
☐ 6 ☐
Y     N

**PARTICIPATION IN TRIAL**

Following review of the subject's test results,
is the subject suitable for inclusion in the trial?

Yes   No
☐ 7 ☐
Y     N

**FEMALE SUBJECTS ONLY**

Female subjects must not be at risk of pregnancy

Childbearing potential

☐ 0   Post-menopause

☐ 1   Tubal ligation

☐ 2   Post hysterectomy

☐ 3   Mechanical form of contraception

☐ 4   Oral contraception

☐ 5   Other*

\*Please specify _____

001

9

CONFIDENTIAL
AZ/SER 0051424

C8

**PHYSICAL EXAMINATION**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number :      01 |
|---|---|---|
| | Subject Number : | Form I.D. :      1092 |
| | Subject I.D. : | |

Date of examination   1 [___|___|___] 1 , 9 , 9 , [___]
                                              D        M        Y

**PHYSICAL EXAMINATION**

**Detail clinically significant abnormalities only**

|  | Normal | Abnormal | Not Done | If 'Abnormal', please give details |
|---|---|---|---|---|
| Head | 4 ☐ | ☐ | ☐ | 5 _____ |
| Eye | 6 ☐ | ☐ | ☐ | 7 _____ |
| Ear | 8 ☐ | ☐ | ☐ | 9 _____ |
| Nose | 10 ☐ | ☐ | ☐ | 11 _____ |
| Throat | 12 ☐ | ☐ | ☐ | 13 _____ |
| Neck | 14 ☐ | ☐ | ☐ | 15 _____ |
| Lymph Node | 16 ☐ | ☐ | ☐ | 17 _____ |
| Breast | 18 ☐ | ☐ | ☐ | 19 _____ |
| Heart | 20 ☐ | ☐ | ☐ | 21 _____ |
| Abdomen | 22 ☐ | ☐ | ☐ | 23 _____ |
| Lung / Thorax | 24 ☐ | ☐ | ☐ | 25 _____ |
| Genito-Urinary Examination | 26 ☐ | ☐ | ☐ | 27 _____ |
| Extremities | 28 ☐ | ☐ | ☐ | 29 _____ |
| Musculo-Skeletal | 30 ☐ | ☐ | ☐ | 31 _____ |
| Skin | 32 ☐ | ☐ | ☐ | 33 _____ |
| Neurologic | 34 ☐ | ☐ | ☐ | 35 _____ |
| | 1 | 2 | 3 | |

Height   36 [___|___|___] cm

**Please record weight on Vital Signs form**

001

10

CONFIDENTIAL
AZ/SER 0051425

C9

**VITAL SIGNS**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| Reference Range : | Subject Number : | Form I.D. :     1211 |
| | Subject I.D. : | |

Date of assessment   1 [    |    |    ] 1 9 9 [    ]
D     M     Y

**WEIGHT**   11 [        |        ] kg

**HEART RATE AND BLOOD PRESSURE**

|  | Heart Rate | | Systolic BP | Diastolic BP |
|---|---|---|---|---|
| SUPINE | 7 [        ] bt/min | | 3 [        ] | / 4 [        ] mmHg |
| STANDING | 8 [        ] bt/min | | 5 [        ] | / 6 [        ] mmHg |

Has the subject spontaneously complained of any symptom during this assessment?   Yes [ ]  No 12 [ ]
Y        N

**IF 'YES', RECORD SYMPTOMS ON ADVERSE EVENT FORM IN SEPARATE BOOKLET**

If related to a positional change (eg. dizziness on standing), please note this when recording the adverse event

CONFIDENTIAL
AZ/SER 0051426

C10

**ECG REVIEW**

| Study Number : 5077iL / 0012 | Centre Number : | Visit Number : | 01 |
| | Subject Number : | Form I.D. : | 21 |
| | Subject I.D. : | | |

Date ECG taken

1 ⬚ , ⬚ , 1 , 9 , 9 , ⬚
D        M        Y

**ECG REVIEW**

Following review of the subject's ECG, is the subject suitable for
inclusion in the trial?

Yes ⬚ 2   No ⬚

001

12

CONFIDENTIAL
AZ/SER 0051427

C11

| MEDICATION HISTORY | | |
|---|---|---|
| Trial Number :   5077IL / 0012 | Centre Number :<br>Subject Number :<br>Subject I.D. : | Visit Number :   02<br>Form I.D. :   1093 |

**PSYCHOTROPIC MEDICATION**

Has the subject taken any psychotropic medication in the 7 days prior to randomisation? *(Record any depot medication in the section below)*

Date  1 [  |  |  1 , 9 , 9 , ]
D    M    Y

Yes  No
[ ] 2  [ ] 3
Y    N

If "Yes", list below

| Drug | Indication | Last Total Daily Dose (mg) | Route | Date stopped |
|---|---|---|---|---|
| 4 _____ | 5 _____ | 6 _____ | _____ | 9 [ | | 1 , 9 , 9 , ] |
| 12 _____ | 13 _____ | 14 _____ | _____ | 17 [ | | 1 , 9 , 9 , ] |
| 20 _____ | 21 _____ | 22 _____ | _____ | 25 [ | | 1 , 9 , 9 , ] |
| 28 _____ | 29 _____ | 30 _____ | _____ | 33 [ | | 1 , 9 , 9 , ] |
| 36 _____ | 37 _____ | 38 _____ | _____ | 41 [ | | 1 , 9 , 9 , ] |
| 44 _____ | 45 _____ | 46 _____ | _____ | 49 [ | | 1 , 9 , 9 , ] |
| | | | | D    M    Y |

**DEPOT MEDICATION**

Has the subject taken any depot antipsychotic medication within the last month?

