C35

**AIMS (II)**

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. : 534 |
| | Subject I.D. : | |

**EXTREMITY MOVEMENTS**

UPPER (ARMS, WRISTS, HANDS, FINGERS) Include choreic movements (i.e. rapid, objectively purposeless, irregular, spontaneous) athetoid movements (i.e. slow irregular, complex, serpentine). Do not include tremor (i.e. repetitive, regular rhythmic).

- [ ] 0 None
- [ ] 1 Minimal (may be extreme normal)
- [ ] 2 Mild
- [ ] 3 Moderate
- [ ] 4 Severe

LOWER (LEGS, KNEES, ANKLES, TOES) e.g. lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot

- [ ] 0 None
- [ ] 1 Minimal (may be extreme normal)
- [ ] 2 Mild
- [ ] 3 Moderate
- [ ] 4 Severe

**TRUNK MOVEMENTS**

NECK, SHOULDERS, HIP e.g. rocking, twisting, squirming, pelvic gyrations

- [ ] 0 None
- [ ] 1 Minimal (may be extreme normal)
- [ ] 2 Mild
- [ ] 3 Moderate
- [ ] 4 Severe

**GLOBAL JUDGEMENTS**

SEVERITY OF ABNORMAL MOVEMENTS

- [ ] 0 None / Normal
- [ ] 1 Minimal
- [ ] 2 Mild
- [ ] 3 Moderate
- [ ] 4 Severe

001

CONFIDENTIAL
AZ/SER 0051452

C36

AIMS(III)

| Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
| | Subject Number : | Form I.D. : 634 |
| | Subject I.D. : | |

**GLOBAL JUDGEMENTS (continued)**

INCAPACITATION DUE TO ABNORMAL MOVEMENTS

- [ ] 0  None / Normal
- [ ] 1  Minimal
- [ ] 2  Mild
- [ ] 3  Moderate
- [ ] 4  Severe

11

SUBJECT'S AWARENESS OF ABNORMAL MOVEMENTS Rate only subject's report

- [ ] 0  No awareness
- [ ] 1  Aware, no distress
- [ ] 2  Aware, mild distress
- [ ] 3  Aware, moderate distress
- [ ] 4  Aware, severe distress

12

**TOTAL SCORE** [ __ __ ]

**DENTAL STATUS**

|  | Yes | No |
| Any current problems with teeth and/or dentures? | [ ] | [ ] |
| Does subject usually wear dentures? | [ ] Y | [ ] N |

001

38

### 5.3.3 Adverse events leading to withdrawal

*Summary table:*          *withdrawals due to adverse events; T14.4*

Twenty-six patients were withdrawn from the study due to adverse events; 12 in the SEROQUEL 450 mg (bid) group, seven in the SEROQUEL 450 mg (tid) group and seven in the SEROQUEL 50 mg (bid) group. One of these patients, Patient 022/02202 in the SEROQUEL 450 mg (tid) group, was withdrawn on Day 14 because of adverse events (anxiety and hyperventilation) which actually began 9 days before entry to the study. Because the onset of the events was before study treatment, they are not included in Table 16 nor in the summary tables of adverse events (tables prefixed T in this report).

All adverse events that led to withdrawal are summarised in Table 18.

**TABLE 18 Adverse events leading to withdrawal**

| Centre/ patient | Adverse event (COSTART preferred term) | Study day of onset (Segment B) | Study day of withdrawal (Segment B) |
|---|---|---|---|
| **SEROQUEL 450 mg (bid)** | | | |
| 001/00104 | CNS neoplasia | 5 | 5 |
| 001/00118 | Increased SGOT/SGPT/alkaline phosphatase | 7 | 14 |
| 005/00506 | Somnolence | 2 | 23 |
| 007/00708 | Abdomen enlarged/weight gain/somnolence | 9 | 10 |
| 023/02304 | Hypotension | 1 | 1 |
| 027/02704 | Somnolence | 3 | 4 |
| 029/02909 | Increased gamma-GT/SGOT/SGPT/alkaline phosphatase | 22 | 25 |
| 035/03506 | Leucopenia | 20 | 24 |
| 037/03701 | Depression | 14 | 16 |
| 044/04404 | Leucopenia | 24 | 26 |
| 078/07808 | Tachycardia | 9 | 13 |
| 087/08704 | Depression | 13 | 15 |
| **SEROQUEL 450 mg (tid)** | | | |
| 002/00202 | Hypotension | 2 | 2 |
| 017/01703 | Hypotension/tachycardia | 7 | 7 |
| 022/02202 | Anxiety/hyperventilation | -9 | 14 |
| 030/03003 | Agitation/hostility | 4 | 4 |
| 065/06508 | Syncope | 3 | 3 |
| 070/07006 | Somnolence | 1 | 1 |
| 086/08603 | Increased SGPT | 23 | 36 |

CNS = central nervous system      (continued)

CONFIDENTIAL
AZ/SER 0050563

C37

**SIMPSON SCALE (I)**

**1. GAIT**

The patient is examined as he walks into the examining room - his gait, the swing of his arms, his general posture, all form the basis for an overall score for this item.

