Clinical Study Report
Study code: D1447C00127

**Table 62**     **Glucose regulation data, change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Glucose (mg/dL) | | | | | | | |
| N [a] | | 278 | 282 | 118 | 118 | 160 | 164 |
| Randomization | Mean(SD) | 93.57(18.459) | 92.79(21.370) | 93.83(19.225) | 92.90(15.385) | 93.38(17.932) | 92.71(24.846) |
| End of treatment | Mean(SD) | 99.68(57.054) | 93.08(19.577) | 99.82(35.500) | 93.52(19.106) | 99.57(68.874) | 92.76(19.962) |
| Change | Mean(SD) | 6.11(54.526) | 0.29(22.597) | 5.99(34.190) | 0.62(17.385) | 6.19(65.721) | 0.05(25.752) |
|  | Median | 1.00 | 0.00 | 3.50 | 0.00 | 0.50 | 1.00 |
|  | Min to Max | -84.00 to 776.00 | -121.00 to 87.00 | -84.00 to 287.00 | -52.00 to 75.00 | -81.00 to 776.00 | -121.00 to 87.00 |
| HbAlC (%) | | | | | | | |
| N [a] | | 278 | 280 | 121 | 116 | 157 | 164 |
| Randomization | Mean(SD) | 5.42(0.672) | 5.38(0.659) | 5.24(0.509) | 5.19(0.482) | 5.56(0.747) | 5.52(0.733) |
| End of treatment | Mean(SD) | 5.62(0.820) | 5.41(0.580) | 5.43(0.706) | 5.24(0.405) | 5.76(0.874) | 5.53(0.652) |
| Change | Mean(SD) | 0.20(0.515) | 0.03(0.401) | 0.19(0.375) | 0.04(0.363) | 0.20(0.603) | 0.01(0.426) |
|  | Median | 0.20 | 0.00 | 0.20 | 0.00 | 0.10 | 0.00 |
|  | Min to Max | -2.60 to 3.20 | -2.80 to 2.30 | -0.70 to 2.00 | -2.10 to 1.40 | -2.60 to 3.20 | -2.80 to 2.30 |
| Insulin (pmol/L) | | | | | | | |
| N [a] | | 248 | 255 | 106 | 103 | 142 | 152 |
| Randomization | Mean(SD) | 156.16(171.317) | 151.77(171.654) | 147.68(146.945) | 145.73(166.399) | 162.49(187.722) | 155.87(175.552) |
| End of treatment | Mean(SD) | 188.63(201.983) | 171.20(238.199) | 187.87(165.924) | 163.62(176.921) | 189.20(225.754) | 176.33(272.456) |

Clinical Study Report
Study code: D1447C00127

**Table 62    Glucose regulation data, change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
|  |  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | 32.48(181.691) | 19.42(256.848) | 40.19(192.725) | 17.89(204.534) | 26.72(173.468) | 20.46(287.592) |
|  | Median | 7.00 | 0.00 | 7.00 | 0.00 | 7.00 | 0.00 |
|  | Min to Max | -771.00 to 729.00 | -945.00 to 2125.00 | -771.00 to 660.00 | -945.00 to 1049.00 | -569.00 to 729.00 | -944.00 to 2125.00 |
| HOMA-R |  |  |  |  |  |  |  |
| N [a] |  | 246 | 248 | 105 | 101 | 141 | 147 |
| Randomization | Mean(SD) | 5.63(7.504) | 5.57(9.124) | 5.50(6.963) | 5.31(8.026) | 5.73(7.906) | 5.76(9.830) |
| End of treatment | Mean(SD) | 7.53(11.133) | 6.79(12.378) | 7.85(12.733) | 6.11(8.504) | 7.30(9.816) | 7.25(14.461) |
| Change | Mean(SD) | 1.91(10.749) | 1.21(14.039) | 2.35(13.567) | 0.80(10.179) | 1.57(8.074) | 1.49(16.195) |
|  | Median | 0.25 | 0.05 | 0.51 | 0.03 | 0.22 | 0.09 |
|  | Min to Max | -41.47 to 103.32 | -85.08 to 86.29 | -41.47 to 103.32 | -57.69 to 52.79 | -30.68 to 33.99 | -85.08 to 86.29 |
| QUICKI |  |  |  |  |  |  |  |
| N [a] |  | 246 | 248 | 105 | 101 | 141 | 147 |
| Randomization | Mean(SD) | 0.3218(0.0403) | 0.3251(0.0419) | 0.3236(0.0421) | 0.3250(0.0408) | 0.3204(0.0390) | 0.3252(0.0427) |
| End of treatment | Mean(SD) | 0.3147(0.0436) | 0.3209(0.0419) | 0.3126(0.0443) | 0.3204(0.0414) | 0.3163(0.0432) | 0.3213(0.0424) |
| Change | Mean(SD) | -0.0071(0.0413) | -0.0042(0.0407) | -0.0111(0.0436) | -0.0046(0.0381) | -0.0042(0.0394) | -0.0039(0.0424) |
|  | Median | -0.0045 | -0.0013 | -0.0062 | -0.0010 | -0.0020 | -0.0017 |
|  | Min to Max | -0.1477 to 0.1206 | -0.1582 to 0.1246 | -0.1477 to 0.0912 | -0.1582 to 0.0724 | -0.1421 to 0.1206 | -0.1091 to 0.1246 |

[a]  Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. HbAlC Hemoglobin Alc.
HOMA [insulin (uU/ml) x glucose (mmol/l)]/22.5. QUICKI 1/[log10(insulin n(uU/ml) + log10(glucose e(mg/dl))].
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080416.rtf  chem207.sas  10APR2007:14:26  luchen
Table corresponds to Table 11.3.8.4- 16.