**Document ID: i.m.ef7cf616d7186ac5efcbeaababe006bb**

**Printed on**   : Sunday, November 23, 2008 @ 2:54:49 AM GMT
**Printed by**   : Yommy Chiu
**Item count**   : 1 (0 Attachments)



SQ1ED01608498                                                                                             Printed using Cataphora C-Evidence

Coding values for **i.m.ef7cf616d7186ac5efcbeaababe006bb**

as of Sunday, November 23, 2008

**Status** : Bates Information, NATIVE to SQ1ED01608498|mergedTiffs/20080304C/Native/0288/SQ1ED01608498.MHT

|          |                                                       |
|---------:|-------------------------------------------------------|
| Id:      | i.m.ef7cf616d7186ac5efcbeaababe006bb                  |
| CN:      | SQ1ED01608498                                         |
| Date:    | Friday, March 18, 2005 8:00:00 AM GMT                 |
| From:    | Owen, Richard T                                       |
| To:      | Lowe, Matthew                                         |
| Cc:      | Leong, Ronald                                         |
| Subject: | RE: data on low dose quetiapine and metabolic disturbances |
| Custodians: | Leong, Ronald                                      |

From:
Owen, Richard T

Sent:
Friday, March 18, 2005  3:39 PM

To:
Lowe, Matthew

Cc:
Leong, Ronald

Subject:
RE: data on low dose quetiapine and metabolic disturbances

Dear Matthew

I don't believe we can state that metabolic disturbances are absent (or even minimal) at low doses. Even if we could, we know that the majority of schizophrenia and mania patients would not get substantial efficacy at doses <200mg/day.

Regards


Richard.


Dr Richard T.Owen

Global Medical Affairs Manager-Seroquel

Room S330 Alderley House

Alderley Park

MACCLESFIELD

Cheshire SK10 4TF

England.

e-mail: richard.owen@astrazeneca.com

tel: +44 (0) 1625 514740

fax: +44 (0)1625 515682

mobile: 07747-768531

-----Original Message-----

From:
Lowe, Matthew

Sent:
Thursday, 17 March, 2005 20:07

To:
Owen, Richard T

Cc:
Leong, Ronald

Subject:
RE: data on low dose quetiapine and metabolic disturbances


Hi Richard,


The query came from an academic clinician who commented that if there was not metabolic disturbances with low dose Seroquel, we could be onto something big. In NZ, there is a lot of Seroquel use at low doses (not necessarily in the elderly but also in the general population) for agitation with dementia, generalised anxiety and sleeplessness. Most physicians are using quite a bit of Seroquel in these situations and this particular individual was interested if any metabolic disturbances had been found at low doses.


Regards,


Matthew

-----Original Message-----

From:
Owen, Richard T

Sent:
Tuesday, 15 March 2005 11:04 p.m.

To:
Lowe, Matthew

Cc:
Leong, Ronald

Subject:
RE: data on low dose quetiapine and metabolic disturbances

Dear Matthew

I think it would be difficult to do a search on metabolic disturbances by dose. However the sort of population that would be likely to require doses of <200mg/day would be the elderly-whether suffering from schizophrenia, dementia, mania etc.  The evidence to date does not suggest any particular signal for metabolic disturbance in the elderly if one looks at studies such as those by Tariot et al (Clin Ther 2000; 22: 1068-1084), and the results of the STAR trial (see STAR FAQ on PKT)-in terms of blood glucose levels.

I've copied Ron Leong in Drug Safety who may be able to comment on any dose relationship (or lack of it) regarding Seroquel and metabolic disturbances.

I wondered if your query stemmed from a physician who thought he might be able to avoid metabolic disturbance by using a low dose, or did a patient on low dose Seroquel experience a metabolic disturbance?

Regards

Richard.

Dr Richard T.Owen

Global Medical Affairs Manager-Seroquel

Room S330 Alderley House

Alderley Park

MACCLESFIELD

Cheshire SK10 4TF

England.

e-mail: richard.owen@astrazeneca.com

tel: +44 (0) 1625 514740

fax: +44 (0)1625 515682

mobile: 07747-768531

-----Original Message-----

From:
Lowe, Matthew

Sent:
Monday, 14 March, 2005 23:03

To:
Owen, Richard T

Subject:
data on low dose quetiapine and metabolic disturbances

Hi Richard

Do we have any data available on the use of low dose quetiapine (doses < 200 mg/day) and metabolic disturbances?

Many thanks in advance.

Matthew