

**To Print:** Click your browser's PRINT button.
**NOTE:** To view the article with Web enhancements, go to:
http://www.medscape.com/viewarticle/466800

Original Article

# Rate of New-Onset Diabetes Among Patients Treated With Atypical or Conventional Antipsychotic Medications for Schizophrenia

Daniel A. Ollendorf, MPH; Amie T. Joyce, MPH; Malcolm Rucker, MS

Medscape General Medicine 6(1), 2004. © 2004 Medscape

Posted 01/20/2004

## Abstract and Introduction

### Abstract

**Context:** Understanding the association between use of antipsychotics and onset of diabetes.

**Objective:** To compare the rates of new-onset diabetes mellitus (DM) between patients treated for schizophrenia with atypical or conventional antipsychotics.

**Design:** Retrospective analysis of medical and pharmacy claims data.

**Setting:** 61 US health plans.

**Patients:** Patients with schizophrenia who were treated with atypical or conventional antipsychotics between September 1996 and June 2001 and were enrolled for 12 or more months before and 3 or more months after therapy initiation.

**Main Outcome Measures:** New-onset DM was defined based on 2 or more claims with a diabetes diagnosis or initiation of antidiabetic therapy during follow-up. Rates of DM were compared between patients receiving atypical and conventional antipsychotics, and among 4 subgroups of patients receiving atypical antipsychotics (olanzapine, clozapine, risperidone, quetiapine). Statistical analyses employed logistic regression and Cox proportional hazards models.

**Results:** Patients treated with atypical antipsychotics (N = 1826) were younger, had a lower rate of diagnosed hypertension, and longer duration of therapy than those receiving conventional antipsychotics (N = 617). The crude incidence of DM did not differ (2.46% vs 2.76% for atypical antipsychotics and conventional antipsychotics, $P$ = .525). In Cox proportional hazards models, patients treated with atypical antipsychotics had a statistically significant, moderately increased risk of DM relative to conventional antipsychotics (hazard ratio [HR] = 1.17, 95% confidence interval [CI] = 1.06, 1.30); no significant differences in risk were observed when atypical antipsychotic cohorts were compared. In logistic regression models, no significant differences in DM risk were observed.

**Conclusions**: Patients with schizophrenia treated with atypical antipsychotics had a moderately increased risk of DM relative to those treated with conventional antipsychotics, as measured by Cox proportional hazards models; such risk was not significantly different among patients treated with individual atypical medications.

## Introduction

Schizophrenia is a disabling condition characterized by profound disruption in cognition and emotion, affecting language, thought, perception, affect, and sense of self. The array of symptoms, while substantially varied among patients, frequently includes psychotic manifestations such as hallucinations and delusions.[1] Prior research has documented that in addition to psychiatric difficulties, patients with schizophrenia are also at greater risk than the general population of concurrent medical conditions such as vision and dental problems, high blood pressure, diabetes, and sexually transmitted diseases.[2,3]

Beginning in 1990, a new generation of antipsychotic medication was introduced. These "atypical" antipsychotic medications, in comparison with first-generation (or "conventional") antipsychotics, have been associated with improved efficacy in treating both positive and negative symptoms of schizophrenia, and have exhibited a superior safety profile in regard to adverse events such as extrapyramidal symptoms.[4,5] In the past decade, atypical antipsychotics such as risperidone, olanzapine, and quetiapine have become first-line treatment options for patients with schizophrenia.

Although atypical antipsychotics have greatly improved the treatment of schizophrenia, weight gain, increased serum prolactin levels, and QTc prolongation have been reported during treatment with some atypical antipsychotics.[6-9] More recently, the results of several case reviews and database studies have examined a potential association between atypical antipsychotic use and increased insulin resistance or risk of developing overt DM.[9-23] These studies have varied greatly, however, in their study populations, methods, results, magnitude of identified risk, and implication of specific atypical medications over others. For example, using logistic regression techniques, Gianfrancesco and colleagues[20] found DM risk for risperidone users to be similar to that among untreated subjects, while excess risk was observed among olanzapine, clozapine, and selected conventional drugs. In contrast, findings from survival-based research on 2 databases by Sowell and colleagues[19] indicated that risperidone and olanzapine had similar effects on DM risk; in fact, a significantly greater risk was attributed to risperidone in one of these analyses.

While all of these methodologic factors may contribute to discrepant findings, choice of methodology is an actionable variable that may have a significant effect on study conclusions. Although fixed follow-up techniques are widely accepted, the introduction of accrued person-time (ie, allowing all candidate populations to contribute observation times of varying duration) provides an alternative that may better reflect the nature of usual psychiatric practice for patients with schizophrenia in the United States. Specifically, antipsychotic therapy is often sporadic, and patients may be lost to follow-up for a variety of reasons (eg, changes in healthcare coverage, death, confinement, or imprisonment).

The present study examined the rate of new-onset DM in a large, geographically diverse, commercially insured population treated with atypical or conventional antipsychotics. We present findings using both fixed follow-up and accrued person-time techniques to examine the effects of choice of methodology on these results.

