**Document ID: i.m.54ac68db67b61ee532c73364a8133902**



**Printed on**   : Saturday, November 22, 2008 @ 5:12:45 PM GMT
**Printed by**   : Yommy Chiu
**Item count**   : 1 (0 Attachments)

Coding values for **i.m.54ac68db67b61ee532c73364a8133902**

as of Saturday, November 22, 2008

**Status** : Bates Information, NATIVE to S339-E00635654|mergedTiffs/20080411A/Native/0015/S339-E00635654.MHT

|||
|---:|:---|
| Id : | i.m.54ac68db67b61ee532c73364a8133902 |
| CN : | S339-E00635654 |
| Date : | Friday, May 23, 2003 7:00:00 AM GMT |
| From : | Duff, David J |
| To : | Gilchrist, Kim A (HEOR); Goldstein, Jeffrey M; Pesa, Jacqueline; Tumas, John A; Williams-Hughes, Celeste |
| Subject : | RE: Gianfrancesco work |
| Custodians : | Duff, Dave |

From:
Duff, David J

Sent:
Friday, May 23, 2003  6:43 PM

To:
Goldstein, Jeffrey M;  Tumas, John A; Gilchrist, Kim A (HEOR); Pesa, Jacqueline; Williams-Hughes, Celeste

Subject:
RE: Gianfrancesco work

==I agree - we should hold off if Frank is not 100% confident of a  positive outcome.== We have other abstracts we can submit with confidence,  right? (i.e. 104, 105, etc).


Dave

-----Original Message-----

From:

Goldstein, Jeffrey M

Sent:

Friday, May 16, 2003 9:50 AM

To:

Tumas, John A; Gilchrist, Kim A  (HEOR); Pesa, Jacqueline; Williams-Hughes, Celeste; Duff, David J

Subject:

RE: Gianfrancesco work


I think we should defer submitting until we are sure of the outcome, especially if Frank is also uneasy.


-----Original Message-----

From:

Tumas, John A

Sent:

Friday, May 16, 2003 9:13 AM

To:

Gilchrist, Kim A (HEOR); Pesa,  Jacqueline; Williams-Hughes, Celeste; Goldstein, Jeffrey M; Duff, David J

Subject:

Gianfrancesco work


Hi All,

I've just spoken with Frank and wanted to touch base with those of you who were at his presentation last week. ==Frank seems uncomfortable submitting an abstract on the preliminary data we saw on diabetes incidence== (see attached abstract) and wants to do a full study along the lines of his previous work. I'm not in a position to judge whether his concerns are valid or not, but I wanted to pass this on to you.

The plan was to go ahead with submitting the attached abstract to ASCP (abstract deadline 5/23/03) and IPS (abstract deadline 6/2/03) and do additional analyses for the poster. ==Frank thinks there is a possible risk that the full analysis could look different than what we have now.== I've gone ahead and circulated it for review and am waiting for ATP approval. Please let me know if you think we should hold off from submitting this to ASCP and IPS. There is also the issue with Frank's contract and whether he can even agree to submit the abstract.

Thanks,

John

 << File: Type2Diabetes.FGedit2.5-15-03.doc >>