|  |  |
|--:|:--|
| Id : | i.m.ba158aee404bc53f368a418249149765 |
| CN : | SQ1ED00428426 |
| Date : | Tuesday, October 3, 2000 7:00:00 AM GMT |
| From : | Wientjens, Dorothee (temp. employee) |
| To : | Geller, Wayne |
| Subject : | RE: Quetiapine and glucose metabolism disorders |
| Custodians : | Geller, Wayne |

From:

Wientjens, Dorothee (temp. employee)

Sent:

Tuesday, October 03, 2000 3:20 PM

To:

Geller, Wayne

Subject:

RE: Quetiapine and glucose metabolism disorders

Dear Wayne,

Thank you for yoy fax, which I sent to the local authorities.

Best regards,



Drothee PWM Wientjens

DSO

AstraZenecaNL

-----Oorspronkelijk bericht-----

Van:
Geller Wayne

Verzonden:
maandag 25 september 2000 22:38

Aan:
Wientjens Dorothee (temp. employee); Schotel Luci

Onderwerp:
RE: Quetiapine and glucose metabolism disorders

Hi Dorothee,

The document is 11 pages. I can fax a signed copy to you or mail one. If you prefer the latter, please send me your address and I will send it out at once.

Thanks,

Wayne

-----Original Message-----

From:
Wientjens, Dorothee (temp. employee)

Sent:
Monday, September 25, 2000 5:16 AM

To:
Geller, Wayne

Subject:
RE: Quetiapine and glucose metabolism disorders

Dear Wayne,

I think it is ok to send me a hard copy by mail. Then I will send it to the authoroties. From tuesday onwards I will be at a conference, so please contact Luci Schotel, our secretary.

Thank you in anticipation.

Dorothee

-----Oorspronkelijk bericht-----

Van:
Geller Wayne

Verzonden:
vrijdag 22 september 2000 18:25

Aan:
Wientjens Dorothee (temp. employee)

Onderwerp:
RE: Quetiapine and glucose metabolism disorders

Urgentie:
Hoog

Hi Dorothee,

I spoke with our information services department, and it appears that I can not send you a signed PDF-file electronically as you requested. Do you have time for me to send this either as a fax or a signed hard copy?

Please advise. I will not be in the office Monday.

Thanks,

Wayne

-----Original Message-----

From:
Wientjens, Dorothee (temp. employee)

Sent:
Friday, September 22, 2000 11:51 AM

To:
Geller, Wayne

Subject:
Quetiapine and glucose metabolism disorders

Dear Wayne,

Thank you for the safety position paper on seroquel. Would you be so kind as to send me the front page of the paper ( as a PDF-file) with your signature and date of report, so I can send it to the local authorities.

Thank you in anticipation

Dorothee P.W.M. Wientjens

dso

Astra ZenecaNL