Id : i.m.0a2c55e1d81af3b4dc4d550d7bbfe257
CN : SQ1ED00165892
Date : Tuesday, February 4, 2003 2:50:00 AM GMT
From : Ou, Connie
To : Leong, Ronald
Subject : RE: re: Re-Challenge of Seroquel
Attachments : 🖺 Diabetes (rechallenge).doc
Custodians : Leong, Ronald

From:
Ou, Connie

Sent:
Tuesday, February 04,  2003 7:39 PM

To:
Leong, Ronald

Subject:
RE: re: Re-Challenge of  Seroquel

Attachments:
Diabetes  (rechallenge).doc

Ron,

There were limited informatin on reports of glucose  dysregulation that described a positive re-challenge.

Please see attached.


Connie


 -----Original Message-----

From:    Leong, Ronald

Sent:    Monday, February 03, 2003 6:20 PM

To:      Fontana, Patricia

Cc:      Ou, Connie

Subject:        RE: re: Re-Challenge of Seroquel


Patricia,


I am forwarding your note to Connie Ou, Seroquel Safety  Surveillance Product Manager, to see if we have reports of re-challenge, and  the outcomes of re-challenges.  Connie has been tracking reports of diabetes  related adverse events.  I don't recall if there are reports of re-challenge.


Since it may take some time to search our database for  reports of re-challenge, I have the following thoughts.

First, it has been the company position that there is  insufficient evidence for a causal relationship between Seroquel and diabetes  or glucose dysregulation.  Accordingly, we are trying to learn as much

about  these reports as possible.  (See fourth paragraph about useful data for us to  have.)

Second, we cannot advise the physician to re-challenge or  not to re-challenge the patient.   It is the physician's benefit risk  judgement.  If the physician has tried other antipsychotics, and has the best response to Seroquel, he or she may feel that outweighs the risk of diabetes or  hyperglycemia.  If the patient develops hyperglycemia or diabetes on  re-challenge, the physician may decide to continue Seroquel and use standard  treatments for diabetes (e.g. diet, oral hypoglycemic drugs, and possibly insulin).   Other atypical antipsychotics, particularly olanzapine, have been associated  with diabetes, and some studies have even shown an association with the typical  antipsychotics.  All the anti-psychotic treatments have some risk,  diabetes-related and non-diabetes related.  The physician needs to balance the  benefit with the risk.

If the physician decides to re-challenge the patient, it  would be helpful to obtain the following while the patient is not on Seroquel:   date Seroquel was discontinued, weight, height, fasting blood glucose, hemoglobin A1c, other medications.  The hemoglobin A1c provides a measure of  the average glucose level for the preceding 2-3 months.  It would helpful to  obtain these data after the patient has been on Seroquel, if he or she decides  to re-challenge.

I hope this helps.

Regards,

Ron Leong

 -----Original Message-----

From:   Fontana, Patricia

Sent:    Monday, February 03, 2003 5:30 PM

To:      Leong, Ronald

Subject:         re: Re-Challenge of Seroquel

Hi Ron,

I had a request from a physician who has a patient who  developed DM on Seroquel. The Seroquel was subsequently stopped and the blood  sugars have seemed to resolve. The doctor would like to re-start SEROQUEL since  the patient did well on it and has tried a number of other medications. I have  been checking the literature but at this point I have not found anything on  re-challenge in this senario. Do we have any case reports in our databases in  this respect or it this really going to be a case of the physician's judgement  whether or not to restart the SEROQUEL in this patient? This AE has been reported.

Thanks

Patricia

Patricia Fontana B.Sc. B.Sc Phm

Medical Information Associate

phone (905) 804-4927

fax (905) 277-3556

email: patricia.fontana@astrazeneca.com