IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

- - -

IN RE:  SEROQUEL           : CASE NO.
PRODUCTS LIABILITY         :
LITIGATION                 : 6:06-md-01769-ACC-DAB
                           :
MDL Docket No. 1769:
                           :

- - -

November 2, 2007
VOLUME II
CONFIDENTIAL

- - -

Videotaped deposition of JAMIE A. MULLEN, M.D. taken pursuant to notice, was held at the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, 1650 Market Street, Philadelphia, Pennsylvania, beginning at 9:05 a.m., on the above date, before Ann Marie Mitchell, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public for the Commonwealth of Pennsylvania.

- - -

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
877.370.3377

Confidential - Jamie A. Mullen, M.D.

Page 803

1   you remember the movie Carrie?  Was it
2   Carrie?  What was the name of the movie
3   with the split personality?
4            Sybil, Sybil.
5            That's not what
6   schizophrenia is, is it?
7       A.   No, it's not.
8       Q.   By the way, how does
9   Seroquel work?  As a fact as opposed to a
10  theory.
11      A.   A fact, we don't know
12  exactly how it works.
13      Q.   All right.  You don't know
14  exactly how Seroquel works, do you?
15      A.   No, we don't know exactly
16  how it works.
17      Q.   All right.  You nor anybody
18  else in the world, do they?
19      A.   No, we don't know exactly
20  how it works.
21      Q.   By the way, what does
22  Seroquel cure?
23      A.   It treats symptoms.  It
24  doesn't cure.

Golkow Technologies, Inc. - 1.877.370.DEPS

080e1269-9a52-481f-aa7f-8783f0c4dd2b