Page 1

1    IN THE UNITED STATES DISTRICT COURT
2         MIDDLE DISTRICT OF FLORIDA
3              ORLANDO DIVISION
4              - - -
5
     IN RE: SEROQUEL PRODUCTS :
6    LIABILITY LITIGATION   :
                            :
7    MDL Docket No. 1769    :
                            :
8                          :
        - - -
9
           November 22, 2008
10
           - - -
11
12         Oral deposition of WILLIAM
     S. WEINTRAUB, MD taken pursuant to
13   notice, was held at the law offices of
     McCarter & English, LLP, Renaissance
14   Centre, 405 N. King Street, 8th Floor,
     Wilmington, Delaware, beginning at 9:57
15   a.m., on the above date, before Ann Marie
     Mitchell, a Federally Approved Certified
16   Realtime Reporter, Registered Diplomate
     Reporter and Notary Public for the State
17   of Delaware.
18
19
20         - - -
21
22        GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph| 917.951.5672
23           deps@golkow.com
24

Page 2

1    APPEARANCES:
2
3    WEITZ & LUXENBERG P.C.
     BY: JERRY KRISTAL, ESQUIRE
4    210 Lake Drive East, Suite 101
     Woodland Falls Corporate Park
5    Cherry Hill, New Jersey 08002
     (856) 755-1115
6    jkristal@weitzlux.com
     Representing the Plaintiffs
7
8
     SPRIGGS & HOLLINGSWORTH
9    BY: ERIC G. LASKER, ESQUIRE
     1350 I Street, NW
10   Washington, DC 20005
     (202) 898-5800
11   elasker@spriggs.com
     Representing the Defendant
12
13
14         - - -
15
16
17
18
19
20
21
22
23
24

Page 3

1              - - -
2              I N D E X
3              - - -
4
5    Testimony of:  WILLIAM S. WEINTRAUB, MD
6    By Mr. Kristal          7, 315
     By Mr. Lasker           313
7
8              - - -
9            E X H I B I T S
10             - - -
11
     NO.      DESCRIPTION        PAGE
12
13   Weintraub-1  Expert Report of  10
                  William S.
14                Weintraub, M.D.
                  (Bextra/Celebrex
15                Litigation)
16   Weintraub-2  Expert Report of   33
                  William S.
17                Weintraub, MD (In
                  Re: Seroquel
18                Litigation)
19   Weintraub-3  Curriculum Vitae   44
20   Weintraub-4  Article entitled   88
                  "Association Between
21                Pulse Pressure and
                  C-Reactive Protein
22                Among Apparently
                  Healthy US Adults"
23
24

Page 4

1    Weintraub-5  Article entitled     104
                  "Association between
2                 novel oxidative
                  stress markers and
3                 C-reactive protein
                  among adults with
4                 clinical coronary
                  heart disease"
5
     Weintraub-6  Article Entitled     116
6                 "Comparison of Early
                  Invasive and
7                 Conservative
                  Strategies in
8                 Patients With
                  Unstable Coronary
9                 Syndromes Treated
                  With the
10                Glycoprotein
                  IIb/IIIa Inhibitor
11                Tirofiban"
12   Weintraub-7  Article Entitled     135
                  "Revascularization
13                Versus Implantable
                  Cardioverter-
14                Defibrillators to
                  Prevent Sudden Death
15                in Patients With
                  Severe Left
16                Ventricular
                  Dysfunction"
17
     Weintraub-8  Article Entitled     143
18                "Prior Coronary
                  Artery Bypass
19                Surgery and Risk of
                  Death Among Patients
20                with Ischemic Left
                  Ventricular
21                Dysfunction"
22   Weintraub-9  Notice of Deposition 157
                  of William S.
23                Weintraub, MD
24

1 (Pages 1 to 4)

Page 5

1    Weintraub-10 Article entitled,   163
          "Is atherosclerotic
2          vascular disease
           related to a
3          high-fat diet"
4    Weintraub-11 Editorial entitled   178
          "Alcohol
5          Consumption,
           Diabetes, and
6          Coronary Disease, An
           Epidemiological
7          Perspective"
8    Weintraub-12 "The Environment and 190
          Disease:
9          Association or
           Causation"
10
     Weintraub-13 Seroquel Label   213
11
     Weintraub-14 Excerpt from Modern 232
12          Epidemiology by
            Rothman and
13          Greenland
14   Weintraub-15 Letter dated 28 June 260
            2008 from Gerald
15          Limp to FDA and
            attachments
16
     Weintraub-16 Invoices   276
17
18
19
20
21
22
23
24

Page 6

1              - - -
2        DEPOSITION SUPPORT INDEX
3              - - -
4
5    Direction to Witness Not to Answer
6    Page Line   Page Line   Page Line
7
8
9
     Request for Production of Documents
10
     Page Line   Page Line   Page Line
11
12
13
14
     Stipulations
15
     Page Line   Page Line   Page Line
16
17
18
19
20   Question Marked
21   Page Line   Page Line   Page Line
22
23
24

Page 7

1              - - -
2         WILLIAM S. WEINTRAUB, MD,
3      after having been duly sworn, was
4        examined and testified as follows:
5              - - -
6            EXAMINATION
7              - - -
8    BY MR. KRISTAL:
9        Q.    Officially on the record,
10   good morning, Dr. Weintraub.
11       A.    Good morning, Mr. Kristal.
12       Q.    Two very important ground
13   rules. Number one, if you need a break,
14   just let us know and we'll take a break.
15   Okay. It's not a third degree under the
16   lights situation, so let us know if you
17   need a break at any point.
18            Second time -- second point,
19   and probably for my purposes most
20   important, if you don't understand what
21   I'm asking you, please tell me so. I
22   really don't want you to answer a
23   question unless you are understanding
24   what it is, because it doesn't help me if

Page 8

1    we're not on the same wavelength.
2            Is that all right?
3        A.    Yes, sir.
4        Q.    Okay. Do you agree that a
5    causation analysis requires a review of
6    the totality of the evidence?
7        A.    Does a causation analysis
8    require a review of the totality of the
9    evidence? Totality of the evidence is a
10   term you hear in legal circles, but it
11   doesn't really quite equate in my world
12   in science. And I'm not sure that you
13   ever really get there totally. So I
14   think that what one seeks to do in
15   looking at evidence is gather as much
16   evidence as you can, knowing that
17   inevitably you're going to fall short.
18       Q.    Let me see if I'm
19   understanding your answer.
20            It's fair to say that it
21   would be virtually impossible for anyone
22   on any subject to look at the totality of
23   the evidence in terms of a literal
24   meaning of those words. Is that fair to

Page 9

1  say?
2      A.   Again, let me come at it
3  this way.  You asked me basically the
4  same question a second time, and I'll
5  answer it the same way again.  I'm not
6  comfortable even with the term "totality
7  of the evidence."
8      Q.   Okay.
9      A.   You look at as much evidence
10  as you can, knowing that chances are,
11  there's going to be some things you don't
12  see.
13     Q.   Why are you uncomfortable
14  with the term "totality of the evidence"?
15     A.   Because I'm not sure -- I'm
16  not sure that I can perfectly define the
17  term.  In some settings -- and you might
18  say, why is that?  Why can't you say you
19  look at all the evidence that there is?
20  But I think that part of that is fully
21  integrating all of the -- all of the
22  evidence.  For instance, there may be an
23  area in which there are not adequate
24  meta-analyses.  And so you would say,

Page 10

1  well, I've got a lot of evidence, but can
2  I fully integrate it.
3          So I'm just uncomfortable --
4  I'm uncomfortable with the term.
5      Q.   With what term?
6      A.   With the term "totality of
7  the evidence."  I mean, I know it's used
8  frequently, but I'm not entirely
9  comfortable.
10     Q.   Okay.  I'm going to mark as
11  Exhibit 1 --
12          THE COURT REPORTER:  Other
13  end, I think.  It is backwards.
14          MR. KRISTAL:  It is
15  Saturday, so in honor of the
16  Sabbath, we'll go from right to
17  left.
18          - - -
19          (Deposition Exhibit No.
20  Weintraub-1, Expert Report of Dr.
21  William S. Weintraub, M.D.
22  (Bextra/Celebrex Litigation), was
23  marked for identification.)
24          - - -

Page 11

1  BY MR. KRISTAL:
2      Q.   If you'd look on the last
3  page of Exhibit 1, I believe that's your
4  signature.  Right?
5      A.   Yes.
6      Q.   This is a report that you
7  prepared when you were acting as an
8  expert in the Bextra/Celebrex litigation.
9  Correct?
10     A.   Yes.
11     Q.   On the last page it's your
12  signature, and it's dated June 30, 2008.
13  Right?
14     A.   Yes.
15     Q.   And the name of the
16  plaintiff in that case is Constance
17  Grutka, G-R-U-T-K-A.  Right?
18     A.   Yes.
19     Q.   On Page 13 --
20          MR. LASKER:  Do you have a
21  second copy for me?
22          MR. KRISTAL:  I don't.  I
23  brought so much stuff, I
24  apologize.

Page 12

1  BY MR. KRISTAL:
2      Q.   Let me just ask you, maybe
3  it's obvious, you wrote this report,
4  Exhibit 1?
5      A.   I did.
6      Q.   Nobody wrote it for you?
7  Well, let me ask it this way.
8          Did anybody write it for
9  you?
10     A.   Nobody wrote this report for
11  me.
12     Q.   Did anybody tell you what to
13  put in or what to take out after you had
14  drafted it?
15     A.   Nobody told me what to
16  take -- put in or take out.
17     Q.   On Page 13, you have a
18  section entitled "Totality of the
19  Evidence," do you not?
20     A.   I do.
21     Q.   What did you mean by that
22  phrase, "totality of the evidence," when
23  you wrote the report back in June in the
24  Celebrex/Bextra case?  What did you mean

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

Page 13

1 by that phrase?
2      A.   Mr. Kristal, I think you
3 know life is complicated.  And sometimes
4 getting it -- saying -- getting concepts
5 just so, into yes or nos, are difficult.
6 In looking at this in the substance of
7 this report, I meant to try and get at as
8 much evidence as I could.
9      Q.   So "totality of the
10 evidence" as you wrote it June 30, 2008
11 meant to you at the time gathering as
12 much evidence as you could?  I'm just
13 trying to understand what your last
14 answer was.
15      A.   I think that's fair to say.
16      Q.   Okay.  So would you agree
17 then that a causation analysis requires
18 review of as much evidence as you can
19 gather on the subject?
20      A.   I think that's fair to say.
21      Q.   Okay.  You wrote here back
22 in June of 2008 in the Grutka report, "In
23 establishing the presence or absence of a
24 causative effect between a drug and an

Page 14

1 outcome, it is critical to examine the
2 totality of the evidence."
3           Do you see that sentence?
4      A.   I see the sentence.
5      Q.   I presume you meant it when
6 you wrote it back in June.  Correct?
7      A.   I'm sure that I meant it
8 when I wrote that back in June.
9      Q.   Is that sentence still
10 something you believe as you sit here
11 today, some four-and-a-half months later?
12      A.   Well, like I said, life is
13 complicated, and even though I wrote
14 that, my view of the term is not a
15 perfect one.  It's a term that's often
16 used legally.  And it had been used in
17 the course of this litigation.  And
18 because others had used it in the course
19 of the litigation, I think it influenced
20 me at that time to use the term.  It does
21 not mean that I was totally comfortable
22 with the term, just like I didn't say to
23 you that the term has no meaning.  I
24 don't think what I'm saying is

Page 15

1 inconsistent.  I believe what I meant
2 then, what I mean now, is I look at as
3 much evidence as I can.
4      Q.   Well, do you agree or
5 disagree, "In establishing the presence
6 or absence of a causative effect between
7 a drug and an outcome, it is critical to
8 examine the totality of the evidence" as
9 you have defined it, gathering as much
10 evidence as possible?  Do you agree or
11 disagree?
12      A.   So this is now the third or
13 fourth time --
14      Q.   No, because I don't believe
15 you've answered the question that I
16 asked.  I asked you if you agreed with
17 that sentence, and you said life is very
18 complicated, in the course of litigation,
19 this and that.  So I need an answer
20 whether you currently, as you sit here
21 today, agree or disagree with that
22 statement?
23           MR. LASKER:  Objection to
24      form, asked and answered.

Page 16

1           THE WITNESS:  I have
2      answered the question, Mr.
3      Kristal.
4 BY MR. KRISTAL:
5      Q.   Do you agree or disagree
6 with it?
7      A.   Mr. Kristal --
8      Q.   We can do this all day long,
9 if you'd like.  But if I believe --
10           MR. LASKER:  You're going to
11      ask the same question all day
12      long?  You can do that.
13 BY MR. KRISTAL:
14      Q.   If we don't get an answer,
15 perhaps we will.  I'll ask it one more
16 time.
17           Do you agree or disagree as
18 you wrote in June of 2008 that "In
19 establishing the presence or absence of a
20 causative effect between a drug and an
21 outcome, it is critical to examine the
22 totality of the evidence"?  Do you agree
23 with what you wrote then, or do you not
24 agree with what you wrote then?

Page 17

1    A.   Mr. Kristal, I've already
2  answered the question.
3         MR. KRISTAL: Okay. Let me
4    go back, if we could scroll back
5    to the last answer.
6              - - -
7         (The court reporter read the
8    pertinent part of the record.)
9              - - -
10  BY MR. KRISTAL:
11    Q.   In answering that question a
12  few answers ago, you said "life is
13  complicated," did you not --
14    A.   If --
15    Q.   -- as part of your answer?
16    A.   If that's in words you've
17  got there, that may have been part of my
18  answer. That is --
19    Q.   What do you mean by that?
20  In answering the question whether you
21  agree or disagree with what I asked you,
22  what do you mean by "life is
23  complicated"?
24    A.   Well, that was really just

Page 18

1  an introductory remark to my comment. I
2  think that what I was getting at there is
3  that answers to questions are often not
4  yes or no.
5    Q.   You also said in the context
6  of that answer, "because others had used
7  it in the course of litigation, I think
8  it influenced me at that time to use the
9  term."
10         Are you saying that because
11  you had heard the term used in the
12  Bextra/Celebrex litigation, "totality of
13  the evidence," you were influenced to use
14  the term yourself? Is that what you're
15  telling us?
16    A.   I think I've already
17  answered this question.
18    Q.   No. I'm asking you if
19  that's what you're saying?
20    A.   I've already answered the
21  question.
22    Q.   And what is the answer to
23  the question? It did influence you?
24    A.   I think that it is fair to

Page 19

1  say that people have used the term
2  "totality of the evidence" in the course
3  of that litigation. And because others
4  had used it, it influenced me to use the
5  term. I don't remember my reaction at
6  that time as to whether I was entirely
7  comfortable with the term or not. I
8  suspect I wasn't, because it's not a term
9  that we use in science very often. I
10  never encountered it outside of
11  litigation before.
12    Q.   So you're saying that as an
13  expert and at the time in the
14  Bextra/Celebrex litigation -- it was in
15  the field of cardiology. Correct? Those
16  were cardiovascular issues, right, in
17  that litigation?
18         MR. LASKER: Objection to
19    form.
20         THE WITNESS: The Bextra
21    litigation concerned
22    cardiovascular issues.
23  BY MR. KRISTAL:
24    Q.   So you're saying that as a

Page 20

1  physician retained as an expert, you were
2  not comfortable using certain terms, but
3  you were using them anyway in your report
4  because you were influenced by what was
5  going on in the litigation? Is that what
6  you're saying?
7         MR. LASKER: Objection to
8    form.
9         THE WITNESS: No, that's not
10    what I'm saying.
11  BY MR. KRISTAL:
12    Q.   Okay. So what was the
13  influence on you that caused you to use a
14  term that you now say you are not
15  comfortable with?
16    A.   Well, I think we're
17  overstating this and making far too much
18  of it. I believe then and I believe now
19  we should look at as much evidence as we
20  can. I'm not saying that the term
21  "totality of the evidence" is an
22  unreasonable term then or an unreasonable
23  term to use now.
24    Q.   Okay.

Page 21

1    A.    All I'm saying is I'm not
2  entirely comfortable with it now.  I
3  don't remember how I reacted then, but if
4  a number of people in the course of
5  writing reports in Bextra had used it,
6  I'm more likely to react to it.
7    Q.    Okay.  But in this report,
8  Exhibit 1, you're not using the term
9  "totality of the evidence" in reaction to
10  criticizing some other experts or
11  commenting on what some other experts
12  wrote.  Correct?
13    A.    I would have to go and read
14  what I --
15    Q.    Sure.
16    A.    -- what I --
17    Q.    Well, I'm going to take you
18  through a lot of it, so maybe you can
19  answer that question when I'm done with
20  it.
21         Under the section "Totality
22  of the Evidence" in Exhibit 1, I've read
23  that first sentence.  Right?
24    A.    Yes, sir.

Page 22

1    Q.    Okay.  Let me read the next
2  one, see if you agree or disagree.
3  "Trials both large and small, whether
4  there is statistical significance or not,
5  whether there are events in both arms of
6  the trial or not, need to be included in
7  the totality of the evidence because all
8  yield important information about the
9  relationship between a drug and a certain
10  effect."
11         Do you agree with that
12  statement, as you sit here today?
13    A.    We have to be careful how we
14  interpret it, but -- because the sentence
15  is quite complicated, but I do agree with
16  it.  You should look at everything you
17  can.
18    Q.    On the next page of
19  Exhibit 1, the report you wrote June 30,
20  2008, paragraph 41 starts out with this
21  sentence, "Researchers should examine the
22  totality of the evidence in drawing any
23  conclusions."
24         Agree or disagree?

Page 23

1    A.    We're really saying the same
2  thing again and again and again and
3  again.  I think you should look at as
4  much evidence as you can.  At that time I
5  used the term "totality of the evidence."
6  Really, I think a way of thinking about
7  it was looking at as much evidence as you
8  can.
9    Q.    Okay.
10    A.    The other thing I think --
11    Q.    That's fine.  And I guess,
12  do you consider in terms of whether we
13  use the term "totality of the evidence"
14  or "as much evidence as you can find," do
15  you consider, for example, if there were
16  any relevant in vitro or in vivo studies
17  on the subject as part of the evidence
18  you would evaluate in making a causative
19  determination?
20    A.    I think that the idea that
21  one expert would know everything and
22  could evaluate the in vitro evidence is
23  unlikely.  To evaluate certain things
24  that are beyond the scope of one's

Page 24

1  expertise, one needs to rely on others.
2    Q.    Okay.  So if -- let me see
3  if I understanding what you're saying.
4  If the particular expert who's trying to
5  make a causal determination has expertise
6  in in vitro or in vivo in that field,
7  then they should consider that evidence
8  if it speaks to the issue of causation.
9  It sounds like common sense to me, but
10  maybe --
11    A.    It sounds like common sense.
12  It's true.  But the problem is, it may be
13  outside of one's realm of expertise --
14    Q.    I understand.
15    A.    -- and then you don't fully
16  understand it.
17    Q.    Okay.  Do you feel that in
18  vitro and in vivo studies with Seroquel
19  are outside your area of expertise?
20    A.    They're outside my area of
21  expertise.  I've read what people have
22  written a little bit, but it's really
23  outside my area of expertise.
24    Q.    Fair enough.  In evaluating

6 (Pages 21 to 24)

Page 25

1 as much evidence as you can, using your
2 current phrase, should one also consider
3 any relevant animal studies in making a
4 causal determination?
5     A.   Again, I think that the
6 issues with animal studies are much the
7 same. One has to be careful about one's
8 areas of expertise. And if one does not
9 fully -- if one thinks -- if I'm an
10 epidemiologist, looking at human data, if
11 I think the animal evidence is such as it
12 might help me, perhaps I would include
13 it, but knowing that I'm not nearly as
14 much of an expert and there may be some
15 things that I don't know at all. After
16 all, the boundaries of one's expertise do
17 not fall cleanly off a cliff.
18     Q.   Let me see if I'm
19 understanding what you're saying. If an
20 expert has some expertise in interpreting
21 animal studies and they are trying to
22 make a causal determination, they should
23 include that information in the
24 information that they're considering. Is

Page 26

1 that fair to say?
2     A.   I think that that is fair to
3 say, that animal experiments can be
4 included in the overall evaluation of
5 evidence. They may help inform,
6 especially about mechanism.
7     Q.   Did you consider any animal
8 studies in terms of your current opinion
9 in this litigation?
10     A.   I did not.
11     Q.   Is that -- and I'm not --
12 it's not enough. I'm just trying to find
13 out, is that because you feel it was
14 outside your area of expertise?
15     A.   Compared to other things
16 I've looked at. First of all, I did not
17 see a lot. So for two reasons: One, I
18 didn't see a lot; and two, it's outside
19 my area of expertise.
20     Q.   Okay. Case reports and case
21 series, if they exist on a subject,
22 should they also be read in terms -- and
23 evaluated in terms of making a causal
24 determination as part of the evidence one

Page 27

1 would consider?
2     A.   I think that one should not
3 exclude anything. One should read
4 everything that one can. The place of
5 anecdotes or case series is much weaker
6 in evaluating causation than a controlled
7 study.
8     Q.   We're going to get into the
9 whole analysis and how things are
10 weighted, so to speak, or evaluated. I'm
11 not now talking about elevating a case
12 report to the same status as a randomized
13 controlled trial. I'm just asking, if
14 there are case reports or case series
15 with respect to a drug and a purported
16 effect, is it something you would
17 consider in evaluating all of the
18 evidence in making that determination?
19     A.   I would consider it, but at
20 most, it would play a very small part,
21 depending on the situation, somewhere
22 between a very small part and none.
23     Q.   Okay.
24     A.   I will qualify that a little

Page 28

1 bit. For a very rare outcome, that might
2 be a time that you would consider a case
3 series or a case report, a very rare
4 outcome, because that's the only way you
5 can get at that sometimes.
6     Q.   Is it fair to say that
7 whatever evidence you are evaluating to
8 make a determination of cause and effect,
9 you are always evaluating each piece of
10 evidence in terms of how much weight or
11 not you're going to give it in that
12 determination?
13     A.   Can you ask the question
14 again, please.
15     Q.   Sure. I'm really asking
16 about the process that you go through
17 when you're evaluating individual pieces
18 of evidence in terms of trying to put it
19 together in making a causal
20 determination, one way or the other.
21          Do you, as you read each
22 study or piece of evidence, weigh it in
23 terms of, gee, I think this is really
24 important, this is not so important, this

Page 29

1  is garbage? In other words, you have a
2  scale in your head of some sort, do you
3  not, in terms of evaluating it?
4         MR. LASKER: Objection to
5     form.
6         THE WITNESS: I would say
7     that I don't have a scale. I'm
8     not putting something on a scale
9     of 1 to 10 or 1 to 100. But I
10    certainly do evaluate the studies.
11 BY MR. KRISTAL:
12    Q.   And the ones that you feel
13 are done better, you would give more
14 weight, I'm assuming, than ones that you
15 feel weren't done as good. Is that fair
16 to say?
17    A.   I think that that is true in
18 general. But one has to be careful about
19 making such generalities absolute. In
20 general, if something is done better, if
21 the methods are better, if there are more
22 patients and more outcomes, in general, a
23 better study is going to be more
24 influential on my opinions than one that

Page 30

1  has been done poorly in many ways. I'm
2  always a little uncomfortable with these
3  absolutes.
4     Q.   No. I understand the issue
5  of absolutes. But I'm trying to think of
6  a situation where a physician, such as
7  yourself, would feel that a study was
8  well done, had a lot of subjects, a
9  quality method and yet give it less
10 weight than something that you thought
11 was done more poorly. It doesn't seem to
12 make logical sense to me.
13        Can you think of a situation
14 where you would do that?
15    A.   I can't think of a
16 situation. Again, I'm just always
17 uncomfortable with absolutes. I don't
18 actually think we have a disagreement.
19    Q.   No. I understand what
20 you're saying.
21        Do you agree that in trying
22 to make a causal determination, in
23 evaluating the universe of evidence that
24 you're looking at, it's a weighing

Page 31

1  process that you go through in terms of
2  how much weight you're giving one piece
3  of evidence versus another and then
4  trying to put it all together?
5         MR. LASKER: Objection.
6  BY MR. KRISTAL:
7     Q.   Is that fair?
8         MR. LASKER: Objection to
9     form.
10        THE WITNESS: I'm not sure
11    that I can put myself through a
12    process quite like you describe.
13 BY MR. KRISTAL:
14    Q.   Don't you weigh each piece
15 of evidence in your mind? I know you
16 don't have a scale. I'm not trying to
17 suggest you have a -- well, this gets a
18 98 and that gets a 32, but you're always
19 using your training, your experience,
20 your background, your specialty knowledge
21 in evaluating each piece of evidence,
22 aren't you?
23    A.   I think it's fair to say
24 that I use my expertise in evaluating

Page 32

1  evidence.
2     Q.   Does that include, you know,
3  kind of a balancing or a weighing of the
4  different pieces?
5         MR. LASKER: Objection to
6     form.
7         THE WITNESS: I think we've
8     already answered that.
9  BY MR. KRISTAL:
10    Q.   I think the answer is yes?
11    A.   I think the answer is that I
12 don't have -- that I weigh the evidence,
13 but I don't have -- or I evaluate the
14 evidence, but I don't have a scale.
15    Q.   Okay.
16        Do you agree that you are a
17 physician who specializes in cardiology?
18    A.   I am a physician who
19 specializes in cardiology.
20    Q.   How long did it take you to
21 write the report in this case?
22    A.   I'm trying to -- I'm not
23 sure I can get it exactly. I would --
24    Q.   Nor am I asking you for an

Page 33

1  exact. A reasonable approximation is
2  okay.
3      A.   I would say probably about
4  120 hours.
5      Q.   To write the report? I'm
6  not talking about any reading that you
7  did that led up to it. I'm actually
8  talking of, you know, sitting and --
9  well, maybe I'm assuming something. I
10  take it back.
11      Tell me how you go about
12  writing -- strike that.
13      Tell me how you went about
14  writing this report. And I'll mark it as
15  Exhibit 2, which is dated June -- I'm
16  sorry, October 13, 2008.
17      - - -
18      (Deposition Exhibit No.
19  Weintraub-2, Expert Report of
20  William S. Weintraub, MD (In Re:
21  Seroquel Litigation), was marked
22  for identification.)
23      - - -
24      THE WITNESS: Okay. So when

Page 34

1  I said 120 hours, I was including
2  with that all of the background
3  research.
4      So I started out with
5  reading literature, including the
6  observational epidemiologic
7  studies, randomized trials,
8  thought about it, and then decided
9  that -- of how I was going to
10  organize the various sections of
11  the report that related to the
12  sections about me, about review of
13  epidemiology and then a review of
14  the literature concerning
15  quetiapine and potential risk for
16  diabetes.
17  BY MR. KRISTAL:
18      Q.   Okay. Just so we have a
19  clear record, quetiapine,
20  Q-U-E-T-I-A-P-I-N-E, is synonymous with
21  Seroquel for our purposes? I want to
22  make sure we're not talking about
23  different things.
24      A.   You may choose to use the

Page 35

1  term "Seroquel." I will probably stick
2  with quetiapine. Seroquel is the trade
3  name used by -- used to market
4  quetiapine.
5      Q.   Okay. When you open a
6  bottle of Seroquel that you've picked up
7  in a pharmacy and put it in your mouth,
8  the active ingredient is quetiapine. Is
9  that fair to say?
10      A.   I would certainly hope so.
11      Q.   Okay. And as far as you
12  know, there's no other brand of
13  antipsychotic that contains quetiapine,
14  is there?
15      A.   Not as far as I know.
16      Q.   Okay. I'll be happy to use
17  quetiapine. I just want to make sure
18  we're not spending a Saturday for no
19  reason.
20      A.   It is -- you already
21  mentioned that you read from right to
22  left. We're not in shul where we belong.
23      Q.   That's right. So --
24      A.   So it is my habit of long

Page 36

1  standing to try to use the -- to not use
2  the trade names whenever possible. That
3  includes things like with furosemide
4  rather than Lasix. It's just my habit.
5  I think it's good form for physicians to
6  do that.
7      Q.   Let me show you what I've
8  marked as Exhibit 2. I'm opening it to
9  page 45. I think I might have misstated
10  the date. This is your report in this
11  case dated October 11, 2008?
12      A.   It is, yes, sir, Mr.
13  Kristal.
14      Q.   In the first paragraph, in
15  the middle there, you wrote, "I have a
16  long-standing interest in risk factors
17  for coronary artery disease, especially
18  diabetes mellitus."
19      Do you see that?
20      A.   I do.
21      Q.   So if I'm understanding you,
22  your interest in diabetes is primarily as
23  a risk factor for coronary artery
24  disease. Is that fair to say?

Page 37

1      A.   So I would say in that
2   regard, I have as a research interest --
3   I mean, I take care of real live
4   patients. And for that matter, I have
5   done research looking at diabetes
6   independently of coronary disease, as you
7   undoubtedly know from reading this. So I
8   would say that -- what I mean here is
9   that that has been a primary interest as
10  a cardiologist, and a cardiovascular
11  epidemiologist is looking at diabetes as
12  a risk for cardiovascular disease and
13  cardiovascular events, but not uniquely
14  so.
15     Q.   Okay. When you say as a
16  cardiovascular epidemiologist, do you
17  hold any certifications or degrees in
18  epidemiology?
19     A.   Well, my certification as an
20  epidemiologist is professor of
21  epidemiology at Emory University.
22     Q.   I may have -- well, do you
23  have any certifications as an
24  epidemiologist or do you have any degrees

Page 38

1   in epidemiology?
2      A.   So --
3          MR. LASKER: Objection to
4      form. Let me get my objections
5      in.
6          Objection to form.
7          THE WITNESS: So I really
8      already answered it in part, but
9      I'll answer it a little more. I
10     came to be professor of
11     epidemiology by way of cardiology
12     and long-standing experience as an
13     epidemiologist, not only as a
14     professor of epidemiology, but by
15     running epidemiologic research
16     groups, now going on for close to
17     20 years.
18         I came through it -- to
19     epidemiology as a number of MD
20     cardio -- MD epidemiologists do,
21     through experience in epidemiology
22     rather than coursework. I did not
23     come to it through degrees or
24     coursework.

Page 39

1   BY MR. KRISTAL:
2      Q.   Okay. You've had no formal
3   training in epidemiology?
4      A.   I have -- I'm sorry. I
5   have --
6      Q.   Just so it's clear, that's
7   another very important ground rule,
8   probably most important for our friend
9   here today, your left, my right, we
10  shouldn't talk over each other. Were you
11  done? I asked a question --
12         MR. LASKER: Why don't you
13     just ask the question and we'll
14     start over again.
15  BY MR. KRISTAL:
16     Q.   I just want to make sure you
17  were done with your last answer. I kind
18  of jumped in. If you were, you were.
19  And if you weren't, you should finish it.
20     A.   Mr. Kristal, I'm not
21  actually sure who interrupted who. So
22  why don't we just proceed.
23     Q.   You had no formal training
24  in epidemiology?

Page 40

1      A.   So again, let me have the
2   caveat that I rose to be professor of
3   epidemiology. I've lectured in
4   epidemiology. I've led research groups
5   in epidemiology, but have not come to
6   epidemiology through formal coursework.
7          MR. KRISTAL: Move to strike
8      the nonresponsive portions. I'm
9      just trying to understand what it
10     is you're saying.
11  BY MR. KRISTAL:
12     Q.   Are you saying you've had no
13  coursework in epidemiology?
14     A.   I think I've answered the
15  question, Mr. Kristal.
16     Q.   Is the answer to that
17  question yes or no?
18     A.   I think I've answered the
19  question, Mr. Kristal.
20     Q.   What is the answer to the
21  question?
22     A.   I think I've already
23  answered the question, Mr. Kristal.
24     Q.   When you say you haven't

Page 41

1  come to epidemiology through coursework,
2  what do you mean by that?
3      A.   I think I've already
4  answered the question, Mr. Kristal.
5      Q.   You answered the question.
6  I'm using the words that you used in the
7  answer so that I can understand what your
8  answer is.  So I'm asking you what you
9  meant by that?
10      A.   I think I've already
11  answered the question, Mr. Kristal.
12      Q.   When you say "I have not
13  come to epidemiology through formal
14  coursework," what do you mean by that?
15      A.   I think I've already
16  answered the question, Mr. Kristal.
17      Q.   I'm asking you a different
18  question.  I'm asking you what you meant
19  by a phrase that you used in your answer.
20          MR. LASKER:  Objection to
21      form.
22          THE WITNESS:  I think I've
23      already answered the question, Mr.
24      Kristal.

Page 42

1  BY MR. KRISTAL:
2      Q.   So you're refusing to answer
3  that question?
4          MR. LASKER:  Objection to
5      form.
6          THE WITNESS:  I'm not
7      refusing to answer the question.
8      I think I've already answered it.
9  BY MR. KRISTAL:
10      Q.   What we'll do is a very
11  simple process.  We will certify the
12  question, perhaps we'll ask the judge and
13  we'll reconvene so you can answer that
14  question if the judge thinks it's
15  appropriate.
16          MR. LASKER:  I'd be
17      surprised if you bring that
18      question to the judge, but that's
19      fine.
20          MR. KRISTAL:  I'm just
21      following the procedure.  If we
22      choose not to do it, we choose not
23      to do it.  If we do it, we do it.
24      I'm not saying we will or we

Page 43

1      won't, but I don't think that
2      question was answered, and we'll
3      move on.
4  BY MR. KRISTAL:
5      Q.   You wrote here, "I have
6  published over 350 peer reviewed papers,
7  some 50 of which concern diabetes."  Do
8  you see that?
9          Strike that.  Let me quote
10  from your report, Exhibit 2.  "I have
11  published over 350 peer reviewed papers,
12  some 50 of which concern diabetes."
13          Do you see that?
14      A.   I do, sir.
15      Q.   How did you arrive at that
16  estimate of 50 papers concern diabetes?
17      A.   So I would say the 50 was an
18  approximation.
19      Q.   No, no.  It said "some 50."
20  I'm assuming it's an approximation.
21      A.   Approximation.  I looked
22  down the course of all my papers and
23  considered which ones concerned diabetes,
24  some which you wouldn't know about

Page 44

1  because it isn't necessarily in the
2  title.
3      Q.   Okay.  Could you do that
4  exercise now?  Because I counted and I
5  get about 10.  And what I'd like to do in
6  ultimately preparing to cross-examine you
7  is read everything you've written about
8  diabetes.  So if you could just look at
9  the peer reviewed section of your
10  curriculum vitae, and I have a
11  separate -- we can mark that separately,
12  and just tell me the number of the
13  article that you believe relates to
14  diabetes.
15          I've marked as Exhibit 3,
16  let me hand it to you.  Is that correct,
17  that is your curriculum vitae as of
18  at least April of '08?
19              - - -
20          (Deposition Exhibit No.
21      Weintraub-3, Curriculum Vitae, was
22      marked for identification.)
23              - - -
24          THE WITNESS:  16, 17, 23,

Page 45

1      25.
2    BY MR. KRISTAL:
3       Q.    Let me just stop you,
4    wherever you are in here, just so we're
5    on the same wavelength.
6            You are telling us which
7    papers you've written that are peer
8    reviewed which concern diabetes?
9            MR. LASKER:  Objection to
10      form.
11           THE WITNESS:  I'm not sure
12      what you mean.
13   BY MR. KRISTAL:
14      Q.    Well, that's why I'm glad
15   we're stopping.  You wrote in your
16   report, Exhibit 2, "I have published over
17   350 peer reviewed papers, some 50 of
18   which concern diabetes."
19           You with me so far?
20      A.    I did write that, yes, sir,
21   Mr. Kristal.
22      Q.    And what I'm trying to find
23   out are which are the papers that you've
24   written that are peer reviewed that

Page 46

1    concern diabetes.  And if the ones that
2    you've articulated fall in that category,
3    that's fine.  I just want to make sure
4    that we're on the same wavelength here so
5    we don't waste time.
6            So you've given us 16, 17,
7    23 and 25, and you're telling us that
8    those are four of the some 50 or so
9    papers which concern diabetes?
10      A.    Well, listen, I've not spent
11   as much time going over this as you
12   propose to do.  These are papers that
13   concern risk of which diabetes is
14   included.  I have not gone and reread
15   every one of these papers.  So I would
16   have to go and -- this was an
17   approximation.  I would have to do the
18   same thing as you and go and read all of
19   my papers that concern risk to try and
20   get to the bottom and get an exact
21   estimate of how many actually mention
22   diabetes.
23      Q.    Well, no.  That's where
24   we're disagreeing.  You don't say in your

Page 47

1    paper some 50 of which mention diabetes.
2    Right?  You don't use that word
3    "mention," do you?
4       A.    I do not use the word --
5    I'll go back to it.  I do not use the
6    word "mention."
7       Q.    You say "some 50 of which
8    concern diabetes."
9            What did you mean by
10   "concern diabetes" in your paper here, in
11   your report, Exhibit 2?
12      A.    That would -- to me, what I
13   was thinking about there, "concern
14   diabetes" in some kind of way, including
15   as a risk factor for coronary artery
16   disease.
17      Q.    Okay.  So is it fair to say
18   that almost all of whatever papers make
19   up this 50, if there are 50, concern
20   diabetes as it relates to increasing the
21   risk of cardiovascular disease?  Is that
22   fair to say?  I mean, you're a
23   cardiologist as your specialty.  I assume
24   that's what you're talking about.

Page 48

1       A.    As a researcher I'm a
2    cardiovascular epidemiologist.
3       Q.    Okay.  Wearing that hat, are
4    you saying that when you say that "some
5    50 of which concern diabetes," you're
6    talking about diabetes as a risk factor
7    for coronary artery disease?
8            MR. LASKER:  Objection to
9       form.
10           THE WITNESS:  We've actually
11      already gone over this.  I said
12      most of my work -- most of my
13      research work concerning diabetes
14      has been as a risk factor for
15      coronary arteries disease, but not
16      uniquely so.
17   BY MR. KRISTAL:
18      Q.    Have you done any research
19   that relates to risk factors for
20   diabetes, other than through this
21   litigation?
22      A.    I have.
23      Q.    Okay.  Could you tell us
24   which papers those are?  Has that been

Page 49

1   published?
2       A.   The final paper concerning
3   this has not been published. It's been
4   submitted for peer review. There are
5   several papers on my research list
6   relating to this. And that was the SIGT
7   trial, of which I was co-PI.
8       Q.   Which trial?
9       A.   SIGT, S-I-G-T.
10      Q.   So there's a trial that
11  you've been an investigator on for which
12  there are papers now being written that
13  are in press that relate to risk factors
14  for diabetes? Am I understanding you
15  correctly?
16      A.   That is correct.
17      Q.   And those were submitted,
18  I'm assuming if they haven't been
19  approved yet, within the last six months,
20  eight months, something in that range?
21      A.   I would have to go and look
22  at the reference list. I didn't really
23  think about which of the SIGT papers are
24  in print and which are still submitted.

Page 50

1   The major paper on SIGT has been
2   submitted for publication. It has not
3   been accepted yet.
4       Q.   Other than papers relating
5   to that trial, have you done any research
6   with respect to risk factors for
7   diabetes, as opposed to diabetes as a
8   risk factor for coronary artery disease?
9       A.   Sorry for the pause, but I'm
10  trying to think if I've done one. I
11  don't think so.
12      Q.   I take it, then, that none
13  of the papers, other than whatever papers
14  are being generated from this SIGT trial,
15  that you've written relate to risk
16  factors for developing diabetes, as
17  opposed to diabetes as a risk factor for
18  coronary artery disease. Is that fair to
19  say?
20           MR. LASKER: Objection to
21      form.
22           THE WITNESS: I think I've
23      already answered this.
24  BY MR. KRISTAL:

Page 51

1       Q.   And the answer is --
2       A.   I think I've already
3   answered this.
4       Q.   Well, could you just tell me
5   what the answer is? Because I don't
6   think I've asked it -- and if you have
7   answered it, I apologize.
8       A.   I think that my major work
9   is related to -- with diabetes has been
10  related to it as a risk factor for
11  coronary disease. I've been a co-PI of
12  the SIGT trial, evaluating the diagnosis
13  of diabetes and risk factors for
14  diabetes. And I can't think of another
15  study involving risk factors for
16  diabetes, although I've been a part of so
17  many that I may have missed something
18  along the line.
19      Q.   So we don't waste time,
20  everybody's time at this deposition, if
21  you were to continue to go through your
22  published papers, if you would limit your
23  selection of those papers to papers that
24  relate to risk factors for developing

Page 52

1   diabetes, would that be any paper that
2   relates to the SIGT trial?
3           MR. LASKER: You want him to
4       go through and -- I'm sorry, if he
5       goes through his CV --
6   BY MR. KRISTAL:
7       Q.   We have two options here.
8   We can spend time going through, or if
9   you're telling me that the papers that
10  you've published or that are in press
11  that relate to risk factors for
12  developing diabetes are those that relate
13  to the SIGT trial, I can find those
14  myself without all of us wasting time.
15           If you're saying there are
16  others that relate to risk factors for
17  diabetes, I would like you to just point
18  those out to me.
19           MR. LASKER: Okay. I think
20      he's told you he can't remember
21      any, but --
22           MR. KRISTAL: And if that's
23      the answer, if --
24           MR. LASKER: There may be

13 (Pages 49 to 52)

Page 53

1  some on the list. That's the
2  problem.
3        MR. KRISTAL: I'm really
4  just trying to not waste time.
5  BY MR. KRISTAL:
6     Q.  So if I look for the SIGT
7  papers, that would be those papers as you
8  sit here today that you can recall that
9  relate to risk factors for diabetes?
10    A.  I wasn't sure with your turn
11 of phrase if you were done.
12    Q.  I am done.
13    A.  Okay. If there are more,
14 there may be a couple more besides SIGT.
15 If you would like me to go through, we
16 can. I don't think they're going to be a
17 large number.
18    Q.  Why don't you do that, then.
19 Just go through and tell me, other than
20 SIGT, as you sit here today, which papers
21 that you've published relate to risk
22 factors for developing diabetes.
23       So I take it 16, 17, 23 and
24 25 don't relate to that? At least I'd be

Page 54

1  shocked by their titles if they relate to
2  that.
3     A.  That is fair to say. If you
4  want me to, I'll go through it. There
5  are not going to be a lot on risk factors
6  for diabetes.
7        It is possible that there
8  are none besides SIGT, but...
9        Four papers total on risk
10 factors for diabetes.
11    Q.  Okay. Including the SIGT
12 paper?
13    A.  Including SIGT.
14    Q.  How many of those are SIGT
15 papers?
16    A.  I think three. And then
17 there's -- the main paper is submitted.
18    Q.  So if I'm understanding you,
19 sitting here today, reviewing your list
20 of peer-reviewed publications, four of
21 them related to risk factors for
22 diabetes, three of which relates to the
23 trial that you've been involved with as
24 investigator, SIGT, S-I-G-T, all in caps?

Page 55

1     A.  Yes.
2     Q.  So one other paper before
3  that was relating to risk factors for
4  diabetes?
5     A.  Yes.
6     Q.  Which one is that? The
7  alcohol and --
8     A.  Well, you could include that
9  one. I didn't include that. There was
10 one by Rhee.
11    Q.  Could you spell that?
12    A.  R-H-E-E.
13    Q.  I'll be able to find it.
14       Thank you.
15    A.  I don't think that's a SIGT
16 population. I'm pretty sure it's not.
17 It's some of the same people.
18    Q.  When did the SIGT study
19 start, to be alliterate on a Saturday
20 morning?
21    A.  I don't know exactly. Maybe
22 2002, 2003, something like that, a couple
23 years before I left Emory. Say 2003, but
24 I'm not sure exactly.

Page 56

1     Q.  When did the analysis begin,
2  frozen file and analysis begin?
3     A.  It's not a randomized trial.
4     Q.  Okay.
5     A.  It's a trial on diagnosis of
6  diabetes or evaluation. We called it a
7  trial, but it's not a randomized trial.
8     Q.  That's my misunderstanding
9  then. Is it an observational study?
10    A.  No. It's an evaluation of a
11 test, actually, that includes using risk
12 factors as well as evaluation of a test
13 to diagnose diabetes. Because it's not a
14 randomized trial, there's no locking of
15 the file. We were able to analyze data
16 as we went along.
17    Q.  So it was a test looking at
18 glucose tolerance? Tell me what the SIGT
19 trial was about in 25 words or less, or
20 however many you need.
21    A.  What we did is look to see
22 if we could come up with a more rapid
23 test, more rapid, less expensive test for
24 the diagnosis of both glucose intolerance

1   and diabetes. And so we used a glucose
2   challenge, which is similar to a test
3   that's used for diabetes in pregnancy, to
4   see if it would offer a -- better test
5   characteristics than the other rapid
6   test, which is fasting plasma glucose.
7   The problem with that one is it's hard to
8   get people to come in fasting. The idea
9   was to see if this would be more accurate
10  and less expensive.
11       Q.   And was this done
12  retrospectively or prospectively? In
13  other words, as people were coming in,
14  were they randomized to either fasting
15  glucose or the new test?
16       A.   Neither. It was
17  prospective, but they -- all of the
18  patients got both a fasting plasma
19  glucose, an oral glucose tolerance test,
20  as well as the glucose challenge. And we
21  looked at the test characteristics and
22  the risk factors.
23       Q.   So you looked at what the
24  results of those three tests were for

1   each person vis-a-vis the risk factors
2   for diabetes that each person had? I'm
3   just trying to understand what this trial
4   is about.
5        A.   So you said "each person."
6   We gathered the data on each person, but
7   we -- in looking at the characteristics,
8   we looked at the population. We looked
9   at it statistically.
10       Q.   Of course. You accumulated
11  the data.
12            So you looked at -- you did
13  analyses of what the results were for
14  each of the three tests that you
15  mentioned in terms of risk factors for
16  diabetes across the population?
17       A.   I wouldn't put it quite that
18  way. What we did is we looked at the
19  area under the ROC curve for each test by
20  itself, and then we looked, using
21  multivariant techniques, at the addition
22  of the testing to the diagnosis of
23  diabetes in addition to the risk factors
24  that we had.

1        Q.   Was the ultimate goal to see
2   how the results of the tests correlated
3   with the diagnosis of diabetes?
4        A.   Correlated here is not the
5   term I would use.
6        Q.   Associated with?
7        A.   We looked at the sensitivity
8   and specificity, but in a little bit more
9   complicated way. We looked at the area
10  under the ROC curve where you vary the
11  sensitivity and specificity since there's
12  a relationship between one and the other.
13  That is, as sensitivity rises,
14  specificity falls. And you can look at
15  the area under that statistically, the
16  area under the ROC curve or C index,
17  which is a good characteristic for how
18  good the test is.
19       Q.   Are you still involved in
20  the administration and supervision of the
21  section of cardiology within the Center
22  for Heart and Vascular Health at
23  Christiana?
24       A.   I am.

1        Q.   And what percent of your
2   time in terms of your workday does that
3   consume versus your being director of the
4   Outcomes Research Group?
5        A.   What a good question.
6   There's no -- and unfortunately, there's
7   no good answer to it because those
8   activities overlap a lot. So you could
9   say that they're both full-time
10  activities. I'm certainly a very, very,
11  very busy guy.
12       Q.   In Exhibit 1 in the report
13  for Bextra and Celebrex you wrote, "I am
14  responsible for the administration and
15  supervision of care for the Section of
16  Cardiology within the Center For Heart
17  and Vascular Health. The Section of
18  Cardiology is comprised of some 60
19  cardiologists with clinical activities in
20  the areas of invasive cardiology,
21  electrophysiology, imaging, heart
22  failure, acute coronary syndromes,
23  women's health, adult congenital heart
24  disease and other areas of cardiovascular

Page 61

1  patient care.  The Section of Cardiology
2  is dedicated to the highest quality of
3  care including both primary and secondary
4  prevention of cardiovascular diseases.
5  The Section of Cardiology has an active
6  ACGME," all in caps, "approved
7  cardiovascular disease fellowship, which
8  I founded and direct."
9        You're still doing all of
10  those activities?
11     A.   Yes, sir, I am.
12     Q.   Is there a reason why you
13  didn't include that in your report in
14  this litigation?
15     A.   I guess the reason I didn't
16  include all of that --
17     Q.   You didn't include any of
18  it.  If you look at page 3 of your
19  current report, Exhibit 2 -- Exhibit 3 is
20  your current report.  Right?  You can
21  compare it to Exhibit 2.
22        MR. LASKER:  Exhibit 2 is --
23     sorry, I got lost on your exhibit
24     numbers.

Page 62

1        MR. KRISTAL:  Let's do this.
2     We'll get it all straight.
3  BY MR. KRISTAL:
4     Q.   If you take Exhibit 1, your
5  report in Bextra/Celebrex, and you look
6  at paragraph 7 on page 3 and you compare
7  it to your current report for this
8  litigation, Exhibit 2, and look at
9  paragraph 8 on page 3, right, you start
10  talking about Christiana Healthcare.
11  Right?
12     A.   Uh-huh.
13     Q.   If you turn the page on
14  Exhibit 1 -- I'm sorry, turn the page on
15  Exhibit 2.
16     A.   To which page?
17     Q.   Just turn to the next page.
18     A.   Okay.
19     Q.   You see there's a sentence
20  that begins, "With approximately 1,100
21  beds"?  Do you see that?
22     A.   Yes.
23     Q.   Now, after that sentence --
24  that sentence appears in both reports.

Page 63

1  Right?
2     A.   Yes.
3     Q.   You didn't write any of that
4  long paragraph that I read about your
5  cardiology responsibilities.  None of
6  that appears in your report in this
7  litigation, does it?
8     A.   It does not.
9     Q.   My question is, why did you
10  leave out an important part of your work
11  that relates to cardiology in this
12  litigation?
13     A.   Well, I guess the reason I
14  did that was that I felt because this
15  wasn't about coronary disease, per se,
16  that it wasn't as relevant.
17     Q.   Well, is it about
18  cardiovascular disease in any way, this
19  litigation?
20     A.   Is this about cardio -- not
21  directly, no.
22     Q.   Is it indirectly about
23  coronary artery disease or cardiovascular
24  disease?

Page 64

1     A.   One would not be as worried
2  about diabetes if it wasn't a risk factor
3  for coronary disease.
4     Q.   Okay.  In terms of what you
5  were asked to do, though, in this
6  litigation, looking at whether or not
7  there is an association between
8  quetiapine and the development of
9  diabetes or whether there's a causal
10  association between quetiapine and
11  diabetes, that analysis has nothing to do
12  with cardiology.  Right?
13     A.   So saying "nothing" is a
14  very absolute in discussing over the
15  course of the morning the idea that I'm
16  uncomfortable with absolutes.  So not --
17  I would say not directly.
18     Q.   And when you're qualifying
19  it by saying "not directly," you mean
20  after somebody has diabetes, that is a
21  risk factor for cardiovascular disease.
22  Is that the indirect portion of that?
23     A.   I think that's fair to say.
24     Q.   Okay.  But in determining

Page 65

1    what causes or contributes to diabetes,
2    there's nothing cardiovascular about
3    that, is there?
4        A.    Not directly.  However, some
5    of the risk factors are the same.
6        Q.    Okay.  So you mean, for
7    example, if obesity is a risk factor for
8    diabetes, it may also be a risk factor
9    for cardiovascular disease?
10       A.    That is correct.
11             MR. LASKER:  Sometime in the
12       next five minutes, can we take our
13       first break?
14             MR. KRISTAL:  Okay.
15   BY MR. KRISTAL:
16       Q.    We've used the term "risk
17   factor" a couple of times already this
18   morning.
19             Can you tell me what you
20   mean by the term "risk factor"?
21       A.    Okay.  I'd be glad to.  A
22   risk factor is any variable that results
23   in an increase in the occurrence of an
24   outcome.  It is used to mean association,

Page 66

1    generally a statistically significant
2    association which would be observed
3    for -- consistently, not necessarily
4    always, but consistently.  However, risk
5    factor does not mean causation.  You can
6    have a risk factor that is actually not
7    causative.
8        Q.    Could you give me an example
9    of a risk factor, a variable that results
10   in the increased occurrence of an outcome
11   that is not causal but would be
12   considered a risk factor?
13       A.    I can.
14       Q.    Okay.
15       A.    However, you said "results
16   in," so I'd have to take out or modify
17   results in, but is associated with.
18       Q.    Well, I want to use your
19   phrase.  And unless I wrote it wrong, I
20   want to go back in a second, when you're
21   done typing what I'm saying now.  I want
22   to look at Dr. Weintraub's --
23             - - -
24             (A discussion off the record

Page 67

1        occurred.)
2             - - -
3    BY MR. KRISTAL:
4        Q.    I just read your last
5    answer, which included the statement that
6    a risk factor means any variable that
7    results in an increased occurrence of an
8    outcome, and I think you wanted to
9    comment on that.
10       A.    Yes.  Thank you.  It's
11   not -- to say "results in" is not a good
12   term, because it's uncertain.
13       Q.    I don't really care what
14   your definition is; I just want to
15   understand what your definition is.  So
16   if you want to start again and not use
17   the word "results," that's fine.  Let me
18   know what it is so I don't get off on
19   tangents that we don't need to get off
20   on.
21       A.    It's my mistake, and I'm not
22   accusing you.
23             I think that a better term
24   for risk factor is it's a variable that

Page 68

1    is consistently associated with an
2    increase in an occurrence, whether it's
3    an event or incidence of a new disease
4    entity.  It does not need to be causal.
5             You wanted an example.
6    Shall I go ahead and give you one?
7        Q.    Yes, please.
8        A.    Earlobe creases and the
9    diagnosis of coronary disease.  I do not
10   think that earlobe creases cause coronary
11   artery disease, but have been associated
12   as a risk factor with coronary artery
13   disease.
14       Q.    So you're saying --
15             - - -
16             (A discussion off the record
17        occurred.)
18             - - -
19   BY MR. KRISTAL:
20       Q.    Maybe now we're -- I'm glad
21   we're doing this.
22             Are you saying a risk factor
23   is the same as something that is
24   associated with an outcome?

17 (Pages 65 to 68)

Page 69

1    A.   Not quite.  I think a risk
2  factor is associated with an outcome.
3  It's not the same -- exactly the same as
4  associated with.  I think that it
5  overlaps real close, but I'm not sure I'd
6  say they're synonymous terms.
7    Q.   I can understand where
8  earlobe creases may be statistically
9  significantly associated with
10  cardiovascular disease, but no one would
11  say that they cause or contribute to
12  cardiovascular disease.
13    Are you with me on that?
14    A.   Yes.
15    Q.   I find it hard to imagine
16  that anyone would refer to earlobe
17  creases as a risk factor for
18  cardiovascular disease.
19    Have you ever seen anybody
20  refer to earlobe creases as a risk
21  factor, as opposed to associated with?
22    A.   Yes.  There's substantial
23  literature on this.  The literature is
24  old.  There are lots of risk factors like

Page 70

1  this for coronary disease that are not
2  sort of big major risk factors that we
3  think of as being causal.
4    Q.   So what is the difference,
5  then between a risk factor and something
6  that is associated with an outcome?
7    A.   So --
8    Q.   If there is a difference.
9    A.   I'm just a little
10  uncomfortable.  I'm not sure I can do
11  this, that I can parse those terms
12  adequately.
13    I think that I would leave
14  it sort of the way I did, that a risk
15  factor is some variable that is
16  associated with an increase in an
17  outcome.
18    Q.   Isn't that the same
19  definition as an association?
20    A.   It's very close.  I'm not --
21    Q.   I'm just trying to
22  understand.  You said it's very close.
23  I'm just trying to understand what the
24  difference is, because otherwise, I'm not

Page 71

1  following you.
2    A.   I'm not sure that I can do a
3  whole lot better on that.
4    Q.   Okay.
5    A.   I mean, no one's put it to
6  me, is that exactly the same thing,
7  something that's associated with and a
8  risk factor.  They're awfully close, but
9  I'm not sure that those terms -- that I
10  would say formally as an epidemiologist
11  that those terms are truly synonymous.
12    Q.   On a scale from no
13  association whatsoever to a causal
14  association, is a risk factor closer to a
15  causal association than an association?
16    MR. LASKER:  Objection to
17    form.
18  BY MR. KRISTAL:
19    Q.   Do you follow what I'm
20  asking you?
21    A.   I'm not sure that I can make
22  sense of that question.
23    Go back to where I was about
24  how I would define a risk factor.  A risk

Page 72

1  factor is a variable that is associated
2  with an increase in an outcome.  It does
3  not need to be causal.  It might be, but
4  it doesn't have to be.
5    Q.   And an association is
6  something that increases the outcome, but
7  doesn't necessarily mean it's causal
8  either.  Right?  That's why I'm getting
9  hung up on the difference.
10    A.   I don't think I said there
11  was a difference.  What I want to say is
12  that formally that these terms are
13  100 percent synonymous.
14    Q.   I hear you.
15    A.   I think that the reason for
16  that is you use them differently.
17    MR. LASKER:  Is this a good
18    time?
19    MR. KRISTAL:  Sure.
20      - - -
21    (A recess occurred.)
22      - - -
23  BY MR. KRISTAL:
24    Q.   Would you be kind enough to

Page 73

1  look at Exhibit 2, your report in this
2  case, page 4, paragraph 11.
3      A.   Yes, sir.
4      Q.   Are you with me?
5      A.   I am, sir.
6      Q.   I just want to read it, and
7  then I want to see if I understand
8  exactly what your opinions are in summary
9  fashion.
10          Paragraph 11 says, "The
11  clinical trial and observational data
12  regarding quetiapine do not provide a
13  scientific basis to conclude that
14  quetiapine in patients with schizophrenia
15  and other affective conditions is
16  associated with an increased incidence of
17  diabetes when compared to patients
18  receiving other typical or atypical
19  antipsychotics or placebo, let alone that
20  quetiapine can cause diabetes."
21          First of all, did I read
22  that correctly?
23      A.   You did.
24      Q.   So, are you -- you're not

Page 74

1  saying quetiapine isn't associated with
2  an increased incidence of diabetes. What
3  you're saying is, if I'm understanding
4  you, the data to date do not provide a
5  scientific basis to conclude that.
6          Do you understand the
7  distinction I'm trying to ask?
8      A.   I'm going to ask you to
9  repeat it, but I'm also going to read
10  this again.
11      Q.   Read it and then let me know
12  when you're done so I can ask my
13  question.
14      A.   Please repeat your question,
15  because it's complicated.
16      Q.   Let me just tell you what
17  I'm driving at so you understand, and
18  then I'll ask the question.
19          Is there a distinction in
20  your mind between saying quetiapine is
21  not associated with an increased
22  incidence of diabetes versus the clinical
23  trial and observational data regarding
24  quetiapine do not provide a scientific

Page 75

1  basis to conclude that there's an
2  association?  Is there a difference in
3  those two things?
4      A.   Yes.
5      Q.   And are you saying the
6  latter, that the clinical trial and
7  observational data regarding quetiapine
8  do not provide a scientific basis to
9  conclude that there's an association
10  between quetiapine and diabetes?  That's
11  what you're saying?
12      A.   That is what I'm saying.
13      Q.   So you're not saying there
14  is no association.  You're just saying to
15  your satisfaction, it hasn't been proven,
16  based on what you've reviewed?
17      A.   No.  I'm saying -- that's
18  not quite right.  What I'm saying is
19  what's written here --
20      Q.   Right.
21      A.   -- that clinical trial and
22  observational data do not show an
23  association.
24      Q.   So if an association exists,

Page 76

1  it has not been shown to your
2  satisfaction?
3      A.   I'm going to stick with the
4  wording I have here.
5      Q.   I know that, but I'm asking
6  you a different question.  Don't even
7  look at your report.  You don't need to
8  look at your report to answer this.
9          If there is an association,
10  the evidence that you have reviewed
11  doesn't establish that to your
12  satisfaction; is that correct?
13          MR. LASKER:  Objection to
14      form.
15          THE WITNESS:  I would prefer
16      to stick with the term that I have
17      here rather than modifying it to
18      your term.  I'd rather stick with
19      what I've written.
20  BY MR. KRISTAL:
21      Q.   In making a determination
22  whether or not there's an association
23  between quetiapine and an increased
24  incidence of diabetes, does it matter

19 (Pages 73 to 76)

Page 77

1  whether or not quetiapine versus another
2  antipsychotic is more or less associated?
3      A.    I'm not sure I understand
4  the question.  Why don't you try --
5      Q.    Good.  I'm glad you're
6  asking.
7          You indicate in this
8  paragraph, paragraph 11, that in part,
9  the evidence does "not provide a
10  scientific basis to conclude that
11  quetiapine in patients with schizophrenia
12  and other affective conditions is
13  associated with an increased incidence of
14  diabetes when compared to patients
15  receiving other" antipsychotics.  That's
16  part of what you wrote.  Right?
17      A.    Yes.
18      Q.    What does that have to do
19  with answering the question whether or
20  not quetiapine is associated with an
21  increased risk -- increased incidence of
22  diabetes?
23      A.    It would be very difficult
24  to conclude that there was not an

Page 78

1  increased incidence overall, if all you
2  had was comparison to other
3  antipsychotics.  In the nature of things,
4  though, we have both active control and
5  placebo control.  In the nature of
6  looking at the evidence, it's worthwhile
7  to look at both.
8      Q.    Well, we can agree that
9  cigarette smoking is associated with lung
10  cancer.  Fair to say?
11      A.    Cigarette smoking is
12  associated with long cancer.
13      Q.    In fact, you believe, as
14  almost everybody does, it's a causal
15  association.  Fair to say?
16      A.    I think that cigarette
17  smoking -- if you went through the
18  Bradford Hill criteria, you could satisfy
19  almost any serious observer that
20  cigarette smoking is causal for lung
21  cancer.
22      Q.    Does it matter if you're
23  looking at whether Marlboros are
24  associated with lung cancer compared to

Page 79

1  Lucky Strike or Camels in determining
2  whether cigarette smoking is associated
3  with lung cancer?
4      A.    If you want to compare
5  different agents, it is quite reasonable
6  to look at both active and placebo
7  control.  And so I'm going to stick with
8  that.  I think that these agents, to
9  compare them to cigarette smoking and
10  lung cancer, is not quite fair.  It's not
11  a similar kind of comparison.
12          So I think it is quite
13  reasonable to look at both active and
14  placebo control.  If you have active
15  control alone, it would be difficult to
16  come to a statement that you had not
17  shown increased risk.  All you could say
18  then is you didn't find increased risk
19  compared to other agents.
20      Q.    That's right.  But you could
21  have a situation where quetiapine was not
22  associated with an increased risk of
23  diabetes compared to other
24  antipsychotics, and at the same time have

Page 80

1  quetiapine associated with an increased
2  incidence of diabetes with respect to
3  placebo.  Correct?
4      A.    Yes, that is possible.
5      Q.    So I guess I don't
6  understand why the comparison with other
7  agents matters if you're trying to
8  determine whether quetiapine increases
9  the incidence of diabetes versus placebo?
10      A.    So if you want to understand
11  versus placebo --
12      Q.    Right.
13      A.    -- then the other -- then
14  when you compare it to other agents, it's
15  not relevant.  However, it is extremely
16  important from the point of view of
17  clinical medicine and public health to
18  compare to active control because
19  patients have got to be treated.  They've
20  got to be treated with something.
21          So to understand how to use
22  these agents, you must compare them to
23  the other agents that are available.
24  That's the only reasonable way of

Page 81

1  understanding risk.
2      Q.   Well, were you asked to make
3  a determination whether quetiapine is
4  associated with increased incidence of
5  diabetes versus placebo or versus other
6  agents or both?
7      A.   I was asked to evaluate
8  whether quetiapine is associated with the
9  increased incidence of diabetes. My
10 feeling was the only way to realistically
11 look at this was to look at both active
12 and placebo controls.
13     Q.   But to answer that question,
14 whether compared to placebo, does
15 quetiapine increase the risk of diabetes,
16 you don't need to look at whether -- how
17 it stacks up with respect to other
18 antipsychotics. Right?
19     A.   I think I've already
20 answered that question.
21     Q.   Which was yes, you don't
22 need to look.
23     A.   I think I've already
24 answered the question, Mr. Kristal.

Page 82

1      Q.   What was the answer?
2      A.   I think I've already
3  answered the question, Mr. Kristal.
4      Q.   Could you tell me what the
5  answer was that you think answers that
6  question.
7          MR. LASKER: Do you want the
8          court reporter to go back and read
9          it?
10         MR. KRISTAL: Okay. Yeah.
11         If you can find the answer
12     to that question. I'll be happy
13     to go look and see if you can find
14     the answer, and if we can agree
15     that's the answer, I will move on.
16         MR. LASKER: I don't know if
17     we're going to be able to agree to
18     the answer. It was about four
19     questions ago where you asked him
20     the question and he said if you
21     compared it to placebo, he gave
22     the answer.
23         - - -
24         (A discussion off the record

Page 83

1      occurred.)
2          - - -
3  BY MR. KRISTAL:
4      Q.   If you look at Page 11 of
5  your current report, Exhibit 2, the
6  section begins "Causation."
7          Do you see that?
8      A.   I see it.
9      Q.   I want to read the first
10 sentence and ask you some questions about
11 it. "An association may be said to be
12 present between exposure and outcome when
13 consistent evidence from randomized
14 controlled trials and observational
15 studies indicates the presence of
16 increased risk not due to chance,
17 established by a sufficiently small p,"
18 letter p "-value."
19         Did I read that right?
20     A.   You did, sir.
21     Q.   A couple of questions.
22         Are you saying that if you
23 didn't have randomized controlled trials
24 for an exposure vis-a-vis an outcome, you

Page 84

1  couldn't ever say there was an
2  association?
3      A.   I'm going to read my --
4      Q.   Of course.
5      A.   Would you like to ask your
6  question.
7      Q.   Sure. Let me ask it this
8  way. Do you agree that you can have an
9  association between an exposure and an
10 outcome without randomized controlled
11 trials?
12     A.   So what I've said is -- here
13 is that as expose -- an association is
14 present when there's evidence from
15 randomized controlled trials and
16 observational studies. I did not say you
17 must absolutely have both.
18     Q.   That's what I'm asking.
19     A.   So sometimes in some
20 situations, the only way to evaluate risk
21 is with observational studies. It would
22 be nice if you could always have
23 randomized trials, but at times it's just
24 not realistic.

21 (Pages 81 to 84)

Page 85

1    Q.    And is the other side of
2  that coin also true, that you can make a
3  determination that an exposure is
4  associated with an outcome in the absence
5  of observational studies if all you had
6  were randomized, controlled trials?
7    A.    Yes.
8    Q.    Now, when you use the phrase
9  "consistent evidence" -- do you see that?
10   A.    I do, sir.
11   Q.    -- are you saying that
12  before you can say one thing is
13  associated with another, you need to have
14  more than one study?
15   A.    Not necessarily.  In fact, I
16  believe I mentioned the situation in
17  which you have large trials with very
18  small p-values where there's a very
19  strong association, and one randomized
20  trial alone will do it.
21        There it's a matter of sort
22  of the size of the trial, the strength of
23  association, the level of statistical
24  significance, before people would agree

Page 86

1  that an association is present.
2        So I would again try and
3  avoid absolutes.
4    Q.    You would also agree there
5  can be an association between A and B
6  based on a single observational study?
7    A.    I think you're now getting
8  into the realm of anything's possible.
9  Have there been situations and can I
10  think of situations like that?  I can,
11  but it's unusual to have one
12  observational study, find evidence of
13  increased risk in that one study and say,
14  this is an association that we can
15  believe in.
16   Q.    Now, when you say "increased
17  risk," are you using increased risk
18  synonymous with association?
19   A.    All right.  So here what I'm
20  saying is -- I'm trying to find a good
21  word of saying -- what I should say
22  rather than increased risk, I should say
23  evidence within one trial might be a good
24  word.

Page 87

1    Q.    Of an association?
2    A.    Evidence of an association
3  or evidence of risk in one study might
4  not be enough to say there is an
5  association or that this is a risk
6  factor.
7    Q.    Well --
8    A.    I don't have an adequate
9  word in the study.
10   Q.    You did a study or you were
11  involved with a study that was published
12  that looked at pulse pressure and whether
13  or not it was associated with increased
14  levels of C, the letter C, reactive
15  protein.  Right?
16   A.    I did.
17   Q.    And that's what was called a
18  cross-sectional study.  Right?
19   A.    As I remember the study.
20  It's been several years.  I did not
21  exactly prepare --
22   Q.    I don't want to do a memory
23  test and not have something to remind
24  you.  Let me show you the study I'm

Page 88

1  looking at, and we'll talk about it.
2        - - -
3        (Deposition Exhibit No.
4        Weintraub-4, Article entitled
5        "Association Between Pulse
6        Pressure and C-Reactive Protein
7        Among Apparently Healthy US
8        Adults", was marked for
9        identification.)
10       - - -
11  BY MR. KRISTAL:
12   Q.    I'm marking as Exhibit 4,
13  this is an article entitled "Association
14  Between Pulse Pressure and C-Reactive
15  Protein Among Apparently Healthy US
16  Adults."  And you were one of the authors
17  of this article.  Correct?
18       MR. LASKER:  You only have
19    two copies of everything?
20       MR. KRISTAL:  Yeah.  There
21    were just so many boxes I could
22    fit on the dolly or the truck.
23  BY MR. KRISTAL:
24   Q.    Is it correct this is an

22 (Pages 85 to 88)

1  article you've written?
2      A.   I am an author of this
3  paper, that's correct.
4      Q.   This is a study to
5  investigate the relationship between
6  pulse pressure and C-reactive protein.
7  Right?
8      A.   It is.
9      Q.   And it's a cross-sectional
10 study. Right? In the abstract it says,
11 "We examined the cross-sectional
12 relationship."
13     Do you see that?
14     A.   As I remember it, it's --
15     Q.   If you agree it's
16 cross-sectional, I'll move on. I'm just
17 trying to point you to where you said
18 that in the paper.
19     A.   It's from NHANES. Most of
20 NHANES is cross-sectional. I would think
21 this is cross-sectional.
22     Q.   When you say NHANES, you're
23 talking about the National Health and
24 Nutrition Examination Survey?

1      A.   That is correct.
2      Q.   N-H-A-N-E-S, all caps.
3      Now, a cross-sectional study
4  is a type of observational study, is it
5  not?
6      A.   A cross-sectional study is a
7  type of observational study.
8      Q.   And what it represents is a
9  snapshot in time of a population. Is
10 that a fair analogy?
11     A.   I think that that's a bit of
12 a lay term to say --
13     Q.   Of course it's a lay term.
14 That's why I'm using it.
15     A.   That it's a snapshot in
16 time, it's a bit of a simplification.
17     Q.   But that captures in essence
18 what it's about, does it not?
19     A.   I'm not entirely
20 comfortable, but it's a reasonable term
21 to use.
22     Q.   The point is, it's not
23 retrospective, looking back in time,
24 about certain things, and it's not

1  prospective, looking forward in time
2  about certain things. It's looking at
3  things as they exist at one moment of
4  time with respect to a population.
5  Correct?
6      A.   That is correct.
7      Q.   And that's one of the big
8  limitations of a cross-sectional study,
9  is you ultimately at the end of the day
10 have somewhat of a chicken and egg
11 problem. Is that fair to say?
12     A.   What you're saying is you
13 can't tell which came first.
14     Q.   Precisely.
15     A.   That's correct.
16     Q.   Okay. So this was a
17 cross-sectional study to look at what the
18 various pulse pressures were of people in
19 the study vis-a-vis their levels of
20 something called C-reactive protein.
21 Right?
22     A.   That is correct.
23     Q.   And C-reactive protein is a
24 marker of inflammation. Is that fair to

1  say?
2      A.   That is correct.
3      Q.   And to the extent that
4  inflammation is involved in
5  cardiovascular disease, you were looking
6  to see if there was a correlation between
7  pulse pressure and something that might
8  be leading to cardiovascular disease.
9  Right?
10     A.   We were looking to see if
11 there was some kind of statistical
12 relationship between pulse pressure and
13 C-reactive protein.
14     Q.   Okay. And on the
15 "Discussion" page, Page 200. I think
16 it's four pages in.
17     Do you see that?
18     A.   I do, sir.
19     Q.   Let me just read it, and
20 then I have some questions. "The primary
21 finding of the present study was that an
22 increasing" pulse pressure "was
23 associated with increased odds of having
24 an elevated CRP level" greater than or

Page 93

1  equal to .66 milligrams per deciliter
2  "among apparently healthy adults who were
3  representative of the general US
4  population."
5       Do you see that?
6    A.   I do, sir.
7    Q.   And this, as far as you
8  know, was the first and only study on
9  this subject, at least as of the time you
10 wrote this paper in 2002. Right?
11   A.   As far as I know, this was a
12 unique observation at that time.
13   Q.   And if you look at Table 3
14 on that same page, if you look at the
15 odds ratio, when it was correlated with
16 systolic blood pressure, the odds ratio
17 was 1.15. That was statistically
18 significant. Correct?
19   A.   That is correct.
20   Q.   And just so we're on the
21 same wavelength, if you look at an odds
22 ratio or a relative risk and it's 1.15,
23 does that mean that there's a 15 percent
24 greater chance of something happening

Page 94

1  than without that exposure?
2    A.   So that's true for relative
3  risk. It is close to that for an odds
4  ratio. But that's not really the case
5  here. We're not talking about cause
6  here, because we can't say anything about
7  temporality.
8    Q.   I'm not -- I'm just -- all
9  I'm asking about is the number --
10   A.   I think you used --
11   Q.   -- what 1.15 means?
12   A.   Did you use the word
13 "cause"? Maybe you can read that back,
14 the word you used. There was a word in
15 there that tripped me up.
16   Q.   15 percent greater
17 likelihood of having the outcome with the
18 exposure. That's what I'm trying to get
19 at.
20   A.   So my problem here is
21 there's no notion here, at least in my
22 mind as I think about this now, I can't
23 vouch for exactly what we wrote at that
24 time, completely -- not completely, but

Page 95

1  there's no notion here of exposure and
2  outcome.
3    Q.   Divorce yourself from this
4  paper.
5    A.   Okay.
6    Q.   I'm just digressing for a
7  minute.
8    A.   All right.
9    Q.   If you had, let's say, a
10 relative risk of 1.15, what does that
11 mean in terms of an increased risk if
12 you're talking about an exposure and an
13 outcome?
14       MR. LASKER: Objection to
15    the form.
16       THE WITNESS: So if we're
17    looking at exposure and outcome
18    and we find that the relative risk
19    is 1.15, that would mean the point
20    estimate of increased risk is
21    increased by .15.
22 BY MR. KRISTAL:
23   Q.   Another way of saying that
24 is 15 percent?

Page 96

1    A.   Or 15 percent greater risk.
2    Q.   So if something had a
3  relative risk of 1.7, that would be a
4  70 percent greater risk?
5       MR. LASKER: Objection to
6    form, incomplete hypothetical.
7  BY MR. KRISTAL:
8    Q.   Go ahead.
9    A.   So that would mean that --
10 what that means is that if someone who
11 was not exposed was then exposed, that
12 the risk would rise by 70 percent.
13   Q.   Okay. If the odds ratio was
14 1.7, and we're talking about an exposure
15 and an outcome vis-a-vis risk, is there a
16 70 percent greater risk or is it
17 different for an odds ratio?
18       MR. LASKER: Objection to
19    form.
20 BY MR. KRISTAL:
21   Q.   Do you follow what I'm
22 asking you?
23   A.   Yes. It's different for an
24 odds ratio.

Page 97

1    Q.    What would be their percent
2  increase of risk if you had an odds ratio
3  of 1.7?
4          MR. LASKER:  Objection to
5      form.
6          THE WITNESS:  The increased
7      risk is going to be always a
8      little bit less than the odds
9      ratio.  It depends on the absolute
10     risk.
11         When the absolute risk is
12     very low, the relative risk and
13     the odds ratio are almost the
14     same.  When the risk is higher,
15     the odds ratio and relative risk
16     diverge from each other.
17 BY MR. KRISTAL:
18     Q.    But would it be close to
19 70 percent if you had an odds ratio of
20 1.7 if --
21         MR. LASKER:  Objection.
22         THE WITNESS:  I've actually
23     answered this, but this is what
24     I'll say again:  It might be; it

Page 98

1      might not be.  If the absolute
2      risk is high, then odds ratio and
3      relative risk begin to diverge
4      from each other more.
5  BY MR. KRISTAL:
6      Q.    What are you defining as if
7  the absolute risk is high?  What do you
8  mean by that?
9      A.    Well, so if the absolute
10 risk is -- I'll give you an extreme case.
11 If the absolute risk is 40 percent, if
12 a -- compared to if the absolute risk is
13 2 percent, the -- there would be a
14 greater divergence in an odds ratio and
15 relative risk, whatever they are, whether
16 they're 1.15 or 1.7 or 2.0 or whatever.
17     Q.    And how do you go about --
18     A.    That follows from the
19 mathematics.
20     Q.    How do you go about
21 calculating the percentage increased risk
22 with an odds ratio of 1.7 based on the
23 absolute risk?
24     A.    From the odds ratio?

Page 99

1      Q.    Yes.
2      A.    There's a formula which we
3  don't -- which isn't really used very
4  much, that you can actually convert an
5  odds ratio into a relative risk.  Usually
6  people just stick with the term.  And
7  they're often used close to synonymously,
8  but they're not synonymous.
9      Q.    Not exactly the same?
10     A.    Not exactly the same.  And
11 when the risk is very high, they actually
12 can diverge by a fair amount, and then
13 one has to be careful.
14     Q.    Is it fair to say that you
15 concluded in your paper on pulse pressure
16 and C-reactive protein based on one
17 observational study of the
18 cross-sectional design that there was an
19 association between pulse pressure and
20 increased odds of having an elevated CRP
21 level?
22     A.    All right.  So --
23     Q.    I'm just asking you if that
24 was your conclusion based on this one

Page 100

1  study, or was there something else that
2  you factored into that conclusion?
3      A.    So let me answer this.
4  Again, I have trouble within the
5  individual study coming up with adequate
6  wording, and I think that's probably
7  reflected here.  In the first sentence of
8  the discussion it says "was associated
9  with."  And then in the second sentence,
10 it does say "this association."  But
11 taking it outside of the context of this
12 study, if I was to walk away at a
13 distance, which is what I say, is there
14 an association between pulse pressure and
15 CRP that's independent of other things.
16 I probably -- I would say, well, that's
17 interesting, let me see it replicated.
18     Q.    So when you wrote this paper
19 in 2002, you were basing the statement
20 that there was an association based on
21 this one cross-sectional study?  Is that
22 correct?
23         MR. LASKER:  Objection to
24     form.

25 (Pages 97 to 100)

1    THE WITNESS: I think I've
2    already answered this.
3  BY MR. KRISTAL:
4    Q.   Well, I don't think you've
5  answered it.
6        When you wrote it, you meant
7  what you wrote. Is that fair to say?
8        MR. LASKER: Objection to
9    form.
10   THE WITNESS: So let me
11   answer it this way. I meant what
12   I wrote, but I was not thinking
13   about this. Most likely -- and of
14   course, I was not the first
15   author, so it really was his
16   words. And I have to vouch for it
17   as well as a second author, but I
18   don't know what he was thinking,
19   but I would not think I was
20   thinking that this was an
21   association that is sort of a sure
22   thing that wouldn't have to be
23   replicated in other studies before
24   people could say independently of

1    the study that this is an
2    association. That's sort of the
3    best I can do with that.
4  BY MR. KRISTAL:
5    Q.   And you even -- strike that.
6        All good papers that are
7  written about studies talk about the
8  limitations of the studies. Right?
9    A.   Again, I have trouble with
10 absolutes.
11   Q.   Most good papers.
12   A.   It's generally good form.
13   Q.   And you do note the fact
14 that being a cross-sectional study, it's
15 really not possible to say whether or not
16 an increase in pulse pressure occurred
17 before the increase in C-reactive protein
18 levels or vice versa. Right?
19   A.   So within this study, this
20 is cross-sectional. There's nothing --
21 or at least there shouldn't be anything
22 about cause. Although we may speculate
23 on mechanism, my recollection of this is
24 as we did it at that time, was that we

1  were not thinking about cause, one thing
2  coming before another.
3    Q.   I'm not talking about cause
4  right now. I'm talking about an
5  association. Right? You're with me?
6    A.   I am, sir.
7    Q.   Those are different
8  concepts. Right? On the same continuum,
9  but certainly different things?
10   A.   They were related. I'm not
11 even sure I'd use the term "continuum,"
12 but anyway...
13   Q.   Well, we will get into that
14 in a little while.
15       You've also written a paper
16 on oxidative stress markers and
17 C-reactive protein. Correct?
18   A.   I have, sir.
19   Q.   And that was also a
20 cross-sectional study. Right?
21       MR. LASKER: Do you have a
22   paper to show him?
23       THE WITNESS: Do you want to
24   show me the paper? As I remember,

1    it was, but can you show me the
2    paper.
3  BY MR. KRISTAL:
4    Q.   We'll mark this Exhibit 5.
5  This is a paper entitled "Association
6  between novel oxidative stress markers
7  and C-reactive protein among adults with
8  clinical coronary heart disease."
9        Do you see that?
10   A.   I do, sir.
11       - - -
12       (Deposition Exhibit No.
13   Weintraub-5, Article entitled
14   "Association between novel
15   oxidative stress markers and
16   C-reactive protein among adults
17   with clinical coronary heart
18   disease", was marked for
19   identification.)
20       - - -
21 BY MR. KRISTAL:
22   Q.   And you are listed as an
23 author. Right?
24   A.   I am an author, sir.

26 (Pages 101 to 104)

Page 105

1    Q.   If you look at the
2 "Discussion" page, which is on Page 118,
3 I think it's four pages in.
4    A.   Is it all right if I read
5 the abstract and at least refresh myself
6 a little bit?
7    Q.   Of course.
8    A.   Okay, sir.
9    Q.   If you turn to the first
10 sentence of the "Discussion" page, four
11 pages in, it says -- let me know when
12 you're there. I don't want to rush.
13    A.   I am, sir.
14    Q.   "In this study of adults
15 with...clinical" coronary heart disease,
16 "we found a strong positive association
17 between oxidative stress, as measured by
18 the" free oxygen radical test, "and CRP."
19       Do you see that?
20    A.   I do, sir.
21    Q.   And that statement was based
22 on the results of this one test, right,
23 this one study?
24    A.   Let me look at the data a

Page 106

1 little bit.
2    Q.   If you look at Table 1, I
3 think it gives the --
4    A.   It's in Table 1, and it's in
5 Figure 1.
6    Q.   Right.
7    A.   So yes, we wrote that.
8    Q.   Based on this one study?
9    A.   Based on this one study.
10    Q.   Going back to the first
11 sentence of your current report regarding
12 an association and your opinion -- I'm
13 sorry -- your opinion that we read
14 earlier, Page 4, paragraph 11, what is
15 the minimum amount of evidence that you
16 would need to see, in addition to what
17 already exists, in order to say that
18 there is an association between
19 quetiapine and increased incidence of
20 diabetes with respect to placebo?
21    A.   I don't think that there is
22 a good answer to that. Right now I see,
23 as I look -- as I look at the evidence
24 and put it together, look at the

Page 107

1 evidence, at all of the evidence, as best
2 I can, I don't see evidence of an
3 association.
4    Q.   Are you saying because of
5 the evidence as you currently see it now,
6 there could never be an association
7 demonstrated to your satisfaction?
8    A.   Well, I don't think one can
9 ever say that there's no way that an
10 association could be shown.
11    Q.   So if there was a randomized
12 placebo-controlled trial with quetiapine
13 in folks who had schizophrenia, and it
14 was conducted in your opinion well and
15 minimized any bias or confounding and was
16 statistically significant and had been
17 powered to detect an association if one
18 existed, would that be sufficient to then
19 say, okay, now there is an association?
20    A.   So this is highly
21 speculative. So -- and I'm not really
22 comfortable with such speculation,
23 because a trial like that is hard -- I
24 can design a trial like that easily. The

Page 108

1 design is easy enough. But that one
2 would exist that one could pull it off,
3 that one could have a sufficient -- a
4 sufficiently meaningful trial is you keep
5 people with schizophrenia on placebo long
6 enough to pull off makes it all much too
7 speculative to say in the real world.
8       Now, given all the caveats
9 about really doing this, if you had such
10 a trial, such a theoretical trial which
11 showed a very strong increase in
12 incidence in one group compared to the
13 other, in the structure of such a
14 theoretical trial, one could -- and you
15 could then say that there was an
16 association. That would be at least in
17 the realm of theoretical possibility.
18    Q.   And what do you mean by very
19 strong incidence?
20    A.   Well, a strong increase in
21 incidence. Well, you know, that, we can
22 debate that, too.
23    Q.   I don't want to debate with
24 you. I just want to know what you meant

Page 109

1    when you said very strong incidence.
2    You're talking about a relative risk
3    number?
4         A.    So I had -- I have no one
5    number in mind. It's not really my job
6    here today to try and design the trial
7    that would answer that. If we were going
8    to do that, we would have -- trialists
9    would sit around the table probably for
10   several days, trying to decide what the
11   reasonable design was.
12        Q.    I'm not talking about the
13   design of the trial. I'm talking about
14   in the context of your answer, what you
15   meant when you said very strong increased
16   incidence.
17        A.    Because I don't have one
18   number to say this is -- this is a number
19   that would be convincing to people that
20   this was a positive association. The way
21   we would do that in the real world would
22   be, we would sit around and discuss it
23   and design a trial sufficiently powered.
24   And the power calculation includes people

Page 110

1    saying, what is an association that we
2    think is going to be meaningful, that's
3    going to be both clinically meaningful
4    and something that we can actually
5    measure.
6         Q.    And would that relative risk
7    have to be more or less than any
8    particular number?
9         A.    So there is no one number
10   that's sort of is all satisfying in the
11   world of clinical trials for showing
12   increased risk.
13        Q.    So that number could -- for
14   example, you're not saying it would have
15   to be more than a twofold increased risk,
16   relative risk of 2 or more?
17        A.    So 2 has sort of a special
18   place, as I understand it, in legal
19   terms. And a twofold -- a twofold
20   increase in risk would mean a doubling in
21   risk or attributable risk, 50 percent.
22   It's a special place. But there's
23   nothing within the clinical trial world
24   that says it has to be twofold.

Page 111

1         Q.    When you said 50 percent,
2    you mean 100 percent increase?
3         A.    100 percent increased risk
4    or 50 percent attributable risk.
5         Q.    That's for a sole cause, as
6    opposed to something that contributes to
7    the development of a disease. Right?
8         A.    What do you mean?
9         Q.    When you're talking about
10   attributable risk, you're talking about
11   if you're trying in a particular person
12   to say whether something was the only
13   cause, you'd need a relative risk of more
14   than 2?
15        A.    Say it's the only cause,
16   you'd need an infinite relative risk.
17        Q.    Well, if you had three risk
18   factors for cardiovascular disease in a
19   particular person -- let's stick with
20   two. You have two risk factors.
21             What are the top two risk
22   factors for cardiovascular disease? It's
23   a hypothetical. I'm going to put
24   hypothetical numbers on it. It's

Page 112

1    hypertension and smoking? Fair enough?
2         A.    Fair enough for the moment.
3         Q.    Okay. If the relative risk
4    with respect to hypertension vis-a-vis
5    cardiovascular disease was 2.1 and the
6    relative risk for smoking was 1.99 and
7    somebody had a particular cardiovascular
8    disease, would it be your opinion that
9    both hypertension and smoking in that
10   person contributed to the development of
11   their heart disease?
12        A.    So you're -- here I'm
13   wondering what you're getting at now, is
14   now are you talking about causation or
15   association? What do you mean
16   development of?
17        Q.    Causation.
18        A.    So here if we accept that
19   both are causative, which I think we
20   can --
21        Q.    Right.
22        A.    -- hypertension and
23   cigarette smoking for cardiovascular
24   disease, and one had a relative risk of

28 (Pages 109 to 112)

Page 113

1  1.99 and the other 2.01, you're saying,
2  could I consider both to be contributing
3  causes?
4      Q.   Yes.
5      A.   I would consider both to be
6  contributing causes.
7      Q.   And if you had three risk
8  factors, I don't know, obesity, is that a
9  risk factor for cardiovascular disease?
10     A.   It's actually controversial.
11     Q.   Give me one that's not.
12     A.   LDL cholesterol.
13     Q.   If the relative risk for LDL
14 cholesterol was 2.5 and the relative risk
15 for hypertension was 2 and the relative
16 risk for smoking was 1.5 and somebody
17 ended up with cardiovascular disease and
18 had those three risk factors, I'm talking
19 about causation now, would it be your
20 opinion that all three contributed to the
21 development?
22     A.   In the 95 percent
23 confidence -- I'm sorry.
24     Q.   Yes.  All the relative risks

Page 114

1  are 95 percent, you know, confidence
2  intervals, p-value less than 0.05.
3      A.   So you would still -- you
4  would still say that as long as it's
5  95 percent confidence interval, did not
6  include 1, you would say each is a
7  contributing factor.  This is assuming --
8  I think we're also saying here that this
9  is unconfounded, but we're accepting --
10     Q.   95 percent.
11     A.   Well, 95 percent confidence
12 interval and confounding are two separate
13 issues.  But I think we're also saying
14 that it's not confounding.  But we agree
15 that they're causative.
16     Q.   Yes.
17     A.   If we agree that they're
18 causative at 1.5, 95 percent confidence
19 interval, doesn't include 1, it's not
20 confounded, it's still a contributing
21 factor.
22     Q.   You mentioned something, and
23 I want to -- if the confidence interval
24 of relative risk or an odds ratio

Page 115

1  includes the number 1, that's not
2  statistically significant?
3      A.   That would mean that, as
4  it's usually termed, that would not be
5  statistically significant.
6      Q.   What do you mean by "usually
7  termed"?  Is there a situation where a
8  confidence interval would include 1,
9  either at the high end or the low end of
10 the confidence interval, where it would
11 be statistically significant?
12     A.   I'll leave it as I said it.
13 People usually use 95 percent confidence
14 intervals most commonly.  It's just
15 similar as people use p-value of 0.05
16 most commonly.  It's sort of agreed to
17 numbers --
18     Q.   That's what I'm talking
19 about.
20     A.   -- for statistical
21 significance.
22     Q.   If you had -- if you're
23 using a 95 percent confidence interval
24 and you're using a p-value of less than

Page 116

1  or equal to 0.05, and you calculate your
2  odds ratio or relative risk and the
3  confidence interval includes 1, is that
4  statistically significant or not?
5      A.   Generally not.
6      Q.   Tell me when it would be
7  statistically significant in that
8  scenario?
9      A.   I don't have an example.
10 I'm just trying to avoid absolutes.
11     Q.   Unless I'm reading this
12 wrong, you did a study and wrote about it
13 where the confidence interval included 1,
14 and yet it was deemed to be statistically
15 significant.  So let me ask you about
16 that.
17              - - -
18         (Deposition Exhibit No.
19     Weintraub-6, Article Entitled
20     "Comparison of Early Invasive and
21     Conservative Strategies in
22     Patients With Unstable Coronary
23     Syndromes Treated With the
24     Glycoprotein IIb/IIIa Inhibitor

29 (Pages 113 to 116)

Page 117

1    Tirofiban", was marked for
2    identification.)
3         - - -
4    BY MR. KRISTAL:
5    Q.   I'm marking as Exhibit 6,
6    this is an article entitled "Comparison
7    of Early Invasive and Conservative
8    Strategies in Patients With Unstable
9    Coronary Syndromes Treated With the
10   Glycoprotein IIb/IIIa Inhibitor
11   Tirofiban," T-I-R-O-F-I-B-A-N.
12        You're a co-author of this
13   study?
14   A.   I am.
15   Q.   I want to ask you about the
16   discussion of the primary endpoint which
17   is on page 1882.
18   A.   Can I read the abstract and
19   refamiliarize myself with this paper?
20   Q.   Of course.
21   A.   Okay.
22   Q.   If you look on page 1882, in
23   the middle of the paragraph with respect
24   to the discussion on the primary

Page 118

1    endpoint, in the middle of the paragraph,
2    are you with me?
3    A.   Not yet. All right. Where
4    are you? The primary endpoint. Okay.
5    Q.   In the middle of the
6    paragraph starting with, "Similarly."
7    Are you there?
8    A.   Yes.
9    Q.   "Similarly, the likelihood
10   of death or nonfatal myocardial
11   infarction was significantly lower in the
12   invasive-strategy group than in the
13   conservative-strategy group at 30 days"
14   and you give some numbers. Right?
15   A.   Yes, sir.
16   Q.   And then it continues, "and
17   at six months," and you give some
18   numbers.
19   A.   Yes, sir.
20   Q.   And at the six months you
21   give an odds ratio of 0.74. Correct?
22   A.   Yes, sir.
23   Q.   And the confidence interval
24   is 0.54 to 1. Right?

Page 119

1    A.   Yes, sir.
2    Q.   So that includes 1?
3    A.   Yes, sir.
4    Q.   And yet you wrote that it
5    was a significantly lower.
6         Do you see that?
7    A.   Can I comment on this?
8    Q.   Yeah. How do you say
9    something is significant when it includes
10   1 in the confidence interval?
11   A.   So here 1 is the boundary.
12   Rather than 1.01 or 1.05, it's the
13   boundary. And there's no firm -- there's
14   no firm answer on what to do when it's at
15   the boundary. You'll find it both ways,
16   that people will say it has -- it can't
17   include the boundary of 1 or it can
18   include the boundary of 1. There's not
19   an absolute on that.
20   Q.   The number you give for the
21   confidence interval for the 0.74 odds
22   ratio was 1.00. Right?
23   A.   Yes, sir.
24   Q.   Okay. And so what you're

Page 120

1    saying is if it includes 1, it can be
2    considered statistically significant or
3    it cannot be considered statistically
4    significant?
5         MR. LASKER: Object to form.
6         THE WITNESS: You'll find --
7    I think I've just answered that,
8    but you'll find that people handle
9    that in the literature both ways.
10   BY MR. KRISTAL:
11   Q.   Which way do you come out?
12   A.   I'm not going to come out
13   one way or another for all times and all
14   situations.
15   Q.   Well, in what situations
16   does a physician such as yourself say
17   that a confidence interval that includes
18   1 is statistically significant versus
19   saying when it includes 1 it's not
20   statistically significant?
21        MR. LASKER: Objection.
22   BY MR. KRISTAL:
23   Q.   What are the factors that go
24   into that decision?

30 (Pages 117 to 120)

Page 121

1    MR. LASKER: Objection.
2    Objection to form.
3         THE WITNESS: I don't think
4    I could adequately answer that.
5    I've not addressed that, the issue
6    of the 1.0 boundary, in my report.
7    I don't think I can answer that
8    for all time today.
9    BY MR. KRISTAL:
10   Q.   If the confidence interval
11   includes 1, then the p-value would equal
12   0.05, wouldn't it?
13   A.   Not necessarily, because
14   there may be a rounding problem which I
15   can't -- I don't have the data in front
16   of me. I didn't do the statistics with
17   my own hands. I don't have an answer to
18   that right now.
19   Q.   This doesn't say 1 period.
20   It says 1.00. Right?
21   A.   Yes. But it could have been
22   9.99998 or something like that. I don't
23   know exactly.
24   Q.   Okay. I wanted to ask you

Page 122

1    about power.
2         If you look at the second
3    page of this study --
4         Well, before we do that, do
5    you agree that if the confidence interval
6    does include 1, it's not likely to
7    represent a true drug effect?
8         MR. LASKER: Objection to
9    form.
10        You're talking about 1 in
11        the boundary or 1 -- I mean --
12   BY MR. KRISTAL:
13   Q.   Yes. If the confidence
14   interval includes the number 1, is it not
15   likely to represent a true drug effect?
16        MR. LASKER: So 1.0 is the
17        boundary?
18        THE WITNESS: I'm afraid I
19        don't understand the question.
20   BY MR. KRISTAL:
21   Q.   If you look at Page 9 of
22   Exhibit 2, your report in this case, the
23   bottom of the page, you wrote, "If a 95%
24   confidence interval does not include the

Page 123

1    relative risk of 1.0 (the interval is
2    entirely greater than 1.0 or entirely
3    less than 1.0), then the result is
4    statistically significant and there is
5    less than a five percent probability that
6    the results were due to chance. Under
7    such circumstances, it is likely that in
8    the absence of confounding or bias, the
9    observed difference represents a true
10   effect, if that effect is replicated
11   consistently with other studies."
12        Do you see that?
13   A.   I do, sir.
14   Q.   My question is, if the 95
15   percent confidence interval does include
16   the number 1, does that not represent a
17   true effect?
18        MR. LASKER: Again,
19        objection to form. And are you
20        just talking about what are the
21        boundaries, so I just want to make
22        sure the record is clear.
23        Are you talking about an
24        odds ratio --

Page 124

1         MR. KRISTAL: All you need
2    to do is say object to form. Then
3    the ball is in my court. So if
4    you're objecting to form, just say
5    object to form. Otherwise, a
6    speaking objection is not
7    appropriate.
8         MR. LASKER: But it's also
9    not appropriate to use the
10   terminology when you're talking
11   about it one way and then use it
12   without clarification in the
13   second question.
14        MR. KRISTAL: So then just
15   object to form.
16        MR. LASKER: Object to form.
17        THE WITNESS: Can you ask
18   the question again, please.
19   BY MR. KRISTAL:
20   Q.   Sure. Do you agree or
21   disagree that if the 95 percent
22   confidence interval includes the number
23   1, that the observed difference does not
24   represent a true effect?

1    MR. LASKER: Objection to
2  form.
3       THE WITNESS: So that's more
4  complicated than what I wrote
5  here, because what I wrote here,
6  if it does not include 1 and is
7  statistically significant, then
8  it's likely to be a true effect,
9  does not mean the opposite. Even
10 if it was greater than 1, it
11 doesn't mean the opposite, that if
12 it doesn't include 1 that you
13 don't have an effect. What I'm
14 saying here, if it -- if it does
15 not include 1 and the other
16 caveats hold, there's a true
17 effect. I think we should really
18 stick to what I've written.
19 BY MR. KRISTAL:
20    Q.   Well, you may want to stick
21 to what you have written. I'm entitled
22 to ask you your opinions based on what
23 you've written. Do you understand that?
24 Otherwise, I'd just go home and read your

1  report. Right?
2       MR. LASKER: Object to form.
3  BY MR. KRISTAL:
4    Q.   Are you saying that if a
5  95 percent confidence interval includes
6  1, it can represent the true effect of a
7  drug and an outcome?
8       MR. LASKER: Objection to form.
9       THE WITNESS: I think that
10 the way I'm thinking about this is
11 if it does not include 1, then you
12 can say that there's a likelihood
13 of a true effect. If it does
14 include 1, you can't say anything.
15 That's the way I usually and I
16 think most investigators would
17 think about this.
18 BY MR. KRISTAL:
19    Q.   So it could represent a true
20 effect, and it could not represent a true
21 effect, if the confidence interval
22 includes 1?
23    A.   I think I've answered this
24 now.

1    Q.   When you say you can't say
2  anything, what do you mean by that?
3    A.   I think that you can't say
4  anything about whether there's an effect
5  or not.
6    Q.   On page 1880 of Exhibit 6,
7  there's -- in the section of "Statistical
8  Analysis" -- 6 is the tirofiban study.
9       MR. LASKER: This one?
10      MR. KRISTAL: Yes.
11 BY MR. KRISTAL:
12    Q.   When you design a study, you
13 design it to have a certain power. Is
14 that fair to say?
15    A.   That is correct.
16    Q.   And generally what you try
17 to do is determine how many subjects you
18 will need to find a particular or to
19 detect a particular relative difference.
20 Is that fair to say?
21    A.   That's part of it, yes.
22    Q.   Well, what else is there?
23    A.   A relative difference at a
24 certain p-value. The probability of

1  find -- once you say it's the probability
2  of finding an effect -- finding a
3  difference if there is one at a certain
4  p-value.
5    Q.   If a study does not detect a
6  difference between an exposure and an
7  outcome, it could be because of the lack
8  of power in the study to detect a
9  difference. Is that correct?
10    A.   That's correct.
11    Q.   Now, in the design of a
12 randomized controlled trial, the power
13 calculations that are done at the
14 beginning of the trial relate to the
15 primary endpoint of the trial. Correct?
16    A.   That's correct.
17    Q.   So if the primary endpoint
18 of a trial with quetiapine, for example,
19 is whether or not it's efficacious in
20 people with schizophrenia, based on
21 whatever test of efficacy you folks are
22 using, then the study gets powered to
23 detect a certain level of efficacy.
24       Is that fair to say?

Page 129

1    A.   All right. So let me go
2   back a little bit on this. That's true
3   most of but not all the time. There are
4   certainly times in which people power to
5   other things besides the primary
6   endpoint. So again, I'd like to avoid
7   absolutes.
8       Q.   In your deposition in the
9   Bextra/Celebrex litigation, April 15,
10  2008, I want to see if you're changing
11  your testimony from what you said then,
12  and I'll show you this after I read it to
13  you.
14      A.   Somehow I don't have that in
15  front of me.
16      Q.   No. I don't have a copy of
17  it, but I'm going to read something and
18  then give it to you.
19      A.   Okay.
20      Q.   You said on page 244, the
21  question was this:
22           "Question: So there would
23  not be a power calculation for testing
24  cardiovascular safety is all I'm trying

Page 130

1   to find out?
2           "Answer: There would not be
3   a power calculation for anything other
4   than primary endpoint."
5           Do you see that?
6       A.   So --
7       Q.   I'm just asking if you see
8   that.
9       A.   I see that.
10      Q.   Did you testify to that in
11  the Bextra/Celebrex litigation?
12      A.   Let me answer it this way.
13      Q.   My question is this: Did
14  you testify to that in the
15  Bextra/Celebrex litigation, what I just
16  said?
17           MR. LASKER: And the witness
18      can answer the question however he
19      thinks is appropriate.
20           MR. KRISTAL: But then I can
21      move to strike and you can ask it
22      again.
23  BY MR. KRISTAL:
24      Q.   Go ahead.

Page 131

1       A.   In general, power
2   calculation is for the primary endpoint,
3   in general. Most commonly, but not
4   always. Sometimes there's a power
5   calculation for other things as well.
6       Q.   In the quetiapine randomized
7   clinical trials that you have looked at,
8   were those studies powered to detect
9   anything other than the primary endpoint
10  of those studies?
11           MR. LASKER: Objection to
12      form.
13           THE WITNESS: All right. So
14      I think we have to be a little
15      careful here about powered to. In
16      a power calculation, which is a
17      little bit different than "powered
18      to," as far as I know in reading
19      the methods, and I may have missed
20      something on the methods here and
21      there on that, the power
22      calculations were for primary
23      endpoint.
24  BY MR. KRISTAL:

Page 132

1       Q.   Is it fair to say, then, in
2   all of the quetiapine randomized clinical
3   trials that you've looked at, the power
4   calculations were not made based on any
5   safety endpoint?
6           MR. LASKER: Objection to
7      form.
8           THE WITNESS: As far as I
9      know, within the quetiapine
10     studies, the power calculations
11     were around the primary endpoint.
12  BY MR. KRISTAL:
13      Q.   I understand that. What I'm
14  trying to establish is the primary
15  endpoint in those studies was not safety?
16      A.   Well, there were studies
17  that specifically looked at glucose
18  regulation. But -- so I'd have to know
19  which studies that you mean. The studies
20  around efficacy were primarily efficacy
21  studies, and they looked at safety
22  secondarily.
23      Q.   And are you saying that the
24  studies that looked at glucose levels,

33 (Pages 129 to 132)

Page 133

1  that was the primary endpoint?
2       MR. LASKER: Objection to
3  form, primary.
4       THE WITNESS: There were
5  studies at -- 125 that looked at
6  glucose. I'd have to read the
7  study and see again what they
8  actually list as the primary
9  endpoint.
10 BY MR. KRISTAL:
11      Q.   We can do that on our own
12 time. But whether a study looked at
13 glucose or not or looked at any other
14 measure, if that measure was not the
15 primary endpoint, then the power
16 calculation would not be based on that
17 endpoint?
18      A.   Most of the time not. There
19 may be a study that I -- where I didn't
20 read the methods to look for that
21 specifically, in which they've also
22 powered for that. But in general, the
23 power calculation would be -- in the
24 efficacy studies would be that -- in

Page 134

1  efficacy would be around glucose.
2       Q.   Do you agree that the one
3  and only advantage that randomization
4  has -- strike that. That randomized
5  clinical trials have over observational
6  study designs is that randomization
7  eliminates selection bias?
8       A.   I may well have written that
9  someplace. That's a little absolute.
10 But in the abstract, it's true.
11 Randomization eliminates selection bias.
12 In principle, everything else can be
13 accomplished without randomization.
14      Q.   The thrust of my question is
15 not whether -- is not about
16 randomization. It's about whether or not
17 the one and only advantage that
18 randomized clinical trials have over
19 observational study designs is that
20 randomization eliminates selection bias.
21      A.   Was there a question? That
22 sounded like a statement.
23      Q.   Well, is that correct?
24      A.   So I think I just answered

Page 135

1  it.
2       Q.   Well, you've written that
3  precise sentence before. Right?
4       A.   I have probably written that
5  sentence more than once, I suspect.
6       Q.   Well, I actually have a copy
7  for you. No, not quite. It's absolutely
8  too good to be true.
9       MR. LASKER: I saw the
10 highlighting on it. I'll ignore
11 it.
12      MR. KRISTAL: It's not
13 because the highlighting. It's a
14 different document.
15      MR. LASKER: Saving folders.
16      - - -
17      (Deposition Exhibit No.
18 Weintraub-7, Article Entitled
19 "Revascularization Versus
20 Implantable
21 Cardioverter-Defibrillators to
22 Prevent Sudden Death in Patients
23 With Severe Left Ventricular
24 Dysfunction", was marked for

Page 136

1  identification.)
2       - - -
3  BY MR. KRISTAL:
4       Q.   Exhibit 7 is something you
5  wrote entitled "Revascularization Versus
6  Implantable Cardioverter-Defibrillators
7  to Prevent Sudden Death in Patients With
8  Severe Left Ventricular Dysfunction."
9       Do you see that? That's
10 something you wrote?
11      A.   I see this, and it is
12 something I wrote.
13      Q.   And this was an editorial
14 you wrote based on another article that
15 appeared in that same journal by an
16 investigator, the lead investigator being
17 Veenhuyzen, V-E-E-N-H-U-Y-Z-E-N. Right?
18      A.   That's correct.
19      Q.   And in the right-hand column
20 of the first page, the first full
21 paragraph, "Furthermore, the study by
22 Veenhuyzen et al was not a randomized
23 comparison."
24      Do you see that sentence?

Page 137

1     A.   I do see it.
2     Q.   And then dropping down, "In
3  fact, the one and only advantage that
4  randomization has over observational
5  study designs is that randomization
6  eliminates selection bias."
7          Do you see that?
8     A.   I do see it.
9     Q.   And are you backing away
10 from that statement now?
11    A.   No, I'm not backing away
12 from the statement.  What I'm providing
13 is some context.  That is, that that is
14 the advantage of randomization.  But
15 still one has to do everything else just
16 as well in an observational study for it
17 to otherwise match randomization.  In
18 principle, that can be done.  So I'm not
19 backing away from it, just context.
20    --  Q.   Now, in one of your comments
21 on the article by Veenhuyzen was looking
22 at why a particular trial known as CABG
23 Patch was different than the study that
24 he had done, right, if you look

Page 138

1  particularly at the second page of the
2  editorial, upper left-hand corner of that
3  paragraph?
4     A.   Would you like me to read
5  the paragraph?
6     Q.   No.  I'm going to ask you a
7  question, if you need to read it to
8  answer it.
9          In the middle of the
10 paragraph --
11        MR. LASKER:  Do you need to
12    read it?
13 BY MR. KRISTAL:
14    Q.   Well, I haven't asked the
15 question yet.  Certainly before you
16 answer, if you need to read it, just let
17 me know.
18    A.   Okay.
19    Q.   You wrote, "Why was CABG
20 Patch different?  There are 3
21 possibilities."
22          Do you see that?
23    A.   I do see it.
24    Q.   And the third possibility

Page 139

1  you list is, "A third possibility is that
2  there may not have been sufficient power
3  in CABG Patch to reveal the effectiveness
4  of ICD placement, given the low event
5  rate."
6          Do you see that?
7     A.   I do see it.
8     Q.   So I want to try to
9  understand what you're saying there.
10         When the CABG Patch study
11 did not show a difference between the
12 effectiveness of ICD placement or not,
13 you're saying is the study may not have
14 picked up the difference because it
15 wasn't powered sufficiently to pick up a
16 difference, if one existed.  That's one
17 of the possibilities?
18    A.   So I think we have to be
19 pretty careful about context here.  I've
20 not read CABG Patch in years.  I haven't
21 looked at my editorial in years, and I
22 don't remember the study by Veenhuyzen at
23 all.  So it's very difficult for me to
24 adequately comment on this.  Let me read

Page 140

1  the paragraph and see if I have any
2  additional thoughts.
3          Some time ago, I don't have
4  the primary study before me, but what I
5  think I was trying to do was list the
6  kinds of possibilities there were to
7  explain the difference between this
8  observational study and the CABG Patch
9  trial.  And so one of the possibilities
10 that you would have to think about in
11 this situation was the CABG Patch was
12 inadequately powered.
13    Q.   And that's something you
14 would think about in analyzing any
15 situation if you're trying to compare a
16 treatment with an effect or a treatment
17 with an adverse effect.  Right?  You
18 always want to look when you're
19 evaluating the evidence at the
20 possibility of maybe this particular
21 study wasn't powered to detect the
22 difference?
23    A.   All right.  So --
24    Q.   Isn't that part of what you

35 (Pages 137 to 140)

Page 141

1  do when you evaluate studies, think about
2  that?
3      A.   So we have to be careful
4  here about what we mean by power
5  calculation and the somewhat looser use
6  of the term "power" when the data is in
7  hand.  Because once the data is in hand,
8  the power calculation itself is no longer
9  relevant.  So what one should do after
10  the fact when the data is in hand is look
11  at the data and see if there's -- and
12  look at the 95 percent confidence
13  interval difference.
14      Q.   And if you look at the data
15  and you don't see a statistically
16  significant difference, one thing that a
17  good investigator asks is, is an
18  explanation for this lack of difference
19  the fact that the study wasn't powered to
20  detect the difference?  Isn't that
21  something you would always think about?
22      A.   Actually, I would put it
23  differently.  What I would think is, are
24  there enough patients and enough events

Page 142

1  to make a statement here.
2      Q.   That's right.
3      A.   Rather than powered, because
4  powered goes back to the design in the
5  beginning.  Rather, once the data is in
6  hand, we look at the number of events,
7  the number of patients.
8      Q.   When you do a power
9  calculation, you're estimating how many
10  patients you need based on what you
11  expect the incidence to be.  Right?
12      A.   That's correct.
13      Q.   So the two factors that you
14  say you look at after the fact, the
15  number of subjects and the number of
16  events is what goes into the power
17  calculation.  Right?
18      A.   But the problem is that once
19  the data is in hand, you have additional
20  information.  So you should really look
21  at the data in hand rather than say,
22  well, how was the study powered
23  originally.
24      Q.   Well, Exhibit 8 is the

Page 143

1  underlying Veenhuyzen study that you were
2  commenting on, is it not?
3          - - -
4          (Deposition Exhibit No.
5      Weintraub-8, Article Entitled
6      "Prior Coronary Artery Bypass
7      Surgery and Risk of Death Among
8      Patients with Ischemic Left
9      Ventricular Dysfunction", was
10     marked for identification.)
11         - - -
12         THE WITNESS:  Let me check
13     to make sure, but -- it is.
14  BY MR. KRISTAL:
15     Q.   And if you look at the
16  fourth page in where they're talking
17  about this CABG Patch trial --
18         MR. LASKER:  Are we marking
19  this?
20         MR. KRISTAL:  It's
21  Exhibit 8.
22         THE WITNESS:  Where would
23  you like me to look?
24  BY MR. KRISTAL:

Page 144

1      Q.   The section that is talking
2  about the trial that we're talking about,
3  the CABG Patch trial.
4          Are you with me?
5      A.   No.  What's the page number?
6      Q.   1492.
7      A.   Okay.  CABG Patch.  Okay.
8          - - -
9          (A discussion off the record
10     occurred.)
11         - - -
12  BY MR. KRISTAL:
13     Q.   If you look at the last
14  sentence of that paragraph, let me read
15  it and I'll ask a couple questions and
16  then we'll take our lunch break.
17         "Even if ICD prophylaxis
18  reduced arrhythmic death by 50%" --
19     A.   I'm sorry, sir.  Where in
20  the paragraph are you?
21     Q.   The last sentence.
22     A.   Okay.  I'm with you.
23     Q.   "Even if ICD prophylaxis
24  reduced arrhythmic death by 50%, total

Page 145

1   mortality would have been reduced by only
2   15%. The trial was powered to show a 26%
3   reduction in mortality at 40 months, so
4   the lack of a significant difference in
5   total mortality is not surprising."
6         Do you see that?
7      A.   I do.
8      Q.   And what the author is
9   saying there, and what you were listing
10  as a possibility in your editorial
11  commenting about this CABG Patch study,
12  is the power of the study going in was
13  powered to show a 26 percent reduction in
14  mortality at 40 months.  Right?
15     A.   Yes.
16     Q.   And the fact that the
17  results that they got weren't
18  statistically significant means that if
19  there was a reduction in mortality less
20  than 26 percent, the study wouldn't pick
21  it up.  Right?
22     A.   So I'm fairly uncomfortable
23  trying to discuss this paper, which I
24  have not read in eight years, seven

Page 146

1   years, don't remember it all in trying to
2   figure out exactly what they're saying
3   and what they mean.
4      Q.   Okay.  Then take it out of
5   the context of this article.  Let me ask
6   you this question.
7         If a study was powered to
8   show a 26 reduction in an outcome between
9   an exposure and an outcome, and the
10  results didn't show statistically
11  significant results, if there was an
12  outcome, let's say, of a 15 percent
13  difference, you would expect not to find
14  significant results, right, because the
15  study wasn't designed to detect a
16  15 percent difference?
17     A.   Actually, you might and you
18  might not.  You wouldn't have as much
19  power for a 15 percent difference.  You
20  might find it.  You might not.
21     Q.   Right.  You might find it
22  and you might not.  And if you didn't
23  find it, one possible explanation is the
24  study didn't have sufficient power to

Page 147

1   detect it.  Right?
2      A.   That is correct.  That is
3   one of the possibilities.
4         MR. KRISTAL:  Why don't we
5   take a lunch break.
6         THE WITNESS:  Can I finish
7      the thought?
8   BY MR. KRISTAL:
9      Q.   Of course.  It may delay a
10  lunch break.  I may have a follow-up
11  question.  But go ahead.
12     A.   That's would be all right,
13  too.
14         However, you should still
15  look -- rather than worry about what the
16  power calculation is, you get the same
17  information and more by looking at the
18  data you actually have in hand.
19     Q.   I'm not saying that they're
20  mutually exclusive.  Of course you're
21  going to look at the data in hand.  Don't
22  get me wrong.  I'm not saying that you
23  consider the possibility that the study
24  wasn't powered to calculate the

Page 148

1   difference and throw away the data you
2   have.  I'm not saying that.  But a good
3   investigator would always ask the
4   question, if there's no statistical
5   significant difference, whether the
6   original study was designed to pick up
7   the difference.
8      A.   So I would say instead that
9   what I look at is the data that I have.
10  What can I say, given the data that I
11  have, rather than worry about what the
12  design was -- what it was like
13  originally.
14     Q.   But don't you also want to
15  think about whether the data is truly
16  representing what exists?  That's the
17  goal.  Right?
18         MR. LASKER:  Objection to
19  form.
20         THE WITNESS:  So that's
21  another -- that becomes an
22  extraordinarily complicated
23  issue --
24  BY MR. KRISTAL:

37 (Pages 145 to 148)

Page 149

1    Q.    But that's the ultimate
2    issue.
3    A.    -- because now we're not --
4    we're really getting -- we could spend a
5    day on that, because what you're getting
6    at there is the entire issue or the
7    entire framework of the notion of what
8    biostatistics is about and the nature of
9    underlying population.
10   Q.    Let me ask this question
11   instead.
12         When you get results in a
13   study and you're looking at the actual
14   data that you have, don't you try to see
15   what it is that explains that data?
16         MR. LASKER: Objection to
17   form.
18   BY MR. KRISTAL:
19   Q.    Don't you try to examine
20   what you think explains that data, or do
21   you just take the data and not think
22   about it?
23         MR. LASKER: Objection to
24   form.

Page 150

1         THE WITNESS: Well, that is
2    a very general sort of
3    philosophical question.
4    BY MR. KRISTAL:
5    Q.    It's not philosophical. And
6    take it out of the area of philosophy. I
7    want to know what you do.
8         When you get data, don't you
9    say to yourself, what are the things that
10   could be explaining this data?
11        MR. LASKER: Objection to
12   form.
13        THE WITNESS: I always try
14   and understand the data that I
15   look at.
16   BY MR. KRISTAL:
17   Q.    And isn't one of the things
18   that you think about is whether or not
19   the study was powered to pick up the
20   difference or not?
21   A.    Once I have the data in
22   hand, I may go back and glance at power.
23   But what I'm really interested in is the
24   data that I have in hand and what do I

Page 151

1    think it tells me about the underlying
2    population.
3    Q.    And if the study was not
4    powered in the beginning to pick up a
5    certain difference, don't you want to
6    know that so you can see what the actual
7    data you have represents?
8    A.    Actually, the original power
9    calculation doesn't help me do that. The
10   data that I have does that.
11        So let's say you have a
12   difference of 15 percent, but -- as a
13   point estimate, but it's not
14   statistically significant.
15   Q.    Right.
16   A.    You can't say. How the
17   study was powered originally doesn't
18   matter, but let me give you another --
19   Q.    Isn't a possible answer to
20   why that's not statistically significant,
21   that the study was powered to pick up a
22   50 percent difference?
23        MR. LASKER: Dr. Weintraub,
24   if you're not done with your

Page 152

1         original answer, you can complete
2    it.
3         THE WITNESS: So it is
4    possible that if a study is --
5    certainly, if a study is powered
6    to find a 50 percent difference
7    and you find a 15 percent
8    difference as a point estimate
9    that's not statistically
10   significant, that you didn't
11   enroll enough patients to find a
12   15 percent difference.
13   BY MR. KRISTAL:
14   Q.    And the reason you didn't
15   enroll enough patients is you made that
16   determination as to how many patients you
17   need to enroll at the time that you
18   designed the study. Right?
19   A.    But now we're talking --
20   Q.    Is that correct?
21        MR. LASKER: Wait, wait,
22   wait. No. If the witness can
23   answer the question, he was
24   starting to answer the question,

38 (Pages 149 to 152)

Page 153

1    you can complete your answer.
2  BY MR. KRISTAL:
3      Q.  Do you understand what I'm
4  asking you?
5      A.  They're two different
6  things. One is a question of design and
7  how many patients you chose to enroll.
8      Q.  Right.
9      A.  And the other is the data
10  that you have in hand. The data that you
11  have in hand tells you what you need to
12  know about the underlying population.
13  The design doesn't tell you anything
14  about that. It just tells you how many
15  patients you chose to enroll.
16      Q.  The design of the trial in
17  part determines how many patients you're
18  going to enroll. Correct?
19      A.  Yes.
20      Q.  And the number of patients
21  that you choose to enroll is based on a
22  power calculation. Right?
23      A.  Yes. In part. There are
24  other things that go into it, but

Page 154

1  certainly in part.
2      Q.  So at the end of the trial,
3  if you have enrolled the number of people
4  that the study was designed to enroll and
5  you had a difference that is not
6  statistically significant, you need to
7  know if the study was designed to pick up
8  that difference. Right? That could be
9  an explanation why you don't have
10  statistical significance.
11      A.  No. In point of fact,
12  that's not correct. In point of fact --
13  you know, you can glare off into the
14  distance, if you want.
15      Q.  You wrote that, though.
16      MR. LASKER: No. Finish.
17      THE WITNESS: I can't -- you
18  know, I've written a lot of stuff.
19  I don't know that I can defend
20  every sentence I've ever written.
21  But in point of fact, once you
22  have the data in hand, the data in
23  hand tells you about the
24  underlying population. You may

Page 155

1  fault the people who originally
2  designed the study and say they
3  didn't enroll enough patients or
4  their original power calculation
5  didn't allow you to look at a
6  15 percent difference. But the
7  fact that a 15 percent difference
8  is not statistically significant,
9  that tells you all you need to
10  know at that time. The original
11  design and what they were thinking
12  about at that time doesn't
13  influence that 15 percent is not
14  statistically significant. It's
15  the data. So power is really most
16  useful in the beginning.
17      People use the term "power"
18  loosely. And I probably have done
19  that as well, use the power
20  loosely to say a study is
21  underpowered. That's a little
22  different than a power
23  calculation, which is a formal
24  process at the beginning of a

Page 156

1  clinical trial.
2  BY MR. KRISTAL:
3      Q.  I'm not talking about a
4  power calculation. What did you mean
5  when you wrote in Exhibit 8, "A third
6  possibility is that there may not have
7  been sufficient power in CABG Patch to
8  reveal the effectiveness of ICD
9  placement, given the low event rate"?
10  What did you mean by that when you wrote
11  it?
12      A.  I would mean that there
13  weren't enough patients and enough
14  events, that if we had more patients and
15  more events we might have been able to
16  detect a smaller difference.
17      Q.  And that consideration is
18  something you would do with any trial
19  that you're reviewing and analyzing.
20  Right?
21      A.  I will always look at the
22  number -- at the number of patients and
23  see what I can conclude or at least think
24  is likely about the underlying

39 (Pages 153 to 156)

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

1    population.
2           MR. KRISTAL: Why don't we
3    take our lunch break.
4           - - -
5           (A luncheon recess
6    occurred.)
7           - - -
8           (Deposition Exhibit No.
9    Weintraub-9, Notice of Deposition
10   of William S. Weintraub, MD, was
11   marked for identification.)
12          - - -
13   BY MR. KRISTAL:
14      Q.   We're back from lunch. I've
15   marked as Exhibit 9 the deposition
16   notice. And I've placed it in front of
17   Dr. Weintraub.
18          Did you bring anything today
19   pursuant to the deposition notice or
20   otherwise in terms of materials?
21      A.   The only thing I brought was
22   my report, which you already have.
23      Q.   We have been provided with a
24   few CDs with a number of different

1    materials on them. And I believe that
2    those are reflected in your report
3    beginning on page 52, something called
4    Exhibit List?
5       A.   Shall I turn to that?
6       Q.   Well, let me ask you this:
7    In your report, on page 5 --
8       A.   Okay.
9       Q.   -- you mention that there's
10   a list of selected references included as
11   an appendix to the report and that you
12   "reviewed many other materials on which I
13   relied in forming my opinions." And you
14   say, "I will provide separately a full
15   list of the materials I reviewed and/or
16   received in connection with this report."
17          Starting on page 47 of your
18   report, there's a section entitled
19   "Published Literature." I'm sorry. It's
20   page 47. It says "Published Literature."
21   It's an alphabetical listing of articles.
22      A.   Yes.
23      Q.   And then on page 52,
24   something called "Exhibit List."

1           MR. LASKER: I'm not finding
2    it.
3           THE WITNESS: Okay.
4    BY MR. KRISTAL:
5       Q.   And let's start with the
6    Exhibit List.
7           Roman numeral I mentions
8    "Clinical Study Reports and Related" --
9           MR. LASKER: He's not with
10   you.
11          THE WITNESS: Where are you
12   now?
13   BY MR. KRISTAL:
14      Q.   Page 52 of your report.
15      A.   Do you have the actual
16   document that I brought? Is that here?
17          Okay. All right.
18      Q.   Are they the same?
19      A.   They are the same.
20          MR. LASKER: I certainly
21   think they are the same.
22   BY MR. KRISTAL:
23      Q.   No. I trust you if you say
24   they are the same, but if they're

1    different, we need to mark it and
2    figure --
3       A.   No, they're the same.
4       Q.   Page 52, "Exhibit List" has
5    clinical studies and related AstraZeneca
6    materials.
7           - And then Roman numeral II
8    are expert reports of various plaintiffs'
9    experts, expert depositions of various --
10      A.   What page?
11          MR. LASKER: 54 for expert
12   reports and then 55 for expert
13   depositions.
14          THE WITNESS: Okay.
15   BY MR. KRISTAL:
16      Q.   And then Roman numeral IV on
17   page 55 starts "Published Literature"?
18      A.   Right.
19      Q.   Now, do the Pages 52 through
20   63 represent the universe of materials
21   that you're referring to when you said
22   you "reviewed many other materials on
23   which I relied," or is there something
24   else?

Page 161

1    A.   I'm not 100 percent sure
2  that it's 100 percent complete.  It's
3  close.  I'm not -- I didn't mean for it
4  not to be exact, but I'm not 100 percent
5  sure it's 100 percent complete.
6    Q.   Okay.  Well, I guess the
7  question is, when you wrote that you will
8  provide a full list of materials, since
9  the date of the report, have you provided
10  a full list of materials that's any
11  different than was attached to the report
12  when we got it?
13    A.   I have no other list besides
14  this.
15    Q.   Okay.
16    A.   I don't think there's
17  anything mentioned in the report.  I
18  could think of a couple of articles that
19  I've looked at that are probably not
20  listed here, but I don't think I've ever
21  referred to them.
22       MR. LASKER:  I think also, I
23    don't know if we gave you an index
24    with the CDs.  I mean, anything

Page 162

1    else he would have reviewed would
2    have ended up on the CDs.  I can't
3    say it's all on the list either.
4    They're all on the DVDs.  We gave
5    you copies of documents.  They may
6    not be completely coextensive.
7    There may be a few more.  It
8    wouldn't matter -- if he looked at
9    anything after he prepared this
10    list and we were aware of it, we
11    got his whole file for you.
12       MR. KRISTAL:  So the CDs or
13    DVDs, whatever they are, have the
14    universe of things.  Whether
15    that's 100 percent coextensive
16    with what's listed here may or may
17    not be correct.
18       MR. LASKER:  Right.  The
19    only thing I can think of that
20    would not be because he just --
21    was Dr. Koplan's report, because
22    that was postdated, yes, Dr.
23    Koplan's report.
24  BY MR. KRISTAL:

Page 163

1    Q.   I guess, what did you mean
2  that you will provide a separate list, if
3  the list was provided with the report?
4  That's what I'm not following.  Why would
5  you write that if --
6    A.   I certainly meant to provide
7  everything.
8    Q.   No.  Of course.  I'm just
9  saying, when we got your report, attached
10  to it were the lists as I just mentioned.
11       Why at the time that you
12  signed the report would you have written
13  that you will provide a full list of
14  materials if what was being provided was
15  the full list of materials?
16    A.   Well, I'm not sure I can
17  give you a perfect answer to that.  I
18  mean to provide -- the best I can do is I
19  mean to provide everything I've looked
20  at.
21        - - -
22       (Deposition Exhibit No.
23    Weintraub-10, Article entitled,
24    "Is atherosclerotic vascular

Page 164

1    disease related to a high-fat
2    diet", was marked for
3    identification.)
4        - - -
5  BY MR. KRISTAL:
6    Q.   We'll mark as Exhibit 10,
7  this is something you entitled, "Is
8  atherosclerotic vascular disease related
9  to a high-fat diet?"
10       Is that something you wrote?
11    A.   I did.
12    Q.   And it was written in I
13  think 2000, 2002?
14    A.   2002.
15    Q.   If you look at the first
16  column, lower left-hand corner?
17    A.   Yes.
18    Q.   You wrote here, this
19  paragraph and the next paragraph, you are
20  talking about evaluating an association
21  and determining whether or not in your
22  opinion it's a causal association.
23  Right?  Generally?
24    A.   Yes.

41 (Pages 161 to 164)

1   Q.   You wrote a second sentence
2   of that paragraph, "We could define
3   'cause' in an epidemiologic sense as an
4   unbiased association in the absence of
5   any confounding."
6        Do you agree with that now?
7   A.   Well, I think that again
8   some context. One could say about this,
9   that it is a tautology, that an
10  association that's unbiased and where
11  there's no confounding, statistically
12  significant, by tautology, a causal
13  relationship. In practice, it's not
14  nearly as useful as using criteria. So
15  you'll notice that I go on in the same
16  paragraph to discuss the Bradford Hill
17  criteria.
18  Q.   I promise you, we're going
19  to get to those ad nausea. I don't mean
20  to skip over that.
21  A.   Okay.
22  Q.   I'm just trying to
23  understand if we parse this through, and
24  I can read the next sentence or two, but

1   maybe let me cut to the chase and see if
2   I need to read it, that you're saying
3   here that in a perfect world, I think you
4   say, or in the real -- in the perfect
5   world, if you had a nearly perfect
6   clinical trial, you could determine
7   causation based on one trial?
8        MR. LASKER: Objection to
9        the form.
10  BY MR. KRISTAL:
11  Q.   Is that what you're saying?
12  A.   No. I don't say that at all
13  here. No, I don't think that's correct.
14  Q.   Let me read it then, "We
15  could define 'cause' in an epidemiologic
16  sense as an unbiased association in the
17  absence of any confounding. This can
18  only be shown in a perfect, or, in the
19  real world, nearly perfect clinical
20  trial."
21       Do you see that?
22  A.   I do.
23  Q.   So could an unbiased
24  association in the absence of any

1   confounding be shown in a perfect, or, in
2   the real world, nearly perfect clinical
3   trial?
4   A.   So this is sort of
5   difficult -- again, we could have a
6   discussion about this all afternoon.
7   There are times in which a very large
8   trial with a very strong association and
9   a very good p-value is enough to pass
10  muster with regulatory authorities, which
11  would be enough to convince some people
12  that there is causation based on one
13  trial. But here really, rather than
14  talking about this is what you should do,
15  I'm saying this is not the way the world
16  is most of the time, and so what we need
17  to do looking at association and see if
18  we can go from association to cause, we
19  need to consider criteria to see if we
20  really pass muster. So I'm really
21  setting up the point to say the world
22  isn't like that, rather than saying the
23  world is like that.
24  Q.   I'm not fussing with you on

1   that point. But in a perfect world, and
2   I'm not saying it is the real world,
3   because you clearly say it's not the real
4   world. In a perfect world you could make
5   a determination of causation based on one
6   trial?
7   A.   All right. So let's do this
8   again, but let's also make sure that the
9   caveats are in place. The perfect trial,
10  large enough, no bias is creeping into
11  the trial somehow, strength of
12  association that people believe in,
13  unconfounded, there are trials that pass
14  that muster to the point that people will
15  believe them and be prepared to act on
16  them, which I guess would be even if you
17  don't use the word "cause," that would be
18  sort of the operational, people would
19  read the cause if people act on it. So
20  that's sort the best I can do with that.
21  Q.   I'm not interested --
22  A.   I have trouble --
23  Q.   We're going to be talking
24  about cause a lot this afternoon. I'm

1  not interested in what would drive
2  someone operationally. I could care
3  less. I really only want to focus on
4  cause.
5       So given the type of trial
6  that you just articulated, could you make
7  a causal determination based on one trial
8  as you've laid the qualifications for
9  that trial?
10      A.   So again, the way I laid
11 this out was to say here, here's
12 something perfect, but the world isn't
13 perfect. So we come back to this more
14 operational point of view. I have
15 trouble with the purely theoretical space
16 of trying to say that we have the perfect
17 world, the perfect trial and we establish
18 cause.
19      So I suppose if we are in a
20 purely theoretical realm, I would think
21 so, but it's not a comfortable thought to
22 me, the idea that there is this perfect
23 trial out there that establishes -- that
24 establishes cause.

1       Q.   Well, when you wrote the
2  sentence, "This can only be shown in a
3  perfect, or, in the real world, nearly
4  perfect, clinical trial" -- do you see
5  that sentence?
6       A.   I do.
7       Q.   The "this" that you were
8  referring to was cause. Right?
9       A.   Yes, that's correct, what I
10 meant there.
11      Q.   You then go on to talk about
12 an approach which you refer to as the
13 Bradford Hill, B-R-A-D-F-O-R-D, separate
14 word, H-I-L-L, criteria. Right?
15      A.   Yes, sir.
16      Q.   You wrote, "If there were no
17 such trial data, then we could attempt to
18 establish causation through such
19 approaches as the Bradford Hill criteria,
20 which are" and then you go on to list
21 them. Right?
22      A.   Right.
23      Q.   There are other approaches
24 to answering the question of causation

1  other than looking at the Bradford Hill
2  considerations. Right? You said "such
3  approaches as." I'm assuming when you
4  use the words "such approaches as," you
5  are acknowledging the fact that there are
6  other approaches.
7       A.   Well, in the realm of
8  epidemiology, the idea of causation
9  combines gathering the evidence and then
10 thinking about the Bradford Hill
11 criteria. Other approaches, such as
12 Koch's postulates or something like that,
13 is not something that's often used in the
14 epidemiologic setting.
15      Q.   That's K-O-C-H, Koch's
16 postulates.
17      Well, are you saying that
18 the only way in an epidemiological sense
19 to evaluate evidence is using the
20 Bradford Hill criteria in terms of
21 causation?
22      A.   So this is sort of a
23 recurring theme we had today of me
24 trying -- of you suggesting absolutes and

1  me saying that things are a little less
2  than absolute.
3       In general, I will think
4  about the -- even when I can think of it
5  in the world of pharmaceuticals about
6  very large clinical trials where one
7  trial has sort of satisfied everybody, I
8  would always sort of fall back and think
9  about, well, how does that work with the
10 Bradford Hill criteria? Am I satisfied?
11 It's a natural thing -- it's a natural
12 thing to do, a natural place to be, to
13 think that through in -- after evidence
14 is in hand.
15      Q.   You consider yourself a
16 Bayesian epidemiologist, B-A-Y-E-S-I-A-N.
17 Right?
18      A.   To some extent. To some
19 extent.
20      Q.   There are Bayesian methods
21 of determining causality which are
22 different than the Bradford Hill method.
23 Right?
24      A.   I would say that that --

Page 173

1    Q.    Using probability analysis.
2    Right?
3    A.    We are always using
4    probabilities.
5    Q.    What does that mean?
6    A.    In other words, Frequentists
7    think in terms of probabilities, too.
8    Bayesians have other approaches to
9    probabilities.
10       I would say that Bayesian
11   and -- a Bayesian approach is not really
12   another epidemiologic approach to
13   causality. I think a Bayesian more --
14   more as a complementary statistical
15   approach for Frequentists statistics.
16   Q.    Okay. When you use the term
17   "Bradford Hill criteria," the word
18   "criteria" doesn't mean that any or all
19   of them are required. Correct?
20   A.    Not absolutely all of them.
21   Some are more important than others.
22   Q.    When you say "not absolutely
23   all of them," there are situations where
24   you might satisfy three or four and make

Page 174

1    a causal determination? There may be a
2    situation where your evaluation of the
3    evidence satisfies one or two and you
4    make a causal determination? Right?
5    These are flexible considerations.
6    A.    I think that's overstated.
7    I think one -- it would not be correct to
8    say -- well, I'm just going -- this one
9    isn't met, so I'm going to ignore it.
10   Q.    Nor am I talking about
11   ignoring anything. And if you thought I
12   was saying that --
13       When a physician or a
14   scientist is evaluating evidence to
15   determine causation and they're looking
16   at the Bradford Hill considerations,
17   there's no score sheet that they could
18   fill out and they come out with a number
19   and say aha, I've reached this number,
20   cause and effect; or aha, I haven't
21   reached a number, no cause and effect.
22   Right?
23   A.    I don't think that one would
24   generally use the Bradford Hill criteria,

Page 175

1    use some kind of score sheet but still
2    think about them all except for maybe one
3    or two.
4    Q.    And when you think about it,
5    you have to, as an individual assessing
6    causation, your evaluation of each piece
7    of evidence and how it fits into those
8    considerations. Right? That's the
9    analysis you go through?
10   A.    I look at as much data as I
11   can get my hands on, and I think about
12   how this all fits together.
13   Q.    And the way you in part
14   structure your thinking is to go through
15   the considerations that Bradford Hill had
16   raised. Right?
17   A.    I find that a useful
18   approach to think about causation, to
19   look at the evidence and then think about
20   the criteria that Bradford Hill raises.
21   Q.    Now, here you list eight,
22   right, eight?
23   A.    Yes.
24       MR. LASKER: When you say

Page 176

1        you --
2    BY MR. KRISTAL:
3    Q.    Looking at Exhibit 10 in
4    your article about vascular disease and
5    high-fat diet, you list eight Bradford
6    Hill criteria. Correct?
7    A.    Yes.
8    Q.    There's a citation to the
9    second reference. Right? And that is
10   the citation to the publication of the
11   speech that Sir Austin Bradford Hill gave
12   in 1965, right, to the Royal Society of
13   Medicine?
14   A.    Yes.
15   Q.    And that's where you derived
16   the eight criteria that you wrote here.
17   Right? That's the citation?
18   A.    That's the citation. I'm
19   not sure that I actually read the
20   citation. I suspect that it was an
21   intermediate publication that led me to
22   this. But I don't remember.
23   Q.    Well, wait a minute. You
24   write, "If there were no such trial data,

44 (Pages 173 to 176)

Page 177

1  then we could attempt to establish
2  causation through such approaches as the
3  Bradford Hill criteria," and you had the
4  number 2 after the word "criteria."
5  Right?
6      A.   Yes.
7      Q.   The number 2 takes you to
8  the reference table. Right?
9      A.   Yes.
10     Q.   And the reference there is a
11 reference to the publication of a speech
12 given in 1965 by Hill, AB, Austin
13 Bradford Hill. Right?
14     A.   Yes.
15     Q.   And that, therefore, is
16 telling the reader, that is the source of
17 what follows, the eight criteria. Right?
18     A.   It's the original source.
19     Q.   When you say "the original
20 source," are you saying you didn't read
21 it, but you cited to it?
22     A.   I'm sure I read it at some
23 point, but there are other sources of
24 data about the Bradford Hill criteria

Page 178

1  that I may have been thinking about as
2  well.
3      Q.   Why would you cite to that
4  if you weren't thinking of that? Why
5  would you cite to the 1965 article?
6      A.   I'm sure I was thinking of
7  it, to let people know where they could
8  go back to see the very original.
9             - - -
10            (Deposition Exhibit No.
11        Weintraub-11, Editorial entitled
12        "Alcohol Consumption, Diabetes,
13        and Coronary Disease, An
14        Epidemiological Perspective", was
15        marked for identification.)
16            - - -
17 BY MR. KRISTAL:
18     Q.   Let me mark as Exhibit 11,
19 this is an article you wrote in 2000
20 entitled "Alcohol Consumption, Diabetes,
21 and Coronary Artery" -- strike that.
22        "Alcohol Consumption,
23 Diabetes, and Coronary Disease, An
24 Epidemiological Perspective."

Page 179

1            Let me hand it to you and
2  ask you if that is in fact something you
3  wrote.
4      A.   I did write this.
5      Q.   And here you are -- again,
6  you're talking about whether a risk
7  factor is causally associated, if you
8  turn to the next page. Right? Upper
9  left-hand corner?
10     A.   Yes, sir.
11     Q.   You wrote, "Association does
12 not prove causation or protection."
13            Do you see that?
14     A.   I'm sorry. Where are you
15 sir? Oh, I see it.
16     Q.   You certainly agree with
17 that today, don't you?
18     A.   Yes, sir.
19     Q.   Then you then write "A
20 series of criteria can be applied, albeit
21 in a flexible manner, to a risk factor to
22 suggest causation, as originally outlined
23 by Hill."
24            Do you see that?

Page 180

1      A.   Yes, sir.
2      Q.   When you say "applied,
3  albeit in a flexible manner," you mean
4  that the person who's doing the
5  evaluation is doing their best to see how
6  the evidence fits into those
7  considerations?
8            MR. LASKER: Objection to
9        form.
10           THE WITNESS: Well, it
11       certainly does not mean anything
12       goes.
13 BY MR. KRISTAL:
14     Q.   Of course not. It doesn't
15 say anything goes. But these are
16 flexible considerations. Right?
17     A.   No. I said you should think
18 about it in a flexible manner. It
19 doesn't mean they're flexible
20 considerations. That's not what I said.
21 I think that one has to be --
22     Q.   So a person --
23           MR. LASKER: Let the witness
24       finish.

45 (Pages 177 to 180)

Page 181

1    MR. KRISTAL: You're right.
2    THE WITNESS: I'm sorry.
3    I think one has to be
4    careful. It's an imperfect
5    process, but one has to be
6    careful. But it's certainly not a
7    matter of, you can interpret them
8    as you like.
9    BY MR. KRISTAL:
10   Q. Well, do you agree that
11   reasonable physicians, scientists,
12   epidemiologists can look at the same
13   evidence and look at the Bradford Hill
14   considerations and come out on different
15   sides of the causation question?
16   A. In general, I think that the
17   weight of the evidence as one looks at
18   that, reasonable people should, maybe not
19   all the time, most of the time come to
20   the same answer. I don't think it's
21   right to say that people can come to
22   the -- to different answers.
23   Q. Well, people can weigh the
24   evidence differently based perhaps on

Page 182

1    their clinical practice or their own
2    experience. Right? Not everybody is
3    going to weigh the evidence the same as
4    you would?
5    A. Not everyone is going to
6    weigh evidence exactly the same way. But
7    in terms of coming to an answer and
8    looking at the evidence, people should be
9    able to weigh the evidence and come to
10   the same side. I do not think it's
11   correct that people look at the evidence
12   and say I think this and another person
13   thinks that and each is valid.
14   Q. Well, you understand that
15   there is a legal challenge to the
16   methodology that the plaintiffs' expert
17   used to conclude that there is a causal
18   association between quetiapine and
19   increased risk of diabetes. Do you
20   understand that?
21   A. I do understand that.
22   Q. Have you heard the term
23   Daubert challenge, the case
24   D-A-U-B-E-R-T?

Page 183

1    A. I have heard this, yes.
2    Q. Let me give this as a for
3    instance. When you testified in Celebrex
4    and Bextra, as part of the review of
5    those materials, you reviewed the Vioxx
6    literature. Right?
7    A. I reviewed it, not in as
8    much detail as Celebrex, but I did review
9    the literature, yes.
10   Q. It was your opinion when you
11   were testifying on behalf of Pfizer in
12   the Celebrex/Bextra litigation that Vioxx
13   did increase the risk of cardiovascular
14   disease -- strike that. Cardiovascular
15   thrombotic events. Correct?
16   A. I did believe and do believe
17   that Vioxx increases risk of
18   cardiovascular events.
19   Q. And do you understand that
20   Merck retained experts in the Vioxx
21   litigation to challenge people saying
22   that their methodology is unreasonable,
23   and you, if you were testifying for a
24   plaintiff in Vioxx, would have been one

Page 184

1    of those people?
2    A. One of which people?
3    Q. Do you understand that Merck
4    retained experts to support a claim that
5    folks who said that Vioxx increased the
6    risk of cardiovascular thrombotic events
7    weren't using proper methodology? Do you
8    understand that?
9    A. Well, I think it's a
10   reasonable assumption that they did that.
11   I don't know enough of the details of
12   what they did to say. But it would
13   reasonably seem to be the case that they
14   hired experts to do that. I should say
15   retained, not hired. Retained experts.
16   Q. Are you saying in the
17   context of Vioxx because you reviewed the
18   evidence and applied the evidence to the
19   Bradford Hill considerations, that the
20   experts that Merck retained to say it
21   ain't so were unreasonable?
22   MR. LASKER: Objection to
23   form.
24   THE WITNESS: No, I do not

Page 185

1    think that they were unreasonable.
2    BY MR. KRISTAL:
3        Q.    Okay.  Do you think the
4    plaintiffs' experts, if they applied the
5    Bradford Hill considerations to the
6    evidence as they weighed it, are
7    unreasonable?
8        A.    So there's reasonable, and
9    the term "reasonable" is not the best
10   term here.  The question -- the real
11   thing is are they right.
12       Q.    I don't want to use the term
13   "right."
14           My question is, and the
15   original question, maybe you
16   misunderstood it, if two scientists,
17   physicians, epidemiologists are looking
18   at the same evidence, applying the same
19   Bradford Hill considerations, and come
20   out on different ends of the causation
21   analysis, they both can be reasonable in
22   their approaches.  Right?
23           MR. LASKER:  Objection to
24   form.

Page 186

1           THE WITNESS:  They both can
2       be reasonable, but they both can't
3       be right.
4    BY MR. KRISTAL:
5        Q.    That's right.  By
6    definition, they can't both be right,
7    because it's black or white.  Right?
8           You don't have to answer
9    that.  We have enough more serious
10   questions.  That was a throwaway?
11           Here you articulate the
12   Bradford Hill considerations.  Right?
13       A.    Yes, sir.
14       Q.    And there are only seven of
15   them?
16       A.    That's correct.
17       Q.    Well, are there seven or are
18   there eight?
19       A.    Actually, the most recent
20   formulation I've looked at, there are
21   nine, but it varies somewhat.  I don't
22   remember the actual number that Bradford
23   Hill wrote in his text in 1971.
24       Q.    They originally came from

Page 187

1    the 1965 speech which was the citation in
2    your article.  Right?
3        A.    That's correct.
4        Q.    You're saying you don't know
5    whether it's seven, eight or nine
6    considerations?
7        A.    I mean, I think that the
8    actual number is not so very important.
9    They amount to the same thing.  And some
10   are -- have been dropped off.  In
11   particular the one on specificity is
12   often left out.
13       Q.    When you say "the one on
14   specificity is often left out," you
15   didn't leave it out in either your list
16   of seven or eight, did you, as a
17   consideration?
18       A.    So let me look at them and
19   see.  In the list of seven.  It's there,
20   and then it's in the list of eight.
21       Q.    Are you saying that your
22   understanding of the Bradford Hill
23   considerations vary depending on what
24   time you're writing what the Bradford

Page 188

1    Hill criteria are?
2        A.    I think that what I'm trying
3    to do is over time be as complete as I
4    can.
5        Q.    Well, the Bradford Hill
6    considerations when you attribute them to
7    Bradford Hill either are what he said or
8    what he didn't say.  They shouldn't
9    change over time.  Right?
10       A.    I don't think I can
11   articulate the time frame of what people
12   have written about the Bradford Hill
13   criteria.  This is -- to take that as a
14   whole is a huge literature, which I don't
15   think I can do.  I think --
16       Q.    You have not said in the
17   article you wrote in 2000 or in the
18   article you've written in 2002, these are
19   the criteria as they now exist based on
20   what somebody else said they are.  You
21   haven't said that in these articles, have
22   you?
23       A.    I did not say that.
24       Q.    You said, these are the

47 (Pages 185 to 188)

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

Page 189

1 Bradford Hill criteria. Right?
2     A.    But I wasn't so absolute
3 either. These are -- I didn't -- I also
4 did not say these are exactly what Sir
5 Austin Bradford Hill wrote in 1965 and
6 they're unchanged until this time. I
7 mean, that's a real serious
8 mischaracterization of what I was
9 thinking about.
10     Q.    So you're saying, not only
11 can people disagree about the outcome of
12 their analysis using the Bradford Hill
13 considerations, but people can disagree
14 about what those considerations are?
15         MR. LASKER: Objection to
16     form.
17 BY MR. KRISTAL:
18     Q.    Is that what you're saying?
19     A.    No, I don't think that's
20 what I'm saying. What I'm --
21     Q.    Is there a disagreement --
22         MR. LASKER: Wait, wait.
23         MR. KRISTAL: I'm sorry.
24     You're right.

Page 190

1         MR. LASKER: He hasn't
2     finished.
3         THE WITNESS: I think what
4     I'm trying to be, as complete as I
5     can be.
6 BY MR. KRISTAL:
7     Q.    Let me mark as Exhibit 12
8 the 1965 publication of the speech --
9         - - -
10         (Deposition Exhibit No.
11     Weintraub-12, "The Environment and
12     Disease: Association or
13     Causation", was marked for
14     identification.)
15         - - -
16 BY MR. KRISTAL:
17     Q.    -- by Bradford Hill. And if
18 you would check Exhibit 10 where you cite
19 to that, make sure that's the same
20 article that you were citing for the
21 eight criteria that you listed in the
22 2002 paper.
23         It's the same citation.
24 Right?

Page 191

1     A.    It is the same citation.
2     Q.    So let's go and see what
3 Bradford Hill said. Are you with me?
4     A.    I'm with you.
5     Q.    And the first one he lists
6 is "strength." Right?
7     A.    Yes.
8     Q.    And what he says is, one
9 thing you think about is how strong is
10 the association based on the evidence
11 that you're reviewing. Right? In
12 essence?
13     A.    Yes.
14     Q.    He also says, at the bottom
15 of the next page in the section on
16 strength, "In thus putting emphasis upon
17 the strength of an association" -- are
18 you with me?
19     A.    Where are you?
20     Q.    Next page, lower left.
21         MR. LASKER: Lower left?
22 BY MR. KRISTAL:
23     Q.    Are you with me?
24         "In thus putting emphasis

Page 192

1 upon the strength of an association we
2 must, nevertheless, look at the obverse
3 of the coin. We must not be too ready to
4 dismiss a cause-and-effect hypothesis
5 merely on the grounds that the observed
6 association appears to be slight. There
7 are many occasions in medicine when this
8 is in truth so."
9         Do you see that?
10     A.    I do see that.
11     Q.    Do you agree or disagree
12 with that?
13     A.    Let me read it again.
14         I agree with it.
15     Q.    The next consideration that
16 Bradford Hill lists in his 1965 speech is
17 "Consistency." Right?
18     A.    Yes, sir.
19     Q.    And in the second sentence,
20 he writes, "Has it been repeatedly
21 observed by different persons, in
22 different places, circumstances and
23 times?" Right?
24     A.    Yes.

48 (Pages 189 to 192)

Page 193

1    Q.   Is that your understanding
2  of consistency as far as the Bradford
3  Hill considerations?
4    A.   I think that's quite good.
5    Q.   On the next page, "Once
6  again looking at the obverse" --
7    A.   Where are you?  Oh, I see.
8    Q.   In the upper left.  This is
9  in the section on consistency.  Right?
10   A.   Yes.
11   Q.   "Once again looking at the
12 obverse of the coin there will be
13 occasions when repetition is absent or
14 impossible and yet we should not hesitate
15 to draw conclusions."
16       Do you see that?
17   A.   I do.
18   Q.   Do you agree with that?
19   A.   I'm more troubled by that.
20   Q.   You certainly don't disagree
21 that he said that?
22   A.   I don't disagree that he
23 said it.
24   Q.   And it's his considerations

Page 194

1  that you applied to your analysis of the
2  evidence.  Correct?
3    A.   It's his considerations, but
4  that doesn't mean we can take this talk
5  that was given 33 years ago and say this
6  is exactly what we're going to do.
7    Q.   Now, you have found there to
8  be a causal association, even when there
9  were discrepant observational studies on
10 the question, haven't you?
11       MR. LASKER:  Objection to
12   form.
13       THE WITNESS:  I'm not sure
14   where I have a paper that's
15   written that.  It's possible I've
16   written that.  I think Vioxx would
17   be an example of that.  I may have
18   written that at some point as
19   well.
20 BY MR. KRISTAL:
21   Q.   Okay.  So my point is you
22 can have studies that show an
23 association, studies where there is no
24 association, studies where there's no

Page 195

1  conclusion that can be drawn about an
2  association and yet have a causal
3  determination.  Right?
4        MR. LASKER:  Objection to
5    form.
6        THE WITNESS:  Can you state
7    that again, please.
8  BY MR. KRISTAL:
9    Q.   Sure.  Let me see if I can
10 say it more simply.
11       The fact that there are
12 studies with respect to an association
13 that are discrepant, some saying there is
14 an association, some saying there aren't
15 an association, some perhaps drawing no
16 conclusion about an association, doesn't
17 mean that you can't find that there's
18 causality?
19       MR. LASKER:  Objection to
20   form.
21       THE WITNESS:  It doesn't
22   mean that you can't.  However,
23   let's have some caveats about
24   that, because to find causality

Page 196

1    that you would still want to see
2    that most of the studies -- and if
3    there's a meta-analysis, that
4    would be most helpful, too, would
5    suggest an association.  What I
6    think one wants to avoid is cherry
7    picking the positive studies that
8    show an association while others
9    don't, and therefore, not giving
10   adequate consideration to the
11   negative studies.
12 BY MR. KRISTAL:
13   Q.   So what you're saying is
14 someone trying to determine causality
15 needs to look at both the positive and
16 negative studies.  Right?  You don't just
17 want to look at the positive studies?
18   A.   You don't just look at the
19 positive studies.
20   Q.   But even though there are
21 negative studies doesn't mean that you
22 couldn't validly determine that there was
23 causation.  Right?
24       MR. LASKER:  Objection to

Page 197

1    form.
2         THE WITNESS:  Here again,
3    the key thing is not to cherry
4    pick the studies and only -- and
5    not give adequate consideration to
6    the negative studies.  And again,
7    if there's -- and part of this, of
8    course, is considering how well
9    done the studies are, and then
10   also whether there is a
11   meta-analysis or other systematic
12   review or meta-analysis --
13   systematic reviews, best yet, if
14   it can be done.
15   BY MR. KRISTAL:
16        Q.   Right.  You want to look at,
17   as we started this out with, as much
18   evidence as you can on this subject.
19   Right?
20        A.   You want to look at as much
21   evidence as you can.
22        Q.   But the existence of
23   negative studies doesn't mean you
24   couldn't validly determine that there's a

Page 198

1    cause-and-effect relationship.  Right?
2         MR. LASKER:  Objection to
3    form.
4         THE WITNESS:  It doesn't
5    mean that you can't, but I think
6    the key thing here is that you
7    have to look at both the negative
8    and the positive studies.  If
9    the -- if there are more positive
10   studies or they're better or a
11   meta-analysis shows that even in
12   light of negative studies you can
13   show an association, and you then
14   run through the Bradford Hill
15   criteria and you think this looks
16   meaningful to me, you might at
17   that point say yes, this seems to
18   be causative.  I think one has to
19   just be careful about adequately
20   considering both positive and
21   negative.
22   BY MR. KRISTAL:
23        Q.   And that becomes a matter of
24   the good judgment of the person doing the

Page 199

1    investigation.  Right?
2         A.   Good judgment, experience,
3    good judgment are always required in
4    assessing literature.
5         Q.   If you look at the next
6    consideration, Bradford Hill list, called
7    "Specificity," do you see that?
8         A.   Yes.
9         Q.   And specificity has been
10   something since Bradford Hill first said
11   these words and wrote this, although is
12   one of his considerations, is certainly
13   not considered as valid as the other
14   ones.  Is that fair to say, in your
15   experience?
16        A.   That's fair to say.
17        Q.   And what specificity means
18   or what he meant when he said it is you
19   need to look to see if the exposure only
20   causes this particular outcome.  That's
21   what he meant initially.
22        A.   That's my interpretation of
23   what he meant.
24        Q.   Right.  And that really is

Page 200

1    not all that valid because we know, for
2    example, cigarette smoking can cause a
3    whole host of diseases.  Right?
4         A.   That is correct.
5         Q.   And the fact that cigarette
6    smoke is not linked solely to causing
7    lung cancer doesn't mean it doesn't cause
8    cardiovascular disease.  Right?
9         A.   Can I just take a minute and
10   actually read the first paragraph of what
11   he wrote here.
12        Q.   Just so you don't have to
13   ask, any time you need to read anything
14   that I've handed you in order to answer a
15   question, you don't need to apologize.
16   Just tell me you're going to read it.
17        A.   I'm probably overly polite.
18   It's my nature.
19        Q.   No.  I appreciate that.
20        A.   I'm sorry.  What was your
21   last question?
22        Q.   I don't think there was a
23   question pending.
24        A.   Okay.

Page 201

1    MR. LASKER: It was about
2    specificity, I think.
3  BY MR. KRISTAL:
4    Q.  The next consideration is
5  "Temporality."
6    A.  Yes, sir.
7    Q.  And by that -- and this is
8  probably -- or strike that.
9        Do you agree that -- strike
10  that.
11        Let me go to the end here
12  and read you something he wrote, and then
13  I'll ask the question and come back to
14  temporality.
15        Page 299.  This is kind of a
16  summary section when he's done with the
17  nine considerations.  He writes, "Here
18  then are nine different viewpoints from
19  all of which we should study association
20  before we cry causation.  What I do not
21  believe -- and this has been suggested --
22  is that we can usefully lay down some
23  hard-and-fast rules of evidence that must
24  be obeyed before we accept cause and

Page 202

1  effect."
2        Do you agree with that?
3    A.  It's just the kind of thing
4  I would write.
5    Q.  So therefore, you agree with
6  it?
7    A.  I agree with it.
8    Q.  Continuing, "None of my nine
9  viewpoints can bring indisputable
10  evidence for or against the
11  cause-and-effect hypothesis and none can
12  be required as a sine qua non."
13        Do you see that?
14    A.  I do, sir.
15    Q.  I'm not trying to put you on
16  the spot.  Sine qua non means what,
17  basically a requirement?
18    A.  I think that's fair to say.
19    Q.  Without which not I think is
20  the Latin.
21        So what he's saying here --
22  well, strike that.
23        Do you agree with that
24  sentence?

Page 203

1    A.  I do, sir.
2    Q.  So none of the what he calls
3  viewpoints are required.  Right?  Except
4  perhaps, and that's where we're getting
5  back to temporality.
6        First of all, does he say
7  none of his nine viewpoints are required?
8    A.  He says it, but even there
9  he's not absolute, because he's saying as
10  a sine qua non.  So you still have to
11  think about them.  But to be without
12  temporality -- some of them would be
13  pretty hard, pretty hard to say, I'm
14  going to believe in causality without
15  establishing several of them.
16    Q.  It's not a question of
17  pretty hard.  The point he's making here
18  is that none of these are absolutely
19  required, so that if you fail any one of
20  these, it doesn't mean you couldn't still
21  have cause and effect.
22    A.  Oh, yes.  That's another
23  story.  You could fail the requirements
24  because you don't know based on the data

Page 204

1  and still have cause and effect.
2    Q.  No.  I'm not talking about
3  that.  I'm not talking about that.
4    A.  But that sounded like what
5  you meant, which --
6    Q.  If in your evaluation of the
7  evidence it didn't pass muster on
8  strength of association, that doesn't
9  mean you end the analysis.  Right?
10    A.  I think that's fair to say.
11  I would look at all of the criteria.
12  If -- there's no absolute -- and there's
13  no absolute numbers.
14    Q.  Right.
15    A.  And one's approach in a
16  randomized trial is going to be different
17  in observational data.  But I still would
18  take it very seriously if there's no
19  evidence of strength of association or
20  the strength is very weak, let's put it
21  that way.
22    Q.  And then it becomes a matter
23  of your putting all of the analysis
24  together with all of the evidence that

51 (Pages 201 to 204)

Page 205

1  you've looked at in coming up with your
2  best judgment?
3         MR. LASKER: Objection to
4  form.
5         THE WITNESS: So I think
6  again, you need to look at the
7  evidence, run through the Bradford
8  Hill criteria, see if it seems
9  meaningful. And then you form
10 your best -- your best judgment.
11 But again, I think it is not
12 correct to say also that sort of
13 what different points of view as
14 one finishes the process are sort
15 of equally valid. I think there's
16 where we have to be careful. The
17 Bradford Hill criteria properly
18 applied should lead you to the --
19 the data plus the Bradford Hill
20 criteria should lead you to a
21 point of view about causality,
22 about which people should largely
23 be able to agree.
24 BY MR. KRISTAL:

Page 206

1       Q.   There's been no study --
2  strike that.
3            Are you aware of any study
4  that has looked at inter-researcher
5  variability, applying the exact same
6  facts to the Bradford Hill viewpoints to
7  see what the correlation is?
8       A.   I think that this is
9  something that -- sort of epidemiology
10 101 that people study. It's the kind of
11 lecture I've given.
12           But I don't think that it's
13 the kind of -- I don't think it's been a
14 subject of research, per se.
15      Q.   Right.
16      A.   About the Bradford Hill
17 criteria.
18      Q.   In other words, you can't
19 point to any study to show what degree of
20 agreement there is or isn't between
21 researchers who are looking at the same
22 evidence and applying the nine
23 viewpoints. Right?
24      A.   Well, I think that it would

Page 207

1  be extremely hard to do that in
2  principle, because everything is case
3  specific. And so -- let me finish, sir.
4       Q.   But I think you're not
5  answering the question I'm asking.
6       A.   No. I am answering the
7  question.
8       Q.   Okay.
9       A.   I think that because
10 everything is case specific, whether it's
11 a pharmaceutical or industrial exposure
12 or whatever, it would be very hard to
13 come up with some kind of approach that
14 would allow you to evaluate the Bradford
15 Hill criteria. So I think that more
16 often what people do is along the way,
17 they evaluate the criteria. And there
18 are times in which there may be
19 disagreement. And a lot of -- and many
20 times in which you can evaluate the
21 evidence and the criteria and say
22 reasonable people would agree about this.
23 I think that's the best --
24      Q.   You can certainly design the

Page 208

1  study. We can give 10 people who are
2  qualified in the field the exact same
3  list of materials, the exact same
4  materials you read, right, and we could
5  tell those people to apply the exact same
6  viewpoints that you applied and then see
7  how it shakes out. Right?
8         MR. LASKER: Objection to
9  form.
10 BY MR. KRISTAL:
11      Q.   How many agree with each
12 other, how many disagree with each other.
13 You could conduct that kind of test.
14 Right?
15      A.   Well, so in principle, one
16 could conduct that kind of test. But
17 again, it's entirely case specific. And
18 so the application of that elsewhere
19 really doesn't -- wouldn't mean anything.
20 One could in principle develop a study to
21 test the Bradford Hill criteria.
22      Q.   Well, it's not to test the
23 Bradford Hill criteria. It's to test the
24 inter-researcher variability in applying

Page 209

1   it. Right?
2      A.   So now listen to the story.
3   Could you design a study in which for any
4   one specific exposure to say, does this
5   cause an outcome and evaluate the
6   Bradford Hill criteria?
7      Q.   And see how much agreement
8   there were among the people doing the
9   evaluation.
10     A.   I'm sorry, sir, I haven't
11  finished. In principle, one could design
12  such a study.
13     Q.   Going back to consideration
14  or viewpoint number 4, "Temporality."
15         Is your understanding of
16  that in essence that the exposure has to
17  precede the outcome?
18     A.   Yes, sir, that's my
19  understanding.
20     Q.   We could perhaps in a
21  science fiction world envision a parallel
22  universe where that wouldn't be
23  necessary, but that's not real world for
24  us. Right?

Page 210

1      A.   Actually, it is the real
2   world. If you remember your high school
3   or college physics, the world of --
4      Q.   Quantum physics.
5      A.   No, not quantum physics.
6   It's actually general relativity.
7   There's a breakdown in temporality, which
8   shocked the world. It happens in quantum
9   physics, too, where it's all
10  probabilistic, but the breakdown in
11  temporality actually comes out of
12  relativity, but that's another story.
13  It's not relevant to the world we live
14  in.
15     Q.   The next -- the fifth
16  consideration, "Biological gradient,"
17  that is what would be considered dose
18  response?
19     A.   Yes, sir.
20     Q.   And Bradford Hill says if
21  there was a dose response, he says, "that
22  comparison would be weakened, though not
23  necessarily destroyed." Right?
24         MR. LASKER: Objection to

Page 211

1      form.
2         THE WITNESS: I'm going to
3   read it. Is it in the first --
4   BY MR. KRISTAL:
5      Q.   Yes, it's in the first
6   paragraph.
7      A.   So your question.
8      Q.   My question is, if you have
9   a dose response curve, it militates
10  towards a causation assessment; but if
11  you don't have one, it doesn't mean
12  there's no cause and effect. Right?
13  That's what he's saying?
14     A.   It is possible to have
15  causality without demonstrating dose
16  response. However, demonstrating dose
17  response does help.
18     Q.   Yes. The next -- the sixth
19  consideration, "Plausibility." And let
20  me read what Bradford Hill wrote:
21         "It will be helpful if the
22  causation we suspect is biologically
23  plausible. But this is a feature I'm
24  convinced we cannot demand."

Page 212

1         Do you agree with that?
2      A.   So are you asking if I agree
3   that he wrote it or I agree with the
4   statement?
5      Q.   With the statement.
6      A.   So yeah, I think it's good.
7   It's helpful when you have a biological
8   mechanism, but we have evidence of
9   causality without mechanism. But once
10  again, biological plausibility is
11  definitely helpful.
12     Q.   For example, one of the
13  materials you reviewed was the Seroquel
14  label itself. Right?
15     A.   I actually spent very little
16  time on the labeling. I don't pretend to
17  be an expert on the labeling.
18     Q.   I am not going to ask you a
19  labeling question. But do you recall
20  that AstraZeneca in the label is saying
21  the mechanism whereby Seroquel works is
22  not known?
23     A.   Again, I'm not an expert in
24  labeling. I remember something about

Page 213

1  that. Before I even state it, I'd rather
2  read it.
3         - - -
4         (Deposition Exhibit No.
5   Weintraub-13, Seroquel Label, was
6   marked for identification.)
7         - - -
8  BY MR. KRISTAL:
9    Q.   I'm marking as Exhibit 13 a
10 2008 Seroquel label. And I will direct
11 your attention to page 8, the section 12,
12 Clinical Pharmacology, Mechanism of
13 Action.
14        If you're there, let me just
15 read the first sentence, "The mechanism
16 of action with SEROQUEL, as with other
17 drugs" --
18    A.   I'm sorry. Where are you?
19    Q.   Clinical Pharmacology.
20    A.   Right, got it.
21    Q.   Mechanism of Action. And
22 biological plausibility is talking about
23 the mechanism of action, is it not?
24    A.   Yes, is it.

Page 214

1    Q.   "The mechanism of action of
2  SEROQUEL, as with other drugs having
3  efficacy in the treatment of
4  schizophrenia and bipolar disorder, is
5  unknown."
6         Do you see that?
7    A.   I do see it.
8    Q.   So AstraZeneca is saying
9  here in the label that even though they
10 know that Seroquel is efficacious, the
11 mechanism is unknown.
12        Is that fair to say?
13   A.   That is fair to say.
14   Q.   So that is an example of a
15 cause and an effect without knowing how
16 that's happening, without knowing the
17 mechanism, is it not?
18   A.   That is correct.
19   Q.   The next viewpoint, number 7
20 in the Bradford Hill paper, "Coherence."
21 And he wrote, "On the other hand the
22 cause-and-effect interpretation of our
23 data should not seriously conflict with
24 the generally known facts of the natural

Page 215

1  history and biology of the disease -- in
2  the expression of the Advisory Committee
3  to the Surgeon-General it should have
4  coherence."
5         Do you see that?
6    A.   I do see it.
7    Q.   Do you agree with that
8  definition of coherence?
9    A.   I do, sir.
10   Q.   What he's talking about in
11 part, he gives as an example in the third
12 paragraph there, "the histopathological
13 evidence" of damage to "the bronchial
14 epithelium of smokers." Right? That's
15 an example he gives of coherence?
16   A.   So here the point is it fits
17 in with what's known. You could also --
18 you phrase that -- you wouldn't be sure
19 if you're talking about biological
20 plausibility or coherence, but as he's
21 stating it here, it's about coherence.
22   Q.   Number 8 that Bradford Hill
23 lists as a viewpoint, "Experiment."
24        That's the eighth

Page 216

1  consideration here, right?
2    A.   Yes.
3    Q.   "Occasionally it is possible
4  to appeal to experimental, or
5  semi-experimental, evidence. For
6  example, because of an observed
7  association some preventive action is
8  taken. Does it in fact prevent?"
9         Do you see that?
10   A.   I do, sir.
11   Q.   Is that your understanding
12 of what he's talking about in terms of
13 experiment as a consideration if you take
14 some preventive action if it stops the
15 effect, so to speak?
16        MR. LASKER: Objection to
17   form.
18        THE WITNESS: I think that's
19   what he's saying.
20 BY MR. KRISTAL:
21   Q.   The ninth consideration is
22 "Analogy."
23        Do you see that?
24   A.   I do, sir.

54 (Pages 213 to 216)

Page 217

1    Q.   And what he says is, "In
2  some circumstances it would be fair to
3  judge by analogy. With the effects of
4  thalidomide and rubella before us we
5  would surely be ready to accept slighter
6  but similar evidence with another drug or
7  another viral disease in pregnancy."
8         So analogy is another one of
9  his considerations. Correct?
10    A.   It is, sir.
11         MR. LASKER: Object to form.
12  BY MR. KRISTAL:
13    Q.   In your report in this
14  matter, Exhibit 2 on page 11, you have a
15  section beginning "Causation."
16         Do you see that?
17    A.   I do.
18    Q.   As we saw in the 2002 paper
19  you wrote, you had eight considerations,
20  and in the 2000 you had seven, and here
21  you have nine. Right?
22    A.   That's correct.
23    Q.   Which one is it, seven,
24  eight or nine that you use?

Page 218

1    A.   Here I looked at all nine.
2    Q.   Well, not quite. You looked
3  at nine. Right?
4    A.   Yes.
5    Q.   If you go through the nine,
6  you have nine, but you have a different
7  nine, don't you?
8    A.   Close, but probably not
9  exact from this article that's 33 years
10  old.
11    Q.   Well, when you talk about
12  the Bradford Hill considerations, are you
13  talking about whatever you think they
14  currently mean and you just put them down
15  in a time frame, or are you talking about
16  what he wrote and what he said are the
17  considerations?
18    A.   As I said before about it, I
19  was trying to do the best I could at
20  getting at the criteria.
21    Q.   If you look at your number 7
22  here of your nine in your report,
23  "consideration of alternate
24  explanations" -- do you see that?

Page 219

1    A.   Yes.
2    Q.   -- that's not one of the
3  ones he articulated as the nine. Right?
4    A.   That's often used, so --
5    Q.   Whether it's often -- let's
6  make sure the question is clear.
7         "Consideration of alternate
8  explanations" is not part of the Bradford
9  Hill viewpoints. Right?
10         MR. LASKER: Objection to
11  form.
12         THE WITNESS: It's not what
13  he wrote in 1965.
14  BY MR. KRISTAL:
15    Q.   And you're saying it's
16  something that is considered now as part
17  of Bradford Hill?
18    A.   There's no -- there's no one
19  perfect list of these criteria anymore.
20  There are ones that you always see,
21  strength of association, consistency,
22  dose response, temporality, biological
23  plausibility. Coherence generally but
24  not always. Alternate explanations or

Page 220

1  analogy sometimes, experiment sometimes
2  and specificity.
3    Q.   Wait.
4    A.   It's quite close.
5    Q.   You don't have analogy?
6    A.   I don't have analogy.
7    Q.   You left off analogy.
8  Right?
9    A.   I left off analogy. But at
10  times that one is not included, as with
11  specificity. Alternate explanations,
12  which he doesn't have. But otherwise,
13  this replication without me going back
14  and looking at this 33 year old paper, I
15  was pretty good.
16         And I should like to point
17  out that the ones I think are most
18  important hold from that time to this
19  day, strength of association, consistency
20  and replicability, dose effect, lack of
21  temporal ambiguity, biological
22  plausibility and coherence.
23    Q.   If you go to your 2002
24  paper -- I'm sorry, 2000 paper, "Alcohol

55 (Pages 217 to 220)

Page 221

1  Consumption, Diabetes, and Coronary
2  Disease," if you turn the page where you
3  list the seven considerations. Right?
4      A.  I list seven there.
5      Q.  You don't have experiment
6  there. Right?
7      A.  Let's see how I do with the
8  ones I thought were most important.
9      Q.  Well, Dr. Weintraub --
10         MR. LASKER: If Dr.
11  Weintraub wants to answer the
12  question --
13  BY MR. KRISTAL:
14     Q.  No. You don't get to ask
15  questions or just give a speech here.
16  I'll ask you questions, and you'll answer
17  them.
18         There are seven
19  considerations listed in your 2000 paper,
20  are there not?
21         MR. LASKER: Dr. Weintraub
22  can answer the question as best he
23  thinks as being appropriate and a
24  complete response to the question.

Page 222

1      If you want an answer that's out
2  of context, you'll have to get it
3  from somebody else.
4  BY MR. KRISTAL:
5      Q.  Do you list seven?
6      A.  Is that a question?
7      Q.  Yes. Do you list seven?
8      A.  There are seven criteria
9  listed there.
10     Q.  And of the nine that we
11  looked at from Bradford Hill's 1965
12  speech, you are missing experiment and
13  analogy; is that correct?
14     A.  That is correct.
15     Q.  And in your current report,
16  consideration of alternate explanations
17  is not one of the considerations listed
18  in the paper you wrote in 2000. Right?
19     A.  So again --
20     Q.  It's a simple question. Is
21  that in there or isn't it in there?
22         MR. LASKER: Dr. Weintraub
23  can answer --
24  BY MR. KRISTAL:

Page 223

1      Q.  You have to understand
2  something. I am not interested in
3  hearing a speech. I just want to know if
4  consideration of alternate explanations,
5  which you list as consideration number 7
6  in your report in this case, is listed
7  among the seven in the paper you wrote in
8  2000?
9      A.  So I'm going to answer this
10  again, that I list nine here.
11     Q.  Just -- nine in your report?
12     A.  I'm answering this as -- I'm
13  answering it as I see best.
14     Q.  You're missing my point.
15  When you said the word "here" and she
16  writes "here," I just want it clear what
17  you're talking about.
18     A.  Yes, sir. I'm going to
19  answer it as I see it best about the
20  criteria. In this report, I thought
21  about the Bradford Hill criteria. I did
22  not -- did not go back and read a 1965
23  report, and yet eight out of the nine are
24  here, including the most important ones,

Page 224

1  strength of association, consistency,
2  dose response, temporal ambiguity,
3  biological plausibility, coherence.
4      Let's see how I did in this
5  paper that you're talking about.
6  Strength of association, dose response,
7  temporal ambiguity, consistency,
8  biological plausibility, coherence. The
9  ones that are most important, the ones I
10  think about all the time were there from
11  2000 to 2008. I got eight out of nine
12  without going back and looking at an
13  article that is 33 years old. I think
14  that's rather remarkable, Mr. Kristal.
15     Q.  Yes. You're a very
16  remarkable person.
17         MR. LASKER: Objection to
18  form.
19  BY MR. KRISTAL:
20     Q.  My question to you is
21  whether consideration of alternate
22  explanations that is in your Seroquel
23  report is in the considerations that you
24  wrote in 2000? Is it in there or not?

1    A.   There were nine -- I'm going
2 to take you through this again.
3    Q.   I don't want to be taken
4 through again.
5    A.   But that's -- if you ask me
6 this question and I've answered it --
7    Q.   Let me ask it a different
8 way.
9         When you look at your paper
10 in 2000 and you look at the seven that
11 are listed there, do you list as a
12 consideration, consideration of alternate
13 explanations?
14    A.   So --
15    Q.   Do you list it there or not?
16    A.   I'm going to take you
17 through this again.
18    Q.   Do you list it there or not?
19    A.   I will take you through this
20 again.
21    Q.   It's a good thing this is on
22 a Saturday, because I would call a judge,
23 and a judge would tell you what you
24 should be doing.

1         This is not for you to
2 defend your honor, your reputation or
3 Seroquel. This is for you to answer
4 questions. And now that you don't want
5 to answer questions, I wish we had a
6 judge here available so we can certify
7 this question.
8        MR. LASKER: I will object
9    to the soliloquy. The witness has
10    answered the question many times.
11    You are in search of some very
12    strange sound bite that I don't
13    understand. But he's given you a
14    full and complete answer to the
15    question, and you don't happen to
16    like it.
17        MR. KRISTAL: Okay. The
18    question is, does consideration of
19    alternate explanations appear in
20    his 2000 paper, in the paper in
21    2000? And that seems to me either
22    yes, it appears, or no, it doesn't
23    appear.
24        MR. LASKER: I know there

1 are lots of questions you want to
2 make yes or no questions because
3 you want to get your sound bite.
4 That doesn't mean that a yes or no
5 answer is the correct answer.
6        MR. KRISTAL: You think
7    there is an answer other than yes
8    or no as to whether consideration
9    of alternate explanations appears
10    in the 2000 paper?
11        MR. LASKER: To the extent
12    that you are trying to draw
13    significance from that, yes.
14 BY MR. KRISTAL:
15    Q.   Okay. Where did you get the
16 consideration, alternate explanations,
17 that appears in your Seroquel report?
18 Where did you get that from?
19    A.   So I'm going to take you
20 through this again.
21    Q.   I just want to know where
22 you got that consideration from.
23    A.   I will get to answer your
24 question, but we're going to provide the

1 context for this. Okay?
2        Bradford Hill lists nine
3 criteria in 1965. In 2008, I listed nine
4 criteria. Eight of them are almost
5 precisely the same as he had 33 years
6 ago. The five which I think are most
7 important remain consistent over the
8 period of time from Bradford Hill to when
9 I first wrote about this until I wrote
10 about it -- I wrote about it now.
11        I don't -- the five which I
12 think are most important are there
13 consistently. Right now, as I sit here
14 today, the one on consideration of
15 alternate explanations, I'm not sure of
16 its origin because the Bradford Hill
17 criteria have been written about again
18 and again and again many times. I don't
19 think that each single criteria of
20 something that's been written about in
21 many hundreds of articles can be
22 independently defended, except to say
23 that there's -- we have a very consistent
24 viewpoint on these first five

1   considerations that runs across all this
2   time.
3       Q.   Were you done?
4       A.   I can go on further if you
5   would like.
6       Q.   No. I'm just asking you if
7   you're done. What I would have liked
8   would have been a yes or no answer.
9           MR. LASKER: Objection.
10  BY MR. KRISTAL:
11      Q.   Were you done?
12      A.   I'm done discussing that.
13      Q.   Okay. Do you know who Ken
14  Rothman is?
15      A.   I know who Ken Rothman is.
16      Q.   Who is Ken Rothman?
17      A.   An epidemiologist.
18      Q.   Well respected in the field?
19      A.   I don't think scientists do
20  that with each other, say this guy is
21  well respected, that guy is not -- I
22  would say Bradford Hill is well
23  respected, but I'm not going to comment
24  on any one person.

1       Q.   Do you know Sander
2   Greenland? Have you ever heard of that
3   name?
4       A.   I have.
5       Q.   Well respected in the field
6   of epidemiology?
7       A.   Again, I'm not going to
8   comment on any one person.
9       Q.   Do you own the book, Modern
10  Epidemiology, written by Rothman and
11  Greenland?
12      A.   I do.
13      Q.   Why do you own that book?
14      A.   Because it's one of the
15  textbooks on epidemiology that's often
16  used.
17      Q.   Have you ever used it or
18  does it sit unopened in your office?
19      A.   That is not one I use often.
20      Q.   I didn't ask you if you used
21  it often. I asked you if you used it.
22      A.   Have I used it ever?
23      Q.   Yes.
24      A.   Yes, I've used it ever.

1       Q.   What textbooks do you refer
2   to often in the field of epidemiology?
3       A.   The ones I refer to most are
4   Last's Dictionary of Epidemiology and
5   Kleinbaum, which I actually reference
6   here.
7       Q.   Last's, L-A-S-T-S,
8   Dictionary of Epidemiology?
9       A.   Yes.
10      Q.   And Kleinbaum, you're
11  talking about -- K-L-E-I-N-B-A-U-M?
12      A.   Yes.
13      Q.   -- Kleinbaum, Kupper and
14  Morgenstern?
15      A.   That's correct.
16      Q.   Kupper is K-U-P-P-E-R.
17          And you're talking about the
18  1982 edition?
19      A.   1982 edition.
20      Q.   There's no more recent
21  edition to that text, is there?
22      A.   So I don't think there's an
23  actual print edition -- version. Dr.
24  Kleinbaum told me that he was working on

1   a teaching version on the web, but I
2   don't know that there's an edition, print
3   edition, since then. At least I haven't
4   seen it.
5       Q.   So the text that you
6   referred to as one of the main texts is
7   26 years old at this point in time?
8       A.   Yes.
9       Q.   What other epidemiological
10  texts do you refer to on any regular
11  basis?
12      A.   Those are the ones I refer
13  to on a regular basis.
14          MR. KRISTAL: We'll mark as
15      Exhibit 14, a section from Modern
16      Epidemiology by Rothman and
17      Greenland.
18          - - -
19          (Deposition Exhibit No.
20      Weintraub-14, Excerpt from Modern
21      Epidemiology by Rothman and
22      Greenland, was marked for
23      identification.)
24          - - -

Page 233

1  BY MR. KRISTAL:
2    Q.   And this is the second
3  edition, 1998.
4          Is this the edition you
5  have?
6    A.   I think so. I'm not sure.
7    Q.   What I've Xeroxed are part
8  of the table of contents and then the
9  pages referencing the Bradford Hill
10  considerations.
11         Do you see that?
12         MR. LASKER: Before you
13    start on this, the witness asked
14    if he can take a break.
15         MR. KRISTAL: Oh, sure.
16         MR. LASKER: If you have
17    many questions on this --
18         MR. KRISTAL: No. We can
19    take a break. I missed that. I'm
20    sorry.
21            - - -
22         (A recess occurred.)
23            - - -
24  BY MR. KRISTAL:

Page 234

1    Q.   If you look at Exhibit 14,
2  Modern Epidemiology, where Rothman and
3  Greenland in their 1998 text are
4  discussing the things we've been
5  discussing in terms of the
6  considerations. Right?
7    A.   Yes, sir.
8    Q.   And they list the nine that
9  Bradford Hill gave in 1965. Right?
10    A.   Looks like it.
11    Q.   If you turn to page 27 of
12  the text after they go through the nine
13  considerations, they wrote the following,
14  "As is evident, the standards of
15  epidemiologic" --
16    A.   I'm sorry, sir, where are
17  you?
18    Q.   Down on the bottom. It's a
19  new paragraph.
20    A.   Yes, sir.
21    Q.   "As is evident, the
22  standards of epidemiologic evidence
23  offered by Hill are saddled with
24  reservations and exceptions."

Page 235

1          Do you agree with that?
2    A.   Let me think about that for
3  a second, because it's very complex.
4          I don't -- I don't think
5  that that's something you agree with yes
6  or no. I mean, I think that's --
7    Q.   What do you mean, that's not
8  something --
9    A.   I mean, it's not something I
10  agree or I don't agree.
11    Q.   So you don't agree --
12    A.   I don't put things into
13  these kinds of categories, yes, I agree,
14  or no, I don't agree, at least not often.
15  When I read something like this, I'm
16  going to read it and I'm going to think
17  hmm, that's an interesting thought; but
18  I'm not sitting, thinking I agree or I
19  don't agree. So, I think we could say
20  here, this is a very reasonable thing to
21  say or reasonable. "Very" is a bad word.
22  You shouldn't use the word "very" often.
23  So, yes, it's a reasonable thing to say.
24    Q.   Well, when I ask you if you

Page 236

1  agree or disagree, I'm not asking you if
2  you're sitting in your office, you read
3  this and you say to yourself, do you
4  agree or disagree. I could care less.
5          What I'm asking you is, as
6  I'm reading it now and as you're sitting
7  here now, do you agree or disagree with
8  that? Are you saying you can't agree or
9  disagree?
10    A.   I'm saying that's not how I
11  react to it.
12    Q.   I'm not asking you is that
13  how you react to it. I'm asking you the
14  question now. So I think because you've
15  been retained as an expert, you need to
16  react to it.
17         MR. LASKER: Objection to
18    form.
19         THE WITNESS: So my
20    reaction --
21  BY MR. KRISTAL:
22    Q.   Your reaction is?
23    A.   Is that I think this is a
24  reasonable statement.

Page 237

1    Q.   Do you agree with any part
2  of that statement?
3    A.   I'm going to give you the
4  same answer. I think it's a reasonable
5  statement.
6    Q.   Do you disagree with any
7  part of that statement?
8    A.   I think the same answer, I
9  think it's a reasonable statement.
10    Q.   "Hill himself was ambivalent
11  about the utility of these 'standards'
12  (he did not use the word criteria in the
13  paper)."
14         Do you agree with that?
15    A.   So I can agree with the
16  second part if you didn't use the word
17  "criteria." I have to go back and read
18  it, but I suspect they're correct about
19  that.
20         I think that unless he uses
21  the word "ambivalent" himself, which,
22  again, I would have to go and look and
23  see if he did, ambivalent implies a state
24  of mind. It's very hard to know someone

Page 238

1  else's state of mind.
2    Q.   So you don't agree or
3  disagree?
4    A.   I don't agree or disagree
5  with this statement. This statement is
6  just a statement.
7         MR. KRISTAL: I'm going into
8    another topic, and I need to take
9    a break.
10         - - -
11         (A recess occurred.)
12         - - -
13  BY MR. KRISTAL:
14    Q.   Are you a member of the
15  American College of Epidemiology?
16    A.   I'm not.
17    Q.   Are you a member of the
18  American Epidemiological Society?
19    A.   I'm not.
20    Q.   Are you a member of any
21  epidemiology professional organization?
22    A.   The Council of Epidemiology
23  of the American Heart Association. I'm
24  also a member of the and on the board for

Page 239

1  the steering committee for the Council on
2  Quality and Outcomes of the American
3  Heart Association.
4    Q.   Hypertension is an
5  established risk factor for the
6  occurrence of cardiovascular thrombotic
7  events? Yes?
8    A.   It is. Sir, excuse me,
9  though.
10    Q.   Yes.
11    A.   It is, but I mean, I think
12  we're using almost the word "criteria,"
13  but we actually haven't defined it or
14  established or -- while I said -- I
15  defined risk factor from my point of view
16  early in the day. I wonder if that's
17  what you meant or if you have another
18  meaning.
19    Q.   If you look at Exhibit 1,
20  your Celebrex/Bextra report, page 20.
21         MR. LASKER: Page what?
22         MR. KRISTAL: 20?
23  BY MR. KRISTAL:
24    Q.   Paragraph 58.

Page 240

1    A.   Yes, sir.
2    Q.   "Unlike the FitzGerald
3  hypothesis, hypertension is an
4  established risk factor for the
5  occurrence of cardiovascular thrombotic
6  events, and its clinical significance is
7  unquestioned in the medical and
8  scientific communities."
9    A.   Yes.
10    Q.   That's what you wrote in
11  June of 2008. Right?
12    A.   Yes, sir.
13    Q.   What did you mean by
14  "hypertension is an established risk
15  factor for the occurrence of
16  cardiovascular thrombotic events"?
17    A.   So I think what I meant at
18  that time was that remember, a risk
19  factor is some factor which -- in which
20  there is statistically increased
21  incidence of events with the exposure
22  compared to lack of exposure. And that
23  exists with hypertension and has been
24  consistently shown. Therefore, one could

Page 241

1  consider it established.
2      Q.   Does hypertension cause
3  cardiovascular thrombotic events?
4      A.   So that is actually a very
5  complicated question. I think that it
6  causes coronary artery disease. And I
7  think that it is reasonable to say that
8  hypertension is in the causal pathway.
9  An event is related to an unstable plaque
10  resulting in -- at least that's most of
11  the time. There are other kinds of
12  events, but most of the time. Does
13  hypertension, per se, result in an
14  unstable plaque? And there I say I can't
15  answer that adequately. So I'd say the
16  answer then is it's in the causal path.
17     Q.   Would you say that
18  hypertension contributes to the
19  development of cardiovascular thrombotic
20  events?
21     A.   So it's really the same
22  question. And again, I think --
23     Q.   It's not the same question,
24  because if I understood what you meant in

Page 242

1  your answer by "causation" is you're
2  saying, for example, a myocardial
3  infarction is caused by a rupture of a
4  plaque and the thrombus is formed and the
5  vessel gets occluded. And hypertension,
6  you're not sure if it actually causes
7  that, but it's in the causal pathway.
8  Right?
9      A.   Yes, sir.
10     Q.   And by being in the causal
11  pathway, hypertension in some way or
12  another relates to the development of
13  atherosclerosis. Correct?
14     A.   Yes, sir.
15     Q.   And the more
16  atherosclerosis, the more likely you're
17  going to have a plaque rupture and a clot
18  is going to form, so it's in a causal
19  pathway?
20     A.   Well, that was a bit of a
21  simplification, what you just --
22     Q.   I'm a simple guy.
23     A.   Well, we all are when we get
24  down to it.

Page 243

1         So I think it's fair to say.
2  I just want to say, though, that I think
3  it's a bit of a simplification, but I
4  think it's basically correct.
5      Q.   Now, is it correct then that
6  because hypertension contributes to the
7  development of atherosclerosis, and
8  atherosclerosis is what ultimately ends
9  up in a plaque rupturing and a clot
10  forming, contributing to the development
11  of cardiovascular thrombotic events?
12     A.   All right. So I think so,
13  but what I think we also have to have a
14  caveat about that is that hypertension --
15  an effective hypertension-causing event
16  can be mitigated by proper control of the
17  hypertension.
18     Q.   Of course. I'm not denying
19  that.
20     A.   Well, just along the way, I
21  just want to make sure that that's clear.
22     Q.   Okay. In fact, your opinion
23  that Vioxx increases the risk of
24  cardiovascular thrombotic events was due

Page 244

1  to your belief that it increased blood
2  pressure clinically significantly.
3  Right? That was the chain of your
4  thinking in essence as to Vioxx?
5         MR. LASKER: Objection.
6         THE WITNESS: So let me say
7      this. I wouldn't couch it all in
8      that. I think that that is --
9      there's no doubt that hypertension
10     is in the causal pathway. Really.
11     There is no doubt that Vioxx
12     increases blood pressure. There
13     is no doubt. Whether you can
14     explain all of the effects of
15     Vioxx in increasing events based
16     on effects on blood pressure, I'm
17     not quite sure. I think it's
18     reasonable that it's part of it.
19     That's the best I can do.
20  BY MR. KRISTAL:
21     Q.   There may be other things
22  that Vioxx is doing to the body that may
23  also contribute to the development of
24  cardiovascular events unrelated to

Page 245

1  pressure effects?
2      A.   Maybe.  I don't know what
3  they are, but maybe.
4      Q.   If a medication increases
5  blood pressure -- and I think maybe
6  you've answered this -- such as Vioxx, to
7  which you believe is a clinically
8  significant amount, it can thereby
9  contribute to the development of
10  cardiovascular thrombotic events through
11  the development of hypertension?
12      A.   Could potentially.
13      Q.   Okay.
14      A.   Could.
15      Q.   I think that's what you
16  said, at least as to your understanding
17  as to Vioxx?
18      A.   So I think that that's
19  potentially true about Vioxx.  I think
20  that we have to be very careful and
21  circumspect about it, though, because
22  Vioxx, it seems to me, was a fairly bad
23  actor in hypertension.  Other things may
24  affect blood pressure to some degree but

Page 246

1  can be controlled.  And -- I'll leave it
2  at that.
3      Q.   Is obesity, in your opinion,
4  an established risk factor for the
5  development of diabetes?
6      A.   Yes, sir.  Using the kinds
7  of definitions of established and risk
8  factor that we've been discussing, yes.
9  Yes, sir, I believe it is.
10      Q.   Which is the same
11  definitions that we were just talking
12  about with respect to hypertension and
13  cardiovascular thrombotic events?
14      A.   Precisely, sir.
15      Q.   Okay.
16          Is body mass, body mass
17  index, an established risk factor for
18  diabetes in the same definitions we've
19  been using?
20      A.   Yes, sir, I think it is.  As
21  a measure of obesity, it is a risk --
22  it's said to be a risk factor for
23  diabetes.
24      Q.   Does increasing someone's

Page 247

1  weight increase the risk for the
2  development of diabetes?
3      A.   I think to say that
4  increasing weight increases risk of
5  diabetes, it has to be substantial and
6  sustained.
7      Q.   I think you referred to that
8  as clinically significant somewhere, or
9  that concept has to be clinically
10  significant?
11          MR. LASKER:  Objection to
12      form.
13          THE WITNESS:  So I think
14      that I may have said that, but as
15      I sit here and think about it
16      right now, what I'm most
17      comfortable with is substantial
18      and sustained.
19  BY MR. KRISTAL:
20      Q.   And by "substantial," what
21  do you mean?
22      A.   I don't think there's a
23  perfect answer to that.
24      Q.   Give me some guidelines.

Page 248

1      A.   I'm not sure that I can.
2  But I think a kilogram or two for a year
3  or two, I wouldn't think about that
4  increasing risk.  But 20 kilograms for 15
5  years, I would.  But I have trouble
6  coming to a point and saying, this is
7  weight gain that really, I think,
8  increases risk of diabetes.
9      Q.   So you've kind of given me a
10  very large spread there.  Right?
11      A.   Yes, sir.
12      Q.   And so points in between one
13  kilogram or two kilogram weight gain for
14  a year and 20 kilogram weight gain over
15  15 years, somewhere in there, increasing
16  weight increases the risk of diabetes in
17  that --
18      A.   If it's substantial and
19  prolonged.
20      Q.   No, I understand that.  But
21  I'm trying to get your definition of
22  "substantial."  So you told me what isn't
23  substantial and you told me what isn't
24  substantial by way of example.  Right?

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

Page 249

1    A.   I don't have a cutoff that I
2  can give you.
3    Q.   Does anybody, any literature
4  that you've read, have a cutoff?
5    A.   So I think that -- for a
6  risk factor for diabetes?
7    Q.   Yes. Increasing weight.
8    A.   I think we can go through
9  the individual studies and I can see, but
10  I don't think that there's sort of a
11  societal agreed-to number for number of
12  kilograms and length of time.
13    Q.   Have you ever diagnosed
14  someone with diabetes?
15    A.   Certainly.
16    Q.   When was the last time that
17  happened?
18    A.   Oh, gee. I don't know.
19  Sometime in the last year. I don't
20  remember.
21    Q.   Have you ever prescribed
22  Seroquel?
23    A.   No, I've never prescribed
24  Seroquel.

Page 250

1    Q.   Have you ever had a
2  discussion with a patient about the risks
3  and benefits of taking Seroquel?
4    A.   I have not. At least I
5  don't think so. I mean, I've seen so
6  many patients over such a long period of
7  time, but at least I don't remember
8  having a discussion about Seroquel.
9    Q.   If you were prescribing
10  Seroquel to a patient later this
11  afternoon, would you tell them anything
12  about the potential for weight gain on
13  Seroquel?
14    A.   So it's highly hypothetical.
15  Seroquel is -- I wouldn't prescribe
16  Seroquel. I mean, to me, that should
17  only be prescribed by a psychiatrist.
18  I'm not a psychiatrist. I think the best
19  way of saying this is, to the extent that
20  I can, I try and inform patients about
21  the risks of the medications that they
22  take. I'd have trouble with a
23  medication, not being a psychiatrist, a
24  medication I've never prescribed, putting

Page 251

1  myself in their shoes.
2    Q.   Well, you've written a
3  report involving Seroquel vis-a-vis
4  weight gain, Seroquel vis-a-vis diabetes,
5  Seroquel vis-a-vis obesity. Right?
6    A.   Yes, sir.
7    Q.   So based on what you've
8  reviewed, what would you tell a patient
9  with respect to weight and weight gain,
10  if anything, if you actually were
11  prescribing Seroquel to them?
12    A.   I don't think -- you know,
13  I've already answered this. I can't put
14  myself in the position of a psychiatrist
15  prescribing Seroquel because I'm not a
16  psychiatrist and I don't prescribe
17  Seroquel.
18    Q.   Does Seroquel have any risk
19  of increasing someone's weight?
20    A.   Seroquel will result in what
21  I have sort of operationally called a
22  modest increase in weight that will occur
23  over a short period of time and then
24  plateau.

Page 252

1    Q.   And what do you mean by
2  "modest"?
3    A.   What I've used
4  operationally, which, again, I think
5  it's -- why don't we look in the report
6  and get the exact term or get the
7  exact --
8    Q.   Do whatever you want to do.
9  I just want an answer to the question.
10    A.   So that will be in the
11  section on Seroquel and weight gain. I
12  should say quetiapine and weight gain,
13  stick to my point of view that I prefer.
14       Quetiapine can be shown to
15  be associated with a modest increase in
16  weight, on average less than 5 kilograms
17  over two years. That's my view of what
18  quetiapine does, results in a weight gain
19  of something under 5 kilograms.
20    Q.   Average?
21    A.   Average.
22    Q.   And average means people
23  gain more and people gain less, and when
24  you add them all up and divide by the

63 (Pages 249 to 252)

Page 253

1  number of people, you get an average.
2  Right?
3      A.   That's correct.
4      Q.   So you would tell a patient
5  that there might be an average weight
6  gain of 5 pounds. Right?
7      A.   Well, again, I'm not going
8  to tell people anything -- or patients
9  anything. This is what I've written in
10  my report about mean weight gain with
11  quetiapine.
12     Q.   But some people who take
13  quetiapine, you would agree, have weight
14  gains that are significantly more than 5
15  kilograms. Right?
16         MR. LASKER: Objection.
17         THE WITNESS: What do you
18     mean by "significantly more"? I'm
19     not sure that I know that.
20  BY MR. KRISTAL:
21     Q.   What's the most that you've
22  seen somebody gain that you would relate
23  to quetiapine?
24         MR. LASKER: Objection to

Page 254

1  form.
2         THE WITNESS: I don't think
3     I can answer that.
4  BY MR. KRISTAL:
5      Q.   So you can say the studies
6  proved to your satisfaction a 5 kilogram
7  average?
8         MR. LASKER: Objection to
9     form.
10  BY MR. KRISTAL:
11     Q.   Right? I'm just trying to
12  refer to what your report says.
13     A.   I think that that's
14  reasonable. The studies show a weight
15  gain on average, something under 5
16  kilograms.
17     Q.   And 5 kilograms, if my math
18  is correct, is a little over 11 pounds?
19     A.   5 kilograms is 2.2 pounds.
20     Q.   A kilogram is 2.204, blah,
21  blah, blah. So it's a little more than
22  11 pounds. Yes?
23     A.   That's correct.
24     Q.   For a person whose body

Page 255

1  mass -- strike that.
2         What do you define in terms
3  of body mass index as obese?
4      A.   So there are agreed-to
5  numbers. And I think all these agreed-to
6  numbers, they're a problem, too. But
7  unlike what is the significant change in
8  weight, there is at least a greater
9  agreement about body mass index that
10  under 25 is normal, 25 to 30 is
11  overweight, 30 to 35 is obese, and over
12  35 is massively or morbidly obese.
13     Q.   If the weight gain that
14  somebody had taking quetiapine that was
15  attributed to quetiapine put them into
16  the obese body mass index category, does
17  that increase their risk of getting
18  diabetes?
19     A.   So what we can say about
20  quetiapine is that we have not seen an
21  increase in risk of diabetes. What we
22  have seen with quetiapine is a modest
23  increase in weight over a period of a
24  couple of years.

Page 256

1      Q.   Well, it's a modest average
2  increase in weight. Right? You want to
3  be precise when you say it?
4      A.   Fair enough. Modest average
5  increase in weight.
6      Q.   By saying a modest average,
7  there are people who gain much more than
8  the average. Correct?
9         MR. LASKER: Objection to
10     form.
11  BY MR. KRISTAL:
12     Q.   At least double the average?
13     A.   So I don't -- my problem
14  with that is attributing that weight gain
15  of what you said, "much more than the
16  average," to the quetiapine. That I'm
17  unconvinced of. There are people that
18  will gain that. The trouble is, I'm
19  uncomfortable with the idea, unconvinced
20  of the idea that quetiapine is causing
21  large gains in weight.
22     Q.   Okay. Well if a patient
23  asked you, Dr. Weintraub, what is the
24  largest weight gain that you think I will

64 (Pages 253 to 256)

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

1 get that you would attribute to this drug
2 quetiapine that I'm about to take, what
3 would you tell them?
4 A. Again, I don't think that
5 that's what I'm prepared to do, to put
6 myself in the place of a psychiatrist.
7 Q. Well, then, remove it from
8 the hypothetical. What is your opinion
9 as to what the maximum weight gain is
10 that somebody could have from taking
11 quetiapine that you would attribute to
12 the quetiapine or that the quetiapine
13 contributed to?
14 MR. LASKER: Objection to
15 form.
16 THE WITNESS: I don't have
17 an answer to that. I would go
18 back to the average weight gain.
19 Some people will gain more than
20 the average, obviously. If the
21 median and the mean are the same,
22 half will gain more than the
23 average.
24 BY MR. KRISTAL:

1 Q. If there's a bell shaped
2 curve, right, normal distribution?
3 A. Normal distribution.
4 Q. You don't know the shape of
5 the distribution curve for weight gain
6 and quetiapine, do you?
7 A. Not precisely.
8 Q. Do you know it imprecisely?
9 A. I don't even really know it
10 imprecisely. There's some data in the
11 metabolic submission, but it's not enough
12 to really say what the full distribution
13 of the curve looks like.
14 Q. One of the things that you
15 reviewed is the submission by the FDA in
16 June of 2008 --
17 A. Yes, sir.
18 Q. -- by AstraZeneca at the
19 request of the FDA. Right?
20 MR. LASKER: Objection to
21 form.
22 THE WITNESS: Well, I've
23 reviewed it. I didn't know who
24 requested it, but I reviewed the

1 submission.
2 BY MR. KRISTAL:
3 Q. So you reviewed a submission
4 by AstraZeneca. You have no idea what
5 the genesis of the submission was. Is
6 that what you're saying?
7 A. I did not, no.
8 Q. And the submission related
9 to analyses of various metabolic
10 parameters with quetiapine across all of
11 the various clinical trials that
12 AstraZeneca had conducted. Right?
13 A. Yes, sir.
14 Q. It's several Redwelds thick,
15 so I have cut down some of the things
16 that I'm going to ask you about.
17 A. I think I've only looked at
18 it electronically.
19 Q. I can never look at
20 something electronically. I'm very old
21 school. If I don't have some paper
22 scattered through my living room, I'm at
23 a loss.
24 A. I don't know. You and I are

1 the same age...
2 - - -
3 (Deposition Exhibit No.
4 Weintraub-15, Letter dated 28 June
5 2008 from Gerald Limp to FDA and
6 attachments, was marked for
7 identification.)
8 - - -
9 BY MR. KRISTAL:
10 Q. Marked as Exhibit 15, it's a
11 cover letter dated June 26, 2008 from
12 Gerald Limp, L-I-M-P, director of
13 regulatory affairs at AstraZeneca, to a
14 Dr. Laughren, L-A-U-G-H-R-E-N, at the
15 FDA.
16 Do you see that?
17 A. Yes, sir.
18 Q. The very first sentence
19 says, "Reference is made to the FDA's
20 letter dated 8 January 2008, which
21 requested analyses of the clinical
22 development program for Seroquel...
23 Tablets...and Seroquel XR...
24 Extended-Release Tablets...for the

Page 261

1  effects upon metabolic parameters."
2       Do you see that?
3    A.   Yes, sir.
4    Q.   So this submission was
5  indeed in response to request for these
6  analyses by the FDA, at least according
7  to the letter?
8    A.   That would appear to be the
9  case, yes, sir.
10       Understand that I wasn't
11  saying before that it wasn't. All I'm
12  saying was, I didn't know.
13    Q.   Well, you read the cover
14  letter?
15    A.   I probably did read the
16  cover letter, but I've looked at an awful
17  lot of material. I certainly don't have
18  it memorized.
19    Q.   All right.
20       If you look at Table 15,
21  page 60 of the larger submission. It's
22  still numbered 16 in this smaller version
23  that we have here.
24    A.   Okay.

Page 262

1    Q.   It's entitled, "Weight,
2  change from" baseline "to" end of
3  treatment, "by" body mass index "category
4  (adult subjects, placebo-controlled
5  trials)."
6       Do you see that?
7    A.   Yes, sir.
8    Q.   And what this chart does, it
9  takes various categories of body mass
10  index categories and looks at the
11  difference between the people who took
12  quetiapine versus those who took placebo.
13  Correct?
14    A.   Yes, sir.
15    Q.   And it looks at their change
16  in weight based on their body mass index
17  category. Right?
18    A.   Yes, sir.
19    Q.   And would you look at the
20  table where it says change and it has a
21  mean standard deviation and then a
22  p-value --
23    A.   Yes, sir.
24    Q.   -- for each of the

Page 263

1  categories. And could you verify for me
2  that this table shows that when you are
3  comparing the gain in weight between
4  people who were taking quetiapine versus
5  people who were taking placebo in the
6  clinical trials with respect to
7  quetiapine, that in each of the body mass
8  index categories, the weight gain
9  difference was statistically significant?
10    A.   Can I take a minute to look
11  at the table?
12    Q.   Of course.
13    A.   Remarkably small, but
14  significant.
15    Q.   And statistically
16  significant to the tune of some of them
17  are to the 99.9 percent level. Right?
18  In fact, four of them are. Actually,
19  about three of them are?
20    A.   So, strongly statistically
21  significant. However, statistical
22  significance says nothing about strength
23  of association, and statistical
24  significance is dependent on the end.

Page 264

1  And the ends here are large, especially
2  when we're looking at continuous
3  variables. That's why we see strong
4  statistical significance.
5       It's also worth noting
6  that -- I'm just going to go through this
7  for a second -- that the standard
8  deviations are all greater than the mean.
9  So the distribution then almost certainly
10  includes lots of people who are losing
11  weight.
12    Q.   Right. So for some people,
13  you might lose weight; for other people,
14  you might gain weight. Right?
15    A.   Some people will lose, and
16  some people will gain.
17    Q.   That's why there's an
18  average?
19    A.   Yes, sir.
20    Q.   But with respect to a risk
21  of diabetes, that would apply potentially
22  to the people who are gaining weight.
23  Right?
24       MR. LASKER: Objection to

Page 265

1  form.
2       THE WITNESS: So I don't
3  think we can make the jump here to
4  diabetes. I mean, that's a huge
5  jump. Here is very small changes
6  in weight. We do not from this
7  have any change that we see from
8  this in glycemic status. And then
9  all the way to -- and then you
10  have to have sustained -- a large
11  amount of weight gain sustained
12  for a long period of time. So I
13  don't think that we could talk
14  about this little bit of data here
15  and say this implies that people
16  are at increased risk of diabetes.
17  I don't think that's reasonable.
18  BY MR. KRISTAL:
19     Q.   Do you think I was
20  suggesting that this one piece of data
21  said that?
22       MR. LASKER: Object to the
23  form.
24       THE WITNESS: So that would

Page 266

1  have been my reading, but I'll let
2  my comment stand that I don't
3  think that this suggests increased
4  risk.
5       - - -
6       (A discussion off the record
7  occurred.)
8       - - -
9  BY MR. KRISTAL:
10     Q.   What did you mean in your
11  last answer, "glycemic status"?
12     A.   In other words, I don't
13  think that these small changes imply
14  anything about change in glucose.
15     Q.   Like fasting glucose levels
16  or anything like that?
17     A.   Yes.
18     Q.   If you look at Table 18.
19     A.   Page number, sir?
20     Q.   65.
21     A.   Got it.
22     Q.   And this table shows us body
23  mass index changes from baseline to end
24  of treatment broken down by body mass

Page 267

1  categories in the adult subjects taking
2  quetiapine versus those taking placebo.
3  Correct?
4     A.   Yes, sir.
5     Q.   In each of the four body
6  mass index categories, underweight being
7  less than 18.5; normal weight being
8  between 18.5 and less than 25; overweight
9  being between 25 and less than 30; and
10  obese being over or equal to 30, in each
11  of those categories, there was a
12  statistically significant change in body
13  mass from the beginning of the trial to
14  the end of the trial, comparing the
15  people who took quetiapine versus placebo
16  in each of the body mass index
17  categories. Correct?
18     A.   So I think what we see here
19  is a difference -- I'm just going to look
20  through them -- small but statistically
21  significant. As a point estimate for
22  quetiapine actually falling from the
23  underweight to the obese, it would be
24  interesting to have a statistic for

Page 268

1  trend. And again, the standard deviation
2  is greater than the mean. The --
3     Q.   So the answer to my question
4  is in each body --
5       MR. LASKER: The witness is
6  still talking.
7       MR. KRISTAL: I move to
8  strike the nonresponsive portion
9  of the answer.
10       MR. LASKER: He hasn't
11  finished the answer.
12       MR. KRISTAL: Well, so far
13  everything's been nonresponsive,
14  everything up to now. We'll see
15  what happens after.
16       THE WITNESS: I don't think
17  I'm being nonresponse.
18       MR. KRISTAL: Well, that
19  really doesn't matter because a
20  judge is going to determine
21  whether you are or you aren't.
22       THE WITNESS: Well, I don't
23  intend to be nonresponsive. I
24  intend to be highly responsive.

Page 269

1    In some cases, the standard
2    deviation is actually a lot
3    greater than the mean change.
4    Consider for obese being the line
5    greater than 30, the mean is 0.3.
6    Standard deviation, 1.4.
7    Certainly a strong positive
8    p-value, but also very large
9    numbers.
10    MR. KRISTAL: Move to
11    strike.
12    BY MR. KRISTAL:
13    Q.   Is it correct that in each
14    body mass index category, it was a
15    statistically significant increase in
16    body mass index across all categories
17    comparing quetiapine to placebo?
18    A.   Sir, I just answered the
19    question.
20    MR. KRISTAL: Well, I move to
21    strike it as nonresponsive.
22    BY MR. KRISTAL:
23    Q.   Is the answer to that
24    question yes?

Page 270

1    A.   Sir, as part of my answer, I
2    answered with the yes or no part as part
3    of the total answer. I --
4    Q.   What was the yes or no part?
5    A.   All right. I'll take you
6    through this again.
7    Q.   Well, let me ask you a
8    question, a different question.
9    How many times have you met
10    with the lawyers representing AstraZeneca
11    before today with respect to the Seroquel
12    litigation?
13    A.   I don't know exactly. I
14    would say probably -- let me see. Let me
15    see if I can count them.
16    I think -- I think five.
17    Q.   And when was the first
18    meeting?
19    A.   I'm not sure. I think in
20    August.
21    Q.   And when was the most recent
22    meeting?
23    A.   This morning.
24    Q.   How many hours and with whom

Page 271

1    did you meet in August of '08?
2    A.   I met with Mr. Lasker in
3    August of '08.
4    Q.   Anybody else?
5    A.   It could be that I met with
6    a lawyer named Art Brown in August of
7    '08. I think. I think so.
8    Q.   Where did you meet?
9    A.   In my office.
10    Q.   What prompted the meeting?
11    A.   It originally started with
12    Mr. Lasker calling me and asking me if
13    I'd like to get involved in this.
14    Q.   When did that happen?
15    A.   That happened in July.
16    Q.   Up until that phone call,
17    had you ever researched the issue of
18    whether or not quetiapine increases the
19    risk or contributes to the development of
20    diabetes?
21    A.   I had not.
22    Q.   How long did that meeting
23    last approximately in August?
24    A.   Gee, I don't know. Probably

Page 272

1    a couple of hours.
2    Q.   At that point, were you
3    provided with any materials?
4    A.   I'd already been provided
5    with materials.
6    Q.   Like binders of articles of
7    stuff or electronically?
8    A.   I'd been provided with
9    binders of articles which subsequently
10    was my own literature.
11    Q.   So after the phone call, you
12    said, well, let me take a look, and
13    binders were sent to you of articles?
14    A.   It probably was a little
15    more complex than that, but that is a
16    reasonable summary.
17    Q.   And the universe of articles
18    that were in those binders, are they the
19    same as the articles that appear on the
20    list of published literature in your
21    report?
22    A.   I added it. I added to it
23    my own literature review.
24    Q.   About how many in terms of

1    percent or fraction of the total list
2    were you initially sent in binders?
3        A.    Oh, gee. I don't know. It
4    was certainly the majority. Probably 80,
5    80 percent.
6        Q.    Were you sent the
7    nonpublished literature that you have
8    since reviewed in those initial binders
9    or at some other point in time?
10       A.    You mean like this FDA
11   submission? Is that what you mean?
12       Q.    Exactly. Yes.
13       A.    I was probably sent that. I
14   don't remember when I was sent that, but
15   I was probably sent that very early. And
16   like I said, I looked at that in
17   electronic form.
18       Q.    When did you first start
19   reading articles related to quetiapine
20   and the issues involving this case?
21       A.    I would say in early August.
22       Q.    When was your next meeting?
23   At some point after you read the
24   materials, you had another meeting?

1        A.    I read a lot of the
2    materials before the meeting.
3        Q.    Before which meeting?
4        A.    Before the meeting in
5    August.
6        Q.    So, before the first
7    meeting, you had read a lot of materials?
8        A.    I had.
9        Q.    Did they ask you your
10   opinion at that point in time?
11       A.    I don't remember.
12       Q.    Did you express an opinion
13   at that point in time?
14       A.    I don't remember if I did or
15   I didn't.
16       Q.    Did you take any notes of
17   that meeting? Did you memorialize it in
18   any way?
19       A.    I did not.
20       Q.    Did you charge for your time
21   during that meeting?
22       A.    Yes, I did.
23       Q.    Did you charge for your time
24   reading the articles that you read before

1    that meeting?
2        A.    I did.
3        Q.    Do you have an invoice for
4    that?
5             MR. LASKER: We do.
6    BY MR. KRISTAL:
7        Q.    We were provided with
8    certain invoices. I'm not sure --
9             MR. LASKER: He's not going
10        to have them. You will.
11            MR. KRISTAL: What's that?
12            MR. LASKER: He doesn't have
13        them with him. You have them.
14            MR. KRISTAL: Let me mark --
15        actually, you can have my set
16        because I've got them
17        electronically.
18            I'm going to mark as Exhibit
19        16 what was provided to us as four
20        invoices, the first one dated
21        September 19th, the next dated
22        October 3rd, next dated October
23        17th, and the last one provided to
24        us November 3, 2008.

1                - - -
2             (Deposition Exhibit No.
3        Weintraub-16, Invoices, was marked
4        for identification.)
5                - - -
6    BY MR. KRISTAL:
7        Q.    The first invoice that is
8    dated September 19th says that you're
9    billing for time between September 1st
10   and September 19th. Correct?
11       A.    It does.
12       Q.    Did you bill for the time in
13   August or before August when you read the
14   materials and met with these folks?
15       A.    I don't think there was any
16   time before August.
17       Q.    Did you bill them for
18   anything you did in August?
19       A.    I am sure I did.
20            MR. KRISTAL: So we need to
21        be provided with initial invoices.
22            MR. LASKER: Actually, I
23        think he's got the timing wrong
24        because you have all the invoices.

Page 277

1    There aren't any missing invoices,
2    and there wasn't any work that
3    wasn't billed for. I think it's
4    just an issue of remembering back
5    in time.
6           MR. KRISTAL: Given that
7    statement, I would otherwise
8    object, but I really don't care.
9           MR. LASKER: Yes.
10   BY MR. KRISTAL:
11      Q.   Is it fair to say that your
12   first work began, the earliest would have
13   been September 1st?
14      A.   Well, if that's what that
15   says.
16      Q.   That's what it says.
17      A.   Yeah. My recollection is
18   August, so I can't resolve that further
19   for you.
20      Q.   When was the second meeting
21   in terms of days, weeks, months after the
22   first meeting?
23      A.   It was perhaps a month
24   later.

Page 278

1       Q.   And where did that meeting
2    take place?
3       A.   So I think that of the
4    meetings, I believe we had two in my
5    offices and two in Washington and then
6    the one peripursuant of this here. Those
7    are the five, but I can't tell you except
8    the first one I know was in my office and
9    this one started here at the hotel, that
10   I don't think that I can tell you which
11   is which.
12      Q.   Was anybody there other than
13   Mr. Lasker and the other gentleman you
14   mentioned at any of these meetings?
15      A.   Yes. There was another
16   attorney.
17      Q.   Who was that?
18      A.   His name is Bruce Berger.
19   And then there was an associate, a young
20   attorney, Maria Mastriano, at some of the
21   meetings. And there was one other,
22   whether it was attorneys from another law
23   firm.
24      Q.   How long did you start

Page 279

1    writing your report before the day you
2    signed it on August 11, '08?
3           MR. LASKER: On August 11?
4           THE WITNESS: October 11th.
5    BY MR. KRISTAL:
6       Q.   I'm sorry, October 11th.
7    Thanks.
8       A.   I would say I started the
9    report -- it probably took me a month to
10   write the report.
11      Q.   So you started -- well, had
12   you formulated your opinions at the time
13   you started writing the report?
14      A.   I'm certain I had.
15      Q.   I didn't hear that.
16      A.   I had formulated my
17   opinions, although the report obviously
18   help me pull it all together.
19         But I'm having some
20   difficulty with the timing of things,
21   since my memory has me beginning work in
22   August. So I'm not sure that I could
23   perfectly get the dates for you.
24      Q.   Well, if counsel is

Page 280

1    representing these are the sum and
2    substance of your bills --
3           MR. LASKER: That is the sum
4           and substance. I can't represent
5           that he billed from September 1 to
6           September 19th, that it doesn't
7           include work done before September
8           1st. I just don't remember. I
9           don't have any idea. I just don't
10          remember the timing.
11   BY MR. KRISTAL:
12      Q.   About a month before you
13   signed your report, you had already
14   formulated your opinions?
15      A.   Something like that.
16      Q.   You didn't start writing the
17   report before you had an opinion, did
18   you?
19      A.   No, of course not. The
20   problem is, I can't resolve the time
21   issues adequately for you. I'm trying,
22   but I can't.
23      Q.   Did you have anybody assist
24   you in your review of the materials?

Page 281

1    A.   No.
2    Q.   Did you hire an assistant, a
3  graduate assistant, another doctor, or
4  did you read all the materials yourself?
5    A.   I read it all myself. I did
6  not hire anybody.
7    Q.   Did you take any notes
8  either on the materials or on Post-Its or
9  otherwise?
10   A.   I took no notes.
11   Q.   So you read thousands and
12  thousands of pages of materials and
13  didn't take one note?
14   A.   That's correct.
15   Q.   Did you in any way do
16  anything to be able to trigger your
17  recollection of what something said other
18  than by writing notes? Did you dictate
19  something? Did you, you know, chisel in
20  stone something?
21   A.   I did not. I've been
22  reading epidemiologic literature for
23  decades. I can never remember anybody's
24  name or -- like I say, when I go to shul,

Page 282

1  I can never remember the name of anybody
2  but the rabbi. But somehow when it comes
3  to studies like this, I'm good at it.
4    Q.   Were you shown the reports
5  of any nonplaintiffs' experts before you
6  wrote your report?
7    A.   No.
8    Q.   Were you shown them before
9  you signed your report?
10       MR. LASKER: Nonplaintiffs'
11       experts, I don't think he
12       understands necessarily what that
13       means.
14       THE WITNESS: I'm trying to
15       think if I --
16  BY MR. KRISTAL:
17   Q.   Defense experts would be
18  nonplaintiff experts.
19   A.   I think I saw but didn't
20  really read a report from someone that
21  was part -- was in company, that was at
22  AstraZeneca.
23       MR. LASKER: I think you're
24       thinking a deposition.

Page 283

1       THE WITNESS: Is it a
2       deposition? It may have been. I
3       may have read part of something.
4       Mostly I looked at the plaintiffs.
5  BY MR. KRISTAL:
6    Q.   How many what I'm going to
7  call corporate depositions, depositions
8  of people who worked at AstraZeneca, have
9  you read?
10   A.   Through, none.
11   Q.   How many were you provided
12  with?
13   A.   I'm not -- I know I was
14  provided with one. I'm not sure I was
15  provided with a second one or not. I
16  sort of ran out of time on those, and so
17  I didn't get through them.
18   Q.   Well, have you read them to
19  today?
20   A.   I have not read them to
21  today.
22   Q.   They're not on your list of
23  anything related to what you reviewed.
24  Right?

Page 284

1       MR. LASKER: Yeah, they are.
2       MR. KRISTAL: Where? Where
3       is that?
4       MR. LASKER: They're in the
5       depositions.
6       It was provided to you. It
7       was the Brecher deposition, and it
8       was on the DVDs.
9       THE WITNESS: Yeah. I mean,
10      that was -- that may have been the
11      only thing I looked at, Brecher.
12      MR. LASKER: It's in the
13      DVDs we provided, because he also
14      has -- this doesn't have the
15      depositions.
16      THE WITNESS: I didn't get
17      through it.
18      MR. KRISTAL: Just so we
19      have a clear record, counsel is
20      saying that the deposition of
21      Brecher, B-R-E-C-H-E-R, was
22      provided and is on the CD of
23      materials. And it just doesn't
24      happen to be in Exhibit 2, the

71 (Pages 281 to 284)

Page 285

1    report in this case.
2           THE WITNESS: I think that
3    that's correct. And I didn't read
4    the whole thing, didn't get
5    through it.
6    BY MR. KRISTAL:
7    Q.   Is there anything else you
8    didn't read the whole thing of?
9    A.   Well, there's probably lots
10   and lots of things I didn't read the
11   whole thing of because I never saw them.
12          Of the things that are
13   listed, I probably have read them all,
14   although I can't say with absolute
15   certainty. There's a lot of material
16   that I've looked at.
17   Q.   Has anybody told you not to
18   answer a question at the deposition yes
19   or no?
20   A.   Nobody has told me what to
21   say.
22   Q.   Has anybody suggested to you
23   not to answer a question yes or no?
24   A.   No one said not to answer a

Page 286

1    question yes or no.
2    Q.   I'm asking if somebody
3    suggested that to you.
4    A.   Nobody suggested to
5    answer -- not to answer a question yes or
6    no.
7    Q.   If you look at Table 19 of
8    Exhibit 16, which is on page 67. I'm
9    sorry, the one you're holding in your
10   hand. 15. 16 were the invoices. I
11   meant 15.
12   A.   Where do you want me to go?
13   Q.   Page 67.
14          By the way, would you call
15   the combining of all of the clinical
16   trial data as AstraZeneca did in the
17   submission to the FDA meta-analysis?
18   A.   No. This is not a
19   meta-analysis. This is a pooled data
20   analysis.
21   Q.   So they took all of the data
22   from all of the trials, pooled it
23   together. Right?
24   A.   Yes, sir.

Page 287

1    Q.   And how is that different
2    than a meta-analysis?
3    A.   A meta-analysis can either
4    use the data pooled or not pooled, just
5    go to the literature, but within the
6    structure of that will show each
7    individual trial.
8    Q.   So you're saying a pooled
9    analysis looks at patient level data, and
10   a meta-analysis looks at the results of
11   analyses across trials?
12   A.   No, no, that's not what I'm
13   saying. A meta-analysis can have
14   individual patient level data.
15   Q.   Right.
16   A.   But within the structuring
17   of the statistical approach in a
18   meta-analysis, the individual trials
19   will -- you'll be able to see the
20   influence of each individual trial.
21   Q.   Well, that's -- you can run
22   a statistical analysis to see the
23   contribution of individual trials.
24   Right?

Page 288

1    A.   In a meta-analysis, that's
2    part of the analysis.
3    Q.   Do you know if that was done
4    here or not done?
5    A.   As far as I can tell, that
6    was not done in this.
7    Q.   Well, as far as you can
8    tell, it was not reported to the FDA?
9    A.   All right. So as far as I
10   can see, I don't see any -- I don't see
11   it in the reports that have been provided
12   to the FDA.
13   Q.   Is there an advantage or a
14   disadvantage to doing that, doing an
15   analysis of the contribution that each
16   study makes to the total pool?
17   A.   So that's really a
18   biostatistical issue. You don't -- you
19   certainly don't lose anything by doing
20   so, but that's about as much as I'm
21   prepared to say on that subject.
22   Q.   So you're saying the
23   difference between this analysis, which
24   you're calling a pooled analysis, and a

72 (Pages 285 to 288)

Page 289

1  meta-analysis is that in a meta-analysis,
2  it does an analysis that you are
3  unprepared to say whether or not that
4  contributes anything to the results?
5       A.   I think that I'm not
6  prepared to say that a meta-analysis is
7  going to offer more than this as a
8  general rule. I'd like to see that, but
9  that's not saying that we would be
10 learning necessarily more.
11      Q.   If you look at Table 19 --
12      A.   Yes, sir.
13      Q.   -- this is looking at
14 "Weight, change by exposure" comparing
15 adults in all of the AstraZeneca
16 placebo-controlled trials. Right?
17      A.   Yes, sir.
18      Q.   So this is comparing weight
19 gain, change in weight from people who
20 took quetiapine versus change in weight
21 from people who took a placebo. Right?
22      A.   Yes, sir.
23      Q.   And the people who took
24 quetiapine after six weeks had a 7. --

Page 290

1  strike that.
2       7.8 percent of the people
3  who took quetiapine after six weeks had a
4  greater than 5 kilogram to a 10 kilogram
5  change in weight. Correct?
6       A.   That's what it says, yes,
7  sir.
8       Q.   And 5 kilograms, as we said,
9  is a little over 11 pounds. 10 is little
10 over 22 pounds?
11      A.   Yes, sir.
12      Q.   So 7.8 percent of the people
13 taking quetiapine had more than an 11 to
14 22 pound, in that range, weight gain
15 after six weeks. Right?
16      A.   Right. So I'd like to
17 provide some context for this now.
18      Q.   I'm just asking you if
19 that's correct based on this table.
20      A.   So --
21      Q.   Is that correct or not
22 correct?
23      A.   All right. I just want to
24 make sure I have an opportunity to

Page 291

1  provide context to this at some point.
2       Q.   Yeah. When Eric is asking
3  you questions when I'm done, you can
4  provide whatever context in answer to his
5  question. My question --
6       MR. LASKER: If he needs the
7  context to answer your question --
8       THE WITNESS: So then I'm
9  going to provide the context now.
10 BY MR. KRISTAL:
11      Q.   Then I withdraw the
12 question.
13      Look at Table 19.
14      Do you see the left hand
15 says quetiapine, QTP. Right? Is that
16 what it says?
17      A.   Yes, sir. Yes.
18      Q.   The left-hand column says
19 weight change (kilograms).
20      Do you see that?
21      A.   Yes.
22      Q.   And one of the categories is
23 greater than 5 to 10. Right?
24      A.   Yes, sir.

Page 292

1       Q.   And we've established that
2  in pounds, that would be greater than 5
3  to 22 pounds. That's what the chart
4  says. Right?
5       A.   Yes, sir.
6       Q.   And then it has six weeks.
7  Correct?
8       A.   Yes, sir.
9       Q.   And it has a number of
10 people, and it has a percent. Correct?
11      A.   Yes, sir.
12      Q.   Does the chart say under six
13 weeks in terms of a weight change of
14 greater than 11 up to 22 pounds,
15 7.8 percent?
16      A.   All right. So now --
17      Q.   Does the chart say that?
18      A.   I'm going to provide
19 context --
20      Q.   Does the chart say that?
21      A.   If you're not going to allow
22 me to answer your question --
23      Q.   I want you to answer the
24 question. Does the chart say that?

73 (Pages 289 to 292)

Page 293

1    A.   I do not have to answer this
2  as a one-word answer. I do not have to
3  do that. I can answer it as I think is
4  best.
5    Q.   No, you can't answer it as
6  you think is best. You can say whatever
7  you want.
8         Go ahead. Say whatever you
9  want. I'll move to strike, and then
10  we'll come back to it.
11    A.   Okay. The weight gain from
12  5 to 10 kilograms at six weeks with
13  quetiapine, 7.8 percent. However, we
14  need to remember that the mean weight
15  gain was more in the order of 1 kilogram.
16  Weight gain beyond that point was
17  actually quite unusual.
18         In addition, the -- some
19  33 percent of the patients actually lost
20  weight. So I think that in looking at
21  the overall distribution, I think it's
22  not appropriate just to focus on just one
23  number.
24         MR. KRISTAL: I move to

Page 294

1  strike everything after 7.8.
2  BY MR. KRISTAL:
3    Q.   If you compare the same
4  number on the chart with the people who
5  took placebo -- you with me?
6    A.   Yes, sir.
7    Q.   -- 1.9 percent is listed on
8  the chart as having had a weight change
9  of more than 11 and up to 22 pounds.
10  Right?
11    A.   Yes, sir. But again, I
12  think that we have to be careful about
13  the overall context with the caveats I
14  just made.
15    Q.   Now, the same chart for
16  people who took quetiapine in the
17  category of more than 22 pounds up to 33
18  pound weight gain, 1.1 percent is listed
19  on the chart. Right?
20    A.   All right. So I think here
21  we have to be even more careful because
22  these are very small numbers. And we
23  have no statistical inference testing
24  about that.

Page 295

1    Q.   The answer to my question is
2  1.1 percent of the people had a weight
3  change of more than 22 and up to
4  33 pounds. Right?
5    A.   More than -- 1.1 percent of
6  the people had -- is a point estimate 10
7  to 15 kilogram change in weight.
8  However, it's a small number, and I think
9  without statistical inference testing, so
10  I think we have to be careful about that.
11         MR. KRISTAL: I move to
12    strike everything after 1.1.
13  BY MR. KRISTAL:
14    Q.   But let me ask this: There
15  were 34 people who took quetiapine.
16  Right?
17         MR. LASKER: Objection to
18    form.
19  BY MR. KRISTAL:
20    Q.   Who had a weight gain of
21  more than 22 pounds to up to 33 pounds.
22  Right? That's what the chart says? N is
23  number of people?
24    A.   N is the number of people.

Page 296

1  Again, I think that is a small number out
2  of a total study population approaching
3  3,000. Or actually it's about 3,000.
4  It's just 1.1 percent. I think we have
5  to be careful about such small numbers.
6    Q.   If you were one of those 34
7  people who had gained more than 22 pounds
8  and up to 33 pounds within six weeks of
9  first taking quetiapine, would it be
10  significant to you to find out what's
11  going on?
12    A.   I wouldn't like to gain some
13  20 pounds in weight. However, I think we
14  have to be careful about saying that this
15  is related to quetiapine when the numbers
16  are small and there's no inference
17  testing.
18    Q.   And the same number in the
19  placebo group is .4 percent. Correct?
20    A.   So when the current line of
21  questioning is finished, I want to take a
22  break, if that's okay.
23    Q.   Sure.
24    A.   So again, it's 0.4 percent

Page 297

1 in the placebo group, but I think the
2 same caveats apply. We have to be
3 careful because the numbers are small and
4 there's no inference testing.
5     Q.    You can run statistical
6 inference testing using these numbers.
7 Right?
8     A.    I could run statistical
9 inference testing.
10    Q.    Anybody. You could go
11 online and plug in the numbers. Right?
12         MR. LASKER: Objection to
13    form.
14         THE WITNESS: I've already
15    said you could run statistical
16    inference testing. I didn't
17    say -- I don't know that anybody
18    could.
19 BY MR. KRISTAL:
20    Q.    So you're not suggesting
21 that because there's no statistical
22 significance testing here that these are
23 not statistically significant? You just
24 don't know one way or the other, not

Page 298

1 having done the analysis. Right?
2     A.    So I don't know whether this
3 is statistically significant or not.
4 There is no statistically significant
5 inference testing here.
6     Q.    And you could find that out.
7 Right? You could do that relatively
8 easily?
9     A.    I could -- I could do the
10 statistical inference testing.
11    Q.    Relatively easily? You plug
12 the numbers into a computer, right, and
13 it spits out whether it's statistically
14 significant or not?
15    A.    So it is relatively easy to
16 do.
17         MR. KRISTAL: Okay. We can
18    take a break now.
19         - - -
20         (A recess occurred.)
21         - - -
22 BY MR. KRISTAL:
23    Q.    If you look at Exhibit 2,
24 your report in this case, page 16.

Page 299

1     A.    Page 16, yes, sir. Yes,
2 sir.
3     Q.    If you go to paragraph 48,
4 "A statistically significant finding is
5 not necessarily of clinical importance."
6     A.    Yes, sir.
7     Q.    I assume you agree with
8 that. Right?
9     A.    Yes, sir.
10    Q.    "For instance, a change in
11 mean fasting glucose from 90" milligrams
12 per deciliter "to 92" milligrams per
13 deciliter "may be statistically
14 significant, but it is unlikely to be of
15 clinical importance."
16         Do you see that?
17    A.    Yes, sir.
18    Q.    What does fasting glucose
19 have to do with anything related to
20 diabetes in the first place?
21    A.    Fasting blood glucose is
22 often used to make a diagnosis of
23 diabetes.
24    Q.    And have you ever used

Page 300

1 fasting glucose to make a diagnosis of
2 diabetes?
3     A.    I have.
4     Q.    What number do you use in
5 terms of --
6     A.    I usually use the ADA
7 criteria of 126 or above.
8     Q.    So if a patient of yours
9 came in and you ran some tests and did a
10 fasting glucose and they had a fasting
11 glucose over 126, you would diagnose them
12 with having diabetes?
13    A.    On repeated measurement I
14 would make a diagnosis of diabetes.
15    Q.    How many repeated
16 measurements?
17    A.    So, I'm not sure that the
18 ADA criteria says. I would probably say
19 just two.
20    Q.    Okay. What would be a
21 clinically important change in mean
22 fasting glucose if 90 milligrams to
23 92 milligrams would not be?
24    A.    I would say 20 would be

Page 301

1    clinically significant.
2        Q.    A 20-point difference?
3        A.    Yes.
4        Q.    Is there literature to
5    support that, or is that just kind of --
6        A.    I don't think there's a
7    literature to support that one way or the
8    other. That's why I chose one big number.
9        Q.    Can you turn to Exhibit 15,
10   the submission, FDA submission.
11       A.    Yes, sir.
12       Q.    Table 339.
13       A.    On what page, sir?
14       Q.    748 at the bottom.
15       A.    Yes, sir.
16       Q.    Table 339 is entitled
17   "Glucose, fasting." That's what we've
18   been talking about. Right?
19       A.    Yes, sir.
20       Q.    "TE," treatment-emergent,
21   "shifts (adult subjects,
22   placebo-controlled trials)."
23       A.    Yes, sir.
24       Q.    So this table is comparing

Page 302

1    fasting glucose levels from baseline to
2    the last measurement between people
3    taking quetiapine and people who took
4    placebo. Correct?
5        A.    Yes, sir.
6        Q.    And on the left-hand column,
7    the chart has glucose fasting
8    measurements broken down between three
9    categories: Less than 100. Right?
10       A.    Yes.
11       Q.    Greater than or equal to 100
12   to less than 126?
13       A.    Yes, sir.
14       Q.    And then less than 126.
15   Right?
16       A.    Yes, sir.
17       Q.    And those would be the
18   baseline glucose fasting levels, right,
19   according to this chart?
20       A.    Yes, sir.
21       Q.    And then across the top,
22   they have the chart broken down between
23   the people who took quetiapine. Right?
24       A.    Yes, sir.

Page 303

1        Q.    And the people who took
2    placebo. Right?
3        A.    Yes, sir.
4        Q.    And then they do do
5    statistical significance testing by
6    giving a p-value for the change in
7    fasting glucose. Right?
8        A.    Here's the --
9        Q.    It says p-value --
10       A.    Here's the p-value. Yes,
11   sir.
12       Q.    So if we look at the
13   quetiapine group, people who started out
14   at baseline less than 100 fasting
15   glucose, do you see that?
16       A.    Yes, I do, sir.
17       Q.    2.4 percent of them had
18   greater than or equal to fasting glucose
19   of 126. Right?
20       A.    Yes, sir.
21       Q.    Compared to the people who
22   took placebo who had 1.4 percent greater
23   than or equal to 126 at the end of the
24   study. Right?

Page 304

1        A.    Yes, sir.
2        Q.    And that was a statistically
3    significant difference in fasting glucose
4    levels, was it not?
5        A.    That is statistically
6    significant; however, there's one
7    measurement, one number.
8        Q.    So what this shows is that
9    statistically significantly, people who
10   took quetiapine and had a fasting blood
11   glucose less than 100 compared to people
12   who had the same fasting glucose
13   category, less than 100, at baseline with
14   placebo had a statistically significant
15   change into the diagnostic for diabetic
16   change. Right?
17            MR. LASKER: Objection to
18       form.
19            THE WITNESS: So really I
20       believe I've already answered
21       that. There was a statistically
22       significant difference between 2.4
23       and 1.4, a small difference,
24       statistically significant, one

Page 305

1    measurement in just one pair of
2    numbers.
3  BY MR. KRISTAL:
4       Q.    And the one measurement at
5  the end would be greater than or equal to
6  126, which was the cutoff point that you
7  would use for diagnosing diabetes if that
8  number appeared a second time in a
9  patient?
10      A.    That's a number that's used
11  to diagnose diabetes, if it's on repeat
12  measurement.
13      Q.    That's the number you said
14  you would use, not just the number --
15      A.    That's a number I would use
16  as well as the number that's recommended.
17      Q.    Tell me what HbA1c is.
18      A.    Hemoglobin in A1c. It's a
19  measure of glycosylation of hemoglobin.
20  It's a measure of the stability of blood
21  sugar. So other than a point measure,
22  it's a measure of stability.
23      Q.    And is there any
24  significance in terms of levels of --

Page 306

1  it's HbA1c.
2        Is there a significance in
3  terms of measurement of that with respect
4  to diabetes?
5       A.    What do you mean, with
6  respect to diabetes?
7       Q.    A certain cutoff number for
8  being diagnostic of diabetes or a number
9  that as a physician you would be
10  concerned that somebody is progressing
11  towards diabetes, or is it just a number
12  that has no clinical significance?
13      A.    It has clinical
14  significance, but it's not useful in
15  diagnosis of diabetes.
16      Q.    What is the clinical
17  significance of it?
18      A.    In patients with diabetes,
19  it's a measure of their control. It's
20  not useful in diagnosis of diabetes.
21      Q.    And what numbers are used to
22  measure the control?
23      A.    Good control in patients
24  with diabetes is a hemoglobin A1c of 7 or

Page 307

1  below. Or maybe it's below 7. But
2  anyway...
3       Q.    Numbers above 7 indicate
4  poor control?
5       A.    In patients with diabetes,
6  that would indicate poor control.
7       Q.    And why isn't it useful for
8  making a diagnosis of diabetes if it's
9  useful for determining whether someone
10  who has diabetes has it under control or
11  not?
12      A.    So that is not part of my
13  report about using hemoglobin, how to use
14  hemoglobin A1c, and I'm not prepared to
15  discuss the literature on that at this
16  time. I could review it if you wanted me
17  to, but I can't discuss it at this time.
18  I just know that it's not reliable for
19  the diagnosis of diabetes.
20      Q.    Can you cite me any articles
21  that say that?
22      A.    I could find out.
23      Q.    No. I'm talking about as we
24  sit here today.

Page 308

1       A.    It's not part of my report,
2  and so I don't have articles as we sit
3  here today that address that.
4       Q.    Is it your opinion that
5  there's an increased prevalence of
6  diabetes among patients with
7  schizophrenia?
8       A.    That is my opinion, yes,
9  sir.
10      Q.    Is schizophrenia in your
11  opinion a risk factor for diabetes?
12      A.    Yes, sir, I think it is a
13  risk factor for diabetes.
14      Q.    And what about being
15  schizophrenic do you believe would
16  contribute to the development of
17  diabetes?
18      A.    So I think that patients
19  with schizophrenia generally are not in
20  good health and don't take care of
21  themselves. They tend to be sedentary.
22  They may well eat the wrong foods. They
23  tend to have a higher incidence of or
24  prevalence of cigarette smoking. And so

77 (Pages 305 to 308)

Page 309

1  I think that they have a series of risk
2  factors for diabetes. Whether there's
3  any further biological reason for that, I
4  don't know.
5       Q.   So if I'm understanding what
6  you're saying, you are saying that
7  schizophrenia is in the causal chain to
8  diabetes, but you're unaware of any
9  direct ability of schizophrenia to cause
10  diabetes, similar to the hypertension
11  discussion we had earlier?
12       MR. LASKER: Objection to
13  form.
14       THE WITNESS: I think that I
15  would prefer not to compare it to
16  hypertension.
17  BY MR. KRISTAL:
18       Q.   Let's take hypertension out
19  of the mix.
20       A.   Because I think the
21  physiologic situation is just too very
22  different.
23       I think that it is in the
24  causal pathway. It's possible. And I've

Page 310

1  read people that have hypothesized it,
2  but it's far from my areas of expertise.
3  I don't address it, of whether
4  schizophrenia has some kind of direct
5  biological link to diabetes.
6       Q.   But schizophrenia in your
7  opinion is in the causal chain leading to
8  diabetes?
9       A.   I think it is, yes.
10       Q.   If someone had diabetes and
11  had prior to their development of
12  diabetes been diagnosed with
13  schizophrenia, would you categorize their
14  schizophrenia as contributing to the
15  development of their diabetes?
16       MR. LASKER: Objection to
17  form.
18       THE WITNESS: So let me make
19  sure I've got the path here. They
20  have schizophrenia first and then
21  developed diabetes?
22  BY MR. KRISTAL:
23       Q.   Yeah.
24       A.   So because I don't have a

Page 311

1  direct physiologic path, I would look at
2  the other risk factors, sedentary
3  lifestyle, the baseline obesity,
4  cigarette smoking.
5       Q.   And would it be your opinion
6  that being schizophrenic contributed to
7  their development of diabetes through the
8  pathways you just mentioned?
9       MR. LASKER: Objection to
10  form.
11       THE WITNESS: I think that
12  that is likely. I don't think
13  it's proven, but I think that's
14  likely.
15  BY MR. KRISTAL:
16       Q.   What don't you think is
17  proven?
18       A.   That the pathway is through
19  these risk factors. Or at least I
20  haven't read enough to say that this is
21  the path. Perhaps it is. This is not an
22  area in which I feel that I can comment
23  quite as strongly. I think that
24  schizophrenia is associated with

Page 312

1  diabetes, and I think that obesity,
2  sedentary lifestyle, cigarette smoking
3  are causal. I think it's likely that the
4  pathways are these risk factors. That's
5  sort of the best I can do.
6       Q.   And if it's likely that
7  those are the pathways, then the
8  schizophrenia would have contributed to
9  the development of the diabetes?
10       A.   I think that's fair to say.
11       MR. KRISTAL: Can you give
12  me two minutes. I am virtually
13  done. I want to check my notes,
14  make sure I haven't missed
15  something in the various questions
16  or not. I don't know if Eric has
17  anything, but we can take it from
18  there. It will just take me a
19  minute.
20       I'm done with my
21  questioning, subject to whatever
22  questions I thought were not
23  answered in which we may or may
24  not eventually get a judge

78 (Pages 309 to 312)

Page 313

1    involved, and subject to Eric
2    having some additional questions.
3    If you don't, then I guess we can
4    all go home.
5         MR. LASKER: I have a
6    couple. It won't take long.
7              - - -
8         EXAMINATION
9              - - -
10   BY MR. LASKER:
11        Q.   Dr. Weintraub, going back to
12   table 339 in the FDA submission, which is
13   the table referring to glucose fasting
14   shifts.
15             Dr. Weintraub, during your
16   deposition on direct you were asked about
17   one number with respect to patients at
18   baseline who were below 100 mg/dl. I
19   wanted to ask you about the other data
20   that's provided on that chart.
21             For patients who baseline
22   were prediabetic or had a glucose -- let
23   me say it more accurately.
24             For patients who at baseline

Page 314

1    had a fasting glucose level of greater
2    than or equal to 100 milligrams per
3    deciliter to less than 126 milligrams per
4    deciliter, as far as ending up at the end
5    of trial above 126 milligrams per
6    deciliter, was there any statistical
7    significant difference between patients
8    taking Seroquel or quetiapine and
9    patients taking placebo?
10        A.   I think that's very
11   important. You will note that it is --
12   for patients taking quetiapine, it's
13   11.7. And for placebo, it's 11.8, not
14   statistically significant. And if you
15   look at overall for all patients below
16   126 of 4.0 and 3.2, it's also not
17   statistically significant.
18        Q.   Just on the last point so
19   the record is clear, by including the
20   patients who start at baseline under
21   100 milligrams per deciliter that you
22   were asked about earlier in the
23   deposition and the patients who were at
24   100 milligrams per deciliter to 126 at

Page 315

1    baseline, take all of the patients
2    together, when you compare all patients
3    starting out below 126 milligrams per
4    deciliter at the beginning of the trial
5    for those and then shifted to above
6    126 milligrams per deciliter at the end
7    of the trial, is there any statistically
8    significant difference between the
9    patients who took quetiapine and the
10   patients who took placebo?
11        A.   Again, I'll give you the
12   numbers: 4.0 versus 3.2, very little
13   difference between the two as a point
14   estimate and not statistically
15   significant.
16             MR. LASKER: I have no
17   further questions.
18             - - -
19        EXAMINATION
20             - - -
21   BY MR. KRISTAL:
22        Q.   So by looking at 339, the
23   people who did have the statistically
24   significant change were the people who

Page 316

1    had fasting glucose levels that were the
2    lowest at the beginning of the trial; is
3    that right?
4         A.   So again, these are very --
5    these are small numbers. There's 2.4
6    versus 1.4.
7         Q.   Why do you feel that you
8    can't answer the question directly when
9    I'm asking questions, then you did when
10   Eric was asking questions?
11             MR. LASKER: Actually, he
12        went to the numbers when I asked
13        the questions, too.
14             MR. KRISTAL: You gave the
15        numbers. So the numbers --
16             MR. LASKER: It's the exact
17        same thing he's doing. I mean --
18             MR. KRISTAL: No. I don't
19        know. There's more commentary
20        here.
21             MR. LASKER: I don't think
22        so, but okay.
23   BY MR. KRISTAL:
24        Q.   Go ahead.

Page 317

1      A.   2.4 versus 1.4, a very small
2  difference, not repeated, it is
3  statistically significant.  And most of
4  the numbers in this chart are actually
5  not statistically significant.  I think
6  we're actually even talking about
7  statistically significant when we have
8  multiple measures.  We really have a
9  problem when we have 12 p-values on the
10  chart.  We really should do a Bonferroni
11  correction, and one could make a strong
12  case this isn't even statistically
13  significant.
14          MR. KRISTAL:  I move to
15  strike everything after 1.4 that
16  was statistically significant.
17          And I have no further
18  questions.
19          MR. LASKER:  Thank you.
20          (Witness excused.)
21          (Deposition concluded at
22  approximately 3:47 p.m.)
23
24

Page 318

1
2          CERTIFICATE
3
4
5          I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the
   testimony given by the witness.
7
          It was requested before
8  completion of the deposition that the
   witness, WILLIAM S. WEINTRAUB, MD, have
9  the opportunity to read and sign the
   deposition transcript.
10
11

12  ANN MARIE MITCHELL, a Federally
   Approved Certified Realtime
13  Reporter, Registered Diplomate
   Reporter and Notary Public
14  Dated:  November 23, 2008
15
16
          (The foregoing certification
17  of this transcript does not apply to any
18  reproduction of the same by any means,
19  unless under the direct control and/or
20  supervision of the certifying reporter.)
21
22
23
24

Page 319

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10          You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14          It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Page 320

1          - - - - - -
          E R R A T A
2          - - - - - -
3  PAGE  LINE  CHANGE
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

Page 321

1
2      ACKNOWLEDGMENT OF DEPONENT
3
4         I,_____, do
5    hereby certify that I have read the
6    foregoing pages, 1 - 322, and that the
7    same is a correct transcription of the
8    answers given by me to the questions
9    therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   WILLIAM S. WEINTRAUB, MD      DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22

     _____
23   Notary Public
24

Page 322

1            LAWYER'S NOTES
2    PAGE  LINE
3    ____  ____  _____
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____

81 (Pages 321 to 322)

| A | | | | |
|---|---|---|---|---|
| **AB** 177:12 | **addressed** 121:5 | **allow** 155:5 207:14 | 268:3,9,11 269:23 | 204:15 207:13 |
| **ability** 309:9 | **adequate** 9:23 87:8 | 292:21 | 270:1,3 285:18,23,24 | 287:17 |
| **able** 55:13 56:15 82:17 | 100:5 196:10 197:5 | **alphabetical** 158:21 | 286:5,5 291:4,7 | **approaches** 170:19,23 |
| 156:15 182:9 205:23 | **adequately** 70:12 121:4 | **alternate** 218:23 219:7 | 292:22,23 293:1,2,3 | 171:3,4,6,11 173:8 |
| 281:16 287:19 | 139:24 198:19 | 219:24 220:11 | 293:5 295:1 316:8 | 177:2 185:22 |
| **absence** 13:23 15:6 | 241:15 280:21 | 222:16 223:4 224:21 | **answered** 15:15,24 | **approaching** 296:2 |
| 16:19 85:4 123:8 | **administration** 59:20 | 225:12 226:19 227:9 | 16:2 17:2 18:17,20 | **appropriate** 42:15 |
| 165:4 166:17,24 | 60:14 | 227:16 228:15 | 32:8 38:8 40:14,18 | 124:7,9 130:19 |
| **absent** 193:13 | **adult** 60:23 262:4 | **ambiguity** 220:21 | 40:23 41:4,5,11,16 | 221:23 293:22 319:6 |
| **absolute** 29:19 64:14 | 267:1 301:21 | 224:2,7 | 41:23 42:8 43:2 | **approved** 1:15 49:19 |
| 97:9,11 98:1,7,9,11 | **adults** 3:22 4:3 88:8,16 | **ambivalent** 237:10,21 | 50:23 51:3,7 81:20 | 61:6 318:12 |
| 98:12,23 119:19 | 93:2 104:7,16 105:14 | 237:23 | 81:24 82:3 97:23 | **approximately** 62:20 |
| 134:9 172:2 189:2 | 289:15 | **American** 238:15,18,23 | 101:2,5 120:7 126:23 | 271:23 317:22 |
| 203:9 204:12,13 | **advantage** 134:3,17 | 239:2 | 134:24 225:6 226:10 | **approximation** 33:1 |
| 285:14 | 137:3,14 288:13 | **amount** 99:12 106:15 | 245:6 251:13 269:18 | 43:18,20,21 46:17 |
| **absolutely** 84:17 135:7 | **adverse** 140:17 | 187:9 245:8 265:11 | 270:2 304:20 312:23 | April 44:18 129:9 |
| 173:20,22 203:18 | **Advisory** 215:2 | **analogy** 90:10 216:22 | **answering** 17:11,20 | **area** 9:23 24:19,20,23 |
| **absolutes** 30:3,5,17 | **affairs** 260:13 | 217:3,8 220:1,5,6,7,9 | 77:19 170:24 207:5,6 | 26:14,19 58:19 59:9 |
| 64:16 86:3 102:10 | **affect** 245:24 | 222:13 | 223:12,13 | 59:15,16 150:6 |
| 116:10 129:7 171:24 | **affective** 73:15 77:12 | **analyses** 58:13 259:9 | **answers** 17:12 18:3 | 311:22 |
| **abstract** 89:10 105:5 | **afraid** 122:18 | 260:21 261:6 287:11 | 82:5 181:22 321:8 | **areas** 25:8 60:20,24 |
| 117:18 134:10 | **afternoon** 167:6 168:24 | **analysis** 8:5,7 13:17 | **antipsychotic** 35:13 | 310:2 |
| **accept** 112:18 201:24 | 250:11 | 27:9 56:1,2 64:11 | 77:2 | **arms** 22:5 |
| 217:5 | **age** 260:1 | 127:8 173:1 175:9 | **antipsychotics** 73:19 | **arrhythmic** 144:18,24 |
| **accepted** 50:3 | **agents** 79:5,8,19 80:7 | 185:21 189:12 194:1 | 77:15 78:3 79:24 | **arrive** 43:15 |
| **accepting** 114:9 | 80:14,22,23 81:6 | 204:9,23 286:20 | 81:18 | **Art** 271:6 |
| **accomplished** 134:13 | **ago** 17:12 82:19 140:3 | 287:9,22 288:2,15,23 | **anybody** 12:8,12 69:19 | **arteries** 48:15 |
| **accumulated** 58:10 | 194:5 228:6 | 288:24 289:2 298:1 | 249:3 271:4 278:12 | **artery** 4:18 36:17,23 |
| **accurate** 57:9 319:20 | **agree** 8:4 13:16 15:4,10 | **analyze** 56:15 | 280:23 281:6 282:1 | 47:15 48:7 50:8,18 |
| **accurately** 313:23 | 15:21 16:5,17,22,24 | **analyzing** 140:14 | 285:17,22 297:10,17 | 63:23 68:11,12 143:6 |
| **accusing** 67:22 | 17:21 22:2,11,15,24 | 156:19 | **anybody's** 281:23 | 178:21 241:6 |
| **ACGME** 61:6 | 30:21 32:16 78:8 | **and/or** 158:15 318:19 | **anymore** 219:19 | **article** 3:20 4:1,5,12,17 |
| **acknowledging** 171:5 | 82:14,17 84:8 85:24 | **anecdotes** 27:5 | **anything's** 86:8 | 5:1 44:13 88:4,13,17 |
| **ACKNOWLEDGM...** | 86:4 89:15 114:14,17 | **animal** 25:3,6,11,21 | **anyway** 20:3 103:12 | 89:1 104:13 116:19 |
| 321:2 | 122:5 124:20 134:2 | 26:3,7 | 307:2 | 117:6 135:18 136:14 |
| **act** 168:15,19 | 165:6 179:16 181:10 | **Ann** 1:15 318:12 | **apologize** 11:24 51:7 | 137:21 143:5 146:5 |
| **acting** 11:7 | 192:11,14 193:18 | **answer** 6:5 7:22 8:19 | 200:15 | 163:23 176:4 178:5 |
| **action** 213:13,16,21,23 | 201:9 202:2,5,7,23 | 9:5 13:14 15:19 | **apparently** 3:22 88:7 | 178:19 187:2 188:17 |
| 214:1 216:7,14 | 205:23 207:22 | 16:14 17:5,15,18 | 88:15 93:2 | 188:18 190:20 218:9 |
| **active** 35:8 61:5 78:4 | 208:11 212:1,2,3 | 18:6,22 21:19 32:10 | **appeal** 216:4 | 224:13 |
| 79:6,13,14 80:18 | 215:7 235:1,5,10,10 | 32:11 38:9 39:17 | **appear** 226:19,23 | **articles** 158:21 161:18 |
| 81:11 | 235:11,13,14,18,19 | 40:16,20 41:7,8,19 | 261:8 272:19 | 188:21 228:21 272:6 |
| **activities** 60:8,10,19 | 236:1,4,7,8 237:1,14 | 42:2,7,13 51:1,5 | **APPEARANCES** 2:1 | 272:9,13,17,19 |
| 61:10 | 237:15 238:2,4 | 52:23 60:7 67:5 76:8 | **appeared** 136:15 305:8 | 273:19 274:24 |
| **actor** 245:23 | 253:13 299:7 | 81:13 82:1,5,11,14 | **appears** 62:24 63:6 | 307:20 308:2 |
| **actual** 149:13 151:6 | **agreed** 15:16 115:16 | 82:15,18,22 100:3 | 192:6 226:22 227:9 | **articulate** 186:11 |
| 159:15 186:22 187:8 | **agreed-to** 249:11 255:4 | 101:11 106:22 109:7 | 227:17 | 188:11 |
| 231:23 | 255:5 | 109:14 119:14 121:4 | **appendix** 158:11 | **articulated** 46:2 169:6 |
| **acute** 60:22 | **agreement** 206:20 | 121:7,17 130:2,12,18 | **application** 208:18 | 219:3 |
| **ad** 165:19 | 209:7 255:9 | 138:8,16 151:19 | **applied** 179:20 180:2 | **asked** 9:3 15:16,16,24 |
| **ADA** 300:6,18 | **aha** 174:19,20 | 152:1,23,24 153:1 | 184:18 185:4 194:1 | 17:21 39:11 51:6 |
| **add** 252:24 | **ahead** 68:6 96:8 130:24 | 163:17 181:20 182:7 | 205:18 208:6 | 64:5 81:2,7 82:19 |
| **added** 272:22,22 | 147:11 293:8 316:24 | 186:8 200:14 221:11 | **apply** 208:5 264:21 | 138:14 230:21 |
| **addition** 58:21,23 | **ain't** 184:21 | 221:16,22 222:1,23 | 297:2 318:17 | 233:13 256:23 |
| 106:16 293:18 | **al** 136:22 | 223:9,19 226:3,5,14 | **applying** 185:18 206:5 | 313:16 314:22 |
| **additional** 140:2 | **albeit** 179:20 180:3 | 227:5,5,7,23 229:8 | 206:22 208:24 | 316:12 |
| 142:19 313:2 | **alcohol** 5:4 55:7 178:12 | 237:4,8 241:15,16 | **appreciate** 200:19 | **asking** 7:21 18:18 |
| **address** 308:3 310:3 | 178:20,22 220:24 | 242:1 247:23 252:9 | **approach** 170:12 | 27:13 28:15 32:24 |
| | **alliterate** 55:19 | 254:3 257:17 266:11 | 173:11,12,15 175:18 | 41:8,17,18 71:20 |

76:5 77:6 84:18 94:9
96:22 99:23 130:7
153:4 207:5 212:2
229:6 236:1,5,12,13
271:12 286:2 290:18
291:2 316:9,10
asks 141:17
assessing 175:5 199:4
assessment 211:10
assist 280:23
assistant 281:2,3
associate 278:19
associated 59:6 66:17
68:1,11,24 69:2,4,9
69:21 70:6,16 71:7
72:1 73:16 74:1,21
77:2,13,20 78:9,12
78:24 79:2,22 80:1
81:4,8 85:4,13 87:13
92:23 100:8 179:7
252:15 311:24
association 3:20 4:1
5:9 64:7,10 65:24
66:2 70:19 71:13,14
71:15,15 72:5 75:2,9
75:14,23,24 76:9,22
78:15 83:11 84:2,9
84:13 85:19,23 86:1
86:5,14,18 87:1,2,5
88:5,13 99:19 100:10
100:14,20 101:21
102:2 103:5 104:5,14
105:16 106:12,18
107:3,6,10,17,19
108:16 109:20 110:1
112:15 164:20,22
165:4,10 166:16,24
167:8,17,18 168:12
179:11 182:18
190:12 191:10,17
192:1,6 194:8,23,24
195:2,12,14,15,16
196:5,8 198:13
201:19 204:8,19
216:7 219:21 220:19
224:1,6 238:23 239:3
263:23
assume 47:23 299:7
assuming 29:14 33:9
43:20 49:18 114:7
171:3
assumption 184:10
AstraZeneca 160:5
212:20 214:8 258:18
259:4,12 260:13
270:10 282:22 283:8
286:16 289:15
atherosclerosis 242:13
242:16 243:7,8

atherosclerotic 5:1
163:24 164:8
attached 161:11 163:9
319:12 321:11
attachments 5:15
260:6
attempt 170:17 177:1
attention 213:11
attorney 278:16,20
319:16
attorneys 278:22
attributable 110:21
111:4,10
attribute 188:6 257:1
257:11
attributed 255:15
attributing 256:14
atypical 73:18
August 270:20 271:1,3
271:6,23 273:21
274:5 276:13,13,16
276:18 277:18 279:2
279:3,22
Austin 176:11 177:12
189:5
author 89:2 101:15,17
104:23,24 145:8
authorities 167:10
authors 88:16
available 80:23 226:6
average 252:16,20,21
252:22 253:1,5 254:7
254:15 256:1,4,6,8
256:12,16 257:18,20
257:23 264:18
avoid 86:3 116:10
129:6 196:6
aware 162:10 206:3
awful 261:16
awfully 71:8
a.m 1:15
A1c 305:18 306:24
307:14
_____
B
B 3:9 86:5
back 12:23 13:21 14:6
14:8 17:4,4 33:10
47:5 66:20 71:23
82:8 90:23 94:13
106:10 129:2 142:4
150:22 157:14
169:13 172:8 178:8
201:13 203:5 209:13
220:13 223:22
224:12 237:17
257:18 277:4 293:10
313:11
background 31:20 34:2

backing 137:9,11,19
backwards 10:13
bad 235:21 245:22
balancing 32:3
ball 120:3
based 75:16 86:6 98:22
99:16,24 100:20
105:21 106:8,9
125:22 128:20 132:4
133:16 136:14
142:10 153:21 166:7
167:12 168:5 169:7
181:24 188:19
191:10 203:24
244:15 251:7 262:16
290:19
baseline 262:2 266:23
302:1,18 303:14
304:13 311:3 313:18
313:21,24 314:20
315:1
basically 9:3 202:11
243:4
basing 100:19
basis 73:13 74:5 75:1,8
77:10 232:11,13
Bayesian 172:16,20
173:10,11,13
Bayesians 173:8
beds 62:21
began 277:12
beginning 1:14 128:14
142:5 151:4 155:16
155:24 158:3 217:15
267:13 279:21 315:4
316:2
begins 62:20 83:6
behalf 183:11
belief 244:1
believe 11:3 14:10 15:1
15:14 16:9 20:18,18
44:13 78:13 85:16
86:15 158:1 168:12
168:15 183:16,16
201:21 203:14 245:7
246:9 278:4 304:20
308:15
bell 258:1
belong 35:22
benefits 250:3
Berger 278:18
best 102:3 107:1
163:18 168:20 180:5
185:9 197:13 205:2
205:10,10 207:23
218:19 221:22
223:13,19 244:19
250:18 293:4,6 312:5
better 29:13,20,21,23

57:4 67:23 71:3
198:10
Bextra 19:20 21:5
60:13 183:4
Bextra/Celebrex 3:14
10:22 11:8 18:12
19:14 62:5 129:9
130:11,15
beyond 23:24 293:16
bias 107:15 123:8
134:7,11,20 137:6
168:10
big 70:2 91:7 301:8
bill 276:12,17
billed 277:3 280:5
billing 276:9
bills 280:2
binders 272:6,9,13,18
273:2,8
biological 210:16 212:7
212:10 213:22
215:19 219:22
220:21 224:3,8 309:3
310:5
biologically 211:22
biology 215:1
biostatistical 288:18
biostatistics 149:8
bipolar 214:4
bit 24:22 28:1 59:8
90:11,16 97:8 105:6
106:1 129:2 131:17
242:20 243:3 265:14
bite 226:12 227:3
black 186:7
blah 254:20,21,21
blood 93:16 244:1,12
244:16 245:5,24
299:21 304:10
305:20
board 238:24
body 244:22 246:16,16
254:24 255:3,9,16
262:3,9,16 263:7
266:22,24 267:5,12
267:16 268:4 269:14
269:16
Bonferroni 317:10
book 230:9,13
bottle 35:6
bottom 46:20 122:23
191:14 234:18
301:14
boundaries 25:16
123:21
boundary 119:11,13,15
119:17,18 121:6
122:11,17
boxes 88:21

Bradford 78:18 165:16
170:13,19 171:1,10
171:20 172:10,22
173:17 174:16,24
175:15,20 176:5,11
177:3,13,24 181:13
184:19 185:5,19
186:12,22 187:22,24
188:5,7,12 189:1,5
189:12 190:17 191:3
192:16 193:2 198:14
199:6,10 205:7,17,19
206:6,16 207:14
208:21,23 209:6
210:20 211:20
214:20 215:22
218:12 219:8,17
222:11 223:21 228:2
228:8,16 229:22
233:9 234:9
brand 35:12
break 7:13,14,17 65:13
144:16 147:5,10
157:3 233:14,19
238:9 296:22 298:18
breakdown 210:7,10
Brecher 284:7,11,21
bring 42:17 157:18
202:9
broken 266:24 302:8
302:22
bronchial 215:13
brought 11:23 157:21
159:16
Brown 271:6
Bruce 278:18
busy 60:11
Bypass 4:18 143:6
B-A-Y-E-S-I-A-N
172:16
B-R-A-D-F-O-R-D
170:13
B-R-E-C-H-E-R
284:21
_____
C
C 59:16 87:14,14
CABG 137:22 138:19
139:3,10,20 140:8,11
143:17 144:3,7
145:11 156:7
calculate 116:1 147:24
calculating 98:21
calculation 109:24
129:23 130:3 131:2,5
131:16 133:16,23
141:5,8 142:9,17
147:16 151:9 153:22
155:4,23 156:4

calculations 128:13
  131:22 132:4,10
call 225:22 271:16
  272:11 283:7 286:14
called 56:6 87:17 91:20
  158:3,24 199:6
  251:21
calling 271:12 288:24
calls 203:2
Camels 79:1
cancer 78:10,12,21,24
  79:3,10 200:7
caps 54:24 61:6 90:2
captures 90:17
cardio 38:20 63:20
cardiologist 37:10
  47:23
cardiologists 60:19
cardiology 19:15 32:17
  32:19 38:11 59:21
  60:16,18,20 61:1,5
  63:5,11 64:12
cardiovascular 19:16
  19:22 37:10,12,13,16
  47:21 48:2 60:24
  61:4,7 63:18,23
  64:21 65:2,9 69:10
  69:12,18 92:5,8
  111:18,22 112:5,7,23
  113:9,17 129:24     -
  183:13,14,18 184:6
  200:8 239:6 240:5,16
  241:3,19 243:11,24
  244:24 245:10
  246:13
Cardioverter 4:13
Cardioverter-Defibr...
  135:21 136:6
care 37:3 60:15 61:1,3
  67:13 169:2 236:4
  277:8 308:20
careful 22:13 25:7
  29:18 99:13 131:15
  139:19 141:3 181:4,6
  198:19 205:16
  245:20 294:12,21
  295:10 296:5,14
  297:3
carefully 319:4
case 11:16 12:24 26:20
  26:20 27:5,11,14,14
  28:2,3 32:21 36:11
  73:2 94:4 98:10
  122:22 182:23
  184:13 207:2,10
  208:17 223:6 261:9
  273:20 285:1 298:24
  317:12
cases 269:1

categories 235:13
  262:9,10 263:1,8
  267:1,6,11,17 269:16
  291:22 302:9
categorize 310:13
category 46:2 255:16
  262:3,17 269:14
  294:17 304:13
causal 24:5 25:4,22
  26:23 28:19 30:22
  64:9 66:11 68:4 70:3
  71:13,15 72:3,7
  78:14,20 164:22
  165:12 169:7 174:1,4
  182:17 194:8 195:2
  241:8,16 242:7,10,18
  244:10 309:7,24
  310:7 312:3
causality 172:21
  173:13 195:18,24
  196:14 203:14
  205:21 211:15 212:9
causally 179:7
causation 5:9 8:5,7
  13:17 24:8 27:6 66:5
  83:6 112:14,17
  113:19 166:7 167:12
  168:5 170:18,24
  171:8,21 174:15
  175:6,18 177:2
  179:12,22 181:15
  185:20 190:13
  196:23 201:20
  211:10,22 217:15
  242:1
causative 13:24 15:6
  16:20 23:18 66:7
  112:19 114:15,18
  198:18
cause 28:8 68:10 69:11
  73:20 94:5,13 102:22
  103:1,3 111:5,13,15
  165:3 166:15 167:18
  168:17,19,24 169:4
  169:18,24 170:8
  174:20,21 200:2,7
  201:24 203:21 204:1
  209:5 211:12 214:15
  241:2 309:9
caused 20:13 242:3
causes 65:1 113:3,6
  199:20 241:6 242:6
cause-and-effect 192:4
  198:1 202:11 214:22
causing 200:6 256:20
caveat 40:2 243:14
caveats 108:8 125:16
  168:9 195:23 294:13
  297:2

CD 284:22
CDs 157:24 161:24
  162:2,12
Celebrex 60:13 183:3,8
Celebrex/Bextra 12:24
  183:12 239:20
Center 59:21 60:16
Centre 1:14
certain 20:2 22:9 23:23
  90:24 91:2 127:13,24
  128:3,23 151:5 275:8
  279:14 306:7
certainly 29:10 35:10
  60:10 103:9 129:4
  138:15 152:5 154:1
  159:20 163:6 179:16
  180:11 181:6 193:20
  199:12 207:24
  249:15 261:17 264:9
  269:7 273:4 288:19
certainty 285:15
CERTIFICATE 318:2
certification 37:19
  318:16
certifications 37:17,23
Certified 1:15 318:12   -
certify 42:11 226:6
  318:5 321:5
certifying 318:20
chain 244:3 309:7
  310:7
challenge 57:2,20
  182:15,23 183:21
chance 83:16 93:24
  123:6  -
chances 9:10
change 188:9 255:7
  262:2,15,20 265:7
  266:14 267:12 269:3
  289:14,19,20 290:5
  291:19 292:13 294:8
  295:3,7 299:10
  300:21 303:6 304:15
  304:16 315:24 320:3
changes 265:5 266:13
  266:23 319:11
  321:10
changing 129:10
characteristic 59:17
characteristics 57:5,21
  58:7
charge 274:20,23
chart 262:8 292:3,12
  292:17,20,24 294:4,8
  294:15,19 295:22
  302:7,19,22 313:20
  317:4,10
chase 166:1
check 143:12 190:18

312:13
cherry 2:5 196:6 197:3
chicken 91:10
chisel 281:19
cholesterol 113:12,14
choose 34:24 42:22,22
  153:21
chose 153:7,15 301:8
Christiana 59:23 62:10
cigarette 78:9,11,16,20
  79:2,9 112:23 200:2
  200:5 308:24 311:4
  312:2
circles 8:10
circumspect 245:21
circumstances 123:7
  192:22 217:2
citation 176:8,10,17,18
  176:20 187:1 190:23
  191:1
cite 178:3,5 190:18
  307:20
cited 177:21
citing 190:20
claim 184:4
clarification 124:12.
clean 25:17
clear 34:19 39:6 123:22
  219:6 223:16 243:21
  284:19 314:19
clearly 168:3
cliff 25:17
clinical 4:4 60:19 73:11
  74:22 75:6,21 80:17
  104:8,17 105:15
  110:11,23 131:7
  132:2 134:5,18 156:1
  159:8 160:5 166:6,19
  167:2 170:4 172:6
  182:1 213:12,19
  240:6 259:11 260:21
  263:6 286:15 299:5
  299:15 306:12,13,16
clinically 110:3 244:2
  245:7 247:8,9 300:21
  301:1
close 38:16 69:5 70:20
  70:22 71:8 94:3
  97:18 99:7 161:3
  218:8 220:4
closer 71:14
clot 242:17 243:9
coextensive 162:6,15
coherence 214:20
  215:4,8,15,20,21
  219:23 220:22 224:3
  224:8
coin 85:2 192:3 193:12
college 210:3 238:15

column 136:19 164:16
  291:18 302:6
combines 171:9
combining 286:15
come 9:2 38:23 40:5
  41:1,13 56:22 57:8
  79:16 120:11,12
  169:13 174:18
  181:14,19,21 182:9
  185:19 201:13
  207:13 293:10
comes 210:11 282:2
comfortable 9:6 10:9
  14:21 19:7 20:2,15
  21:2 90:20 107:22
  169:21 247:17
coming 57:13 100:5
  103:2 182:7 205:1
  248:6
comment 18:1 67:9
  119:7 139:24 229:23
  230:8 266:2 311:22
commentary 316:19
commenting 21:11
  143:2 145:11
comments 137:20
commission 321:21
committee 251:2 239:1
common 24:9,11
commonly 115:14,16
  131:3
communities 240:8
company 282:21
compare 61:21 62:6
  79:4,9 80:14,18,22
  140:15 294:3 309:15
  315:2
compared 26:15 73:17
  77:14 78:24 79:19,23
  81:14 82:21 98:12
  108:12 240:22
  303:21 304:11
comparing 263:3
  267:14 269:17
  289:14,18 301:24
comparison 4:6 78:2
  79:11 80:6 116:20
  117:6 136:23 210:22
complementary 173:14
complete 152:1 153:1
  161:2,5 188:3 190:4
  221:24 226:14
completely 94:24,24
  162:6
completion 318:8
complex 235:3 272:15
complicated 13:3 14:13
  15:18 17:13,23 22:15
  59:9 74:15 125:4

148:22 241:5
comprised 60:18
computer 298:12
concept 247:9
concepts 13:4 103:8
concern 43:7,12,16
  45:8,18 46:1,9,13,19
  47:8,10,13,19 48:5
concerned 19:21 43:23
  306:10
concerning 34:14
  48:13 49:2
conclude 73:13 74:5
  75:1,9 77:10,24
  156:23 182:17
concluded 99:15
  317:21
conclusion 99:24 100:2
  195:1,16
conclusions 22:23
  193:15
conditions 73:15 77:12
conduct 208:13,16
conducted 107:14
  259:12
confidence 113:23
  114:1,5,11,18,23
  115:8,10,13,23 116:3
  116:13 118:23
  119:10,21 120:17
  121:10 122:5,13,24
  123:15 124:22 126:5
  126:21 141:12
conflict 214:23
confounded 114:20
confounding 107:15
  114:12,14 123:8
  165:5,11 166:17
  167:1
congenital 60:23
connection 158:16
Conservative 4:7
  116:21 117:7
conservative-strategy
  118:13
consider 23:12,15 24:7
  25:2 26:7 27:1,17,19
  28:2 113:2,5 147:23
  167:19 172:15 241:1
  269:4
consideration 156:17
  187:17 192:15
  196:10 197:5 199:6
  201:4 209:13 210:16
  211:19 216:1,13,21
  218:23 219:7 222:16
  223:4,5 224:21
  225:12,12 226:18
  227:8,16,22 228:14

considerations 171:2
  174:5,16 175:8,15
  180:7,16,20 181:14
  184:19 185:5,19
  186:12 187:6,23
  188:6 189:13,14
  193:3,24 194:3
  199:12 201:17 217:9
  217:19 218:12,17
  221:3,19 222:17
  224:23 229:1 233:10
  234:6,13
considered 43:23 66:12
  120:2,3 199:13
  210:17 219:16
considering 25:24
  197:8 198:20
consistency 192:17
  193:2,9 219:21
  220:19 224:1,7
consistent 83:13 85:9
  228:7,23
consistently 66:3,4
  68:1 123:11 228:13
  240:24
Constance 11:16
consume 60:3
Consumption 5:5
  178:12,20,22 221:1
contains 35:13
contents 233:8
context 18:5 100:11
  109:14 137:13,19
  139:19 146:5 165:8
  184:17 222:2 228:1
  290:17 291:1,4,7,9
  292:19 294:13
continue 51:21
continues 118:16
Continuing 202:8
continuous 264:2
continuum 103:8,11
  244:23 245:9 308:16
contributed 112:10
  113:20 257:13 311:6
  312:8
contributes 65:1 111:6
  241:18 243:6 271:19
  289:4
contributing 113:2,6
  114:7,20 243:10
  310:14
contribution 287:23
  288:15
control 78:4,5 79:7,14
  79:15 80:18 243:16
  306:19,22,23 307:4,6
  307:10 318:19

controlled 27:6,13
  83:14,23 84:10,15
  85:6 128:12 246:1
controls 81:12
controversial 113:10
convert 99:4
convince 167:11
convinced 211:24
convincing 109:19
copies 88:19 162:5
copy 11:21 129:16
  135:6
corner 138:2 164:16
  179:9
coronary 4:4,8,18 5:6
  36:17,23 37:6 47:15
  48:7,15 50:8,18
  51:11 60:22 63:15,23
  64:3 68:9,10,12 70:1
  104:8,17 105:15
  116:22 117:9 143:6
  178:13,21,23 221:1
  241:6
corporate 2:4 283:7
correct 11:9 14:6 19:15
  21:12 44:16 49:16
  65:10 76:12 80:3
  88:17,24 89:3 90:1
  91:5,6,15,22 92:2
  93:18,19 100:22
  103:17 118:21
  127:15 128:9,10,15
  128:16 134:23
  136:18 142:12 147:2
  152:20 153:18
  154:12 162:17
  166:13 170:9 173:19
  174:7 176:6 182:11
  183:15 186:16 187:3
  194:2 200:4 205:12
  214:18 217:9,22
  222:13,14 227:5
  231:15 237:18
  242:13 243:4,5 253:3
  254:18,23 256:8
  262:13 267:3,17
  269:13 276:10
  281:14 285:3 290:5
  290:19,21,22 292:7
  292:10 296:19 302:4
  321:7
correction 317:11
corrections 319:5,7
  321:10
correctly 49:15 73:22
correlated 59:2,4 93:15
correlation 92:6 206:7
couch 244:7
Council 238:22 239:1

counsel 279:24 284:19
count 270:15
counted 44:4
couple 53:14 55:22
  65:17 83:21 144:15
  161:18 255:24 272:1
  313:6
course 14:17,18 15:18
  18:7 19:2 21:4 43:22
  58:10 64:15 84:4
  90:13 101:14 105:7
  117:20 147:9,20
  163:8 180:14 197:8
  243:18 263:12
  280:19
coursework 38:22,24
  40:6,13 41:1,14
court 1:1 10:12 17:7
  82:8 124:3 319:20
cover 260:11 261:13,16
co-author 117:12
co-PI 49:7 51:11
creases 68:8,10 69:8,17
  69:20
creeping 168:10
criteria 78:18 165:14
  165:17 167:19
  170:14,19 171:11,20
  172:10 173:17,18
  174:24 175:20 176:6
  176:16 177:3,4,17,24
  179:20 188:1,13,19
  189:1 190:21 198:15
  204:11 205:8,17,20
  206:17 207:15,17,21
  208:21,23 209:6
  218:20 219:19 222:8
  223:20,21 228:3,4,17
  228:19 237:2,17
  239:12 300:7,18
critical 14:1 15:7 16:21
  criticizing 21:10
cross-examine 44:6
cross-sectional 87:18
  89:9,11,16,20,21
  90:3,6 91:8,17 99:18
  100:21 102:14,20
  103:20
CRP 92:24 99:20
  100:15 105:18
cry 201:20
current 25:2 26:8
  61:19,20 62:7 83:5
  106:11 222:15
  296:20
currently 15:20 107:5
  218:14
curriculum 3:19 44:10
  44:17,21

curve 58:19 59:10,16
  211:9 258:2,5,13
cut 166:1 259:15
cutoff 249:1,4 305:6
  306:7
CV 52:5
C-Reactive 3:21 4:3
  88:6,14 89:6 91:20
  91:23 92:13 99:16
  102:17 103:17 104:7
  104:16

_____

        D

D 3:2
damage 215:13
data 25:10 56:15 58:6
  58:11 73:11 74:4,23
  75:7,22 105:24
  121:15 141:6,7,10,11
  141:14 142:5,19,21
  147:18,21 148:1,9,10
  148:15 149:14,15,20
  149:21 150:8,10,14
  150:21,24 151:7,10
  153:9,10 154:22,22
  155:15 170:17
  175:10 176:24
  177:24 203:24
  204:17 205:19
  214:23 258:10
  265:14,20 286:16,19
  286:21 287:4,9,14
  313:19
date 1:15 36:10 74:4
  161:9 319:9 321:16
dated 5:14 11:12 33:15
  36:11 260:4,11,20
  275:20,21,22 276:8
  318:14
dates 279:23
Daubert 182:23
day 16:8,11 91:9 149:5
  220:19 239:16 279:1
  321:20
days 109:10 118:13
  277:21 319:16
DC 2:10
death 4:14,19 118:10
  135:22 136:7 143:7
  144:18,24
debate 108:22,23
decades 281:23
decide 109:10
decided 34:8
deciliter 93:1 299:12
  299:13 314:3,4,6,21
  314:24 315:4,6
decision 120:24
dedicated 61:2

deemed 116:14 319:19
defend 154:19 226:2
Defendant 2:11
defended 228:22
Defense 282:17
Defibrillators 4:14
define 9:16 71:24 165:2
166:15 255:2
defined 15:9 239:13,15
defining 98:6
definitely 212:11
definition 67:14,15
70:19 186:6 215:8
248:21
definitions 246:7,11,18
degree 7:15 206:19
245:24
degrees 37:17,24 38:23
Delaware 1:14,17
delay 147:9
demand 211:24
demonstrated 107:7
demonstrating 211:15
211:16
denying 243:18
dependent 263:24
depending 27:21
187:23
depends 97:9
DEPONENT 321:2
deposing 319:16
deposition 1:12 4:22
6:2 10:19 33:18
44:20 51:20 88:3
104:12 116:18 129:8
135:17 143:4 157:8,9
157:15,19 163:22
178:10 190:10 213:4
232:19 260:3 276:2
282:24 283:2 284:7
284:20 285:18
313:16 314:23
317:21 318:6,8,9
319:3,13,17,19
depositions 160:9,13
283:7,7 284:5,15
deps@golkow.com
1:23
derived 176:15
describe 31:12
DESCRIPTION 3:11
design 99:18 107:24
108:1 109:6,11,13,23
127:12,13 128:11
142:4 148:12 153:6
153:13,16 155:11
207:24 209:3,11
designed 146:15 148:6
152:18 154:4,7 155:2

designs 134:6,19 137:5
destroyed 210:23
detail 183:8
details 184:11
detect 107:17 127:19
128:5,8,23 131:8
140:21 141:20
146:15 147:1 156:16
determination 23:19
24:5 25:4,22 26:24
27:18 28:8,12,20
30:22 76:21 81:3
85:3 152:16 168:5
169:7 174:1,4 195:3
determine 80:8 127:17
166:7 174:15 196:14
196:22 197:24
268:20
determines 153:17
determining 64:24 79:1
164:21 172:21 307:9
develop 208:20
developed 310:21
developing 50:16 51:24
52:12 53:22
development 64:8
111:7 112:10,16
113:21 241:19
242:12 243:7,10
244:23 245:9,11
246:5 247:2 260:22
271:19 308:16
310:11,15 311:7
312:9
deviation 262:21 268:1
269:2,6
deviations 264:8
diabetes 5:5 34:16
36:18,22 37:5,11
43:7,12,16,23 44:8
44:14 45:8,18 46:1,9
46:13,22 47:1,8,10
47:14,20 48:5,6,13
48:20 49:14 50:7,7
50:16,17 51:9,13,14
51:16 52:1,12,17
53:9,22 54:6,10,22
55:4 56:6,13 57:1,3
58:2,16,23 59:3 64:2
64:9,11,20 65:1,8
73:17,20 74:2,22
75:10 76:24 77:14,22
79:23 80:2,9 81:5,9
81:15 106:20 178:12
178:20,23 182:19
221:1 246:5,18,23
247:2,5 248:8,16
249:6,14 251:4
255:18,21 264:21

265:4,16 271:20
299:20,23 300:2,12
300:14 305:7,11
306:4,6,8,11,15,18
306:20,24 307:5,8,10
307:19 308:6,11,13
308:17 309:2,8,10
310:5,8,10,12,15,21
311:7 312:1,9
diabetic 304:15
diagnose 56:13 300:11
305:11
diagnosed 249:13
310:12
diagnosing 305:7
diagnosis 51:12 56:5
56:24 58:22 59:3
68:9 299:22 300:1,14
306:15,20 307:8,19
diagnostic 304:15
306:8
dictate 281:18
Dictionary 231:4,8
diet 5:3 164:2,9 176:5
difference 70:4,8,24
72:9,11 75:2 123:9
124:23 127:19,23
128:3,6,9 139:11,14
139:16 140:7,22
141:13,16,18,20
145:4 146:13,16,19
148:1,5,7 150:20
151:5,12,22 152:6,8
152:12 154:5,8 155:6
155:7 156:16 262:11
263:9 267:19 288:23
301:2 304:3,22,23
314:7 315:8,13 317:2
different 32:4 34:23
41:17 76:6 79:5
96:17,23 103:7,9
131:17 135:14
137:23 138:20 153:5
155:22 157:24 160:1
161:11 172:22
181:14,22 185:20
192:21,22 201:18
204:16 205:13 218:6
225:7 270:8 287:1
309:22
differently 72:16
141:23 181:24
difficult 13:5 77:23
79:15 139:23 167:5
difficulty 279:20
digressing 95:6
Diplomate 1:16 318:13
direct 61:8 213:10
309:9 310:4 311:1

313:16 318:19
Direction 6:5
directly 63:21 64:17,19
65:4 316:8
director 60:3 260:12
disadvantage 288:14
disagree 15:5,11,21
16:5,17 17:21 22:2
22:24 124:21 189:11
189:13 192:11
193:20,22 208:12
236:1,4,7,9 237:6
238:3,4
disagreeing 46:24
disagreement 30:18
189:21 207:19
discrepant 194:9
195:13
discuss 109:22 145:23
165:16 307:15,17
discussing 64:14
229:12 234:4,5 246:8
discussion 66:24 68:16
82:24 92:15 100:8
105:2,10 117:16,24
144:9 167:6 250:2,8
266:6 309:11
disease 4:4 5:2,6,8
36:17,24 37:6,12
47:16,21 48:7,15
50:8,18 51:11 60:24
61:7 63:15,18,23,24
64:3,21 65:9 68:3,9
68:11,13 69:10,12,18
70:1 92:5,8 104:8,18
105:15 111:7,18,22
112:5,8,11,24 113:9
113:17 164:1,8 176:4
178:13,23 183:14
190:12 200:8 215:1
217:7 221:2 241:6
diseases 61:4 200:3
dismiss 192:4
disorder 214:4
distance 100:13 154:14
distinction 74:7,19
distribution 258:2,3,5
258:12 264:9 293:21
DISTRICT 1:1,2
diverge 97:16 98:3
99:12
divergence 98:14
divide 252:24
DIVISION 1:3
Divorce 95:3
Docket 1:7
doctor 281:3
document 135:14
159:16

documents 6:9 162:5
doing 61:9 68:21 108:9
180:4,5 198:24 209:8
225:24 244:22
288:14,14,19 316:17
319:8
dolly 88:22
dose 210:17,21 211:9
211:15,16 219:22
220:20 224:2,6
double 256:12
doubling 110:20
doubt 244:9,11,13
Dr 3:13 7:10 10:20
66:22 151:23 157:17
162:21,22 221:9,10
221:21 222:22
231:23 256:23
260:14 313:11,15
drafted 12:14
draw 193:15 227:12
drawing 22:22 195:15
drawn 195:1
drive 2:4 169:1
driving 74:17
dropped 187:10
dropping 137:2
drug 13:24 15:7 16:20
22:9 27:15 122:7,15
126:7 217:6 257:1
drugs 213:17 214:2
due 83:16 123:6 243:24
duly 7:3 318:5
DVDs 162:4,13 284:8
284:13
Dysfunction 4:16,21
135:24 136:8 143:9
D-A-U-B-E-R-T
182:24

**E**

E 3:2,9 320:1
earlier 106:14 309:11
314:22
earliest 277:12
earlobe 68:8,10 69:8,16
69:20
early 4:6 116:20 117:7
239:16 273:15,21
easily 107:24 298:8,11
East 2:4
easy 108:1 298:15
eat 308:22
edition 231:18,19,21,23
232:2,3 233:3,4
editorial 5:4 136:13
138:2 139:21 145:10
178:11
effect 13:24 15:6 16:20

22:10 27:16 28:8
122:7,15 123:10,10
123:17 124:24 125:8
125:13,17 126:6,13
126:20,21 127:4
128:2 140:16,17
174:20,21 202:1
203:21 204:1 211:12
214:15 216:15
220:20
**effective** 243:15
**effectiveness** 139:3,12
156:8
**effects** 217:3 244:14,16
245:1 261:1
**efficacious** 128:19
214:10
**efficacy** 128:21,23
132:20,20 133:24
134:1 214:3
**egg** 91:10
**eight** 49:20 145:24
175:21,22 176:5,16
177:17 186:18 187:5
187:16,20 190:21
217:19,24 223:23
224:11 228:4
**eighth** 215:24
**either** 57:14 72:8 115:9
162:3 187:15 188:7
189:3 226:21 281:8
287:3
**elasker@spriggs.com**
2:11
**electronic** 273:17
**electronically** 259:18
259:20 272:7 275:17
**electrophysiology**
60:21
**elevated** 92:24 99:20
**elevating** 27:11
**eliminates** 134:7,11,20
137:6
**else's** 238:1
**Emory** 37:21 55:23
**emphasis** 191:16,24
**encountered** 19:10
**ended** 113:17 162:2
**endpoint** 117:16 118:1
118:4 128:15,17
129:6 130:4 131:2,9
131:23 132:5,11,15
133:1,9,15,17
**ends** 185:20 243:8
264:1
**English** 1:13
**enroll** 152:11,15,17
153:7,15,18,21 154:4
155:3

**enrolled** 154:3
**entire** 149:6,7
**entirely** 10:8 19:6 21:2
90:19 123:2,2 208:17
**entitled** 3:20 4:1,5,12
4:17 5:1,4 12:18 88:4
88:13 104:5,13
116:19 117:6 125:21
135:18 136:5 143:5
158:18 163:23 164:7
178:11,20 262:1
**entity** 68:4
**Environment** 5:8
190:11
**envision** 209:21
**epidemiologic** 34:6
38:15 165:3 166:15
171:14 173:12
234:15,22 281:22
**epidemiological** 5:6
171:18 178:14,24
232:9 238:18
**epidemiologist** 25:10
37:11,16,20,24 38:13
48:2 71:10 172:16
229:17
**epidemiologists** 38:20
181:12 185:17
**epidemiology** 5:12
34:13 37:18,21 38:1
38:11,14,19,21 39:3
39:24 40:3,4,5,6,13
41:1,13 171:8 206:9
230:6,10,15 231:2,4
231:8 232:16,21
234:2 238:15,21,22
**epithelium** 215:14
**equal** 93:1 116:1
121:11 267:10
302:11 303:18,23
305:5 314:2
**equally** 205:15
**equate** 8:11
**Eric** 2:9 291:2 312:16
313:1 316:10
**errata** 319:6,9,12,15
321:12
**especially** 26:6 36:17
264:1
**ESQUIRE** 2:3,9
**essence** 90:17 191:12
209:16 244:4
**establish** 76:11 132:14
169:17 170:18 177:1
**established** 83:17
239:5,14 240:4,14
241:1 246:4,7,17
292:1

**establishes** 169:23,24
**establishing** 13:23 15:5
16:19 203:15
**estimate** 43:16 46:21
95:20 151:13 152:8
267:21 295:6 315:14
**estimating** 142:9
**et** 136:22
**evaluate** 23:18,22,23
29:10 32:13 81:7
84:20 141:1 171:19
207:14,17,20 209:5
**evaluated** 26:23 27:10
**evaluating** 24:24 27:6
27:17 28:7,9,17 29:3
30:23 31:21,24 51:12
140:19 164:20
174:14
**evaluation** 26:4 56:6
56:10,12 174:2 175:6
180:5 204:6 209:9
**event** 68:3 139:4 156:9
241:9 243:15
**events** 22:5 37:13
141:24 142:6,16
156:14,15 183:15,18
184:6 239:7 240:6,16
240:21 241:3,12,20
243:11,24 244:15,24
245:10 246:13
**eventually** 312:24
**everybody** 78:14 172:7
182:2
**everybody's** 51:20
**everything's** 268:13
**evidence** 8:6,9,9,15,16
8:23 9:7,9,14,19,22
10:1,7 12:19,22 13:8
13:10,12,18 14:2
15:3,8,10 16:22
18:13 19:2 20:19,21
21:9,22 22:7,22 23:4
23:5,7,13,14,17,22
24:7 25:1,11 26:5,24
27:18 28:7,10,18,22
30:23 31:3,15,21
32:1,12,14 76:10
77:9 78:6 83:13
84:14 85:9 86:12,23
87:2,3 106:15,23
107:1,1,2,5 140:19
171:9,19 172:13
174:3,14 175:7,19
180:6 181:13,17,24
182:3,6,8,9,11
184:18,18 185:6,18
191:10 194:2 197:18
197:21 201:23
202:10 204:7,19,24

205:7 206:22 207:21
212:8 215:13 216:5
217:6 234:22
**evident** 234:14,21
**exact** 33:1 46:20 161:4
206:5 208:2,3,5
218:9 252:6,7 316:16
**exactly** 32:23 55:21,24
69:3 71:6 73:8 87:21
94:23 99:9,10 121:23
146:2 182:6 189:4
194:6 270:13 273:12
**Examination** 7:6 89:24
313:8 315:19
**examine** 14:1 15:8
16:21 22:21 149:19
**examined** 7:4 89:11
**example** 23:15 65:7
66:8 68:5 110:14
116:9 128:18 194:17
200:2 212:12 214:14
215:11,15 216:6
242:2 248:24
**exceptions** 234:24
**Excerpt** 5:11 232:20
**exclude** 27:3
**exclusive** 147:20
**excuse** 239:8
**excused** 317:20
**exercise** 44:4
**exhibit** 10:11,19 11:3
12:4 21:8,22 22:19
33:15,18 36:8 43:10
44:15,20 45:16 47:11
60:12 61:19,19,21,22
61:23 62:4,8,14,15
73:1 83:5 88:3,12
104:4,12 116:18
117:5 122:22 127:6
135:17 136:4 142:24
143:4,21 156:5 157:8
157:15 158:4,24
159:6 160:4 163:22
164:6 176:3 178:10
178:18 190:7,10,18
213:4,9 217:14
232:15,19 234:1
239:19 260:3,10
275:18 276:2 284:24
286:8 298:23 301:9
**exist** 26:21 91:3 108:2
188:19
**existed** 107:18 139:16
**existence** 197:22
**exists** 75:24 106:17
148:16 240:23
**expect** 142:11 146:13
**expensive** 56:23 57:10
**experience** 31:19 38:12

38:21 182:2 199:2,15
**experiment** 215:23
216:13 220:1 221:5
222:12
**experimental** 216:4
**experiments** 26:3
**expert** 3:13,16 10:20
11:8 19:13 20:1
23:21 24:4 25:14,20
33:19 160:8,9,11,13
182:16 212:17,23
236:15
**expertise** 24:1,5,13,19
24:21,23 25:8,16,20
26:14,19 31:24 310:2
**experts** 21:10,11 160:9
183:20 184:4,14,15
184:20 185:4 282:5
282:11,17,18
**expires** 321:21
**explain** 140:7 244:14
**explaining** 150:10
**explains** 149:15,20
**explanation** 141:18
146:23 154:9
**explanations** 218:24
219:8,24 220:11
222:16 223:4 224:22
225:13 226:19 227:9
227:16 228:15
**expose** 84:13
**exposed** 96:11,11
**exposure** 83:12,24 84:9
85:3 94:1,18 95:1,12
95:17 96:14 128:6
146:9 199:19 207:11
209:4,16 240:21,22
289:14
**express** 274:12
**expression** 215:2
**Extended-Release**
260:24
**extent** 92:3 172:18,19
227:11 250:19
**extraordinarily** 148:22
**extreme** 98:10
**extremely** 80:15 207:1

---

**F**

**fact** 78:13 85:15 102:13
137:3 141:10,19
142:14 145:16
154:11,12,21 155:7
171:5 179:2 195:11
200:5 216:8 243:22
263:18
**factor** 36:23 47:15 48:6
48:14 50:8,17 51:10
64:2,21 65:7,8,17,20

65:22 66:5,6,9,12
67:6,24 68:12,22
69:2,17,21 70:5,15
71:8,14,24 72:1 87:6
113:9 114:7,21 179:7
179:21 239:5,15
240:4,15,19,19 246:4
246:8,17,22 249:6
308:11,13
**factored** 100:2
**factors** 36:16 48:19
49:13 50:6,16 51:17
51:15,24 52:11,16
53:9,22 54:5,10,21
55:3 56:12 57:22
58:1,15,23 65:5
69:24 70:2 111:18,20
111:22 113:8,18
120:23 142:13 309:2
311:2,19 312:4
**facts** 206:6 214:24
**fail** 203:19,23 319:18
**failure** 60:22
**fair** 8:20,24 13:15,20
18:24 24:24 26:1,2
28:6 29:15 31:7,23
35:9 36:24 47:17,22
50:18 54:3 64:23
78:10,15 79:10 90:10
91:11,24 99:12,14
101:7 112:1,2 127:14
127:20 128:24 132:1
199:14,16 202:18
204:10 214:12,13
217:2 243:1 256:4
277:11 312:10
**fairly** 142:5 22 245:22
**fall** 8:17 25:17 46:2
172:8
**falling** 267:22
**falls** 2:4 59:14
**far** 20:17 35:11,15
45:19 93:7,11 131:18
132:8 193:2 268:12
288:5,7,9 310:2
314:4
**fashion** 73:9
**fasting** 57:6,8,14,18
266:15 299:11,18,21
300:1,10,10,22
301:17 302:1,7,18
303:7,14,18 304:3,10
304:12 313:13 314:1
316:1
**fault** 155:1
**FDA** 5:15 258:15,19
260:5,15 261:6
273:10 286:17 288:8
288:12 301:10

313:12
**FDA's** 260:19
**feature** 211:23
**Federally** 1:15 318:12
**feel** 24:17 26:13 29:12
29:15 30:7 311:22
316:7
**feeling** 81:10
**fellowship** 61:7
**felt** 63:14
**fiction** 209:21
**field** 19:15 24:6 208:2
229:18 230:5 231:2
**fifth** 210:15
**figure** 106:5 146:2
160:2
**file** 56:2,15 162:11
**fill** 174:18
**final** 49:2
**find** 23:14 26:12 45:22
52:13 55:13 69:15
79:18 82:11,13 86:12
86:20 95:18 119:15
120:6,8 127:18 128:1
130:1 146:13,20,21
146:23 152:6,7,11
175:17 195:17,24
296:10 298:6 307:22
**finding** 92:21 128:2,2
159:1 299:4
**fine** 23:11 42:19 46:3
67:17
**finish** 39:19 147:6
154:16 180:24 207:3
**finished** 190:2 209:11
268:11 296:21
**finishes** 205:14
**firm** 119:13,14 278:23
**first** 21:23 26:16 36:14
65:13 73:21 83:9
91:13 93:8 100:7
101:14 105:9 106:10
136:20,20 164:15
191:5 199:10 200:10
203:6 211:3,5 213:15
228:9,24 260:18
270:17 273:18 274:6
275:20 276:7 277:12
277:22 278:8 296:9
299:20 310:20
**fit** 88:22
**fits** 175:7,12 180:6
215:16
**FitzGerald** 240:2
**five** 65:12 123:5 228:6
228:11,24 270:16
278:7
**flexible** 174:5 179:21
180:3,16,18,19

**Floor** 1:14
**FLORIDA** 1:2
**focus** 169:3 293:22
**folders** 135:15
**folks** 107:13 128:21
184:5 276:14
**follow** 71:19 96:21
**following** 42:21 71:1
163:4 234:13
**follows** 7:4 98:18
177:17
**follow-up** 147:10
**foods** 308:22
**foregoing** 318:16 321:6
**form** 15:24 19:19 20:8
29:5 31:9 32:6 36:5
38:4,6 41:21 42:5
45:10 48:9 50:21
71:17 76:14 95:15
96:6,19 97:5 100:24
101:9 102:12 120:5
121:2 122:9 123:19
124:2,4,5,15,16
125:2 126:2,8 131:12
132:7 133:3 148:19
149:17,24 150:12
166:9 180:9 184:23
185:24 189:16
194:12 195:5,20
197:1 198:3 205:4,9
208:9 211:1 216:17
217:1 219:11
224:18 236:18
242:18 247:12 254:1
254:9 256:10 257:15
258:21 265:1,23
273:17 295:18
297:13 304:18
309:13 310:17
311:10 321:10
**formal** 39:2,23 40:6
41:13 155:23
**formally** 71:10 72:12
**formed** 242:4
**forming** 158:13 243:10
**formula** 99:2
**formulated** 279:12,16
280:14
**formulation** 186:20
**forward** 91:1
**found** 105:16 194:7
**founded** 61:8
**four** 46:8 54:9,20 82:18
92:16 105:3,10
173:24 263:18 267:5
275:19
**fourth** 15:13 143:16
**four-and-a-half** 14:11
**fraction** 273:1

**frame** 188:11 218:15
**framework** 149:7
**free** 105:18
**Frequentists** 173:6,15
**frequently** 10:8
**friend** 39:8
**front** 121:15 129:15
157:16
**frozen** 56:2
**full** 136:20 158:14
161:8,10 163:13,15
226:14 258:12
**fully** 9:20 10:2 24:15
25:9
**full-time** 60:9
**furosemide** 36:3
**further** 229:4 277:18
309:3 315:17 317:17
**Furthermore** 136:21
**fussing** 167:24

_____

**G**

**G** 2:9
**gain** 248:7,13,14
250:12 251:4,9
252:11,12,18,23,23
253:6,10,22 254:15
255:13 256:7,14,18
256:24 257:9,18,19
257:22 258:5 263:3,8
264:14,16 265:11
289:19 290:14
293:11,15,16 294:18
295:20 296:12
**gained** 296:7
**gaining** 264:22
**gains** 253:14 256:21
**garbage** 29:1
**gather** 8:15 13:19
**gathered** 58:6
**gathering** 13:11 15:9
171:9
**gee** 28:23 249:18
271:24 273:3
**general** 29:18,20,22
93:3 131:1,3 133:22
150:2 172:3 181:16
210:6 289:8
**generalities** 29:19
**generally** 66:1 102:12
116:5 127:16 164:23
174:24 214:24
219:23 318:19
**generated** 50:14
**genesis** 259:5
**gentleman** 278:13
**Gerald** 5:14 260:5,12
**getting** 13:4,4 18:2
72:8 86:7 112:13

149:4,5 203:4 218:20
255:17
**give** 28:11 29:13 30:9
66:8 68:6 98:10
113:1 118:14,17,21
119:20 129:18
151:18 163:17 183:2
197:5 208:1 221:15
237:3 247:24 249:2
312:11 315:11
**given** 46:6 108:8 139:4
148:10 156:9 169:5
177:12 194:5 206:11
226:13 248:9 277:6
318:6 321:8
**gives** 106:3 215:11,15
**giving** 31:2 196:9 303:6
**glad** 45:14 65:21 68:20
77:5
**glance** 150:22
**glare** 154:13
**glucose** 56:18,24 57:1,6
57:15,19,19,20
132:17,24 133:6,13
134:1 266:14,15
299:11,18,21 300:1
300:10,11,22 301:17
302:1,7,18 303:7,15
303:18 304:3,11,12
313:13,22 314:1
316:8
**glycemic** 265:8 266:11
**Glycoprotein** 4:10
116:24 117:10
**glycosylation** 305:19
**go** 10:16 17:4 21:13
28:16 31:1 33:11
46:16,18 47:5 49:21
51:21 52:4 53:15,19
54:4 66:20 68:6
71:23 82:8,13 96:8
98:17,20 120:23
125:24 129:1 130:24
147:11 150:22
153:24 165:15
167:18 170:11,20
175:9,14 178:8 191:2
201:11 218:5 220:23
223:22 229:4 234:12
237:17,22 249:8
257:17 264:6 281:24
286:12 287:5 293:8
297:10 299:3 313:4
316:24
**goal** 59:1 148:17
**goes** 52:5 142:4,16
180:12,15
**going** 8:17 9:11 10:10
16:10 20:5 21:17

27:8 28:11 29:23
34:9 38:16 46:11
52:8 53:16 54:5 74:8
74:9 76:3 79:7 82:17
84:3 97:7 106:10
109:7 110:2,3 111:23
120:12 129:17 138:6
145:12 147:21
153:18 165:18
168:23 174:8,9 182:3
182:5 194:6 200:16
203:14 204:16
209:13 211:2 212:18
220:13 223:9,18
224:12 225:1,16
227:19,24 229:23
230:7 235:16,16
237:3 238:7 242:17
242:18 253:7 259:16
264:6 267:19 268:20
275:9,18 283:6 289:7
291:9 292:18,21
296:11 313:11
GOLKOW 1:22
good 7:10,11 29:15
36:5 59:17,18 60:5,7
67:11 72:17 77:5
86:20,23 102:6,11,12
106:2 135:8 141:17
148:2 167:9 193:4
198:24 199:2,3 212:6
220:15 225:21 282:3
306:23 308:20
gradient 210:16
graduate 281:3
greater 92:24 93:24
94:16 96:1,4,16
98:14 123:2 125:10
255:8 264:8 268:2
269:3,5 290:4 291:23
292:2,14 302:11
303:18,22 305:5
314:1
Greenland 5:13 230:2
230:11 232:17,22
234:3
ground 7:12 39:7
grounds 192:5
group 60:4 108:12
118:12,13 296:19
297:1 303:13
groups 38:16 40:4
Grutka 11:17 13:22
guess 23:11 61:15
63:13 80:5 161:6
163:1 168:16 313:3
guidelines 247:24
guy 60:11 229:20,21
242:22

G-R-U-T-K-A 11:17

H

H 3:9
habit 35:24 36:4
half 257:22
hand 44:16 141:7,7,10
142:6,19,21 147:18
147:21 150:22,24
153:10,11 154:22,23
172:14 179:1 214:21
286:10 291:14
handed 200:14
handle 120:8
hands 121:17 175:11
happen 226:15 271:14
284:24
happened 249:17
271:15
happening 93:24
214:16
happens 210:8 268:15
happy 35:16 82:12
hard 57:7 69:15 107:23
203:13,13,17 207:1
207:12 237:24
hard-and-fast 201:23
hat 48:3
HbA1c 305:17 306:1
head 29:2
health 59:22 60:17,23
80:17 89:23 308:20
Healthcare 62:10
healthy 3:22 88:7,15
93:2
hear 8:10 72:14 279:15
heard 18:11 182:22
183:1 230:2
hearing 223:3
heart 4:4 59:22 60:16
60:21,23 104:8,17
105:15 112:11
238:23 239:3
held 1:13
help 7:24 25:12 26:5
151:9 211:17 279:18
helpful 196:4 211:21
212:7,11
hemoglobin 305:18,19
306:24 307:13,14
hesitate 193:14
high 98:2,7 99:11 115:9
210:2
higher 97:14 308:23
highest 61:2
highlighting 135:10,13
highly 107:20 250:14
268:24
high-fat 5:3 164:1,9

176:5
Hill 2:5 78:18 165:16
170:13,19 171:1,10
171:20 172:10,22
173:17 174:16,24
175:15,20 176:6,11
177:3,12,13,24
179:23 181:13
184:19 185:5,19
186:12,23 187:22
188:1,5,7,12 189:1,5
189:12 190:17 191:3
192:16 193:3 198:14
199:6,10 205:8,17,19
206:6,16 207:15
208:21,23 209:6
210:20 211:20
214:20 215:22
218:12 219:9,17
223:21 228:2,8,16
229:22 233:9 234:9
234:23 237:10
Hill's 222:11
hire 281:2,6
hired 184:14,15
histopathological
215:12
history 215:1
hmm 235:17
hold 37:17 125:16
220:18
holding 286:9
HOLLINGSWORTH
2:8
home 125:24 313:4
honor 10:15 226:2
hope 35:10
host 200:3
hotel 278:9
hours 33:4 34:1 270:24
272:1
huge 188:14 265:4
human 25:10
hundreds 228:21
hung 72:9
hypertension 112:1,4,9
112:22 113:15 239:4
240:3,14,23 241:2,8
241:13,18 242:5,11
243:6,14,17 244:9
245:11,23 246:12
309:10,16,18
hypertension-causing
243:15
hypothesis 192:4
202:11 240:3
hypothesized 310:1
hypothetical 96:6
111:23,24 250:14

257:8
H-I-L-L 170:14

I

ICD 139:4,12 144:17
144:23 156:8
idea 23:20 57:8 64:15
169:22 171:8 256:19
256:20 259:4 280:9
identification 10:23
33:22 44:22 88:9
104:19 117:2 136:1
143:10 157:11 164:3
178:15 190:14 213:6
232:23 260:7 276:4
ignore 135:10 174:9
ignoring 174:11
II 160:7
IIb/IIIa 4:10 116:24
117:10
imagine 69:15
imaging 60:21
imperative 319:14
imperfect 181:4
Implantable 4:13
135:20 136:6
implies 237:23 265:15
imply 266:13
importance 299:5,15
important 7:12,20 22:8
28:24,24 39:7,8
63:10 80:16 173:21
187:8 220:18 221:8
223:24 224:9 228:7
228:12 300:21
314:11
impossible 8:21 193:14
imprecisely 258:8,10
inadequately 140:12
incidence 68:3 73:16
74:2,22 76:24 77:13
77:21 78:1 80:2,9
81:4,9 106:19 108:12
108:19,21 109:1,16
142:11 240:21
308:23
include 25:12,23 32:2
55:8,9 61:13,16,17
114:6,19 115:8
119:17,18 122:6,24
123:15 125:6,12,15
126:11,14 280:7
included 22:6 26:4
46:14 67:5 116:13
158:10 220:10
includes 36:3 56:11
109:24 115:1 116:3
119:2,9 120:1,17,19
121:11 122:14

124:22 126:5,22
264:10
including 34:1,5 47:14
54:11,13 61:3 223:24
314:19
incomplete 96:6
inconsistent 15:1
increase 65:23 68:2
70:16 72:2 81:15
97:2 102:16,17
108:11,20 110:20
111:2 183:13 247:1
251:22 252:15
255:17,21,23 256:2,5
269:15
increased 66:10 67:7
73:16 74:2,21 76:23
77:13,21,21 78:1
79:17,18,22 80:1
81:4,9 83:16 86:13
86:16,17,22 87:13
92:23 95:11,20,21
97:6 98:21 99:20
106:19 109:15
110:12,15 111:3
182:19 184:5 240:20
244:1 265:16 266:3
308:5
increases 72:6 80:8
183:17 243:23
244:12 245:4 247:4
248:8,16 271:18
increasing 47:20 92:22
244:15 246:24 247:4
248:4,15 249:7
251:19
independent 100:15
independently 37:6
101:24 228:22
index 6:2 59:16 161:23
246:17 255:3,9,16
262:3,10,16 263:8
266:23 267:6,16
269:14,16
indicate 77:7 307:3,6
indicates 83:15
indirect 64:22
indirectly 63:22
indisputable 202:9
individual 28:17 100:5
175:5 249:9 287:7,14
287:18,20,23
industrial 207:11
inevitably 8:17
infarction 118:11
242:3
inference 294:23 295:9
296:16 297:4,6,9,16
298:5,10

infinite 111:16
inflammation 91:24
  92:4
influence 18:23 20:13
  155:13 287:20
influenced 14:19 18:8
  18:13 19:4 20:4
influential 29:24
inform 26:5 250:20
information 22:8 25:23
  25:24 142:20 147:17
ingredient 35:8
Inhibitor 4:10 116:24
  117:10
initial 273:8 276:21
initially 199:21 273:2
instance 9:22 183:3
  299:10
INSTRUCTIONS
  319:1
integrate 10:2
integrating 9:21
intend 268:23,24
interest 36:16,22 37:2
  37:9
interested 150:23
  168:21 169:1 223:2
interesting 100:17
  235:17 267:24
intermediate 176:21
interpret 22:14 181:7
interpretation 199:22
  214:22
interpreting 25:20
interrupted 39:21
interval 114:5,12,19,23
  115:8,10,23 116:3,13
  118:23 119:10,21
  120:17 121:10 122:5
  122:14,24 123:1,15
  124:22 126:5,21
  141:13
intervals 114:2 115:14
inter-researcher 206:4
  208:24
intolerance 56:24
introductory 18:1
invasive 4:6 60:20
  116:20 117:7
invasive-strategy
  118:12
investigate 89:5
investigation 199:1
investigator 49:11
  54:24 136:16,16
  141:17 148:3
investigators 126:16
invoice 275:3 276:7
invoices 5:16 275:8,20

276:3,21,24 277:1
  286:10
involved 54:23 59:19
  87:11 92:4 271:13
  313:1
involving 51:15 251:3
  273:20
Ischemic 4:20 143:8
issue 24:8 30:4 121:5
  148:23 149:2,6
  271:17 277:4 288:18
issues 19:16,22 25:6
  114:13 273:20
  280:21
IV 160:16

_____

**J**

January 260:20
JERRY 2:3
Jersey 2:5
jkristal@weitzlux.com
  2:6
job 109:5
journal 136:15
judge 42:12,14,18
  217:3 225:22,23
  226:6 268:20 312:24
judgment 198:24 199:2
  199:3 205:2,10
July 271:15
jump 265:3,5
jumped 39:18
June 5:14 11:12 12:23
  13:40,22 14:6,8
  16:18 22:19 33:15
  240:11 258:16 260:4
  260:11

_____

**K**

keep 108:4
Ken 229:13,15,16
key 197:3 198:6
kilogram 248:2,13,13
  248:14 254:6,20
  290:4,4 293:15 295:7
kilograms 248:4
  249:12 252:16,19
  253:15 254:16,17,19
  290:8 291:19 293:12
kind 32:3 39:17 47:14
  72:24 79:11 92:11
  175:1 201:15 202:3
  206:10,13 207:13
  208:13,16 248:9
  301:5 310:4
kinds 140:6 235:13
  241:11 246:6
King 1:14
Kleinbaum 231:5,10

231:13,24
know 7:14,16 10:7 13:3
  23:21 25:15 31:15
  32:2 33:8 35:12,15
  37:7 43:24 55:21
  67:18 74:11 76:5
  82:16 93:8,11 101:18
  105:11 108:21,24
  113:8 114:1 121:23
  131:18 132:9,18
  138:17 150:7 151:6
  153:12 154:7,13,18
  154:19 155:10
  161:23 178:7 184:11
  187:4 200:1 203:24
  214:10 223:3 226:24
  227:21 229:13,15
  230:1 232:2 237:24
  245:2 249:18 251:12
  253:19 258:4,8,9,23
  259:24 261:12
  270:13 271:24 273:3
  278:8 281:19 283:13
  288:3 297:17,24
  298:2 307:18 309:4
  312:16 316:19
knowing 8:16 9:10
  25:13 214:15,16
knowledge 31:20
known 137:22 212:22
  214:24 215:17
Koch's 171:12,15
Koplan's 162:21,23
Kristal 2:3 3:6 7:8,11
  10:14 11:1,22 12:1
  13:2 16:3,4,7,13 17:1
  17:3,10 19:23 20:11
  29:11 31:6,13 32:9
  34:17 36:13 39:1,15
  39:20 40:7,11,15,19
  40:23 41:4,11,16,24
  42:1,9,20 43:4 45:2
  45:13,21 48:17 50:24
  52:6,22 53:3,5 62:1,3
  65:14,15 67:3 68:19
  71:18 72:19,23 76:20
  81:24 82:3,10 83:3
  88:11,20,23 95:22
  96:7,20 97:17 98:5
  101:3 102:4 104:3,21
  117:4 120:10,22
  121:9 122:12,20
  124:1,14,19 125:19
  126:3,18 127:10,11
  130:20,23 131:24
  132:12 133:10
  135:12 136:3 138:13
  143:14,20,24 144:12
  147:4,8 148:24

149:18 150:4,16
  152:13 153:2 156:2
  157:2,13 159:4,13,22
  160:15 162:12,24
  164:5 166:10 176:2
  178:17 180:13 181:1
  181:9 185:2 186:4
  189:17,23 190:6,16
  191:22 194:20 195:8
  196:12 197:15
  198:22 201:3 205:24
  208:10 211:4 213:8
  216:20 217:12
  219:14 221:13 222:4
  222:24 224:14,19
  226:17 227:6,14
  229:10 232:14 233:1
  233:15,18,24 236:21
  238:7,13 239:22,23
  244:20 247:19
  253:20 254:4,10
  256:11 257:24 259:2
  260:9 265:18 266:9
  268:7,12,18 269:10
  269:12,20,22 275:6
  275:11,14 276:6,20
  277:6,10 279:5
  280:11 282:16 283:5
  284:2,18 285:6
  291:10 293:24 294:2
  295:11,13,19 297:19
  298:17,22 305:3
  309:17 310:22
  311:15 312:11
  315:21 316:14,18,23
  317:14
Kupper 231:13,16
K-L-E-I-N-B-A-U-M
  231:11
K-O-C-H 171:15
K-U-P-P-E-R 231:16

_____

**L**

label 5:10 212:14,20
  213:5,10 214:9
labeling 212:16,17,19
  212:24
lack 128:7 141:18
  145:4 220:20 240:22
laid 169:8,10
Lake 2:4
large 22:3 53:17 85:17
  167:7 168:10 172:6
  248:10 256:21 264:1
  265:10 269:8
largely 205:22
larger 261:21
largest 256:24
Lasix 36:4

Lasker 2:9 3:6 11:20
  15:23 16:10 19:18
  20:7 29:4 31:5,8 32:5
  38:3 39:12 41:20
  42:4,16 45:9 48:8
  50:20 52:3,19,24
  61:22 65:11 71:16
  72:17 76:13 82:7,16
  88:18 95:14 96:5,18
  97:4,21 100:23 101:8
  103:21 120:5,21
  121:1 122:8,16
  123:18 124:8,16
  125:1 126:2,8 127:9
  130:17 131:11 132:6
  133:2 135:9,15
  138:11 143:18
  148:18 149:16,23
  150:11 151:23
  152:21 154:16 159:1
  159:9,20 160:11
  161:22 162:18 166:8
  175:24 180:8,23
  184:22 185:23
  189:15,22 190:1
  191:21 194:11 195:4
  195:19 196:24 198:2
  201:1 205:3 208:8
  210:24 216:16
  217:11 219:10
  221:10,21 222:22
  224:17 226:8,24
  227:11 229:9 233:12
  233:16 236:17
  239:21 244:5 247:11
  253:16,24 254:8
  256:9 257:14 258:20
  264:24 265:22 268:5
  268:10 271:2,12
  275:5,9,12 276:22
  277:9 278:13 279:3
  280:3 282:10,23
  284:1,4,12 291:6
  295:17 297:12
  304:17 309:12
  310:16 311:9 313:5
  313:10 315:16
  316:11,16,21 317:19
Last's 231:4,7
Latin 202:20
Laughren 260:14
law 1:13 278:22
lawyer 271:6
lawyers 270:10
LAWYER'S 322:1
lay 90:12,13 201:22
LDL 113:12,13
lead 136:16 205:18,20
leading 92:8 310:7

learning 289:10
leave 63:10 70:13
  115:12 181:15 246:1
lecture 206:11
lectured 40:3
led 33:7 40:4 176:21
left 4:15,20 10:17
  35:22 39:9 55:23
  135:23 136:8 143:8
  187:12,14 191:20,21
  193:8 220:7,9 291:14
left-hand 138:2 164:16
  179:9 291:18 302:6
legal 8:10 110:18
  182:15
legally 14:16
length 249:12
letter 5:14 83:18 87:14
  260:4,11,20 261:7,14
  261:16
let's 62:1 95:9 111:19
  146:12 151:11 159:5
  168:7,8 191:2 195:23
  204:20 219:5 221:7
  224:4 309:18
level 85:23 92:24 99:21
  128:23 263:17 287:9
  287:14 314:1
levels 87:14 91:19
  -102:18 132:24
  266:15 302:1,18
  304:4 305:24 316:1
LIABILITY 1:6
life 13:3 14:12 15:17
  17:12,22
lifestyle 311:3 312:2
light 198:12
lights 7:16
liked 229:7
likelihood 94:17 118:9
  126:12
limit 51:22
limitations 91:8 102:8
Limp 5:15 260:5,12
line 6:6,6,6,10,10,10,15
  6:15,15,21,21,21
  51:18 269:4 296:20
  320:3 322:2
link 310:5
linked 200:6
list 49:5,22 53:1 54:19
  133:8 139:1 140:5
  158:4,10,15,24 159:6
  160:4 161:8,10,13
  162:3,10 163:2,3,13
  163:15 170:20
  175:21 176:5 187:15
  187:19,20 199:6
  208:3 219:19 221:3,4

222:5,7 223:5,10
  225:11,15,18 234:8
  272:20 273:1 283:22
listed 104:22 161:20
  162:16 190:21
listen 46:10 209:2
listing 145:9 158:21
lists 163:10 191:5
  192:16 215:23 228:2
literal 8:23
literature 34:5,14
  69:23,23 120:9
  158:19,20 160:17
  183:6,9 188:14 199:4
  249:3 272:10,20,23
  273:7 281:22 287:5
  301:4,7 307:15
litigation 1:6 3:15,18
  10:22 11:8 14:17,19
  15:18 18:7,12 19:3
  19:11,14,17,21 20:5
  26:9 33:21 48:21
  61:14 62:8 63:7,12
  63:19 64:6 129:9
  130:11,15 183:12,21
  270:12
little 24:22 27:24 30:2
  38:9 59:8 70:9 97:8
  103:14 105:6 106:1
  129:2 131:14,17
  134:9 155:21 172:1
  212:15 254:18,21
  265:14 272:14 290:9
  290:9 315:12
live 37:3 210:13
living 259:22
LLP 1:13
locking 56:14
logical 30:12
long 16:8,12 32:20
  35:24 63:4 78:12
  108:5 114:4 250:6
  265:12 271:22
  278:24 313:6
longer 141:8
long-standing 36:16
  38:12
look 8:22 9:9,19 11:2
  15:2 20:19 22:16
  23:3 44:8 49:21 53:6
  56:21 59:14 61:18
  62:5,8 66:22 73:1
  76:7,8 78:7 79:6,13
  81:11,11,16,22 82:13
  83:4 91:17 93:13,14
  93:21 105:1,24 106:2

106:23,23,24 117:22
  122:2,21 133:20
  137:24 140:18
  141:10,12,14 142:6
  142:14,20 143:15,23
  144:13 147:15,21
  148:9 150:15 155:5
  156:21 164:15
  175:10,19 181:12,13
  182:11 187:18 192:2
  196:15,17,18 197:16
  197:20 198:7 199:5
  199:19 204:11 205:6
  218:21 225:9,10
  234:1 237:22 239:19
  252:5 259:19 261:20
  262:19 263:10
  266:18 267:19
  272:12 286:7 289:11
  291:13 298:23
  303:12 311:1 314:15
looked 26:16 43:21
  57:21,23 58:8,8,12
  58:18,20 59:7,9
  87:12 131:7 132:3,17
  132:21,24 133:5,12
  133:13 139:21
  161:19 162:8 163:19
  186:20 205:1 206:4
  218:1,2 222:11
  259:17 261:16
  273:16 283:4 284:11
  285:16
looking 8:15 13:6 23:7
  25:10 30:24 37:5,11
  56:17 58:7 64:6 78:6
  78:23 88:1 90:23
  91:1,2 92:5,10 95:17
  137:21 147:17
  149:13 167:17 171:1
  174:15 176:3 182:8
  185:17 193:6,11
  206:21 220:14
  224:12 264:2 289:13
  293:20 315:22
looks 181:17 198:15
  234:10 258:13
  262:10,15 287:9,10
loosely 155:18,20
looser 141:5
lose 264:13,15 288:19
losing 264:10
loss 259:23
lost 61:23 293:19
lot 10:1 21:18 26:17,18
  30:8 54:5 60:8 71:3
  154:18 168:24
  207:19 261:17 269:2
  274:1,7 285:15

lots 69:24 227:1 264:10
  285:9,10
low 97:12 115:9 139:4
  156:9
lower 118:11 119:5
  164:16 191:20,21
lowest 316:2
Lucky 79:1
lunch 144:16 147:5,10
  157:3,14
luncheon 157:5
lung 78:9,20,24 79:3,10
  200:7
LUXENBERG 2:3
L-A-S-T-S 231:7
L-A-U-G-H-R-E-N
  260:14
L-I-M-P 260:12
_____

                M
main 54:17 232:6
major 50:1 51:8 70:2
majority 273:4
making 20:17 23:18
  25:3 26:23 27:8
  28:19 29:19 76:21
  203:17 307:8
manner 179:21 180:3
  180:18
Maria 278:20
Marie 1:15 318:12
mark 10:10 33:14
  44:11 104:4 160:1
  164:6 178:18 190:7
  232:14 275:14,18
marked 6:20 10:23
  33:21 36:8 44:15,22
  88:8 104:18 117:1
  135:24 143:10
  157:11,15 164:2
  178:15 190:13 213:6
  232:22 260:6,10
  276:3
marker 91:24
markers 4:2 103:16
  104:6,15
market 35:3
marking 88:12 117:5
  143:18 213:9
Marlboros 78:23
mass 246:16,16 255:1,3
  255:9,16 262:3,9,16
  263:7 266:23,24
  267:6,13,16 269:14
  269:16
massively 255:12
Mastriano 278:20
match 137:17
material 261:17 285:15

materials 157:20 158:1
  158:12,15 160:6,20
  160:22 161:8,10
  163:14,15 183:5
  208:3,4 212:13 272:3
  272:5 273:24 274:2,7
  276:14 280:24 281:4
  281:8,12 284:23
math 254:17
mathematics 98:19
matter 37:4 76:24
  78:22 85:21 151:18
  162:8 181:7 198:23
  204:22 217:14
  268:19
matters 80:7
maximum 257:9
McCarter 1:13
MD 1:12 3:5,17 4:23
  7:2 33:20 38:19,20
  157:10 318:8 321:16
MDL 1:7
mean 10:7 12:21,24
  14:21 15:2 17:19,22
  37:3,8 41:2,14 45:12
  47:9,22 64:19 65:6
  65:20,24 66:5 71:5
  72:7 93:23 95:11,19
  96:9 98:8 108:18
  110:20 111:2,8
  112:15 115:3,6
  122:11 125:9,11
  127:2 132:19 141:4
  146:3 156:4,10,12
  161:3,24 163:1,18,19
  165:19 173:5,18
  180:3,11,19 187:7
  189:7 194:4 195:17
  195:22 196:21
  197:23 198:5 200:7
  203:20 204:9 208:19
  211:11 218:14 227:4
  235:6,7,9 239:11
  240:13 247:21 250:5
  250:16 252:1 253:10
  253:18 257:21
  262:21 264:8 265:4
  266:10 268:2 269:3,5
  273:10,11 284:9
  293:14 299:11
  300:21 306:5 316:17
meaning 8:24 14:23
  239:18
meaningful 108:4
  110:2,3 198:16 205:9
means 67:6 94:11
  96:10 145:18 199:17
  202:16 252:22
  282:13 318:18

meant 13:7,11 14:5,7
  15:1 41:9,18 101:6
  101:11 108:24
  109:15 163:6 170:10
  199:18,21,23 204:5
  239:17 240:17
  241:24 286:11
measure 110:5 133:14
  133:14 246:21
  305:19,20,21,22
  306:19,22
measured 105:17
measurement 300:13
  302:2 304:7 305:1,4
  305:12 306:3
measurements 300:16
  302:8
measures 317:8
mechanism 26:6
  102:23 212:8,9,21
  213:12,15,21,23
  214:1,11,17
median 257:21
medical 240:7
medication 245:4
  250:23,24
medications 250:21
medicine 80:17 176:13
  192:7
meet 271:1,8
meeting 270:18,22
  271:10,22 273:22,24
  274:2,3,4,7,17,21
  275:1 277:20,22
  278:1
meetings 278:4,14,21
mellitus 36:18
member 238:14,17,20
  238:24
memorialize 274:17
memorized 261:18
memory 87:22 279:21
mention 46:21 47:1,3,6
  158:9
mentioned 35:21 58:15
  85:16 114:22 161:17
  163:10 278:14 311:8
mentions 159:7
Merck 183:20 184:3,20
merely 192:5
met 174:9 270:9 271:2
  271:5 276:14
metabolic 258:11 259:9
  261:1
meta-analyses 9:24
meta-analysis 196:3
  197:11,12 198:11
  286:17,19 287:2,3,10
  287:13,18 288:1

289:1,1,6
method 30:9 172:22
methodology 182:16
  183:22 184:7
methods 29:21 131:19
  131:20 133:20
  172:20
mg/dl 313:18
middle 1:2 36:15
  117:23 118:1,5 138:9
militates 211:9
milligrams 93:1 299:11
  299:12 300:22,23
  314:2,3,5,21,24
  315:3,6
mind 31:15 74:20
  94:22 109:5 237:24
  238:1
minimized 107:15
minimum 106:15
minute 95:7 176:23
  200:9 263:10 312:19
minutes 65:12 312:12
mischaracterization
  189:8
missed 51:17 131:19
  233:19 312:14
missing 222:12 223:14
  277:1
misstated 36:9
mistake 67:21
misunderstanding 56:8
misunderstood 185:16
Mitchell 1:15 318:12
mitigated 243:16
mix 309:19
Modern 5:11 230:9
  232:15,20 234:2
modest 251:22 252:2
  252:15 255:22 256:1
  256:4,6
modify 66:16
modifying 76:17
moment 91:3 112:2
month 277:23 279:9
  280:12
months 14:11 49:19,20
  118:17,20 145:3,14
  277:21
morbidly 255:12
Morgenstern 231:14
morning 7:10,11 55:20
  64:15 65:18 270:23
mortality 145:1,3,5,14
  145:19
mouth 35:7
move 40:7 43:3 82:15
  89:16 130:21 268:7
  269:10,20 293:9,24

295:11 317:14
multiple 317:8
multivariant 58:21
muster 167:10,20
  168:14 204:7
mutually 147:20
myocardial 118:10
  242:2
M.D 3:14 10:21

----

N

N 1:14 3:2 295:22,24
name 11:15 35:3 230:3
  278:18 281:24 282:1
named 271:6
names 36:2
National 89:23
natural 172:11,11,12
  214:24
nature 78:3,5 149:8
  200:18
nausea 165:19
nearly 25:13 165:14
  166:5,19 167:2 170:3
necessarily 44:1 66:3
  72:7 85:15 121:13
  210:23 282:12
  289:10 299:5
necessary 209:23 319:4
need 7:13,17 15:19
  22:6 56:20 67:19
  68:4 72:3 76:7 81:16
  81:22 85:13 106:16
  111:13,16 124:1
  127:18 138:7,11,16
  142:10 152:17
  153:11 154:6 155:9
  160:1 166:2 167:16
  167:19 199:19
  200:13,15 205:6
  236:15 238:8 276:20
  293:14
needs 24:1 196:15
  291:6
negative 196:11,16,21
  197:6,23 198:7,12,21
Neither 57:16
never 19:10 107:6
  249:23 250:24
  259:19 281:23 282:1
  285:11
nevertheless 192:2
new 2:5 57:15 68:3
  234:19
NHANES 89:19,20,22
nice 84:22
nine 186:21 187:5
  201:17,18 202:8
  203:7 206:22 217:21

217:24 218:1,3,5,6,7
  218:22 219:3 222:10
  223:10,11,23 224:11
  225:1 228:2,3 234:8
  234:12
ninth 216:21
non 202:12,16 203:10
nonfatal 118:10
nonplaintiff 282:18
nonplaintiffs 282:5,10
nonpublished 273:7
nonresponse 268:17
nonresponsive 40:8
  268:8,13,23 269:21
normal 255:10 258:2,3
  267:7
nos 13:5
Notary 1:16 318:13
  321:23
note 102:13 281:13
  314:11
noted 319:11 321:11
notes 274:16 281:7,10
  281:18 312:13 322:1
notice 1:13 4:22 157:9
  157:16,19 165:15
noting 264:5
notion 94:21 95:1
  149:7
novel 4:2 104:6,14
November 1:9 275:24
  318:14
number 7:13 21:4
  38:19 44:12 53:17
  94:9 109:3,5,18,18
  110:8,9,13 115:1
  119:20 122:14
  123:16 124:22 142:6
  142:7,15,15 144:5
  153:20 154:3 156:22
  156:22 157:24
  174:18,19,21 177:4,7
  186:22 187:8 209:14
  214:19 215:22
  218:21 223:5 249:11
  249:11 253:1 266:19
  292:9 293:23 294:4
  295:8,23,24 296:1,18
  300:4 301:8 304:7
  305:8,10,13,14,15,16
  306:7,8,11 313:17
numbered 261:22
numbers 61:24 111:24
  115:17 118:14,18
  204:13 255:5,6 269:9
  294:22 296:5,15
  297:3,6,11 298:12
  305:2 306:21 307:3
  315:12 316:5,12,15

316:15 317:4
numeral 159:7 160:7
  160:16
Nutrition 89:24
NW 2:9
N-H-A-N-E-S 90:2

----

O

obese 255:3,11,12,16
  267:10,23 269:4
obesity 65:7 113:8
  246:3,21 251:5 311:3
  312:1
obeyed 201:24
object 120:5 124:2,5,15
  124:16 126:2,8
  217:11 226:8 265:22
  277:8
objecting 124:4
objection 15:23 19:18
  20:7 29:4 31:5,8 32:5
  38:3,6 41:20 42:4
  45:9 48:8 50:20
  71:16 76:13 95:14
  96:5,18 97:4,21
  100:23 101:8 120:21
  121:1,2 122:8 123:19
  124:6 125:1 131:11
  132:6 133:2 148:18
  149:16,23 150:11
  166:8 180:8 184:22
  185:23 189:15
  194:11 195:4,19
  196:24 198:2 205:3
  208:8 210:24 216:16
  219:10 224:17 229:9
  236:17 244:5 247:11
  253:16,24 254:8
  256:9 257:14 258:20
  264:24 295:17
  297:12 304:17
  309:12 310:16 311:9
objections 38:4
observation 93:12
observational 34:6
  56:9 73:11 74:23
  75:7,22 83:14 84:16
  84:21 85:5 86:6,12
  90:4,7 99:17 134:5
  134:19 137:4,16
  140:8 194:9 204:17
observed 66:2 123:9
  124:23 192:5,21
  216:6
observer 78:19
obverse 192:3 193:6,12
obvious 12:3
obviously 257:20
  279:17

**Occasionally** 216:3
**occasions** 192:7 193:13
**occluded** 242:5
**occur** 251:22
**occurred** 67:1 68:17
  72:21 83:1 102:16
  144:10 157:6 233:22
  238:11 266:7 298:20
**occurrence** 65:23
  66:10 67:7 68:2
  239:6 240:5,15
**October** 33:16 36:11
  275:22,22 279:4,6
**odds** 92:23 93:15,16,21
  94:3 96:13,17,24
  97:2,8,13,15,19 98:2
  98:14,22,24 99:15,20
  114:24 116:2 118:21
  119:21 123:24
**offer** 57:4 289:7
**offered** 234:23
**office** 230:18 236:2
  271:9 278:6
**offices** 1:13 278:5
**Officially** 79:7
**Oh** 179:15 193:7
  203:22 233:15
  249:18 273:3
**okay** 7:15 8:4 9:8 10:10
  13:16,21 17:3 20:12
  20:24 21:7 22:1 23:9
  24:2,17 26:20 27:23
  32:15 33:2;24 34:18
  35:5,11,16 37:15
  39:2 44:3 47:17 48:3
  48:23 52:19 53:13
  54:11 56:4 62:18
  64:4,24 65:6,14,21
  66:14 71:4 82:10
  91:16 92:14 95:5
  96:13 105:8 107:19
  112:3 117:21 118:4
  119:24 121:24
  129:19 138:18 144:7
  144:7,22 146:4 158:8
  159:3,17 160:14
  161:6,15 165:21
  173:16 185:3 194:21
  200:24 207:8 226:17
  227:15 228:1 229:13
  243:22 245:13
  246:15 256:22
  261:24 293:11
  296:22 298:17
  300:20 316:22
**old** 69:24 218:10
  220:14 224:13 232:7
  259:20
**once** 128:1 135:5 141:7

142:5,18 150:21
154:21 193:5,11
212:9
**ones** 29:12,14 43:23
  46:1 199:14 219:3,20
  220:17 221:8 223:24
  224:9,9 231:3 232:12
**one's** 23:24 24:13 25:7
  25:16 71:5 204:15
**one-word** 293:2
**online** 297:11
**open** 35:5
**opening** 36:8
**operational** 168:18
  169:14
**operationally** 169:2
  251:21 252:4
**opinion** 26:8 106:12,13
  107:14 112:8 113:20
  164:22 183:10
  243:22 246:3 257:8
  274:10,12 280:17
  308:4,8,11 310:7
  311:5
**opinions** 29:24 73:8
  125:22-158:13
  279:12,17 280:14
**opportunity** 290:24
  318:9
**opposed** 50:7,17 69:21
  111:6
**opposite** 125:9,11
**options** 52:7
**oral** 1:12 57:19
**order** 106:17 200:14
  293:15
**organization** 238:21
**organize** 34:10
**origin** 228:16
**original** 148:6 151:8
  152:1 155:4,10
  177:18,19 178:8
  185:15 319:15
**originally** 142:23
  148:13 151:17 155:1
  179:22 186:24
  271:11
**ORLANDO** 1:3
**outcome** 14:1 15:7
  16:21 28:1,4 65:24
  66:10 67:8 68:24
  69:2 70:6,17 72:2,6
  83:12,24 84:10 85:4
  94:17 95:2,13,17
  96:15 126:7 128:7
  146:8,9,12 189:11
  199:20 209:5,17
**outcomes** 29:22 60:4
  239:2

**outlined** 179:22
**outside** 19:10 24:13,19
  24:20,23 26:14,18
  100:11
**overall** 26:4 78:1
  293:21 294:13
  314:15
**overlap** 60:8
**overlaps** 69:5
**overly** 200:17
**overstated** 174:6
**overstating** 20:17
**overweight** 255:11
  267:8
**oxidative** 4:2 103:16
  104:6,15 105:17
**oxygen** 105:18

_____

**P**

**p** 83:17,18
**page** 3:11 6:6,6,6,10,10
  6:10,15,15,15,21,21
  6:21 11:3,11,19
  12:17 22:18 36:9
  61:18 62:6,9,13,14
  62:16,17 73:2 83:4
  92:15,15 93:14 105:2
  105:2,10 106:14
  117:17,22 122:3,21
  122:23 127:6 129:20
  136:20 138:1 143:16
  144:5 158:3,7,17,20
  158:23 159:14 160:4
  160:10,17 179:8
  191:15,20 193:5
  201:15 213:11
  217:14 221:2 234:11
  239:20,21 261:21
  266:19 286:8,13
  298:24 299:1 301:13
  320:3 322:2
**pages** 92:16 105:3,11
  160:19 233:9 281:12
  321:6
**pair** 305:1
**paper** 47:1,10 49:2
  50:1 52:1 54:12,17
  55:2 89:3,18 93:10
  95:4 99:15 100:18
  103:15,22,24 104:2,5
  117:19 145:23
  190:22 194:14
  214:20 217:18
  220:14,24,24 221:19
  222:18 223:7 224:5
  225:9 226:20,20
  227:10 237:13
  259:21
**papers** 43:6,11,16,22

45:7,17,23 46:9,12
46:15,19 47:18 48:24
49:5,12,23 50:4,13
50:13 51:22,23,23
52:9 53:7,7,20 54:9
54:15 102:6,11
**paragraph** 22:20 36:14
  62:6,9 63:4 73:2,10
  77:8,16 106:14 117:23
  118:1,6 136:21 138:3
  138:5,10 140:1
  144:14,20 164:19,19
  165:2,16 200:10
  211:6 215:12 234:19
  239:24 299:3
**parallel** 209:21
**parameters** 259:10
  261:1
**Park** 2:4
**parse** 70:11 165:23
**part** 9:20 17:8,15,17
  23:17 26:24 27:20,22
  38:8 51:16 63:10
  77:8,16 127:21
  140:24 153:17,23
  154:1 175:13 183:4
  197:7 215:11 219:8
  219:16 233:7 237:1,7
  237:16 244:18 270:1
  270:2,2,4 282:21
  283:3 288:2 307:12
  308:1
**particular** 24:4 110:8
  111:11,19 112:7
  127:18,19 137:22
  140:20 187:11
  199:20
**particularly** 138:1
**pass** 167:9,20 168:13
  204:7
**Patch** 137:23 138:20
  139:3,10,20 140:8,11
  143:17 144:3,7
  145:11 156:7
**path** 241:16 310:19
  311:1,21
**pathway** 241:8 242:7
  242:11,19 244:10
  309:24 311:18
**pathways** 311:8 312:4
  312:7
**patient** 61:1 250:2,10
  251:8 253:4 256:22
  287:9,14 300:8 305:9
**patients** 4:8,15,19
  29:22 37:4 57:18
  73:14,17 77:11,14
  80:19 116:22 117:8
  135:22 136:7 141:24

142:7,10 143:8
152:11,15,16 153:7
153:15,17,20 155:3
156:13,14,22 250:6
250:20 253:8 293:19
306:18,23 307:5
308:6,18 313:17,21
313:24 314:7,9,12,15
314:20,23 315:1,2,9
315:10
**pause** 50:9
**peer** 43:6,11 44:9 45:7
  45:17,24 49:4
**peer-reviewed** 54:20
**pending** 200:23
**people** 19:1 21:4 24:21
  55:17 57:8,13 85:24
  91:18 99:6 101:24
  108:5 109:19,24
  115:13,15 119:16
  120:8 128:20 129:4
  154:3 155:1,17
  167:11 168:12,14,18
  168:19 178:7 181:18
  181:21,23 182:8,11
  183:21 184:1,2
  188:11 189:11,13
  205:22 206:10
  207:16,22 208:1,5
  209:8 252:22,23
  253:1,8,12 256:7,17
  257:19 262:11 263:4
  263:5 264:10,12,13
  264:15,16,22 265:15
  267:15 283:8 289:19
  289:21,23 290:2,12
  292:10 294:4,16
  295:2,6,15,23,24
  296:7 302:2,3,23
  303:1,13,21 304:9,11
  310:1 315:23,24
**percent** 60:1 72:13
  93:23 94:16 95:24
  96:1,4,12,16 97:1,19
  98:11,13 110:21
  111:1,2,3,4 113:22
  114:1,5,10,11,18
  115:13,23 123:5,15
  124:21 126:5 141:12
  145:13,20 146:12,16
  146:19 151:12,22
  152:6,7,12 155:6,7
  155:13 161:1,2,4,5
  162:15 263:17 273:1
  273:5 290:2,12
  292:10,15 293:13,19
  294:7,18 295:2,5
  296:4,19,24 303:17
  303:22

percentage 98:21
perfect 14:15 163:17
  166:3,4,5,18,19
  167:1,2 168:1,4,9
  169:12,13,16,17,22
  170:3,4 219:19
  247:23
perfectly 9:16 279:23
period 121:19 228:8
  250:6 251:23 255:23
  265:12
peripursuant 278:6
person 58:1,2,5,6
  111:11,19 112:10
  180:4,22 182:12
  198:24 224:16
  229:24 230:8 254:24
persons 192:21
Perspective 5:7 178:14
  178:24
pertinent 17:8
Pfizer 183:11
ph 1:22
pharmaceutical 207:11
pharmaceuticals 172:5
Pharmacology 213:12
  213:19
pharmacy 35:7
philosophical 150:3,5
philosophy 150:6 -
phone 271:16 272:11
phrase 12:22 13:1 25:2
  41:19 53:11 66:19
  85:8 215:18
physician 20:1 30:6
  32:17,18 120:16
  174:13 306:9
physicians 36:5 181:11
  185:17
physics 210:3,4,5,9
physiologic 309:21
  311:1
pick 139:15 145:20
  148:6 150:19 151:4
  151:21 154:7 197:4
picked 35:6 139:14
picking 196:7
piece 286:9,22 31:2,14
  31:21 175:6 265:20
pieces 28:17 32:4
place 27:4 110:18,22
  168:9 172:12 257:6
  278:2 299:20
placebo 73:19 78:5
  79:6,14 80:3,9,11
  81:5,12,14 82:21
  106:20 108:5 262:12
  263:5 267:2,15
  269:17 289:21 294:5

296:19 297:1 302:4
  303:2,22 304:14
  314:9,13 315:10
placebo-controlled
  107:12 262:4 289:16
  301:22
placed 157:16
placement 139:4,12
  156:9
places 192:22
plaintiff 11:16 183:24
plaintiffs 2:6 160:8
  182:16 185:4 283:4
plaque 241:9,14 242:4
  242:17 243:9
plasma 57:6,18
plateau 251:24
plausibility 211:19
  212:10 213:22
  215:20 219:23
  220:22 224:3,8
plausible 211:23
play 27:20
please 7:21 28:14 68:7
  74:14 124:18 195:7
  319:3,8
plug 297:11 298:11
plus 205:19
point 7:17,18 52:17
  80:16 89:17 90:22
  95:19 151:13 152:8
  154:11,12,21 167:21
  168:1,14 169:14
  177:23 194:18,21
  198:17 203:17
  205:21 206:19
  215:16 220:16
  223:14 232:7 239:15
  248:6 252:13 267:21
  272:2 273:9,23
  274:10,13 291:1
  293:16 295:6 305:6
  305:21 314:18
  315:13
points 205:13 248:12
polite 200:17
pool 288:16
pooled 286:19,22 287:4
  287:4,8 288:24
poor 307:4,6
poorly 30:1,11
population 55:16 58:8
  58:16 90:9 91:4 93:4
  149:9 151:2 153:12
  154:24 157:1 296:2
portion 64:22 268:8
portions 40:8
position 251:14
positive 105:16 109:20

196:7,15,17,19 198:8
  198:9,20 269:7
possibilities 138:21
  139:17 140:6,9 147:3
possibility 108:17
  138:24 139:1 140:20
  145:10 147:23 156:6
possible 15:10 36:2
  54:7 80:4 86:8
  102:15 146:23
  151:19 152:4 194:15
  211:14 216:3 309:24
postdated 162:22
postulates 171:12,16
Post-Its 281:8
potential 34:15 250:12
potentially 245:12,19
  264:21
pound 290:14 294:18
pounds 253:6 254:18
  254:19,22 290:9,10
  292:2,3,14 294:9,17
  295:4,21,21 296:7,8
  296:13
power 109:24 122:1
  127:13 128:8,12
  129:4,23 130:3 131:1
  131:4,16,21 132:3,10
  133:15,23 139:2
  141:4,6,8 142:8,16
  145:12 146:19,24
  147:16 150:22 151:8
  153:22 155:4,15,17
  155:19,22 156:4,7
powered 107:17 109:23
  128:22 131:8,15,17
  133:22 139:15
  140:12,21 141:19
  142:3,4,22 145:2,13
  146:7 147:24 150:19
  151:4,17,21 152:5
practice 165:13 182:1
precede 209:17
precise 135:3 256:3
precisely 91:14 228:5
  246:14 258:7
prediabetic 313:22
prefer 76:15 252:13
  309:15
pregnancy 57:3 217:7
prepare 87:21
prepared 11:7 162:9
  168:15 257:5 288:21
  289:6 307:14
preparing 44:6
prescribe 250:15
  251:16
prescribed 249:21,23
  250:17,24

prescribing 250:9
  251:11,15
presence 13:23 15:5
  16:19 83:15
present 83:12 84:14
  86:1 92:21
press 49:13 52:10
pressure 3:21 87:12
  88:6,14 89:6 92:7,12
  92:22 93:16 99:15,19
  100:14 102:16 244:2
  244:12,16 245:1,5,24
pressures 91:18
presume 14:5
pretend 212:16
pretty 55:16 139:19
  203:13,13,17 220:15
prevalence 308:5,24
prevent 4:14 135:22
  136:7 216:8
prevention 61:4
preventive 216:7,14
primarily 36:22 130:20
primary 37:9 61:3
  92:20 117:16,24
  118:4 128:15,17
  129:5 130:4 131:2,9
  131:22 132:11,14
  133:1,3,8,15 140:4
principle 134:12
  137:18 207:2 208:15
  208:20 209:11
print 49:24 231:23
  232:2
prior 4:18 143:6
  310:11
probabilistic 210:10
probabilities 173:4,7,9
probability 123:5
  127:24 128:1 173:1
probably 7:19 33:3
  35:1 39:8 100:6,16
  109:9 135:4 155:18
  161:19 200:17 201:8
  218:8 261:15 270:14
  271:24 272:14 273:4
  273:13,15 279:9
  285:9,13 300:18
problem 24:12 53:2
  57:7 91:11 94:20
  121:14 142:18 255:6
  256:13 280:20 317:9
procedure 42:21
proceed 39:22
process 28:16 31:1,12
  42:11 155:24 181:5
  205:14
Production 6:9
PRODUCTS 1:5

professional 238:21
professor 37:20 38:10
  38:14 40:2
program 260:22
progressing 306:10
prolonged 248:19
promise 165:18
prompted 271:10
proper 184:7 243:16
properly 205:17
prophylaxis 144:17,23
propose 46:12
propounded 321:9
prospective 57:17 91:1
prospectively 57:12
protection 179:12
protein 3:21,4 87:15
  88:6,15 89:6 91:20
  91:23 92:13 99:16
  102:17 103:17 104:7
  104:16
prove 179:12
proved 254:6
proven 75:15 311:13
  311:17
provide 73:12 74:4,24
  75:8 77:9 158:14
  161:8 163:2,6,13,18
  163:19 227:24
  -290:17 291:1,4,9
  292:18
provided 157:23 161:9
  163:3,14 272:3,4,8
  275:7,19,23 276:21
  283:11,14,15 284:6
  284:13,22 288:11
  313:20
providing 137:12
psychiatrist 250:17,18
  250:23 251:14,16
  257:6
public 1:16 80:17
  318:13 321:23
publication 50:2
  176:10,21 177:11
  190:8
publications 54:20
published 43:6,11
  45:16 49:1,3 51:22
  52:10 53:21 87:11
  158:19,20 160:17
  272:20
pull 108:2,6 279:18
pulse 3:21 87:12 88:5
  88:14 89:6 91:18
  92:7,12,22 99:15,19
  100:14 102:18
purely 169:15,20
purported 27:15

**purposes** 7:19 34:21
**pursuant** 1:12 157:19
**put** 12:13,16 28:18
  31:4,11 35:7 58:17
  71:5 106:24 111:23
  141:22 202:15
  204:20 218:14
  235:12 251:13
  255:15 257:5
**putting** 29:8 191:16,24
  204:23 250:24
**p-value** 114:2 115:15
  115:24 121:11
  127:24 128:4 167:9
  262:22 269:8 303:6,9
  303:10
**p-values** 85:18 317:9
**P.C** 2:3
**p.m** 317:22

_____

        **Q**

**QTP** 291:15
**qua** 202:12,16 203:10
**qualifications** 169:8
**qualified** 208:2
**qualify** 27:24
**qualifying** 64:18
**quality** 30:9 61:2 239:2
**quantum** 210:4,5,8
**question** 6:20 7:23 9:4
  15:15 16:2,11 17:2
  17:11,20 18:17,21,23
  21:19 28:13 39:11,13
  40:15,17,19,21,23
  41:4,5,11,16,18,23
  42:3,7,12,14,18 43:2
  60:5 63:9 71:22
  74:13,14,18 76:6
  77:4,19 81:13,20,24
  82:3,6,12,20 84:6
  122:19 123:14
  124:13,18 129:21,22
  130:13,18 134:14,21
  138:7,15 146:6
  147:11 148:4 149:10
  150:3 152:23,24
  153:6 161:7 170:24
  181:15 185:10,14,15
  194:10 200:15,21,23
  201:13 203:16 207:5
  207:7 211:7,8 212:19
  219:6 221:12,22,24
  222:6,20 224:20
  225:6 226:7,10,15,18
  227:24 236:14 241:5
  241:22,23 252:9
  268:3 269:19,24
  270:8,8 285:18,23
  286:1,5 291:5,5,7,12

292:22,24 295:1
  316:8
**questioning** 296:21
  312:21
**questions** 18:3 82:19
  83:10,21 92:20
  144:15 186:10
  221:15,16 226:4,5
  227:1,2 233:17 291:3
  312:15,22 313:2
  315:17 316:9,10,13
  317:18 321:8
**quetiapine** 34:15,19
  35:2,4,8,13,17 64:8
  64:10 73:12,14,20
  74:1,20,24 75:7,10
  76:23 77:1,11,20
  79:21 80:1,8 81:3,8
  81:15 106:19 107:12
  128:18 131:6 132:2,9
  182:18 252:12,14,18
  253:11,13,23 255:14
  255:15,20,22 256:16
  256:20 257:2,11,12
  257:12 258:6 259:10
  262:12 263:4,7 267:2
  267:15,22 269:17
  271:18 273:19
  289:20,24 290:3,13
  291:15 293:13
  294:16 295:15 296:9
  296:15 302:3,23
  303:13 304:10 314:8
  314:12 315:9
**quite** 8:11 22:15 31:12
  58:17 69:1 75:18
  79:5,10,12 135:7
  193:4 218:2 220:4
  244:17 293:17
  311:23
**quote** 43:9
**Q-U-E-T-I-A-P-I-N-E**
  34:20

_____

        **R**

**R** 320:1,1
**rabbi** 282:2
**radical** 105:18
**raised** 175:16
**raises** 175:20
**ran** 283:16 300:9
**randomization** 134:3,6
  134:11,13,16,20
  137:4,5,14,17
**randomized** 27:12 34:7
  56:3,7,14 57:14
  83:13,23 84:10,15,23
  85:6,19 107:11
  128:12 131:6 132:2

134:4,18 136:22
  204:16
**range** 49:20 290:14
**rapid** 56:22,23 57:5
**rare** 28:1,3
**rate** 139:5 156:9
**ratio** 93:15,16,22 94:4
  96:13,17,24 97:2,9
  97:13,15,19 98:2,14
  98:22,24 99:5 114:24
  116:2 118:21 119:22
  123:24
**reached** 174:19,21
**react** 21:6 236:11,13
  236:16
**reacted** 21:3
**reaction** 19:5 21:9
  236:20,22
**reactive** 87:14
**read** 17:7 21:13,22
  22:1 24:21 26:22
  27:3 28:21 35:21
  44:7 46:18 63:4 67:4
  73:6,21 74:9,11 82:8
  83:9,19 84:3 92:19
  94:13 105:4 106:13
  117:18 125:24
  129:12,17 133:6,20
  138:4,7,12,16 139:20
  139:24 144:14
  145:24 165:24 166:2
  166:14 168:19
  176:19 177:20,22
  192:13 200:10,13,16
  201:12 208:4 211:3
  211:20 213:2,15
  223:22 235:15,16
  236:2 237:17 249:4
  261:13,15 273:23
  274:1,7,24 276:13
  281:4,5,11 282:20
  283:3,9,18,20 285:3
  285:8,10,13 310:1
  311:20 318:9 319:3
  321:5
**reader** 177:16
**reading** 33:6 34:5 37:7
  116:11 131:18 236:6
  266:1 273:19 274:24
  281:22
**ready** 192:3 217:5
**real** 37:3 69:5 108:7
  109:21 166:4,19
  167:2 168:2,3 170:3
  185:10 189:7 209:23
  210:1
**realistic** 84:24
**realistically** 81:10
**really** 7:22 8:11,13

17:24 23:1,6 24:22
  28:15,23 38:7 49:22
  53:3 67:13 94:4 99:3
  101:15 102:15
  107:21 108:9 109:5
  125:17 142:20 149:4
  150:23 155:15
  167:13,20,20 169:3
  173:11 199:24
  208:19 241:21
  244:10 248:7 258:9
  258:12 268:19 277:8
  282:20 288:17
  304:19 317:8,10
**realm** 24:13 86:8
  108:17 169:20 171:7
**Realtime** 1:16 318:12
**reason** 35:19 61:12,15
  63:13 72:15 152:14
  309:3 319:5
**reasonable** 33:1 79:5
  79:13 80:24 90:20
  109:11 181:11,18
  184:10 185:8,9,21
  186:2 207:22 235:20
  235:21,23 236:24
  237:4,9 241:7 244:18
  254:14 265:17
  272:16
**reasonably** 184:13
**reasons** 26:17
**recall** 53:8 212:19
**receipt** 319:17
**received** 158:16
**receiving** 73:18 77:15
**recess** 72:21 157:5
  233:22 238:11
  298:20
**recollection** 102:23
  277:17 281:17
**recommended** 305:16
**reconvene** 42:13
**record** 7:9 17:8 34:19
  66:24 68:16 82:24
  123:22 144:9 266:6
  284:19 314:19 318:6
**recurring** 171:23
**reduced** 144:18,24
  145:1
**reduction** 145:3,13,19
  146:8
**Redwelds** 259:14
**refamiliarize** 117:19
**refer** 69:16,20 170:12
  231:1,3 232:10,12
  254:12
**reference** 49:22 176:9
  177:8,10,11 231:5
  260:19

**references** 158:10
**referencing** 233:9
**referred** 161:21 232:6
  247:7
**referring** 160:21 170:8
  313:13
**reflected** 100:7 158:2
**refresh** 105:5
**refusing** 42:2,7
**regard** 37:2
**regarding** 73:12 74:23
  75:7 106:11
**Registered** 1:16 318:13
**regular** 232:10,13
**regulation** 132:18
**regulatory** 167:10
  260:13
**relate** 49:13 50:15
  51:24 52:11,12,16
  53:9,21,24 54:1
  128:14 253:22
**related** 5:2 34:11 51:9
  51:10 54:21 103:10
  159:8 160:5 164:1,8
  241:9 259:8 273:19
  283:23 296:15
  299:19
**relates** 44:13 47:20
  48:19 52:2 54:22
  63:11 242:12
**relating** 49:6 50:4 55:3
**relationship** 22:9 59:12
  89:5,12 92:12 165:13
  198:1
**relative** 93:22 94:2
  95:10,18 96:3 97:12
  97:15 98:3,15 99:5
  109:2 110:6,16
  111:13,16 112:3,6,24
  113:13,14,15,24
  114:24 116:2 123:1
  127:19,23
**relatively** 298:7,11,15
**relativity** 210:6,12
**relevant** 23:16 25:3
  63:16 80:15 141:9
  210:13
**reliable** 307:18
**relied** 158:13 160:23
**rely** 24:1
**remain** 228:7
**remark** 18:1
**remarkable** 224:14,16
**Remarkably** 263:13
**remember** 19:5 21:3
  52:20 87:19 89:14
  103:24 139:22 146:1
  176:22 186:22 210:2
  212:24 240:18

249:20 250:7 273:14
274:11,14 280:8,10
281:23 282:1 293:14
**remembering** 277:4
**remind** 87:23
**remove** 257:7
**Renaissance** 1:13
**repeat** 74:9,14 305:11
**repeated** 300:13,15
317:2
**repeatedly** 192:20
**repetition** 193:13
**replicability** 220:20
**replicated** 100:17
101:23 123:10
**replication** 220:13
**report** 3:13,16 10:20
11:6 12:3,10,23 13:7
13:22 20:3 21:7
22:19 27:12 28:3
32:21 33:5,14,19
34:11 36:10 43:10
45:16 47:11 60:12
61:13,19,20 62:5,7
63:6 73:1 76:7,8 83:5
106:11 121:6 122:22
126:1 157:22 158:2,7
158:11,16,18 159:14
161:9,11,17 162:21
162:23 163:3,9,12
217:13 218:22
222:15 223:6,11,20
223:23 224:23
227:17 239:20 251:3
252:5 253:10 254:12
272:21 279:1,9,10,13
279:17 280:13,17
282:6,9,20 285:1
298:24 307:13 308:1
**reported** 288:8
**reporter** 1:16,16 10:12
17:7 82:8 318:13,13
318:20
**reports** 21:5 26:20
27:14 62:24 159:8
160:8,12 282:4
288:11
**represent** 122:7,15
123:16 124:24 126:6
126:19,20 160:20
280:4
**representative** 93:3
**representing** 2:6,11
148:16 270:10 280:1
**represents** 90:8 123:9
151:7
**reproduction** 318:18
**reputation** 226:2
**request** 6:9 258:19

261:5
**requested** 258:24
260:21 318:7
**require** 8:8
**required** 173:19 199:3
202:12 203:3,7,19
**requirement** 202:17
**requirements** 203:22
**requires** 8:5 13:17
**reread** 46:14
**research** 34:3 37:2,5
38:15 40:4 48:13,18
49:5 50:5 60:4
**researched** 271:17
**researcher** 48:1
**researchers** 22:21
206:21
**reservations** 234:24
**resolve** 277:18 280:20
**respect** 27:15 50:6 80:2
81:17 91:4 106:20
112:4 117:23 195:12
246:12 251:9 263:6
264:20 270:11 306:3
306:6 313:17
**respected** 229:18,21,23
230:5
**response** 210:18,21
211:9,16,17 219:22
221:24 224:2,6 261:5
**responsibilities** 63:5
**responsible** 60:14
**responsive** 268:24
**result** 123:3 241:13
251:20
**resulting** 241:10
**results** 57:24 58:13
59:2 65:22 66:9,15
66:17 67:7,11,17
105:22 123:6 145:17
146:10,11,14 149:12
252:18 287:10 289:4
**retained** 20:1 183:20
184:4,15,15,20
236:15
**retrospective** 90:23
**retrospectively** 57:12
**return** 319:15
**Revascularization** 4:12
135:19 136:5
**reveal** 139:3 156:8
**review** 8:5,8 13:18
34:12,13 49:4 183:4
183:8 197:12 272:23
280:24 307:16
**reviewed** 43:6,11 44:9
45:8,17,24 75:16
76:10 158:12,15

160:22 162:1 183:5,7
184:17 212:13 251:8
258:15,23,24 259:3
273:8 283:23
**reviewing** 54:19 156:19
191:11
**reviews** 197:13
**Rhee** 55:10
**right** 8:2 10:16 11:4,13
11:17 19:16 21:23
35:21,23 39:9 47:2
61:20 62:9,11 63:1
64:12 72:8 75:18,20
77:16 79:20 80:12
81:18 83:19 86:19
87:15,18 89:7,10
91:21 92:9 93:10
95:8 99:22 102:8,18
103:4,5,8,20 104:23
105:4,22 106:6,22
111:7 112:21 118:3
118:14,24 119:22
121:18,20 126:1
129:1 131:13 135:3
136:17 137:24
140:17,23 142:2,11
142:17 145:14,21
146:14,21 147:1,12
148:17 151:15
152:18 153:8,22
154:8 156:20 159:17
160:18 162:18
164:23 168:7 170:8
170:14,21,22 171:2
172:17,23 173:2
174:4,22 175:8,16,22
176:9,12,17 177:5,8
177:13,17 179:8
180:16 181:1,21
182:2 183:6 185:11
185:13,22 186:3,5,6
186:7,12 187:2 188:9
189:1,24 190:24
191:6,11 192:17,23
193:9 195:3 196:16
196:23 197:16,19
198:1 199:1,24 200:3
200:8 203:3 204:9,14
206:15,23 208:4,7,14
209:1,24 210:23
211:12 212:14
213:20 215:14 216:1
217:21 218:3 219:3,9
220:8 221:3,6 222:18
228:13 234:6,9
240:11 242:8 243:12
244:3 247:16 248:10
248:24 251:5 253:2,6
253:15 254:11 256:2

258:2,19 259:12
261:19 262:17
263:17 264:12,14,23
270:5 283:24 286:23
287:15,24 288:9
289:16,21 290:15,16
290:23 291:15,23
292:4,16 294:10,19
294:20 295:4,16,22
297:7,11 298:1,7,12
299:8 301:18 302:9
302:15,18,23 303:2,7
303:19,24 304:16
316:3
**right-hand** 136:19
**rise** 96:12
**rises** 59:13
**risk** 4:19 34:15 36:16
36:23 37:12 46:13,19
47:15,21 48:6,14,19
49:13 50:6,8,15,17
51:10,13,15,24 52:11
52:16 53:9,21 54:5,9
54:21 55:3 56:11
57:22 58:1,15,23
64:2,21 65:5,7,8,16
65:20,22 66:4,6,9,12
67:6,24 68:12,22
69:1,17,20,24 70:2,5
70:14 71:8,14,24,24
77:21 79:17,18,22
81:1,15 83:16 84:20
86:13,17,17,22 87:3
87:5 93:22 94:3
95:10,11,18,20 96:1
96:3,4,12,15,16 97:2
97:7,10,11,12,14,15
98:2,3,7,10,11,12,15
98:21,23 99:5,11
109:2 110:6,12,15,16
110:20,21,21 111:3,4
111:10,13,16,17,20
111:21 112:3,6,24
113:7,9,13,14,16,18
114:24 116:2 123:1
143:7 179:6,21
182:19 183:13,17
184:6 239:5,15 240:4
240:14,18 243:23
246:4,7,17,21,22
247:1,4 248:4,8,16
249:6 251:18 255:17
255:21 264:20
265:16 266:4 271:19
308:11,13 309:1
311:2,19 312:4
**risks** 113:24 250:2,21
**ROC** 58:19 59:10,16
**Roman** 159:7 160:7,16

**room** 259:22
**rose** 40:2
**Rothman** 5:12 229:14
229:15,16 230:10
232:16,21 234:2
**rounding** 121:14
**Royal** 176:12
**rubella** 217:4
**rule** 39:7 289:8
**rules** 7:13 201:23
**run** 198:14 205:7
287:21 297:5,8,15
**running** 38:15
**runs** 229:1
**rupture** 242:3,17
**rupturing** 243:9
**rush** 105:12
**R-H-E-E** 55:12

_____

**S**

**S** 1:12 3:5,9,13,16 4:22
7:2 10:21 33:20
157:10 318:8 321:16
**Sabbath** 10:16
**saddled** 234:23
**safety** 129:24 132:5,15
132:21
**Sander** 230:1
**satisfaction** 75:15 76:2
76:12 107:7 254:6
**satisfied** 172:7,10
**satisfies** 174:3
**satisfy** 78:18 173:24
**satisfying** 110:10
**Saturday** 10:15 35:18
55:19 225:22
**Saving** 135:15
**saw** 135:9 217:18
282:19 285:11
**saying** 13:4 14:24
18:10,19 19:12,24
20:6,10,20 21:1 23:1
24:3 25:19 30:20
40:10,12 42:24 48:4
52:15 64:13,19 66:21
68:14,22 74:1,3,20
75:5,11,12,13,14,17
75:18 83:22 85:11
86:20,21 91:12 95:23
107:4 110:1,14 113:1
114:8,13 120:1,19
125:14 126:4 132:23
139:9,13 145:9 146:2
147:19,22 148:2
163:9 166:2,11
167:15,22 168:2
171:17 172:1 174:12
177:20 183:21
184:16 187:4,21

189:10,18,20 195:13
195:14 196:13
202:21 203:9 211:13
212:20 214:8 216:19
219:15 236:8,10
242:2 248:6 250:19
256:6 259:6 261:11
261:12 284:20 287:8
287:13 288:22 289:9
296:14 309:6,6
**says** 73:10 89:10 100:8
105:11 110:24
121:20 158:20 191:8
191:14 203:8 210:20
210:21 217:1 254:12
260:19 262:20
263:22 276:8 277:15
277:16 290:6 291:15
291:16,18 292:4
295:22 300:18 303:9
**scale** 29:2,7,8 31:16
32:14 71:12
**scattered** 259:22
**scenario** 116:8
**schizophrenia** 73:14
77:11 107:13 108:5
128:20 214:4 308:7
308:10,19 309:7,7
310:4,6,13,14,20
311:24 312:8
**schizophrenic** 308:15
311:6
**school** 210:2 259:21
**science** 8:12 19:9
209:21
**scientific** 73:13 74:5,24
75:8 77:10 240:8
**scientist** 174:14
**scientists** 181:11
185:16 229:19
**scope** 23:24
**score** 174:17 175:1
**scroll** 17:4
**se** 63:15 206:14 241:13
**search** 226:11
**second** 7:18,18 9:4
11:21 66:20 100:9
101:17 122:2 124:13
138:1 165:1 176:9
192:19 233:2 235:3
237:16 264:7 277:20
283:15 305:8
**secondarily** 132:22
**secondary** 61:3
**section** 12:18 21:21
44:9 59:21 60:15,17
61:1,5 83:6 127:7
144:1 158:18 191:15
193:9 201:16 213:11

217:15 232:15
252:11
**sections** 34:10,12
**sedentary** 308:21 311:2
312:2
**see** 8:18 9:12 14:3,4
22:2 24:2 25:18
26:17,18 36:19 43:8
43:13 56:21 57:4,9
59:1 62:19,21 73:7
82:13 83:7,8 85:9
89:13 92:6,10,17
93:5 100:17 104:9
105:19 106:16,22
107:2,5 119:6 123:12
129:10 130:5,7,9
133:7 136:9,11,24
137:1,7,8 138:22,23
139:6,7 140:1 141:11
141:15 145:6 149:14
151:6 156:23 166:1
166:21 167:17,19
170:4 178:8 179:13
179:15,24 180:5
187:19 191:2 192:9
192:10 193:7,16
195:9 196:1 199:7,19
202:13 205:8 206:7
208:6 209:7 214:6,7
215:5,6 216:9,23
217:16 218:24
219:20 221:7 223:13
223:19 224:4 233:11
237:23 249:9 260:16
261:2 262:6 264:3
265:7 267:18 268:14
270:14,15 287:19,22
288:10,10,10 289:8
291:14,20 299:16
303:15
**seeks** 8:14
**seen** 69:19 232:4 250:5
253:22 255:20,22
**selected** 158:10
**selection** 51:23 134:7
134:11,20 137:6
**semi-experimental**
216:5
**sense** 24:9,11 30:12
71:22 165:3 166:16
171:18
**sensitivity** 59:7,11,13
**sent** 272:13 273:2,6,13
273:14,15
**sentence** 14:3,4,9 15:17
21:23 22:14,21 62:19
62:23,24 83:10 100:7
100:9 105:10 106:11
135:3,5 136:24

144:14,21 154:20
165:1,24 170:2,5
192:19 202:24
213:15 260:18
**separate** 44:11 114:12
163:2 170:13
**separately** 44:11
158:14
**September** 275:21
276:8,9,10 277:13
280:5,6,7
**series** 26:21 27:5,14
28:3 179:20 309:1
**serious** 78:19 186:9
189:7
**seriously** 204:18
214:23
**Seroquel** 1:5 3:17 5:10
24:18 33:21 34:21
35:1,2,6 212:13,21
213:5,10,16 214:2,10
224:22 226:3 227:17
249:22,24 250:3,8,10
250:13,15,16 251:3,4
251:5,11,15,17,18,20
252:11 260:22,23
270:11 314:8
**set** 275:15
**setting** 167:21 171:14
**settings** 9:17
**seven** 145:24 186:14,17
187:5,16,19 217:20
217:23 221:3,4,18
222:5,7,8 223:7
225:10
**Severe** 4:15 135:23
136:8
**shakes** 208:7
**shape** 258:4
**shaped** 258:1
**sheet** 174:17 175:1
319:7,9,12,15 321:12
**shifted** 315:5
**shifts** 301:21 313:14
**shocked** 54:1 210:8
**shoes** 251:1
**short** 8:17 251:23
**show** 36:7 75:22 87:24
103:22,24 104:1
129:12 139:11 145:2
145:13 146:8,10
194:22 196:8 198:13
206:19 254:14 287:6
**showed** 108:11
**showing** 110:11
**shown** 76:1 79:17
107:10 166:18 167:1
170:2 240:24 252:14
282:4,8

**shows** 198:11 263:2
266:22 304:8
**shul** 35:22 281:24
**side** 85:1 182:10
**sides** 181:15
**sign** 318:9 319:8
**signature** 11:4,12
**signed** 163:12 279:2
280:13 282:9
**significance** 22:4 85:24
115:21 154:10
227:13 240:6 263:22
263:24 264:4 297:22
303:5 305:24 306:2
306:12,14,17
**significant** 66:1 93:18
107:16 115:2,5,11
116:4,7,15 119:9
120:2,4,18,20 123:4
125:7 141:16 145:4
145:18 146:11,14
148:5 151:14,20
152:10 154:6 155:8
155:14 165:12 245:8
247:8,10 255:7 263:9
263:14,16,21 267:12
267:21 269:15
296:10 297:23 298:3
298:4,14 299:4,14
301:1 304:3,6,14,22
304:24 314:7,14,17
315:8,15,24 317:3,5
317:7,13,16
**significantly** 69:9
118:11 119:5 244:2
253:14,18 304:9
**signing** 319:10
**SIGT** 49:6,9,23 50:1,14
51:12 52:2,13 53:6
53:14,20 54:8,11,13
54:14,24 55:15,18
56:19
**similar** 57:2 79:11
115:15 217:6 309:10
**Similarly** 118:6,9
**simple** 42:11 222:20
242:22
**simplification** 90:16
242:21 243:3
**simply** 195:10
**sine** 202:12,16 203:10
**single** 86:6 228:19
**sir** 8:3 21:24 36:12
43:14 45:20 61:11
73:3,5 83:20 85:10
92:18 93:6 103:6,18
104:10,24 105:8,13
105:20 118:15,19,22
119:1,3,23 123:13

144:19 170:15
176:11 179:10,15,18
180:1 186:13 189:4
192:18 201:6 202:14
203:1 207:3 209:10
209:18 210:19 215:9
216:10,24 217:10
223:18 234:7,16,20
239:8 240:1,12 242:9
242:14 246:6,9,14,20
248:1 1 251:6 258:17
259:13 260:17 261:3
261:9 262:7,14,18,23
264:19 266:19 267:4
269:18 270:1 286:24
289:12,17,22 290:7
290:11 291:17,24
292:5,8,11 294:6,11
299:1,2,6,9,17
301:11,13,15,19,23
302:5,13,16,20,24
303:3,11,16,20 304:1
308:9,12
**sit** 14:10 15:20 22:12
53:8,20 109:9,22
228:13 230:18
247:15 307:24 308:2
**sitting** 33:8 54:19
235:18 236:2,6
**situation** 7:16 27:21
30:6,13,16 79:21
85:16 115:7 140:11
140:15 174:2 309:21
**situations** 84:20 86:9
86:10 120:14,15
173:23
**six** 49:19 118:17,20
289:24 290:3,15
292:6,12 293:12
296:8
**sixth** 211:18
**size** 85:22
**skip** 165:20
**slight** 192:6
**slighter** 217:5
**small** 22:3 27:20,22
83:17 85:18 263:13
265:5 266:13 267:20
294:22 295:8 296:1,5
296:16 297:3 304:23
316:5 317:1
**smaller** 156:16 261:22
**smoke** 200:6
**smokers** 215:14
**smoking** 78:9,11,17,20
79:2,9 112:1,6,9,23
113:16 200:2 308:24
311:4 312:2
**snapshot** 90:9,15

societal 249:11
Society 176:12 238:18
sole 111:5
solely 200:6
soliloquy 226:9
somebody 64:20 112:7
    113:16 188:20 222:3
    253:22 255:14
    257:10 286:2 306:10
someone's 246:24
    251:19
someplace 134:9
somewhat 91:10 141:5
    186:21
sorry 33:16 39:4 50:9
    52:4 61:23 62:14
    106:13 113:23
    144:19 158:19
    179:14 181:2 189:23
    200:20 209:10
    213:18 220:24
    233:20 234:16 279:6
    286:9
sort 29:2 70:2,14 85:21
    101:21 102:2 110:10
    110:17 115:16 150:2
    167:4 168:18,20
    171:22 172:7,8
    205:12,14 206:9
    249:10 251:21
    283:16 312:5
sound 226:12 227:3
sounded 134:22 204:4
sounds 24:9,11
source 177:16,18,20
sources 177:23
space 169:15 319:6
speak 27:10 216:15
speaking 124:6
speaks 24:8
special 110:17,22
specializes 32:17,19
specialty 31:20 47:23
specific 207:3,10
    208:17 209:4
specifically 132:17
    133:21
specificity 59:8,11,14
    187:11,14 199:7,9,17
    201:2 220:2,11
speculate 102:22
speculation 107:22
speculative 107:21
    108:7
speech 176:11 177:11
    187:1 190:8 192:16
    221:15 222:12 223:3
spell 55:11
spend 52:8 149:4

spending 35:18
spent 46:10 212:15
spits 298:13
spot 202:16
spread 248:10
SPRIGGS 2:8
stability 305:20,22
stacks 81:17
stand 266:2
standard 262:21 264:7
    268:1 269:1,6
standards 234:14,22
    237:11
standing 36:1
start 39:14 55:19 62:9
    67:16 159:5 233:13
    273:18 278:24
    280:16 314:20
started 34:4 197:17
    271:11 278:9 279:8
    279:11,13 303:13
starting 118:6 152:24
    158:17 315:3
starts 22:20 160:17
state 1:16 195:6 213:1
    237:23 238:1 319:5
statement 15:22 22:12
    67:5 79:16 100:19
    105:21 134:22
    137:10,12 142:1
    212:4,5 236:24 237:2
    237:5,7,9 238:5,5,6
    277:7
STATES 1:1
stating 215:21
statistic 267:24
statistical 22:4 85:23
    92:11 115:20 127:7
    148:4 154:10 173:14
    263:21,23 264:4
    287:17,22 294:23
    295:9 297:5,8,15,21
    298:10 303:5 314:6
statistically 58:9 59:15
    66:1 69:8 93:17
    107:16 115:2,5,11
    116:4,7,14 120:2,3
    120:18,20 123:4
    125:7 141:15 145:18
    146:10 151:14,20
    152:9 154:6 155:8,14
    165:11 240:20 263:9
    263:15,20 267:12,20
    269:15 297:23 298:3
    298:4,13 299:4,13
    304:2,5,9,14,21,24
    314:14,17 315:7,14
    315:23 317:3,5,7,12
    317:16

statistics 121:16 173:15
status 27:12 265:8
    266:11
steering 239:1
stick 35:1 76:3,16,18
    79:7 99:6 111:19
    125:18,20 252:13
Stipulations 6:14
stone 281:20
stop 45:3
stopping 45:15
stops 216:14
story 203:23 209:2
    210:12
straight 62:2
strange 226:12
Strategies 4:7 116:21
    117:8
Street 1:14 2:9
strength 85:22 168:11
    191:6,16,17 192:1
    204:8,19,20 220:19
    220:19 224:1,6
    263:22
stress 4:2 103:16 104:6
    104:15 105:17
strike 33:12 40:7 43:9
    79:1 102:5 130:21
    134:4 178:21 183:14
    201:8,9 202:22 206:2
    255:1 268:8 269:11
    269:21 290:1 293:9
    294:1 295:12 317:15
strong 85:19 105:16
    108:11,19,20 109:1
    109:15 167:8 191:9
    264:3 269:7 317:11
strongly 263:20 311:23
structure 108:13
    175:14 287:6
structuring 287:16
studies 23:16 24:18
    25:3,6,21 26:8 29:10
    34:7 83:15 84:16,21
    85:5 101:23 102:7,8
    123:11 131:8,10
    132:10,15,16,19,19
    132:21,24 133:5,24
    141:1 160:5 194:9,22
    194:23,24 195:12
    196:2,7,11,16,17,19
    196:21 197:4,6,9,23
    198:8,10,12 249:9
    254:5,14 282:3
study 27:7 28:22 29:23
    30:7 51:15 55:18
    56:9 85:14 86:6,12
    86:13 87:3,9,10,11
    87:18,19,24 89:4,10

90:3,4,6,7 91:8,17,19
    92:21 93:8 99:17
    100:1,5,12,21 102:1
    102:14,19 103:20
    105:14,23 106:8,9
    116:12 117:13 122:3
    127:8,12 128:5,8,22
    133:7,12,19 134:6,19
    136:21 137:5,16,23
    139:10,13,22 140:4,8
    140:21 141:19
    142:22 143:1 145:11
    145:12,20 146:7,15
    146:24 147:23 148:6
    149:13 150:19 151:3
    151:17,21 152:4,5,18
    154:4,7 155:2,20
    159:8 201:19 206:1,3
    206:10,19 208:1,20
    209:3,12 288:16
    296:2 303:24
stuff 11:23 154:18
    272:7
subject 8:22 13:19
    23:17 26:21 93:9
    197:18 206:14
    288:21 312:21 313:1
    319:10
subjects 30:8 127:17
    142:15 262:4 267:1
    301:21
submission 258:11,15
    259:1,3,5,8 261:4,21
    273:11 286:17
    301:10,10 313:12
submitted 49:4,17,24
    50:2 54:17
Subscribed 321:19
subsequently 272:9
substance 13:6 280:2,4
    321:11
substantial 69:22 247:5
    247:17,20 248:18,22
    248:23,24
Sudden 4:14 135:22
    136:7
sufficient 107:18 108:3
    139:2 146:24 156:7
sufficiently 83:17
    108:4 109:23 139:15
sugar 305:21
suggest 31:17 179:22
    196:5
suggested 201:21
    285:22 286:3,4
suggesting 171:24
    265:20 297:20
suggests 266:3
Suite 2:4

sum 280:1,3
summary 73:8 201:16
    272:16
supervision 59:20
    60:15 318:20
support 6:2 184:4
    301:5,7
suppose 169:19
sure 8:12 9:15,16 14:7
    21:15 28:15 31:10
    32:23 34:22 35:17
    39:16,21 45:11 46:3
    53:10 55:16,24 69:5
    70:10 71:2,9,21
    72:19 77:3 84:7
    101:21 103:11
    123:22 124:20
    143:13 161:1,5
    163:16 168:8 176:19
    177:22 178:6 190:19
    194:13 195:9 215:18
    219:6 228:15 233:6
    233:15 242:6 243:21
    270:19 275:8 276:19
    279:22 283:14
    290:24 296:23
    300:17 310:19
    312:14
surely 217:5
Surgeon-General
    215:3
Surgery 4:19 143:7
surprised 42:17
surprising 145:5
Survey 89:24
suspect 19:8 135:5
    176:20 211:22
    237:18
sustained 247:6,18
    265:10,11
sworn 7:3 318:5 321:19
syndromes 4:9 60:22
    116:23 117:9
synonymous 34:20
    69:6 71:11 72:13
    86:18 99:8
synonymously 99:7
systematic 197:11,13
systolic 93:16
S-I-G-T 49:9 54:24

T
T 3:9 320:1
table 93:13 106:2,4
    109:9 177:8 233:8
    261:20 262:20 263:2
    263:11 266:18,22
    286:7 289:11 290:19

291:13 301:12,16,24
313:12,13
**Tablets** 260:23,24
**take** 7:14 12:13,16,16
21:17 32:20 33:10
37:3 50:12 53:23
62:4 65:12 66:16
144:16 146:4 147:5
149:21 150:6 157:3
188:13 194:4 200:9
204:18 216:13 225:2
225:16,19 227:19
233:14,19 238:8
250:22 253:12 257:2
263:10 270:5 272:12
274:16 278:2 281:7
281:13 296:21
298:18 308:20
309:18 312:17,18
313:6 315:1
**taken** 1:12 216:8 225:3
**takes** 177:7 262:9
**talk** 39:10 88:1 102:7
170:11 194:4 218:11
265:13 -
**talking** 27:11 33:6,8
34:22 47:24 48:6
62:10 89:23 94:5
95:12 96:14 103:3,4
109:2,12,13 111:9,10-
112:14 113:18
115:18 122:10
123:20,23 124:10
143:16 144:1,2
152:19 156:3 164:20
167:14 168:23
174:10 179:6 204:2,3
213:22 215:10,19
216:12 218:13,15
223:17 224:5 231:11
231:17 246:11 268:6
301:18 307:23 317:6
**tangents** 67:19
**tautology** 165:9,12
**TE** 301:20
**teaching** 232:1
**techniques** 58:21
**TECHNOLOGIES**
1:22
**tell** 7:21 12:12 33:11,13
44:12 48:23 51:4
53:19 56:18 65:19
74:16 82:4 91:13
116:6 153:13 200:16
208:5 225:23 250:11
251:8 253:4,8 257:3
278:7,10 288:5,8
305:17
**telling** 18:15 45:6 46:7

52:9 177:16
**tells** 151:1 153:11,14
154:23 155:9
**temporal** 220:21 224:2
224:7
**temporality** 94:7 201:5
201:14 203:5,12
209:14 210:7,11
219:22
**tend** 308:21,23
**term** 8:10 9:6,14,17
10:4,5,6 14:14,15,20
14:22,23 18:9,11,14
19:1,5,7,8 20:14,20
20:22,23 21:8 23:5
23:13 35:1 59:5
65:16,20 67:12,23
76:16,18 90:12,13,20
99:6 103:11 141:6
155:17 173:16
182:22 185:9,10,12
252:6
**termed** 115:4,7
**terminology** 124:10
**terms** 8:23 20:2 23:12
26:8,22,23 28:10,18
28:23 29:3 31:1
58:15 60:2 64:4 69:6
70:11 71:9,11 72:12
95:11 110:19 157:20
171:20 173:7 182:7
216:12 234:5 255:2
272:24 277:21
292:13 300:5 305:24
306:3
**test** 56:11,12,17,23,23
57:2,4,6,15,19,21
58:19 59:18 87:23
105:18,22 128:21
208:13,16,21,22,23
**testified** 7:4 183:3
**testify** 130:10,14
**testifying** 183:11,23
**testimony** 3:5 129:11
318:6
**testing** 58:22 129:23
294:23 295:9 296:17
297:4,6,9,16,22
298:5,10 303:5
**tests** 57:24 58:14 59:2
300:9
**text** 186:23 231:21
232:5 234:3,12
**textbooks** 230:15 231:1
**texts** 232:6,10
**thalidomide** 217:4
**Thank** 55:14 67:10
317:19
**Thanks** 279:7

**theme** 171:23
**theoretical** 108:10,14
108:17 169:15,20
**thick** 259:14
**thing** 23:2,10 46:18
71:6 85:12 101:22
103:1 141:16 157:21
162:19 172:11,12
185:11 187:9 191:9
197:3 198:6 202:3
225:21 235:20,23
284:11 285:4,8,11
316:17
**things** 9:11 23:23 25:15
26:15 27:9 34:23
36:3 75:3 78:3 90:24
91:2,3 100:15 103:9
129:5 131:5 150:9,17
153:6,24 162:14
172:1 234:4 235:12
244:21 245:23
258:14 259:15
279:20 285:10,12
**think** 8:14 9:20 10:13
13:2,15,20 14:19,24
18:2,7,16,24 20:16
23:3,6,10,20 25:5,11
26:2 27:2 28:23
29:17 30:5,13,15,18
31:23 32:7,10,11
36:5,9 40:14,18,22
41:3,10,15,22 42:8
43:1 49:23 50:10,11
50:22 51:2,6,8,14
52:19 53:16 54:16
55:15 64:23 67:8,23
68:10 69:1,4 70:3,13
72:10,15 78:16 79:8
79:12 81:19,23 82:2
82:5 86:7,10 89:20
90:11 92:15 94:10,22
100:6 101:1,4,19
105:3 106:3,21 107:8
110:2 112:19 114:8
114:13 120:7 121:3,7
125:17 126:9,16,17
126:23 127:3 131:14
134:24 139:18 140:5
140:10,14 141:1,21
141:23 148:15
149:20,21 150:18
151:1 156:23 159:21
161:16,18,20,22
162:19 164:13 165:7
166:3,13 169:20
172:3,4,8,13 173:7
173:13 174:6,7,23
175:2,4,11,18,19
180:17,21 181:3,16

181:20 182:10,12
184:9 185:1,3 187:7
188:2,10,15,15
189:19 190:3 191:9
193:4 194:16 196:6
198:5,15,18 200:22
201:2 202:18,19
203:11 204:10 205:5
205:11,15 206:8,12
206:13,24 207:4,9,15
207:23 212:6 216:18
218:13 220:17
224:10,13 227:6
228:6,12,19 229:19
231:22 233:6 235:2,4
235:6,16,19 236:14
236:23 237:4,8,9,20
239:11 240:17 241:5
241:7,22 243:1,2,4
243:12,13 244:8,17
245:5,15,18,19
246:20 247:3,7,13,15
247:22 248:2,3,7
249:5,8,10 250:5,18
251:12 252:4 254:2
254:13 255:5 256:24
257:4 259:17 265:3
265:13,17,19 266:3
266:13 267:18
268:16 270:16,16,19
271:7,7 276:15,23
277:3 278:3,10
282:11,15,19,23
285:2 289:5 293:3,6
293:20,21 294:12,20
295:8,10 296:1,4,13
297:1 301:6 308:12
308:18 309:1,14,20
309:23 310:9 311:11
311:12,13,16,23
312:1,3,10 314:10
316:21 317:5
**thinking** 23:6 47:13
101:12,18,20 103:1
126:10 155:11
171:10 175:14 178:1
178:4,6 189:9 235:18
244:4 282:24
**thinks** 25:9 42:14
130:19 182:13
221:23
**third** 7:15 15:12
138:24 139:1 156:5
215:11
**thirty** 319:16
**thought** 30:10 34:8
147:7 169:21 174:11
221:8 223:20 235:17
312:22

**thoughts** 140:2
**thousands** 281:11,12
**three** 54:16,22 57:24
58:14 111:17 113:7
113:18,20 173:24
263:19 302:8
**thrombotic** 183:15
184:6 239:6 240:5,16
241:3,19 243:11,24
245:10 246:13
**thrombus** 242:4
**throw** 148:1
**throwaway** 186:10
**thrust** 134:14
**time** 7:18 9:4 13:11
14:20 15:13 16:16
18:8 19:6,13 23:4
28:2 46:5,11 51:19
51:20 52:8,14 53:4
60:2 72:18 79:24
90:9,16,23 91:1,4
93:9,12 94:24 102:24
121:8 129:3 133:12
133:18 140:3 152:17
155:10,12 163:11
167:16 181:19,19
187:24 188:3,9,11
189:6 200:13 212:16
218:15 220:18
224:10 228:8 229:2
232:7 240:18 241:11
241:12 249:12,16
250:7 251:23 265:12
273:9 274:10,13,20
274:23 276:9,12,16
277:5 279:12 280:20
283:16 305:8 307:16
307:17
**times** 65:17 84:23
120:13 129:4 167:7
192:23 207:18,20
220:10 226:10
228:18 270:9
**timing** 276:23 279:20
280:10
**tirofiban** 4:11 117:1,11
127:8
**title** 44:2
**titles** 54:1
**today** 14:11 15:21
22:12 39:9 53:8,20
54:19 109:6 121:8
157:18 171:23
179:17 228:14
270:11 283:19,21
307:24 308:3
**told** 12:15 52:20
231:24 248:22,23
285:17,20

tolerance 56:18 57:19
top 111:21 302:21
topic 238:8
total 54:9 144:24 145:5
270:3 273:1 288:16
296:2
totality 8:6,8,9,22 9:6
9:14 10:6,12 12:8,22
13:9 14:2 15:8 16:22
18:12 19:2 20:21
21:9,21 22:7,22 23:5
23:13
totally 8:13 14:21
trade 35:2 36:2
training 31:19 39:3,23
transcript 318:9,17
319:17,19
transcription 321:7
treated 4:9 80:19,20
116:23 117:9
treatment 140:16,16
214:3 262:3 266:24
treatment-emergent
301:22
trend 268:1
trial 22:6 27:13 49:7,8
49:10 50:5,14 51:12
52:2,13 54:23 56:3,5
56:7,7,14,19 58:3
73:11 74:23 75:6,21
85:20,22 86:23
107:12,23,24 108:4
108:10,10,14 109:6
109:13,23 110:23
128:12,14,15,18
137:22 140:9 143:17
144:2,3 145:2 153:16
154:2 156:1,18 166:6
166:7,20 167:3,8,13
168:6,9,11 169:5,7,9
169:17,23 170:4,17
172:7 176:24 204:16
267:13,14 286:16
287:7,20 314:5 315:4
315:7 316:2
trialists 109:8
trials 22:3 34:7 83:14
83:23 84:11,15,23
85:6,17 110:11 131:7
132:3 134:5,18
168:13 172:6 259:11
262:5 263:6 286:22
287:11,18,23 289:16
301:22
trigger 281:16
tripped 94:15
trouble 100:4 102:9
168:22 169:15 248:5
250:22 256:18

troubled 193:19
truck 88:22
true 24:12 29:17 85:2
94:2 122:7,15 123:9
123:17 124:24 125:8
125:16 126:6,13,19
126:20 129:2 134:10
135:8 245:19 318:6
truly 71:11 148:15
trust 159:23
truth 192:8
try 13:7 36:1 46:19
77:4 86:2 109:6
127:16 139:8 149:14
149:19 150:13
250:20
trying 13:13 24:4 25:21
26:12 28:18 30:5,21
31:4,16 32:22 40:9
45:22 50:10 53:4
58:3 70:21,23 74:7
80:7 86:20 89:17
94:18 109:10 111:11
116:10 129:24
132:14 140:5,15
145:23 146:1 165:22
169:16 171:24 188:2
190:4 196:14 202:15
218:19 227:12
248:21 254:11
280:21 282:14
tune 263:16
turn 53:10 62:13,14,17
105:9 158:5 179:8
221:3 234:11 301:9
two 7:12 26:17,18 52:7
75:3 88:19 111:20,20
111:21 114:12
142:13 153:5 165:24
174:3 175:3 185:16
248:2,3,13 252:17
278:4,5 300:19
312:12 315:13
twofold 110:15,19,19
110:24
type 90:4,7 169:5
typical 73:18
typing 66:21
T-I-R-O-F-I-B-A-N
117:11

U

Uh-huh 62:12
ultimate 59:1 149:1
ultimately 44:6 91:9
243:8
unaware 309:8
unbiased 165:4,10
166:16,23

uncertain 67:12
unchanged 189:6
uncomfortable 9:13
10:3,4 30:2,17 64:16
70:10 145:22 256:19
unconfounded 114:9
168:13
unconvinced 256:17,19
underlying 143:1 149:9
151:1 153:12 154:24
156:24
underpowered 155:21
understand 7:20 13:13
24:14,16 30:4,19
40:9 41:7 58:3 67:15
69:7 70:22,23 73:7
74:6,17 77:3 80:6,10
80:21 110:18 122:19
125:23 132:13 139:9
150:14 153:3 165:23
182:14,20,21 183:19
184:3,8 223:1 226:13
248:20 261:10
understanding 7:23
8:19 24:3 25:19
36:21 49:14 54:18
74:3 81:1 187:22
193:1 209:15,19
216:11 245:16 309:5
understands 282:12
understood 241:24
underweight 267:6,23
undoubtedly 37:7
unfortunately 60:6
unique 93:12
uniquely 37:13 48:16
UNITED 1:1
universe 30:23 160:20
162:14 209:22
272:17
University 37:21
unknown 214:5,11
unopened 230:18
unprepared 289:3
unquestioned 240:7
unreasonable 20:22,22
183:22 184:21 185:1
185:7
unrelated 244:24
unstable 4:8 116:22
117:8 241:9,14
unusual 86:11 293:17
upper 138:2 179:8
193:8
use 14:20 18:8,13 19:4
19:9 20:13,23 23:13
31:24 34:24 35:16
36:1,1 47:2,4,5 59:5
66:18 67:16 72:16

80:21 85:8 90:21
94:12 103:11 115:13
115:15 124:9,11
141:5 155:17,19
168:17 171:4 173:16
174:24 175:1 185:12
217:24 230:19
235:22 237:12,16
287:4 300:4,6 305:7
305:14,15 307:13
useful 155:16 165:14
175:17 306:14,20
307:7,9
usefully 201:22
uses 237:20
usually 99:5 115:4,6,13
126:15 300:6
utility 237:11

V

valid 182:13 199:13
200:1 205:15
validly 196:22 197:24
value 83:18
variability 206:5
208:24
variable 65:22 66:9
67:6,24 70:15 72:1
variables 264:3
varies 186:21
various 34:10 91:18
160:8,9 259:9,11
262:9 312:15
vary 59:10 187:23
vascular 5:2 59:22
60:17 163:24 164:8
176:4
Veenhuyzen 136:17,22
137:21 139:22 143:1
Ventricular 4:16,20
135:23 136:8 143:9
verify 263:1
versa 102:18
version 231:23 232:1
261:22
versus 4:13 31:3 60:3
74:22 77:1 80:9,11
81:5,5 120:18 135:19
136:5 262:12 263:4
267:2,15 289:20
315:12 316:6 317:1
vessel 242:5
vice 102:18
view 14:14 80:16
169:14 205:13,21
239:15 252:13,17
viewpoint 209:14
214:19 215:23
228:24

viewpoints 201:18
202:9 203:3,7 206:6
206:23 208:6 219:9
Vioxx 183:5,12,17,20
183:24 184:5,17
194:16 243:23 244:4
244:11,15,22 245:6
245:17,19,22
viral 217:7
virtually 8:21 312:12
vis-a-vis 58:1 83:24
91:19 96:15 112:4
251:3,4,5
vitae 3:19 44:10,17,21
vitro 23:16,22 24:6,18
vivo 23:16 24:6,18
vouch 94:23 101:16
V-E-E-N-H-U-Y-Z-E...
136:17

W

wait 152:21,21,22
176:23 189:22,22
220:3
walk 100:12
want 7:22 34:21 35:17
39:16 46:3 52:3 54:4
66:18,20,21 67:14,16
72:11 73:6,7 79:4
80:10 82:7 83:9
87:22 103:23 105:12
108:23,24 114:23
117:15 123:21
125:20 129:10 139:8
140:18 148:14 150:7
151:5 154:14 169:3
185:12 196:1,17
197:16,20 222:1
223:3,16 225:3 226:4
227:1,3,21 243:2,21
252:8,9 256:2 286:12
290:23 292:23 293:7
293:9 296:21 312:13
wanted 67:8 68:5
121:24 307:16
313:19
wants 196:6 221:11
Washington 2:10 278:5
wasn't 19:8 53:10
63:15,16 64:2 139:15
140:21 141:19
146:15 147:24 189:2
261:10,11 277:2,3
waste 46:5 51:19 53:4
wasting 52:14
wavelength 8:1 45:5
46:4 93:21
way 9:3,5 12:7 23:6
28:4,20 38:11 47:14

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

58:18 59:9 63:18
70:14 80:24 81:10
84:8,20 95:23 101:11
107:9 109:20 120:11
120:13 124:11
126:10,15 130:12
167:15 169:10
171:18 175:13 182:6
204:21 207:16 225:8
242:11 243:20
248:24 250:19 265:9
274:18 281:15
286:14 297:24 301:7
ways 30:1 119:15 120:9
weak 204:20
weakened 210:22
weaker 27:5
Wearing 48:3
web 232:1
weeks 277:21 289:24
290:3,15 292:6,13
293:12 296:8
weigh 28:22 31:14
32:12 181:23 182:3,6
182:9
weighed 185:6
weighing 30:24 32:3
weight 28:10 29:14
30:10 31:2 181:17
247:1,4 248:7,13,14
248:16 249:7 250:12
251:4,9,9,19,22
252:11,12,16,18
253:5,10,13 254:14
255:8,13,23 256:2,5
256:14,21,24 257:9
257:18 258:5 262:1
262:16 263:3,8
264:11,13,14,22
265:6,11 267:7
289:14,18,19,20
290:5,14 291:19
292:13 293:11,14,16
293:20 294:8,18
295:2,7,20 296:13
weighted 27:10
Weintraub 1:12 3:5,14
3:17 4:23 7:2,10
10:21 33:20 151:23
157:10,17 221:9,11
221:21 222:22
256:23 313:11,15
318:8 321:16
Weintraub's 66:22
Weintraub-1 3:13
10:20
Weintraub-10 5:1
163:23
Weintraub-11 5:4

178:11
Weintraub-12 5:8
190:11
Weintraub-13 5:10
213:5
Weintraub-14 5:11
232:20
Weintraub-15 5:14
260:4
Weintraub-16 5:16
276:3
Weintraub-2 3:16
33:19
Weintraub-3 3:19
44:21
Weintraub-4 3:20 88:4
Weintraub-5 4:1
104:13
Weintraub-6 4:5
116:19
Weintraub-7 4:12
135:18
Weintraub-8 4:17
143:5
Weintraub-9 4:22
157:9
WEITZ 2:3
went 33:13 56:16 78:17
316:12
weren't 29:15 39:19
145:17 156:13 178:4
184:7
we'll 7:14 10:16 39:13
42:10,12,13 43:2
62:2 88:1 104:4
144:16 164:6 232:14
268:14 293:10
we're 8:1 20:16 23:1
27:8 34:22 35:18,22
45:4,15 46:4,24
68:20,21 82:17 93:20
94:5 95:16 96:14
114:8,9,13 144:2
149:3,4 152:19
157:14 165:18
168:23 194:6 203:4
227:24 239:12 264:2
317:6
we've 32:7 48:10 65:16
234:4 246:8,18 292:1
301:17
whatsoever 71:13
white 186:7
William 1:12 3:5,13,16
4:22 7:2 10:21 33:20
157:10 318:8 321:16
Wilmington 1:14
wish 226:5
withdraw 291:11

witness 6:5 16:1 19:20
20:9 29:6 31:10 32:7
33:24 38:7 41:22
42:6 44:24 45:11
48:10 50:22 76:15
95:16 97:6,22 101:1
101:10 103:23 120:6
121:3 122:18 124:17
125:3 126:9 130:17
131:13 132:8 133:4
143:12,22 147:6
148:20 150:1,13
152:3,22 154:17
159:3,11 160:14
180:10,23 181:2
184:24 186:1 190:3
194:13 195:6,21
197:2 198:4 205:5
211:2 216:18 219:12
226:9 233:13 236:19
244:6 247:13 253:17
254:2 257:16 258:22
265:2,24 268:5,16,22
279:4 282:14 283:1
284:9,16 285:2 291:8
297:14 304:19
309:14 310:18
311:11 317:20 318:5
318:6,8 319:1
women's 60:23
wonder 239:16
wondering 112:13
Woodland 2:4
word 47:2,4,6 67:17
86:21,24 87:9 94:12
94:14,14 168:17
170:14 173:17 177:4
223:15 235:21,22
237:12,16,21 239:12
wording 76:4 100:6
words 8:24 17:16 29:1
41:6 56:19 57:13
101:16 171:4 173:6
199:11 206:18
266:12
work 48:12,13 51:8
63:10 172:9 277:2,12
279:21 280:7
workday 60:2
worked 283:8
working 231:24
works 212:21
world 8:11 108:7
109:21 110:11,23
166:3,5,19 167:2,15
167:21,23 168:1,2,4
168:4 169:12,17
170:3 172:5 209:21
209:23 210:2,3,8,13

worried 64:1
worry 147:15 148:11
worth 264:5
worthwhile 78:6
wouldn't 43:24 58:17
101:22 121:12
145:20 146:18 162:8
208:19 209:22
215:18 244:7 248:3
250:15 296:12
write 12:8 32:21 33:5
45:20 63:3 163:5
176:24 179:4,19
202:4 279:10
writes 192:20 201:17
223:16
writing 21:5 33:12,14
187:24 279:1,13
280:16 281:18
written 24:22 44:7 45:7
45:24 49:12 50:15
75:19 76:19 89:1
102:7 103:15 125:18
125:21,23 134:8
135:2,4 154:18,20
163:12 164:12
188:12,18 194:15,16
194:18 228:17,20
230:10 251:2 253:9
wrong 66:19 116:12
147:22 276:23
308:22
wrote 12:3,6,10,23
13:10,21 14:6,8,13
16:18,23,24 21:12
22:19 36:15 43:5
45:15 60:13 66:19
77:16 93:10 94:23
100:18 101:6,7,12
106:7 116:12 119:4
122:23 125:4,5 136:5
136:10,12,14 138:19
154:15 156:5,10
161:7 164:10,18
165:1 170:1,16
176:16 178:19 179:3
179:11 186:23
188:17 189:5 199:11
200:11 201:12
211:20 212:3 214:21
217:19 218:16
219:13 222:18 223:7
224:24 228:9,9,10
234:13 240:10 282:6

X
X 3:2,9
Xeroxed 233:7
XR 260:23

Y
yeah 82:10 88:20 119:8
212:6 277:17 284:1,9
291:2 310:23
year 220:14 248:2,14
249:19
years 38:17 55:23
87:20 139:20,21
145:24 146:1 194:5
218:9 224:13 228:5
232:7 248:5,15
252:17 255:24
yield 22:8
young 278:19

0
0.05 114:2 115:15
116:1 121:12
0.3 269:5
0.4 296:24
0.54 118:24
0.74 118:21 119:21
08 44:18 271:1,3,7
279:2
08002 2:5

1
1 10:11 11:3 12:4 21:8
21:22 22:19 29:9,9
60:12 62:4,14 106:2
106:4,5 114:6,19
115:1,8 116:3,13
118:24 119:2,10,11
119:17,18 120:1,18
120:19 121:11,19
122:6,10,11,14
123:16 124:23 125:6
125:10,12,15 126:6
126:11,14,22 239:19
280:5 293:15 321:6
1st 276:9 277:13 280:8
1,100 62:20
1.0 121:6 122:16 123:1
123:2,3
1.00 119:22 121:20
1.01 119:12
1.05 119:13
1.1 294:18 295:2,5,18
296:4
1.15 93:17,22 94:11
95:10,19 98:16
1.4 269:6 303:22
304:23 316:6 317:1
317:15
1.5 113:16 114:18
1.7 96:3,14 97:3,20
98:16,22
1.9 294:7
1.99 112:6 113:1

**10** 3:13 29:9 44:5 164:6
  176:3 190:18 208:1
  290:4,9 291:23
  293:12 295:6
**100** 29:9 72:13 111:2,3
  161:1,2,4,5 162:15
  302:9,11 303:14
  304:11,13 313:18
  314:2,21,24
**101** 2:4 206:10
**104** 4:1
**11** 36:11 73:2,10 77:8
  83:4 106:14 178:18
  217:14 254:18,22
  279:2,3 290:9,13
  292:14 294:9
**11th** 279:4,6
**11.7** 314:13
**11.8** 314:13
**116** 4:5
**118** 105:2
**12** 190:7 213:11 317:9
**120** 33:4 34:1
**125** 133:5
**126** 300:7,11 302:12,14
  303:19,23 305:6
  314:3,5,16,24 315:3
  315:6
**13** 11:19 12:17 33:16
  213:9
**135** 4:12
**1350** 2:9
**14** 232:15 234:1
**143** 4:17
**1492** 144:6
**15** 93:23 94:16 95:21
  95:24 96:1 129:9
  146:12,16,19 151:12
  152:7,12 155:6,7,13
  248:4,15 260:10
  261:20 286:10,11
  295:7 301:9
**15%** 145:2
**157** 4:22
**16** 44:24 46:6 53:23
  261:22 275:19 286:8
  286:10 298:24 299:1
**163** 5:1
**17** 44:24 46:6 53:23
**17th** 275:23
**1769** 1:7
**178** 5:4
**18** 266:18
**18.5** 267:7,8
**1880** 127:6
**1882** 117:17,22
**19** 286:7 289:11 291:13
**19th** 275:21 276:8,10
  280:6

**190** 5:8
**1965** 176:12 177:12
  178:5 187:1 189:5
  190:8 192:16 219:13
  222:11 223:22 228:3
  234:9
**1971** 186:23
**1982** 231:18,19
**1998** 233:3 234:3

       **2**

**2** 33:15 36:8 43:10
  45:16 47:11 61:19,21
  61:22 62:8,15 73:1
  83:5 98:13 110:16,17
  111:14 113:15
  122:22 177:4,7
  217:14 284:24
  298:23
**2.0** 98:16
**2.01** 113:1
**2.1** 112:5
**2.2** 254:19
**2.204** 254:20
**2.4** 303:17 304:22
  316:5 317:1
**2.5** 113:14
**20** 38:17 239:20,22
  248:4,14 296:13
  300:24 321:20
**20-point** 301:2
**200** 92:15
**2000** 164:13 178:19
  188:17 217:20
  220:24 221:19
  222:18 223:8 224:11
  224:24 225:10
  226:20,21 227:10
**20005** 2:10
**2002** 55:22 93:10
  100:19 164:13,14
  188:18 190:22
  217:18 220:23
**2003** 55:22,23
**2008** 1:9 5:14 11:12
  13:10,22 16:18 22:20
  33:16 36:11 129:10
  213:10 224:11 228:5
  240:11 258:16 260:5
  260:11,20 275:24
  318:14
**202** 2:10
**210** 2:4
**213** 5:10
**22** 1:9 290:10,14 292:3
  292:14 294:9,17
  295:3,21 296:7
**23** 44:24 46:7 53:23
  318:14

**232** 5:11
**244** 129:20
**25** 45:1 46:7 53:24
  56:19 255:10,10
  267:8,9
**26** 145:13,20 146:8
  232:7 260:11
**26%** 145:2
**260** 5:14
**27** 234:11
**276** 5:16
**28** 5:14 260:4
**299** 201:15

       **3**

**3** 44:15 61:18,19 62:6,9
  93:13 138:20 275:24
**3rd** 275:22
**3,000** 296:3,3
**3.2** 314:16 315:12
**3:47** 317:22
**30** 11:12 13:10 22:19
  118:13 255:10,11
  267:9,10 269:5
  319:16
**313** 3:6
**315** 3:6
**32** 31:18
**322** 321:6
**33** 3:16 194:5 218:9
  220:14 224:13 228:5
  293:19 294:17 295:4
  295:21 296:8
**339** 301:12,16 313:12
  315:22
**34** 295:15 296:6
**35** 255:11,12
**350** 43:6,11 45:17

       **4**

**4** 73:2 88:12 106:14
  209:14 296:19
**4.0** 314:16 315:12
**40** 98:11 145:3,14
**405** 1:14
**41** 22:20
**44** 3:19
**45** 36:9
**47** 158:17,20
**48** 299:3

       **5**

**5** 104:4 158:7 252:16
  252:19 253:6,14
  254:6,15,17,19 290:4
  290:8 291:23 292:2
  293:12
**50** 43:7,12,16,17,19
  45:17 46:8 47:1,7,19

  47:19 48:5 110:21
  111:1,4 151:22 152:6
**50%** 144:18,24
**52** 158:3,23 159:14
  160:4,19
**54** 160:11
**55** 160:12,17
**58** 239:24

       **6**

**6** 117:5 127:6,8
**60** 60:18 261:21
**63** 160:20
**65** 266:20
**66** 93:1
**67** 286:8,13

       **7**

**7** 3:6 62:6 136:4 214:19
  218:21 223:5 289:24
  306:24 307:1,3
**7.8** 290:2,12 292:15
  293:13 294:1
**70** 96:4,12,16 97:19
**748** 301:14
**755-1115** 2:5

       **8**

**8** 62:9 142:24 143:21
  156:5 213:11 215:22
  260:20
**8th** 1:14
**80** 273:4,5
**856** 2:5
**877.370.3377** 1:22
**88** 3:20
**898-5800** 2:10

       **9**

**9** 122:21 157:15
**9.99998** 121:22
**9:57** 1:14
**90** 299:11 300:22
**917.951.5672** 1:22
**92** 299:12 300:23
**95** 113:22 114:1,5,10
  114:11,18 115:13,23
  123:14 124:21 126:5
  141:12
**95%** 122:23
**98** 31:18
**99.9** 263:17