13116815
LEXISNEXIS FILE & SERVE
E-SERVICE
Dec 6 2006
4:04PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Dedrick v. Merck & Co., Inc.*, 05-2524

## ORDER

Before the Court are the Defendant's Motion for Order Excluding Testimony of Donna K. Arnett, Ph.D. (Rec. Doc. 8349) and the Defendant's Motion for Order Excluding Testimony of Mark I. Furman, M.D., FACC, FAHA (Rec. Doc. 8365 & Rec. Doc. 8699). For the reasons stated on the record at trial, IT IS ORDERED that:

(1) The Defendant's Motion for Order Excluding Testimony of Donna K. Arnett, Ph.D. (Rec. Doc. 8349) is DENIED; and

(2) The Defendant's Motion for Order Excluding Testimony of Mark I. Furman, M.D., FACC, FAHA (Rec. Doc. 8365 & Rec. Doc. 8699) is DENIED.

New Orleans, Louisiana, this __4th__ day of __December__, 2006.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE