**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**JOINT EMERGENCY MOTION TO REMOVE
FROM PUBLIC DOCKET AND RESEAL DOCUMENT**

On February 28, 2009, Plaintiffs in the above-referenced MDL proceeding inadvertently filed on the CM/ECF publicly accessible docket documents that remain subject to the Court's Protective Order (Doc. 478) and which had previously been filed under seal on or about November 24, 2008. The documents were attached as exhibits to the Plaintiffs' Notice of Unsealing and Filing Non-Confidential Exhibits to their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law (the "Notice," Doc. 1324). The particular documents that are the subject of this Emergency Motion are identified in the PACER docket entry for Document 1324 as Attachments 14, 15, and 16; within the CM/ECF system, the same documents are time and date-stamped (in the header) as Document nos. 1324-15, 1324-16, and 1324-17 (collectively, the "Exhibits").

At the hearing before United States Magistrate Judge Baker on February 26, 2009, the

Parties agreed that the Exhibits would remain confidential, but the Exhibits were nevertheless mistakenly filed. The Notice itself filed by Plaintiffs (Doc. 1324), to which the Exhibits were attached, indicates that confidentiality was to be maintained as the Exhibits (listed as Exhibit 16 on p. 3 of the Notice (Doc. 1324)).[1]

Because the Parties have agreed to keep the Exhibits confidential, and because the Exhibits remain subject to the Protective Order, the Parties request this emergency relief from the Court: that the Court issue an order to the Court Clerk to remove immediately from PACER the Exhibits identified above that were attached to the Notice (Doc. 1324) in error.

DATED: March 2, 2009                                Respectfully submitted,


By:   /s/ Robert W. Cowan                           By:   /s/ Stephen J. McConnell
    F. Kenneth Bailey Jr.                               Stephen J. McConnell
    K. Camp Bailey                                      Brennan Torregrossa
    Fletcher V. Trammell                                Kevin T. Kerns
    Robert W. Cowan                                     A. Elizabeth Balakhani
    **BAILEY PERRIN BAILEY**                            **DECHERT LLP**
    440 Louisiana St., Suite 2100                       2929 Arch Street
    Houston, Texas 77002                                Philadelphia, PA 19103
    (713) 425-7100 Telephone                            (215) 994-4000 Telephone
    (713) 425-7101 Facsimile                            (215) 994-2222 Facsimile
    kbailey@bpblaw.com                                  stephen.mcconnell@decert.com
    cbailey@bpblaw.com                                  **Counsel for AstraZeneca**
    ftrammell@bpblaw.com                                **Pharmaceuticals LP and**
    rcowan@bpblaw.com                                   **AstraZeneca LP**
    **Co-Lead Counsel for Plaintiffs**

---

[1] The Exhibits comprise a single document that the Parties agreed to keep confidential at the hearing held before the Court on February 26, 2009. Because of file-size restrictions on the CM/ECF system, the original document was broken up into three parts, listed above.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2d day of March, 2009, I electronically filed the foregoing: JOINT EMERGENCY MOTION TO REMOVE FROM PUBLIC DOCKET AND RESEAL DOCUMENT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                /s/ Robert W. Cowan
                Robert W. Cowan