UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

*Group One Trial Cases*

**PARTIES' EMERGENCY JOINT MOTION FOR EXTENSION
OF TIME TO FILE REDACTED MOTIONS, RESPONSES AND EXHIBITS**

AstraZeneca LP and AstraZeneca Pharmaceuticals LP ("AstraZeneca") and MDL Plaintiffs hereby jointly ask the Court for a one-week extension of time, to March 11, 2009, to publicly file on the Court's CM/ECF system redacted versions of motions, responses and exhibits that are being unsealed pursuant to the Court's directives and the agreement between the parties.

In support of their Motion, the parties state as follows:

1.      At the February 26, 2009 hearing, the Court ordered the parties to file redacted versions of summary judgment, *Daubert* and other motions, responses thereto, and related exhibits (previously filed under seal) on the public docket by March 4, 2009.

2.      The redacted versions of these motions, responses and related exhibits would allow public access to these filings while maintaining the confidentiality of certain documents (or portions of documents) as agreed upon by the parties.

3.      The parties have been working diligently to review the motions, responses and exhibits and make appropriate redactions as expeditiously as possible.  The parties have met and

conferred, and will continue to do so, to assure consistency and accuracy of the redactions by both sides.

4.      The parties plan to begin filing redacted documents on the CM/ECF system on a rolling basis, but given the volume of the filings involved, the parties will need additional time beyond the Court's March 4, 2009 deadline to complete the process for all of the filings at issue.

WHEREFORE, AstraZeneca and MDL Plaintiffs respectfully request that the Court grant their Motion and extend the time for filing redacted motions, responses and related exhibits to March 11, 2009.

Respectfully submitted on this 3rd day of March, 2009.

| /s/ Stephen J. McConnell | /s/ Robert W. Cowan |
|---|---|
| Stephen J. McConnell | F. Kenneth Bailey, Jr. |
| Brennan J. Torregrossa | K. Camp Bailey |
| A. Elizabeth Balakhani | Fletcher V. Trammell |
| DECHERT LLP | Robert W. Cowan |
| 2929 Arch Street | BAILEY PERRIN BAILEY |
| Philadelphia, PA  19104 | 440 Louisiana, Suite 2100 |
| Telephone: (215) 994-4000 | Houston, Texas 77002 |
| Facsimile: (215) 994-2222 | Telephone: (713) 425-7100 |
| stephen.mcconnell@dechert.com | Facsimile: (713) 425-7101 |
| | rcowan@bpblaw.com |
| *Counsel for Defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP* | *Co-Lead Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system through which all participating parties are deemed served. I further certify that, by using the CM/ECF, the foregoing has been served on plaintiffs' liaison counsel, who is charged with serving any non-CM/ECF participants on the attached Service List.

/s/ A. Elizabeth Balakhani

**In Re: Seroquel Products Liability Litigation**
**MDL Docket No. 1769**

| | |
|---|---|
| Paul J. Pennock, Esq.<br>Michael E. Pederson, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane - 17th Floor<br>New York, NY 10038<br>Telephone: (212) 558-5500<br>Ppennock@weitzlux.com<br>MPederson@weitzlux.com<br>*Plaintiffs' Lead Counsel* | Camp Bailey, Esq.<br>Michael W. Perrin, Esq.<br>Fletcher Trammell, Esq.<br>Bailey Perrin Bailey LLP<br>The Lyric Centre<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 425-7240<br>cbailey@bpblaw.com<br>mperrin@bpblaw.com<br>Plaintiffs' Lead Counsel |
| Larry Roth, Esq.<br>Law Offices of Larry M. Roth, P.A.<br>Post Office Box 547637<br>Orlando, FL 32854-7637<br>Telephone: (407) 872-2239<br>LROTH@roth-law.com<br>*Plaintiffs' Liaison Counsel* | Tommy Fibich, Esq.<br>Fibich, Hampton & Leebron, L.L.P.<br>1401 McKinney, Suite 1800<br>Five Houston Center<br>Houston, TX 77010<br>Telephone: (713) 751-0025<br>tfibich@fhl-law.com |
| Matthew F. Pawa, Esq.<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Mp@pawalaw.com | Robert L. Salim, Esq.<br>Robert L. Salim Attorney at Law<br>P.O. Box 2069<br>Natchitoches, LA 71457-2069<br>Telephone: (318) 352-5999<br>robertsalim@cp-tel.net |
| Keith M. Jensen, Esq.<br>Jensen, Belew & Gonzalez, PLLC<br>1024 North Main<br>Fort Worth, TX 76106<br>Telephone: (817) 334-0762<br>kj@kjensenlaw.com | Scott Allen, Esq.<br>Cruse, Scott, Henderson & Allen, L.L.P.<br>2777 Allen Parkway, 7th Floor<br>Houston, Texas 77019<br>Telephone: (713) 650-6600<br>sallen@crusescott.com |
| Matthew E. Lundy, Esq.<br>Lundy & Davis, LLP<br>333 North Sam Houston Parkway East<br>Suite 375<br>Houston, TX 77060<br>Telephone: (281) 272-0797<br>mlundy@lundydavis.com | E. Ashley Cranford<br>Whatley Drake & Callas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 328-9576<br>ACranford@wdklaw.com |
| Robert L. Ciotti, Esq.<br>Carlton Fields, P.A.<br>4221 W. Boy Scout Boulevard<br>Suite 1000 | Gregory P. Forney, Esq.<br>Shaffer Lombardo Shurin<br>911 Main Street, Suite 2000<br>Kansas City, MO 64105 |

| | |
|---|---|
| Tampa, FL 33607-5736<br>Telephone: (813) 223-7000<br>rciotti@carltonfields.com<br>*Attorney for Defendants AstraZeneca*<br>*Pharmaceuticals, LP, and AstraZeneca LP* | Telephone: (816) 931-0500<br>gforney@sls-law.com<br>rbish@sls-law.com<br>*Attorney for Defendant,*<br>*Marguerite Devon French* |