**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                              Case No.  6:06-md-1769-Orl-22DAB

_____

**ORDER**

This cause comes before the Court for consideration of Plaintiffs' Incorporated Rule 56(f) Motion for Continuance (Doc. 1279), to which Defendants responded in opposition (Doc. 1290). Plaintiffs seek a continuance of approximately 60 days to designate additional specific causation experts, serve reports, conduct depositions, and file and respond to specific causation *Daubert* and summary judgment briefing in the five cases remaining in Florida Trial Group One.[1]

At a hearing on February 18, 2009, the Court notified the parties that should Plaintiffs appeal either or both of the summary judgment orders entered in *Guinn v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-10291-Orl-22DAB, and *Haller v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-15733-Orl-22DAB, it was the Court's intent to suspend proceedings in the remaining Florida cases pending the outcome of the appeal. Plaintiffs filed a Notice of Appeal in the *Guinn* case on February 28, 2009. Accordingly, the Court will, by separate order, administratively close

---

[1] These cases are: *Burns v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15959-Orl-22DAB; *Unger v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15812-Orl-22DAB; *Curley v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-15701-Orl-22DAB; *Whittington v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-10475-Orl-22DAB; and *McAlexander v. AstraZeneca Pharms. LP, et al.*, No. 6:07-cv-10360-Orl-22DAB.

the remaining five Florida Trial Group One cases, as discovery and motion practice is complete in those cases. The cases will be reopened upon the conclusion of the appeal in the *Guinn* case.

Based on the foregoing, it is **ORDERED** that Plaintiffs' Incorporated Rule 56(f) Motion for Continuance (Doc. 1279) is **DENIED** without prejudice to refiling, if appropriate, at the conclusion of the appeal in *Guinn v. AstraZeneca Pharmaceuticals LP, et al.*, No. 6:07-cv-10291-Orl-22DAB.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 4, 2009.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party