# NF TAB 2

10/7/2008 Deutsch, Paul M. (Volume 2)

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                  ORLANDO DIVISION
                      VOLUME II
 3     ----------------------------------------x
       IN RE:  Seroquel Products Liability    :
 4     Litigation                             :
                                              :
 5     MDL DOCKET NO. 1769                    :
       This Document Relates to:             :
 6                                            :
       PLAINTIFFS v. AstraZeneca LP, et al.   :
 7     (Janice Burns 6:07-cv-15959;           :
       Connie Curley 6:07-cv-15701;           :
 8     Linda Guinn 6:07-cv-10291;             :
       Eileen McAlexander 6:07-cv-10360;      :
 9     Richard Unger 6:07-cv-15812;           :
       Linda Whittington 6:07-cv-10475)       :
10     ----------------------------------------x
11              Tuesday, October 7, 2008
12              9:12 a.m. - 5:05 p.m.
13          Oral deposition of PAUL M. DEUTSCH,
14     PH.D., held at Offices of Paul M. Deutsch, &
15     Associates, P.A., 10 Windsomere Way, Suite
16     400, Oviedo, Florida, 32765, beginning at
17     9:10 a.m., on the above date, before Richard
18     Castillo, Registered Diplomate Reporter,
19     Commission No. DD609499 (Expiration 2/25/11)
20     and a Notary Public.
21          Esquire Deposition Services
                200 East Robinson Street
22                    Suite 425
                Orlando, Florida  32801
23                  (407)426-7676
24     Job No. 958372
```

---

10/7/2008 Deutsch, Paul M. (Volume 2)

```
 1                  APPEARANCES
 2     LAMINACK, PIRTLE & MARTINES, LLP
       BY:  RUSS BRUDNER, ESQUIRE
 3     5020 Montrose Boulevard
       Ninth Floor
 4     Houston, TX  77006
       Phone: (713)292-2750
 5     --Representing the Plaintiff
 6     DECHERT, LLP
       BY:  JOHN J. SULLIVAN
 7     902 Carnegie Center
       Suite 500
 8     Princeton, New Jersey  08540
       Phone:  (609)955-3200
 9     --Representing the Defendants
10     CARLTON, FIELDS, LLP
       BY:  CHRIS COUTROULIS, ESQUIRE
11     4221 West Boy Scout Boulevard
       Suite 1000
12     Tampa, Florida  33607-5736
       Phone:  (813)229-4133
13     --Representing the Defendants
14
15
16
17
18
19
20
21
22
23
24
```

---

```
 1                   I N D E X
 2
       WITNESS                         PAGE
 3
 4     PAUL M. DEUTSCH, PH.D.
 5         DIRECT (CONT'D) BY MR. SULLIVAN  167
 6         DIRECT BY MR. COUTROULIS         229
 7         CROSS BY MR. BRUDNER             336
 8     CERTIFICATE OF OATH                  349
 9     COURT REPORTER'S CERTIFICATE         350
10     ERRATA                               351
11                 - - - - -
12     NOTE:  Ellipses (...) used to reflect pauses
13     between words.
14
15
16
17
18
19
20
21
22
23
24
```

---

```
 1                 E X H I B I T S
 2     MARKED      DESCRIPTION              PAGE
 3     33    Lab reports, Ms. Burns          167
 4     34    Letter from Dr. Elzawahry       167
 5     35    Report on L. Whittington        230
 6     36    Letter from Dr. Boyd            238
 7     37    Report re L. Whittington        250
 8     38    Report on E. McAlexander        278
 9     39    Response from Dr. Helfin        284
10     40    Document by Ms. McAlexander     292
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1    P R O C E E D I N G S

2    (Continued from Volume I.)

3    * * * * *

4    (Whereupon, Deposition Exhibit No.

5    Deutsch-33, lab reports for Ms. Burns,

6    was marked for identification.)

7    (Whereupon, Deposition Exhibit No.

8    Deutsch-34, letter from Dr. Elzawahry,

9    was marked for identification.)

10    DIRECT EXAMINATION (CONTINUED)

11   BY MR. SULLIVAN:

12    Q    Doctor, let's talk about Janice

13   Burns, and the report you issued for her now.

14         Again, I'd like to talk about

15   some preexisting conditions and see if we can

16   agree on the fact that they existed before

17   Miss Burns got diabetes, okay?

18    A    Yes.

19    Q    First is obesity.  Can we agree

20   that before Miss Burns got diabetes, she was

21   obese?

22    (Pause.)

23    A    Yes.

24    Q    Okay.  And I've marked this as

1    A    Yes.

2    Q    Do you see they read across

3    those four days, 118, going backward in time,

4    144, 148, and 133; do you see that?

5    A    Yes.

6    Q    Do you see -- would agree that

7    those readings are above -- or three of those

8    readings are above the 126 number of

9    milligrams per deciliter we just discussed?

10    A    Yes.

11    Q    Okay.  And this is certainly

12   14 -- over 14 years ago?

13    A    Yes.

14    Q    And it's significantly before

15   the date of onset that you have on your

16   report of August 16, 2003?

17    A    Yes.

18    Q    Okay.  I'm going through more.

19    A    Oh, I'm sorry.

20    Q    That's okay.

21    A    I'm sorry, that wasn't a yes.

22   It was an apology, but I will see if we can

23   go back to, yeses or noes.

24    Q    If you take a look at the next

1    Exhibit 33, because this one is going to take

2    a little more than looking at your report.

3    But do you recall, from your clinical

4    guidelines, that diabetes is diagnosed by

5    doctors at something above 126, or 126 or

6    higher milligrams per deciliter?

7    A    Yes.

8    Q    Okay.  What I've got for you

9    there are a number of lab reports for Miss

10   Burns, and some other things, all as Exhibit

11   33.  The first page of Exhibit 33 is a lab

12   report from 1994; do you see that?

13    A    Yes.

14    Q    For the dates, April 21,

15   April 20, April 18, and April 17, 1994; do

16   you see that?

17    A    Right.

18    Q    We got this from the Dade

19   Medical Center.  You can see it up top as

20   well as the Bates stamp on the bottom; do you

21   see that?

22    A    Yes.

23    Q    Okay.  And do you see that they

24   have glucose readings on each of those days?

1    lab report, it also has to do with Miss

2    Burns, and you'll see a date of August 10,

3    2000?

4    (Pause.)

5    A    I have August 11, 2000, on the

6    next one.  Am I missing what you're looking

7    at?

8    Q    Of the report date, okay.  I see

9    it.  I'll go with that, as well.

10    A    Okay.  Am I missing something,

11   or is that -- okay.

12    Q    No, give me a second here.

13   Okay.  If you look at this --

14    A    Well, I see the log-in date is

15   August 10, 2000; report date is August 11,

16   2000.

17    Q    Do you see underneath that,

18   under "Remarks" it says, "fasting hours,

19   nine"?

20    A    Yes.

21    Q    Indicating that this is a

22   fasting test?

23    A    Yes.

24    Q    Okay.  Have you seen lab reports

1 like this before in your review of medical
2 records, generally?
3 A   Yes.
4 Q   Okay.  Take a look at the next
5 page.  It's the second page of what you were
6 just looking at.
7 Again, it continues to mention
8 that it's fasting hours, nine hours.
9 A   Yes.
10 Q   Do you see that?  Halfway down,
11 do you see glucose reading, just below the
12 word, "Panel"?
13 A   Yes.
14 Q   Do you see that reading of 134?
15 A   Yes.
16 Q   You see the H next to it
17 indicating it's high?
18 A   Yes.
19 Q   And that falls in the diabetic
20 level under the clinical guidelines that you
21 put together for your report; is that
22 correct?
23 A   Yes.
24 Q   And you see that's three years

1 period is after this 134 glucose reading
2 where we were discussing in Exhibit 34?
3 A   Yes.
4 Q   Okay.  If you take a look at the
5 next page, do you see this is an August 25,
6 2000 progress note for Miss Burns by a
7 Kenneth Greene; do you see that?
8 A   Yes.
9 Q   If you take a look about halfway
10 down, in the middle of that paragraph there's
11 a sentence that begins with the word,
12 "other".
13 (Pause.)
14 A   Yes.
15 Q   And you see it reads:  Other
16 reported reasons where associated --
17 A   "Were associated," I think is
18 what's intended.
19 Q   -- with her pain, diabetes and
20 overall psychological well being; do you see
21 that?
22 A   Yes.
23 Q   Did you have access to any of
24 the records we so far discussed in Exhibit

10/7/2008  Deutsch, Paul M. (Volume 2)

1 before your report has her listed as getting
2 diabetes?
3 A   Yes.
4 Q   Do you see the first page of
5 your report, just below that date of onset,
6 of August 16, 2003, there's a bit of a
7 history where you talk about her taking
8 Seroquel from 2002 to 2006?
9 A   I apologize.  I was making a
10 note of that last test.  Would you say that
11 again?
12 Q   I'm back on the first page of
13 your report, and I apologize from going from
14 that document to the report.
15 A   Okay, I'm sorry.
16 Q   But if you look under History,
17 just below the date of onset, you have a
18 section on history?
19 A   Yes.
20 Q   And do you see you wrote there
21 that Miss Burns told you she used Seroquel
22 from 2002 to 2006; do you see that?
23 A   Yes.
24 Q   We can agree that that time

10/7/2008  Deutsch, Paul M. (Volume 2)

1 34, before you did your report?
2 (Pause.)
3 A   I believe at least some of them.
4 Q   Okay.
5 A   I'd have to check and see each
6 lab report individually, 'cause that's a
7 little more difficult to recall, but -- and I
8 believe Kenneth Greene, although I think I
9 may have mislabeled Kenneth Greene as -- as
10 Dr. Greene, in looking at this.
11 Q   Social worker?
12 A   I think he's a social worker as
13 opposed to Dr. Greene, but that's an
14 inadvertent error on my log sheet.  I don't
15 know that I did on my notes, but on the log
16 sheet, I did.
17 Q   There is another note from --
18 progress note from Kenneth Greene on the next
19 page I'd like to direct your attention to.
20 The third sentence begins with, "if I
21 understand"; do you see that?
22 (Pause.)
23 A   Yes.
24 Q   And, oh, by the way, this note

1 is from August 2, 2000, which is before she
2 indicated she started using Seroquel?
3    A    Right.
4    Q    Okay.  It reads:  If I
5 understand her correctly, she also states she
6 has had a new onset of diabetes recently, and
7 I'm not sure I needed to go into this, so I
8 redirected to other issues; do you see that?
9    A    Right.
10   Q    Did you happen to pick up on
11 this record when you reviewed her records?
12   A    I am aware, I felt that this
13 whole issue of etiology of diabetes was not
14 my issue to deal with, so I didn't address
15 either preexisting risk factors for diabetes
16 or the instance where either hyperglycemia or
17 diabetes was mentioned pre, I felt that there
18 were physician experts who were dealing with
19 that issue.
20        So, not only in this record, but
21 I think in more than just this record, those
22 issues of both hypoglycemia and diabetes
23 where they were mentioned, I felt they went
24 to etiology, which was outside my area of

1 an issue we're here to address.
2    Q    And if you take a look at the
3 next three pages attached as Exhibit Four --
4 the last four pages of Exhibit 34, there is a
5 memo from disability physical, done for
6 disability determinations on Janice Burns; do
7 you see that?
8    A    Yes.
9    Q    And you see that it's dated
10 March 9, 2001?
11   A    Yes.
12   Q    If you look on the second
13 page -- well, first, again, that date is
14 before she indicated to you that she started
15 taking Seroquel?
16   A    Yes.
17   Q    In the middle of the second page
18 there's a ... an entry that reads, diabetes,
19 underlined, in bold and all caps, colon, in
20 2000, her FBS, which I believe stands for
21 fasting blood sugar, ranged from 120 to 190.
22 She is presently on no diet or medications
23 for that, and does not check her sugars; do
24 you see that?

10/7/2008  Deutsch, Paul M. (Volume 2)

10/7/2008  Deutsch, Paul M. (Volume 2)

1 expertise.
2    Q    I asked because each of your
3 reports carries with it a rather lengthy
4 summary of the medical records, and I didn't
5 see these in there, and I'm wondering why
6 they wouldn't make it into your report.
7    A    The only reason is, again,
8 because I felt they were going to be dealt
9 with as issues of -- of etiology, and not
10 issues that I should be dealing with.  So
11 that was the only reason I stayed away from
12 issues of onset.  So I just -- I just felt it
13 was not something that I should be getting
14 into.  But I am aware of them.
15   Q    Have you discussed these with
16 the attorneys for Miss Burns?
17   A    Nope.
18   Q    Have you discussed them with
19 anyone, these documents?
20   A    Just my own staff.  I mean,
21 we're all aware, and we all were aware, not
22 just of these, but of, you know, preexisting
23 risk factors.  And our feeling about it was
24 simply it's -- the issue of etiology is not

1    A    Yes.
2        MR. BRUDNER:  Object to the
3    form.
4 BY MR. SULLIVAN:
5    Q    Do you recall seeing this record
6 before you issued your report?
7        (Pause.)
8    A    I don't have a recall, so I'm
9 checking my records list, and I don't see ...
10 well, I mean, I have her Medicare records,
11 Social Security records.  I'd have to look
12 back and see if I specifically have the
13 disability determination record.  You know,
14 it's so hard to remember from all six cases
15 off the top of my head every single record,
16 but ...
17   Q    I only have to remember four,
18 and I'm having trouble.
19   A    There's no question that I had
20 her Medicare and Social Security records.
21 Whether I saw this specific record, I just
22 don't recall, but I do certainly recall the
23 documentation generally of -- of preexisting
24 reports of diabetes.

```
1        Q    Let's see if we can look at it
2   this way.
3             Is it fair to say that the
4   documents that you say you've reviewed, or
5   for the most part reviewed, and certainly all
6   of the ones that are in Exhibit 34, indicate
7   that Miss Burns, before the date she gave you
8   for her start -- starting her use of
9   Seroquel -- let me start that again.
10            I've been referring to this
11  Exhibit 33.  I think it's Exhibit -- or
12  Exhibit 34, I've been referring to it as.  It
13  is Exhibit 33.  My mistake.  Thank you for
14  pointing that out.
15            Is it fair to say that the
16  documents in Exhibit 33 indicate that, before
17  the date Miss Burns told you she started
18  taking Seroquel, she had readings for glucose
19  on fasting labs that are at a blood sugar
20  level that's higher than 126 milligrams per
21  deciliter; is that fair to say?
22       A    Yes.
23            MR. BRUDNER:  Objection, form.
24
```

```
1   BY MR. SULLIVAN:
2        Q    And that there were records that
3   indicated that she had said to the person who
4   recorded it, that she had a new onset of
5   diabetes before the date that she gave you
6   that she started Seroquel; is that fair to
7   say?
8        A    Yes.
9        Q    And if Miss Burns had come in to
10  you, seeking a rehabilitation plan before
11  this date of August 16, 2003, that you have
12  in your report as the date of onset, if she
13  came in before that date, are these records
14  you would have taken into consideration when
15  thinking about whether to put her on some
16  sort of rehabilitation plan in connection
17  with her blood sugar levels and some of her
18  other risk factors?
19            (Pause.)
20       A    If I understood that question
21  correctly, I think the answer is yes, but
22  I'm --
23       Q    Let me ask it better.
24       A    And I apologize.  I just may
```

```
1   have misheard something.
2        Q    If she came in to you before
3   this date of August 16, 2003, and was looking
4   for some sort of rehabilitation plan to deal
5   with her blood sugar levels, and some of the
6   other risk factors that she may have had, are
7   these documents that you would have taken
8   into consideration when coming up with a
9   plan?
10       A    That's certainly reasonable,
11  yes.
12       Q    Okay.  Can we agree -- oh, by
13  the way, are you aware that Miss Burns had
14  ... made a number of suicide attempts?
15            MR. BRUDNER:  Object to the
16       form.
17            (Pause.)
18            THE WITNESS:  I think that's ...
19       yes, that's in my notes, as well.
20  BY MR. SULLIVAN:
21       Q    Okay.
22       A    At this point, I'm feeling like
23  I need -- even though I thought I remembered
24  that, I feel like I need to confirm it in my
```

```
1   notes before I --
2        Q    I understand.
3        A    -- I say it so that I don't
4   confuse it with any other file.
5        Q    And we can agree that she had --
6   that Miss Burns, before she had her onset of
7   diabetes, had -- or at least before
8   August 16, 2003, I should say -- had a number
9   of mental health disorders?
10       A    Yes.
11       Q    Major depressive disorder; do
12  you have that?
13       A    Yes.
14       Q    Posttraumatic stress disorder;
15  do you have that?
16       A    Yes.
17       Q    Anxiety; do you have that, as
18  well?
19       A    Yes.
20       Q    Can we agree that before
21  August 16, 2003, the date of onset that's
22  listed in your report, she had high
23  cholesterol and triglycerides?
24       A    Yes.
```

1    Q    And hypertension?

2    A    Yes.

3    Q    Okay.  And I see a number of

4    other things in the records that I think are

5    in your reports.  A history, a preexisting

6    history of COPD?

7    A    Yes.

8    Q    Is it cardiopulmonary --

9    A    Chronic obstructive pulmonary

10   disease.

11   Q    Thank you.  And sleep apnea?

12   A    Yes.

13   Q    Fibromyalgia?

14   A    Yes.

15   Q    And hyperthyroidism?

16   A    Yes.

17   Q    Thank you.

18        I know in your recommendations

19   for Miss Burns you include again nutrition

20   evaluation four times a year.

21   A    Bear with me a second.

22   Q    Sure.

23        (Pause.)

24   A    Yes.

1    because they're related to the diabetes and

2    ... regardless of etiology.

3    Q    Okay.  To get back to your

4    question about my previous question, I think

5    we can assume that the records are what the

6    records are.  And so I asked you to review

7    them in the way that you ordinarily would

8    have, had you seen them, had she come to you

9    before diabetes.

10        And with that in mind, or at

11   least before the date of onset that you have

12   listed in your report, with that in mind, is

13   it fair to say that you would have

14   recommended that nutritional evaluation you

15   just mentioned you would, the similar

16   frequency as to what you've recommended in

17   this report?

18        MR. BRUDNER:  Objection, form.

19        THE WITNESS:  The answer is,

20   yes.  But I think the reason I'm

21   having -- and I apologize, and I'm going

22   to leave it as a yes -- the reason I'm

23   having a problem hesitating -- well,

24   strike that.  Let me go back a second.

1    Q    If Miss Burns had come in to you

2    before August 16, 2003, looking for a plan to

3    deal with her health as it related to some of

4    the risk factors -- the risk factors we just

5    discussed, is it fair to say that, in the

6    least, you would have recommended that she

7    adopt or have a nutritional evaluation?

8    A    I think that's reasonable, yes.

9    Q    In similar frequency to the way

10   you recommended in your report in this case?

11        (Pause.)

12   A    Are we assuming in that question

13   all of the things we just went over as far as

14   an assumption that she was diabetic prior?

15   Q    Well, let me -- I realize it's a

16   tricky area, so let me just ask the one

17   question that's worth asking, then we'll get

18   back to that.

19        If Miss Burns were diabetic

20   before she started taking Seroquel, then it's

21   fair to say that all of the costs that you

22   have in this report wouldn't be related at

23   all to Seroquel; fair to say?

24   A    Well, that's fair to say,

1    It's not a problem hesitating.

2        The reason I'm having a problem

3    limiting it to a yes is because ... if,

4    in fact, what I'm faced with is the

5    existence of diabetes pre Seroquel, then

6    the question really isn't limited to the

7    nutritional.  I mean, it really is a

8    whole program.  And so it's really not

9    the nutritional in isolation.  It's the

10   whole thing we talked about in the

11   earlier case where you're really talking

12   about a package of services.  The

13   nutritional alone is simply not going to

14   work for this individual at that time.

15   It would have needed to be tied to a

16   coordinated program, integrated into her

17   counseling, her diabetic and disability

18   management, that's not only managing the

19   diabetes, but is working to manage the

20   mental health, that's managing the --

21   the obesity, that's managing all of the

22   components that are made worse by the

23   diabetes and that make the diabetes

24   worse.

1    So that's the only issue I'm having
2    in trying to answer the nutrition with a
3    yes or no, is that it's not limited to
4    the nutrition.  You wouldn't do it in
5    isolation, because it all becomes part
6    of the package at that point.
7    BY MR. SULLIVAN:
8        Q    The way I'd like you to consider
9    this in my question is that what you have in
10   front of you are the medical records that I
11   just showed you, and the others that you've
12   reviewed showing the risk factors we just
13   discussed, as well as the readings that were
14   on those lab reports, and the statements that
15   were recorded in the records.
16       With that information in hand,
17   and your full review of the medical records
18   and no more, would you have recommended
19   nutritional evaluation at the frequency that
20   you have in your current report?
21       MR. BRUDNER:  Object to the
22   form.
23       THE WITNESS:  First, I'm going
24   to say, yes, but I can't leave it at

1    with respect to diabetes.
2    BY MR. SULLIVAN:
3        Q    I think I know the answer to
4    this, but I'll ask it.
5        A    Maybe I'll give you a different
6    answer just to shake things up.
7        Q    Is it fair to say that if
8    Miss Burns had come to you before August 16,
9    2003, the date of onset you have in your
10   report, with the medical history that we just
11   discussed, including those glucose readings
12   and statements in the records, that you would
13   also have recommended to her case management
14   along the lines of what you've recommended in
15   the report in this case?
16       A    Well, the answer is yes.  And,
17   actually, we have already talked about that,
18   so --
19       Q    Okay.  I see in the report under
20   "Allied Healthcare Evaluations," one of your
21   recommendations is for a disabled driver for
22   neuropathy; do you see that?
23       A    Right.
24       Q    Do you -- do you know what other

1    that, because my problem is with one
2    part of your question.  And that's the
3    two-word phrase, "risk factors" because,
4    unlike some of these other cases where
5    we clearly are talking about risk
6    factors, this one goes a little bit
7    beyond in that there are suggestions
8    that, at least at some points, even if
9    she came out of glucose readings that
10   suggested diabetes, there were times at
11   which she, in the record, actually had
12   statements that diabetes existed.
13       Now, my understanding -- and this
14   is my understanding -- is that once
15   diagnosed diabetic, you're considered
16   diabetic, even if your glucose readings
17   from that time forth are -- are under
18   control and stable and outside ...
19       the -- the clinical guidelines for a
20   diagnosis of diabetes that you never
21   actually are then considered
22   nondiabetic.  But, I'll leave it up to
23   an endocrinologist to talk about that,
24   and that's just been my understanding

1    pains she was having at -- even before she
2    developed -- or even before August 16, 2003?
3        A    You want me to just go over
4    them?
5        Q    Physical pains, yes.
6        A    I am assuming that's what you
7    meant.
8        Q    Yeah.
9        A    Well, I went over her pain as it
10   existed at the time I saw her, but I believe
11   many of these preexisted, so let me ...
12       Q    Well, let me ask you this.
13       A    Let me see if I -- oh, I was
14   going to say, let me see if I could separate
15   them here, but go ahead.  You want to ask
16   another question first?
17       Q    Are you aware that she had
18   radiculopathy before?
19       A    Sure.  And the fibromyalgia,
20   chest pain, were all talked about.  And she
21   complains, although -- I'll break it down
22   into specifics, but post, she's -- or to me,
23   on the day of evaluation, she's complaining
24   of very significant pains in her feet and

1  legs, her hands, and ... I can be very
2  specific in breaking that down.  But that's
3  where she's describing her most significant
4  pain, you know, some of which, you know, is
5  by description exacerbated by her peripheral
6  neuropathy.  But I think some of it, you
7  know, has to be related, and I'll leave it up
8  to the doctors to describe.  And to some
9  extent, actually, Dr. Elzawahry,
10 E-L-Z-A-W-A-H-R-Y, does that for us, because
11 we specifically tried to ask of the -- of the
12 pain medication that you're giving her,
13 what's associated with the diabetic
14 neuropathy, and what isn't.  He says 80
15 percent is associated with the diabetic
16 neuropathy.
17        And ... so ... he has an
18 opinion, at least, as to what percentage of
19 this hand, foot and leg pain is associated
20 with the diabetic neuropathy versus what
21 preexisted.
22    Q    Actually, you've ... I'll get
23 back to that because I don't want to jump
24 topics, but --

1      A    Well, certainly ... I don't know
2  that it's reason alone to give her the
3  driving eval.  It's reason for the doctors
4  to -- to state for her whether she should
5  drive while on that medication or not.  You
6  wouldn't give her a driver eval because of
7  that.  The driver eval is really because of
8  the extent of the peripheral neuropathy, the
9  diabetic neuropathy, and the amount of
10 problems she's having associated with that.
11        When you combine the two, you
12 have to question whether or not, between the
13 medication and the peripheral neuropathy,
14 perhaps she shouldn't be on the road.  At
15 some point, you have to start ... piling up
16 the circumstances and look at them together.
17 But the neuropathy alone is absolutely reason
18 to give her a driver eval, and then when you
19 add the medication into it, it's an
20 exacerbating factor.
21    Q    How about if you add in the
22 other physical pain that she's having, like
23 the radiculopathy, the fibromyalgia?
24    A    Yeah.  Generally speaking, pain

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1      A    Sure.
2      Q    Is there anywhere in your
3  clinical evaluation with -- of Miss Burns
4  that she mentions difficulty driving?
5        (Pause.)
6      A    Under the driving category, she
7  states ... well, it's not a quote, so I'm
8  just paraphrasing her.  She can drive but
9  there are times that she feels she should not
10 drive, so she doesn't.  She had a traffic
11 accident last week -- this is referencing
12 from the time of evaluation -- a minor
13 fender-bender.
14        She usually checks her blood
15 glucose before she drives.  She does not
16 drive if she has just taken the Methadone
17 that she's on.  Thank goodness.  At least
18 she's showing commonsense there.  But, you
19 know, I think, frankly, some of the
20 medications she's on, you know, that alone is
21 reason for her to stay from behind the wheel
22 when she's just taken it.
23    Q    Is that reason alone to give her
24 a driver evaluation?

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  is not a factor for not driving.  It's a
2  distracter.  And so if you have ... you know,
3  if you have a diabetic neuropathy, and you
4  have the medications she's taking for that
5  pain, and she's upping the medication in
6  response, she's taking a PRN because of
7  increased pain, then you have a real problem.
8  Pain by itself usually isn't the issue.
9      Q    Do you know whether -- well,
10 strike that.
11        How about her mental health
12 disorders, can they also be a reason for her
13 to have a driver evaluation?
14    A    If they're serious enough,
15 certainly they can be.  If she has actual
16 thought disorders, you know, one would be
17 concerned about that.  But if she's been
18 driving and they've not, in and of
19 themselves, caused her to lose her license or
20 been a factor that's created accidents,
21 caused her to have problems with driving,
22 then it's hard to say that that would be a
23 factor for requiring a handicapped driver
24 evaluation.

1    But, certainly, it would depend
2  on whether or not, for example, if she had
3  depression with psychosis, she actually had a
4  psychotic break during any of those kinds of
5  problems, then I certainly would expect the
6  doctors to take her off the -- off the road.
7    But, generally speaking, with
8  her mental health history, as significant as
9  it's been, I -- I don't think it's been a
10  problem with her driving, except during times
11  when, for example, if she'd ever been
12  hospitalized for a suicide attempt, and then
13  she wouldn't be driving, anyway.
14    Q    Hospitalized for a suicide
15  attempt; I didn't understand that.
16    A    I said, if she had ever been
17  serious enough, for example, in depression
18  that she attempted suicide and been
19  hospitalized for it, she'd already be off the
20  road, so it wouldn't be an issue, but
21  generally --
22    Q    Well, we've already agreed that
23  she's had previous suicide attempts, right?
24    A    Right.  I just said that if she

1  a note.
2    (Pause.)
3    A    I did not.
4    Q    Okay.  We've marked as Exhibit
5  34 -- I'll correctly refer to it as Exhibit
6  34 this time -- the letter that just came in
7  today from Dr. Elzawahry, answering some of
8  the questions that you had with regard to
9  Miss Burns.  And you just referred to the
10  answer to your second question, and the
11  question was:  Janice is currently on
12  Methadone and Lyrica.  Are these medications
13  being prescribed for the pain associated with
14  diabetic neuropathy?  And the answer is:
15  Yes, 80 percent.  Do you see that?
16    A    Yes.
17    Q    One thing that this answer
18  indicates to us is that those drugs are being
19  prescribed to Miss Burns for something else,
20  as well, correct?
21    A    That's correct.  And please
22  understand, I have not been through this
23  letter fully myself, nor have I had a chance
24  to adjust this report in relation to it.

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  was serious enough in terms of her depression
2  or anxiety, and that related to a suicide
3  attempt, and she was hospitalized for that,
4  she'd already be off the road.
5    So, until -- she wouldn't be
6  released until, theoretically, she was
7  better.  And the doctor would, I would
8  assume, at that point, give instructions to
9  family members as to the appropriateness of
10  driving or not driving on any medication on
11  which she was released.
12    So, at that point, I doubt that
13  anybody ordered a handicapped driver eval or
14  reported her to the Department of Motor
15  Vehicles with respect to her license.  To my
16  knowledge, that never happened and was never
17  an issue.
18    Q    Do you -- are you aware that her
19  posttraumatic stress disorder is as a result
20  of a car accident?
21    A    I can't tell you that I was
22  aware of that -- of that being the basis for
23  her diagnosis.  Although I will tell you in
24  two seconds, actually, if I took that down as

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  And, clearly, for example, I'm going to have
2  to make an adjustment with respect to the
3  Methadone and the Lyrica, based on what he's
4  saying.
5    Q    If ... Miss Burns had to be on
6  Methadone for pain, regardless of the
7  percentage as allocated against diabetic
8  neuropathy --
9    A    You mean, pain medication, not
10  on pain.
11    Q    I thought I said on Methadone
12  for pain.
13    A    No, you said, if she had to be
14  on Methadone or pain.
15    Q    Oh, I'm sorry.  Let's start
16  again.
17    If Miss Burns had to be on
18  Methadone for her pain, for some reason other
19  than diabetic neuropathy, and then she got
20  diabetic neuropathy, and the Methadone helped
21  for that, as well, is there any reason that
22  you would allocate costs for Methadone to
23  diabetes?
24    A    I would not.  If she was on it

1    fully at the same prescription, with no
2    change, and then developed diabetic
3    neuropathy, and the doctors just continued
4    the same level of Methadone, my typical
5    approach in a life care plan, or in a
6    rehabilitation plan, 'cause that's what we're
7    working with here, would be not to add costs
8    associated with the diabetic neuropathy.
9        So, you know, my understanding
10   here was a little different.  But if it's
11   demonstrated to me that I'm wrong, that she
12   was actually prescribed Methadone and Lyrica
13   prior to the diabetic neuropathy, and it
14   remained unchanged, even though I have this
15   comment that it's 80 percent for the diabetic
16   neuropathy, then that would, in fact, have a
17   significant impact.
18     Q   Well, my question was only as to
19   Methadone, just so we're clear.
20        What evidence do you have that
21   supports your belief, if you have this belief
22   at all, that Methadone was prescribed to
23   Miss Burns only after she got diabetic
24   neuropathy?

---

1    it shows it was prescribed by Elzawahry,
2    E-L-Z-A-W-A-H-R-Y, so you don't have to go
3    back and look it up again.
4        The Lyrica, the Methadone; do
5    you see that?
6     Q   I do.  So, in her responses to
7    you, she attributed Lyrica and Methadone 100
8    percent to her neuropathy; is that correct?
9     A   She did.  Elzawahry, as you
10   know, said 80 percent.
11     Q   So the doctor had something
12   different to say from what Miss Burns told
13   you; fair to say?
14     A   Fair to say.  Not usually
15   different, but fair to say.
16     Q   Your question to Dr.
17   Elzawahry -- Janice is currently on Methadone
18   and Lyrica, are these medications being
19   prescribed for the pain associated with
20   diabetic neuropathy -- doesn't distinguish
21   for the doctor between Methadone and Lyrica,
22   but rather lumps them together in one
23   question, correct?
24     A   Well, that's true.  They're both

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1     A   It's strictly from my -- our
2   asking the patient what the medication was
3   that she was receiving, and specifically the
4   purpose of its prescription, whether she was
5   on it before and whether or not it was -- and
6   what it was being prescribed for.
7        She said it was being prescribed
8   specifically for the neuropathy, and so we
9   wrote to the doctor and asked -- well, you
10   saw -- you could see what we asked.
11        So, I have nothing more than
12   that.  And if, in fact, it proves not to be
13   correct, that's going to have an impact.
14     Q   Where did you document in your
15   report that she told you she was taking it
16   for -- Methadone for diabetic neuropathy?
17     A   Under "Present Treatment".
18     Q   What page is that at?
19     A   Oh, I'm looking at my notes, so
20   I'll have -- I'll have to get to that.  Hold
21   on just a moment.
22        (Pause.)
23     A   Page six, under "Medication" --
24   the Methadone would be on page seven, where

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1    for pain, and she's taking them both for the
2   neuropathy, so we did -- we did ask them
3   together.  That's true.
4     Q   And it could be that the doctor
5   was thinking Lyrica is 100 percent for
6   neuropathy, and Methadone is 90 percent for
7   pain and 10 percent for neuropathy; couldn't
8   it?
9        MR. BRUDNER:  Object to the
10     form.
11        THE WITNESS:  Sure.  But he has
12     a large space to answer.  He came back
13     with 80 percent.  It's hard for me to
14     believe that if he had that distinction
15     he wanted to make, he wouldn't have
16     written it.  But I'll give you a yes.  I
17     mean --
18   BY MR. SULLIVAN:
19     Q   That's the way the question's
20   phrased.
21     A   But there was nothing in there
22   that said, you have to answer it and average
23   them together.  He could have -- I mean, he
24   made the -- the clear distinction of saying,

**Page 41**

1  I'm using pain medication 80 percent for the
2  diabetic neuropathy and 20 percent for other
3  pain.  He could very easily, if he thought it
4  were appropriate, to have said, you know, the
5  Lyrica is for nerve-based pain and that is a
6  different percentage; and the Methadone is,
7  you know, used for this, and that's -- that
8  percentage is different.
9        And I clearly think that was the
10  thought process.  If he's already breaking it
11  down, it would not have taken him but a few
12  extra pen strokes to make that clear.  But,
13  you know ... you're able to ask him.
14    Q    And you didn't ask Dr. Elzawahry
15  whether Miss Burns had been taking either of
16  these medications before she was diagnosed
17  with diabetic neuropathy, correct?
18    A    That's true.  I did not make a
19  separate question regarding that.  That's
20  absolutely true.
21    Q    So you don't know the answer to
22  that question, correct?
23    A    Other than from her, I
24  absolutely do not.  You're absolutely

**Page 43**

1  alone, I would reduce them by 20 percent
2  with the dollar amounts.
3    Q    Okay.
4    A    And so if you get to Dr. ... is
5  it Raffa that you're taking Thursday?
6    Q    Yes.
7    A    Okay.  Well, then, clearly, you
8  would ask Dr. Raffa, you know, to do a
9  reduction of 20 percent on the Lyrica and the
10  Methadone if -- I mean, I'll try to get to
11  him before then, but --
12    MR. COUTROULIS:  Well, I'm not
13  sure I can ask him to do that.  Maybe
14  you should ask him.
15    THE WITNESS:  I'm going to do my
16  very best.  I just have to remember to
17  get that done and ... let's see if I can
18  make a note here.  I just bumped a lot
19  of today to tomorrow.  I have doubled up
20  tomorrow, and whether I can get to him,
21  but I'll do my best.  I'll try and call
22  him tonight if I can.  Let me make a
23  quick note to do that.
24    (Pause.)

10/7/2008  Deutsch, Paul M. (Volume 2)

**Page 42**

1  correct.
2    Q    And we already know that, to
3  some extent, her answer with regard to
4  Methadone and Lyrica differs from that of her
5  doctor's answer, correct?
6    A    It's her best patient
7  understanding which can easily be different
8  than what the doctor's thinking is, because a
9  lot of doctors don't ... you know, don't
10  break it down that clearly to a patient,
11  particularly one like this, whose
12  understanding's going to be somewhat limited.
13    Q    But the doctor's understanding
14  will be better than the patient's
15  understanding?
16    A    Oh, clearly.  I'm just trying to
17  make the distinction that I don't think that,
18  in this instance, her answer to me is with
19  malice or forethought.
20    Q    Well, we can agree, at least,
21  that the amounts that you have in your
22  current report for Methadone and Lyrica, need
23  to be reduced in some fashion?
24    A    Well, I would -- based on this

10/7/2008  Deutsch, Paul M. (Volume 2)

**Page 44**

1  BY MR. SULLIVAN:
2    Q    By the way, are you aware that
3  she was ambulating with a cane before
4  August 16, 2003, because of her hip problems?
5    (Pause.)
6    A    Well, clearly, if we included --
7  if I included a cane --
8    Q    No, that's not where I'm going.
9    A    -- in the plan, then the fact of
10  the matter is, I was not aware.  So, if you
11  have it in there -- are you saying it is?
12    Q    No, not at all.  I haven't seen
13  it in there.
14    A    Oh, I'm sorry.
15    Q    Nor have I seen a cane in your
16  recommendation.
17    A    Okay.
18    Q    I think I was using --
19    A    Well, no, there is a cane shown
20  prior, in prior notes.
21    Q    There you go.
22    A    But I thought you were meaning
23  that I also included it in my plan, and I
24  misunderstood the question.

1    Q    No, simply is an indication of

2  the extensiveness of the pain she was having.

3    A    Oh, no, I understood.

4    Q    Had you seen a note in the

5  Social Security disability document, that is,

6  the last part of Exhibit 33 where ... the

7  examiner who did the physical indicated:  It

8  is extremely difficult for me to determine

9  whether or not this patients is able to work,

10  based on her psychiatric illness, major

11  complaint -- puts in paren -- and it is

12  possible that the left hip is more disabling

13  than her psychiatric illness?

14    A    Yes.

15    Q    Are you aware of the extent of

16  her physical disabilities?

17    A    Yes.

18    Q    Do you know whether she was

19  taking Methadone for pain in her hip?

20    A    I am not aware of her taking

21  Methadone for pain in her hip.

22    Q    Okay.  Is there an exercise

23  recommendation that you make in your report?

24    A    In the recommendations?

---

1    Q    Yeah.

2        (Pause.)

3    A    I think there's ... just a

4  recommendation that she should be part of a

5  wellness program.

6    Q    And what is a wellness program?

7    A    Basically, it's a hospital-owned

8  -- usually it's related to a hospital --

9  owned physical fitness program.

10        Reason I recommend it for a lot

11  of patients is because, although you're not

12  getting physical and occupational therapy,

13  the programs are supervised by P.T. and O.T.

14  physical therapy and occupational therapy, so

15  you have the benefit of that instruction and

16  oversight within the facility without

17  actually paying for it.  And for a lot of

18  these patients, frankly ... it just makes

19  good sense, particularly when you have the

20  history of physical disability that a lot of

21  these patients have.

22    Q    Don't you also recommend that

23  she join the Y?

24    A    I did recommend that she join

---

1  the Y.

2    Q    For --

3    A    Because of low-impact exercise

4  that's available to her.

5    Q    Has any doctor ever recommended

6  that, that you're aware of?

7    A    I don't think any doctor ever

8  addressed the issue of needing to get these

9  people exercising and part of a coordinated

10  program.  So, no, I don't think anybody ever

11  has discussed -- I mean, they've noted the

12  obesity; they've noted a lot of the

13  comorbidities that we've talked about, but

14  has anybody ever actually sat down and said,

15  look, we need to design an overall program

16  and address it, and the answer is, I don't

17  see where it's ever been addressed.

18        So saying, look, one of the

19  things you should do is join the Y and get in

20  the pool, because it's low impact -- and for

21  her, exercise makes sense, but the reality

22  is, as we've noted, the hip and some of these

23  other issues in terms of physical injury,

24  make low-impact exercise important.

---

1        And so recognizing she needs it,

2  but recognizing that preexisting

3  comorbidities as we've been talking about for

4  her make regular exercise regimes more

5  difficult.  Using low-impact exercise in the

6  swimming pool makes good sense.  Joining the

7  Y is just commonsense.

8    Q    Well, taking it outside of, or

9  beyond just commonsense, do you know whether

10  or not there are any risks involved with her

11  doing such exercise, given ... her diabetes,

12  her diabetic neuropathy, or any of her other

13  physical conditions?

14    A    Well, there are risks if, for

15  example, she was going in the pool with an

16  open wound, a diabetic ulceration, anything

17  of that nature, certainly she should stay

18  away from it.  We'd have to have P.T. or O.T.

19  making alternative recommendations.  It's one

20  reason why I suggested that she be part of a

21  wellness center as well as part of the Y.

22  That way, we have a P.T. -- I'm sorry, for

23  the record, physical therapist available to

24  make recommendations before she would

1  undertake any low-impact exercises, or use
2  any machines at the wellness center.  So
3  that, clearly, if there were issues, both her
4  treating doctor and an available physical
5  therapist could make recommendations as to
6  what will work for her and what won't work.
7      Q    What are you recommending that
8  she do inside the pool at the Y?
9      A    Well, frankly, the advantage we
10  have here is, by being part of a wellness
11  center, we have a P.T. -- I keep doing
12  that -- a physical therapist who can be very
13  specific about what she does.  Because any
14  physician is going to recommend that a
15  physical therapist design a regimen for her.
16          I'm trying to find a way to do
17  it without it costing additional dollars in
18  the plan.  You know, whether it's simply
19  walking in the pool, whether it's -- you
20  know, because they have exercise bars where
21  she can hold on and flutter kick.  I mean,
22  there's all sorts of low-impact exercises,
23  depending upon what she can tolerate and what
24  they would like her to do.  So, there's a

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  range of things that can be accomplished, and
2  I think it's up to the physical therapist and
3  the doctor to make that decision.  I'm simply
4  making the opportunity available to her.
5      Q    Are you ... have you ever had an
6  instance where you recommended such physical
7  therapy for a patient with diabetes?
8      A    We do it all the time as with
9  our diabetic patients who are ... dealing
10  with diabetes as a secondary diagnosis to
11  another primary disability, or who develop
12  their primary disability as a result of the
13  diabetes.
14          In other words, they develop
15  their amputations as a result of the
16  diabetes, or who have diabetes in addition to
17  the fact that they also happen to be spinal
18  cord injured, or traumatically brain injured
19  or whatever.  So, it's something that we deal
20  with all the time in addition to other
21  associated disabilities.
22      Q    My question is not geared toward
23  patients who have other subsequent
24  complications to diabetes, or also happen to

1  have diabetes, but have a primary problem.
2  I'm talking about a patient for diabetes with
3  diabetes, have you ever had an instance where
4  you've recommended such wellness care and to
5  join a Y for exercise?
6      A    Well, we've already established
7  long into -- you know, whatever, 16 hours
8  ago, or 12-14 hours ago -- that I have not
9  dealt with cases before this, where we were
10  dealing with setting up recommendations
11  solely for the purpose of diabetes.
12          Of course, again, these are --
13  these are cases that also have other
14  significant complicating factors, but
15  although we've dealt often with diabetes,
16  usually we don't deal with diabetes outside
17  other complicating factors, and we've already
18  established that, so the answer has to be,
19  no.
20      Q    No, okay.
21      (Pause.)
22      Q    The non-prescription medications
23  that you recommend, are those all as a result
24  of what Miss Burns told you?  Merilax, stool

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  softeners, and Aspirin?
2      A    Yes.
3      Q    Well, the Aspirin you've
4  recommended on the basis of clinical practice
5  guidelines, that's on your own?
6      A    Right.  And a lot of this is the
7  result, quite honestly, of the secondary --
8  the side effects of the Methadone she's
9  taking.
10      Q    Has any doctor recommended stool
11  softeners or Merilax for Miss Burns to take
12  for side effects of Methadone?
13      A    I don't think -- I didn't ask --
14  I don't remember talking to any of the
15  doctors, asking any of the doctors about it.
16  But it's such a common side effect of any of
17  the narcotic medications, we see most of the
18  patients developing bowel motility problems
19  and getting constipated.
20      Q    Okay.  Did Miss Burns say that
21  she was having those side effects?
22      A    Constipation?  Sure.  That's why
23  she's taking the Merilax and the stool
24  softener.

1      Q    She's already taking those;

2   that's what she told you?

3      A    Right.

4      Q    Okay.

5      A    Oh, yeah.  I wouldn't be

6   bringing them up other than for that.

7      Q    Okay.  The equipment supplies

8   section of your report for Miss Burns, are

9   those solely based on what she told you?

10     A    Right.

11     Q    Do you see that the last one is

12  for a cane used secondary to diabetic

13  neuropathy?

14     A    Yes.

15     Q    Do you recall we already talked

16  about the fact she had already --

17     A    We did.  And, you're right.  I

18  ... I think we did have a note that she was

19  using a cane ... pre, and if -- if -- and I

20  will confirm that note and deal with that if

21  I can confirm it, and I'm pretty sure I do

22  have a note in there about that.

23     Q    And if you do, then we'll strike

24  it from the report.

1   to -- tried to ask what she wanted

2   specifically and solely for the diabetes.

3      Q    Well, if Miss Burns was seeing

4   her PCP 12 times a year, there hardly seems a

5   need to add four additional times for

6   diabetes care that could be taken care of

7   during her other visits; fair to say?

8      A    I would say, if she was

9   averaging once every single month, and didn't

10  need -- and was incorporating her diabetes

11  care into that, and that was regular and

12  ongoing, I couldn't disagree with you.

13     Q    And then if that were the case,

14  we'd remove that cost from your report?

15     A    I could disagree with that.  I

16  mean, if Yauch had a different opinion when

17  you talked to her, if she said, no, I needed

18  these four times, or I didn't expect the

19  once-a-month to continue on an ongoing basis,

20  I'll let her deal with that.

21          But, to be perfectly frank ...

22  it seems to me that if she was seeing her and

23  expected to continue seeing her 12 times a

24  year, which seems awfully high to me, on an

1      A    Right.

2      Q    Okay.

3          (Pause.)

4      Q    And I'd like to finally ask you

5   about the medical care recommendations.

6          The first one is ... that she

7   see her primary-care physician four times a

8   year; do you see that?

9      A    I see it.  What did you ask me,

10  though?  I didn't hear it.

11     Q    I just asked you whether you see

12  that's your recommendation.

13     A    Oh, yes, I see it.

14     Q    Do you know how often she was

15  seeing her primary-care physician before

16  August 16, 2003?

17          (Pause.)

18     A    I don't.  I do know what she

19  told me was the frequency she said she's been

20  seeing her most recently, but I didn't use

21  that, either.  She said she was seeing her

22  once a month.  But Dr. Yauch -- I'm sure I'm

23  pronouncing that wrong, Y-A-U-C-H -- gave me

24  her recommendation, and I used that and tried

1   ongoing basis into the future, it'd be hard

2   to believe you couldn't incorporate these

3   four visits within that.

4          (Pause.)

5      A    Let me make a note, please,

6   before you go on.

7      Q    Sure.

8      A    Because I'll never remember this

9   stuff later.

10         (Pause.)

11     Q    Okay, go ahead.

12     Q    Next, you have a recommendation

13  for laboratory exams from Dr. Yauch again?

14     A    Right.  And they're repeated by

15  ... Elzawahry.

16     Q    Do you know whether Miss Burns

17  would have received any of these laboratory

18  exams before August 16, 2003?

19     A    Well, first of all, if she was

20  on any pain medications pre, as some of your

21  questions would suggest, no question, you

22  would have had to have liver function.

23          Now, I'm talking as a case

24  manager, and from my area of specialty as

1    a -- as a rehab expert, and not as an M.D.

2    But one would have expected liver-function

3    studies for any pain medication she was on.

4          Whether or not she would have

5    had any of the others, I'll leave to the

6    endocrinologist and Dr. Yauch. He's

7    basically recommending ...

8          MR. COUTROULIS: She.

9          THE WITNESS: Elzawahry's a she,

10    also?

11    BY MR. SULLIVAN:

12        Q  No, Yauch.

13        A  No, I'm referring to

14    Elzawahry --

15        Q  Okay.

16        A  -- when I was saying "he". And

17    he's basically recommending actually a -- a

18    couple of additional besides the one she's

19    recommending. So I'm going to have to look

20    those up and try and get some sense of what

21    may have been related to pre ... even though

22    I asked -- periodically, I've worked the

23    Montro [ph] medication regimen and diabetes,

24    and ... we're going to probably run into some

---

1        Q  If you take a look at Exhibit

2    34, that's the letter from Elzawahry. How

3    often does she recommend that Miss Burns

4    visit a neurologist, that being Dr.

5    Elzawahry, every year?

6        A  Three to four times a year for

7    ongoing ... treatment of ... well, he says,

8    both monitoring the diabetes and the diabetic

9    neuropathy. But ... it's some kind of ...

10    some kind of ... merging has to take place

11    here. You're not going to have three to four

12    times a year with Yauch, even forgetting the

13    other issue we've already dealt with, we've

14    already discussed.

15          Let's assume Yauch said three to

16    four, and she wasn't seeing a primary care

17    before. And he's saying, three to four,

18    we're not going to have her being monitored

19    by the neurologist three to four times a year

20    for monitoring the diabetes and the diabetic

21    neuropathy and then separately see a primary

22    care. So you would, either because of the

23    diabetic neuropathy, move that monitoring

24    over to the neurologist and drop it from the

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1    similar issues as we've talked about before.

2        Q  Well, let me ask the broad

3    question then. Maybe we can end it with

4    that.

5          Would you agree with me that it

6    would be proper not to include in your

7    costing for a laboratory exam, any exams that

8    Miss Burns would or should have undergone

9    before August 16, 2003, the date that you

10    have for onset of diabetes?

11        A  I agree, unless they've

12    increased the frequency because of the

13    diabetes. And that's up to the doctors to

14    explain. But if they were going to do it

15    once a year before and now need to do it

16    twice, we should include once. But the only

17    thing that belongs in here is what

18    specifically and solely results from the

19    diabetes, based on the assumption that the

20    diabetes is a -- for lack of a better

21    phrase -- a post-morbid onset.

22        Q  Okay. And that's true in all

23    six cases, correct?

24        A  Yes.

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1    primary care, or you're going to have to work

2    out something. You wouldn't end up with

3    eight visits a year.

4        Q  Right. No double counting, or

5    no doubling up of visits for the same

6    purpose?

7        A  It would seem to me to be --

8          MR. BRUDNER: Object to the

9    form.

10          THE WITNESS: It would seem to

11    me to be of concern, not just because of

12    the dollars here. That's one realistic

13    and reasonable issue to be concerned

14    about. But you have another issue, and

15    that's the potential you have, if you

16    don't have a case manager, of ... two

17    different doctors prescribing two

18    different sets of medication, and nobody

19    monitoring what's going on.

20    BY MR. SULLIVAN:

21        Q  Well, in the real world, that's

22    a problem we have, but in this case, it's not

23    really a problem because this report has

24    never been given to a doctor or to

1    Miss Burns, correct?

2        A    Well, that's true, but,

3    theoretically, she's seeing both of these

4    doctors.  And so both of them are saying, I

5    want to see you three to four times a year.

6    And she does.  And she follows up and goes to

7    both of them.  Then it, in fact, could be a

8    real-world problem.

9        Q    We can also agree that even if

10   you do chip away some of those three to four

11   times a year visits, either from Dr. Yauch or

12   Dr. Elzawahry, because they're both

13   addressing diabetes monitoring, that the 12

14   times per year that you recommend in your

15   report for Miss Burns to see a neurologist,

16   is too high?

17           (Pause.)

18       A    Well, no question.  What we --

19   we understood that -- and I think it's her

20   confusion, perhaps -- we understood her to

21   say, and I think maybe she was confused, that

22   this was the frequency on which she was

23   seeing -- and it may have been initially, as

24   they were titrating narcotics, this was the

---

1    downward the number of visits that you have

2    in your report, correct?

3        A    True.

4        Q    Okay.  Dr. Elzawahry, in Exhibit

5    34, recommends ... is it an annual visit to

6    the podiatrist, one time per year?

7        A    Actually, he doesn't say.  He

8    just says, podiatry based on foot condition.

9    She currently has ulcerations.  So he doesn't

10   say, frequency.  He just says, podiatry, yes.

11   Optomo -- Ophthalmology -- that's not coming

12   out right, is it?

13       Q    I'm sure Richard typed it

14   correctly.

15       A    He's typing it correctly.

16           Ophthalmology, yes, annual

17   unless there are complications.

18           Internist, he says, already

19   treating with Dr. Yauch.

20           Other, he says, psych, yes,

21   based on psych.  I'm assuming he means based

22   on previous condition.

23           Then other pain management, yes,

24   21 to ... oh, no, I'm sorry, one to two

---

1    frequency she was seeing Elzawahry, and so

2    that's what we used.

3           But perhaps what we've got here

4    is Dr. Elzawahry having stabilized her on her

5    Methadone and her Lyrica, because it's not

6    unusual at all to start out with seeing

7    somebody who's on Methadone, that frequently.

8    But, no question, that he's now saying three

9    to four times a year, he's happy with.  But

10   there clearly has to be an adjustment in the

11   frequency of follow-ups between the doctors.

12           And not only just the

13   neurologist at this point, but ... the

14   neurologist, the primary care, how we're

15   dealing with the medications.  I don't know

16   whether it's best to follow-up and call Dr.

17   Elzawahry and work this out, or how we'll

18   accomplish it, but clearly, it has to be

19   accomplished.

20       Q    And the adjustment will have to

21   be downward in the number of visits, correct?

22       A    Oh, that's absolutely true.

23       Q    And when we talk about the

24   adjustment, we're talking about adjusting

---

1    months.

2        Q    What's that symbol before the

3    "one" in that?

4        A    I take that to be a zero.  We'll

5    call his office to clarify.  But I'm ...

6    let's see what else he says here.

7           Oh, then he talks about -- he

8    says, all diabetics would benefit from this,

9    referring to the need for a nutritionist.

10   Then he has a comment here.

11           (Pause.)

12       A    Needs good internal medicine

13   physician to be a gatekeeper and monitor

14   meds, labs, tests.  Should have only one to

15   two ... providers of medications.  Patient

16   has multiple ... doctors and ... that's kind

17   of what we've been talking about.

18       Q    Well, you haven't been talking

19   about that.  You've been talking about a case

20   manager, Dr. Elzawahry, talking about a

21   physician, correct?

22       A    Oh, no, no, I don't mean that.

23   We've been talking about multiple doctors

24   doing multiple prescriptions --

10/7/2008 Deutsch, Paul M. (Volume 2)

1    Q  Okay.

2    A  -- and needing to -- the concern

3  about too many doctors, or too many

4  prescriptions coming from multiple doctors.

5  That's what we were talking about.

6    Q  To state it differently then, we

7  can agree that Dr. Elzawahry, in the

8  additional comments or suggestions section,

9  did not recommend case management, correct?

10    A  No.  And most doctors don't

11  really understand or utilize case management.

12  That's something that insurance carriers use,

13  that whether it -- I mean, all the carriers

14  tend to use it because doctors -- frankly, a

15  primary-care doc is a good gatekeeper when it

16  comes to working with other doctors.

17    Case managers coordinate, not

18  just doctors, but all other aspects of care.

19  They make use of all components of -- of case

20  care, not just physician, but allied health

21  professionals, as well as all replenishable

22  and durable medical goods, they're

23  coordinated, all of the -- basically all of

24  the components of care, and that's why case

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1  managers become so critical for a lot of

2  these, both personal injury and healthcare

3  carriers.

4    Q  In fact, Dr. Elzawahry not only

5  does not recommend the case manager but

6  instead recommends that a physician be the

7  person who'd be the gatekeeper and monitor

8  meds and labs and tests; isn't that true?

9    A  Well, first of all, it's not

10  that he doesn't recommend a case manager.  He

11  doesn't address the issue, and you're right,

12  he's recommending a primary care doctor, or

13  an internal medicine physician, but only

14  specifically to monitor the medical portion,

15  the labs, the tests, the drugs, not even

16  procedural issues, but specifically he lists

17  those three items.  I don't have a problem

18  with that, because that's not inconsistent

19  with still using a case manager.

20    Q  We went over the complications

21  that you listed in each of the reports last

22  week a lot.  There's one question I'm not

23  sure I asked you.  There's a long --

24    A  You got to be kidding.  There

---

1  can't be a question you didn't ask me.

2    Q  There's a long list of

3  complications that you put down in this

4  section.  Do you have any understanding

5  of ... the percentages of -- the percentage

6  of diabetes patients who get any of these

7  complications?  Do you understand that

8  epidemiology?

9    MR. BRUDNER:  Object to the

10    form.

11    THE WITNESS:  Actually ... I

12    would ... although there is some

13    research out there, I would tend to

14    argue that there is not sufficiently

15    accurate research to suggest any

16    reasonable probability of being able to

17    predict, with accuracy, the numbers of

18    individuals who are at risk for

19    developing specific complications, which

20    is one reason why you can't put it into

21    any kind of rehabilitation or life-care

22    plan.

23  BY MR. SULLIVAN:

24    Q  My question is a little

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1  different.  It's not about prediction, but

2  about your knowledge of the percentage of

3  diabetes patients who actually have gotten

4  these complications?

5    MR. BRUDNER:  Same objection.

6    THE WITNESS:  No, I think my

7    question -- answer is that, but the

8    bottom line is, no, I don't think there

9    are accurate statistics out there.

10    There are some statistics, but I don't

11    believe that -- certainly, I can't quote

12    them.  And, again, I don't think there

13    are accurate statistics out there

14    sufficient to be able to tell us that.

15    MR. SULLIVAN:  Okay.  Take a

16    short break.

17    I think I'm done with Burns.

18    THE WITNESS:  I could certainly

19    use that.

20    MR. BRUDNER:  Me too.

21    (Recess taken from 2:07 p.m. to

22    2:17 p.m.)

23    DIRECT EXAMINATION

24

1    BY MR. COUTROULIS:
2          Q    Dr. Deutsch --
3               THE WITNESS:  We're done with
4          Burns, right?
5    BY MR. COUTROULIS:
6          Q    We've met over the last couple
7    of days of your deposition.  I'm Chris
8    Coutroulis, and I'm going to ask you a few
9    question.
10              I'd like to direct those
11   questions to your report on Linda
12   Whittington.  And I have an extra copy of
13   your report here.
14              MR. COUTROULIS:  Let's go ahead
15         and mark it.  I think it's Exhibit 35.
16         If you prefer to use your own copy,
17         that's fine.
18              (Whereupon, Deposition Exhibit No.
19         Deutsch-35, report on Linda Whittington,
20         was marked for identification.)
21   BY MR. COUTROULIS:
22         Q    Would you identify Exhibit 35 as
23   your report on Linda Whittington?
24         A    Yes.  Just give me one second.

1    on your review of medical records?
2          A    Yes.  I mean, obviously, it's
3    just a summary, it's not all -- everything
4    contained within the records, but it's
5    designed to try and remind me to, as best of
6    my ability, of what's in the medical records.
7          Q    And do you try to list out what
8    you regard as the most important or salient
9    aspects of the medical records?
10         A    I do my best to do so, yes.
11         Q    Now, on page seven of your
12   report, would you agree, sir, that based on
13   your review of the February 4, 2007 record
14   from the Center for Medicine and Psychiatry,
15   that Miss Whittington was in denial about
16   having a psychiatric illness?
17         A    Yes.
18         Q    And that she was paranoid and
19   had persecutory delusions?
20         A    Yes.
21         Q    And, sir, based on an August 13,
22   2007 record from the Center for Medicine and
23   Psychiatry, would you agree that
24   Miss Whittington remained paranoid and that

10/7/2008 Deutsch, Paul M. (Volume 2)

1          Q    Sure.
2          A    I forgot to put Elzawahry's
3    letter in the Burns' file.
4               You want me to identify this?
5          Q    Yes, sir.
6          A    Okay.  This is more than just my
7    report.
8          Q    What else does it contain?
9          A    It contains what looks to be --
10   well, first of all, it contains my CV.  And
11   it also contains parts or a part of ... the
12   section, the referral section of ... the
13   file, on ... fee schedules.
14         Q    Does Exhibit 35 contain, among
15   other things, your complete report on Linda
16   Whittington?
17         A    Yes.
18         Q    I'd like to direct your
19   attention to the medical summary in the
20   report.  Is it fair to say, sir, that the
21   medical summary describes your observations
22   based on your review of medical records?
23         A    Yes.
24         Q    And is that section based solely

10/7/2008 Deutsch, Paul M. (Volume 2)

1    she continued to be in massive denial of her
2    psychiatric illness?
3               (Pause.)
4          A    Yes.
5          Q    And that she was paranoid with
6    persecutory delusions and had poor insight
7    and judgment?
8          A    Yes.
9          Q    Now, sir, you note in several
10   places in your report that Miss Whittington
11   had a history of being noncompliant with
12   medical advice; is that correct?
13         A    Yes.
14         Q    And, again, directing your
15   attention to your report, for example, on
16   January 25, 2005, she was seen at Baptist
17   Medical Center for uncontrolled hypertension
18   and abnormal EKG and chest pain, but she did
19   not want to be admitted, and signed herself
20   out of the hospital against medical advice;
21   is that correct?
22         Q    What page?
23         Q    And if it helps, I'm looking
24   specifically at page 11 of your report.  But

1   you should feel free to look at whatever you
2   like.
3        A   No, it helps me just to go ahead
4   and give me the page number. I'll get there
5   faster, and we'll get out of here a lot
6   faster. And yes, I agree with you.
7        Q   And would you agree, sir, and
8   directing your attention now to page 12 of
9   your report, that on May 24, 2005,
10  Miss Whittington was seen at the Jackson
11  Heart Center for hypertension, but she
12  declined any blood work and refused to
13  increase her medication for better blood
14  pressure control?
15           (Pause.)
16       A   Yes.
17       Q   And would you agree, directing
18  your attention to page six of the report,
19  that in August, 2006, Miss Whittington had
20  elevated blood pressure, but refused any
21  treatment on multiple occasions?
22       A   Yes.
23       Q   Would you agree, sir, directing
24  your attention to page seven of your report,

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1   that in March of 2008, Miss Whittington went
2   to Baptist Primary Care, and the record noted
3   that she had not been following her diabetic
4   diet, exercising, or checking her blood
5   sugars at home?
6        A   Yes.
7        Q   Directing your attention to page
8   eight of your report, would you agree that
9   from May 7 through 14, 2008, she was
10  hospitalized for acute pancreatitis?
11       A   Yes.
12       Q   And is it fair, sir, that your
13  observation, based on your review of the
14  record, was that she had not been checking
15  her blood pressure or her blood sugars?
16       A   Yes.
17       Q   Directing your attention to page
18  five of your report, your report notes that
19  Mrs. Whittington hasn't been back to her
20  treating physician since her hospitalization;
21  is that correct?
22           (Pause.)
23       A   I'm sorry, where are you reading
24  from?

---

1        Q   Page six.
2        A   Oh, no wonder I can't find it.
3            That's correct.
4        Q   And on page five of your report,
5   you note that Mrs. Whittington hasn't been
6   back -- I'm sorry, strike that.
7            Let me direct your attention to
8   page five. Your report notes that
9   Miss Whittington is off all psychotropics; is
10  that correct?
11       A   I'm sorry, again, where are you?
12       Q   Page five.
13           (Pause.)
14       Q   It's about three-quarters of the
15  way down the page.
16           You have a reference to
17  Dr. Harold Boyd --
18       A   Yes, I see it. And yes, that's
19  correct.
20       Q   And do you know whether that
21  currently is the case?
22       A   Unless something has changed
23  since August 1st, I don't have -- I don't
24  think I have anything -- no, I don't. I

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1   don't have anything since -- basically since
2   August 1.
3        Q   So you don't have anything that
4   would cause you to conclude something
5   different from her being off psychotropics;
6   is that accurate?
7            (Pause.)
8        A   No, 'cause even the physician
9   response I have came in prior to that date.
10  It came in July 18, '08, so I don't have
11  anything since then that would change it, so
12  I have nothing that would suggest she's back
13  on them.
14       Q   All right. Have you completed
15  your answer?
16       A   Yes.
17       Q   Thank you.
18           On page five of your report also
19  says that Mrs. Whittington was seeing
20  Dr. Boyd every three months for diabetes
21  treatment while she was on psychotropic
22  medication, and that she still is seeing a
23  Dr. Boyd, even though she's off psychotropic
24  medication; is that correct, and is that your

1   understanding?

2      A   That's my understanding.

3      Q   So, then, your understanding is

4   that she continues to see Dr. Boyd four times

5   a year, on average, for the treatment of

6   diabetes?

7      A   That's my understanding.  And

8   that is who responded to my questionnaire, is

9   Dr. Boyd.  And he also indicates that he

10   wants to see her four times a year.

11      Q   All right.  Now, let's mark the

12   response from Dr. Boyd.

13      A   Do you have it, or do you need a

14   copy?

15      Q   I do have it.  Thank you.

16         MR. COUTROULIS:  Mark this as

17      the next exhibit, please.

18       (Whereupon, Deposition Exhibit No.

19      Deutsch-36, letter from Dr. Boyd,

20      was marked for identification.)

21   BY MR. COUTROULIS:

22      Q   Can you look at Exhibit 36,

23   please.  Is that the response from Dr. Boyd

24   that you were referring to just a moment ago?

1      A   Yes.

2      Q   And in paragraph one, he refers

3   to follow-up of four times per year --

4      A   Yes.

5      Q   -- correct?  So, would that be

6   the same four times per year that he's

7   already seeing Mrs. Whittington, as you

8   understand it?

9      A   I assume so.

10      Q   You don't assume that he's

11   intending to convey to you that he wants to

12   see her an additional four times per year?

13      A   Oh, absolutely not.

14      Q   Now, your report discusses

15   ordinary medical expenses, and one drug

16   listed is Metropolo, which you say is not

17   related to diabetes.

18         Let me direct your attention to

19   page 19 of your report.  I just want to

20   confirm, Dr. Deutsch, that you are not

21   suggesting that the cost of that drug be

22   included in Mr. Raffa's calculations of

23   damages here, correct?

24      A   Correct.  I ... I didn't show a

1   cost.

2      Q   So, if you list something out,

3   but then don't show a cost, is it fair to

4   assume, based on the way you do these

5   reports, that you're not suggesting that that

6   particular item is a component on which

7   damages should be calculated?

8      A   Right.

9      Q   Now, on page 19 of your report,

10   you recommend that Mrs. Whittington receive

11   case management in the amount of two to four

12   hours per month, correct?

13      A   Right.

14      Q   And as I understand it from your

15   previous testimony, that is a diabetic

16   education function; is that right?

17      A   That's part of what -- what I'm

18   trying to include there.  As I've talked

19   about before, it's a total program of

20   coordination and integration of services that

21   is -- is, in part here, clearly to manage the

22   diabetes, but it's a recognition that because

23   of the severity of her preexisting mental

24   health and comorbidity problems, that she

1   just is not capable of accomplishing that on

2   her own, and the diabetes -- both is made

3   worse by all of those problems, and the

4   diabetes makes those problems that much

5   worse.

6         So, that -- the goal is to use

7   case management slash diabetes management and

8   education as a coordinated program to

9   resolve -- or work with -- you're not going

10   to resolve -- but work with all of those

11   issues.

12      Q   Is it fair to say that case

13   management has an education and a monitoring

14   component to it?

15      A   Yes.

16      Q   Now, do you know whether any

17   medical doctor recommended a case manager to

18   Miss Whittington?

19      A   No, this is clearly a

20   recommendation from me.

21      Q   The recommendation in your

22   report is solely from you?

23      A   There's no question.  I mean,

24   there's clearly a component that comes out of

1  the clinical practice guidelines regarding
2  diabetes management and education, but the
3  overall case management component is clearly
4  a case management slash rehabilitation
5  recommendation.
6      Q    Do you know whether any medical
7  doctor recommended a diabetic educator
8  specialist for Mrs. Whittington?
9      A    I have not seen that in any of
10  the medical reports.
11     Q    Okay.  Let's look at that
12  report, or that response from Dr. Boyd again.
13  I think it's Exhibit 36.
14         Let me direct your attention to
15  question four.  Now, let me ask you first,
16  are these your questions that you put to
17  Dr. Boyd that he is then answering?
18     A    Yes.
19     Q    So you drafted the questions?
20     A    Yes.
21     Q    And question four says:  Do you
22  recommend Linda also be seen by the following
23  specialists as it relates to her diabetes?
24  And then you have, podiatry, ophthalmology,

1  and then you have a couple of places for
2  other?
3      A    Yes.
4      Q    And do you see where Dr. Boyd
5  has said, diabetic educator?
6      A    Yes.
7      Q    And what does he recommend on
8  that?
9      A    He has "one time only."
10     Q    Do you understand by "one time
11  only," he means one time only?
12     A    Sure.  He's saying that, in his
13  opinion, that as far as teaching her about
14  diabetes, that one time only is sufficient.
15        I'm talking about a much broader
16  program.  And, frankly, as professionals, we
17  can disagree, but beyond that, I'm talking
18  about a much more coordinated program and a
19  far broader program than just simply sitting
20  down and teaching the patient one time only
21  about diabetes.
22     Q    Okay.  And you don't see, in the
23  response from Dr. Boyd, any suggestion that a
24  broader program, along the lines that you're

1  recommending, is being recommended by him,
2  correct?
3      A    No, I don't see that he is
4  recommending it, but I also don't see that
5  he's suggesting that, based on a full
6  understanding of what I'm recommending, he
7  disagrees with it, either.
8      Q    Well, you haven't asked him.
9      A    No, I haven't, because --
10     Q    In fact, he's never seen your
11  report.
12        MR. BRUDNER:  Whoa, whoa, whoa,
13     whoa, one at a time, right?
14        MR. COUTROULIS:  Sorry.  If I
15     interrupted you, I apologize.
16        THE WITNESS:  That's not a
17     problem, but we certainly from time to
18     time accidentally step on each other,
19     and I don't have a problem with it.  It
20     just makes it harder for the court
21     reporter.
22        MR. COUTROULIS:  I'll do my best
23     not to do it and you do the same.
24        THE WITNESS:  Certainly.

1  BY MR. COUTROULIS:
2      Q    But he hasn't seen your report,
3  correct?
4      A    No, he hasn't.  And generally
5  speaking, what I try to do is gain from the
6  doctors what I need for medical foundation,
7  but I don't typically go to the doctors for
8  queries about areas that I consider within my
9  area of specialty.  I don't ask them to give
10  me information or support in areas of a
11  psychological nature.  I don't generally go
12  into areas of case management and
13  rehabilitation; those are generally my areas
14  of expertise.
15        But I do expect them to provide
16  full support and response in areas that are
17  theirs for expertise.  So, the
18  endocrinologist, certainly for his medical
19  expertise, but I don't go to the
20  endocrinologist for something a physiatrist
21  needs to be responding.  So I try and make
22  sure we stay within each area of expertise.
23     Q    I understand, Dr. Deutsch, but
24  isn't it fair to say that when you asked

1    Dr. Boyd and others to answer question four,
2    do you recommend Linda also be seen by the
3    following specialists, as it relates to her
4    diabetes, and then had the open-ended
5    delineation, "Other," as you do on this, that
6    certainly would have been an opportunity, had
7    Dr. Boyd been so inclined, to recommend
8    something along the lines of case management
9    that you're recommending, if he had seen fit
10   to do so?
11        A    I certainly don't disagree with
12   that.
13        Q    Okay.  And he didn't.
14        A    That's true.  I don't think most
15   doctors really understand or get into the
16   concept of case management.  That's not their
17   area, but you're absolutely correct, he did
18   not.
19        Q    And the concept of case
20   management, as I understood your testimony
21   last week, is really something that comes out
22   of the life care planning aspect of your
23   work; is that fair?
24        (Pause.)

---

1         A    Well, I don't think most case
2    managers would say that to you.  I mean,
3    life-care planning really came about
4    originally as a tool to be used by case
5    managers.  Now, most case managers would say
6    that life-care planning and life-care
7    planners are more sophisticated, and what
8    they need to know goes way beyond what the
9    average case manager actually does.
10             There's about 27,000, 28,000
11   board-certified case managers, and only about
12   2500 life-care planners around the nation.
13             But, you know, I see life-care
14   planning as ... a tool of case management for
15   those who want to go beyond basic case
16   management and get into the level that
17   involves life-care planning and understanding
18   and having a knowledge of the medical aspects
19   of disability and the much more sophisticated
20   levels of understanding of disability and
21   chronic illness that life-care planning
22   requires.
23        Q    Now, you didn't discuss your
24   recommendation of ... case management with

---

1    Mrs. Whittington herself, correct?
2         A    We talked about ... the basic
3    concept of -- of a coordinated program and
4    what needs to be done.  I think the -- what I
5    felt was going to need to happen within a
6    plan to manage diabetes, but I did not
7    subsequently mail these individuals their
8    plan or their report, largely because of the
9    very extensive psychological history that it
10   was going to get into -- generally, whenever
11   there is ... a really extensive discussion of
12   things like suicide, schizophrenia, you know,
13   things of that nature, I'm very reluctant,
14   unless I can sit down with the patient and
15   actually go over it one on one, I'm
16   uncomfortable mailing that kind of history,
17   not that they don't know the history they
18   had, but, when you have a patient like this,
19   for example, who is in denial, and you're
20   talking about that lengthy history, and
21   you're not there to deal with it, it's just
22   not the kind of thing you want to put in the
23   mail.
24        Q    But you also decided, for

---

1    whatever reason, not to send Mrs. Whittington
2    or any of the other patients for whom you did
3    these reports, even the rehabilitation
4    recommendations from the reports?
5         A    That's true.  I mean, I didn't
6    separate them out.  I just -- I just made the
7    decision that the report, as a whole, wasn't
8    going to go.  So you're correct.  I didn't
9    think about trying to separate out one
10   section.  I just said the report, as a whole,
11   shouldn't go.
12        Q    Do you have any understanding of
13   Mrs. Whittington's own view of case
14   management with respect to her mental
15   illness?
16        A    I don't think she has any
17   understanding of it.
18        MR. COUTROULIS:  Let's mark that
19        next exhibit, please.
20        (Whereupon, Deposition Exhibit No.
21        Deutsch-37, document re L. Whittington,
22        was marked for identification.)
23   BY MR. COUTROULIS:
24        Q    Let me hand you Exhibit 37,

1  Dr. Deutsch, and first ask you if you know if
2  you've seen that before?  I do not believe it
3  was produced by you, but I don't know whether
4  or not you may have a copy of this in your
5  medical records that you assembled for
6  Mrs. Whittington.
7       A    I don't recall having seen it.
8  Do you mind if I take a moment to read it?
9       Q    Absolutely.  Please go ahead.
10           (Witness complies.)
11      A    Okay.
12      Q    Do you recognize it?
13      A    No.
14      Q    Well, I can tell you it's part
15  of the production in these cases.  And ...
16  it's part of the medical records.
17           Do you see where there's an
18  indication that Mrs. Whittington does not
19  want the assistance of a case management --
20  case manager, and the record says:  They lead
21  me down the wrong path?
22      A    Certainly, I see that.
23      Q    Do you ever have, in your
24  interview with Mrs. Whittington, any general

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1  discussion with her about the concept of case
2  management in which she had an opportunity to
3  express her view to you?
4       A    To the best of my recollection,
5  I raised or used the term or phrase, case
6  management, with each of them.  I don't have
7  any recollection of negative comments.
8           But, you know, the reality is
9  that she also in here indicates her paranoia
10  about dentists, and I wouldn't recommend that
11  she go life long without a dentist just
12  because she has paranoid thoughts about a
13  dentist or a doctor.  What you do is try and
14  work with an individual to help them
15  understand the benefits, and you try and work
16  with them as they begin that process, and
17  through that process, so that they understand
18  the benefit.
19           If she had a bad relationship
20  with an individual case manager that she felt
21  led her down the wrong path, as she phrases
22  it, then hopefully, what you do is work with
23  her to develop a relationship she feels is
24  more positive with a case manager.

---

1           But, certainly, as on the basis
2  of one comment, you certainly wouldn't
3  eliminate the use of case management when it
4  can be so effective in coordinating a program
5  that's meaningful --
6       Q    Would it be relevant --
7       A    -- but I certainly see this.
8       Q    I'm sorry, sir.
9           It would be relevant to know,
10  though; would it not?
11      A    Oh, I don't disagree.
12      Q    And wouldn't the patient's
13  attitude about the efficacy of working with a
14  certain type of person, or the patient's
15  history of working with a case manager be
16  relevant to you in making realistic
17  recommendations for that patient?
18      A    Yes.
19           (Pause.)
20      Q    Would you agree, based on the
21  medical history that you observe for
22  Mrs. Whittington, that the benefits that you
23  see for case management with respect to her
24  diabetes were already present even before the

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1  onset of diabetes?
2           MR. BRUDNER:  Objection, form.
3  BY MR. COUTROULIS:
4       Q    I'll restate it.
5           Based on your knowledge of the
6  medical history of Mrs. Whittington, do you
7  believe, as you see it, that case management
8  would have been appropriate for her, even
9  prior to the onset of a diagnosis of
10  diabetes?
11      A    Well, in much the same way I've
12  answered this with all the other cases thus
13  far, I think the answer is yes, there's a lot
14  of benefit that could have been derived, I
15  think, by case management.  That's only made
16  that much more necessary by the onset of
17  diabetes, but I don't think there's any
18  question these patients could have
19  benefited -- this patient could have
20  benefited, because you're asking it specific
21  to this patient.
22      Q    I am asking it specific to this
23  patient, and I'm trying to move things along,
24  and I appreciate you're trying to do the

10/7/2008 Deutsch, Paul M. (Volume 2)

**Page 93**

```
1    same.
2           We can go into the specifics of
3    this patient, and I'm happy to do that if you
4    like, but --
5           A   I don't think it's necessary.
6           Q   Perhaps we don't need --
7           A   I think you asked it --
8           Q   All right.  So if this patient
9    had presented to you and come in for an
10   interview, even before having been diagnosed
11   with diabetes, and you had looked at the
12   history of this patient, the weight issues
13   with this patient, the history of mental
14   illness, all the other factors that you see
15   in the medical records, is it fair to say
16   that you would have concluded that this
17   patient would have benefited by case
18   management, even at that time?
19          A   With the -- the answer is, yes.
20   With the multiplicity of problems, when you
21   get -- when you get this number of problems,
22   trying to deal with them individually,
23   without a coordinated plan run by a case
24   management, becomes very difficult.  And it's
```

**Page 95**

```
1    as you understood it, her treating physicians
2    were not recommending any change in her
3    treatment for diabetes?
4           A   That's what I understood.
5           Q   Okay.  And so is it fair to say
6    that, in your report, you are recommending
7    some changes?
8           A   Well, only in terms of -- of
9    coordinating and stabilizing her overall
10   condition, and educating her about the
11   diabetes.  What I'm trying to do --
12          Q   But, to that extent, it's a
13   change; is it not?
14          (Pause.)
15          A   I guess it depends on how you
16   look at it.  It's not a change in the medical
17   treatment.  So, I guess, technically there's
18   a change in that we're educating and we're
19   coordinating her -- all of her comorbidities
20   in relation to the diabetes, but we're not
21   asking for a change in the medical treatment
22   of her diabetes.
23          Q   Is it fair to say -- and I
24   appreciate what you're saying -- but is it
```

10/7/2008 Deutsch, Paul M. (Volume 2)

10/7/2008 Deutsch, Paul M. (Volume 2)

**Page 94**

```
1    one reason why you see -- I think that you
2    see such little success.  The more problems,
3    the more comorbidities, the more case
4    management becomes important, and that's even
5    more true as you add more problems, and
6    that's why the -- the issue of trying to
7    manage something like diabetes now becomes --
8    it becomes so critical.
9           Q   Okay.  Let me direct your
10   attention to page three of your report.  Is
11   it correct that you note there that
12   Mrs. Whittington's treating physicians do not
13   recommend any change in her current treatment
14   regimen?
15          (Pause.)
16          A   I'm referencing the diabetes
17   there.
18          Q   Let's make sure we're looking at
19   the same thing.  Are you looking at
20   anticipated treatments?
21          A   Right.  And I'm referring to
22   treatment in her diabetes.  I'm not referring
23   to her psychological treatment.
24          Q   Fair enough.  Fair enough.  But
```

**Page 96**

```
1    fair to say that you're recommending an
2    expansion of the overall treatments that she
3    receives from what she is already receiving
4    for the treatment of diabetes?
5           (Pause.)
6           A   In a sense, I'm going to give
7    you, yes.  I think, yes, because I want to
8    take into consideration all of the factors
9    that have the potential to lead to increased
10   risk, and instead of just treating the
11   diabetic symptoms, I want to make sure that
12   we deal with all of the related
13   comorbidities.  So deal with the weight, deal
14   with the nutrition, deal with all of those
15   factors and not just treat the symptoms.  And
16   so, I think you're right.
17          Q   All right.  And in the way you
18   just answered, is it fair to say that that
19   applies, as well, to what you're recommending
20   on behalf of the other five plaintiffs on
21   who -- on who you have given opinions, as
22   well?
23          A   Well, in one sense, yes,
24   although I am not so sure that in -- with
```

1   respect to those patients, the same statement
2   regarding a doctor saying, you know, I
3   don't -- I'm not recommending any specific
4   change in her diabetic treatment, is
5   necessarily applied.  But in the sense that
6   I'm adding a component from a case management
7   slash education standpoint, that is certainly
8   true from my perspective and my area of
9   expertise, I am adding a component.
10       Q    Dr. Deutsch, you recommend that
11   Miss Whittington visit a podiatrist twice a
12   year for life; is that correct?
13       A    Well, actually, I don't think
14   I'm the one making the recommendation, but it
15   is in the plan.
16       Q    Well, let's take a look at page
17   19.
18            (Pause.)
19       Q    Under medical care, it says,
20   podiatry services anticipate two visits per
21   year.  Is that your recommendation or someone
22   else's?
23            (Pause.)
24       A    No.  That's in part mine, based

1       Q    -- correct?
2            He didn't recommend any specific
3   number of exams or any exams?
4       A    Exactly.  That's right.  If I --
5   as I said, if I left it based on what Boyd
6   said, even with the existence of the
7   neuropathy, I'd have to leave it at zero,
8   which is just not typically what the clinical
9   practice guidelines would recommend, or any
10   experience I have in follow-up care with --
11   foot care with a diabetic, which is literally
12   one of the most critical areas of follow-up
13   treatment with respect to the diabetic when
14   you have peripheral neuropathy issues.
15       Q    Here is where I'm struggling,
16   though, to understand.
17            If the doctor says, depends on
18   patient symptoms, and you say, twice a year,
19   aren't you making a medical judgment in
20   rendering that recommendation?
21       A    As a case manager, I'm
22   interpreting it this way.  The doctor is
23   saying, does the patient have -- if the
24   patient has symptoms, then podiatry is

1   on two factors.  Boyd said it depends on the
2   symptoms that she's demonstrating, so he said
3   yes, to podiatry, but didn't give a number of
4   visits.  So using the fact that there's no
5   way -- I either have to give a zero, which is
6   not what Boyd is saying, or using Boyd
7   coupled with the clinical practice
8   guidelines, I suggested twice a year.  I
9   certainly defer to Boyd if he wants to come
10   back and say, zero is the proper approach,
11   but I did use my best judgment, taking into
12   consideration the fact that she's
13   demonstrating neuropathy, Boyd is saying,
14   depending upon symptoms, a podiatry exam is
15   necessary, but he didn't give a number.  So
16   using the existing problems, Dr. Boyd's
17   statement, and the clinical practice
18   guidelines, I suggested we make an allowance
19   for twice a year.
20       Q    And just so we're clear, what
21   Dr. Boyd said in response to the question you
22   put to him under podiatry was, quote, depends
23   on patient symptoms slash exam --
24       A    Right.

1   appropriate.  The patient does have symptoms,
2   the patient has peripheral neuropathy.
3            So, at the minimum, I'm going to
4   look at a combination of what I understand
5   the patient's symptoms to be, what I hear the
6   doctor is saying, and what the clinical
7   practice guidelines say.
8            And if -- now, if we go back to
9   Boyd and ... you know, based on the direction
10   of these depositions, perhaps I have no
11   choice but to go back to Boyd and get a
12   further clarification, but I believe
13   unquestionably the one thing you cannot do is
14   go back and say, look it's zero.  We're not
15   going to give her any allowance even in the
16   face of the existence of a known peripheral
17   neuropathy.  That flies directly in the face
18   of the standards established in the clinical
19   practice guidelines.
20       Q    Now, what is your understanding
21   of what symptoms she was having?  Is that
22   based on your interview of her?
23       A    Certainly.
24       Q    Is it based on anything else?

1    A    I think the medical records
2    indicate that she has peripheral neuropathy,
3    as well.
4    Q    If that's the case, wouldn't
5    Dr. Boyd be aware of that?
6    A    I thought he was aware of it,
7    but maybe I'm mistaken, but bottom line is,
8    is that, you know, I'll make a note of it and
9    go back to Boyd.
10   Q    Did you believe, based on your
11   interview of Mrs. Whittington, that you're
12   more familiar with her symptoms than Dr. Boyd
13   is?
14   A    I'm certainly not suggesting
15   that. But ... I think maybe we have a
16   different interpretation of what he's writing
17   down there, and that's what needs
18   clarification.
19   Q    Let me just ask you, though, in
20   your -- in your basic modus operandi, when
21   you put those reports together, if you've
22   sent a question to a doctor like Boyd,
23   and he's responded in the manner he has on
24   the podiatry question, and you're going to go

1    legitimately a peripheral neuropathy.  We
2    interpreted the response in that fashion.
3    And then using the clinical practice
4    guidelines, felt a minimum follow-up of twice
5    a year from a podiatrist was appropriate.
6         Podiatry standards actually
7    would suggest that when you have a diabetic
8    patient with peripheral neuropathy that, in
9    fact, it's the podiatrist that should be
10   clipping the toenails.  And so, typically,
11   once-a-month visit is what is expected.  We
12   didn't go that route.  Okay?  We didn't
13   follow podiatry standards in that regard.
14   Q    Why not?
15   A    Because I wasn't comfortable at
16   that point that I was ready to say we wanted
17   to -- in terms of Boyd's response, that I was
18   ready to say, I'm going to shift over to the
19   podiatry clinical practice guidelines.
20        But I ... but I felt that, at a
21   minimum, twice-a-year follow-up by the
22   podiatrist, and going ahead and allowing the
23   patient and/or patient family member be
24   responsible, preferably the patient -- the

1    ahead and recommend two times per year, even
2    though he hasn't done that?  Would it be your
3    practice to follow up with the physician and
4    clarify or ask, or is that not something you
5    typically do?
6    A    Well, it depends on a variety of
7    factors.  You know, what I -- what I felt I
8    had here, in reviewing this and staffing it
9    with -- with my staff, was the doctor saying,
10   you know, the frequency depends on what
11   symptoms she's demonstrating, that it can
12   vary.
13        Now, we, of course, felt that
14   she was showing peripheral neuropathy.
15   Dr. Boyd knew she had peripheral neuropathy.
16   We looked at and interpreted it from a
17   different perspective than you all are
18   interpreting it, and you're asking it as a
19   different question, and, perhaps, a
20   completely legitimate perspective.
21        We just ... were seeing it from
22   a different perspective than you're seeing
23   it.  And so we're coming away in our staffing
24   with the assumption that there was

1    problem with a family member clipping the
2    toenails is, they have no bio feedback
3    whatsoever.  They have no sensory feedback to
4    tell them what's happening.  So they have
5    much more likelihood of creating an
6    inadvertent wound, which is a bad thing to
7    have happen, even minor wounds on the toes
8    when clipping the nails become a problem.
9    And it's why the podiatry guidelines and
10   actually even the nursing home guidelines for
11   patient care do not allow anymore a nurse
12   to -- or a home health aide to -- LPN's,
13   R.N.'s, et cetera, to clip toenails on
14   patients, even nondiabetic patients, but
15   require a podiatrist come in and do it.
16        So it's become a major change in
17   the way foot care is handled in nursing home
18   centers and with elder care.  But, bottom
19   line is, is we stayed with just a
20   two-time-a-year exam so that the podiatrist
21   could at least follow up on the peripheral
22   neuropathy and make recommendations at such
23   time as they felt it was necessary.
24        But, you know, I'll go over one

| | |
|---|---|
| 1  further step here and contact Boyd's office | 1  it in your report as your recommendation, |
| 2  and see if he has any further thoughts on it, | 2  don't you, as a matter of practice, then and |
| 3  or if he feels that there's -- in fact, we're | 3  there, go back to the doctor?  Why would you |
| 4  wrong, that there is no peripheral | 4  only do that after you've already given the |
| 5  neuropathy. | 5  opinion and someone has raised a question |
| 6       Q    Let me just ask you | 6  about it? |
| 7  hypothetically to understand better how this | 7       A    Well, I think I've answered |
| 8  process works.  Let's say you were to contact | 8  that.  I mean, I told you what we -- how we |
| 9  Dr. Boyd's office, and let's just say, | 9  interpreted it from our perspective when we |
| 10  hypothetically, he were to say, I don't think | 10  sat down and staffed the letter.  We -- we |
| 11  it's necessary, or I think once a year is | 11  just saw this in a fashion different than you |
| 12  fine, or something different from what you've | 12  saw it.  I'm willing to give you that you saw |
| 13  recommended, whatever it is, what then | 13  it from a different perspective and that |
| 14  happens to your recommendation; do you change | 14  there's legitimacy to the perspective from |
| 15  it -- | 15  which you saw it, and it's worthy of a phone |
| 16       A    Well, in the -- | 16  call at this stage.  I don't know how to give |
| 17       Q    -- or not necessarily? | 17  you more than that. |
| 18       A    I'm sorry. | 18       Q    All right. |
| 19       Q    I'm finished. | 19       A    I'm simply saying that we |
| 20       A    I truly apologize. | 20  interpreted it differently and responded |
| 21            In the discussion I would | 21  based on our interpretation.  I can't change |
| 22  clearly let him know what the clinical | 22  that. |
| 23  practice guideline says.  And then if he -- | 23       Q    Let's stick with Exhibit 36 just |
| 24  but it's his choice, as a physician, to | 24  for while longer. |

10/7/2008  Deutsch, Paul M. (Volume 2)

10/7/2008  Deutsch, Paul M. (Volume 2)

| | |
|---|---|
| 1  indicate that he wants to go outside the | 1       Is it correct that Dr. Boyd |
| 2  clinical practice guideline.  And if he felt, | 2  indicated that Mrs. Whittington's |
| 3  at that point, that she just, in his opinion, | 3  hypertension and hypercholesterolemia were |
| 4  did not need a follow-up with a podiatrist | 4  not caused by her diabetes? |
| 5  outside his follow-up, and that he was going | 5       (Pause.) |
| 6  to follow up X number of times per year -- I | 6       A    Well, that's correct.  I mean, |
| 7  forget what the letter says right at the | 7  what we expected him to do was check, no. |
| 8  moment -- but he was going to follow up X | 8  What he gave us was a little bit more |
| 9  number of times per year, and he felt that | 9  profound an answer, or expanded answer, but |
| 10  was sufficient, then I would -- I would go | 10  it's not an answer that we weren't -- that we |
| 11  with that. | 11  wouldn't have known or understood. |
| 12            But I really feel the need to | 12            I mean, he's saying no, it was |
| 13  actually have him say, this is my basis, this | 13  not caused by it, but those two areas are |
| 14  is my foundation for why I choose to go this | 14  impacted by the diabetes and change -- or, |
| 15  route, and until I am ready to make a | 15  excuse me, affect the goals for treatment for |
| 16  recommendation or a referral to that | 16  hypercholesterolemia. |
| 17  podiatrist as the gatekeeper, I'm going to | 17            So nothing surprising, but |
| 18  hold onto the responsibility of gatekeeping. | 18  bottom line is, the diabetes did -- did not |
| 19  And when he -- until he says that, you know, | 19  cause either of those two areas.  And what we |
| 20  I'm not going to make that change. | 20  wanted him to say -- excuse me, that's the |
| 21       Q    But when you get a response like | 21  wrong thing -- it's not what we wanted -- |
| 22  this, in which the doctor says, depends on | 22  what we expected him to do was just give a |
| 23  symptoms, and you're thinking, I want to | 23  flat-out no.  But he went a little beyond |
| 24  recommend twice a year, why, before you put | 24  that. |

1    Q    Well, and presumably when he
2  says, "does affect the goals for treatment,"
3  he's reflected that in his recommendations
4  for treatment in responding to you, fair
5  enough?
6        MR. BRUDNER:  Objection, form.
7  BY MR. COUTROULIS:
8    Q    Is that your expectation?
9    A    I don't think he -- for example,
10  he never said to us, I've increased her
11  cholesterol medication because of the
12  diabetes, and this is what the difference is.
13  We didn't include cholesterol medication as
14  part of the cost.  So, it ... if he has, I
15  don't know how he has, and we haven't -- I
16  don't think we've included it anywhere.  So,
17  you might -- you would have to put that
18  question to him, but it hasn't influenced us
19  in a way that I'm aware of.
20    Q    Did Dr. Boyd also say in this
21  same document that there is no need for
22  periodic diagnosis to assess for
23  complications associated with diabetes unless
24  symptoms develop?

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1    A    Yes.  And we've actually had
2  that from some of the others, as well.
3    Q    You say, Dr. Deutsch, in your
4  report at page 18, that Mrs. Whittington
5  should have a nutritional evaluation, one
6  time only.  Is that right?
7        (Pause.)
8    A    On page 18?
9    Q    Yes, sir.
10        (Pause.)
11    A    Yes.
12    Q    Are you aware of the fact
13  that Dr. Beady [ph] had suggested to
14  Mrs. Whittington that she go to a dietician
15  for training on diet and basic diabetes
16  management, but that she had refused to go
17  even to that?
18    A    I don't recall it, but it sure
19  doesn't surprise me.
20    Q    Take a look at your report at
21  pages one and two.
22    A    At pages what?
23    Q    One and two.
24        (Discussion held off the

1  record.)
2        (Attorney John Sullivan exits.)
3    A    And I did see that, yes.
4    Q    You also recommend in your
5  rehabilitation plan that Mrs. Whittington
6  participate in a wellness program.  You
7  discussed that at page 20, correct?
8    A    Yes.
9    Q    In making that recommendation,
10  did you consider whether Mrs. Whittington
11  already exercises?
12    A    I took into consideration
13  what -- basically, yes.  I took into
14  consideration what is described by her as her
15  activity level.
16    Q    And what did you understand that
17  activity level was?
18        (Pause.)
19    A    Basically, she says that she
20  goes to libraries, she checks out some books,
21  she does some reading, she does some books on
22  tape, she watches T.V.  It's a pretty
23  sedentary lifestyle.  She doesn't report to
24  me that she's in particularly good physical

### 10/7/2008  Deutsch, Paul M. (Volume 2)

1  condition.  She's not reporting to me ...
2  that she's regularly exercising.  She says to
3  me that she needs to get exercise.  She
4  recognizes she probably would feel better and
5  sleep better if she got some regular
6  exercise, but she's not reporting that she's
7  doing so.
8    Q    Right.  Are you ascribing any
9  cost for this wellness recommendation?  I
10  don't see any, but I wasn't sure.
11        (Pause.)
12    A    No, I -- I didn't, based on the
13  fact that I think she's needed this for some
14  time.  I didn't put in any additional cost,
15  but I still think she should participate in
16  it.
17    Q    As I've understood your
18  testimony throughout, and correct me if I'm
19  wrong, if you concluded that one of these
20  patients needs something, but you believe or
21  concluded that that need preexisted the onset
22  of diabetes, then you did not include that as
23  an element of damage on which Raffa would
24  make his calculations; is that fair?

| | |
|---|---|
| 1    A    I think that's fair. | 1    just to be a side benefit of -- of |
| 2    Q    Okay.  Now, if we could go back | 2    accomplishing these programs. |
| 3    for a second to the case management aspect of | 3    Q    And, Dr. Deutsch, I wasn't |
| 4    your rehabilitative plan, you've described | 4    suggesting that you were saying it was the |
| 5    that at some length, and I don't want to | 5    only reason for doing it.  But, when you talk |
| 6    replow all of that, but is it fair to say, | 6    about a side benefit as being ... you may |
| 7    one of the benefits that you see from case | 7    avoid complications that may or may not ever |
| 8    management is a monitoring function? | 8    develop, isn't it fair to say that the way |
| 9    A    Fair. | 9    you're hoping to achieve that is to monitor |
| 10    Q    And so is it fair to say that | 10    for certain things through the case |
| 11    you see case management as designed to avoid | 11    management process? |
| 12    potential complications that the patient does | 12    A    Certainly ... I don't disagree |
| 13    not already have and may never develop? | 13    that with the case manager, you are going to |
| 14    A    Well, there's no question that's | 14    pick up on ... symptoms more rapidly than |
| 15    part of what occurs.  If you improve weight, | 15    you're likely to without such a program. |
| 16    you get people off of smoking, you reduce the | 16    But, hopefully, monitoring is not the primary |
| 17    obesity, you improve diet, you gain control | 17    benefit, by any means.  Hopefully, you |
| 18    over so many of these comorbidities, as well | 18    literally receive a benefit by reducing risk |
| 19    as stabilize and maintain a stabilized | 19    factors.  But I will admit that a small part |
| 20    situation of the diabetes, you significantly | 20    of this is that you do improve monitoring. |
| 21    reduce risk factors or a worsening of the | 21    Q    And I know you've covered this, |
| 22    diabetes and any risk factors that the | 22    generally, but let me just clear it up with |
| 23    diabetes might lead to.  And so that is a | 23    respect to Mrs. Whittington. |
| 24    positive benefit.  It's not the only reason, | 24    You're not opining in any |

10/7/2008  Deutsch, Paul M. (Volume 2)       10/7/2008  Deutsch, Paul M. (Volume 2)

| | |
|---|---|
| 1    but it is a positive side benefit to such a | 1    fashion that she will develop any of these |
| 2    program. | 2    complications that you've discussed generally |
| 3    Q    Well, you're saying, one of the | 3    in your report? |
| 4    benefits, as you see it, is your monitoring | 4    A    No. |
| 5    for potential complications, even though the | 5    Q    No, you are not giving any |
| 6    patient doesn't have those complications at | 6    opinions on that, correct? |
| 7    the time, and may never develop those | 7    A    Correct, I'm not. |
| 8    complications? | 8    Q    Okay. |
| 9    A    No, I didn't say one of the | 9    A    Did I say that wrong? |
| 10    benefits is monitoring for them.  What I said | 10    Q    Probably not, but sometimes the |
| 11    is, one of the benefits is that when you | 11    record can be unclear. |
| 12    bring -- if you're able to bring all of these | 12    A    Okay. |
| 13    factors under control and the situation is -- | 13    (Pause.) |
| 14    is much more stable, that one of the side | 14    MR. COUTROULIS:  I don't have |
| 15    benefits is, you significantly reduce risk | 15    any other questions for Mrs. |
| 16    factors for complications.  That's true when | 16    Whittington. |
| 17    you use case management in developing | 17    THE WITNESS:  I know -- off the |
| 18    programs and managing programs for every type | 18    record, can I say something? |
| 19    of disability and chronic illness, is that a | 19    (Discussion held off the record.) |
| 20    side benefit of this is reducing risk factors | 20    (Whereupon, Deposition Exhibit No. |
| 21    for complications.  And in a certain | 21    Deutsch-38, 07/28/08 report for |
| 22    percentage of patients, the reality is | 22    McAlexander was marked for |
| 23    complications do occur.  But that's not the | 23    identification.) |
| 24    only reason for doing this.  That happens | 24 |

BY MR. COUTROULIS:

    Q   Dr. Deutsch, I'd like to ask you some questions about Eileen McAlexander. And I've placed in front you Exhibit 38. Can you identify that, please?

    A   Absolutely. It is, first of all, a copy of my July 28, 2008 report.

    Q   And that's your report for Ms. McAlexander, correct?

    A   It is. I just want to see if it's anything else like the other exhibit, but it looks to be just my 35-page report and nothing further.

    Now, did you hand me this, or was that something already on my --

    MR. BRUDNER: That's yours. That's our copy of the --

    THE WITNESS: It is?

    MR. BRUDNER: -- the fax that came in.

BY MR. COUTROULIS:

    Q   From your testimony, I understand that you prepare your reports based on the patients' medical records and

---

---

the information that you obtain in writing from doctors in response to your written questions; is that the case with respect to this report?

    A   And the interview with the patient.

    Q   Yes.

    A   And the testing of the patient.

    Q   With those two qualifications, is my statement accurate?

    A   Yes.

    Q   Is it correct that on page three of your report, you state that no new treatments are anticipated, and that Miss McAlexander has not experienced complications from the diabetes?

    A   Yes, it's stated slightly differently than what's on the page, but it's an accurate paraphrase of what's there.

    Q   Do pages six and seven of the report reflect Ms. McAlexander's current treatment regimen?

    A   As presented to me, yes.

    Q   Where did you get your

---

---

information as to current treatment?

    A   Six and seven comes primarily from her, although it can be amended by two things.

    The medical record can amend it -- actually three things. The medical record can amend it. In this case, contact was made with her pharmacy. If a patient accurately gives me the pharmacy from which they get their medication, we do make pharmacy contact. In the one instance earlier we were talking, I wasn't able to get that. You and I weren't talking -- the other attorney, John.

    Q   You're talking about an off-the-record conversation?

    A   No, no. He was questioning me --

    Q   Oh.

    A   -- and we -- about whether we had tried to verify something with the pharmacy. We didn't have the pharmacy in that instance. In this instance, we did.

    And, also, the responses from

---

---

the doctor can change, information we get, but in this instance, it came from the patient, contact with the pharmacy ... and ... it can come from responses from doctors if they -- if they were to change something.

    Q   What about review of the medical records; does that enter into this?

    A   It can. If we determine from the medical record that, in fact, information we were being given does not appear to be accurate, then we go back to the patient and/or family and try and reverify.

    Q   Now, did you get the information from the pharmacy in writing, or was that an oral contact?

    A   Usually, we call them for pricing, and let's see if we got anything in writing from them.

    We'll sometimes give them a release of information and see if we can get a printout. I'm not sure whether that happened here or not.

    (Pause.)

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1    A    I don't see any printouts from
2  them, so hold on one moment let me check one
3  other ...
4         (Pause.)
5    A    No.
6         (Pause.)
7    A    I think it was just two forms of
8  contact, the phone number, just a phone
9  contact.  And then, subsequently, we went
10  online both with them and then with
11  competitors to compare prices and see if we
12  could get it any cheaper anywhere else.
13  'Cause there are some bulk suppliers that,
14  when there's sufficient meds, where we can
15  get things cheaper.
16    Q    Dr. Deutsch, the file that you
17  produced to us in advance of the start of
18  your deposition last week, had contained
19  correspondence from your office to Dr. Helfin
20  [ph], who I believe is Ms. McAlexander's
21  primary care physician.  But there was no
22  written response produced to us from
23  Dr. Helfin.  And I believe that's the
24  response that came in just today.

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1    A    That's correct.
2    Q    So, let's go ahead and mark that
3  if we can.  I've got my copy of it.  Do you
4  have a copy?
5    A    I do.
6    Q    Do we have a clean copy we can
7  mark?  There were quite few of them.
8    A    We made enough of them.  We
9  should have one.
10       MR. BRUDNER:  Yeah, I think so.
11       MR. COUTROULIS:  Thank you.
12       Would you please mark this as the next
13       exhibit.
14       (Whereupon, Deposition Exhibit No.
15       Deutsch-39, response from Dr. Helfin,
16       was marked for identification.)
17  BY MR. COUTROULIS:
18    Q    Dr. Deutsch, would you please
19  identify Exhibit 39.
20    A    This is a response from
21  Dr. Helfin to the letter we sent on July 11,
22  2008, which was faxed to us today, October 7,
23  2008.
24    Q    So, it's fair to say that by the

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1  time you received Dr. Helfin's response, you
2  had already completed your report?
3    A    That's true.  Although, in a
4  number of instances, it says, based on
5  clinical practice guidelines, pending
6  response from treating physician.
7    Q    Based on this response from
8  Dr. Helfin, is there anything that you can
9  think of, as you sit here, that you would
10  want to change about your report?
11    A    Well, will you give me a minute?
12  I haven't read the response.
13    Q    Sure.  It's a one-page response.
14    A    I know.  It won't take very
15  long, but I just have to --
16    Q    Well, take whatever time you
17  need.  I just wanted the record to reflect
18  that it is a one-page response.
19       (Witness complies.)
20    A    And the answer to your question
21  is, yes.
22    Q    Please tell me which.
23    A    Well, under "Medical Care," she
24  affirms the primary-care physician follow-up

---

10/7/2008 Deutsch, Paul M. (Volume 2)

1  of four times per year.  I need to go through
2  the laboratory exams, but there definitely
3  would be some changes.  Probably would have
4  to drop the blood lipids.  But she has ...
5  she has some different ... she has a much
6  higher frequency of labs.  She has some
7  slightly different labs and a much higher
8  frequency of labs than we have.
9       But I think we also need to look
10  at these labs in relation to the question
11  that's been asked, which is, what labs were
12  occurring before?  So the ... microalbu --
13  albuminuria -- M-I-C-R-O-A-L-
14  B-U-M-I-N-U-R-I-A, she has four times a year.
15       What I'd like to do before I
16  change that is see if I can get a sense of
17  the frequency that might have preexisted,
18  rather than just automatically make a change.
19  As long as we're going to investigate this in
20  relation to the others, we need to
21  investigate it across the board.  And I'm
22  going to see how we can do that.
23    Q    So that's something you're going
24  to undertake to do, now that you've gotten

1  this response?

2      A   Right.  Before we just

3  automatically make a change.

4          The other thing is -- the next

5  thing, though, she does, is add EMG's for the

6  lower extremities and the upper extremities,

7  one time per year each, which we don't have

8  in here.  She ...

9      Q   Is that something that you would

10 then automatically change, or is that

11 something you would consider and decide

12 whether to change?

13     A   Well, as you've suggested in

14 earlier questioning, it's not -- you know, if

15 the physician orders it, the physician orders

16 it.  It's really not up to me to ... make

17 a ... just assume that -- that the position

18 that I can say no to what a doctor says.

19         Now, how do I handle if it's

20 outside clinical practice guidelines?  You

21 know, if it's outside a standard of care,

22 then my usual approach is to write the

23 doctor and ask for a foundation, explaining

24 that basically it's outside the standard of

1  the clinical practice guidelines, if my

2  memory serves me, it's something you would

3  normally see when you've got an ongoing issue

4  of peripheral neuropathy, not something you

5  do as a standard for all diabetic patients.

6      Q   And just so the record's clear,

7  with respect to question three, periodic

8  diagnostics, your report had not made a

9  recommendation for lower extremity and upper

10 extremity diagnostic testing; is that right?

11     A   Well, that's true.  And I had no

12 basis for it --

13     Q   Okay.

14     A   -- until this point.  Now, the

15 next thing ... one time pre-podiatry, one

16 time pre-ophthalmology is recommended.

17     Q   That's a little different from

18 what you had recommended?

19     A   So we would drop the podiatry to

20 one time a year.

21     Q   You had recommended twice a

22 year?

23     A   Based on clinical practice

24 guidelines, yes, but I would amend it.  And

1  care, try to find a very diplomatic way of

2  phrasing it.

3          If a doctor still insists on it,

4  I will sometimes attach it as an appendix to

5  a plan versus put it in the plan, because of

6  that.  So we'll check clinical practice

7  guidelines, make sure that it's consistent

8  with clinical practice guidelines, based on

9  the diagnosis, but this would tend to suggest

10 that there was either a diagnosis of

11 peripheral neuropathy or a concern that

12 peripheral neuropathy was a very real issue

13 with this patient.

14     Q   Well, in connection with that

15 last response you gave, is it fair to say

16 you're making an assumption because

17 Dr. Helfin does not provide any elaboration

18 for the recommendation of one time per year?

19     A   Yeah.  No, she doesn't, and

20 that's why I would have to go back and look

21 at this file and remind myself of whether

22 there is an issue of peripheral neuropathy,

23 because it's not something that we've seen in

24 any of the other responses.  And, usually, in

1  ophthalmology, we recommended once a year

2  based on clinical practice guidelines.  And,

3  you know, and we would we would change that.

4          The next is that she recommends

5  and supports the nutritionist.  And that's

6  really it.  She didn't add any additional

7  comments or suggestions.  She didn't have

8  anything of an aggressive nature to suggest.

9  And I wouldn't have expected it.  Actually, I

10 think, to some extent, the EMGs are a

11 little -- are somewhat aggressive, but, you

12 know, I'll leave it to her to explain,

13 although I may, you know, try and see if I

14 can get a phone conference and see what she

15 says.

16     Q   And is it fair to say, she did

17 not recommend case management in the same

18 sense that you are recommending it in your

19 report?

20     A   I didn't ask about it, and she

21 didn't make a separate comment or address it.

22     Q   And it's fair to say, she did

23 not recommend it, either, right?

24     A   Well, that's -- yes, that's

1  true.

2      Q    Okay.  Now, I just want to go

3  back to one thing you said, Dr. Deutsch, to

4  make sure I properly understood.

5           When you testified a little

6  while ago about the lab work, I believe you

7  said that you would want to go back and see

8  which of these labs may have been recommended

9  prior to the onset of diabetes, because for

10  your purposes, you would only be interested

11  in identifying additional laboratory work

12  that is related to the diabetes.  Did I get

13  that right?

14     A    Right, and I think we've kind of

15  been clear --

16     Q    We've been through that before?

17     A    -- that we needed to look at

18  that across the board.

19     Q    You mean, for all six of these

20  patients?

21     A    Exactly.  We need to try and see

22  if he can establish whether this was a

23  pattern across all six, that they were

24  getting regular labs that we were -- had not

10/7/2008  Deutsch, Paul M. (Volume 2)

1  accounted for, and if they were getting them

2  once a year, and now they're getting them

3  recommended two times a year or three times a

4  year, or they were getting them twice a year

5  and now they're getting them three, or for

6  that matter, if they were getting them twice

7  and they're still being recommended twice,

8  then we need to account for that.

9      Q    Because you only pick up the

10  incremental?

11     A    That's right.

12          MR. COUTROULIS:  Let's mark this

13     as the next exhibit, please.

14          (Whereupon, Deposition Exhibit No.

15     Deutsch-40, document by McAlexander,

16     was marked for identification.)

17  BY MR. COUTROULIS:

18     Q    We've placed in front of you

19  what we've marked as Exhibit 40, Dr. Deutsch,

20  which I believe was produced by your office

21  to us through counsel.

22          Do you recognize this, and can

23  you identify it?

24          (Pause.)

1      A    Yeah, I think I know where that

2  came from.

3      Q    Just so the record's clear, it

4  appears to be two pages of handwritten notes;

5  is that correct?

6      A    Right.

7          (Pause.)

8      A    It is two pages of handwritten

9  notes produced by Miss McAlexander, that are

10  under the homework assignment tab, and

11  they're on larger copy sheets, but are

12  produced on a smaller lined yellow sheet that

13  are in the section I just noted.

14     Q    Is this Ms. McAlexander's

15  handwriting?

16     A    Yes.  I'm assuming it is.  I

17  mean, she's the one who produced it for us

18  and --

19     Q    This is the homework assignment

20  you gave her?

21     A    Right.  You know, you can't

22  control when you ask -- when you send it out,

23  we actually send it out with forms.  But she

24  didn't reproduce it on our forms.  She

10/7/2008  Deutsch, Paul M. (Volume 2)

1  reproduced it on this small sheet of paper,

2  which is fine.  We inputted it into the

3  computer, then we go over it with her.

4          The ... the ... well, I guess

5  that's all I really can comment on it.  I

6  lost my train of thought there, I apologize.

7      Q    That's fine.  If you recall

8  something you want to get back to it, just

9  let me know.

10     A    Okay.

11     Q    Let's look at your report at

12  page two.  Is it correct that

13  Miss McAlexander is not currently involved in

14  a diabetic education program?

15          (Pause.)

16     A    True.  And she's not been in one

17  previously.

18     Q    And is it correct that the

19  nurses have trained her on the use of

20  medication and management of diabetes?

21     A    That's true.

22     Q    Take a look at pages six and

23  seven of your report.  Is it correct that

24  these pages reflect the doctors that Miss

1   McAlexander is currently seeing, the
2   medications she is taking, and the related
3   supplies?
4       A    Yes.
5       Q    I'd like to go through some of
6   them with you.
7            Now, Dr. Helfin is her
8   primary-care physician, correct?
9       A    Yes.
10      Q    And he currently sees her every
11  one to two months; is that accurate?
12      A    Yes.
13      Q    And he is the doctor treating
14  her for diabetes?
15      A    Yes.
16      Q    And it's the doctor who
17  prescribed the diabetes medications that she
18  is taking?
19      A    That's my understanding.
20      Q    And is it your understanding
21  he's the only doctor for treating her for
22  diabetes?
23      A    Yes.
24      Q    Am I also correct that, as you

1   report, she sees an ophthalmologist once a
2   year at Ritz Eyecare?
3       A    Yes.
4       Q    Do you know if that is related
5   to her diabetes in any fashion?
6       A    I do not.  Well, actually, wait
7   a second.  I shouldn't speak so fast.
8       Q    Okay.
9            (Pause.)
10      A    I'm sorry.  Okay.  Would you ask
11  that question one more time?  Do I know if it
12  was related to her diabetes?  I am unaware of
13  her having any kind of -- of ophthalmological
14  related problem -- didn't phrase that very
15  well.  Diabetic-related ophthalmological
16  problem is what I wanted to say.
17      Q    You're saying you're unaware of
18  that?
19      A    I'm unaware of any such history
20  where I think a couple of other patients
21  actually did have ophthalmological problems
22  that were unrelated to -- I'm not aware of
23  her even having an ophthalmological problem.
24  So, as far as I know, it's -- when she does

1   see them, she's been seeing them for routine
2   follow-up.
3       Q    Okay.  Your report also says
4   that Miss McAlexander is currently taking
5   Lantus, Byetta and Metformin; is that
6   correct?
7       A    Yes.
8       Q    And those are the only
9   medications related to diabetes, correct?
10      A    That's correct.
11      Q    And your report on page seven
12  indicates that she currently uses supplies
13  such as injection paraphernalia related to
14  Byetta and Lantus and glucose monitoring; is
15  that correct?
16      A    Yes.  That's correct.
17      Q    Okay.  So, is it fair to say
18  that any recommendations that are different
19  from the current treatment regimen we just
20  discussed, would be new recommendations that
21  you are making in your report?
22      A    It would depend on what we're
23  talking about.  If they're medical in
24  nature -- well, I'm going to give you a yes,

1   but when we get to the recommendations, we'll
2   see what we're specifically talking about.
3       Q    All right.  Well, let's put it
4   this way.  To the extent you're recommending
5   something that's not in the current treatment
6   regimen that you report on, in your report,
7   is it fair to say that that additional
8   recommendation is coming from you and not
9   from a doctor?
10           (Pause.)
11      A    I think that's probably true.  I
12  can't think of an instance right off the top
13  of my head where it would not be true,
14  although as -- as we're going to be making a
15  few changes related to Dr. Helfin, subsequent
16  to the depo, I think right now the answer is,
17  yes.
18      Q    Okay.  Now, in your
19  rehabilitative plan, you recommend that
20  Ms. McAlexander have four visits per year to
21  her primary-care physician, relating to
22  diabetes.  And I believe your report notes
23  that she's already seeing Dr. Helfin, who is
24  her primary-care physician, every one to two

1    months.

2          My question is:  Are you

3    suggesting that these be additional visits,

4    or are you saying that, among the visits that

5    she has with her primary-care physician, four

6    of them need to address diabetes?

7          A    I'm saying my understanding was

8    that up to four of them address diabetes,

9    were associated with the lab tests and/or --

10   and the interpretation of those lab tests,

11   and were basically medication adjustments

12   and/or whatever the doctor needed to do

13   associated with the diabetes.  And,

14   subsequently, as we know today, that's what

15   Dr Helfin did, in fact, state in the letter

16   today.

17         Q    Right.  The four times per year,

18   but just to be clear, and I think you've

19   answered the question, I apologize if I'm

20   repeating things, but I just want to make the

21   record clear.

22         If she's seeing Dr. Helfin every

23   one to two months, then that would be six to

24   12 times per year, to the extent that the

1    recommendation from that doctor is four times

2    per year for the treatment and monitoring of

3    diabetes, those four times would be included

4    within the six to 12 times she's already

5    seeing him; they wouldn't be over and above?

6          A    No, no, and I apologize.

7          Q    When you say you are agreeing --

8          A    If I said anything incorrectly

9    in the report or in my statement, I

10   apologize.  I meant that four of the visits

11   were -- were related to diabetic management,

12   and that's what I believe Dr. Helfin is

13   saying in the -- in the report we received

14   today.  So if I miscommunicated in any way

15   that idea, I apologize for that, but I'm

16   simply trying to suggest that, out of the

17   visits that she's having, four of them are

18   for diabetic management, and the balance are

19   for whatever else Dr. Helfin is doing.

20         (Pause.)

21         Q    When your report stated, in

22   connection with your ophthalmological

23   recommendation, as well as your podiatry

24   recommendation, that those recommendations

1    were pending response from treating

2    physician, you were talking about the

3    response we received today from Dr. Helfin,

4    right?

5          A    Yes.

6          Q    That's the treating physician

7    you had in mind?

8          A    Right.

9          Q    Are you waiting for anything

10   else to come back on this file?

11         A    No.

12         (Pause.)

13         Q    Now, on page 30 of your report,

14   you recommend that plaintiff participate in a

15   wellness program as recommended for general

16   health guidelines, and you state that

17   Miss McAlexander could benefit from access to

18   a pool for low-impact aerobic exercise, and

19   suggest a YMCA membership, and you do put a

20   cost of $528 per year, correct?

21         A    True.

22         Q    And what is the basis for that

23   recommendation?

24         A    Basically, I felt that, as I did

1    when I used the other YMCA membership, was

2    that I really think it's important for her to

3    start exercising.  I really think it would

4    help with weight management.  I really think,

5    based upon all of her totality of problems,

6    that low-impact exercise is going to be

7    necessary, and I think that the exercise is

8    really important related to the diabetes, the

9    Type 2 diabetes, but because of the nature of

10   her prior history, the low impact becomes

11   more important.

12         And so I use the low impact, but

13   I justified in my staffing with ... my

14   support staff here, I justified it on the

15   basis that we need the exercise for the

16   diabetes, but there's no question that what

17   makes it necessary is the prior, the

18   long-standing prior history that in reality

19   makes any other form of exercise more

20   difficult for her.

21         Q    Even walking?

22         A    Oh, I think she can -- I don't

23   think walking is unreasonable for her.

24         Q    Could she obtain the same

| | |
|---|---|
| 1 benefit by undertaking a walking program? | 1 of the others, as well. |
| 2     A   Well, you know, she has a | 2         But based on your review of her |
| 3 history of cellulitis of the right lower | 3 medical history, her history of mental |
| 4 extremity with foot infection.  You know, I | 4 illness, weight issues, all the other issues |
| 5 have concerns about -- I had concerns | 5 you've seen in the medical records for her, |
| 6 about ... the lower extremities and the | 6 which we can go into if we need to, is it |
| 7 impact of the diabetes.  She also has a | 7 fair to say that you would have recommended |
| 8 history of plantar fasciitis of the left foot. | 8 case management for her even if she had not |
| 9 And so ... my thought had been that -- that | 9 presented with diabetes? |
| 10 when you look at the prior history, I'm just | 10     A   In exactly the same fashion I've |
| 11 not sure that she is going to keep up a | 11 answered that for all the others, I'd have to |
| 12 walking program that's -- as well as she'd | 12 say, yes.  If we were presented with the |
| 13 keep up a low-impact program in the pool. | 13 totality of -- of the mental health issues |
| 14        In truth, without a lot of | 14 and comorbidities, and somebody said, you |
| 15 reinforcement, I'm not sure she'd keep up any | 15 know, how can we coordinate a program that's |
| 16 exercise program. | 16 meaningful, there's no question I would have |
| 17     Q   Yeah, I was going to ask you, | 17 said that, to do so, you know, you really |
| 18 has she shown any inclination to participate | 18 need a case manager to help coordinate all |
| 19 in a program where she'd have to travel to a | 19 the varying aspects of -- of meeting this |
| 20 YMCA or the like? | 20 individual's needs.  And that becomes that |
| 21     A   I don't think, quite bluntly, | 21 much more critical when you're dealing with a |
| 22 without a lot of reinforcement and support, | 22 problem like diabetes. |
| 23 you're going to get her to keep up any | 23     Q   Now, you include in your |
| 24 program, whether it's low-impact exercise, | 24 rehabilitation program, under Allied |

10/7/2008  Deutsch, Paul M. (Volume 2)        10/7/2008  Deutsch, Paul M. (Volume 2)

| | |
|---|---|
| 1 diabetes management on a scheduled program, | 1 Healthcare evaluations, that she undergo |
| 2 or any of the other things that I think need | 2 nutritional evaluations four times per year. |
| 3 to happen.  That's why I think case | 3        Is it your understanding, |
| 4 management is so important with most of these | 4 Dr. Deutsch, that these are already a part of |
| 5 patients. | 5 Miss McAlexander's current regimen, or is |
| 6     Q   Did you discuss with | 6 this something that you're recommending? |
| 7 Miss McAlexander your recommendation for a | 7     A   No, I don't think it's part of |
| 8 wellness program or low impact exercise at a | 8 her current regimen.  I don't think her diet, |
| 9 gym? | 9 any kind of diet control, weight management, |
| 10     A   I don't think I specifically | 10 I don't think that's at all a part of her |
| 11 mentioned either one.  I think I generally | 11 current regimen. |
| 12 talked about the fact that in managing | 12     Q   And is it your view that that |
| 13 diabetes, that managing weight, nutrition, et | 13 service is not something that could be |
| 14 cetera, et cetera, were -- were important | 14 provided by Miss McAlexander's primary-care |
| 15 issues.  And that a coordinated program to | 15 physician in the numerous visits she has? |
| 16 accomplish this is -- is going to, you know, | 16     A   No, I don't believe it is, |
| 17 find its way into the recommendations, but I | 17 and -- and ... even her primary-care |
| 18 don't think in -- that I was as specific as | 18 physician says that evaluation and monitoring |
| 19 to actually talk about low-impact exercise in | 19 by a nutritionist is something that would be |
| 20 a pool, wellness centers, things of that | 20 recommended. |
| 21 nature. | 21     Q   All right.  But does not provide |
| 22     Q   Okay.  This is probably as good | 22 specifics in connection with that, correct? |
| 23 a place as any to ask you a question about | 23     A   No, they don't -- specifics |
| 24 Miss McAlexander that we've asked about some | 24 aren't provided. |

| |
|---|

**Page 145**

```
 1              THE WITNESS:  If this is a good
 2      place, I need one minute to be able to
 3      prepare for this phone conference, and
 4      then I'm going to try to keep it to a
 5      ten-minute conference, as best I can,
 6      and then walk out, although it's
 7      scheduled for fifteen.  I'm going to try
 8      to get out as quick as I can.
 9              MR. COUTROULIS:  That's fine.
10      If you got just a minute.
11              THE WITNESS:  Sure.
12              MR. COUTROULIS:  We're off the
13      record.
14              (Recess taken from 3:58 p.m. to
15      4:19 p.m.).
16  BY MR. COUTROULIS:
17      Q    All right.  Dr. Deutsch, your
18  report from Miss McAlexander at page 28
19  indicates continued use of the drug, Byetta.
20  And Byetta is listed under present medical
21  treatment on page six of the report.
22          My question is, what is the
23  basis for stating that Miss McAlexander is
24  currently using Byetta?  I don't see it
```

**Page 147**

```
 1      Q    I'm not seeing it on pages seven
 2  through nine of the medical summary that you
 3  prepared in the report.
 4      A    That's true.  I mean --
 5      Q    Why is that?
 6      A    What do you mean?
 7      Q    Why is it not there?  Is it
 8  because she's the source and not a doctor?
 9      A    Well, the medical summary and
10  the medical records usually is not the
11  source.  I mean, you could get from the
12  medical records the fact that it's been
13  prescribed, but it's kind of rare to get from
14  the medical records an up-to-date, current,
15  accurate list of not only everything that an
16  individual is taking, but the exact frequency
17  and the exact dosage that an individual is
18  taking.  So we -- you know, we wanted her to
19  get it right off the prescription bottles and
20  provide it to us.
21      Q    Did she show you a prescription
22  bottle for this?
23      A    No, she -- I mean, that's -- you
24  know, we kind of like it when they bring the
```

10/7/2008 Deutsch, Paul M. (Volume 2)

**Page 146**

```
 1  appear in the medical summary.  I do see the
 2  reference in the handwritten note.  And I
 3  would like to know if that's the sole basis
 4  for this, or is there something else?
 5              (Pause.)
 6      A    I believe it's strictly her
 7  report.
 8      Q    That's Exhibit 40, the
 9  handwritten note?
10      A    Well, and then our going over
11  all of the medications with her.  Let me take
12  a look at the handwritten note here.
13              Right.  It is on the handwritten
14  note, but then we sat down with her and went
15  back over everything to make sure we
16  understood what preexisted diabetes, what was
17  associated with diabetes, what was not
18  associated with diabetes, what was associated
19  with what condition.
20              So start with the handwritten
21  note, as a homework assignment, went on with
22  direct interview, but it definitely is ...
23  Miss McAlexander that is the source of that
24  information.
```

10/7/2008 Deutsch, Paul M. (Volume 2)

**Page 148**

```
 1  prescriptions in, and in this instance, she
 2  wrote them down and came in and --
 3      Q    Okay.
 4      A    -- we took it from her that
 5  that's what she did.
 6      Q    All right.  Well, it's fair to
 7  say the sole source for the Byetta is what
 8  she said?
 9      A    Yes.
10      Q    And wrote it down on this
11  handwritten note?
12      A    Yes.
13      Q    Exhibit 40.  Now, the
14  recommendations include on page 29, the drug
15  Ativan, three times a day, as needed for
16  anxiety, related to having to give insulin
17  injections and test blood glucose levels; is
18  that correct?
19      A    Yes, that's what it says, yes.
20      Q    And the cost of $161, I'm
21  rounding off, per month, would come to about
22  $2,000 per year; is that right?
23      A    Correct.
24      Q    Now, if Miss McAlexander only
```

1    uses ... Ativan as needed, this assumes that
2    she will use it three times a day essentially
3    forever?
4        A    If she's not using it as
5    prescribed, and ... she's building up pills,
6    then clearly ... then that's not the
7    prescription, you know, she's not following
8    it as prescribed.  Now, if it's prescribed
9    PRN, and she's not averaging taking the pills
10   as she's indicated to us, then this obviously
11   would not be the correct amount.
12           We asked, not just what the
13   prescription is, but how are you taking the
14   medication.  Our understanding is, this is
15   how she's taking the medication.
16       Q    And just so I'm clear, your
17   understanding is, she's taking it in what
18   frequency?
19       A    Three times per day.
20       Q    Three.  Okay.
21           Now, pages ... six and seven of
22   your report, list the medications that she's
23   currently taking.  And you include in that
24   list, Ativan on page seven for anxiety, and

1    you note it's prescribed by Dr. Falsetti,
2    correct.
3           (Pause.)
4        A    I'm sorry, where are you
5    looking?
6        Q    On pages six and seven.
7        A    Yes.
8        Q    Now, in parentheses, your report
9    states that those conditions, that is, the
10   anxiety was preexisting; is that accurate?
11       A    That is accurate.
12       Q    And that means, in this context,
13   that it preexisted the diagnosis of diabetes,
14   correct?
15       A    There's no question that the
16   anxiety preexisted.  The statement to us that
17   left us going ahead and putting it into the
18   plan, was that this was prescribed that she
19   was being -- continuing to be prescribed the
20   Ativan for the anxiety she was experiencing
21   related to the self injections.
22       Q    But there's no question that her
23   anxiety problems preexisted the diagnosis of
24   diabetes.

1        A    Absolutely none.  So, you know,
2    the only thing I guess we could -- that could
3    have been done, or that -- that, you know, we
4    could question is whether, in fact, she's
5    accurate in telling us the basis of the ...
6    prescription, but we accepted it at face
7    value.  I will admit to that.
8        Q    Now, is there any place in your
9    report where there is a basis for connecting
10   the anxiety, which we agree was preexisting,
11   with Miss McAlexander's having to test her
12   blood or give herself injections?
13       A    No.  Actually, that's what I
14   just indicated.
15           (Pause.)
16       Q    One second.
17           (Pause.)
18       Q    In fact, on page 11, you've got
19   a notation in connection with Dr. Falsetti
20   for August 18, 2006; do you see that?
21           (Pause.)
22       A    I'm sorry, I'm making a note.
23       Q    That's page 11, the fifth
24   notation down for August 18, 2006.

1        A    Yes.
2        Q    And you say she was trying to
3    cope and felt tired, Zoloft, Ativan, and
4    Ambien prescribed --
5        A    Right.
6        Q    -- correct?
7        A    Yes.
8        Q    And that notation says nothing
9    to tie Ativan to anything relating to
10   diabetes or injections, correct?
11           (Pause.)
12       A    Nope.
13       Q    So, am I correct?
14       A    You are correct.
15       Q    Now, on page 17, let's turn to
16   that for a second.  You have a summary of
17   records from Dr. Perrin [ph] from November 6,
18   2007, and the report states that Miss
19   McAlexander was suffering shortness of breath
20   and breathing difficulty at night.
21       A    Page?
22       Q    Seventeen.
23       A    Seventeen?
24       Q    Yes.

1    A    I'm sorry.  I keep hearing
2  seven.
3       Q    Page 17, the notation for
4  November 6, 2007 from Dr. Perrin; you with
5  me?
6    A    I'm with you.
7       Q    And that states, does it not,
8  that Miss McAlexander was suffering shortness
9  of breath and breathing difficulty at night
10 and was advised to used Ativan for shortness
11 of breath, as it is felt to be a panic
12 attack, correct?
13    A    Yes.
14       Q    And, again there, there's no
15 reference to diabetes or injections?
16    A    Correct.
17       Q    And, finally, on page 20 of your
18 report, there's a summary of additional
19 records from Dr. Falsetti, and ... your
20 report states that on May 4, of 2004 and June
21 1, 2004, Miss McAlexander felt increased
22 anxiety, and that Prozac, Ativan, and
23 Seroquel were prescribed.  And can we agree
24 again there, there is no mention of a tie to

---

1    A    Yes.
2       Q    She was obese; is that right?
3    A    Yes.
4       Q    She was sedentary?
5    A    Yes.
6       Q    And she had mental health
7  issues, among other health issues, correct?
8    A    Yes.
9       Q    And so is it fair to say, and I
10 apologize for being repetitive, but since we
11 have a number of cases, I just need to do so,
12 that you would agree, that had she come to
13 you, you would have recommended case
14 management for her, even prior to the onset
15 of any diabetes?
16    A    With the same overall qualifiers
17 that I've given before, yes.
18       Q    Is there anything in particular
19 that you did with respect to Miss McAlexander
20 from the psychological profile testing that
21 you conducted?
22    A    Anything particular?  You mean,
23 different than the others?
24       Q    Yeah.

---

1  diabetes or insulin injections?
2    A    On page 20?
3    Q    Yes.
4    A    And where were the entries, I
5  apologize?
6       Q    On May 4, and June 1.  They're
7  the very top entries.  It's a combined entry.
8    A    I see it.  Absolutely.
9       Q    Okay.  Now, you would agree,
10 Dr. Deutsch, by your own approach in this
11 report and the other reports, that if, in
12 fact, Miss McAlexander needed a certain
13 treatment prior to being diagnosed with
14 diabetes, that would not be an appropriate
15 cost item, correct?
16    A    I would agree.
17       Q    Now, is it correct, that
18 Miss McAlexander had significant medical and
19 mental health issues prior to being diagnosed
20 with diabetes?
21    A    Yes.
22       Q    She had significant medical
23 needs and issues before being diagnosed,
24 correct?

---

1       (Pause.)
2    A    No.  I stayed pretty consistent
3  with what I did because, frankly, trying to
4  do ... six different cases, I wanted to kind
5  of stay on ... a similar pattern with each.
6  So there wasn't anything different that I
7  did.
8       Q    And what's the essential reason
9  for doing the psychological testing of these
10 patients?
11    A    Frankly, number one, I stayed
12 with the MMPI.  Two, I wanted to use it to
13 give myself insight.  Knowing there was a
14 long-standing psychological history, even
15 though we were dealing with primarily an
16 issue of diabetes, I wanted to have insight
17 into what currently was going on
18 psychologically.  I wanted to have a sense of
19 not only that long standing history, but
20 currently, are we dealing with patients who
21 bring to the table continuing issues, not
22 only psychologically, but with this whole
23 problem I was concerned about with self
24 compliance, with care.  Were they going to be

| | |
|---|---|
| 1  able to manage their -- their health issues, | 1  want to ask you, and then we'll finish up. |
| 2  their diabetes issues. | 2        Is it fair to say that |
| 3        And so one way for me to get a | 3  approximately 88 to 90 percent of the |
| 4  better understanding was to have a little | 4  testimony that you give in litigated matters |
| 5  more insight, both in terms of clinical | 5  is for plaintiff? |
| 6  interview and at least one really good | 6     A   No.  Oh, the testimony? |
| 7  personality inventory, and there's none | 7     Q   Yes, sir. |
| 8  better than MMPI. | 8     A   Be a little bit easier to answer |
| 9     Q   Was there something specific in | 9  that if we separated deposition and trial, |
| 10  the test results for Unger compared to the | 10  but I'd say ... in deposition ... 80 percent |
| 11  other five that you saw that influenced your | 11  is plaintiff, and in trial, 90 percent is |
| 12  judgment about case management?  And for | 12  plaintiff. |
| 13  purposes of this question, I'm focusing | 13     Q   All right. |
| 14  solely on the test results, not everything | 14     A   That'd be -- although that's |
| 15  else that you may have considered. | 15  kind of what you asked is 80 to 90 percent, |
| 16        MR. SULLIVAN:  I'm going to | 16  but that's probably a better way for me of |
| 17     object to that, asked and answered. | 17  saying it. |
| 18  BY MR. COUTROULIS: | 18     Q   Is there a difference between |
| 19     Q   Well, I don't think it's been | 19  plaintiffs' cases and defendant's cases, if |
| 20  asked in the sense of a comparison to the | 20  we were to ask the question of how often you |
| 21  other five, but I understand your objection. | 21  write a report? |
| 22  Subject to the objection. | 22     A   Yeah.  I probably write reports |
| 23     A   I don't know that I could say | 23  for defense more often than I testify for |
| 24  that there's something separate in the test | 24  defense.  And I certainly consult for defense |

10/7/2008  Deutsch, Paul M. (Volume 2)                    10/7/2008  Deutsch, Paul M. (Volume 2)

| | |
|---|---|
| 1  results compared to the other -- the other | 1  far more often than I either write reports or |
| 2  five, without recognizing that when you | 2  testify.  I mean, realistically, I'm sure |
| 3  interpret test results, you do so in relation | 3  you've heard or seen testimony about my |
| 4  to your clinical interview, and it really ... | 4  number of consultations.  I mean, from '84 to |
| 5  is so important to have that clinical | 5  2002, 45.6 percent of my referrals were |
| 6  interview as part of it.  So -- | 6  defense, going all the way to 2005, you know, |
| 7     Q   But if we separate that out and | 7  just be specific, 2003, 39 percent were |
| 8  just focus on the test results? | 8  defense; 2004 43 percent were defense; 2005, |
| 9     A   I am afraid, if I looked at the | 9  right around 55 percent were defense; 2006, |
| 10  test results alone, I probably would have put | 10  we're back down around 48, 49 percent |
| 11  case management back in there.  I mean, he | 11  defense.  2007 was essentially about the |
| 12  had some pretty significant test results.  If | 12  same.  I have no idea where we are this year. |
| 13  you looked at his profile on the MMPI in | 13  But I think we're running about that figure, |
| 14  relation to the others, in some instances, he | 14  right around 47, 48 percent defense. |
| 15  had higher clinical elevations than the | 15     Q   Are all those cases litigated |
| 16  others.  In some, he had lower.  But ... if | 16  matters? |
| 17  you used only test results, I probably | 17     A   We're talking about only |
| 18  wouldn't have eliminated the case management. | 18  litigated matters. |
| 19        So, there's no question that | 19     Q   Okay.  So there's a big |
| 20  clinical interview and judgment from clinical | 20  difference between your consultations as |
| 21  interview played a significant role in that | 21  between plaintiffs and defense -- |
| 22  decision and in interpreting the test | 22     A   Sure. |
| 23  results, as well. | 23     Q   -- and your testimony? |
| 24     Q   I have a few general questions I | 24     A   No question.  Defense don't |

| | |
|---|---|
| 1   generally ask me to testify as frequently, | 1   might be. |
| 2   'cause when I testify for the defendants, I | 2          Q.   Okay. |
| 3   create a floor, and for an awful lot | 3          A.   But I haven't really looked at |
| 4   attorneys, they don't want that floor placed | 4   that. |
| 5   in the courtroom, quite frankly. | 5          Q.   So, you're saying it would -- |
| 6          But, I do a lot of | 6   based on your recollection, as you sit here, |
| 7   cross-examination questions.  I do a lot | 7   would it be fairer to say that you write a |
| 8   of -- of assistance in developing strategies | 8   report in pretty much all the plaintiffs' |
| 9   regarding the evaluation of opposing | 9   cases and probably a little bit more than a |
| 10   life-care plans and damages.  And, you know, | 10   one-third of the defense cases, but not as |
| 11   it's -- frankly, it's ... nice you don't deal | 11   much as a half? |
| 12   as much with the courtroom.  And, frankly, I | 12          A.   One-third to maybe a little bit |
| 13   don't end up in live courtroom very often, | 13   more than one-third. |
| 14   even as much plaintiff testimony. | 14          Q.   Okay.  Why the difference |
| 15          You know, last year I set a huge | 15   between plaintiffs and defense cases with |
| 16   record for me.  It's the most I have been -- | 16   respect to the preparation of a report? |
| 17   in 36 years, I've ever been in the courtroom, | 17          A.   Well, first of all, if you're |
| 18   there were 14 times.  The year before that it | 18   consulting, defense don't -- you know, an |
| 19   was either four or six.  And the year before | 19   awful lot of defense attorneys aren't going |
| 20   that, it was whichever one.  I mean, the | 20   to want you to put something in writing |
| 21   last -- the two years prior to last year, one | 21   that's discoverable.  Even if they list you |
| 22   of them was six times and one of them was | 22   as a witness -- I mean, an awful lot of |
| 23   four times in the courtroom, which is much | 23   defense attorneys will list me as a witness |
| 24   more typical.  Although, this year's kind | 24   but -- and want me to consult and have the |

10/7/2008  Deutsch, Paul M. (Volume 2)          10/7/2008  Deutsch, Paul M. (Volume 2)

| | |
|---|---|
| 1   of ... not too far away from last year.  I | 1   availability to bring me in if and when they |
| 2   mean, I think I've been in either eight or | 2   decide to do that.  But if they have me write |
| 3   nine times already this year. | 3   a report, that becomes discoverable.  So they |
| 4          Q.   What do you attribute that to? | 4   hold off on ... on reports until they make |
| 5   Our society has just become more litigious? | 5   the decision to hold me back as a witness, to |
| 6          A.   No, it's not that the numbers of | 6   take me off the witness list.  Then, after |
| 7   cases, 'cause my depositions are actually | 7   that, it doesn't matter. |
| 8   down.  I think they just aren't settling as | 8          Q.   Okay. |
| 9   many cases.  The big -- the catastrophic | 9          Now, those that don't list me as |
| 10   cases tend to settle.  It's the little | 10   a witness, that's a whole other story.  If |
| 11   non-catastrophics that seem to be the little | 11   you include those that are using me strictly |
| 12   thorns in the side that end up in the | 12   as consultants, and you include reports to be |
| 13   courtroom. | 13   an analysis of opposing counsel's plan -- |
| 14          Q.   Now, I have seen some | 14   excuse me, opposing plaintiff's life-care |
| 15   indications that -- and correct me if I'm | 15   plans, or just developing cross-examination |
| 16   wrong -- that you write a report in pretty | 16   questions for the treating doctors, for the |
| 17   much all of your plaintiffs' cases, but only | 17   plaintiff's life-care planner, if that's |
| 18   in about one-third to one-half of the defense | 18   included in your ... your list of reports, |
| 19   cases; is that accurate as an approximation? | 19   well then we're way over 50 percent. |
| 20          (Pause.) | 20          Q.   Okay.  That would make a big |
| 21          A.   I'd say the one-third is | 21   difference if we were to include those? |
| 22   probably a little bit ... closer, might be a | 22          A.   Yes, right.  When you said |
| 23   little more than one-third, but I don't think | 23   reports initially, I kind of assumed you |
| 24   it's approximated one-half at this point.  It | 24   meant a report similar to the type of report |

1 you write with a plaintiff.  But if you're
2 including anything of the nature I just
3 listed, well then we'd be well over the
4 50 percent mark.
5        Q    Let me ask you a question.  With
6 respect to the six reports we've been talking
7 about over these two days, in these cases,
8 did you provide the results of your
9 rehabilitation recommendations to counsel for
10 the plaintiffs before you finalized the
11 report?
12       A    No.
13       Q    Okay.
14       A    In fact, I even tried to call,
15 'cause ... and this is no offense to you.  I
16 don't mean this to be disrespectful to
17 anybody but I had a question and ... just
18 probably because of schedule, I was never
19 able to get a call back, so I just tabled the
20 question and ... sent them out.
21       Q    Now, to the extent you or
22 someone in your office here who is working
23 with you, makes a note about a particular
24 medical record or about a particular

1 plaintiff, as I understood what you said,
2 they're made directly on the computer; is
3 that correct, is that right?
4        A    With the exception of what's in
5 the notebooks, that are sitting in front of
6 you, but if we're interviewing, if we're
7 doing report work, if we're doing some
8 medical summaries, it's all done right on the
9 computer, with the exception of any
10 highlighting, tabs, that we do on medical
11 records, et cetera, which are still on the
12 medical records.
13       Q    To the extent notes were made
14 directly in the computer, have we been
15 provided with those?
16       A    Yeah, the roughs are still in
17 each file.  That's why there is a medical
18 summary tab; there's a medical summary
19 addendum tab; the documentation for
20 recommendations, those are all notes.  I
21 don't throw anything out, so we produced the
22 rough.  So, you know, on those, you just have
23 to excuse the typos, the sentence structure,
24 those aren't meant to be finished products.

1 Those are exactly what they are.  They're the
2 original roughs, so you got to take them the
3 way they are.
4        Q    Have you spoken with any other
5 experts retained by the plaintiffs in this
6 case?
7        A    No.
8        Q    Have you spoken with Dr. Raffa?
9        A    No, I haven't talked to -- it is
10 Dr. Raffa, and no, I haven't.  But I'm going
11 to try and call him tonight about whatever
12 that one issue was, and I have it in my
13 notes.  I just --
14       Q    Are you aware of the fact that
15 he's prepared reports in this case?
16       A    I would assume, 'cause you said
17 you were taking his deposition on Thursday.
18       Q    I am, and he has.  And have you
19 seen his reports?
20       A    No.
21       Q    Have you discussed his reports
22 with him in any way, shape, or form, whether
23 by e-mail, phone call, or any other method of
24 communication?

1        A    No.  And all e-mails I have are
2 printed out and put in the file.  You even
3 have the printout.
4        Q    So, is it fair to say you don't
5 know the numbers he has come up with taking
6 your rehabilitation recommendations and then
7 putting some numerics to them?
8        A    I haven't got a clue.  And to
9 tell you the honest truth, I don't, in any
10 files in any -- occasionally, somebody might
11 send me an economist's report.  I usually
12 prefer not to.
13       Q    Is there a particular reason for
14 that?
15       A    Well, because I don't want to be
16 asked questions, quite frankly, about an
17 economist's report, because I don't know how
18 to interpret, frankly, the economist's
19 reports.
20             The only time I'm interested, is
21 if it happens to be an economist I'm entirely
22 unfamiliar with, and I'm a little worried
23 sometimes about how economists -- you know,
24 there are times I've seen really overblown

1   reports, and I get blamed for the figures,
2   when I know they're inconsistent with how
3   people like Dr. Raffa, for example, or
4   Dr. Pettingill might evaluate, and those two
5   tend to be ... more on the reasonable side.
6           And so if I see a life-care plan
7   on a spinal cord, I've done a paraplegic, for
8   example, that comes out to be fifty million
9   dollars.  Well, I know that's not because of
10  my report.
11      Q    Okay.
12      A    That just doesn't happen on
13  paraplegics.
14      Q    We've talked a lot about your
15  therapeutic modalities, specifically case
16  management.  I don't have any more questions
17  about case management.
18          But you also have, in a number
19  of those reports, a reference to depression
20  and anxiety, counseling under therapeutic
21  modalities, and I believe your reports
22  observed that that was already called for for
23  these patients.  And so you do not provide
24  any cost estimates for that depression,

10/7/2008  Deutsch, Paul M. (Volume 2)

1   anxiety counseling, which I think you
2   observed could be rolled into the counseling
3   already going on; is that a fair assessment?
4           MR. BRUDNER:  Objection, form.
5           THE WITNESS:  That's true, I
6       don't think there's anyone I gave
7       counseling to, or psychological
8       evaluations or psychiatric evaluations.
9   BY MR. COUTROULIS:
10      Q    Right.  So consistent with your
11  plan then, we should not see any calculations
12  from Dr. Raffa for depression, anxiety
13  counseling in any of these six, correct?
14      A    That's true.
15      Q    You have a number of cost
16  estimates in your reports, for example, cost
17  estimates for different drugs.  How did you
18  come up with those cost estimates?  And,
19  specifically, are you using list prices when
20  you do it?
21          MR. BRUDNER:  Object to form.
22          THE WITNESS:  Well, we have it
23      in your copies of the files.  If you go
24      not to the source list, but to the

1   supplies.
2           MR. COUTROULIS:  Um-hum.
3           THE WITNESS:  You'll find that
4       we didn't just go to the drugstore where
5       we were given the drugstore, but we
6       would go to the Internet suppliers that
7       usually are less expensive.  So like we
8       might go to drugstore.com, or we might
9       have gone to PMS Pharmacy Management,
10      and we usually go to more than one
11      supplier.  So ... that's ... you see
12      that in the outline under equipment and
13      supplies.
14  BY MR. COUTROULIS:
15      Q    But when you go to these
16  different suppliers and you look at these
17  different sources, are you using list prices,
18  or something other than list prices?
19      A    Well, we're using their list
20  price, which is usually less than you'll find
21  in a Walgreens or a -- 'cause these are
22  not ... these don't have local retailers.
23  They're only an Internet bulk supplier.
24      Q    Are you assuming that the

10/7/2008  Deutsch, Paul M. (Volume 2)

1   plaintiffs would have to pay that full amount
2   for getting the drugs?
3       A    That's true.  We're not using
4   a -- a ... well, I don't how else to handle
5   this -- we're not using Medicaid rates or
6   insurance company schedule rates, because I
7   don't know the availability of that to an
8   individual ... patient.
9           So you have no choice but to
10  use the prevailing rate in the community in
11  which the individual lives, or in the
12  instance of supplies, durable medical
13  supplies or replenishable goods like drugs,
14  we can get that through an Internet supplier.
15  So we don't have to use the local community,
16  but we have to use resources that's readily
17  available to the average individual at the
18  best price that they can get, which is not
19  going to be as good as the Medicaid rate or
20  an insurance company rate.
21      Q    Do you consider whether any of
22  these drugs could go off patent in the future
23  and their cost be affected by that?
24      A    That's an interesting question.

1   No.

2        Q    Can you --

3        A    It's a reasonable question, but

4   I have no way of knowing what the

5   off-patent ... rate would be, if they're not

6   already on a generic.

7        Q    Did you consider whether the

8   cost might change on these drugs for any

9   other reason?

10       A    No.  Up or down.

11       Q    Now, you've worked with

12  Dr. Raffa in the past?

13       A    Sure.

14       Q    Many times?

15       A    On both sides of cases,

16  absolutely.

17       Q    How many times would you say

18  you've worked with him on the same side in

19  the last five years?

20       A    I haven't got a clue.

21       Q    How about the last year?

22       A    I couldn't even begin to tell

23  you that.

24       Q    Is it fair --

---

1   litigation work and the split between the

2   work that you do for plaintiffs in litigation

3   and the work that you do for defendants in

4   litigation earlier, correct?

5        A    Yes.

6        Q    Okay.  And as I heard it, you

7   were able to break down different subsets of

8   the kind of work you do.

9             My question is:  Can you

10  characterize generally litigation work, what

11  the split would be between plaintiffs and

12  defendants?

13       A    Well ... different than I

14  already --

15       Q    Well, earlier, I heard you

16  testify what was the split with respect to

17  testimony, what the split was with respect to

18  trial, what the split was with respect to --

19  for whom you write reports.  What I want to

20  know, is there an overall split?

21       A    Right.  Well, I did give that,

22  but I have gotten confused in there.  When we

23  were loading data into the foundations for --

24  for life-care planning research database,

---

1        A    I would say, on the cases where

2   I'm there as an economist, he's probably the

3   economist ... a quarter, 20 to 25 percent of

4   the time.  So, on that basis, I'd probably

5   say he's been on the same side ... it's got

6   to have been on the same side at least ...

7   you know, 15 ... 15, 20 times in the last

8   year to year and a half.

9             MR. COUTROULIS:  Okay.  I can't

10       think of any other questions I want to

11       ask you at this time.  I really

12       appreciate your time.

13            THE WITNESS:  I think you've

14       done a genuinely remarkable job.

15            MR. BRUDNER:  Dr. Deutsch, I've

16       got to follow up with a few questions.

17            THE WITNESS:  I'm sorry,

18       Dr. Deutsch left the building.

19            MR. BRUDNER:  I understand I

20       have got eight minutes.

21            THE WITNESS:  Go ahead.

22            CROSS-EXAMINATION

23  BY MR. BRUDNER:

24       Q    You were testifying about your

---

1   that is all of patient files litigation or

2   none, we took the opportunity in 2002 to go

3   ahead and do an audit from 1984 through 2002.

4             So, on litigation cases, from

5   that period, '84 to 2002, 45.6 percent of all

6   litigation referrals were defense.  The

7   balance were plaintiff.

8             In 2003, 39 percent were

9   defense.  In 2004, 43 percent were defense.

10  In 2005, 55 percent were defense.  In

11  2006 ... we dropped back to around 48,

12  49 percent defense.  I'd have to go back and

13  check the computer.  And we were about the

14  same in 2007.  And I don't know where we are

15  this year.  I think we're probably running

16  right around the same, might be slightly more

17  than 50 percent in terms of our defense

18  referrals, but I think we're probably going

19  to come out right around that 47, 48 percent

20  mark, defense.

21            And one of the reasons for that

22  is because we've gotten actually three

23  separate bulk cases.  Eleven cases involving

24  child abuse that involved 11 severely abused,

1    developmentally delayed children, and then
2    two multi-district litigation cases, and as a
3    result, it kind of skews the curve.
4              You know, you could count them
5    as one, or you could count them as
6    individuals.  And if you count them as
7    individuals, it is definitely going to
8    suggest more plaintiff than defense.
9         Q    I see.  Have you, in the past,
10   worked for Mr. Coutroulis' firm, Carlton,
11   Fields?
12        A    I have.
13        Q    And on how many occasions?
14        A    I looked that up this morning
15   and there's been seven referrals.
16        Q    Okay.  When you do work for
17   Mr. Coutroulis' firm, do you use the same
18   questionnaires?
19        A    Well, it depends on whether I
20   see the patient.  I have a very specific
21   process for working from the defense side.
22   If I don't do an IME, if I am allowed to
23   actually see the patient, then I don't do
24   anything different, other than the fact that

10/7/2008  Deutsch, Paul M. (Volume 2)

1    I can't do a follow-up.
2              In other words, I don't -- I
3    never send the report to the patient, and I
4    can't do any kind of follow-up subsequently.
5    If I don't get to see the patient but if I'm
6    in the case early enough, then I have a very
7    specific process where I try and ask
8    questions of the plaintiff through the
9    defense attorney when he takes the deposition
10   or she takes the deposition of the plaintiff.
11   I ask family members when those depositions
12   are taken, ask their treating physicians when
13   those depositions are taken, and I try and
14   get my insight, my clinical insights by
15   making sure I get a complete copy of the file
16   of the plaintiff's life-care planner, and I
17   compare very carefully the plaintiff's
18   life-care planner's interview with what their
19   final recommendations are.
20             But, generally, their interview
21   is pretty accurate, even if they may have a
22   difference of opinion from my own, as to how
23   to apply those interview questions, but it's
24   a very specific consistent process of how you

1    approach this from the defense side to
2    overcome the fact that you don't have the
3    opportunity to actually interview the client,
4    if, in fact, you don't have that opportunity.
5         Q    Okay.
6              (Pause.)
7         Q    So do you have an occasion, when
8    working for defendants in litigation, to use
9    the type of questionnaires that you used in
10   these six cases?
11        A    Sure.
12        Q    Is ...
13        A    Are you referring to the
14   questionnaire you mail to the doctors?
15        Q    Right.
16        A    Oh, I can't mail questions to
17   the doctors because, you know, you don't have
18   the authority to mail questionnaires to the
19   treating doctors when you're coming from the
20   defense.  I have to ask those questions by
21   giving the questionnaires to the defense
22   attorney if we're early in the case,
23   and they'll ask the questions at deposition
24   for me.  So I can't mail them out, but you do

10/7/2008  Deutsch, Paul M. (Volume 2)

1    get them answered, assuming that they didn't
2    wait till three weeks before trial to call
3    me.  Of course, if they waited that long,
4    then I usually don't accept the case, or I do
5    a very limited consultation.  But, as long as
6    they got me in early enough, yes, we get the
7    questions answered.
8              (Pause.)
9         Q    Is the methodology that you
10   employ to analyze rehabilitation counseling
11   and life-care between your plaintiff's work
12   and your defendant's work?
13        A    No, and you know, I've -- look
14   after 90 peer review journal articles,
15   chapters and other texts, you know, 14 book
16   volumes and -- you don't, if you don't do
17   things consistently, you get people as
18   qualified as the -- and I'm not just being
19   realistic here -- as qualified as the
20   gentlemen who have been here for the last 18
21   hours, they're going to know very quickly
22   when you've changed your methodology from one
23   side versus the other.  You just simply don't
24   do that.  So -- you know, no methodology is

1  going to stay the same.
2      Q   Okay.  Have you ever testified
3  in federal court as an expert in the field of
4  rehabilitation counseling?
5      A   Many times.
6      Q   Have you ever testified in
7  federal court as an expert in the field of
8  life-care planning?
9      A   Yes.
10     Q   Has any of your testimony ever
11 been excluded as a result of a successful
12 Daubert Challenge?
13     A   Never.
14     (Pause.)
15     Q   You testified ... I heard you
16 testify a little bit, and tell me if I'm
17 right, that -- that ... plaintiff may have
18 benefited from case management services prior
19 to the onset of diabetes in at least one of
20 these cases; is that accurate?
21     MR. COUTROULIS:  Yeah, object to
22 form.
23     THE WITNESS:  I'm sorry, I
24 didn't understand.  Please ask me again.

1  you have to take these patients as they come.
2      And so you have to realize that
3  to deal with these -- with the diabetic
4  condition in the most effective fashion
5  possible, you really need a coordinated
6  program that recognizes that these are
7  naturally going to be some of the most
8  difficult patients to treat from a diabetic
9  standpoint, that you really need, if you're
10 going to manage the diabetes in a really
11 effective fashion, that you're going to have
12 to recognize that they have a
13 preexisting history of significant problems,
14 the diabetes has a negative impact on a lot
15 of preexisting comorbidities, a lot of
16 preexisting comorbidities have a significant
17 impact on the diabetes, and even on their
18 self compliance with care, with the diabetes.
19 And so the need for both an educational
20 program and a case management program to work
21 with the diabetes becomes very important.
22     And so what I'm suggesting is
23 that you have to take the patients as they
24 come.  So it doesn't change the fact that I

10/7/2008  Deutsch, Paul M. (Volume 2)

1  BY MR. BRUDNER:
2      Q   I believe that you testified
3  earlier that, for instance, Miss McAlexander
4  may have benefited from case management
5  services prior to the onset of her diabetes;
6  is that accurate?
7      A   Yes.
8      Q   To the extent you testified in
9  any of these cases that the plaintiff may
10 have benefitted from the case management
11 services prior to the onset of diabetes, does
12 that change your opinion that case management
13 is an expense attributable to diabetes for
14 that plaintiff?
15     A   No, I think that I've said
16 throughout this is that what I've recognized
17 is clearly they would have benefited -- I
18 mean, you have to recognize how severe the
19 mental health problems were, how significant
20 many of the comorbidities were, so you can't
21 deny the fact that to treat all of those
22 problems as a group, a case manager would
23 have been of benefit, but you also have to
24 recognize that with the onset of diabetes,

10/7/2008  Deutsch, Paul M. (Volume 2)

1  believe strongly that it is needed if you're
2  going to deal with the case management
3  problem -- excuse me -- if you're going to
4  deal with the diabetic problem.
5      Now I'm starting to get punch
6  drunk, I apologize.
7      (Pause.)
8      Q   Is it your opinion that in each
9  of these cases that case management is an
10 expense attributable to diabetes?
11     MR. COUTROULIS:  I object to the
12     form of the question.  I believe it
13     calls for a legal conclusion, among
14     other issues.
15     THE WITNESS:  Well ... I don't
16     know how to answer that differently than
17     I've answered ... you know, I recognize
18     the value of -- of the case management
19     slash diabetic management program, as a
20     result of onset of the diabetes, but
21     I've also recognized the -- the value of
22     case management absent the diabetes and
23     with the preexisting mental health and
24     comorbidity problems, so ... I'm not

10/7/2008  Deutsch, Paul M. (Volume 2)

1    sure I know how to answer it differently

2    than that.

3         Certainly, the onset of the

4    diabetes, I think, makes the issue even

5    more problematic and the need for the

6    case manager that much more serious and

7    of necessity.  And I don't know if --

8    and I think, because of the seriousness

9    of their preexisting problems, and the

10   reality that you have to take the

11   patient as you find them.

12         We recognize that the case

13   management becomes critical.  But I

14   can't deny the fact that if we never had

15   diabetes there is value ... to, if we

16   were treating all of those issues

17   previously, case management, I think,

18   would have been helpful because we have

19   to recognize we certainly don't see

20   success in what happened with them

21   before.  And ... and it's one of the

22   reasons I think why their diabetic

23   situation is made that much worse now.

24

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1         MR. BRUDNER:  Thank you, Doctor.

2    Those are all my questions.

3         MR. COUTROULIS:  I don't have

4    anything else.

5         (Whereupon, at 5:05 p.m., the

6    proceeding concluded.)

7              - - - - -

8

9

10

11

12

13

14              CERTIFICATE OF OATH

15

16   STATE OF FLORIDA        )

17                          )

18   COUNTY OF ORANGE        )

19

20         I, the undersigned authority,

21   certify that PAUL M. DEUTSCH, PH.D.,

22   personally appeared before me and was duly

23   sworn.

24

---

1         WITNESS my hand and official seal

2    this 15th day of October, 2008.

3

4

5

6         _____

          Richard Castillo,

          Registered Diplomate

          Reporter

7         Notary Public, State

8         of Florida at Large

          Comm. No. DD609499

9         Expiration:  02/25/11

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

10/7/2008  Deutsch, Paul M. (Volume 2)

1         CERTIFICATE OF REPORTER

2    STATE OF FLORIDA             )

3    COUNTY OF ORANGE             )

4    I, RICHARD CASTILLO, Professional Court

5    Reporter and Notary Public, do hereby certify

6    that I was authorized to and did

7    stenographically report the deposition of

8    PAUL M. DEUTSCH, PH.D.; that a review of

9    the transcript was requested; and that the

10   foregoing transcript, pages 167 through 348,

11   is a true record of my stenographic notes.

12         I FURTHER CERTIFY that I am not a

13   relative, employee, or attorney, or counsel

14   of any of the parties, nor am I a relative or

15   employee of any of the parties' attorney or

16   counsel connected with the action, nor am I

17   financially interested in the action.

18         DATED this 15th day of October, 2008, at

19   Orlando, Orange County, Florida.

20

21   ----------------------------------------

     RICHARD CASTILLO

22   Registered Diplomate Reporter

     Notary Public, State of Florida at Large

23   Commission No. DD609499

     Expiration:  February 25, 2011

24

E R R A T A

1                E R R A T A

2       I, PAUL M. DEUTSCH, PH.D., do

3  hereby certify that I have read the foregoing

4  transcript of my deposition given on October

5  7, 2008, that, together with any additions or

6  corrections made therein, it is true and

7  correct.

8

    Page    Line

9  ----------------------------------------------

10  ----------------------------------------------

11  ----------------------------------------------

12  ----------------------------------------------

13  ----------------------------------------------

14  ----------------------------------------------

15  ----------------------------------------------

16  ----------------------------------------------

17  ----------------------------------------------

18  ----------------------------------------------

19  ----------------------------------------------

20  ----------------------------------------------

    Under penalties of perjury, I declare that I

21  have read the foregoing document and that the

    facts stated in it are true.

22

  _____       _____

23    Date           PAUL M. DEUTSCH, PH.D.

24  Job No. 958372

---

LAWYER'S NOTES

1               LAWYER'S NOTES

2  PAGE LINE

3  ____  ____  _____

4  ____  ____  _____

5  ____  ____  _____

6  ____  ____  _____

7  ____  ____  _____

8  ____  ____  _____

9  ____  ____  _____

10  ____  ____  _____

11  ____  ____  _____

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20  ____  ____  _____

21  ____  ____  _____

22  ____  ____  _____

23  ____  ____  _____

24  ____  ____  _____

---

**10/7/2008  Deutsch, Paul M. (Volume 2)**

1  DATE: October 15, 2008

    TO:    Paul M. Deutsch, Ph.D.

2       10 Windsomere Way, Suite 400,

       Oviedo, Florida, 3276

3  IN RE:  Plaintiffs Vs. AstraZeneca

       Case No. 6:07-cv-15959, etc.

4

       Please take notice that on October 7,

5  2008, you gave your deposition in the

    above-referred matter.  At that time, you did

6  not waive signature.  It is now necessary

    that you sign your deposition.

7       Please call our office at the

    below-listed number to schedule an

8  appointment between the hours of 9:00

    a.m. and 4:30 p.m., Monday through Friday at

9  the Esquire office located nearest you.

       If you do not read and sign the

10  deposition within a reasonable time, the

    original, which has already been

11  forwarded to the ordering attorney, may be

    filed with the Clerk of the Court.  If you

12  wish to waive your signature, sign your name

    in the blank at the bottom of this letter and

13  return it to us.

14       Very truly yours,

15

16       RICHARD CASTILLO

       Registered Diplomate Reporter

17       Esquire Deposition Services

       Orlando, Florida

       (407)426-7676

18

  I do hereby waive my signature.

19

20  ------------------------------

  PAUL M. DEUTSCH, PH.D.

21

  cc via transcript:  John Sullivan, Esquire

22              Russ Brudner, Esquire

              Chris Coutroulis, Esquire

23

24  Job No. 958372

10/7/2008  Deutsch, Paul M. (Volume 2)

**$**

**$161** [148:20]
**$2,000** [148:22]
**$528** [139:20]

**0**

**02/25/11** [187:]
**07/28/08** [116:21]
**08** [76:10]
**08540** [2:8]

**1**

**1** [76:2] [153:21] [154:6]
**10** [1:15] [8:2,15] [40:7]
   [190:2]
**100** [39:7] [40:5]
**1000** [2:]
**11** [8:5,15] [72:24] [122:21]
   [151:18,23] [176:24]
**118** [7:3]
**12** [51:8] [55:4,23] [61:13]
   [73:8] [137:24] [138:4]
**120** [15:21]
**1214** [51:8]
**12-14** [51:8]
**126** [6:5] [7:8] [17:20]
**13** [71:21]
**133** [7:4]
**134** [9:14] [11:1]
**14** [7:12] [74:9] [161:18]
   [180:15]
**144** [7:4]
**148** [7:4]
**15** [174:7] [190:1]
**15th** [187:2] [188:18]
**16** [7:16] [10:6] [18:11]
   [19:3] [20:8,21] [22:2]
   [27:8] [28:2] [44:4] [51:7]
   [54:16] [56:18] [58:9]
**167** [3:5] [4:3,4] [188:10]
**17** [6:15] [152:15] [153:3]
**1769** [1:5]
**18** [6:15] [76:10] [110:4,8]
   [151:20,24] [180:20]
**19** [78:19] [79:9] [97:17]
**190** [15:21]
**1984** [176:3]
**1994** [6:12,15]
**1st** [75:23]

**2**

**2** [13:1] [140:9]
**2/25/11** [1:19]
**2:07** [68:21]
**2:17** [68:22]
**20** [6:15] [41:2] [43:1,9]
   [111:7] [153:17] [154:2]
   [174:3,7]
**200** [1:]
**2000** [8:3,5,15,16] [11:6]
   [13:1] [15:20]

**2001** [15:10]
**2002** [10:8,22] [160:5]
   [176:2,3,5]
**2003** [7:16] [10:6] [18:11]
   [19:3] [20:8,21] [22:2]
   [27:9] [28:2] [44:4] [54:16]
   [56:18] [58:9] [160:7]
   [176:8]
**2004** [153:20,21] [160:8]
   [176:9]
**2005** [72:16] [73:9] [160:6,8]
   [176:10]
**2006** [10:8,22] [73:19]
   [151:20,24] [160:9] [176:11]
**2007** [71:13,22] [152:18]
   [153:4] [160:11] [176:14]
**2008** [1:11] [74:1,9] [117:7]
   [122:22,23] [187:2] [188:18]
   [189:5] [190:1,5]
**2011** [188:]
**21** [6:14] [63:24]
**229** [2:] [3:6]
**2294133** [2:]
**229-4133** [2:]
**230** [4:5]
**238** [4:6]
**24** [73:9]
**25** [11:5] [72:16] [174:3]
   [188:]
**250** [4:7]
**2500** [86:12]
**27,000** [86:10]
**278** [4:8]
**28** [117:7] [145:18]
**28,000** [86:10]
**284** [4:9]
**29** [148:14]
**292** [2:] [4:10]
**2922750** [2:]
**292-2750** [2:]

**3**

**3:58** [145:14]
**30** [139:13]
**3276** [190:]
**32765** [1:16]
**32801** [1:]
**33** [4:3] [6:1,11] [17:11,13,16]
   [45:6]
**336** [3:7]
**33607** [2:12]
**336075736** [2:12]
**33607-5736** [2:12]
**34** [4:4] [11:2] [12:1] [15:4]
   [17:6,12] [35:5,6] [59:2]
   [63:5]
**348** [188:10]
**349** [3:8]
**35** [4:5] [69:15,22] [70:14]
   [117:12]
**350** [3:9]
**351** [3:10]
**35page** [117:12]
**35-page** [117:12]
**36** [4:6] [77:22] [81:13]

**[107:23]** [161:17]
**37** [4:7] [88:24]
**38** [4:8] [117:4]
**39** [4:9] [122:19] [160:7]
   [176:8]

**4**

**4** [71:13] [153:20] [154:6]
**4:19** [145:15]
**4:30** [190:]
**40** [4:10] [130:19] [146:8]
   [148:13]
**400** [1:16] [190:2]
**407** [1:23] [190:]
**4221** [2:11]
**425** [1:22]
**426** [1:23] [190:]
**4267676** [1:23] [190:]
**426-7676** [1:23] [190:]
**43** [160:8] [176:9]
**45.6** [160:5] [176:5]
**47** [160:14] [176:19]
**48** [160:10,14] [176:11,19]
**49** [160:10] [176:12]

**5**

**5:05** [1:12] [186:5]
**50** [164:19] [165:4] [176:17]
**500** [2:]
**5020** [2:3]
**55** [160:9] [176:10]

**6**

**6** [152:17] [153:4]
**6:07** [1:7,,8,,9,] [190:]
**6:07cv10291** [1:8]
**6:07-cv-10291** [1:8]
**6:07cv10360** [1:]
**6:07-cv-10360** [1:]
**6:07cv10475** [1:]
**6:07-cv-10475** [1:]
**6:07cv15701** [1:]
**6:07-cv-15701** [1:]
**6:07cv15812** [1:9]
**6:07-cv-15812** [1:9]
**6:07cv15959** [1:7] [190:]
**6:07-cv-15959** [1:7] [190:]
**609** [2:]

**7**

**7** [1:11] [74:9] [122:22]
   [189:5] [190:]
**713** [2:]
**77006** [2:4]

**8**

**80** [29:14] [35:15] [37:15]
   [39:10] [40:13] [41:1]
   [159:10,15]
**813** [2:]
**84** [160:4] [176:5]

**88** [159:3]

**9**

**9** [15:10]
**9:00** [190:8]
**9:10** [1:17]
**9:12** [1:12]
**90** [40:6] [159:3,11,15]
   [180:14]
**902** [2:7]
**955** [2:]
**9553200** [2:]
**955-3200** [2:]
**958372** [1:24] [189:24]
   [190:24]

**A**

**a.m** [1:12,17] [190:]
**ability** [71:6]
**able** [41:13] [45:9] [67:16]
   [68:14] [114:12] [119:12]
   [145:2] [157:1] [165:19]
   [175:7]
**abnormal** [72:18]
**above** [1:17] [6:5] [7:7,8]
   [138:5] [190:]
**abovereferred** [190:]
**above-referred** [190:]
**absent** [184:22]
**absolutely** [31:17] [41:20,24]
   [62:22] [78:13] [85:17]
   [89:9] [117:6] [151:1]
   [154:8] [173:16]
**abuse** [176:24]
**abused** [176:24]
**accept** [180:4]
**accepted** [151:6]
**access** [11:23] [139:17]
**accident** [30:11] [34:20]
**accidentally** [83:18]
**accidents** [32:20]
**accomplish** [62:18] [142:16]
**accomplished** [50:1] [62:19]
**accomplishing** [80:1]
   [115:2]
**account** [130:8]
**accounted** [130:1]
**accuracy** [67:17]
**accurate** [67:15] [68:9,13]
   [76:6] [118:10,19] [120:12]
   [133:11] [147:15] [150:10,11]
   [151:5] [162:19] [178:21]
   [181:20] [182:6]
**accurately** [119:9]
**achieve** [115:9]
**across** [7:2] [124:21] [129:18
   ,23]
**action** [188:16,17]
**activity** [111:15,17]
**actual** [32:15]
**actually** [26:11,21] [27:17]
   [29:9,22] [33:3] [34:24]
   [37:12] [46:17] [47:14]
   [57:17] [63:7] [67:11]

10/7/2008  Deutsch, Paul M. (Volume 2)

[68:3] [86:9] [87:15] [97:13] [103:6] [104:10] [106:13] [110:1] [119:6] [128:9] [131:23] [134:6,21] [142:19] [151:13] [162:7] [176:22] [177:23] [179:3]
**acute** [74:10]
**add** [31:19,21] [37:7] [55:5] [94:5] [125:5] [128:6]
**addendum** [166:19]
**adding** [97:6,9]
**addition** [50:16,20]
**additional** [49:17] [55:5] [57:18] [65:8] [78:12] [112:14] [128:6] [129:11] [136:7] [137:3] [153:18]
**additions** [189:5]
**address** [13:14] [15:1] [47:16] [66:11] [128:21] [137:6,8]
**addressed** [47:8,17]
**addressing** [61:13]
**adjust** [35:24]
**adjusting** [62:24]
**adjustment** [36:2] [62:10,20,24]
**adjustments** [137:11]
**admit** [115:19] [151:7]
**admitted** [72:19]
**adopt** [22:7]
**advance** [121:17]
**advantage** [49:9]
**advice** [72:12,20]
**advised** [153:10]
**aerobic** [139:18]
**affect** [108:15] [109:2]
**affected** [172:23]
**affirms** [123:24]
**afraid** [158:9]
**again** [5:14] [9:7] [10:11] [14:7] [15:13] [17:9] [21:19] [36:16] [39:3] [51:12] [56:13] [68:12] [72:14] [75:11] [81:12] [153:14,24] [181:24]
**against** [36:7] [72:20]
**aggressive** [128:8,11]
**ago** [7:12] [51:8] [77:24] [129:6]
**agree** [5:16,19] [7:6] [10:24] [19:12] [20:5,20] [42:20] [58:5,11] [61:9] [65:7] [71:12,23] [73:6,7,17,23] [74:8] [91:20] [151:10] [153:23] [154:9,16] [155:12]
**agreed** [33:22]
**agreeing** [138:7]
**ahead** [28:15] [56:11] [69:14] [73:3] [89:9] [102:1] [103:22] [122:2] [150:17] [174:21] [176:3]
**aide** [104:12]
**al** [1:]
**albuminuria** [124:13]
**allied** [27:20] [65:20] [143:24]
**allocate** [36:22]

**allocated** [36:7]
**allow** [104:11]
**allowance** [98:18] [100:15]
**allowed** [177:22]
**allowing** [103:22]
**alone** [24:13] [30:20,23] [31:2,17] [43:1] [158:10]
**along** [27:14] [82:24] [85:8] [92:23]
**already** [27:17] [33:19,22] [34:4] [41:10] [42:2] [51:6,17] [53:1,15,16] [59:13,14] [63:18] [78:7] [91:24] [96:3] [107:4] [111:11] [113:13] [117:15] [123:2] [136:23] [138:4] [144:4] [162:3] [169:22] [170:3] [173:6] [175:14] [190:]
**alternative** [48:19]
**although** [12:8] [28:21] [34:23] [46:11] [51:15] [67:12] [96:24] [119:3] [123:3] [128:13] [136:14] [145:6] [159:14] [161:24]
**am** [8:6,10] [13:12] [14:14] [28:6] [45:20] [92:22] [96:24] [97:9] [106:15] [133:24] [134:12] [152:13] [158:9] [167:18] [177:22] [188:12,14,16]
**ambien** [152:4]
**ambulating** [44:3]
**amend** [119:5,7] [127:24]
**amended** [119:3]
**among** [70:14] [137:4] [155:7] [184:13]
**amount** [31:9] [79:11] [149:11] [172:1]
**amounts** [42:21] [43:2]
**amputations** [50:15]
**analysis** [164:13]
**analyze** [180:10]
**and/or** [103:23] [120:13] [137:9,12]
**annual** [63:5,16]
**answer** [18:21] [23:19] [25:2] [27:3,6,16] [35:10,14,17] [40:12,22] [41:21] [42:3,5,18] [47:16] [51:18] [68:7] [76:15] [85:1] [92:13] [93:19] [108:9,10] [123:20] [136:16] [159:8] [184:16] [185:1]
**answered** [92:12] [96:18] [107:7] [137:19] [143:11] [157:17] [180:1,7] [184:17]
**answering** [35:7] [81:17]
**anticipate** [97:20]
**anticipated** [94:20] [118:14]
**anxiety** [20:17] [34:2] [148:16] [149:24] [150:10,16,20,23] [151:10] [153:22] [169:20] [170:1,12]
**anybody** [34:13] [47:10,14] [165:17]
**anymore** [104:11]

**anyone** [14:19] [170:6]
**anything** [48:16] [75:24] [76:1,3,11] [100:24] [117:11] [120:18] [123:8] [128:8] [138:8] [139:9] [152:9] [155:18,22] [156:6] [165:2] [166:21] [177:24] [186:4]
**anyway** [33:13]
**anywhere** [30:2] [109:16] [121:12]
**apnea** [21:11]
**apologize** [10:9,13] [18:24] [23:21] [83:15] [105:20] [132:6] [137:19] [138:6,10 ,15] [154:5] [155:10] [184:6]
**apology** [7:22]
**appear** [120:11] [146:1]
**appearances** [2:1]
**appeared** [186:22]
**appears** [131:4]
**appendix** [126:4]
**applied** [97:5]
**applies** [96:19]
**apply** [178:23]
**appointment** [190:8]
**appreciate** [92:24] [95:24] [174:12]
**approach** [37:5] [98:10] [125:22] [154:10] [179:1]
**appropriate** [41:4] [92:8] [100:1] [103:5] [154:14]
**appropriateness** [34:9]
**approximated** [162:24]
**approximately** [159:3]
**approximation** [162:19]
**april** [6:14,15]
**area** [13:24] [22:16] [56:24] [84:9,22] [85:17] [97:8]
**areas** [84:8,10,12,13,16] [99:12] [108:13,19]
**arent** [99:19] [144:24] [162:8] [163:19] [166:24]
**argue** [67:14]
**around** [86:12] [160:9,10,14] [176:11,16,19]
**articles** [180:14]
**ascribing** [112:8]
**ask** [18:23] [22:16] [27:4] [28:12,15] [29:11] [40:2] [41:13,14] [43:8,13,14] [52:13] [54:4,9] [55:1] [58:2] [67:1] [69:8] [81:15] [84:9] [89:1] [101:19] [102:4] [105:6] [117:2] [125:23] [128:20] [131:22] [134:10] [141:17] [142:23] [159:1,20] [161:1] [165:5] [174:11] [178:7,11,12] [179:20,23] [181:24]
**asked** [14:2] [23:6] [38:9,10] [54:11] [57:22] [66:23] [83:8] [84:24] [93:7] [124:11] [142:24] [149:12] [157:17,20] [159:15] [168:16]
**asking** [22:17] [38:2] [52:15] [92:20,22] [95:21] [102:18]

**aspect** [85:22] [113:3]
**aspects** [65:18] [71:9] [86:18] [143:19]
**aspirin** [52:1,3]
**assembled** [89:5]
**assess** [109:22]
**assessment** [170:3]
**assignment** [131:10,19] [146:21]
**assistance** [89:19] [161:8]
**associated** [11:16,17] [29:13,15,19] [31:10] [35:13] [37:8] [39:19] [50:21] [109:23] [137:9,13] [146:17,18]
**associates** [1:15]
**assume** [23:5] [34:8] [59:15] [78:9,10] [79:4] [125:17] [167:16]
**assumed** [164:23]
**assumes** [149:1]
**assuming** [22:12] [28:6] [63:21] [131:16] [171:24] [180:1]
**assumption** [22:14] [58:19] [102:24] [126:16]
**astrazeneca** [1:] [190:3]
**ativan** [148:15] [149:1,24] [150:20] [152:3,9] [153:10 ,22]
**attach** [126:4]
**attached** [15:3]
**attack** [153:12]
**attempt** [33:12,15] [34:3]
**attempted** [33:18]
**attempts** [19:14] [33:23]
**attention** [12:19] [70:19] [72:15] [73:8,18,24] [74:7,17] [75:7] [78:18] [81:14] [94:10]
**attitude** [91:13]
**attorney** [111:2] [119:14] [178:9] [179:22] [188:13,15] [190:11]
**attorneys** [14:16] [161:4] [163:19,23]
**attributable** [182:13] [184:10]
**attribute** [162:4]
**attributed** [39:7]
**audit** [176:3]
**august** [7:16] [8:2,5,15] [10:6] [11:5] [13:1] [18:11] [19:3] [20:8,21] [22:2] [27:8] [28:2] [44:4] [54:16] [56:18] [58:9] [71:21] [73:19] [75:23] [76:2] [151:20,24]
**authority** [179:18] [186:20]
**authorized** [188:6]
**automatically** [124:18] [125:3,10]
**availability** [164:1] [172:7]
**available** [47:4] [48:23] [49:4] [50:4] [172:17]
**average** [40:22] [77:5] [86:9] [172:17]

**averaging** [55:9] [149:9]
**avoid** [113:11] [115:7]
**aware** [13:12] [14:14,21]
  [19:13] [28:17] [34:18,22]
  [44:2,10] [45:15,20] [47:6]
  [101:5,6] [109:19] [110:12]
  [134:22] [167:14]
**away** [14:11] [48:18] [61:10]
  [102:23] [162:1]
**awful** [161:3] [163:19,22]
**awfully** [55:24]

B

**back** [7:23] [10:12] [16:12]
  [22:18] [23:3,24] [29:23]
  [39:3] [40:12] [74:19]
  [75:6] [76:12] [98:10]
  [100:8,11,14] [101:9]
  [107:3] [113:2] [120:12]
  [126:20] [129:3,7] [132:8]
  [139:10] [146:15] [158:11]
  [160:10] [164:5] [165:19]
  [176:11,12]
**backward** [7:3]
**bad** [90:19] [104:6]
**balance** [138:18] [176:7]
**baptist** [72:16] [74:2]
**bars** [49:20]
**based** [36:3] [42:24] [45:10]
  [53:9] [58:19] [63:8,21]
  [70:22,24] [71:12,21]
  [74:13] [79:4] [83:5] [91:20]
  [92:5] [97:24] [99:5] [100:9
  ,22,24] [101:10] [107:21]
  [112:12] [117:24] [123:4,7]
  [126:8] [127:23] [128:2]
  [140:5] [143:2] [163:6]
**basic** [86:15] [87:2] [101:20]
  [110:15]
**basically** [46:7] [57:7,17]
  [65:23] [76:1] [111:13,19]
  [125:24] [137:11] [139:24]
**basis** [34:22] [52:4] [55:19]
  [56:1] [91:1] [106:13]
  [127:12] [139:22] [140:15]
  [145:23] [146:3] [151:5,9]
  [174:4]
**bates** [6:20]
**beady** [110:13]
**bear** [21:21]
**become** [66:1] [104:8,16]
  [162:5]
**becomes** [25:5] [93:24]
  [94:4,7,8] [140:10] [143:20]
  [164:3] [183:21] [185:13]
**begin** [90:16] [173:22]
**beginning** [1:16]
**begins** [11:11] [12:20]
**behalf** [96:20]
**behind** [30:21]
**belief** [37:21]
**believe** [12:3,8] [15:20]
  [28:10] [40:14] [56:2]
  [68:11] [89:2] [92:7] [100:12]
  [101:10] [112:20] [121:20,23]

[129:6] [130:20] [136:22]
  [138:12] [144:16] [146:6]
  [169:21] [182:2] [184:1,12]
**belongs** [58:17]
**below** [9:11] [10:5,17]
  [190:]
**belowlisted** [190:]
**below-listed** [190:]
**benefit** [46:15] [64:8] [90:18]
  [92:14] [113:24] [114:1,20]
  [115:1,6,17,18] [139:17]
  [141:1] [182:23]
**benefited** [92:19,20] [93:17]
  [181:18] [182:4,17]
**benefits** [90:15] [91:22]
  [113:7] [114:4,10,11,15]
**benefitted** [182:10]
**besides** [57:18]
**best** [42:6] [43:16,21] [62:16]
  [71:5,10] [83:22] [90:4]
  [98:11] [145:5] [172:18]
**better** [18:23] [34:7] [42:14]
  [58:20] [73:13] [105:7]
  [112:4,5] [157:4,8] [159:16]
**beyond** [26:7] [48:9] [82:17]
  [86:8,15] [108:23]
**big** [160:19] [162:9] [164:20]
**bio** [104:2]
**bit** [10:6] [26:6] [108:8]
  [159:8] [162:22] [163:9,12]
  [181:16]
**blamed** [169:1]
**blank** [190:]
**blood** [15:21] [17:19] [18:17]
  [19:5] [30:14] [73:12,13,20]
  [74:4,15] [124:4] [148:17]
  [151:12]
**bluntly** [141:21]
**board** [86:11] [124:21]
  [129:18]
**boardcertified** [86:11]
**board-certified** [86:11]
**bold** [15:19]
**book** [180:15]
**books** [111:20,21]
**bottle** [147:22]
**bottles** [147:19]
**bottom** [6:20] [68:8] [101:7]
  [104:18] [108:18] [190:]
**boulevard** [2:3,11]
**bowel** [52:18]
**boy** [2:11]
**boyd** [4:6] [75:17] [76:20,23]
  [77:4,9,12,19,23] [81:12,17]
  [82:4,23] [85:1,7] [98:1,6,9
  ,13,21] [99:5] [100:9,11]
  [101:5,9,12,22] [102:15]
  [108:1] [109:20]
**boyds** [98:16] [103:17]
  [105:1,9]
**brain** [50:18]
**break** [28:21] [33:4] [42:10]
  [68:16] [175:7]
**breaking** [29:2] [41:10]
**breath** [152:19] [153:9,11]
**breathing** [152:20] [153:9]

**bring** [114:12] [147:24]
  [156:21] [164:1]
**bringing** [53:6]
**broad** [58:2]
**broader** [82:15,19,24]
**brudner** [2:] [3:7] [16:2]
  [17:23] [19:15] [23:18]
  [25:21] [40:9] [60:8] [67:9]
  [68:5,20] [83:12] [92:2]
  [109:6] [117:16,19] [122:10]
  [170:4,21] [174:15,19,23]
  [182:1] [186:1] [190:22]
**building** [149:5] [174:18]
**bulk** [121:13] [171:23]
  [176:23]
**buminuria** [124:14]
**b-u-m-i-n-u-r-i-a** [124:14]
**bumped** [43:18]
**burns** [1:7] [4:3] [5:5,13,17
  ,20] [6:10] [8:2] [10:21]
  [11:6] [14:16] [15:6] [17:7,17]
  [18:9] [19:13] [20:6] [21:19]
  [22:1,19] [27:8] [30:3]
  [35:9,19] [36:5,17] [37:23]
  [39:12] [41:15] [51:24]
  [52:11,20] [53:8] [55:3]
  [56:16] [58:8] [59:3] [61:1,15]
  [68:17] [69:4] [70:3]
**byetta** [135:5,14] [145:19,20
  ,24] [148:7]

C

**calculated** [79:7]
**calculations** [78:22] [112:24]
  [170:11]
**call** [43:21] [62:16] [64:5]
  [107:16] [120:17] [165:14,19]
  [167:11,23] [180:2] [190:7]
**called** [169:22]
**calls** [184:13]
**cane** [44:3,7,15,19] [53:12,19]
**cannot** [100:13]
**cant** [25:24] [34:21] [67:1,20]
  [68:11] [75:2] [107:21]
  [131:21] [136:12] [174:9]
  [178:1,4] [179:16,24]
  [182:20] [185:14]
**capable** [80:1]
**caps** [15:19]
**car** [34:20]
**cardiopulmonary** [21:8]
**care** [37:5] [51:4] [54:5]
  [55:6,11] [59:16,22] [60:1]
  [62:14] [65:18,20,24]
  [66:12] [74:2] [85:22]
  [97:19] [99:10,11] [104:11
  ,17,18] [121:21] [123:23]
  [125:21] [126:1] [156:24]
  [183:18]
**carefully** [178:17]
**carlton** [2:10] [177:10]
**carnegie** [2:7]
**carriers** [65:12,13] [66:3]
**carries** [14:3]
**case** [22:10] [24:11] [27:13

,15] [55:13] [56:23] [60:16,22]
  [64:19] [65:9,11,17,19,24]
  [66:5,10,19] [75:21] [79:11]
  [80:7,12,17] [81:3,4] [84:12]
  [85:8,16,19] [86:1,4,5,9,11
  ,14,15,24] [88:13] [89:19,20]
  [90:1,5,20,24] [91:3,15,23]
  [92:7,15] [93:17,23] [94:3]
  [97:6] [99:21] [101:4]
  [113:3,7,11] [114:17]
  [115:10,13] [118:3] [119:7]
  [128:17] [142:3] [143:8,18]
  [155:13] [157:12] [158:11,18]
  [167:6,15] [169:15,17]
  [178:6] [179:22] [180:4]
  [181:18] [182:4,10,12,22]
  [183:20] [184:2,9,18,22]
  [185:6,12,17] [190:]
**cases** [16:14] [26:4] [51:9,13]
  [58:23] [89:15] [92:12]
  [155:11] [156:4] [159:19]
  [160:15] [162:7,9,10,17,19]
  [163:9,10,15] [165:7]
  [173:15] [174:1] [176:4,23]
  [177:2] [179:10] [181:20]
  [182:9] [184:9]
**castillo** [1:18] [187:] [188:4
  ,] [190:]
**catastrophic** [162:9]
**category** [30:6]
**cause** [12:6] [37:6] [76:4,8]
  [108:19] [121:13] [161:2]
  [162:7] [165:15] [167:16]
  [171:21]
**caused** [32:19,21] [108:4,13]
**cc** [190:]
**cellulitis** [141:3]
**center** [2:7] [6:19] [48:21]
  [49:2,11] [71:14,22] [72:17]
  [73:11]
**centers** [104:18] [142:20]
**certain** [91:14] [114:21]
  [115:10] [154:12]
**certainly** [7:11] [16:22]
  [17:5] [19:10] [31:1] [32:15]
  [33:1,5] [48:17] [68:11,18]
  [83:17,24] [84:18] [85:6,11]
  [89:22] [91:1,2,7] [97:7]
  [98:9] [100:23] [101:14]
  [115:12] [159:24] [185:3,19]
**certificate** [3:8,9] [186:14]
  [188:1]
**certify** [186:21] [188:5,12]
  [189:3]
**cetera** [104:13] [142:14]
  [166:11]
**challenge** [181:12]
**chance** [35:23]
**change** [37:2] [76:11] [94:13]
  [95:2,13,16,18,21] [97:4]
  [104:16] [105:14] [106:20]
  [107:21] [108:14] [120:1,5]
  [123:10] [124:16,18] [125:
  3,10,12] [128:3] [173:8]
  [182:12] [183:24]
**changed** [75:22] [180:22]

10/7/2008  Deutsch, Paul M. (Volume 2)

**changes** [95:7] [124:3] [136:15]
**chapters** [180:15]
**characterize** [175:10]
**cheaper** [121:12,15]
**check** [12:5] [15:23] [108:7] [121:2] [126:6] [176:13]
**checking** [16:9] [74:4,14]
**checks** [30:14] [111:20]
**chest** [28:20] [72:18]
**child** [176:24]
**children** [177:1]
**chip** [61:10]
**choice** [100:11] [105:24] [172:9]
**cholesterol** [20:23] [109:11,13]
**choose** [106:14]
**chris** [2:] [69:7] [190:]
**chronic** [21:9] [86:21] [114:19]
**circumstances** [31:16]
**clarification** [100:12] [101:18]
**clarify** [64:5] [102:4]
**clean** [122:6]
**clear** [37:19] [40:24] [41:12] [98:20] [115:22] [127:6] [129:15] [131:3] [137:18,21] [149:16]
**clearly** [26:5] [36:1] [41:9] [42:10,16] [43:7] [44:6] [49:3] [62:10,18] [79:21] [80:19,24] [81:3] [105:22] [149:6] [182:17]
**clerk** [190:]
**client** [179:3]
**clinical** [6:3] [9:20] [26:19] [30:3] [52:4] [81:1] [98:7,17] [99:8] [100:6,18] [103:3,19] [105:22] [106:2] [123:5] [125:20] [126:6,8] [127:1,23] [128:2] [157:5] [158:4,5,15,20] [178:14]
**clip** [104:13]
**clipping** [103:10] [104:1,8]
**closer** [162:22]
**clue** [168:8] [173:20]
**colon** [15:19]
**combination** [100:4]
**combine** [31:11]
**combined** [154:7]
**comfortable** [103:15]
**coming** [19:8] [63:11] [65:4] [102:23] [136:8] [179:19]
**comm** [187:9]
**comment** [37:15] [64:10] [91:2] [128:21] [132:5]
**comments** [65:8] [90:7] [128:7]
**commission** [1:19] [188:23]
**common** [52:16]
**commonsense** [30:18] [48:7,9]
**communication** [167:24]
**community** [172:10,15]

**comorbidities** [47:13] [48:3] [94:3] [95:19] [96:13] [113:18] [143:14] [182:20] [183:15,16]
**comorbidity** [79:24] [184:24]
**company** [172:6,20]
**compare** [121:11] [178:17]
**compared** [157:10] [158:1]
**comparison** [157:20]
**competitors** [121:11]
**complaining** [28:23]
**complains** [28:21]
**complaint** [45:11]
**complete** [70:15] [178:15]
**completed** [76:14] [123:2]
**completely** [102:20]
**compliance** [156:24] [183:18]
**complicating** [51:14,17]
**complications** [50:24] [63:17] [66:20] [67:3,7,19] [68:4] [109:23] [113:12] [114:5,6,8,16,21,23] [115:7] [116:2] [118:16]
**complies** [89:10] [123:19]
**component** [79:6] [80:14,24] [81:3] [97:6,9]
**components** [24:22] [65:19,24]
**computer** [132:3] [166:2,9,14] [176:13]
**concept** [85:16,19] [87:3] [90:1]
**concern** [60:11] [65:2] [126:11]
**concerned** [32:17] [60:13] [156:23]
**concerns** [141:5]
**conclude** [76:4]
**concluded** [93:16] [112:19,21] [186:6]
**conclusion** [184:13]
**condition** [63:8,22] [95:10] [112:1] [146:19] [183:4]
**conditions** [5:15] [48:13] [150:9]
**conducted** [155:21]
**conference** [128:14] [145:3,5]
**confirm** [19:24] [53:20,21] [78:20]
**confuse** [20:4]
**confused** [61:21] [175:22]
**confusion** [61:20]
**connected** [188:16]
**connecting** [151:9]
**connection** [18:16] [126:14] [138:22] [144:22] [151:19]
**connie** [1:]
**consider** [25:8] [84:8] [111:10] [125:11] [172:21] [173:7]
**consideration** [18:14] [19:8] [96:8] [98:12] [111:12,14]
**considered** [26:15,21]

[157:15]
**consistent** [126:7] [156:2] [170:10] [178:24]
**consistently** [180:17]
**constipated** [52:19]
**constipation** [52:22]
**consult** [159:24] [163:24]
**consultants** [164:12]
**consultation** [180:5]
**consultations** [160:4,20]
**consulting** [163:18]
**contact** [105:1,8] [119:7,11] [120:3,16] [121:8,9]
**contain** [70:8,14]
**contained** [71:4] [121:18]
**contains** [70:9,10,11]
**contd** [3:5]
**context** [150:12]
**continue** [55:19,23]
**continued** [5:2,10] [37:3] [72:1] [145:19]
**continues** [9:7] [77:4]
**continuing** [150:19] [156:21]
**control** [26:18] [73:14] [113:17] [114:13] [131:22] [144:9]
**conversation** [119:16]
**convey** [78:11]
**coordinate** [65:17] [143:15,18]
**coordinated** [24:16] [47:9] [65:23] [80:8] [82:18] [87:3] [93:23] [142:15] [183:5]
**coordinating** [91:4] [95:9,19]
**coordination** [79:20]
**copd** [21:6]
**cope** [152:3]
**copies** [170:23]
**copy** [69:12,16] [77:14] [89:4] [117:7,17] [122:3,4,6] [131:11] [178:15]
**cord** [50:18] [169:7]
**correct** [9:22] [35:20,21] [38:13] [39:8,23] [41:17,22] [42:1,5] [58:23] [61:1] [62:21] [63:2] [64:21] [65:9] [72:12,21] [74:21] [75:3,10,19] [76:24] [78:5,23,24] [79:12] [83:2] [84:3] [85:17] [87:1] [88:8] [94:11] [97:12] [99:1] [108:1,6] [111:7] [112:18] [116:6,7] [117:9] [118:12] [122:1] [131:5] [132:12,18,23] [133:8,24] [135:6,9,10,15,16] [139:20] [144:22] [148:18,23] [149:11] [150:2,14] [152:6,10,13,14] [153:12,16] [154:15,17,24] [155:7] [162:15] [166:3] [170:13] [175:4] [189:7]
**corrections** [189:6]
**correctly** [13:5] [18:21] [35:5] [63:14,15]
**correspondence** [121:19]

**cost** [55:14] [78:21] [79:1,3] [109:14] [112:9,14] [139:20] [148:20] [154:15] [169:24] [170:15,16,18] [172:23] [173:8]
**costing** [49:17] [58:7]
**costs** [22:21] [36:22] [37:7]
**couldnt** [40:7] [55:12] [56:2] [173:22]
**counsel** [130:21] [165:9] [188:13,16]
**counseling** [24:17] [169:20] [170:1,2,7,13] [180:10] [181:4]
**counsels** [164:13]
**count** [177:4,5,6]
**counting** [60:4]
**county** [186:18] [188:3,19]
**couple** [57:18] [69:6] [82:1] [134:20]
**coupled** [98:7]
**course** [51:12] [102:13] [180:3]
**court** [1:1] [3:9] [83:20] [181:3,7] [188:4] [190:]
**courtroom** [161:5,12,13,17,23] [162:13]
**coutroulis** [2:] [3:6] [43:12] [57:8] [69:1,5,8,14,21] [77:16,21] [83:14,22] [84:1] [88:18,23] [92:3] [109:7] [116:14] [117:1,21] [122:11,17] [130:12,17] [145:9,12,16] [157:18] [170:9] [171:2,14] [174:9] [177:10,17] [181:21] [184:11] [186:3] [190:]
**covered** [115:21]
**create** [161:3]
**created** [32:20]
**creating** [104:5]
**critical** [66:1] [94:8] [99:12] [143:21] [185:13]
**cross** [3:7] [161:7] [164:15] [174:22]
**crossexamination** [161:7] [164:15] [174:22]
**cross-examination** [161:7] [164:15] [174:22]
**curley** [1:]
**current** [25:20] [42:22] [94:13] [118:21] [119:1] [135:19] [136:5] [144:5,8,11] [147:14]
**currently** [35:11] [39:17] [63:9] [75:21] [132:13] [133:1,10] [135:4,12] [145:24] [149:23] [156:17,20]
**curve** [177:3]
**cv** [1:7,,8,,9,] [70:10] [190:]

———

D

———

**dade** [6:18]
**damage** [112:23]
**damages** [78:23] [79:7]

10/7/2008 Deutsch, Paul M. (Volume 2)

[161:10]
data [175:23]
database [175:24]
date [1:17] [7:15] [8:2,8,14,15]
  [10:5,17] [15:13] [17:7,17]
  [18:5,11,12,13] [19:3]
  [20:21] [23:11] [27:9]
  [58:9] [76:9] [189:23]
  [190:1]
dated [15:9] [188:18]
dates [6:14]
daubert [181:12]
day [28:23] [148:15] [149:2
  ,19] [187:2] [188:18]
days [6:24] [7:3] [69:7]
  [165:7]
dd609499 [1:19] [187:9]
  [188:23]
deal [13:14] [19:4] [22:3
  [50:19] [51:16] [53:20]
  [55:20] [87:21] [93:22]
  [96:12,13,14] [161:11]
  [183:3] [184:2,4]
dealing [13:18] [14:10]
  [50:9] [51:10] [62:15]
  [143:21] [156:15,20]
dealt [14:8] [51:9,15] [59:13]
dechert [2:6]
decide [125:11] [164:2]
decided [87:24]
deciliter [6:6] [7:9] [17:21]
decision [50:3] [88:7] [158:
  22] [164:5]
declare [189:]
declined [73:12]
defendants [2:9,13] [159:19]
  [161:2] [175:3,12] [179:8]
  [180:12]
defense [159:23,24] [160:6
  ,8,9,11,14,21,24] [162:18]
  [163:10,15,18,19,23]
  [176:6,9,10,12,17,20]
  [177:8,21] [178:9] [179:1,20
  ,21]
defer [98:9]
definitely [124:2] [146:22]
  [177:7]
delayed [177:1]
delineation [85:5]
delusions [71:19] [72:6]
demonstrated [37:11]
demonstrating [98:2,13]
  [102:11]
denial [71:15] [72:1] [87:19]
dentist [90:11,13]
dentists [90:10]
deny [182:21] [185:14]
department [34:14]
depend [33:1] [135:22]
depending [49:23] [98:14]
depends [95:15] [98:1,22]
  [99:17] [102:6,10] [106:22]
  [177:19]
depo [136:16]
deposition [1:13,21] [5:4,7]
  [69:7,18] [77:18] [88:20]

[116:20] [121:18] [122:14]
  [130:14] [159:9,10] [167:17]
  [178:9,10] [179:23] [188:7]
  [189:4] [190:5,,10,]
depositions [100:10] [162:
  7] [178:11,13]
depression [33:3,17] [34:1]
  [169:19,24] [170:12]
depressive [20:11]
derived [92:14]
describe [29:8]
described [111:14] [113:4]
describes [70:21]
describing [29:3]
description [4:2] [29:5]
design [47:15] [49:15]
designed [71:5] [113:11]
determination [16:13]
determinations [15:6]
determine [45:8] [120:9]
deutsch [1:13,14] [3:4]
  [5:5,8] [69:2,19] [77:19]
  [78:20] [84:23] [88:21]
  [89:1] [97:10] [110:3]
  [115:3] [116:21] [117:2]
  [121:16] [122:15,18] [129:
  3] [130:15,19] [144:4]
  [145:17] [154:10] [174:15,18]
  [186:21] [188:8] [189:2,23]
  [190:]
deutsch33 [5:5]
deutsch-33 [5:5]
deutsch34 [5:8]
deutsch-34 [5:8]
deutsch35 [69:19]
deutsch-35 [69:19]
deutsch36 [77:19]
deutsch-36 [77:19]
deutsch37 [88:21]
deutsch-37 [88:21]
deutsch38 [116:21]
deutsch-38 [116:21]
deutsch39 [122:15]
deutsch-39 [122:15]
deutsch40 [130:15]
deutsch-40 [130:15]
develop [50:11,14] [90:23]
  [109:24] [113:13] [114:7]
  [115:8] [116:1]
developed [28:2] [37:2]
developing [52:18] [67:19]
  [114:17] [161:8] [164:15]
developmentally [177:1]
diabetes [5:17,20] [6:4]
  [10:2] [11:19] [13:6,13,15,17
  ,22] [15:18] [16:24] [18:5]
  [20:7] [23:1,9] [24:5,19,23]
  [26:10,12,20] [27:1] [36:23]
  [48:11] [50:7,10,13,16,24]
  [51:1,2,3,11,15,16] [55:2,6
  ,10] [57:23] [58:10,13,19,20]
  [59:8,20] [61:13] [67:6]
  [68:3] [76:20] [77:6] [78:17]
  [79:22] [80:2,4,7] [81:2,23]
  [82:14,21] [85:4] [87:6]
  [91:24] [92:1,10,17] [93:11]

[94:7,16,22] [95:3,11,20,22]
  [96:4] [99:11] [108:4,14,18]
  [109:12,23] [110:15] [112:
  22] [113:20,22,23] [118:16]
  [129:9,12] [132:20] [133:14
  ,17,22] [134:5,12] [135:9]
  [136:22] [137:6,8,13]
  [138:3] [140:8,9,16] [141:7]
  [142:1,13] [143:9,22]
  [146:16,17,18] [150:13,24]
  [152:10] [153:15] [154:1,14
  ,20] [155:15] [156:16]
  [157:2] [181:19] [182:5,11
  ,13,24] [183:10,14,17,18,21]
  [184:10,20,22] [185:4,15]
diabetic [9:19] [22:14,19]
  [24:17] [26:15,16] [29:13,15
  ,20] [31:9] [32:3] [35:14]
  [36:7,19,20] [37:2,8,13,15
  ,23] [38:16] [39:20] [41:2,17]
  [48:12,16] [50:9] [53:12]
  [59:8,20,23] [74:3] [79:15]
  [81:7] [82:5] [96:11] [97:4]
  [99:13] [103:7] [127:5]
  [132:14] [134:15] [138:11,18]
  [183:3,8] [184:4,19] [185:22]
diabeticrelated [134:15]
diabetic-related [134:15]
diabetics [64:8]
diagnosed [6:4] [26:15]
  [41:16] [93:10] [154:13,19
  ,23]
diagnosis [26:20] [34:23]
  [50:10] [92:9] [109:22]
  [126:9,10] [150:13,23]
diagnostic [127:10]
diagnostics [127:8]
didnt [13:14] [14:4] [33:15]
  [41:14] [52:13] [54:10,20]
  [55:9,18] [67:1] [78:24]
  [85:13] [86:23] [88:5,8]
  [98:3,15] [99:2] [103:12]
  [109:13] [112:12,14] [114:
  9] [119:22] [128:6,7,20,21]
  [131:24] [134:14] [171:4]
  [180:1] [181:24]
diet [15:22] [74:4] [110:15]
  [113:17] [144:8,9]
dietician [110:14]
difference [109:12] [159:18]
  [160:20] [163:14] [164:21]
  [178:22]
different [27:5] [37:10]
  [39:12,15] [41:6,8] [42:7]
  [55:16] [60:17,18] [68:1]
  [76:5] [101:16] [102:17,19
  ,22] [105:12] [107:11,13]
  [124:5,7] [127:17] [135:18]
  [155:23] [156:4,6] [170:17]
  [171:16,17] [175:7,13]
  [177:24]
differently [65:6] [107:20]
  [118:18] [184:16] [185:1]
differs [42:4]
difficult [12:7] [45:8] [48:5]
  [93:24] [140:20] [183:8]

difficulty [30:4] [152:20]
  [153:9]
diplomate [1:18] [187:7]
  [188:22] [190:16]
diplomatic [126:1]
direct [3:5,6] [5:10] [12:19]
  [68:23] [69:10] [70:18]
  [75:7] [78:18] [81:14]
  [94:9] [146:22]
directing [72:14] [73:8,17,23]
  [74:7,17]
direction [100:9]
directly [100:17] [166:2,14]
disabilities [45:16] [50:21]
disability [15:5,6] [16:13]
  [24:17] [45:5] [46:20]
  [50:11,12] [86:19,20]
  [114:19]
disabled [27:21]
disabling [45:12]
disagree [55:12,15] [82:17]
  [85:11] [91:11] [115:12]
disagrees [83:7]
discoverable [163:21]
  [164:3]
discuss [86:23] [142:6]
discussed [7:9] [11:24]
  [14:15,18] [22:5] [25:13]
  [27:11] [47:11] [59:14]
  [111:7] [116:2] [135:20]
  [167:21]
discusses [78:14]
discussing [11:2]
discussion [87:11] [90:1]
  [105:21] [110:24] [116:19]
disease [21:10]
disorder [20:11,14] [34:19]
disorders [20:9] [32:12,16]
disrespectful [165:16]
distinction [40:14,24]
  [42:17]
distinguish [39:20]
distracter [32:2]
district [1:1,]
division [1:2]
doc [65:15]
docket [1:5]
doctor [5:12] [34:7] [38:9]
  [39:11,21] [40:4] [47:5,7]
  [49:4] [50:3] [52:10] [60:24]
  [66:12] [80:17] [81:7]
  [90:13] [97:2] [99:17,22]
  [100:6] [101:22] [102:9]
  [106:22] [107:3] [120:1]
  [125:18,23] [126:3] [133:13
  ,16,21] [136:9] [137:12]
  [138:1] [147:8] [186:1]
doctors [6:5] [29:8] [31:3]
  [33:6] [37:3] [42:5,8,9,13]
  [52:15] [58:13] [60:17]
  [61:4] [62:11] [64:16,23]
  [65:3,4,10,14,16,18] [84:6
  ,7] [85:15] [118:2] [120:5]
  [132:24] [164:16] [179:14,17
  ,19]
document [1:] [4:10] [10:14]

[38:14] [45:5] [88:21] [109:
21] [130:15] [189:21]
**documentation** [16:23]
[166:19]
**documents** [14:19] [17:4,16]
[19:7]
**doesnt** [30:10] [39:20]
[63:7,9] [66:10,11] [110:19]
[111:23] [114:6] [126:19]
[164:7] [169:12] [183:24]
**doing** [48:11] [49:11] [64:24]
[112:7] [114:24] [115:5]
[138:19] [156:9] [166:7]
**dollar** [43:2]
**dollars** [49:17] [60:12]
[169:9]
**done** [15:5] [43:17] [68:17]
[69:3] [87:4] [102:2] [151:3]
[166:8] [169:7] [174:14]
**dont** [12:14] [16:8,9,22]
[20:3] [29:23] [31:1] [33:9]
[39:2] [41:21] [42:9,17]
[46:22] [47:7,10,16] [51:16]
[52:13,14] [54:18] [60:16]
[62:15] [64:22] [65:10]
[66:17] [68:8,10,12] [75:23
,24] [76:1,3,10] [78:10]
[79:3] [82:22] [83:3,4,19]
[84:7,9,11,19] [85:11,14]
[86:1] [87:17] [88:16]
[89:3,7] [90:6] [91:11]
[92:17] [93:5,6] [97:3,13]
[105:10] [107:2,16] [109:9
,15,16] [110:18] [112:10]
[113:5] [115:12] [116:14]
[121:1] [125:7] [140:22]
[141:21] [142:10,18] [144:
7,8,10,16,23] [145:24]
[157:19,23] [160:24] [161:
4,11,13] [162:23] [163:18]
[164:9] [165:16] [166:21]
[168:4,9,15,17] [169:16]
[170:6] [171:22] [172:4,7,15]
[176:14] [177:22,23] [178:
2,5] [179:2,4,17] [180:4,16
,23] [184:15] [185:7,19]
[186:3]
**dosage** [147:17]
**double** [60:4]
**doubled** [43:19]
**doubling** [60:5]
**doubt** [34:12]
**down** [9:10] [11:10] [28:21]
[29:2] [34:24] [41:11]
[42:10] [47:14] [67:3]
[75:15] [82:20] [87:14]
[89:21] [90:21] [101:17]
[107:10] [146:14] [148:2,10]
[151:24] [160:10] [162:8]
[173:10] [175:7]
**downward** [62:21] [63:1]
**dr** [4:4,6,9] [5:8] [12:10,13]
[29:9] [35:7] [39:16] [41:14]
[43:4,8] [54:22] [56:13]
[57:6] [59:4] [61:11,12]
[62:4,16] [63:4,19] [64:20]

[65:7] [66:4] [69:2] [75:17]
[76:20,23] [77:4,9,12,19,23]
[78:20] [81:12,17] [82:4,23]
[84:23] [85:1,7] [89:1]
[97:10] [98:16,21] [101:5,12
,22] [102:15] [105:9] [108:1]
[109:20] [110:3,13] [115:3]
[117:2] [121:16,19,23]
[122:15,18,21] [123:1,8]
[126:17] [129:3] [130:19]
[133:7] [136:15,23] [137:15
,22] [138:12,19] [139:3]
[144:4] [145:17] [150:1]
[151:19] [152:17] [153:4,19]
[154:10] [167:8,10] [169:3
,4] [170:12] [173:12] [174:15
,18]
**drafted** [81:19]
**drive** [30:8,10,16] [31:5]
**driver** [27:21] [30:24] [31:6
,7,18] [32:13,23] [34:13]
**drives** [30:15]
**driving** [30:4,6] [31:3]
[32:1,18,21] [33:10,13]
[34:10]
**drop** [59:24] [124:4] [127:19]
**dropped** [176:11]
**drug** [78:15,21] [145:19]
[148:14]
**drugs** [35:18] [66:15] [170:
17] [172:2,13,22] [173:8]
**drugstore** [171:4,5]
**drugstore.com** [171:8]
**drunk** [184:6]
**duly** [186:22]
**durable** [65:22] [172:12]
**during** [33:4,10] [55:7]

E

**earlier** [24:11] [119:12]
[125:14] [175:4,15] [182:3]
**early** [178:6] [179:22] [180:
6]
**easier** [159:8]
**easily** [41:3] [42:7]
**east** [1:]
**economist** [168:21] [174:2
,3]
**economists** [168:11,17,18
,23]
**educating** [95:10,18]
**education** [79:16] [80:8,13]
[81:2] [97:7] [132:14]
**educational** [183:19]
**educator** [81:7] [82:5]
**effect** [52:16]
**effective** [91:4] [183:4,11]
**effects** [52:8,12,21]
**efficacy** [91:13]
**eight** [60:3] [74:8] [162:2]
[174:20]
**eileen** [1:1] [117:3]
**either** [13:15,16] [41:15]
[54:21] [59:22] [61:11]
[83:7] [98:5] [108:19]

[126:10] [128:23] [142:11]
[160:1] [161:19] [162:2]
**ekg** [72:18]
**elaboration** [126:17]
**elder** [104:18]
**element** [124:23]
**elevated** [73:20]
**elevations** [158:15]
**eleven** [176:23]
**eliminate** [91:3]
**eliminated** [158:18]
**ellipses** [3:12]
**else** [35:19] [64:6] [70:8]
[100:24] [117:11] [121:12]
[138:19] [139:10] [146:4]
[157:15] [172:4] [186:4]
**elses** [97:22]
**elzawahry** [4:4] [5:8] [29:9,10]
[35:7] [39:1,2,9,17] [41:14]
[56:15] [57:14] [59:2,5]
[61:12] [62:1,4,17] [63:4]
[64:20] [65:7] [66:4]
**e-l-z-a-w-a-h-r-y** [29:10]
[39:2]
**elzawahrys** [57:9] [70:2]
**email** [167:23]
**e-mail** [167:23]
**emails** [168:1]
**e-mails** [168:1]
**emgs** [125:5] [128:10]
**employ** [180:10]
**employee** [188:13,15]
**end** [58:3] [60:2] [161:13]
[162:12]
**endocrinologist** [26:23]
[57:6] [84:18,20]
**enough** [32:14] [33:17]
[34:1] [94:24] [109:5]
[122:8] [178:6] [179:22]
[180:6]
**enter** [120:8]
**entirely** [168:21]
**entries** [154:4,7]
**entry** [15:18] [154:7]
**epidemiology** [67:8]
**equipment** [53:7] [171:12]
**errata** [3:10]
**error** [12:14]
**esquire** [1:21] [2:] [190:9,,22
,]
**essential** [156:8]
**essentially** [149:2] [160:11]
**establish** [129:22]
**established** [51:6,18] [100:
18]
**estimates** [169:24] [170:16
,17,18]
**et** [1:] [104:13] [142:13,14]
[166:11]
**etc** [190:]
**etiology** [13:13,24] [14:9,24]
[23:2]
**eval** [31:3,6,7,18] [34:13]
**evaluate** [169:4]
**evaluation** [21:20] [22:7]
[23:14] [25:19] [28:23]

[30:3,12,24] [32:13,24]
[110:5] [144:18] [161:9]
**evaluations** [27:20] [144:1,2]
[170:8]
**even** [19:23] [26:8,16]
[28:1,2] [37:14] [57:21]
[59:12] [61:9] [66:15]
[76:8,23] [88:3] [91:24]
[92:8] [93:10,18] [94:4]
[99:6] [100:15] [102:1]
[104:7,10,14] [110:17]
[114:5] [134:23] [140:21]
[143:8] [144:17] [155:14]
[156:14] [161:14] [163:21]
[165:14] [168:2] [173:22]
[178:21] [183:17] [185:4]
**ever** [33:11,16] [47:5,7,10,14
,17] [50:5] [51:3] [89:23]
[115:7] [161:17] [181:2,6,10]
**every** [16:15] [55:9] [59:5]
[76:20] [114:18] [133:10]
[136:24] [137:22]
**everything** [71:3] [146:15]
[147:15] [157:14]
**evidence** [37:20]
**exacerbated** [29:5]
**exacerbating** [31:20]
**exact** [147:16,17]
**exactly** [99:4] [129:21]
[143:10] [167:1]
**exam** [58:7] [98:14,23]
[104:20]
**examination** [5:10] [68:23]
**examiner** [45:7]
**example** [33:2,11,17] [36:1]
[48:15] [72:15] [87:19]
[109:9] [169:3,8] [170:16]
**exams** [56:13,18] [58:7]
[99:3] [124:2]
**except** [33:10]
**exception** [166:4,9]
**excluded** [181:11]
**excuse** [108:15,20] [164:14]
[166:23] [184:3]
**exercise** [45:22] [47:3,21,24]
[48:4,5,11] [49:20] [51:5]
[112:3,6] [139:18] [140:6,7
,15,19] [141:16,24] [142:8,19]
**exercises** [49:1,22] [111:11]
**exercising** [47:9] [74:4]
[112:2] [140:3]
**exhibit** [5:4,7] [6:1,10,11]
[11:2,24] [15:3,4] [17:6,11
,12,13,16] [35:4,5] [45:6]
[59:1] [63:4] [69:15,18,22]
[70:14] [77:17,18,22]
[81:13] [88:19,20,24]
[107:23] [116:20] [117:4,11]
[122:13,14,19] [130:13,14
,19] [146:8] [148:13]
**existed** [5:16] [26:12] [28:10]
**existence** [24:5] [99:6]
[100:16]
**existing** [98:16]
**exits** [111:2]
**expanded** [108:9]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

expansion [96:2]
expect [33:5] [55:18] [84:15]
expectation [109:8]
expected [55:23] [57:2]
  [103:11] [108:7,22] [128:9]
expense [182:13] [184:10]
expenses [78:15]
expensive [171:7]
experience [99:10]
experienced [118:15]
experiencing [150:20]
expert [57:1] [181:3,7]
expertise [14:1] [84:14,17,19
  ,22] [97:9]
experts [13:18] [167:5]
expiration [1:19] [187:
  [188:]
explain [58:14] [128:12]
explaining [125:23]
express [90:3]
extensive [87:9,11]
extensiveness [45:2]
extent [29:9] [31:8] [42:3]
  [45:15] [95:12] [128:10]
  [136:4] [137:24] [165:21]
  [166:13] [182:8]
extra [41:12] [69:12]
extremely [45:8]
extremities [125:6] [141:6]
extremity [127:9,10] [141:4]
eyecare [134:2]

─────────────

F

face [100:16,17] [151:6]
faced [24:4]
facility [46:16]
fact [5:16] [24:4] [37:16]
  [38:12] [44:9] [50:17]
  [53:16] [61:7] [66:4] [83:10]
  [98:4,12] [103:9] [105:3]
  [110:12] [112:13] [120:10]
  [137:15] [142:12] [147:12]
  [151:4,18] [154:12] [165:14]
  [167:14] [177:24] [179:2,4]
  [182:21] [183:24] [185:14]
factor [31:20] [32:1,20,23]
factors [13:15] [14:23]
  [18:18] [19:6] [22:4] [25:12]
  [26:3,6] [51:14,17] [93:14]
  [96:8,15] [98:1] [102:7]
  [113:21,22] [114:13,16,20]
  [115:19]
facts [189:]
fair [17:3,15,21] [18:6]
  [22:5,21,23,24] [23:13]
  [27:7] [39:13,14,15] [55:7]
  [70:20] [74:12] [79:3]
  [80:12] [84:24] [85:23]
  [93:15] [94:24] [95:5,23]
  [96:1,18] [109:4] [112:24]
  [113:1,6,9,10] [115:8]
  [122:24] [126:15] [128:16,22]
  [135:17] [136:7] [143:7]
  [148:6] [155:9] [159:2]
  [168:4] [170:3] [173:24]

fairer [163:7]
falls [9:19]
falsetti [150:1] [151:19]
  [153:19]
familiar [101:12]
family [34:9] [103:23] [104:
  1] [120:13] [178:11]
far [11:24] [22:13] [82:13,19]
  [92:13] [134:24] [160:1]
  [162:1]
fascitis [141:8]
fashion [42:23] [103:2]
  [107:11] [116:1] [134:5]
  [143:10] [183:4,11]
fast [134:7]
faster [73:5,6]
fasting [8:18,22] [9:8] [15:21]
  [17:19]
fax [117:19]
faxed [122:22]
fbs [15:20]
february [71:13] [188:]
federal [181:3,7]
fee [70:13]
feedback [104:2,3]
feel [19:24] [73:1] [106:12]
  [112:4]
feeling [14:23] [19:22]
feels [30:9] [90:23] [105:3]
feet [28:24]
felt [13:12,17,23] [14:8,12]
  [87:5] [90:20] [102:7,13]
  [103:4,20] [104:23] [106:2
  ,9] [139:24] [152:3] [153:11
  ,21]
fender [30:13]
fenderbender [30:13]
fender-bender [30:13]
few [41:11] [69:8] [122:7]
  [136:15] [158:24] [174:16]
fibromyalgia [21:13] [28:19]
  [31:23]
field [181:3,7]
fields [2:10] [177:11]
fifteen [145:7]
fifth [151:23]
fifty [169:8]
figure [160:13]
figures [169:1]
file [20:4] [70:3,13] [121:16]
  [126:21] [139:10] [166:17]
  [168:2] [178:15]
filed [190:]
files [168:10] [170:23]
  [176:1]
final [178:19]
finalized [165:10]
finally [54:4] [153:17]
financially [188:17]
find [49:16] [75:2] [126:1]
  [142:17] [171:3,20] [185:11]
fine [69:17] [105:12] [132:2
  ,7] [145:9]
finish [159:1]
finished [105:19] [166:24]
firm [177:10,17]

first [5:19] [6:11] [10:4,12]
  [15:13] [25:23] [28:16]
  [54:6] [56:19] [66:9] [70:10]
  [81:15] [89:1] [117:6]
  [163:17]
fit [85:9]
fitness [46:9]
five [74:18] [75:4,8,12]
  [76:18] [96:20] [157:11,21]
  [158:2] [173:19]
flat [108:23]
flatout [108:23]
flat-out [108:23]
flies [100:17]
floor [2:] [161:3,4]
florida [1:16,] [2:12] [186:16]
  [187:] [188:2,19,] [190:17]
flutter [49:21]
focus [158:8]
focusing [157:13]
follow [62:11,16] [78:3]
  [99:10,12] [102:3] [103:4,13
  ,21] [104:21] [106:4,5,6,8]
  [123:24] [135:2] [174:16]
  [178:1,4]
following [74:3] [81:22]
  [85:3] [149:7]
follows [61:6]
followup [62:16] [78:3]
  [99:10,12] [103:4,21]
  [106:4,5] [123:24] [135:2]
  [178:1,4]
follow-up [62:16] [78:3]
  [99:10,12] [103:4,21]
  [106:4,5] [123:24] [135:2]
  [178:1,4]
followups [62:11]
follow-ups [62:11]
foot [29:19] [63:8] [99:11]
  [104:17] [141:4,8]
foregoing [188:10] [189:3,21]
forethought [42:19]
forever [149:3]
forget [106:7]
forgetting [59:12]
forgot [70:2]
form [16:3] [17:23] [19:16]
  [23:18] [25:22] [40:10]
  [60:9] [67:10] [92:2] [109:6]
  [140:19] [167:22] [170:4,21]
  [181:22] [184:12]
forms [121:7] [131:23,24]
forth [26:17]
forwarded [190:11]
foundation [84:6] [106:14]
  [125:23]
foundations [175:23]
four [7:3] [15:3,4] [16:17]
  [21:20] [54:7] [55:5,18]
  [56:3] [59:6,11,16,17,19]
  [61:5,10] [62:9] [77:4,10]
  [78:3,6,12] [79:11] [81:15,21]
  [85:1] [124:1,14] [136:20]
  [137:5,8,17] [138:1,3,10,17]
  [144:2] [161:19,23]
frank [55:21]

frankly [30:19] [46:18]
  [49:9] [65:14] [82:16]
  [156:3,11] [161:5,11,12]
  [168:16,18]
free [73:1]
frequency [22:9] [23:16]
  [25:19] [54:19] [58:12]
  [61:22] [62:1,11] [63:10]
  [102:10] [124:6,8,17]
  [147:16] [149:18]
frequently [62:7] [161:1]
friday [190:]
front [25:10] [117:4] [130:18]
  [166:5]
full [25:17] [83:5] [84:16]
  [172:1]
fully [35:23] [37:1]
function [56:22] [79:16]
  [113:8]
further [100:12] [105:1,2]
  [117:13] [188:12]
future [56:1] [172:22]

─────────────

G

gain [84:5] [113:17]
gatekeeper [64:13] [65:15]
  [66:7] [106:17]
gatekeeping [106:18]
gave [17:7] [18:5] [54:23]
  [108:8] [126:15] [131:20]
  [170:6] [190:5]
geared [50:22]
general [89:24] [139:15]
  [158:24]
generally [9:2] [16:23]
  [31:24] [33:7,21] [84:4,11,13]
  [87:10] [115:22] [116:2]
  [142:11] [161:1] [175:10]
  [178:20]
generic [173:6]
gentlemen [180:20]
genuinely [174:14]
getting [10:1] [14:13] [46:12]
  [52:19] [129:24] [130:1,2,4
  ,5,6] [172:2]
give [8:12] [27:5] [30:23]
  [31:2,6,18] [34:8] [40:16]
  [69:24] [73:4] [84:9] [96:6]
  [98:3,5,15] [100:15] [107:12
  ,16] [108:22] [120:20]
  [123:11] [135:24] [148:16]
  [151:12] [156:13] [159:4]
  [175:21]
given [48:11] [60:24] [96:21]
  [107:4] [120:11] [155:17]
  [171:5] [189:4]
gives [119:9]
giving [29:12] [116:5] [179:
  21]
glucose [6:24] [9:11] [11:1]
  [17:18] [26:9,16] [27:11]
  [30:15] [135:14] [148:17]
go [7:23] [8:9] [13:7] [23:24]
  [28:3,15] [39:2] [44:21]
  [56:6,11] [69:14] [73:3]

10/7/2008  Deutsch, Paul M. (Volume 2)

[84:7,11,19] [86:15] [87:15] [88:8,11] [89:9] [90:11] [93:2] [100:8,11,14] [101:9 ,24] [103:12] [104:24] [106:1,10,14] [107:3 [110:14,16] [113:2] [120:12] [122:2] [124:1] [126:20] [129:2,7] [132:3] [133:5] [143:6] [170:23] [171:4,6,8 ,10,15] [172:22] [174:21] [176:2,12]
**goal** [80:6]
**goals** [108:15] [109:2]
**goes** [26:6] [61:6] [86:8 [111:20]
**going** [6:1] [7:3,18] [10:13] [14:8] [23:21] [24:13] [25:23] [28:14] [36:1] [38:13] [42:12] [43:15] [44:8] [48:15] [49:14] [57:19,24] [58:14] [59:11,18] [60:1,19] [69:8] [80:9] [87:5,10] [88:8] [96:6] [100:3,15] [101:24] [103:18 ,22] [106:5,8,17,20] [115:13] [124:19,22,23] [135:24] [136:14] [140:6] [141:11,17 ,23] [142:16] [145:4,7] [146:10] [150:17] [156:17,24] [157:16] [160:6] [163:19] [167:10] [170:3] [172:19] [176:18] [177:7] [180:21] [181:1] [183:7,10,11] [184:2,3]
**gone** [171:9]
**good** [46:19] [48:6] [64:12] [65:15] [111:24] [142:22] [145:1] [157:6] [172:19]
**goodness** [30:17]
**goods** [65:22] [172:13]
**gotten** [68:3] [124:24] [175:22] [176:22]
**greene** [11:7] [12:8,9,10,13 ,18]
**group** [182:22]
**guess** [95:15,17] [132:4] [151:2]
**guideline** [105:23] [106:2]
**guidelines** [6:4] [9:20] [26:19] [52:5] [81:1] [98:8,18] [99:9] [100:7,19] [103:4,19] [104:9,10] [123:5] [125:20] [126:7,8] [127:1,24] [128:2] [139:16]
**guinn** [1:8]
**gym** [142:9]

**H**

**half** [163:11] [174:8]
**halfway** [9:10] [11:9]
**hand** [25:16] [29:19] [88:24] [117:14] [187:1]
**handicapped** [32:23] [34:13]
**handle** [125:19] [172:4]
**handled** [104:17]

**hands** [29:1]
**handwriting** [131:15]
**handwritten** [131:4,8] [146:2,9,12,13,20] [148:11]
**happen** [13:10] [50:17,24] [87:5] [104:7] [142:3] [169:12]
**happened** [34:16] [120:23] [185:20]
**happening** [104:4]
**happens** [105:14] [114:24] [168:21]
**happy** [62:9] [93:3]
**hard** [16:14] [32:22] [40:13] [56:1]
**harder** [83:20]
**hardly** [55:4]
**harold** [75:17]
**hasnt** [74:19] [75:5] [84:2,4] [102:2] [109:18]
**havent** [44:12] [64:18] [83:8,9] [109:15] [123:12] [163:3] [167:9,10] [168:8] [173:20]
**having** [16:18] [23:21,23] [24:2] [25:1] [28:1] [31:10,22] [45:2] [52:21] [62:4] [71:16] [86:18] [89:7] [93:10] [100:21] [134:13,23] [138:17] [148:16] [151:11]
**head** [16:15] [136:13]
**health** [20:9] [22:3] [24:20] [32:11] [33:8] [65:20] [79:24] [104:12] [139:16] [143:13] [154:19] [155:6,7] [157:1] [182:19] [184:23]
**healthcare** [27:20] [66:2] [144:1]
**hear** [54:10] [100:5]
**heard** [160:3] [175:6,15] [181:15]
**hearing** [153:1]
**heart** [73:11]
**held** [1:14] [110:24] [116:19]
**helfin** [4:9] [121:19,23] [122:15,21] [123:8] [126:17] [133:7] [136:15,23] [137:15 ,22] [138:12,19] [139:3]
**helfins** [123:1]
**help** [90:14] [140:4] [143:18]
**helped** [36:20]
**helpful** [185:18]
**helps** [72:23] [73:3]
**hereby** [188:5] [189:3] [190:]
**herself** [72:19] [87:1] [151: 12]
**hes** [12:12] [36:3] [41:10] [57:6,17] [59:17] [62:8,9] [63:15] [66:12] [78:6,10] [82:12] [83:5,10] [101:16,23] [108:12] [109:3] [133:21] [167:15] [174:2,5]
**hesitating** [23:23] [24:1]
**high** [9:17] [20:22] [55:24] [61:16]

**higher** [6:6] [17:20] [124:6,7] [158:15]
**highlighting** [166:10]
**hip** [44:4] [45:12,19,21] [47:22]
**history** [10:7,16,18] [21:5,6] [27:10] [33:8] [46:20] [72:11] [87:9,16,17,20] [91:15,21] [92:6] [93:12,13] [134:19] [140:10,18] [141: 3,8,10] [143:3] [156:14,19] [183:13]
**hold** [38:20] [49:21] [106:18] [121:2] [164:4,5]
**home** [74:5] [104:10,12,17]
**homework** [131:10,19] [146:21]
**honest** [168:9]
**honestly** [52:7]
**hopefully** [90:22] [115:16,17]
**hoping** [115:9]
**hospital** [46:7,8] [72:20]
**hospitalization** [74:20]
**hospitalized** [33:12,14,19] [34:3] [74:10]
**hospitalowned** [46:7]
**hospital-owned** [46:7]
**hours** [8:18] [9:8] [51:7,8] [79:12] [180:21] [190:8]
**houston** [2:4]
**huge** [161:15]
**hypercholesterolemia** [108:3,16]
**hyperglycemia** [13:16]
**hypertension** [21:1] [72:17] [73:11] [108:3]
**hyperthyroidism** [21:15]
**hypoglycemia** [13:22]
**hypothetically** [105:7,10]

**I**

**id** [5:14] [12:5,19] [16:11] [25:8] [54:4] [69:10] [70:18] [99:7] [117:2] [124:15] [133:5] [143:11] [159:10] [162:21] [174:4] [176:12]
**idea** [138:15] [160:12]
**identification** [5:6,9] [69:20] [77:20] [88:22] [116:23] [122:16] [130:16]
**identify** [69:22] [70:4] [117: 5] [122:19] [130:23]
**identifying** [129:11]
**ii** [1:]
**ill** [8:9] [26:22] [27:4,5] [28:21] [29:7,22] [35:5] [38:20] [40:16] [43:10,21] [55:20] [56:8] [57:5] [73:4] [83:22] [92:4] [101:8] [104:24] [128:12]
**illness** [45:10,13] [71:16] [72:2] [86:21] [88:15] [93:14] [114:19] [143:4]
**im** [7:18,19,21] [10:12,15] [13:7] [14:5] [16:8,18]

[18:22] [19:22] [23:20,21,22] [24:2,4] [25:1,23] [30:7] [36:1,15] [37:11] [38:19] [41:1] [42:16] [43:12,15] [44:8,14] [48:22] [49:16] [50:3] [51:2] [53:21] [54:22] [56:23] [57:13,19] [63:13,21 ,24] [64:5] [66:22] [68:17] [69:7,8] [72:23] [74:23] [75:6,11] [79:17] [82:15,17] [83:6] [87:13,15] [91:8] [92:23] [93:3] [94:16,21,22] [95:11] [96:6] [97:3,6,14] [99:15,21] [100:3] [101:7,14] [103:18] [105:18,19] [106: 17,20] [107:12,19] [109:19] [112:18] [116:7] [120:22] [124:21] [131:16] [134:10,19 ,22] [135:24] [137:7,19] [138:15] [141:10,15] [145: 4,7] [147:1] [148:20] [149:16] [150:4] [151:22] [153:1,6] [157:13,16] [160:2] [162:15] [167:10] [168:20,21,22] [174:2,17] [178:5] [180:18] [181:16,23] [183:22] [184: 5,24]
**ime** [177:22]
**impact** [37:17] [38:13] [47:20] [140:10,12] [141:7] [142:8] [183:14,17]
**impacted** [108:14]
**important** [47:24] [71:8] [94:4] [140:2,8,11] [142:4,14] [158:5] [183:21]
**improve** [113:15,17] [115:20]
**inadvertent** [12:14] [104:6]
**inclination** [141:18]
**inclined** [85:7]
**include** [21:19] [58:6,16] [79:18] [109:13] [112:22] [143:23] [148:14] [149:23] [164:11,12,21]
**included** [44:6,7,23] [78:22] [109:16] [138:3] [164:18]
**including** [27:11] [165:2]
**inconsistent** [66:18] [169:2]
**incorporate** [56:2]
**incorporating** [55:10]
**incorrectly** [138:8]
**increase** [73:13]
**increased** [32:7] [58:12] [96:9] [109:10] [153:21]
**incremental** [130:10]
**indicate** [17:6,16] [101:2] [106:1]
**indicated** [13:2] [15:14] [18:3] [45:7] [108:2] [149:10] [151:14]
**indicates** [35:18] [77:9] [90:9] [135:12] [145:19]
**indicating** [8:21] [9:17]
**indication** [45:1] [89:18]
**indications** [162:15]
**individual** [24:14] [90:14,20] [147:16,17] [172:8,11,17]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

**individually** [12:6] [93:22]
**individuals** [67:18] [87:7] [143:20] [177:6,7]
**infection** [141:4]
**influenced** [109:18] [157:11]
**information** [25:16] [84:10] [118:1] [119:1] [120:1,10,14 ,21] [146:24]
**initially** [61:23] [164:23]
**injection** [135:13]
**injections** [148:17] [150:21] [151:12] [152:10] [153:15] [154:1]
**injured** [50:18]
**injury** [47:23] [66:2]
**inputted** [132:2]
**inside** [49:8]
**insight** [72:6] [156:13,16] [157:5] [178:14]
**insights** [178:14]
**insists** [126:3]
**instance** [13:16] [42:18] [50:6] [51:3] [119:11,23] [120:2] [136:12] [148:1] [172:12] [182:3]
**instances** [123:4] [158:14]
**instead** [66:6] [96:10]
**instruction** [46:15]
**instructions** [34:8]
**insulin** [148:16] [154:1]
**insurance** [65:12] [172:6,20]
**integrated** [24:16]
**integration** [79:20]
**intended** [11:18]
**intending** [78:11]
**interested** [129:10] [168:20] [188:17]
**interesting** [172:24]
**internal** [64:12] [66:13]
**internet** [171:6,23] [172:14]
**internist** [63:18]
**interpret** [158:3] [168:18]
**interpretation** [101:16] [107:21] [137:10]
**interpreted** [102:16] [103:2] [107:9,20]
**interpreting** [99:22] [102:18] [158:22]
**interrupted** [83:15]
**interview** [89:24] [93:10] [100:22] [101:11] [118:5] [146:22] [157:6] [158:4,6,20 ,21] [178:18,20,23] [179:3]
**interviewing** [166:6]
**inventory** [157:7]
**investigate** [124:19,21]
**involved** [48:10] [132:13] [176:24]
**involves** [86:17]
**involving** [176:23]
**isnt** [24:6] [29:14] [32:8] [66:8] [84:24] [115:8]
**isolation** [24:9] [25:5]
**issue** [13:13,14,19] [14:24] [15:1] [25:1] [32:8] [33:20] [34:17] [47:8] [59:13]

[60:13,14] [66:11] [94:6] [126:12,22] [127:3] [156:16] [167:12] [185:4]
**issued** [5:13] [16:6]
**issues** [13:8,22] [14:9,10,12] [47:23] [49:3] [58:1] [66:16] [80:11] [93:12] [99:14] [142:15] [143:4,13] [154:19 ,23] [155:7] [156:21] [157:1 ,2] [184:14] [185:16]
**itd** [56:1]
**item** [79:6] [154:15]
**items** [66:17]
**itself** [32:8]
**ive** [5:24] [6:8] [17:10,12] [57:22] [79:18] [92:11] [107:7] [109:10] [112:17] [117:4] [122:3] [143:10] [155:17] [161:17] [162:2] [168:24] [169:7] [174:15] [180:13] [182:15,16] [184: 17,21]

———————————————

**J**

———————————————

**jackson** [73:10]
**janice** [1:7] [5:12] [15:6] [35:11] [39:17]
**january** [72:16]
**jersey** [2:8]
**job** [1:24] [174:14] [189:24] [190:24]
**john** [2:] [111:2] [119:14] [190:]
**join** [46:23,24] [47:19] [51:5]
**joining** [48:6]
**journal** [180:14]
**judgment** [72:7] [98:11] [99:19] [157:12] [158:20]
**july** [76:10] [117:7] [122:21]
**jump** [29:23]
**june** [153:20] [154:6]
**justified** [140:13,14]

———————————————

**K**

———————————————

**keep** [49:11] [141:11,13,15 ,23] [145:4] [153:1]
**kenneth** [11:7] [12:8,9,18]
**kick** [49:21]
**kidding** [66:24]
**kind** [59:9,10] [64:16] [67:21] [87:16,22] [129:14] [134:13] [144:9] [147:13,24] [156:4] [159:15] [161:24] [164:23] [175:8] [177:3] [178:4]
**kinds** [33:4]
**knew** [102:15]
**know** [12:15] [14:22] [16:13] [21:18] [27:3,24] [29:4,7] [30:19,20] [31:1] [32:2,9,16] [37:9] [39:10] [41:4,7,13,21] [42:2,9] [43:8] [45:18] [48:9] [49:18,20] [51:7] [54:14,18] [56:16] [62:15]

[75:20] [80:16] [81:6] [86:8 ,13] [87:12,17] [89:1,3] [90:8] [91:9] [97:2] [100:9] [101:8] [102:7,10] [104:24] [105:22] [106:19] [107:16] [109:15] [115:21] [116:17] [123:14] [125:14,21] [128: 3,12,13] [131:1,21] [132:9] [134:4,11,24] [137:14] [141:2,4] [142:16] [143:15 ,17] [146:3] [147:18,24] [149:7] [151:1,3] [157:23] [160:6] [161:10,15] [163:18] [166:22] [168:5,17,23] [169:2,9] [172:7] [174:7] [175:20] [176:14] [177:4] [179:17] [180:13,15,21,24] [184:16,17] [185:1,7]
**knowing** [156:13] [173:4]
**knowledge** [34:16] [68:2] [86:18] [92:5]
**known** [100:16] [108:11]

———————————————

**L**

———————————————

**lab** [4:3] [5:5] [6:9,11] [8:1,24] [12:6] [25:14] [129:6] [137:9,10]
**laboratory** [56:13,17] [58:7] [124:2] [129:11]
**labs** [17:19] [64:14] [66:8,15] [124:6,7,8,10,11] [129:8,24]
**lack** [58:20]
**laminack** [2:2]
**lantus** [135:5,14]
**large** [40:12] [187:] [188:]
**largely** [87:8]
**larger** [131:11]
**last** [10:10] [15:4] [30:11] [45:6] [53:11] [66:21] [69:6] [85:21] [121:18] [126:15] [161:15,21] [162: 1] [173:19,21] [174:7] [180:20]
**later** [56:9]
**lawyers** [191:1]
**lead** [89:20] [96:9] [113:23]
**least** [12:3] [20:7] [22:6] [23:11] [26:8] [29:18] [30:17] [42:20] [104:21] [157:6] [174:6] [181:19]
**leave** [23:22] [25:24] [26:22] [29:7] [57:5] [99:7] [128:12]
**led** [90:21]
**left** [45:12] [99:5] [141:8] [150:17] [174:18]
**leg** [29:19]
**legal** [184:13]
**legitimacy** [107:14]
**legitimate** [102:20]
**legitimately** [103:1]
**legs** [29:1]
**length** [113:5]
**lengthy** [14:3] [87:20]
**less** [171:7,20]
**let** [17:9] [18:23] [22:15,16]

[23:24] [28:11,12,13,14] [43:22] [55:20] [56:5] [58:2] [75:7] [78:18] [81:14 ,15] [88:24] [94:9] [101:19] [105:6,22] [115:22] [121:2] [132:9] [146:11] [165:5]
**lets** [5:12] [17:1] [36:15] [43:17] [59:15] [64:6] [69:14] [77:11] [81:11] [88:18] [94:18] [97:16] [105:8,9] [107:23] [120:18] [122:2] [130:12] [132:11] [136:3] [152:15]
**letter** [4:4,6] [5:8] [35:6,23] [59:2] [70:3] [77:19] [106:7] [107:10] [122:21] [137:15] [190:]
**level** [9:20] [17:20] [37:4] [86:16] [111:15,17]
**levels** [18:17] [19:5] [86:20] [148:17]
**liability** [1:]
**libraries** [111:20]
**license** [32:19] [34:15]
**life** [37:5] [67:21] [85:22] [86:3,6,12,13,17,21] [90:11] [97:12] [161:10] [164:14,17] [169:6] [175:24] [178:16,18] [180:11] [181:8]
**lifecare** [67:21] [86:3,6,12,13 ,17,21] [161:10] [164:14,17] [169:6] [175:24] [178:16,18] [180:11] [181:8]
**life-care** [67:21] [86:3,6,12 ,13,17,21] [161:10] [164:14 ,17] [169:6] [175:24] [178:16 ,18] [180:11] [181:8]
**lifestyle** [111:23]
**likelihood** [104:5]
**likely** [115:15]
**limited** [24:6] [25:3] [42:12] [180:5]
**limiting** [24:3]
**linda** [1:8,] [69:11,19,23] [70:15] [81:22] [85:2]
**line** [68:8] [101:7] [104:19] [108:18] [189:] [191:2]
**lined** [131:12]
**lines** [27:14] [82:24] [85:8]
**lipids** [124:4]
**list** [16:9] [67:2] [71:7] [79:2] [147:15] [149:22,24] [163:21,23] [164:6,9,18] [170:19,24] [171:17,18,19]
**listed** [10:1] [20:22] [23:12] [66:21] [78:16] [145:20] [165:3]
**lists** [66:16]
**literally** [99:11] [115:18]
**litigated** [159:4] [160:15,18]
**litigation** [1:4] [175:1,2,4,10] [176:1,4,6] [177:2] [179:8]
**litigious** [162:5]
**little** [6:2] [12:7] [26:6] [37:10] [67:24] [94:2] [108:8,23] [127:17] [128:11]

10/7/2008  Deutsch, Paul M. (Volume 2)

[129:5] [157:4] [159:8] [162:10,11,22,23] [163:9,12] [168:22] [181:16]
live [161:13]
liver [56:22] [57:2]
liverfunction [57:2]
liver-function [57:2]
lives [172:11]
llp [2:2,6,10]
loading [175:23]
local [171:22] [172:15]
located [190:9]
log [8:14] [12:14,15]
login [8:14]
log-in [8:14]
long [51:7] [66:23] [67:2] [90:11] [123:15] [124:19] [140:18] [156:14,19] [180:3,5]
longer [107:24]
longstanding [140:18] [156:14]
long-standing [140:18] [156:14]
look [7:24] [8:13] [9:4] [10:16] [11:4,9] [15:2,12] [16:11] [17:1] [31:16] [39:3] [47:15,18] [57:19] [59:1] [73:1] [77:22] [81:11] [95:16] [97:16] [100:4,14] [110:20] [124:9] [126:20] [129:17] [132:11,22] [141:10] [146:12] [171:16] [180:13]
looked [93:11] [102:16] [158:9,13] [163:3] [177:14]
looking [6:2] [8:6] [9:6] [12:10] [19:3] [22:2] [38:19] [72:23] [94:18,19] [150:5]
looks [70:9] [117:12]
lose [32:19]
lost [132:6]
lot [42:9] [43:18] [46:10,17,20] [47:12] [52:6] [66:1,22] [73:5] [92:13] [141:14,22] [161:3,6,7] [163:19,22] [169:14] [183:14,15]
low [47:3,20,24] [48:5] [49:1,22] [139:18] [140:6,10,12] [141:13,24] [142:8,19]
lower [125:6] [127:9] [141:3,6] [158:16]
lowimpact [47:3,24] [48:5] [49:1,22] [139:18] [140:6] [141:13,24] [142:19]
low-impact [47:3,24] [48:5] [49:1,22] [139:18] [140:6] [141:13,24] [142:19]
lp [1:]
lpns [104:12]
lumps [39:22]
lyrica [35:12] [36:3] [37:12] [39:4,7,18,21] [40:5] [41:5] [42:4,22] [43:9] [62:5]

**M**

m.d [57:1]
machines [49:2]
mail [87:7,23] [179:14,16,18,24]
mailing [87:16]
maintain [113:19]
major [20:11] [45:10] [104:16]
making [10:9] [48:19] [50:4] [91:16] [97:14] [99:19] [111:9] [126:16] [135:21] [136:14] [151:22] [178:15]
malice [42:19]
manage [24:19] [79:21] [87:6] [94:7] [157:1] [183:10]
management [24:18] [27:13] [63:23] [65:9,11] [79:11] [80:7,13] [81:2,3,4] [84:12] [85:8,16,20] [86:14,16,24] [88:14] [89:19] [90:2,6] [91:3,23] [92:7,15] [93:18,24] [94:4] [97:6] [110:16] [113:3,8,11] [114:17] [115:11] [128:17] [132:20] [138:11,18] [140:4] [142:1,4] [143:8] [144:9] [155:14] [157:12] [158:11,18] [169:16,17] [171:9] [181:18] [182:4,10,12] [183:20] [184:2,9,18,19,22] [185:13,17]
manager [56:24] [60:16] [64:20] [66:5,10,19] [80:17] [86:9] [89:20] [90:20,24] [91:15] [99:21] [115:13] [143:18] [182:22] [185:6]
managers [65:17] [66:1] [86:2,5,11]
managing [24:18,20,21] [114:18] [142:12,13]
manner [101:23]
march [15:10] [74:1]
mark [69:15] [77:11,16] [88:18] [122:2,7,12] [130:12] [165:4] [176:20]
marked [4:2] [5:6,9,24] [35:4] [69:20] [77:20] [88:22] [116:22] [122:16] [130:16,19]
martines [2:2]
massive [72:1]
matter [44:10] [107:2] [130:6] [164:7] [190:]
matters [159:4] [160:16,18]
may [12:9] [18:24] [19:6] [57:21] [61:23] [73:9] [74:9] [89:4] [113:13] [114:7] [115:6,7] [128:13] [129:8] [153:20] [154:6] [157:15] [178:21] [181:17] [182:4,9] [190:11]
maybe [27:5] [43:13] [58:3] [61:21] [101:7,15] [163:12]

mcalexander [1:] [4:8,10] [116:22] [117:3,9] [118:15] [130:15] [131:9] [132:13] [133:1] [135:4] [136:20] [139:17] [142:7,24] [145:18,23] [146:23] [148:24] [152:19] [153:8,21] [154:12,18] [155:19] [182:3]
mcalexanders [118:21] [121:20] [131:14] [144:5,14] [151:11]
mdl [1:5]
mean [14:20] [16:10] [24:7] [36:9] [40:17,23] [43:10] [47:11] [49:21] [55:16] [64:22] [65:13] [71:2] [80:23] [86:2] [88:5] [107:8] [108:6,12] [129:19] [131:17] [147:4,6,11,23] [155:22] [158:11] [160:2,4] [161:20] [162:2] [163:22] [165:16] [182:18]
meaning [44:22]
meaningful [91:5] [143:16]
means [63:21] [82:11] [115:17] [150:12]
meant [25:7] [138:10] [164:24] [166:24]
medicaid [172:5,19]
medical [6:19] [9:1] [14:4] [25:10,17] [27:10] [54:5] [65:22] [66:14] [70:19,21,22] [71:1,6,9] [72:12,17,20] [78:15] [80:17] [81:6,10] [84:6,18] [86:18] [89:5,16] [91:21] [92:6] [93:15] [95:16,21] [97:19] [99:19] [101:1] [117:24] [119:5,6] [120:7,10] [123:23] [135:23] [143:3,5] [145:20] [146:1] [147:2,9,10,12,14] [154:18,22] [165:24] [166:8,10,12,17,18] [172:12]
medicare [16:10,20]
medication [29:12] [31:5,13,19] [32:5] [34:10] [36:9] [38:2,23] [41:1] [57:3,23] [60:18] [73:13] [76:22,24] [109:11,13] [119:10] [132:20] [137:11] [149:14,15]
medications [15:22] [30:20] [32:4] [35:12] [39:18] [41:16] [51:22] [52:17] [56:20] [62:15] [64:15] [133:2,17] [135:9] [146:11] [149:22]
medicine [64:12] [66:13] [71:14,22]
meds [64:14] [66:8] [121:14]
meeting [143:19]
member [103:23] [104:1]
members [34:9] [178:11]
membership [139:19] [140:1]
memo [15:5]
memory [127:2]

mental [20:9] [24:20] [32:11] [33:8] [79:23] [88:14] [93:13] [143:3,13] [154:19] [155:6] [182:19] [184:23]
mention [9:7] [153:24]
mentioned [13:17,23] [23:15] [142:11]
mentions [30:4]
merging [59:10]
merilax [51:24] [52:11,23]
met [69:6]
metformin [135:5]
methadone [30:16] [35:12] [36:3,6,11,14,18,20,22] [37:4,12,19,22] [38:16,24] [39:4,7,17,21] [40:6] [41:6] [42:4,22] [43:10] [45:19,21] [52:8,12] [62:5,7]
method [167:23]
methodology [180:9,22,24]
metropolo [78:16]
microal [124:13]
m-i-c-r-o-a-l [124:13]
microalbu [124:12]
middle [1:] [11:10] [15:17]
milligrams [6:6] [7:9] [17:20]
million [169:8]
mind [23:10,12] [89:8] [139:7]
mine [97:24]
minimum [100:3] [103:4,21]
minor [30:12] [104:7]
minute [123:11] [145:2,10]
minutes [174:20]
miscommunicated [138:14]
misheard [19:1]
mislabeled [12:9]
miss [5:17,20] [6:9] [8:1] [10:21] [11:6] [14:16] [17:7,17] [18:9] [19:13] [20:6] [21:19] [22:1,19] [27:8] [30:3] [35:9,19] [36:5,17] [37:23] [39:12] [41:15] [51:24] [52:11,20] [53:8] [55:3] [56:16] [58:8] [59:3] [61:1,15] [71:15,24] [72:10] [73:10,19] [74:1] [75:9] [80:18] [97:11] [118:15] [131:9] [132:13,24] [135:4] [139:17] [142:7,24] [144:5,14] [145:18,23] [146:23] [148:24] [151:11] [152:18] [153:8,21] [154:12,18] [155:19] [182:3]
missing [8:6,10]
mistake [17:13]
mistaken [101:7]
misunderstood [44:24]
mmpi [156:12] [157:8] [158:13]
modalities [169:15,21]
modus [101:20]
moment [38:21] [77:24] [89:8] [106:8] [121:2]
monday [190:]
monitor [64:13] [66:7,14]

[115:9]
**monitored** [59:18]
**monitoring** [59:8,20,23]
  [60:19] [61:13] [80:13]
  [113:8] [114:4,10] [115:16
  ,20] [135:14] [138:2] [144:18]
**month** [54:22] [55:9] [79:12]
  [148:21]
**months** [64:1] [76:20]
  [133:11] [137:1,23]
**montro** [57:23]
**montrose** [2:3]
**morning** [177:14]
**motility** [52:18]
**motor** [34:14]
**move** [59:23] [92:23]
**mr** [3:5,6,7] [5:11] [16:2,4]
  [17:23] [18:1] [19:15,20]
  [23:18] [25:7,21] [27:2]
  [40:9,18] [43:12] [44:1]
  [57:8,11] [60:8,20] [67:9,23]
  [68:5,15,20] [69:1,5,14,21]
  [77:16,21] [78:22] [83:12,14
  ,22] [84:1] [88:18,23] [92:2
  ,3] [109:6,7] [116:14] [117:
  1,16,19,21] [122:10,11,17]
  [130:12,17] [145:9,12,16]
  [157:16,18] [170:4,9,21]
  [171:2,14] [174:9,15,19,23]
  [177:10,17] [181:21] [182:
  1] [184:11] [186:1,3]
**mrs** [74:19] [75:5] [76:19]
  [78:7] [79:10] [81:8] [87:1]
  [88:1,13] [89:6,18,24]
  [91:22] [92:6] [94:12]
  [101:11] [108:2] [110:4,14]
  [111:5,10] [115:23] [116:15]
**ms** [4:3,10] [5:5] [117:9]
  [118:21] [121:20] [131:14]
  [136:20]
**multi** [177:2]
**multidistrict** [177:2]
**multi-district** [177:2]
**multiple** [64:16,23,24]
  [65:4] [73:21]
**multiplicity** [93:20]
**myself** [35:23] [126:21]
  [156:13]

N

**nails** [104:8]
**name** [190:12]
**narcotic** [52:17]
**narcotics** [61:24]
**nation** [86:12]
**naturally** [183:7]
**nature** [48:17] [84:11]
  [87:13] [128:8] [135:24]
  [140:9] [142:21] [165:2]
**nearest** [190:9]
**necessarily** [97:5] [105:17]
**necessary** [92:16] [93:5]
  [98:15] [104:23] [105:11]
  [140:7,17] [190:6]
**necessity** [185:7]

**need** [19:23,24] [42:22]
  [47:15] [55:5,10] [58:15]
  [64:9] [77:13] [84:6] [86:8]
  [87:5] [93:6] [106:4,12]
  [109:21] [112:21] [123:17]
  [124:1,9,20] [129:21]
  [130:8] [137:6] [140:15]
  [142:2] [143:6,18] [145:2]
  [155:11] [183:5,9,19]
  [185:5]
**needed** [13:7] [24:15] [55:17]
  [112:13] [129:17] [137:12]
  [148:15] [149:1] [154:12]
  [184:1]
**needing** [47:8] [65:2]
**needs** [48:1] [64:12] [84:21]
  [87:4] [101:17] [112:3,20]
  [143:20] [154:23]
**negative** [90:7] [183:14]
**nerve** [41:5]
**nervebased** [41:5]
**nerve-based** [41:5]
**neurologist** [59:4,19,24]
  [61:15] [62:13,14]
**neuropathy** [27:22] [29:6,14
  ,16,20] [31:8,9,13,17]
  [32:3] [35:14] [36:8,19,20]
  [37:3,8,13,16,24] [38:8,16]
  [39:8,20] [40:2,6,7] [41:2,17]
  [48:12] [53:13] [59:9,21,23]
  [98:13] [99:7,14] [100:2,17]
  [101:2] [102:14,15] [103:1
  ,8] [104:22] [105:5] [126:11
  ,12,22] [127:4]
**new** [2:8] [13:6] [18:4]
  [118:13] [135:20]
**next** [7:24] [8:6] [9:4,16]
  [11:5] [12:18] [15:3] [56:12]
  [77:17] [88:19] [122:12]
  [125:4] [127:15] [128:4]
  [130:13]
**nice** [161:11]
**night** [152:20] [153:9]
**nine** [8:19] [9:8] [147:2]
  [162:3]
**ninth** [2:]
**no** [1:5,19,24] [5:4,7] [8:12]
  [15:22] [16:19] [25:3,18]
  [36:13] [37:1] [44:8,12,19]
  [45:1,3] [47:10] [51:19,20]
  [55:17] [56:21] [57:12,13]
  [60:4,5] [61:18] [62:8]
  [63:24] [64:22] [65:10]
  [68:6,8] [69:18] [73:3]
  [75:2,24] [76:8] [77:18]
  [80:19,23] [83:3,9] [84:4]
  [88:20] [89:13] [97:24]
  [98:4] [100:10] [104:2,3]
  [105:4] [108:7,12,23]
  [109:21] [112:12] [113:14]
  [114:9] [116:4,5,20] [118:13]
  [119:17] [121:5,21] [122:14]
  [125:18] [126:19] [127:11]
  [130:14] [138:6] [139:11]
  [140:16] [143:16] [144:7,16
  ,23] [147:23] [150:15,22]

[151:13] [153:14,24] [156:2]
  [158:19] [159:6] [160:12,24]
  [162:6] [165:12,15] [167:7
  ,9,10,20] [168:1] [172:9]
  [173:1,4,10] [180:13,24]
  [182:15] [187:9] [188:23]
  [189:24] [190:24]
**nobody** [60:18]
**noes** [7:23]
**non** [51:22] [162:11]
**noncatastrophics** [162:11]
**non-catastrophics** [162:11]
**noncompliant** [72:11]
**nondiabetic** [26:22] [104:14]
**none** [151:1] [157:7] [176:2]
**nonprescription** [51:22]
**non-prescription** [51:22]
**nope** [14:17] [152:12]
**nor** [35:23] [44:15] [188:14
  ,16]
**normally** [127:3]
**notary** [1:20] [187:8] [188:5
  ,]
**notation** [151:19,24] [152:8]
  [153:3]
**note** [3:12] [10:10] [11:6]
  [12:17,18,24] [35:1] [43:18
  ,23] [45:4] [53:18,20,22]
  [56:5] [72:9] [75:5] [94:11]
  [101:8] [146:2,9,12,14,21]
  [148:11] [150:1] [151:22]
  [165:23]
**notebooks** [166:5]
**noted** [47:11,12,22] [74:2]
  [131:13]
**notes** [12:15] [19:19] [20:1]
  [38:19] [44:20] [74:18]
  [75:8] [131:4,9] [136:22]
  [166:13,20] [167:13] [188:
  11] [191:1]
**nothing** [38:11] [40:21]
  [76:12] [108:17] [117:13]
  [152:8]
**notice** [190:]
**november** [152:17] [153:4]
**number** [6:9] [7:8] [19:14]
  [20:8] [21:3] [62:21] [63:1]
  [73:4] [93:21] [98:3,15]
  [99:3] [106:6,9] [121:8]
  [123:4] [155:11] [156:11]
  [160:4] [169:18] [170:15]
  [190:]
**numbers** [67:17] [162:6]
  [168:5]
**numerics** [168:7]
**numerous** [144:15]
**nurse** [104:11]
**nurses** [132:19]
**nursing** [104:10,17]
**nutrition** [21:19] [25:2,4]
  [96:14] [142:13]
**nutritional** [22:7] [23:14]
  [24:7,9,13] [25:19] [110:5]
  [144:2]
**nutritionist** [64:9] [128:5]
  [144:19]

O

**o.t** [46:13] [48:18]
**oath** [3:8] [186:14]
**obese** [5:21] [155:2]
**obesity** [5:19] [24:21] [47:12]
  [113:17]
**object** [16:2] [19:15] [25:21]
  [40:9] [60:8] [67:9] [157:17]
  [170:21] [181:21] [184:11]
**objection** [17:23] [23:18]
  [68:5] [92:2] [109:6] [157:21
  ,22] [170:4]
**observation** [74:13]
**observations** [70:21]
**observe** [91:21]
**observed** [169:22] [170:2]
**obstructive** [21:9]
**obtain** [118:1] [140:24]
**obviously** [71:2] [149:10]
**occasion** [179:7]
**occasionally** [168:10]
**occasions** [73:21] [177:13]
**occupational** [46:12,14]
**occur** [114:23]
**occurring** [124:12]
**occurs** [113:15]
**october** [1:11] [122:22]
  [187:2] [188:18] [189:4]
  [190:1,]
**off** [16:15] [33:6,19] [34:4]
  [75:9] [76:5,23] [110:24]
  [113:16] [116:17,19] [119:
  16] [136:12] [145:12] [147:
  19] [148:21] [164:4,6]
  [172:22] [173:5]
**offense** [165:15]
**office** [64:5] [105:1,9] [121:
  19] [130:20] [165:22] [190:
  7,9]
**offices** [1:14]
**official** [187:1]
**offpatent** [173:5]
**off-patent** [173:5]
**offtherecord** [119:16]
**off-the-record** [119:16]
**often** [51:15] [54:14] [59:3]
  [159:20,23] [160:1] [161:13]
**oh** [7:19] [12:24] [19:12]
  [28:13] [36:15] [38:19]
  [42:16] [44:14] [45:3]
  [53:5] [54:13] [62:22]
  [63:24] [64:7,22] [75:2]
  [78:13] [91:11] [119:19]
  [140:22] [159:6] [179:16]
**okay** [5:17,24] [6:8,23]
  [7:11,18,20] [8:8,10,11,13
  ,24] [9:4] [10:15] [11:4]
  [12:4] [13:4] [19:12,21]
  [21:3] [23:3] [27:19] [35:4]
  [43:3,7] [44:17] [45:22]
  [51:20] [52:20] [53:4,7]
  [54:2] [56:11] [57:15]
  [58:22] [63:4] [65:1] [68:15]
  [70:6] [81:11] [82:22]

10/7/2008  Deutsch, Paul M. (Volume 2)

[85:13] [89:11] [94:9] [95:5]
[103:12] [113:2] [116:8,12]
[127:13] [129:2] [132:10]
[134:8,10] [135:3,17]
[136:18] [142:22] [148:3]
[149:20] [154:9] [160:19]
[163:2,14] [164:8,20]
[165:13] [169:11] [174:9]
[175:6] [177:16] [179:5]
[181:2]
**once** [26:14] [54:22] [55:9,19]
[58:15,16] [103:11] [105:11]
[128:1] [130:2] [134:1]
**onceamonth** [55:19] [103:11]
**once-a-month** [55:19]
[103:11]
**one** [6:1] [8:6] [22:16] [26:1
,6] [27:20] [32:16] [35:17]
[39:22] [42:11] [47:18]
[48:19] [53:11] [54:6]
[57:2,18] [60:12] [63:6,24]
[64:3,14] [66:22] [67:20]
[69:24] [78:2,15] [82:9,10,11
,14,20] [83:13] [87:15]
[88:9] [91:2] [94:1] [96:23]
[97:14] [99:12] [100:13]
[104:24] [110:5,21,23]
[112:19] [113:7] [114:3,9,11
,14] [119:11] [121:2] [122:9]
[123:13,18] [125:7] [126:18]
[127:15,20] [129:3] [131:17]
[132:16] [133:11] [134:11]
[136:24] [137:23] [142:11]
[145:2] [151:16] [156:11]
[157:3,6] [161:20,21,22]
[162:18,21,23,24] [163:10
,12,13] [167:12] [171:10]
[176:21] [177:5] [180:22]
[181:19] [185:21]
**onehalf** [162:18,24]
**one-half** [162:18,24]
**onepage** [123:13,18]
**one-page** [123:13,18]
**ones** [17:6]
**onethird** [162:18,21,23]
[163:10,12,13]
**one-third** [162:18,21,23]
[163:10,12,13]
**ongoing** [55:12,19] [56:1]
[59:7] [127:3]
**online** [121:10]
**onset** [7:15] [10:5,17] [13:6]
[14:12] [18:4,12] [20:6,21]
[23:11] [27:9] [58:10,21]
[92:1,9,16] [112:21] [129:9]
[155:14] [181:19] [182:5,11
,24] [184:20] [185:3]
**onto** [106:18]
**open** [48:16] [85:4]
**openended** [85:4]
**open-ended** [85:4]
**operandi** [101:20]
**ophthalmological** [134:13
,15,21,23] [138:22]
**ophthalmologist** [134:1]
**ophthalmology** [63:11,16]

[81:24] [128:1]
**opining** [115:24]
**opinion** [29:18] [55:16]
[82:13] [106:3] [107:5]
[178:22] [182:12] [184:8]
**opinions** [96:21] [116:6]
**opportunity** [50:4] [85:6]
[90:2] [176:2] [179:3,4]
**opposed** [12:13]
**opposing** [161:9] [164:13,14]
**optomo** [63:11]
**oral** [1:13] [120:16]
**orange** [186:18] [188:3,19]
**ordered** [34:13]
**ordering** [190:11]
**orders** [125:15]
**ordinarily** [23:7]
**ordinary** [78:15]
**original** [167:2] [190:]
**originally** [86:4]
**orlando** [1:2,] [188:19]
[190:17]
**outline** [171:12]
**outside** [13:24] [26:18]
[48:8] [51:16] [106:1,5]
[125:20,21,24]
**overall** [11:20] [47:15]
[81:3] [95:9] [96:2] [155:16]
[175:20]
**overblown** [168:24]
**overcome** [179:2]
**oversight** [46:16]
**oviedo** [1:16] [190:]
**own** [14:20] [52:5] [69:16]
[80:2] [88:13] [154:10]
[178:22]
**owned** [46:9]

---

P

**p.a** [1:15]
**p.m** [1:12] [68:21,22] [145:14
,15] [186:5] [190:]
**p.t** [46:13] [48:18,22] [49:11]
**package** [24:12] [25:6]
**page** [3:] [4:2] [6:11] [9:5]
[10:4,12] [11:5] [12:19]
[15:13,17] [38:18,23,24]
[71:11] [72:22,24] [73:4,8,18
,24] [74:7,17] [75:1,4,8,12,15]
[76:18] [78:19] [79:9]
[94:10] [97:16] [110:4,8]
[111:7] [118:12,18] [132:12]
[135:11] [139:13] [145:18,21]
[148:14] [149:24] [151:18,23]
[152:15,21] [153:3,17]
[154:2] [189:] [191:2]
**pages** [15:3,4] [110:21,22]
[118:20] [131:4,8] [132:22
,24] [147:1] [149:21] [150:6]
[188:10]
**pain** [11:19] [28:9,20] [29:4
,12,19] [31:22,24] [32:5,7,8]
[35:13] [36:6,9,10,12,14,18]
[39:19] [40:1,7] [41:1,3,5]
[45:2,19,21] [56:20] [57:3]

[63:23] [72:18]
**pains** [28:1,5,24]
**pancreatitis** [74:10]
**panel** [9:12]
**panic** [153:11]
**paper** [132:1]
**paragraph** [11:10] [78:2]
**paranoia** [90:9]
**paranoid** [71:18,24] [72:5]
[90:12]
**paraphernalia** [135:13]
**paraphrase** [118:19]
**paraphrasing** [30:8]
**paraplegic** [169:7]
**paraplegics** [169:13]
**paren** [45:11]
**parentheses** [150:8]
**part** [17:5] [25:5] [26:2]
[45:6] [46:4] [47:9] [48:20,21]
[49:10] [70:11] [79:17,21]
[89:14,16] [97:24] [109:14]
[113:15] [115:19] [144:4,7
,10] [158:6]
**participate** [111:6] [112:15]
[139:14] [141:18]
**particular** [79:6] [155:18,22]
[165:23,24] [168:13]
**particularly** [42:11] [46:19]
[111:24]
**parties** [188:14,15]
**parts** [70:11]
**past** [173:12] [177:9]
**patent** [172:22]
**path** [89:21] [90:21]
**patient** [38:2] [42:6,10]
[50:7] [51:2] [64:15] [82:20]
[87:14,18] [91:17] [92:19,21
,23] [93:3,8,12,13,17]
[98:23] [99:18,23,24]
[100:1,2] [103:8,23,24]
[104:11] [113:12] [114:6]
[118:6,8] [119:8] [120:3,12]
[126:13] [172:8] [176:1]
[177:20,23] [178:3,5]
[185:11]
**patients** [42:14] [45:9]
[46:11,18,21] [50:9,23]
[52:18] [67:6] [68:3] [88:2]
[91:12,14] [92:18] [97:1]
[100:5] [104:14] [112:20]
[114:22] [117:24] [127:5]
[129:20] [134:20] [142:5]
[156:10,20] [169:23] [183:
1,8,23]
**pattern** [129:23] [156:5]
**paul** [1:13,14] [3:4] [186:21]
[188:8] [189:2,23] [190:]
**pause** [5:22] [8:4] [11:13]
[12:2,22] [16:7] [18:19]
[19:17] [21:23] [22:11]
[30:5] [35:2] [38:22] [43:24]
[44:5] [46:2] [51:21] [54:3,17]
[56:4,10] [61:17] [64:11]
[72:3] [73:15] [74:22]
[75:13] [76:7] [85:24]
[91:19] [94:15] [95:14]

[96:5] [97:18,23] [108:5]
[110:7,10] [111:18] [112:11]
[116:13] [120:24] [121:4,6]
[130:24] [131:7] [132:15]
[134:9] [136:10] [138:20]
[139:12] [146:5] [150:3]
[151:15,17,21] [152:11]
[156:1] [162:20] [179:6]
[180:8] [181:14] [184:7]
**pauses** [3:12]
**pay** [172:1]
**paying** [46:17]
**pcp** [55:4]
**peer** [180:14]
**pen** [41:12]
**penalties** [189:]
**pending** [123:5] [139:1]
**people** [47:9] [113:16]
[169:3] [180:17]
**per** [6:6] [7:9] [17:20] [61:14]
[63:6] [78:3,6,12] [79:12]
[97:20] [102:1] [106:6,9]
[124:1] [125:7] [126:18]
[136:20] [137:17,24] [138:
2] [139:20] [144:2] [148:21
,22] [149:19]
**percent** [29:15] [35:15]
[37:15] [39:8,10] [40:5,6,7
,13] [41:1,2] [43:1,9] [159:3
,10,11,15] [160:5,7,8,9,10,14]
[164:19] [165:4] [174:3]
[176:5,8,9,10,12,17,19]
**percentage** [29:18] [36:7]
[41:6,8] [67:5] [68:2] [114:
22]
**percentages** [67:5]
**perfectly** [55:21]
**perhaps** [31:14] [61:20]
[62:3] [93:6] [100:10]
[102:19]
**period** [11:1] [176:5]
**periodic** [109:22] [127:7]
**periodically** [57:22]
**peripheral** [29:5] [31:8,13]
[99:14] [100:2,16] [101:2]
[102:14,15] [103:1,8]
[104:21] [105:4] [126:11,12
,22] [127:4]
**perjury** [189:]
**perrin** [152:17] [153:4]
**persecutory** [71:19] [72:6]
**person** [18:3] [66:7] [91:14]
**personal** [66:2]
**personality** [157:7]
**personally** [186:22]
**perspective** [97:8] [102:17
,20,22] [107:9,13,14]
**pettingill** [169:4]
**ph** [57:23] [110:13] [121:20]
[152:17]
**ph.d** [1:14] [3:4] [186:21]
[188:8] [189:2,23] [190:]
**pharmacy** [119:8,9,11,22]
[120:3,15] [171:9]
**phone** [2:] [107:15] [121:8]
[128:14] [145:3] [167:23]

phrase [26:3] [58:21] [90:5] [134:14]
phrased [40:20]
phrases [90:21]
phrasing [126:2]
physiatrist [84:20]
physical [15:5] [28:5] [31:22] [45:7,16] [46:9,12,14,20] [47:23] [48:13,23] [49:4,12 ,15] [50:2,6] [111:24]
physician [13:18] [49:14] [54:7,15] [64:13,21] [65:20] [66:6,13] [74:20] [76:8] [102:3] [105:24] [121:21] [123:6,24] [125:15] [133:8] [136:21,24] [137:5] [139:2 ,6] [144:15,18]
physicians [94:12] [95:1] [178:12]
pick [13:10] [115:14] [130:9]
piling [31:15]
pills [149:5,9]
pirtle [2:2]
place [59:10] [142:23] [145:2] [151:8]
placed [117:4] [130:18] [161:4]
places [72:10] [82:1]
plaintiff [2:5] [139:14] [159:5,11,12] [161:14] [165:1] [166:1] [176:7] [177:8] [178:8,10] [181:17] [182:9,14]
plaintiffs [1:] [96:20] [159:19] [160:21] [162:17] [163:8,15] [164:14,17] [165:10] [167: 5] [172:1] [175:2,11] [178:16 ,17] [180:11] [190:3]
plan [18:10,16] [19:4,9] [22:2] [37:5,6] [44:9,23] [49:18] [67:22] [87:6,8] [93:23] [97:15] [111:5] [113:4] [126:5] [136:19] [150:18] [164:13] [169:6] [170:11]
planner [164:17] [178:16]
planners [86:7,12] [178:18]
planning [85:22] [86:3,6,14 ,17,21] [175:24] [181:8]
plans [161:10] [164:15]
plantar [141:8]
played [158:21]
please [35:21] [56:5] [77:17 ,23] [88:19] [89:9] [117:5] [122:12,18] [123:22] [130: 13] [181:24] [190:7]
pms [171:9]
podiatrist [63:6] [97:11] [103:5,9,22] [104:15,20] [106:4,17]
podiatry [63:8,10] [81:24] [97:20] [98:3,14,22] [99:24] [101:24] [103:6,13,19] [104:9] [127:19] [138:23]
point [19:22] [25:6] [31:15] [34:8,12] [62:13] [103:16]

pointing [17:14]
points [26:8]
pool [47:20] [48:6,15] [49:8 ,19] [139:18] [141:13] [142:20]
poor [72:6]
portion [66:14]
position [125:17]
positive [90:24] [113:24] [114:1]
possible [45:12] [183:5]
post [28:22] [58:21]
postmorbid [58:21]
post-morbid [58:21]
posttraumatic [20:14] [34:19]
potential [60:15] [96:9] [113:12] [114:5]
practice [52:4] [81:1] [98:7 ,17] [99:9] [100:7,19] [102: 3] [103:3,19] [105:23] [106:2] [107:2] [123:5] [125:20] [126:6,8] [127:1,23] [128:2]
pre [13:17] [24:5] [53:19] [56:20] [57:21] [127:15,16]
predict [67:17]
prediction [68:1]
preexisted [28:11] [29:21] [112:21] [124:17] [146:16] [150:13,16,23]
preexisting [5:15] [13:15] [14:22] [16:23] [21:5] [48:2] [79:23] [150:10] [151:10] [183:13,15,16] [184:23] [185:9]
prefer [69:16] [168:12]
preferably [103:24]
preophthalmology [127:16]
pre-ophthalmology [127:16]
preparation [163:16]
prepare [117:23] [145:3]
prepared [147:3] [167:15]
prepodiatry [127:15]
pre-podiatry [127:15]
prescribed [35:13,19] [37:12,22] [38:6,7] [39:1,19] [133:17] [147:13] [149:5,8] [150:1,18,19] [152:4] [153:23]
prescribing [60:17]
prescription [37:1] [38:4] [147:19,21] [149:7,13] [151:6]
prescriptions [64:24] [65:4] [148:1]
present [38:17] [91:24] [145:20]
presented [93:9] [118:23] [143:9,12]
presently [15:22]
pressure [73:14,20] [74:15]
presumably [109:1]
pretty [53:21] [111:22] [156:2] [158:12] [162:16]

[163:8] [178:21]
prevailing [172:10]
previous [23:4] [33:23] [63:22] [79:15]
previously [132:17] [185:17]
price [171:20] [172:18]
prices [121:11] [170:19] [171:17,18]
pricing [120:18]
primarily [119:2] [156:15]
primary [50:11,12] [51:1] [54:7,15] [59:16,21] [60:1] [62:14] [65:15] [66:12] [74:2] [115:16] [121:21] [123:24] [133:8] [136:21,24] [137:5] [144:14,17]
primarycare [54:7,15] [65:15] [123:24] [133:8] [136:21,24] [137:5] [144:14 ,17]
primary-care [54:7,15] [65:15] [123:24] [133:8] [136:21,24] [137:5] [144:14 ,17]
princeton [2:8]
printed [168:2]
printout [120:22] [168:3]
printouts [121:1]
prior [22:14] [37:13] [44:20] [76:9] [92:9] [129:9] [140:10 ,17,18] [141:10] [154:13,19] [155:14] [161:21] [181:18] [182:5,11]
prn [32:6] [149:9]
probability [67:16]
probably [57:24] [112:4] [116:10] [124:3] [136:11] [142:22] [158:10,17] [159: 16,22] [162:22] [163:9] [165:18] [174:2,4] [176:15 ,18]
problem [23:23] [24:1,2] [26:1] [32:7] [33:10] [51:1] [60:22,23] [61:8] [66:17] [83:17,19] [104:1,8] [134:14 ,16,23] [143:22] [156:23] [184:3,4]
problematic [185:5]
problems [31:10] [32:21] [33:5] [44:4] [52:18] [79:24] [80:3,4] [93:20,21] [94:2,5] [98:16] [134:21] [140:5] [150:23] [182:19,22] [183: 13] [184:24] [185:9]
procedural [66:16]
proceeding [186:6]
process [41:10] [90:16,17] [105:8] [115:11] [177:21] [178:7,24]
produced [89:3] [121:17,22] [130:20] [131:9,12,17] [166:21]
production [89:15]
products [1:] [166:24]
professional [188:4]
professionals [65:21]

[82:16]
profile [155:20] [158:13]
profound [108:9]
program [24:8,16] [46:5,6,9] [47:10,15] [79:19] [80:8] [82:16,18,19,24] [87:3] [91:4] [111:6] [114:2] [115:15] [132:14] [139:15] [141:1,12,13,16,19,24] [142:1,8,15] [143:15,24] [183:6,20] [184:19]
programs [46:13] [114:18] [115:2]
progress [11:6] [12:18]
pronouncing [54:23]
proper [58:6] [98:10]
properly [129:4]
proves [38:12]
provide [84:15] [126:17] [144:21] [147:20] [165:8] [169:23]
provided [144:14,24] [166: 15]
providers [64:15]
prozac [153:22]
psych [63:20,21]
psychiatric [45:10,13] [71:16] [72:2] [170:8]
psychiatry [71:14,23]
psychological [11:20] [84:11] [87:9] [94:23] [155:20] [156:9,14] [170:7]
psychologically [156:18,22]
psychosis [33:3]
psychotic [33:4]
psychotropic [76:21,23]
psychotropics [75:9] [76:5]
public [1:20] [187:8] [188:5 ,]
pulmonary [21:9]
punch [184:5]
purpose [38:4] [51:11] [60:6]
purposes [129:10] [157:13]
put [9:21] [18:15] [67:3,20] [70:2] [81:16] [87:22] [98:22] [101:21] [106:24] [109:17] [112:14] [126:5] [136:3] [139:19] [158:10] [163:20] [168:2]
puts [45:11]
putting [150:17] [168:7]

Q
_____

qualifications [118:9]
qualified [180:18,19]
qualifiers [155:16]
quarter [174:3]
queries [84:8]
question [16:19] [18:20] [22:12,17] [23:4] [24:6] [25:9] [26:2] [28:16] [31:12] [35:10,11] [37:18] [39:16,23] [41:19,22] [44:24] [50:22] [56:21] [58:3] [61:18]

10/7/2008  Deutsch, Paul M. (Volume 2)

[62:8] [66:22] [67:1,24]
[68:7] [69:9] [80:23] [81:15
,21] [85:1] [92:18] [98:21]
[101:22,24] [102:19] [107:
5] [109:18] [113:14] [123:20]
[124:10] [127:7] [134:11]
[137:2,19] [140:16] [142:23]
[143:16] [145:22] [150:15,22]
[151:4] [157:13] [158:19]
[159:20] [160:24] [165:5,17
,20] [172:24] [173:3] [175:9]
[184:12]
questioning [119:17] [125:
14]
questionnaire [77:8] [179:14]
questionnaires [177:18]
[179:9,18,21]
questions [35:8] [40:19]
[56:21] [69:11] [81:16,19]
[116:15] [117:3] [118:3]
[158:24] [161:7] [164:16]
[168:16] [169:16] [174:10,16]
[178:8,23] [179:16,20,23]
[180:7] [186:2]
quick [43:23] [145:8]
quickly [180:21]
quite [52:7] [122:7] [141:21]
[161:5] [168:16]
quote [30:7] [68:11] [98:22]

R

r.n.s [104:13]
radiculopathy [28:18]
[31:23]
raffa [43:5,8] [112:23] [167:
8,10] [169:3] [170:12]
[173:12]
raffas [78:22]
raised [90:5] [107:5]
range [50:1]
ranged [15:21]
rapidly [115:14]
rare [147:13]
rate [172:10,19,20] [173:5]
rates [172:5,6]
rather [14:3] [39:22] [124:18]
re [1:] [4:7] [88:21] [190:3]
read [7:2] [89:8] [123:12]
[189:3,21] [190:]
readily [172:16]
reading [9:11,14] [11:1]
[74:23] [111:21]
readings [6:24] [7:7,8]
[17:18] [25:13] [26:9,16]
[27:11]
reads [11:15] [13:4] [15:18]
ready [103:16,18] [106:15]
real [32:7] [60:21] [61:8]
[126:12]
realistic [60:12] [91:16]
[180:19]
realistically [160:2]
reality [47:21] [90:8] [114:22]
[140:18] [185:10]
realize [22:15] [183:2]

really [24:6,7,8,11] [31:7]
[60:23] [65:11] [85:15,21]
[86:3] [87:11] [106:12]
[125:16] [128:6] [132:5]
[140:2,3,4,8] [143:17]
[157:6] [158:4] [163:3]
[168:24] [174:11] [183:5,9
,10]
realworld [61:8]
real-world [61:8]
reason [14:7,11] [23:20,22]
[24:2] [30:21,23] [31:2,3,17]
[32:12] [36:18,21] [46:10]
[48:20] [67:20] [88:1]
[94:1] [113:24] [114:24]
[115:5] [156:8] [168:13]
[173:9]
reasonable [19:10] [22:8]
[60:13] [67:16] [169:5]
[173:3] [190:10]
reasons [11:16] [176:21]
[185:22]
recall [6:3] [12:7] [16:5,8,22]
[53:15] [89:7] [110:18]
[132:7]
receive [79:10] [115:18]
received [56:17] [123:1]
[138:13] [139:3]
receives [96:3]
receiving [38:3] [96:3]
recently [13:6] [54:20]
recess [68:21] [145:14]
recognition [79:22]
recognize [89:12] [130:22]
[182:18,24] [183:12] [184:
17] [185:12,19]
recognized [182:16] [184:21]
recognizes [112:4] [183:6]
recognizing [48:1,2] [158:2]
recollection [90:4,7] [163:6]
recommend [46:10,22,24]
[49:14] [51:23] [59:3]
[61:14] [65:9] [66:5,10]
[79:10] [81:22] [82:7]
[85:2,7] [90:10] [94:13]
[97:10] [99:2,9] [102:1]
[106:24] [111:4] [128:17,23]
[136:19] [139:14]
recommendation [44:16]
[45:23] [46:4] [54:12,24]
[56:12] [80:20,21] [81:5]
[86:24] [97:14,21] [99:20]
[105:14] [106:16] [107:1]
[111:9] [112:9] [126:18]
[127:9] [136:8] [138:1,23,24]
[139:23] [142:7]
recommendations [21:18]
[27:21] [45:24] [48:19,24]
[49:5] [51:10] [54:5] [88:4]
[91:17] [104:22] [109:3]
[135:18,20] [136:1] [138:24]
[142:17] [148:14] [165:9]
[166:20] [168:6] [178:19]
recommended [22:6,10]
[23:14,16] [25:18] [27:13,14]
[47:5] [50:6] [51:4] [52:4,10]

[80:17] [81:7] [83:1] [105:13]
[127:16,18,21] [128:1]
[129:8] [130:3,7] [139:15]
[143:7] [144:20] [155:13]
recommending [49:7]
[57:7,17,19] [66:12] [83:1,4
,6] [85:9] [95:2,6] [96:1,19]
[97:3] [128:18] [136:4]
[144:6]
recommends [63:5] [66:6]
[128:4]
record [13:11,20,21] [16:5,13
,15,21] [26:11] [48:23]
[71:13,22] [74:2,14] [89:20]
[111:1] [116:11,18,19]
[119:5,7] [120:10] [123:17]
[137:21] [145:13] [161:16]
[165:24] [188:11]
recorded [18:4] [25:15]
records [9:2] [11:24] [13:11]
[14:4] [16:9,10,11,20]
[18:2,13] [21:4] [23:5,6]
[25:10,15,17] [27:12]
[70:22] [71:1,4,6,9] [89:5,16]
[93:15] [101:1] [117:24]
[120:8] [127:6] [131:3]
[143:5] [147:10,12,14]
[152:17] [153:19] [166:11,12]
redirected [13:8]
reduce [43:1] [113:16,21]
[114:15]
reduced [42:23]
reducing [114:20] [115:18]
reduction [43:9]
refer [35:5]
reference [75:16] [146:2]
[153:15] [169:19]
referencing [30:11] [94:16]
referral [70:12] [106:16]
referrals [160:5] [176:6,18]
[177:15]
referred [35:9]
referring [17:10,12] [57:13]
[64:9] [77:24] [94:21,22]
[179:13]
refers [78:2]
reflect [3:12] [118:21] [123:
17] [132:24]
reflected [109:3]
refused [73:12,20] [110:16]
regard [35:8] [42:3] [71:8]
[103:13]
regarding [41:19] [81:1]
[97:2] [161:9]
regardless [23:2] [36:6]
regimen [49:15] [57:23]
[94:14] [118:22] [135:19]
[136:6] [144:5,8,11]
regimes [48:4]
registered [1:18] [187:7]
[188:22] [190:16]
regular [48:4] [55:11] [112:
5] [129:24]
regularly [112:2]
rehab [57:1]
rehabilitation [18:10,16]

[19:4] [37:6] [67:21] [81:4]
[84:13] [88:3] [111:5]
[143:24] [165:9] [168:6]
[180:10] [181:4]
rehabilitative [113:4] [136:
19]
reinforcement [141:15,22]
related [22:3,22] [23:1]
[29:7] [34:2] [46:8] [57:21]
[78:17] [96:12] [129:12]
[133:2] [134:4,12,14]
[135:9,13] [136:15] [138:11]
[140:8] [148:16] [150:21]
relates [1:] [81:23] [85:3]
relating [136:21] [152:9]
relation [35:24] [95:20]
[124:10,20] [158:3,14]
relationship [90:19,23]
relative [188:13,14]
release [120:21]
released [34:6,11]
relevant [91:6,9,16]
reluctant [87:13]
remained [37:14] [71:24]
remarkable [174:14]
remarks [8:18]
remember [16:14,17] [43:16]
[52:14] [56:8]
remembered [19:23]
remind [71:5] [126:21]
remove [55:14]
rendering [99:20]
repeated [56:14]
repeating [137:20]
repetitive [155:10]
replenishable [65:21]
[172:13]
replow [113:6]
report [4:5,7,8] [5:13] [6:2,12]
[7:16] [8:1,8,15] [9:21]
[10:1,5,13,14] [12:1,6]
[14:6] [16:6] [18:12] [20:22]
[22:10,22] [23:12,17]
[25:20] [27:10,15,19]
[35:24] [38:15] [42:22]
[45:23] [53:8,24] [55:14]
[60:23] [61:15] [63:2]
[69:11,13,19,23] [70:7,15,20]
[71:12] [72:10,15,24]
[73:9,18,24] [74:8,18]
[75:4,8] [76:18] [78:14,19]
[79:9] [80:22] [81:12]
[83:11] [84:2] [87:8] [88:7,10]
[94:10] [95:6] [107:1]
[110:4,20] [111:23] [116:3
,21] [117:7,8,12] [118:4,13
,21] [123:2,10] [127:8]
[128:19] [132:11,23] [134:
1] [135:3,11,21] [136:6,22]
[138:9,13,21] [139:13]
[145:18,21] [146:7] [147:3]
[149:22] [150:8] [151:9]
[152:18] [153:18,20] [154:
11] [159:21] [162:16] [163:
8,16] [164:3,24] [165:11]
[166:7] [168:11,17] [169:10]

**10/7/2008 Deutsch, Paul M. (Volume 2)**

[178:3] [188:7]
**reported** [11:16] [34:14]
**reporter** [1:18] [83:21]
  [187:] [188:1,5,22] [190:16]
**reporters** [3:9]
**reporting** [112:1,6]
**reports** [4:3] [5:5] [6:9]
  [8:24] [14:3] [16:24] [21:5]
  [25:14] [66:21] [79:5]
  [81:10] [88:3,4] [101:21]
  [117:23] [154:11] [159:22]
  [160:1] [164:4,12,18,23]
  [165:6] [167:15,19,21]
  [168:19] [169:1,19,21]
  [170:16] [175:19]
**representing** [2:5,9,13]
**reproduce** [131:24]
**reproduced** [132:1]
**requested** [188:9]
**require** [104:15]
**requires** [86:22]
**requiring** [32:23]
**research** [67:13,15] [175:24]
**resolve** [80:9,10]
**resources** [172:16]
**respect** [27:1] [34:15] [36:2]
  [88:14] [91:23] [97:1]
  [99:13] [115:23] [118:3]
  [127:7] [155:19] [163:16]
  [165:6] [175:16,17,18]
**responded** [77:8] [101:23]
  [107:20]
**responding** [84:21] [109:4]
**response** [4:9] [32:6] [76:9]
  [77:12,23] [81:12] [82:23]
  [84:16] [98:21] [103:2,17]
  [106:21] [118:2] [121:22,24]
  [122:15,20] [123:1,6,7,12,13
  ,18] [125:1] [126:15] [139:1
  ,3]
**responses** [39:6] [119:24]
  [120:4] [126:24]
**responsibility** [106:18]
**responsible** [103:24]
**restate** [92:4]
**result** [34:19] [50:12,15]
  [51:23] [52:7] [177:3]
  [181:11] [184:20]
**results** [18:18] [157:10,14]
  [158:1,3,8,10,12,17,23]
  [165:8]
**retailers** [171:22]
**retained** [167:5]
**return** [190:13]
**reverify** [120:13]
**review** [9:1] [23:6] [25:17]
  [70:22] [71:1,13] [74:13]
  [120:7] [143:2] [180:14]
  [188:8]
**reviewed** [13:11] [17:4,5]
  [25:12]
**reviewing** [102:8]
**richard** [1:9,17] [63:13]
  [187:] [188:4,] [190:]
**right** [6:17] [13:3,9] [27:23]
  [33:23,24] [52:6] [53:3,10,17]

[54:1] [56:14] [60:4] [63:12]
  [66:11] [69:4] [76:14]
  [77:11] [79:8,13,16] [83:13]
  [93:8] [94:21] [96:16,17]
  [98:24] [99:4] [106:7]
  [107:18] [110:6] [112:8]
  [125:2] [127:10] [128:23]
  [129:13,14] [130:11] [131:
  6,21] [136:3,12,16] [137:17]
  [139:4,8] [141:3] [144:21]
  [145:17] [146:13] [147:19]
  [148:6,22] [152:5] [155:2]
  [159:13] [160:9,14] [164:22]
  [166:3,8] [170:10] [175:21]
  [176:16,19] [179:15] [181:
  17]
**risk** [13:15] [14:23] [18:18]
  [19:6] [22:4] [25:12] [26:3,5]
  [67:18] [96:10] [113:21,22]
  [114:15,20] [115:18]
**risks** [48:10,14]
**ritz** [134:2]
**road** [31:14] [33:6,20] [34:4]
**robinson** [1:]
**role** [158:21]
**rolled** [170:2]
**rough** [166:22]
**roughs** [166:16] [167:2]
**rounding** [148:21]
**route** [103:12] [106:15]
**routine** [135:1]
**run** [57:24] [93:23]
**running** [160:13] [176:15]
**russ** [2:] [190:22]

_____

S

**salient** [71:8]
**sat** [47:14] [107:10] [146:14]
**saw** [16:21] [28:10] [38:10]
  [107:11,12,15] [157:11]
**say** [10:10] [17:3,4,15,21]
  [18:7] [20:3,8] [22:5,21,23
  ,24] [23:13] [25:24] [27:7]
  [28:14] [32:22] [39:12,13,14
  ,15] [52:20] [55:7,8] [61:21]
  [63:7,10] [70:20] [78:16]
  [80:12] [84:24] [86:2,5]
  [93:15] [95:5,23] [96:1,18]
  [98:10] [99:18] [100:7,14]
  [103:16,18] [105:8,9,10]
  [106:13] [108:20] [109:20]
  [110:3] [113:6,10] [114:9]
  [115:8] [116:9,18] [122:24]
  [125:18] [126:15] [128:16,22]
  [134:16] [135:17] [136:7]
  [138:7] [143:7,12] [148:7]
  [152:2] [155:9] [157:23]
  [159:2,10] [162:21] [163:7]
  [168:4] [173:17] [174:1,5]
**saying** [36:4] [40:24] [44:11]
  [47:18] [57:16] [59:17]
  [61:4] [62:8] [82:12] [95:24]
  [97:2] [98:6,13] [99:23]
  [100:6] [102:9] [107:19]
  [108:12] [114:3] [115:4]

[134:17] [137:4,7] [138:13]
  [159:17] [163:5]
**says** [8:18] [29:14] [59:7]
  [63:8,10,18,20] [64:6,8]
  [76:19] [81:21] [89:20]
  [97:19] [99:17] [105:23]
  [106:7,19,22] [109:2]
  [111:19] [112:2] [123:4]
  [125:18] [128:15] [135:3]
  [144:18] [148:19] [152:8]
**schedule** [165:18] [172:6]
  [190:]
**scheduled** [142:1] [145:7]
**schedules** [70:13]
**schizophrenia** [87:12]
**scout** [2:11]
**seal** [187:1]
**second** [8:12] [9:5] [15:12,17]
  [21:21] [23:24] [35:10]
  [69:24] [113:3] [134:7]
  [151:16] [152:16]
**secondary** [50:10] [52:7]
  [53:12]
**seconds** [34:24]
**section** [10:18] [53:8] [65:8]
  [67:4] [70:12,24] [88:10]
  [131:13]
**security** [16:11,20] [45:5]
**sedentary** [11:20] [155:4]
**seeing** [16:5] [54:15,20,21]
  [55:3,22,23] [59:16] [61:3,23]
  [62:1,6] [76:19,22] [78:7]
  [102:21,22] [133:1] [135:1]
  [136:23] [137:22] [138:5]
  [147:1]
**seeking** [18:10]
**seem** [60:7,10] [162:11]
**seems** [55:4,22,24]
**seen** [8:24] [23:8] [44:12,15]
  [45:4] [72:16] [73:10]
  [81:9,22] [83:10] [84:2]
  [85:2,9] [89:2,7] [126:23]
  [143:5] [160:3] [162:14]
  [167:19] [168:24]
**self** [150:21] [156:23] [183:
  18]
**send** [88:1] [131:22,23]
  [168:11] [178:3]
**sense** [46:19] [47:21] [48:6]
  [57:20] [96:6,23] [97:5]
  [124:16] [128:18] [156:18]
  [157:20]
**sensory** [104:3]
**sent** [101:22] [122:21]
  [165:20]
**sentence** [11:11] [12:20]
  [166:23]
**separate** [28:14] [41:19]
  [88:6,9] [128:21] [157:24]
  [158:7] [176:23]
**separated** [159:9]
**separately** [59:21]
**serious** [32:14] [33:17]
  [34:1] [185:6]
**seriousness** [185:8]
**seroquel** [1:] [10:8,21]

[13:2] [15:15] [17:9,18]
  [18:6] [22:20,23] [24:5]
  [153:23]
**serves** [127:2]
**service** [144:13]
**services** [1:21] [24:12]
  [79:20] [97:20] [181:18]
  [182:5,11] [190:]
**set** [161:15]
**sets** [60:18]
**setting** [51:10]
**settle** [162:10]
**settling** [52:8]
**seven** [38:24] [71:11] [73:24]
  [118:20] [119:2] [132:23]
  [135:11] [147:1] [149:21,24]
  [150:6] [153:2] [177:15]
**seventeen** [152:22,23]
**several** [72:9]
**severe** [182:18]
**severely** [176:24]
**severity** [79:23]
**shake** [27:6]
**shape** [167:2]
**shed** [33:11,19] [34:4]
  [141:12,15,19]
**sheet** [12:14,16] [131:12]
  [132:1]
**sheets** [131:11]
**shes** [28:22,23] [29:3]
  [30:17,18,20,22] [31:10,22]
  [32:4,5,6,17] [33:23] [40:1]
  [52:8,23] [53:1] [54:19]
  [57:18] [61:3] [76:12,23]
  [98:2,12] [102:11] [111:24]
  [112:1,2,6,13] [131:17]
  [132:16] [135:1] [136:23]
  [137:22] [138:4,17] [147:8]
  [149:4,5,7,9,10,15,17,22]
  [151:4]
**shift** [103:18]
**short** [68:16]
**shortness** [152:19] [153:8,10]
**shouldnt** [31:14] [88:11]
  [134:7]
**show** [78:24] [79:3] [147:21]
**showed** [25:11]
**showing** [25:12] [30:18]
  [102:14]
**shown** [44:19] [141:18]
**shows** [39:1]
**side** [52:8,12,16,21] [114:1
  ,14,20] [115:1,6] [162:12]
  [169:5] [173:18] [174:5,6]
  [177:21] [179:1] [180:23]
**sides** [173:15]
**sign** [190:12]
**signature** [190:6,12,]
**signed** [72:19]
**significant** [28:24] [29:3]
  [33:8] [37:17] [51:14]
  [154:18,22] [158:12,21]
  [182:19] [183:13,16]
**significantly** [7:14] [113:20]
  [114:15]
**similar** [22:9] [23:15] [58:1]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

[156:5] [164:24]
**simply** [14:24] [24:13] [45:1] [49:18] [50:3] [82:19] [107:19] [138:16] [180:23]
**single** [16:15] [55:9]
**sir** [70:5,20] [71:12,21] [72:9] [73:7,23] [74:12] [91:8] [110:9] [159:7]
**sit** [87:14] [123:9] [163:6]
**sitting** [82:19] [166:5]
**situation** [113:20] [114:13] [185:23]
**six** [16:14] [38:23] [58:23] [73:18] [75:1] [118:20] [119:2] [129:19,23] [132:22] [137:23] [138:4] [145:21] [149:21] [150:6] [156:4] [161:19,22] [165:6] [170:13] [179:10]
**skews** [177:3]
**slash** [80:7] [81:4] [97:7] [98:23] [184:19]
**sleep** [21:11] [112:5]
**slightly** [118:17] [124:7] [176:16]
**small** [115:19] [132:1]
**smaller** [131:12]
**smoking** [113:16]
**social** [12:11,12] [16:11,20] [45:5]
**society** [162:5]
**softener** [52:24]
**softeners** [52:1,11]
**sole** [146:3] [148:7]
**solely** [51:11] [53:9] [55:2] [58:18] [70:24] [80:22] [157:14]
**somebody** [62:7] [143:14] [168:10]
**someone** [97:21] [107:5] [165:22]
**something** [6:5] [8:10] [14:13] [19:1] [35:19] [39:11] [50:19] [60:2] [65:12] [75:22] [76:4] [79:2] [84:20] [85:8,21] [94:7] [102:4] [105:12] [112:20] [116:18] [117:15] [119:21] [120:6] [124:23] [125:9,11] [126:23] [127:2 ,4] [132:8] [136:5] [144:6,13 ,19] [146:4] [157:9,24] [163:20] [171:18]
**sometimes** [116:10] [120:20] [126:4] [168:23]
**somewhat** [42:12] [128:11]
**sophisticated** [86:7,19]
**sorry** [7:19,21] [10:15] [36:15] [44:14] [48:22] [63:24] [74:23] [75:6,11] [83:14] [91:8] [105:18] [134:10] [150:4] [151:22] [153:1] [174:17] [181:23]
**sort** [18:16] [19:4]
**sorts** [49:22]
**source** [146:23] [147:8,11]

[148:7] [170:24]
**sources** [171:17]
**space** [40:12]
**speak** [134:7]
**speaking** [31:24] [33:7] [84:5]
**specialist** [81:8]
**specialists** [81:23] [85:3]
**specialty** [56:24] [84:9]
**specific** [16:21] [29:2] [49:13] [67:19] [92:20,22] [97:3] [99:2] [142:18] [157:9] [160:7] [177:20] [178:7,24]
**specifically** [16:12] [29:11] [38:3,8] [55:2] [58:18] [66:14,16] [72:24] [136:2] [142:10] [169:15] [170:19]
**specifics** [28:22] [93:2] [144:22,23]
**spinal** [50:17] [169:7]
**split** [175:1,11,16,17,18,20]
**spoken** [167:4,8]
**stabilize** [113:19]
**stabilized** [62:4] [113:19]
**stabilizing** [95:9]
**stable** [26:18] [114:14]
**staff** [14:20] [102:9] [140:14]
**staffed** [107:10]
**staffing** [102:8,23] [140:13]
**stage** [107:16]
**stamp** [6:20]
**standard** [125:21,24] [127: 5]
**standards** [100:18] [103:6,13]
**standing** [156:19]
**standpoint** [97:7] [183:9]
**stands** [15:20]
**start** [17:8,9] [31:15] [36:15] [62:6] [121:17] [140:3] [146:20]
**started** [13:2] [15:14] [17:17] [18:6] [22:20]
**starting** [17:8] [184:5]
**state** [31:4] [65:6] [118:13] [137:15] [139:16] [186:16] [187:8] [188:2,]
**stated** [118:17] [138:21] [189:]
**statement** [97:1] [98:17] [118:10] [138:9] [150:16]
**statements** [25:14] [26:12] [27:12]
**states** [1:1] [13:5] [30:7] [150:9] [152:18] [153:7,20]
**stating** [145:23]
**statistics** [68:9,10,13]
**stay** [30:21] [48:17] [84:22] [156:5] [181:1]
**stayed** [14:11] [104:19] [156:2,11]
**stenographic** [188:11]
**stenographically** [188:7]
**step** [83:18] [105:1]
**stick** [107:23]
**stool** [51:24] [52:10,23]

**story** [164:10]
**strategies** [161:8]
**street** [1:]
**stress** [20:14] [34:19]
**strictly** [38:1] [146:6] [164: 11]
**strike** [23:24] [32:10] [53:23] [75:6]
**strokes** [41:12]
**strongly** [184:1]
**structure** [166:23]
**struggling** [99:15]
**studies** [57:3]
**stuff** [56:9]
**subject** [157:22]
**subsequent** [50:23] [136:15]
**subsequently** [87:7] [121:9] [137:14] [178:4]
**subsets** [175:7]
**success** [94:2] [185:20]
**successful** [181:11]
**suffering** [152:19] [153:8]
**sufficient** [68:14] [82:14] [106:10] [121:14]
**sufficiently** [67:14]
**sugar** [15:21] [17:19] [18:17] [19:5]
**sugars** [15:23] [74:5,15]
**suggest** [56:21] [67:15] [76:12] [103:7] [126:9] [128:8] [138:16] [139:19] [177:8]
**suggested** [26:10] [48:20] [98:8,18] [110:13] [125:13]
**suggesting** [78:21] [79:5] [83:5] [101:14] [115:4] [137:3] [183:22]
**suggestion** [82:23]
**suggestions** [26:7] [65:8] [128:7]
**suicide** [19:14] [33:12,14,18 ,23] [34:2] [87:12]
**suite** [1:15,22] [2:1] [190:2]
**sullivan** [2:] [3:5] [5:11] [16:4] [18:1] [19:20] [25:7] [27:2] [40:18] [44:1] [57:11] [60:20] [67:23] [68:15] [111:2] [157:16] [190:]
**summaries** [166:8]
**summary** [14:4] [70:19,21] [71:3] [146:1] [147:2,9] [152:16] [153:18] [166:18]
**supervised** [46:13]
**supplier** [171:11,23] [172:14]
**suppliers** [121:13] [171:6,16]
**supplies** [53:7] [133:3] [135:12] [171:1,13] [172:12 ,13]
**support** [84:10,16] [140:14] [141:22]
**supports** [37:21] [128:5]
**sure** [13:7] [21:22] [28:19] [30:1] [40:11] [43:13] [52:22] [53:21] [54:22] [56:7] [63:13] [66:23] [70:1] [82:12] [84:22]

[94:18] [96:11,24] [110:18] [112:10] [120:22] [123:13] [126:7] [129:4] [141:11,15] [145:11] [146:15] [160:2,22] [173:13] [178:15] [179:11] [185:1]
**surprise** [110:19]
**surprising** [108:17]
**swimming** [48:6]
**sworn** [186:23]
**symbol** [64:2]
**symptoms** [96:11,15] [98:2,14,23] [99:18,24] [100:1,5,21] [101:12] [102:11] [106:23] [109:24] [115:14]

———————————

**T**

———————————

**t.v** [111:22]
**tab** [131:10] [166:18,19]
**table** [156:21]
**tabled** [165:19]
**tabs** [166:10]
**taken** [18:14] [19:7] [30:16,22] [41:11] [55:6] [68:21] [145:14] [178:12,13]
**taking** [10:7] [15:15] [17:18] [22:20] [32:4,6] [38:15] [40:1] [41:15] [43:5] [45:19 ,20] [48:8] [52:9,23] [53:1] [98:11] [133:2,18] [135:4] [147:16,18] [149:9,13,15,17 ,23] [167:17] [168:5]
**talk** [5:12,14] [10:7] [26:23] [62:23] [115:5] [142:19]
**talked** [24:10] [27:17] [28:20] [47:13] [53:15] [55:17] [58:1] [79:18] [87:2] [142:12] [167:9] [169:14]
**talking** [24:11] [26:5] [48:3] [51:2] [52:14] [56:23] [62:24] [64:17,18,19,20,23] [65:5] [82:15,17] [87:20] [119:12,13,15] [135:23] [136:2] [139:2] [160:17] [165:6]
**talks** [64:7]
**tampa** [2:12]
**tape** [111:22]
**teaching** [82:13,20]
**technically** [95:17]
**tell** [34:21,23] [68:14] [89:14] [104:4] [123:22] [168:9] [173:22] [181:16]
**telling** [151:5]
**ten** [145:5]
**tend** [65:14] [67:13] [126:9] [162:10] [169:5]
**tenminute** [145:5]
**ten-minute** [145:5]
**term** [90:5]
**terms** [34:1] [47:23] [95:8] [103:17] [157:5] [176:17]
**test** [8:22] [10:10] [148:17] [151:11] [157:10,14,24]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

[158:3,8,10,12,17,22]
**testified** [129:5] [181:2,6,15] [182:2,8]
**testify** [159:23] [160:2] [161:1,2] [175:16] [181:16]
**testifying** [174:24]
**testimony** [79:15] [85:20] [112:18] [117:22] [159:4,6] [160:3,23] [161:14] [175:17] [181:10]
**testing** [118:8] [127:10] [155:20] [156:9]
**tests** [64:14] [66:8,15] [137:9,10]
**texts** [180:15]
**thank** [17:13] [21:11,17] [30:17] [76:17] [77:15] [122:11] [186:1]
**thatd** [159:14]
**thats** [7:20] [9:24] [12:6,13] [17:20] [19:10,18,19] [20:21] [22:8,17,24] [24:18 ,20,21] [25:1] [26:2,24] [28:6] [29:2] [32:20] [35:21] [37:6] [38:13] [39:24] [40:3,19] [41:7,18,19] [44:8] [47:4] [52:5,22] [53:2] [54:12] [58:13,22] [59:2] [60:12,15,21] [61:2] [62:2,22] [63:11] [64:16] [65:5,12,24] [66:18] [69:17] [75:3,18] [77:2,7] [79:17] [83:16] [85:14,16] [88:5] [91:5] [92:15] [94:4,6] [95:4] [97:24] [99:4] [101:4 ,17] [108:6,20] [113:1,14] [114:16,23] [117:8,16,17] [121:23] [122:1] [123:3] [124:11,23] [126:20] [127: 11,17] [128:5,24] [130:11] [132:5,7,21] [133:19] [135:10,16] [136:5,11] [137:14] [138:12] [139:6] [141:12] [142:3] [143:15] [144:10] [145:9] [146:3,8] [147:4,23] [148:5,19] [149:6] [151:13,23] [159:14 ,16] [163:21] [164:10,17] [166:17] [169:9] [170:5,14] [171:11] [172:3,16,24]
**theirs** [84:17]
**themselves** [32:19]
**theoretically** [34:6] [61:3]
**therapeutic** [169:15,20]
**therapist** [48:23] [49:5,12,15] [50:2]
**therapy** [46:12,14] [50:7]
**therein** [189:6]
**theres** [10:6] [11:10] [15:18] [16:19] [46:3] [49:22,24] [66:22,23] [67:2] [80:23,24] [86:10] [89:17] [92:13,17] [95:17] [98:4] [105:3] [107:14] [113:14] [121:14] [140:16] [143:16] [150:15,22] [153:14,18] [157:7,24]

[158:19] [160:19] [166:18] [170:6] [177:15]
**theyll** [179:23]
**theyre** [23:1] [32:14] [39:24] [56:14] [61:12] [65:22] [130:2,5,7] [131:11] [135:23] [154:6] [166:2] [167:1] [169:2] [171:23] [173:5] [180:21]
**theyve** [32:18] [47:11,12] [58:11]
**thing** [24:10] [35:17] [58:17] [87:22] [94:19] [100:13] [104:6] [108:21] [125:4,5] [127:15] [129:3] [151:2]
**things** [6:10] [21:4] [22:13] [27:6] [47:19] [50:1] [70:15] [87:12,13] [92:23] [115:10] [119:4,6] [121:15] [137:20] [142:2,20] [180:17]
**think** [11:17] [12:8,12] [13:21] [17:11] [18:21] [19:18] [21:4] [22:8] [23:4,20] [27:3] [29:6] [30:19] [33:9] [41:9] [42:17] [44:18] [46:3] [47:7,10] [50:2] [52:13] [53:18] [61:19,21] [68:6,8,12,17] [69:15] [75:24] [81:13] [85:14] [86:1] [87:4] [88:9,16] [92:13,15,17] [93:5,7] [94:1] [96:7,16] [97:13] [101:1,15] [105:10,11] [107:7] [109:9,16] [112:13 ,15] [113:1] [121:7] [122:10] [123:9] [124:9] [128:10] [129:14] [131:1] [134:20] [136:11,12,16] [137:18] [140:2,3,4,7,22,23] [141:21] [142:2,3,10,11,18] [144:7,8 ,10] [157:19] [160:13] [162:2,8,23] [170:1,6] [174:10,13] [176:15,18] [182:15] [185:4,8,17,22]
**thinking** [18:15] [40:5] [42:8] [106:23]
**third** [12:20]
**thorns** [162:12]
**though** [19:23] [37:14] [54:10] [57:21] [76:23] [91:10] [99:16] [101:19] [102:2] [114:5] [125:5] [156:15]
**thought** [19:23] [32:16] [36:11] [41:3,10] [44:22] [101:6] [132:6] [141:9]
**thoughts** [90:12] [105:2]
**three** [7:7] [9:24] [15:3] [59:6,11,15,17,19] [61:5,10] [62:8] [66:17] [75:14] [76:20] [94:10] [118:12] [119:6] [127:7] [130:3,5] [148:15] [149:2,19,20] [176:22] [180:2]
**threequarters** [75:14]
**three-quarters** [75:14]

**throughout** [112:18] [182:16]
**throw** [166:21]
**thursday** [43:5] [167:17]
**thus** [92:12]
**tie** [152:9] [153:24]
**tied** [24:15]
**till** [180:2]
**time** [7:3] [10:24] [24:14] [26:17] [28:10] [30:12] [35:6] [50:8,20] [63:6] [82:9,10,11,14,20] [83:13,17 ,18] [93:18] [104:20,23] [110:6] [112:14] [114:7] [123:1,16] [125:7] [126:18] [127:15,16,20] [134:11] [168:20] [174:4,11,12] [190:10]
**times** [21:20] [26:10] [30:9] [33:10] [54:7] [55:4,5,18,23] [59:6,12,19] [61:5,11,14] [62:9] [77:4,10] [78:3,6,12] [102:1] [106:6,9] [124:1,14] [130:3] [137:17,24] [138:1 ,3,4] [144:2] [148:15] [149: 2,19] [161:18,22,23] [162:3] [168:24] [173:14,17] [174: 7] [181:5]
**tired** [152:3]
**titrating** [61:24]
**today** [35:7] [43:19] [121:24] [122:22] [137:14,16] [138: 14] [139:3]
**toenails** [103:10] [104:2,13]
**toes** [104:7]
**together** [9:21] [31:16] [39:22] [40:3,23] [101:21] [189:5]
**told** [10:21] [17:17] [38:15] [39:12] [51:24] [53:2,9] [54:19] [107:8]
**tolerate** [49:23]
**tomorrow** [43:19,20]
**tonight** [43:22] [167:11]
**took** [34:24] [111:12,13] [148:4] [176:2]
**tool** [86:4,14]
**top** [6:19] [16:15] [136:12] [154:7]
**topics** [29:24]
**total** [79:19]
**totality** [140:5] [143:13]
**toward** [50:22]
**traffic** [30:10]
**train** [132:6]
**trained** [132:19]
**training** [110:15]
**transcript** [188:9,10] [189:4] [190:]
**traumatically** [50:18]
**travel** [141:19]
**treat** [96:15] [182:21] [183: 8]
**treating** [49:4] [63:19] [74:20] [94:12] [95:1] [96:10] [123:6] [133:13,21] [139:1,6] [164:16] [178:12]

[179:19] [185:16]
**treatment** [38:17] [59:7] [73:21] [76:21] [77:5] [94:13,22,23] [95:3,17,21] [96:4] [97:4] [99:13] [108:15] [109:2,4] [118:22] [119:1] [135:19] [136:5] [138:2] [145:21] [154:13]
**treatments** [94:20] [96:2] [118:14]
**trial** [159:9,11] [175:18] [180:2]
**tricky** [22:16]
**tried** [29:11] [54:24] [55:1] [119:21] [165:14]
**triglycerides** [20:23]
**trouble** [16:18]
**true** [39:24] [40:3] [41:18,20] [58:22] [61:2] [62:22] [63:3] [66:8] [85:14] [88:5] [94:5] [97:8] [114:16] [123:3] [127:11] [129:1] [132:16,21] [136:11,13] [139:21] [147:4] [170:5,14] [172:3] [188:11] [189:6,]
**truly** [105:20] [190:14]
**truth** [141:14] [168:9]
**try** [43:10,21] [57:20] [71:5,7] [84:5,21] [90:13,15] [120:13] [126:1] [128:13] [129:21] [145:4,7] [167:11] [178:7,13]
**trying** [25:2] [42:16] [49:16] [79:18] [88:9] [92:23,24] [93:22] [94:6] [95:11] [138:16] [152:2] [156:3]
**tuesday** [1:11]
**turn** [152:15]
**twice** [58:16] [97:11] [98:8,19] [99:18] [103:4,21] [106:24] [127:21] [130:4,6,7]
**twiceayear** [103:21]
**twice-a-year** [103:21]
**twotimeayear** [104:20]
**two-time-a-year** [104:20]
**twoword** [26:3]
**two-word** [26:3]
**tx** [2:4]
**type** [91:14] [114:18] [140:9] [164:24] [179:9]
**typed** [63:13]
**typical** [37:4] [161:24]
**typically** [84:7] [99:8] [102: 5] [103:10]
**typing** [63:15]
**typos** [166:23]

———————

U

———————

**ulceration** [48:16]
**ulcerations** [63:9]
**um** [171:2]
**umhum** [171:2]
**um-hum** [171:2]
**unaware** [134:12,17,19]
**unchanged** [37:14]
**unclear** [116:11]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

**uncomfortable** [87:16]
**uncontrolled** [72:17]
**undergo** [144:1]
**undergone** [58:8]
**underlined** [15:19]
**underneath** [8:17]
**undersigned** [186:20]
**understand** [12:21] [13:5]
[20:2] [33:15] [35:22]
[65:11] [67:7] [78:8] [79:14]
[82:10] [84:23] [85:15]
[90:15,17] [99:16] [100:4]
[105:7] [111:16] [117:23]
[157:21] [174:19] [181:24]
**understanding** [26:13,14,24]
[37:9] [42:7,13,15] [67:4]
[77:1,2,3,7] [83:6] [86:17,20]
[88:12,17] [100:20] [133:19
,20] [137:7] [144:3] [149:14
,17] [157:4]
**understandings** [42:12]
**understood** [18:20] [45:3]
[61:19,20] [85:20] [95:1,4]
[108:11] [112:17] [129:4]
[146:16] [166:1]
**undertake** [49:1] [124:24]
**undertaking** [141:1]
**unfamiliar** [168:22]
**unger** [1:9] [157:10]
**united** [1:1]
**unless** [58:11] [63:17]
[75:22] [87:14] [109:23]
**unlike** [26:4]
**unquestionably** [100:13]
**unreasonable** [140:23]
**unrelated** [134:22]
**until** [34:5,6] [106:15,19]
[127:14] [164:4]
**unusual** [62:6]
**upon** [49:23] [98:14] [140:5]
**upper** [125:6] [127:9]
**upping** [32:5]
**uptodate** [147:14]
**up-to-date** [147:14]
**us** [29:10] [35:18] [68:14]
[108:8] [109:10,18] [121:17
,22] [122:22] [130:21]
[131:17] [147:20] [149:10]
[150:16,17] [151:5] [190:13]
**use** [17:8] [49:1] [54:20]
[65:12,14,19] [68:19]
[69:16] [80:6] [91:3] [98:11]
[114:17] [132:19] [140:12]
[145:19] [149:2] [156:12]
[172:10,15,16] [177:17]
[179:8]
**used** [3:12] [10:21] [41:7]
[53:12] [54:24] [62:2]
[86:4] [90:5] [140:1] [153:10]
[158:17] [179:9]
**uses** [135:12] [149:1]
**using** [13:2] [41:1] [44:18]
[48:5] [53:19] [66:19]
[98:4,6,16] [103:3] [145:24]
[149:4] [164:11] [170:19]
[171:17,19] [172:3,5]

**usual** [125:22]
**usually** [30:14] [32:8] [39:14]
[46:8] [51:16] [120:17]
[126:24] [147:10] [168:11]
[171:7,10,20] [180:4]
**utilize** [65:11]

_____

V

_____

**value** [151:7] [184:18,21]
[185:15]
**variety** [102:6]
**vary** [102:12]
**varying** [143:19]
**vehicles** [34:15]
**verify** [119:21]
**versus** [29:20] [126:5]
[180:23]
**via** [190:]
**view** [88:13] [90:3] [144:12]
**visit** [59:4] [63:5] [97:11]
[103:11]
**visits** [55:7] [56:3] [60:3,5]
[61:11] [62:21] [63:1]
[97:20] [98:4] [136:20]
[137:3,4] [138:10,17]
[144:15]
**volume** [1:] [5:2]
**volumes** [180:16]
**vs** [190:3]

_____

W

_____

**wait** [134:6] [180:2]
**waited** [180:3]
**waiting** [139:9]
**waive** [190:6,12,]
**walgreens** [171:21]
**walk** [145:6]
**walking** [49:19] [140:21,23]
[141:1,12]
**want** [28:3,15] [29:23]
[61:5] [70:4] [72:19] [78:19]
[86:15] [87:22] [89:19]
[96:7,11] [106:23] [113:5]
[117:10] [123:10] [129:2,7]
[132:8] [137:20] [159:1]
[161:4] [163:20,24] [168:15]
[174:10] [175:19]
**wanted** [40:15] [55:1] [103:
16] [108:20,21] [123:17]
[134:16] [147:18] [156:4,12
,16,18]
**wants** [77:10] [78:11] [98:9]
[106:1]
**wasnt** [7:21] [59:16] [88:7]
[103:15] [112:10] [115:3]
[119:12] [156:6]
**watches** [111:22]
**wed** [48:18] [55:14] [165:3]
**week** [30:11] [66:22] [85:21]
[121:18]
**weeks** [180:2]
**weight** [93:12] [96:13]
[113:15] [140:4] [142:13]
[143:4] [144:9]

**well** [6:20] [8:9,14] [11:20]
[15:13] [16:10] [19:19]
[20:18] [22:15,17,24]
[23:23] [25:13] [27:16]
[28:9,12] [30:7] [31:1]
[32:9] [33:22] [35:20]
[36:21] [37:18] [38:9]
[39:24] [42:20,24] [43:7,12]
[44:6,19] [48:8,14,21]
[49:9] [51:6] [52:3] [53:23]
[55:3] [56:19] [58:2] [59:7]
[60:21] [61:2,18] [62:17]
[64:4,18] [65:21] [66:9]
[70:10] [73:5] [83:8] [86:1]
[89:14] [92:11] [95:8]
[96:19,22,23] [97:13,16]
[101:3] [102:6] [105:16]
[107:7] [108:6] [109:1]
[110:2] [113:14,18] [114:3]
[120:20] [123:11,16,23]
[125:13] [126:6,14] [127:11]
[128:24] [132:4] [134:6,15]
[135:24] [136:1,3] [138:23]
[141:2,12] [143:1] [146:10]
[147:9] [148:6] [157:19]
[158:23] [159:1] [163:17]
[164:19] [165:3] [168:15]
[169:9] [170:22] [171:19]
[172:4] [175:13,15,21]
[177:19] [184:15]
**wellness** [46:5,6] [48:21]
[49:2,10] [51:4] [111:6]
[112:9] [139:15] [142:8,20]
**went** [13:23] [22:13] [28:9]
[66:20] [74:1] [108:23]
[121:9] [146:14,21]
**werent** [108:10] [119:13]
**west** [2:11]
**weve** [33:22] [35:4] [47:13,22]
[48:3] [51:6,15,17] [58:1]
[59:13] [62:3] [64:17,23]
[69:6] [109:16] [110:1]
[126:23] [129:14,16] [130:
18,19] [142:24] [165:6]
[169:14] [176:22]
**whatever** [50:19] [51:7]
[73:1] [88:1] [105:13]
[123:16] [137:12] [138:19]
[167:11]
**whats** [11:18] [29:13] [60:19]
[64:2] [71:6] [104:4] [118:18
,19] [156:8] [166:4]
**whatsoever** [104:3]
**wheel** [30:21]
**whenever** [87:10]
**whereupon** [5:4,7] [69:18]
[77:18] [88:20] [116:20]
[122:14] [130:14] [186:5]
**whether** [16:21] [18:15]
[31:4,12] [32:9] [33:2]
[38:4,5] [41:15] [43:20]
[45:9,18] [48:9] [49:18,19]
[54:11] [56:16] [57:4]
[62:16] [65:13] [75:20]
[80:16] [81:6] [89:3] [111:10]
[119:20] [120:22] [125:12]

[126:21] [129:22] [141:24]
[151:4] [167:22] [172:21]
[173:7] [177:19]
**whichever** [161:20]
**whittington** [1:] [4:5,7]
[69:12,19,23] [70:16]
[71:15,24] [72:10] [73:10,19]
[74:1,19] [75:5,9] [76:19]
[78:7] [79:10] [80:18]
[81:8] [87:1] [88:1,21]
[89:6,18,24] [91:22] [92:6]
[97:11] [101:11] [110:4,14]
[111:5,10] [115:23] [116:16]
**whittingtons** [88:13] [94:12]
[108:2]
**whoa** [83:12,13]
**whod** [66:7]
**whole** [13:13] [24:8,10]
[88:7,10] [156:22] [164:10]
**whom** [88:2] [175:19]
**whos** [62:7]
**whose** [42:11]
**why** [14:5] [48:20] [52:22]
[65:24] [67:20] [94:1,6]
[103:14] [104:9] [106:14,24]
[107:3] [126:20] [142:3]
[147:5,7] [163:14] [166:17]
[185:22]
**will** [7:22] [34:23] [42:14]
[49:6] [53:20] [62:20]
[115:19] [116:1] [123:11]
[126:4] [149:2] [151:7]
[163:23]
**willing** [107:12]
**windsomere** [1:15] [190:2]
**wish** [190:12]
**within** [46:16] [49:17]
[90:11] [93:23] [115:15]
[141:14,22] [158:2]
**without** [46:16] [49:17]
[90:11] [93:23] [115:15]
[141:14,22] [158:2]
[190:10]
**witness** [3:] [19:18] [23:19]
[25:23] [40:11] [43:15]
[57:9] [60:10] [67:11]
[68:6,18] [69:3] [83:16,24]
[89:10] [116:17] [117:18]
[123:19] [145:1,11] [163:22
,23] [164:5,6,10] [170:5,22]
[171:3] [174:13,17,21]
[181:23] [184:15] [187:1]
**wonder** [75:2]
**wondering** [14:5]
**wont** [49:6] [123:14]
**word** [9:12] [11:11]
**words** [3:13] [50:14] [178:2]
**work** [24:14] [45:9] [49:6]
[60:1] [62:17] [73:12]
[80:9,10] [85:23] [90:14,15
,22] [129:6,11] [166:7]
[175:1,2,3,8,10] [177:16]
[180:11,12] [183:20]
**worked** [57:22] [173:11,18]
[177:10]
**worker** [12:11,12]
**working** [24:19] [37:7]

**10/7/2008  Deutsch, Paul M. (Volume 2)**

[65:16] [91:13,15] [165:22]
   [177:21] [179:8]
**works** [105:8]
**world** [60:21]
**worried** [168:22]
**worse** [24:22,24] [80:3,5]
   [185:23]
**worsening** [113:21]
**worth** [22:17]
**worthy** [107:15]
**wouldnt** [14:6] [22:22]
   [25:4] [31:6] [33:13,20]
   [34:5] [40:15] [53:5] [60:2]
   [90:10] [91:2,12] [101:4]
   [108:11] [128:9] [138:5]
   [158:18]
**wound** [48:16] [104:6]
**wounds** [104:7]
**write** [125:22] [159:21,22]
   [160:1] [162:16] [163:7]
   [164:2] [165:1] [175:19]
**writing** [101:16] [118:1]
   [120:15,19] [163:20]
**written** [40:16] [118:2]
   [121:22]
**wrong** [37:11] [54:23]
   [89:21] [90:21] [105:4]
   [108:21] [112:19] [116:9]
   [162:16]
**wrote** [10:20] [38:9] [148:2,10]

---

Y

---

**yauch** [54:22,23] [55:16]
   [56:13] [57:6,12] [59:12,15]
   [61:11] [63:19]
**y-a-u-c-h** [54:23]
**yeah** [28:8] [31:24] [46:1]
   [53:5] [122:10] [126:19]
   [131:1] [141:17] [155:24]
   [159:22] [166:16] [181:21]
**year** [21:20] [54:8] [55:4,24]
   [58:15] [59:5,6,12,19]
   [60:3] [61:5,11,14] [62:9]
   [63:6] [77:5,10] [78:3,6,12]
   [97:12,21] [98:8,19] [99:18]
   [102:1] [103:5] [105:11]
   [106:6,9,24] [124:1,14]
   [125:7] [126:18] [127:20,22]
   [128:1] [130:2,3,4] [134:2]
   [136:20] [137:17,24] [138:
   2] [139:20] [144:2] [148:22]
   [160:12] [161:15,18,19,21]
   [162:1,3] [173:21] [174:8]
   [176:15]
**years** [7:12] [9:24] [161:17,21
   ,24] [173:19]
**yellow** [131:12]
**yes** [5:18,23] [6:7,13,22]
   [7:1,5,10,13,17,21] [8:20,23]
   [9:3,9,13,15,18,23] [10:3,19
   ,23] [11:3,8,14,22] [12:23]
   [15:8,11,16] [16:1] [17:22]
   [18:8,21] [19:11,19] [20:10
   ,13,16,19,24] [21:2,7,12,14
   ,16,24] [22:8] [23:20,22]

[24:3] [25:3,24] [27:16]
   [28:5] [35:15,16] [40:16]
   [43:6] [45:14,17] [52:2]
   [53:14] [54:13] [58:24]
   [63:10,16,20,23] [69:24]
   [70:5,17,23] [71:2,10,17,20]
   [72:4,8,13] [73:6,16,22]
   [74:6,11,16] [75:18] [76:16]
   [78:1,4] [80:15] [81:18,20]
   [82:3,6] [91:18] [92:13]
   [93:19] [96:7,23] [98:3]
   [110:1,9,11] [111:3,8,13]
   [118:7,11,17,23] [123:21]
   [127:24] [128:24] [131:16]
   [133:4,9,12,15,23] [134:3]
   [135:7,16,24] [136:17]
   [139:5] [143:12] [148:9,12
   ,19] [150:7] [152:1,7,24]
   [153:13] [154:3,21] [155:1
   ,3,5,8,17] [159:7] [164:22]
   [175:5] [180:6] [181:9]
   [182:7]
**yeses** [7:23]
**ymca** [139:19] [140:1]
   [141:20]
**youll** [8:2] [171:3,20]
**youre** [8:6] [24:11] [26:15]
   [29:12] [41:13,24] [43:5]
   [46:11] [47:6] [53:17]
   [59:11] [60:1] [66:11]
   [79:5] [80:9] [82:24] [85:9,17]
   [87:19,21] [88:8] [92:20,24]
   [95:24] [96:1,16,19] [101:11
   ,24] [102:18,22] [106:23]
   [114:3,12] [115:9,15,24]
   [119:15] [124:23] [126:16]
   [134:17] [136:4] [141:23]
   [143:21] [144:6] [163:5,17]
   [165:1] [179:19] [183:9,11]
   [184:1,3]
**youve** [17:4] [23:16] [25:11]
   [27:14] [29:22] [51:4]
   [52:3] [64:19] [89:2] [101:21]
   [105:12] [107:4] [113:4]
   [115:21] [116:2] [124:24]
   [125:13] [127:3] [137:18]
   [143:5] [151:18] [160:3]
   [173:11,18] [174:13] [180:
   22]

---

Z

---

**zero** [64:4] [98:5,10] [99:7]
   [100:14]
**zoloft** [152:3]