# NF TAB 3

# JANICE BURNS

**July 28, 2008**

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ~ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Janice E. Burns** |
| **DATE OF EVALUATION:** | **July 10, 2008** |
| **DATE REPORT INITIATED:** | **July 11, 2008** |
| **REPORT FINALIZED:** | **July 28, 2008** |

Janice E. Burns is a 54-year-old Caucasian female seen for evaluation in my office in Oviedo, Florida. She presented to this evaluation unaccompanied. Attorney Buffy Martines, referred Janice for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of diabetes-type II, and to determine the economic consequences of the diabetes into the future. There will be no loss of earnings discussed in this report, as Janice was unemployed and retired on disability prior to the development of the diabetes.

## Demographic Information:

**Client Name:** Janice, E. Burns; **Social Security #:** REDACTED **Address:** REDACTED **County:** Bay County; **Closest Metro Area:** Same; **Phone:** REDACTED **Birthdate:** 11/5/53; **Age:** 54; **Sex:** Female; **Race:** Caucasian; **Marital Status:** Divorced; **Birthplace:** Quantico, VA; **Citizen:** Yes; **Elementary/Secondary Education:** Belle Glade, FL for elementary and H.S. education. (See RN training); **Employer at time of injury:** On disability at time of diabetes onset; **Position/Grade:** RN & was hoping to come off disability when diabetes developed; **Bilingual:** No; **Glasses:** Both (Still having problems); **Dominant Hand:** Right (see problems); **Height:** 5'7"; **Weight (present):** 190 pounds; **Weight (pre-injury):** 190 pounds; **Date of Onset:** 8/16/03.

**History:** Records indicate she was diagnosed with Type II Diabetes on 9/18/03. Records indicate she used Seroquel from 2002 to 2006 for insomnia. She indicates she was helping someone learn how to use their Accu-chek and she demonstrated it on herself. She got a reading of 400+. She went immediately to Dr. Randles, her PCP at the time. He diagnosed diabetes and started her on insulin. He also diagnosed diabetic neuropathy. This was confirmed by Dr. Elzawahry, Neurology.

**Loss of Consciousness or Altered State of Consciousness:** No

**Length of Unconsciousness or of Altered State:** Not applicable

**Independent Recall:** Full recall of all events

**Rehabilitation Program(s) [In/Outpatient Since Injury]:** She remained on insulin for a couple of months and then was switched to Glucophage. She was able to manage her blood sugar on Glucophage for quite some time, but over the last two months, May and June of 2008, her sugar has become unmanageable. Her morning reading, or fasting check, has been averaging over 200. Her evening reading averages around 250 to 350. She currently is checking her blood sugar four to five times per day with readings averaging between 250 to 350. Her doctor first talked to her about her A1C, which is the 90 day blood check and the first check that showed she was out of control. Apparently the doctor just said the blood sugar had to come down. Janice responded with changes in diet and changes in Glucophage. She changed her Glucophage by increasing the dosage in relation to her blood sugar checks. She is up to five or six 500mg tablets per day. She is also trying to watch her diet. Dr. Randles had given her a large advance of Glucophage at no charge because of her low income status. She wanted me to know how she was able to increase her dosage when her pharmacy invoices might not match up to her available medication.

She has worked hard to cut carbohydrates and sweets and also worked hard to avoid snacking during the day. Despite this, she has not brought the blood sugar under control.

She has not been to any special programs or classes for diabetes management.

**Prior Medical History:** Past medical history is significant for insomnia, depression, asthma, chest pain, pneumonia, overdose and secondary overdose. Janice confirms all of the above. She notes she was cultured out for typhoid pneumonia apparently picked up from an exotic pet she was keeping. She had a history of chronic bronchitis. She reports a history of herniated discs and osteophytes in her back requiring epidural steroid injections and trigger point injections for pain management.

She reports being on SSDI for severe depression. Related to this depression, she took an overdose of two of her blood pressure pills and ended up on a ventilator in ICU. Dr. Billingsley, her psychiatrist, told her she could not go back to work without his signing off on it. He placed her on Seroquel. *"I came off of using Seroquel with significant memory deficits. He and I discussed that. I also told him I was having trouble finding the key words in a sentence that I wanted to communicate."*

# Chief Complaint(s)

## Current Disability

**Disabling Problems:    (By client/family history and report.    No physical examination occurred).**

Janice, *"I have diabetes, which is currently out of control.    I have the peripheral neuropathy as I noted earlier.    I continue to have problems with chronic bronchitis, asthma, intermittent pneumonia and COPD.    It does not help that both my children are smokers.    They mostly go outside to smoke, but they sometimes smoke in the home, and I go in my room and close the door.    I also have congestive heart failure.    I have sleep apnea.    I use an oxygen concentrator in my room.    I use a C-PAP, which is also set up to give me two liters of oxygen while I sleep because the positive pressure is not enough.    I also have a Nebulizer with three different medications including Albuterol and Proventil."*

She is experiencing peripheral neuropathy in her left foot and leg described as very severe.    She also has neuropathy in the right foot and leg, described as severe rather than very severe.    *"I am taking 20mg of Methadone plus 10mg of Lyrica due to the effects of the peripheral neuropathy.    I also have the peripheral neuropathy in both hands equally.    The peripheral neuropathy is causing pain."*

<u>Feet and Legs:</u>  Never pain free.    Pain does vary in intensity.    All ratings are based on taking pain medications at prescribed levels.    The lowest level of pain she will experience in a 24-hour period is rated at a 5.    The average pain she is experiencing the majority of the day is a 6 to 7.    The worst pain she experiences is a 10.    This generally occurs up to 2 to 3 times per week and usually is precipitated by any non-weight bearing exercise she does to help keep her blood sugar down, such as swimming.    Also if she tries to walk without her cane in her home.    She needs to use it outside of her home, particularly on trips like this one to my office, because the activity exacerbates her pain.    She has a lot of swelling in her feet as well.

<u>Hands</u>:  She can be pain free in her hands if, *"I keep my hands down and do not use them.    I like to paint and it is one of my few outlets, but if I keep down the use of my hands, I can reduce the pain in my hands.    Currently, we live in a two story house and my bedroom is upstairs and that is miserable for me.    It is hard for me to carry my laundry upstairs.    It is hard to walk up the stairs.    I need a swimming pool, so I can swim laps.    I need to keep an even temperature.    Swimming and exercise helps with the diabetes."*    She reports pain in her hands, at various times daily.    She indicates that for at least 50% of every day, she has bilateral hand pain with an average pain rating of 5.    The pain in her hands can get up to a 10 depending on activity level.    This will occur as often as two to three times per week.

*"I am real anxious about the diabetes, because I see myself doing a snowball dive. Like I have pernicious anemia. No one in my family has ever had this. Now, I give myself shots of B12. As far as I know, a deficiency of B12 makes your nerve problems get worse, (referring to the peripheral neuropathy). A normal B12 is 400 and the highest I have had is 200. I feel a lot of frustration. I feel like I could help the diabetes with exercise, but I have to do something non-weight bearing due to the pain, but I don't have this available. I am on disability and am very limited as to what I can do. I am extremely upset that I cannot control the diabetes, and without this under control, I can't control the peripheral neuropathy and without controlling this, I cannot control the pain."*

Janice believes that she was on her way to getting off disability, and emotionally she was starting to get better before the diabetes and peripheral neuropathy. At least, she feels she could have worked part-time and gone back to school to move into a less stressful area of nursing than critical care nursing.

**Anticipated Treatments**:   Nothing has been discussed beyond current treatment.

Trigger point injections yesterday in spine for herniated discs and osteophytes. Will repeat trigger points periodically for back pain. She has had epidural injections in the past. (Dr. Elzawahry).

