# NF TAB 4

# CONNIE CURLEY

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ~ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Connie Curley** |
| **DATE OF EVALUATION:** | **7/12/08** |
| **DATE REPORT INITIATED:** | **7/18/08** |
| **REPORT FINALIZED:** | **7/29/08** |

Connie Curley is a 55-year-old Caucasian female seen for evaluation in the office. She was driven to the evaluation by her friend, Arlene but was not accompanied in the actual clinical history and interview or intake interview. Her attorney, Buffy Martines, referred Connie for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of diabetes type II and to determine the economic consequences of the diabetes into the future. There will be no loss of earnings discussed in this report, as Connie was unemployed and on disability prior to the development of the diabetes.

## Demographic Information:

**Client Name:** Connie Curley; **Social Security #** REDACTED **Address:** REDACTED **County:** Hillsborough; **Phone:** REDACTED **Birthdate:** 11/30/52; **Age:** 55; **Sex:** Female; **Race:** Caucasian; **Marital Status:** Divorced Twice; **Birthplace:** Portsmouth, VA; **Citizen:** Yes; **Elementary/Secondary Education:** Manassas, VA; **Employer at time of injury:** Unemployed at the time; **Bilingual:** No; **Glasses:** No; **Dominant Hand:** Left; **Height:** 4'11"; **Weight (present):** 165 lbs.; **Weight (pre-injury):** 115 lbs. ; **Date of Onset:** 9/13/05.

**History:** Connie was diagnosed with diabetes on 9/13/05. She indicated she took Seroquel from 2003 - 2006 for sleep aid, migraines and fibromyalgia. Connie indicates she kept having high sugars on blood tests done through her PCP and she tried to control this by diet which was unsuccessful. She was first placed on Metformin to help control her diabetes. She was on this for approximately six months but when Avandamet became available, her doctor made the decision to switch her to this. She has been on Avandamet since that time.

**Loss of Consciousness or Altered State of Consciousness:** No

**Length of Unconsciousness or of Altered State:** N/A

**Independent Recall:** Yes

**Rehabilitation Program(s) [In/Outpatient Since Injury]:**
She meets with a dietician once per year in addition to seeing her doctor.  No other education has been provided for diabetes control although she indicates she has, *"read a lot of books on the subject."*

**Prior Medical History:**
Connie reports a healthy childhood.

Her prior medical history includes the following:
- Three C-sections, 1974, 1975 and 1980
- 1983 development of fibromyalgia - *"pain all over like a flu"*
- Knee and hip arthritis she was told she might need a hip replacement (1983)
- 1990 total mouth tooth extractions
- Cholecystectomy 1993
- Migraines starting 1/6/98 (secondary to auto accident) - concussion and contusions (loss of consciousness briefly)
- PTSD began after 1998 auto accident
- Hypertension 2005 - No hypertension prior to diagnosis of diabetes
- Diabetes 10/5/05
- 3/1/08 - Knee gave out and she fell and injured her back (Knee had arthritis, not related to the Seroquel)
- Denies depression, but she is taking Prozac for the fibromyalgia, starting in 1983
- Bilateral bunion surgeries approximately 1976 and 2006

Treatment by a psychiatrist starting approximately late 1970's with a diagnosis of a Vitamin B deficiency.  She saw a psychiatrist from 1970's through the early 1980's for RX renewals and at that time she stopped seeing a psychiatrist and began seeing Dr. Lindsey, Rheumatologist who continued the prescriptions for Prozac.  She did see a mental health counselor in January 2001 when she was in pain management treatment at Tampa General.  She saw the counselor everyday for two weeks.  Connie reports that the chronic pain inpatient program at Tampa General was unsuccessful.  There is also history of sexual abuse from age 12 to approximately age 20.  (This was not disclosed to any professional until she went into the chronic pain program).  She indicates that the many years of psychiatric treatment listed her initially as being, *"mentally inbalanced, but it turned out to be a deficiency in my B 12 level and once this was resolved I did not have any further problems."*

# Chief Complaint(s)

## Current Disability

**Disabling Problems:   (By client/family history and report.   No physical examination occurred).**

Connie: *"My A1C level is a 6.  My blood in the morning averages 100.  It very rarely goes up and it very rarely goes down.  I feel my blood sugar is well controlled.  I have peripheral neuropathy in both feet.  This covers all the foot and can move up into my ankles.  I feel pressure when I step down but the feet feel numb and sometimes I feel a pins and needles sensation.  The pins and needles sensation occurs intermittently and it is hard to say how often it occurs because it is intermittent.  Dr. Stan Shama  gave me an injection in both of my feet the last visit.  I'm not sure what was in the shots".*

Her last appointment with Dr. Shama was on June 2, 2008; next appointment is August 2, 2008.

Dr. Emma O'Campo, Internist, is her primary care physician for the diabetes. She sees her once per two months specifically for diabetes management and problems stemming from the diabetes.  These additional problems include high blood pressure and high cholestorol neither of which she states she had prior to the diabetes diagnosis.  Connie further states that Dr. O'Campo told her these two problems were the result of the diabetes.

**Anticipated Treatments**: Bone density study will be done soon along with ultrasound of the thyroid and mammogram.

## Psychosocial Issues

**Patient:**  Per Connie:  *"I'm not handling it very well.  I try to keep my stress level down and I can't.  I have problems taking my blood sugars 3-4 times per day and it is getting ready to get worse".*  She heard her doctor talking to the drug representative and heard that he is trying to *"push"* Cymbalta.  When the doctor came in to examine her, she apparently stated, *"I want to start you on Cymbalta"*, but Connie refused.  Connie reports depression and stress over the diabetes onset and continued efforts at management.  She denies feeling angry.

Connie notes that before the diagnosis of Diabetes she had no mental health issues; she had pain, *"but I had it under control.  I learned a long time ago that I have to control the pain, not let the pain control me".*  There has been a change in her pain control since she hurt her back.

**Family, Emotional Impact on Spouse/Children:**  She is only close to her oldest son who lives in Virginia.  (Her son is bipolar and he plans to return to live with her, but not because of anything related to the diabetes or Connie's care).

