# NF TAB 5

# LINDA GUINN

### JULY 30, 2008

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ~ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Linda C. Guinn** |
| **DATE OF EVALUATION:** | **7/14/08** |
| **DATE REPORT INITIATED:** | **7/17/08** |
| **REPORT FINALIZED:** | **7/30/08** |

Linda C. Guinn is a 60 year old Caucasian female seen for evaluation in the office. She was driven to the evaluation by her son, Chris. Linda was alone during the clinical interview, but accompanied by Chris during the intake portion. Her attorney, Buffy Martines, referred Linda for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of Diabetes type II, and to determine the economic consequences of the Diabetes into the future. There will be no loss of earnings discussed in this report, as Linda was unemployed and retired on disability prior to the development of the diabetes.

## Demographic Information:

**Client Name:** Linda C. Guinn; **Social Security #** REDACTED **Address:** REDACTED **County:** Brevard; **Closest Metro Area:** Melbourne; **Phone:** REDACTED **Birthdate:** 12/24/47; **Age:** 60; **Sex:** Female; **Race:** Caucasian; **Marital Status:** Widowed; **Birthplace:** Miami, FL; **Citizen:** Yes; **Elementary/Secondary Education:** Elementary and High School Diploma in Miami; **Employer at time of injury:** She is on disability/SSI for Epilepsy; **Position/Grade:** Last worked approximately 29 years ago as legal secretary; **Bilingual:** No; **Glasses:** Both; **Dominant Hand:** Right see limitations.; **Height:** 5'6"; **Weight (present):** 195 lbs.#; **Weight (pre-injury):** 155 lbs.#; **Date of Onset:** 2/6/06.

**History:** Linda indicates she was diagnosed with Type II Diabetes in 2006. She used Seroquel from 2001 - 2007. Linda notes she was prescribed Seroquel after she had, *"a nervous breakdown. I was talking out of my head. I was depressed, anxious and nervous. I was diagnosed with schizophrenia. I was hospitalized in Miami. This was in 2001. I was in the hospital for two weeks. I was on several drugs but I do not remember them all. At this time I am off the Seroquel. I am on Geodon for depression along with Effexor. I think I am doing alright but it is hard. Every day is a little bit of a battle. When they told me I had Diabetes I was scared. I began putting on weight and this scared me and upset me. For me it was very hard trying to manage the Diabetes and this is not what I wanted for myself."*

**Loss of Consciousness or Altered State of Consciousness:** No.

**Length of Unconsciousness or of Altered State:** N/A.

**Independent Recall:** She remembers more recent details well. She is a fair historian for events but the further back to 2001 we went, the more difficult it was for her to recall specific details.

**Rehabilitation Program(s) [In/Outpatient Since Injury]:**
In 2006 or 2007, when she was diagnosed with Diabetes, the hospital referred her to a training program for diabetes management but she cannot recall where she went or the name of the program. Wuesthoff Hospital made the referral but she simply cannot recall any further detail. *"I called around down there and cannot get any further specific information. I do recall I went to a dietician for the information and training. Everything she covered was accompished in a day."*

**Prior Medical History:**
- Diagnosed with epilepsy in 1988
- *"Psychiatric breakdown"* – depression
- Bipolar Disorder
- Schizophrenia
- Heel problems
- Hyperglycemia
- Hyperlipidemia
- Obesity
- Back pain
- Neurofibroma
- History of two laminectomies and removal of a small tumor in the spinal cord in 2006. *"I am happy with the results but I still have some of the problems"*.
- Left total knee replacement 2007 in April. Good recovery. No longer has knee pain.
- Her left shoulder was causing pain but she reports she no longer is having problems with this.
- Fractured right hip and right femur. Surgical repair with a plate in both to secure fractures, (20 yrs ago).
- Hysterectomy approximately 1988.
- Tonsilectomy as child.
- Gall Bladder removed in approximately 2003.
- Under the care of a psychiatrist starting in 1976 or 1977. She has been under the care of a psychiatrist since that time. After moving to Melbourne she began working with Circles of Care for treatment.
- As school student she indicates no diagnosis of learning problems, ADD or ADHD.

# Chief Complaint(s)

## Current Disability

**Disabling Problems:** **(By client/family history and report. No physical examination occurred).**

Linda: *"I was diagnosed with Diabetes in 2007. I had symptoms that were showing up including feeling ackward, changes in my personality and feeling that something was wrong. The doctor ran tests and determined I had Diabetes. Dr. Rosey made the diagnosis. Dr. Rosey is no longer in Melbourne. Initially she sent me to an endocronologist, (Dr. Sikhia Dhruv). Dr. Dhruv put me on Metformin and Byetta. Every time I gave myself a shot I would throw everything up so although I have tried Byetta several different times I finally had to go off of it. She then had me on just Metformin but I was getting sick so she switched me to the Glipizide. This was working so I stayed on this and remain on the Glipizide today. I take 5 mg two times per day now."*

Linda is not reporting any numbness or tingling in her hands, fingers, feet or toes. She has a dry mouth which she states is chronic and present all of the time. She states that while this dry mouth symptom appeared after the diagnosis of Diabetes, it may be related to other prescribed medication changes. (Research shows Cogentin, one of her prescribed psychotropic medications, has a side effect of dry mouth). She is edentulous having both upper and lower dentures (this pre-existed the Diabetes). She is complaining of short-term memory loss but is unsure if it is related to the diabetes.

She is not seeing a podiatrist. She does not report any problems with her feet but she notes if she cuts herself she is very slow healing.

Right hand tremors of unknown etiology.

**Anticipated Treatments**: *"I am scheduled for a blood draw for my PCP to check on my diabetes, (A1C). Nothing else is scheduled."* She has blood testing every three months.

## Psychosocial Issues

**Patient:** See earlier note. She expresses increased anxiety, depression and worry related to Diabetes onset. *"I check my blood sugar three times a day and I feel like just keeping up with the Diabetes is a major addition to my life. Having the blood sugar tested, bringing home a jug to store urine to take back to Quest for them to test, managing the medications are all major intrusions in my life. They are a constant reminder of the diabetes and it makes me worry alot. I also have to completely change my food intake."*

**Family, Emotional Impact on Spouse/Children:**  Her 30 year old son resides with her.  He tends to be very nervous about medical issues and apparently he has become somewhat obsessive in worrying about her and is constantly reminding her to check her sugar and watch her diet.

# Physical Limitations

**Loss of Tactile Sensation:**  Linda has full sensation in all extremities.  She does indicate she has had some dry skin issues on the back and the bottoms of the heels when the skin dries and cracks, making walking difficult.  She manages this by wearing shoes and using thick lotion.

**Reach:**  She reports tremors in her right hand but no etiology or diagnosis.

**Lift:**  She has had back surgery so her limitation on lifting is ten pounds.

**Prehensile/Grip:**  Right hand tremors of unknown etiology.

**Sitting:**  Limitations due to back problems.

**Standing:**  Limitations due to back problems.

**Walking/Gait:**   Normal gait but, *"I wear out quickly due to my back problems".*

**Bend/Twist:**  Limitations due to back problems.

**Kneel:**  Not functional due to back and multiple orthopedic issues.

**Stoop/Squat:**  Not functional due to back and multiple orthopedic issues.

**Climb:**  Not functional due to back and multiple orthopedic issues.

**Balance:**  Fair but not limited due to Diabetic condition.

**Breathing:**  No dyspnea.

**Headaches:**  Denies

**Vision:**  Intact with glasses.  No diagnosis of eye problems due to Diabetes.  She notes she is having some blurry vision.  She was checked almost a year ago and she is not aware of having any problems.  She indicates she needs to make another appointment soon.

