# NF TAB 6

# EILEEN McALEXANDER

### July 28, 2008

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ～ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Eileen J. McAlexander** |
| **DATE OF EVALUATION:** | **July 9, 2008** |
| **DATE REPORT INITIATED:** | **July 11, 2008** |
| **REPORT FINALIZED:** | **July 28, 2008** |

Eileen J. McAlexander is a 49-year-old Caucasian female seen for evaluation in my office in Oviedo, Florida. She presented to this evaluation unaccompanied. Attorney Buffy Martines, referred Eileen for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of diabetes-type II, and to determine the economic consequences of the diabetes into the future. There will be no loss of earnings discussed in this report, as Eileen left her occupation in 2002 secondary to a diagnosis of depression and anxiety disorder and was drawing disability benefits prior to the onset of diabetes. Additionally, she returned to part-time employment in August 2006.

## Demographic Information:

**Client Name:** Eileen J. McAlexander; **Social Security #:** REDACTED **Address:** REDACTED **County:** Marion; **Closest Metro Area:** Ocala or Gainesville.; **Phone:** REDACTED **Birthdate:** 7/28/59; **Age:** 49; **Sex:** Female; **Race:** Caucasian; **Marital Status:** Single; **Birthplace:** Poughkeepsie, NY; **Citizen:** Yes; **Elementary/Secondary Education:** Wappinger Falls, NY for elementary and H.S. (H.S. graduate); **Employer at time of injury:** On disability when diabetes diagnosed; **Position/Grade:** Previous work as software instructor at VA Hospital; **Bilingual:** No; **Glasses:** Both; **Dominant Hand:** Right; **Height:** 5'8"; **Weight (present):** 273 pounds; **Weight (pre-injury):** 315 pounds; **Date of Onset:** 10/14/04.

**History:** Records indicate Eileen was diagnosed with diabetes on 10/14/04. She used Seroquel from 2002 until 2006 for depression, anxiety and sleep disorder. Interview with Eileen indicates, *"I had those disorders, but the purpose of the Seroquel was specifically for sleep. I was on it from 2002 through 2006. When I was diagnosed with diabetes, I was first placed on Glucophage for approximately one month. I was having stomach problems with that medication, so I could not continue with it. I was switched to Glucotol. I remained on that for a couple of months to three months. That was not agreeing with me and my sugar was still not under control. I was switched to Actos. I remained on that for approximately three months, when I was switched to Glipizide. Approximately three to six months later, insulin was added to the Glipizide. I remained on the Glipizide up until to late 2007*

*or the beginning of 2008. I was then switched to Metformin. Currently, I am on 40 units of insulin daily. I take one 40 unit injection each night. Also, I am on Byetta 10mcg pen twice each day (ingredient name Exentide)."*

**Loss of Consciousness or Altered State of Consciousness:** No.
**Length of Unconsciousness or of Altered State:** Not applicable.
**Independent Recall:** Not applicable.

**Rehabilitation Program(s) [In/Outpatient Since Injury]:** Not applicable as related to diabetes. She has not been in any diabetic education programs. She has received pamphlets on diets from her doctors and education on management from her physicians. Their nurses have trained her on use of the medications and management of the diabetes.

**Prior Medical History:** The depression, anxiety, sleep disorder all began in late 2001 to beginning of 2002. *"I think I may have had anxiety problems prior, but I began to go to a therapist after I had my son in therapy. We began family counseling and she requested to see me individually."*

- Premorbid history of five hospitalizations for suicidal ideation.
- History of PTSD from history of abusive mother.
- 2007: Diagnosis of pulmonary problems/asthma.
- Treated by numerous physicians for shoulder pain, foot pain, cervical pain, hand pain from 2003 through 2006.
- Cardiac catheterization in either 2004 or 2005.
- 2007: COPD, pneumonia. Hospitalized for this in 2007.
- 2003: Hospitalized for two weeks with cellulitis.
- First kidney stones at age 21. Notes she has had, *"quite a few. I've had several laser lithotripseys"* None in last seven years.
- Hyperglycemia, obesity.

# Chief Complaint(s)

## Current Disability

**Disabling Problems:** (By client/family history and report. No physical examination occurred).

Eileen, *"My primary problem is the diabetes, apart from the depression and anxiety for which I am on disability. I now take 2000 mg of Metformin per day. I still have some problems controlling my diabetes. I check my blood sugar twice per day, minimum. My doctor has indicated he would like to see my morning blood sugar at 90. My morning blood sugar runs 120 to 130. He would like my evening blood sugar under 200 at least and my average readings between 150 to 200. My treating doctor for my diabetes is Gary Helfin MD. His specialty is family practice."*

When you first learned of the onset of diabetes what was your response to the diagnosis?

*"I just figured it was something that was happening to me. I assumed at first it might be related to my weight, although I was not sure. It upset me to have the diagnosis. It was particularly upsetting and difficult when I had so much stomach upset associated with the medication. In fact, with the Glucophage I stopped taking it even before the next visit with the doctor."*

What was your reaction when you learned the diabetes might be associated with the Seroquel?

*"At first I was mad at myself for not learning more about the side effects of the medication. I had read up on the medication, but I do not recall ever seeing anything about this as a possible side effect. Later, I found out it was two years after I was already on the medication before this side effect was determined."*

What was your reaction at that point?

*"I was very angry and upset. I feel it has increased my anxiety and stress trying to manage the diabetes. I find the injections are particularly an issue. Between cellulitis and varicose veins in my legs, I cannot give myself injections in my legs anymore. I have to use my stomach and between having children and weight gain and loss, I have a lot of stretch marks. Having to inject myself at a stretch mark site causes a lot of stinging and there are few sites where it does not feel uncomfortable. The result is giving myself shots gives me anxiety, and I have to prepare myself for up to a half hour in advance to get ready to give myself an injection, knowing what the outcome could be."*

Eileen still sees both a psychologist and a psychiatrist. The psychologist is seen PRN and the psychiatrist is seen for medication management every other month. She was averaging once per month with the psychologist, but in the last few months, she has had some pulmonary problems and had to cancel with the psychologist. She has seen him only four or five times so far in 2008. Her psychiatrist is Dr. Osha Velisetty and the psychologist is Dr. Henderson, both in Ocala.

**Anticipated Treatments**: Anticipates just a continuation of her current diabetes management.

She has not had any complications from her diabetes.

## Psychosocial Issues

**Patient:**   Pre-existing anxiety, depression, suicidal ideation and sleep disorder.  Also premorbid diagnosis of PTSD.  Some increase in anxiety and stress related to diabetes management reported.

Last hospitalization for suicidal ideation and depression was in 2005.  Denies any recent episodes of suicidal ideation.

**Family, Emotional Impact on Spouse/Children:**   She has one son age eighteen.  Still resides at home.  Graduates High School in 2009.  He is reported as doing *"okay"*.  The two of them reside alone.  *"He gets nervous when I tell him I am not feeling well.  He thinks he has to be the one to fix things and make it better.  He gets worried if my sugar gets too low and I just tell him to call 911.  He does know how to test for my sugar."*

# Physical Limitations

**Loss of Tactile Sensation:**   *"I have noticed some loss of feeling in my right big toe.  When I see my doctor next week, I need to bring this to his attention."*

**Reach:**  Normal.

**Lift:**  She reports a reduction in the strength in her hands limiting her ability to hold on to objects for more than five minutes.  *"My strength seems to give out on me.  I just am limited on how long I can hold onto and carry objects of five pounds or greater."*

**Prehensile/Grip:**  Normal grip strength and dexterity but again for short periods.  Tires more easily.

**Sitting:**  *"My legs start to swell after I have been sitting a couple of hours."*  This began as an occasional problem after the cellulitis and before the diabetes, but has gotten much worse over time and since the diabetes.  *"I do not know if it is in any way related to the diabetes."*

**Standing:**  *"The same problem with the swelling of my legs occurs, and in addition, if I am up for more than four hours, I get a red rash, like a heat rash, over the lower part of my legs below the knees."*

**Walking/Gait:**  Walking is limited.  *"I am not sure how far I can walk, but in testing with the Pulmonologist, I was tired after six minutes just walking in their circular hallway."*  This was due to lowered blood oxygen level and shortness of breath.

**Bend/Twist:** Normal.

**Kneel:** Limited. Not functional for work.

**Stoop/Squat:** Limited. Not functional for work.

**Climb:** Limited. Not functional for work. Particularly stairs, ladders and unprotected heights.

**Balance:** Fair to good.

**Breathing:** Dyspnea due to COPD and asthma. Normal at rest during evaluation.

**Headaches:** Complains of weekly headaches lasting up to one to two days.

**Vision:** Normal with glasses.

**Hearing:** Intact.

**Driving:** Does drive. Drove to evaluation from Ocala.

**Physical Stamina (average daily need for rest or reclining):** Reduced levels of stamina and endurance, but due to conditions other than her diabetes.

