# NF TAB 7

# LINDA WHITTINGTON

### JULY 30, 2008

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ~ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Linda Whittington** |
| **DATE OF EVALUATION:** | **7/16/08** |
| **DATE REPORT INITIATED:** | **7/18/08** |
| **REPORT FINALIZED:** | **7/30/08** |

Linda Whittington is a 51 year old Caucasian female seen for evaluation in the office unaccompanied. Her attorney, Buffy Martines, referred Linda for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of Diabetes-type II and to determine the economic consequences of the diabetes into the future. There will be no loss of earnings discussed in this report, as Linda was unemployed and on disability prior to the development of the diabetes.

## Demographic Information:

**Client Name:** Linda Whittington; **Social Security #** REDACTED **Address:** REDACTED **County:** Clay; **Closest Metro Area:** Jacksonville is 40 miles away; **Phone:** REDACTED **Birthdate:** 10/16/56; **Age:** 51; **Sex:** Female; **Race:** Caucasian; **Marital Status:** Divorced; **Birthplace:** Jacksonville, FL.; **Citizen:** Yes; **Elementary/Secondary Education:** Elementary and high school in Jacksonville. Graduated high school; **Employer at time of injury:** On disability at time of Diabetes diagnosis; **Position/Grade:** Last worked as pest control technician; **Bilingual:** No; **Glasses:** Has glasses but she does not wear these; **Dominant Hand:** Right ; **Height:** 5'5"; **Weight (present):** 190 lbs.; **Weight (pre-injury):** 210 lbs at diagnosis; **Date of Onset:** 2/27/06.

**History:** Linda notes she was diagnosed with type II Diabetes on 2/27/06. She reports having used Seroquel from 2001 - 2006 for schizophrenia. She notes she was on SSDI and SSI for a Mental Health diagnosis since approximately 1995. She believes her diagnosis was paranoid schizophrenia but she is not completely sure.

**Loss of Consciousness or Altered State of Consciousness:** No.
**Length of Unconsciousness or of Altered State:** N/A.
**Independent Recall:** Fairly good historian for more recent events although her memory for past medical history is poor.

**Rehabilitation Program(s) [In/Outpatient Since Injury]:**
Robin Beatty, PA at Dunn's avenue Family Practice suggested she go to a Dietician for training on diet and basic Diabetes management. Linda

indicates she never attended, feeling she knew she had to avoid sugar and carbohydrates while focusing on vegetables and protein.

**Prior Medical History:**
Past medical history significant for schizophrenic, liver problems, mental illness, neck pain, arm numbness, and heart related issues.

*"It is possible the medication, the psychiatric medication I was on, caused the physical health problems I had. I do not remember having any physical health problems before I took this medication. I do not remember being diagnosed with liver problems. I do not remember being diagnosed with any heart problems.* [Later in the interview, however, she indicated she developed "congestive heart failure from taking Vioxx]. *I do not remember ever complaining of neck pain or arm numbness. I do not have any neck pain now. I do have some numbness in my whole upper body now. Either numbness or gas or something, I don't really know. They found some cysts in my pancreas and this may be related."*

Linda notes she first began seeing a psychiatrist or psychologist for mental health problems around 1994 or 1995. To the best of her knowledge or memory, she does not believe she saw anyone or had any mental health problems prior to that date.

Medical records suggest a history of high cholesterol, but she does not recall this and she does not take any cholesterol lowering medication. She indicated she developed *"congestive heart failure"* from taking Vioxx and she contemplated taking part in the class action lawsuit on this, but she decided to go independently to look into a lawsuit but was unable to find an attorney to handle the case *"because I apparently got over it"*.

# Chief Complaint(s)

## Current Disability

**Disabling Problems:    (By client/family history and report.    No physical examination occurred).**

Linda: *"I do not recall the date I started Seroquel but I do remember I was switched from Zyprexa and if the records say this was around 2001 then that is probably correct. I was diagnosed with diabetes in February 2006. To the best of my recal,l Robin Beatty P.A. did a blood test for sugar and it came back high. She then sent me for a glucose test at the hospital and it showed I had Diabetes. Once it was diagnosed they started me on Metformin. They also had me check my blood sugar once per day on first getting up before I ate anything. I still do this. Currently my blood sugar on first getting up is about*

*100 on average. I have stayed on Metformin since I was diagnosed. I take 1000 mg tablets two times per day."*

Linda indicates she occasionally has numbness in her feet. This will occur as often as once per month. This usually occurs when she has been sitting for a long time. If she lies down or moves around it seems to help relieve the numbness. She has not been diagnosed with peripheral neuropathy but she also notes she has not told her doctor about the numbness. She did briefly discuss the numbness with the Physician's Assistant (Robin Beatty) and she was advised to purchase *"diabetic shoes"*.

She took Vioxx several years ago due to foot swelling. She reported she experienced congestive heart failure from the Vioxx. She did not pursue an independent lawsuit as she apparently *"recovered"*. The result is she cannot squat or kneel down since she took the Vioxx – as she experiences all over weakness and some pain throughout her body if she tries to kneel or squat. She had a lot of pain in her feet and she feels the Vioxx helped that situation.

She has full dentures, noting that these were obtained quite a while before she was diagnosed with Diabetes. She has had the dentures for at least 10 to 15 years, but she is not sure. Her memory is that her teeth were perfectly fine, except for one bad tooth in the back and the dentist apparently *"talked me into pulling them all"*.

**Anticipated Treatments**: No changes in treatment are currently being recommended. She has talked to Dr. Boyd who is currently treating her and he has recommended she stay on her current treatment regimen.

## Psychosocial Issues

**Patient:** She reports she was upset by the diagnosis of Diabetes. She feels it did increase her depression. She feels she has adjusted to the diagnosis and having to take the medication. *"I do the best I can to lead a normal life."*

**Family, Emotional Impact on Spouse/Children:** She resides alone. There is no impact on family members.

# Physical Limitations

**Loss of Tactile Sensation:** She has numbness in bilateral feet maybe once per month and it will last only briefly until she repositions.

