# NF TAB 8

# RICHARD UNGER

### JULY 31, 2008

*Paul M. Deutsch & Associates, PA*
*10 Windsormere Way, Suite 400*
*Oviedo, FL 32765*
*(407) 977-3223*

 **Paul M. Deutsch & Associates, P.A.**

10 Windsormere Way, Suite 400 • Oviedo, Florida 32765 ~ P.O. Box 622049 • Oviedo, Florida 32762-2049
(407) 977-3223 • FAX (407) 977-0311 • www.paulmdeutsch.com

| | |
|---|---|
| **CLIENT:** | **Richard Unger** |
| **DATE OF EVALUATION:** | **7/10/08** |
| **DATE REPORT INITIATED:** | **7/13/08** |
| **REPORT FINALIZED:** | **7/31/08** |

Richard Unger is a 59 year old Caucasian male seen for evaluation in the office unaccompanied. Attorney Buffy Martines, referred Richard for a rehabilitation evaluation. The purpose of this evaluation is to assess the impact of the development of Diabetes, type 2, and to determine the economic consequences of the Diabetes into the future. There will be no loss of earnings discussed in this report, as Richard was unemployed and retired on disability prior to the development of the diabetes.

## Demographic Information:

**Client Name:** Richard Unger; **Social Security** REDACTED **Address:** REDACTED **County:** Miami-Dade; **Closest Metro Area:** ; **Phone:** REDACTED **Birthdate:** 1/25/49; **Age:** 59; **Sex:** Male; **Race:** Caucasian; **Marital Status:** Married; **Birthplace:** New York City, NY; **Citizen:** Yes; **Elementary/Secondary Education:** Staton Island, NY; then Santa Fe Community College, FL, 1977; **Employer at time of injury:** Unemployed, retired on disability; **Height:** 5'9"; **Weight (present):** 298-300 lbs.; **Weight (pre-injury):** < 300 lbs.; **Date of Onset:** 9/7/05.

**History:** Richard was retired from a work related injury (back injury) in 1997. [He did not have surgery for this lumbar injury]. In May 2002, he actually stopped working and he was later accepted for SSDI. He receives Medicare and also receives a disability pension from the State of Florida as he was employed by the Agency for Health Care Administration for the State of Florida, as an inspector/surveyor.

Richard was diagnosed with diabetes on 9/16/05. He took Seroquel from 2002 - 2006 [approximately] for depression. (Richard was not quite sure of the dates). After he stopped working he was severely depressed and he was placed on Seroquel, among other medications. He took Seroquel for *"quite some time"* [he cannot recall specifically when he stopped taking it]; but for several years. One evening he reports he injured his ankle by moving a chair and the next evening he became confused and disoriented. His wife, who is also a nurse, took him to Mercy Hospital where he was admitted to ICU; his blood sugar was 1544. He reports sketchy memories of the ICU. He recalls having spent one week in ICU and one week on the floor. He was discharged

to home, initially on Insulin, then several months later he was placed on  an oral agent to control Diabetes.  He then went from the oral agent to Byetta via injection 1 X / day (maybe once per month, he does not recall).  This drug inhibits gastric emptying.  He was on Byetta several months and then changed to Symlin via injection and he takes this before each meal currently (15 units per injection).  One of the benefits is that it gave him a feeling of fullness and this helped him lose about 67 lbs. over a period of 1 1/2 - 2 years; he has *"leveled out"* regarding weight loss and reports that he watches his diet carefully.

**Loss of Consciousness or Altered State of Consciousness:** Not specifically, but *"sketchy memories"*.

**Length of Unconsciousness or of Altered State:**  He did not lose consciousness, but he indicates he has *"sketchy"* memories of his hospitalization.  He states: *"In the ER, I was speaking, but apparently I was not very pleasant.  I just do not remember anything after that until I went to the ICU"*.

**Independent Recall:**  He did remember his wife telling him either he goes to the hospital with her or she calls 9-1-1.  He recalls some of his time in the ICU.

**Rehabilitation Program(s) [In/Outpatient Since Injury]:**
During his week in the hospital he had a Diabetic instructor provide training.

**Prior Medical History:** Significant past medical history including:
- Depression
- Hyperlipidemia
- Hypertension (since 1985, somewhat controlled by medication then, but well controlled by medication now).
- Obesity
- Herniated cervical and lumbar discs (onset 1997)
- Fused C3-C6 1989 (C3-4 in 1989 and  C5-6 in 1990).  *"I lost 15-20% of my  neck rotation from these surgeries". "I still develop headaches from neck tension"*.
- About 1990, he had shooting pains and numbness in the left arm he was found to have bone spurs.  This continues occasionally today but not like it was back then.
- 1980 hemorrhoidectomy.
- Melanoma removed from back around 2007 (in situ), lymph node from axilla area removed - sentinel node - caught early.
- Adeno-lypoma removed from left arm, benign.
- Edentulous from before the Diabetes was discovered, but not before he started Seroquel.  He describes his dentition as "fair" before starting Seroquel.   The dental claim was covered under the Worker's Compensation claim due to the medication he was taking affecting the production of saliva.  All of the teeth were finally extracted about two years ago and he has received complete uppers and lowers.  The lack of saliva production was not tied directly to Seroquel and he notes he was

on many different medications and there were others where his dry mouth may have been secondary to their use.
- Hepatitis A, 1971, mild, recovered without liver damage.
- A variety of broken bones as a child, (left arm, both wrists).
- In 2006, approximately, he had a detached retina in the left eye. He had surgical repair. Later had cataract removal with a lens inplant. Vision is good/correctable to 20/25 with glasses. He has a cataract in right eye but it is not significant enough to surgically remove at this time.

# Chief Complaint(s)

## Current Disability

**Disabling Problems:   (By client/family history and report.   No physical examination occurred).**

Primary Complaints:  Related to diabetes are as follows:

Richard: *"Diabetes that is considered well controlled.   I have not had a blood sugar reading above 120 in some time"*.  On the morning of this evaluation his blood sugar was 95. (He is no longer taking his blood sugar daily because it has been so well controlled.  He tries to take it at least weekly.  If he eats something and believes it might impact his blood sugar, he will take a reading.) He takes Symlin via injection before each meal currently, (15 units per injection).  He actually takes an injection before he  has  anything substantial to eat not just before each meal.  This is the only medication he is using to control his Diabetes.  He reports sticking to a strict diabetic diet although he notes he has a weakness for ice cream.  Even so, he uses a "no sugar, low fat" ice cream.

He does have peripheral neuropathy in both feet equally (this occurred after the hospitalization; he had no symptoms before the hyperglycemic episode). This effects primarily the balls of both feet.  He sees a podiatrist once each month. [Before the hyperglycemic event, he saw a podiatrist every 2-3 months (4-6 X / year) to cut his toenails because he has a "genetic nail condition" manifested in deep points in his nails and he was unable to clip these himself]. He describes his foot issues as follows: *"It is as if my socks were balled up under my feet.  It feels like a lump under the balls of my feet.  I have numbness in the balls of my feet and a lack of sensitivity in the toes and I have to have them [the nails]  trimmed by a podiatrist every month.  I have some type of a hereditary problem that effects my toenails and the thumbnails causing them to thicken and curve unnaturally.  It makes them very difficult to clip"*.  He notes the podiatrist has to go deep to clip these and when coupled with the peripheral neuropathy and Diabetes, it makes it necessary to use a podiatrist to provide foot care.

His endocrinologist referred Richard to a Neurologist to determine the extent of the neuropathy,  and requested he have an EMG (lower extremities). Richard has put this off because he had one EMG for a prior back problem and he is *"not in a rush to have this done again"*.  He is already on pain medication for his back so he has not had to have something specifically prescribed for the feet.  He is taking MS Contin 60 mg twice a day.  For breakthrough pain he has Vicodin which is periodically switched with Morphine Sulfate - immediate release.

**Feet:**  He is never pain free, but the pain does vary in intensity.  All ratings are based on his taking pain medications at prescribed levels.  The lowest level of pain he will experience in a 24-hour period is rated at a 3-4.  The average pain he is experiencing the majority of the day is a five to a six.  The worst pain he experiences is a 7 plus.  This generally occurs daily and starts when he awakens in the morning.  It repeats itself as each dose of pain medication wears down or dissipates.  There are times when the pain can reach a 10 and he cannot bear standing anymore and must sit and elevate the legs.  He takes additional pain medications when this happens although he avoids this if possible because his allowable supply is limited.

*"Absolutely the onset of the diabetes at this level of severity compounded the depression I had been experiencing.  I trusted the physician.  My wife and I were both nurses. [RNs].  We trusted the doctors and were unaware of Diabetes as a side effect of Seroquel."*

**Anticipated Treatments**: No additional treatment is being discussed.

## Psychosocial Issues

**Patient:**  Richard reports an exacerbation of depression secondary to the onset of Diabetes but he is fully open about the presence of depression pre-morbidly.  He reports erectile dysfunction which he attributes to pre-morbid back problems and medications.  He admits to anxiety, stress, irritability, helplessness and hopelessness.  He currently sees Dr. Arnold Zager, (psychiatrist),  in Hollywood, Florida.  He is seen monthly for medication management.  He is not seeing a psychologist for counseling.  He has two daughters ages fourteen and twenty-three.  Before the hyperglycemic event, he was seeing a psychiatrist on a monthly basis consistently.

Richard indicates the Diabetes has caused significant increase in stress.  His wife typically reminds him to take his injections before his meals.  He indicates he would be able to manage his Diabetes in the absence of his wife, however.

**Family, Emotional Impact on Spouse/Children:**  Richard indicates his wife is also depressed.  She is also seeing a psychiatrist and takes anti-depressants.  *"The effect of the Diabetes and depression on my family has really bothered me.  My youngest daughter has been very resentful.  She*

*resents that it has put added pressure on my wife and that it changed our lifestyle. My back injury was more responsible but the Diabetes created a "What Next" attitude among the children".*

# Physical Limitations

**Loss of Tactile Sensation:**
Pre:  Back pain, left arm frequent, right arm occasionally; neck pain, all causing changes in sensation.
Post:  Issues with painful feet, numbness in balls and soles of feet and decreased sensation in toes and pain in the soles of feet and toes.

**Reach:**
Pre:  Yes, limitations due to back pain.  Decreased mobility in his neck.
Post:  Has not noticed an increase in limitations.

**Lift:**
Pre:  Maximum lifting 15 lbs. due to back injury.
Post:  Same, no increased limitations.

**Prehensile/Grip:**
Pre:  Decreased in left arm pre.
Post:  Same, no increased limitations.

**Sitting:**
Pre:  Limited to one hour of each sitting, standing, walking.
Post:  Same, no increased limitations.

**Standing:**
Pre:  Significant problems pre.  Richard suggested 30% functional ability to stand due to back injury.
Post:  Worsened due to the decreased sensation and pain in the feet. Suggested his ability is about 10% now as compared to his 30% function before.

**Walking/Gait:**
Pre:  Significant problems pre.  Richard suggested 30% functional ability to stand due to back injury.
Post:  Worsened due to the decreased sensation and pain in the feet. Suggested his ability is about 10% now as compared to his 30% function before.

**Bend/Twist:**
Pre:  Significant problems pre.
Post:  Same, no increased limitations.

**Kneel:**
Pre: Significant problems pre, but on occasion he could kneel, with pain.
Post: Worsened due to the decreased sensation and pain in the feet. He cannot bend his toes to help him up.

**Stoop/Squat:**
Pre: Significant problems pre.
Post: Worsened due to the decreased sensation and pain in the feet.

**Climb:**
Pre: Significant problems pre.
Post: Worsened due to the decreased sensation and pain in the feet. He avoids ladders, but this was also a pre-injury limitation due to his back injury.

**Balance:**
Pre: Significant problems pre.
Post: Far worsened due to the decreased sensation and pain in the feet. He loses his balance a lot more now as compared to pre-onset of Diabetes.

**Breathing:** No problems either before or after the event.

**Headaches:** Same as before, caused by neck spasms.

**Vision:**
Pre: Just aging issues.
Post: No increase in vision problems. He had one cataract removal in left eye and now he has a cataract on his right eye but it is immature and not correctable by surgery at this time. He reports no diabetic eye problems at all, as he was told by his eye surgeon as of his last visit in March or April, 2008.

**Hearing:**
Pre: Constant tinnitus, left ear.
Post: Not increased.

**Driving:**
Pre: Significant restrictions before in terms of sitting and bending/turning neck.
Post: Some additional problems due to lack of sensation in his feet. He is able to feel the pressure on the pedals, although he indicated he has less ability to feel the pressure he places on the pedal. He does not think the Diabetes has impacted his driving ability although he has additional pain that passes sometimes quickly.

**Physical Stamina (average daily need for rest or reclining):**
Pre: Significantly impacted pre. He slept well before the event.
Post: No changes related to the Diabetes.

