# NF TAB 9

RECEIVED
OCT 07 2008

July 11, 2008
RE: Eileen McAlexander
Page 2

## RESPONSE FROM DR. HEFLIN, PCP

I am aware that Eileen has a complex medical history. For the purposes of this Rehabilitation Plan we are only looking for medical recommendations relating to her diagnosis and treatment of diabetes.

1. Follow-up visits __4__ times per year for _(indefinitely)_ years for treatment and monitoring of diabetes

2. Periodic lab work to monitor diabetes:
   Test: __Comprehensive panel__ X / Year: __4__
   Test: __Hb A1C__ X / Year: __4__
   Test: __CBC / Urine microalbumin__ X / Year: __4__

3. Periodic Diagnostics to assess for complications associated with diabetes: (Estimated Frequency Needed)
   EMG:
   Lower extremities: __1x/yr__
   Upper extremities: __1x/yr__
   Other: _____
   Other: _____

4. Should Eileen also be seen by the following as it relates to her diabetes:
   | Specialty | (Yes) | Frequency/Year |
   |---|---|---|
   | Podiatry | ✓ | 1/yr |
   | Ophthalmology | ✓ | 2/yr |
   | Neurology | | |
   | Other: _____ | | |
   | Other: _____ | | |

5. Should Eileen be evaluated and monitored by a nutritionist to help structure a proper diabetic diet? __Yes__

6. Additional aggressive treatment recommendations: _____

7. Additional comments and/or suggestions: _____

Signature: _____   Date: 10/06/08

Once again, thank you for your assistance in this matter.
Please fax response to Kay Brown 407-977-0311

**EXHIBIT 39**