# TAB 1-3

bt100908.txt

```
0312
 1   JOB NO. 99441
 2                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 3                          ORLANDO DIVISION
 4   IN RE:  Seroquel Products Liability Litigation
     MDL DOCKET NO. 1769
 5
     This Document Relates to:
 6
     David Haller v. AstraZeneca, LP, et al.     Case No. 6:07-cv-15733
 7   Eileen McAlexander v. AstraZeneca LP, et al. Case No. 6:07-cv-10360
     Richard Unger v.  AstraZeneca LP, et al.     Case No. 6:07-cv-15812
 8   Linda Whittington v. AstraZeneca LP, et al.  Case No. 6:07-cv-10475
 9
10
11
12                       ORAL DEPOSITION OF
                  BRIAN R.  TULLOCH, M.D., FRCP, FACP
13                         OCTOBER 9, 2008
                             VOLUME 3
14
15
16
17      ORAL DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP,
18   produced as a witness at the instance of the Defendant and
19   duly sworn, was taken in the above styled and numbered cause
20   on Thursday, October 9, 2008, from 4:58 p.m. to 9:17 p.m.,
21   before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State
22   of Texas, reported by machine shorthand, at Laminack, Pirtle &
23   Martines, 5020 Montrose Blvd., 9th Floor, Houston, Texas,
24   pursuant to the Federal Rules of Civil Procedure and the
25   provisions stated on the record herein.
0313
 1                       A P P E A R A N C E S
 2
       FOR THE PLAINTIFF:
 3          RUSS BRUDNER, ESQ.
            LAMINACK, PIRTLE & MARTINES
 4          5020 Montrose Blvd., 9th Floor
            Houston, Texas  77006-6533
 5          713.292.2750
 6
       FOR THE DEFENDANTS:
 7          JANE THORPE, ESQ.
            BRENDAN KRASINSKI, ESQ.
 8          ALSTON & BIRD, L.L.P.
            1201 West Peachtree Street
 9          Atlanta, Georgia  30309-3424
            (404) 881-7000
10
11
12
13
14
15
16
17
18
19
20
21
22
```

bt100908.txt

```
23
24
25
0314
 1
 2
```

                          I N D E X

 2                                                        PAGE
 3
 4
    APPEARANCES...............................   313
 5
           BRIAN R. TULLOCH, M.D., FRCP, FACP
 6
    EXAMINATION
 7         By Ms. Thorpe........................   316
 8    CORRECTION PAGE...........................   475
 9    SIGNATURE PAGE............................   476
10    REPORTER'S CERTIFICATION..................   477
11
12                        E X H I B I T S

       NO.    DESCRIPTION                            PAGE
13     31    Medical record dated 7-29-04           325
       32    Article titled "Relation of weight
14           gain and weight loss on subsequent
             diabetes risk in overweight adults"    345
15     33    Medical record dated 7-2-02            366
       34    Pain Management Consultation dated
16           8-7-02                                 367
       35    Second Neurological Opinion dated
17           8-6-02                                 378
       36    Article titled "Postoperative Spinal
18           Wound Infections and Postprocedural
             Diskitis"                              383
19     37    Progress Report/Discharge Summary
             dated 1-6-03                           388
20     39    Medical notes from Dr.
             Cabeda-Rovirosa                        391
21     39    Medical record dated 5-19-03           392
       40    Letter dated 7-24-03                   395
22     41    Function report dated 10-1-04          397
       42    Medical record dated 10-19-05          399
23     43    Medical record dated 1-23-06           402
       44    Article titled "A Comprehensive
24           Review of Spinal Arachnoiditis"        406
       45    Expert Report of Brian Tulloch, M.D.
25           re Eileen McAlexander                  414
0315
 1                   EXHIBITS (cont'd.)
 2    NO.       DESCRIPTION                          PAGE
       46    McAlexander time line                  414
 3     47    Pharmacy records dated 6-12-07         424
       48    Physical Information & Functional
 4           Assessment dated 8-14-01               431
       49    Medical record dated 3-16-96           432
 5     50    Medical record dated 2-13-97           433
       51    Medical record dated 5-15-97           435
 6     52    Medical record dated 1-18-99           436
       53    Medical record dated 7-5-00            436
 7     55    Lab result dated 2-19-02               453
       54    Discharge/Referral Summary dated
 8           5-22-02                                456
       56    Lab results dated 4-11-96              461

bt100908.txt

| 9  | 57 | Lab results dated 6-12-01  | 462 |
|    | 58 | Lab results dated 6-24-01  | 464 |
| 10 | 59 | Lab results dated 7-26-01  | 466 |
|    | 60 | Medical records            | 470 |
| 11 | 61 | Medical records            | 472 |
|    | 62 | Lab results dated 12-18-01 | 472 |

```
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

0316
```
 1              (Please refer to Volume 1 of the deposition
 2    of Brian R. Tulloch, M.D., FRCP, FACP for the agreements
 3    of counsel.)
 4              BRIAN R. TULLOCH, M.D., FRCP, FACP,
 5    having been duly sworn, testified as follows:
 6                    CONTINUED EXAMINATION
 7    BY MS. THORPE:
 8         Q.   Okay, Dr. Tulloch.  Remember we were talking
 9    about Mr. Unger.  So we are going to continue --
10         A.   Yes, ma'am.
11         Q.   -- on that matter.
12              If you'll recall, I asked you to check and
13    see if you had actually reviewed Memorial Hospital
14    Pembroke Pines' records that you described that you
15    reviewed in your report on Mr. Unger?
16         A.   Right.  And I can confirm that -- I looked
17    through the disks which we took home that had his name
18    on it.  And although they have earlier references to his
19    medical health going back to 2000, neither of those
20    relate to the two that we discussed.  The earliest one I
21    have on that disk, in fact, was a nonpsychiatric entry
22    from a department -- podiatric department, and that goes
23    back to February the 17th of 2000.  There's a workmen's
24    comp entry from February the 17th of 2001 with rehab
25    going through to 2004.  There's a pain management
```

0317
```
 1    program that goes through several dates and ending up in
 2    January the 23rd of 2006, so it starts earlier and goes
 3    up to that.  So I think I can confirm that those two
 4    addresses had blank entries behind them.
 5         Q.   Okay.  So you did not review records from
 6    Memorial Hospital Pembroke Pines or from Medicaid on
 7    Mr. Unger, correct?
 8         A.   I couldn't -- I couldn't find anything attached
 9    to those titles, that's correct, ma'am.
10         Q.   So your report on Mr. Unger was incorrect in
11    that regard, correct?
12         A.   It has -- it has sources that on -- on
13    examination in your slide did not have slides related.
14    It has a source but not a content.
15         Q.   So you did not review records of Memorial
16    Hospital Pembroke Pines or Medicaid records although
```

Page 3

bt100908.txt

17    your report said you did?
18         A.   Right.  I had the title on them, but they did
19    not have -- they were empty -- empty files.
20         Q.   All right.  Now -- and the first date of a
21    medical record you reviewed of Mr. Unger was what?
22         A.   Well, now you asked me, I have -- I have
23    medical records going back to February the 17th of 2000.
24         Q.   Okay.  All right.
25                   MS. THORPE:   And, Madam Court Reporter, I'm
0318
1    looking for the -- I'm looking for the exhibits from
2    last night.  Okay.  Thank you.
3         Q.   (BY MS. THORPE)  And the records you have from
4    February 17, 2000, is a podiatrist record --
5         A.   Yes, ma'am.
6         Q.   -- is that right?
7                   And what is the content of that record?
8         A.   It's purely podiatric.
9         Q.   Okay.  And you do not include -- or the
10    plaintiffs' law firm that did the chron -- the time line
11    for you that's been marked as Exhibit 22 does not have
12    any reference to the February of 2002 podiatric --
13         A.   2000.
14         Q.   Excuse me.
15         A.   2000.
16         Q.   All right.  So Exhibit 22 doesn't have any
17    reference to the February of 2000 podiatric record,
18    correct?
19         A.   And I -- I don't think it would be relevant.
20    It doesn't have a sugar on it, it doesn't have a weight
21    on it, it has a whole lot about feet.
22         Q.   So the first --
23         A.   And that applies to probably that whole content
24    from 2000 to 2003.
25         Q.   All right.  So the first record that has
0319
1    anything to do with Mr. Unger's weight that you've seen
2    is January 25, 2001?
3         A.   Yes, ma'am.
4         Q.   And the first record that has anything to do
5    with his -- strike that.
6                   The beginning of his medical records, as
7    far as you are concerned, in terms of his
8    endocrinological history is January 25, 2001, right?
9         A.   I think that's reasonable.
10         Q.   All right.
11         A.   As I said, I -- I -- when I was putting the
12    report together, I primarily worked from the -- what --
13    let us call the time zone Exhibit 22.  I mentioned I
14    glanced at a number of -- of these others.  But this
15    correlated as best one could to give a coordinated
16    history that -- for the Exhibit 22.
17         Q.   All right.  So it's -- it's fair to say that
18    you have no medical records for the first 50 years of
19    Mr. Unger's life?
20         A.   I think that's reasonable.
21         Q.   Okay.  Now, you have one weight in your time
22    line that's been marked as Exhibit 22 before Mr. Unger
23    took Seroquel?
24         A.   That's correct.
25         Q.   And that is the 260-pound weight on January 25,
0320
1    2001?
                              Page 4

bt100908.txt

```
 2          A.   That's correct.
 3          Q.   And his height, I think we agreed, was 5'9",
 4     right?
 5          A.   Yes, ma'am.
 6          Q.   And I think you agreed last night his BMI was
 7     38.4, just to get us where we were?
 8          A.   Right.
 9          Q.   So he was morbidly obese before he began to
10     take Seroquel, correct?
11          A.   That's a pretty good statement.
12          Q.   You do not know what the highest weight
13     Mr. Unger has ever attained is, do you?
14          A.   If there is data from before January the 21st
15     of 2001, no, I do not have maximum weight.  And if
16     there's anything subsequent to this time line, it
17     probably -- that's -- time line in Exhibit 22, it
18     probably is not in my report.  But as we've shared, the
19     time line that is in Exhibit 22 stops on November the
20     30th of 2007.  So we've got time before January 2001 and
21     after 2007, which, if it becomes relevant, I will be
22     adding under that clause in my last paragraph.
23          Q.   And you know what my position is --
24          A.   Yes, ma'am --
25          Q.   -- about adding things.
0321
 1          A.   -- I promise I will give it to our attorney who
 2     will give it to your attorney who will give it to you,
 3     yes, ma'am.
 4          Q.   All right.  But you do not know and did not
 5     know before you formed your opinions in this case how
 6     long Mr. Unger had been obese before he took Seroquel?
 7          A.   No, ma'am.  My time line starts on January the
 8     25th.
 9          Q.   And you don't know if he ever weighed more than
10     325 pounds before he started taking Seroquel, right?
11          A.   That's correct.
12          Q.   You do not know what Mr. Unger's pattern of
13     weight gain and weight loss was in the first half
14     century of his life or any portion thereof, right?
15          A.   That's correct.
16          Q.   You don't know how much weight he gained at
17     various periods of time before he took Seroquel, right?
18          A.   That's correct.
19          Q.   You don't know how much weight he lost before
20     he took Seroquel?
21          A.   That's correct.
22          Q.   You don't know if he was obese as a child?
23          A.   That's correct.
24          Q.   You've never examined Mr. Unger?
25          A.   We established that yesterday.
0322
 1          Q.   And you don't know -- or do you know if he has
 2     central adiposity?
 3          A.   I've had no -- no measurements that would
 4     ferret that out.  And that would be waist-hip ratios.
 5     I've not seen anybody measure that in the psychiatric
 6     floors.  As we have discussed over several of these
 7     cases, nonpsychiatric numbers are quite rare in some of
 8     these charts.
 9          Q.   Well, he's had a number of nonpsychiatric
10     caregivers, right?
11          A.   Right.
12          Q.   He's been to lots and lots of doctors who
```

Page 5

bt100908.txt

```
13    aren't psychiatrists, correct?
14         A.  And still --
15              MR. BRUDNER:  Objection, form.
16              You can answer.
17         A.  And still I did not see waist-hip ratios.
18         Q.  (BY MS. THORPE)  If Mr. Unger were your patient
19    and you wanted to know what his weight history was, what
20    would you do?
21         A.  I would get whatever data was available from
22    his medical chart.  And in a stable home with stable
23    parents -- sometimes these numbers go way back to the
24    early years.  Somewhere in that pile is a growth chart
25    which shows how one can follow the height/weight numbers
0323
 1    of children as they mature.
 2         Q.  Would you ask his wife or his relatives what
 3    his weight history was?
 4         A.  Yes.  I think if one goes a long way back, it
 5    would be parents, should they still be alive.  I'm
 6    looking to see if there was a stable other in his life.
 7         Q.  Do you know whether he's married or not?
 8         A.  That's the point.  I don't recall, as we shared
 9    yesterday, this man -- I had looked at this man's chart
10    some months back, so I don't recall.
11         Q.  All right.  You don't remember if he has a
12    wife?
13         A.  I don't remember.
14         Q.  And you never -- but you never asked any of his
15    relatives --
16         A.  No, ma'am.
17         Q.  -- what -- let me finish my question.
18              You never asked any of his relatives what
19    his weight history was or asked him what his weight
20    history was, correct?
21         A.  I did not have access to the patient, as we've
22    discussed.
23         Q.  Did you ever ask the lawyers if you could meet
24    any of these plaintiffs?
25         A.  I certainly have access to all but one of the
0324
 1    Zyprexa cases before the issue of giving a deposition
 2    came up.  I had not been offered this access on these
 3    patients.
 4         Q.  Okay.
 5         A.  And I did not ask for it.
 6         Q.  All right.  When you formed your opinions in
 7    this case and wrote them down in your report that's been
 8    marked as Exhibit 21, you didn't know that Mr. Unger
 9    went to a doctor about his weight when he was a teenager
10    because he felt fat and was prescribed amphetamines, did
11    you?
12              MR. BRUDNER:  Objection, form.
13              You can answer.
14         A.  I did not.  Ma'am, as we've shared, I have no
15    information below the age of 50.
16         Q.  (BY MS. THORPE)  And -- and you didn't read his
17    deposition, I think we've agreed?
18         A.  We've established that as well, yes, ma'am.
19         Q.  So you didn't know he had an obesity problem
20    that went back to his teen years, then, did you?
21         A.  No.  Given how obese he was at the age of 50,
22    I'm not surprised.  Quite often this is a common
23    situation.
```

Page 6

bt100908.txt
```
24         Q.   Now, before you -- well, let's look at the time
25    line that's been marked as Exhibit 22.  And if you can
0325
 1    find July 29, 2004, the entry there.
 2         A.   July what number?  I have July 20 and July 10.
 3         Q.   Yeah.  Hang on a minute.  I'll find it.
 4              So you -- you found no entry on July 29,
 5    2004, in your time line that's been marked as
 6    Exhibit 22, right?
 7         A.   Yes.  I offered you July 10th and July 20th.  I
 8    have no July 24th.
 9         Q.   All right.  And no July 29th, right?
10         A.   The only July dates I have are the ones I
11    offered you.
12         Q.   All right.
13              (Exhibit No. 31 marked.)
14         Q.   (BY MS. THORPE)  I'm going to show you what's
15    been marked as Exhibit 31 for identification and ask if
16    you've ever seen this record from Dr. Schechter before.
17         A.   No, ma'am.  I am not surprised at the first
18    statement.
19         Q.   Well, I want to direct your attention to the
20    plan on Exhibit 31.
21         A.   Okay.
22         Q.   And you see that it says, "We did find a center
23    that can accommodate his 54-inch girth and 300-pound
24    physique."
25              Do you see that?
0326
 1         A.   I did, ma'am.  Thank you.
 2         Q.   So you didn't put that entry in your time line
 3    that's been marked as Exhibit 22, right?
 4         A.   That's correct.
 5         Q.   But when it says 54-inch girth, it's
 6    basically -- they're talking about his waist size,
 7    right?
 8         A.   Right.  We have -- we have a waist size right
 9    there.
10         Q.   So the date of Exhibit 31 is July 29, 2004,
11    right?
12         A.   That's correct.  Thank you.
13         Q.   Now, I'm going to show you -- just put it in
14    the center of the table -- Mr. Unger's deposition on
15    page 163 where he's asked what his waist size was ten
16    years ago from the date of the deposition.  And can you
17    tell us what he said?
18         A.   I'm looking at page 163, line 10 and 11.  And
19    in line 11, he says, "1997 and '98 it may have been 54."
20    And I assume that's inches.  "I can't recall for sure."
21         Q.   Okay.  So he was suggesting that as early as
22    1997, long before he took Seroquel, he had a waist size
23    of 54 inches, right?
24         A.   That's correct.
25         Q.   And when in July of 2004 he had a waist size of
0327
 1    54 inches, he weighed 300 pounds, correct?
 2         A.   That's correct.
 3         Q.   All right.  So we know that Mr. Unger before he
 4    took Seroquel had a very, very serious problem with
 5    obesity, right?
 6              MR. BRUDNER:  Objection, form.
 7              You may answer.
 8         A.   Yes, ma'am.
                                      Page 7
```

bt100908.txt
```
 9              MR. BRUDNER:  I'm just objecting for the
10   record.  It may be a little bit different than the way
11   that Tom works.  Just ignore me.
12              THE WITNESS:  No problem.  Okay.  I'm here
13   to help both of you, so don't worry about it.  But I --
14   I promise not to talk over either of you, so I'm just
15   waiting for you to make sure I wasn't interrupting.
16              MR. BRUDNER:  All right.
17        A.   Please continue, ma'am.
18        Q.   (BY MS. THORPE)  You can't rule out,
19   Dr. Tulloch, that Mr. Unger's weight gain after he
20   started taking Seroquel was caused by the same things
21   that caused him to gain weight and reach a very large
22   size before he took Seroquel, right?
23        A.   Ma'am, I -- I agree with that.  What I would
24   have expected was all of those factors would have been
25   there and also the psychotropics would have been another
0328
 1   factor considering.
 2        Q.   What do you mean all of those factors would
 3   have been there?
 4        A.   The factors which we discussed yesterday.  And
 5   do you need me to enumerate them?
 6        Q.   I need to know what you mean in your response
 7   when you say "all of those factors."
 8        A.   Contributing to his obesity, which would be the
 9   injury to the back, the abnormality in the cervical
10   disk, which would tend to make him less physically
11   active, and then his long-standing obesity problem.  And
12   they would all have been there.  And then one adds on
13   top of that a psychotropic that has been described as
14   associated with weight gain.  I would assume that that
15   would be another factor.  I go back to the camel and the
16   saddle.
17        Q.   So you think that when he started -- when
18   Mr. Unger started taking Seroquel --
19        A.   Page 10 on the bottom of my --
20        Q.   Just bear with me a minute.  So it's your
21   opinion that when Mr. Unger started taking Seroquel in
22   October of 2002 his condition in his back was stable?
23        A.   I think that's a reasonable supposition.  If
24   you look through his chart, he is going to pain medicine
25   clinics to have his long-standing back pains looked at
0329
 1   and dealt with and treated.  So in that setting the
 2   issue would be it's a long-standing recurrent problem.
 3   So I think stable meaning stable still a problem rather
 4   stable no longer a problem would be a reasonable
 5   interpretation of that statement.
 6        Q.   Well, how -- how would you describe his
 7   condition in October of '02?
 8        A.   Oh, he'd had a back injury which continued to
 9   give him pain.
10        Q.   And that was back in 1997?
11        A.   Back in 1997.
12        Q.   And what was his level of physical activity in
13   October of '02?
14        A.   Limited and limited by his back pain and
15   whatever else the psychosis imposed.
16        Q.   Okay.  And so -- and he was psychotic, in your
17   opinion?
18        A.   Yes, ma'am.
19        Q.   Now, the -- the relative risk for diabetes in a
```
Page 8

bt100908.txt