Yes  No
[ ] 100  [ ]
Y    N

If "Yes", record only details of the last depot administered

| Drug | Indication | Dose (mg) / Dosing Interval | Date administered |
|---|---|---|---|
| 52 _____ | 53 _____ | 54 _____ | 57 [ | | 1 , 9 , 9 , ] |
| | | | D    M    Y |

002

13

CONFIDENTIAL
AZ/SER 0051428

C12

| | | CLINICAL GLOBAL IMPRESSION |
|---|---|---|
| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number :   02 |
| | Subject Number : | Form I.D. :   522 |
| | Subject I.D. : | |

Date of assessment    1 |   |   | 1 , 9 , 9 , |
                                              D    M    Y

### CLINICAL GLOBAL IMPRESSION

**SEVERITY OF ILLNESS**

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

☐ 0   Not assessed

☐ 1   Normal, not at all ill

☐ 2   Borderline mentally ill

☐ 3   Mildly ill

☐ 4   Moderately ill

☐ 5   Markedly ill

☐ 6   Severely ill

☐ 7   Among the most extremely ill of subjects

**Note:  Subjects must have a score of ≥ 4 (moderately ill) to be included in this trial**

001

14

CONFIDENTIAL
AZ/SER 0051429

C13

**BPRS SCORE (1)**

**1.  SOMATIC CONCERN**

Degree of concern over present bodily health.  Rate the degree to which physical health is perceived as a problem by the patient, whether complaints have a realistic basis or not.

**2.  ANXIETY**

Worry, fear or over-concern for present or future.  Rate solely on the basis of verbal report of patient's own subjective experiences.  Do not infer anxiety from physical signs or from neurotic defence mechanisms.

**3.  EMOTIONAL WITHDRAWAL**

Deficiency in relating to the interviewer and to the interviewer situation.  Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation.

**4.  CONCEPTUAL DISORGANISATION**

Degree to which the thought processes are confused, disconnected or disorganised.  Rate on the basis of integration of the verbal products of the patient;  do not rate on the basis of patient's subjective impression of his own level of functioning.

8077IL/C012/526001

15

CONFIDENTIAL
AZ/SER 0051430

C14

**BPRS SCORE (1)**

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : 02 |
| | Subject Number : | Form I.D. : 526 |
| | Subject I.D. : | |

Date of assessment   1 |___|___|, |___|___|, |_1_|_9_|_9_|
                                      D       M        Y

**BPRS**

**Please enter the score for the term which best describes the subject's condition**

NOTE: Subjects must have a score of ≥3 on two of the following items (items 4, 11, 12 and 15) to be included in the trial.

**1.  SOMATIC CONCERN**

| | 0 | Not present |
| | 1 | Very mild |
| | 2 | Mild |
| | 3 | Moderate |
| | 4 | Moderately severe |
| | 5 | Severe |
| | 6 | Extremely severe |

**2.  ANXIETY**

| | 0 | Not present |
| | 1 | Very mild |
| | 2 | Mild |
| | 3 | Moderate |
| | 4 | Moderately severe |
| | 5 | Severe |
| | 6 | Extremely severe |

**3.  EMOTIONAL WITHDRAWAL**

| | 0 | Not present |
| | 1 | Very mild |
| | 2 | Mild |
| | 3 | Moderate |
| | 4 | Moderately severe |
| | 5 | Severe |
| | 6 | Extremely severe |

**4.  CONCEPTUAL DISORGANISATION**

| | 0 | Not present |
| | 1 | Very mild |
| | 2 | Mild |
| | 3 | Moderate |
| | 4 | Moderately severe |
| | 5 | Severe |
| | 6 | Extremely severe |

001

16

CONFIDENTIAL
AZ/SER 0051431

C15

---

### BPRS SCORE (2)

**5. GUILT FEELINGS**

Over-concern or remorse for past behaviour.  Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect;  do not infer guilt feelings from depression, anxiety or neurotic defences.

---

**6. TENSION**

Physical and motor manifestations of tension, "nervousness", and heightened activation level.  Tension should be rated solely on the basis of physical signs and motor behaviour and not on the basis of subjective experiences of tension reported by the patient.

---

**7. MANNERISMS AND POSTURING**

Unusual and unnatural motor behaviour, the type of motor behaviour which causes certain mental patients to stand out in a crowd of normal people.  Rate only abnormality of movements;  do not rate simple heightened motor activity here.

---

**8. GRANDIOSITY**

Exaggerated self-opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self-in-relation-to-others, not on the basis of his demeanour in the interview situation.

---

**9. DEPRESSIVE MOOD**

Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints.

6077IL/0012/696001

CONFIDENTIAL
AZ/SER 0051432

C16

**BPRS SCORE (2)**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. :      526 |
| | Subject I.D. : | |

**5. GUILT FEELINGS**

- 0   Not present
- 1   Very mild
- 2   Mild
- 3   Moderate
- 4   Moderately severe
- 5   Severe
- 6   Extremely severe

7

**6. TENSION**

- 0   Not present
- 1   Very mild
- 2   Mild
- 3   Moderate
- 4   Moderately severe
- 5   Severe
- 6   Extremely severe

8

**7. MANNERISMS AND POSTURING**

- 0   Not present
- 1   Very mild
- 2   Mild
- 3   Moderate
- 4   Moderately severe
- 5   Severe
- 6   Extremely severe

9

**8. GRANDIOSITY**

- 0   Not present
- 1   Very mild
- 2   Mild
- 3   Moderate
- 4   Moderately severe
- 5   Severe
- 6   Extremely severe

10

**9. DEPRESSIVE MOOD**

- 0   Not present
- 1   Very mild
- 2   Mild
- 3   Moderate
- 4   Moderately severe
- 5   Severe
- 6   Extremely severe

11

002

18

CONFIDENTIAL
AZ/SER 0051433

59

**Patient 084/08410**          **SEROQUEL 50 mg (bid)**                              **Syncope**

This 34-year-old Caucasian man with chronic, paranoid schizophrenia had syncope on Day 17.
He was receiving no concomitant mediation at the time but was given diazepam 30 mg/day for
the syncope. No vital signs were recorded on the day of the event. His past medical history
was unremarkable and he continued in the trial with no further adverse events and completed
the 42 days. The event was considered by the investigator to be probably related to
SEROQUEL.