**2. ARM DROPPING**

The patient and the examiner both raise their arms to shoulder height and let them fall to their sides. In a normal subject, a stout slap is heard as their arms hit their sides. In the patient with extreme Parkinson's syndrome, the arms fall very slowly.

**3. SHOULDER SHAKING**

The patient's arms are bent at a right angle at the elbow and are taken one at a time by the examiner who grasps one hand and also clasps the other around the patient's elbow. The patient's upper arm is pushed to and fro and the humerus is externally rotated. The degree of resistance from normal to extreme rigidity is scored as detailed. The procedure is repeated with one hand palpating the shoulder cuff while rotation takes place.

**4. ELBOW RIGIDITY**

The elbow joints are separately bent at right angles and passively extended and flexed, with the patient's biceps observed and simultaneously palpated. The resistance to this procedure is rated.

**5. WRIST RIGIDITY**

The wrist is held in one hand and the fingers held by the examiner's other hand, with the wrist moved to extension, flexion and ulnar and radial deviation, or the extended wrist is allowed to fall under its own weight, or the arm can be grasped above the wrist and shaken to and fro. A score of "1" would be a hand that extends easily, falls loosely, or flaps easily upwards and downwards.

CONFIDENTIAL
AZ/SER 0051454

C38

**SIMPSON SCALE (I)**

| Trial Number: 5077IL / 0012 | Centre Number: | Visit Number: |
| --- | --- | --- |
| | Subject Number: | Form I.D. 693 |
| | Subject I.D.: | |

Date of assessment  | | | 1 9 9 |
D M Y

The examination should be conducted in a room where the patient can walk a sufficient distance to allow him/her to get into a natural rhythm, e.g. 15 paces. Each side of the body should be examined; if one side shows more pronounced pathology than the other, record more severe pathology.

Cogwheel rigidity may be palpated when the examination is carried out for items 3, 4, 5 and 6. It is not rated separately and is merely another way to detect rigidity. It would indicate that a minimum score of 2 would be mandatory.

*Tick one box only for each assessment*

**1. GAIT**
- 1 Normal
- 2 Mild diminution in swing while the patient is walking
- 3 Obvious diminution in swing suggesting shoulder rigidity
- 4 Stiff gait with little or no arm swing noticeable
- 5 Rigid gait with arms slightly pronated; or stooped-shuffling gait with propulsion and repropulsion
- 9 Not ratable

**2. ARM DROPPING**
- 1 Normal, free fall with loud slap and rebound
- 2 Fall slowed slightly with less audible contact and little rebound
- 3 Fall slowed, no rebound
- 4 Marked slowing, no slap at all
- 5 Arms fall as though against resistance; as though through glue
- 9 Not ratable

**3. SHOULDER SHAKING**
- 1 Normal
- 2 Slight stiffness and resistance
- 3 Moderate stiffness and resistance
- 4 Marked rigidity with difficulty in passive movement
- 5 Extreme stiffness and rigidity with almost a frozen joint
- 9 Not ratable

**4. ELBOW RIGIDITY**
- 1 Normal
- 2 Slight stiffness and resistance
- 3 Moderate stiffness and resistance
- 4 Marked rigidity with difficulty in passive movement
- 5 Extreme stiffness and rigidity with almost a frozen joint
- 9 Not ratable

**5. WRIST RIGIDITY**
- 1 Normal
- 2 Slight stiffness and resistance
- 3 Moderate stiffness and resistance
- 4 Marked rigidity with difficulty in passive movement
- 5 Extreme stiffness and rigidity with almost a frozen joint
- 9 Not ratable

CONFIDENTIAL
AZ/SER 0051455

C39

### SIMPSON SCALE (II)

**6. HEAD ROTATION**

The patient sits or stands and is told that you are going to move his head from side to side, that it will not hurt and that he should try and relax. (Questions about pain in the cervical area or difficulty in moving his head should be obtained to avoid causing any pain.) Clasp the patient's head between the two hands with the fingers on the back of the neck. Gently rotate the head in a circular motion 3 times and evaluate the muscular resistance to this movement.

**7. GLABELLAR TAP**

Patient is told to open eyes wide and not to blink. The glabellar region is tapped at a steady rapid speed. Note number of times patient blinks in succession. Take care to stand behind the patient so that he does not observe the movement of the tapping finger. A full blink need not be observed; there may be contraction of the infraorbital muscle producing a twitch each time a stimulus is delivered. Vary speed of tapping to assure that muscle contraction is related to the tap.