## Methods

### Data Source

Data were obtained from the PharMetrics Patient-Centric Database, which is composed of medical and pharmaceutical claims for approximately 36 million unique patients from 61 health plans across the United States. The database includes both inpatient and outpatient diagnoses (in ICD-9-CM format) and procedures (in CPT-4 and HCPCS formats), as well as both standard and mail order prescription records; available data on prescription records include the NDC code as well as days supplied and quantity dispensed. All medical and pharmaceutical claims include dates of service. Additional data elements include demographic variables (age, gender, geographic region), health plan type (eg, health maintenance organization [HMO], preferred provider organization [PPO]), payer type (eg, commercial, self-pay), provider specialty, and start and stop dates for plan enrollment.

Because all pertinent patient information in the database is encrypted and privacy-protected, no informed consent or approval by institutional review boards was required.[24]

### Sample Selection

The sample included patients with 1 or more medical claims with a listed diagnosis of schizophrenia (ICD-9-CM code 295.XX) as well as 1 or more paid pharmacy claims for an antipsychotic medication (generic product index

class code 2816080000) between September 30, 1996 and June 30, 2001. All medical and pharmacy claims were then compiled for these patients for the period September 30, 1995-September 30, 2001. The first observed antipsychotic pharmacy claim was deemed the "index date"; a pretreatment period of 12 months' duration was compiled in relation to this date. Patients with prescriptions for more than 1 antipsychotic on the same date were excluded from the sample (this constituted less than 1% of the candidates for inclusion in the study). All patients also were required to have a minimum of 3 months of follow-up; follow-up was allowed to vary, as techniques to account for right-censored data were employed in primary data analyses.

Patients were grouped by type of antipsychotic received on the index date -- atypical (ie, clozapine, risperidone, quetiapine, or olanzapine) or conventional (eg, haloperidol or fluphenazine) antipsychotics. A list of antipsychotics included can be found in Table 1. Ziprasidone, sertindole, and aripiprazole were not included in the atypical antipsychotic group, as they are newer atypical medications, and the timeframe used for this study did not allow for creation of sufficiently sized samples of patients receiving these medications. In addition, prochlorperazine was excluded from consideration as a conventional antipsychotic, as its use is primarily nonpsychiatric (eg, antiemesis). All patients who had evidence of use of an atypical or conventional antipsychotic in the 6 months prior to the index date were excluded from the study sample, as were those who had evidence of DM (based on medical claims or prescriptions for DM medications) throughout the entire 12-month pretreatment period. In addition, all members of health plan contributors to the PharMetrics database that "carve out" mental health services (6 of the 61 plans) were excluded from the sample because complete utilization data were not available for these patients. Finally, patients who were not continuously eligible for health and drug benefits throughout the pretreatment and follow-up periods were excluded.

A total of 1826 patients receiving atypical antipsychotics (n = 937, 690, 164, and 35 for olanzapine, risperidone, quetiapine, and clozapine, respectively) and 617 patients receiving conventional medications were selected for analysis.

**Measures**

The primary measure of interest in this analysis was the incidence of new-onset DM at any time during the year after initiation of antipsychotic therapy. Patients were deemed to have been diagnosed with DM if they had 1 or more paid pharmacy claims for an oral DM medication, insulin, or insulin syringes, or if they had 2 or more claims with a listed DM-related diagnosis (ICD-9-CM 250.XX, 362.01, 362.02), on or after the index date.

A variety of demographic and clinical characteristics also were examined for the study sample, including age, gender, health plan type (eg, HMO, PPO), geographic region (Northeast, Midwest, South, and West), calendar year of drug initiation, number of DM screening tests (CPT-4 codes 80048-80050, 80054, 80069, 81000-81005, 82947-82954), number of laboratory tests overall, and other psychiatric diagnoses (ie, other than schizophrenia) recorded in the pretreatment or follow-up periods (ie, bipolar disorder [ICD-9-CM 296.0-296.1, 296.4-296.9], and/or depression [296.2-296.3; 300.4]) as well as other medical diagnoses known to be risk factors or concomitant conditions with DM -- specifically, hypertension (ICD-9-CM 401.XX-405.XX), cardiovascular disease (ICD-9-CM 410.XX-414.XX, 420.XX-429.XX, 433.XX-436.XX, 437.0, 437.1, 440.XX-442.XX), obesity (278.0X), and impaired glucose tolerance (790.2). The total duration of therapy (calculated based on the period of time between the last fill and first fill dates for the index medication) also was calculated, as was the number of prescriptions for the index medication.

Measures were examined comparing the atypical and conventional antipsychotic cohorts on an overall basis as well as among the individual atypical antipsychotic cohorts (ie, risperidone, olanzapine, clozapine, and quetiapine).

**Analyses**

Primary analyses were conducted on an intent-to-treat basis; all patients with at least 1 prescription for an index medication of interest were therefore included in these analyses. Findings were presented as group means and percentages, along with appropriate measures of precision (ie, standard deviations, 95% confidence intervals).