Periodic blood work for methadone treatment.

## Psychosocial Issues

**Patient:**  Depression and frustration has been exacerbated by the onset of diabetes and peripheral neuropathy. Sees Dr. Billingsley. *"I believe I have improved emotionally, but what is the difference with all of the physical problems."*

**Family, Emotional Impact on Spouse/Children:** According to Janice, her children go between being furious about what has happened and being angry. They are supportive of her. They are frustrated and feel she has changed dramatically.

# Physical Limitations

**Loss of Tactile Sensation:**  Bilateral feet, legs, arms and hands secondary to diabetic neuropathy.

**Reach:**  Full range of motion with upper extremities, but she does have pain with range of motion due to diabetic neuropathy.

**Lift:**  She can pick up her cat and she can pick up a 1/2 gallon of milk.  She does not do a lot of lifting.

**Prehensile/Grip:**  Weakened grip strength in both hands, with more noticeable weakness in the right.

**Sitting:**  She has pain in her feet, legs and left sciatic nerve with extended sitting.  She can sit for 30 to 45 minutes before she has to get up and move around.  She can sit a little longer with her feet propped up.

**Standing:**  She estimates that she can stand for 20 minutes before she would have to sit and rest.  She estimates she would need to sit for 20 minutes before being able to resume standing.

**Walking/Gait:**  Ambulates with a cane when she is outside of her home.  She uses the cane because of pain in her legs, but also there are times when her balance is off and she needs the cane for stability.  No walking more than short distances without severe escalation in pain.

**Bend/Twist:**  Nonfunctional for repetitive bending or twisting secondary to balance deficits.

**Kneel:**  Nonfunctional on a repetitive basis.

**Stoop/Squat:**  Nonfunctional on a repetitive basis.

**Climb:**  Nonfunctional on a repetitive basis.  She has stairs in her home that she has to climb and it is difficult.  She notes that she often falls on her stairs.

**Balance:**  Balance deficits.

**Breathing:**  Chronic COPD, pre-existing her diagnosis of diabetes.

**Headaches:**  She will get headaches related to neck pain.  Sometimes she will have this pain twice a week and sometimes it will be 2 months between headaches and neck pain.

**Vision:**  She has had changes in her vision.  She notes that she has to take her glasses off to see up close.  Eye exam 2 years ago.

**Hearing:**  She feels she has reduced hearing in her right ear related to an airplane flight, but she notes the doctor says nothing is wrong with her ear or hearing.

**Driving:**  She can drive, but there are times that she feels she should not drive.  She had a traffic accident last week, which is described as a minor

fender bender.  She usually checks her blood glucose before she drives.  She does not drive if she has just taken the Methadone.

**Physical Stamina (average daily need for rest or reclining):**  Tires easily.  Poor stamina.

# Environmental Influences

**Problems on exposure to:**

**Air Conditioning:** No
**Heat:** Yes
**Cold:** No
**Wet/Humid:** Yes
**Sudden Changes:** Yes
**Fumes:** No
**Noise:** Yes
**Stress:** Yes
**Other:** Lately she has had a very low frustration tolerance and finds it very difficult to cope with stress.

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| John Billingsly, M.D. | Psychiatrist | 850 249-9311 | 850 249-9312 | 1 X / month | 2 weeks ago |
| Panama City, FL.  1998 - present. | | | | | |
| M. Kamel Elzawahry, M.D. | Neurology | 850 785-0029 | 850 785-7600 | 1 X / month | 6/26/08 |
| Panama City, FL  10/27 to present.  Treating for diabetic neuropathy and herniated disc in spine. | | | | | |
| Laura Yauch, M.D. | Internist | 850 233-6922 | 850 235-8801 | 1 X / month | 2 months ago |
| Panama City Beach, FL - 2008 | | | | | |

| Medication | Strength | Frequency | Purpose | Prescribed by |
|---|---|---|---|---|
| Glucophage | 500 mg | bid | Diabetes | Yauch |
| Albuterol | 0.083% | qid | COPD (pre-exist) | Yauch |
| Ipraopium | 0.2 %/2.5 cc | qid | COPD | Yauch |

| Advair Diskus | | q12hours | COPD | Yauch |
|---|---|---|---|---|
| Solumedrol Dose Pak | | PRN | COPD | Yauch |
| Cyanocobalm | B12 injection | 1 cc | Pernicious Anemia | Yauch |
| Lyrica | 100 mg | bid | neuropathy | Elzawahry |
| Methadone | 10 mg | tid | neuropathy | Elzawahry |
| Levothyroxin | 150 mcg | qd | hypothyroid (pre) | |
| Cymbalta | 30mg and 60 mg to equal 90 mg | qd | antidepressant (pre) | Billingsly |
| Trazodone | 100 mg | 1-2 pills qhs | depression and sleep (pre) | Billingsly |
| Methylin | 20 mg | tid | ADD (pre) | Billingsly |
| Lisino-HCTZ | 20-25 | | HBP (pre) | Yauch |
| Metoprolol | 100 mg | 1/2 tab bid | HBP (pre) | Yauch |
| Bactroban ointment | 20% - 30 gm tube | Daily to foot wounds. | foot wounds | Yauch |

**Additional Medications/Notes:** Antibiotics prn for COPD; Oxygen 2 liters at night with CPAP for COPD (pre).

**Over-the-Counter Medication(s):** Miralax 2 caps full qd (34 grams) constipation secondary to Methadone. Aspirin 81 mg qd. Two stool softeners daily for constipation related to methadone.
**Drugstore and Phone Number:** Winn Dixie. 850-235-3200
**Assistive Devices:** Straight cane; Accu-Check 2 to 3 years old (needs replacement); Lancets for Accu-Check purchased every 2 months; Alcohol prep pads; Gauze 2X2 pad (8/day) and Gauze 2" roll (1 roll/day); tape. Wounds are almost healed on feet.

Nebulizer, CPAP, Oxygen concentrator.

# Medical Summary

**D.O.B.: 11/5/53**
**D.O.O.: 8/16/03**
**Date of Medical Summary: 7/14/08**

Janice is a 54-year-old Caucasian female who indicates she developed Diabetes Mellitus after taking the drug Seroquel.

**RANDLES, THOMAS M.D.: 8/20/03 – 10/2/07**
Janice was seen for general medical issues including fibromyalgia, neuropathy, hypertension, hypothyroidism and depression. She was initially

seen on 5/19/03. Examiner first mentioned diabetes on 8/20/03 and started her on Glucophage.

**BAY MEDICAL CENTER: 8/29/03 – 4/2/07**

**Bay Medical Center: 8/29/03**
Janice was seen for difficulty breathing.

**Bay Medical Center: 9/17/03**
Normal ventilation and perfusion lung scan. No acute cardiopulmonic disease noted on chest x-rays.

**Bay Medical Center: 9/12/04**
Janice was seen for an acute radial head fracture of the right arm status post fall at home.

**Bay Medical Center: 4/2/07**
Janice was seen status post over medicated and a high glucose level.

**BILLINGSLY, JOHN M.D.: 9/18/03 – 7/23/07**
(Psychiatrist) Janice was seen consistently to address her issues with anxiety, depression and stress. Last progress note dated 7/23/07 revealed she had been enrolled in Florida Therapy Partial Hospitalization Program from 5/2/07 – 5/10/07. She had requested to be discharged early. She was ambulating with a cane. Assessment:

Axis I:      PTSD
             Cognitive Disorder
             Depressive Disorder
Axis V:      GAF = 42

**HEALTHSOUTH: 9/24/03**
Sleep study Impression:
- Abnormal sleep architecture, obstructive apnea and upper airway syndrome. She would benefit from NS-CPAP titration.