# Physical Limitations

**Loss of Tactile Sensation:**
Pre Diabetes:   Numbness and tingling in both hands and feet.   She apparently damaged the nerves in the bottom of her right foot but indicates likely some damage from previous foot surgeries.   Numbness was intermittent, maybe twice per month.   Hands - she had carpal tunnel syndrome, but no surgery.  She still has numbness and tingling.  *"I wake up like that in the morning"*.
Post Diabetes:  She notes the tingling and numbness became worse and she has symptoms every morning upon awakening, but this dissipates after several hours.
Post Recent Back Injury:   Entire right leg is numb because *"one of my vertebraes in laying on a nerve"*.

**Reach:**
Pre Diabetes:  When her Fibromyalgia *"acted up"* she had difficulties.  She could have limitations for several months (2-3) and then it could go away for a couple of months and then return.
Post Diabetes:   After diagnosis of Diabetes she indicates she has Fibromyalgia symptoms everyday.  She indicates the Fibromyalgia may not be directly related to the Diabetes, but when she is under strees, the Fibromyalgia increases.
Post Recent Back Injury:  No additional limitations.

**Lift:**
Pre Diabetes:  She had no lifting restrictions.
Post Diabetes:  No lifting restrictions.
Post Recent Back Injury: She is restricted from lifting anything at all.

**Prehensile/Grip:**
Pre Diabetes:  No limitations.
Post Diabetes:  She feels she has limitations.
Post Recent Back Injury:  Increased limitations.

**Sitting:**
Pre Diabetes:  No limitations.
Post Diabetes:  Fatigues easily when standing.
Post Recent Back Injury:  Unable to sit for more than 1 hour at a time.

**Standing:**
Pre Diabetes:  No limitations.
Post Diabetes:  Limited to 30-60 minutes due to fatigue and discomfort in the legs.
Post Recent Back Injury:  Unable to stand for more than 10 minutes at a time.

**Walking/Gait:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Unable to walk more than 1 block.

**Bend/Twist:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Unable to bend and/or twist.

**Kneel:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Unable to kneel.

**Stoop/Squat:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Unable to stoop/squat.

**Climb:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Unable to climb stairs.

**Balance:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  Poor balance.  *"It is like my equilibrium is really whacky"*.

**Breathing:**
Pre Diabetes:  No limitations.
Post Diabetes:  No limitations.
Post Recent Back Injury:  No limitations.

**Headaches:**
Pre Diabetes:  Migraines every week up until 2001, then very few, and just after this recent back injury she is having once a week migraines.
Post Diabetes:  No limitations.
Post Recent Back Injury:  See above.

**Vision:**
Pre Diabetes:  She wore glasses due to poor vision pre Diabetes.
Post Diabetes:  She states she developed cataracts and had surgery in 2007 (September) and one eye done in August 2007.  Cataracts were diagnosed 1/3/07.

**Hearing:**  Intact conversationally.

**Driving:**  Last drove in 1998.  She has not driven since her auto accident. She indicated she developed PTSD after this accident.

**Physical Stamina (average daily need for rest or reclining):**
Pre Diabetes:   Good on some days and bad on some days due to the fibromyalgia.
Post:  No changes.
Post Recent Back Injury:  Much more reduced.

# Environmental Influences

**Problems on exposure to:**
**Air Conditioning:** Yes, chills easily.
**Heat:** Yes, cannot tolerate heat.
**Cold:** Yes
**Wet/Humid:** Yes, due to the arthritis.
**Sudden Changes:** Yes
**Fumes:** No
**Noise:** No
**Stress:** Yes

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Stanley Shama, M.D. | Podiatrist | 813 985-2811 | 813 985-3045 | /2 months | June 2008 |

Ankle &Foot Associates.  Treating for Diabetic Neuropathy
Tampa, FL

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Christine Callahan, M.D. | Ophthal- molgist | 813 974-4864 | 813 974-0753 | 2/year | July 2008 |

Tampa, FL.  Treating for Cataracts - due to Diabetes.

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Emma O' Campo, M.D. | Family Practitioner | 813 236-5300 | 813 234-2904 | /2 months | |

Tampa, FL. 10/2/05 - Present
Treating for diabetes.  Before diabetes she was seeing Dr. O'Campo periodically for illnesses only.  She has blood labs done every two months for liver function and diabetes.

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Maria Wilson, M.D. | Neurology | 813 844-7900 | 813 844-4068 | 2/year | |

Tampa General Hospital /Rehab Medical Clinic.  1/2/03 to Present.  Treating for Sleep Disorder, Migraines,  and fibromyalgia  **(This is not related to the Diabetes)**
Tampa, FL

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Donald Smith, MD | Neuro- surgeon | | | | |

Has a first-appointment on July 29, 2008.  **(This is strictly related to her back injury).**

| Medication | Strength | Tablets Day | Purpose | Rx By: |
|---|---|---|---|---|
| Hydrochloro-thiazide | 50 mg | 1/day | High Blood Pressure | O'Campa |
| Avandamet | 2/500 | 2/day | Diabetes | O'Campa |
| Benicar | 20 HCT 12.5 | 1/day | High Blood Pressure | O'Campa |
| Simvastatine | 40 mg | 1/day | Cholesterol | O'Campa |

**Drugstore and Phone Number:**
Sav-On Pharmacy: 813 831-8109

**Assistive Devices:**
Avanda-check blood sugar monitor.  Uses strips 3/day, lancets for the finger prick 3/day.

# Medical Summary

**CONNIE CURLEY**
**D.O.B.: 11/30/52**
**D.O.O.: 9/13/05**
**Date of Medical Summary: 7/17/08**

Connie is a 55-year-old Caucasian female who indicates she developed Diabetes Mellitus after taking the drug Seroquel.

**FAMILY CARE CLINIC: 9/13/05 – 4/22/08**

**Family Care Clinic: 9/13/05**
Connie was complaining of polydypsia, weight loss, hip pain and blurry vision.  A DEXA scan (dual-energy x-ray absorptiometry), and fasting labs were recommended.  No diagnosis of diabetes made.