**Hearing:**  Intact.

**Driving:**  Does drive and holds a valid driver's license.

**Physical Stamina (average daily need for rest or reclining):**  Poor to fair stamina and endurance.

# Environmental Influences

**Problems on exposure to:**

**Air Conditioning:**  No

**Heat:**  Yes.  Bothers her but unsure if it effects her Diabetes.

**Cold:**  No

**Wet/Humid:**  No

**Sudden Changes:**  No

**Fumes:**  No

**Noise:**  No

**Stress:**  Yes

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---|---|---|---|---|---|
| Circles of Care | Psychiatry | 321 676-6650 | 321 676-6652 | | |
| Drs.: R. Vernice Radin, Jose Alvarez, Librada Porciuncula. **(She was seeing these physicians before the diagnosis of diabetes).** Melbourne, FL | | | | Psychiatric Treatment | |
| Medical Associates of Brevard | Endo-crinology | 321 309-9000 | 321 728-7469 | /3-6 months | |
| Drs. Nikhita Dhruv, Rajesh DeSai, Gadodia    Treating for diabetes Melbourne, FL **(New physician for Diabetes only)** | | | | | |
| Dr. Andreanos Jordanoopoulls Melbourne, FL   **(New physician for diabetes)** | Ophthal-mology | 321 768-9225 | 321 953-2844 | 1/year | 9/07 |

Medications:  Some were needed pre onset of Diabetes and some post onset of diabetes.

| Medication | Strength | Tablets Day | Purpose | Rx By: |
|---|---|---|---|---|
| Simvastatin (PRE) | 40 mg | 1 | Cholesterol | |
| Glipizide ER (POST) | 5 mg | 2 | Diabetes | Dhruv |
| Geodon (PRE) | 60 mg | 2 | Antipsychotic | |
| Gabapentin (PRE) | 400 mg | 3 | Back Pain | |
| Doxepin (PRE) | 50 mg | 2 | Antipsychotic | |
| Meloxicam (PRE) | 7.5 mg | 2 | Anti-Inflammatory | |
| Benicar (PRE) | 40 mg | 1/day | Blood Pressure | |
| Effexor XR (PRE) | 150 mg | 2/day | Antipsychotic | |
| Cogentin (PRE) | 0.5 mg | PRN | Antipsychotic | |
| Lortab (PRE) | 5.500 | PRN | Pain | |
| Effexor XR (PRE) | 150 mg | 2/day | Depression | |
| Cogentin (PRE) | 0.5 mg | PRN | Blood Pressure | |
| Benicar (PRE) | 40 mg | 1/day | Blood Pressure | |

**Additional Medications/Notes:**
Benicar 40 mg x 1 (PRE - Blood Pressure)
Effexor XR 150 mg x 2 (PRE)
Cogentin 0.5 mg as needed (PRE)
Lortab 5-500 mg as needed (PRE)

**Drugstore and  Phone Number:**
Circles of Care  321 952-6000
CVS  321 733-5103

**Assistive Devices:**
- Finger lancets 1 each time, 2-3 X / day
- Blood Sugar level tester: Asencia (purchased at time of diagnosis)
- Alcohol wipes
- Kleenex

She is not taking any medication via injection now, only oral meds.

# Medical Summary

**LINDA GUINN**
**D.O.B.: 12/24/47**
**D.O.O.: 2/6/06**
**Date of Medical Summary: 7/18/08**

Linda is a 60 year old female who indicates she developed Diabetes Mellitus after taking the drug Seroquel.

**FLORIDA DIAGNOSTIC IMAGING, INC.: 2/9/06; 5/15/06; 9/27/07**

**Florida Diagnostic Imaging, Inc.: 2/9/06**
Bone density DEXA scan Impression:
- Normal bone density in the total hip and mild osteopenia in the lumbar spine.  Nutritional supplements as well as regular weight bearing exercise program recommended.  Re-evaluation in 24 months.

**Florida Diagnostic Imaging, Inc.: 5/15/06**
Negative chest x-ray.

**Florida Diagnostic Imaging, Inc.: 9/27/07**
Bilateral Mammography Impression:
- No suspicion for malignant criteria.

**QUALITY MEDICAL CARE: 2/15/06 – 4/10/08  (Progress Notes)**

**Quality Medical Care: 2/20/06**
Linda had diagnosis of Diabetes Mellitus (DM) with a fasting blood sugar of 126.  She was taking Metformin and feeling better.

**Quality Medical Care: 4/21/06**
Linda had a right hip replacement in the past and had a screw and plate in her hip.  She had a recent diagnosis of DM and was seeing Dr. Dhruv, an endocrinologist.  She had received diabetic education and was taking Metformin and Byetta injections.  She was taking Seroquel daily.

**Quality Medical Care: 6/19/06**
Linda's fasting blood sugars ranged about 125.  She was told that Seroquel caused her diabetes and was slowly being weaned off of it.

**Quality Medical Care: 7/24/06**
Assessment:  Severe degenerative disk disease at L4-5.

**Quality Medical Care: 10/23/06**
Linda had a seizure in April of 2005; she never had seizures before. Records indicated that she did, in fact, have a history of seizures. Examiner would not go into medical legalities around this issue but did recommend an EEG.

**Quality Medical Care: 11/20/06**
Linda was seen for urinary urgency. Examiner explained this could be due to uncontrolled diabetes and she needed to check her blood sugar often. She was still taking Seroquel and was on Byetta and Glipizide for her diabetes.

**Quality Medical Care: 1/4/07**
Linda had an underlying seizure disorder but had not had any seizures for 18 months. A letter was requested testifying to that. She had underlying diabetes and hypertension. She was on Neurontin 400 mg three times daily.

**Quality Medical Care: 2/22/07**
Linda had degenerative joint disease of the left knee and was scheduled for left knee repair on 3/12/07.

**Quality Medical Care: 4/16/07**
Linda had an aneurysm in her left femoral artery that was fixed two months prior.

**Quality Medical Care: 10/18/07**
Linda was strongly advised to follow up with Dr. Dhruv, lose weight, and continue taking the Byetta.

**Quality Medical Care: 2/6/08**
Linda had a biopsy of a rash on her left temporal area that came back as discoid lupus. She was to follow up with Dr. Spalding.

**Quality Medical Care: 4/10/08**
Linda's fasting blood sugar was 205 but her A1C was 6.5. Examiner increased her Glipizide ER to 5 mg twice daily. Current medications included:
- Gabapentin 400 mg, three times daily
- Benicar 20 mg daily
- Simvastatin 40 mg daily
- Lortab 10/500 mg one tablet every 8 hours when needed for pain
- Byetta injection 50 mg subcutaneously twice daily
- Glipizide ER 5 mg, twice daily
- Meloxicam 7.5 mg daily
- Plaquenil daily

**MEDICAL ASSOCIATES OF BREVARD: 2/21/06 – 8/1/07**

**Medical Associates of Brevard: 2/21/06**
Linda had been newly diagnosed with diabetes. Past surgical history was significant for spinal surgery, colonoscopy, hip surgery, femur fracture on the

right, hysterectomy and back surgery 4/05. She was taking Seroquel 200 mg, three times a day and Metformin 500 mg daily. Her blood sugars ranged from 80-110. She was having a hard time losing weight and Byetta was recommended.