# Environmental Influences

**Problems on exposure to:**

**Air Conditioning:** No.

**Heat:** Yes, but likely due to a combination of diabetes, COPD, asthma and beginning menopause.

**Cold:** Yes, chills easily.

**Wet/Humid:** Yes.

**Sudden Changes:** Yes.

**Fumes:** No.

**Noise:** Yes.

**Stress:** Yes.

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency |
|---|---|---|---|---|
| Dr. Gary Helfin | Family Practice | 352 369-0027 | 352 873-0699 | q 1 to 2 months |
| Citrus Primary Care, Ocala, FL.  Treating for diabetes & hypertension.  Blood work every 3 to 6 months for glucose levels | | | | |
| Asha Velisetty, M.D. | Psychiatrist | 352 237-5115 | 352 237-4931 | q 2 months |
| Ocala, FL    Treating for depression, anxiety and sleep disorder. | | | | |
| Daniel Henderson | Counselor | 352-732-3333 | | PRN |
| Jose Delgado-Elvir, M.D. | Pulmonologist | 352-237-7355 | | q 3 months |
| Ritz Eyecare | Ophthalmology | 352-237-6200 | | 1 X / year |
| Peter Stickney, DMD | Dentist | 352-854-2000 | | 1 X / year |

| Medication | Strength | Frequency | Purpose | Prescribed by |
|---|---|---|---|---|
| Lantus | 40 units | qd | Diabetes | Helfin |
| Byetta | 10 units | bid | Diabetes | Helfin |
| Lasix | 40 mg | qd | HBP (treated pre) | Helfin |
| Cardizem LA | 240 mg | qd | HBP (treated pre) | Helfin |
| Metformin | 1000 mg | bid | Diabetes | Helfin |
| Protonix | 40 mg | bid | On pre for GERD | Helfin |
| Albuterol inhaler | | PRN (purchases once per month) | COPD (not related to diabetes) | Delgado-Elvir |
| Albuterol Nebulizer solution | | PRN (purchases on box of vials per year) | COPD (not related to diabetes) | Delgado-Elvir |
| Singulair | 10 mg | qd | COPD (not | Delgado-Elvir |

| | | | related to diabetes) | |
|---|---|---|---|---|
| Symbicort | 160/45 inhaler | 2 puffs bid | COPD (not related to diabetes) | Delgado-Elvir |
| Zoloft | 200 mg | qd | Depression (pre-existing) | Velisetty |
| Ambien | 10 mg | qhs | Insomnia (pre-existing) | Velisetty |
| Ativan | .05 mg | PRN tid | Anxiety (pre-existing) | Velisetty |
| Provera | 10 mg | 1-10 / month | Menopause (not related to diabetes) | Ob-Gyn |
| Allegra | 10 mg | qd | Allergies (not related to diabetes) | Helfin |

**Additional Medications/Notes:** First placed on anti-depressants in 2001. End of 2001 or 2002, she started on Seroquel and took it through 2006. The type of anti-depressants she has been prescribed has been changed over the years since 2001. She is now on Zoloft.

**Drugstore and Phone Number:** CVS Pharmacy (352) 873-0984.

**Assistive Devices and Supplies:** Byetta comes in a premeasured dose pen, and she buys needle tips for this pen. Uses 2 of these a day. She uses syringes for the Lantus, insulin syringes. She uses one of these a day. Alcohol prep pads, Ultra Touch glucose tester. Buys strips every 3 months. Uses 2 to 3 strips per day. Nebulizer. Oxygen used at night via oxygen concentrator. This has been needed for 1-1/2 to 2 years. Unsure what kind of equipment she uses. Oxygen cylinder in home for back up if power goes out.

# Medical Summary

**EILEEN MCALEXANDER**
**D.O.B.: 7/28/59**
**D.O.O.: 10/14/04**
**Date Of Medical Summary: 7/10/08**

Eileen is a 48-year-old female who indicates she developed Diabetes Mellitus after taking the drug Seroquel.

**HELFIN, GARY M.D.:   10/14/04 – 11/15/07 (Records handwritten and difficult to read)**

**Helfin, Gary M.D.:  10/14/04**
Visit to establish.  Eileen complained of fatigue, weakness and pain to right side.  She had history of kidney stones.  She had history of anxiety and depression and diet controlled diabetes.  Impression:
*   Diet controlled diabetes Type 2
*   Fatigue
*   Bilateral LE edema
*   Depression and anxiety
*   Obesity

Lab studies ordered.  Diabetes medication changed to Aldactone.

**Helfin, Gary M.D.:  11/12/04**
Heart rate improved on medication and fluids.  Still on occasion, she felt her heart race, particularly with activity.  She reported increased frequency of headaches.  Assessment:  Tachycardia, increased headache frequency. Innopran prescribed and Aldactone decreased.

**Helfin, Gary M.D.:  12/1/04**
Eileen complained of fluid retention, swelling and lower back pain.  She had not reduced Aldactone.  She was tolerating medications and heart rate was slower.  Diagnosed with bilateral LE edema/fluid retention.  Lasix prescribed.

**Helfin, Gary M.D.:  2/4/05**
ER follow-up for heart rate and shortness of breathe (due to anxiety).  Also had hypertension and Diabetes Mellitus Type 2.  Medication continued and lab studies ordered.

**Helfin, Gary M.D.:  3/4/05**
Actos added to medication regimen.

**Helfin, Gary M.D.:  6/7/05**
Three month follow-up for diabetes, tachycardia and anxiety.

**Helfin, Gary M.D.:  7/28/05**
Eileen walked in with complaint of chest pain when sitting, "still feels like pressure walking around more painful-some shortness of breath."  EKG was normal.

Follow-up S/P heart catheterization.  Eileen was still having some chest pressure 2-3X/day.  Chest pressure was likely due to reflux.

**Helfin, Gary M.D.:  9/29/05**
Eileen complained of increased glucose readings for last two weeks.  She was under a lot of stress.  Glupizide increased.

**Helfin, Gary M.D.: 10/3/05**
Eileen was educated regarding self-injection.

**Helfin, Gary M.D.: 12/8/05**
Eileen complained of feeling sleepy all the time.  Medications continued.

**Helfin, Gary M.D.: 8/31/06; 9/19/06**
Treated for bronchitis.

**Helfin, Gary M.D.: 10/16/06**
Follow-up S/P West Marion admission for pneumonia.  Lung nodule noted on chest CT during hospitalization.  Xopenex prescribed and Cardizam changed to Innopran.  Advised to follow-up with lung nodule in future.

**Helfin, Gary M.D.: 10/30/06**
Treated for shortness of breath/wheezing.

**Helfin, Gary M.D.: 12/14/06**
Eileen still complained of shortness of breath.  Saw pulmonologist last week.

**Helfin, Gary M.D.: 3/8/07**
Eileen complained of cellulitis to LLE of one-day duration.  Cipro prescribed.

**Helfin, Gary M.D.: 3/19/07**
Follow-up for diabetes, COPD, cellulitis, depression/anxiety.  Leg was improved.

**Helfin, Gary M.D.: 10/9/07**
Treated for persistent bronchitis/sinusitis.

**Helfin, Gary M.D.: 11/15/07**
Eileen was seen S/P hospitalization for COPD/asthma exacerbation.  She reported mid sternal chest pain and right upper quadrant tenderness.  She was concerned about gallbladder.  CT of the abdomen ordered.

**ROBERTSON, DANIEL M.D.: 10/21/04 – 11/4/05**
On 10/21/04, Eileen was seen for shoulder pain.  Assessment was shoulder impingement.  MRI of the left shoulder was recommended.  MRI left shoulder Impression on 10/26/05:
  • Small focal loculated joint space effusion in the subcoracoid bursa, otherwise, normal study.

Last progress note on 11/4/05 revealed that Eileen's shoulder was structurally sound and the reason for her significant pain was apparently inflammatory in nature.  Cortisone injections and PT were recommended.

**VELISETTY, ASHA M.D.: 10/27/04 – 5/7/07**

**Velisetty, Asha M.D.: 10/27/04**
Eileen reported increased anxiety. She was trying to cope. She had new primary care physician, Dr. Helfin, and he started her on Glucozide for diabetes. Medications continued.

**Velisetty, Asha M.D.: 11/2/04**
Ativan increased due to increased heart palpitations.

**Velisetty, Asha M.D.: 11/5/04**
Eileen was seen in ER for increased anxiety and heart palpitations and was discharged home the same day. Medications continued.

**Velisetty, Asha M.D.: 12/1/04**
Eileen reported she was on new medications for increased heart rate. Emotionally, she was doing okay. Medications continued.

**Velisetty, Asha M.D.: 1/5/05**
Eileen reported doing okay. She still had heart palpitations. She was on combination of Prozac and Seroquel for a long time. Medications continued.