She indicated she had no altered sensation or tingling or numbness at any time before diagnosis of diabetes.

**Reach:** Normal ROM without pain, in the UE.

**Lift:** No lifting restrictions associated with the Diabetes. She states she is weaker in her UEs, which is something she has noticed since the diagnosis, but she is unable to pinpoint an exact onset.

**Prehensile/Grip:** Good, bilaterally.

**Sitting:** She repositions frequently, but she cannot specifically pinpoint this directly to the Diabetes unless it is from the overall weakness she feels.

**Standing:** She repositions frequently, but she cannot specifically pinpoint this directly to the Diabetes unless it is from the overall weakness she feels.

**Walking/Gait:** She can walk through a mall or a large WalMart superstore without stopping.

**Bend/Twist:** She has pancreatitis and this causes problems in bending. She feels the cysts in her pancrease are related to the Diabetes.

**Kneel:** She cannot kneel since she took Vioxx. She took Vioxx several years ago due to foot swelling. She experienced congestive heart failure from the Vioxx. She did not pursue a lawsuit as she apparently *"recovered"*. The result is she cannot squat or kneel down since then she took the Vioxx. She had a lot of pain in her feet and she feels the Vioxx helped that situation.

**Stoop/Squat:** Unable to do. She is unable to state specifically why she cannot do these activities, other than to say she thinks she had congestive heart failure and *"it got to the point I just wasn't able to exercise"*.

**Climb:** Able to do without problem, generally. Sometimes she will experience some fatigue and shortness of breath on climbing stairs, but generally this is not problematic.

**Balance:** Good.

**Breathing:** No difficulty breathing.

**Headaches:** Occasionally she will have headaches, but not specifically related to the Diabetes.

**Vision:** *"No more than usual for a person with diabetes"*. She indicated her ophthalmologist indicated she did have diabetic retinopathy, but that it appears to have stabilized. She has not seen an ophthalmologist in more than a year.

**Hearing:** Intact conversationally.

**Driving:** No problems in driving. She indicates driving at night would likely strain her vision, but she avoids driving at night.

**Physical Stamina (average daily need for rest or reclining):** Assuming she was functioning at about 100% endurance-wise before the diagnosis of Diabetes, she feels she is now functioning at about 70%.

# Environmental Influences

**Problems on exposure to:**

**Air Conditioning:** No
**Heat:** Yes, she cannot tolerate the heat as much.
**Cold:** No
**Wet/Humid:** No
**Sudden Changes:** No
**Fumes:** No
**Noise:** No
**Stress:** No additional impact from the diabetes.

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---------|-----------|-------|-----|-----------|-----------|
| Dr. Mohamed Saleh | Psychiatrist | 904 398-0009 | 904 346-0887 | | |

Center for Medicine & Psychiatry   1998 - Present   Treating for Schizophrenia Jacksonville, FL   **Not related to the diabetes.**

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---------|-----------|-------|-----|-----------|-----------|
| Dr. Charles Haddad | Family Practice | 904 751-3800 | 904 633-0701 | | |

Dunn Ave Family Practice, Jacksonville.   Treated from 1985 - Present .   Treating for Diabetes. **No longer seeing this physician.**

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---------|-----------|-------|-----|-----------|-----------|
| Dr. Harold Boyd | Family Medicine | 904 264-4405 | 904 264-4368 | /3 months | |

Orange Port, FL. Treating for Diabetes.  Before the Diabetes she was seeing him every three months while on psychotropic medication, she is off all psychotropics and still sees him every three months to monitor the Diabetes.

| Doctors | Specialty | Phone | Fax | Frequency | Last Seen |
|---------|-----------|-------|-----|-----------|-----------|
| Robert I. Schnipper, MD | Ophtha-lmology | 904 355-5555 | 904 355-9966 | | |

She does not recall when she last saw him - at least one and one-half years ago.

## Additional Therapies/Notes:

She saw an Ophthalmologist at Shands Hospital in Jacksonville.  This evaluation had been ordered by Robin Beatty, PA from Dunn Avenue Family Practice.  Linda indicated she was told diabetic retinopathy was stabilized.

| Medication | Strength | Tablets Day | Purpose | Rx By: |
|---|---|---|---|---|
| Metformin | 100 mg | 2/day | Diabetes | Boyd |
| Metoprolol | 25 mg | 2/day | High Blood Pressure | MDs in hospital |

**Additional Medications/Notes:**
She has routine blood work done generally, but she has not been in to see her treating physician since her last hospitalization.

**Drugstore and  Phone Number:**
- Panama Drugs:  904 765-3531
- Owens Pharmacy:  904 353-7468

**Assistive Devices:**
- Diabetic shoes:  Diabetic Services & Supplies
- Blood Glucose Monitor
- Alcohol Wipes

# Medical Summary

**LINDA WHITTINGTON**
**D.O.B.: 10/16/56**
**D.O.O.: 2/27/06**
**Date of Medical Summary:  7/16/08**

Linda is a 51-year-old Caucasian female who indicates she developed Diabetes Mellitus, Type 2 after taking the drug Seroquel.

**DUNN AVENUE FAMILY PRACTICE CLINIC:  2/27/06 – 9/18/07**

**Dunn Avenue Family Practice Clinic:  2/27/06**
Lab work indicated that Linda had diabetes.  She had a family history of diabetes.  Assessment:  Diabetes mellitus, poorly controlled.  Diabetic counseling, glucometer, Glucophage and Metformin was recommended.

**Dunn Avenue Family Practice Clinic:  5/24/06**
Linda reported her sugars had remained under 120 on Glucophage.

**Dunn Avenue Family Practice Clinic:  8/29/06**
Linda was seen for completion of forms to request diabetic shoes.  She had calluses on the feet with breakdown of the skin.  She reported that her sugars were normal.  She had an elevated blood pressure but refused any treatment on multiple occasions.

**Dunn Avenue Family Practice Clinic:  12/28/06**
Linda was seen for refill of sleep medication.  She reported that her Temazepam was working well, relieving insomnia and anxiety.