# Environmental Influences

**Problems on exposure to:**
**Air Conditioning:** Yes - feet are chilled more; has to wear heavy socks all the time (Diabetic soft cushioned socks).
**Heat:** No changes.
**Cold:** Yes, cold bothers his feet post injury. *"They are just more sensitive to everything".*
**Wet/Humid:** No
**Sudden Changes:** Yes, if cold.
**Fumes:** No
**Noise:** Yes, decreased tolerance to excessive noise.
**Stress:** Yes, absolutely more stressed.  Worring about the complications, worrying about taking medications.

# Present Medical Treatment

| Doctors | Specialty | Phone | Fax | Frequency |
|---|---|---|---|---|
| Luis Quintero, M.D. Coral Gables, FL | Endo-crinology | 305 666-9963 | 305 666-3768 | 1 X /3 months |
| Neil Schecter, M.D. Plantation, FL (Not related to Diabetes) | Ortho/Neuro Surgeon | 954 723-7779 | 954 723-7919 | |
| Shalom, Busso, DDS Aventura, FL (Not related to Diabetes) | Dentistry | 305 931-1888 | | |
| Richard Mufson, DDS Miami, FL. (Richard is edentulous). | Dentistry | 305 935-7501 | | |

Rafael Mas, PCP
MD
This physician has sold his practice and Richard has not decided whether to see the new physician or not. Pre hypergylcemic event, he saw Dr. Mas for RX refills or when ill, likely 2-3 X / year.  Frequency for PCP visits did not change after the hyperglycemic event.

Marie Williams, DPM — Podiatrist — 305 932-9232
Treatment for diabetic foot care - however, pre hyperglycemic event, he saw her 4-6 X / year for nail cutting due to his  nail condition.  Now he says he sees her monthly.  Therefore, only 6-8 X / year will be provided in rehab plan.

Other physicians:

(1) Mariano Busso, MD, Dermatologist - Not related.

(2) Felix Ramierz, DO, Anesthesiologist - Pain control - Same frequency of visits pre and post hyperglycemic event.  Not related to Diabetes.

(3) Arnold S. Zager, MD - Psychiatrist.  1 X / month now as well as before hyperglycemic event.  Not related to Diabetes.

(4) William E. Smiddy, MD - Ophthalmologist  (305) 326-6172- Not related (saw for retinal detachment).  Richard has no diabetic retinopathy.

| Medication | Strength | Frequency | Tablets Day | Purpose | Rx By: |
|---|---|---|---|---|---|
| Slow Mag | 64 mg | | 2/day | | Mas |
| Symlin Injection | 15 U sub q | Before each meal | | Diabetes | Quintero |
| Potassium Chloride | 10 MEQ | | Daily | | Mas |

Richard takes a number of other medications not related to the Diabetes. These include the following:
- Avapro
- Lipitor
- Tricor
- Topral XL
- Wellbutrin XL
- Klonopin
- MS Contin
- Lyrica
- Morphine Sulfate – Immediate Release
- Soma
- Valium
- Anexsia (Hydrocodone)

He also takes the following over the counter medications, not related to the Diabetes:
- Senokot
- Enteric ASA
- Centrum Vitamin

**Supplies:**
- Diabetic socks 18-24 pair per year
- Lotion on his feet - Lubriderm
- Syringes
- Alcohol Wipes
- Blood Monitor
- Test Strips

# Medical Summary

**RICHARD UNGER**
**D.O.B: 1/25/49**
**D.O.O.: 9/7/05**
**Date of Medical Summary: 7/15/08**

Richard is a 59-year-old male who indicates he developed Diabetes Mellitus, Type 2 after taking the drug Seroquel.

**MERCY HOSPITAL: 9/6/05 – 9/16/05; 12/4/06**

**Mercy Hospital: 9/6/05 – 9/16/05**
(Discharge Summary). Richard was admitted for altered mental status and was incidentally found to have severe hyperglycemia. He had a history of hypertension, morbid obesity and psychiatric disorders. Endocrinology diagnosed him with hyperosmolar state. Psychiatry diagnosed him with Major Depressive Disorder, recurrent, severe with psychosis. Rule out delirium. Nephrology diagnosed him with Diabetes Mellitus, severe obesity and questionable infection on the left lower extremity. Richard improved and was discharged home. Discharge Diagnosis:
- Diabetes Mellitus type 2, uncontrolled
- Recurrent Major Depression, Psychotic Disorder
- Hyponatremia
- Hypovolemia
- Morbid obesity
- Hypertension
- Debility
- Hypocalcemia
- Onychia of the fingers

**Mercy Hospital: 12/4/06**
Richard underwent an excision and dissection of the right axillary sentinel node and random nodes. Postoperative diagnosis: Right midback melanoma. He tolerated the procedure well.

**SCHECHTER, NEIL M.D.: 9/15/05; 10/19/06**

**Schechter, Neil M.D.: 9/15/05**
Richard called and reported that he had been hospitalized for 12 days for a glucose level of 1400. He was to go home soon and was now on insulin.

**Schechter, Neil M.D.: 10/19/06**
Richard was using his electric scooter. He usually was able to ambulate with a walker. Impression: Chronic lumbar syndrome with discogenic pain and degenerative disc disease.

**RAMIREZ, FELIX DO:  9/30/05 – 2/8/08**
Progress note on 9/30/05 revealed that Richard had been hospitalized due to hyperglycemia.  He continued to be seen monthly with a diagnosis of lumbar herniated nucleus pulposus and chronic bilateral lumbar radiculopathy.  Last progress note dated 2/8/08 revealed he was on Morphine Sulfate 60 mg twice daily, Lyrica 150 mg twice daily and Soma one tab 3X/day when needed for back spasms.

**ARES-ROMANO, PATRICIA M.D.:  11/7/05 – 1/11/07**

**Ares-Romano, Patricia M.D.:  11/7/05**
Richard was seen for follow-up medication management and supportive therapy.  He had been admitted to the hospital for uncontrolled blood sugar levels.  He was tearful and upset.  He continued to complain of difficulty sleeping, and claimed that he only slept for small intervals during the day.  He was walking with a walker and had some shortness of breath.  Diagnosis:

Axis I:          Major Depressive Disorder
Axis V:         50

He was to continue taking his medications, which included Seroquel, Wellbutrin, Neurontin, Klonopin, Valium and Cymbalta.

**Ares-Romano, Patricia M.D.:  12/19/05**
Richard reported that the Cymbalta was helping.

**Ares-Romano, Patricia M.D.:  1/31/06**
Impression:
  • Feelings of frustration were expressed and explored.  He was given emotional support.

**Ares-Romano, Patricia M.D.:  7/25/06**
Richard wanted to continue to decrease and stop the Seroquel.  He was having difficulty sleeping at night and having bizarre dreams.  He admitted to increased lability.

**Ares-Romano, Patricia M.D.:  8/28/06**
Richard wanted to stop the Seroquel due to the association with increased blood sugar and his recent diagnosis of diabetes.

**Ares-Romano, Patricia M.D.:  8/31/06**
Richard had been tapering off the Seroquel

**Ares-Romano, Patricia M.D.:  10/2/06**
Richard stopped taking Seroquel the night before.  He complained of being irritable and having difficulty sleeping.  He started Lyrica and Lamictal.

**Ares-Romano, Patricia M.D.:  12/5/06**
Richard had recently been diagnosed with a melanoma and had surgery the day prior to visit.

**Ares-Romano, Patricia M.D.:  1/11/07**
Richard was having continuous pain and difficulty with his physical improvement of symptoms.   He was complaining of over sedation and reported feeling hopelessness and helplessness.  Diagnosis: Major Depressive Disorder.

## QUINTERO, LUIS M.D.:  11/9/05 – 11/30/07

**Quintero, Luis M.D.:  11/9/05**
Richard was seen for evaluation and a glycosylated hemoglobin test. Impression was type II Diabetes Mellitus.

**Quintero, Luis M.D.:  12/13/05**
Richard was doing well and was to decrease his carbohydrate intake.

**Quintero, Luis M.D.:  2/13/06**
Richard's weight was 320.  He was to discontinue Avandia and start Byetta 5 mg subcutaneously every 12 hours.

**Quintero, Luis M.D.:  5/3/06**
(Illegible records)

**Quintero, Luis M.D.:  10/12/06**
Richard was up to 325 pounds and complained of back pain.  He was to maintain an 1800 ADA diet.

**Quintero, Luis M.D.:  8/10/06; 9/27/06; 12/7/06**
(Illegible records)

**Quintero, Luis M.D.:  5/4/07**
Richard was to maintain his diet and exercise.  He was about to start Lyrica for his neuropathy.

**Quintero, Luis M.D.:  8/31/07; 11/3/07**
(Illegible Records)  Richard's weight was down to 296 pounds.  He was to increase his fluids.

**RUIZ, JAVIER M.D.:  1/23/06**
Richard was complaining of lower back pain following an injury in 1997.  He had been refusing back surgery.  He reported sensory deficits in his toes and his left hand.  He had a history of diabetes.  MRI in 2002 showed a severe L4-5 disc degenerative disease with some enhancement of L4-5 with granulation and scar tissue.  His situation was complicated with obesity, smoking and possible arachnoiditis.  Surgery was not an option and he was a possible candidate for an intrathecal morphine pump.

**MUFSON, RICHARD M.D.: 2/1/06 – 11/14/06**

**Mufson, Richard M.D.: 5/8/06**
Richard was seen for extraction of 9 remaining upper teeth and 2 remaining lower teeth.

**Mufson, Richard M.D.: 11/14/06**
An open flap exploration and removal of the small tissue bump on the crestal aspect was performed with no complications.

**BASCOM PALMER EYE INSTITUTE: 6/19/06; 10/12/06; 10/13/06**

**Bascom Palmer Eye Institute: 6/19/06**
Richard underwent a left pars plana vitrectomy for left retinal detachment.

**Bascom Palmer Eye Institute: 10/12/06**
Richard underwent a left pars plana vitrectomy, left removal of cataract by phacoemulsification and left intraocular lens insertion.  He had been diagnosed with a left cataract and left vitreous opacities.

**Bascom Palmer Eye Institute: 10/13/06**
Richard was seen for follow up one-day post operatively.  He was going to begin Maxitrol drops.  There appeared to be a chorioretinal scar in the right eye, but no breaks were seen with scleral indentation in that region.

**BUSSO, MARIANO M.D.: 11/8/06 - 12/11/07**

**Busso, Mariano M.D.: 11/8/06**
(Illegible)

**Busso, Mariano M.D.: 11/29/06**
(Illegible)  Richard was seen for his biopsy results.  Melanoma was found on his back.

**Busso, Mariano M.D.: 12/11/07**
(Illegible)  Melanoma was found on right arm.

**ZAGER, ARNOLD M.D.: 5/3/07 – 12/18/07**

**Zager, Arnold M.D.: 5/3/07**
Workers Compensation/Psychiatric Examination.  Richard was ambulating with the assistance of a motorized wheelchair.  His medical history was significant for cervical herniated disc and cervical fusion in 1990.  He had been treated with various psychotropic medications, and in 9/05 was treated in the hospital for a glucose level over 1500.  He was found to be diabetic, which was noteworthy since Seroquel had been found to increase the chances of developing diabetes.  He was now maintained on Symlin injections 10 units before meals.

Diagnosis:

| | |
|---|---|
| Axis I: | Major Depression, recurrent, moderately severe |
| Axis II: | None |
| Axis III: | Herniated lumbosacral disc, history of discitis, history of Diabetes Mellitus possibly related to neuroleptic medication use; history of hypertension, morbid obesity |
| Axis IV: | Psychosocial stressors, moderately severe, health and work difficulties |
| Axis V: | 55 |

**Zager, Arnold M.D.: 7/11/07**
Richard was discontinuing the Lamictal without any behavioral regression.

**Zager, Arnold M.D.: 10/26/07**
Richard reported that he could no longer function as an individual who held down a full-time job and that it had considerably lessened his feelings of self-worth and self-esteem.

**Zager, Arnold M.D.: 12/18/07**
Richard continued to be psychiatrically monitored. He continued to have chronic and smoldering depression secondary to his work injury. He reported he had negative feelings associated with his chronic pain complaints and at times could be hostile and belligerent because of the chronic, intractable pain.

**PAST MEDICAL HISTORY**

**MERCY OUTPATIENT CENTER: 9/10/97; 6/19/03**

**Mercy Outpatient Center: 9/10/97**
Chest X-rays normal.

**Mercy Outpatient Center: 6/19/03**
Peripheral Vascular Resistance and Exercise Test revealed no findings to suggest hemodynamically significant arterial disease to the lower extremities. Doppler ultrasound revealed no evidence of deep vein thrombosis.

**BUSSO, MARIANO M.D.: 9/3/98 – 4/14/05**
Richard was seen multiple times for itching, rashes and a lump on his left arm. He underwent surgical removal of a lipoma on 10/8/99. Progress note dated 7/7/04 indicates that he had venous stasis dermatitis/abscess on his left buttock.

**SCHECHTER, NEIL M.D.: 1/25/01 – 5/18/05**
(Spine orthopedics) Richard was followed by an orthopedic surgeon for low back pain status post work accident.