```
20   man like Mr. Unger with a BMI of 38.4 is 42.6.  You know
21   that, don't you?
22       A.   I think that's a -- reasonable.
23       Q.   And back at the beginning of the deposition, I
24   asked you for a list of the causes of his diabetes and
25   you did not include his preexisting obesity.  Is that
0330
 1   just an omission or --
 2       A.   I apologize for omitting it.  Clearly, it is a
 3   major problem.  And in earlier parts of this discussion
 4   and with an earlier patient, we have discussed the
 5   contributions of obesity towards the diabetes risk.
 6       Q.   All right.  So it was -- it would be added to
 7   the hypertension and hyperlipidemia and the smoking and
 8   the psychosis that you described as causes of
 9   Mr. Unger's obesity, right?
10       A.   Contributing factors, yes, ma'am.
11       Q.   All right.  But causes.  You've said they were
12   causes --
13       A.   Okay.
14       Q.   -- of his diabetes; is that correct?
15       A.   Yes, ma'am.
16       Q.   All right.  Now, one way of describing a
17   relative risk of 42.6, which we agree that Mr. Unger had
18   because of his preexisting obesity, is that he is 42.6
19   times more likely than someone who has a normal BMI to
20   develop diabetes.  You would agree with that, wouldn't
21   you?
22       A.   Yes, ma'am.
23       Q.   And people with a BMI of 38.4 who have diabetes
24   have -- over 97 percent of them will have diabetes
25   because of their BMI.  You agree with that, right?
0331
 1            MR. BRUDNER:  Objection, form.
 2       A.   I think that's a reasonable statement.
 3       Q.   (BY MS. THORPE)  Okay.  Now, this means that
 4   obesity of the type that Mr. Unger had before he ever
 5   took Seroquel is an overwhelming cause of his diabetes.
 6   You would agree with that, right?
 7       A.   Yes, ma'am.
 8            MR. BRUDNER:  Objection, form.
 9       Q.   (BY MS. THORPE)  Less than 3 percent of people
10   with diabetes and BMIs of 37.2 like Mr. Unger's --
11   excuse me -- 38.2 like Mr. Unger's -- let me start that
12   question over.
13            Less than 3 percent of people with diabetes
14   and BMIs of 38.4 like Mr. Unger's before he took
15   Seroquel will have diabetes for reasons other than
16   obesity, right?
17       A.   That's reasonable.
18       Q.   So -- and what we're talking about for
19   Mr. Unger is the concept of attributable risk, right?
20       A.   Yes, ma'am.
21       Q.   And if the attributable risk percent for a BMI
22   of 38.4 and a relative risk of 42.6 is 97 percent before
23   Mr. Unger ever took Seroquel, how can you say that
24   Seroquel more likely than not caused Mr. Unger's
25   diabetes?
0332
 1       A.   In my view, ma'am, he gained another 43 pounds
 2   on top of that weight, and my belief is that that was a
 3   further contributing factor, that it was -- and, again,
 4   I come back to the final straw that broke the camel's
```

Page 9

bt100908.txt
```
 5   back.  And the other factors -- with all the other
 6   factors present absent the 45 pounds in weight gain, in
 7   my view, he would still have been at risk from
 8   developing diabetes but the time might have been
 9   substantially later, although substantially might have
10   been in months and many years rather than in decades.
11        Q.   It's your opinion, then, to a reasonable degree
12   of probability that Mr. Unger would have developed
13   diabetes even if he had never taken Seroquel, right?
14        A.   Yes, ma'am.
15        Q.   And tell me as to Mr. Unger whether or not you
16   have an opinion to a reasonable degree of medical
17   probability when he would have developed diabetes had he
18   not taken Seroquel.
19        A.   Well, I -- I've -- I will have to speculate
20   that it would have -- as I've said a moment ago, that it
21   would have been within the next three to five years.
22        Q.   From -- from when?
23        A.   From -- expect -- from the date of the first
24   weight that he had before he had given -- been given
25   medication that accelerated his weight gain.  So --
0333
 1        Q.   From October of 2002 or from January 25, '01?
 2        A.   My comment relates to from the moment before he
 3   got his first dose of Seroquel.
 4        Q.   Okay.  So just before he got the first dose in
 5   October --
 6        A.   Right.
 7        Q.   -- of 2002, you would say he had three to
 8   five --
 9        A.   Three to five years.
10        Q.   -- years and then he would have developed
11   diabetes?
12        A.   Yes.
13        Q.   And am I understanding correctly that the
14   reason that you think that Seroquel caused him to
15   develop diabetes is because -- is only because Seroquel
16   came before the development of his diabetes in time?
17        A.   Yes, ma'am.  And the -- the time that he was
18   taking Seroquel was associated with a 43-pound weight
19   gain.
20        Q.   Okay.  So the only -- so the only basis of your
21   opinion with regard to Seroquel's role in his
22   development of diabetes is that there is a temporal
23   relationship between his taking Seroquel and the
24   development of his weight gain?
25        A.   Accelerated weight gain of 43 pounds, ma'am,
0334
 1   yes.
 2        Q.   And that's the only basis of your opinion that
 3   Seroquel ultimately caused him to have diabetes?
 4        A.   Yes, ma'am.  And we discussed yesterday if
 5   literature appears that Seroquel also contributes
 6   directly to insulin resistance or some other adverse
 7   effect on the pancreas, I reserve the right to add that
 8   in as another factor.  We don't have data on that right
 9   now.
10        Q.   Okay.  Now, how do you rule out the possibility
11   that even though he took Seroquel in -- in the course of
12   his life since he turned 50 --
13        A.   Right.
14        Q.   -- that it had -- that his preexisting obesity
15   actually was the sole cause of his developing diabetes?
```
Page 10

bt100908.txt

16          A.  I think that to make that statement, which I'm
17  not going to make, would negate the fact that he gained
18  43 pounds in weight while taking the medication.  What
19  I'm needing to accept in producing the report is in my
20  view the 43-pound weight gain was a major accelerating
21  factor in a endocrine condition which on the basis of
22  his obesity and the other risk factors that we listed
23  might well have been coming his way within the next
24  three to five years.
25          Q.  All right.  Let me briefly return to
0335
1   Ms. Whittington, and I think this will be the last
2   comment we -- we -- the last time we talk about
3   Ms. Whittington this week.
4               But you remember that Ms. Whittington
5   weighed 190 pounds and had a BMI of 32.3 before she took
6   Seroquel, right?
7           A.  Yes, ma'am.
8           Q.  And -- and that was in November of 1996, right?
9           A.  Yes, ma'am.
10          Q.  So she had preexisting obesity, as we
11  discussed, before she took Seroquel?
12          A.  Yes, ma'am.
13          Q.  Now, I'm going to ask you a few questions just
14  to get us back to where we were because -- and then
15  you'll see where I'm going.
16              You recall that a person like
17  Ms. Whittington who has a BMI of 32.3 has a relative
18  risk for developing diabetes of 40.3.  Remember that?
19          A.  Yes, ma'am.
20          Q.  And -- and you remember that that means that
21  someone like Ms. Whittington before she took Seroquel is
22  40.3 times more likely than someone who has a normal BMI
23  to develop diabetes, right?
24          A.  Yes, ma'am.
25          Q.  And you know that someone who -- that a
0336
1   relative risk of 40.3 translates into an attributable
2   risk of 97.5 percent, right, or around 97 percent?
3           A.  Right.
4           Q.  So you know that an attributable risk of 97
5   point -- 97 percent means that 97 percent of people who
6   have diabetes and have a BMI of 32.3 like
7   Ms. Whittington have diabetes because of their -- their
8   BMI and their obesity, right?  Right?
9           A.  Yes, ma'am.
10          Q.  So in -- I want to ask you specifically as to
11  Ms. Whittington.  If the -- if there is an -- an
12  attributable risk of 97 percent before Ms. Whittington
13  ever took Seroquel, how can you say that Seroquel more
14  probably than not caused her to develop diabetes?
15          A.  Again, my belief is it relates to her weight
16  gain.  Had she been given an alternative psychotropic
17  that was not associated with weight gain, my belief is
18  that she might still have developed diabetes but at a
19  significantly later period of time.
20          Q.  And tell me with Ms. -- with regard to
21  Ms. Whittington when you think she would have developed
22  diabetes.
23          A.  Okay.  Can I have my report on Ms. Whittington?
24          Q.  Sure.  It's right here right on the top.
25          A.  Great.  Okay.  I'm just refreshing my memory.
0337
                    Page 11

bt100908.txt
```
 1    As I see it, this lady was given Zyprexa, and the best
 2    we can attribute weight change with Zyprexa was plus
 3    20 pounds.  Then she was given Seroquel, and the best
 4    that we can attribute to the Seroquel was a weight
 5    change of another plus 40 pounds.  Now I have the
 6    numbers.  Let me have your question.
 7         Q.  Okay.  My question was:  If she hadn't taken
 8    Seroquel, when would she have -- well, let me -- let me
 9    ask -- let me lay a foundational question on you --
10         A.  Okay.
11         Q.  -- here.
12              You agree that to a reasonable degree of
13    probability Ms. Whittington would have developed
14    diabetes even if she had never taken Seroquel, right?
15         A.  Yes, ma'am.  We covered a lot of that --
16         Q.  Right.
17         A.  -- yesterday.
18         Q.  So that's the basis of my question.  When would
19    she have developed diabetes had she not taken Seroquel?
20         A.  Again, I'm having to speculate on what we know
21    about Ms. Whittington.  We agreed last day or the day
22    before that that she had an abnormal -- a nearly
23    abnormal sugar nearly ten years before.  And we have
24    seen a relatively slow progression in sugar abnormality
25    even despite a 60-pound weight gain and a progression in
0338
 1    time.  And, remember, both weight and age were factors
 2    which we've discussed as contributing issues.
 3              So my belief is that this lady would have
 4    had a relatively slow progression towards diabetes, much
 5    slower than the man that we're discussing --
 6         Q.  Mr. Unger.
 7         A.  -- because we have data to show that it was
 8    nearly abnormal in the mid-Nineties and it was not all
 9    that abnormal by the time she'd gained another
10    60 pounds.  So my belief is that she might have
11    developed diabetes maybe in another 10 or 15 years and
12    the 60 pounds accelerated that.
13              I -- I say that because I go back to the
14    camel and the straw and whatever.  But we do believe
15    these patients who have type 2 diabetes in their family
16    have a pancreas which is destined to burn out before
17    they live out their lives.  And then I try to add to
18    that the list of complicating factors which can
19    accelerate that rate of burn-out.
20         Q.  Okay.
21         A.  We have a lady here whose rate of burn-out was
22    relatively slow.  And so my hypothesis would be maybe 5
23    to 15 years and then we add 60 pounds and then
24    recalculate.  And that's my best interpretation of my
25    understanding of this lady.
0339
 1         Q.  So if the attributable risk for developing
 2    diabetes in someone who has a BMI like Ms. Whittington
 3    before she took Seroquel is 97 percent, how can you say
 4    that Seroquel has a 33 percent chance of causing her to
 5    develop -- excuse me -- Seroquel has a 66 percent chance
 6    of causing her to develop diabetes?
 7         A.  Remember, I gave you those numbers with great
 8    reluctance and I gave you those with great reluctance
 9    because I think they were my best guess.
10         Q.  Okay.  And so can I just ask you --
11         A.  Yes.
```
Page 12

bt100908.txt
```
12          Q.  -- this question?  With regard to
13   Ms. Whittington, is the only basis of your opinion that
14   she took Seroquel and then in time had weight gain and
15   then in time had diabetes?
16          A.   And then in time -- if I may clarify that --
17   and then in time progressed from very near to diabetes
18   to marginal diabetes.  Remember, her number only went
19   from -- let's take two fasting numbers that you and I
20   are both happy with.  She went from a fasting number in
21   the low 120s in the mid-Nineties to a fasting sugar of
22   131 in the time after she'd had the two psychotropics.
23               In contrast, our man whom we are now
24   discussing or were until Ms. Whittington came up, again,
25   had very dramatic obesity and then we suddenly find
0340
1    numbers which are -- which reflect very major glucose
2    decompensation.  If I remember, his sugars were of the
3    order of a thousand.
4          Q.   All right.  So you would agree that as to
5    Ms. Whittington, the only basis for your opinion is the
6    temporal relationship between the ingestion of Seroquel
7    and the weight gain and then the diabetes?
8          A.   Yes, ma'am.
9          Q.   All right.
10         A.   In somebody whose rates of progression were
11   demonstrably quite slow.
12         Q.   Okay.
13         A.   And I say that because I'm discouraging anybody
14   from taking her numbers which demonstrably have
15   reflected very slow progression and trying to apply the
16   same conclusions which relate to her to a man like Unger
17   who was relatively more obese and whose blood sugar was
18   much more discordant by the time he came to medical
19   attention for his sugar problem.
20         Q.   So you agree as to Ms. Whittington the only
21   basis for your opinion, just talking about
22   Ms. Whittington, is that temporal relationship between
23   her ingestion of Seroquel and the weight gain and then
24   her diabetes --
25         A.   Yes, ma'am.
0341
1          Q.   -- correct?  All right.
2               Now, I'm going to -- I want to ask you some
3    sort of general questions here, Dr. Tulloch.  You agree
4    that the strength of risk factors or causes of diabetes
5    like -- like obesity have been studied by scientists,
6    correct?
7          A.   Yes, ma'am.
8          Q.   You know that there have been studies that
9    report the association between metabolic syndrome and
10   diabetes?
11         A.   Yes, ma'am.
12         Q.   And there are studies that report the
13   association between obesity and diabetes that we've
14   already been talking about, these relative risks, right?
15         A.   Yes, ma'am.
16         Q.   We know that there are studies that report the
17   association between hypertension and diabetes, right?
18         A.   Yes, ma'am.
19         Q.   And family history and diabetes?
20         A.   Yes, ma'am.
21         Q.   Impaired glucose and diabetes?
22         A.   Yes, ma'am.
```
Page 13

bt100908.txt

```
23        Q.    There are studies of those associations, right?
24        A.    Yes, ma'am.
25        Q.    Those associations, as we've been discussing,
0342
 1   are expressed quantitatively as relative risks, right?
 2        A.    Yes, ma'am.
 3        Q.    In your review of literature to -- before you
 4   formed your opinions in these cases, you didn't go out
 5   and review the scientific literature to -- to find the
 6   studies that quantitate the contribution of risks or
 7   causes that predate Seroquel use in these patients -- in
 8   these plaintiffs like hypertension or metabolic syndrome
 9   or impaired glucose or family history or these factors
10   we've been discussing, right?
11        A.    That's correct, ma'am.  I said before I'm
12   essentially, as you see in my report, a busy, active,
13   clinical endocrinologist.  And those data, be they
14   available, are in an epidemiologist's field and they're
15   very important.  But at the level of what we teach to
16   the medical students from a clinical viewpoint, it's
17   more the trends and numbers which they have to be
18   comfortable, these are the risk factors, these are what
19   you look for, these are what you will expect, and these
20   are the ways they can be modified.
21        Q.    So you did not undertake such a literature
22   search of the causes or risk factors and the
23   quantitative risks, correct?
24        A.    Of the quantitative aspects of those numbers,
25   yes, that's correct, ma'am.
0343
 1        Q.    And you, having not undertaken such a review of
 2   the literature, can't rule out that preexisting obesity,
 3   hypertension, metabolic syndrome, hyperlipidemia,
 4   psychosis, age, impaired glucose tolerance were more
 5   probably than not causes of diabetes in these
 6   plaintiffs?
 7        A.    I believe that they were.  I think we're in
 8   agreement in that setting.  The main issue which I have
 9   held out for both the patients so far was that on top of
10   all that was a measurable significant weight gain during
11   the single psychotropic that Mr. Unger had and the two
12   psychotropics which Ms. Whittington had.
13        Q.    You can't rule out that those risk factors I
14   just described like preexisting obesity, hypertension,
15   metabolic syndrome, hyperlipidemia, psychosis, impaired
16   glucose tolerance are sole causes of the diabetes in
17   these plaintiffs, right?  Because you didn't go out and
18   quantitate the risks?
19        A.    Yes.  But also --
20        Q.    You agree with that?
21        A.    My understanding -- well.
22              MR. BRUDNER:  Please let him answer.
23        A.    Let me answer.
24        Q.    (BY MS. THORPE)  I didn't understand the yes.
25   You said yes.  I'm trying to understand that, and then
0344
 1   you can certainly explain.
 2        A.    Your -- you used the word "sole."  And in my
 3   vocabulary sole means single.  And you applied the word
 4   sole to about six risk factors.  So --
 5        Q.    Okay.  Well, let me verify the question.
 6        A.    No, you don't need to go through each one.  But
 7   if you needed me to say those six risk factors were
```

Page 14

bt100908.txt
```
 8    significant contributing factors to the risk of
 9    diabetes, my answer is yes.  If you said they are the
10    sole causes of diabetes, my answer is no.  So that's why
11    I needed to clarify it.
12         Q.   You've never compared -- well, let's look --
13    look at it this way.
14              Let's just focus on Mr. Unger.  You can't
15    rule out as to Mr. Unger that his preexisting morbid
16    obesity was the sole cause of his diabetes?
17         A.   I think we've been in agreement that with that
18    level of obesity, his chances of developing diabetes was
19    very high indeed.  My contention in this report is that
20    this further weight gain, that chance of him developing
21    diabetes, was accelerated by a proportion, and probably
22    the proportion might be different from the ratio of his
23    weight gain to his existing weight because I think it
24    would be simplistic to apply simple mathematical
25    calculations to that.  But I stand to be corrected if
0345
 1    you can produce data on that.
 2         Q.   Well, I want to talk to you about an article
 3    that you have in your stack of materials.  And let me
 4    mark it as an exhibit.  You've told us you rely on the
 5    Resnick study, right, the -- I'm trying to get the
 6    exhibit sticker off.  Hang on one second and I'll give
 7    it to you.
 8         A.   Let me have it.
 9              (Exhibit No. 32 marked.)
10         Q.   (BY MS. THORPE)  I've put before you Exhibit
11    No. 32, Dr. Tulloch, which is a study that you list in
12    your reference information.  And that is a part of
13    Exhibit 4, right?
14         A.   Thank you, ma'am.  I think --
15         Q.   Is that right?
16         A.   I think Exhibit 16 -- yes.
17         Q.   Oh, okay.  All right.  You're welcome to find
18    it.
19         A.   The reason I'm digging for this is I wrote down
20    some memory sticks on the front.
21         Q.   Here's Exhibit 16 if you want to look at --
22         A.   And I think that it would save us time to dig
23    those out because they were the results of my reading --
24    reading that whole literature and putting the
25    conclusions on the front.
0346
 1              I think it's actually in here.  Yes, ma'am.
 2    May I tender my scribbled version of the Resnick data as
 3    an exhibit or just refer to it.  It's in Exhibit 16
 4    (sic).
 5         Q.   I've marked it separately, a clean copy.  And
 6    you can have your copy that you've written on in front
 7    of you, too, if you want.
 8         A.   That's fine.
 9         Q.   All right.  Now, let me -- let me just first --
10    you know, we've been talking about weight gain and
11    Mr. Unger.  And we've established that Mr. Unger has a
12    BMI of 38.4, right?
13         A.   Yes, ma'am.
14         Q.   And that was before he took Seroquel, right?
15         A.   Right.
16         Q.   Now, did you undertake a search of the
17    scientific and medical literature on the effect of
18    weight gain in someone who is obese?
```

bt100908.txt