**Patient 029/02902**          **SEROQUEL 450 mg (tid)**                              **Convulsion**

This 55-year-old Caucasian woman with chronic, paranoid schizophrenia had a convulsion
which lasted for 2 minutes on Day 4 of the dose-escalation period. The patient was also
receiving flunitrazepam 2 mg/day for insomnia, diazepam 20 mg/day for nervousness,
lormetazepam 1 mg/day for insomnia and a butalbital, caffeine and dihydroergotamine
combination 1 tablet/day for headache. The patient had no relevant past medical history and
was withdrawn from the trial on Day 5 due to lack of efficacy. The convulsion was considered
by the investigator to be probably not related to SEROQUEL. No further follow-up information
is available.

**Patient 042/04203**          **SEROQUEL 450 mg (tid)**                              **Convulsion**

This 34-year-old Caucasian woman with subchronic, disorganised schizophrenia had a
convulsion on Day 2 of the dose-escalation period. The patient was also receiving temazepam
20 mg/day for insomnia and was given diazepam 30 mg/day following the convulsion. An EEG
following the convulsion was normal. The patient had a history of a previous convulsion 4
years previously. She continued in the trial with no further convulsions and completed the
42 days. The convulsion was considered by the investigator to be of undetermined causality
and probably due to withdrawal from previous antipsychotics. No further follow-up information
is available.

One patient in the SEROQUEL 450 (bid) group experienced six events of oculogyric crisis,
which required treatment with intramuscular anticholinergic medication and were attributed by
the investigator to treatment with SEROQUEL.

Two patients from one centre (one in the SEROQUEL 450 mg (bid) group and one in the
SEROQUEL 50 mg (bid) group) were reported as suffering from confusion; both cases
resolved despite continued treatment with SEROQUEL but were considered by the investigator
to be probably related to study treatment. There was one case of urinary retention in a patient
in the SEROQUEL 450 mg (bid) group which resolved spontaneously. There was one case of
stupor in a patient in the SEROQUEL 450 mg (tid) group who had a history of alcohol abuse
(10 litres of beer per day) and opioid abuse. The event lasted for 30 days, although the patient
went on to complete the study. This adverse event was considered by the investigator to be
definitely related to SEROQUEL.

There were four adverse events with the COSTART code "reaction unevaluable", all of which
occurred in patients in the SEROQUEL 450 mg (tid) group. Two of these events were dental
extraction and were not related to treatment with SEROQUEL. The other two were return of
menstrual cycle, one in a woman aged 46 which was considered by the investigator to be not

CONFIDENTIAL
AZ/SER 0050561

C17

---

**BPRS SCORE (3)**

**10. HOSTILITY**

Animosity, contempt, belligerence, disdain for other people outside the interview situation.  Rate solely on the basis of the verbal report of feelings and actions of the patient toward others;  do not infer hostility from neurotic defences, anxiety or somatic complaints.  (Rate attitude towards interviewer under "uncooperativeness").

**11. SUSPICIOUSNESS**

Belief (delusional or otherwise) that others have now, or have had in the past, malicious or discriminatory intent toward the patient.  On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances.

**12. HALLUCINATORY BEHAVIOUR**

Perceptions without normal external stimulus correspondence.  Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people.

**13. MOTOR RETARDATION**

Reduction in energy level evidenced in slowed movements.  Rate on the basis of observed behaviour of the patient only;  do not rate on basis of patient's subjective impression of own energy level.

**14. UNCOOPERATIVENESS**

Evidence of resistance, unfriendliness, resentment and lack of readiness to cooperate with the interviewer.  Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation;  do not rate on basis of reported resentment or uncooperativeness outside the interview situation.

8077IL/0012/826001

---

19

CONFIDENTIAL
AZ/SER 0051434

C18

| | **BPRS SCORE (3)** |
|---|---|
| Trial Number :  5077IL / 0012 | Centre Number : |
| | Subject Number : |
| | Subject I.D. : |
| | Visit Number : |
| | Form I.D. :  526 |

**10. HOSTILITY**

| | |
|---|---|
| 0 | Not present |
| 1 | Very mild |
| 2 | Mild |
| 3 | Moderate |
| 4 | Severe |
| 5 | Moderately severe |
| 6 | Extremely severe |

12

**11. SUSPICIOUSNESS**

| | |
|---|---|
| 0 | Not present |
| 1 | Very mild |
| 2 | Mild |
| 3 | Moderate |
| 4 | Moderately severe |
| 5 | Severe |
| 6 | Extremely severe |

13

**12. HALLUCINATORY BEHAVIOUR**

| | |
|---|---|
| 0 | Not present |
| 1 | Very mild |
| 2 | Mild |
| 3 | Moderate |
| 4 | Moderately severe |
| 5 | Severe |
| 6 | Extremely severe |

14

**13. MOTOR RETARDATION**

| | |
|---|---|
| 0 | Not present |
| 1 | Very mild |
| 2 | Mild |
| 3 | Moderate |
| 4 | Moderately severe |
| 5 | Severe |
| 6 | Extremely severe |

15

**14. UNCOOPERATIVENESS**

| | |
|---|---|
| 0 | Not present |
| 1 | Very mild |
| 2 | Mild |
| 3 | Moderate |
| 4 | Moderately severe |
| 5 | Severe |
| 6 | Extremely severe |

16

002

20

CONFIDENTIAL
AZ/SER 0051435

C19

**BPRS SCORE (4)**

**15. UNUSUAL THOUGHT CONTENT**

Unusual, odd, strange or bizarre thought content.   Rate here the degree of unusualness, not the degree of disorganisation of thought processes.

**16. BLUNTED AFFECT**

Reduced emotional tone, apparent lack of normal feeling or involvement.

**17. EXCITEMENT**

Heightened emotional tone, agitation, increased reactivity.

**18. DISORIENTATION**

Confusion or lack of proper association for person, place or time.