**8. TREMOR**

Patient is observed walking into examining room and is then re-examined for this item with arms extended at right angles to the body and the fingers spread out as far as possible.

**9. SALIVATION**

Patient is observed while talking and then asked to open his mouth and elevate his tongue.

**10. AKATHISIA**

Patient is observed for restlessness. If restlessness is noted, ask: "Do you feel restless or jittery inside; is it difficult to sit still?" Subjective response is not necessary for scoring but patient report can help make the assessment.

5077IL/0014/593001

41

CONFIDENTIAL
AZ/SER 0051456

C40

**SIMPSON SCALE (II)**

| :Trial Number : 5077IL / 0012 | Centre Number : | Visit Number : |
| --- | --- | --- |
| | Subject Number : | Form I.D. : 693 |
| | Subject I.D. : | |

**6. HEAD ROTATION**
1. Loose, no resistance
2. Slight resistance to movement although the time to rotate may be normal
3. Resistance is apparent and the time of rotation is shortened
4. Resistance is obvious and rotation is slowed
5. Head appears stiff and rotation is difficult to carry out
9. Not ratable

**7. GLABELLAR TAP**
1. 0 - 5 blinks
2. 6 - 10 blinks
3. 11 - 15 blinks
4. 16 - 20 blinks
5. 21 or more blinks
9. Not ratable

**8. TREMOR**
1. Normal
2. Mild finger tremor, obvious to sight and touch
3. Tremor of hand or arm occurring spasmodically
4. Persistent tremor of one or more limbs
5. Whole body tremor
9. Not ratable

**9. SALIVATION**
1. Normal
2. Excess salivation so that pooling takes place if mouth is open and tongue raised
3. Excess salivation is present and might occasionally result in difficulty in speaking
4. Speaking with difficulty because of excess salivation
5. Frank drooling
9. Not ratable

**10. AKATHISIA**
1. No restlessness reported or observed
2. Mild restlessness observed, e.g. occasional jiggling of the foot occurs when patient is seated
3. Moderate restlessness observed, e.g. on several occasions, jiggles foot, crosses and uncrosses legs, or twists a part of the body
4. Restlessness is frequently observed, e.g. the foot or leg moving most of the time
5. Restlessness persistently observed, e.g. patient cannot sit still, may get up and walk
9. Not ratable

**TOTAL SCORE**

001

42

CONFIDENTIAL
AZ/SER 0051457

C41

**SELECTION CRITERIA**

| Trial Number: 5077IL / 0012 | Centre Number: | Visit Number: |
| | Subject Number: | Form I.D.: 190 |
| | Subject I.D.: | |

Date: [ , , 1,9,9, ]
D M Y

**INCLUSION**    Yes  No

a. Male and female subjects aged 18 to 65 years. ☐ ■

b. Satisfaction of the DSM-III-R diagnostic criteria for one of the following schizophrenic disorders:

   **Sub-chronic or chronic schizophrenia with acute exacerbation**

   Catatonic type           295.23 or .24
   Disorganised type        295.13 or .14
   Paranoid type            295.33 or .34
   Undifferentiated type    295.93 or .94    ☐ ■

   This will not include concurrent Axis I DSM-III-R diagnoses such as the following:

   Subjects with alcohol or psychoactive substance dependence not in full remission
   Subjects with concomitant organic mental disorder
   Subjects with mental retardation

c. Score ≥4 (moderate) on the Clinical Global Impression (CGI) Severity assessment. ☐ ■

d. Score ≥27 on the Brief Psychiatric Rating Scale (BPRS). ☐ ■

e. Score ≥3 (moderate) on two or more of the following items of the BPRS:
   Item 4 Conceptual disorganisation
   Item 11 Suspiciousness
   Item 12 Hallucinatory behaviour
   Item 15 Unusual thought content ☐ ■

f. No depot antipsychotic injection within one dosing interval prior to entry into Segment B. ☐ ■

g. Subjects for whom informed consent has been obtained. ☐ ■
   Y  N

**EXCLUSION**    Yes  No

a. Pregnant or lactating females. ■ ☐

b. Participation in an investigational drug trial within 4 weeks of Segment A. ■ ☐

c. Previous participaton in an investigational drug trial involving 'Seroquel' (previously known as ICI 204636). ■ ☐

d. Evidence of any significant clinical disorder or laboratory or ECG finding which in the opinion of the investigator makes the subject unsuitable for receiving an investigational new drug. ■ ☐

e. Total White Cell Count (WCC) less than the lower limit of the reference range of the laboratories used for haematological monitoring. ■ ☐

f. History of Clozapine - induced agranulocytosis. ■ ☐

g. Epilepsy or any other convulsive disorder. ■ ☐

h. Risk, in the investigator's opinion, of transmitting through the blood or other body fluids any infection including the agents responsible for AIDS, other sexually transmitted diseases or hepatitis. ■ ☐
   Y  N