Demographic and clinical characteristics of the study sample as well as the incidence of new-onset DM were reported for patients receiving atypical and conventional antipsychotics. Analyses were replicated for patients receiving atypical antipsychotics, and compared between the 4 cohorts available for analysis (olanzapine, risperidone, quetiapine, and clozapine). In all such analyses, comparisons of categorical variables were performed using an overall chi-square test or Fisher's Exact Test (ie, for cell sizes less than 5); comparisons of mean age were

performed using a t-test.

In addition to unadjusted comparisons, 2 modeling techniques were employed to compare the rate of new-onset DM between cohorts. In the overall cohorts, Cox proportional hazards models were employed to estimate DM rates in the setting of variable follow-up. In the subgroup of patients with 12 months of continuous enrollment subsequent to the index date, logistic regression techniques were used to examine DM rates. Explanatory variables in both base models included the demographic and clinical variables described above. Model specifications and HRs or odds ratios (ORs) (along with corresponding 95% CIs) were set forth for the overall population as well as the comparisons performed among atypical medications. For these risk estimates, a $P$ value < .05 was considered statistically significant.

All analyses were conducted using Statistical Analysis Software (SAS®), version 8.2.

## Results

A total of 18,134 patients were initially identified for analysis. After application of study enrollment criteria, a total of 12,368 remained. Finally, exclusion of patients without a schizophrenia diagnosis in their claims history yielded a total of 2443 patients remaining (n = 1826 and 617 for atypical and conventional users, respectively) (Table 2). The mean duration of follow-up was 435 days and was significantly longer among patients in the conventional group (485.0 vs 418.8 days for atypicals, $P$ < .0001). Patients receiving atypical medications were significantly younger (mean [± SD] age: 38.0 [± 12.4] vs 42.4 [± 11.7] years for conventional antipsychotics, $P$ < .0001). The mean duration of therapy was approximately 9 months in both groups while the mean number of prescriptions was significantly higher in the atypical group (8.5 vs 6.6; $P$ < .0001). Distribution of calendar year of therapy initiation was significantly different between patients receiving atypicals and conventionals ($P$ = .0003). Patients receiving atypical medications were also significantly more likely to have additional psychiatric diagnoses, but significantly less likely to have a pretreatment diagnosis of hypertension (12.5% vs 17.2% for conventional medications, $P$ = .0033). Slightly more than half of selected patients had sufficient follow-up for logistic regression analyses (n = 953 and 363 for atypical and conventional antipsychotics, respectively). For these analyses, demographic and clinical characteristics, as well as differences between atypical and conventional antipsychotic cohorts, were essentially identical to those with variable follow-up.

A total of 45 patients in the atypical medication group and 17 patients in the conventional group were identified as having developed DM during follow-up; given the shorter duration of follow-up in the atypical group, its crude DM incidence rate was nonsignificantly lower than that of the typical group (2.46% vs 2.76% for atypical and conventional medications, respectively, $P$ = .5252). The mean time to event across both groups was 62.2 (± 35.8) days.

Among atypical antipsychotic users, nearly all patients had an index medication of olanzapine (n = 937) or risperidone (n = 690); the totals were 164 and 35 for quetiapine and clozapine, respectively (Table 3). Patients in the 4 groups were similar with respect to age, duration of follow-up, and duration of use of index medication. Significant differences were observed, however, with respect to distribution by health plan type, geographic region, number of prescriptions for index therapy, and calendar year of initiation. Risperidone users were more frequently observed in more stringently managed (ie, HMO) settings and Southern health plans, while olanzapine was seen more frequently in Western plans. Clozapine users had a higher number of prescriptions on average as compared with the other atypical groups. A larger proportion of patients receiving olanzapine began therapy in 2001 and fewer began therapy in the previous years as compared with patients receiving risperidone, clozapine, and quetiapine. Olanzapine, risperidone, and quetiapine users were significantly more likely to have psychiatric comorbidities than clozapine users, although these results should be interpreted with caution due to small sample sizes in the latter group.

Of the 45 cases of new-onset DM during follow-up for patients receiving atypical antipsychotics, 23 (2.45%), 16 (2.32%), 2 (5.71%), and 4 (2.44%) were among olanzapine, risperidone, clozapine, and quetiapine users, respectively. These differences were not statistically significant ($P$ = .9363).

The results of Cox proportional hazards analyses are presented in Table 4. When the overall atypical and conventional antipsychotic cohorts were compared, atypical antipsychotic use was temporally associated with a moderately increased risk of DM at 1 year after therapy initiation relative to conventional antipsychotics (HR = 1.172, 95% CI = 1.061, 1.300; $P$ = .0063). Among other variables in the model, age, number of DM and other laboratory tests, and the presence of a bipolar disorder diagnosis all conferred moderately protective effects with respect to DM

risk. Each increase in calendar year of therapy initiation, however, was associated with a more than threefold increase in DM risk independent of therapeutic choice (HR = 3.581, 95% CI = 3.492, 3.659; *P* < .0001).