**CARDIOLOGIST ASSSOCIATES: 10/1/03 – 10/28/03**

**Cardiologist Associates: 10/1/03**
(Office visit) Impression:
- Dyspnea, wheezing, and cough of unclear etiology
- Hypertension
- Obesity
- Adult onset of diabetes mellitus, on insulin and oral agents
- History of multiple trauma:
  - Lacerated liver
  - Lacerated intestine
  - Lacerated iliac artery with retroperitoneal bleed requiring multiple surgeries
  - Subsequent radiation therapy to the surgical scar as a child

- Esophageal reflux
- Sleep apnea
- Hypothyroidism
- PTSD
- COPD

**Cardiologist Associates:  10/20/03**
Nuclear stress test impression:
- Small septal defect.  No evidence of redistribution.  No associated segmental dysfunction to suggest scarring.
- Rest and exercise images reveal no other abnormality.

**Cardiologist Associates:  10/28/03**
Janice was seen for follow-up.  Ejection fraction was 62% resting and 78% status post exercise.  Impression remained the same as 10/1/03 visit.

**NORTHWEST FLORIDA SURGERY CENTER:  10/6/03; 10/31/03**

**Northwest Florida Surgery Center:  10/6/03**
Janice had right upper quadrant pain.  Colonoscopy, upper endoscopy and liver function test were recommended.  Impression:
- Chronic right upper quadrant pain
- History of major depression, controlled with medication
- COPD
- Multiple medical problems

**Northwest Florida Surgery Center:  10/31/03**
Colonoscopy with polypectomy impression:
- Internal hemorrhoids.

Upper endoscopy impression:
- Duodenal bulb nodules, status post biopsies
- Gastritis
- 3 cm Hiatel hernia
- Schatzki's ring

**CRAYTON, HULON M.D.:  11/11/03; 11/18/03**

**Crayton, Hulon M.D.:  11/11/03**
Janice was seen for generalized pain since 11/02.  Past medical history included diabetes.  Assessment was Fibromyalgia with Depression.  Bone density scan was recommended and Ultracet samples were given to her.

**Crayton, Hulon M.D.:  11/18/03**
Janice was seen for her Fibromyalgia and she reported the Ultracet was not helping.  She had been on Seroquel in the past with adverse reactions.  Her biggest complaint was muscle spasms.  Assessment was Fibromyalgia with diarrhea with Ultracet.  Examiner prescribed Klonopin 1 mg and Toradol 60 mg IM was given.

**KLINE, MARIUSZ M.D.: 11/14/03**
Follow-up from colonoscopy, endoscopy and lab work.

**REED, MICHAEL M.D.: 10/20/03**
Impression:
- Osteoarthritis of the hips, left greater than the right
- Lumbar degenerative disc disease, no evidence of radiculopathy
- Probable fibromyalgia

**RAMIREZ, JESUS M.D.: 1/20/04 – 2/14/05**

**Ramirez, Jesus M.D.: 1/20/04**
Impression:
- Obstructive sleep apnea responsive to 8 cm of nasal CPAP
- History of asthma
- Diabetes mellitus, not well controlled
- Hypertension
- Sleep apnea
- Hypothyroidism
- Severe depression with suicide attempt 12/98 with subsequent aspiration of charcoal
- History of hemachromatosis with history of splenomegaly
- History of gout
- History of septoplasty
- GERD
- Exogenous obesity
- Calcified density over left lung base
- Fibromyalgia and chronic fatigue syndrome

**Ramirez, Jesus M.D.: 4/20/04**
Routine evaluation. Impression remained the same. She was complaining of severe dyspnea and was to complete another pulmonary function test (PFT) and chest CT.

**Ramirez, Jesus M.D.: 5/3/04**
PFT Impression:
- Restrictive lung disease, mild in severity. Increased airway resistance suggesting distal airway disease.

Examiner recommended for her to be compliant with her home medications. Her non-compliance could be a contributing factor for some of her chronic symptoms.

**Ramirez, Jesus M.D.: 8/23/04**
Janice had been having some severe coughing episodes. Impression remained the same with the addition of bronchospasm and severe coughing episodes. She was started on Advair.

**Ramirez, Jesus M.D.: 9/7/04**
Advair was helping and her coughing episodes had improved.

**Ramirez, Jesus M.D.: 12/14/05**
Janice had buccal Candida and was given Nystatin swish and spit for 10 days.  She had decreased coughing episodes and decreased bronchospasm.

**COLUMBIA GULF COAST MEDICAL CENTER:  3/2/05 – 4/1/07**

**Columbia Gulf Coast Medical Center: 3/2/05 – 3/6/05**
Janice was admitted for dehydration, nausea and vomiting.  She had suspected gastritis, peptic ulcer disease, pneumonia and urinary tract infection.  She had osteopathic manipulative therapy and was pain free with a Duragesic patch.  She was discharged home in stable condition.

**Columbia Gulf Coast Medical Center: 12/18/06 – 12/20/06**
Discharge Diagnosis:
- Non-cardiac chest pain.  Echocardiogram abnormal showing ischemia. Cardiac catheterization showed normal left circumflex with an ejection fraction of 60%.

Secondary diagnosis:  Type II diabetes mellitus, COPD, Hypothyroidism and Chronic renal insufficiency.  Janice had a V/Q lung scan that was negative for pulmonary embolism, echocardiogram, Dobutamine chest echocardiogram and a cardiac catheterization.  Janice was requesting to go to a rehabilitation facility but she did not meet the criteria and therefore was discharged home.

**Columbia Gulf Coast Medical Center: 4/1/07**
Janice was seen for an overdose.  Chest x-rays were normal.  Discharge Diagnosis:
- Depressive disorder
- Poison-medicinal
- Anemia
- Diabetes
- Heart disease
- Sleep apnea
- Myalgia and myositis
- Suicide-Drugs

**BAY MEDICAL BEHAVIORAL HEALTH CENTER:  12/16/05 – 12/19/05**
Janice was admitted on a Baker Act Form.  Discharge Diagnosis:

Axis I:       Adjustment Disorder with disturbance of conduct and mood
             History of PTSD
             History of depression
Axis II:      Deferred

| | |
|---|---|
| Axis III: | Diabetes Mellitus |
| | Hypertension |
| | CHF |
| | Diabetic Neuropathy |
| | Fibromyalgia |
| | COPD |
| | Arthritis |
| | Sleep Apnea |
| Axis IV: | Chronic medical problems |
| | Family conflict |
| Axis V: | 50 on admission, perhaps 80 during the year |

**GULF IMAGING OPEN MRI: 9/15/06**
Cervical spine MRI Impression:
- Central cervical spondylosis most impressive at C5-6 and to a slightly lesser degree at the C4-5 level.  Anatomic spinal stenosis may well be present at the C5-6 level.
- Foraminal encroachment bilaterally at the C5-6 level and involving the left foramen at the C4-5, C6-7 and to a lesser degree at C3-4 level.

**GENTIVA: 12/22/06 – 2/19/07**
Janice received PT for bilateral plantar feet.  She had decreased tolerance to activity with increased fatigue and pain.  Progress note on 1/26/07 revealed that she had not met any goals and was at maximum functional level.  She was discharged from PT services.

**BRAIN & SPINE CENTER:  10/29/07 – 5/2/08**

**Brain & Spine Center: 10/29/07**
Evaluation for peripheral neuropathy and fibromyalgia.  Janice reported she was told her neuropathy was due to diabetes.  She complained of bilateral burning leg pain, limping, swelling of feet and instability, neck pain, low back pain and hip pain.  Bilateral LE ultrasound, blood work and increasing Lyrica to 100 mg three times a day was recommended.  Examiner declined request to refill Methadone.  She was given Lortab 10/650 for severe pain. Impression:
- Peripheral neuropathy
- Fibromyalgia

**Brain & Spine Center: 11/6/07**
Janice was complaining of pain.  She was being maintained on Methadone.

**Brain & Spine Center: 12/6/07**
Janice's pain was more pronounced and her symptoms were consistent with lumbar facet disease.  Methadone was increased to 10 mg 3X/day and CT scan.