**Family Care Clinic: 4/27/06**
Connie was complaining of bilateral ankle pain for one month.  Fasting blood sugars ranged from 110 – 210.  She was started on Metformin 500 mg once daily for 3 days and then twice daily for one week and then 3 times daily. Assessment:
- Hypertension
- Degenerative joint disease with fibromyalgia
- Anxiety/PTSD
- Moles – refer to dermatologist
- Diabetes Mellitus – refer to podiatrist
- Hyperlipidemia

**Family Care Clinic: 5/31/06**
Connie was seen for diabetic management.  She was to increase activity and water.

**Family Care Clinic: 7/19/06**
Connie needed a mammogram and her diabetic labs were up to date. She was to check her blood sugar once daily.

**Family Care Clinic: 10/6/06**
Connie was complaining of problems with her sugars, which were ranging from 80-140 and bilateral knee pain. Examiner recommended arterial/venous Doppler ultrasound of LE's bilaterally.

**Family Care Clinic: 1/11/07**
Connie was seen for her hypertension, increased cholesterol, GERD (gastroesophageal reflux disease) and diabetes. Her diabetes was controlled. She was urged to decrease her weight and stop smoking.

**Family Care Clinic: 3/12/07**
Connie was seen for low back and thigh pain. X-rays of lumbar spine recommended. She was to start trial of Byetta/Avandia for her diabetes.

**Family Care Clinic: 4/26/07**
No new problems.

**Family Care Clinic: 6/7/07**
Connie was seen for follow up and needed her medications refilled. Assessment: Low back pain, Hypertension, GERD, depression and anxiety.

**Family Care Clinic: 9/25/07**
Connie was seen for follow up and her diabetes was well controlled. She was urged to quit smoking.

**Family Care Clinic: 11/28/07**
Diabetes under good control. Mammogram and colonoscopy ordered.

**Family Care Clinic: 2/12/08**
Connie was seen for shoulder pain. Her diabetes was controlled. She had not been taking her blood pressure medications.

**Family Care Clinic: 3/4/08**
Connie was seen for severe low back due to overdoing housework. She had been seen in the emergency room 3 days prior. MRI and x-rays ordered.

**Family Care Clinic: 4/22/08**
Connie was seen for routine follow up. Assessment: Low back pain, degenerative joint disease, hip pain and well-controlled diabetes.

**ALPHA MEDICAL CLINIC: 2/7/06**
Connie had a history of diabetes, fibromyalgia, and chronic refractory headaches S/P concussion in 2001. She also had a history of osteoarthritis, osteoporosis, neuralgia, depression and posttraumatic stress disorder. It was

noted in records that she had an allergy to Seroquel.  With regards to her worsening symptoms with PTSD, examiner recommended a psychiatrist.

**SHAMA, STANLEY D.P.M.: 5/15/06 – 11/7/07**

**Shama, Stanley D.P.M.: 5/15/06**
Connie was seen for general diabetic foot care.  She had not been seen by a podiatrist since 2001.  She had mild right foot edema.  Examiner surgically debrided and grinded toenails.  Assessment:
  • She would benefit from general diabetic foot care in lieu of neuropathy
  • Neuroma pain, post trauma, right 3rd space

**Shama, Stanley D.P.M.: 5/25/06**
Pain persisted in the right foot.  Assessment:  Mycotic nails bilaterally.  Connie got a cortisone injection into the 3rd metatarsal space.

**Shama, Stanley D.P.M.: 6/15/06**
Connie received an anhydrous alcohol injection into the 3rd space and a prescription for Darvocet.  Assessment:  Painful neuroma pain.

**Shama, Stanley D.P.M.: 6/19/06**
Continued pain.  Conservative vs. surgical management discussed.  Connie received another anhydrous alcohol injection and a refill for Darvocet.

**Shama, Stanley D.P.M.: 7/5/06**
Continued pain.  Connie also had a soft tissue lesion on her right leg.  It had been present for many years and was increasing in size.  Her blood sugar was under control.  She received another injection and electrodessication on her right leg.

**Shama, Stanley D.P.M.: 7/12/06**
Connie had excellent post soft tissue mass excision.  She was to consider neuroma excision on the 2nd and 3rd IM (intermetatarsal) space as an outpatient.

**Shama, Stanley D.P.M.: 8/14/06**
Connie had excision and nerve decompression as outpatient and had excellent postoperative healing.

**Shama, Stanley D.P.M.: 8/28/06**
Connie was to continue limited activity status due to swelling and soreness on her right foot.

**Shama, Stanley D.P.M.: 9/18/06**
Connie was having burning in the upper thigh and had a history of phlebitis.  Venous and arterial Doppler of the legs was recommended.

**Shama, Stanley D.P.M.:  10/25/06**
Connie had dropped a dresser on her right toe.  Assessment:  Post contusion, right hallux.  X-rays were negative for fractures.  Toenail was removed.

**Shama, Stanley D.P.M.:  11/6/06**
Connie reported that she had to call an ambulance to stop the bleeding of her right toe.  They merely put pressure on it and she had no problems since.

**Shama, Stanley D.P.M.:  11/13/06**
Connie had soreness of the right foot.  Assessment:  Mild plantar fascitis, right foot.

**Shama, Stanley D.P.M.:  3/14/07**
Connie had weakness in the lower extremities and was being sent for x-rays and an MRI.  Her toenails were yellow, brittle and foul smelling.  Periungual erythema and maceration were noted.  Surgical debridement was performed and she had her nails grinded.

**Shama, Stanley D.P.M.:  5/9/07**
Connie was complaining of left ankle pain.  Assessment:  Mycotic nail infection and tenosynovitis, left lower leg/ankle.  Surgical debridement and grinding the nails were performed.  She also had a cortisone injection in the ankle.

**Shama, Stanley D.P.M.:  6/13/07**
Pain was aggravated by closed shoe gear and ambulation.  Connie was having difficulty sleeping and had lumbar disk disease as noted by previous MRI.  Assessment:  Muscle cramps, bilateral lower extremities.  Surgical debridement and grinding her nails were performed.

**Shama, Stanley D.P.M.:  8/29/07**
Connie had continued right hallux pain.  She was to continue antifungals daily.

**Shama, Stanley D.P.M.:  9/5/07**
Connie had hit her foot over the weekend with resultant pain and swelling.  X-rays were negative for fracture.