**Medical Associates of Brevard: 4/18/06**
Linda's blood sugar was in the 120 range. Examiner increased Byetta to 10 mcg twice daily and she was educated regarding carbohydrate counting and dietary modifications. Ophthalmologic exam was recommended as well.

**Medical Associates of Brevard: 5/11/06**
Linda had stopped checking her blood sugars and stopped taking Byetta secondary to nausea. Examiner switched her to Glucotrol XL 2.5 mg twice daily.

**Medical Associates of Brevard: 6/28/06**
Linda was still not checking her blood sugars. She had been started back on Byetta 5 mg, twice daily. Her fasting blood sugar was 89. She had marked improvement in glycemic control and had lost 5 lbs. since her last visit.

**Medical Associates of Brevard: 8/1/07**
Linda was not checking her blood sugars. She had gained 12 lbs. since her last visit. Examiner noted she had extremely poor glycemic control and had again stopped taking the Byetta. Examiner restarted it and again educated her on dietary modifications.

**PALM BAY COMMUNITY HOSPITAL: 3/6/06 – 3/19/07**

**Palm Bay Community Hospital: 3/6/06**
Linda was seen for right hip pain. X-rays were negative. Diagnosis: Sciatica joint pain.

**Palm Bay Community Hospital: 5/19/06**
Linda was seen for left flank pain. She had a history of diabetes. CT scan showed renal cysts. Impression: Back pain.

**Palm Bay Community Hospital: 3/19/07**
Linda was seen for an allergic reaction.

**HOLMES REGIONAL MEDICAL CENTER: 3/6/06 – 4/27/07**

**Holmes Regional Medical Center: 3/6/06**
Lumbar spine X-ray Impression:
- Screw present lying parallel to the plate in the right hip.

**Holmes Regional Medical Center: 5/19/06**
CT pelvis Impression:
- No acute upper abdominal or pelvic pathology seen.
- Paralytic cysts are seen in both kidneys.

**Holmes Regional Medical Center:  8/25/06**
MRI left knee.  Impression:  Paralytic cysts are seen in both kidneys.

**Holmes Regional Medical Center:  3/13/07**
Linda underwent a left cardiac catheterization.  Impression:
- No significant epicardial coronary disease
- Circumflex dominant artery
- Preserved left ventricular systolic and diastolic function
- Hypertensive disease without renal artery stenosis.

**Holmes Regional Medical Center:  4/23/07 – 4/27/07**
Linda underwent a total left knee arthroplasty.  She began PT the first day postoperatively and made slow progress.  She maintained DVT prophylaxis. She was discharged to rehab on 4/27/07.  Discharge Diagnoses:

- Hypertension
- Mitral valve prolapse
- Diabetes
- Osteoporosis
- Hyperlipidemia
- Obesity
- Bipolar Disorder
- Postoperative anemia

**NEURO IMAGING INSTITUTES:  5/16/06; 6/8/06**

**Neuro Imaging Institutes:  5/16/06**
Lumbar spine MRI Impression:

- Prior bilateral laminectomy L1-2 with retrolisthesis of L1 on L2 as well as mild pseudo-bulging and severe bilateral neural foraminal encroachment
- Diffuse disc bulge mild, L2-3
- Moderate degenerative disc disease L4-5 with moderate disc bulging
- Severe bilateral neural foraminal encroachment L4-5 and moderate L5-S1

**Neuro Imaging Institutes:  6/8/06**
Lumbar spine MRI Impression:

- Prior bilateral laminectomy at L1-2 with grade-1 retrolisthesis L1 and L2 and moderate recurrent or residual central-right paracentral herniated nucleus pulposus.  There was resultant borderline stenosis.
- Old mild wedge compression fracture at L1
- Mild disc bulging at L4-5, L3-4 and L2-3
- Mild disc bulging at T12-L1

**WUESTHOFF HEALTH SYSTEM:  7/6/06 – 3/1/07**

**Wuesthoff Health System:  7/6/06**
Bone Scan Whole Body Impression:
- Solitary hypermetabolic lesion, probably T11 rib on the left had not changed.

**Wuesthoff Health System:  7/28/06**
Pulmonary function test Impression:
- Moderate obstructive lung dysfunction.

**Wuesthoff Health System:  12/1/07**
Left hip series Impression:
- No acute bony abnormality

**Wuesthoff Health System:  3/1/07**
Nuclear stress test Impression:
- Suspicious for mild anterior wall ischemia.  Normal ejection fraction.

**CIRCLES OF CARE, INC:  7/7/06 – 6/14/07**

**Circles of Care, Inc:  7/7/06**
Linda was gradually being switched from Seroquel to Abilify, which she was tolerating well.  Diagnosis:

| AXIS I: | Bipolar Affective Disorder, Type 1 |
| AXIS II: | Dependent Traits |
| AXIS III: | Epilepsy, chronic back pain, obesity |

**Circles of Care, Inc:  9/15/06**
Linda had developed Diabetes and weight gain.

**Circles of Care, Inc:  10/13/06**
Linda was placed on Klonopin for Seroquel withdrawal.  She was unable to tolerate the decrease of Seroquel from 200 mg to 100 mg.  She was to continue taking the Seroquel 100 mg at bedtime.

**Circles of Care, Inc:  2/22/07**
Linda was completely off the Seroquel and was on Abilify. She was scheduled for a knee replacement in one month.

**Circles of Care, Inc:  4/19/07**
Cardiac catheterization, which she reported, showed an aneurysm. Diagnosis:

| AXIS I: | Bipolar Affective Disorder, Type I |
| AXIS : | Dependent Personality Traits |
| AXIS III: | Epilepsy, chronic back problems, back pain, obesity, cardiac condition, knee replacement next month |

**Circles of Care, Inc: 6/14/07**
Linda recently had her knee replacement.

**ATLANTIC ORTHOPAEDIC GROUP: 8/15/06 – 6/14/07**

**Atlantic Orthopaedic Group: 8/15/06**
Linda possibly had medial meniscus tear.

**Atlantic Orthopaedic Group: 10/5/06**
Follow up post knee arthroscopy. Linda was doing well and now complained of right shoulder pain. Examiner thought she might have a rotator cuff impingement and offered PT and possible surgical intervention.

**Atlantic Orthopaedic Group: 10/27/06**
Linda still had pain in her knee and she understood it might require additional surgery in the future due to underlying arthritis.

**Atlantic Orthopaedic Group: 5/3/07**
Linda was progressing well and was using a walker for safety and balance.

**HEALTHSOUTH MELBOURNE SURGERY CENTER: 9/22/06**
(Incomplete Records). Linda underwent a partial medial meniscectomy for a tear in her left knee. She tolerated procedure well and was to start PT.

**CORA REHABILITATION: 9/22/06 – 9/28/06; 5/24/07 – 7/10/07**

**Cora Rehabilitation: 9/22/06 – 9/28/06**
Linda was scheduled for PT services but was discharged due to non attendance.

**Cora Rehabilitation: 5/24/07 – 7/10/07**
Linda attended 5/7 sessions and met no goals. She was discharged due to non-attendance and had not been to a session since 6/12/07.

**CRONIN, TERRANCE M.D.: 10/2/06 – 1/21/08**

**Cronin, Terrance M.D.: 10/2/06**
(Limited Records). Linda probably had Discoid Lupus Erythema (*Discoid lupus erythematosus (DLE) is a chronic skin condition of sores with inflammation and scarring favoring the face, ears, and scalp and at times on other body areas*).