**Velisetty, Asha M.D.: 2/14/05**
Eileen reported struggling with everyday things. Her blood sugar had been fluctuating-fasting sugar at 170. Actos was added. Prozac continued.

**Velisetty, Asha M.D.: 3/25/05; 4/4/05**
Anxiety continued, along with heart palpitations. Prozac, Zoloft and Seroquel continued along with Ativan.

**Velisetty, Asha M.D.: 4/29/05**
Eileen was S/P stay at "The Center" for suicidal ideation. She was there from 4/22/05 – 4/26/05. She denied suicidal ideation during visit. Zoloft, Ativan and Seroquel refilled.

**Velisetty, Asha M.D.: 7/13/05**
Eileen requested changing Seroquel due to weight gain. Titration of Seroquel initiated.

**Velisetty, Asha M.D.: 8/2/05**
Health problems noted. Eileen had cellulitis of right foot. Both legs were swollen. Cardiac catheterization was pending. Medications continued.

**Velisetty, Asha M.D.: 9/7/05**
Cardiac workup was negative. Ongoing depression and anxiety reported. Medications continued.

**Velisetty, Asha M.D.:  9/13/05**
Eileen was at "The Center" again for suicidal ideation.

**Velisetty, Asha M.D.:  10/12/05 – 1/5/06**
Eileen continued to treat for depression/anxiety.

**Velisetty, Asha M.D.:  2/1/06**
Eileen had surgery on left shoulder-bone spurs - Dr. Couch.  Medication helpful.

**Velisetty, Asha M.D.:  2/27/06**
Eileen was trying to come off Seroquel.  She still had ongoing problems with left shoulder and neck.  She lost 20 lbs. since 10/05.

**Velisetty, Asha M.D.:  8/18/06**
Eileen reported she stopped taking Seroquel.  She was doing a temporary job-3 days/week-it was starting a new store.  She was trying to cope and felt tired.  Zoloft, Ativan and Ambien prescribed.

**Velisetty, Asha M.D.:  11/16/06**
Increased anxiety reported.  Eileen continued to try to work part-time.  She was hospitalized recently for pneumonia.  She had nodule in lung and was referred to pulmonologist.  Medications continued.

**Velisetty, Asha M.D.:  1/11/07**
Eileen had REM sleep behavior disorder.  She underwent sleep study but did not have sleep apnea.  She was on Lantus Insulin and Alpazide, along with Advair, Albuterol inhaler, Zoloft, Ativan and Ambien.   Ambien was discontinued and Rozerem was initiated.

**Velisetty, Asha M.D.:  5/7/07**
Eileen was doing okay overall.   Rozerem was discontinued due to rash. Zoloft, Ambien and Ativan were continued.

**OCALA REGIONAL MEDICAL CENTER:  11/2/04 – 10/29/07**

**Ocala Regional Medical Center:  11/2/04**
(Incomplete Records).   Eileen drove herself to the hospital for a fast heart rate for unknown reason.  Diagnosis:  Tachycardia with mild hypokalemia. She was instructed to have no caffeine and follow-up with Dr. Helfin.

**Ocala Regional Medical Center:  8/3/05**
(Incomplete Records). Eileen was admitted for a left heart catheterization with Methergine Testing.  Activity was restricted to no heavy lifting and she was to continue home medications.  She was to start a low cholesterol diet. Impression:
- Angiographically patent coronary vasculature
- No evidence of Methergine induced coronary spasm.

**Ocala Regional Medical Center: 1/24/06**
Eileen was admitted for a left shoulder arthroscopy. She had been diagnosed with left shoulder impingement syndrome. She was to be discharged when stable.

**Ocala Regional Medical Center: 9/23/06**
(Incomplete Records). Eileen was seen for wheezing x 3 weeks. She was given Prednisone, breathing treatments and was discharged home with antibiotics.

**Ocala Regional Medical Center: 10/10/06 – 10/12/06**
Eileen was admitted with a history of dyspnea, diffuse pneumonitis and exacerbation of chronic obstructive pulmonary disease. Chest CT revealed patchy infiltrates throughout her lung, but mostly in her right lower lobe and right middle lobe. She also had a right lower lobe nodule that needed to be followed up on an outpatient. She was placed on steroids, antibiotic therapy and passive nebulizers and she improved. The rest of the hospital course was uneventful. She was discharged home. Discharge Diagnosis:
- Right lower lobe pneumonia
- Right middle lobe pneumonia
- Diffuse patchy infiltrates elsewhere
- Hypoxic respiratory failure
- Exacerbation of asthma
- Exacerbation of COPD
- Tobacco abuse
- Type 2 Diabetes mellitus
- Nephrolithiasis
- Butterfly rash

**Ocala Regional Medical Center: 10/20/07**
(Incomplete Records). Eileen was seen for shortness of breath. She was given oxygen and SoluMedrol. She was discharged home the same day with prescriptions for Levaquin, Prednisone, Tessalon Pearle and a Proventil Inhaler.

**Ocala Regional Medical Center: 10/24/07 – 10/29/07**
Eileen was admitted with a history of severe asthma and dyspnea. Chest CT showed no evidence of pulmonary embolus, acute pneumonia or pleural effusion. She was placed on steroids, antibiotic therapy and antifungal therapy. She was also placed on inhalers, nebulizers and Xopenex. There seemed to be no improvement with her hypoxia despite the history of wheezing and shortness of breath on admission. On 10/28/07, her symptoms had significantly improved. Her other major issues were her being emotionless, periodic spells of crying, hypothetic and monotonous. She had been on Seroquel before. She was placed on Zeodon and had been taking it for 3 days. There was no significant improvement, but she would be monitored as an outpatient. She denied homicidal or suicidal ideations. Examiner was told she had a sleep disorder by Dr. Alfred. As known, she had labile and elevated blood sugars with steroid increase and had been on Glipizide and Lantus. She would be discharged on Glucophage and Lantus.

Her blood sugars ran in the high 200 range.   She was discharged home.
Discharge Diagnosis:
- Exacerbation of asthma
- Acute renal failure on chronic renal failure
- Crying spells, Dysthymia, hypothetic, emotionless, placed on Zeodon
- Premature supraventricular tachycardia
- REM sleep, associated sleep disorder/parasomnia
- Hypertension
- Diabetes Mellitus type 2
- Obesity
- Chronic rhinitis, sinusitis
- Right lower lung module

Discharge Medications:
- Ambien 10 mg orally
- Advair 250/50 one inhaler twice daily
- Cardizem 60 mg 3X/daily
- Zyrtec 10 mg daily
- Singular 10 mg daily
- Zoloft 200 mg daily
- Lorazepam 1 mg at night
- Lantus 40 units subcutaneous at night
- Glucophage ER 500 mg 2 tablets twice daily
- Diflucan 200 mg orally daily for five days
- Levaquin 500 mg daily for five days
- Prednisone 40 mg daily for 3 days, 20 mg daily 3 days, 10 mg daily 3 days
- Lasix 40 mg daily as needed
- Zeodon 20 mg orally at night

Eileen had a psychiatric evaluation while hospitalized.   Psychiatrist recommended Geodon 20 mg at night as augmentation therapy.  Psychiatric Diagnosis:

| | |
|---|---|
| Axis I: | Dysthymia with Superimposed Major Depression |
| Axis II: | Deferred |
| Axis III: | Asthma, Diabetes Mellitus, sleep disorder |
| Axis IV: | Poor coping skills |
| Axis V: | 70 |

## AET OF CENTRAL FLORIDA:  1/6/05 – 12/13/07
Progress note on 1/6/05 revealed Eileen was beginning to show moderate symptom reduction prior to experiencing three hurricanes.  Note on 5/19/05 revealed she had required brief hospitalization to prevent suicide.   Her depressive symptoms were beginning to improve with medication.   Her anxiety symptoms persisted.  She was taking Seroquel 600 mg and Zoloft 150 mg.

Progress note on 1/13/06 revealed that Eileen's son had recently been removed from her home following her emergency room visit. She had taken an old prescription of Ambien for anxiety. Her affect was severely deteriorating. Progress note on 6/29/06 revealed her stability was improving, but deterioration followed her son's father's suicide. Last progress note on 12/13/07 revealed that she had a recent hospitalization for respiratory illness and she was having increased depressive symptoms related to her sister's diagnosis of cancer.