**Dunn Avenue Family Practice Clinic: 9/18/07**
Linda was seen for medication refill for her insomnia.  She reported that her sugars were fine.

**CHALAM, K.V. M.D.: 4/10/06**
Ophthalmology evaluation.  Linda was diagnosed with bilateral diabetic neuropathy.  She had stable background diabetic retinopathy.

**CENTER FOR MEDICINE AND PSYCHIATRY: 2/4/07; 8/13/07**

**Center for Medicine and Psychiatry: 2/4/07**
Linda was in denial about having a psychiatric illness.  She remained paranoid and had persecutory delusions.  She stated that she was working at Mayport, but had to quit because people were working against her at the business.  Impression:

- Axis I:      Paranoid Schizophrenia, chronic

Examiner discontinued Elavil and Geodon.  Linda was placed on a trial of Abilify at bedtime.

**Center for Medicine and Psychiatry: 8/13/07**
Linda remained paranoid and reported that she had diabetes now.  She was requesting Restoril and Temazepam for sleep.  She continued to be in massive denial of her illness.  She was paranoid with persecutory delusions and had poor insight and judgment.  Impression:

- Axis I:      Paranoid Schizophrenia
- Axis II:     Insomnia

Elavil and Geodon prescribed.

**BAPTIST PRIMARY CARE: 3/6/08; 3/24/08; 5/7/08; 5/22/08**

**Baptist Primary Care: 3/6/08**
(Incomplete Records).  Linda was seen for Diabetes type 2.  She was on Mirtazapine and Metformin.

**Baptist Primary Care: 3/24/08**
Linda was seen for evaluation and management of her diabetes.  She had not been following her diabetic diet, exercising or checking her blood sugars at home.  She also wanted a refill of her sleeping medication.  She was not taking her oral hypoglycemic medications correctly.  Assessment was Hyperlipidemia and Type II Diabetes.  Chest x-ray was recommended due to smoking history and family history of lung cancer.

**Baptist Primary Care: 5/7/08**
Linda presented complaining of stomach bloating x 3 weeks. Abdominal CT was performed and revealed:

- Abnormal low densities within the liver and pancreas. The low densities in the pancreas possibly represented pseudocysts from acute pancreatitis. The low densities in the liver were indeterminate and were possibly related to her pancreas. Infectious abscesses could not be excluded.
- Fatty infiltration of the liver
- Free fluid in the pelvis

Abdominal X-ray was unremarkable.

**Baptist Primary Care: 5/22/08**
Linda was seen for evaluation and management of her acute pancreatitis with pseudocyst formation. She had just been discharged on 5/14/08 after a one-week hospitalization. She had not been checking her blood pressure or her blood sugars.

**BAPTIST MEDICAL CENTER: 5/7/08 – 5/14/08**
Linda was admitted for abdominal pain and fullness. CT scan of the abdomen and pelvis revealed cyst formation within the pancreas. There was also fatty infiltration of the liver. She had a large pancreatic pseudocyst identified. GI consulted along with general surgery for evaluation of possible surgical drainage. Observation and follow-up CT scan in 6 weeks was recommended. Linda had elevated blood pressure during the hospitalization and was started on Metoprolol with improvement in her blood pressure. Diagnosis:

| | |
|---|---|
| Axis I: | Anxiety Disorder, not otherwise specified. Rule out Bipolar Disorder, current episode mixed with psychotic symptoms; rule out Schizoaffective Disorder, Bipolar type. |
| Axis II: | Cluster A & B traits |
| Axis III: | Pancreatitis and other health issues |
| Axis IV: | Related to Axis I and III as well as poor social support |
| Axis V: | 55 |

Discharge Diagnosis:
- Acute pancreatitis with pseudocyst formation
- Hypertension
- Diabetes Mellitus

**PAST MEDICAL HISTORY**


**SHANDS HOSPTIAL OF JACKSONVILLE:  8/20/89; 9/26/90; 10/7/00**

**Shands Hospital of Jacksonville:  8/20/89**
Diagnosis:  Strep throat.

**Shands Hospital of Jacksonville:  9/26/90 – 10/2/90**
Linda was seen for an Elavil overdose.  She had a history of suicidal ideation
and depression.  She was stabilized and discharged on 10/2/90.

**Shands Hospital of Jacksonville:  10/7/00**
Linda underwent an excision of the 5th metatarsal head of the right foot.  The
painful lesion was unresponsive to conservative management and she elected
to have this procedure done.

**MENTAL HEALTH RESOURCE CENTER:  10/19/89; 2/20/90**

**Mental Health Resource Center:  10/19/89**
Linda was complaining of her "nerves jumping".  She thought it might be
diabetes.  Doctors had told her it was psychological, not medical.  She had
many kidney infections as a child.

**Mental Health Resource Center:  2/20/90**
Linda's teeth were in poor repair.  Examiner thought that she wanted to stop
working to get some disability so she would not have to pay child support to
her ex-husband.  Impression:  Malingering.  Examiner did not think she
needed any further treatment.

**MENTAL HEALTH CENTER OF JACKSONVILLE: 5/31/91 – 1/17/97**
Linda was seen multiple times for psychiatric complaints including but not
limited too, psychosis, auditory hallucinations, trouble concentrating,
confusion, and disorientation.  She was maintained on Mellaril.  Progress
note dated 12/14/94 revealed an impression of chronic schizophrenia.

**CENTER FOR MEDICINE AND PSYCHIATRY: 2/27/96 – 2/20/06**
Linda was seen on multiple occasions.  Complaints included difficulties with
memory, paranoia, and hallucinations.  Progress notes indicate problems
with anxiety, delusions and suicidal ideation. She was started on Seroquel
but had difficulty tolerating medication and it was titrated and then
discontinued and replaced with Geodon.  Last progress note dated 2/20/06
indicated physician was hesitant to increasing her Seroquel and was going to
seek a second opinion.