**CORA REHABILITATION:  2/7/01 – 3/23/01; 11/29/02 – 1/6/03; 1/16/04 – 3/18/04**

**Cora Rehabilitation:  2/7/01 – 3/23/01**
PT Discharge Summary. Richard had increased pain with walking, sit to stand, prolonged sitting or standing.   At time of discharge, he was independent with body mechanics and could ambulate on the treadmill for 4 minutes at 10 m.p.h.  He reached maximum potential.

**Cora Rehabilitation:  11/29/02 – 1/6/03**
Richard received PT services 3X/week for 4 weeks.  Therapist recommended discharge secondary to minimal progress.   Home exercises and weight reduction recommended.

**Cora Rehabilitation:  1/16/04 – 3/18/04**
Discharge Summary.  Richard participated in 12 sessions for his chronic lumbar syndrome with degenerative disc disease.  At time of discharge, he could walk, bend and stand for 5-10 minutes.  He had improvement in ROM and bilateral LE strength.  He reached maximum improvement from skilled PT.  He was independent in his home exercise program.

**MUFSON, RICHARD M.D.:  12/3/02 – 6/19/04**
Richard was referred for removal of teeth.  He had a significant number of teeth with decay, chronic abscesses, impactions and nerve-exposed roots.  He had a total of 6 teeth pulled.

**WESTSIDE REGIONAL MEDICAL CENTER:  7/12/02; 8/7/02 – 8/10/02; 11/27/02**

**Westside Regional Medical Center:  7/12/02**
Lumbar spine CT Impression:
- Lateral disc herniation at the L3-4 level
- Extruded disc at L4-5.  Minimal central bulging at L5-S1

**Westside Regional Medical Center:  8/7/02 – 8/10/02**
Richard was seen for increasing lumbar back pain.  Past medical history was significant for hypertension and chronic neck pain.  Diagnosis: Discitis.  He had a Groshong catheter placed and was discharged on IV antibiotics and analgesics.

**Westside Regional Medical Center:  11/27/02**
Richard underwent a removal of his Groshong catheter status post discitis.  He was discharged home the same day.

**AMSELEM, SHALOM M.D.:  4/30/03; 7/6/05**

**Amselem, Shalom M.D.:  4/30/03**
Letter stating Richard had been a patient since May 1998.  He was seen on 4/30/03 and examiner noticed a marked deterioration of his overall dental

health.  His dental condition had declined with rampant decay and extensive breakdown of dental structures.  He was unable to process foods properly. Examiner foresaw the need to eliminate all sources of decay and infection with multiple extractions followed by replacement of missing teeth with removable prosthetic dentures.

**Amselem, Shalom M.D.: 7/6/05**
Impression:  Clear change in his medical history as well as new prescribed drugs that had altered his oral flora.  There was clear evidence of xerostomia (dry mouth) hence the extensive root caries and breakdown associated with this condition.  Total cost of dentures was estimated at $4,000.00.

**PEPPARD, TERENCE M.D.: 7/14/03**
Richard continued to have low back pain and was taking significant amounts of pain and psychotropic medications, had reported sleep disturbances, dizziness, difficulty voiding and had lost multiple teeth due to severe gingivitis associated with his medications.  Admission to a rehabilitation facility was recommended.

**ARES-ROMANO, PATRICIA M.D.: 1/6/04 – 6/15/05**
Progress note dated 3/11/05 indicates that Richard was feeling very frustrated and hopeless.  He had anxiety, depression and continued to report sedation despite decrease in medication.  Diagnosis:

Axis I:        Major Depressive Disorder
Axis IV:      50

**RAMIREZ, FELIX DO: 10/18/04 – 9/2/05**
On 10/18/04, Richard was diagnosed with lumbar herniated nucleus pulposus with chronic bilateral lumbar radiculopathy.  He was seen monthly for follow-ups and medication refills.

**MERCY HOSPITAL: 9/5/05**
Richard slipped and fell at home and was complaining of left ankle pain and swelling.  Diagnosis: Left ankle sprain.  He was to follow up with orthopedics. X-rays were negative and he was discharged home.

**Records Reviewed:**

Amselem, Shalom M.D.:  (Pre-Incident) 4/30/03; 7/6/05
Ares-Romano, Patricia M.D.:    11/7/05 – 1/11/07; (Pre-Incident) 1/6/04 – 6/15/05
Bascom Palmer Eye Institute:  6/19/06; 10/12/06; 10/13/06
Busso, Mariano M.D.: 11/8/06 - 12/11/07; (Pre-Incident) 9/3/98 – 4/14/05
Cora Rehabilitation:    (Pre-Incident) 2/7/01 – 3/23/01; 11/29/02 – 1/6/03; 1/16/04 – 3/18/04
CVS Pharmacy Records
Medical Bills
Mercy Hospital:  9/6/05 – 9/16/05; 12/4/06; (Pre-Incident) 9/5/05

Mercy Outpatient Center:  (Pre-Incident) 9/10/97; 6/19/03
Mercy Professional Pharmacy Records
Mufson, Richard M.D.:  2/1/06 – 11/14/06; (Pre-Incident) 12/3/02 – 6/19/04
New Dorp High School Records
Peppard, Terence M.D.:  7/14/03
Quintero, Luis M.D.:  11/9/05 – 11/30/07
Ramirez, Felix DO:  9/30/05 – 2/8/08; (Pre-Incident) 10/18/04 – 9/2/05
Ruiz, Javier M.D.:  1/23/06
Sante Fe Community College Records
Schechter, Neil M.D.:  9/15/05; 10/19/06; (Pre-Incident) 1/25/01 – 5/18/05
Social Security Disability Records
State of Florida/Department of Health Employment File
Walgreen's Pharmacy Records
Westside Regional Medical Center:  (Pre-Incident) 7/12/02; 8/7/02 – 8/10/02; 11/27/02
Zager, Arnold M.D.:  5/3/07 – 12/18/07


**ADDENDUM:  7/30/08**

**WILLIAMS, MARIE D.P.M.:  9/19/05 – 7/23/08**

**Williams, Marie D.P.M.:  9/19/05**
Follow up for ingrown nail on both borders of the toes 1-5 bilaterally. Richard reported the condition began over last few days and was slowly getting worse.  He still had pain in the left great toe.  He was hospitalized with 1400 blood sugar and was now diabetic.

On examination, the nail plate on the medial and lateral border of all the nails on both feet were incurvated and ingrown.  The corresponding nail fold was inflamed and erythematous.  There was moderate pain on palpation of the medial and lateral border.  There was no drainage or discharged noted but there was inflammation.  Assessment:
- Onychomycosis
- Infectious skin
- Ingrown nail

Nails 1-10 were debrided.

**Williams, Marie D.P.M.:  10/7/05 – 7/23/08**
Richard continued to treat regularly for continued onychomycosis, infected skin and ingrown toenails.  He underwent repeated debridements, nail avulsions and excisions.

On 8/21/06, he was treated for a closed fracture of right 3rd toe and was prescribed an unna boot.  On 12/11/06, he was treated for sprain/strain of the right foot.

Last office visit note dated 7/23/08 indicated that Richard had chronic ingrown toenail condition and chronic pain and numb feeling in both feet for past few years.  Ingrown nail spicule was removed.

**PAST MEDICAL HISTORY**

**WILLIAMS, MARIE D.P.M.:  5/3/05 – 8/30/05**

**Williams, Marie D.P.M.:  5/3/05**
Richard presented to office as an existing patient for onychomycosis (nail fungus) toes 1-5 bilateral.  He reported condition began over last few months. Examination of nails revealed nails 1-5 on both feet were yellow, severely thickened and dystrophic and painful on direct pressure and palpation. Assessment:
- Onychomycosis
- Infectious skin

Nails 1-10 were debrided.

**Williams, Marie D.P.M.:  6/10/05**
Richard complained of ingrown nail on the lateral nail border of the right 1st toe.   Ingrown nail borders were deeply excised with the removal of the ingrown nail spicule and all hypertrophic and necrotic debris.  He was placed on Keflex as he was having teeth extracted Monday.

**Williams, Marie D.P.M.:  8/10/05**
Richard complained of ingrown nail on lateral nail border of left 1st toe.  He reported he cut all his nails a few days earlier and caused them to bleed.  Left great toe was also inflamed.

Excision performed.  Advised to soak toe and apply topical antibiotic.

**Williams, Marie D.P.M.:  8/30/05**
Richard underwent excision of ingrown nail border of left 1st toe.

**<u>Records Reviewed</u>:**

Williams, Marie D.P.M.:  9/19/05 – 7/23/08;  Pre-Incident:  5/3/05 – 8/30/05

# Activities Of Daily Living

## Sleep Pattern

**Sleep Difficulties:**  The number of hours he sleeps during the day and in a row has decreased markedly.  He suggests this is 40-50% less than pre-injury sleep patterns.  He attributes this to additional stress, but he cannot directly link a portion of this to the Diabetes.

## Independence In

**Dressing:** No change from pre onset.
**Housework:** Significant restrictions pre due to back injury; no additional restrictions related to Diabetes.
**Cooking:** Pre - significant problems; same post.
**Laundry:** Does not do; never did.
**Yard Work:** Pre - significant problems; same post.

# Social Activities

**Organizations Pre/Post:** No changes between pre and post.
**Volunteer Work Pre/Post:** No changes between pre and post.
**Socialization Pre/Post:** No changes between pre and post.  He feels socially isolated due to back injury and depression.
**Hobbies (Present):** Reading
**Hobbies (Previous):** Target shooting - cannot do now due to back injury. No impact directly due to Diabetes.

# Personal Habits

**Smoking:** Yes, 1 pack per day.
**Alcohol:** No, either pre or post.
**Drugs:** No, either pre or post.
**History of Abuse and/or Treatment Programs:** Denies, pre and post.

# Socioeconomic Status

**Spouse:** Martha
**Spouse Age:** 57
**Occupation:** RN
**First Marriage:** First
**Children:** Two, ages 23 and 14.
**Number in Residence:** Three
**Type of Residence:** House, one story.

## Income

**W.C.:** Injured back in 2002 and received Worker's Compensation benefits.
**S.S.D.I.:** Has been receiving SSDI since 2006.
**Other Income:** Retirement from state disability pension plan.

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:** No
**Rehabilitation Nurse:** No
**Other Agency:** No
**Felony Convictions?** No

# Education & Training

**Highest Grade Completed:** Associates Degree in Nursing - Graduated in 6/1977 from Sante Fe Community College, Gainesville, FL.

**Licenses/Certifications:** He maintains CEUs and licensure in nursing.

# Military Experience

**Branch:** Army
**Service Dates:** 1968
**Discharge:** Honorable
**Any Service Connected Disability:** Discharged due to weight loss in 1968

# Employment History

**Released to Return to Work:** N/A
**Work History Since Injury:** Worker's Compensation Injury in 2002 (back injury and depression). Has been receiving SSDI benefits since 2006.

# Observations

**Orientation:** Alert and oriented x's three.
**Stream of Thought:** Clear and rational.
**Approach Toward Evaluation:** Open and positive.
**Attitudes/Insight:** Good/fair
**Appearance:** Overtly disabled from back injury and psychological impairment.

# Tests Administered

As part of this evaluation, Richard is asked to complete the <u>Minnesota Multiphasic Personality Inventory-2, (MMPI-2)</u>.

On the <u>MMPI-2</u>, a valid profile is obtained based on a review of the validity scales.    Consideration is first given to the VRIN (variable response inconsistency) and TRIN (true response inconsistency) subscale, which used paired responses of similar and opposite items to measure inconsistencies in response patterns.    An inconsistent response pattern represented by significantly elevated T-scores can invalidate the profile.  In Richard's case, the T-scores are within normal limits.  Next, I evaluated the F, F sub b and F sub p scales, which represent infrequently endorsed items that are sensitive to random and fixed responding.  Again, significantly elevated T-scores can invalidate the <u>MMPI-2</u> results. A new scale, recently added to the profile is the FBS or Fake Bad Scale similar to the combine "fake bad" profile previously used by examining a combination of several validity scales. Richard does show elevations on the F scale, F sub b, and the FBS.  This pattern is seen in the presence of a depressed L, K and S scales.  This profile suggests an extreme focus on somatic concerns influenced by the range of physical disabilities he has been experiencing over many years.  This does not invalidate his profile.  When looking at the FBS, the circumstances of the assessment must be taken into consideration.  For example, any significant physical injuries, chronic illnesses or medical findings that could effectively elevate scores on the FBS as a result of the patient truthfully responding to test questions would reset the normative floor for determining when a patient is "faking bad".

Finally, I reviewed the L, K and S scales.  In this instance, T-scores greater than 79 on the L scale, 75 on the K scale and 70 on the S scale tend to reflect individuals who are demonstrating protocols characterized by a pervasive pattern of nonacquiescence.  This is a pattern often referred to as a "fake good" profile.  The individual is trying to present a better picture of them self than actually exists.    Richard's scores do not exceed these parameters, therefore, his <u>MMPI-2</u> is considered valid.  There is no evidence of impression management and no indication of a "fake good" profile.  He shows no indication of malingering in either his validity or in his clinical scales.