```
19          A.  No, ma'am.
20          Q.  Okay.  You just found -- how did you find
21     Resnick?
22          A.  I -- I looked at risks of -- I -- I googled
23     weight gain and diabetes risks in adults --
24          Q.  All right.
25          A.  -- and this one came up.
0347
 1          Q.  All right.  So you wouldn't represent to
 2     anybody that you had undertaken a methodical look at the
 3     literature on the issue of weight gain in -- in people
 4     who are morbidly obese, right?
 5          A.  On the contrary, ma'am.  I do not present
 6     myself as a statistician.  I'm a clinical
 7     endocrinologist.
 8          Q.  All right.  But you have told us that you rely
 9     on Exhibit 32, right, the Resnick article?
10          A.  The Resnick -- Resnick's article is one of the
11     bits of information that I -- I looked to for -- to see
12     if somebody had got some numbers on this because,
13     remember, this study came out in 2000.
14          Q.  Now, the -- the Resnick article that's been
15     marked as Exhibit 32 is the only article in your stack
16     of literature that's been marked in connection with
17     these depositions that deals with the effect of weight
18     gain in someone who is obese, right?
19          A.  Without diabetes, yes, ma'am.
20          Q.  Okay.
21          A.  The effect of weight gain on the subsequent
22     risk of developing diabetes, yes, ma'am.
23          Q.  And the study objective of the Resnick study
24     that's been marked as Exhibit 32 -- tell me if I'm
25     reading it correctly -- it's to determine whether
0348
 1     long-term weight gain and weight loss are associated
 2     with subsequent risk of type 2 diabetes in overweight
 3     nondiabetic adults.  Did I read that correctly?
 4          A.  Yes, ma'am.
 5          Q.  And let's look -- if you look in the first
 6     column -- or excuse me -- the second column on the first
 7     page of the article in the first real paragraph that's
 8     not bolded, do you see that?
 9          A.  Yes, ma'am.
10          Q.  And you see the sentence that begins
11     "accordingly" about three quarters through that
12     paragraph, "Accordingly, the purpose"?
13          A.  Okay.  Yes, ma'am.
14          Q.  Tell me if I'm reading that sentence correctly.
15     "Accordingly, the purpose of this study is to test the
16     hypotheses that weight gain over approximately ten years
17     in a cohort of overweight adults is associated with
18     increased risk of diabetes in the subsequent ten years."
19              Did I -- did I get that right?
20          A.  That's exactly right, ma'am.  And when we were
21     first discussing this, I tendered those conclusions in
22     probably the discussion of our first patient.
23          Q.  So --
24          A.  So, yes, ma'am, we are --
25          Q.  So this is a study -- the Resnick study that's
0349
 1     been marked as Exhibit 32 is a study of weight gain and
 2     diabetes over a 20-year period, right?
 3          A.  That's -- that's good, yes.
```

Page 16

bt100908.txt
```
 4          Q.   Now, Mr. Unger, we agreed, didn't gain his
 5     weight over a 20-year period, right?
 6          A.   He had an accelerated period of weight gain
 7     over the duration of his time on Seroquel.  But if we
 8     start at time zero for Seroquel, he was already 50 years
 9     old and had a level of morbid obesity, which we have
10     already discussed and agreed on.
11          Q.   He was -- he was on Seroquel for four years,
12     right?
13          A.   Yes, ma'am.
14          Q.   So the weight gain that we're talking about
15     that you're attributing as a cause of diabetes occurred
16     over a four-year period and then he got diabetes.
17     That's your -- that's what you've been saying, right?
18          A.   Yes, ma'am, I -- I think it's a significant --
19          Q.   And so --
20          A.   -- contributing factor.
21          Q.   So the -- the -- so the weight gain that
22     Mr. Unger had that you are blaming on Seroquel and that
23     you say caused Mr. Unger to have diabetes occurred over
24     a short period of time, over a four-year period rather
25     than a 20-year period as in the Resnick article that's
0350
 1     been marked as Exhibit 32, right?
 2          A.   That's correct, ma'am.
 3          Q.   Now, if you would look at page 601 of the
 4     Resnick article in the second column, I want you to tell
 5     me if I'm reading the sentence that begins in the first
 6     real paragraph correctly.  "Although the age
 7     standardized cumulative incidence of diabetes in the BMI
 8     greater than or equal to 37 kilograms per meters squared
 9     group, number 141, was 26.2 percent, annual weight
10     change was unrelated to the development of diabetes in
11     that group."
12               Did I read that sentence correctly?
13          A.   You read it correctly, ma'am, huh-uh.
14          Q.   So what Dr. Resnick is saying is even in people
15     who have weight gain over a long period of time, if
16     they're really obese, that is, greater than 37 kilograms
17     per meters squared, their weight change does not lead to
18     the development of diabetes.  Did I --
19          A.   I think you read that correctly, ma'am.
20          Q.   All right.
21          A.   Uh-huh.
22          Q.   So the Resnick article that's been marked as
23     Exhibit 32 actually provides data that establish that
24     weight gain in someone like Mr. Unger who had a BMI of
25     38.4, even if held for a long period of time, would not
0351
 1     lead to the development of diabetes?
 2          A.   I -- I accept your reading of that paragraph,
 3     yes, ma'am.
 4          Q.   You agree with my interpretation of that
 5     paragraph?
 6          A.   I'll accept it.
 7          Q.   That was "yes"?
 8          A.   Yes, ma'am.
 9          Q.   Okay.  All right.  I want to show you -- let me
10     ask you to think about dose and weight gain.
11     Remember -- recall that last night we talked about dose
12     and diabetes?
13          A.   Yes, ma'am.
14          Q.   Can you identify any scientific or medical
```
Page 17

bt100908.txt
```
15      literature that says or reports that a dose of
16      50 milligrams of Seroquel is associated with weight
17      gain?
18           A.   No, ma'am, I haven't looked at quantitation.  I
19      think I explained that --
20           Q.   We talked about --
21           A.   -- last night --
22           Q.   -- diabetes, right?
23           A.   Yeah.
24                -- that I didn't have a dose curve and it
25      would take a little while to look for it.  But having --
0352
1       knowing that this issue's come up, I promise that by the
2       time we get to court, I will have diligently sought for
3       that if there isn't an epidemiologist with that.  I
4       suspect it may be out there.
5            Q.   Well, let me ask you -- let me ask it this way.
6       You know of no literature that says that a dose of
7       50 milligrams of Seroquel is associated with weight gain
8       as we sit here today, correct?
9            A.   That's correct.
10           Q.   And as we sit here today, you know of no
11      scientific or medical literature that says that Seroquel
12      is associated with -- 75 milligrams of Seroquel is
13      associated with weight gain?
14           A.   Yes, ma'am, we went through all this.  Do you
15      need to go up all the doses again or are we going to
16      agree?  Okay.  Well, carry on.  We'll try and get it
17      faster this time.
18           Q.   You will agree with me that as we sit here
19      today, you can identify no literature that says that a
20      dose of Seroquel of 100 milligrams is associated with
21      weight gain, right?
22           A.   That's correct.
23           Q.   And you will agree with me that as we sit here
24      today, you can identify no literature that says that a
25      150-milligram dose of Seroquel is associated with weight
0353
1       gain?
2            A.   That's correct.
3            Q.   All right.  Doctor, I need to know what
4       literature that -- strike that.
5                 One of the risk factors for the development
6       of diabetes is a sedentary lifestyle, right?
7            A.   Yes, ma'am.
8            Q.   And it's a cause of diabetes, correct, a
9       sedentary lifestyle can be a cause --
10           A.   Yes, ma'am.
11           Q.   -- of diabetes?
12           A.   Uh-huh.
13           Q.   Can you tell me what a sedentary lifestyle is?
14           A.   Much would define -- again, if one has to -- at
15      a clinical level, it's somebody who does not exert much
16      physical activity.  At a scientific level, it would be
17      measured in kilopond meters of energy concerned --
18      energy expended.  And this could be measurable with a
19      pedometer, for example, or by putting measuring units on
20      the exercise machines that the subjects are using.
21                So at the level of clinical application,
22      the way we get this data is we ask the patient how much
23      walking you do, how many -- how long do you walk, do you
24      spend time in the gym, what do you do when you're in the
25      gym, and what -- if you're lifting weights, how heavy
```
Page 18

bt100908.txt

0354
1    are the weights and how often do you do the lifts.
2         Q.   Okay.
3         A.   So this is a -- a rough, clinical,
4    nonscientific but clearly quite effective way of
5    gathering information, and it helps us understand how
6    best to advise the patient on to improve -- how to
7    improve his lifestyle.
8         Q.   And in your clinic when people come in that
9    you're taking care of who are overweight or obese, do
10   you have them fill out a questionnaire or how do you get
11   that information?
12        A.   Yes, ma'am.  We -- we have them fill out a
13   five-page questionnaire, which has that sort of data,
14   and then when issues like this come up, I make a point
15   of expanding on the quantitation of that.  And then when
16   they come back for routine follow-up, there's another
17   little square which reminds me to ask how much physical
18   activity they've been doing from the last visit.
19        Q.   And you will agree with me that a sedentary
20   lifestyle is the kind of risk factor or cause that has
21   been studied by scientists to determine what the
22   quantitative association is between that sedentary
23   lifestyle and the development of diabetes, right?
24        A.   Yes, ma'am.
25        Q.   And you didn't undertake to look at that
0355
1    literature before you formed your opinions in this case
2    about Mr. Unger's diabetes, right?
3         A.   That's correct.
4         Q.   Now, you agree that a sedentary lifestyle and
5    physical inactivity is associated with the development
6    of increased insulin resistance and/or glycemic control
7    totally independent of body weight, right?
8         A.   Yes, ma'am.
9         Q.   So in thinking about what a sedentary lifestyle
10   is, would you agree that someone who doesn't do any
11   exercise would be said to have a sedentary lifestyle?
12        A.   I think that's reasonable.  Somebody who said
13   he was -- he did no walking other than from the fridge
14   to the kitchen to the TV set would be a reasonable
15   example of somebody who wasn't doing much.
16        Q.   And you would agree that that's almost a
17   precise description of Mr. Unger, right?
18        A.   I think that's a reasonable description of this
19   man, yes, ma'am.
20        Q.   And in someone with that limited physical
21   activity and a truly sedentary lifestyle like Mr. Unger,
22   how do you rule out that sedentary lifestyle as the sole
23   cause of his diabetes totally separate and apart from
24   Seroquel?
25        A.   As I said earlier, it -- I have to accept that
0356
1    it was one of a number of causes.  And I was reluctant
2    in a previous case to quantitate individually each one,
3    again, because I haven't looked at the statistics in the
4    context it's being studied.
5              In my belief, it was a contributing factor,
6    but I wouldn't be happy to contribute it as the -- offer
7    it as the sole contributing factor.  And one of the
8    reasons for that being he had a number of other risk
9    factors which we've discussed at some length.
10        Q.   You agree, Dr. Tulloch, that you can determine
                              Page 19

bt100908.txt

11      whether you're going to lose weight or stay the same
12      weight or gain weight by how many calories you take in
13      compared to how many calories you burn out through
14      exercise, correct?
15              A.   Yes, ma'am.
16              Q.   And the calories in would be calculated in
17      terms of the foods and beverages you -- let me just try
18      to make it very simple.
19                   There's a simple equation that describes
20      whether we lose weight, stay the same, or gain weight,
21      right?
22              A.   Yes, ma'am.
23              Q.   And it's known as calories in, calories out,
24      right?
25              A.   That's right.
0357
1               Q.   And so if you -- in any given day or week or
2       whatever time period you're looking at total up the
3       number of calories you take in by food and eating and
4       compare it or add or subtract, I guess -- well, strike
5       that.
6                    If you take -- if you calculate the number
7       of calories that you take in in food and drink and
8       subtract the number of calories you burn through
9       exercise and your metabolism generally, you'll come out
10      with a number that's either positive or negative that
11      reflects what's happened to your calories, right?
12              A.   I -- I think in simplistic terms that's a
13      reasonable statement, yes, ma'am.
14              Q.   All right.  And putting it very simply, if you
15      have -- if you take in more calories through food and
16      drink than you burn in exercise or by the function of
17      your metabolism, you're going to gain weight?
18              A.   Yes, ma'am.
19              Q.   All right.  You agree that physical activity
20      burns calories, right?
21              A.   Yes, ma'am.
22              Q.   You agree that if you reduce your physical
23      activity, you greatly reduce the number of calories you
24      burn?
25              A.   Yes, ma'am.
0358
1               Q.   If you eliminate your physical activity, you
2       can hugely reduce the number of calories you burn,
3       right?
4               A.   There's a -- there's a problem and -- well, let
5       me say yes to that, but there are some complicating
6       issues which may become relevant later.
7               Q.   Okay.  Do you want to just kind of define what
8       they are here --
9               A.   Yeah.
10              Q.   -- quickly?
11              A.   Out there -- and I'm going to draw on the back
12      of my version.
13              Q.   Why don't I give you a piece of paper.  Is that
14      an exhibit?
15              A.   Yeah, but it's not -- no, it's not an exhibit,
16      it's a copy.
17                   Out there -- and I'll have trouble -- I'll
18      have to find it.  It's somewhere out there.
19                   Out there's a very interesting curve.  And
20      I'm showing it to you and it shows a slope downwards at
21      the beginning on the left-hand side and then a slow

Page 20

bt100908.txt
```
22    straightening of the -- the curve on the right-hand
23    side.  And somewhere I found this and it's fascinating
24    because what it shows is -- this is level of physical
25    activity, which is on the X axis, and this is amount of
0359
1     calories consumed.  And to me it was absolutely
2     fascinating because what it showed is that after a
3     certain nadir, folk tended to consume a certain amount
4     of calories and increased the calories that they
5     consumed in relation to the amount of exercise.  But
6     below a certain dip point, folk consumed calories anyway
7     whether they were exercising or not.
8              And when you ask me a question, I have to
9     think of this curve.  I can't produce it.  I've found it
10    in the last 25 years and it would take me a while --
11        Q.  You don't know what article --
12        A.  It's fascinating -- no.
13             But I use it to teach my patients that need
14    to come off the left-hand part of this curve and get on
15    to the right-hand part of the curve.
16             Clearly, nutrition/hunger studiers will
17    find out why that happens from the point of view of what
18    happens in the brain and what happens in the muscles.
19             But if I was slow to answer your question,
20    it was because that curve was sitting up there.
21        Q.  Okay.  In your brain.  All right.
22             So a pound has 3500 calories in it, right?
23    I mean, you gain a pound if you take in 3500 extra
24    calories, right?
25        A.  Yes, I think in kilos and it's 9,000, so the
0360
1     proportion's about right, yeah.
2         Q.  Okay.  So if using Mr. Unger as an example, if
3     he kept eating the same thing every day that he had for
4     years, kept -- his calorie intake the same but reduced
5     his physical activity by burning 500 calories --
6         A.  Yes, ma'am, please continue.
7         Q.  -- less a day, how many days would it take for
8     him to gain a pound?
9         A.  We -- we can't directly relate that.  There's
10    several reasons for that.  Calories can be stored either
11    as glycogen or protein, which have somewhat less --
12    somewhat more weight per calories.  Fat, on the other
13    hand -- a kilo of stored fat has a lot more calories in
14    it than a kilo of either muscle or glycogen.  And if we
15    take carbohydrate, our first step is to store it as
16    glycogen and then later it becomes stored as fat.
17             So if I'm slow in -- in accepting your
18    numbers, it's because what are we going to store this
19    as.  If we store it as -- I'm turning it off.  I'll take
20    that later.
21        Q.  Do you need to take it?
22        A.  No.
23        Q.  Well, then, let's just do it this way.  You
24    would agree that if you do something that reduces your
25    physical activity so that you burn 500 calories less a
0361
1     day, it -- you can gain a pound of weight relatively
2     quickly?
3         A.  Yes, ma'am.  And in that setting where the
4     person is physically inactive, a lot of that would be
5     stored as fat.
6         Q.  Okay.  So you would agree that in someone who
```
Page 21

bt100908.txt

```
 7    reduces his physical activity by just enough to -- to
 8    reduce his calorie burning by 500 calories a day, he
 9    could gain a lot of weight pretty fast, right?
10         A.   Yes, ma'am.
11         Q.   What kinds of activities burn 500 calories?
12         A.   To give you a depressing example, a slice of
13    bread is 80 calories, and you have to walk almost a mile
14    to burn off 80 calories.  So there's a surprise -- at
15    the level of walking as opposed to in a nonsedentary
16    activity, a surprising amount of physical activity is
17    necessary to burn as little as 80 calories.
18         Q.   Can you think of any activities that burn 200,
19    300 calories?
20         A.   Yes.  One would have to speed up a bit.  And so
21    jogging would -- would certainly be able to do that and
22    exercising on a treadmill with a 15 percent slope on
23    the -- on the treadmill or exercising on an exercise
24    cycle with a major restriction put on the wheel.  These
25    are examples of heavier exercise.
0362
 1         Q.   How many calories do you burn if you walk a
 2    mile at a regular pace?
 3         A.   As I said, I think it's about -- it's
 4    depressingly low, and I offered it at about 80 to a
 5    hundred calories.  Again, clearly, that depends on the
 6    size, the rate, the amount of weight carried, et cetera.
 7         Q.   You agree with me that Mr. Unger had severe
 8    back problems?
 9         A.   Yes, ma'am.
10         Q.   And you have characterized them as being
11    stabilized in -- before he started taking Seroquel; is
12    that right?
13         A.   Well, I -- I think that's -- he continued to
14    receive therapy from a pain clinic, and so there's no
15    data in the charts I looked at that showed that there
16    was a sudden deterioration, although he did return for
17    further and further review of his level of pain and the
18    anatomy of his pain and received analgesics for his
19    pain.  So I would have to say the pain was present and
20    ongoing.
21              I found nothing in the charts that I
22    reviewed that there was a sudden major deterioration
23    after the initial injuries which we discussed and after
24    the infection which he incurred, both of which were well
25    before he took his atypical antipsychotics.
0363
 1         Q.   So you think his infection occurred well before
 2    he took the atypical antipsychotic Seroquel?
 3         A.   Yes, ma'am.
 4         Q.   And you saw -- and there was, in your opinion,
 5    no sudden deterioration after he developed the
 6    infection?
 7         A.   Yes, ma'am.
 8         Q.   And -- you agree with that?
 9         A.   Yes, ma'am.
10         Q.   And your report indicates that Mr. Unger was
11    disabled, doesn't it?
12         A.   Yes, ma'am.
13         Q.   When was he disabled?
14         A.   As I recall, it -- it happened in about 1997,
15    which was when he -- prior to that he'd been a
16    registered nurse.  1997 was when the back injury
17    occurred.  They tried to take a picture of that and that
```

Page 22

bt100908.txt

```
18    was when the disk became inflamed and infected.
19              I'm sorry, I thought I switched this off.
20              MR. BRUDNER:  It's persistent.
21    A.    There we go.  It's now off.  I apologize.
22              So I ascribe that to a scant deterioration
23    in the state of his back in 1997.
24    Q.    (BY MS. THORPE)  Okay.  So let me see if I've
25    got the time line correct.  In 1997 -- well, before you
0364
1     formed your opinions in this case, it was your
2     understanding that he had a back injury in 1997 and that
3     in the 1997 time frame he had a picture taken or a
4     diskogram taken that led to an infection?
5     A.    In that location, yes, ma'am.
6     Q.    In that time frame, right?
7     A.    Yes, ma'am.
8     Q.    1997?
9     A.    (Witness nods.)
10    Q.    Yes?
11    A.    Yes, ma'am.
12    Q.    And then it -- before you formed your opinions
13    in this case, you understood that he was disabled or --
14    in 1997?
15    A.    Yes, ma'am, that the injury to his back made it
16    impractical for him to continue with his work as a
17    registered nurse.
18    Q.    And that after 1997 he had no sudden
19    deterioration of his back injury; is that right?
20    A.    Yes, ma'am.
21    Q.    Okay.  So, Dr. Tulloch, do you know that
22    Mr. Unger had at least 68 visits to medical care givers
23    for his back or back pain after 1997?
24    A.    Ma'am, I did not count them up.  I've said
25    earlier that his visits to pain medication facilities
0365
1     were present, continuous, and ongoing.  But thank you
2     for giving me the numbers.
3     Q.    You didn't know how many --
4     A.    I did not count them.
5     Q.    -- visits he went to?
6     A.    But I said within the last 20 minutes it was
7     present and ongoing.
8     Q.    And were you aware that after 1997 -- in fact,
9     in 2002, just before he started Seroquel he was
10    hospitalized because of the severe problems in his back?
11    A.    No, I could accept that given the nature of his
12    ongoing pain and the findings that have been described
13    anatomically in his X rays.
14    Q.    Were you aware that many of his psychiatric
15    visits were related to depression stemming from his back
16    pain and that these occurred after he started taking
17    Seroquel?
18    A.    I had not -- as I said earlier, I had not
19    counted up the number of visits he'd had to the pain
20    medication group, but I knew they were ongoing.
21    Q.    Well, my question was:  Were you aware before
22    you formed your opinions in this case that many of his
23    psychiatric visits after he started Seroquel were
24    related to his depression that stemmed from his back
25    pain?
0366
1     A.    Okay.  I -- I had not viewed them in that --
2     with that emphasis.  I will accept your statement and I
```
Page 23

bt100908.txt
```
 3     will check to see how those individual visits were --
 4     were reviewed.
 5          Q.   Were you aware that he received multiple
 6     physical therapy treatments in 2001 and in -- and
 7     forward in time through 2004?
 8          A.   Yes, ma'am, I --
 9          Q.   So you knew that before you formed your
10     opinion?
11          A.   Yes, ma'am.
12               MR. BRUDNER:   It looks like progress.
13     Should we take a break?  Now's a good time whenever --
14               MS. THORPE:   You know, let me get through
15     this section.
16               MR. BRUDNER:   Okay.
17               THE WITNESS:   This is -- this is a
18     long-distance call that keeps on coming through, so --
19               MS. THORPE:   If you want to -- well, if you
20     need to -- I mean, I can wait if you need to take a
21     call.
22               THE WITNESS:   Give me 30 seconds, at least.
23               MS. THORPE:   Okay.
24               (Short recess from 6:19 to 6:25.)
25               (Exhibit No. 33 marked.)
0367
 1          Q.   (BY MS. THORPE)   Okay.   To sort of orient us,
 2     you recall that Mr. Unger started taking Seroquel in
 3     October of 2002, right?
 4          A.   Yes, ma'am.
 5          Q.   All right.   I'm going to show you what's been
 6     marked as Exhibit 33 for identification.
 7          A.   Thank you.
 8               MS. THORPE:   And I'm sorry, I don't have
 9     another copy of that one.   It's the only -- I just have
10     copies for myself and the witness.
11          Q.   (BY MS. THORPE)   Now, this is a note from
12     Dr. Schechter from July of 2002, right?
13          A.   Yes, ma'am.
14          Q.   And -- I goofed -- I goofed up.
15               But, Doctor, there are a lot of these
16     records, so let me just -- I'm going to go ahead and go
17     on to the next one just in the interest of time.
18          A.   Okay.
19          Q.   That's not the one I intended to mark.
20               (Exhibit No. 34 marked.)
21          Q.   (BY MS. THORPE)   But it's -- that's related to
22     his back injury, right?
23          A.   Yes, ma'am.
24          Q.   Now, I'm going to show you what's been marked
25     as Exhibit 34.   And this is a neurologic opinion
0368
 1     regarding Mr. Unger, correct?
 2          A.   Yes, ma'am.
 3          Q.   And it's dated August 6, 2002, right?
 4          A.   I'm looking for the date on the bottom.
 5          Q.   It says date of visit.
 6          A.   August the 7th, 2002, yes, ma'am.
 7          Q.   Well, it's -- if you look at date -- let me see
 8     what I gave you.
 9          A.   The date's down at the bottom in small print.
10          Q.   Okay.   All right.   But it says -- all right.
11     That's fine.   I am proceeding to -- here we go.   Okay.
12               So Exhibit 34 is a note from Westside
13     Regional Medical Center, right?
```
Page 24

bt100908.txt
```
14          A.   Yes, ma'am.
15          Q.   Dated August 7, 2002?
16          A.   Yes, ma'am.
17          Q.   And so this -- this note, can you tell me if it
18     appears on your time line, anything about this visit?
19          A.   No, ma'am.
20          Q.   And it's not mentioned in your report, is it?
21          A.   That's correct.
22          Q.   And you have not reviewed the records of
23     Westside Regional Medical Center, correct --
24          A.   If it's not --
25          Q.   -- before forming your opinions?
0369
 1          A.   -- in my list in the first paragraph, no,
 2     ma'am.
 3          Q.   Why don't you just double-check me.   And I
 4     don't think it is.  Is that right?
 5          A.   Yes, ma'am.
 6          Q.   It's not in your -- it's not a medical record
 7     that you've ever reviewed and it's not in your -- in the
 8     time line prepared by the plaintiffs' law firm, right?
 9          A.   That's correct.
10          Q.   And so you didn't have the facts that are set
11     out in Exhibit 34 before you formed your opinion in this
12     case, right?
13          A.   That's correct.
14          Q.   Now, what this record shows, if you would look
15     at the second paragraph under history of present pain
16     complaint, it indicates that Mr. Unger had a lumbar
17     diskography on July 12, 2002, right?
18          A.   Yes, correct.
19          Q.   And so you were incorrect when you said that
20     that happened in 1997, right?
21              MR. BRUDNER:  Objection, form.
22          A.   You know, ma'am --
23          Q.   (BY MS. THORPE)  Or did he have another one?
24          A.   That's the point.  Yeah, I think he's probably
25     had several, because I found on a disk last night that
0370
 1     he's had some more.  So --
 2          Q.   Some more, is that what you -- your accent --
 3          A.   Yes, that he's had some more in 2008, which is
 4     after my report which we agreed stopped in 2007.
 5              So if we go back to my report, the problem
 6     that happened in 1997 wasn't that -- just that he got a
 7     disk examined under radiological conditions but bacteria
 8     were introduced into the disk at the time of the
 9     examination.  And diskitis is a term which I had
10     interpreted to mean a bacterial infection of a lumbar
11     disk, which is a very, very unpleasant set of
12     circumstances --
13          Q.   Right.
14          A.   -- to deal with.
15          Q.   And you think that happened in 1997?
16          A.   I believe from my reading of the time line --
17     if it's challenged, I'll have to go back and look at the
18     originals.
19          Q.   Well, let's --
20          A.   I believe that occurred in 1997.
21          Q.   All right.  Let's keep going here in -- and
22     I'll ask you to find that record for me in a minute.
23     But let's focus on Exhibit 34 right now, okay --
24          A.   Yes, ma'am.
```
Page 25

bt100908.txt
```
25          Q.   -- the one that's dated August 7, 2002, just a
0371
 1     couple of months before he started taking Seroquel.
 2          A.   Right.
 3          Q.   Okay.  So in -- this record shows that he was
 4     referred by his primary care physician to Dr. Neil
 5     Schechter and a lumbar diskography was performed on July
 6     12, 2002, right?
 7          A.   Yes, ma'am.
 8          Q.   And that procedure was done at Outpatient
 9     Cervical Services down in Plantation and was positive at
10     the L4-5 level with concordant pain reproduction and a
11     herniated disk at L4-5, right?
12          A.   Yes, ma'am.
13          Q.   So that means that in his lower back at the --
14     at the level in his vertebra of the 4th and 5th
15     vertebra, he had a herniated disk, correct?
16          A.   Yes, ma'am.
17          Q.   Now, this report, which you did not review
18     before writing your opinion, said that during the
19     ensuing week after the diskogram in July of 2002,
20     Mr. Unger noted a rather significant escalation of his
21     pain in the same general distribution, right?
22          A.   Yes, ma'am.
23          Q.   So that means that he was feeling really bad
24     pain a couple of months before he started taking
25     Seroquel in that area of his -- where he had that
0372
 1     diskogram, right?
 2          A.   Yes, ma'am.
 3          Q.   And then Exhibit 34 says that he began to
 4     experience some fevers, right?
 5          A.   That's correct.
 6          Q.   And that Mr. Unger was admitted to the hospital
 7     for a workup of possible diskitis, correct?
 8          A.   That's correct, yes.
 9          Q.   Now, that would have been in July of 2002 just
10     before he started taking Seroquel, right?
11          A.   Yes, ma'am.
12          Q.   Now, do you think that he had diskitis in 1997,
13     also?
14          A.   I will have to check original sources.  But
15     that's what I put in my -- in my report.
16          Q.   But you may have been wrong about that, right?
17          A.   And if my original source is incorrect, I'm --
18     I'm comfortable with being corrected on the date.
19          Q.   Okay.  Well, let's -- let's just keep going
20     here with this.
21          A.   Because certainly this August of 2002 Regional
22     Medical Center summary does relate to infection in a
23     disk.
24          Q.   All right.  And the -- the report that we're
25     looking at that's been marked as Exhibit 34 goes on to
0373
 1     say that an MRI scan of the lumbar spine was performed
 2     and read by a Dr. Reuven Porges, the radiologist, as
 3     being positive for diskitis, right?
 4          A.   Yes, ma'am.
 5          Q.   So in -- in August of 2002, just a couple of
 6     months before he started taking Seroquel, he had a
 7     diskitis which is, as you described, a bacterial
 8     infection of a disk, right?
 9          A.   That's correct.
```
                              Page 26

bt100908.txt