80774/0013/526001

21

CONFIDENTIAL
AZ/SER 0051436

C20

**BPRS SCORE (4)**

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. : 526 |
| | Subject I.D. : | |

**15. UNUSUAL THOUGHT CONTENT**

- 0 Not present
- 1 Very mild
- 2 Mild
- 3 Moderate
- 4 Moderately severe
- 5 Severe
- 6 Extremely severe

17

**16. BLUNTED AFFECT**

- 0 Not present
- 1 Very mild
- 2 Mild
- 3 Moderate
- 4 Moderately severe
- 5 Severe
- 6 Extremely severe

18

**17. EXCITEMENT**

- 0 Not present
- 1 Very mild
- 2 Mild
- 3 Moderate
- 4 Moderately severe
- 5 Severe
- 6 Extremely severe

19

**18. DISORIENTATION**

- 0 Not present
- 1 Very mild
- 2 Mild
- 3 Moderate
- 4 Moderately severe
- 5 Severe
- 6 Extremely severe

20

**TOTAL SCORE**

002

22

CONFIDENTIAL
AZ/SER 0051437

C21

### AFFECTIVE FLATTENING OR BLUNTING (1)

Affective flattening or blunting manifests itself as a characteristic impoverishment of emotional expression, reactivity and feeling. Affective flattening can be evaluated by observation of the patient's behaviour and responsiveness during a routine interview. The rating of some items may be affected by drugs, since the Parkinsonian side effect of phenothiazines may lead to mask-like facies and diminished associated movements. Other aspects of affect, such as responsivity or appropriateness, will not be affected, however.

---

**1. UNCHANGING FACIAL EXPRESSIONS**

The patient's face appears wooden, mechanical or frozen. It does not change expression, or changes less than normally expected as the emotional content of discourse changes. Since phenothiazines may partially mimic this effect, the interviewer should be careful to note whether or not the patient is on medication, but should not try to "correct" the rating accordingly.

---

**2. DECREASED SPONTANEOUS MOVEMENT**

The patient sits quietly throughout the interview and shows few or no spontaneous movements. He does not shift position, move his legs or hands etc., or does so less than normally expected.

---

**3. PAUCITY OF EXPRESSIVE GESTURE**

The patient does not use his body as an aid in expressing his ideas through such means as hand gestures, sitting forward in his chair when intent on a subject, leaning back when relaxed, etc. This may occur in addition to decreased spontaneous movements.

---

**4. POOR EYE CONTACT**

The patient avoids looking at others or using his eyes as an aid in expression. He appears to be staring into space even when he is talking.

807711/0012/488001

23

CONFIDENTIAL
AZ/SER 0051438

C22

**SANS (1)**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| --- | --- | --- |
| | Subject Number : | Form I.D. :   453 |
| | Subject I.D. : | |

Date of assessment  $\mid$ ☐ $\mid$ ☐ $\mid$ 1,9,9 $\mid$
                                                     D        M        Y

**SANS**

INSTRUCTIONS; questions not based on direct patient observation.  Refer to patient functioning during the past week

**1. UNCHANGING FACIAL EXPRESSIONS**

☐ 1   Not at all; patient is normal or labile
☐ 2   Mild; some decrease in facial expressiveness
☐ 3   Moderate; facial expressiveness is significantly decreased
☐ 4   Marked; facial expressiveness is markedly decreased
☐ 5   Severe; facial expression is essentially unchanging
  2

**2. DECREASED SPONTANEOUS MOVEMENT**

☐ 1   Not at all; patient moves normally or is overactive
☐ 2   Mild; some decrease in spontaneous movements
☐ 3   Moderate; significant decrease in spontaneous movements
☐ 4   Marked; movements are markedly decreased
☐ 5   Severe; patient sits immobile throughout interview
  3

**3. PAUCITY OF EXPRESSIVE GESTURE**

☐ 1   Not at all; patient uses expressive gestures normally or excessively
☐ 2   Mild; some decrease in expressive gestures
☐ 3   Moderate; significant decrease in expressive gestures
☐ 4   Marked; marked decrease in gestures
☐ 5   Severe; patient never uses body as an aid in expression
  4

**4. POOR EYE CONTACT**

☐ 1   Not at all; good eye contact and expression
☐ 2   Mild; some decrease in eye contact and eye expression
☐ 3   Moderate; significant decrease in eye contact
☐ 4   Marked; very infrequent eye contact
☐ 5   Severe; patient almost never looks at interviewer
  5

001

24

CONFIDENTIAL
AZ/SER 0051439

C23

---

### AFFECTED FLATTENING OR BLUNTING (2)

Affective flattening or blunting manifests itself as a characteristic impoverishment of emotional expression, reactivity and feeling. Affective flattening can be evaluated by observation of the patient's behaviour and responsiveness during a routine interview. The rating of some items may be affected by drugs, since the Parkinsonian side effect of phenothiazines may lead to mask-like facies and diminished associated movements. Other aspects of affect, such as responsivity or appropriateness, will not be affected, however.

---

**5. AFFECTIVE NONRESPONSIVITY**

Failure to smile or laugh when prompted may be tested by smiling or joking in a way which would usually elicit a smile from a normal individual. The examiner may also ask "Have you forgotten how to smile?" while smiling himself.

---

**6. LACK OF VOCAL INFLECTIONS**

While speaking, the patient fails to show normal vocal emphasis patterns. Speech has a monotonic quality, and important words are not emphasised through changes in pitch or volume. Patient also may fail to change volume with changes of subject so that he does not drop his voice when discussing private topics nor raise it as he discusses things which are exciting or for which louder speech might be appropriate.

---

**7. GLOBAL RATING OF AFFECTIVE FLATTENING**

The global rating should focus on overall severity of affective flattening or blunting. Special emphasis should be given to such core features as unresponsiveness, inappropriateness and an overall decrease in emotional intensity.