**A TICK (✓) REGISTERED IN ANY OF THE SHADED BOXES SIGNIFIES THAT THE SUBJECT IS INELIGIBLE AND SHOULD BE EXCLUDED FROM ENTRY TO THE STUDY**

001

43

CONFIDENTIAL
AZ/SER 0051458

C42

| Trial Number: 5077IL / 0012 | Centre Number: | SUBJECT REGISTRATION |
|---|---|---|
| | Subject Number: | |
| | Subject I.D.: | |

**PLEASE DISPATCH THIS FORM TO ZENECA PHARMACEUTICALS (IN PRE-PAID ENVELOPE PROVIDED) IMMEDIATELY THE SUBJECT IS RANDOMISED**

Date of birth ☐☐ ☐☐ 1 9 ☐☐
               D    M       Y

Sex    Male ☐ M    Female ☐ F

Origin (tick one box)
- Caucasian ☐ 1
- Afro-Caribbean ☐ 2
- Asian ☐ 3
- Hispanic ☐ 4
- Oriental ☐ 5
- Mixed ☐ 6
- Other ☐ 7

Consent Received (tick one box)
- Written (including consent by proxy) ☐ W
- Verbal ☐ V

Date of Consent ☐☐ ☐☐ 1 9 9 ☐
                 D    M     Y

Hospital ID Number (optional) [_____]

44

CONFIDENTIAL
AZ/SER 0051459

C43

| Trial Number: 5077IL / 0012 | Centre Number: | SUBJECT SELECTION |
| --- | --- | --- |
| | Subject Number: | Visit Number: 02 |
| | Subject I.D.: | Form I.D.: 1094 |

**SUBJECT SELECTION**

Has the subject been assigned a randomised number?   Yes ☐  No ☐
                                                     Y    N

**ENSURE THAT THE SELECTION CRITERIA FORM IS FULLY COMPLETED**

SUBJECTS WHO FAIL TO FULFIL THE ENTRY CRITERIA AT PRE-TRIAL SCREEN WILL BE ISSUED WITH AN IDENTIFYING NUMBER BY THE ZENECA CRA

45

CONFIDENTIAL
AZ/SER 0051460

C44

**PRESCRIPTION RECORD (SEGMENT B)**

| Trial Number: 5077IL / 0012 | Centre Number: | Visit Number: 04 |
| --- | --- | --- |
|  | Subject Number: | Form I.D.: 1214 |
|  | Subject I.D.: |  |

| Day | Date | Nominal daily dose (mg) | | |
| --- | --- | --- | --- | --- |
| 1 | 1,9,9 | 0,5,0 | 0,1,1 | |
| 2 | 1,9,9 | 1,0,0 | 0,1,1 | |
| 3 | 1,9,9 | 2,0,0 | 0,1,1 | |
| 4 | 1,9,9 | 3,0,0 | 0,1,1 | |
| 5 | 1,9,9 | 3,5,0 | 0,1,1 | |
| 6 | 1,9,9 | 4,0,0 | 0,1,1 | |
| 7 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 8 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 9 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 10 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 11 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 12 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 13 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 14 | 1,9,9 | 4,5,0 | 0,1,1 | |

001

46

CONFIDENTIAL
AZ/SER 0051461

C45

**PRESCRIPTION RECORD (SEGMENT B)**

Trial Number: 5077IL / 0012
Centre Number:
Subject Number:
Subject I.D.:
Visit Number: 09
Form I.D.: 1214

| Day | Date | Nominal daily dose (mg) | | |
|---|---|---|---|---|
| 15 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 16 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 17 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 18 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 19 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 20 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 21 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 22 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 23 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 24 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 25 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 26 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 27 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 28 | 1,9,9 | 4,5,0 | 0,1,1 | |

47

CONFIDENTIAL
AZ/SER 0051462

C46

| | | | PRESCRIPTION RECORD (SEGMENT B) | |
|---|---|---|---|---|
| Trial Number: 5077IL / 0012 | | Centre Number: | Visit Number: | 06 |
| | | Subject Number: | Form I.D.: | 1214 |
| | | Subject I.D.: | | |

| Day | Date | Nominal daily dose (mg) | | |
|---|---|---|---|---|
| 29 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 30 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 31 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 32 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 33 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 34 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 35 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 36 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 37 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 38 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 39 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 40 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 41 | 1,9,9 | 4,5,0 | 0,1,1 | |
| 42 | 1,9,9 | 4,5,0 | 0,1,1 | |

48

CONFIDENTIAL
AZ/SER 0051463