When atypical medication cohorts were compared, there were no significant differences with respect to the risk of new-onset DM (HR = 1.049, 95% CI = 0.930, 1.168, *P* = .4308; HR = 1.170, 95% CI = 0.967, 1.372, *P* = .1291; and HR = 1.467, 95% CI = 0.967, 1.968, *P* =.1332 for olanzapine vs risperidone, quetiapine, and clozapine, respectively). Findings with respect to covariates were similar to those observed in overall comparisons of patients treated with atypical vs conventional medications.

In logistic regression comparisons among those enrolled for at least 12 months after index date, follow-up constraints necessitated collapse of the quetiapine and clozapine cohorts into a single "other" category. In these models, a similar magnitude of difference in risk between the atypical and conventional antipsychotic cohorts was observed, although this was not statistically significant (OR = 1.193 for atypical antipsychotics vs conventional medications, 95% CI = 0.505, 2.820; *P* = .6871) (Table 5). Among other explanatory variables included in this model, no statistically significant differences were observed. DM risk also did not significantly differ among the 3 atypical medication cohorts available in this analysis.

## Discussion

To assess, under conditions of general practice, the rate of new-onset DM in schizophrenic patients treated with atypical vs conventional antipsychotics, we retrospectively examined patient data from a US-based, patient-level database of integrated medical and pharmacy claims. The rate of new-onset DM was studied during the first year after therapy initiation, and was examined on a crude and adjusted basis. We found that, in a managed-care population, patients receiving atypical antipsychotic medications for schizophrenia had a statistically significant, moderately increased risk of new-onset DM relative to patients treated with conventional medications. Results were similar in a subset of these patients followed for 12 months or more after therapy initiation. However, in contrast to findings from other studies that have implicated selected atypical medications,[10,20] our results do not suggest any material differences among the patients treated with major atypical medications in use during the study period, regardless of the analytic paradigm employed (ie, fixed follow-up or accrued person-time). It is worth noting that we were able to follow patients for 15 months after therapy initiation on average, a duration of follow-up that exceeds that available in other database studies on this topic.[18,20] While it is premature to conclude that differences among patients treated with various atypical medications in terms of DM risk do not exist, further study is needed to evaluate whether risk differences highlighted after relatively short drug exposure converge over time.

Of note, the variable most predictive, by far, of new-onset DM was calendar year of therapy initiation, which imparted nearly a fourfold increased risk of DM with *each* successive year between 1996 and 2001. This finding may be correlated to the amount of research focused on this topic, suggesting that increased awareness of DM risk may be leading to a heightened amount of scrutiny for DM symptoms in antipsychotic-treated patients. If screening intensity is found to differ by class of antipsychotic or type of atypical medication, however, significant biases may be inherent in any retrospective study of this phenomenon; the true answer may only be determined through the conduct of prospective studies in which DM screening is controlled and unbiased.

The findings of this study also indicate that patients treated for schizophrenia are at higher risk of developing DM than those in the general population. Rates of DM in this study ranged from 1% to 2.5% over 1 year of follow-up, which is 2-10 times the age-adjusted annual rate for US residents as a whole.[25-27] Other published database studies have also found that patients treated with atypical or conventional antipsychotics have an increased risk of developing DM as compared with the general population.[18,19]

Our results are similar to those of other retrospective studies that have relied on automated administrative data. In an analysis of medical and pharmacy claims among patients with schizophrenia enrolled in the Iowa Medicaid program, Lund and colleagues[11] found that the incidence of DM did not materially differ between patients receiving clozapine and those receiving conventional medications over approximately 2 years of follow-up. While a significantly greater risk was noted among clozapine patients aged 20-34 years, this study design did not feature a "washout" period (ie, a period during which prior mental health or DM claims could not have been observed). Findings may have therefore been confounded by experience prior to Medicaid enrollment.

Similarly, in a large study (n = 38,632) of workload data at Veteran's Administration outpatient facilities, the prevalence of DM was essentially identical (approximately 19%) in patients receiving atypical and conventional antipsychotics.[12] The same age-related phenomenon noted in the Lund study was observed here; in addition,

patients treated with clozapine, olanzapine, and quetiapine, but not risperidone, had a significantly increased prevalence of DM in logistic regression analyses. However, systematic differences were noted in the 2 populations, including a higher propensity for hospitalization among atypical users (which may have resulted in opportunistic case finding).

In contrast, Koro and colleagues[10] conducted a nested case-control study using a database of physician records in the United Kingdom, in which use of olanzapine was associated with a fourfold increased risk of diabetes relative to conventional antipsychotics, whereas no such association was observed among patients receiving risperidone. Findings from this study may be limited, however, by the following: (a) data are only included in this database when certain research standards are met (reducing the availability of historical data) and only three quarters of specialist interactions are captured electronically; and (b) the confidence interval around DM risk was quite large among users of atypical medications (which was likely due in part to a very small number of incident events in this group). This phenomenon was not observed in the much larger group with conventional medication exposure, suggesting that a different analytic paradigm with a larger representation of medications in the atypical class (as we feel our study represents) may yield different results.