**Brain & Spine Center: 1/3/08**

Janice's pain was severe.   CT scan confirmed presence of lumbar facet disease.  EMG revealed evidence of radiculopathy.  She was diabetic and did not qualify for epidural steroid injections.   Trial of diagnostics for radiofrequency was recommended.

**Brain & Spine Center: 2/4/08**

Janice responded well to radiofrequency but was now having increased pain on the right side.   Lyrica 75 mg 3X/daily was recommended and radiofrequency on the right side was the course of choice.

**Brain & Spine Center: 3/5/08**

Impression:

- Low back pain
- Lumbar facet disease
- Status post radiofrequency on the right and the left
- EMG positive and nerve conduction velocity showed neuropathy and radiculopathy
- Low B12 level non corrected
- Multiple medical problems
- Chronic pain management

Recommendations:

- B12 injections once a week for 2 weeks and then monthly
- Methadone 10 mg 3X/daily & Lyrica 100 mg 2X/daily
- Good glycemic control
- Activities as tolerated
- She was enrolled in pain management and would be seen soon
- Maintain a family physician

**Brain & Spine Center: 4/4/08**

(Incomplete Records)  Janice was requesting the radiofrequency be done on the left again, as it was starting to burn again.  Family physician wanted her to see nephrologists, get a bone scan and a mammogram.  She was allergic to Demerol and Compazine.   She was having some family issues at home regarding her daughter and son-in-law.   Recommendations remained the same and she was informed of social services if she was in fear of her life.

**Brain & Spine Center: 5/2/08**

Janice complained of pain almost everywhere in the neck region, radiating to the shoulders and in the back.   She was ambulatory with a cane and continued on the Methadone 10 mg 3X/day.  She felt that the radiofrequency was not working on the left side.  She denied any depression.  Impression remained the same from the 3/5/08 visit.  Recommendations included:

- Cautioned against driving
- Continued to benefit from pain management
- EMG showed irritation and signs of radiculopathy in the lower lumbar region

- CAT scan showed a disc bulge and mild facet arthropathy
- Injection to help relieve pain
- Continue Methadone and Lyrica

**ALPHA RADIOLOGY:  12/10/07**
Lumbar spine CT Impression:
- Broad-based posterior bulging of the disc L4-5 and L5-S1
- Arthritic changes in the facet joints L3-S1

**SACRED HEART HEALTH SYSTEM:  1/15/08; 5/16/08**

**Sacred Heart Health System:  1/15/08**
(Office note)  Janice was seen for establishment since her physician stopped practicing.  It was documented that she had been diagnosed with diabetes in 2000 and placed on disability secondary to PTSD.  Bilateral mammogram and bone density test was recommended.  Assessment:
- Concerns of changing mole with normal evaluation
- Chronic pain
- Type 2 diabetes
- Sleep apnea
- Major depression
- Asthma
- Behind on routine health for mammograms
- Hypothyroidism

**Sacred Heart Health System:  5/16/08**
Bone density scan was normal.  Bilateral mammogram showed benign calcifications in the left breast.  Janice had come in for a problem area on her toe.  She was having a lot of diabetic neuropathy.  Examiner provided a referral to Dr. Sidani and she was put on Ciprofloxin for her toe.


**PAST MEDICAL HISTORY**

**BAY MEDICAL CENTER:  4/16/94 – 7/2/99**

**Bay Medical Center:  4/16/94 – 4/20/94**
Janice was seen for possible gallbladder disease.

**Bay Medical Center:  4/26/94 – 4/27/94**
Janice underwent a laparoscopic cholecystectomy and operative cholangiogram.

**Bay Medical Center:  2/6/95**
Janice was seen for abdominal pain and was to have a GI consult.

**Bay Medical Center:  2/7/95**
Abdominal ultrasound sound showed a dense liver.  She had a normal GI series examination.

**Bay Medical Center:  6/9/95; 11/6/96**
Janice was seen for her thyroid disorder.

**Bay Medical Center:  1/17/96**
Janice was seen for her rheumatoid arthritis.

**Bay Medical Center:  12/21/98 – 12/27/98**
Discharge Diagnosis:
- Status post suicide attempt
- Major depression
- Hypothyroidism
- Hemachromatosis
- Status post aspiration pneumonia

**Bay Medical Center:  7/2/99**
Janice was seen for difficulty breathing.

**PALEP, RAO M.D.:  2/21/95 – 3/13/95**

**Palep, Rao M.D.:  2/21/95**
Impression:
- Diarrhea and occult blood loss.  Rule out inflammatory bowel disease.
- Status post cholecystectomy, appendectomy, hysterectomy.
- History hypertension

**Palep, Rao M.D.:  2/23/95**
Small bowel biopsy Impression:
- Benign small bowel mucosa with no evidence of acute inflammation, ulceration or tumor.
- Well preserved surface villi

**Palep, Rao M.D.:  3/13/95**
Impression:
- Abnormal liver function tests, needs follow-up.
- Diarrhea, partially resolved.  Negative endoscopy and colonoscopy.

**EMERALD COAST PSYCHIATRIC CARE:  1/27/98 – 10/23/98**
Diagnosis of Major depression, recurrent, severe and Post-Traumatic Stress Disorder.  She needed continued aggressive treatment.

**BATAINEH, REZEQ M.D.:  1/27/98 – 6/19/03**
Janice was seen for initial establishment.  She was seen for general medical issues including nasal congestion, hypothyroidism, depression, hypertension and gout flare ups of the right big toe.

**BAY MEDICAL CENTER SLEEP DISORDERS: 2/12/98**
Sleep study Impression:
- Moderate to severe sleep apnea/hypopnea syndrome. She could not tolerate a trial of nasal CPAP (Continuous positive airway pressure). Examiner recommended avoidance of alcohol or sedatives; Ear, Nose & Throat evaluation and clinical correlation.

**COLUMBIA GULF COAST MEDICAL CENTER: 5/29/98 – 12/26/00**

**Columbia Gulf Coast Medical Center: 5/29/98 – 5/30/98**
Discharge Diagnosis:    Obstructive sleep apnea.    Janice had an uvulopalatopharynogoplasty.

**Columbia Gulf Coast Medical Center: 4/25/99**
Janice was seen for chest pain. Chest x-rays revealed poor inspiratory effort.

**Columbia Gulf Coast Medical Center: 7/26/00**
Janice was seen for an insect bite.

**Columbia Gulf Coast Medical Center: 7/27/00**
Janice was seen for cellulitis of the left elbow.

**Columbia Gulf Coast Medical Center: 12/26/00**
Janice had cut her right wrist in a suicide attempt.

**BAY COUNTY BEHAVIORAL HEALTH CENTER: 12/27/98 – 12/31/98**
(Discharge Summary)  Major suicide attempt by taking 220 Tranxene, a month supply of Tenormin and a month supply of Vasotec. She was in the ICU and on a respirator for 5 days. Diagnosis:

| | |
|---|---|
| Axis I: | Major Depression, single episode, severe, without psychotic features, improved. |
| Axis II: | Post-traumatic stress disorder (PTSD) |
| Axis III: | No treatment |
| | Hypothyroidism, under treatment |
| | Adult respiratory distress syndrome, under treatment |
| Axis IV: | Extreme (5); (History of severe abuse) |
| Axis V: | 41-50 |

**BILLINGSLY, JOHN M.D.: 2/11/99 – 8/12/03**
(Psychiatrist)  Janice had been seen consistently by her psychiatrist. Some issues that were addressed were depression, anxiety and stress.