**Shama, Stanley D.P.M.:  11/7/07**
Continued pain of contusion to right foot.  Cortisone injection given.

**TAMPA GENERAL HOSPITAL:  2/20/06 – 11/27/07**

**Tampa General Hospital:  2/20/06**
(Rehabilitation Clinic).  Connie was seen for chronic complaints of headaches.  Impression:  Chronic daily headaches, refractory to all interventions.  She did respond to botulism treatment but was only authorized for one treatment.  Tapering off the Topamax and starting Lyrica was recommended.

**Tampa General Hospital:  11/28/06**
(Progress note).    Connie was seen for evaluation of headache, diabetic neuropathy, depression and insomnia.  She complained of blurred vision that she attributed to her diabetic neuropathy.   Impression was the same as evaluation problems.    Lyrica was discontinued and Imitrex was recommended.

**Tampa General Hospital:  4/17/07**
Thoracic spine X-ray was unremarkable.

Lumbar spine x-ray revealed narrowing at L5-S1.   There were also facet changes.

**Tampa General Hospital:  6/4/07**
(Rehabilitation Clinic).  Connie was complaining of severe discomfort in her back, numbness in her right leg and continued insomnia.  Gabitril 4 mg at bedtime and Vistaril 50 mg at bedtime was recommended.  Impression:

- Migraine headache
- Tension-type headache
- Diabetic Neuropathy
- Low back pain
- Depression
- Insomnia

**Tampa General Hospital:  8/22/07**
(Operative note).  Connie underwent an extracapsular cataract extraction using phacoemulsification with intraocular lens implant in the right eye.  She tolerated procedure well.  Blood sugar level was 118, which was high.

**Tampa General Hospital:  9/26/07**
(Operative note).   Connie underwent an extracapsular cataract extraction using phacoemulsification with intraocular lens implant in the left eye.  She tolerated procedure well and blood sugar was 109, which was high.

**Tampa General Hospital:  11/27/07**
(Rehabilitation Clinic).    No changes in complaints of neck pain and headaches.   Connie was to continue the same regimen of treatment concerning her diabetes and pain.

**TAMPA BAY SURGERY CENTER:  8/8/06**
Connie underwent exploration for excision neuroma on the second and third IM (intermetatarsal) space of the right foot.  She tolerated procedure well.

**TOWER DIAGNOSTIC CENTER:  12/8/06 – 4/2/08**

**Tower Diagnostic Center:  12/8/06**
Mammogram revealed two benign appearing nodules in the right breast. Ultrasound was recommended.

**Tower Diagnostic Center:  5/3/07**
Lumbar spine MRI Impression:
- Central disc protrusion at L5-S1 level into the epidural fat region without significant encroachment on the thecal sac or on the nerve roots at L5-S1.
- Mild spinal stenosis at L4-5

**Tower Diagnostic Center:  8/21/07**
Cervical spine MRI Impression:
- Early spondylotic changes.  This was worst at C5-6 where combination of disc bulge and uncovertebral osteophytes results in mild right greater than left neural foraminal narrowing.
- Mild left neural foraminal narrowing at C3-4 due to disc bulge and uncovertebral osteophyte formation.

**Tower Diagnostic Center:  3/7/08**
Lumbar spine MRI Impression:
- Lower lumbar degenerative changes leading to canal stenosis including central protrusion at L5-S1.

**Tower Diagnostic Center:  4/2/08**
Bilateral Mammogram Impression:
- Questionable speculated area seen in the left upper portion of the breast.
- Recommended bilateral ultrasound, questionable lesion on the left and nodularity present on the right.
- No suspicious calcifications.

**USF EYE INSTITUTE:  2/20/07 – 1/15/08**

**USF Institute:  2/26/07**
(Letter written to Dr. Sisodia).  Connie had been seen on 2/20/07 for ophthalmologic evaluation.  She had some early cataract change, as well as high myopia.  She had decreased visual acuity in both eyes.  She reported her vision had been bad for a good number of years to where she had difficulty functioning on a day-to-day basis.  She was counting fingers at four feet in the right eye and was 20/200 in the left eye.  There were significant white nuclear cataracts in both eyes but no evidence of macular degeneration or diabetic retinopathy.  She was referred for possible cataract extraction.

**USF Institute:  8/23/07**
Connie underwent right eye cataract extraction the day before and doing great.

**USF Institute:  9/27/07**
Connie underwent left eye cataract extraction the day before and doing great.

**USF Institute: 1/15/08**
Connie had been seen multiple times since her cataract extraction and had minimal problems, which included dry eyes.  Last record of visit on 1/15/08 revealed that she had some blurry vision when trying to read and increased light sensitivity.  There was still no evidence of diabetic retinopathy.

**PAST MEDICAL HISTORY**

**BRANDEN REGIONAL MEDICAL CENTER:  7/10/98; 1/6/99; 10/17/00**

**Branden Regional Medical Center:  7/10/98**
Connie was seen for complaint of head pain for seven months.  CT of the head was negative. Diagnosis: Sinusitis migraine.

**Branden Regional Medical Center:  1/6/99**
Connie was complaining of left-sided head pain.   Diagnosis:   Sinusitis migraine.

**Branden Regional Medical Center:  10/17/00**
Connie was seen for left arm pain.

**MEDICAL EVALUATION CENTER:  7/22/98 – 8/17/98**

**Medical Evaluation Center:  7/22/98**
(Neurological Evaluation)  Impression:
- Rule out postero-lateral herniated nucleus pulpous of the C5-6 disc interspace with nerve root impingement
- Rule out posttraumatic left sided carpal tunnel syndrome
- Posttraumatic DeQuervain's tenosynovitis
- Posttraumatic headaches
- Posttraumatic left retinal migraines
- Posttraumatic bilateral occipital neuralgia
- Post concussive syndrome
- Chronic myofascial syndrome of the paracervical muscles and trapezii bilaterally
- Chronic myofascial syndrome of the upper parathoracic muscles bilaterally

**Medical Evaluation Center:  7/24/98**
Connie was seen for continuous headaches.

**Medical Evaluation Center:  8/6/98**
Connie had recent episode of insomnia after taking Meprobamate.

**Medical Evaluation Center:  8/17/98**
Follow up.

**TAMPA COMMUNITY HEALTH CENTERS, INC.: 1/20/00 – 5/8/02**
Progress note dated 1/20/00 revealed that Connie was seen for headaches and complained of numbness of face, neck pain and photophobia S/P MVA in 1/98. No mention of diabetes in medical history. She was seen for follow up of fractured right toe on 4/2/03. She had fibromyalgia and osteoarthritis of the hip. On 5/8/02, she was seen for severe pain of the neck and left hand. She also had a lesion on her right hand. Diagnosis: Ganglion cyst of the right hand, occipital neuralgia, depression, osteopenia and abnormal mammogram.