**Cronin, Terrance M.D.: 8/30/07**
Linda had a lesion on the left side of her face which examiner thought to be discoid lupus. She was given antibiotics.

**Cronin, Terrance M.D.: 10/8/07**
No changes in lesion.

**Cronin, Terrance M.D.: 1/21/08**
Linda's discoid lupus was getting worse and she needed to see a rheumatologist. She also needed to see an ophthalmologist.

**COASTLINE IMAGING: 10/17/06**
Right shoulder MRI Impression:
- Mild tendinopathy of supraspinatus and infraspinatus without rotator cuff tear of fluid collections
- Mild hypertrophy of the acromioclavicular joint with undersurface spurring
- Subtle glenohumeral degenerative change particularly affecting the glenoid where there was a subchondral cyst, less so the humeral head. There was a small effusion but no loose body.
- Intact labrum.

**PAST MEDICAL HISTORY**

**NORTHWEST DADE COMMUNITY MENTAL HEALTH CENTER, INC: 8/12/87**
(Incomplete Records)   Linda was in a program to maintain psychiatric stability. Impression:

AXIS I:        Major Depression
AXIS II:       Independent Personality Disorder

**KOTZEN, STEPHEN M.D.: 5/13/98**
Evaluation for Disability Determination revealed:
- Seizure Disorder, Grand Mal Type
- Depression, Moderate

**SINGER, RICHARD M.D.: 11/11/99**
Linda was seen for evaluation of her headaches. She reported head injury at the age of 32 after being in a coma for nine days. Examiner recommended starting Depakote. Impression:
- Seizure disorder by history
- Migraine without aura
- Heavy smoking

**PABLOS, CARLOS M.D.: 1/19/00 – 10/15/01**
(Illegible Records). Linda was seen for her general medical complaints including but not limited to chronic pain and hypertension.

**PALMETTO GENERAL HOSPITAL: 4/29/02 – 5/10/02**
Linda was brought in by family members for confusion, combativeness and restlessness. In the emergency room, she was agitated, hallucinating and had a paranoid type attitude. She had tested positive for marijuana. She was medically cleared and admitted to the psychiatric floor on 5/3/02.

According to medical records, she had a suicide attempt prior to admission that she did not remember and had been abusing marijuana. She was started on Seroquel 100 mg twice daily and it was increased to 200 mg twice daily. Her delusions and hallucinations went away with the medication and on 5/10/02 she was stable enough to be discharged. Discharge Diagnoses:

- Drug overdose
- Rule out suicidal ideation
- History of schizophrenia
- History of recreational drug use
- History of seizure disorder

**RAGSDALE, DENNY M.D.: 6/19/02 – 2/11/05**
Linda was seen for general medical issues including but not limited to; Seizure disorder, GERD (gastroesophageal reflux disease), depression, asthma, arthritis, osteoporosis, chronic pain and sciatica. Progress note on 11/12/03 indicates she was undergoing PT and epidural steroid injections with moderate relief for her chronic degenerative disc disease pain. Progress note dated 12/4/03 indicates she had chronic peripheral neuropathy and possible cardiomegaly. Progress note dated 2/4/04 indicates a history of hypercholesteremia. Progress note dated 2/11/05 indicates she had an intrathecal lesion on L2, being followed by neurosurgeon, degenerative disc disease at L4-5, exogenous obesity, hypertension and hypercholesteremia.

**CIRCLES OF CARE, INC: 8/15/02 – 1/2/06**
Linda was seen for continued psychiatric care and management. Evaluation on 8/15/02 revealed no medical history of Diabetes. She was taking Seroquel 200 mg twice daily and 400 mg at bedtime.

**Circles of Care: 11/21/02**
Linda denied any side effects from the Seroquel.

**Circles of Care: 5/5/03**
Linda was walking with a cane but stated that whatever she did to her leg happened before the recent accident.

**Circles of Care: 1/2/06**
Last progress note revealed a diagnosis of:

AXIS I:      Bipolar Affective Disorder, Type 1
AXIS II:     Dependent Personality Traits
AXIS III:    Epilepsy, chronic back pain and obesity

**TINSLEY, ROBERT DPM: 11/11/02; 12/4/02; 2/2/03; 11/10/03**

**Tinsley, Robert DPM: 11/11/02**
Linda was seen for evaluation of cracked painful heels for a number of years.

<u>She was currently being evaluated for suspected Diabetes</u>.   Diagnosis: Painful heel fissures, mycotic-infected toenails, capsulitis right 1st and 5th and left 1st and 4th metatarsal phalangeal joints.

**Tinsley, Robert DPM:  12/4/02**
Skin fissures had improved significantly since using Carmol 40 cream.

**Tinsley, Robert DPM:  2/2/03**
Linda was complaining of pain across the ball of the right foot and thick, deformed toenails.  Carmol cream was prescribed.

**Tinsley, Robert DPM:  11/10/03**
Linda was complaining of right forefoot pain and a painful ingrown right toenail.  She had it for 8 months.  She also had fungus-infected toenails. Examiner suggested serial injections of alcohol for neurolytic injections. Diagnosis:
- Painful Morton neuroma right third interspace, ingrown right great toenail lateral border and fungus-infected toenails, skin fissures bilateral heels.

**FLORIDA DIAGNOSTIC IMAGING, INC.:  3/26/03 – 1/6/06**

**Florida Diagnostic Imaging, Inc.:  3/26/03**
Carotid Ultrasound with Doppler Imaging revealed no evidence of significant hemodynamic stenosis.

**Florida Diagnostic Imaging, Inc.:  6/12/03**
Nuclear bone scan of bilateral hips was negative.

**Florida Diagnostic Imaging, Inc.:  8/29/03**
Renal Ultrasound Impression:
- Slight increased cortical lobulation left kidney compared to the right with slight decrease in the cortical pelvic ratio possibly related to old cortical scar formation.
- No mass, calculi, or definite cysts were seen in either kidney.
- Slight asymmetrical fullness right renal pelvis more likely related to anatomical variant rather then minimal obstructive hydronephrosis

**Florida Diagnostic Imaging, Inc.:  8/23/04**
Lumbar spine MRI Impression:
- Left paracentral disc protrusion, T11-12 with cephalad extension of the disc as described
- Evidence for central extruded disc from the L1-2 with cephalad extension of at least 6 mm
- Degenerative spondylotic changes, L4-5 with some asymmetry of the disc causing some effacement of the left L4 perineural fat
- Stable L1 compression fracture
- Small 2.5 mm rounded intermediate intrathecal structure at the level of the upper L2 vertebral body of unknown significance.
- There are bilateral renal cysts again noted.

**Florida Diagnostic Imaging, Inc.: 9/20/04**
Chest X-ray was negative.

**Florida Diagnostic Imaging, Inc.: 11/11/04**
Bilateral mammography was unremarkable.

**Florida Diagnostic Imaging, Inc.: 2/11/05**
Thoracic spine and left ribs x-ray revealed nondisplaced fracture intermediate dating posterior aspect left eleventh rib.

**Florida Diagnostic Imaging, Inc.: 11/17/05**
Right elbow and hand x-ray was negative.

**Florida Diagnostic Imaging, Inc.: 11/29/05**
Bilateral Mammography was unremarkable.

**Florida Diagnostic Imaging, Inc.: 1/6/06**
Left knee x-ray was negative.

**ATLANTIC ORTHOPAEDIC GROUP: 5/27/03 – 8/27/04**
Evaluation on 5/27/03 revealed Linda had severe right hip pain S/P fracture several years prior.