**TIMBERRIDGE IMAGING CENTER: 6/17/05**
Intravenous Pyelogram was negative.

**THE CENTERS: 9/10/05 – 9/11/05**
Eileen had attempted suicide by an overdose of Ambien. When police brought her into The Center, she attempted to elope. She reported it was an accidental overdose and thought that 3-4 Ambien would help with her anxiety. She had one wine cooler to drink with medication. She had an alcohol level of 1.3. Diagnosis:

| | |
|---|---|
| Axis I: | Depression, NOS |
| | E/F Substance Dependent-Alcohol |
| | Substance abuse induced mood disorder |
| Axis II: | Deferred |
| Axis III: | Hypertension |
| | GERD (gastroesophageal reflux disease) |
| | Diabetes |
| Axis IV: | Poor coping, disabled |
| Axis V: | 35 |

**HENDERSON, DANIEL PH.D.: 10/4/05**
(Psychologist). Eileen had several episodes of suicidal ideation over the past two years. She initially presented for consultation on 9/20/03 and had been under examiner's care since then. During the course of her treatment, there had been no signs of chemical dependence and she demonstrated the utmost concern in being a good parent to her son. She had experienced a prolonged anxiety episode and took her Zolpidem as an anxiolytic. She was unaware of the possible synergistic effects of a small amount of alcohol when taken with this medication. While driving home, she became dizzy and decided to seek help at an emergency room, which resulted in attention from authorities. Her depressive symptoms were at times severe. She was to continue being monitored on a weekly/biweekly basis.

**COUCH, R. CRANE D.O.: 11/4/05**
Orthopedic evaluation for complaint of left shoulder pain. MRI showed evidence of fluid in the subacromial bursal region. Clinical impression was impingement syndrome and Cortisone injection was recommended and administered. Eileen was instructed on PT and anti-inflammatory use. She was to be followed in one month to check progress.

**MARION-CITRUS MENTAL HEALTH CENTER, INC.: 12/20/05**
Eileen was seen for a substance abuse evaluation in reference to her recent
"accidental" overdose on Ambien.  She was currently taking Zoloft, Seroquel
and Ambien.  Examiner reported that she had no indication of a substance
abuse problem and currently had a psychiatrist and a psychologist.  She did
report a history of Diabetes and orthopedic problems.

**ALFRED, PERIN M.D.:  12/8/06 – 11/6/07**

**Alfred, Perin M.D.:  12/8/06**
Referred for pulmonology evaluation by Gary Heflin for shortness of breath
and nodule on lung.  Eileen smoked between ½ and 1 pack of cigarettes per
day for past 25 years.  She also complained of dyspnea class I to II, variable,
depending upon the humidity and incline.  CT in 10/06 showed right lung
nodule.

Eileen had wheezing on exertion, as well as chest pressure.  She reported
some night sweats.  She lost 10 lbs in six months.  She reported she was not
rested in the morning.  She reported significant snoring and probable apneic
episodes witnessed by her son.  She was very sleepy during the day and
energy level was low.

Past medical history was significant for asthmatic bronchitis with probable
asthma, pneumonia in recent past and diabetes mellitus Type 2 (no
neuropathy), obesity, GERD, degenerative disc disease, kidney stones,
chronic low back pain.  In addition, she had significant depression and
psychological problem.  She was currently on disability due to depression and
anxiety.

On examination, Eileen had decreased air entry bilaterally with mild
wheezing present with occasional crackles.  Mild ankle edema was noted.  CT
scan dated 10/10/06 was reviewed and showed bilateral patchy infiltrates in
the paramediastinal aspects of the upper zone.  A right lower lung nodule
measuring 5 mm was noted.  Impression:
- Right lower lung nodule measuring 5 mm on patient who smokes
- Active nicotine use and dependency
- Suspect asthmatic bronchitis vs. reactive airway disease aggravated by
  medications and acid reflux
- Suspect GERD with episodes of heartburn and vomiting
- Bilateral perihilar infiltrate, probably related to aspiration or infection
  in October
- Obesity
- Excessive daytime sleepiness with fatigue and early morning headache
  and apneic episodes suggestive of sleep disorder.  Rule out obstructive
  sleep apnea.
- History of depression and anxiety
- Hypertension
- Diabetes Mellitus Type 2 with no evidence of neuropathy

- Kidney stones
- Degenerative disc disease
- Chronic back pain
- Irregular menstrual periods
- On disability for depression and anxiety

Plan was to compare recent CT scan to one done two years earlier.  Sleep study ordered.

**Alfred, Perin M.D.: 12/11/06**
Pulmonary function test revealed:
- Findings suggestive of severe reactive airway disease with improvement noted after bronchodilator therapy
- Moderate restriction, probably due to extrinsic component, although Eileen did have impaired diffusing capacity and therefore, interstitial lung disease could not be completely excluded

Aggressive bronchodilator therapy, along with steroid inhalers and weight reduction recommended.  Plan was to evaluate for interstitial process if not already done.

**Alfred, Perin M.D: 12/20/06**
Eileen did have evidence of sleep disorder, but presented because of wheezing and shortness of breath for past 3 days.   She was using Nebulizer every 3-4 hours.   Previous CT done in 2004 showed only midiastinal windows. Impression was reactive airways disease with exacerbation and bronchospasm and URI.  Prednisone, Doxycycline and Advair started.

**Alfred, Perin M.D.: 1/2/07**
Sleep study revealed no definite sleep apnea, REM disorder with significant movements in REM sleep, fragmented sleep and nocturnal desaturation to 85%.

Weight control, psychiatric evaluation for REM behavior disorder, sleep aid and nocturnal oximetry study to determine need for oxygen therapy at night recommended.

**Alfred, Perin M.D.: 1/11/07**
Wheezing improved.  Eileen continued to have Dyspnea Class I.  She was started on Advair in addition to nebulizer and Albuterol inhaler.  Nocturnal sleep study planned for desaturation in sleep study and pulmonary rehabilitation planned for dyspnea.

**Alfred, Perin M.D.: 1/18/07**
Nocturnal sleep study on 1/17/07 showed desaturation below 88% on room air for 52 minutes and 40 seconds and she was therefore started on home oxygen.

**Alfred, Perin M.D.: 5/1/07**
Upper respiratory infection treated with Cipro and Prednisone.

**Alfred, Perin M.D.: 6/5/07**
Eileen had mild sinus drainage but was better. She still has some wheezing and was dependent on Prednisone at this time. CT of the chest done on 5/31/07 showed right lower lung 7 mm density, which was practically unchanged, compared to previous study in 10/06. Plan was to taper steroids. Singular and Allegra prescribed. Advair and nebulizer continued.

**Alfred, Perin M.D.: 11/6/07**
Eileen was seen in hospital in August for exacerbation of reactive airway disease and acute tracheal bronchitis. CT of the chest dated 10/24/07 showed right lung nodule was unchanged. She reported episode of shortness of breath and breathing difficulty at night. She was advised to use Ativan for shortness of breath, as it was felt to be a panic attack. Protonix increased for GERD. She was making honest attempt to quit smoking.

**FLEIGEL, JEFFREY M.D.: 8/31/07**
Eileen was seen for sinus difficulty and headaches for six months. Examiner prescribed Vibramycin and was considering a coblation to reduce the nasal turbinate bulk if there was no improvement. Diagnosis:
- Rhinosinusitis, nasal spur on the right
- Acid Reflux, high blood pressure, diabetes, smoker, Penicillin and Keflex allergy, depression, anxiety, COPD and history of pneumonia


**PAST MEDICAL HISTORY**

**HUDSON VALLEY UROLOGY: 1/13/00 – 4/4/00**
Eileen was seen 4 times for treatment of kidney stones. On 3/14/00, she was status post right ureteroscopic stone extraction on 3/2/00 with stent removal three days later.

**BENEDICTINE HOSPITAL: 6/23/01 – 7/2/01; 7/27/01 – 7/30/01; 2/11/02 – 2/14/02**

**Benedictine Hospital: 6/23/01 – 7/2/01**
Eileen was brought to the emergency room via ambulance from her family physician's office for suicidal ideation. She had been suffering from increased depression and anxiety. She was having problems with sleep disturbance, panic attacks, decreased energy and concentration and difficulty completing her activities of daily living. She was having trouble caring for her son. She was initially angry, superficial and avoidant. She did convey her complaints of anxiety. She was gradually able to resolve some of her feelings of being overwhelmed and some of her emotional dysregulation was due to her not

wanting to take her medications.  She was finally able to contract for safety and was discharged on 7/2/01.  Final diagnosis:

| | |
|---|---|
| Axis I: | Major Depression, single episode, severe |
| | Post-Traumatic Stress Disorder, severe |
| Axis II: | Some features of Borderline Personality Disorder |
| Axis III: | Urolithiasis |
| Axis IV: | Problems with primary support group and conflict with family. Decreased functioning at work |
| Axis V: | 30/70 |

**Benedictine Hospital:  7/27/01 – 7/30/01**
Eileen was having increased difficulty sleeping, increased anxiety despite medications and was very guarded.  She was unable to contract for safety at time of admission.  A meeting was held with her sister.  She was titrated again on Remeron and Effexor with the addition of ReVia 25 mg twice daily to address the self-mutilation compulsion.  She was able to self-report an ability to maintain her own safety on 7/30/01 and she was felt to be stable enough for outpatient follow-up.  Final Diagnosis:

| | |
|---|---|
| Axis I: | Post-Traumatic Stress Disorder, severe |
| Axis II: | Some features of Borderline Personality Disorder |
| Axis III: | Past history of gastritis |
| Axis IV: | Overwhelmed by household obligations and recent titrations of medications |
| Axis V: | 30/70 |

**Benedictine Hospital:  2/11/02 – 2/14/02**
Eileen was brought to the emergency room by her sister, who reported she had stopped taking her medications three weeks prior to admission and had begun having suicidal ideation with a plan.  She was unable to verbalize agreement to contract for safety.  She had initially requested and persisted to be transferred to Four Winds because she liked the groups better there.  She was transferred on 2/14/02 and was still unable to contract for safety.  Final Diagnosis:

| | |
|---|---|
| Axis I: | Major Depression, Recurrent, severe with suicidal ideation. |
| | Post-Traumatic Stress Disorder.  Possibility of Dissociative Identity Disorder. |
| Axis III: | Deferred.  Some features of Borderline Personality Disorder, that is the self-mutilation history. |
| Axis IV: | She had been off her medications for three weeks. |
| Axis V: | 30/70 |

**ORTHOPEDIC ASSOCIATES:  10/16/02**
Eileen fell down some stairs and complained of left foot pain.  X-rays from hospital revealed no fractures.  Diagnosis: Plantar fasciitis, left foot.