**SAN PABLO SURGERY CENTER:  9/30/97**
Linda underwent the LEEP procedure (cold knife cone of the cervix) for
moderate cervical dysplasia.  She also underwent a dilatation and curettage.

**DUNN AVENUE FAMILY PRACTICE CLINIC:  3/8/99 – 2/14/06**
Linda was seen for general medical complaints and issues.  She had a history
of allergic rhinitis and cervical radiculopathy.  On 2/14/06, she wanted a
screening for diabetes.  She had a positive family history and had some
increased fatigue and thirst.  She did have an elevated glucose level.  She
declined any other medical intervention.

**ST. VINCENT MEDICAL CENTER:   3/9/01; 4/23/01; 4/2/04; 4/6/04; 10/6/04**

**St. Vincent Medical Center: 3/9/01**
Linda was seen for neck and back pain S/P MVA two days prior.  She left without being seen.

**St. Vincent Medical Center: 4/2/04**
Linda was seen for evaluation of elevated liver tests and gastrointestinal screening.  Colonoscopy was recommended and denied.  She reported that she wanted an MRI to evaluate her abdomen.  Medical problems included:
- 27 year smoking exposure
- History of bacterial vaginosis
- Prior colonization for dysplasia, D&C at that time
- History of stress incontinence
- History of squamous cell cancers removed from the skin
- Overweight

Impression:
- Rule out colon lesion in view of age and possible dysplasia
- Mild elevation of liver tests, possibly from fatty liver

**St. Vincent Medical Center: 4/6/04**
- Abdominal ultrasound revealed fatty liver.

**St. Vincent Medical Center: 10/6/04**
Cholesterol range was "average".

**LYERLY NEUROSURGICAL ASSOCIATES: 5/16/01 – 4/23/03**

**Lyerly Neurosurgical Associates: 5/16/01**
Linda was seen for neck pain S/P MVA.  She was on Medicare due to disability.  Impression:  Neck pain secondary to motor vehicle accident with question osteophyte on the right at C5-6 versus small disk herniation. Cervical myelography recommended.

**Lyerly Neurosurgical Associates: 6/20/01**
Linda was seen for continued neck pain.  Some degree of cervical stenosis was suspected.  Impression:  Spinal stenosis, C5-6.  Myelography was again recommended and Linda agreed.

**Lyerly Neurosurgical Associates: 11/26/02**
Linda was complaining of neck pain and numbness in arms.  Impression:  C5 cervical stenosis.  MRI recommended.

**Lyerly Neurosurgical Associates:  12/3/02**
Cervical MRI Impression:
- Broad based protrusion of the disc/osteophyte complex at C5-6, given rise to spinal stenosis with flattening of the thecal sac. Clinical correlation recommended.

**Lyerly Neurosurgical Associates:  12/10/02**
Linda complained of neck pain and intermittent numbness in arms bilaterally. Impression: C5-6 cervical spondylosis with a degree of stenosis. No myelopathy. If she were to develop any signs of myelopathy then surgical intervention would be needed.

**Lyerly Neurosurgical Associates:  4/22/03**
Linda had continued neck pain and numbness in arms. Flexion/Extension films were recommended.

**Lyerly Neurosurgical Associates:  4/23/03**
Flexion/Extension cervical spine film.  Impression:
- Lateral cervical spine revealed interspace narrowing C5-6 with moderate hypertrophic spurring at this level without evidence of instability or other abnormality

**IMAGING CENTER NETWORK:  1/30/03**
Cervical spine x-ray Impression:
- Mild degenerative disc disease at the C5-6 level.  Associated posterior osteophyte, which may be contributing to some degree of compression upon the thecal sac.

**BAPTIST MEDICAL CENTER:  2/14/04; 6/10/04; 1/25/05; 11/7/05**

**Baptist Medical Center:  2/14/04**
Linda was seen for a headache.  Diagnosis:  Tension headache and anxiety. Head CT was normal.

**Baptist Medical Center:  6/10/04**
Linda thought she had pinworms coming out of her eyelashes.  Impression: Normal skin exam and anxiety.

**Baptist Medical Center:  1/25/05**
Linda reported she was disoriented and had high blood pressure. She also reported that she was in a MVA the day before and had neck and back pain. Her EKG revealed sinus tachycardia with occasional premature ventricular contractions.  She did not want to be admitted and signed out against medical advice. Cervical spine x-rays revealed slight reversal of normal cervical lordosis and chest x-ray was negative.   Impression:   Uncontrolled hypertension, abnormal EKG and chest pain.

**Baptist Medical Center: 11/7/05**
Linda reported that she had a clot in her left arm and had left shoulder pain.
Impression: Left shoulder strain. X-rays were normal. LUE ultrasound was
negative for venous thrombosis.

**MEDICAL DIAGNOSTIC CENTER OF JACKSONVILLE:   10/6/04;
10/13/04; 11/9/04**

**Medical Diagnostic Center of Jacksonville: 10/6/04**
Chest X-ray was normal.

**Medical Diagnostic Center of Jacksonville: 10/13/04**
Bilateral Mammogram revealed asymmetric density within the right superior
breast. Spot compression views were warranted.

**Medical Diagnostic Center of Jacksonville: 11/9/04**
Diagnostic Mammogram revealed no abnormality.

**JACKSONVILLE HEART CENTER:   4/22/05; 4/29/05; 5/6/05; 5/16/05;
5/24/05**

**Jacksonville Heart Center: 4/22/05**
Linda was seen for a cardiac evaluation. She had a history of hypertension
and a seizure disorder. She had left atrial enlargement. Stress test
recommended.

**Jacksonville Heart Center: 4/29/05**
Stress Test Impression:
- Abnormal stress test with complaints of chest pain that was quick and
  occurred twice during recovery, lasting only seconds
- Nonspecific ST changes; did not meet criteria for ischemia
- Frequent premature ventricular contractions
- Hypertensive blood pressure at rest and with stress

**Jacksonville Heart Center: 5/6/05**
Linda was seen for her abnormal stress test. Impression: Atypical chest pain,
tobacco abuse, uncontrolled hypertension, noncompliance, obesity.