On the clinical scales, Richard demonstrates an elevated triad profile with two, depression at the peak followed by almost equally elevated scores on scale one, somatic focus and scale three, hysterical/anxiety response to disability.    Together this profile represents a classic chronic pain/chronic disability syndrome.

In addition to the triad profile, Richard demonstrates clinically significant elevations on scales eight, seven, six and nine. This profile suggests feelings of inadequacy, inferiority, lowered self-esteem, poor self-concept and a lack of self-confidence. The profile also reveals anxiety, guardedness, anger and

resentment over his situation as well as feelings of depression, sadness and withdrawal.

The new Restructured Clinical Scales preserve the valuable descriptive features of the existing Clinical Scales and enhance their distinctiveness. The RC Scales profile constructed a demoralization scale, extracting the general complaint or malaise factor represented to some degree in each of the clinical scales.  These scales then go on to identify the major dimensions of eight of the ten clinical scales, excepting scales 5 and 0.  The RC scales are the result:

- RCd- Demoralization
- RC1- Somatic Complaints
- RC2- Low Positive Emotions
- RC3- Cynicism
- RC4- Antisocial Behavior
- RC6- Ideas of Persecution
- RC7- Dysfunctional Negative Emotions
- RC8- Aberrant Experiences
- RC9- Hypomanic Activation

In Richard's profile, he demonstrates elevations on virtually all of the Restructured Clinical Scales essentially refining distinctive features of his clinical scale elevations of demoralization, somatic complaints, low positive

emotions, cynicism, antisocial behavior, ideas of persecution, dysfunctional negative emotions, aberrant experiences and hypomanic activation.

There is no question that Richard demonstrated most if not all of these emotional issues prior to the onset of the diabetes.  Although it is possible for the onset of significant Diabetes to create a psychological response, particularly if substantial complications follow that onset, those with a prior history of significant psychological diagnosis are at greater risk for an exacerbation of depression, anxiety, poor adjustment and poor coping with the onset of any new diagnosis of a chronic nature.

I believe Richard demonstrates a pain disorder, increased depression, increased anxiety and an adjustment disorder related to the onset of the diabetes.

AXIS I:      Chronic disability/Chronic Pain Disorder due to general medical
             condition and psychological factors - 307.89.
             Generalized Anxiety Disorder - 300.02.
             Major Depressive Disorder-Single Episode-Severe - 296.23.
             Adjustment Disorder with depressed mood-309.0.

AXIS II:     Deferred

AXIS III:    Diabetes Mellitus type 2, uncontrolled
             Recurrent Major Depression, Psychotic Disorder

Hyponatremia
Hypovolemia
Morbid obesity
Hypertension
Debility
Hypocalcemia
Onychia of the fingers

AXIS IV:   Life Stressors secondary to disability and psychological response to exposure to disability.

AXIS V:   Current GAF – 60.
Highest GAF in past year – 60.

# Rehabilitation Recommendations

Research regarding basic guidelines for the management of Diabetes was undertaken in order to outline the routine care requirements.   Clinical Practice Guidelines through the National Guideline Clearinghouse outlined

the following as basic guidelines for care:
- Physical Assessment
- Psychosocial Assessment
- Foot Exam
- Dilated Eye Exam - Ophthalmology
- Depression – Monitoring
- Dental Exams and Prophylaxis
- Laboratory Exams to include A1C quarterly, Microalbuminuria (Albumin/Creatinine Ratio), Blood Lipids.
- Self-Management Training to include management principles and complications, self-glucose monitoring, medical nutrition therapy – ongoing; physical activity, ongoing, and weight management. Interventions include aspirin therapy and smoking cessation as well as influenza and pneumococcal immunizations.

Richard had significant medical needs and issues before the diagnosis of Diabetes.  As such, below outlines a list of recommendations for his future care needs, excluding or reduced by the amount of care he required prior to the diagnosis of Diabetes.

**Allied Health Care Evaluations:**

- Psychological:  Required pre onset.

- Nutritional Evaluation:  1 X / year: $125-$150.  *Recommended by: Dr. Quintero, Treating Endocrinologist, 7/21/08.*

- Recreational Therapy Evaluation:  Required pre onset.

- Disabled Driver Evaluation (secondary to peripheral neuropathy): $230-$460, 1 X / 2-4 years based on the changing nature of the neuropathy.

**Therapeutic Modalities:**
- Individual counseling – depression/anxiety:  Required pre onset.

**Medications – Prescribed:**
- Slow Magnesium 64 mg 2/day: $13/month.
- Symlin Injection 15 U Sub-Q before each meal and large snack (5/day): $726 X 2 = $1,452/month.
- Potassium Chloride 10 MEQ/day: $26/month.

**Supplies:**
- Diabetic Shoes and Socks:  Allowance for specialty clothing $339/ year. (Prorated).  [For information:  the Department of Veteran's Affairs allows $677/year for clothing a allowance for wear and tear on clothing due to equipment, such as prosthetics, wheelchairs, etc.]   The allowance provided here (half the annual allowance as indicated by the VA source) will compensate for the additional costs for buying diabetic specialty shoes/socks over and above the cost of non-specialty shoes/socks that would normally have been purchased.

- Lubriderm Lotion: 1 bottle/month: $8

- Syringes 3-5/day: $12 for box of 100 = $12-$18/month

- Alcohol Wipes 3-5/day:  $1/month

- Sharps Container 1 X / 4-6 years: $ 7

- Ascensia Meter, 1 X / 2-4 years:  $89

- Test Strips, 50/package, uses 2-3 strips per week: $100-$150/year

**Medical Care:**

- Endocrinologist: 4 X / year $80-$150/visit. *Recommended by: Dr. Quintero, treating endocrinologist, 7/21/08.*

- Primary Care Physician (No additional visits per year as related to Diabetes are anticipated as the endocrinologist is providing Diabetes follow-up care.)

- Laboratory Testing: Hb A1C 4 X / year: $56-$72 each; Lipids 2 X / year: $21-$28 each; CBC/SMA-20 1 X / year: $88-$114 each. *Recommended by: Dr. Quintero, treating endocrinologist, 7/21/08.*

- Podiatry Services:  Richard was seeing a Podiatrist every 2-3 months (4-6 X / year) prior to the diagnosis of Diabetes, but he now requires monthly visits.  Therefore, an additional 6-8 visits per year are required:  $60-$70/visit  =  $390-$520/year based on an average of $65/visit. *Recommended by: Dr. Quintero, treating endocrinologist, 7/21/08.  Dr. Quintero only recommend an annual podiatry visit, however, actual current follow-up schedule is identified.*

- Ophthalmologist:  Yearly evaluations recommended per physician and Clinical Practice Guidelines.  Richard had a detached retina in 2006; Dr. Smiddy indicated this was not Diabetes related. *(Dr. Smiddy response to questionnaire 7/18/08).* [Richard currently has no diabetes related retinopathy]. He would require on-going follow-up for detached retina on a yearly basis, as indicated in the Clinical Practice Guidelines, published by the National Guideline Clearinghouse, current as of 2004.  Therefore, no additional follow-up will be provided in this Plan for on-going care.

- EMG – Lower Extremities  - Initial Evaluation:  $516-$683 per extremity. *Recommended by: Dr. Quintero, treating endocrinologist, 7/21/08.*

**Health-Strength Maintenance/Recreation:**
- Richard should participate in a wellness program as recommended for general health guidelines. He is restricted due to his pre-existing history of back injuries.

# Conclusions

Careful consideration has been given to all of the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report.

Prior to initiating any recommendations, it was first necessary to look at the most common complications related to diabetes.  The above Rehabilitation Plan can only consider on-going, current issues, and cannot estimate either the frequency of complications or the duration or intensity of any complications.  The following list of complications related to diabetes is provided to educate those involved in this case as to the nature of this disease process and the possible complications.

## COMPLICATIONS OF DIABETES

- Hyperglycemia, otherwise known as high blood sugar, can lead to other diabetic complications if not treated properly.
- Hypoglycemia, or low blood sugar, is considered an insulin reaction and needs to be treated accordingly.  Diabetics who allow their blood sugar to get too low can pass out and need emergency care.
- Gum disease is associated with diabetic patients.  Periodontitis forms pockets between the teeth and gums where germs can cause infections, leading to the destruction of bone around the teeth.  Gingivitis, another form of gum disease, is also often exacerbated in people with diabetes because of the decreased ability to fight off bacterial infections.
- Skin complications can affect all areas of a diabetic patients body.  Bacterial infections and fungal infections are common.  Diabetic dermopathy and necrobiosis lipoidica diabeticorum are both attributed to changes in blood vessels, while atherosclerosis is caused by a thickening of the arteries, and mostly affects the skin on the legs.  Diabetic blisters are rare.  Keeping blood sugar under control can control most skin conditions associated with diabetes.
- Depression – studies indicate that while most people with diabetes do not suffer from depression, there is a higher likelihood of depression in diabetics than people without diabetes.

- Foot complications include:
  1. Neuropathy – nerve damage can cause the diabetic patient not to feel pain in the foot, along with changing the shape of the foot, often resulting in the need for therapeutic shoes.
  2. Skin changes and calluses can occur because the nerves that control the production of oil and moisture in the foot no longer work.  Skin can become very dry and damaged due to the side effects of Diabetes.
  3. Foot ulcers are a concern for diabetic patients and should be addressed immediately because they can lead to amputation if left untreated.
  4. Poor circulation leaves the diabetic patient's feet more susceptible to infection, while also reducing sensation.  Blood vessels in the foot and leg can become narrowed and hardened; smoking, high blood pressure and high cholesterol can also increase the risk of hardened blood vessels.  The problems associated with poor circulation can also lead to amputation.

- Eye complications include:
  1. Glaucoma – a building of pressure behind the eye which causes drainage of the aqueous humor to slow down, in turn causing pressure on the blood vessels that carry blood to parts of the eye.
  2. Cataracts – people with diabetes are 60% more likely to develop cataracts.

3. Nonproliferative Retinopathy —as the macula swells and fluid leaks into the eye, vision can become blurry and, in some cases, be lost entirely.

4. Proliferative Retinopathy - in this case, the blood vessels in the eye are so damaged that new blood vessels grow in the retina; however these vessels are not as strong as the original vessels, and this can cause vitreous hemorrhage.  Scar tissue is also common in this circumstance, which can cause retinal detachment.

- High blood pressure affects 20 – 60% of individuals with diabetes. Treating high blood pressure in the diabetic patient is critical in preventing cardiovascular disease.  Hypertension also increases the risk of renal problems, retinopathy and neuropathy, making high blood pressure a key factor in the source of diabetic complications.

- Diabetic Neuropathy – there are two types of diabetic nerve damage, sensorimotor neuropathy or peripheral neuropathy, which can lead to tingling, pain, numbness and weakness, and autonomic neuropathy, which can lead to digestive, bladder, and sexual difficulties, as well as decreased sweating, changes in reaction to light and dark, dizziness or faintness, loss of warning signs of low blood glucose levels, and loss of typical warning signs of heart attack.

- Focal neuropathy can lead to weakness and pain, double vision, paralysis on one side of the face, or pain in parts of the body.

- Compressed nerves causing carpal tunnel syndrome is also a complication for diabetic patients.  Nerve damage, tingling, numbness and pain are all associated with this.

- Gastroparesis affects diabetics, and is caused by the nerves in the stomach being damaged, therefore resulting in the stomach being unable to empty itself in a timely manner.  This disorder can even result in the movement of food being completely stopped, and the growth of bacteria due to food fermenting in the stomach. Gastroparesis makes managing blood glucose even more difficult for the diabetic patient.

- Ketoacidosis – while rarely occurring in people with type 2 Diabetes, hyperosmolar nonketonic coma is a rare and serious condition where levels of ketones build up in the blood and are dangerously high, which leads to poisoning of the body.  This can result in coma and/or death.

- Cardiovascular Disease and stroke account for an average of 65 - 70% of deaths in people with diabetes.  Mortality is much greater in women with Diabetes than men.

- Dyslipidemia can also be associated with cardiovascular disease, and puts diabetic patients at greater risk of heart attack and death related to Diabetes.  High cholesterol requires consistent care to avoid vascular events in diabetic patients.

- Kidney disease or nephropathy – diabetes damages the kidneys because of the high levels of sugar forcing the kidneys to filter too much blood.  In serious cases, the kidneys lose their ability to filter the blood all together, causing kidney failure.

- Peripheral Arterial Disease – atherosclerotic occlusive disease is the leading cause of lower extremity amputation, and can also be linked to a greater likelihood of cardiovascular and cerebrovascular disease.  In the most severe cases of peripheral arterial disease, tissue loss and gangrene will lead to limb loss.

## COSTS OF DIABETES

In 2007, the average cost of medical expenditures for the diabetic patient was $11,744 per year, with $6,649 of that being attributed to Diabetes, (the balance attributed to indirect costs related to increased expenditures for non-diabetic related health care issues that are exacerbated by diabetes).  People with diagnosed diabetes, on average, have medical expenditures that are ~ 2-3 times higher than what expenditures would be in the absence of diabetes.  Indirect costs include increased absenteeism ($2.6 billion) and reduced productivity while at work ($20.0 billion) for the employed population, reduced productivity for those not in the labor force ($0.8 billion), unemployment from disease-related disability ($7.9 billion), and lost productive capacity due to early mortality ($26.9 billion) *(Economic Costs of Diabetes in the U.S. in 2007)*.