```
10          Q.   And then Exhibit 34 goes on to describe his
11   laboratory work which shows that he had an infection,
12   right?
13          A.   Well --
14          Q.   Well, let me put it this way --
15          A.   He had a modest elevation of sed rate.  His
16   white cell count is not dramatically elevated, but there
17   is a left shift, which means that some of the white
18   cells in there have been recently activated.
19               Most labs are -- a high white cell count
20   which you look for -- for an infection.  The upper limit
21   of normal is 10.8, so 9.2 is not -- is not above.  So,
22   then, the issue would be how relevant is the left shift,
23   because that's the only evidence we have here.
24          Q.   And this doctor who was taking care of him for
25   his diskitis in Exhibit 34 says that he had blood work
0374
 1   that indicates the presence of diskitis, right?
 2          A.   I don't dispute that statement.
 3          Q.   Okay.
 4          A.   But I do dispute his recommendations because
 5   there's not an antibiotic amongst the Recommendations 1,
 6   2, and 3.  So --
 7          Q.   So you're disagreeing that they took care of
 8   him, right?
 9          A.   I --
10          Q.   Is that right?
11          A.   If -- if I were looking after Mr. Unger and I
12   got Recommendations 1, 2, and 3, I would call that man
13   and say, "Hey, talk to me."
14          Q.   For -- say -- why?  Why would you say that?
15          A.   Because if the whole issue of the possibility
16   of an infection is raised in this setting, then -- then
17   the possibility of an antibiotic should certainly be
18   included under recommendations.  If a disk inflammation
19   was on any other basis, then there are new tests or
20   alternative tests that one can do to pinpoint whether
21   it's due to a bacterial infection.
22          Q.   And what are those tests?
23          A.   I would -- I would ask the physician to tell me
24   whether he wanted them to do them or whether he'd want
25   me to do them if I were caring for him.
0375
 1          Q.   What are the tests?
 2          A.   You can label white cells and see where they
 3   collect, and white cells tend to collect at a point of
 4   bacterial invasion.  So you can get a labeled
 5   leukocyte -- that's white cells -- scan and find where
 6   they are, and if there was a bacterially infected disk
 7   there, I would expect that test to be positive.
 8          Q.   Is that a procedure that you've ever done?
 9          A.   No, ma'am, but the radiologists do it routinely
10   if there's an -- if there's a fever and there's a
11   suspicion of an infection somewhere in the body.
12          Q.   It's -- it's not your area of expertise.
13   You're not an infectious disease person --
14          A.   No, ma'am.
15          Q.   -- or a radiologist?
16          A.   I invoke -- if I were -- if I were in charge of
17   this man, I would invoke a test like that, yes, ma'am.
18          Q.   Okay.  You're not a radiologist?
19          A.   No, ma'am.
20          Q.   And you're not an infectious disease expert?
```

Page 27

bt100908.txt

```
21          A.   No, ma'am.  But I deal --
22          Q.   And you're not an orthopedist?
23          A.   But I deal with a lot of infectious disease
24     situations not unlike this.
25          Q.   So you're not arguing that he had -- that he
0376
1      didn't have diskitis, are you?
2          A.   No.
3          Q.   Okay.
4          A.   I -- I was interpreting -- I was giving you my
5      interpretation of the white cell count, which does not
6      hit the upper limit of normal, and then I was looking at
7      this man's recommendations.  And if there was the
8      possibility of a bacterial infection, I would have --
9      that's why I said I'd record them and said, What do you
10     think?  Your words suggest we might be dealing with
11     something inflaming the disk; if you think it's bacteria
12     one, two, three, four of the tests that we should be
13     doing; if you think it's autoimmune, then we should be
14     looking at alternatives.
15          Q.   Now, do you -- when you look down at the -- you
16     were already looking at the medications they put him on.
17     He was on OxyContin, 40 milligrams, three times a day,
18     right?
19          A.   Yes, ma'am.
20          Q.   And what is OxyContin?
21          A.   It's an opiate.  It's one of the morphine
22     family.
23          Q.   It's a very strong narcotic pain medication,
24     correct?
25          A.   Let's leave it that it's one of the -- one of
0377
1      the opiate family.
2          Q.   Don't you agree that it's a very strong pain
3      medication?
4          A.   It's used for -- it's used for pain that
5      requires narcotics, yes, opiate narcotics.
6          Q.   It's something that can be addictive?
7          A.   Yes, ma'am.
8          Q.   And it's -- it's only prescribed for very
9      serious pain, right?  You would agree with that?
10          A.   It should only be prescribed for very serious
11     pain, yes, ma'am.
12          Q.   All right.  And he was also prescribed Vicodin,
13     correct?
14          A.   Yes, ma'am.
15          Q.   And that's a another pain medication that is
16     potentially addictive, correct?
17          A.   No, ma'am.
18          Q.   Vicodin is not?
19          A.   Oh, I beg your pardon.  Yes, it's another --
20     it's a combination of an opiate and a nonopiate.  And
21     it -- it is potentially pain addictive, yes.  I beg your
22     pardon.
23          Q.   And he was also given Soma.  Tell us what that
24     is.
25          A.   That's a muscle relaxant which has a street
0378
1      value, which means it is used in the streets for
2      whatever the kids use it for.
3          Q.   But it's a -- it's a -- it has sedative
4      properties, doesn't it?
5          A.   Yes, it's a muscle relaxant with central
```

bt100908.txt

```
 6    sedative property.
 7         Q.   And OxyContin and Vicodin also have sedative
 8    properties, right?
 9         A.   They're opiates --
10         Q.   They make you sleepy?
11         A.   They're opiates and they can make you drowsy,
12    yes, ma'am.
13         Q.   So let me show you --
14              (Exhibit No. 35 marked.)
15         Q.   (BY MS. THORPE)  -- another record from -- let
16    me show you what's been marked as Exhibit 35 for
17    identification.
18         A.   Thank you.
19         Q.   This is another visit at about the same time,
20    right?
21         A.   It's dated August the 6th in 2002.
22         Q.   And this is where he got a second neurologic --
23    neurosurgical opinion, right, Mr. Unger did?
24         A.   Yes, ma'am.
25         Q.   Now, this is, again, another medical record
0379
 1    that you did not review before forming your opinions in
 2    this case, right?
 3         A.   That's correct.
 4         Q.   And it's not on the time line prepared by the
 5    plaintiffs' lawyers regarding this case, right?
 6         A.   That's correct.
 7         Q.   So if you look down to the -- this is a record
 8    of Dr. Jose Joy, correct?
 9         A.   Yes, ma'am.
10         Q.   And this -- this, again, is a record that was
11    created about two months before Mr. Unger started taking
12    Seroquel, right?
13         A.   Yes, ma'am.
14         Q.   And Dr. Joy notes at -- toward the end of the
15    first paragraph if on or around May or June of 2002,
16    Mr. Unger was having much more back pain with severe
17    spasms and incontinence, right?
18         A.   Yes, ma'am.
19         Q.   He was having such severe pain, according to
20    Dr. Joy, that he was having difficulty getting up out of
21    a chair, correct?
22         A.   Yes, ma'am.
23         Q.   This is not a condition that has been -- strike
24    that.
25              The condition that Dr. Joy is noting here
0380
 1    represents a new development in Mr. Unger, right?
 2    Things have gotten worse for Mr. Unger?
 3         A.   I think an exacerbation of a preceding issue.
 4    He -- I think we'll all agree that the initial back
 5    injury was August the 13th, 1997, and that's in the
 6    second line, and clearly now in 2002, May, things have
 7    got worse.
 8         Q.   Okay.  Just before he started Seroquel, things
 9    got worse for Mr. Unger in terms of his back?
10         A.   Yes, ma'am.
11         Q.   He was having such severe pain he couldn't get
12    up out of a chair without great difficulty, right?
13         A.   Yes, ma'am.  And what would be most upsetting
14    would be his problem with incontinence.
15         Q.   And he was having difficulty even walking short
16    distances, right?
```

Page 29

bt100908.txt

```
17        A.   Yes, ma'am.
18        Q.   And apparently after he had the diskogram, his
19   back pain continued to get worse in the summer of 2002
20   and he developed an infection of the disk space, right?
21        A.   I believe so, yes.
22        Q.   And so here's a second person saying that he
23   has diskitis, right?
24        A.   Yes, ma'am.
25        Q.   His major complaint, according to Dr. Joy, just
0381
1    before he started taking Seroquel, is that he had severe
2    pain in his low back deep and dull in nature but with a
3    burning quality to it with severe pain radiating down
4    both lower extremities, mostly left, occasionally right,
5    extending all the way to his foot with severe spasms
6    affecting his gluteal thigh muscles, right?
7         A.   Yes, ma'am.
8         Q.   With his urinary incontinence, he had pain
9    radiating into both of his groin areas, right?
10        A.   Yes, ma'am.
11        Q.   And he was unable to maintain an erection,
12   right?
13        A.   Yes, ma'am.
14        Q.   He was on continued -- this doctor also reports
15   that he was on Vicodin, OxyContin, and Soma, all
16   sedating medications as we've discussed, right?
17        A.   Yes, ma'am.
18        Q.   Dr. Joy did a physical exam of Mr. Unger,
19   right?
20        A.   Yes, ma'am.
21        Q.   And he said that he was in obvious distress
22   with severe guarding of his lumbar spine --
23        A.   Yes, ma'am.
24        Q.   -- right?
25                  And he saw him and could see that he had
0382
1    great difficulty getting up from a sitting position?
2         A.   That's correct.
3         Q.   He said he could barely bend 10 degrees, right?
4         A.   That's correct.
5         Q.   Now, you would agree that all of the pain
6    medications with which he was sedated and this severe
7    back pain that he had with this diskitis reduced the
8    amount of physical activity he had just as he was
9    starting Seroquel, correct?
10        A.   Yes, ma'am.
11        Q.   And the -- okay.
12                  So have you ever had a patient that had
13   diskitis before?
14        A.   No, ma'am.
15        Q.   It's a pretty rare thing to have happen, isn't
16   it?
17        A.   Well, I've had patients who had infections in
18   their lumbar spine, so the answer -- I'll have to
19   retract that.
20                  And, in fact, I had one poor guy who -- in
21   whom it happened spontaneously.  Bacteria can circulate
22   in the blood from a bad tooth or a tooth abscess, and I
23   think that that's what happened with him.  So I -- it
24   can happen and it's a significantly serious condition
25   when it does occur.
0383
1                  (Exhibit No. 36 marked.)
```

Page 30

bt100908.txt

```
2        Q.  (BY MS. THORPE)  I'm going to show you what's
3   been marked as Exhibit 36 for identification.
4        A.   Thank you.
5        Q.   And this is an article about post-procedural
6   diskitis, right?
7        A.   Yes, ma'am.  Thank you.
8        Q.   And if you'd turn to page 442, which is the
9   second page of the article.
10       A.   Uh-huh.  I have it.
11       Q.   And look down to the third paragraph in the
12  second column.
13       A.   Yes, ma'am.
14       Q.   And you see a sentence that says, "Malignancy,
15  chemotherapy, immune suppression, and diabetes mellitus
16  have been implicated as risk factors for post-procedural
17  infections"?
18       A.   Yes, ma'am.
19       Q.   And -- and what that means is if you have
20  diabetes, it -- it is actually a risk factor that you
21  might develop a condition like this diskitis, right?
22       A.   Yes, ma'am.
23       Q.   And if you look at the paragraph before that
24  paragraph, it also says obesity is a risk factor for
25  this kind of problem with diskitis, right?
0384
1        A.   Yes, ma'am.
2        Q.   If Mr. Unger had diabetes in 2002 before he had
3   the diskogram, which was in the summer of 2002, it could
4   have caused him to develop diskitis, right?
5        A.   Well, ma'am, anybody worth their salt would
6   have had a lab test that included chemical profile.  And
7   the fact that it's not mentioned in either of these two
8   leads me to believe that the chemical profile was
9   normal.  The only way I could confirm that would be to
10  look at the original.
11       Q.   Right.  And you haven't -- before forming your
12  opinion, you haven't looked at the medical records
13  relating to his care during the time that he had
14  diskitis, right?
15       A.   Ma'am, I think we've shared that I was unaware
16  of this particular event at this time.
17       Q.   So you don't know if the --
18       A.   I have data --
19            MR. BRUDNER:   You have to let him finish
20  his answer.
21       A.   I had data that related to a time in 1997.
22       Q.   (BY MS. THORPE)  Right.
23       A.   So if we are, this is a second event.  I
24  mentioned a moment ago that this man, if the diagnosis
25  was correct, merited intravenous antibiotics.  And
0385
1   Dr. Joy also mentions that his recommendation when he
2   sent the patient back to Dr. Schechter would be to use
3   intravenous antibiotics.
4        Q.   Do you have any reason --
5        A.   I do not.
6        Q.   -- to know that he didn't have intravenous --
7        A.   That's the point.  I do not see in -- or recall
8   when I looked at all of these charts an event in -- in
9   this time when he merited or underwent intravenous
10  antibiotics, this time meaning August of 2002.
11       Q.   You didn't read any of these records relating
12  to this episode, so you have no idea one way or the
```

Page 31

bt100908.txt

13  other what happened to him as we sit here today when he
14  was treated for diskitis?
15          A.  Ma'am --
16              MR. BRUDNER:  Objection, form.
17          A.  -- what -- what I shared with you was I went
18  through the charts that were listed on page 10 of my
19  review.  We have agreed that this particular event was
20  not in the list of charts which I related to.  And we
21  have found Dr. Joy who recommended intravenous
22  antibiotics.
23              My suspicion is if that man did have
24  diskitis and if he did have an event relating to
25  intravenous antibiotics, which usually are undertaken
0386
1   for six weeks to six months after an event like this,
2   that this would have been referred to in all of the
3   clinical data which I reviewed and which are listed on
4   page 10.
5           Q.  (BY MS. THORPE)  Before you formed -- before
6   you formed your opinions in this case, were you aware
7   that he went into the hospital for his diskitis in
8   August of 2002?
9           A.  No, ma'am.  I -- I've mentioned to you that
10  this particular event did not appear on my horizon.
11          Q.  It's not on your --
12          A.  Either when I look through his list of -- of
13  patients -- of physicians that he had seen or the
14  doctor -- the hospital if he was admitted to a hospital.
15          Q.  So you didn't review any medical records from
16  his hospitalization in August of 2002?
17          A.  That relates -- yes, ma'am, that relate to
18  2002, yes.
19          Q.  And so when you formed your opinions in this
20  case, it's not in your time line, it's not in your
21  opinion that he was hospitalized and treated with
22  antibiotics delivered through a catheter in August of
23  2002, right?
24          A.  That's correct.
25          Q.  You -- you had no idea that that was happening
0387
1   to Mr. Unger, correct?
2           A.  That event was below the horizon in the list of
3   physicians' charts which I reviewed.
4           Q.  It did not hit your radar screen?
5           A.  Yes, ma'am.
6           Q.  Is that fair to say?
7           A.  That's right.
8           Q.  Now, you would expect that with that kind of
9   a -- well, you'll agree that diskitis is a very severe
10  illness, right?
11          A.  We related to that in 1997, yes, ma'am.
12          Q.  All right.  And so you agree?
13          A.  Yes, ma'am.
14          Q.  And you would expect on the kinds of drugs that
15  he was on, the sedating narcotics and the catheter and
16  the severe pain that he was undergoing, that he would
17  have extremely limited physical activity, correct?
18          A.  Yes, ma'am, I think we would agree on that.
19          Q.  And you assumed that he -- when you formed your
20  opinions in this case, that he quit working in 1997,
21  right?
22          A.  Yes, ma'am, that was what the chart suggested,
23  yes.
                        Page 32

bt100908.txt
```
24        Q.  But -- and nowhere in your time line or in your
25   report do you say that, in fact, he worked until May of
0388
 1   2002, right?  You -- you're assuming he was disabled in
 2   1997?
 3        A.  That's correct.
 4            MR. BRUDNER:  Objection, form.
 5        Q.  (BY MS. THORPE)  Okay.  The kind of physical
 6   inactivity that Mr. Unger had in 2002 could mean that he
 7   could gain weight because he was sedentary, right?
 8        A.  Yes, if -- if he was given intravenous
 9   antibiotics, ma'am, he would have been bedridden for a
10   while.
11        Q.  Okay.  And he would be -- truly have a
12   sedentary lifestyle that would put him at risk for
13   developing diabetes if he didn't already have it, right?
14        A.  It would have been another contributing factor,
15   yes, ma'am.
16        Q.  Now, I'm going to show you --
17        A.  Thirty-seven.
18            (Exhibit No. 37 marked.)
19        Q.  (BY MS. THORPE)  -- a document from January 6th
20   of 2003 from the CORA Rehabilitation Clinics which you
21   said you reviewed, right?
22        A.  Yes, ma'am.
23        Q.  But this document does not appear on the time
24   line that the plaintiffs' law firm prepared for you,
25   right?
0389
 1        A.  That's correct.
 2        Q.  And at that point, if you look down in the --
 3   where it says "functional activities" on the sort of
 4   lower third of the document.
 5        A.  Yes, ma'am.
 6        Q.  It says that Mr. Unger had difficulty with gait
 7   and standing upright -- or his difficulty with gait and
 8   standing upright persists, right?
 9        A.  Yes, ma'am.
10        Q.  And the patient is using a walker, right?
11        A.  That's correct.
12        Q.  So -- now, before this period of time around
13   January of 2003, you -- Mr. Unger was not using a
14   walker, right?
15        A.  To the best of my knowledge, yes.
16        Q.  Until he -- until he got diskitis in the summer
17   of 2002, his activity wasn't so limited that he had to
18   use a walker, right?
19        A.  That's correct.
20        Q.  And this is a period of time when he was on
21   Seroquel, right?
22        A.  Yes, ma'am.
23        Q.  And the physical therapist in CORA
24   Rehabilitation says that the patient presents minimal
25   overall progress, right?
0390
 1        A.  I'm looking for those words.
 2        Q.  "Patient does present minimal overall progress
 3   since evaluation."
 4            It's the second sentence under functional
 5   activities.
 6        A.  Yes, ma'am.
 7        Q.  And --
 8        A.  I'm just above the line.  Yeah, I've got it,
```
                          Page 33

bt100908.txt

```
 9   yeah.
10       Q.   Right.  And then the physical therapist goes on
11   to say that they suggest discharge with physician
12   follow-up secondary to minimal progress?
13       A.   Yes, ma'am.
14       Q.   So -- so Mr. Unger in -- you know, while he's
15   on Seroquel, while he's so sick that he has to use a
16   walker is at -- not making progress as of January 2003,
17   right?
18       A.   That's correct.
19       Q.   You would agree with me that this kind of
20   condition, whether or not he was on Seroquel, could have
21   caused Mr. Unger to gain weight?
22       A.   Yes, ma'am.
23       Q.   Okay.  Now, I'm --
24       A.   On the other hand, if he had an infection and
25   was feeling bad from his antibiotics, he might have been
0391
 1   also losing weight.  So I'll accept that he could have
 2   been less sedentary and could have gained weight.  But
 3   sometimes antibiotics make people feel bad and sometimes
 4   large amounts of opiates make people feel nauseated.
 5           So whereas I agree sedentary nature would
 6   have kept him still, both antibiotics and -- and feeling
 7   sick and being given no -- opiates can make people
 8   nauseated and not necessarily take in as many calories
 9   as you'd expect.
10       Q.   In fact, you know, at the beginning when he was
11   on all of those antibiotics and he was taking all those
12   drugs, it wouldn't surprise you if he lost some weight,
13   right?
14       A.   That's correct.
15       Q.   But when he started to get adjusted to those --
16   well, strike that.
17           When he stopped the antibiotics and started
18   getting accustomed to those narcotics, then you might
19   expect the weight gain to start if his physical activity
20   was very restricted?
21       A.   Yes, ma'am.
22           (Exhibit No. 38 marked.)
23       Q.   (BY MS. THORPE)  All right.  I'm going to show
24   you what's been marked as Exhibit 38 for identification
25   and direct your attention to his visit on February 13,
0392
 1   2003.  It's sort of in the middle of the page.
 2       A.   Got it, uh-huh.
 3       Q.   And this is when he's going to see his
 4   psychiatrist, Dr. Cabada-Rovirosa, right?
 5       A.   Yes, ma'am.
 6       Q.   You didn't review these records, did you?
 7       A.   If he's not on my list -- Rovirosa, no, he's --
 8   he's not on my list, so I did not have this one.
 9       Q.   So here he's telling -- he's in to see a
10   psychiatrist.  And he says, "In February of '03, he has
11   been under severe pains.  He feels very limited due to
12   his condition and this has taken a big emotional toll
13   for him.  He feels incapacitated to work mostly
14   secondary to his pain.  Pain is a very limiting
15   situation for him," right?
16       A.   Yes, ma'am.
17       Q.   And so, again, he's in to see his psychiatrist
18   because in part of the serious problems he's having in
19   terms of the pain from his back?
```

Page 34

bt100908.txt

```
20        A.  Yes, ma'am.
21        Q.  All right.
22              (Exhibit No. 39 marked.)
23        Q.  (BY MS. THORPE)  I'm going to show you a
24   document that's been marked as Exhibit 39.
25        A.  Thank you.
0393
 1        Q.  And this is a letter dated May 19, 2003, right?
 2        A.  I see a date fax 6-11-03.  Tell me where you
 3   find the May 19th.
 4        Q.  Date of evaluation.
 5        A.  Okay.  Date of evaluation, yes, ma'am.
 6        Q.  And this -- in the time line that the
 7   plaintiffs' law firm prepared for you, this letter is
 8   not included, right?
 9        A.  That's correct.
10        Q.  And this letter attempts to go through the
11   entire history of his back condition, right?
12        A.  Yes, ma'am.
13        Q.  And it says that in the course of nonsurgical
14   treatment of his back problem, the patient developed
15   diskitis around the time that he had a diskogram in July
16   of 2002, correct?
17        A.  That's correct.
18        Q.  Nothing in his history says that he had
19   diskitis in 1997, correct?
20        A.  Yes, ma'am.
21        Q.  It just talks about diskitis in 2002.
22        A.  Yes, ma'am.
23        Q.  And this letter that's been marked as
24   Exhibit 39 goes all the way back to his original injury
25   in August of 1997 when he fell on his back and was
0394
 1   subsequently diagnosed as having suffered a lumbar disk
 2   herniation, right?
 3        A.  Yes, ma'am.
 4        Q.  So Dr. Bloom who wrote this letter did not
 5   recount any kind of prior diskitis in --
 6        A.  I accept that.  This is the first information
 7   that collates it all very well.  But that would
 8   certainly move his infective diskitis from 1997 to 2002,
 9   yes, ma'am.
10        Q.  So you think now that more probably than not he
11   had the diskitis -- one diskitis episode and it occurred
12   in the year he started Seroquel?
13        A.  And the date is 2002, yes.
14        Q.  All right.
15        A.  And he also received -- this is the first time
16   we've got good evidence he had antibiotics as well for
17   that.
18        Q.  Right.  He was put on Vancomycin, right?
19        A.  That's correct.
20        Q.  And then in April of '02, just a few months
21   prior to this time, he began to develop urinary
22   symptoms, including decreased force of his urinary
23   stream, hesitancy, and incontinence, specifically when
24   he took diuretics, right?
25        A.  Yes, ma'am.
0395
 1        Q.  And on this -- this Dr. Bloom physically
 2   examined the patient, right?
 3        A.  Yes, ma'am.
 4        Q.  And noted that he is using a walker and appears
```

Page 35

bt100908.txt