---

60776L/00 12/463001

25

CONFIDENTIAL
AZ/SER 0051440

C24

*SANS (2)*

| Trial Number : | 5077IL / 0012 | Centre Number : | | Visit Number : | |
|---|---|---|---|---|---|
| | | Subject Number : | | Form I.D. : | 453 |
| | | Subject I.D. : | | | |

**5. AFFECTIVE NONRESPONSIVITY**

- 1  Not at all; normal responsivity
- 2  Mild; slight but definite lack in responsivity
- 3  Moderate; moderate decrease in responsivity
- 4  Marked; marked decrease in responsivity
- 5  Severe; patient essentially unresponsive, even on prompting

**6. LACK OF VOCAL INFLECTIONS**

- 1  Not at all; normal vocal inflections
- 2  Mild; slight decrease in inflections
- 3  Moderate; definite decrease in vocal inflections
- 4  Marked; marked decrease in vocal inflections
- 5  Severe; nearly all speech in a monotone

**7. GLOBAL RATING OF AFFECTIVE FLATTENING**

- 1  No flattening; normal affect
- 2  Mild affective flattening
- 3  Moderate affective flattening
- 4  Marked affective flattening
- 5  Severe affective flattening

001

26

CONFIDENTIAL
AZ/SER 0051441

C25

### ALOGIA
Alogia is a general term coined to refer to the impoverished thinking and cognition that often occur in patients with schizophrenia. Patients with alogia have thinking processes that seem empty, turgid or slow. Since thinking cannot be observed directly, it is inferred from the patient's speech. The two major manifestations of alogia are nonfluent, empty speech (poverty of speech) and fluent empty speech (poverty of content of speech). Blocking and increased latency of response may also reflect alogia.

### 8. POVERTY OF SPEECH
Restriction in the amount of spontaneous speech, so that replies to questions tend to be brief, concrete and unelaborated. Unprompted additional information is rarely provided. Replies may be monosyllabic and some questions may be left unanswered altogether. When confronted with this speech pattern, the interviewer may find himself frequently prompting the patient in order to encourage elaboration of replies. To elicit this finding, the examiner must allow the patient adequate time to respond and elaborate his answer.

### 9. POVERTY OF CONTENT OF SPEECH
Although replies are long enough so that speech is adequate in amount, it conveys little information. Language tends to be vague, often overabstract or overconcrete, repetitive and stereotyped. The interviewer may recognise this finding by observing that the patient has spoken at some length but has not given adequate information to answer the question. Alternatively, the patient may provide enough information, but require many words to do so, so that a lengthy reply can be summarised in a sentence or two. Sometimes the interviewer may characterise the speech as "empty philosophising".
EXCLUSIONS This finding differs from circumstantiality in that the circumstantial patient tends to provide a wealth of detail.
EXAMPLE: Interviewer: "Why is it, do you think that people believe in God?" Patient: "Well, first of all He, uh, He are the person that is their personal saviour. He walks with me and talks with me. And, uh, the understanding that I have, um, a lot of people, they don't really, uh, know they own personal self. Because, uh, they ain't, they all, just don't know they personal self. They don't know that He, uh, seemed like to me, a lot of 'em don't understand that He walks and  talks with them".

### 10. BLOCKING
Interruption of a train of speech before a thought or idea has been completed. After period of silence which may last from a few seconds to minutes, the person indicates that he/she cannot recall what he/she had been saying or meant to say. (Blocking should only be judged to be present if a person voluntarily describes losing his thought or if, upon questioning by the interviewer, the person indicates that this was the reason for pausing. Requires count of number of occasions).

### 11. INCREASED LATENCY OF RESPONSE
The patient takes a longer time to reply to questions than is usually considered normal. He may seem "distant" and sometimes the examiner may wonder if he has even heard the question. Prompting usually indicates the patient is aware of the question, but has been having difficulty in formulating his thoughts in order to make an appropriate reply.

### 12. GLOBAL RATING
Since the core features of alogia are poverty of speech and poverty of conten
t, the global rating should place particular emphasis on them.

6077IL/0012/A68001

27

CONFIDENTIAL
AZ/SER 0051442

C26

*SANS (3)*

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
|---|---|---|
| | Subject Number : | Form I.D. : 453 |
| | Subject I.D. : | |

## 8. POVERTY OF SPEECH

- [ ] 1 **No poverty of speech; a substantial and appropriate number of replies to questions include additional information**
- [ ] 2 **Mild; occasional replies do not include elaborated information even though this is appropriate**
- [ ] 3 **Moderate; some replies do not include appropriately elaborated information and many replies are monosyllabic or very brief ("yes", "no", "maybe", "I don't know", "last week")**
- [ ] 4 **Marked; answers are rarely more than a few words in length**
- [ ] 5 **Severe; patient says little and occasionally fails to answer questions**

## 9. POVERTY OF CONTENT OF SPEECH

- [ ] 1 **No poverty of content**
- [ ] 2 **Mild; occasional replies are too vague to be comprehensible or can be markedly condensed**
- [ ] 3 **Moderate; frequent replies which are vague or can be markedly condensed to make up at least a quarter of the interview**
- [ ] 4 **Marked; at least half the patient's speech is composed of vague or incomprehensible replies**
- [ ] 5 **Severe; nearly all speech is vague, incomprehensible or can be markedly condensed**

## 10. BLOCKING (Rating based primarily on verbal report)

- [ ] 1 **No blocking**
- [ ] 2 **Mild; a single instance noted during a 15 minute period**
- [ ] 3 **Moderate; occurs twice during 15 minutes**
- [ ] 4 **Marked; occurs 3 times during 15 minutes**
- [ ] 5 **Severe; occurs more than 3 times**

## 11. INCREASED LATENCY OF RESPONSE

- [ ] 1 **Not at all**
- [ ] 2 **Mild; occasional brief pauses before replying**
- [ ] 3 **Moderate; significant increase in latency of response**
- [ ] 4 **Marked; marked increase in latency of response**
- [ ] 5 **Severe; long pauses prior to nearly all replies**

## 12. GLOBAL RATING

- [ ] 1 **No alogia**
- [ ] 2 **Mild; mild but definite impoverishment of thinking**
- [ ] 3 **Moderate; significant evidence for impoverished thinking**
- [ ] 4 **Marked; patient's thinking seems impoverished much of the time**
- [ ] 5 **Severe; patient's thinking seems impoverished nearly all of the time**

001

CONFIDENTIAL
AZ/SER 0051443

60

related to SEROQUEL, the other in a woman aged 38 which was considered by the investigator to be probably related to SEROQUEL.