While our sample included patients diagnosed with schizophrenia who were newly started on antipsychotic medications, it is likely that many of these patients were not newly diagnosed. Patients may have ceased antipsychotic therapy more than 6 months before our defined index date and were therefore retained in our sample, or may have been hospitalized during much of the preindex period. Indeed, the fact that the average age of our sample was older than typical for a cohort of newly diagnosed schizophrenics supports the notion that patients in our sample were a mix of the newly diagnosed and "restarted." While it could be argued that ICD-9-CM coding of mental health disorders is neither highly sensitive nor specific, we allowed medication use to be the final arbiter of sample inclusion, as most of the other studies on this topic have done.

We note some important limitations of our analysis. First, the data sources for the PharMetrics database consist of processed healthcare claims from managed care organizations; as such, we could not control for certain clinical or other differences between treatment groups (eg, baseline body mass index, lipid levels, family history) that may have confounded our findings. Also, privacy regulations prohibit the capture of race or ethnicity in the database, a well-documented confounding variable when assessing DM incidence.

In addition, as with all quasi-experimental research using retrospective data, we cannot rule out the possibility that selection bias may have influenced our findings; nevertheless, our results were unchanged when we controlled for differences in those demographic and clinical variables that were available to us in this database.

We also note that antipsychotic exposure was estimated based on prescription filling behavior as a proxy for actual consumption. If patients receiving atypical medications are in fact more or less likely to comply with prescribed treatment regimens than those receiving conventional agents, a bias may be introduced to our study. In this sample, however, *persistence* (as measured by duration of therapy) was quite similar across these cohorts while number of prescriptions was significantly higher in the atypical group, suggesting that they were behaviorally similar in persistence while atypical patients may have been more compliant with therapy.

Given the above discussion, this sample is likely to be fundamentally different from the US schizophrenic population, many of whom are insured by public sources or uninsured. Still, the large number of data sources that feed into this database speaks to the study's internal validity. In addition, the biologic effects of antipsychotic medication on DM incidence should not be subject to great variability across cohorts, even given the potential differences in risk factor profiles across groups.

Despite these limitations, the results of our study suggest that attribution of an increased risk of diabetes to a particular brand of antipsychotic may represent a premature conclusion. Patients treated with atypical antipsychotics appear to have a moderately increased risk of diabetes relative to patients treated with older medications. However, further rigorously controlled, long-term, prospective studies are needed.

**Tables**

**Table 1. Conventional and Atypical Antipsychotic Medications Included in Analyses**

| Conventional | Atypical |
|---|---|
| Acetophenazine | Clozapine |
| Chlorpromazine | Olanzapine |
| Chlorpromazine HCL | Quetiapine |
| Chlorprothixene | Risperidone |
| Fluphenazine | |
| Fluphenazine decanoate | |
| Fluphenazine enanthate | |
| Fluphenazine HCL | |
| Haloperidol | |
| Haloperidol decanoate | |
| Haloperidol lactate | |
| Loxapine | |
| Loxapine HCL | |
| Loxapine succinate | |
| Mesoridazine besylate | |
| Molindone HCL | |
| Perphenazine | |
| Pimozide | |
| Promazine | |
| Promazine HCL | |
| Thioridazine | |
| Thioridazine HCL | |
| Thiothixene | |
| Thiothixene HCL | |
| Trifluoperazine | |
| Triflupromazine | |

**Table 2. Demographic and Clinical Characteristics as Well as Diabetes Incidence Among Schizophrenia Patients, by Antipsychotic Treatment Group**

| Characteristic | Atypical (N = 1826) | | Conventional (N = 617) | | P Value |
|---|---|---|---|---|---|
| "Age in years (mean, SD)" | 38.0 | 12.4 | 42.4 | 11.7 | < .0001 |
| Gender (% male) | 877 | 48.0% | 300 | 48.6% | 0.8272 |
| "Duration of follow-up (mean, SD)" | 418.8 | 247.2 | 485.0 | 285.7 | < .0001 |
| "Index medication use (mean, SD):" | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total duration of therapy | 260.8 | 247.6 | 252.4 | 273.5 | 0.4889 |
| Number of prescriptions | 8.5 | 9.6 | 6.6 | 7.6 | < .0001 |
| **Year of therapy initiation:** | | | | | 0.0003 |
| 1996 | 9 | 0.5% | 7 | 1.1% | |
| 1997 | 16 | 0.9% | 13 | 2.1% | |
| 1998 | 274 | 15.0% | 130 | 21.1% | |
| 1999 | 693 | 38.0% | 220 | 35.7% | |
| 2000 | 645 | 35.3% | 188 | 30.5% | |
| 2001 | 189 | 10.4% | 59 | 9.6% | |
| **Plan type:** | | | | | 0.535 |
| HMO | 879 | 48.1% | 309 | 50.1% | |
| PPO | 259 | 14.2% | 96 | 15.6% | |
| POS | 201 | 11.0% | 57 | 9.2% | |
| Indemnity | 117 | 6.4% | 41 | 6.6% | |
| Other | 370 | 20.3% | 114 | 18.5% | |
| **Geographic region:** | | | | | 0.276 |
| Northeast | 297 | 16.3% | 98 | 15.9% | |
| South | 554 | 30.3% | 212 | 34.4% | |
| Midwest | 591 | 32.4% | 179 | 29.0% | |
| West | 384 | 21.0% | 128 | 20.7% | |
| **Psychiatric diagnosis:** | | | | | |
| Bipolar disorder | 796 | 43.6% | 193 | 31.3% | < .0001 |
| Depression | 972 | 53.2% | 232 | 37.6% | < .0001 |
| **Medical diagnosis:** | | | | | |
| Hypertension | 228 | 12.5% | 106 | 17.2% | 0.0033 |
| Cardiovascular disease | 188 | 10.3% | 50 | 8.1% | 0.1068 |
| Obesity | 69 | 3.8% | 24 | 3.9% | 0.8952 |
| Impaired glucose tolerance | 2 | 0.1% | 1 | 0.2% | 0.7463 |
| **"Laboratory tests (mean, SD):"** | | | | | |
| Diabetes screening | 1.0 | 1.9 | 1.1 | 2.1 | 0.1098 |
| All other | 5.8 | 11.5 | 5.9 | 13.2 | 0.8428 |
| **Incidence of diabetes at one year (%)** | 45 | 2.46% | 17 | 2.76% | 0.5252 |