Last progress note on 8/12/03 revealed an assessment of:

| | |
|---|---|
| Axis I: | PTSD |
| | Major Depression, recurrent, severe, without psychotic features |
| Axis V: | GAF = 51 |

**GC DIAGNOSTIC CENTER:  1/5/00; 7/29/00; 4/18/03**

**GC Diagnostic Center:  1/5/00**
Cervical MRI Impression:
- Moderate spinal stenosis at C5-6 due to a diffuse disc bulge complex and a possible small-herniated nucleus pulpous in the left anterior lateral recess.  The neural foramina were mildly narrowed due to osteophytes as well.
- Mild spinal stenosis at C4-5 due to a diffuse disc bulge

**GC Diagnostic Center:  7/29/00**
Elbow MRI Impression:
- No findings of active osteomyelitis in the distal humerus, proximal ulna, or radius.
- Small joint effusion
- Moderate subcutaneous edema noted

**GC Diagnostic Center:  4/18/03**
Right wrist MRI Impression:
- Small ganglion cyst volar aspect distal ulnar
- Degeneration of the triangular fibrocartilage complex without perforation, although there was partial thinning near the attachment to the radius.

**IMBER, PETER M.D.:  5/15/00; 1/3/01; 2/28/01**

**Imber, Peter M.D.:  5/15/00**
Refills provided.

**Imber, Peter M.D.:  1/3/01**
Synthyroid increased.

**Imber, Peter M.D.:  2/28/01**
Refills provided.

**GREEN, KENNETH M.D.:  5/31/00 – 12/11/00**
Psychosocial Impression:

| | |
|---|---|
| Axis I: | Major Depressive Disorder, single episode, moderate with periodic suicidal ideation. |
| Axis II: | Deferred |
| Axis III: | Asthma, hypothyroidism, hypertension, cervical disc pain (C5-6) |
| Axis IV: | Moderate, Occupational Problems/Legal |
| Axis V: | 41-50 |

Janice was seen multiple times for psychiatric issues.  Progress note dated 8/2/00 revealed that she had stated a "new onset of diabetes".

**LIFE MANAGEMENT CENTER:  12/26/00 – 1/9/01**
Janice had a psychosocial assessment and an admission status post suicide attempt.  Janice has stabbed her right wrist.  Discharge Diagnosis:

Axis I:       Major Depression, severe, without psychotic features
Axis II:      Deferred
Axis III:     Laceration to right writs; hypertension
Axis IV:      3
Axis V:       35/50

**SCHOOLCRAFT, BRUCE M.D.:  12/29/00 – 8/31/01**
(Psychiatry)   Janice was seen 4 times for follow-up for her psychiatric problems.  Diagnosis as on 12/29/00:

Axis I:       Mood Disorder, major depression, and substance abuse
Axis II:      Personality Disorder, rule out personality disorder
Axis III:     Status post superficial self-inflicted laceration to the right wrist
              on 12/26/00, hypothyroidism treated with Synthroid, hypertension, reported spinal stenosis and discogenic disease with chronic pain syndrome.
Axis IV:      Severe
Axis V:       50

Last progress note on 6/19/01 revealed her Ritalin prescription was not renewed because she had been adjusting her dose on her own.

**FUQUA, TERRY M.D.:  3/9/01**
Disability physical.    Examiner wanted a psychiatric and orthopedic evaluation.  Unable to determine whether or not she was able to work based on her psychiatric illness, or left hip problem.  Impression:

• Psychiatric disorder characterized by sociopathic features, elements of depression, and elements of drug abuse.
• Hypertension, mild to moderate and untreated
• Ill-defined left hip problem
• Cervical disc disorder without present evidence for disability from that.

**REED, MICHAEL M.D.:  4/16/03; 6/4/03**

**Reed, Michael M.D.:  4/16/03**
(Initial neck examination)  Nerve conduction studies of the RUE and right wrist MRI recommended.  Impression:
• Cervical disc disease with cervical stenosis, no evidence of radiculopathy or myelopathy
• Right wrist pain, possible carpal tunnel syndrome, possible tendonitis

**Reed, Michael M.D.: 6/4/03**
Nerve conduction studies and EMG were normal.  MRI of right wrist revealed
a small ganglion cyst of the volar aspect of the distal ulna with degeneration
of the triangular fibrocartilage.

**JACOB, E. M.D.: 4/25/03**
Electrodiagnostic Impression:
- Subtle signs of carpel tunnel syndrome on the right side.
- No signs of anterior horn cell involvement, cervical cord compression
  could not be ruled out.

Nerve Conduction Velocity Impression:
- Essentially normal study with subtle signs of carpal tunnel syndrome
  on the right side with only sensory fibers involved.

EMG Impression:
- Normal EMG of the upper extremities.

**<u>Records Reviewed:</u>**

Alpha Radiology:  12/10/07
Bataineh, Rezeq M.D.:  1/27/98 – 6/19/03
Bay County Behavioral Health Center:   12/16/05 – 12/19/05; (Pre-Incident)
12/27/98 – 12/31/98
Bay Medical Center:  8/20/03 – 10/2/07; (Pre-Incident) 4/16/94 – 7/22/99
Bay Medical Center Sleep Disorders:  (Pre-Incident) 2/12/98
Billingsly, John M.D.:  9/18/03 – 7/23/07; (Pre-Incident) 2/11/99 – 8/12/03
Brain & Spine Center:  10/29/07 – 5/2/08
Cardiologist Associates:  10/1/03 – 10/28/03
Columbia Gulf Coast Medical Center:  3/2/05 – 4/1/07; (Pre-Incident) 5/29/98
– 12/26/00
Cooper's Drugs Records
Crayton, Hulon M.D.:  11/11/03; 11/18/03
CVS Pharmacy
Emerald Coast Psychiatric Care:  (Pre-Incident) 1/27/98 – 10/23/98
Fuqua, Terry M.D.:  (Pre-Incident) 3/9/01
GC Diagnostic Center:  (Pre-Incident) 1/5/00; 7/29/00; 4/18/03
Gentiva:  12/22/06 – 2/19/07
Green, Kenneth M.D.:  (Pre-Incident) 5/31/00 – 12/11/00
Gulf Imaging Open MRI:  9/15/06
Healthsouth:  9/24/03
Imber, Peter M.D.:  (Pre-Incident) 5/15/00; 1/3/01; 2/28/01
Jacob, E. M.D.:  (Pre-Incident) 4/25/03
Kline, Mariusz M.D.:  11/14/03
Life Management Center:  (Pre-Incident) 12/29/00 – 1/9/01
Lincare Corp Records
Living Will Of Janice Burns:  6/30/99
Medical Bills
Medicare Records

Northwest Florida Surgery Center:  10/6/03; 10/31/03
Palep, Rao M.D.:  (Pre-Incident) 2/21/95 – 3/13/95
Ramirez, Jesus M.D.:  1/20/04 – 2/14/05
Randles, Thomas M.D.:  8/20/03 – 10/2/07
Reed, Michael M.D.:  10/20/03; (Pre-Incident) 4/16/03; 6/4/03
Sacred Heart Health System:  1/15/08; 5/16/08
Schoolcraft, Bruce M.D.:  (Pre-Incident) 12/29/00 – 8/31/01
Social Security Records

# Activities Of Daily Living

## Sleep Pattern

**Arises:** 6-7 a.m.
**Retires:** 10-11 p.m.
**Average Hours Sleep/24 Hours:** 10 hours
**Sleep Difficulties:**  No longer having trouble sleeping.  She does have medication to help her sleep, but she says she is sleeping pretty well without medications.