**TAMPA GENERAL HOSPITAL: 2/21/00 – 3/22/03**

**Tampa General Hospital: 2/21/00**
Bilateral Mammogram Impression:
- Palpable mass at 1 o'clock position on the right breast
- Second lesion at 9 o'clock position on the right breast
- Third lesion at 2:30 position of the left breast
- Dense, benign appearing calcifications throughout the breast parenchyma bilaterally, ultrasound recommended.

Ultrasound Impression: Palpable mass at 1 o'clock position revealed to be a breast cyst. Further ultrasound evaluation recommended.

**Tampa General Hospital: 7/19/00**
Connie was seen for anxiety attacks and shortness of breath.

**Tampa General Hospital: 6/20/01**
(Pain Management Clinic). Connie was complaining of chronic, refractory headaches. Past medical history was positive for fibromyalgia. Topamax, occipital nerve blocks and neuropsychiatry evaluation recommended. Impression:
- Status post head injury
- Post-concussive headache
- Greater occipital neuralgia

**Tampa General Hospital: 9/17/02**
(Pain Management Clinic). Medical records indicate that on previous visit she was referred for an inpatient pain management program but it was never authorized. She still had chronic headaches. One-week inpatient headache program and occipital nerve blocks were recommended. Impression:
- Post-concussive headaches
- Element of greater occipital neuralgia
- Fibromyalgia
- Reactive depression

**Tampa General Hospital: 10/13/04**
(Pain Management Clinic). Connie was complaining of her fibromyalgia. She was on Seroquel 50 mg at bedtime. Restart Prozac; increase Seroquel to 75 mg at bedtime and Relpax samples recommended.

**Tampa General Hospital:  12/7/04**
Sleep study Impression:
- Within normal limits.  No evidence of sleep apnea, sleep disordered breathing or sleep fragmentation of any cause.

**Tampa General Hospital:  1/5/03 – 1/17/03**
Connie was seen for throbbing pain behind eyes bilaterally, forehead and face.  She also had numbness around her lips.  She received Botox injections to the face on 1/9/03, which resolved her headaches.  She was put on Methadone to taper off the narcotics and her urine drug screen came back positive for cocaine.  During her hospital stay she had PT and OT.  PT discharge note on 1/14/03 revealed she was able sit with proper posture for 10 minutes and could tolerate 15 minutes of cardiovascular activity.  She still needed some help with her home exercise program.  OT discharge note revealed she had gradual gains in all areas of focus.  Her body mechanics improved from maximal to minimal cues.

Connie had a past medical history of fibromyalgia and osteoarthritis of the knees bilaterally.  She had a psychological evaluation during hospitalization.  She had a left middle trigger finger and was referred to a hand specialist.
Impression:

| | |
|---|---|
| Axis I: | Major Depressive Disorder |
| | Post-traumatic Stress Disorder |
| Axis II: | Deferred |
| Axis III: | Chronic Headaches |
| | Fibromyalgia |
| Axis IV: | Occupational Problems |
| | Problems with primary support group |
| | Minimal social support |
| Axis V: | GAF: 55 |

**Tampa General Hospital:  3/22/03**
Connie was seen for right foot pain S/P falling down the stairs.  X-rays revealed a chip fracture of the base of the fifth proximal phalanx.  Surgical deformities were noted of the second and fourth proximal phalanges.

**CARPENTER, RICHARD M.D.:  4/10/02**
(Psychological Evaluation)  Tests Administered:
- Wechsler Adult Intelligence Scale – 3rd edition
- Mental Status Examination
- Clinical Interview

Clinical Impression:

| | |
|---|---|
| Axis I: | Dysthymic Disorder |
| Axis II: | Borderline Intellectual Functioning |
| Axis III: | Fibromyalgia and Chronic Pain (per her report) |

**SOUTH TAMPA MEDICAL GROUP: 3/2/04 – 9/2/04**

**South Tampa Medical Group: 3/2/04**
Visit to establish care.  Diagnosis:
- History of fibromyalgia
- Osteoporosis
- History of optical neuralgia
- History of post-concussive syndrome
- Stress-Anxiety

**South Tampa Medical Group: 3/30/04**
Connie was seen for follow up.  Pap smear strongly recommended.

**South Tampa Medical Group: 8/4/04**
Connie was complaining of recurrent sinus problems and bronchitis.  She claimed she had a history of diabetes.  She was currently taking Seroquel 25 mg twice daily.

**South Tampa Medical Group: 9/2/04**
Assessment:
- Depression
- PTSD
- Hypercholesteremia
- Chronic headache
- Tobacco abuse
- Urinary tract infections
- Fibromyalgia

**FAMILY CARE CLINIC: 11/16/04 – 6/14/05**

**Family Care Clinic: 11/16/04**
Connie was seen to establish care.  She reported frequent wakening during the night secondary to hot/cold feelings, shortness of breath and sugar/carbohydrate cravings.  She also complained of numbness to the left side of her face and around her lips since MVA in 1998.  She had a history of osteomyelitis, osteoporosis, high cholesterol and GERD (Gastroesophageal reflex disease).  She did have a family history of diabetes.  Progress note dated 5/23/05 revealed she had chronic low back pain, elevated liver enzymes and hypertension.  Progress note on 6/14/04 revealed that Connie had recurrent urinary tract infections.

**TOWER DIAGNOSTIC CENTER: 4/18/05; 9/22/05**

**Tower Diagnostic Center: 4/18/05**
Lumbar spine MRI Impression:
- Mild degenerative disc disease at L4-5 and L5-S1 with a small focal central disc protrusion at L5-S1.  No definite canal stenosis or neural foraminal narrowing identified.