Last note dated 9/18/03 revealed a diagnosis of:
- Degenerative disc disease, L4-5
- L1 compression fracture

**NEURO IMAGING INSTITUTES: 6/19/03 – 4/21/05**

**Neuro Imaging Institutes: 6/19/03**
Lumbar spine MRI Impression:
- Compression fracture involving the L1 vertebral body; appeared old
- Multi-level bulging annuli at the thoracolumbar junction and the lumbar spine with degenerative changes
- Mild spinal canal/neural foraminal stenosis at L4-5 but no nerve root compression
- Multiple bilateral renal cysts, some of which are hemorrhagic

Thoracic spine MRI Impression:
- Mild bulging at T11-12
- Compression fracture of L1
- Right posterior pleural thickening or small effusion

**Neuro Imaging Institutes: 6/27/03**
Cervical spine MRI Impression:
- Cervical spondylosis extending from C3-4 through C7-T1 with osteophyte complexes impinging on the anterior subarachnoid space
- Intensity changes consistent with a tear in the posterior annular fibers at C4-5

**Neuro Imaging Institutes:  8/23/04**
Lumbar spine MRI Impression:
- Stable L1 compression fracture
- Small 2.5 cm rounded intermediate intrathecal structure seen at L2 of unknown significance
- Bilateral renal cyst noted

**Neuro Imaging Institutes:  1/17/05**
Lumbar spine MRI Impression:
- 3mm structure unchanged from 8/23/04
- Disc protrusion with cephalad extrusion at T11-12 and L1-2
- Mild left T12 foraminal narrowing
- Broad annular bulging at L4-5 with lateral extension up to both exiting L4 nerve roots of unknown significance
- Mild bilateral L5 foraminal narrowing

**Neuro Imaging Institutes:  4/21/05**
Brain MRI was unremarkable.

**PALM BAY COMMUNITY HOSPITAL:  11/23/03 – 2/5/05**

**Palm Bay Community Hospital:  11/23/03 – 11/25/03**
Linda was admitted for chest pain.  Discharge Diagnosis:
- Chest pain syndrome
- Back pain
- Osteoporosis
- History of compression fracture
- History of peripheral vascular disease per patient.

**Palm Bay Community Hospital:  3/27/04**
Linda was seen for left flank pain.  Diagnosis:  Acute left flank pain.

**Palm Bay Community Hospital:  2/5/05**
Scalp contusion.  She left before being discharged.

**MEDICAL ASSOICATES OF BREVARD COUNTY:  2/16/04**
Past medical history:
- Chest discomfort
- Hyperlipidemia
- Hypertension
- GERD
- Arthritis
- History of hysterectomy
- Cholecystectomy
- Hip replacement

Linda admitted to worsening eyesight, hearing difficulty, nasal bleeding, lumps in her neck, wheezing, shortness of breath, history of heart murmur, difficulty swallowing, heart burn, stomach pain, constipation, frequent

urination, painful joints, easy bruising, history of seizures, weight gain, fatigue and excessive thirst. She was taking Seroquel 200 mg three times a day.

## HOLMES REGIONAL MEDICAL CENTER: 3/27/04 – 6/14/05

### Holmes Regional Medical Center: 3/27/04
CT Abdomen Impression:
- Splaying of the right renal collecting system.
- 3 mm density posterior to the right urinary bladder

### Holmes Regional Medical Center: 4/6/04
Left shoulder pain - x-rays were negative.

### Holmes Regional Medical Center: 5/12/05 – 5/19/05
Linda underwent an L1-2 lumbar laminectomy with intradural exploration and removal of neurofibroma at L2. Diagnosis: Cauda equina neurofibroma.

### Holmes Regional Medical Center: 6/9/05 – 6/14/05
Diagnoses:
- Status post ERCP (Endoscopic Retrograde Cholangiopancreatography)
- Possible ascites, common bile duct
- Status post cholecystectomy
- Increased liver enzymes
- Anxiety

## PAINE, JONATHAN M.D.: 1/12/05 – 6/28/05

### Paine, Jonathan M.D.: 1/12/05
(Neurosurgery). Linda reported a numbness in her back and left leg S/P fall 2 years ago. Her past medical history was significant for epilepsy.

### Paine, Jonathan M.D.: 2/9/05
Lumbar MRI showed a lesion at L2 consistent with a neurofibroma. She desired surgical removal.

### Paine, Jonathan M.D.: 5/12/05
Linda underwent a L1-2 laminectomy intrathecal resection of tumor.

### Paine, Jonathan M.D.: 6/12/05
Linda was doing well status post surgery. She was now complaining of a history of back pain for 4-5 months with numbness extending into the anterior thigh. Lumbar epidural steroid injections were recommended.

### Paine, Jonathan M.D.: 6/28/05
No new complaints. Ultram, PT and back strengthening were recommended.

**NIAZI, WASIM M.D.:  3/18/05**
EMG/Nerve Conduction Study Impression:
- Evidence of mild right S1 radiculopathy, based upon reflex without any denervation changes in the L5-S1 innervated muscles
- No evidence of polyneuropathy involving the lower extremities
- No evidence of lumbosacral plexopathy on either side.

**QUALITY MEDICAL CARE:  4/4/05 – 2/1/06**
<u>Progress note dated 4/4/05 revealed that Linda requested to be tested for Diabetes Mellitus</u>.  In October, she had Shingles and had increased liver enzymes.  Progress note dated 12/5/05 indicated a history of rheumatoid arthritis, hypertension and osteoarthritis.  Last progress note dated 2/1/06 indicates she had a fasting blood glucose of 166.  <u>Assessment:  Diabetes Mellitus</u>.

**THAREJA, SUBHASH M.D.:  4/4/05; 12/5/05**

**Thareja, Subhash M.D.:  4/4/05; 12/21/05**
Carotid artery ultrasound Impression:
- Bilateral ICA (Internal carotid artery) with probably <30% stenosis
- Antegrade flow in bilateral vertebral arteries

**Thareja, Subhash M.D.:  12/5/05**
Echocardiogram Impression:
- Ejection fraction of 65%
- Endocarditis prophylaxis recommended

**SKIRK, DIANA M.D.:  4/18/05; 4/27/05; 5/9/05**

**Skirk, Diana M.D.:  4/18/05**
Linda was complaining of frequent falls and possible seizures.  She reported that she fell about 3 weeks ago and lost consciousness.  Event was not witnessed by anyone.  She reported a history of generalized tonic clonic seizures at the age of 30 that occurred at least once a month for 15-20 months.  The last seizure was 5-6 years ago.  She was taking Seroquel 200 mg twice daily.  She denied any history of diabetes.  EEG and brain MRI were recommended.  Diagnoses:
- Possible seizure
- History of generalized tonic clonic seizures
- Schizophrenia
- Hypertension
- Mitral valve prolapse
- Arthritis
- Tobacco dependency
- Obesity.