**BARRICK, WILLIAM M.D.: 4/14/03**
Eileen was treated for cellulitis of RLE secondary to a foot infection. Infectious disease consultation recommended. If no improvement on medication, incision and drainage recommended.

**VELISETTY, ASHA M.D.: 8/20/03 – 7/28/04**

**Velisetty, Asha M.D.: 8/20/03**
Eileen presented for psychiatric evaluation for history of depression and post-traumatic stress disorder. She was started on medications 2 years earlier. She was a single mother for the past 13 years. She worked full-time in VA Hospital in New York-software computer for 16 years. Mother was mentally abusive. Mother disowned her. She went on disability for depression one year earlier. She had PTSD and had nightmares and woke up crying. She was inpatient 5 times for decreased sleep and increased anxiety, depression, work pressure and problems with son. Medical history was significant for moderate obesity, cellulitis in right leg, hypertension. She was on Atenolol, Zoloft, and Seroquel. She was also on Prozac, Effexor and Celexa at one time. Diagnosis:

| Axis I | Major Depression, Moderate, recurrent without psychosis |
| | Post-Traumatic Stress Disorder |
| Axis II | Deferred |
| Axis III | Hypertension, cellulitis right leg, prone to kidney stones |
| Axis IV | Moderate |
| Axis V | Current GAF = 60-70 |
| | Past Year = 70-80 |

Counseling, continued Zoloft and Seroquel recommended.

**Velisetty, Asha M.D.: 9/17/03**
Psychiatric follow-up for medication management. Eileen started counseling with Dr. Henderson. Medications were helpful (Seroquel and Zoloft). She denied any suicidal ideation. She saw Dr. Umana for second visit. "Has diabetes-can be controlled with diet." Medications continued.

**Velisetty, Asha M.D.: 11/12/03**
Zoloft not helpful. Wellbutrin added.

**Velisetty, Asha M.D.: 12/9/03**
Medications helpful with depression. Eileen saw primary care physician for foot pain and podiatry evaluation was pending. She possibly needed surgery for heel spur. Medications continued.

**Velisetty, Asha M.D.: 3/17/04**
Anxiety was main problem. Evaluation at Shands discussed. Seroquel continued. Zoloft decreased.

**Velisetty, Asha M.D.: 5/4/04; 6/1/04**
Eileen felt increased anxiety.  Prozac, Ativan and Seroquel prescribed.

**Velisetty, Asha M.D.: 7/28/04**
Doing okay.  Medications continued.

**FAMILY CARE SPECIALIST: 9/2/03 – 4/2/04**
Initial evaluation was performed on 9/2/03.  Past medical history was significant for hypertension, depression, GERD, nicotine addiction and elevated glucose reading during a recent hospitalization for cellulitis.  Eileen required insulin at the time, but currently had not been diagnosed with diabetes.  Progress Note on 9/16/03 revealed a diagnosis of Diabetes - new onset.  She was given extensive diabetes education.

Progress Note on 10/10/03 revealed that she had started taking Glucophage 2 weeks prior and was getting mild headaches.  Progress Note on 1/7/04 revealed that she had stopped taking her Glucophage since her sugars were ranging in the low 100s.  Impression:  Diabetes, noncompliant with medications.  Progress Note on 3/19/04 revealed she was started on Glucotrol XL 5 mg once daily.  Last note dated 4/2/04 revealed that her sugars were well controlled on the Glucotrol.

**AET OF CENTRAL FLORIDA: 9/18/03 – 4/29/04**
(Psychiatry/Incomplete Records).  Progress note dated 4/29/04 revealed that Eileen continued to experience refractory symptoms of depression, including anergia, angedonia, saddened affect and poor memory/concentration/attention.  She was taking Lexapro and Seroquel 600mg.

**BUTCHER, JAMES PH.D.: 1/28/04**
(MMPI-2).  Eileen's self-description as extremely disturbed required further consideration because she had claimed many more psychological symptoms than most people do.  It was possible that she was exaggerating her symptoms in order to gain attention or services.  Physical concerns and depressed mood appeared to be primary problems emerging from a somewhat mixed symptom pattern.  She felt nervous, tense, and unhappy, and she was quite worried at the time.  She appeared to be quite indifferent to many of the things she once enjoyed and believed she was no longer able to function well in life.  She was overly sensitive to criticism and tended to blame herself a great deal and felt that she had not been treated well.

Eileen's depressed mood was accompanied by physical complaints and extreme fatigue.  She appeared to be inhibited and over controlled, relying on denial and repression to deal with anxiety and conflict.  She scored relatively high on AAS, suggesting the possibility of a drug or alcohol abuse related problem.  She was passive-dependent in relationships and was easily hurt by others.   She was nonassertive and kept anger bottled up, avoiding

confrontation for fear of being rejected or hurt. She was very introverted and had difficulty meeting and interacting with other people.

Eileen was shy and emotionally distant. She tended to be very uneasy, rigid, and over controlled in social situations. Her shyness was probably symptomatic of a broader pattern of social withdrawal. Her generally reclusive behavior, introverted lifestyle, and tendency toward interpersonal avoidance may be prominent in future tests. The most frequent diagnosis for individuals with this profile type was Dysthymic Disorder. She viewed herself as having so many problems that she was no longer able to function effectively in day-to-day situations. Her low mood and pessimistic outlook on life weighed heavily on her and seemingly kept her from acting to better her situation. Her negative self-image and sense of frustration would possibly be very detrimental to treatment and would require attention early in therapy.

Individuals with this profile tend to feel quite tense and depressed and may need relief for their psychological symptoms. Perhaps the most frequent form of treatment given to individuals with this pattern was antidepressant medication.

## FLORIDA PSYCHIATRIC GROUP: 3/23/04; 4/29/04

**Florida Psychiatric Group: 3/23/04**
Eileen was put on Lexapro 10 mg at bedtime.

**Florida Psychiatric Group: 4/29/04**
(Illegible). Eileen was depressed and withdrawn. Examiner increased Lexapro to 20 mg at bedtime.

## JACOME, ALFREDO M.D.: 4/6/04 – 7/26/04
Neurology evaluation. Eileen was initially seen for numbness, tingling and pain in hands bilaterally. She was taking Seroquel, Moexpril and Glucontrol. On 4/7/04, a neurological consultation was performed, which revealed that she had a 10-year history of gradually worsening hypesthesias, paresthesias, pain and weakness in hands bilaterally. Past medical history was significant for Diabetes since 9/03 and hypertension. She did have a family history of Diabetes, hypertension, strokes and epilepsy. Examiner recommended a cervical spine MRI. Impression:
- Possible mild chronic cervical polyradiculopathy

Cervical spine MRI on 4/9/04 revealed:
- Mild central stenosis and bilateral neural foraminal narrowing at C5-6 due to a combination of degenerative disk factors and lobulated broad-based posterior disk protrusion, particularly affecting the ventral left anterior thecal sac.

Nerve Conduction Study on 4/7/04 revealed:
- No electrophysiological evidence of bilateral median nerve or bilateral ulnar nerve entrapment neuropathy or peripheral neuropathy.

**ROBERTSON, DANIEL M.D.:  4/15/04 – 7/26/04**
Ocala Neurosurgical Center. Eileen was seen for pain in hand and neck pain. She had been on disability for two years due to a psychiatric problem. Examiner's assessment was C5-6 herniated nucleus pulpous.  On 6/7/04, examiner recommended PT and cervical epidural steroid injections for her neck pain.  On 7/26/04, Eileen reported 50% improvement in pain since she had two injections.  PT failed.  Surgery was not recommended.