**Jacksonville Heart Center: 5/16/05**
Linda was seen for hypertension, chest pain, palpitations, and abnormal
stress test. Performed nuclear stress test. Impression: Normal

**Jacksonville Heart Center: 5/24/05**
Linda was seen for hypertension and follow up. No changes in assessment.
She declined any blood work and refused to increase her medication for better
blood pressure control.

**Records Received:**

Baptist Medical Center:   5/7/08 – 5/14/08; (Pre-Incident) 2/14/04; 6/10/04; 1/25/05; 11/7/05
Baptist Primary Care:  3/6/08; 3/24/08; 5/7/08; 5/22/08
Billing Records
Center For Medicine And Psychiatry: 2/4/07; 8/13/07; (Pre-Incident) 2/27/96 – 2/20/06
Chalam, K.V. M.D.:  4/10/06
Dunn Avenue Family Practice Clinic:  2/27/06 – 9/18/07; (Pre-Incident) 3/8/99 – 2/14/06
Florida Community College Records
Florida Junior College At Jacksonville Records
Imaging Center Network:  (Pre-Incident) 1/30/03
Jacksonville Heart Center: (Pre-Incident) 4/22/05; 4/29/05; 5/6/05; 5/16/05; 5/24/05
Lyerly Neurosurgical Associates: (Pre-Incident) 5/16/01 – 4/23/03
Medicaid Records
Medical Diagnostic Center Of Jacksonville: (Pre-Incident) 10/6/04; 10/13/04; 11/9/04
Mental Health Center Of Jacksonville: (Pre-Incident) 5/31/91 – 1/17/97
Mental Health Resource Center:  10/19/89; 2/20/90
Owens Pharmacy Records
Panama Pharmacy Records
San Pablo Surgery Center: (Pre-Incident) 9/30/97
Shands Hospital Of Jacksonville: (Pre-Incident) 8/20/89; 9/26/90; 10/7/00
Social Security Disability Records
St. Vincent Medical Center: (Pre-Incident) 3/9/01; 4/23/01; 4/2/04; 4/6/04; 10/6/04
Walgreen's Pharmacy Records
William Raines High School Records:  1968 - 1973

# Activities Of Daily Living

## Sleep Pattern

**Sleep Difficulties:** *"I sleep a lot and I've done that since the diagnosis of Diabetes".* She indicates she did not sleep this much before the Diabetes. She indicates she can sleep 15 hours out of a 24-hour day, or more. She fatigues easily and therefore will go back to bed. We discussed the fact that she needs to get exercise and if so, she will feel better and sleep less. She indicated she was well aware of this.

## Independence In

**Dressing:** Independent.
**Housework:** Independent.

**Cooking:** Independent.
**Laundry:** Independent.
**Yard Work:** She lives in an apartment. She does not feel she is physically conditioned well enough to do yard work.

# Social Activities

**Organizations Pre/Post:** No changes in her social life since diagnosis of Diabetes.
**Volunteer Work Pre/Post:** None.
**Socialization Pre/Post:** Same.
**Hobbies (Present):** Going to the library, checking out books and tapes; TV.
**Hobbies (Previous):** Same.

# Personal Habits

**Smoking:** Yes, 1 and one-half pack per day. She would like to stop smoking and is thinking about hypnotism.
**Alcohol:** None
**Drugs:** None
**History of Abuse and/or Treatment Programs:** Denies

# Socioeconomic Status

**Number in Residence:** One
**Type of Residence:** Apartment with two floors.

## Income

**S.S.D.I.:** Unsure of amount. She thinks her checks total $500-$600/month.
**Food Stamps:** None
**Medicaid:** Yes
**Medicare:** Yes

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:** No
**Rehabilitation Nurse:** No
**Other Agency:** No
**Felony Convictions?** No

# Education & Training

**Highest Grade Completed:** GED, 1973
**Last School Attended:** Florida Junior College for GED
**Miscellaneous Education Information:** No additional schooling.

# Military Experience

**Branch:** N/A

# Employment History

**Work History Since Injury:** Linda has been disabled since 1993. She has taken some part time jobs since 1993 - such as working in the kitchen at the Navy Base, a short time in a Winn-Dixie as a stock person, Salvation Army for a couple of seasons as a *"BellRinger"*. She is having difficulties remembering what types of work she has done in the past. She is participating with the *"Ticket to Work"* program through Social Security, for a trial return to work. The Diabetes should not affect her ability to work. Her biggest obstacle will be her prior history of mental illness. The Diabetes has not kept her from working, it is the constellation of pre-existing problems that have kept her from employment.

# Observations

**Stream of Thought:** Clear
**Approach Toward Evaluation:** Compliant
**Attitudes/Insight:** Poor
**Appearance:** Casual

# Tests Administered

As part of this evaluation, Linda was asked to complete the <u>Minnesota Multiphasic Personality Inventory-2, (MMPI-2)</u>.

On the <u>MMPI-2</u>, a valid profile is obtained based on a review of the validity scales. Consideration is first given to the VRIN (variable response inconsistency) and TRIN (true response inconsistency) subscale, which uses paired responses of similar and opposite items to measure inconsistencies in response patterns. An inconsistent response pattern represented by significantly elevated T-scores can invalidate the profile. In Linda's case, the T-scores are within normal limits. Next, I evaluated the F, F sub b and F sub p scales, which represent infrequently endorsed items that are sensitive to

random and fixed responding. Again, significantly elevated T-scores can invalidate the MMPI-2 results. A new scale, recently added to the profile is the FBS or Fake Bad Scale similar to the combine "fake bad" profile previously used by examining a combination of several validity scales. Linda does show clinically significant elevations all of the F scales and the FBS. When looking at the FBS the circumstances of the assessment must be taken into consideration. For example, any significant physical injuries, chronic illnesses or medical findings that could artificially elevate scores on the FBS as a result of the patient truthfully responding to test questions would effectively reset the normative floor for determining when a patient is "faking bad". Linda's history of paranoid schizophrenia and the fact that she is not currently taking her medication for this disorder are likely impacting these scales. Attempts to deflect a focus on psychological problems to physical explanations would result in elevations on these scales. Her FBS is not seen as clinically elevated but her three F scales are, although interestingly not in the presence of muted L and K scales which would typically suggest a "fake bad" profile or even malingering. In this instance, I would interpret this as being only an attempt to deny the more serious psychological components while deflecting attention to physical explanations for her problems.