Another source indicates the following (in 2003 dollars) for Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population <u>With At Least One Medical Event For Diabetes</u>:  (Annual)

**All medical care**
- o   All adults:   $10,092
- o   Ages 45-64: $9,169
- o   Ages 65 +:   $12,238
[Expenditures for all types of care]

**All office care**
- o   All adults:   $1,506
- o   Ages 45-64: $1,488
- o   Ages 65 +:   $1,623
[Expenditures are for all office-based medical provider care]

**All prescription medications**
- o   All adults:   $2,798
- o   Ages 45-64: $2,912
- o   Ages 65 +:   $2,876
[Expenditures are for all prescription medicine purchases]

**All hospital care**
- o   All adults:   $4,804
- o   Ages 45-64: $4,165
- o   Ages 65 +:   $6,160
[Expenditures are for all inpatient, outpatient and ER care]

Average Constant Dollar Expenditures Of Adults In The U.S. Civilian Non-institutionalized Population <u>For The Treatment Of Diabetes:  (Annual)</u>

**All diabetic care**
- o   All adults, all diabetes care: $1,714
- o   Ages 45-64:  $1,552
- o   Ages 65 +:   $1,945

[Expenditures for all types of care]

**All prescription medications**
- o   All adults: $883
- o   Ages 45-64: $974
- o   Ages 65 +: $775

[Expenditures are for all prescription medicine purchases]

*Source:  Center for Financing, Access and Cost Trends, Agency for Healthcare Research and Quality, Medical Expenditure Panel Survey, 1996 and 2003, as cited in Medical Expenditure Panel Survey, Statistical Brief #146, October 2006.*

After you have had an opportunity to review this narrative report, please do not hesitate to contact me should you have further questions.

Respectfully Submitted,

Paul M Deutsch, Ph.D, CRC, CCM, CLCP, FIALCP
Licensed Mental Health Counselor, (FL MH#0000117)
**PAUL M. DEUTSCH & ASSOCIATES, P.A.**

**SOURCES**

All About Diabetes – American Diabetes Association Complications. http://www.diabetes.org.

Dall, T., Mann, S., et. al.  "Economic Costs of Diabetes in the U.S. in 2007". *American Diabetes Association.*  Diabetes Care, Vol. 31, Number 3, March 2008.

"Coronary Heart Disease in Women with Diabetes".  *American Diabetes Association/American College of Cardiology.*  Issue 5; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Hypertension in Diabetes". *American Diabetes Association/American College of Cardiology.*  Issue 2; Diabetes & Cardiovascular Disease Review, Alexandria, VA.

"Diabetic Dyslipidemia". *American Diabetes Association/American College of Cardiology.*   Issue   3;   Diabetes   &   Cardiovascular   Disease   Review; Alexandria,VA.

"Peripheral   Arterial   Disease   in   Diabetes".   *American   Diabetes Association/American   College   of   Cardiology.*   Issue   6;   Diabetes   & Cardiovascular Disease Review; Alexandria, VA.

## Schedule A

### Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP
### Licensed Mental Health Counselor

### Fee Schedule Effective 5/1/07
### Plaintiff Referrals

**Non-Catastrophic Injury Cases:** Flat rate of $11,000 (excluding expenses and travel time).

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

**Catastrophic Injury Cases:** Flat rate of $19,500 (excluding expenses and travel time)

Any professional services required after the issuance of the report will be billed at our usual and customary rate of $300/hour for medical records review/costing research, and $350/hour for all other professional services.

The following professional services are included as necessary in the flat rate:

Interview:
- Clinical History and Interview
- Intake Interview (demographics/medications/supplies/equipment/physical limitations
- Family History
- Family Conference
- Patient Observation
- Travel time to/from Evaluation (if < 1 hour)
- Equipment/Supplies Review
- Conferencing with Treatment Team

Testing:
- Test Administration
- Test Score
- Test Interpretation

Research for Rehabilitation Plan/Life Care Plan: (All @ $300/hour)
- Locating treating professionals (acquisition of telephone #s, addresses, etc.)
- Researching costs from treating professionals (calling to identify costs for services such as office visits by determination of length of visit [short/intermediate/involved], etc.
- Costing for items to include:
  - Facility Costs (Pain Program/Hospital/Out-Patient Surgical Center, etc.)
  - Laboratory Costs (Costs for blood labs, chemical levels, etc.)
  - Surgical Costs (Costs of procedures – physician fees/facility fee/anesthesia costs, etc.)
  - Nursing/Attendant Costs (minimum of three agencies in any specific geographic area to acquire average costs for services)
  - Medication Costs
  - Supplies/Equipment Costs (specific to patient needs/requirements)
  - Collateral Source Research (determination of appropriate government funding to be used in the report)
  - Source List (a list of all professionals/costs/services cited to be provided in the file)

Life Care Plan:
- Preparation of actual Life Care Plan recommendations

Report:
- Rehabilitation Recommendations
- Narrative Report
- Wage Data Research/Analysis
- Occupational Analysis

- Vocational Worksheet outlining vocational handicaps, pre/post injury capacity to earn.
- Research for and citing of appropriate Clinical Practice Guidelines to support recommendations.
- Research of literature for foundational support for Report/LCP recommendations

**Medical Records Review: (All at $300/hour)**
- Review and summary of medical records
- Review and summary of depositions
- Review and summary of video tapes
- Medical Research specific to the disability

**Miscellaneous:**
- Correspondence
- Staffing
- Telephone calls required

## Services that may be requested and/or required after the report has been issued (not included in the flat rate fee):

**Testimony:**
- Pre deposition conference
- Prepare for deposition
- Post deposition conference
- Travel time to/from deposition
- Mediation; travel to/from
- Videotaped deposition
- Deposition testimony
- Preparation of File for Deposition/Trial
- Trial Testimony (travel to/from)

**Miscellaneous:**
- Preparation of questions for opposing witness testimony.
- Year-by-Year Analysis of Opposing Expert's Report/Life Care Plan.
- Updating of report/vocational analysis or Life Care Plan if more than six months has elapsed from issuance of report, or a change in medical status has occurred.
- Review of additional medical records received after issuance of report.
- Updating interview/clinical history due to time lapse or change in medical status.
- Telephone calls from economist
- Telephone conferencing post issuance of report

Rev: 5/06

## PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP

*Licensed Mental Health Counselor, (FL. MH#0000117)*
*Certified Rehabilitation Counselor*
*Certified Case Manager*
*Certified Life Care Planner*
*Fellow of the International Academy of Life Care Planners*

10 Windsormere Way, Suite 400
Oviedo, Florida 32765

## PRIVATE PRACTICE

### *Paul M. Deutsch & Associates, P.A.*

* Board Certified Rehabilitation Counselor
* Board Certified Life Care Planner
* Board Certified Case Manager
* Catastrophic Case Management
* Fellow of the International Academy of Life Care Planners
* Professional Training/Teaching
* Curriculum Development/Consultation
* Research
* Software Development
* Patient and Family Education
* Consultation
* Licensed Mental Health Counselor
* Diplomate in Psychotherapy

## EDUCATION

* *Doctor of Philosophy-Admitted through the Department of **Rehabilitation Counseling*** (Majored in a joint program of **Counseling Psychology** and **Counselor Education.** Subspecialization-Spinal Cord Injuries-with sub-specialization doctoral work directed by Justine Vaughan M.D. Department of Physiatry, Shands Teaching Hospital and member of my Doctoral Committee. Admitted to candidacy 1976. Completed and defended dissertation December 1982. Degree Awarded January 1983 - University of Florida - College of Health Related Professions.

* *Master's Degree - Rehabilitation Counseling* - University of Florida - College of Health Related Professions- **MRC.**
  *Minor - Behavioral Psychology and Counselor Education* (Experimental Analysis of Behavior Program University of Florida (Degree Awarded: 1972)

* *Bachelor of Arts Degree - Psychology* - Rollins College (Degree Awarded: 1971)

## FELLOWSHIP/HONORS

* **Life Time Achievement Award in Rehabilitation from the International Association of Rehabilitation Professionals-2007**

* Alumni of the Year –College of Public Health and Health Professions-(Formerly-College of Health Related Professions (-University of Florida 2006).

- Life Time Achievement Award-Presented "In recognition of your dedication and countless contributions to the field of Life Care Planning."-Presented by the International Conference of Life Care Planners; The International Academy of Life Care Planners; The University of Florida; Virginia Commonwealth University; Kaplan University;  The American Association of Legal Nurse Consultants; and The National Rehabilitation Association -October 11, 2003

- National Rehabilitation Educator of the Year  (International Association of Rehabilitation Professionals -IARP) -1993

- Alumni of the Year - College of  Public Health and Health Professions, ( Formerly College of Health Related Professions) -University of Florida (1988).

- *E TA RHO PI - Honor Society - University of Florida - College of Health Related Professions*

- *PI LAMBDA THETA - National Honor Society for Counselor Education - University of Florida*

- *Rehabilitation Service Administration - Master's Degree – Fellowship*

Professional Interviews as original developer of Life Care Planning:

The Case Manager

Nurse Week

Vital Signs

Journal Of Life Care Planning

Physical Therapy Today

Social Work Today

Endo Nursing


TEACHING

University of Florida-Curriculum Developer-Life Care Planning Program.

University of Florida-Instructor for Life Care Planning Online and On site continuing education program beginning February 1, 2006.

Senior Faculty- Kaplan  University Healthcare Pathway's, Life Care Planning Program.  Chairperson-Board of Advisors for the Life Care Planning Program

Clinical Professor of Rehabilitation Counseling- Medical College of Virginia, Virginia Commonwealth University, Department of Rehabilitation Counseling 2002 to Present.

Courtesy Faculty- Department of Rehabilitation Counseling- College of Health Related Professions, University of Florida
1985-Present

Kaplan University-Curriculum Development for Life Care Planning Training Program- Beginning July 2003

Kaplan University -Curriculum Development for Case Management Program in the Healthcare Pathways program, scheduled to begin April 2004.

Kaplan University -Curriculum Development for Geriatric Care Management Program in the Healthcare Pathways program, scheduled to begin in the summer of 2004.

FACULTY MEMBER- Re-contracted in 2000 with Intelicus/University of Florida to teach in this program: Intelicus/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning (Four-Five 16 hour courses per year)
        Content includes but not limited to Basic Life Care Methodology; Research
Methodology;
            Interpreting Research Literature; Ethics; Analyzing the Life Care Plan.
Annual Life Care Planning and Case Management Conference
Advanced Forensic Consultation Conference

Professor Clinical Rehabilitation-Louisiana State University Medical Center- November 1996 to 1999). Includes course lectures, continuing education programs, Life Care Planning Clinic development, Life Care Planning software and database development and publications.

FACULTY MEMBER through September 1996 (1994-1995 FACULTY CHAIR)- Rehabilitation Training Institute/University of Florida Certificate Program in Life Care Planning and Catastrophic Case Management - A two year post-graduate training program in medical case management and life care planning affiliated as a certificate program with the Department of Rehabilitation Counseling, College of Health Related Professions, University of Florida.

Track 1 - Introduction to and Basics of Life Care Planning
Track 2 - Vocational Assessment and Testing for All Disabilities
Track 4 - Rehabilitation Testimony
Track 5 - Spinal Cord
Track 6 - Brain Damage
Track 7 - Multiple Orthopedics
Track 8 - Business Principles, Malpractice, and Professional Ethics

Faculty- Department of Rehabilitation Counseling, University of Florida. 1976-1978 while in Doctoral program. Taught Research Methodology and Statistical Analysis for the Social Sciences in the Masters Program.

## SPECIAL TRAINING AND CONTINUING EDUCATION (PARTIAL LIST)
· Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing in 2005. This included three sixteen hour workshops presented for the University of Florida/MediPro's certificate program in Life Care Planning. Teaching in Kaplan Universities Life Care Planning Program. A Presentation on

Daubert and the Expert's Role as an Educator continuing presented at the International Association of Rehabilitation Professionals.