```
 5      to be in a moderate -- moderate degree of discomfort,
 6      and this is in May of 2003, right?
 7           A.   That's correct.
 8                (Exhibit No. 40 marked.)
 9           Q.   (BY MS. THORPE)  Okay.  I'm going to show you
10      what's been marked -- okay.
11                I'm going to show you what's been marked as
12      Exhibit 40 for identification.
13           A.   Thank you.
14           Q.   And this is in July of 2003, and this is a
15      record by Dr. Terrence Peppard.  And this is not a
16      record you reviewed, correct?
17           A.   That's correct, it's not on my list.
18           Q.   And you'll agree with me that Dr. Peppard, who
19      is in the rehabilitation business, said that the patient
20      had continued low back pain since August 13th of 1997,
21      although the pain worsened considerably in July 2002
22      mostly on the basis of diskitis, right?
23           A.   Yes, ma'am.
24           Q.   And then if you look down at the next
25      paragraph -- well, actually, let's just go down to
0396
 1      the -- let's go down to the second paragraph.  He says,
 2      "The patient has been taking significant amounts of pain
 3      and psychotropic medications," right?
 4           A.   Yes, ma'am.
 5           Q.   And he says, if you go further into the
 6      paragraph, "He has fallen to his knees several times in
 7      the -- in the past year"?
 8           A.   Yes, ma'am.
 9           Q.   "On the basis of dizziness as well as bilateral
10      lower extremity buckling"?
11           A.   Yes, ma'am.
12           Q.   "His weight has increased to 288 pounds at
13      5'9"," right?
14           A.   Yes, ma'am.
15           Q.   "He has noted difficulty voiding and may have
16      some degree of urinary retention," right?
17           A.   Yes, ma'am.
18           Q.   And he had urinary incontinence when he had the
19      active diskitis, right?
20           A.   Yes, ma'am.
21           Q.   He has difficulty holding on to objects in the
22      past but this was better once the Soma was discontinued,
23      right?
24           A.   Yes, ma'am.
25           Q.   He goes on to say that the patient needs to
0397
 1      have increased physical activity, although this may
 2      increase his pain symptoms, and that he needs a
 3      meaningful weight loss program?
 4           A.   I would agree with that.
 5           Q.   Okay.  And Dr. Peppard tells me in the last
 6      sentence that he has stressed to the patient that his
 7      level of inactivity, chronic use of significant amounts
 8      of medications, affected mental status, and morbid
 9      obesity represent a significant risk to his overall
10      health?
11           A.   I would agree with that, ma'am.
12           Q.   Okay.  Now -- so that's in July 14th, 2003, at
13      a time that he was taking Seroquel, right?
14           A.   Yes, ma'am.
15           Q.   Okay.  So I'm going to move to the next year --
```

Page 36

bt100908.txt
```
16                (Exhibit No. 41 marked.)
17        Q.   (BY MS. THORPE) -- and show you what's been
18   marked as Exhibit 41 for identification.
19        A.   Thank you.
20        Q.   And you'll agree with me that you've not
21   reviewed this Social Security Administration function
22   report that appears to be filled out by Mr. Unger?
23        A.   If I didn't list it, I probably hadn't.  I do
24   remember seeing a Social Security -- let's assume I
25   hadn't, then.
0398
 1        Q.   You don't remember reading this?
 2        A.   I don't remember reading it, no.
 3        Q.   Would you --
 4        A.   But go on.
 5        Q.   -- would you turn to page 6, please.
 6        A.   Six?
 7        Q.   Yeah.
 8        A.   I'm on page 6.
 9        Q.   All right.  You would agree that Mr. Unger says
10   that he is unable to walk even a block with my walker,
11   then I get weak, fatigue, pain becomes unbearable?
12        A.   Yes, ma'am.
13        Q.   This is in 2004, right?
14        A.   Yes, ma'am.
15        Q.   And he says he can walk only 150 feet before
16   needing to stop and rest?
17        A.   Yes, ma'am.
18        Q.   And if you have to rest, it can -- how long
19   before you can resume walking?  He responds as long as
20   30 minutes, right?
21        A.   Yes, ma'am.
22        Q.   Now, if you will assume with me that he worked
23   through May of 2002, that he was a working person up to
24   that point, this report that's been marked as Exhibit 41
25   represents a very serious deterioration of his condition
0399
 1   in terms of physical activity and a sedentary lifestyle,
 2   correct?
 3        A.   Yes, ma'am.  I think that summarizes it well.
 4        Q.   Okay.  And then --
 5                (Exhibit No. 42 marked.)
 6        Q.   (BY MS. THORPE)  -- I'm going to show you
 7   Exhibit 42 for identification.  It takes us up to 2005.
 8        A.   Thank you, ma'am.
 9        Q.   And this is a document -- Exhibit 42 does not
10   appear on the time line that was prepared for you by the
11   plaintiffs' law firm, right?
12        A.   I did review Dr. Schechter's data.  His list is
13   on my page 10.  We're now looking at an entry by
14   Dr. Schechter in October 2005, the 19th of October --
15   okay, ma'am.
16        Q.   It's not on the time line, right?
17        A.   It's not on the time line.  Although --
18        Q.   And, in fact --
19        A.   -- I did see -- I did review this man's data.
20        Q.   Okay.
21        A.   But please carry on.
22        Q.   All right.  So you actually -- you read this
23   information in the October 19, 2005 letter from
24   Dr. Schechter that's been marked as Exhibit 42 before
25   you formed your opinions, right?
0400
```
Page 37

bt100908.txt
```
 1          A.   I believe so, ma'am, yes.
 2          Q.   And you attributed -- and you do not mention
 3     this letter or the information in this letter in the
 4     report that you made on Mr. Unger, right?
 5          A.   That's correct.  What I -- what I had mentioned
 6     was overall his mobility had been markedly decreased,
 7     and then I went on to summarize the other kind of
 8     components of his risks for diabetes.
 9          Q.   What you say in your report, sir, is that he
10     had a back injury in 1997 affecting the levels of L4 and
11     L5 and subsequently following a diskogram developed
12     diskitis which despite treatment rendered him incapable
13     of continued work in his profession.  That's what you
14     wrote, right?
15          A.   That's how I summarized it, that's --
16          Q.   You didn't tell the reader of this report that
17     during the time he was on Seroquel, as of October 19,
18     2005, he is riding around in an electric scooter, did
19     you?
20          A.   No, ma'am.  What I said --
21          Q.   And --
22          A.   -- was his -- he was incapable of continuing
23     work with his -- with his profession --
24          Q.   Right.
25          A.   -- yes, ma'am.
0401
 1          Q.   And someone who -- he -- he indicates in his
 2     October 19, 2005 report he usually is able to ambulate
 3     with a walker, right?
 4          A.   That's correct.
 5          Q.   But on the day that he visited Dr. Schechter,
 6     he was riding an electric scooter?
 7          A.   That's correct.
 8          Q.   And he still has severe pain across his lower
 9     back in October of 2005, right?
10          A.   Yes, ma'am.
11          Q.   He feels heaviness along his legs --
12          A.   Yes, ma'am.
13          Q.   -- right?
14               The -- Dr. Schechter did a physical exam,
15     correct?
16          A.   Yes, ma'am.
17          Q.   He says that as of that date in 2005 he's still
18     uncomfortable with regard to the lower back and he still
19     has diminished range of motion with tenderness across
20     his back and that straight leg raising causes back pain,
21     right?
22          A.   That's correct.
23          Q.   And then if you go down to the plan, Mr. Unger
24     says that he wants to get the Premier bathing system,
25     which is a self-contained shower and bathtub with a
0402
 1     hydrotherapy spa and heat system, right?
 2          A.   Yes, ma'am.
 3          Q.   And that's because he has significant
 4     difficulty getting into his shower, right?
 5          A.   Yes, ma'am.
 6          Q.   And even has difficulty with sitting in a
 7     shower chair as he still cannot reach his legs and
 8     requires assistance in helping him bathe, correct?
 9          A.   Yes, ma'am.
10          Q.   I'm going to show you -- let me find it.
11          A.   While you're sorting, may I take a brief break.
```
                              Page 38

bt100908.txt

```
12        Q.   Sure.
13                  (Short recess from 7:18 to 7:24.)
14                  (Exhibit No. 43 marked.)
15        Q.   (BY MS. THORPE)  Doctor, I'm going to show you
16   what's been marked as Exhibit 43 for identification.
17        A.   Thank you, ma'am.
18        Q.   Now we're up to 2006.
19        A.   January 2006, yes, ma'am.
20        Q.   And he's seeing Dr. Ruiz?
21        A.   Yes, ma'am.
22        Q.   And Dr. Ruiz is a pain management person,
23   right --
24        A.   Yes, ma'am.
25        Q.   -- doctor?
0403
1         A.   Yes, ma'am.
2         Q.   And Dr. Ruiz says that -- recites his history
3    about the diskitis and his problems with his back,
4    right?
5         A.   Yes, ma'am.
6         Q.   And then he says his lower back -- it looks
7    like it's missing a word, but it's probably "painful now
8    daily and increases with activity and decreases
9    partially with oral meds."  Would you agree with that?
10        A.   Yes, ma'am.
11        Q.   He described it like a pressure/ache sensation
12   with radiation to both lower extremities, right side
13   more than left, right?
14        A.   Yes, ma'am.
15        Q.   And his pain ranges -- in a scale of 1 to 10
16   with 10 being the worst, his pain ranges from 8 to 10,
17   right?
18        A.   Yes, ma'am.
19        Q.   That's a very high pain level, right?
20        A.   Ten out of 10.
21        Q.   And he's on a whole array of medicines in
22   January 2006 for his back, right?  Well, some of them
23   are for his back.  He's on MS Contin?
24        A.   Right.
25        Q.   What is MS Contin?
0404
1         A.   As we discussed a moment ago, it's an opiate
2    and -- as is Vicodin.
3         Q.   The MS Contin is morphine, right --
4         A.   Yes, ma'am.
5         Q.   -- morphine sulfate contin?
6         A.   That's correct.
7         Q.   All right.  And then we've already talked about
8    him being on --
9         A.   Vicodin.
10        Q.   -- Vicodin.
11                  So in January of 2006, if you turn over to
12   his labs and his MRI, this doctor thinks that he has
13   central clumping and intrathecal nerve roots suspicious
14   of arachnoiditis.  Do you know what arachnoiditis is?
15        A.   Yes, ma'am, it's an inflammation of one of the
16   linings around the brain and spinal cord.
17        Q.   And the -- this is a very, very serious
18   disease?
19        A.   It's not a good thing to have.
20        Q.   And the doctor says, "If the present pain
21   medicine fails and surgery is not an option, the patient
22   may be a candidate for intrathecal morphine trial,"
```
                              Page 39

bt100908.txt

```
23        right?  Do you know what that means?
24             A.   Yes, ma'am.
25             Q.   What does that mean?
0405
 1             A.   That they put a little needle in there and he
 2        gets a little button that he can press and give himself
 3        tiny doses of intrathecal morphine.
 4             Q.   That would be -- well, let me ask you:  In all
 5        of your practice of medicine, you've not had a patient
 6        who had that kind of device?
 7             A.   Interestingly enough, if you have anything
 8        quite modest nowadays in a hospital, you will wake up
 9        with something like this.  But they take it out pretty
10        quickly after, yeah.
11             Q.   Not -- not as a matter of, like, living with --
12             A.   Yeah.
13             Q.   -- this kind of --
14             A.   No.
15             Q.   -- device --
16             A.   No.
17             Q.   -- on a daily basis, right?
18             A.   What they found was if folk are giving these in
19        the postoperative period and allowed to administer
20        themselves, they actually use very much less morphine
21        than if they're giving a subcutaneous or intramuscular
22        morphine in a different setting.
23             Q.   Right.  When someone has a baby now, you have a
24        morphine pump, but -- if you have a C-section, right?
25             A.   Yes, ma'am.
0406
 1             Q.   But that's not what we're talking about with --
 2        with Mr. Unger?
 3             A.   No.
 4             Q.   He's talking about a device that would be in
 5        there all the time that he could inject morphine into
 6        his back, right?
 7             A.   That would -- even the medical school would
 8        describe that as a big deal.
 9                  (Exhibit No. 44 marked.)
10             Q.   (BY MS. THORPE)  Yes.  Okay.  So I've just
11        given you an article that has been marked as Exhibit 44
12        for identification on arachnoiditis, right?
13             A.   Yes, ma'am.
14             Q.   And the -- and the definition of the disease is
15        that it is characterized by inflammation and scarring of
16        the arachnoid membrane of the spinal cord, correct?
17             A.   That's correct.
18             Q.   And if you look at the top paragraph, it says,
19        "Unfortunately, there is no cure, only treatment of the
20        chronic symptoms," correct?
21             A.   Yes, ma'am.
22             Q.   And it is characterized -- some of the common
23        symptoms include burning pain in the low back that may
24        radiate down the legs, correct?
25             A.   Yes, ma'am.
0407
 1             Q.   And certainly doctor -- Mr. Unger had that,
 2        right?
 3             A.   Yes, ma'am.
 4             Q.   It's pain that persists even at rest, and
 5        Mr. Unger had that, right?
 6             A.   Yes, ma'am.
 7             Q.   Urinary urgency, frequency, and incontinence.
```

Page 40

bt100908.txt

```
 8        Mr. Unger had that, right?
 9        A.   At one stage, yes, ma'am.
10        Q.   Okay.  Now, if you look under causes on
11   page 215 of Exhibit 44 --
12        A.   Yes.
13        Q.   -- possible causes include infections, trauma,
14   and spinal cord contamination, right?
15        A.   Yes, ma'am.
16        Q.   And he had a diskitis that fits that
17   definition, right?
18        A.   Would fulfill it, yes, ma'am.
19        Q.   Turn to the last page of Exhibit 44 in the
20   discussion portion on 219.
21        A.   I have 19 and the discussion.
22        Q.   And the authors of this article conclude that
23   the prognosis is poor for patients with spinal
24   arachnoiditis, right?
25        A.   Yes, ma'am.
0408
 1        Q.   There is no cure, and surgical intervention may
 2   provide only temporary relief with the scarring
 3   returning after a short period of time, correct?
 4        A.   Yes, ma'am.
 5        Q.   The patients are at risk for depression,
 6   suicide, and drug and alcohol abuse as a result of
 7   enduring pain for years at a time and the disabilities
 8   associated with the disease, correct?
 9        A.   Yes, ma'am.
10        Q.   The lifespan of the patient may be decreased as
11   much as 12 years, correct?
12        A.   Yes, ma'am.
13        Q.   Prevention of the disease is difficult and
14   cannot be reliable if there are, in fact, genetic
15   factors, right?
16        A.   Yes, ma'am.
17        Q.   Now, you agree that the condition that
18   Mr. Unger developed beginning in the summer of 2002
19   before he started taking Seroquel and that persisted
20   throughout the time since then could entirely explain
21   his weight gain?
22        A.   It would be -- it could be one of the
23   possibilities.  As I've said earlier, the -- on big
24   doses of opiates, it is also possible to become
25   nauseated.  And so weight gain in that setting sometimes
0409
 1   does not occur.  But when we're looking at somebody who
 2   was hugely obese before any of this happened and who now
 3   had significant discouragement to undertake much in the
 4   way of physical activity, weight gain certainly is a
 5   known possibility.
 6        Q.   You could not rule out in the case of Mr. Unger
 7   that the problems that he had with his back beginning in
 8   the summer of 2002 were the sole cause of his weight
 9   gain?
10        A.   Ma'am, I won't -- I won't go to the bait quite
11   that easily.  What I have agreed with you is that very
12   severe back pain with limitation on his mode of activity
13   could be a cause for weight gain.  I've also made the
14   statement that he was on an atypical antipsychotic whose
15   known side effect is weight gain.  And clearly to
16   ascribe the inactivity or hypokinesis as the only cause
17   for his weight gain would be naive.
18        Q.   So if Mr. Unger had not taken Seroquel but had
```

Page 41

bt100908.txt
```
19      had these events happen to him after July of 2002, you
20      would agree with me that he could have gained weight of
21      the quantity that he gained while he was on Seroquel,
22      correct?
23           A.  Of the quantity -- that he could have gained
24      weight, yes, ma'am.
25           Q.  You would agree with me that if Mr. Unger had
0410
1       not taken Seroquel but had had the experiences he had
2       after July 2002 with his back, that he could have very
3       easily gained 43 pounds?
4                    MR. BRUDNER:  Objection, form.
5            A.  Ma'am, I also mentioned that large doses of
6       opiates can cause nausea.  So he could have gained
7       weight, he could have lost weight, and he could have
8       remained the same.
9            Q.  (BY MS. THORPE)  And he could have gained
10      43 pounds while he was stricken with this horrible back
11      condition that he has, right?
12           A.  He might have gained weight, yes, ma'am.
13           Q.  All right.  How do you rule out the back
14      problem that occurred virtually contemporaneously with
15      him starting Seroquel as a cause of his weight gain?
16           A.  I -- I think "a cause" is the correct word.  I
17      thought I heard you earlier say "the cause," and
18      clearly --
19           Q.  I did.
20           A.  -- I wouldn't let you get away with that.  But
21      a cause is perfectly all right, I'll accept that.
22           Q.  So you can't rule out his severe back problems
23      beginning in 2002 as a cause of his weight gain?
24           A.  No, ma'am.  I wouldn't wish to.
25           Q.  All right.  And you can't say how much of
0411
1       Mr. Unger's weight gain that you say is 43 pounds was
2       due to his back problems or due to his ingestion of
3       Seroquel?
4            A.  That's correct.  I believe they both could be
5       contributing factors.  On the other hand, if the opiates
6       he got for his pain made him nauseated, he might have
7       gained weight because of Seroquel.  As I've said
8       earlier, the issue of opiates and appetite is out there.
9            Q.  If you examined Mr. Unger -- if you had seen
10      him, could you have determined the degree to which his
11      activity was impaired?
12           A.  In a manner similar to the physicians which
13      have already interviewed him, yes, ma'am.  One takes a
14      history, one does a physical examination, one listens to
15      the family, and then one makes a conclusion.  And we've
16      had some nice examples of that in some of the exhibits
17      that you have produced.
18           Q.  Nowhere in your report did you describe the
19      kinds of narcotics that Mr. Unger was on like MS Contin
20      and OxyContin and Vicodin and a number of other
21      narcotics, did you?
22           A.  No, ma'am, because as I've said a moment ago,
23      opiates can cause nausea and are not as commonly
24      ascribed to weight gain as some of the atypical
25      antipsychotics.  So I went for the big elephant and left
0412
1       the little elephant on the side.
2            Q.  And so would you describe this experience
3       that -- well, let me -- let me ask you this.
```
Page 42

bt100908.txt

```
     4                   The experience that he had with his back in
     5     July of 2002 was certainly a big elephant in Mr. Unger's
     6     life, correct?
     7          A.   Very dramatic, ma'am.
     8          Q.   And the fact that he was taking serious
     9     narcotic medication to manage the pain associated with
    10     this back problem you chose not to include in your
    11     report, correct?
    12          A.   Yes, ma'am.
    13          Q.   And --
    14          A.   I mentioned that it had changed his lifestyle,
    15     it had stopped him from working, but I did not enumerate
    16     them, again, for the reasons which you've said.
    17     Firstly, some of these did not come into my horizon;
    18     and, secondly, because I really don't know without
    19     asking him what the opiates have done to his appetite.
    20     Large doses of morphine and morphine-like substances
    21     often cause nausea.
    22          Q.   And he continued on those opiates the entire
    23     time he was taking Seroquel, correct?
    24          A.   Yes, ma'am.
    25          Q.   And during that period of time, he gained,
0413
     1     according to your report, 43 pounds, correct?
     2          A.   Forty-three, yes, ma'am.
     3          Q.   So the taking of those opiates while in the
     4     beginning when he was on antibiotics and was first sick
     5     might have affected his appetite, but certainly he
     6     continued to eat enough to put on 43 pounds, correct?
     7          A.   He certainly put on weight, ma'am, yes.
     8          Q.   Right.  And if he had been nauseous and
     9     throwing up every day, it would have been unlikely that
    10     he would have gained 43 pounds, right?
    11          A.   Unless his appetite center had been stimulated
    12     by an atypical antipsychotic.
    13          Q.   Or maybe -- you would concede that it is -- let
    14     me ask you this.
    15               Would you concede that it's likely --
    16     strike that.
    17               All right.  Let's -- let me ask you one
    18     question I've been meaning to ask you, Doctor.  Can you
    19     define what level of BMI is obese?  You would agree that
    20     over 30 is obese?
    21          A.   I would agree that over 30 is on the line of
    22     morbid obesity, ma'am, and --
    23          Q.   What about overweight?  How would you define --
    24          A.   Overweight -- I think -- and there are several
    25     classifications out there.  An ideal weight would be
0414
     1     less than 23 to 25.  Obese gets up to 30, and morbid
     2     obesity much above 30 to 35.  I mean, there's an
     3     increasing as the numbers go up.
     4          Q.   All right.  Let's turn to Ms. McAlexander.  It
     5     will take me a second to get my stuff together.
     6               (Exhibit No. 45 marked.)
     7          Q.   (BY MS. THORPE)  I'm going to show you what's
     8     been marked as Exhibit 45 for identification and ask you
     9     if this is your report on Eileen McAlexander.
    10          A.   Thank you.  Yes.
    11          Q.   And --
    12               (Exhibit No. 46 marked.)
    13          Q.   (BY MS. THORPE)  -- I'm going to show you
    14     what's been marked as Exhibit 46 and ask you if this is
```

Page 43

bt100908.txt