There were also four adverse events of leucopenia and three of hypothyroidism. These are discussed further in Sections 5.5.1 and 5.5.2.

These results suggest that SEROQUEL 450 mg (bid) and SEROQUEL 450 mg (tid) were associated with more somnolence, dry mouth and dizziness than SEROQUEL 50 mg (bid). The adverse event profile of SEROQUEL 450 mg (bid) was similar to that of SEROQUEL 450 mg (tid).

### 5.3.2    Adverse events leading to death

*Summary table:*                         *adverse events that resulted in death; T14.3*

There were two deaths during the study, both of which occurred in the SEROQUEL 50 mg (bid) group.  Details of these deaths are given below:

**Patient 023/02303         SEROQUEL 50 mg (bid)                    Death: suicide**

This 47-year-old, Caucasian woman with subchronic, catatonic schizophrenia committed suicide by drowning on Day 11, whilst receiving SEROQUEL 50 mg/day administered on a twice-daily basis.  Concurrent medication at entry included lormetazepam 2 mg/day orally for sleeplessness and alprazolam 1.5 mg/day orally for anxiety, which were continued up to Day 8. On Day 10 she announced to both her colleagues and family her intention to take her life, and she drowned in a canal on Day 11.  A police search was mounted and she was found dead in the canal one day later.  A post-mortem examination was carried out and confirmed death by drowning.  The patient had a history of suicidal ideation and had had one previous suicide attempt approximately 3 years previously.  The suicide was judged by the investigator to be probably not related to SEROQUEL.

**Patient 091/09103         SEROQUEL 50 mg (bid)            Death: cerebral atherosclerosis**

This 56-year-old, Caucasian man with chronic, undifferentiated schizophrenia received SEROQUEL 50 mg/day administered on a twice-daily basis.  He was receiving no concurrent medication at entry and his past medical history was unremarkable.  He developed left hemiparesis and somnolence before the first dose of study medication on Day 6 and was immediately withdrawn from the study.  A cranial CT (computerised tomography) scan was performed and showed multiple ischaemic lesions.  Thirteen days later, the patient became unconscious; he was transferred to the neurological department and another cranial CT scan was performed.  This showed the appearance of a new hypodensity.  The patient's condition worsened and he died 18 days after withdrawal from the study.  Post-mortem examination revealed a new thrombus in the basilar artery, severe cerebral atherosclerosis, and multiple new encephalomalacia (softenings of the brain) predominantly in the right cerebral hemisphere, which were considered by the investigator to be the cause of death.  The hemiparesis and somnolence were considered by the investigator to be probably not related to SEROQUEL.

CONFIDENTIAL
AZ/SER 0050562

C27

### AVOLITION - APATHY

Avolition manifests itself as a characteristic lack of energy, drive and interest. Patients are unable to mobilise themselves to initiate or persist in completing many different kinds of tasks. Unlike the diminished energy or interest of depression, the avolitional symptom complex in schizophrenia is usually not accompanied by saddened or depressive affect. The avolitional symptom complex often leads to severe social and economic impairment.

---

**13. GROOMING AND HYGIENE**
The patient displays less attention to grooming and hygiene than normal. Clothing may appear sloppy, outdated or soiled. Patient may bathe infrequently and not care for hair, nails or teeth leading to such manifestations as greasy or uncombed hair, dirty hands, body odour or unclean teeth and bad breath. Overall, the appearance is dilapidated and dishevelled. In extreme cases, the subject may even have poor toilet habits.

---

**14. IMPERSISTENCE AT WORK OR SCHOOL**
The patient has had difficulty in seeking or maintaining employment (or schoolwork) as appropriate for his/her age and sex. If a student he/she does not do homework and may even fail to attend class. Grades will tend to reflect this. If a college student, there may be a pattern of registering for courses but having to drop several or all of them before the semester is completed. If of working age, the patient may have found it difficult to work at a job because of inability to persist in completing tasks and apparent irresponsibility. He may go to work irregularly, wander away early, fail to complete expected assignments or complete them in a disorganised manner. He may simply sit around the house and not seek any employment or seek it only in an infrequent and desultory manner. If a housewife or retired person, the patient may fail to complete chores, such as shopping or cleaning or complete them in an apparently careless and half-hearted way.

---

**15. PHYSICAL ANERGIA**
The patient tends to be physically inert. He may sit on a chair for hours at a time and not initiate any spontaneous activity. If encouraged to become involved in an activity, he may participate only briefly and then wander away or disengage himself and return to sitting alone. He may spend large amounts of time in some relatively mindless and physically inactive task such as watching TV or playing solitaire. His family may report that he spends most of his time at home "doing nothing except sitting around". Either at home or in an in-patient setting, he may spend much of his time sitting in his room.

---

**16. GLOBAL RATING**
The global rating should reflect the overall severity of the avolition symptoms, given exceptional norms for the patient's age and social status or origin. In making the global rating, strong weight may be given to only one or two prominent symptoms if they are particularly striking.