Table 3. Demographic and Clinical Characteristics and Diabetes Incidence Among Schizophrenia Patients, by Atypical Antipsychotic Group

| | Olanzapine | Risperidone | Clozapine | Quetiapine | *P* |
|---|---|---|---|---|---|

| Characteristics | (N = 937) | | (N = 690) | | (N = 35) | | (N = 164) | | Value |
|---|---|---|---|---|---|---|---|---|---|
| Age (mean SD) | 38.4 | 12.4 | 37.2 | 12.3 | 36.8 | 9.5 | 39.7 | 11.1 | 0.0695 |
| Gender (% male) | 469 | 50.1% | 334 | 48.4% | 16 | 45.7% | 58 | 35.4% | 0.0039 |
| Duration of follow-up (mean SD): | 415.4 | 236.8 | 429.4 | 257.3 | 388.9 | 263.0 | 399.8 | 234.3 | 0.1295 |
| Index medication use (mean SD): | | | | | | | | | |
|   Total duration of therapy | 261.4 | 236.6 | 260.5 | 256.6 | 329.5 | 260.5 | 244.1 | 238.0 | 0.237 |
|   Number of prescriptions | 8.3 | 8.4 | 7.5 | 7.0 | 32.0 | 26.8 | 9.0 | 11.1 | < .0001 |
| Year of therapy initiation: | | | | | | | | | < .0001 |
|   1996 | 0 | 0.0% | 9 | 1.3% | 0 | 0.0% | 0 | 0.0% | |
|   1997 | 9 | 1.0% | 6 | 0.9% | 1 | 2.9% | 0 | 0.0% | |
|   1998 | 160 | 17.1% | 101 | 14.6% | 3 | 8.6% | 10 | 6.1% | |
|   1999 | 379 | 40.4% | 243 | 35.2% | 14 | 40.0% | 57 | 34.8% | |
|   2000 | 297 | 31.7% | 266 | 38.6% | 11 | 31.4% | 71 | 43.3% | |
|   2001 | 92 | 9.8% | 65 | 9.4% | 6 | 17.1% | 26 | 15.9% | |
| Plan type: | | | | | | | | | 0.0001 |
|   HMO | 449 | 47.9% | 345 | 50.0% | 13 | 37.1% | 72 | 43.9% | |
|   PPO | 117 | 12.5% | 99 | 14.3% | 4 | 11.4% | 39 | 23.8% | |
|   POS | 104 | 11.1% | 74 | 10.7% | 7 | 20.0% | 16 | 9.8% | |
|   Indemnity | 55 | 5.9% | 38 | 5.5% | 7 | 20.0% | 17 | 10.4% | |
|   Other | 212 | 22.6% | 134 | 19.4% | 4 | 11.4% | 20 | 12.2% | |
| Geographic region: | | | | | | | | | < .0001 |
|   Northeast | 153 | 16.3% | 114 | 16.5% | 4 | 11.4% | 26 | 15.9% | |
|   South | 244 | 26.0% | 240 | 34.8% | 5 | 14.3% | 65 | 39.6% | |
|   Midwest | 309 | 33.0% | 212 | 30.7% | 20 | 57.1% | 50 | 30.5% | |
|   West | 231 | 24.7% | 124 | 18.0% | 6 | 17.1% | 23 | 14.0% | |
| Psychiatric diagnosis: | | | | | | | | | |
|   Bipolar disorder | 407 | 43.4% | 293 | 42.5% | 7 | 20.0% | 89 | 54.3% | 0.003 |
|   Depression | 481 | 51.3% | 375 | 54.3% | 12 | 34.3% | 104 | 63.4% | 0.0071 |
| Medical diagnosis: | | | | | | | | | |
|   Hypertension | 118 | 12.6% | 81 | 11.7% | 2 | 5.7% | 27 | 16.5% | 0.3264 |
|   Cardiovascular disease | 97 | 10.4% | 70 | 10.1% | 2 | 5.7% | 19 | 11.6% | 0.5879 |
|   Obesity | 31 | 3.3% | 25 | 3.6% | 2 | 5.7% | 11 | 6.7% | 0.2903 |
|   Impaired glucose tolerance | 1 | 0.1% | 0 | 0 | 1 | 2.9% | 0 | 0 | < .0001 |
| Lab tests (mean SD): | | | | | | | | | |
|   Diabetes screening tests | 1.0 | 2.1 | 0.9 | 1.8 | 0.7 | 1.7 | 1.1 | 1.7 | 0.705 |
|   All other general lab tests | 5.4 | 10.0 | 5.8 | 11.6 | 15.7 | 27.5 | 6.2 | 11.4 | < .0001 |
| **Incidence of diabetes (%)** | 23 | 2.45% | 16 | 2.32% | 2 | 5.71% | 4 | 2.44% | 0.9363 |