## Independence In

**Dressing:**  Trouble getting out of the bathtub and trouble putting pants on. She manages to do these things, but it takes longer.  We discussed that she should not be taking tub baths, and needs to switch to showers.  She should have a shower chair.
**Housework:**  She loads and unloads the dishwasher, she will vacuum and mop sometimes, but it makes her back hurt.
**Cooking:**  Yes, if she chooses to.
**Laundry:** Yes
**Yard Work:**  She will pull weeds, but she does this while sitting in a chair.

# Social Activities

**Organizations Pre/Post:** Church groups.
**Volunteer Work Pre/Post:**  Friendship House through church.
**Socialization Pre/Post:**  She had changes in her ability to socialize with onset of psychological problems related to life stressors, but the onset of the diabetic neuropathy has really changed her ability to socialize because of her pain.
**Hobbies (Present):**  Painting with water colors and acrylics, but she is having problems with her hands going to sleep.  Reading but this is hard because her hands go numb holding a book.

**Hobbies (Previous):**   Sail boat, but cannot do this since diabetic neuropathy.  Lack of sensation in feet made climbing the ladder into the boat and walking on the boat impossible.

# Personal Habits

**Smoking:** No
**Alcohol:** No
**Drugs:** No
**History of Abuse and/or Treatment Programs:**  No according to Janice. She did intentionally overdose in 2000, and she says that the medical records indicated that she had abused drugs.  She says the medication used to overdose was her blood pressure medication.  It had no mind altering affects that would make it a drug to be abused.

# Socioeconomic Status

**Number in Residence:** 3, Janice, daughter and son-in-law.
**Type of Residence:** Two story home.

## Income

**S.S.D.I.:**  Disability benefits awarded in 10/02 for Major depression and PTSD. $1,600 /month.
**Wages:** None
**Medicare:** Yes

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:**  No
**Rehabilitation Nurse:** No
**Other Agency:** No
**Felony Convictions?** No

# Education & Training

**Highest Grade Completed:** Registered Nurse
**Last School Attended:** Austin Peay State University in 1982
**Other Education:**  Educational opportunities for continuing education in nursing.
**Literacy:** Yes
**Licenses/Certifications:**  RN and certifications in nursing specialities.

# Military Experience

**Branch:** Not applicable.

# Employment History

**Released to Return to Work:** No
**Work History Since Injury:**  Rendered disabled in 2000 due to Major Depression and Post-traumatic Stress Disorder.

**Employer:**  Gulf Coast Medical Center; **City/State:**  Panama City, FL; **Position:**  Nurse/Case Manager; **Start Date:**  1998; **End Date:**  2000; **Reason for Leaving:**  Disability due to  Major Depression and Post-traumatic Stress Disorder.

**Other Work Experience:**  Janice is an RN with a background in critical care and in psychiatric services.

# Observations

**Orientation:** Alert and oriented x's three.
**Stream of Thought:** Clear and rational.
**Approach Toward Evaluation:** Open in her responses.
**Attitudes/Insight:** Good/fair to good.
**Appearance**: Depressed, Overtly disabled.

# Tests Administered

As part of this evaluation, Janice was asked to complete the Minnesota Multiphasic Personality Inventory-2, (MMPI-2).

On the MMPI-2, a valid profile is obtained based on a review of the validity scales.   Consideration is first given to the VRIN (variable response inconsistency) and TRIN (true response inconsistency) subscales, which used paired responses of similar and opposite items to measure inconsistencies in response patterns.   An inconsistent response pattern, represented by significantly elevated T-scores, can invalidate the profile.  In Janice's case, the T-scores are within normal limits.  Next, I evaluated the F, F sub b and F sub p scales, which represent infrequently endorsed items that are sensitive to random and fixed responding.  Again, significantly elevated T-scores will invalidate the MMPI-2 results.  A new scale, recently added to the profile is the FBS or Fake Bad Scale similar to the combine "fake bad" profile previously used by examining a combination of several validity scales. Janice does not show clinically significant elevations on any of the F scales or the

FBS. When looking at the FBS, the circumstances of the assessment must be taken into consideration. For example, any significant physical injuries, chronic illnesses or medical findings that could artificially elevate scores on the FBS as a result of the patient truthfully responding to test questions, would effectively reset the normative floor for determining when a patient is "faking bad".

Finally, I reviewed the L, K and S scales. In this instance, T-scores greater than 79 on the L scale, 75 on the K scale and 70 on the S scale tend to reflect individuals who are demonstrating protocols characterized by a pervasive pattern of nonacquiescence. This is a pattern often referred to as a "fake good" profile. The individual is trying to present a better picture of them self than actually exists. Janice's scores do not exceed these parameters, therefore, her MMPI-2 is considered valid. There is no evidence of impression management and no indication of either "fake good" or "fake bad" profiles. She shows no indication of malingering in her clinical scales.

On the clinical scale, Janice demonstrates an elevated triad profile with scale three, hysterical/anxiety response to disability, at the peak; followed closely by scale one, somatic focus; and finally by scale two, depression. Together this profile represents a classic chronic disability syndrome.

In addition to the triad profile, Janice demonstrates clinically significant elevations on scales four, seven and eight. This profile suggests feelings of inadequacy, inferiority, lowered self-esteem, poor self-concept and a lack of self-confidence. The profile also reveals anxiety, guardedness, anger and resentment over her situation, as well as feelings of depression, sadness and withdrawal. Her elevation on scale eight, followed closely by scale seven, suggests evidence of psychotic features with an indication of a personality disorder present

The new Restructured Clinical Scales preserve the valuable descriptive features of the existing Clinical Scales and enhance their distinctiveness. The RC Scales profile constructed a demoralization scale, extracting the general complaint or malaise factor represented to some degree in each of the clinical scales. These scales then go on to identify the major dimensions of eight of the ten clinical scales, excepting scales 5 and 0. The RC scales are the result:
- RCd-Demoralization
- RC1-Somatic Complaints
- RC2-Low Positive Emotions
- RC3-Cynicism
- RC4-Antisocial Behavior
- RC6-Ideas of Persecution
- RC7-Dysfunctioal Negative Emotions
- RC8-Aberrant Experiences
- RC9-Hypomanic Activation

In Janice's profile, she demonstrates elevations on RC-1, RC-2 and RC-6 essentially refining distinctive features of her clinical scale elevations of somatic focus, low positive emotions and ideas of persecution.

Axis I:        Major Depressive Disorder-Single Episode-moderate-296.22.
               Chronic Disability Disorder due to general medical condition and psychological factors-307.89.
               Adjustment Disorder with depressed mood-309.0.

Axis II:       Personality Disorder.

Axis III:      Diabetes mellitus Type II
               History of PTSD
               Dyspnea, wheezing, and cough of unclear etiology
               Hypertension
               Obesity
               History of multiple trauma
               Lacerated liver
               Lacerated intestine
               Lacerated iliac artery with retroperitoneal bleed requiring multiple surgeries
               Subsequent radiation therapy to the surgical scar as a child
               Esophageal reflux
               Sleep apnea
               Hypothyroidism
               COPD
               Small joint effusion
               Moderate subcutaneous edema noted
               Small ganglion cyst volar aspect distal ulnar
               Degeneration of the triangular fibrocartilage complex without perforation, although there was partial thinning near the attachment to the radius.

Axis IV:       Life Stressors secondary to disability and psychological response to exposure to disability.

Axis V:        Current GAF – 50.
               Highest GAF in past year – 50.

# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements.   Clinical Practice Guidelines through the National Guideline Clearinghouse outlined the following as basic guidelines for care:

- Physical Assessment
- Psychosocial Assessment

- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis
- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation, as well as influenza and pneumococcal immunizations.

Janice had significant medical needs and issues before the diagnosis of Diabetes.  As such, below outlines a list of recommendations for her future care needs, excluding or reduced by the amount of care she required prior to the diagnosis of Diabetes.

**Allied Health Care Evaluations:**
- Psychological:  Required pre-onset.
- Psychiatrist:  Required pre-onset.
- Nutritional Evaluations 4 times per year at a cost of $95 to $150 each, recommended by Laura Yauch, M.D.
- Recreational Therapy Evaluation:  Required pre-onset.
- Disabled Driver Evaluation secondary to peripheral neuropathy and need for pain medication one time only at a cost of $240 to $500.

**Therapeutic Modalities:**
- Individual counseling for depression, anxiety and PTSD:  Required pre-onset, although she currently needs to include in her counseling, adjustment issues related to the onset of her diabetes.  This level of counseling should be short-term and can be rolled into the therapy already a part of her pre-morbid schedule.
- Case management to improve compliance with medical care as it relates to her diabetes.  Two to four hours per month at a cost of $65 to $84 per hour, or $1,788 to $3,576 per year for 24 to 48 hours per year. (Some health insurance companies provide diabetes management/case management programs as a part of their services at no cost to the patient, due to the high cost of treating complications resulting from poorly managed diabetes.  As no such program is currently being provided, case management is included in this plan in order to assist in care coordination, medication and supply management and enhance compliance with treatment recommendations.)

**Medications:**
   **Prescription Medications:**
   - Glucophage 500 mg for the treatment of diabetes (two times per day) at $63.99 for 60 pills per month.

- Lyrica 100 mg for the treatment of diabetic neuropathy (two times per day) at $146.98 for 60 pills per month.
- Methadone HCI 10 mg for the treatment of diabetic neuropathy (three times per day) at $50.97 for 90 pills per month.
- Bactroban ointment 2% for the treatment of foot wounds. Already purchased.  Wounds almost healed, so refill not anticipated.

**Annual total for prescription medications:  $3,143**

**Nonprescription Medications**:
- Miralax - four 17.9 ounce bottles per year at $21.49 (to treat constipation related to Methadone.)
- Stool Softeners - one bottle of 250 per year at $11.89 (to treat constipation related to Methadone.)
- Aspirin 81 mg once a day - one bottle of 365 at $15.99 (based on current regimen and outlined in clinical practice guidelines.)

**Annual total for nonprescription medications:  $49**

Janice is taking numerous other medications for the treatment of her complicated medical problems; however, only the ones listed above are related to her diagnosis of diabetes and complications associated with diabetes.

**Equipment / Supplies:**
- Accu-Chek Advantage Meter one time every 2 to 4 years at a cost of $24.95.
- Accu-Check Control Solution one bottle per year at a cost of $9.95.
- Accu-Check Test Strips 6 boxes of 50 per year at a cost of $28.99 each.
- Alcohol Prep Pads two boxes of 200 per year at a cost of $1.95 each.
- Sharps Container one time every 4 to 6 years at a cost of $6.95.
- Gauze pads 2 X 2 (currently using 8 / day).  Estimate need for gauze pads to continue for two additional months requiring 3 boxes of 25 pads per month at a cost of $3.49 each.
- Gauze roll 2" (currently using one / day).  Estimate need to continue for two additional months at a cost of $3.20 per roll.
- Tape one roll per month for an additional two months at a cost of $5.39 per roll.
- Straight cane used secondary to diabetic neuropathy.  To be purchased one time every 4 to 6 years at a cost of $11 to $15.

**Medical Care:**
- Primary Care Physician four additional visits per year as related to Diabetes only) at a cost of $60 to $200 each.  Recommended by Laura Yauch, M.D.

- Laboratory Exams recommended by Laura Yauch, M.D.:
  a. HgbA1C 4 times per year at a cost of $56 to $72 each.
  b. Microalbumin one time per year at a cost of $29 to $37.
  c. Liver functions two times per year at a cost of $28 to $36 each
  d. Renal functions two times per year at a cost of $59 to $77 each.

- Neurologist one time per month, based on current schedule for pain management related to diabetic neuropathy at a cost of $90 to $100 each or $1,080 to $1,200 per year.  Pending response from M. Kamel Elzawahry, M.D., current treating neurologist.

- Podiatry Services two times per year at a cost of $30 to $75 each. Recommended by Laura Yauch, M.D.

- Ophthalmologist one time per year at a cost of $65 to $140 each. Recommended by Laura Yauch, M.D.

**Health-Strength Maintenance/Recreation:**
- Janice should participate in a wellness program as recommended for general health guidelines.  She could benefit from access to a swimming pool for low impact, aerobic exercise.  YMCA initial fee one time only of $100, with annual membership cost of $636.

# Conclusions

Careful consideration has been given to all of the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to diabetes.  The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications.  The following list of complications related to diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

**COMPLICATIONS OF DIABETES:**

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly.  Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients.  Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth.  Gingivitis,

another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.

- Skin complications can affect all areas of a diabetic patients body. Bacterial infections and fungal infections are common.   Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs. Diabetic blisters are rare.   Keeping blood sugar under control can control most skin conditions associated with diabetes.

- Depression – studies indicate that while most people with diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
  1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
  2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work.  Skin can become very dry and damaged due to the side effects of diabetes.
  3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.
  4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation.  Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also increase the risk of hardened blood vessels.  The problems associated with poor circulation can also lead to amputation.

- Eye complications include:
  1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.
  2. Cataracts – people with diabetes are 60% more likely to develop cataracts.
  3. Nonproliferative Retinopathy – as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.
  4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage.  Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with diabetes. Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease.  Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.
- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.
- Focal neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.
- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients.  Nerve damage, tingling, numbness and pain are all associated with this.
- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner.  This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach. Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.
- Ketoacidosis – while rarely occurring in people with type 2 diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body.  This can result in coma and/or death.
- Cardiovascular Disease and stroke account for an average of 65 - 70% of deaths in people with diabetes.  Mortality is much greater in women with diabetes than men.
- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to diabetes.  High cholesterol requires consistent care to avoid vascular events in diabetic patients.
- Kidney disease or nephropathy – diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood.  In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure.
- Peripheral Arterial Disease – atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease.  In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

**COSTS OF DIABETES:**

In 2007, the average cost of medical expenditures for the diabetic patient is $11,744 per year, with $6,649 of that being attributed to diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes). People with diagnosed diabetes, on average, have medical expenditures that are 2-3 times higher than what expenditures would be in the absence of diabetes. Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion). *(Economic Costs of Diabetes in the U.S. in 2007.)*

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population With At Least One Medical Event For Diabetes: (Annual)

**All medical care:**
- o   All adults:   $10,092
- o   Ages 45-64: $9,169
- o   Ages 65 +:   $12,238

[Expenditures for all types of care]

**All office care:**
- o   All adults:   $1,506
- o   Ages 45-64: $1,488
- o   Ages 65 +:   $1,623

[Expenditures are for all office-based medical provider care]

**All prescription medications:**
- o   All adults:  $2,798
- o   Ages 45-64: $2,912
- o   Ages 65 +:  $2,876

[Expenditures are for all prescription medicine purchases]

**All hospital care:**
- o   All adults:  $4,804
- o   Ages 45-64: $4,165
- o   Ages 65 +:   $6,160

[Expenditures are for all inpatient, outpatient and ER care]

Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population <u>For The Treatment Of Diabetes:</u> (Annual)

**All diabetic care:**
- o All adults, all diabetes care: $1,714
- o Ages 45-64: $1,552
- o Ages 65 +: $1,945

[Expenditures for all types of care]

**All prescription medications:**
- o All adults:  $883
- o Ages 45-64: $974
- o Ages 65 +: $775

[Expenditures are for all prescription medicine purchases]

*Source: Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

*Paul M. Deutsch*

Paul M. Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

**SOURCES:**

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al. "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.* Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association/American College of Cardiology.* Issue 3; Diabetes & Cardiovascular Disease Review; Alexandria,VA.