Cervical spine X-ray Impression:
- Very mild degenerative disc disease predominantly at C5-6.

Lumbar spine X-ray Impression:
- Mild degenerative disc and facet disease.

**Tower Diagnostic Center:  9/22/05**
Bone densities scan Impression:
- T-score of the left hip was consistent with osteopenia
- T-score of the lumbar spine was also consistent with osteopenia

**Records Received:**

Albertson's Pharmacy Records
Alpha Medical Clinic:  2/7/06
Branden Regional Medical Center:  (Pre-Incident) 7/10/98; 1/6/99; 10/17/00
Carpenter, Richard M.D.:  4/10/02
CVS Pharmacy Records
Family Care Clinic:  9/13/05 – 4/22/08; (Pre-Incident) 11/16/04 – 6/14/05
Health & Social Services Department/Statements Of Eligibility:   3/1/99 –
3/6/08
Medical Bills
Medical Evaluation Center:  (Pre-Incident) 7/22/98 – 8/17/98
Shama, Stanley D.P.M.:  5/15/06 – 11/7/07
Social Security Disability Records
South Tampa Medical Group:  (Pre-Incident) 3/2/04 – 9/2/04
Tampa Bay Surgery Center:  8/8/06
Tampa Community Health Centers, Inc.:  (Pre-Incident) 1/20/00 – 5/8/02
Tampa General Hospital:  2/20/06 – 11/27/07; (Pre-Incident) 2/21/00 – 3/22/03
Tower Diagnostic Center:  12/8/06 – 4/2/08; (Pre-Incident) 4/18/05; 9/22/05
United Healthcare Claims
USF Eye Institute:  2/20/07 – 1/15/08
Walgreen's Pharmacy Records

# Activities Of Daily Living

## Sleep Pattern

**Sleep Difficulties:**  She awakens at 5 a.m. and takes medications and then she goes back to sleep until 12 noon.   Then about 5 p.m. she is *"finally functioning"* enough to do some housework.   No difficulty sleeping directly related to the diabetes.

## Independence In

**Dressing:**  Independent
**Housework:**  She is only able to do housework.  Diabetes did not effect this.

**Cooking:** Able to cook
**Laundry:** She physically cannot tolerate this due to back injury.
**Yard Work:** Cannot do yard work because of back injuy.

# Social Activities

**Organizations Pre/Post:** None pre or post.
**Volunteer Work Pre/Post:** None pre or post.
**Socialization Pre/Post:** None pre or post.
**Hobbies (Present):** House plants and walking dog.
**Hobbies (Previous):** Same as present.

# Personal Habits

**Smoking:** 1 pack per 4 days.  She was a 2-pack/day smoker from age 13 to October 2007.
**Alcohol:** None
**Drugs:** Denies
**History of Abuse and/or Treatment Programs:** Denies any history of drug or alcohol treatment or abuse.

# Socioeconomic Status

**Number in Residence:** 2
**Type of Residence:** One story apartment

## Income

**S.S.D.I.:** She did not work enough quarters to qualify.
**S.S.I.:** $637/month
**Food Stamps:** $142/month
**Medicaid:** Yes

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:** No
**Rehabilitation Nurse:** No
**Other Agency:** No
**Felony Convictions:** 1976 - Welfare Fraud (Received probation)

# Education & Training

**Highest Grade Completed:** 12th Grade
**Last School Attended:** Osbourn High School-graduated 1972
**Miscellaneous Education Information:** No schooling past high school.

# Military Experience

**Branch:** N/A

# Employment History

**Work History Since Injury:**
- Connie has not been employed since 1998 when she was in a car accident.
- Before that time, she had been a stay-at-home mother.
- After that she was employed mostly as a cashier at 7-11, assistant manager at a Junior Market, tomato farm warehouse sorter.
- She worked from approximately 1983-2000, part-time.

# Observations

**Orientation:** Alert and oriented x's three.
**Stream of Thought:** Clear and rational
**Approach Toward Evaluation:** Open.
**Attitudes/Insight:** Good/fair.
**Appearance:**  Presents with multiple problems many unrelated to the diabetic diagnosis.

# Tests Administered

Connie failed to properly complete her <u>MMPI-2</u> so no valid interpretation can be made herein.  Based on clinical interview there is no reason to assume that prior psychological assessment of Axis I diagnosis have changed at this time.

# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements.   Clinical Practice Guidelines through the National Guideline Clearinghouse outlined the following as basic guidelines for care:

- Physical Assessment
- Psychosocial Assessment
- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis
- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation as well as influenza and pneumococcal immunizations.


Connie had some medical needs and issues before the diagnosis of diabetes. As such, below outlines a list of recommendations for her future care needs, excluding or reduced by the amount of care she required prior to the diagnosis of diabetes.

**Allied Health Care Evaluations:**
- Psychological:  Required pre onset.
- Nutritional Evaluation:  1 X / year:  $50 - $100/visit.  *Recommended by: Emma O'Campo, MD, 7/21/08.*
- Handicapped Driver Evaluation (This would typically be recommended due to the peripheral neuropathy in the lower extremities, however, Connie has not driven since 1998 after having developed PTSD in a motor vehicle accident.)

**Therapeutic Modalities:**
- Individual counseling – depression/anxiety:   Required pre onset. Although she currently needs to include in her counseling adjustment issues related to the onset of her diabetes, this level of counseling should be short term and can be rolled into the therapy already a part of her pre-morbid schedule.
- Case management to improve compliance with medical care as it relates to her diabetes. Two to four hours per month at a cost of $85 to $98 per hour, or $2,208 - $4,416 per year for 24 to 48 hours per year based on $92/hour average.  (Many health insurance companies provide diabetes management/case management programs as a part of their services at no cost to the patient due to the high cost of treating

complications resulting from poorly managed diabetes. Since Ms. Curley does not have the availability of private health care to access such a program case management is provided to provide a similar program.)

Case Managers perform assessments, plan and manage services/care, conduct research and analyze data consistent with the CMSA definition of case management: *"A collaborative process of assessment, planning, facilitation and advocacy for options and services to meet an individuals health needs through communication and available resources to promote quality, cost effective outcomes."* [Case Management Association of America].