**Skirk, Diana M.D.:  4/27/05**
EEG was normal.

**Skirk, Diana M.D.: 5/9/05**
Linda  had unremarkable MRI of the brain.

## Records Reviewed:

Atlantic Orthopaedic Group: 8/15/06 – 6/14/07; (Pre-Incident) 5/27/03 – 8/27/04
Circles Of Care, Inc: 7/7/06 – 6/14/07; (Pre-Incident) 8/15/02 – 1/2/06
Coastline Imaging: 10/17/06
Cora Rehabilitation: 9/22/06 – 9/28/06; 5/24/07 – 7/10/07
Cronin, Terrance M.D.: 10/2/06 – 1/21/08
CVS Pharmacy Records
Florida Diagnostic Imaging, Inc.: 2/9/06; 5/15/06; 9/27/07; (Pre-Incident) 3/26/03 – 1/6/06
Florida Staywell Health Care Program Records
Healthsouth Melbourne Surgery Center: 9/22/06
Holmes Regional Medical Center: 3/6/06 – 4/27/07; (Pre-Incident) 3/27/04 – 6/14/05
Kotzen, Stephen M.D.: (Pre-Incident) 5/13/98
Medicaid Records
Medical Associates Of Brevard County: 2/21/06 – 8/1/07; (Pre-Incident) 2/16/04
Medical Bills
Neuro Imaging Institutes: 5/16/06; 6/8/06; (Pre-Incident) 6/19/03 – 4/21/05
Niazi, Wasim M.D.: (Pre-Incident) 3/18/05
Northwest Dade Community Mental Health Center, Inc: (Pre-Incident) 8/12/87
Pablos, Carlos M.D.: (Pre-Incident) 1/19/00 – 10/15/01
Paine, Jonathan M.D.: (Pre-Incident) 1/12/05 – 6/28/05
Palm Bay Community Hospital: 3/6/06 – 3/19/07; (Pre-Incident) 11/23/03 – 2/5/05
Palmetto General Hospital: (Pre-Incident) 4/29/02 – 5/10/02
Quality Medical Care: 2/15/06 – 4/10/08; (Pre-Incident) 4/4/05 – 2/1/06
Quest Diagnostic Records
Ragsdale, Denny M.D.: (Pre-Incident) 6/19/02 – 2/11/05
Singer, Richard M.D.: (Pre-Incident) 11/11/99
Skirk, Diana M.D.: (Pre-Incident) 4/18/05; 4/27/05; 5/9/05
Social Security Disability Records
Tinsley, Robert DPM: (Pre-Incident) 11/11/02; 12/4/02; 2/2/03; 11/10/03
Thareja, Subhash M.D.: (Pre-Incident) 4/4/05; 12/5/05
Walgreen's Pharmacy Records
Wuesthoff Health System: 7/6/06 – 3/1/07

# Activities Of Daily Living

## Sleep Pattern

**Sleep Difficulties:**  No changes since the diagnosis of Diabetes.  She does have trouble sleeping due to pre-existing back pain.

## Independence In

**Dressing:** No effect from Diabetes.
**Housework:** Diabetes has not effected her ability to do housework.
**Cooking:** Able to cook.
**Laundry:** Able to do this.
**Yard Work:**  Unable to do because of the heat; she cannot tolerate heat secondary to the Diabetes and the medication she takes for it.  The medication brochure indicates to avoid sun.  She can tend to her flowers, etc. in the morning or evening hours.

# Social Activities

**Organizations Pre/Post:** Not active.
**Volunteer Work Pre/Post:** Not active.
**Socialization Pre/Post:**  Social pre and post. The Diabetes has not effected social life.
**Hobbies (Present):**  Reading, swimming and tending her flower garden; playing Backgammon on the computer.
**Hobbies (Previous):** N/A

# Personal Habits

**Smoking:** 1 pack per day
**Alcohol:** Very little
**Drugs:** Marijuana, 5/02
**History of Abuse and/or Treatment Programs:** Denies

# Socioeconomic Status

**Children:** 1 child, age 30
**Number in Residence:** 4. Lives with mother (age 77), sister (age 58) and son (age 30).
**Type of Residence:** One story.

## Income

**S.S.I. :** Applied for SSI in 2002 for epilepsy

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:** No
**Rehabilitation Nurse:** No
**Other Agency:** No
**Felony Convictions?** No

# Education & Training

**Highest Grade Completed:** 12th Grade
**Last School Attended:** Miami Senior High School-Graduated 1965

# Military Experience

**Branch:** N/A

# Employment History

**Other Work Experience :** She was a legal secretary for approximately 13 years. She stopped working shortly after Chris was born. She has not worked in approximately 28 years.

# Observations

**Orientation:** Alert and oriented x's three.
**Stream of Thought:** Clear and rational.
**Approach Toward Evaluation:** Positive.
**Attitudes/Insight:** Good/fair.
**Appearance:** Multiple diagnosis. Presents well, pleasant.

# Tests Administered

As part of this evaluation, Linda was asked to complete the <u>Minnesota Multiphasic Personality Inventory-2, (MMPI-2)</u>.

On the <u>MMPI-2</u>, a valid profile is obtained based on a review of the validity scales.   Consideration is first given to the VRIN (variable response inconsistency) and TRIN (true response inconsistency) subscale, which uses paired responses of similar and opposite items to measure inconsistencies in response patterns.   An inconsistent response pattern represented by significantly elevated T-scores can invalidate the profile.  In Linda's case, the T-scores are within normal limits.  Next, I evaluated the F, F sub b and F sub p scales, which represent infrequently endorsed items that are sensitive to random and fixed responding.   Again, significantly elevated T-scores can invalidate the <u>MMPI-2</u> results. A new scale, recently added to the profile is the FBS or Fake Bad Scale similar to the combine "fake bad" profile previously used by examining a combination of several validity scales. Linda does not show clinically significant elevations on any of the F scales or the FBS. When looking at the FBS the circumstances of the assessment must be taken into consideration.   For example, any significant physical injuries, chronic illnesses or medical findings that could artificially elevate scores on the FBS as a result of the patient truthfully responding to test questions would effectively reset the normative floor for determining when a patient is "faking bad".  In Linda's case, all her scores are at or below a T-score of 65.

Finally, I reviewed the L, K and S scales.  In this instance, T-scores greater than 79 on the L scale, 75 on the K scale and 70 on the S scale tend to reflect individuals who are demonstrating protocols characterized by a pervasive pattern of nonacquiescence.  This is a pattern often referred to as a "fake good" profile.  The individual is trying to present a better picture of them self than actually exists. Linda's scores do not exceed these parameters therefore, her <u>MMPI-2</u> is considered valid.   There is no evidence of impression management and no indication of either "fake good" or "fake bad" profiles. She shows no indication of malingering in her clinical scales.

On the clinical scale, Linda's scores are clustered about the mean.  She describes herself as being either as psychologically healthy or healthier than the average individual.   She appears to be making use of denial and repression in responding to test questions.  She has a fairly long history of interacting with psychologists and psychiatrist so it is not unusual for her to learn to respond in the fashion she believes might please the examiner, but it is unusual for her to be able to respond to <u>MMPI-2</u> clinical scale questions without raising significant issues within the validity scales of manipulation, denial or repression.  She does show a modest muting in the L and K scales, but it is hard to suggest that this is sufficient to be interpreted as reflecting impression management or a "fake good" profile.