**GULF COAST AQUATIC:  4/22/04 – 5/27/04**
Eileen was seen 11 times for arthritis in her hands.  After 4 weeks of treatment, she had limited improvement.  She was functioning somewhat better with her hands and experiencing less overall pain levels.  She was discharged with maximum benefit of care.

**OCALA REGIONAL MEDICAL CENTER:  5/1/04 – 5/3/04**
(Incomplete Records).  Eileen may have taken too much Seroquel since the day before.  She drove herself to the hospital for a rapid heart beat.  She did not know how many pills she had taken.  She was stabilized and transferred to psychiatric unit.

**MARION PAIN MANAGEMENT CENTER, INC:  6/18/04**
Eileen was seen for a 1-year history of cervical pain radiating into her shoulders, arms and hands bilaterally.  The pain had been getting worse. Her current medications included Prozac and Seroquel. No medical history of diabetes or stroke.  Cervical epidural injection recommended.  Impression:
- Cervical degenerative disc disease with mild radicular symptoms with no objective evidence of radiculopathy.

**MANN, RICHARD M.D.:  8/16/04 – 8/30/07**
(Gynecology)  Eileen treated for anovulatory bleeding, annual check ups and mammograms.

**Records Reviewed:**

AET of Central Florida: 9/18/03 – 12/13/07
Alfred, Perin M.D.: 12/8/06 – 11/6/07
Barrick, William M.D.: 4/14/03
Benedictine Hospital:  (Pre-Incident) 6/23/01 – 7/2/01; 7/27/01 – 7/30/01; 2/11/02 – 2/14/02
Butcher, James Ph.D.:   1/28/04 (MMPI-2/Basic Personality Profile/In File/Pre-Incident)
Couch, R. Crane D.O.: 11/4/05
CVS Prescription Log
Family Care Specialist: (Pre-Incident) 9/2/03 – 4/2/04
Fleigel, Jeffrey M.D.: 8/31/07

Florida Department Of Children And Families Records
Florida Psychiatric Group:  (Pre-Incident) 3/23/04; 4/29/04
Gulf Coast Aquatic:  (Pre-Incident) 4/22/04 – 5/27/04
Helfin, Gary M.D.:  10/14/04 – 11/15/07
Henderson, Daniel Ph.D.:  (Pre-Incident) 10/4/05
Hudson Valley Urology:  (Pre-Incident) 1/13/00 – 4/4/00
Jacome, Alfredo M.D.:  (Pre-Incident) 4/6/04 – 7/26/04
Ketchum Senior High School Records
Mann, Richard M.D.:  8/16/04 – 8/30/07
Marion Pain Management Center, Inc:  (Pre-Incident) 6/18/04
Marion-Citrus Mental Health Center, Inc.:  12/20/05
Medical Bills
MPV Health Plan
Ocala Regional Medical Center: 11/2/04 – 10/29/07;  (Pre-Incident) 5/1/04 – 5/4/04
Orthopedic Associates:  (Pre-Incident) 10/16/02
Rite Aid Prescription Log
Robertson, Daniel M.D.:  10/21/04 – 11/4/05;  (Pre-Incident) 4/15/04 – 7/26/04
Schefflein, Paul M.D.:  2/11/02 (Illegible)
Social Security File
The Centers:  9/10/05 – 9/11/05
TimberRidge Imaging Center:  6/17/05
VA Employment File
Velisetty, Asha M.D.:  10/27/04 – 5/7/07  (Pre-Incident)  8/20/03 – 7/28/04

# Activities Of Daily Living

## Sleep Pattern

**Arises:** 6 a.m.
**Retires:** Midnight
**Average Hours Sleep/24 Hours:** Wakes once during night briefly.  Usually naps.  Averages 6-8 hours in 24 hours.
**Sleep Difficulties:** Uses Ambien to help her sleep.  Without the Ambien, she cannot fall asleep and if she does, she will only sleep for about an hour. With Ambien, she will sleep 6 hours with at least one waking episode.

## Independence In

**Dressing:** Independent when feeling all right.  There are times that she is so fatigued she will spend most of the day in the bed.  During these times, she could physically dress herself, but she cannot force herself to get out of bed. This happens once every other week, usually if she has had a lot of activity the previous two days.
**Housework:** She can physically do housework, but mentally she gets overwhelmed very easily and finds these tasks difficult.  She does force

herself to do housework, and her son will help her at times. She does have a friend that has been helping her a little around the house, recently.

**Cooking:** Seldom cooks, again she can physically do this, but lacks the emotional motivation.

**Laundry:** She does her laundry.

**Yard Work:** She seldom does this, but she does have a riding mower and will occasionally mow.

# Social Activities

**Organizations Pre/Post:** None.

**Volunteer Work Pre/Post:** None.

**Socialization Pre/Post:** Emotional problems hampered her socialization prior to diagnosis of diabetes.

**Hobbies (Present):** At night she will play games on the computer or talk to her family via instant messaging on the computer.

**Hobbies (Previous):** She use to really enjoy yard work, but over the past two years, she finds it difficult to muster the energy to do such tasks.

# Personal Habits

**Smoking:** She did smoke until 5 weeks ago. She is not smoking now.

**Alcohol:** None.

**Drugs:** No.

**History of Abuse and/or Treatment Programs:** Before she started taking medication to help her sleep, she would drink a couple of beers or a couple of wine coolers at night to help her sleep. She notes that during one of her inpatient psychiatric hospitalizations, she relayed her habit of drinking one or two wine coolers at night to help her sleep. They considered this an abuse problem and she was sent for alcohol abuse evaluation. It was determined that she did not have an abuse problem.

# Socioeconomic Status

**Children:** 18 year old son.

**Number in Residence:** 2, Eileen and her son.

**Type of Residence:** Single story home.

# Income

**Disability Policy:** Disability retirement from VA Hospital $300 per month.

**S.S.D.I.:** began 1/2003, $1,200 per month

**Wages:** $300 per month from part-time job.
**Medicare:** Yes
**Supplemental insurance:**   Blue Cross Blue Shield through federal
government from retirement with VA.

# Other Agency Involvement

**State Vocational Rehabilitation:** No.
**State Employment Services:** No.
**Rehabilitation Nurse:** No.
**Other Agency:** No.
**Felony Convictions?** No.

# Education & Training

**Highest Grade Completed:** High school graduate and Associates Degree in
Computer Programming.
**Last School Attended:** Computer Processing Institute in Connecticut.
**Literacy:** Yes.
**Licenses/Certifications:** None.

# Military Experience

**Branch:** Not applicable.

# Tests Administered

As part of this evaluation, Eileen was asked to complete the <u>Minnesota
Multiphasic Personality Inventory-2, (MMPI-2)</u>.

On the <u>MMPI-2</u>, a valid profile is obtained based on a review of the validity
scales.    Consideration is first given to the VRIN (variable response
inconsistency) and TRIN (true response inconsistency) subscales, which use
paired responses of similar and opposite items to measure inconsistencies in
response patterns.    An inconsistent response pattern represented by
significantly elevated T-scores can invalidate the profile.  In Eileen's case, the
T-scores are within normal limits.  Next, I evaluated the F, F sub b and F sub
p scales, which represent infrequently endorsed items that are sensitive to
random and fixed responding.    Again, significantly elevated T-scores will
invalidate the <u>MMPI-2</u> results.  A new scale, recently added to the profile is
the FBS or Fake Bad Scale similar to the combine "fake bad" profile
previously used by examining a combination of several validity scales.  Eileen

does not show clinically significant elevations on any of the F scales or the FBS. When looking at the FBS, the circumstances of the assessment must be taken into consideration. For example, any significant physical injuries, chronic illnesses or medical findings that could artificially elevate scores on the FBS as a result of the patient truthfully responding to test questions, would effectively reset the normative floor for determining when a patient is "faking bad".

Finally, I reviewed the L, K and S scales. In this instance, T-scores greater than 79 on the L scale, 75 on the K scale and 70 on the S scale tend to reflect individuals who are demonstrating protocols characterized by a pervasive pattern of nonacquiescence. This is a pattern often referred to as a "fake good" profile. The individual is trying to present a better picture of them self than actually exists. Eileen's scores do not exceed these parameters, therefore, her MMPI-2 is considered valid. There is no evidence of impression management and no indication of either "fake good" or "fake bad" profiles. She shows no indication of malingering in her clinical scales.

On the clinical scales, Eileen demonstrates an elevated triad profile with scale two, depression, at the peak; followed by almost equal elevations on scale three, hysterical/anxiety response to disability; and scale one, somatic focus. Her profile represents an inverted conversion "V," which indicates a classic chronic disability syndrome.

In addition to the triad profile, Eileen demonstrates clinically significant elevations on scales six, seven and eight. This profile suggests feelings of inadequacy, inferiority, lowered self-esteem, poor self-concept and a lack of self-confidence. The profile also reveals anxiety, guardedness, anger and resentment over her situation, as well as feelings of depression, sadness, withdrawal and persecution.