Finally, I reviewed the L, K and S scales. In this instance, T-scores greater than 79 on the L scale, 75 on the K scale and 70 on the S scale tend to reflect individuals who are demonstrating protocols characterized by a pervasive pattern of nonacquiescence. This is a pattern often referred to as a "fake good" profile. The individual is trying to present a better picture of them self than actually exists. Linda's scores do not exceed these parameters therefore, her MMPI-2 is considered valid. There is no evidence of impression management and no indication of either "fake good" or "fake bad" profiles. She shows no indication of malingering in her clinical scales. Her clinical scales must be interpreted with caution based on the explanation outlined above. It is likely that clinical elevations are muted in relation to what she is actually experiencing due to denial and her attempts to deflect attention from psychological issues.

On the clinical scale, Linda demonstrates an elevated triad profile with scale two, depression, at the peak, followed closely by scale one, somatic focus, and finally, scale three hysterical/anxiety response to disability. Together this profile represents a classic chronic disability syndrome. This may be a reflection of Linda's attempt to suggest physical explanations for her more serious psychological problems. Despite this she demonstrates clinically significant elevations on a number of other scales.

In addition to the triad profile Linda demonstrates clinically significant elevations on scales six, seven and eight. This is often referred to as the psychotic valley when scores reach a certain level. Her elevation on the schizophrenia scale would be considered severe. She demonstrates a moderate to severe clinical elevation on paranoia with a moderate elevation on psychesthenia. It should be kept in mind that it is likely these scales are muted based on her attempt at denial, as noted previously. This profile

suggests feelings of inadequacy, inferiority, lowered self-esteem, poor self-concept and a lack of self-confidence. The profile also reveals anxiety, guardedness, anger and resentment over her situation as well as feelings of depression, sadness and withdrawal.  Her elevation on scale eight followed closely by scale six suggests evidence of psychotic features with an indication of paranoid schizophrenia.

The new Restructured Clinical Scales preserve the valuable descriptive features of the existing Clinical Scales and enhance their distinctiveness. The RC Scales profile constructed a demoralization scale, extracting the general complaint or malaise factor represented to some degree in each of the clinical scales.  These scales then go on to identify the major dimensions of eight of the ten clinical scales, excepting scales 5 and 0.  The RC scales are the result:
- RCd-Demoralization
- RC1-Somatic Complaints
- RC2-Low Positive Emotions
- RC3-Cynicism
- RC4-Antisocial Behavior
- RC6-Ideas of Persecution
- RC7-Dysfunctioal Negative Emotions
- RC8-Aberrant Experiences
- RC9-Hypomanic Activation

In Linda's profile, she demonstrates elevations on RC-1, RC-2 RC-3, RC-6, and RC-8 essentially refining distinctive features of her clinical scale elevations of somatic focus, low positive emotions, cynicism, ideas of persecution and aberrant experiences.

AXIS I:     Paranoid Schizophrenia - 295.30
            Major Depressive Disorder-Single Episode – moderate - 296.22.
            Anxiety Disorder - 300.02.
            Adjustment Disorder with Depressed Mood - 309.0.

AXIS II:    Deferred

AXIS III:   Diabetes Mellitus
            Abnormal low densities within the liver and pancreas.  The low densities in the pancreas possibly represented pseudocysts from acute pancreatitis.  The low densities in the liver were indeterminate and were possibly related to her pancreas. Infectious abscesses could not be excluded.
            Fatty infiltration of the liver
            Free fluid in the pelvis
            Hypertension
            Broad based protrusion of the disc/osteophyte complex at C5-6, given rise to spinal stenosis with flattening of the thecal sac. Clinical correlation recommended.
            Hypertensive blood pressure at rest and with stress
            27-year history of smoking.

AXIS IV:    Life Stressors secondary to disability and psychological response to exposure to disability.

AXIS V:     Current GAF – 50.
            Highest GAF in past year – 50.

# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements. Clinical Practice Guidelines through the National Guideline Clearinghouse outlined the following as basic guidelines for care:

- Physical Assessment
- Psychosocial Assessment
- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis
- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation as well as influenza and pneumococcal immunizations.

Linda had some medical needs and issues before the diagnosis of Diabetes. As such, below outlines a list of recommendations for her future care needs, excluding or reduced by the amount of care she required prior to the diagnosis of diabetes.

**Allied Health Care Evaluations:**

- Psychological: Required pre onset.
- Nutritional Evaluation: 1 X Only. $125-$150. *Recommended by: Harold Boyd, MD, Treating PCP, 7/18/08.*

**Therapeutic Modalities:**

- Individual counseling – depression/anxiety: Required pre onset. Although she currently needs to include in her counseling adjustment issues related to the onset of her Diabetes, this level of counseling should be short term and can be rolled into the therapy already a part of her pre-morbid schedule.

- Case Management: 2-4 hours per month: $79-98/hour, average of $89/hour = $2,136 - $4,272/year. *Recommended by: Paul M. Deutsch, Ph.D., CRC, CCM, CLCP.*

Case Managers perform assessments, plan and manage services/care, conduct research and analyze data consistent with the CMSA definition of case management: *"A collaborative process of assessment, planning, facilitation and advocacy for options and services to meet an individuals health needs through communication and available resources to promote quality, cost effective outcomes."* [Case Management Association of America]. (Many health insurance companies provide Diabetes management/case management programs as a part of their services at no cost to the patient due to the high cost of treating complications resulting from poorly managed diabetes. Since Ms. Whittington does not have the availability of private health care to access such a program case management is provided.)