* International Conference on Life Care Planning- Atlanta 2006
* International Association of Rehabilitation Professionals-Annual Conference-2004 through 2006
* IARP Forensic Conference-Life Care Planning Section-2004 through 2006.
* International Life Care Planning Conference-San Francisco-September 2005
* International Life Care Planning Conference-New Orleans-October, 2004
* International Association of Rehabilitation Professionals-Arizona-May,2004
* Through Course attendance, teaching, submitted and peer reviewed research or peer reviewed journal articles, peer review of submitted chapter contributions, or published textbooks I have exceeded the requirement of fifty hours of continuing education annually in each year of practice from 1972 through 2003.
* I have researched and taught numerous courses for the University of Florida, LSU Medical Center's Department of Rehabilitation and Kaplan Univerties' Healthcare Pathways Program in the following areas over the past sixteen years:
* Introduction to Life Care Planning
* Basic Tenets and Methodology of Life Care Planning
* Life Care Planning and Case Management In:
  Spinal Cord Injury
  Brain Injury
  Pediatric Traumatic onset Brain Injury
  Birth Onset Brain Injury
  Burns
  Amputations
  Aids
  Pulmonary Impairment and Occupational Illness
  Cardiovascular Impairments
  Severe, Multiple Orthopedic Impairments
  Psychological Impairments
  Research Design and Statistical Methodology
  Understanding Research Methodology and Interpreting Research Literature
  Life Expectancy Issues and Catastrophic Disability
  Professional Standards and Ethics

A partial list of conferences and programs attended follows:

* Long term Opioid Therapy in Management of Chronic Pain-Int'l LCP Conf. '03
* Aging with Catastrophic Disability-Int'l LCP Conf. '03
* The Educators Role Continues-Meeting the Demands Under Daubert-Presentor International Life Care Planning Conference October 9, 2003.
* Medicare Set-Aside Trusts-New Orleans-June 2003
* Medical Errors (For the Mental Health Mental Health Counselor)
* Domestic Abuse (Requirement for Mental Health Licensure)
* National Institute of Health-College on Drug Dependence-Quebec-Summer 2002
* Life Care Planning Summit 2002
* Advanced Practice Conference Research Methodology for the Life Care Planner, Spring 2002
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2001
* Annual Life Care Planning Conference New Orleans (featured speaker) October, 2000
* Life Care Planning Summit 2000
* Annual Life Care Planning Conference New Orleans October 1999
* Annual Life Care Planning Conference New Orleans October 1998
* AIDS Case Management (4/1992) (Meets HIV requirements of the Mental Health Licensure)
* The International Brain Injury Symposium - New Orleans, LA (3/1991)
* National Head Injury Foundation - Chicago, IL (12/1989)
* Rehabilitation Management of the AIDS Patient - Rehabilitation Institute of Chicago (3/1989)
* First International Head Injury Symposium - Advances in Clinical Practice, Mediplex Rehab-

5

Bradenton (1/1989)
* First Moscow Medical Institute - 200 hours of lectures, patient demonstrations, and training in Soviet Neuropsychological Assessment Techniques (3/1988)
* National Head Injury Foundation - San Diego, CA (12/1987)
* American Psychological Association - New York, NY (8/1987)
* National Head Injury Foundation - Chicago, IL (12/1986)
* First Moscow Medical Institute - 75 hours of lectures, patient demonstrations, training in Soviet Neuropsychological Assessment and Rehabilitation (12/1986)
* CRC - Chicago, IL (7/1986)
* FARPPS - Miami, FL (5/1986)
* Course on Cerebral Palsy. Tufts - New England University Medical Center (1985)
* Seminar on the Brain Injured Adult with Special Pediatric Session. Medical College of Virginia (1985)
* The Challenge of the Traumatically Brain Injured. National Head Injury Foundation, Boston (1984)
* International Symposium on the Traumatic Brain Injured Adult and Child. Tufts University School of Medicine (1981)
* Spinal Cord Institute, American Academy of Orthopedic Surgeons (1973)
* Training Program in Prosthetics and Orthotics, Emory University Medical School (1973)
* Second Quarterly Spinal Cord Seminar, Jackson Memorial Hospital (1973)
* Seminar - Rehabilitation of the Spinal Cord Injured, Morgan Rehabilitation Center, Florida Hospital (1973)

## EXPERIENCE

**PAUL M. DEUTSCH & ASSOCIATES, P.A.**                    *Orlando, Florida*
                                                          *6/1976 - Present*

Rehabilitation Counseling, catastrophic case management, life care planning professional training, patient and family disability education, mental health counseling, consultation, research, and writing represent the primary focus of this practice.

*Foundation for Life Care Planning Research Inc.*        *Orlando, Florida*
                                                         *11/2001-Present*

Associated with the Medical College of Virginia, Virginia Commonwealth University, Georgia State University and University of Florida, the Foundation was established as a nonprofit research group.  The focus is on Life Care Plan validation studies and rehabilitation research. Also being developed in the foundation is a research mentoring program and a standards commission.  The current Board of Directors includes Paul M. Deutsch Ph.D., Roger Weed Ph.D., Terry Winkler M.D., Patti McCollom MS,RN, Chris Reid Ph.D., and Susan Riddick-Grisham RN.  Current doctoral dissertation students represent Ohio State University, Georgia State University, University of Florida and Barry University.

*Learning Applications Inc.*                             *Orlando, Florida*
                                                         *1991- 2000*

A research and development company responsible for developing Media Matrix, a multi-media, computer based tutorial system.  The system utilizes multiple depths of material presentation including text, outlines, bullet charts, video, graphics and other resources for education.  The system is geared toward use in University based courses, distance education, patient and family education and textbook replacement.

**FAIRVIEW SHORES**                                       *Orlando, Florida*
*Staff Rehabilitation Counselor/Mental Health Counselor*  *6/1988 - 01/96*

Long-term Supported Living Program for the Head Injured.   Facility provided both a residential and a day component with full supervision, vocational programming, supported work programs, recreational therapy and psychological support.

**PAUL M. DEUTSCH PRESS, INC.**                     *Orlando, Florida*
*Owner/Chairman*                                    *(Sold 1992)*

Scientific publications with a focus on medicine, psychology, rehabilitation, and the health related professions. A significant emphasis had been placed on bringing research out of the former Soviet Union and publishing it for the western scientific community.

**REHABILITATION TRAINING INSTITUTE**               *Orlando, Florida*
*Continuing Education/Training*                      *1986 - November 1, 1996*

Rehabilitation Professionals    (See Teaching - Faculty Chair.)

**THE HEAD INJURY REHABILITATION CENTER, INC.**     *Orlando, Florida*
*Co-Director*                                       *1983 - 1987*

Co-Director of a community based, group oriented head injury rehabilitation program. Involved in cognitive remediation, group and individual counseling and vocational rehabilitation.  Also involved in development of a transitional employment program and placement of the brain injured.  Includes responsibility for individual and group therapy as well as case management.

**THE CENTER FOR REHABILITATION, INC.**             *Orlando, Florida*
*Director/Rehabilitation Counselor*                 *1977 - 1980*

Responsible for general coordination and administrative duties.   Performed vocational rehabilitation evaluations and maintained responsibility for the design and administering of rehabilitation programs.  Also responsible for counseling in both group and individual settings. Worked with handicapped individuals in a multi-disciplinary approach to chronic pain management. Extensive experience and research on chronic pain and chronic disability syndromes were developed through this work experience.

**REHABILITATION RESOURCES, INC.**                  *Orlando, Florida*
*Rehabilitation Specialist*                         *1973 - 1976*

Performed evaluations to determine capacities of handicapped individuals.   Provided counseling, career guidance and general follow-up activities including job placement, development of wage and employment data, and maintenance of job data banks.

**DIVISION OF VOCATIONAL REHABILITATION**           *Orlando, Florida*
*Counselor II*                                      *1972 - 1973*

Caseload limited to severe disabilities, including spinal cord injured, stroke, brain injury, and amputations. Responsible for the work evaluation program at Florida Hospital, Morgan Rehabilitation Center.  Responsible for review of area employers and placement of clients. Approximately forty-five clients over a fifteen month period were placed in training programs and jobs.

**VETERAN'S ADMINISTRATION HOSPITAL**               *Gainesville, Florida*
*Psychology Technician*                             *1971 - 1972*

**CONSULTANT WORK**

- University of Florida-Curriculum Development. Developer of the Life Care Planning Curriculum to open on February 1, 2006.
- Kaplan University Curriculum Developer-Life Care Planning Program; Case Management Program; Elder Care Management Program. All Part of the Health Care Pathways Program for the University.

- Consultant/Trainer for the Case Management Association in the United Kingdom - Training in Life Care Planning and Case Management - April 1994.

- Appointed by the first Deputy Prime Minister of the USSR to lead a project on the development of the first rehabilitation centers in the USSR. This project ended with the coup and subsequent breakup of the Union.

- Liaison between the Barotoshvili Institute, Tbilisi, Georgia, USSR, and the joint University of Florida/Rollins College Program to develop joint research projects and shared graduate student training (1987-1990).

- Liaison between the University of Florida, College of Health Related Professions and Moscow State University to develop a sister university program for the health related professions (1989-1990).

- Consultant to VAAP (Soviet Copyright Agency) on Neuro-psychological Rehabilitation/Psychology Publications for the West (1986-1990).

- Consultation in litigation under the Federal Tort Claims Act and personal injury litigation (Federal and State Courts throughout the United States).

- Vocational expert under contract with the Social Security Administration and the Bureau of Hearings and Appeals (1973-1988).

## PUBLICATIONS - BOOKS

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, **Volumes 1 , 2 & 3.** AHAB Press, White Plains, New York, 1995 with updates through 2005.

A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning. Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation **Volumes 1 & 2.** AHAB Press 1995-2003.

Deutsch, Paul M, McCollom, Patricia, Weed, Roger, Barens, Debbie, The Experts Role As An Educator Continues: Meeting The Demands Under Daubert. 2002 AHAB Press, New York.

Deutsch, Paul M.; A Guide to Rehabilitation Testimony: The Expert's Role as an Educator, St. Lucie Press, Inc., Orlando, Florida, 1990.

Kitchen, Julie A.; Deutsch, Paul M.; Cody, L. Stuart; Life Care Planning for the Brain Damaged Infant: A Step by Step Guide. PMD Press, Inc., Orlando, Florida, 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Spinal Cord Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Weed, Roger O.; Kitchen, Julie A.; Sluis, Anne: Life Care Planning for the Head Injured: A Step by Step Guide, PMD Press, Inc., 1989.

Deutsch, Paul M.; Fralish, Kathleen: Innovations in Head Injury Rehabilitation Volumes 1 & 2, Matthew Bender.

> A text for Health Related Professions working in Head Injury Rehabilitation.  Provides a practical reference and an international perspective.

Deutsch, Paul M.; Sawyer, Horace W.: A Guide to Rehabilitation, Volumes 1 & 2. Matthew Bender, 1985 with updates through 1994.

> A text for the practitioner in rehabilitation psychology, rehabilitation nursing, rehabilitation counseling and physicians interested in Life Care Planning.  Covers the major medical, psychological and vocational rehabilitation implications for each disability listed in the "AMA Guide to Permanent Impairments."

Deutsch, Paul M.; Raffa, Frederick: Damages in Tort Actions, Volumes 9, 10, & 11. Matthew Bender, 1982 with updates through 1997.  (Now published by Lexus Nexus and updates reinitiated in 2004 and updated through 2006).

> These volumes begin with a focus on the use of vocational rehabilitation and economic experts in personal injury and wrongful death litigation.  Extensive information on the rehabilitation process from initial evaluation through completion of the rehabilitation plan is provided They continue in the next volumes to present extensive research on the rehabilitation and economic implications of all types of personal injuries. Both catastrophic and non-catastrophic injuries are explored in terms of their vocational ramifications with extensive guidance on all the rehabilitation and economic consequences of long-term disability by impairment using case examples of injuries and impairment to a variety of anatomical sites and functions.

## PUBLICATIONS – NEWSLETTERS

Editorial Board Member-Journal of Life Care Planning, (2003,2004, 2005, 2006, 2007).

Editorial Board Member- Journal of Forensic Vocational Analysis (2001, 2002, 2003, 2004, 2005), Journal of the American Board of Vocational Experts

Editorial Board Member - Journal of Private Sector Rehabilitation, (Now Rehab Pro).

Editorial Board Member - Aspen Publishers, Inc., Inside Case Management.

Deutsch, Paul M., Editor, Contributor: The Rehab Consultant (formerly Life Care Facts), Paul M. Deutsch Press, Inc.   Ended 1992.

Associate Editor- Journal of Forensic Vocational Rehabilitation Special Edition in Association with the Louisiana State University Medical Center.  (Inaugural issue of Journal of Forensic Vocational Analysis).

## PUBLICATIONS - CHAPTERS AND ARTICLES

Deutsch, P.M., Introduction to Life Care Planning. International Encyclopedia of Rehabilitation: *An Online Multilingual Resource:* Published jointly by the National Institute for Disability and Rehabilitation Research of the US Department of Education and CIRRIE in partnership with L'Institue de re'adaptation endificence physique de Quebec, (Quebec Rehabilitation Institute for Physical Disabilities.

Yu, Nami S., Pomeranz, Jamie L., Moorehouse, Michael D., Shaw, Linda R., and Deutsch, Paul M., Identifying a New Area of Damages: Assessing Time Loss Associated with Bowel Management, Journal of Life Care Planning, Vol. 7 Number 1, 2008. Pgs. 3-11,

Deutsch, P.M., Kendall, S. L., Raffa, F., Daninhirsch, C., and Cimino-Ferguson, S., Technologies Impact on Life Care Planning: A Pilot Study of Children with Cerebral Palsy. The Journal of Life Care Planning 206, Vol. 4 number 4, pgs.161-172.