```
15    a time line that was prepared by the plaintiffs' law
16    firm and given to you regarding Ms. McAlexander.
17         A.   Thank you, ma'am.  Yes.
18         Q.   Okay.  So with your report in front of you
19    that's been marked as Exhibit 45, do you have any
20    additions or changes to your report?
21         A.   Not at this time, ma'am, no.
22         Q.   In -- in -- is it your -- strike that.
23              Your report that's been marked as
24    Exhibit 45, in your mind, is factually and medically
25    accurate, correct?
0415
 1         A.   To the best of my ability at the time it was
 2    made, yes, ma'am.
 3         Q.   And you certainly used your best skills to make
 4    it as factually and medically accurate as possible?
 5         A.   Yes, ma'am.
 6         Q.   The -- if you could turn to the reference or
 7    reliance list that we've discussed before that's on
 8    page --
 9         A.   Sixteen.
10         Q.   -- 16.  And what I'd like you to do is go down
11    that list and check the medical records that you've
12    reviewed.  And if it helps to use -- do you want another
13    copy of your report to look at while you do it?
14         A.   Okay.  Sure.  Thank you.
15              (Short recess from 7:44 to 7:48.)
16         A.   Thank you, ma'am.  I have matched up as well as
17    I can.  There are a few on my list that don't appear
18    here and vice versa, but in the interest of time, I've
19    matched the principal ones.
20         Q.   (BY MS. THORPE)  So on -- thank you.
21              On Exhibit --
22         A.   Forty-five.
23         Q.   -- 45, you have marked the medical records that
24    you've reviewed on that reference list that's page 16,
25    right?
0416
 1         A.   Yes, ma'am.
 2         Q.   And you didn't read all the medical records
 3    with regard to Ms. McAlexander?
 4         A.   That's correct.  As I said a moment ago, there
 5    are some on my list which aren't there, and that may
 6    just mean that the names are slightly different, and
 7    some are on this --
 8         Q.   Could you identify the ones --
 9         A.   -- list which are not in my list, and that
10    would include what you've said, which is that ones that
11    I didn't see.
12         Q.   Okay.  On the ones that appear in the text of
13    your report with regard to Ms. McAlexander that aren't
14    on the reference list, can you identify those just by
15    telling me what they are?
16         A.   Yes.  I couldn't find South Duchess Family
17    Practice Center.  I couldn't find Benedictine Hospital.
18    I did find Four Winds.  I didn't find Social Security
19    Administration.  I didn't find Family Care Specialists.
20    I did find Florida Psychiatric.  I did find Ocala
21    Regional Medical Center.  Amongst the doctors I found
22    Dr. Velisetty, Heflin.  I did not find Dr. Schneider.  I
23    did not find the Vassar hospitals.  I did find
24    Dr. Gordon.  I didn't find the Hudson Valley Heart
25    Center, and I didn't find the Digestive Diseases Center.
```
                              Page 44

bt100908.txt

0417
```
 1              As I said, that may just be because the
 2    titles are slightly different or the terminology was
 3    taken off a different line on the titles.
 4        Q.   But what you're saying is there are a number of
 5    medical records that are in the text of your report that
 6    don't appear on the reference list?
 7        A.   That's correct.
 8        Q.   Okay.  But in any event, you didn't read all of
 9    the medical records that were provided to you by the
10    plaintiffs' lawyer --
11        A.   That's correct.
12        Q.   -- correct?
13              And you didn't read any of the depositions
14    they provided to you --
15        A.   That's correct.
16        Q.   -- of the various doctors or of the plaintiff,
17    correct?
18        A.   That's correct, ma'am.
19        Q.   And I'm talking about Ms. McAlexander.
20        A.   Yes, ma'am.
21        Q.   All right.  By not reading all of the medical
22    records that were given to you on Ms. McAlexander, you
23    may have missed alternative explanations for any weight
24    gain that she had, right?
25        A.   Yes, ma'am.
```
0418
```
 1        Q.   And by not reading all of the medical records
 2    on Ms. McAlexander, you may have missed other causes for
 3    her diabetes other than Seroquel which you have blamed
 4    in your report?
 5        A.   Yes, ma'am.
 6        Q.   Now, if you would turn to the -- the text of
 7    your report that -- where it says, "Opinions relating to
 8    Eileen McAlexander" --
 9        A.   Yes, ma'am.
10        Q.   -- "McAlexander," on the second page of that
11    part of your report you say that based on reasonable
12    medical probability, the excess weight gain experienced
13    following the administration of the atypical
14    antipsychotic Seroquel was a cause of and contributed to
15    the development of her diabetic state, right?
16        A.   Yes, ma'am.
17        Q.   So what you are saying is that the cause of her
18    diabetes is her weight gain that you attribute to her
19    ingestion of Seroquel, correct?
20        A.   Yes, ma'am.
21        Q.   And as is the case in other matters that we've
22    discussed with each other, you are not saying that there
23    is any evidence that Seroquel had a direct effect on
24    Ms. McAlexander, correct?
25        A.   Yes, ma'am.
```
0419
```
 1        Q.   That's correct?  I'm correct?  Sometimes when
 2    you say yes, it's just not clear what you mean.
 3        A.   Okay.  Maybe you should rephrase that question.
 4        Q.   Okay.  I'll try it again.
 5        A.   Okay.
 6        Q.   There is no evidence that you know of that
 7    Seroquel had a direct effect on Ms. McAlexander; is that
 8    correct?
 9        A.   Had a direct effect on her psychosis or on her
10    weight?
```

Page 45

bt100908.txt

```
11        Q.   On her diabetes.  Let me start over.
12             There is no evidence that you know of that
13   Seroquel had a direct effect on Ms. McAlexander such
14   that it caused her to have diabetes by some direct
15   mechanism?
16             MR. BRUDNER:  Objection, form.
17        A.   I go back to the reservation that with Zyprexa
18   there does seem to be a direct effect.  With Seroquel it
19   has not yet been demonstrated.  And at this time I think
20   the mechanism is most likely due to weight gain.
21        Q.   (BY MS. THORPE)  Okay.
22        A.   But I leave that reservation because these
23   groups of medications seem to have a common effect on
24   weight and at least one of them has had a direct effect
25   on components of insulin action.
0420
1         Q.   Am I correct that you're not offering an
2    opinion here that Seroquel has a direct effect on the
3    pancreas or a direct effect on the pancreas of
4    Ms. McAlexander?
5         A.   On -- on current knowledge, yes, ma'am.
6         Q.   Okay.  Now, you have said that Seroquel is a
7    cause of her weight gain.  What are the other causes of
8    her weight gain?
9         A.   If we go back one page under the clinical
10   facts, we have a list of them.  Second line would start
11   with major depression, obesity, asthma, cigarette
12   smoking habit, occasionally requiring glucocorticoids,
13   which are cortisone-like variants, usually Prednisone.
14   Obesity we've mentioned and hypertension, and then she
15   also has a family history of diabetes.
16        Q.   Okay.  My question was a little different, and
17   so let me just say it -- ask it again.
18             Have you quantified -- or not have you
19   quantified.
20             Have you identified any other causes of her
21   weight gain?  I think you just gave me a list --
22        A.   I beg your pardon.  Okay.  I gave you a list of
23   contributing factors to diabetes.
24        Q.   Right.
25        A.   Yes.  Going back, I think an important one to
0421
1    acknowledge would be that when she'd had an asthma
2    flare-up, she occasionally required glucocorticoids.
3    And we agreed that Prednisone as an example of the
4    glucocorticoids can induce weight gain.  Again, it
5    depends on the duration.  Commonly for asthma it's a
6    Medrol Dose Pack, and so they only get about five to
7    seven days of it.  And so the long-term effect on weight
8    is not as dramatic as a dose of cortisone that was
9    continued for any length of time.
10        Q.   So what -- what else besides that, if anything,
11   could have contributed --
12        A.   That's about it.
13        Q.   -- to her weight gain?
14        A.   That's about it.
15        Q.   And then on the other side of the coin, you
16   listed other causes of her diabetes as being major
17   depression, preexisting obesity that predated Seroquel,
18   asthma, cigarette smoking, the ingestion of -- or the
19   taking of glucocorticoids, hypertension, and her family
20   history of diabetes?
21        A.   That's correct, ma'am.
```

Page 46

bt100908.txt

```
22          Q.   All right.
23          A.   May I add another?
24          Q.   Sure.
25          A.   Somewhere in there further down she'd been on
0422
1     the other atypical antipsychotic, Risperdal.
2          Q.   Okay.  And that in your mind is a cause of
3     diabetes, Risperdal is a cause of diabetes?
4          A.   It's a cause of weight gain and would then
5     contribute -- to be a contributing factor to diabetes in
6     somebody with a family history.
7          Q.   Okay.  And you think that that happened in the
8     case of Ms. McAlexander, that Risperdal was -- let me
9     back up a second.
10              You equate a contributing factor and a
11    cause -- they're the same thing in your mind, correct?
12         A.   Pretty well, yes, ma'am.
13         Q.   Okay.  So in your opinion, Risperdal in
14    Ms. McAlexander is a cause -- a cause of her diabetes or
15    weight gain leading to diabetes?
16         A.   Should be on the list.  When one looks at
17    risks of -- it's nice to simply think of contributing
18    factors, then we're not arguing which one should be at
19    the top of the list.  Seroquel should be on that list as
20    should all of the others on the list you've just written
21    down.
22         Q.   So you have not quantified the contribution
23    that each of these causes that you've identified just
24    now have made to the development of diabetes in
25    Ms. McAlexander, correct?
0423
1          A.   No, ma'am.
2          Q.   And you have not ruled out any of these causes
3     as -- strike that.
4               Have you examined this plaintiff,
5     Ms. McAlexander?
6          A.   No, ma'am.  As we mentioned earlier, I did not
7     have access to any of these patients.
8          Q.   And you did not talk to her on the phone?
9          A.   No, ma'am.
10         Q.   And you did not send Ms. McAlexander a
11    questionnaire?
12         A.   No, ma'am.
13         Q.   Everything you know about Ms. McAlexander has
14    been given to you by the -- her lawyers, correct?
15         A.   If that includes all of the medical literature
16    which we've discussed, yes, ma'am.  I did not get
17    anything directly from the lady.  As we mentioned, I had
18    no direct contact with her.
19         Q.   Okay.  Let's talk about her use of Seroquel.
20    Okay?  You indicate in your report that she began taking
21    Seroquel in -- on August 30, 2001, right?
22         A.   Yes, ma'am.
23         Q.   And your report says that on that day she
24    had -- was given Seroquel, 25 milligrams in the morning
25    and 50 milligrams at bedtime, right?
0424
1          A.   Yes, ma'am.
2          Q.   Now, I want to show you her prescription record
3     from August 30.
4               (Exhibit No. 47 marked.)
5          Q.   (BY MS. THORPE)  I'm going to show you her
6     prescription record which has been marked as Exhibit 47.
```
Page 47

bt100908.txt

```
 7         A.   Thank you.
 8         Q.   And you'll see that on August 30, 2001, she was
 9    prescribed 25 milligrams by a Dr. Venkates Inaganti and
10    it says take one tablet twice.  Do you see that?
11         A.   Yes, ma'am.
12         Q.   And she was really -- this is a -- she was
13    really getting 50 milligrams a day when she started,
14    right, not 75 milligrams?
15         A.   Yeah.  Well, what I have -- if I can refer
16    to -- we don't have a number yet.
17         Q.   Yeah, we do.
18         A.   Okay.  We do, okay.
19         Q.   It's Exhibit 46.
20         A.   Okay.  Okay.  If I could refer you to page 3 on
21    the Exhibit 46.
22         Q.   The time line?
23         A.   The time line, yeah.
24              We have -- in the time line, Venkates
25    Inaganti is described as having given her on 8-30-01
0425
 1    only a seven-day supply.  So you do the math.  She
 2    theoretically should be taking 30 tablets.  That's four
 3    a day.  That should be 100 milligrams.  You then go on
 4    to 9-8-01.  She's given 75 milligrams.  So depends on
 5    how one reads that.
 6              Now, let me go back and see if we can find
 7    on this pharmacy readout anything that matches that.
 8         Q.   Well, if you look at August 30, 2001, on
 9    Exhibit --
10         A.   Right.  We've got --
11         Q.   -- 40 --
12         A.   -- Inaganti and we've got 25 milligrams and one
13    tablet twice daily, so there's 50.
14         Q.   Right.  She started off on 50 milligrams --
15         A.   Right --
16         Q.   -- didn't she?
17         A.   -- I think that's reasonable.
18         Q.   Okay.
19         A.   And then we now go up to 9-8.
20         Q.   I'm going to get to 9-8 --
21         A.   Okay.
22         Q.   -- all right?  So let me just --
23         A.   No problem.
24         Q.   -- take this one step at a time so the record
25    will be clear.
0426
 1              So you've looked at the Rite Aid record
 2    which has been marked as Exhibit 47?
 3         A.   Yes, ma'am.
 4         Q.   And you agree that she was started out on
 5    August 30, 2001, at 50 milligrams a day on Seroquel,
 6    right?
 7         A.   Right.
 8         Q.   So the -- your report has a mistake in it that
 9    says it's 75 milligrams instead of 50, right?
10         A.   Yes.
11         Q.   Okay.  Then she goes -- Ms. McAlexander goes to
12    see Dr. Lavian on September 8, 2001.  And as you noted,
13    she goes up to 75 milligrams a day --
14         A.   Okay.
15         Q.   -- right?
16         A.   That's fine, yes, ma'am.
17         Q.   And then if you look at your time line, you can
```

Page 48

bt100908.txt
```
18    see on December 1, 2001, Dr. Lavian changes the dose
19    that Ms. McAlexander got down to 25 milligrams at
20    bedtime as of December 1, 2001.  Do you see that?
21         A.   Yes, ma'am.
22         Q.   She continued taking 25 milligrams at bedtime
23    throughout January of 2002, correct?
24         A.   Yes, ma'am.
25         Q.   That's 25 milligrams of Seroquel, right?
0427
1          A.   Right.
2          Q.   And then she continues through February 11th
3     taking 25 milligrams of Seroquel a day, right?
4          A.   That's correct.
5          Q.   On February 11, 2002, she is seen at
6     Benedictine Hospital where she reports that she has
7     stopped her medicine altogether for three weeks?
8          A.   That's correct.
9          Q.   So she's -- going back three weeks from
10    February 11th, she just -- she didn't take anything?
11         A.   Right.
12         Q.   She's a noncompliant psychiatric patient,
13    right?
14         A.   That's correct.
15         Q.   On February 22, 2002, she gets a new
16    prescription for Seroquel, right?
17         A.   Yes, ma'am.
18         Q.   And that prescription is for 300 milligrams a
19    day?
20         A.   The dose went up, yes, ma'am.
21         Q.   Yes.  And then from August 30, 2001, through
22    February 11, 2002, so going from -- beginning of the
23    time she starts -- let me start over because I can --
24    let me just say it again.
25              She began Seroquel on August 30, 2001,
0428
1     right?
2          A.   Yes, ma'am.
3          Q.   And then up to February 11, 2002, that's about
4     five and a half months, right?
5          A.   Yes, ma'am.
6          Q.   So for three of those five and a half months,
7     she's on a dose of 25 milligrams, right?
8          A.   At least.
9          Q.   Right.  And the rest of the time during that
10    five and a half months her dose ranged from 50 to
11    75 milligrams --
12         A.   We're in agreement.
13         Q.   -- right?
14         A.   That's right.
15         Q.   Now, when she goes off on February 22, 2002,
16    her dose goes up to 300 milligrams at bedtime.  She
17    stays on that dose until February 13, 2003, right?
18         A.   That's correct.
19         Q.   Then on February 13, 2003, her Seroquel dose is
20    increased to 600 milligrams at night by Dr. Velisetty?
21         A.   That's correct.
22         Q.   And that's a dose she takes at bedtime, right?
23         A.   Yes, ma'am.
24         Q.   And she stays on that dose until July 13, 2005,
25    right?
0429
1          A.   Yes, ma'am.
2          Q.   And on July 13, 2005, her Seroquel dose is
```
Page 49

bt100908.txt
```
 3   decreased to 200 milligrams at bedtime by Dr. Velisetty,
 4   right?
 5         A.  Yes, ma'am.
 6         Q.  And then from July 13, 2005, through August --
 7   actually through September 29th of 2005, she stays on
 8   200 milligrams at bedtime, right?
 9         A.  Yes, ma'am.
10         Q.  And then on September 29, 2005, she goes to
11   150 milligrams at bedtime?
12         A.  Yes, ma'am.
13         Q.  Then she stays on that 150 milligrams at
14   bedtime until, according to your report, on October 21,
15   2005, she drops to 100 milligrams at bedtime?
16         A.  Yes, ma'am.
17         Q.  And then on August 2, 2006, she stops taking
18   Seroquel?
19         A.  And she started a nonweight-affecting
20   medication, yes, ma'am.
21         Q.  But she stopped taking Seroquel on August 2,
22   2006, right?
23         A.  That's correct.
24         Q.  So the time period we're talking about with
25   Seroquel is August 31, 2001 to August 2, 2006, correct?
0430
 1         A.  Five years.
 2         Q.  But that's the right time?
 3         A.  Yeah, that looks --
 4         Q.  I've said it accurately.
 5             Okay.  Now, you say in your report that
 6   prior to the administration of antipsychotics,
 7   Ms. McAlexander's weight was 185 pounds.  Do you see
 8   that?
 9         A.  I see my report.
10         Q.  Can you tell me where that weight came from?
11         A.  That's what I see.  I -- I don't see it in the
12   time line.
13         Q.  Isn't it true, sir, that since 1996
14   Ms. McAlexander never weighed less than 255 pounds?
15         A.  Certainly in 1996 I have 265, 265, 255 in '01.
16   So that number 185 is incorrect, and I don't know where
17   that came from.  All of the numbers in the time line are
18   above 200, and the numbers back as early as '96 are 265
19   to 268.
20         Q.  So the weight that you have for -- the weight
21   that you have for Ms. McAlexander as being the weight
22   prior to the administration of antipsychotics is wrong
23   in your report?
24         A.  I believe it's incorrect, ma'am, yes.  It
25   certainly doesn't relate to anywhere in the time line.
0431
 1         Q.  And, in fact, in the weight that she had -- let
 2   me show you an exhibit.
 3             (Exhibit No. 48 marked.)
 4         Q.  (BY MS. THORPE)  The weight that she had just
 5   before she started taking Seroquel, as reflected on
 6   Exhibit 48 -- and it's highlighted -- on August 14,
 7   2001, is 260 pounds; isn't that right?
 8         A.  I think that's a much more representative
 9   value, yeah.
10         Q.  All right.  Let's go through some of her
11   weights before her antipsychotic use.  You'll agree with
12   me that Ms. McAlexander was 5'7" tall, right?
13         A.  Yes, ma'am.
```
                              Page 50

bt100908.txt

14        Q.   And you would agree that her -- the weights
15   that she had before she started Seroquel are very
16   important to your opinion, right?
17        A.   Yes, ma'am.
18        Q.   They're important to your opinion because
19   knowing how obese some was -- one was before they
20   started Seroquel tells you how serious a preexisting
21   cause of diabetes was in that person, right?
22        A.   Yes, ma'am.
23        Q.   It also, knowing prior weights, tells you
24   whether or not the patient like Ms. McAlexander was a
25   weight cycler or not and whether she went up in her
0432
1   weights or whether she went down in her weights before
2   she took Seroquel, right?
3        A.   That's right.
4        Q.   Because if she went up and then she went down
5   in her weights and was a weight cycler before she took
6   Seroquel, she might have done the same thing after she
7   took Seroquel even without regard to taking Seroquel,
8   correct?
9        A.   That is a reasonable comment, yes, ma'am.
10        Q.   All right.  So the first weight that you have
11   on your time line for Ms. -- that was provided to you by
12   the plaintiffs' law firm with regard to Ms. McAlexander
13   is April 12, 1996, right?
14        A.   Yes, ma'am.
15        Q.   You reviewed Dr. Schneider's records before you
16   formed your opinions in this case, right?
17        A.   Yes, ma'am.
18        Q.   And Dr. Schneider's records --
19             (Exhibit No. 49 marked.)
20        Q.   (BY MS. THORPE)  Let me show you what's been
21   marked as Exhibit 51 for identification and ask you --
22             (Discussion off the record.)
23        Q.   (BY MS. THORPE)  I'm going to show you what's
24   been marked as Exhibit 49 for identification.
25        A.   Okay.
0433
1        Q.   And that's a record from Dr. Schneider that you
2   reviewed, right?
3        A.   Yes, ma'am.
4        Q.   And in March of 1996, Ms. McAlexander weighed
5   271 pounds?
6        A.   Yes, ma'am.
7        Q.   She was 36 years old, right?
8        A.   That's correct.
9        Q.   And she had a BMI at -- of 42.4 pounds in March
10   of 1996, right?
11        A.   Yes, ma'am.
12        Q.   That is morbidly obese, correct?
13        A.   I would agree with that.
14        Q.   And that weight does not appear on your time
15   line provided by the plaintiffs' law firm, right?
16        A.   That's correct.
17             (Exhibit No. 50 marked.)
18        Q.   (BY MS. THORPE)  Then I'm going to show you a
19   record from February 13th of 1997 that's been marked as
20   Exhibit 50 for identification.
21        A.   Thank you.
22        Q.   And you'll have to go with me a little bit on
23   this one because there's a hole punch over the 2.
24        A.   Okay.  I'll buy it.

Page 51

bt100908.txt