SOTTAL/0012/463001

29

CONFIDENTIAL
AZ/SER 0051444

C28

**SANS (4)**

| Trial Number :   5077IL / 0012 | Centre Number : | Visit Number : |
| --- | --- | --- |
| | Subject Number : | Form I.D. :      453 |
| | Subject I.D. : | |

**13. GROOMING AND HYGIENE**

- [ ] 1  No evidence of poor grooming and hygiene
- [ ] 2  Mild; some slight but definite indication of inattention to appearance
- [ ] 3  Moderate; appearance is somewhat dishevelled
- [ ] 4  Marked; appearance is significantly dishevelled
- [ ] 5  Severe; appearance is extremely dishevelled

**14. IMPERSISTENCE AT WORK OR SCHOOL (Rating based primarily on verbal report)**

- [ ] 1  No evidence of impersistence at work or school
- [ ] 2  Mild; slight indication of impersistence
- [ ] 3  Moderate; definite indication of impersistence
- [ ] 4  Marked; significant indications of impersistence
- [ ] 5  Severe; patient consistently fails to maintain a record at work or in school
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness or marked evasiveness / guardedness; or not assessed

**15. PHYSICAL ANERGIA  (Rating based primarily on verbal report)**

- [ ] 1  No evidence of physical anergia
- [ ] 2  Mild anergia
- [ ] 3  Moderate anergia
- [ ] 4  Marked anergia
- [ ] 5  Severe anergia
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness / guardedness; or not assessed

**16. GLOBAL RATING**

- [ ] 1  No avolition
- [ ] 2  Mild, but definitely present
- [ ] 3  Moderate avolition
- [ ] 4  Marked avolition
- [ ] 5  Severe avolition
- [ ] 9  Cannot be assessed

001

30

CONFIDENTIAL
AZ/SER 0051445

C29

## ANHEDONIA - ASOCIALITY

This symptom complex encompasses the schizophrenic patient's difficulties in experiencing interest or pleasure. It may express itself as a loss of interest in pleasurable activities, an inability to experience pleasure when participating in activities normally considered pleasurable or lack of involvement in social relationships of various kinds.

### 17. RECREATIONAL INTERESTS AND ACTIVITIES

The patient may have few or no interests, activities or hobbies. Although this symptom may begin insidiously or slowly, there will usually be some obvious decline from an earlier level of interest and activity. Patients with relatively milder loss of interest will engage in some activities which are passive or non-demanding, such as watching TV or will show only occasional or sporadic interest. Patients with the most extreme loss will appear to have a complete and intractable inability to become involved in or enjoy activities. The rating in this area should take both the quality and quantity of recreational interests into account.

### 18. SEXUAL INTEREST AND ACTIVITY

The patient may show a decrement in sexual interest and activity as judged by what would be normal for the patient's age and marital status. Individuals who are married may manifest disinterest in sex or may engage in intercourse only at the partner's request. In extreme cases, the patient may not engage in sex at all. Single patients may go for long periods without sexual involvement and make no effort to satisfy this drive. Whether married or single, they may report that they subjectively feel only minimal sex drive or that they take little enjoyment in sexual intercourse or in masturbatory activity even when they engage in it.

### 19. ABILITY TO FEEL INTIMACY AND CLOSENESS

The patient may display an inability to form close and intimate relationships of a type appropriate for his age, sex, and family status. In the case of a younger person, this area should be rated in terms of relationships with the opposite sex and with parents and siblings. In the case of an older person who is married, the relationship with spouse and with children should be evaluated while older unmarried individuals should be judged in terms of relationships with the opposite sex and any family members who live nearby. Patient may display few or no feelings of affection to available family members. They may have arranged their lives so that they are completely isolated from any intimate relationships, living alone and making no effort to initiate contacts with family or members of the opposite sex.

### 20. RELATIONSHIPS WITH FRIENDS AND PEERS

Patients may also be relatively restricted in their relationships with friends and peers of either sex. They may have few or no friends, make little or no effort to develop such relationships and choose to spend all or most of their time alone.

### 21. GLOBAL RATING OF ANHEDONIA - ASOCIALITY

The global rating should reflect the overall severity of anhedonia - asociality complex, taking into account the norms appropriate for the patient's age, sex and family status.

8077NL/0012/483001

31

CONFIDENTIAL
AZ/SER 0051446

C30

| Trial Number : 5077IL / 0012 | Centre Number : | *SANS (5)* |
|---|---|---|
| | Subject Number : | Visit Number : |
| | Subject I.D. : | Form I.D. : 453 |

**17. RECREATIONAL INTERESTS AND ACTIVITIES** (Rating based primarily on verbal report)

- [ ] 1  No inability to enjoy recreational interests or activities
- [ ] 2  Mild inability to enjoy recreational activities
- [ ] 3  Moderate inability to enjoy recreational activities
- [ ] 4  Marked inability to enjoy recreational activities
- [ ] 5  Severe inability to enjoy recreational activities
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness / guardedness; or not assessed

**18. SEXUAL INTEREST AND ACTIVITY** (Rating based primarily on verbal report)

- [ ] 1  No inability to enjoy sexual activities
- [ ] 2  Mild but definite loss of ability to enjoy sex
- [ ] 3  Moderate loss of ability to enjoy sex
- [ ] 4  Marked loss of ability to enjoy sex
- [ ] 5  Severe loss of ability to enjoy sex
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness / guardedness; or not assessed

**19. ABILITY TO FEEL INTIMACY AND CLOSENESS** (Rating based primarily on verbal report)

- [ ] 1  No inability to feel itimacy and closeness
- [ ] 2  Mild but definite inability to feel intimacy and closeness
- [ ] 3  Moderate inability to feel intimacy and closeness
- [ ] 4  Marked inability to feel intimacy and closeness
- [ ] 5  Severe inability to feel intimacy and closeness
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness / guardedness; or not assessed

**20. RELATIONSHIPS WITH FRIENDS AND PEERS** (Rating based primarily on verbal report)

- [ ] 1  No inability to form friendships
- [ ] 2  Mild but definite inability to form friendships
- [ ] 3  Moderate inability to form friendships
- [ ] 4  Marked inability to form friendships
- [ ] 5  Severe inability to form friendships
- [ ] 9  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness or marked evasiveness / guardedness; or not assessed

**21. GLOBAL RATING OF ANHEDONIA - ASOCIALITY** (Rating based primarily on verbal report)

- [ ] 1  No evidence of anhedonia - asociality
- [ ] 2  Mild but definite evidence of anhedonia - asociality
- [ ] 3  Moderate evidence of anhedonia - asociality
- [ ] 4  Marked evidence of anhedonia - asociality
- [ ] 5  Severe evidence of anhedonia - asociality
- [ ] 9  Cannot be assessed

CONFIDENTIAL
AZ/SER 0051447

C31

### ATTENTION

Attention is often poor in schizophrenics. The patient may have trouble focusing his attention, or he may only be able to focus sporadically and erratically. He may ignore attempts to converse with him, wander away while in the middle of an activity or task, or appear to be inattentive when engaged in formal testing or interviewing. He may or may not be aware of his difficulty in focusing his attention.