**Table 4. Results of Cox Proportional Hazards Model of Risk of Diabetes at 1 Year Post-Index Among Schizophrenia Patients, by Comparison Cohort**

| Variable | Coefficient | Standard Error | Chi-Square | P Value | Hazard Rate | 95% CI Lower | 95% CI Upper |
|---|---|---|---|---|---|---|---|
| **Atypical vs Conventional** | 0.1608 | 0.059 | 7.4044 | 0.0063 | 1.172 | 1.061 | 1.30 |
| **Olanzapine vs:** | | | | | | | |
| Risperidone | 0.0477 | 0.0606 | 0.6206 | 0.4308 | 1.049 | 0.930 | 1.168 |
| Quetiapine | 0.1566 | 0.1032 | 2.3035 | 0.1291 | 1.170 | 0.967 | 1.372 |
| Clozapine | 0.3834 | 0.2553 | 2.2549 | 0.1332 | 1.467 | 0.967 | 1.968 |

**Table 5. Results of Logistic Regression Model of Risk of Diabetes Among Schizophrenia Patients Followed for 12 Months Post-Index, by Comparison Cohort**

| Variable | Coefficient | Standard Error | Chi-Square | P Value | Odds Ratio | 95% CI Lower | 95% CI Upper |
|---|---|---|---|---|---|---|---|
| **Atypical vs Conventional** | 0.0884 | 0.2194 | 0.1623 | 0.6871 | 1.193 | 0.505 | 2.82 |
| **Olanzapine vs:** | | | | | | | |
| Risperidone | -0.1481 | 0.4521 | 0.1073 | 0.7433 | 0.521 | 0.182 | 1.490 |
| Other | -0.1481 | 0.4521 | 0.1073 | 0.7433 | 1.232 | 0.138 | 11.001 |

## References

1. US Department of Health and Human Services. Mental Health: A Report of the Surgeon General--Executive Summary. Rockville, Md: US Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health; 1999.
2. Dixon L, Postrado L, Delahanty J, Fischer PJ, Lehman A. The association of medical comorbidity in schizophrenia with poor physical and mental health. J Nerv Ment Dis 1999;187:496-502.
3. Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull. 2000;26:903-912. Abstract
4. Geddes J, Freemantle N, Harrison P, Bebbington P. Atypical antipsychotics in the treatment of schizophrenia: systematic overview and meta-regression analysis. BMJ. 2000;321:1371-1376. Abstract
5. Tran PV, Dellva MA, Tollefson GD, Beasley CM, Potvin JH, Kiesler GM. Extrapyramidal symptoms and tolerability of olanzapine versus haloperidol in the acute treatment of schizophrenia. J Clin Psychiatry. 1997;58:205-211. Abstract
6. Henderson DC, Cagliero E, Gray C, et al. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five year naturalistic study. Am J Psychiatry. 2000;157:975-981. Abstract
7. Turrone P, Kapur S, Seeman MV, Flint AJ. Elevation of prolactin levels by atypical antipsychotics. Am J Psychiatry. 2002;159:133-135. Abstract
8. Gury C, Canceil O, Iaria P. Antipsychotic drugs and cardiovascular safety: current studies of prolonged QT interval and risk of ventricular arrhythmia. Encephale. 2000;26:62-72.
9. Meyer JM. A retrospective comparison of weight, lipid, and glucose changes between risperidone- and olanzapine-treated inpatients: metabolic outcomes after 1 year. J Clin Psychiatry. 2002;63:425-433. Abstract
10. Koro CE, Fedder DO, L'Italien GJ, et al. Assessment of independent effect of olanzapine and risperidone on