"Peripheral Arterial Disease in Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 6; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

# Schedule A

## Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
## Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
### Plaintiff Referrals

**Non-Catastrophic Injury Cases:**  Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:**   Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
    - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
    - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
    - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
    - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
    - Medication Costs
    - Supplies/Equipment Costs (specific to patient needs/requirements)
    - Collateral Source Research (determination of appropriate government funding to be used in the report)
    - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

## Medical Records Review: (All at $300/hour)
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

## Miscellaneous:
- Correspondence
- Staffing
- Telephone calls required

# Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

## Testimony:
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

## Miscellaneous:
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

## PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### *Paul M. Deutsch & Associates, P.A.*

- Board Certified Rehabilitation Counselor
- Board Certified Life Care Planner
- Board Certified Case Manager
- Catastrophic Case Management
- Fellow of the International Academy of Life Care Planners
- Professional Training/Teaching
- Curriculum Development/Consultation
- Research
- Software Development
- Patient and Family Education
- Consultation
- Licensed Mental Health Counselor
- Diplomate in Psychotherapy

## EDUCATION

- *Doctor of Philosophy-Admitted through the Department of Rehabilitation Counseling* (Majored in a joint program of **Counseling Psychology** and **Counselor Education**. **Subspecialization-Spinal Cord Injuries**-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

- *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
  *Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

- *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

- **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

- Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).

- <u>Life Time Achievement Award</u>-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning."-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University; The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).
- *E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions*

- *PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida*

- *Rehabilitation Service Administration - Master's Degree – Fellowship*

<u>Professional Interviews as original developer of Life Care Planning:</u>

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


## TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan University Healthcare Pathway's, Life Care Planning Program. Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning
Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management
Program in the Healthcare Pathways program, scheduled to begin April
2004.

Kaplan University -Curriculum Development for Geriatric Care
Management Program in the Healthcare Pathways program, scheduled to
begin in the summer of 2004.

FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach
in this program: Intelicus/University of Florida Certificate Program in Life Care Planning and
Catastrophic Case Management - A two year post-graduate training program in medical case
management and life care planning affiliated as a certificate program with the Department of
Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research
Methodology;
        Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference


Professor Clinical Rehabilitation-Louisiana State University Medical Center-
November 1996 to 1999). Includes course lectures, continuing education programs, Life
Care Planning Clinic development, Life Care Planning software and database development
and publications.

FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)- Rehabilitation
Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic
Case Management - A two year post-graduate training program in medical case management and
life care planning affiliated as a certificate program with the Department of Rehabilitation
Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in
Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in
the Masters Program.

# SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)

- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed
  journal articles, peer review of submitted chapter contributions, or published textbooks I have
  exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour
  workshops presented for the University of Florida/MediPro's certificate program in Life Care
  Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

- International Conference on Life Care Planning- Atlanta 2006
- International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
- IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
- International Life Care Planning Conference-San Francisco-September 2005
- International Life Care Planning Conference-New Orleans-October, 2004
- International Association of Rehabilitation Professionals-Arizona-May,2004
- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
- I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
- Introduction to Life Care Planning
- Basic Tenets and Methodology of Life Care Planning
- Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

- Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
- Aging with Catastrophic Disability-Int'l LCP Conf. '03
- The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
- Medicare Set-Aside Trusts-New Orleans-June 2003
- Medical Errors (For the Mental Health Mental Health Counselor)
- Domestic Abuse (Requirement for Mental Health Licensure)
- National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
- Life Care Planning Summit 2002
- Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
- Life Care Planning Summit 2000
- Annual Life Care Planning Conference New Orleans October 1999
- Annual Life Care Planning Conference New Orleans October 1998
- AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
- The International Brain Injury Symposium - New Orleans, LA (3/1991)
- National Head Injury Foundation - Chicago, IL (12/1989)
- Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
- First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

5

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

### PAUL M. DEUTSCH & ASSOCIATES, P.A.
*Orlando, Florida*
*6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

### Foundation for Life Care Planning Research Inc.
*Orlando, Florida*
*11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group. The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission. The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN. Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

### Learning Applications Inc.
*Orlando, Florida*
*1991- 2000*

A research and development company responsible for developing Media Matrix, a multimedia, computer based tutorial system. The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education. The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

### FAIRVIEW SHORES
*Staff Rehabilitation Counselor/Mental Health Counselor*
*Orlando, Florida*
*6/1988 - 01/96*

Long-term Supported Living Program for the Head Injured.  Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

**PAUL M. DEUTSCH PRESS, INC.**                                    *Orlando, Florida*
*Owner/Chairman*                                                     *(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

**REHABILITATION TRAINING INSTITUTE**                              *Orlando, Florida*
*Continuing Education/Training*                                      *1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

**THE HEAD INJURY REHABILITATION CENTER, INC.**                    *Orlando, Florida*
*Co-Director*                                                        *1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation.  Also involved in development of a transitional employment program and placement of the brain injured.  Includes responsibility for individual and group therapy as well as case management.

**THE CENTER FOR REHABILITATION, INC.**                            *Orlando, Florida*
*Director/Rehabilitation Counselor*                                 *1977 - 1980*

Responsible for general coordination and administrative duties.  Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs.  Also responsible for counseling in both group and individual settings.  Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

**REHABILITATION RESOURCES, INC.**                                 *Orlando, Florida*
*Rehabilitation Specialist*                                         *1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals.  Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

**DIVISION OF VOCATIONAL REHABILITATION**                          *Orlando, Florida*
*Counselor II*                                                      *1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center.  Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

**VETERAN'S ADMINISTRATION HOSPITAL**                              *Gainesville, Florida*
*Psychology Technician*                                             *1971 - 1972*


**CONSULTANT WORK**

- University of Florida-Curriculum Development. Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program. All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR. This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide. PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

8

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2, Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation. Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997. (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation. Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning, (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation. (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center. (Inaugural issue of Journal of Forensic Vocational Analysis).

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endiffcence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy.  The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning:  Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2  pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263).  Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements",  Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M.,  "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook, Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas), Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation: Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile:  Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties. In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research. A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.: "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

• American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change.  This includes establishing procedures for redesigning the certification exam and strengthening the certification process.  Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process. Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work. Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work.  Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration.  Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force. Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research. Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.

## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada, 2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
   Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA. Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases. California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma. California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation. 1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning. 15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics. American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning.  Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management.  Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans.  American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues.  The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury.  Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going.  NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony.  The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony.  American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients.  University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation.  Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning.  Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury.  Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury.  Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.  Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury.  Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning.  University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice.   The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury.  New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation.   The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.  Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury.  Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics.  Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management.  GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning.   AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning.  International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination.  New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning.  Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation.  Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning.  New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation.  University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning.  University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases.  American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional.  National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional.  American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning.  American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication.  American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning.  Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation.  Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation.  Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).[*]

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

[*] Mental Health Counseling as defined under Chapter 491: State of Florida:

(9)    The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development.  Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

(a)    Mental health counseling treatment includes, but is not limited to:

1.    Counseling
2.    Psychotherapy
3.    Behavior modification
4.    Consultation
5.    Client advocacy
6.    Crisis intervention
7.    Providing needed information and education to clients.