**Medications – Prescribed:**
According to Dr. O'Campo, high blood pressure and high cholesterol are not related to the diabetes; therefore no costs will be included in this Plan for those medications.

- Avandamet 2/500 2/day: $140/month

**Supplies:**
- Diabetic Shoes and Socks:  Allowance for specialty clothing $339/year. (Prorated).  [For information:  the Department of Veteran's Affairs allows $677/year for a clothing allowance for wear and tear on clothing due to equipment, such as prosthetics, wheelchairs, etc.].  The allowance provided here (half the annual allowance as indicated by the VA source) will compensate for the <u>additional</u> costs for buying diabetic specialty shoes/socks over and above the cost of non-specialty shoes/socks that would normally have been purchased.

- Skin Lotion: 1 Bottle/month:  $8/month

- One-Touch Meter, 1 X / 3 years:  $75

- Lancets, 100/package, uses 3 per day:  $130/year

- Control Solution:  $26-$39/year

**Medical Care:**
- Primary Care Physician (Additional 4-6 visits per year as related to Diabetes only):  $50-$130/visit. *(Recommended by: Emma O'Campo, MD, 7/21/08).*

- Laboratory Tests: Hg/A1C 3-4 X /year:  $56-$72 each; Basic Metabolic Panel 2-4 X / year:  $68-$87 each; Lipid Panel 1 X / year:  $21-$28 each; Urinalysis:  $18-$21 each, 2-4 X / year. *(Recommended by: Emma O'Campo, MD, 7/21/08).*

- Podiatry Services:   4 X / year: $75-$100/visit for complicated visit. *(Recommended by: Emma O'Campo, MD, 7/21/08).*

- Ophthalmologist:   Yearly evaluations recommended $100-$140/visit. *(Recommended by: Christine Callahan, MD, Ophthalmologist and Emma O'Campo, MD, 7/21/08).*

**Health-Strength Maintenance/Recreation:**
- Connie should participate in a wellness program as recommended for general health guidelines; no costs provided in this Plan.   She is restricted due to her previous pain complaints.

# Conclusions

Careful consideration has been given to all the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to diabetes.   The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications.   The following list of complications related to diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

## COMPLICATIONS OF DIABETES

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly.   Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients.   Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth.   Gingivitis, another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.
- Skin complications can affect all areas of a diabetic patients body. Bacterial infections and fungal infections are common.   Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs. Diabetic blisters are rare.   Keeping blood sugar under control can control most skin conditions associated with diabetes.
- Depression – studies indicate that while most people with diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
  1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
  2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work.  Skin can become very dry and damaged due to the side effects of diabetes.
  3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.
  4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation.  Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also increase the risk of hardened blood vessels.  The problems associated with poor circulation can also lead to amputation.

- Eye complications include:
  1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.
  2. Cataracts – people with diabetes are 60% more likely to develop cataracts.
  3. Nonproliferative Retinopathy –as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.
  4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage.  Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with diabetes.  Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease.  Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.
- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.
- Focal Neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.

- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients. Nerve damage, tingling, numbness and pain are all associated with this.
- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner. This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach. Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.
- Ketoacidosis – while rarely occurring in people with type 2 diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body. This can result in coma and/or death.
- Cardiovascular Disease and stroke account for an average of 65 - 70% of deaths in people with diabetes. Mortality is much greater in women with diabetes than men.
- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to diabetes. High cholesterol requires consistent care to avoid vascular events in diabetic patients.
- Kidney Disease or Nephropathy – diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood. In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure.
- Peripheral Arterial Disease – atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease. In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

## COSTS OF DIABETES

In 2007, the average cost of medical expenditures for the diabetic patient is $11,744 per year, with $6,649 of that being attributed to diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes). People with diagnosed diabetes, on average, have medical expenditures that are ~ 2-3 times higher than what expenditures would be in the absence of diabetes. Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion). *(Economic Costs of Diabetes in the U.S. in 2007)*

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population <u>With At Least One Medical Event For Diabetes</u>:  (Annual)

**All medical care**
- o   All adults:  $10,092
- o   Ages 45-64: $9,169
- o   Ages 65 +:  $12,238

[Expenditures for all types of care]

**All office care**
- o   All adults:  $1,506
- o   Ages 45-64: $1,488
- o   Ages 65 +:  $1,623

[Expenditures are for all office-based medical provider care]

**All prescription medications**
- o   All adults:  $2,798
- o   Ages 45-64: $2,912
- o   Ages 65 +:  $2,876

[Expenditures are for all prescription medicine purchases]

**All hospital care**
- o   All adults:  $4,804
- o   Ages 45-64: $4,165
- o   Ages 65 +:  $6,160

[Expenditures are for all inpatient, outpatient and ER care]

Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population <u>For The Treatment Of Diabetes</u>:  (Annual)

**All diabetic care**
- o   All adults, all diabetes care: $1,714
- o   Ages 45-64:  $1,552
- o   Ages 65 +:  $1,945

[Expenditures for all types of care]

**All prescription medications**
- o   All adults:  $883
- o   Ages 45-64: $974
- o   Ages 65 +:  $775

[Expenditures are for all prescription medicine purchases]

*Source: Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

Paul M. Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

## SOURCES

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al. "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.*  Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes". *American Diabetes Association/American College of Cardiology.*  Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes". *American Diabetes Association/American College of Cardiology.*  Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association/American College of Cardiology.*  Issue 3; Diabetes & Cardiovascular Disease Review; Alexandria,VA.