The new Restructured Clinical Scales preserve the valuable descriptive features of the existing Clinical Scales and enhance their distinctiveness. The RC Scales profile constructed a demoralization scale, extracting the general complaint or malaise factor represented to some degree in each of the clinical scales. These scales then go on to identify the major dimensions of eight of the ten clinical scales, excepting scales 5 and 0. The RC scales are the result:

- RCd-Demoralization
- RC1-Somatic Complaints
- RC2-Low Positive Emotions
- RC3-Cynicism
- RC4-Antisocial Behavior
- RC6-Ideas of Persecution
- RC7-Dysfunctioal Negative Emotions
- RC8-Aberrant Experiences
- RC9-Hypomanic Activation

In Linda's profile she again demonstrates no significant elevations. The Axis I and Axis II diagnoses are based on past history and clinical judgment suggesting no change in this past diagnosis.

AXIS I:      Bipolar Affective Disorder, Type 1

AXIS II:     Dependent Personality Traits

AXIS III:    Diabetes
             Paralytic cysts seen in both kidneys.
             Orthopedic screw present lying parallel to the plate in the right hip.
             Hypertensive disease without renal artery stenosis.
             Hypertension
             Mitral valve prolapse
             Osteoporosis
             Hyperlipidemia
             Obesity
             Bipolar Disorder
             Postoperative anemia
             Prior bilateral laminectomy L1-2 with retrolisthesis of L1 on L2 as well as mild pseudo-bulging and severe bilateral neural foraminal encroachment
             Diffuse disc bulge mild, L2-3
             Moderate degenerative disc disease L4-5 with moderate disc bulging
             Severe bilateral neural foraminal encroachment L4-5 and moderate L5-S1.
             Mild disc bulging at L4-5, L3-4 and L2-3
             Mild disc bulging at T12-L1
             Mild tendinopathy of suvraspinatus and infraspinatus without rotator cuff tear of fluid collections

Mild hypertrophy of the acromioclavicular joint with undersurface spurring

Subtle glenohumeral degenerative change particularly affecting the glenoid where there was a subchondral cyst, less so the humeral head.  There was a small effusion but no loose body.

Intact labrum

Seizure Disorder, Grand Mal Type

Depression, Moderate

Drug overdose

Rule out suicidal ideation

History of schizophrenia

History of recreational drug use

History of seizure disorder

AXIS IV:    Life Stressors secondary to disability and psychological response to  exposure to disability.

AXIS V:     Current  GAF – 60.
Highest GAF in past year – 60.

# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements.   Clinical Practice Guidelines through the National Guideline Clearinghouse outlined the following as basic guidelines for care:

- Physical Assessment
- Psychosocial Assessment
- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis
- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation as well as influenza and pneumococcal immunizations.

Linda had significant medical needs and issues before the diagnosis of Diabetes.  As such, below outlines a list of recommendations for her future care needs, excluding or reduced by the amount of care she required prior to the diagnosis of Diabetes.

**Allied Health Care Evaluations:**
- Psychological:  Required pre onset based on her diagnoses.
- Nutritional Evaluation:  1 X / year  $60-$160.  Recommended per guidelines.

**Therapeutic Modalities:**
- Individual counseling – depression/anxiety:  Required pre onset. Although she currently needs to include in her counseling adjustment issues related to the onset of her Diabetes, this level of counseling should be short-term and can be rolled into the therapy already a part of her pre-morbid schedule.
- Case Management:  2-4 hours per month, 24-48 hours per year: $89/hour average = $2,136 - $4,272/year.  Many health insurance companies provide Diabetes management/case management programs as a part of their services at no cost to the patient due to the high cost of treating complications resulting from poorly managed Diabetes. Since Ms. Guinn does not have the availability of private health care to access such a program, case management is provided.

**Medications – Prescribed:**
- Glipizide ER, 5 mg 2/day:  $12/month.

**Supplies:**
- Alcohol Wipes:  $8-$10/year.
- Ascencia Tester:  $10, 1 X / 2-3 years
- Ascencia Lancet Device:  $22.75 1 X / 4 years
- Ascencia Test Strips:  $30/month
- Lancets:  $8-$13/month

**Medical Care:**
- Endocrinologist: 2-4 X / year (Current schedule); 85-$135/visit. Awaiting specific endocrinologist recommendations, however, Dr. Dhruv indicated Ms. Guinn requires an additional evaluation prior to providing an opinion regarding future care.

- Primary Care Physician (No additional visits per year as related to Diabetes).

- Ophthalmologist:  Yearly evaluations recommended per Clinical Practice Guidelines.  $$100-$129/visit.  (Awaiting specific treating physician recommendations).

**Health-Strength Maintenance/Recreation:**
- Linda should participate in a wellness program as recommended for general health guidelines. She is restricted due to her pre-existing history of orthopedic problems.

# Conclusions

Careful consideration has been given to all the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to diabetes.  The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications.  The following list of complications related to diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

## COMPLICATIONS OF DIABETES

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly.  Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients.  Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth.  Gingivitis, another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.
- Skin complications can affect all areas of a diabetic patients body.  Bacterial infections and fungal infections are common.  Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs.  Diabetic blisters are rare.  Keeping blood sugar under control can control most skin conditions associated with diabetes.
- Depression – studies indicate that while most people with Diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
    1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
    2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work.  Skin can become very dry and damaged due to the side effects of Diabetes.

    3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.

    4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation. Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also increase the risk of hardened blood vessels. The problems associated with poor circulation can also lead to amputation.

- Eye complications include:

    1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.

    2. Cataracts – people with diabetes are 60% more likely to develop cataracts.

    3. Nonproliferative Retinopathy –as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.

    4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage. Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with Diabetes. Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease. Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.

- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.

- Focal neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.

- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients. Nerve damage, tingling, numbness and pain are all associated with this.

- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner. This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach.

Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.

- Ketoacidosis – while rarely occurring in people with type 2 Diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body.  This can result in coma and/or death.
- Cardiovascular Disease and stroke account for an average of 65 - 70% of deaths in people with Diabetes.  Mortality is much greater in women with Diabetes than men.
- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to Diabetes.   High cholesterol requires consistent care to avoid vascular events in diabetic patients.
- Kidney disease or nephropathy – Diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood. In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure
- Peripheral Arterial Disease – atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease.  In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

## COSTS OF DIABETES

In 2007, the average cost of medical expenditures for the diabetic patient is $11,744 per year, with $6,649 of that being attributed to diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes).  People with diagnosed diabetes, on average, have medical expenditures that are ~ 2-3 times higher than what expenditures would be in the absence of diabetes. Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion). *(Economic Costs of Diabetes in the U.S. in 2007)*

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population With At Least One Medical Event For Diabetes:  (Annual)

### All medical care
- o All adults:  $10,092
- o Ages 45-64: $9,169
- o Ages 65 +:  $12,238

[Expenditures for all types of care]

**All office care**
- o   All adults:  $1,506
- o   Ages 45-64: $1,488
- o   Ages 65 +:  $1,623

[Expenditures are for all office-based medical provider care]

**All prescription medications**
- o   All adults:  $2,798
- o   Ages 45-64: $2,912
- o   Ages 65 +:  $2,876

[Expenditures are for all prescription medicine purchases]

**All hospital care**
- o   All adults:  $4,804
- o   Ages 45-64: $4,165
- o   Ages 65 +:  $6,160

[Expenditures are for all inpatient, outpatient and ER care]

Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population For The Treatment Of Diabetes:  (Annual)

**All diabetic care**
- o   All adults, all diabetes care: $1,714
- o   Ages 45-64:  $1,552
- o   Ages 65 +:   $1,945

[Expenditures for all types of care]

**All prescription medications**
- o   All adults:  $883
- o   Ages 45-64: $974
- o   Ages 65 +:  $775

[Expenditures are for all prescription medicine purchases]

*Source:  Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

*Paul M. Deutsch*

Paul M Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

**SOURCES**

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al. "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.* Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association/American College of Cardiology.* Issue 3; Diabetes & Cardiovascular Disease Review; Alexandria,VA.