The new Restructured Clinical Scales preserve the valuable descriptive features of the existing Clinical Scales and enhance their distinctiveness. The RC Scales profile constructed a demoralization scale, extracting the general complaint or malaise factor represented to some degree in each of the clinical scales. These scales then go on to identify the major dimensions of eight of the ten clinical scales, excepting scales 5 and 0. The RC scales are the result:

- RCd-demoralization
- RC1-Somatic Complaints
- RC2-Low Positive Emotions
- RC3-Cynicism
- RC4-Antisocial Behavior
- RC6-Ideas of Persecution
- RC7-Dysfunctioal Negative Emotions
- RC8-Aberrant Experiences
- RC9-Hypomanic Activation

In Eileen's profile, she demonstrates elevations on RC-1 and RC-2 essentially refining distinctive features of her clinical scale elevations of somatic focus and low positive emotions.

Axis I:        Major Depressive Disorder - Single Episode – moderate - 296.22.
               General Anxiety Disorder - 300.02.
               Adjustment Disorder with Depressed Mood - 309.0..


Axis II:       Deferred

Axis III:      Diabetes Mellitus Type 2 with no evidence of neuropathy.
               Active nicotine use and dependency.
               Suspect asthmatic bronchitis vs. reactive airway disease aggravated by medications and acid reflux.
               Suspect GERD with episodes of heartburn and vomiting.
               Obesity.
               Excessive daytime sleepiness with fatigue and early morning headache and apneic episodes suggestive of sleep disorder.  Rule out obstructive sleep apnea.
               History of depression and anxiety.
               Hypertension.
               Degenerative disc disease.
               Chronic back pain.
               Irregular menstrual periods.
               On disability for depression and anxiety.

Axis IV:       Life Stressors secondary to disability and psychological response to exposure to disability.

Axis V:        Current  GAF – 50.
               Highest GAF in past year – 50.


# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements.   Clinical Practice Guidelines through the National Guideline Clearinghouse outlined the following as basic guidelines for care:

- Physical Assessment
- Psychosocial Assessment
- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis

- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation, as well as influenza and pneumococcal immunizations.

Eileen had significant medical needs and issues before the diagnosis of Diabetes. As such, below outlines a list of recommendations for her future care needs, excluding or reduced by the amount of care she required prior to the diagnosis of Diabetes.

**Allied Health Care Evaluations:**
- Psychological: Required pre onset.
- Psychiatrist: Required pre onset.
- Nutritional Evaluations four times per year at a cost of $75 to $85 each.
- Recreational Therapy Evaluation: Required pre onset.

**Therapeutic Modalities:**
- Individual counseling for depression, anxiety and PTSD: Required pre onset, although she currently needs to include in her counseling adjustment issues related to the onset of her diabetes. This level of counseling should be short-term and can be rolled into the therapy already as part of her pre-morbid schedule.

- Case management to improve compliance with medical care as it relates to her diabetes. Two to four hours per month at a cost of $70 to $98 per hour, or $2,016 to $4,032 per year for 24 to 48 hours per year. (Some health insurance companies provide diabetes management/case management programs as a part of their services at no cost to the patient, due to the high cost of treating complications resulting from poorly managed diabetes. As no such program is currently being provided, case management is included in this plan in order to assist in care coordination, medication and supply management and enhance compliance with treatment recommendations.)

**Medications:**
**Prescription Medications:**
- Byetta 10mcg/0.04ml Solution in 2.4ml Cartridge. 10mcg administered 2 times per day. Purchases one 2.4ml cartridge per month at a cost of $229.97 per cartridge.
- Metformin HCI 1000mg two times per day at $31.97 for 60 pills per month.
- Lantus 40 units per day. Purchase fifteen 10ml vials per year at $92.26 per vial.

- Ativan .05mg three times per day as needed for anxiety related to having to give insulin injections and test blood glucose levels. $160.97 per month for 90 pills.

**Annual total for prescription medications: $6,459**

Eileen is taking numerous other medications for the treatment of her complicated medical problems; however, only the ones listed above are related to her diagnosis of diabetes and her increased anxiety related to having to self-administer her diabetic care.

**Equipment / Supplies:**
- One Touch Ultra Blood Glucose Monitoring System, one time every 2 to 4 years at a cost of $75.
- One Touch Control Solution, one box of two per year at a cost of $13.25.
- One Touch Ultra Test Strips, twelve boxes of 50 per year at a cost of $36.95 each.
- One Touch UltraSoft Lancets, six boxes of 100 per year at a cost of $11.95 each.
- BD Ultra Fine III short insulin pen needles, eight boxes of 100 per year at a cost of $41.75 per box.
- Monoject Insulin Syringes, four boxes of 100 per year at a cost of $11.95 per box.
- Alcohol Prep Pads, two boxes of 200 per year at a cost of $1.95 each.
- Sharps Container, one time every 4 to 6 years at a cost of $6.95.
- Micro-Cooler for transport of insulin one time every 2 years at a cost of $19.25 each.

**Medical Care:**
- Primary Care Physician four additional visits per year as related to Diabetes only at a cost of $60 to $87 each. Based on clinical practice guidelines and current reported schedule pending response from treating physician.

- Laboratory Exams based on clinical practice guidelines and current reported schedule pending response from treating physician:
  a. HgbA1C four times per year at a cost of $56 to $72 each.
  b. Microalbuminuria one time per year at a cost of $88 to $114 each.
  c. Blood Lipids two times per year at a cost of $21 to $28 each

- Podiatry Services, two times per year at a cost of $80 to $140 each. Based on clinical practice guidelines pending response from treating physician.

- Ophthalmologist, one time per year at a cost of $86 to $175. Based on clinical practice guidelines and current reported schedule pending response from treating physician.

**Health-Strength Maintenance/Recreation:**
- Eileen should participate in a wellness program as recommended for general health guidelines. She could benefit from access to a swimming pool for low impact, aerobic exercise. YMCA membership: Initial fee of $70 one time only. Monthly membership fee $44, or $528 per year.

# Employment History

**Released to Return to Work:** Returned to part-time work in August of 2006. Did not work from July 2002 until this time.
**Work History Since Injury:** Part-time work only as noted below.

**Employer:** Lami; **City/State:** Out of Pennsylvania; **Position:** Merchandising.; **Start Date:** 8/2006; **End Date:** Current; **Schedule:** Part-time; Hours vary from 5 to 10 hours per week; **Wage:** $10.00 per hour; **Duties:** Current job description: She goes to the stores and uses a scanner and takes an inventory of what is needed. She goes home and places the order. When the order comes in, she is notified and she has to go to the store and set up the merchandise. She says the boxes are not heavy and she is usually in and out of one store within a half an hour. She does this for 10 stores in her area made up of Publix or Winn Dixie stores; **Reason for Leaving:** Still employed.

**Employer:** NYS Veterans Home of Montrose; **City/State:** Montrose, NY; **Position:** Program Assistant; **Start Date:** 5/1987; **End Date:** 7/2002; **Schedule:** Full-time; **Length:** 15 years; **Wage:** Approx. $40,000; **Duties:** Taught computer software; **Reason for Leaving:** Rendered disabled with depression and anxiety in 7/02.

# Observations

**Orientation:** Alert and oriented.
**Stream of Thought:** Clear and rational.
**Approach Toward Evaluation:** Cooperative.
**Attitudes/Insight:** Flat affect, good insight.
**Appearance:** Displayed some signs of nervousness with flushed cheeks and hand ringing. Flat affect.

# Conclusions

Careful consideration has been given to all of the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to diabetes. The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications. The following list of complications related to diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

## COMPLICATIONS OF DIABETES

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly. Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients. Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth. Gingivitis, another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.
- Skin complications can affect all areas of a diabetic patients body. Bacterial infections and fungal infections are common. Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs. Diabetic blisters are rare. Keeping blood sugar under control can control most skin conditions associated with diabetes.
- Depression – studies indicate that while most people with diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
  1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
  2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work. Skin can become very dry and damaged due to the side effects of diabetes.
  3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.
  4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation. Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also

increase the risk of hardened blood vessels.   The problems associated with poor circulation can also lead to amputation.

- Eye complications include:
  1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.
  2. Cataracts – people with Diabetes are 60% more likely to develop cataracts.
  3. Nonproliferative Retinopathy – as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.
  4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however, these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage.   Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with diabetes. Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease.   Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.
- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.
- Focal neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.
- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients.   Nerve damage, tingling, numbness and pain are all associated with this.
- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner.   This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach. Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.
- Ketoacidosis – while rarely occurring in people with type 2 Diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body.   This can result in coma and/or death.