**Medications – Prescribed:**

- Metformin 1000 mg 2/day: $32/month.
- Metoprolol 25 mg 2/day (not related to Diabetes)

**Supplies:**

- Diabetic Shoes and Socks: Allowance for specialty clothing $339/ year. (Prorated). The Department of Veteran's Affairs allows $677/year for clothing a allowance for wear and tear on clothing due to equipment, such as prosthetics, wheelchairs, etc. The allowance provided here will compensate for the additional costs for buying diabetic specialty products over and above the cost of non-specialty items that would normally have been purchased. *Diabetic shoes recommended by: Robin Beatty, P.A. with Dr. Harold Boyd.*
- Blood Sugar Monitor: $25, 1 X / 2-3 years.
- Lancets: $44/year.
- Alcohol Swabs: $4/year.
- Control Solution: $40/year.

**Medical Care:**
- Primary Care Physician (Additional visits per year as related to Diabetes only): 4 X / year @ $118/visit = $472/year. *Recommended by: Harold Boyd, MD, Treating PCP, 7/18/08.*

- Podiatry Services: Due to neuropathy of the feet, it is recommended Ms. Whittington have regular follow-up. Anticipate two visits per year: $40-$50/visit.

- Ophthalmologist: Yearly evaluations recommended. $50-$150/year. *Recommended by: Harold Boyd, MD, Treating PCP, 7/18/08.*

- Laboratory:  HGB A1C 4 X / year: 56-$72 each = $224-$288/year; Microalbumin: $88-$114 2 X / year = $176-$228/year; Blood Sugars (Fasting): $25-$32 each, 4 X / year = $$100-$128/year. *Recommended by: Harold Boyd, MD, Treating PCP, 7/18/08.*

**Health-Strength Maintenance/Recreation:**
- Linda should participate in a wellness program as recommended for general health guidelines. She is restricted due to her previous pain complaints.

# Conclusions

Careful consideration has been given to all the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to Diabetes.  The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications.  The following list of complications related to Diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

## COMPLICATIONS OF DIABETES

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly.  Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients.  Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth.  Gingivitis, another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.
- Skin complications can affect all areas of a diabetic patients body.  Bacterial infections and fungal infections are common.  Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs.  Diabetic blisters are rare.  Keeping blood sugar under control can control most skin conditions associated with Diabetes.
- Depression – studies indicate that while most people with Diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
  1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
  2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work.  Skin can become very dry and damaged due to the side effects of Diabetes.
  3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.
  4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation.  Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also increase the risk of hardened blood vessels.  The problems associated with poor circulation can also lead to amputation.

- Eye complications include:
  1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.
  2. Cataracts – people with Diabetes are 60% more likely to develop cataracts.
  3. Nonproliferative Retinopathy –as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.
  4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage.  Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with Diabetes. Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease.  Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.
- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.
- Focal neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.

- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients. Nerve damage, tingling, numbness and pain are all associated with this.
- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner. This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach. Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.
- Ketoacidosis – while rarely occurring in people with type 2 Diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body. This can result in coma and/or death.
- Cardiovascular Disease and stroke account for an average of 65 - 70% of deaths in people with Diabetes. Mortality is much greater in women with Diabetes than men.
- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to Diabetes. High cholesterol requires consistent care to avoid vascular events in diabetic patients.
- Kidney disease or nephropathy – diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood. In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure.
- Peripheral Arterial Disease – atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease. In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

## COSTS OF DIABETES

In 2007, the average cost of medical expenditures for the diabetic patient is $11,744 per year, with $6,649 of that being attributed to diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes). People with diagnosed Diabetes, on average, have medical expenditures that are ~ 2-3 times higher than what expenditures would be in the absence of diabetes. Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion). *(Economic Costs of Diabetes in the U.S. in 2007)*

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population With At Least One Medical Event For Diabetes: (Annual)

**All medical care**
- o   All adults:  $10,092
- o   Ages 45-64: $9,169
- o   Ages 65 +:  $12,238

[Expenditures for all types of care]

**All office care**
- o   All adults:  $1,506
- o   Ages 45-64: $1,488
- o   Ages 65 +:  $1,623

[Expenditures are for all office-based medical provider care]

**All prescription medications**
- o   All adults:  $2,798
- o   Ages 45-64: $2,912
- o   Ages 65 +:  $2,876

[Expenditures are for all prescription medicine purchases]

**All hospital care**
- o   All adults:  $4,804
- o   Ages 45-64: $4,165
- o   Ages 65 +:  $6,160

[Expenditures are for all inpatient, outpatient and ER care]

Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population <u>For The Treatment Of Diabetes</u>:  (Annual)

**All diabetic care**
- o   All adults, all diabetes care: $1,714
- o   Ages 45-64: $1,552
- o   Ages 65 +:  $1,945

[Expenditures for all types of care]

**All prescription medications**
- o   All adults:  $883
- o   Ages 45-64: $974
- o   Ages 65 +:  $775

[Expenditures are for all prescription medicine purchases]

*Source:  Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

*Paul M. Deutch*

Paul M Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

## SOURCES

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al. "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.* Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes". *American Diabetes Association / American College of Cardiology.* Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes". *American Diabetes Association / American College of Cardiology.* Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association / American College of Cardiology.* Issue 3; Diabetes & Cardiovascular Disease Review; Alexandria,VA.

"Peripheral Arterial Disease in Diabetes". *American Diabetes Association / American College of Cardiology.* Issue 6; Diabetes & Cardiovascular Disease Review; Alexandria, VA.