Deutsch, P.M., Kendall, S. L., Danninhirsh, C., Cimino-Ferguson, S., and McCollom, P., Vocational Outcomes after Brain Injury in a Patient Population Evaluated for Life Care Planning Reliability. NeuroRehabilitation 21 (2006) 1-10, IOS Press.

Deutsch, Paul M., Setting the Standards in Life Care Planning: Be on the Cutting Edge of this Sub-Specialty, Brain Injury/Professional, Volume 3 Number 2 pgs. 12-15-Special issue on Life Care Planning, 2006.

Allison, Lori, Deutsch, Paul M., "Introduction to Life Care Planning", Damages In Tort Actions. Lexus Nexus, Spring 2005 Release.

Deutsch, Paul M., Allison, Lori, and Cimino-Ferguson, Sara, "Life Care Planning Assessments and Their Impact on Quality of Life in Spinal Cord Injury", Topics in Spinal Cord Injury, Spring 2005.

Deutsch, Paul M., "In Search of Ethics: Conversations with Men and Women of Character" A Book Review, Journal of Life Care Planning, Volume 4, Number 1, January 2005.

Reid, C., Deutsch, P., & Kitchen, J. (2005). Life care planning. In F. Chan, M. Leahy, & J. Saunders, Case management for rehabilitation health professionals (2nd ed.), Volume 1, Foundational Aspects (pp. 228 – 263). Osage Beach, MO: Aspen Professional Services.

Deutsch, P., & Allison, L. (Eds.). (2004). Proceedings of the life care planning Summit 2004. *Journal of Life Care Planning, 3(3),* 193-202.

Allison, Lori, McCollom, Patricia, Deutsch, Paul M., "Overview of Medicare Set-Aside Arrangements", Journal of Continuing Care, March/April 2004 pgs. 15-17 &33.

Deutsch, P., & Allison, L. (2004). Daubert vs. Merrill Dow: Implications for the life care planner. In P. Deutsch & F. Raffa (Eds.), *Damages in Tort Actions.* Newark, NJ: Lexis Nexis.

Deutsch, Paul M., "Daubert VS Merrill Dow: Implications for the Life Care Planner", Case Management and Life Care Planning of the Pediatric Patient, CRC Press, Boca Raton, FL., 2004 Release.

Reid, C., Deutsch, P., & Kitchen, J. (2004). *Case management with people who have AIDS or HIV infection, health care and disability case management* (2nd ed.). Vocational Consultants' Press.

Deutsch, Paul M., Allison, Lori, Kendall, Sheri, "Research Design And Statistics: A Practical Guide To Reading Research Literature and Practice Guidelines", Chapter 9B , A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Allison, Lori, "An Introduction to Life Care Planning: History, Tenets, Methodologies and Principles", Chapter 5, A Guide to Rehabilitation, AHAB Press., Fall 2003 Release.

Deutsch, Paul M., Reid, Christine, A., "Life Care Planning: A Methodology for Catastrophic Disability Analysis". Chapter, The Catastrophic Injury Handbook, Kendall Hunt Publishing Co. 2003.

Sutton, Amy M., Deutsch, Paul M., Weed, Roger O., & Barens, Debra E., Reliability of Life Care Plans: A Comparison of Original and Updated Plans. Journal of Life Care Planning, Volume I, number 3, pages 187-194, 2002.

Kendall, Sherie, Deutsch, Paul M., Research Methodology for Life Care Planners. Journal of Life Care Planning, Volume 1, number 2, pages 157-168, 2002.

Countiss, Richard, Deutsch, Paul M., The Life Care Planner, The Judge and Mr. Daubert. Journal of Life Care Planning, Volume 1, number 1, pages 35-47. 2002.

Countiss, Richard, Deutsch, Paul M., Amicus Curiae Brief: (Seventh District Court of Appeals Texas). Journal of Life Care Planning, Volume 1, number 1, 2002.

Weed, R., Barens, D., Deutsch, P.M., Bibliography of Life Care Planning and Related Publications. Journal of Life Care Planning, Volume 1, number 1, 2002.

Reid, C., Deutsch, P., & Kitchen, J. (2001). Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch (Eds.), Emerging issues in rehabilitation counseling: Perspectives on the new millennium (pp. 59-88). Springfield, IL: Charles C. Thomas.

Deutsch, Paul M., Life Care Planning: A Historical Perspective. Topics in Spinal Cord Injury, 2001.

Deutsch, Paul M., Learning to Question Research: A Methodology for Analysis. Chapter in process 2001 update in A Guide to Rehabilitation (Includes an analysis of the statistical conclusions from the National Spinal Cord Data Research Center.

Reid, C., Deutsch, P., Kitchen, J., & Aznavoorian, K. (1999). Life Care Planning. In F. Chan & M. Leahy (Eds.), Healthcare and disability case management (pp. 415-453). Lake Zurich, IL: Vocational Consultants Press.

Reid, C., Deutsch, P., Life Care Planning. In P. Rumrill, J. Bellini, & L. Koch, Emerging issues in Rehabilitation Counseling.

Deutsch, Paul M., Life Care Planning Into the 21st Century: Can We Meet the Standards. Journal of Forensic Rehabilitation, Louisiana State University Medical Center, Volume I Issue I. 1996

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A., and Aznavoorian, Karen: Life Care Planning and Case Management, Chapter. 1997

Reid, Chris, Deutsch, Paul M., Kitchen, Julie A.: Life Care Planning and Case Management with AIDS Patients. Chapter. 1997

Deutsch, Paul M., Kitchen, Julie A.: Rehabilitation Technology - Chapter contribution, A Guide to Rehabilitation, 1994.

Deutsch, Paul M.: Encyclopedia of Disability and Rehabilitation; Life Care Planning, Chapter contribution. MacMillan Publishing Company, 1994.

Deutsch, Paul M., Kitchen, Julie A,: Life Care Planning, Seminars in Hearing-Volume 15, Number 3, August, 1994, pages 207-223.

Deutsch, Paul M.: Life Care Planning Future Trends, Journal for NARPPS.

Deutsch, Paul M.; Kitchen, Julie A.; Sammarco, Donald: Life Care Planning and Aids, Chapter contribution; A Guide to Rehabilitation; Matthew Bender, 1993.

Deutsch, Paul M.: "Life Care Planning: Its Growth and Development," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, August 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," NARPPS Journal & News, Spring 1992.

Deutsch, Paul M.: "Life Expectancy in Catastrophic Disability: Issues and Parameters for the Rehabilitation Professional," A Guide to Rehabilitation, Matthew Bender & Co., Spring 1992 Release.

Profile:  Paul M. Deutsch, The Case Manager, January, February, March 1992.

Deutsch, Paul M. Chapter contribution to The Coma - Emerging Patient, "Life Care Planning," Hanley & Belfus, Inc., October 1990.

Deutsch, Paul M.; Kitchen, Julie A.; Cody, Stuart L.: "Life Care Planning and the Discharge Process," Viewpoints: An Update on Issues in Head Injury Rehabilitation, Tangram, Fall 1989, Vol. XIII.

Deutsch, Paul M.: Kitchen, Julie A.; and Morgan, Nancy: "Life Care Planning and Catastrophic Case Management," Head Injury Reporter, New Medico, Summer 1988, Vol. I, Issue I.

Deutsch, Paul M.: "Ventilator Dependency," A Guide to Rehabilitation, Matthew Bender, 1987.

Deutsch, Paul M.; Sawyer, Horace W.; Jenkins, William M.; Kitchen, Julie A.: "Life Care Planning in Catastrophic Case Management," Journal of Private Sector Rehabilitation, 1986.

Deutsch, Paul M.: "Spinal Cord Injury Update," Damages in Tort Actions, Matthew Bender, 1986.

Deutsch, Paul M: "Burns," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Cardiovascular Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Pulmonary Impairments," A Guide to Rehabilitation, Matthew Bender, 1986.

Deutsch, Paul M.: "Rehabilitation Testimony," Damages in Tort Actions, Matthew Bender, 1985.

Deutsch, Paul M.: "Rehabilitation Testimony: Maintaining a Professional Perspective," Monograph, Matthew Bender, 1985.

Deutsch, Paul M.: "Update and Research on Costs of Case Management," Damages in Tort Actions, Vols. 8 and 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Central Nervous System Impairments: Brain Injury," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Guide for Occupational Exploration and Dictionary of Occupational Titles Analysis: An Appendix," Damages in Tort Actions, Vol. 9, Matthew Bender, 1984.

Deutsch, Paul M.: "Burns," Damages in Tort Actions, Vol. 9, Matthew Bender, 1983.

Deutsch, Paul M.: "Career Maturity and Work Values Among the Industrial Injured," Doctoral Dissertation, August 1983.

Deutsch, Paul M.: "National Survey of Institutional Care Facilities for the Mentally Handicapped, Severely Retarded Child/Adult"

> Includes extensive data collection, on-site surveys and research correlation. The purpose of this study has been to establish extensive data on the needs of the profoundly retarded, multi-handicapped individual. Alternative developmental models for the life-time care of this type of individual, and extensive profiles of treatment modalities in the areas of speech pathology, occupational therapy, physical therapy, education, audiological and visual services, music therapy, family counseling and education programs, psychosocial assessments, and all other pertinent therapeutic intervention specialties. In addition, extensive reviews of equipment and accessory needs, supply needs, educational games and toys, medical services, nursing and home care services, as well as other ancillary services have been included in this research. A review of the major State and Federal legislation, along with licensing requirements for ICF/MR facilities has also been included.

Sams, Karen; Deutsch, Paul M.: "A Job Seeking Manual for the Industrially Injured," Copyright 1981, Monograph.

Deutsch, Paul M.: "A Trainer's Manual for Career Counseling with the Physically Disabled," Copyright 1981, Monograph.

Saxon, John P., Deutsch, Paul M.: "Occupationally Significant Transferable Skills in Rehabilitation Counseling," Journal of Applied Rehabilitation Counseling, August 1976.

Deutsch, Paul M.: "The Behavioral Creation of Work," Unpublished study presented to the Southeastern Psychological Association Conference, 1972.

Deutsch, Paul M.: "Use of a UCS Reinforcer in Heart Rate Conditioning," An Operant Conditioning Study on Heart Rate Control in Rats in 1971, an unpublished Bachelor's Thesis.

## PROFESSIONAL ORGANIZATIONS

*Professional Member of:*
- Society for Neuroscience
- American Congress of Rehabilitation Medicine
- American Psychological Association - Rehabilitation Psychology Division
- American Rehabilitation Counseling Association
- American Rehabilitation Counselors Association
- American Mental Health Counselors Association
- International Academy Of Life Care Planners (**Fellow**)
- Florida Rehabilitation Counselors Association
- American Association for Mental Deficiency
- International Association of Rehabilitation Professionals
- National Rehabilitation Association
- National Rehabilitation Counselors Association
- American Association of Disability Analyst

• American Psychotherapy Association – (Diplomate)

## ACTIVITIES/BOARDS

Chair-Educational Committee-International Symposium on Life Care Planning-2007.

Chair-Educational Committee-International Symposium on Life Care Planning-2006

Chair-Educational Committee-International Symposium on Life Care Planning-2005

Chair-Educational Committee-International Symposium on Life Care Planning-2004

Educational Committee Member-Second Semi- Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007

Member-Advisory Committee to the Commission on Health Care Certification- Responsible for reviewing policy and procedures for certification of Life Care Planners and making recommendations for change. This includes establishing procedures for redesigning the certification exam and strengthening the certification process. Ended December, 2004.

Educational Committee Member-First Annual Conference-Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of Calgary; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, April 14-16, 2005

The Foundation for Life Care Planning Research-The Foundation was established to support and foster research on reliability and validity in the Life Care Planning Process. Working with several State Universities and coordinating between private practitioners, University Academics and doctoral students the Foundation has successfully initiated several research projects and supervises several doctoral students in the completion of their dissertation work. Member Board of Directors and President.

Coalition of Life Care Planners-a joint task force representing a diverse group of Rehabilitation Professional Associations including IARP, IALCP, CDEC and the University of Florida/Intelicus Responsibility includes a leadership role in developing and providing research and training support to Rehabilitation Professionals. Additional responsibility includes acting as liaison to the Coalitions Attorney in the development of Amicus Curiae Brief and related legal work. Member Board of Directors.

Chair-Board of Advisors-Kaplan College HealthCare Pathways Life Care Planning Program.
Chair-Board of Advisors-Kaplan College Health Care Pathways Case Management Program.
Chair- Board of Advisors-Kaplan College Health Care Pathways Elder Care Management Program.

Member Board of Directors - American Rehabilitation Counselors Association- Council Chairmen-Council on Development and Collaboration. Standing Committees under this Council include Program Committee; Human Rights and Advocacy Committee; Social Security Issues Task Force. Term ended 1998

Member - National Research Advisory Committee, Chicago, Foundation for Rehabilitation Research. Term ended 1997

Chairman - Rehabilitation Committee to establish the first Rehabilitation Hospital Centers (outpatient and inpatient) in the Soviet Union - Appointed by Vladimir Scherbakov, former 1st Deputy Prime Minister, USSR-Confirmed by Kremlin Congress-Worked through the Department of Health and Human Services in the US. Ended with breakup of Soviet Union.