```
25        Q.  On that date Ms. McAlexander weighed
0434
1    268 pounds; is that right?
2        A.  Yes, ma'am.
3        Q.  And you reviewed that record before you formed
4    your opinions in this case, right?
5        A.  Dr. Schneider, yes, ma'am.
6        Q.  Yeah.  And that's a BMI of 42 in
7    Ms. McAlexander, right?
8        A.  Yes, ma'am.
9        Q.  And that weight does not appear on the time
10   line the plaintiffs' law firm provided you?
11       A.  No.  But one about a week later does of
12   identical weight, so I think they match well as a
13   2-26-97 weight of 268 which is identical.  That's on
14   page 2 of the time line.
15       Q.  And then -- now, when you read these medical
16   records of Dr. Schneider or whoever and there's not an
17   entry on the time line, you didn't go in and correct the
18   time line?
19       A.  No, ma'am.  Because they matched fairly well.
20   There's one -- 2-13 and 2-26 that are within two weeks
21   of one another, and the date on the time line before
22   that was 265, the date on the time line after that was
23   268.  They're pretty close.
24       Q.  So she was -- she was ranging around 270 pounds
25   back in 1996?
0435
1        A.  There was a lot of this lady, yes.
2        Q.  Right.  Now, you would -- you consider the fact
3    that the February 13, 1997, weight was left out of that
4    time line to be a relatively trivial error, right?
5        A.  Yes, ma'am.  And I apologize for that.
6        Q.  Okay.
7        A.  It changes so much in this case.
8        Q.  She has --
9        A.  We have -- let me agree with you.  We have
10   multiple weights in 1996 and '97 which are in the mid
11   200s, 260, 260, 268, 268, and 265.
12       Q.  But between 1998 and the year 2000, the time
13   line has no weights?
14       A.  That's correct.
15       Q.  And in order to know whether -- what was going
16   on with her weight, you would want to know in -- from
17   the medical records what was going on, right?
18       A.  We would --
19            MR. BRUDNER:  Objection, form.
20       A.  -- indeed.
21            (Exhibit No. 51 marked.)
22       Q.  (BY MS. THORPE)  And -- so, for example, the
23   time line -- I'll show you what's been marked as
24   Exhibit 51.  The time line does not include a weight on
25   January 15th of 1998 of 272 pounds where her BMI was
0436
1    42.6, right?
2        A.  That's correct, ma'am.
3        Q.  In fact, there are no weights at all on the
4    time line for 1998, right?
5        A.  That's correct.
6            (Exhibit No. 52 marked.)
7        Q.  (BY MS. THORPE)  I'll show you what's been
8    marked as Exhibit 52.  That's a weight on May 17, 1999,
9    of 270 which put her BMI at 42.3, correct?
```

Page 52

bt100908.txt
```
10          A.   That's correct.
11          Q.   And there are no weights on the time line at
12     all for 1999, right?
13          A.   That's correct.
14               (Exhibit No. 53 marked.)
15          Q.   (BY MS. THORPE)  And I'll show you Exhibit 53
16     for identification, which is from July 5, 2000, which
17     has a weight of 264 and a BMI of 41.3, right?
18          A.   Yes, ma'am.
19          Q.   And you have no weights at all --
20          A.   I don't have --
21          Q.   -- on the time line for 2000, correct?
22          A.   Yes, ma'am.
23          Q.   Now, you reviewed Dr. Schneider's records where
24     these weights that have been marked as 51 through 54, I
25     believe -- is that right?
0437
 1          A.   Yes, ma'am.
 2          Q.   -- fifty-one through 53 --
 3          A.   Fifty-three, yeah.
 4          Q.   -- came from, but you didn't correct the time
 5     line?
 6          A.   No, ma'am.
 7          Q.   Now, she started Seroquel, as we've discussed,
 8     on August 30, 2001, right, Ms. McAlexander did?
 9          A.   Yes.  I'm -- I'm -- there is a period when she
10     was on Risperdal.  And from the time line, there is
11     August of 2001 to August -- oh -- okay.  August -- a
12     fairly brief time.  August the 9th of 2001 to August the
13     23rd of 2001.  And by August the 30th, she's on her
14     first dose of Seroquel.  So there's a brief perhaps
15     three weeks of Risperdal.
16          Q.   So just to get your mind back to the numbers,
17     we've agreed that when she was age 36 in March of 1996,
18     she weighed 271 pounds and had a BMI of 42.4, right?
19          A.   That's correct.
20          Q.   And you're aware, as we've discussed, that
21     someone like Ms. McAlexander with a BMI of 42.4 has a
22     58.2-fold risk of developing diabetes?
23          A.   Yes, ma'am.
24          Q.   That means that she is 28.2 times more likely
25     than a normal weight person to develop diabetes?
0438
 1          A.   That's correct.
 2          Q.   This risk means that among diabetics who have
 3     BMIs of 42.4, 98 percent would have diabetes because of
 4     their obesity, right?
 5          A.   Yes, ma'am.
 6          Q.   That would mean that only 2 percent of those
 7     people didn't have diabetes because of their obesity who
 8     had BMIs of the kind that Ms. McAlexander had, right?
 9          A.   Yes, ma'am.
10          Q.   With a relative risk of 42.4 and an
11     attributable risk of 98 percent like Ms. McAlexander
12     had, how can you rule out preexisting obesity as the
13     sole cause of her diabetes?
14          A.   Oh, I -- I don't think it would be the sole
15     cause because we have a number of other risk factors,
16     but I would accept it as a contributing -- as a major
17     contributing cause, and I've listed the other causes as
18     we discussed a moment ago.
19          Q.   You would agree that her obesity, her
20     preexisting obesity, is an overwhelmingly greater cause
```
Page 53

bt100908.txt

```
21    than her exposure to Seroquel --
22              MR. BRUDNER:  Objection.
23         Q.  (BY MS. THORPE)  -- of her diabetes?
24         A.  I believe that it would be inappropriate to
25    exclude Seroquel from that list on -- given all the
0439
 1    information that we've shared.  And as I've said
 2    earlier, it's difficult to ascribe numbers to individual
 3    data.
 4              But certainly Seroquel is an adding
 5    factor -- and I'll go back to that poor camel -- which
 6    clearly contributed another component to the many
 7    numbers of risk factors she had for her diabetes.
 8         Q.  You would agree that Ms. McAlexander would have
 9    developed diabetes even if she had never taken Seroquel?
10         A.  Yes, ma'am.
11         Q.  And you would agree that what you're saying is
12    that your opinion is only based on the temporal
13    relationship between Ms. McAlexander taking Seroquel and
14    then gaining weight and then developing diabetes, right?
15         A.  Yes, ma'am.
16         Q.  It's that time relationship --
17         A.  Right.
18         Q.  -- correct?
19              And you would agree that in comparison to a
20    relative risk of 58 -- of over 58 -- actually, of 58.2,
21    any relative risk associated with Seroquel would be
22    trivial?
23              MR. BRUDNER:  Objection, form.
24         A.  It would be a contributing factor.  I think to
25    negate it to trivial would be an exaggeration, and I'm
0440
 1    not prone to exaggeration.  But it -- it should be on
 2    the list.
 3         Q.  (BY MS. THORPE)  You would agree that the
 4    relative risk of 58 is many times greater than any
 5    relative risk you've read in the literature for
 6    Seroquel?
 7              MR. BRUDNER:  Objection, form.
 8         A.  I'll have to think that one over.  I know that
 9    amongst the atypical antipsychotics Seroquel is -- is up
10    there with Risperdal and Olanzapine.  And I think the
11    main mechanism we have right now is predominantly
12    through weight gain in the absence of a experimental
13    display like we had discussed earlier with Zyprexa.
14              I believe in this case the contributing
15    factor of additional weight gain certainly relates to
16    this lady.  I'm having to rethink my conclusions because
17    the initial weight clearly was so different from the one
18    that I put in my report.
19         Q.  (BY MS. THORPE)  Well, you're right where I
20    wanted to go.  So let me just ask you --
21         A.  As I said earlier, I'm here to share data, not
22    to make unsubstantial claims.
23         Q.  Well, the next sentence in your report is by
24    the time of her screening test for diabetes in
25    February -- on February 16, 2006, Ms. McAlexander's
0441
 1    weight had increased by 59 pounds, right?
 2         A.  Yeah, but that's not correct.
 3         Q.  That's a mistake in your report, right?
 4         A.  Yeah, that's a mistake.  And you're about to
 5    find the second mistake which I've just spotted, but
```

Page 54

bt100908.txt

```
 6        I'll let you get there.
 7        Q.   All right.   So the 59 pounds is based on a
 8   subtraction of 185 from 244 --
 9        A.   That's correct.
10        Q.   -- right?
11             Because you say that -- that on February
12   16, 2006, she weighed 244 pounds, right?
13        A.   Right.
14        Q.   And so you subtract the 185, which isn't a
15   weight she ever had, from 244 pounds, right?
16        A.   That's absolutely right.
17        Q.   Now, is there -- so we've got a mistake.   The
18   first mistake is putting a weight in at 185 pounds,
19   right?
20        A.   Yes, ma'am.
21        Q.   The second mistake is saying that she -- her
22   weight increased by 59 pounds based on subtracting 185
23   from 245, right?
24        A.   I would make those as the same mistake.   You're
25   coming to a third one -- a second one.
0442
 1        Q.   Okay.   You're quibbling with my counting of the
 2   mistakes?
 3        A.   Yeah, because I think when we start off with
 4   the wrong initial weight, then adding -- subtracting
 5   that from another number, that's the same -- in my view
 6   the same mistake.   But -- but I'm -- you're about to
 7   come to another.
 8        Q.   Now -- well, I am about to come to another.
 9             If you look at your time line on page --
10   that's been marked as Exhibit 46, you don't have a
11   weight of 244 any time in 2006, right?
12        A.   That's correct.
13        Q.   So --
14        A.   That's correct, it's substantially more.
15        Q.   -- both the --
16        A.   Yeah.
17        Q.   -- both the 185 and the 244 are wrong?
18        A.   That's correct.
19        Q.   Okay.   So that's the --
20        A.   That was the one.
21        Q.   -- that's the second mistake by your count,
22   right?
23        A.   Yeah.
24        Q.   So -- now -- so how much weight did she gain on
25   Seroquel?  Well, wait a minute, let's don't -- let's
0443
 1   don't go there yet.
 2        A.   My best estimate if you need me -- let's round
 3   off her preliminary weights to -- would you accept 260?
 4   I'll take 260 or 270.   We have 265, 268, 272, and 255.
 5   Are you comfortable with 260?  I mean, I'll raise it to
 6   whatever it -- roundabout --
 7        Q.   It's not bridge.
 8        A.   -- roundabout 260.   And at the time when there
 9   is a screening test for diabetes -- and I have a date,
10   which is in February of '06 -- we have 302 pounds on the
11   time line and another one at 299, a little bit later
12   than that.   So those are two.
13        Q.   So tonight you would say -- you would change
14   from 59 pounds to about 42 pounds?
15        A.   About 42 pounds.
16        Q.   All right.   Based on a screening date that you
```

Page 55

bt100908.txt
```
17      believe is February of 2006 for diabetes?
18           A.   Yeah --
19           Q.   That's what your --
20           A.   -- I have that in my report, and I'm looking to
21      match it to sugars, yes, ma'am.
22           Q.   Now -- so -- so the weight gain that you had in
23      your report was incorrect?
24           A.   Is incorrect and should read 40 -- 40 to
25      42 pounds.
0444
 1           Q.   Okay.  So let's go on to the next sentence of
 2      your report because -- so now you've told us that --
 3      here tonight in the deposition that you think her weight
 4      gain is 42 pounds because you're basing it on a
 5      screening in February of 2006 and you -- tell me the
 6      exact date you see the 302 pounds.
 7           A.   From the time line, February the 20th of '06.
 8           Q.   Okay.
 9           A.   And there's another one in June 16 of '06 of
10      299.
11           Q.   So just to get it clear, you've subtracted the
12      260 weight that was in August of --
13           A.   An average of the first -- the bunch that we
14      looked at and shared, yeah.
15           Q.   In around August of 2001?
16           A.   Right.
17           Q.   And you've subtracted it now from a weight in
18      February of 2006 attributing a 42-pound weight gain to
19      Seroquel, right?
20           A.   That's correct.
21           Q.   And you're doing that because you think she had
22      a screening test for the diagnosis of diabetes in
23      February of 2006, right?
24           A.   Well, in early 2006.  We have a sugar of 187 in
25      January of '06.  We have Accu-Chek readings of 156 in
0445
 1      2-19; we don't know if they're fasting.  And a 205 --
 2      the normal range is being given of the old fasting
 3      range.
 4           Q.   All right.  So let's look at your report,
 5      Doctor.
 6           A.   Yes, ma'am.
 7           Q.   Look at the first paragraph on the second page.
 8      You say on February -- on that day, referring to
 9      February 16, 2006 --
10           A.   Yes, ma'am.
11           Q.   -- she was noted to have a fasting sugar of 131
12      milligrams per deciliter?
13           A.   Right.
14           Q.   A one-hour sugar of 261 milligrams per
15      deciliter, a two-hour sugar of 181 milligrams per
16      deciliter, all three points being diagnostic of
17      diabetes?
18           A.   That was the other mistake I was waiting for
19      you to reach.
20           Q.   Okay.  So that's -- are we up to three or four
21      mistakes?
22           A.   I'll bite -- I'll bite two.
23           Q.   Okay.
24           A.   Three, three.
25           Q.   Okay.
0446
 1           A.   Two weights and -- and the two-hour sugar.
```
                            Page 56

bt100908.txt
```
 2          Q.  All right.  She didn't have a screening test
 3    for diabetes on February 16, 2006 --
 4          A.  No.
 5          Q.  -- right?
 6               What you've done is you've picked up the
 7    test for Ms. McAlexander -- of Ms. Whittington, didn't
 8    you?
 9          A.  I think -- I think that must have happened,
10    yes, ma'am.
11          Q.  And let me -- and you substitute it in
12    Ms. McAlexander's report, right?
13          A.  I think that must be what would fit.
14          Q.  So --
15          A.  May I -- in my modest defense, if we look at
16    her changes in sugar, there's no doubt this lady had
17    abnormal sugar values.  And if one looks at her
18    treatment, there's no doubt the physicians made the
19    appropriate diagnosis of an abnormal sugar and were
20    treating her with medications which a prudent
21    diabetologist would have selected.
22          Q.  And so let me show you -- let me back up a
23    minute.
24               So what you're saying is that in February
25    of 2006, you believe that's when she had the screening
0447
 1    test for -- or January or February of 2006, that's when
 2    she had the screening test for diabetes?
 3          A.  As we've -- as we've shared, I think that was a
 4    transposition.  If we look at the facts as represented
 5    in the time line, the earliest we have on this time line
 6    of an abnormal sugar is on page 17 of the time line.
 7    I'll share it with you if you've got it to look at.
 8          Q.  It's --
 9          A.  And there it says, "History of diet control,
10    diabetes."  So at that time --
11          Q.  Tell me the day.
12          A.  10-14-04.
13          Q.  Okay.
14          A.  Page 17.
15          Q.  Okay.  So you think that's the earliest
16    screening test for diabetes in Ms. McAlexander?
17          A.  Ma'am, it's the earliest mention of diabetes on
18    the time line.
19          Q.  Okay.  And so that's what you're relying on,
20    relying on plaintiffs' lawyers' time line for setting
21    the date for when she got diabetes --
22          A.  To give -- to give --
23          Q.  -- diagnosis?
24          A.  -- a explanation, yeah.
25          Q.  Okay.  Now, so let me just get it out.
0448
 1    October 14, 2004 --
 2          A.  Correct.
 3          Q.  -- based on your review of the time line, which
 4    is what you're relying on for this date --
 5          A.  Yes, ma'am.
 6          Q.  -- is when you think that she was screened for
 7    the first time in such a way as to have diabetes
 8    diagnosis?
 9          A.  In that context.
10          Q.  A diabetes diagnosis?
11          A.  Yes, ma'am.  And the data for that -- I'll
12    just -- let's look at page 17 on that time line.  Just
```
Page 57

bt100908.txt

```
13    above that it has past medical history, no diabetes --
14        Q.   Okay.
15        A.   My evidence for that would be on page 17.  If
16   you go up to 6-18-04, past medical history, no diabetes.
17   You now go down to 10-14-04, currently gets blood sugar
18   in the region of 120.  So physicians are clearly
19   thinking about the possibility of diabetes.  And on the
20   right-hand side, last box, right-hand side, history of
21   diet control, diabetes.  So at that stage her -- her
22   physicians were thinking about the possibility of
23   diabetes.
24                We've now gone to page 18.  There we have a
25   blood sugar which is 144, a hemoglobin Alc which is in
0449
1    excess of the normal range for most labs, and we have
2    a -- evidence that Dr. Gary Heflin had started her on a
3    sulfonylurea.  That's the generic name for the family
4    from which Glucotrol is a member.  Top right-hand side,
5    top right box.  So the diagnosis of diabetes -- or the
6    treatment for diabetes was started on 10-14-04.
7        Q.   So tell us:  If you were rewriting your report
8    sitting here under oath today, what -- what would you
9    write to replace what you did write, which was that she
10   had a fasting sugar and that the initial diagnosis of
11   diabetes was based on a fasting sugar of 131 milligrams
12   in February of 2006?  What words would you write on that
13   report today?
14        A.   I would write --
15            MR. BRUDNER:  Objection, form.
16        A.   I would write what I've just shared with you,
17   but I'll come again, that on that date, which was on
18   October the 14th, physicians looked at her blood sugar
19   of 144 and progressed her diagnosis from no diabetes,
20   which was 6-18-04, to diet diabetes, and then Dr. Heflin
21   added in Glucotrol top right on page 18, page 18.
22        Q.   (BY MS. THORPE)  Okay.  I'm -- I'm looking at
23   something else.  You go ahead and answer.
24        A.   And Glucotrol is a medication specifically for
25   type 2 diabetes.
0450
1        Q.   Okay.  So the key date for the initial
2    diagnosis of Ms. Alexander's diabetes in your mind right
3    now is October of 2004.
4        A.   October of 2004.  And if we now go back and
5    factor those in for the weights, we agreed on plus/minus
6    260 and we'd agree on 291.  So there's a 30-pound --
7    31-pound weight gain there.
8        Q.   Well, you had said, I think, 39 pounds and now
9    we're down to 31 pounds, right?
10        A.   Yes, ma'am.
11        Q.   Okay.
12        A.   I'm -- I'm -- you know, I go from the facts as
13   they are.  And I apologize for misinterpreting the top
14   paragraph on my page.  And we're now looking at the data
15   and -- and advancing the conclusions.
16        Q.   Okay.  Let me --
17        A.   We have a weight which started at 260, ended up
18   in the roundabout 290s.  It's about a 30-pound weight
19   gain, by which time her physicians have decided her
20   sugars were abnormal enough to progress from diet to the
21   administration of a sulfonylurea.
22        Q.   So now we've gone from 59 pounds to 39 pounds
23   now down to around --
```

Page 58

bt100908.txt

```
24            A.   Thirty-one.
25            Q.   -- 31 pounds of weight gain, right?
0451
 1            A.   Yes, ma'am.
 2            Q.   Now, let me direct your attention to page 10 of
 3       your time line.  Actually --
 4            A.   I'll bite.  Page 10, there's a fasting sugar
 5       greater than 126 and the hemoglobin A1c, which is up a
 6       bit.
 7            Q.   I'm looking for the entry.  I had it.
 8            A.   Page 10, bottom left-hand corner.
 9            Q.   Okay.  So -- so in your -- according to this
10       time line, she had a lab test that in your mind would be
11       diagnostic of diabetes a year before 2004, right?
12            A.   By 1 milligram, yes, ma'am.
13            Q.   And so -- what do you mean by 1 milligram?
14            A.   The borderline is 126.
15            Q.   Oh, okay.  Okay.  So you're -- the 127.  Right.
16       So -- but she has an A1c of 7.1?
17            A.   Yeah.
18            Q.   That's abnormal, right?
19            A.   That's abnormal.
20            Q.   So you were wrong when you said the first
21       diagnostic test was in 2004, right?  It -- it's -- in
22       your -- in this time line, it's 2003, right?
23            A.   Yes, ma'am.  And the proof for that is on
24       page 11 where Dr. Asha Velisetty says her diabetes can
25       be controlled with diet.  So their first response, as I
0452
 1       said, has been quite appropriate.  When her sugars were
 2       abnormal, they started doing things.  They gave her a
 3       diet according to this time line.  And when it was not
 4       responsive to diet as reflected by a hemoglobin A1c
 5       going up from 7.1 to 7.7, comparing page 10 on the time
 6       line with page 18 on the time line, Dr. Gary Heflin then
 7       added Glucotrol, which is a sulfonylurea.
 8            Q.   All right.  Look at -- and her weight on
 9       September 16, 2003, was 285-1/2 pounds, right?
10            A.   The one -- nearest one I have to that is 289,
11       but that's fine, mid-280s, high 280s, that's fine.
12            Q.   Well, one of them's on September 2, 2003, and
13       one of them's on September 16, 2003.  If you use the
14       285-1/2 as the weight she had when she started
15       diabetes -- when she had this first -- in your mind,
16       this September '03 first screening test for diabetes,
17       what was the weight gain she had while on Seroquel?
18                 MR. BRUDNER:  Objection, form.
19            A.   Twenty-five-and-a-half pounds --
20            Q.   (BY MS. THORPE)  So --
21            A.   -- between the pre-Seroquel weight and the
22       diagnosis of diabetes.
23            Q.   So now we've gone from 59 pounds to 39 pounds
24       to 30 pounds to what?
25            A.   Twenty-five-and-a-half.
0453
 1            Q.   Okay.  So the weight gain is dropping, right,
 2       sir?
 3            A.   Oh, absolutely, ma'am.
 4            Q.   All right.
 5            A.   As I said, I'm here to share data and to
 6       apologize for a mistake in my report.
 7            Q.   All right.
 8            A.   But the data is there.
```

Page 59

bt100908.txt