### 22. SOCIAL INATTENTIVENESS

During this interview, the patient appears inattentive. He looks away during conversations, does not pick up the topic during a discussion, or appears uninvolved or unengaged. He may abruptly terminate a discussion or a task without any apparent reason. He may seem "spacey" or "out of it".

### 23. INATTENTIVENESS DURING MENTAL STATUS TESTING

The patient may perform poorly on simple tests of intellectual functioning in spite of adequate education and intellectual ability. This should be assessed by having the patient spell "world" backwards and by serial 7's (at least a tenth grade education - age 16) or serial 3's (at least a sixth grade education - age 11) for a series of 5 subtractions. A perfect score is 10.

### 24. GLOBAL RATING OF ATTENTION

This rating should assess the patient's overall ability to attend or concentrate; include both clinical appearance and performance on tasks.

6077/0012/463001

CONFIDENTIAL
AZ/SER 0051448

C32

| Trial Number : | 5077IL / 0012 | | Centre Number : | | **SANS (6)** |
|---|---|---|---|---|---|
| | | | Subject Number : | Visit Number : | |
| | | | Subject I.D. : | Form I.D. : | 453 |

**22. SOCIAL INATTENTIVENESS**

- [ ] 1 No indication of Inattentiveness
- [ ] 2 Mild but definite signs of Inattentiveness
- [ ] 3 Moderate signs of Inattentiveness
- [ ] 4 Marked signs of Inattentiveness
- [ ] 5 Severe signs of Inattentiveness
- [ ] 9 Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness / guardedness; or not assessed

**23. INATTENTIVENESS DURING MENTAL STATUS TESTING** (Rating based primarily on verbal report)

- [ ] 1 No errors
- [ ] 2 Mild but definite (one error)
- [ ] 3 Moderate (two errors)
- [ ] 4 Marked (three errors)
- [ ] 5 Severe (more than three errors)

**24. GLOBAL RATING**

- [ ] 1 No indication of inattentiveness
- [ ] 2 Mild but definite inattentiveness
- [ ] 3 Moderate inattentiveness
- [ ] 4 Marked inattentiveness
- [ ] 5 Severe inattentiveness

**TOTAL SCORE** [ \_\_\_ ]

001

34

CONFIDENTIAL
AZ/SER 0051449

C33

### EXAMINATION PROCEDURE FOR AIMS

Either before or after completing the Examination Procedure observe the subject unobtrusively, at rest (e.g. in waiting room)

The chair to be used in this examination should be a hard, firm one without arms.

1.  Ask subject to remove shoes and socks.

2.  Ask subject whether there is anything in his/her mouth. (i.e. gum, candy etc.) and if there is, to remove it.

3.  Ask subject about the current condition of his/her teeth. Ask subject if he/she wears dentures. Do teeth or dentures bother subject now?

4.  Ask subject whether he/she notices any movements in mouth, face, hands or feet. If yes, ask to describe and to what extent they currently bother or interfere with his/her activities.

5.  Have subject sit in chair with hands on knees, legs slightly apart, and feet flat on floor. (Look at entire body for movements while in this position.)

6.  Ask subject to sit with hands hanging unsupported. If male, between legs, if female and wearing a dress, hanging over knees. (Observe hands and other body areas.)

7.  Ask subject to open mouth. (Observe tongue at rest within mouth.). Do this twice.

8.  Ask subject to protrude tongue. (Observe abnormalities of tongue movement.) Do this twice.

9.  Ask subject to tap thumb, with each finger, as rapidly as possible for 10 - 15 seconds: separately with right hand, then with left hand. (Observe facial and leg movements.)

10.  Flex and extend subject's left and right arms (one at a time). (Note any rigidity.)

11.  Ask subject to stand up. (Observe in profile. Observe all body areas again, hips included.)

12.  Ask subject to extend both arms outstretched in front with palms down. (Observe trunk, legs and mouth.)

13.  Have subject walk a few paces, turn, and walk back to chair. (Observe hands and gait.) Do this twice.

8077NJ/0012/034/001

35

CONFIDENTIAL
AZ/SER 0051450

C34

| Trial Number :   5077IL / 0012 | Centre Number : | AIMS (I) |
|---|---|---|
| | Subject Number : | Visit Number : |
| | Subject I.D. : | Form I.D. :   534 |

Date of assessment :  |   ,   | 1 , 9 , 9 , |
D    M    Y

### ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)

INSTRUCTIONS :  Complete examination procedure before making ratings.  When rating movements, rate highest severity observed and rate movements that occur upon activation one less than those observed spontaneously.

*(Tick one box only for each assessment)*

**FACIAL AND ORAL MOVEMENTS**

MUSCLES OF FACIAL EXPRESSION e.g. movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing

- ☐ 0   None
- ☐ 1   Minimal (may be extreme normal)
- ☐ 2   Mild
- ☐ 3   Moderate
- ☐ 4   Severe

LIPS AND PERIORAL AREA e.g. puckering, pouting, smacking

- ☐ 0   None
- ☐ 1   Minimal (may be extreme normal)
- ☐ 2   Mild
- ☐ 3   Moderate
- ☐ 4   Severe

JAW e.g. biting, clenching, chewing, mouth opening, lateral movement

- ☐ 0   None
- ☐ 1   Minimal (may be extreme normal)
- ☐ 2   Mild
- ☐ 3   Moderate
- ☐ 4   Severe

TONGUE Rate only increase in movement both in and out of mouth, not inability to sustain movement

- ☐ 0   None
- ☐ 1   Minimal (may be extreme normal)
- ☐ 2   Mild
- ☐ 3   Moderate
- ☐ 4   Severe

001

36

CONFIDENTIAL
AZ/SER 0051451