risk of diabetes among patients with schizophrenia: population based nested case-control study. BMJ. 2002;325:243.
11. Lund BC, Perry PJ, Brooks JM, Arndt S. Clozapine use in patients with schizophrenia and the risk of diabetes, hyperlipidemia, and hypertension: a claims based approach. Arch Gen Psychiatry. 2001;58:1172-1176. Abstract
12. Sernyak MJ, Leslie DL, Alarcon RD, Losonczy MF, Rosenheck R. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. Am J Psychiatry. 2002;159:561-566. Abstract
13. Jin H, Meyer JM, Jeste DV. Phenomenology of and risk factors for new-onset diabetes mellitus and diabetic ketoacidosis associated with atypical antipsychotics: an analysis of 45 published cases. Ann Clin Psychiatry. 2002;14:59-64. Abstract
14. Wirshing DA, Wirshing WC, Kysar L, et al. Novel antipsychotics: comparison of weight gain liabilities. J Clin Psychiatry. 1999;60:358-363. Abstract
15. Mohan D, Gordon H, Hindley N, et al. Schizophrenia and diabetes mellitus. Br J Psychiatry. 1999;174:180-181.
16. Koller EA, Doraiswamy PM. Olanzapine-associated diabetes mellitus. Pharmacotherapy 2002;22:841-852.
17. Koller EA, Schneider B, Bennett K, Dubitsky G. Clozapine-associated diabetes. Am J Med. 2001;111:716-723. Abstract
18. Kwong K, Cavazzoni P, Hornbuckle K, et al. Higher incidences of diabetes mellitus during exposure to antipsychotics: findings from a retrospective cohort study in the U.S. Program and abstracts of the 41st Annual Meeting of the New Clinical Drug Evaluation Unit; May 28-31, 2001; Phoenix, Arizona.
19. Sowell MO, Cavazzoni P, Roychowdhury SM, Breier A. Antipsychotics and diabetes: an evidence based approach. Program and abstracts of the 54th Institute of Psychiatric Services; October 9-13, 2002; Chicago, Illinois.
20. Gianfrancesco FD, Grogg AL, Mahmoud RA, Wang R, Nasrallah HA. Differential effects of risperidone, olanzapine, clozapine, and conventional antipsychotics on type 2 diabetes: findings from a large health plan database. J Clin Psychiatry. 2002;63:920-930. Abstract
21. Kornegay CJ, Vasilakis-Scaramozza C, Jick H. Incident diabetes associated use in the United Kingdom general practice research database. J Clin Psychiatry. 2002;63:758-762. Abstract
22. Kennedy JS, Loosbrock D, Lage M, Hoffmann-Poole V, Deberdt W. The use of antipsychotics and the incidence of diabetes in a geriatric population: evidence from a claims database. Program and abstracts of the International College of Geriatric Psychoneuropharmacology; October 10-12, 2002; Barcelona, Spain.
23. Wang PS, Glynn FJ, Ganz DA, Schneeweiss S, Levin R, Avorn J. Clozapine use and risk of diabetes mellitus. J Clin Psychopharmacol. 2002;22:236-243. Abstract
24. US Department of Health and Human Services. Standards for Privacy of Individually Identifiable Health Information: 45 CFR Parts 160 and 164; amended April 17, 2003.
25. General information and national estimates on diabetes in the United States, 2000. Available at: http://www.niddk.nih.gov/health/diabetes/pubs/dmstats/dmstats.htm#11. National Diabetes Statistics, National Diabetes Clearinghouse, 2002. Accessed October 1, 2002.
26. The prevalence and incidence of diabetes in the United States. The Diabetes Digest, 2002. Available at: http://www.diabetesdigest.com. Accessed October 1, 2002.
27. Harris MI, Flegal KM, Cowie CC, et al. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults. The Third National Health and Nutrition Examination Survey, 1988-1994. Diab Care. 1998;21:518-524.

**Acknowledgements**

**Contributors:** The data were extracted and tables were generated by MR according to an analysis plan developed by DAO and ATJ. Output was reviewed for quality by DAO and ATJ, and revisions were made as necessary. Statistical analyses were performed by MR, with oversight from DAO, ATJ, and an acknowledged statistician (see below). The manuscript was written by DAO and ATJ, with DAO focusing primarily on the Introduction, Results overview, and Discussion. ATJ primarily drafted the Methods and detailed Results sections. ATJ performed the literature search with oversight from DAO. All authors contributed to the writing of the final manuscript; DAO is guarantor of the final paper.

The authors would like to acknowledge the efforts of Evguenia Jilinskaia, PhD, for technical assistance, as well as Sujata Varadharajan, MS, for her assistance in preparing the manuscript.

This manuscript was previously presented in poster form at the 54th Institute for Psychiatric Services, Chicago, Illinois, October 2002.

**Daniel A. Ollendorf, MPH**, Vice President, Analytic & Consulting Services, PharMetrics, Inc., Watertown, Massachusetts; email: dollendorf@pharmetrics.com

**Amie T. Joyce, MPH**, Senior Research Consultant, PharMetrics, Inc., Watertown, Massachusetts

**Malcolm Rucker, MS**, Senior Programmer/Analyst, PharMetrics, Inc., Watertown, Massachusetts