"Peripheral Arterial Disease in Diabetes". *American Diabetes Association/American College of Cardiology.*  Issue 6; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

## Schedule A

### Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
### Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
### Plaintiff Referrals

**Non-Catastrophic Injury Cases:**  Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:**   Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
    - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
    - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
    - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
    - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
    - Medication Costs
    - Supplies/Equipment Costs (specific to patient needs/requirements)
    - Collateral Source Research (determination of appropriate government funding to be used in the report)
    - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

## Medical Records Review: (All at $300/hour)
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

## Miscellaneous:
- Correspondence
- Staffing
- Telephone calls required

## Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

## Testimony:
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

## Miscellaneous:
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

## PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### Paul M. Deutsch & Associates, P.A.

* Board Certified Rehabilitation Counselor
* Board Certified Life Care Planner
* Board Certified Case Manager
* Catastrophic Case Management
* Fellow of the International Academy of Life Care Planners
* Professional Training/Teaching
* Curriculum Development/Consultation
* Research
* Software Development
* Patient and Family Education
* Consultation
* Licensed Mental Health Counselor
* Diplomate in Psychotherapy

## EDUCATION

* *Doctor of Philosophy-Admitted through the Department of Rehabilitation Counseling* (Majored in a joint program of **Counseling Psychology** and **Counselor Education.** **Subspecialization-Spinal Cord Injuries**-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

* *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
*Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

* *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

* **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

* Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).

- <u>Life Time Achievement Award-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning,"</u>-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University; The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).
- *E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions*

- *PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida*

- *Rehabilitation Service Administration - Master's Degree – Fellowship*

<u>Professional Interviews as original developer of Life Care Planning:</u>

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


## TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan University Healthcare Pathway's, Life Care Planning Program. Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management Program in the Healthcare Pathways program, scheduled to begin April 2004.

Kaplan University -Curriculum Development for Geriatric Care Management Program in the Healthcare Pathways program, scheduled to begin in the summer of 2004.

FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach in this program: Intelicus/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research Methodology;
        Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference


Professor Clinical Rehabilitation-Louisiana State University Medical Center- November 1996 to 1999). Includes course lectures, continuing education programs, Life Care Planning Clinic development, Life Care Planning software and database development and publications.

FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)- Rehabilitation Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in the Masters Program.

## SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)

- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour workshops presented for the University of Florida/MediPro's certificate program in Life Care Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

* International Conference on Life Care Planning- Atlanta 2006
* International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
* IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
* International Life Care Planning Conference-San Francisco-September 2005
* International Life Care Planning Conference-New Orleans-October, 2004
* International Association of Rehabilitation Professionals-Arizona-May,2004
* Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
* I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
* Introduction to Life Care Planning
* Basic Tenets and Methodology of Life Care Planning
* Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

* Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
* Aging with Catastrophic Disability-Int'l LCP Conf. '03
* The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
* Medicare Set-Aside Trusts-New Orleans-June 2003
* Medical Errors (For the Mental Health Mental Health Counselor)
* Domestic Abuse (Requirement for Mental Health Licensure)
* National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
* Life Care Planning Summit 2002
* Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
* Life Care Planning Summit 2000
* Annual Life Care Planning Conference New Orleans October 1999
* Annual Life Care Planning Conference New Orleans October 1998
* AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
* The International Brain Injury Symposium - New Orleans, LA (3/1991)
* National Head Injury Foundation - Chicago, IL (12/1989)
* Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
* First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

**PAUL M. DEUTSCH & ASSOCIATES, P.A.**                    *Orlando, Florida*
                                                          *6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

*Foundation for Life Care Planning Research Inc.*          *Orlando, Florida*
                                                          *11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group. The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission. The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN. Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

*Learning Applications Inc.*                              *Orlando, Florida*
                                                          *1991- 2000*

A research and development company responsible for developing Media Matrix, a multi-media, computer based tutorial system. The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education. The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

**FAIRVIEW SHORES**                                       *Orlando, Florida*
*Staff Rehabilitation Counselor/Mental Health Counselor*   *6/1988 - 01/96*

6

Long-term Supported Living Program for the Head Injured.  Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

**PAUL M. DEUTSCH PRESS, INC.**                        *Orlando, Florida*
*Owner/Chairman*                                       *(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

**REHABILITATION TRAINING INSTITUTE**                  *Orlando, Florida*
*Continuing Education/Training*                         *1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

**THE HEAD INJURY REHABILITATION CENTER, INC.**        *Orlando, Florida*
*Co-Director*                                          *1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation.  Also involved in development of a transitional employment program and placement of the brain injured.  Includes responsibility for individual and group therapy as well as case management.

**THE CENTER FOR REHABILITATION, INC.**                *Orlando, Florida*
*Director/Rehabilitation Counselor*                    *1977 - 1980*

Responsible for general coordination and administrative duties.   Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs.  Also responsible for counseling in both group and individual settings.  Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

**REHABILITATION RESOURCES, INC.**                     *Orlando, Florida*
*Rehabilitation Specialist*                            *1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals.    Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

**DIVISION OF VOCATIONAL REHABILITATION**              *Orlando, Florida*
*Counselor II*                                         *1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center. Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

**VETERAN'S ADMINISTRATION HOSPITAL**                  *Gainesville, Florida*
*Psychology Technician*                                *1971 - 1972*


**CONSULTANT WORK**

- University of Florida-Curriculum Development.  Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program.  All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR.  This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning.  Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting  The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide.  PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2, Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation. Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997. (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation. Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning. (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation. (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center. (Inaugural issue of Journal of Forensic Vocational Analysis).

9

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endificence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy. The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning: Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2 pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263). Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements", Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M., "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook, Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas), Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation: Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile:  Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties. In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research. A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.: "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

- American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change. This includes establishing procedures for redesigning the certification exam and strengthening the certification process. Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process. Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work. Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work. Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration. Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force. Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research. Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.


## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada, 2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
    Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA.   Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases.   California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma.   California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation.   1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning. 15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics.   American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning.   Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management.  Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans.  American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues.  The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury.  Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going.  NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony.  The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony.  American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients.  University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation.  Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning.   Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury.  Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury.  Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.  Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury.  Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning.  University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice.  The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury. New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation.   The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury. Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics. Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management. GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning.   AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning.  International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination. New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning. Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation. Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning. New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation. University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning.  University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases.  American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional.  National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional. American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning.  American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication.  American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning.  Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation.   Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation. Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).*

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

* Mental Health Counseling as defined under Chapter 491: State of Florida:

    (9)    The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development.   Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

    (a)    Mental health counseling treatment includes, but is not limited to:

        1.    Counseling
        2.    Psychotherapy
        3.    Behavior modification
        4.    Consultation
        5.    Client advocacy
        6.    Crisis intervention
        7.    Providing needed information and education to clients.