"Peripheral Arterial Disease in Diabetes". *American Diabetes Association/American College of Cardiology.* Issue 6; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

# Schedule A

## Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
## Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
### Plaintiff Referrals

**Non-Catastrophic Injury Cases:**  Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:**   Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
  - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
  - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
  - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
  - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
  - Medication Costs
  - Supplies/Equipment Costs (specific to patient needs/requirements)
  - Collateral Source Research (determination of appropriate government funding to be used in the report)
  - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

## Medical Records Review: (All at $300/hour)
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

## Miscellaneous:
- Correspondence
- Staffing
- Telephone calls required

# Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

## Testimony:
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

## Miscellaneous:
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

## PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### *Paul M. Deutsch & Associates, P.A.*

- Board Certified Rehabilitation Counselor
- Board Certified Life Care Planner
- Board Certified Case Manager
- Catastrophic Case Management
- Fellow of the International Academy of Life Care Planners
- Professional Training/Teaching
- Curriculum Development/Consultation
- Research
- Software Development
- Patient and Family Education
- Consultation
- Licensed Mental Health Counselor
- Diplomate in Psychotherapy

## EDUCATION

- *Doctor of Philosophy-Admitted through the Department of Rehabilitation Counseling* (Majored in a joint program of **Counseling Psychology** and **Counselor Education.** **Subspecialization-Spinal Cord Injuries**-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

- *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
  *Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

- *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

- **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

- Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).

- <u>Life Time Achievement Award</u>-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning."-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University; The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).
- *E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions*

- *PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida*

- *Rehabilitation Service Administration - Master's Degree – Fellowship*

<u>Professional Interviews as original developer of Life Care Planning:</u>

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan University Healthcare Pathway's, Life Care Planning Program. Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning
Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management
Program in the Healthcare Pathways program, scheduled to begin April
2004.

Kaplan University -Curriculum Development for Geriatric Care
Management Program in the Healthcare Pathways program, scheduled to
begin in the summer of 2004.

FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach
in this program: Intelicus/University of Florida Certificate Program in Life Care Planning and
Catastrophic Case Management - A two year post-graduate training program in medical case
management and life care planning affiliated as a certificate program with the Department of
Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research
Methodology;
        Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference


Professor Clinical Rehabilitation-Louisiana State University Medical Center-
November 1996 to 1999). Includes course lectures, continuing education programs, Life
Care Planning Clinic development, Life Care Planning software and database development
and publications.

FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)- Rehabilitation
Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic
Case Management - A two year post-graduate training program in medical case management and
life care planning affiliated as a certificate program with the Department of Rehabilitation
Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in
Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in
the Masters Program.

## SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)

- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed
  journal articles, peer review of submitted chapter contributions, or published textbooks I have
  exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour
  workshops presented for the University of Florida/MediPro's certificate program in Life Care
  Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

* International Conference on Life Care Planning- Atlanta 2006
* International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
* IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
* International Life Care Planning Conference-San Francisco-September 2005
* International Life Care Planning Conference-New Orleans-October, 2004
* International Association of Rehabilitation Professionals-Arizona-May,2004
* Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
* I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
* Introduction to Life Care Planning
* Basic Tenets and Methodology of Life Care Planning
* Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

* Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
* Aging with Catastrophic Disability-Int'l LCP Conf. '03
* The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
* Medicare Set-Aside Trusts-New Orleans-June 2003
* Medical Errors (For the Mental Health Mental Health Counselor)
* Domestic Abuse (Requirement for Mental Health Licensure)
* National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
* Life Care Planning Summit 2002
* Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
* Life Care Planning Summit 2000
* Annual Life Care Planning Conference New Orleans October 1999
* Annual Life Care Planning Conference New Orleans October 1998
* AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
* The International Brain Injury Symposium - New Orleans, LA (3/1991)
* National Head Injury Foundation - Chicago, IL (12/1989)
* Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
* First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

### PAUL M. DEUTSCH & ASSOCIATES, P.A.

*Orlando, Florida*
*6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

### Foundation for Life Care Planning Research Inc.

*Orlando, Florida*
*11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group. The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission. The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN. Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

### Learning Applications Inc.

*Orlando, Florida*
*1991- 2000*

A research and development company responsible for developing Media Matrix, a multi-media, computer based tutorial system. The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education. The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

### FAIRVIEW SHORES
*Staff Rehabilitation Counselor/Mental Health Counselor*

*Orlando, Florida*
*6/1988 - 01/96*

Long-term Supported Living Program for the Head Injured. Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

**PAUL M. DEUTSCH PRESS, INC.**                    *Orlando, Florida*
*Owner/Chairman*                                   *(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

**REHABILITATION TRAINING INSTITUTE**              *Orlando, Florida*
*Continuing Education/Training*                     *1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

**THE HEAD INJURY REHABILITATION CENTER, INC.**    *Orlando, Florida*
*Co-Director*                                       *1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation. Also involved in development of a transitional employment program and placement of the brain injured. Includes responsibility for individual and group therapy as well as case management.

**THE CENTER FOR REHABILITATION, INC.**            *Orlando, Florida*
*Director/Rehabilitation Counselor*                *1977 - 1980*

Responsible for general coordination and administrative duties. Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs. Also responsible for counseling in both group and individual settings. Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

**REHABILITATION RESOURCES, INC.**                 *Orlando, Florida*
*Rehabilitation Specialist*                         *1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals. Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

**DIVISION OF VOCATIONAL REHABILITATION**          *Orlando, Florida*
*Counselor II*                                      *1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center. Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

**VETERAN'S ADMINISTRATION HOSPITAL**              *Gainesville, Florida*
*Psychology Technician*                             *1971 - 1972*

## CONSULTANT WORK

- University of Florida-Curriculum Development. Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program. All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR. This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide. PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2, Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation. Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997. (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation. Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning. (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation. (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center. (Inaugural issue of Journal of Forensic Vocational Analysis).

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endificence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy. The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning: Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2  pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263). Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements", Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M., "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook, Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas), Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation: Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile: Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties.  In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research.  A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.:  "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

13

- American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change.  This includes establishing procedures for redesigning the certification exam and strengthening the certification process.  Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process.  Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work.  Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work.  Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration.  Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force.  Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research.  Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.

## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada,2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
   Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA.   Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases.  California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma.   California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation.  1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning.  15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics.   American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning.  Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management.  Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans.  American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues.  The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury.  Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going.  NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony.  The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony.  American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients.  University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation.  Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning.  Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury.  Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury.  Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.  Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury.  Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning.  University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice. The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury. New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation. The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury. Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics. Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management. GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning. AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning. International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination. New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning. Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation. Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning. New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation. University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning. University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases. American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional. National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional. American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning. American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication. American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning. Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation. Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation. Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).[*]

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

[*] Mental Health Counseling as defined under Chapter 491: State of Florida:

(9)     The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development.    Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

(a)     Mental health counseling treatment includes, but is not limited to:

1.     Counseling
2.     Psychotherapy
3.     Behavior modification
4.     Consultation
5.     Client advocacy
6.     Crisis intervention
7.     Providing needed information and education to clients.