- Cardiovascular disease and stroke account for an average of 65 - 70% of deaths in people with diabetes. Mortality is much greater in women with Diabetes than men.
- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to Diabetes. High cholesterol requires consistent care to avoid vascular events in diabetic patients.
- Kidney disease or nephropathy – diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood. In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure.
- Peripheral Arterial Disease – Atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease. In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

## COSTS OF DIABETES

In 2007, the average cost of medical expenditures for the diabetic patient is $11,744 per year, with $6,649 of that being attributed to diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes). People with diagnosed diabetes, on average, have medical expenditures that are ~ 2-3 times higher than what expenditures would be in the absence of diabetes. Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion). *(Economic Costs of Diabetes in the U.S. in 2007)*

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population With At Least One Medical Event For Diabetes: (Annual)

**All medical care**
- o  All adults:  $10,092
- o  Ages 45-64: $9,169
- o  Ages 65 +:  $12,238

[Expenditures for all types of care]

**All office care**
- o  All adults:  $1,506
- o  Ages 45-64: $1,488
- o  Ages 65 +:  $1,623

[Expenditures are for all office-based medical provider care]

**All prescription medications**
- o All adults:  $2,798
- o Ages 45-64: $2,912
- o Ages 65 +:  $2,876

[Expenditures are for all prescription medicine purchases]

**All hospital care**
- o All adults:  $4,804
- o Ages 45-64: $4,165
- o Ages 65 +:  $6,160

[Expenditures are for all inpatient, outpatient and ER care]


Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Noninstitutionalized Population For The Treatment Of Diabetes:  (Annual)

**All diabetic care**
- o All adults, all diabetes care: $1,714
- o Ages 45-64: $1,552
- o Ages 65 +:  $1,945

[Expenditures for all types of care]

**All prescription medications**
- o All adults:  $883
- o Ages 45-64: $974
- o Ages 65 +:  $775

[Expenditures are for all prescription medicine purchases]

*Source:  Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

*Paul M. Deutsch*

Paul M Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

## SOURCES

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al.  "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.*  Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes".  *American Diabetes Association/American College of Cardiology.*  Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes".  *American Diabetes Association/American College of Cardiology.*  Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association/American College of Cardiology.*  Issue 3; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

"Peripheral Arterial Disease in Diabetes".  *American Diabetes Association/American College of Cardiology.*  Issue 6; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

## Schedule A

### Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
### Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
### Plaintiff Referrals

**Non-Catastrophic Injury Cases:** Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:** Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
  - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
  - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
  - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
  - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
  - Medication Costs
  - Supplies/Equipment Costs (specific to patient needs/requirements)
  - Collateral Source Research (determination of appropriate government funding to be used in the report)
  - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

## Medical Records Review: (All at $300/hour)
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

## Miscellaneous:
- Correspondence
- Staffing
- Telephone calls required

# Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

## Testimony:
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

## Miscellaneous:
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

# PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### *Paul M. Deutsch & Associates, P.A.*

* Board Certified Rehabilitation Counselor
* Board Certified Life Care Planner
* Board Certified Case Manager
* Catastrophic Case Management
* Fellow of the International Academy of Life Care Planners
* Professional Training/Teaching
* Curriculum Development/Consultation
* Research
* Software Development
* Patient and Family Education
* Consultation
* Licensed Mental Health Counselor
* Diplomate in Psychotherapy

## EDUCATION

* *Doctor of Philosophy-Admitted through the Department of Rehabilitation Counseling* (Majored in a joint program of **Counseling Psychology** and **Counselor Education.** **Subspecialization-Spinal Cord Injuries**-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

* *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
*Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

* *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

* **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

* Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).

- <u>Life Time Achievement Award-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning,"</u>-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University; The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).
- *E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions*

- *PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida*

- *Rehabilitation Service Administration - Master's Degree – Fellowship*

<u>Professional Interviews as original developer of Life Care Planning:</u>

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


## TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan University Healthcare Pathway's, Life Care Planning Program. Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management Program in the Healthcare Pathways program, scheduled to begin April 2004.

Kaplan University -Curriculum Development for Geriatric Care Management Program in the Healthcare Pathways program, scheduled to begin in the summer of 2004.

<u>FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach in this program</u>: Intelicus/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research
Methodology;
        Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference


Professor Clinical Rehabilitation-Louisiana State University Medical Center- November 1996 to 1999). Includes course lectures, continuing education programs, Life Care Planning Clinic development, Life Care Planning software and database development and publications.

<u>FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)</u>- Rehabilitation Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in the Masters Program.

## SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)

· Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour workshops presented for the University of Florida/MediPro's certificate program in Life Care Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

- International Conference on Life Care Planning- Atlanta 2006
- International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
- IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
- International Life Care Planning Conference-San Francisco-September 2005
- International Life Care Planning Conference-New Orleans-October, 2004
- International Association of Rehabilitation Professionals-Arizona-May,2004
- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
- I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
- Introduction to Life Care Planning
- Basic Tenets and Methodology of Life Care Planning
- Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

- Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
- Aging with Catastrophic Disability-Int'l LCP Conf. '03
- The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
- Medicare Set-Aside Trusts-New Orleans-June 2003
- Medical Errors (For the Mental Health Mental Health Counselor)
- Domestic Abuse (Requirement for Mental Health Licensure)
- National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
- Life Care Planning Summit 2002
- Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
- Life Care Planning Summit 2000
- Annual Life Care Planning Conference New Orleans October 1999
- Annual Life Care Planning Conference New Orleans October 1998
- AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
- The International Brain Injury Symposium - New Orleans, LA (3/1991)
- National Head Injury Foundation - Chicago, IL (12/1989)
- Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
- First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

**PAUL M. DEUTSCH & ASSOCIATES, P.A.**                    *Orlando, Florida*
                                                         *6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

*Foundation for Life Care Planning Research Inc.*           *Orlando, Florida*
                                                         *11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group. The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission. The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN. Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

*Learning Applications Inc.*                               *Orlando, Florida*
                                                         *1991- 2000*

A research and development company responsible for developing Media Matrix, a multimedia, computer based tutorial system. The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education. The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

**FAIRVIEW SHORES**                                       *Orlando, Florida*
*Staff Rehabilitation Counselor/Mental Health Counselor*    *6/1988 - 01/96*

Long-term Supported Living Program for the Head Injured. Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

**PAUL M. DEUTSCH PRESS, INC.**                              *Orlando, Florida*
*Owner/Chairman*                                             *(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

**REHABILITATION TRAINING INSTITUTE**                        *Orlando, Florida*
*Continuing Education/Training*                              *1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

**THE HEAD INJURY REHABILITATION CENTER, INC.**              *Orlando, Florida*
*Co-Director*                                                *1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation. Also involved in development of a transitional employment program and placement of the brain injured. Includes responsibility for individual and group therapy as well as case management.

**THE CENTER FOR REHABILITATION, INC.**                      *Orlando, Florida*
*Director/Rehabilitation Counselor*                          *1977 - 1980*

Responsible for general coordination and administrative duties. Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs. Also responsible for counseling in both group and individual settings. Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

**REHABILITATION RESOURCES, INC.**                           *Orlando, Florida*
*Rehabilitation Specialist*                                  *1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals. Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

**DIVISION OF VOCATIONAL REHABILITATION**                    *Orlando, Florida*
*Counselor II*                                               *1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center. Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

**VETERAN'S ADMINISTRATION HOSPITAL**                        *Gainesville, Florida*
*Psychology Technician*                                      *1971 - 1972*


**CONSULTANT WORK**

- University of Florida-Curriculum Development.  Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program.  All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR.  This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning.  Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide.  PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2, Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation. Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997. (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation. Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning, (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation, (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center. (Inaugural issue of Journal of Forensic Vocational Analysis).

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endificence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy. The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning: Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2 pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263). Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements", Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M., "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook. Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas). Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation: Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile: Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties. In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research. A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.: "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

• American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change.   This includes establishing procedures for redesigning the certification exam and strengthening the certification process.   Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process. Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work. Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work.   Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration.   Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force. Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research. Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.


## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada, 2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
   Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA. Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases. California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma. California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation. 1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning. 15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics. American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning.  Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management.  Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans.  American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues.  The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury.  Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going.  NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony.  The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony.  American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients.  University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation.  Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning.  Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning.  Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury.  Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury.  Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.  Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury.  Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning.  University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice.  The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury. New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation.  The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury. Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics. Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management.  GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning.  AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning.  International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination. New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning.  Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation.  Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning. New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation. University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning.  University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases.  American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional.  National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional. American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning.  American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication.  American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning.  Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation.   Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation. Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).*

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

* Mental Health Counseling as defined under Chapter 491: State of Florida:

(9)     The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development.   Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

(a)     Mental health counseling treatment includes, but is not limited to:

1.     Counseling
2.     Psychotherapy
3.     Behavior modification
4.     Consultation
5.     Client advocacy
6.     Crisis intervention
7.     Providing needed information and education to clients.