# Schedule A

## Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
### Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
#### Plaintiff Referrals

**Non-Catastrophic Injury Cases:**  Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:**  Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
  - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
  - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
  - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
  - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
  - Medication Costs
  - Supplies/Equipment Costs (specific to patient needs/requirements)
  - Collateral Source Research (determination of appropriate government funding to be used in the report)
  - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

## Medical Records Review: (All at $300/hour)
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

## Miscellaneous:
- Correspondence
- Staffing
- Telephone calls required

# Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

## Testimony:
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

## Miscellaneous:
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

## PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### Paul M. Deutsch & Associates, P.A.

* Board Certified Rehabilitation Counselor
* Board Certified Life Care Planner
* Board Certified Case Manager
* Catastrophic Case Management
* Fellow of the International Academy of Life Care Planners
* Professional Training/Teaching
* Curriculum Development/Consultation
* Research
* Software Development
* Patient and Family Education
* Consultation
* Licensed Mental Health Counselor
* Diplomate in Psychotherapy

## EDUCATION

* *Doctor of Philosophy-Admitted through the Department of Rehabilitation Counseling* (Majored in a joint program of **Counseling Psychology** and **Counselor Education.** **Subspecialization-Spinal Cord Injuries**-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

* *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
  *Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

* *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

* **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

* **Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).**

- Life Time Achievement Award-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning."-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University; The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).
- E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions

- PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida

- Rehabilitation Service Administration - Master's Degree – Fellowship

Professional Interviews as original developer of Life Care Planning:

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan University Healthcare Pathway's, Life Care Planning Program. Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management Program in the Healthcare Pathways program, scheduled to begin April 2004.

Kaplan University -Curriculum Development for Geriatric Care Management Program in the Healthcare Pathways program, scheduled to begin in the summer of 2004.

FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach in this program: Intelicus/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research
Methodology;
        Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference


Professor Clinical Rehabilitation-Louisiana State University Medical Center- November 1996 to 1999). Includes course lectures, continuing education programs, Life Care Planning Clinic development, Life Care Planning software and database development and publications.

FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)- Rehabilitation Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in the Masters Program.

## SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)

- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour workshops presented for the University of Florida/MediPro's certificate program in Life Care Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

- International Conference on Life Care Planning- Atlanta 2006
- International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
- IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
- International Life Care Planning Conference-San Francisco-September 2005
- International Life Care Planning Conference-New Orleans-October, 2004
- International Association of Rehabilitation Professionals-Arizona-May,2004
- Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
- I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
- Introduction to Life Care Planning
- Basic Tenets and Methodology of Life Care Planning
- Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

- Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
- Aging with Catastrophic Disability-Int'l LCP Conf. '03
- The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
- Medicare Set-Aside Trusts-New Orleans-June 2003
- Medical Errors (For the Mental Health Mental Health Counselor)
- Domestic Abuse (Requirement for Mental Health Licensure)
- National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
- Life Care Planning Summit 2002
- Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
- Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
- Life Care Planning Summit 2000
- Annual Life Care Planning Conference New Orleans October 1999
- Annual Life Care Planning Conference New Orleans October 1998
- AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
- The International Brain Injury Symposium - New Orleans, LA (3/1991)
- National Head Injury Foundation - Chicago, IL (12/1989)
- Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
- First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

### PAUL M. DEUTSCH & ASSOCIATES, P.A.

*Orlando, Florida*
*6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

### Foundation for Life Care Planning Research Inc.

*Orlando, Florida*
*11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group. The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission. The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN. Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

### Learning Applications Inc.

*Orlando, Florida*
*1991- 2000*

A research and development company responsible for developing Media Matrix, a multi-media, computer based tutorial system. The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education. The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

### FAIRVIEW SHORES
*Staff Rehabilitation Counselor/Mental Health Counselor*

*Orlando, Florida*
*6/1988 - 01/96*

Long-term Supported Living Program for the Head Injured. Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

### PAUL M. DEUTSCH PRESS, INC.
*Owner/Chairman*

*Orlando, Florida*
*(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

### REHABILITATION TRAINING INSTITUTE
*Continuing Education/Training*

*Orlando, Florida*
*1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

### THE HEAD INJURY REHABILITATION CENTER, INC.
*Co-Director*

*Orlando, Florida*
*1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation. Also involved in development of a transitional employment program and placement of the brain injured. Includes responsibility for individual and group therapy as well as case management.

### THE CENTER FOR REHABILITATION, INC.
*Director/Rehabilitation Counselor*

*Orlando, Florida*
*1977 - 1980*

Responsible for general coordination and administrative duties. Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs. Also responsible for counseling in both group and individual settings. Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

### REHABILITATION RESOURCES, INC.
*Rehabilitation Specialist*

*Orlando, Florida*
*1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals. Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

### DIVISION OF VOCATIONAL REHABILITATION
*Counselor II*

*Orlando, Florida*
*1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center. Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

### VETERAN'S ADMINISTRATION HOSPITAL
*Psychology Technician*

*Gainesville, Florida*
*1971 - 1972*

## CONSULTANT WORK

- University of Florida-Curriculum Development.  Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program.  All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR.  This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning.  Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide.  PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2. Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation. Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997. (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation. Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning. (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation. (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center. (Inaugural issue of Journal of Forensic Vocational Analysis).

9

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endificence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy. The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning: Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2 pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263). Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements", Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M., "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook, Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas), Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation; Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile:  Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties. In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research. A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.: "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

- American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change.  This includes establishing procedures for redesigning the certification exam and strengthening the certification process.  Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process. Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work. Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work.  Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration.  Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force. Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research. Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.

## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada, 2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
    Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA.   Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases.  California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma.   California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation.  1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning.  15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics.   American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning.   Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management.   Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans.   American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues.   The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury.   Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going.   NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning.   Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony.   The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony.   American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients.   University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation.   Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning.   Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning.   Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury.   Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury.   Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop.   Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury.   Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning.   University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice.   The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury. New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation.   The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury. Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics. Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management. GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning.   AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning.   International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination. New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning. Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation. Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning. New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation. University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning.  University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases.  American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional.  National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional.  American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning.  American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication.  American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning.  Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation.  Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation. Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).[*]

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

[*] Mental Health Counseling as defined under Chapter 491: State of Florida:

(9)    The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development.  Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

(a)    Mental health counseling treatment includes, but is not limited to:

1.    Counseling
2.    Psychotherapy
3.    Behavior modification
4.    Consultation
5.    Client advocacy
6.    Crisis intervention
7.    Providing needed information and education to clients.