Coordinating Board of the International Institute for the Study of Memory - Appointed by the Georgian Academy of Science. Term ended 1996

Executive Board Member, Division of Rehabilitation Psychology, American Psychological Association, 1989, 1990, 1991.

Chairman, Board of Advisors, College of Health Related Professions, University of Florida, 1989/1990, Member 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Chairman of the Development Committee for the College of Health Related Professions, University of Florida, Capital Campaign - 1989-1990.

Rehabilitation Psychology - APA - Program Committee Member, 1988 National Conference.

National Head Injury Foundation - Board of Directors - 1991, 1992; Member Professional Council and Program Committee - 1987, 1988.

Canine Companions for Independence - Southeast Regional Board of Governors - 1991.

Easter Seals - Board of Directors and Advisory Committee - 1980, 1981, 1982.

Central Florida Committee for Total Employment - 1973, 1974.

National Paraplegia Foundation - Founder of Central Florida Chapter - 1973.

## PROGRAM APPEARANCES (Partial List)

Vocational Outcomes in Traumatic Brain Injury-Sponsored by University of British Columbia; University of Washington and the Concussion Care Center of Virginia: Vancouver, BC, May 25-27, 2007- Vocational Issues and Life Care Planning: The Foundation For Life Care Planning's Research with TBI.

International Association of Rehabilitation Professionals-Arizona-The Expert's Role as An Educator Continues-Meeting the Demands Under Daubert.

Chair-2004 Life Care Planning Summit-New Orleans

Pre-Conference Workshop at the Annual Life Care Planning Conference/Reno, Nevada, 2002. The Educators Role Continues: Meeting the Demands Under Daubert.

Intelicus seminars for 2002-four two day programs taught for Intelicus/University of Florida.

Issues in Life Care Planning Reliability and Validation Research. Advanced Practice Seminar. Chicago, May 18, 2002

Speaker and Round Table Leader-Second National Summit on Life Care Planning-Chicago-May 19, 2002.

Featured Speaker-Sponsored by IALCP- Issues in Life Care Planning: Establishing a Medical and Case Management basis in Plan Development. Annual Life Care Planning Conference-University of Florida/Intelicus. New Orleans, LA. October, 2001

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Los Angeles. August, 2001.

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus. Atlanta, GA. January, 2001.

Invited Speaker on Current Issues in Life Care Planning Validation and Reliability. Annual Life Care Planning Conference University of Florida/Intelicus Conference. New Orleans, LA. October 2000.

Lead Panelist for the Coalition Task force on Life Care Planning

Lead Instructor- Introduction to Life Care Planning-Track I. University of Florida/Intelicus.Los Angeles. September 2000.

Invited Speaker-Life Care Planning Summit 2000.

Guest Lecturer-Graduate Program in Rehabilitation-Medical College of Virginia-July, 1999
    Taped for repeated use in the computer based distant education program for the Masters in Rehabilitation.

Invited Speaker-Annual Life Care Planning Conference-New Orleans, November 1999.

Featured Speaker: Rehabilitation Counseling in the Next Millennium. Conference/Seminar Louisiana State University Medical Center. June 1998.

Faculty Chair/Member Teaching an Average of 10, Three Day Seminars per year-1994/1995

Invited Speaker: Life Care Planning and Case Management for Traumatic Brain Injury. International Symposium on Brain Injury, Oxford University (England), April 1993.

Featured Speaker: Facing the Future Financially. National Head Injury Foundation Florida Association Sixth Annual Educational Conference, "Breaking the Barriers," Tampa, Florida, October 1992.

Featured Speaker: The Case Manager: New Directions with ADA.   Texas Association of Rehabilitation Professionals in the Private Sector Tenth Annual Conference, Houston, Texas, October 1992.

Featured Speaker: Treatment and Testimony in Head Trauma Cases.  California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Assessment of Head Trauma.   California Association of Rehabilitation Professionals Tenth Annual Convention, San Francisco, California, September 1992.

Featured Speaker: Establishing Standards for Medical and Health-Related Professional Services in the Transitional and Maintenance Phases of Life Care Planning. Rehabilitation Training Institute, "Life Care Planning and Case Management: Into the Next Century," Las Vegas, Nevada, September 1992.

Featured Speaker: Vocational Loss Evaluation.  1992 National Head Injury Foundation's Sixth Annual Trial Lawyers' Conference, April 1992.

Featured Speaker: Life Care Planning.  15th Annual Head Trauma Rehabilitation Conference, "Coma to Community," San Jose, California, March 1992.

Featured Speaker: Proof of Claim for Non-Physical Injuries/Psychological Injuries, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Cost of Mild Brain Injury and Lifetime Care, ATLA Conference, Boca Raton, Florida, January 1992.

Featured Speaker: Catastrophic Disability Management in Pediatrics.  American Congress of Rehabilitation Medicine 68th Annual Session, Washington, D.C., October 1991.

Featured Speaker: Life Care Planning. Fifth Annual Legal Assistant Seminar, Minneapolis, Minnesota, October 1991.

Featured Speaker: Case Management. Traumatic Brain Injury Rehabilitation: Advances in Clinical Practice, Vancouver, B.C., July 1991.

Featured Speaker: Innovative Life Care Plans. American Association of Legal Nurse Consultants, Second Annual National Conference, Atlanta, Georgia, April 1991.

Featured Speaker: Family Support for Pediatric Rehabilitation; Long Term Case Management and Life Care Planning for TBI Infants and Children; The rehabilitation Professional as an Expert Witness: Testimony and Malpractice Issues. The International Brain Injury Symposium, New Orleans, Louisiana, March 1991.

Featured Speaker: Life Care Planning for the Client with a Brain Injury. Fifth Annual Trial Lawyers Seminar, Orlando, Florida, February 1991.

Keynote Speaker: Trends in TBI Rehabilitation: Where It's Going. NHIF Georgia Association Annual Statewide/Regional Conference, Atlanta, Georgia, February 1991.

Featured Speaker: Life Care Planning. Rehabilitation Institute of Sarasota, Sarasota, Florida, January 1991.

Featured Speaker: Life Care Planning: Current Research Trends and Data Base Development. Disability Management and Vocational Rehabilitation Advances, Syracuse, New York, October 1990.

Featured Speaker: Legal Testimony. The Transitional Care Center, Houston, Texas, September 1990.
Featured Speaker: Life Care Planning/Vocational Expert Testimony. American Board of Vocational Experts Fall Conference, Kansas City, Missouri, September 1990.

Featured Speaker: Rehabilitation Techniques and the Individual with a Traumatic Brain Injury. Traumatic Brain Injury Conference, Birmingham, Alabama, July 1990.

Featured Speaker: Vocational Evaluation Issues of Traumatic Brain Injured Clients. University of Northern Colorado College of Health and Human Services Summer Workshop, Denver, Colorado, July 1990.

Featured Speaker: Vocational Rehabilitation. Claims Management Seminar, Boca Raton, Florida, June 1990.

Featured Speaker: Life Care Planning. Rehabilitation Institute of Sarasota Spring Conference 90, Longboat Key, Florida, April 1990.

Featured Speaker: Life Care Planning. Harmarville Rehabilitation Center, Inc., Pittsburgh Pennsylvania, November 1989.

Featured Speaker: Advanced Life Care Planning - Spinal Cord Injury. Orlando, Florida, November 1989.

Featured Speaker: Advanced Life Care Planning - Traumatic Head Injury. Orlando, Florida, July 1989.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Orlando, Florida, May 1989; Orlando, Florida, September 1989.

Featured Speaker: Life Care Planning - Traumatic Brain Injury. Johnson Rehabilitation Institute, Princeton, New Jersey, May 1989.

Featured Speaker: Life Care Planning. University of California, Fresno, California, March 1989.

Featured Speaker: Advances in Clinical Practice.  The International Head Injury Symposium, Sarasota, Florida, January 1989.

Featured Speaker: Life Care Planning - Closed Head Injury. New Orleans, Louisiana, December 1988.

Featured Speaker: Life Care Planning - Burns, Amputations & Severe Orthopedic Injuries. Orlando, Florida, November 1988.

Featured Speaker: Current Perspectives in Rehabilitation.  The State Board of Workers' Compensation, Atlanta, Georgia, September 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management - Comprehensive Workshop. Hilton Head, South Carolina, September 1988; San Diego, California, October 1988.

Featured Speaker: Life Care Planning - Spinal Cord Injury. Orlando, Florida, July 1988.

Featured Speaker: Life Care Planning - The Basics. Boston, Massachusetts, August 1987; Atlanta Georgia, September 1987; St. Louis, Missouri, October, 1987; Orlando, Florida, November 1987; Richmond, Virginia, May 1988.

Featured Speaker: Life Care Planning and Catastrophic Case Management. GARPPS (Georgia Association of Rehabilitation Professionals in the Private Sector), Atlanta, Georgia, March 1988.
Featured Speaker: Catastrophic Case Management and Long-Term Care Planning.  AARM (American Academy of Rehabilitation Medicine), Orlando, Florida, October 1987.

Featured Speaker: The Role of the Health Related Professional in Case Planning.  International Association for Drivers Education for the Disabled, Orlando, Florida, October 1987.

Featured Speaker: Competency & Incompetency - The Right to Self-Determination. New Medico and Halifax Hospital, Daytona, Florida, June 1987.

Featured Speaker: Catastrophic Case Management and Life Care Planning. Harborview Medical Center, Seattle, Washington, June 1987.

Featured Speaker: Head Injury Rehabilitation. Timber Ridge Head Injury Center, April 1987.

Featured Speaker: Life Care Planning. New Medico Conference, Chicago, Illinois, December 1986.

Featured Speaker: The Future is Now in Rehabilitation. University of Georgia's, Critical Issues in Rehabilitation Conference, October 1986.

Workshop Leader: Life Care Planning.  University of Georgia's Critical Issues in Rehabilitation, Conference, October 1986.

Featured Speaker: Life Care Planning in Catastrophic Injury Cases.  American Psychological Association, Washington, D.C., August 1986.

Featured Speaker: Expanding Roles for the Rehabilitation Professional.  National Rehabilitation Association Convention, Des Moines, Iowa, October 1985.

Panel Chairman and Speaker: The Expanding Role of the Rehabilitation Professional. American Psychological Association, Rehabilitation Psychology Division, Los Angeles, California 1985.

Featured Speaker: Pre-Convention Workshop: Catastrophic Case Management and Life Care Planning.  American Psychological Association Convention Rehabilitation Psychology, Toronto, Canada, 1984.

Featured Speaker: Forensic Rehabilitation, Consultation Research and Publication.  American Psychological Association Convention, Toronto, Canada, 1984.

Featured Speaker: Catastrophic Case Assessment and Life Care Planning. Florida Association of Self-Insurers, West Palm Beach, Florida, 1984.

Featured Speaker: Brain Injury Rehabilitation. Florida Association of Rehabilitation Nurses, Orlando, Florida, 1984.

Featured Speaker: Catastrophic Case Planning, Life Care Analysis, and Pediatric Rehabilitation. Advanced Seminar in Rehabilitation sponsored by the University of Florida, Division of Continuing Education for the Practicing Professional, 1984.

Featured Speaker: American Psychological Association Convention (Rehabilitation Psychology Division), Anaheim, California, 1983.

Featured Speaker: Continuing Education Conferences, Sponsored by the Florida Bar Association, Orlando, Florida, 1979.

Faculty Speaker: Statewide Conference on the Care of Stroke Patients.

Faculty Speaker: Joint Conference on Florida Association of Physical Therapists and The Florida Association of Occupational Therapists, 1973.

Featured Speaker: Goodwill Sheltered Workshop Conference, 1972.

## CERTIFICATION

- Licensed under the Psychology Practices Act, State of Florida (Chapter 491) as a Mental Health Counselor (License Number MH0000117).*

- Board Certified by the Commission on Rehabilitation Counselor Certification #01993.

- Board Certified Case Manager, Certification #00345.

- Board Certified Diplomate in Psychotherapy. The American Psychotherapy Association. Identification number 001020.

- Board Certified Life Care Planner- Commission on Health Care Certification.

* Mental Health Counseling as defined under Chapter 491: State of Florida:

(9)     The "practice of mental health counseling" is defined as the use of scientific and applied behavioral science theories, methods, and techniques for the purpose of describing, preventing, and treating undesired behavior and enhancing mental health and human development. Such practice includes the use of methods of a psychological nature to evaluate, assess, diagnose, and treat emotional and mental dysfunctions or disorders, whether cognitive, affective, or behavioral; behavioral disorders; interpersonal relationships; sexual dysfunction; alcoholism; and substance abuse.

(a)     Mental health counseling treatment includes, but is not limited to:

1.     Counseling
2.     Psychotherapy
3.     Behavior modification
4.     Consultation
5.     Client advocacy
6.     Crisis intervention
7.     Providing needed information and education to clients.