```
 9          Q.   Well, let me --
10               (Exhibit No. 55 marked.)
11          Q.   (BY MS. THORPE)   -- show you a document that's
12     been marked as Exhibit 55 for identification.
13          A.   Thank you.
14          Q.   You've never seen that document before, have
15     you?
16          A.   Medilabs, no, ma'am, February of '02.
17          Q.   February 19th of 2002, correct?
18          A.   February the 19th, 2002, that's correct.
19          Q.   And that document is not on the time line that
20     you've been relying on for labs --
21          A.   That's correct.
22          Q.   -- on the plaintiff?
23               It's -- comes from the Social Security
24     records of Ms. McAlexander, correct?
25          A.   Yes, ma'am.
0454
 1          Q.   And you read the Social Security records --
 2          A.   I did.
 3          Q.   -- on Ms. McAlexander?
 4               You did not put this glucose in your
 5     report --
 6          A.   No, ma'am.
 7          Q.   -- did you?
 8               And it's a fasting glucose of 146?
 9          A.   It says fasting.  We don't know what time.  But
10     I'll -- I'll buy it.
11          Q.   Do you have any reason to think that isn't --
12     do you have any evidence that that wasn't the fasting
13     glucose?
14          A.   No, ma'am.
15          Q.   Okay.
16          A.   It says that.  And there's a note in there
17     to -- to proceed to a hemoglobin A1c.
18          Q.   And you would agree that under your standards
19     for diagnosing diabetes, that this would meet your
20     standards and you would say she had diabetes?
21          A.   Without any doubt.  And that was better than
22     127.
23          Q.   All right.  So you think she had diabetes on
24     February 19, 2002 --
25          A.   Yes, ma'am.
0455
 1          Q.   -- correct?
 2          A.   And as we shared with an earlier case, the fact
 3     that it was high, if there wasn't insurance or legal
 4     reasons to repeat that, I would take that 146 as
 5     diagnosis of diabetes and make an appropriate series of
 6     advice -- and give the patient the appropriate advice.
 7               MS. THORPE:  I'm sorry.  If you're going to
 8     speak to the witness, let's get it on the record.
 9               MR. BRUDNER:  Okay.  I was just looking at
10     this saying -- at Exhibit No. 55 saying it's interesting
11     that the time --
12               MS. THORPE:  I'm going to object to --
13               MR. BRUDNER:  Well, you just asked me to --
14               MS. THORPE:  No, no, I don't think it's
15     appropriate for you to speak to the witness and speak on
16     the record.  You're not being examined.  This is the
17     doctor.
18               MR. BRUDNER:  I said something, you said
19     put it on the record, I started to put it on the record
```

Page 60

bt100908.txt
```
20        and you asked me to --
21                   MS. THORPE:   I'm going to object --
22                   MR. BRUDNER:   -- take it back off.
23                   MS. THORPE:   Yeah, you can't do that.
24                   MR. BRUDNER:   Which one?
25                   MS. THORPE:   Are you going to sit here and
0456
 1        try to provide answers to the witness?
 2                   MR. BRUDNER:   No.
 3                   MS. THORPE:   Okay.  Then I object to what
 4        you were doing, either whispering or doing it out loud.
 5        Okay?
 6                   MR. BRUDNER:   Sure.
 7                   MS. THORPE:   It's not appropriate.
 8        Q.  (BY MS. THORPE)  All right.
 9                   (Exhibit No. 54 marked.)
10        Q.  (BY MS. THORPE)  Doctor, I'm going to show you
11        another lab test that followed -- that -- I'm going to
12        mark as Exhibit 54 --
13        A.  I think you're up one.  This is 55, so --
14        Q.  We skipped 54.
15        A.  Shall I give you this one back?
16        Q.  No, it's okay.  We're just going to call this
17        54.
18        A.  Okay.
19        Q.  I'm going to show you what's been marked as 54
20        for identification.  And it's a report of a glucose test
21        done May 28, 2002.  So it's a couple of months after --
22        A.  February 19th.
23        Q.  -- February 19th -- I guess it's three months
24        after February the 19th, 2002.  And you'll see a note of
25        a fasting glucose there.  Do you see that?
0457
 1        A.  Yes, ma'am.
 2        Q.  So she's had -- she has two tests in a row
 3        showing fasting glucoses, right?
 4        A.  Yes, ma'am.
 5        Q.  And what is the fasting glucose shown on
 6        Exhibit 54?
 7        A.  It's 127.
 8        Q.  So clearly, as of February 2002, this lady had
 9        diabetes?
10        A.  Absolutely.
11        Q.  The lab value that's contained on Exhibit 54 is
12        not in your time line?
13        A.  That's correct.
14        Q.  And it's -- neither of the lab values from
15        February of 2002 or the lab value -- neither of the lab
16        values that have been marked as Exhibits 54 or 55 appear
17        in your report in this case, correct?
18        A.  Absolutely.
19        Q.  So -- so how much did Ms. McAlexander weigh at
20        the time that she had this initial diagnosis --
21        laboratory test that was diagnosis -- diagnostic of
22        diabetes in February of 2002?
23        A.  Ma'am, I don't have a number for that.
24        Q.  You don't know how much she weighed in 2002?
25        A.  Absolutely.
0458
 1        Q.  So is it fair to say that as you sit here
 2        tonight, you do not know how much weight Ms. McAlexander
 3        gained between the time she started Seroquel on August
 4        30, 2001, and the time that she had a lab test that you
```
Page 61

bt100908.txt
```
 5    know that's been marked as Exhibit 55 was diagnostic of
 6    diabetes on February 19, 2002?
 7         A.   Absolutely, ma'am.
 8         Q.   You don't know?
 9         A.   I agree with that, I have no --
10         Q.   So you cannot give an opinion that Seroquel
11    caused Ms. McAlexander to have a weight gain that led to
12    her diabetes, correct?
13         A.   I will buy that.
14         Q.   You agree with that?
15         A.   I agree with that.
16         Q.   All right.   So the -- your -- the whole basis
17    of your opinion in your report is wrong, correct?
18              MR. BRUDNER:   Objection, form.
19         A.   I -- without -- without a data on weight that
20    relates to the sugar of February the 19th, I would not
21    wish to render an opinion on weight changes because
22    that's not fair.
23         Q.   (BY MS. THORPE)   And so you're going to
24    withdraw the opinion that you've given --
25         A.   I think --
0459
 1         Q.   -- in Ms. McAlexander's case, right?
 2         A.   Well, I think in this case, in the absence of
 3    any weight, I will need to suspend my opinion until I
 4    can find a weight that relates to that.
 5         Q.   And --
 6         A.   And in the meanwhile -- in the meanwhile I
 7    think the conclusions are moot.   There is not good data
 8    that this lady had gained weight by the time we had a
 9    blood sugar diagnostic of diabetes.
10         Q.   You would agree with me that your report, as it
11    pertains to Ms. McAlexander, is unreliable?
12         A.   Oh, I -- it's wrong and I apologize for that.
13    And --
14         Q.   All right.   Let me ask you a couple of things
15    that I think we can agree on.   You will agree that
16    Ms. -- strike that.
17              You will agree that before Ms. McAlexander
18    tested positively for diabetes in February of 2002, she
19    was on a dose of Seroquel of 75 milligrams or less for
20    only five and a half months?
21         A.   That's correct.
22         Q.   Diabetes, as we've talked about before, takes 7
23    to 12 years to develop, correct?
24         A.   At least.
25         Q.   You will agree that Seroquel did not cause her
0460
 1    to have diabetes in the five and a half months that she
 2    was on it before she had a diagnostic test, correct?
 3         A.   Without any comments about weight available to
 4    us between the time she started the Seroquel and the
 5    abnormal blood sugar, I think any conclusions would be
 6    inappropriate.
 7         Q.   Well, no matter, you know, assume that she
 8    gained 50 pounds in five and a half months.   You don't
 9    think exposure to Seroquel five and a half months before
10    a diagnostic test -- positive diagnostic test for
11    diabetes is enough to say that Seroquel initiated the
12    diabetes in this woman, right?
13              MR. BRUDNER:   Objection, form.
14         A.   I -- I don't think -- if this -- if this --
15    we'll have to -- we have known -- we have no data, and
```
Page 62

bt100908.txt

```
16        you know me, I won't give you an opinion without data.
17               If she had gained 25 pounds by February the
18        19th, then there is the possibility of a contributing
19        factor.  If she had gained zero pounds, then it is quite
20        unlikely that Seroquel led to that fasting blood sugar.
21        I don't wish to be on record as giving an opinion in the
22        absence of data.  I said earlier I'm here to share data,
23        and in the absence of data, I don't have an opinion.
24            Q.   (BY MS. THORPE)  You agree that the glucose --
25        knowing all the glucose tests for Ms. McAlexander is
0461
1         critical to your opinion, right?
2             A.   Yes, ma'am.  And knowing all the weights
3         available would be critical as well.
4             Q.   And you would need to know all of the glucose
5         tests that she had before she ever took Seroquel, right?
6             A.   Yes, ma'am.
7             Q.   And you have no glucose tests whatsoever on
8         your time line before she started taking Seroquel,
9         right?
10            A.   Absolutely.
11            Q.   And you have no glucose tests noted in your
12        report before she started taking Seroquel, correct?
13            A.   That's correct.
14            Q.   You need to know what labs she had before
15        Seroquel so you can tell if she had been -- had tests
16        that were actually diagnostic of diabetes before
17        Seroquel, right?
18            A.   I'll accept that, absolutely.
19               (Exhibit No. 56 marked.)
20            Q.   (BY MS. THORPE)  Okay.  I'm going to show you a
21        document that's been marked as Exhibit 56 for
22        identification.  This is a -- tell me if I'm correct
23        that this is a glucose test on Ms. McAlexander collected
24        on April 12, 1996, that shows that she has a glucose of
25        116.
0462
1             A.   Thank you, ma'am.  I have April 11, 1996, and I
2         have a sugar of 116, yes, ma'am.
3             Q.   All right.  And --
4             A.   And that's on the time line.
5             Q.   You have that one on your time line?
6             A.   Yeah.
7             Q.   Okay.  All right.  And that's an elevated
8         glucose, right?
9             A.   Yes, it's an elevated glucose, not -- it's
10        impaired glucose tolerance if that's fasting.
11            Q.   Okay.  And you don't know if it's fasting or
12        not?
13            A.   We don't know.  If it's random it's not, if
14        it's fasting it's above normal.
15            Q.   You can't rule out that it's fasting.  You just
16        don't know one way or the other, right?
17            A.   No.
18               MR. BRUDNER:  Objection, form.
19            Q.   (BY MS. THORPE)  I'm going to show you --
20               (Exhibit No. 57 marked.)
21            Q.   (BY MS. THORPE)  -- a glucose test that's been
22        marked as Exhibit 57 for identification that's dated
23        June 12, 2001.  And if you can tell us what that shows.
24            A.   I have a sugar of 145.  It does not say if it's
25        fasting or not.
0463
```

Page 63

bt100908.txt

```
 1          Q.   And that pre-Seroquel glucose test on
 2     Ms. McAlexander is not in your time line and it's not in
 3     your report, correct?
 4          A.   That's correct.
 5          Q.   You don't know if it's fasting?
 6          A.   No.  We don't know it's fasting.  I'm looking
 7     for time of the day.  There's a 1630 at the top, and I
 8     believe that's when it was collected.  In fact, it says
 9     that it was collected -- date and time collected.
10          Q.   Okay.
11          A.   So I believe that's at 4:30 in the afternoon.
12     But still it's -- it's not normal, although it could be
13     postprandial, postprandial meaning after lunch.
14          Q.   So you don't know one way or the other?
15          A.   No.
16          Q.   And you can't rule out that it is elevated?
17          A.   It wouldn't have been fasting.
18          Q.   Okay.  And it's not in your report and it's not
19     in your time line, right?
20          A.   No.  But we don't know what it is.
21     Particularly at 4:00 in the afternoon, if she had a late
22     lunch, that could well be normal.
23          Q.   I'm going to show you --
24               MR. BRUDNER:  We agreed to adjourn at 9:00,
25     right?
0464
 1               MS. THORPE:  Listen, I'm going to go until
 2     you-all quit.
 3               MR. BRUDNER:  Okay.
 4               MS. THORPE:  I'm trying to get this done
 5     because we've been doing this, out of courtesy to the
 6     doctor, for a long -- many days, and I've been sitting
 7     in Houston in a room all day waiting until 5:00 o'clock
 8     for this deposition to begin.  So I'm going to go until,
 9     you know --
10               THE WITNESS:  We're sympathetic.  My
11     thought would be give you another 20 minutes, 25
12     minutes.
13               MS. THORPE:  Okay.
14               THE WITNESS:  And then it's your bedtime
15     and it's definitely mine.
16               (Exhibit No. 58 marked.)
17          Q.   (BY MS. THORPE)  I'm going to show you what's
18     been marked as Exhibit 58 for identification.
19          A.   Thank you, ma'am.
20          Q.   Tell us what that is.
21          A.   It's a hematology report dated 6-24-01, and
22     there's a blood sugar here dated 6-22-01, which is 119.
23          Q.   Right.  And you don't know if it's fasting?
24          A.   No.  I'm looking for a time so we can guess.
25          Q.   If it's fasting it would be elevated, right?
0465
 1          A.   Not diagnostic of diabetes.  It would be
 2     elevated.
 3          Q.   It would be impaired glucose?
 4          A.   Impaired glucose tolerance, yes, ma'am.
 5          Q.   In fact, all of these results that you've
 6     looked at so far would either be diabetes or impaired
 7     glucose if they were fasting, correct?
 8          A.   Yes, ma'am.
 9               MR. BRUDNER:  Objection, form.
10          Q.   (BY MS. THORPE)  And you can't rule out that
11     this 119 result is fasting, can you?
```

Page 64

bt100908.txt

```
12          A.  Ma'am, I've -- I have found a -- well, no, I
13     retract that.  I found a number that said 2352 and then
14     a number above that that was 0825.  So I thought that
15     was a time, but it doesn't make sense.  No, ma'am, we
16     don't know it's 119.  We have no time of the day.
17          Q.  And it's not on your time line and it's not in
18     your report, correct?
19          A.  That's correct.
20          Q.  Now, that's from Social Security, right,
21     Exhibit 58 is from Social Security?
22          A.  Kingston Medical Hospital Laboratories, Social
23     Security disability, yes, ma'am.
24          Q.  And you read the Social Security records,
25     right?
0466
1          A.  I looked through those, yes, ma'am.
2          Q.  And you didn't put it in your report and you
3     didn't put it on the time line, right?
4          A.  That's correct.
5          Q.  And you read Dr. Schneider's records, and
6     Exhibit 57, the 145 result, came from Dr. Schneider's
7     records, right?
8          A.  That's correct.
9          Q.  And you didn't put that on your time line --
10          A.  No, ma'am.
11          Q.  -- or in your report?
12          A.  We've agreed that was taken at 4:30 in the
13     afternoon.
14          Q.  So not putting those results on the time line
15     or in your report was a mistake you made?
16          A.  Well, late afternoon ones I'm not sure about.
17     Fasting numbers and load numbers I would believe would
18     be appropriate data.
19              (Exhibit No. 59 marked.)
20          Q.  (BY MS. THORPE)  I'm going to show you
21     Exhibit 59 for identification.  And can you tell us what
22     that is?
23          A.  This is laboratory report dated 7-26-01.  The
24     time is not specified, although there is a 2215 beside
25     the date, which, again, doesn't make sense for it to be
0467
1     10:15 in the evening.  But the blood sugars are 125.
2          Q.  So if that were fasting, that would be an
3     elevated blood sugar, right?
4          A.  It would be an elevated -- not quite diagnostic
5     of diabetes blood sugar, yes, ma'am.
6          Q.  One point off from being diabetes, right?
7          A.  Yes, ma'am.
8          Q.  And it's not in your report, this -- this blood
9     test, and it's not in your time line, right?
10          A.  That's correct.
11          Q.  And you can't rule out that that's a fasting
12     blood sugar.  You don't know?
13          A.  We don't have any data around that.
14          Q.  I'm going to -- so there are -- there are three
15     blood sugars that are -- if fasting would have been
16     impaired that are not included on your report and one of
17     which would have been diabetes?
18          A.  That's correct.
19          Q.  And --
20          A.  145 from 6-01.
21          Q.  And then you had a fourth that was actually on
22     the time line from April of '96 that would have been
```

Page 65

bt100908.txt
```
23    elevated if it were fasting, right?
24         A.   Impaired glucose tolerance if fasting, yes,
25    ma'am.
0468
 1         Q.   Right.  And you can't say -- well, you can say
 2    to a reasonable degree of medical probability that
 3    Ms. McAlexander probably had diabetes before she took
 4    Seroquel?
 5         A.   No, ma'am.
 6              MR. BRUDNER:  Objection, form.
 7         A.   She had impaired glucose tolerance before she
 8    took Seroquel.
 9         Q.   (BY MS. THORPE)  Okay.  And having impaired
10    glucose tolerance and being morbidly obese puts her --
11    and central adiposity likely puts her in the zone of
12    having metabolic syndrome, correct?
13              MR. BRUDNER:  Objection, form.
14         A.   Ma'am, we don't have information on where the
15    obesity was.  You slipped in the word "likely."
16         Q.   (BY MS. THORPE)  Do you agree she's likely to
17    have central adiposity at that weight?
18         A.   She was obese.  She was obese, and we've agreed
19    on that.
20         Q.   So you think she -- more likely than not she
21    had metabolic syndrome before she took Seroquel?
22         A.   I can't be on record as that without having
23    good data.
24         Q.   You would agree that someone like
25    Ms. McAlexander with impaired glucose tolerance before
0469
 1    she took Seroquel was likely to develop diabetes within
 2    months at her level of obesity?
 3         A.   It would have been a reasonably short period of
 4    time, yes, ma'am.
 5         Q.   Within months, right?
 6              MR. BRUDNER:  Objection, form, asked and
 7    answered.
 8         A.   I -- we saw -- we saw a previous case who
 9    remained marginally close to diabetes for nearly ten
10    years.  So I think to push that to months in this lady
11    would not quite be appropriate.
12         Q.   (BY MS. THORPE)  So how long would it take?
13         A.   Well, it could be two years, it could be six
14    months.  It could be six years.  The previous case we
15    were looking at had marginally abnormal sugars nearly
16    ten years before she progressed to diabetes.
17         Q.   All right.  I'm going to show you a -- but you
18    agree that -- well, strike that.
19              You would agree that she is more likely
20    than not -- and to a reasonable degree of medical
21    probability -- she was going to develop diabetes whether
22    or not she took Seroquel or not within a relatively
23    short period of time --
24              MR. BRUDNER:  Objection, form.
25         Q.   (BY MS. THORPE)  -- right?
0470
 1         A.   It was probably years, yes, ma'am.
 2         Q.   Probably years?
 3         A.   Yeah.
 4         Q.   From 2001 it was probably years until she would
 5    develop?
 6         A.   What I would say was we saw a case recently
 7    where the sugar was mildly abnormal for nearly ten
```
Page 66

bt100908.txt

```
 8    years.  We've seen this lady who was mildly abnormal in
 9    1996.  If we negate the 145 at 4:00 in the afternoon,
10    she went from 116 in 1996 to 119 in 2001 to 125 in that
11    same year.  So there's not a great degree of
12    progression; there's a modest degree of progression.
13         Q.  Doctor, you've testified that she had a test
14    that was diagnostic for diabetes in February of 2002.
15    So she developed diabetes --
16         A.  Yes.
17         Q.  -- very shortly after these -- she was
18    diagnosed with diabetes very shortly after these tests
19    that we've marked as 50 --
20         A.  Fifty-nine.
21         Q.  Well, 59, 58, 57, right?
22         A.  Yes, ma'am.
23              (Exhibit No. 60 marked.)
24         Q.  (BY MS. THORPE)  Okay.  I'm going to show you
25    what's been marked as Exhibit 60, which is a lab test.
0471
 1    If you'll look at the bottom, it's got a note on the
 2    side of the lab test in December of 2001.  Do you see
 3    it?
 4         A.  I see -- yes, I see December 2001.  And I see
 5    this says two-hour postprandial and the sugar is 172.
 6         Q.  Okay.  What does that tell you?
 7         A.  Well, that tells us she has impaired glucose
 8    tolerance.
 9         Q.  Okay.  In -- in December of 2001?
10         A.  2001, that's correct.
11         Q.  And that glucose level is not contained in your
12    time line, correct?
13         A.  That's correct.
14         Q.  And that glucose level is not contained in your
15    report?
16         A.  That's correct.
17         Q.  You do not tell the reader of your report that
18    this lady had impaired glucose tolerance in 2001, do
19    you?
20         A.  That's correct.
21         Q.  Now, you read Exhibit 60 because that was a
22    Dr. Schneider report?
23         A.  That's correct.
24         Q.  And you still didn't include it in your report?
25         A.  That's right.
0472
 1              (Exhibit No. 61 marked.)
 2         Q.  (BY MS. THORPE)  I'm going to show you what's
 3    been marked as Exhibit 61 and ask you to look at
 4    December 13, 2001.  And look on the right-hand side.
 5    What does that say?
 6         A.  I see December 13th.  Is that correct?
 7         Q.  That's what I meant to say.
 8         A.  December the 13th of 2001 we have a blood sugar
 9    which says six hours post PC, which is after food, of
10    148.
11         Q.  And what -- is that diagnostic of diabetes or
12    what?
13         A.  Well, we discussed the issue of morning and
14    afternoon.  It's certainly impaired glucose tolerance.
15         Q.  Okay.  So you didn't include this Defendant's
16    Exhibit 61 on your report or in your time line, correct?
17         A.  That's correct.
18         Q.  And that's another record of Dr. Schechter that
```

Page 67

bt100908.txt
```
19    you read that you didn't include in your report?
20         A.   Yes, ma'am.
21         Q.   I'm --
22              (Exhibit No. 62 marked.)
23         Q.   (BY MS. THORPE)  I'm going to show you what's
24    been marked as Exhibit 62 for identification and ask you
25    what that is.  If you'll look at the bottom.
0473
 1         A.   Okay.  This has McAlexander, National Personnel
 2    Record Center, civilian.  It's dated 12-18 of 2001.
 3    There's a prothrombin time and there's a blood sugar.
 4    The blood sugar is the same date.  It is not timed --
 5    okay.  It's essentially 1339.  So it's after lunch.
 6         Q.   Okay.
 7         A.   And it's 151.
 8         Q.   So you'll agree with me that there are six --
 9    that glucose -- strike that.
10              That glucose test that's been marked as
11    Exhibit 62 for identification does not appear in your
12    report or your time line, right?
13         A.   That's correct.
14         Q.   So there are six glucose tests before the lab
15    test that you concede now was diagnostic of diabetes in
16    February of 2002, right?
17         A.   That's correct.
18         Q.   And they were all missing from your report and
19    from your time line that the plaintiffs gave you?
20         A.   That's correct.
21         Q.   Ms. McAlexander had a family history of
22    diabetes, right?
23         A.   We've agreed on that.
24         Q.   And she had hypertension that predated
25    Seroquel, correct?
0474
 1         A.   That's correct.
 2         Q.   Your time line has no report of any of her
 3    elevated blood pressures, correct?
 4         A.   That's correct.
 5         Q.   The combination of hypertension, impaired
 6    glucose, and obesity predating Seroquel means that she
 7    had metabolic syndrome, correct?
 8         A.   Yes, ma'am, those are three of the five
 9    components, yeah.
10         Q.   She had metabolic syndrome that greatly
11    increased her risk of developing diabetes before she
12    took Seroquel?
13         A.   Yes, ma'am.  As we said earlier, Seroquel might
14    well have been the final straw that broke the camel's
15    back.
16              Ma'am, it's now 9:18.  I'm happy to be here
17    in deference to you for as long as you like, but we're
18    getting awful close to your bedtime and we're
19    approaching mine.
20         Q.   Okay.  Well, you don't have to worry about my
21    bedtime, but I'm happy to call it a night.
22              (Deposition adjourned at 9:17 p.m.)
23
24
25
0475
 1              CORRECTION PAGE
 2    WITNESS NAME:  BRIAN R. TULLOCH, M.D., FRCP, FACP
      DATE:  10/09/2008
```
Page 68

bt100908.txt

```
3
     PAGE  LINE  CHANGE              REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
0476
1                    SIGNATURE PAGE
2
3        I, BRIAN R. TULLOCH, M.D., FRCP, FACP, have read
     the foregoing deposition and hereby affix my signature
     that same is true and correct, except as noted on the
4    correction page.
5
6                    _____
                     BRIAN R. TULLOCH, M.D., FRCP, FACP
7
8
9
     THE STATE OF TEXAS        )
10   COUNTY OF _____ )
11
12        Before me _____ on this day
     personally appeared _____ known to me
     [or proved to me on the oath of _____ or
13   through _____ (description of identity
     card or other document)] to be the person whose name is
14   subscribed to the foregoing instrument and acknowledged
     to me that he/she executed the same for the purposes and
15   consideration therein expressed.
          Given under my hand and seal of office this _____
16   day of _____, 2008.
17
18                   _____
                     NOTARY PUBLIC IN AND FOR
19                   THE STATE OF T E X A S
20
     My Commission Expires:
21   _____
22
23
24
25
0477
1    THE STATE OF TEXAS        )
```

Page 69

```
                              bt100908.txt
COUNTY OF HARRIS            )
 2
 3                    REPORTER'S CERTIFICATION
           DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP
 4                     TAKEN OCTOBER 9, 2008
 5
          I, RENE WHITE MOAREFI, Certified Shorthand Reporter
 6   in and for the State of Texas, hereby certify to the
     following:
 7        That the witness, BRIAN R. TULLOCH, M.D., FRCP,
     FACP, was duly sworn by the officer and that the
 8   transcript of the oral deposition is a true record of
     the testimony given by the witness;
 9        That the deposition transcript was submitted on
     _____ to the witness or the attorney for the
10   witness for examination, signature and return to Esquire
     Deposition Services, by _____;
11        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
12   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
13   outcome of the action.
          Certified to by me this _____ day of
14   _____, 2008.
15
16
17
18
19                   _____
                     RENE WHITE MOAREFI, CSR, CRR, RPR
20                   CSR NO. 3070; Expiration Date: 12-31-08
                     ESQUIRE DEPOSITION SERVICES, LLC
21                   3401 Louisiana, Suite 300
                     Houston, Texas 77002
22                   (713) 524-4600
23
24
25
```