# TAB 1-4

bt101508.txt

0478
```
 1   JOB NO. 99530
 2                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 3                         ORLANDO DIVISION
 4   IN RE:  Seroquel Products Liability Litigation
     MDL DOCKET NO. 1769
 5
     This Document Relates to:
 6
     David Haller v. AstraZeneca, LP, et al.      Case No. 6:07-cv-15733
 7   Eileen McAlexander v. AstraZeneca LP, et al. Case No. 6:07-cv-10360
     Richard Unger v.  AstraZeneca LP, et al.     Case No. 6:07-cv-15812
 8   Linda Whittington v. AstraZeneca LP, et al.  Case No. 6:07-cv-10475
 9
10
11
12                       ORAL DEPOSITION OF
                  BRIAN R.  TULLOCH, M.D., FRCP, FACP
13                       OCTOBER 15, 2008
                            VOLUME 4
14
15
16
17       ORAL DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP,
18   produced as a witness at the instance of the Defendant and
19   duly sworn, was taken in the above styled and numbered cause
20   on Wednesday, October 15, 2008, from 5:05 p.m. to 9:10 p.m.,
21   before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State
22   of Texas, reported by machine shorthand, at Laminack, Pirtle &
23   Martines, 5020 Montrose Blvd., 9th Floor, Houston, Texas,
24   pursuant to the Federal Rules of Civil Procedure and the
25   provisions stated on the record herein.
```
0479
```
 1                     A P P E A R A N C E S
 2
       FOR THE PLAINTIFF:
 3          RUSS BRUDNER, ESQ.
            LAMINACK, PIRTLE & MARTINES
 4          5020 Montrose Blvd., 9th Floor
            Houston, Texas  77006-6533
 5          713.292.2750
 6
       FOR THE DEFENDANTS:
 7          JANE THORPE, ESQ.
            BRENDAN KRASINSKI, ESQ.
 8          ALSTON & BIRD, L.L.P.
            1201 West Peachtree Street
 9          Atlanta, Georgia  30309-3424
            404.881.7000
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 1

bt101508.txt

```
23
24
25
0480
1
2                            I N D E X
2
                                                        PAGE
3
4
      APPEARANCES.................................  479
5
              BRIAN R. TULLOCH, M.D., FRCP, FACP
6
      EXAMINATION
7          By Ms. Thorpe.........................  482
8      CORRECTION PAGE...........................  634
9      SIGNATURE PAGE............................  635
10     REPORTER'S CERTIFICATION..................  636
11
                          E X H I B I T S
12
       NO.       DESCRIPTION                    PAGE
13     63    Expert Report of Brian Tulloch,
             M.D. re David Haller - withdrawn  482   483
14     64    Haller time line                  482   483
       65    Expert Report of Brian Tulloch,
15           M.D. re David Haller                    485
       66    Psychiatric Evaluation dated
16           10-1-02                                 500
       67    Medication Flow Sheet                   502
17     68    Medication Flow Sheet            509   510
       69    Correspondence                          509
18     70    CD - Plaintiff, Eileen
             McAlexander (Deposition
19           Transcript)                             510
       71    CD - Plaintiff, Linda Whittington
20           (Deposition Transcripts)                510
       72    CD - Plaintiff, Dived Haller
21           (Medical Records and Deposition
             Transcript)                             510
22     73    System review and progress note        521
       74    Progress Note dated 2-25-03            521
23     75    Progress Note dated 3-11-03            522
       76    Admission Nursing Consults             523
24     77    Medical record dated 10-21-85          550
       78    Surgical Assessment dated 8-26-00      553
25     79    Progress Note dated 4-22-08            581
0481
1                    EXHIBITS (cont'd.)
2      NO.       DESCRIPTION                    PAGE
       80    Medical record dated 10-29-05          587
3      81    Medical record dated 9-19-06           588
       82    Lab record dated 9-24-98               591
4      83    Medical record dated 11-20-07          604
5
6
7
8
9
10
11
12
```

bt101508.txt

```
13
14
15
16
17
18
19
20
21
22
23
24
25
0482
 1                    (Please refer to Volume 1 of the deposition
 2      of Brian R. Tulloch, M.D., FRCP, FACP for the agreements
 3      of counsel.)
 4                    (Exhibit Nos. 63 and 64 marked.)
 5              BRIAN R. TULLOCH, M.D., FRCP, FACP,
 6      having been duly sworn, testified as follows:
 7                    CONTINUED EXAMINATION
 8      BY MS. THORPE:
 9          Q.  Dr. Tulloch, have you reviewed any documents
10      from AstraZeneca, company documents?
11          A.  Not in large numbers.  I have -- although as we
12      reviewed, that was a standard reference list that you
13      had there, so I -- I would defer to anybody else who's
14      read more.  I haven't read a lot.
15          Q.  Well, there are not any AstraZeneca documents
16      in Exhibit 4 --
17          A.  That's correct.
18          Q.  -- or Exhibit 16.  Do you -- right?  I mean,
19      they're not in the stacks --
20          A.  That's correct.
21          Q.  -- that you --
22          A.  I have not read them yet.  I clearly will be
23      before we go to court.
24          Q.  So you have not read any AstraZeneca documents
25      as of today?
0483
 1          A.  As of today, that's right.
 2          Q.  So before forming your opinion in this case,
 3      you did not review any AstraZeneca documents, right?
 4          A.  That's correct.
 5          Q.  Okay.  All right.  Let me show you your report
 6      in the Haller case that's been marked as Exhibit 63.
 7          A.  Thank you.
 8          Q.  And I'm going to ask you if that's a true and
 9      correct copy of the report that you prepared for the
10      Haller case.
11          A.  Yes, ma'am.
12          Q.  And then I'm going to show you what's been
13      marked as Exhibit 64 for identification and ask you if
14      this is the time line that was prepared for you by the
15      plaintiffs' lawyers and upon which you rely in this
16      case.
17          A.  Yes, ma'am.
18          Q.  Okay.  Now, is Exhibit 63, your report,
19      factually and medically accurate?
20          A.  To the best of my knowledge, yes, ma'am.
21          Q.  And you prepared Exhibit 63?
22          A.  Yes, ma'am.
23          Q.  You were given all of the records -- medical
```

Page 3

bt101508.txt
```
24        records that appear on page 16 of the spreadsheet on the
25        report?
0484
 1             A.   Yes, ma'am.
 2             Q.   Can you mark for me, as you have in other
 3        depositions, those medical records that you reviewed on
 4        Mr. Haller?  If it -- if it would help you, I can give
 5        you another copy of the report.
 6             A.   Yeah, I think so, just an access to that page
 7        that says "opinions related to" and then I can compare
 8        the hospitals as they were listed.
 9             Q.   Here you go, Dr. Tulloch.  If you would mark on
10        page 16 of the spreadsheet that is part of your report
11        that's been marked as Exhibit 63 those medical records
12        that you have reviewed on Mr. Haller.
13             A.   Okay.  What I'm going to do, as this particular
14        version of my report is missing, page 16, may I --
15             Q.   Oh, well, let's -- let me mark another --
16        that's weird that it's missing.
17             A.   That's okay.
18             Q.   Let's make sure --
19             A.   It stops at 15, that one.  Here's a 16 and 17
20        on this.  Shall I transcribe them over?
21             Q.   Okay.  Let's put -- if it's okay with
22        everybody, let's put the -- let's just get another
23        report.  Somehow --
24             A.   The one you gave me would do fine.
25             Q.   I'm sure -- let me find one and check the --
0485
 1        let me check the pages so we make sure we have all the
 2        pages.
 3             A.   Okay.
 4             Q.   Okay.
 5             A.   This one has 16 and 17.  So why don't I give
 6        you back the original 63.  And you may want to put that
 7        number on this version.  How about that?
 8             Q.   Let's just mark another exhibit number and
 9        let's start over clean and we'll be okay.
10                  (Exhibit No. 65 marked.)
11             Q.   (BY MS. THORPE)  Okay, Doctor.  I'm going to
12        show you what's been marked as Exhibit 65 for
13        identification.  And can you tell me if that is a true
14        and correct copy of the report you prepared in the
15        Haller case?
16             A.   Yes, ma'am.
17             Q.   And that report contains accurate -- factually
18        accurate medical and scientific information?
19             A.   Yes, ma'am.
20             Q.   And you believe that it accurately states the
21        facts with regard to Mr. Haller in this case?
22             A.   To the best of my knowledge, yes, ma'am.
23             Q.   All right.  I'm going to ask you to go to the
24        page 16 of the spreadsheet on the back of Exhibit 65 and
25        identify those records that you reviewed on Mr. Haller.
0486
 1             A.   Thank you, ma'am.  I will do that.
 2                  Okay, ma'am.  I have all on the list of
 3        page 16 and the first line of page 17.  And not
 4        immediately apparent to me -- but it may be listed under
 5        somebody else's name -- is a Dr. Mouna Bacha, B-a-c-h-a,
 6        who's on my list and isn't on page, either, 16 or 17.
 7        As I say, it may be under Dr. Bellur Sreenath or some of
 8        the other physicians.
                              Page 4
```

bt101508.txt
```
 9          Q.   Okay.  And so you did not read all of the
10     medical records that were given to you with regard to
11     Mr. Haller, right?
12          A.   That's correct.
13          Q.   And you did not read the deposition of the
14     plaintiff or any of the depositions of his treating
15     physicians before forming your opinions in this case?
16          A.   That's correct.
17          Q.   And you knew by not reading the complete set of
18     medical records on Mr. Haller that you could possibly
19     miss explanations for his weight gain other than his use
20     of Seroquel, right?
21          A.   Yes, ma'am.
22          Q.   And you knew that by not reading the medical
23     records of Mr. Haller you could miss explanations for
24     his diabetes other than Seroquel, correct?
25          A.   Yes, ma'am.  I would -- I would hope to pick up
0487
 1     most of those amongst his medical records, but I
 2     acknowledge that things might have slipped through in
 3     some of the depositions, yes, ma'am.
 4          Q.   Well, you didn't read all of his medical
 5     records, right?
 6          A.   That's correct.
 7          Q.   You knew that by not reading all of
 8     Mr. Haller's medical records you could miss risk factors
 9     or other cause for diabetes other than Seroquel,
10     correct?
11          A.   That's correct.
12          Q.   Now, before forming the opinions that you've
13     expressed in your report, you did not conduct your own
14     medical examination of David Haller, correct?
15          A.   No, ma'am, he was not offered to me, and I -- I
16     have discussed that before.
17          Q.   All right.  Well, we haven't talked about
18     Mr. Haller --
19          A.   Okay.
20          Q.   -- of course.  So right now I'm focusing on
21     Mr. Haller.
22               So before forming the opinions in your
23     report, you did not conduct a medical examination of
24     Mr. Haller, right?
25          A.   That's correct.
0488
 1          Q.   And you haven't done one since writing your
 2     report, right?
 3          A.   That's correct.
 4          Q.   And before forming the opinions that you have
 5     expressed in this case, you never met Mr. Haller, right?
 6          A.   That is correct.
 7          Q.   You have never spoken with him or asked to
 8     speak with him, correct?
 9          A.   That's correct.
10          Q.   You have never talked to Mr. Haller to take a
11     medical history, correct?
12          A.   That's correct.
13          Q.   In your clinical practice, you always take a
14     medical history, correct?
15          A.   If I'm asked to see the patient, yes, ma'am.
16          Q.   You have always done independent medical exams
17     of patients in court cases you've been involved in in
18     the past, correct?
19          A.   No, ma'am.  I cited the case of Zyprexa, which
```
Page 5

bt101508.txt
```
20    we shared some days ago, and I mentioned that I was
21    given access to all but one of the patients in that
22    setting.
23         Q.   Okay.  I remembered that --
24         A.   Yeah.
25         Q.   -- you had been seeing some patients.
0489
1          A.   Right, that's right.
2          Q.   Okay.  So -- so most of the time in the cases
3     you've testified in the past you have examined the
4     patient, correct?
5          A.   Well, I've had independent access to get an
6     independent history and had the ability to examine the
7     patients, that's correct, ma'am.
8          Q.   So your regular custom is that you would get a
9     history and see the patient when you were going to give
10    testimony in court about a patient, correct?
11         A.   That certainly was the case for Zyprexa.
12         Q.   And that's your regular practice?
13         A.   Well, it sounds as if I -- if I were to
14    acknowledge that, it would sound as if I see a lot of
15    patients before case reviews.  I -- I don't see all that
16    many.  And other than the Zyprexa case, I can't think of
17    any other patients that I'd given opinion on in court
18    that I had seen personally.  So --
19         Q.   Okay.  Well, let me just ask it this way and
20    see if I can -- I'm a little confused, so let me just
21    start over.
22              Other than the one patient in a Zyprexa
23    case whom you did not take a history from and did not
24    see, have you ever given testimony in court about a
25    patient who you did not physically examine or take a
0490
1     medical history from?
2          A.   Yes, ma'am.  If I refer you to Exhibit D and --
3          Q.   Okay.
4          A.   -- let me know when you're there.
5          Q.   I know what it is, so you can just --
6          A.   Okay.
7          Q.   -- talk away.
8          A.   Reference 1 was the Zyprexa case we've
9     discussed, and there was one case I did not see out of
10    probably five.  Reference 2 was Antonio Manuel Rodriguez
11    whom I did not have access to.  Reference 3 was David
12    Morieda whom I did not have access to.  Reference 4 was
13    Victoria Scott whom I did not have access to.  Reference
14    5 was Guy Patrick Carr whom I did not have access to,
15    and Reference 6 was Janell Martin whom I did not have
16    access to.  So I hope that clarifies that.
17         Q.   So what you're saying is in the past four
18    years, it has been your practice to give testimony
19    without examining the patient or taking a medical
20    history --
21         A.   Well, I like --
22         Q.   -- by and large, right?
23         A.   -- I like to see them when they're available.
24    A number of the names that I read to you were, in fact,
25    dead patients, so they weren't available for access.
0491
1          Q.   Okay.  Well, that explains some of it.
2          A.   And one of them was decorticate -- well, let me
3     use the common term.  One was functionally a vegetable,
4     and another one was severely psychotic.  So I think
```
                              Page 6

bt101508.txt
```
 5   where possible I try to obtain my own personal opinions
 6   of the patients and take an independent history.
 7       Q.   And why do you like to do that?
 8       A.   Well, because it allows me to give -- to obtain
 9   a personal opinion of the subject and to -- especially
10   if this is related to a diabetes or endocrine condition,
11   to make my own independent judgment.
12       Q.   Do you sometimes find that you have questions
13   that you'd like answered that aren't contained within
14   the medical records that you review so that when you can
15   talk to the patient, you can try to get the missing
16   information?
17       A.   It certainly does allow for a clearer picture,
18   yes, ma'am.
19       Q.   Now, as to Mr. Haller, based on your report,
20   you are saying that the mechanism by which he got
21   diabetes was weight gain, right?
22       A.   To the best of my knowledge, ma'am, yes.
23       Q.   And so all the cases that you and I've been
24   talking about, your opinion is that Seroquel caused
25   weight gain that led to the development of diabetes;
0492
 1   is --
 2              MR. BRUDNER:  Objection, form.
 3       Q.   (BY MS. THORPE)  -- that right?
 4              MR. BRUDNER:  I'm sorry.
 5       A.   As the best clinically supportable hypothesis,
 6   yes, ma'am.
 7       Q.   (BY MS. THORPE)  And as to Mr. Haller, you have
 8   found no scientific evidence to support a conclusion
 9   that Seroquel directly affects the -- his -- affected
10   his pancreas or the cells of his pancreas?
11       A.   Yes, ma'am, there is, to my knowledge, no data
12   that would make that clear.
13       Q.   And you -- as to -- let's just speak generally
14   for a moment.
15       A.   Okay.
16       Q.   As we sit here tonight, you know of no
17   scientific evidence that allows you to conclude that
18   Seroquel directly affects the pancreas or cells of the
19   pancreas or has any other direct effect on people to
20   cause diabetes, correct?
21       A.   Yes, ma'am, we have covered that question in
22   other cases, and I think my answers from the other cases
23   would apply to this one.
24       Q.   So you agree --
25       A.   Yes.
0493
 1       Q.   -- with my statement?
 2       A.   Yes.  And -- but remember what I also said.
 3   Seroquel is -- is part of a group of atypical
 4   antipsychotics, at least one of which was shown to have
 5   a direct effect.  To my knowledge, nobody's looked for
 6   Seroquel.  So in agreeing that there's no data that I
 7   know of, I also would point out that there could be data
 8   if somebody looked.  To my knowledge, nobody's looked.
 9       Q.   You don't have any data?  All I can ask you
10   about is what you know, Dr. Tulloch.
11       A.   Yes, ma'am.  I have no data for Seroquel -- for
12   any direct action of Seroquel on measured indices within
13   the body other than weight gain.
14       Q.   Okay.
15       A.   Perhaps that clarifies it for us.
```
                              Page 7

bt101508.txt

16      Q.  All right.  Now, I want to talk about the use
17  of Seroquel by Mr. Haller.  Okay?  So if you would look
18  at your specific comments about medical records in your
19  report, if you look at the fourth paragraph of your
20  comments regarding Mr. Haller in Exhibit 65, you'll see
21  that you say his first access to Seroquel is noted in
22  February of 2002.  Do you see that?
23      A.  One, two, three, four.  My first -- my fourth
24  paragraph reads, "An early body weight is."
25      Q.  Right.  And the next sentence --
0494
1      A.  Okay.  Yeah.  Okay.
2      Q.  Do you see that?
3      A.  Yes, ma'am.
4      Q.  You say his first access to Seroquel is noted
5  in February of 2002, right?
6      A.  That's correct.
7      Q.  Now, can you tell me what you mean by "access
8  to Seroquel"?
9      A.  Well, to my view, it was a synonym for he was
10  first given Seroquel.
11      Q.  Okay.  Do you mean by saying that he had access
12  to Seroquel that you don't know whether or not
13  Mr. Haller, because of compliance problems, took the
14  drug?
15      A.  That's a reasonable way of interpreting that
16  statement, yes, ma'am.
17      Q.  You know that Mr. Haller is extremely mentally
18  ill, correct, from your review of the records?
19         MR. BRUDNER:  Objection, form.
20      A.  From my review of the records, that would seem
21  to be a reasonable statement, yes, ma'am.
22      Q.  (BY MS. THORPE)  And you would agree that there
23  are numerous references in the records that would
24  suggest that he's not been compliant with a number of
25  his therapies, including Seroquel, right?
0495
1      A.  I think that's a reasonable statement.
2      Q.  So -- so that's why you carefully chose the
3  words that you chose in your report, that his first
4  access to Seroquel was February of 2002, correct?
5      A.  I think that's a reasonable interpretation,
6  yes, ma'am.
7      Q.  All right.  What medical record did you rely
8  upon to obtain his first access to Seroquel?
9      A.  Ma'am, I haven't looked at those records for
10  some months now, so it would take me a minute to find
11  them.  I'm looking at the time line which doesn't have
12  that date.  So I will have to go back to saying when
13  I -- when I dictated that, I had -- I had some knowledge
14  of those dates.
15         And as you can see, I didn't mention
16  that -- the dose because the knowledge I had of the
17  access to Seroquel did not include a date, and then I
18  mentioned that by May of 2003 there was a date that I
19  could trace.
20      Q.  Well, Doctor, you will agree with me that
21  Exhibit 64, the time line, does not show an entry for
22  February of 2002 and -- as a time when Mr. Haller either
23  took Seroquel, was prescribed Seroquel, or had access to
24  Seroquel, correct?
25      A.  I agree with that.  That's pretty well what
0496

Page 8

bt101508.txt
1    I've said.  I don't find it on the time line.
2         Q.   Okay.  So I would like you to tell me where you
3    got that from.
4         A.   Okay.
5         Q.   What's the best way to go about doing that?
6         A.   May I leave -- that may take a long time
7    because it will be somewhere in the charts.  And as I
8    mentioned, I was using two computers, reading the charts
9    off one computer because I did not print them and then
10   typing on the other computer.  So may I leave that as
11   a -- as a question that I will bring to you?
12        Q.   Tomorrow?
13        A.   Because it -- well, no.
14        Q.   Our last -- our last day is tomorrow, so --
15        A.   Okay.  Then I will bring to you when I have it.
16   I mean, just leave it that way.
17             I don't make statements without some
18   evidence, but -- but if you understand what I did was I
19   had -- and I'm holding up a disk -- I had a disk of his
20   clinical material on one computer and was typing on the
21   other computer.  Somewhere in one of those disks is
22   information that led me to surmise that was his first
23   access.
24             So to answer your question with fact and
25   date, I would need to roll up all of his -- his medical
0497
1    records and -- and look through for that relevant date.
2    And I don't think it's fair to you to promise it by this
3    time tomorrow.
4         Q.   Okay.  Well --
5         A.   But I will bring it when I --
6         Q.   -- I'm -- have every intention to be through
7    with this process tomorrow.
8         A.   Yeah, that's reasonable.
9         Q.   But I -- I will tell you, Doctor, that I can't
10   find a reference in my review of the medical records for
11   February of 2002, which is why I ask you that.  And
12   so -- let me just ask you.  You agree that it's very
13   important to know when Mr. Haller was taking Seroquel,
14   right?
15             MR. BRUDNER:  Objection, form.
16        A.   I agree with that.  And I --
17        Q.   (BY MS. THORPE)  It's important to you for your
18   opinion?
19        A.   I stand by my promise that when I find it, I
20   will -- I will share it with you.  And I offered to you
21   the method by which I will seek that date.  If it would
22   be easier for our discussion -- would it be easier to
23   move to the first recorded dose which we would agree is
24   available on the time line and where I have a dose and
25   that was 400 milligrams a day, which is available on the
0498
1    17th of May on page 5 of the time line?  Would -- would
2    that be easier?
3         Q.   We can talk about that in just a second.
4         A.   Okay.
5         Q.   Let me just finish up on the -- on the February
6    2002 date.
7             So as we sit here right now, you cannot
8    tell me what medical record the February 2002 start date
9    for Mr. Haller taking Seroquel came from, right?
10        A.   That's correct.
11        Q.   And is it true, Doctor, that you -- for dates
                           Page 9

bt101508.txt
```
12   that the patient was on Seroquel for -- for anybody you
13   looked at, you went through the medical records and
14   found the dates that they were on Seroquel?
15        A.   That's correct.
16        Q.   You did that -- you didn't just look at the
17   time line that's been marked --
18        A.   No, ma'am.
19        Q.   -- as Exhibit 64, correct?
20        A.   No.   As I mentioned, I -- I did read the
21   charts.   I listed the charts that I read.   I found
22   another one that is on my list and which we don't have
23   on page 16.   And then as I put my -- my thoughts
24   together, I worked in the manner which we have just
25   described.
0499
 1        Q.   Okay.   And you agree that the time line doesn't
 2   show the February 2002 date -- the time line that's been
 3   marked as Exhibit 64?
 4        A.   That's correct.
 5        Q.   All right.   Now -- and you are -- strike that.
 6             You are confident that your report is not
 7   mistaken as to the February 2002 date?
 8        A.   Ma'am, all of us do the best we can.   To the
 9   best of my knowledge, there will be a referral from
10   which I got that information.   But with the time line as
11   our only current linear reference -- linear, I mean
12   linear in time -- the best data I can offer to you will
13   be page 5 of the time line dated May the 17th.
14        Q.   Well, let's look at the page that has the first
15   entry for Seroquel in the time line.   What -- what day
16   is that?
17        A.   Well, I would start with page 5 -- well, no.
18   There's one of January of -- 28th of '03 and there's one
19   in December 18 of '02.   I'm looking at page 4.
20        Q.   Okay.   So the time line -- I'm sorry.
21        A.   And then page 3 I don't see any referral to
22   Seroquel.
23        Q.   The time line that's been marked as Exhibit 64
24   says that -- has the first entry for Mr. Haller getting
25   Seroquel as December 18, 2002, correct?
0500
 1        A.   That's correct, ma'am, page 4.
 2        Q.   And in looking at the time line, the
 3   plaintiffs' law firm gives you no document number or
 4   identity of a doctor who prescribed it or any kind of
 5   description of the particular medical record, correct?
 6        A.   That's correct.
 7        Q.   In fact, it just says current medications,
 8   colon, Seroquel and then in brackets, illegible R.N.
 9   signature, correct?
10        A.   Yes correct.
11        Q.   Do you know if this December 18, '02 entry is
12   correct on the time line that's been marked as
13   Exhibit 65?
14        A.   I can't vouch for that without looking back at
15   the pharmaceutical records that relate to when he first
16   got a supply of Seroquel.   Again, if it becomes -- well,
17   let me leave that statement right there.
18             (Exhibit No. 66 marked.)
19        Q.   (BY MS. THORPE)  Doctor, I'm going to show you
20   what's been marked as Exhibit 66 for identification,
21   which is a medical record dated October 1, 2002.   And
22   I've highlighted the sentence about Seroquel because
```
Page 10

bt101508.txt

```
23      it's a multipage document.
24          A.   Okay.  Thank you.
25          Q.   My first question is:   Have you ever seen this
0501
 1      document that's been marked as Exhibit 66?
 2          A.   What I have for Exhibit 66 is from Directions
 3      For Mental Health, a psychiatric evaluation by a nurse
 4      practitioner labeled Dee Burke.  It's dated October the
 5      1st of '02.  And on page 5 it's referred that doctor --
 6      Ms. Burke refers, "We'll work with Seroquel as we adjust
 7      the medication."  So that is a referral to Seroquel in
 8      October of '02.
 9          Q.   Now, did you read this document that's been
10      marked as Exhibit 66 before you formed your opinions in
11      this case?
12          A.   If Dee Burke's name is on that list, I will
13      have, yes, ma'am.
14          Q.   Does that mean yes?
15          A.   And Directions For Medical Health -- yes, I did
16      read -- Directions For Mental Health is on my list, yes,
17      ma'am.
18          Q.   Okay.  So is it -- do you stand by your report
19      when you say that his Seroquel use began in February of
20      2002 or do you believe it was -- your report was
21      mistaken on that point?
22          A.   Ma'am, again, neither of us have a dose or a
23      time.  What we have here is a statement by Ms. Burke
24      that says, "We'll work with Seroquel as we adjust his
25      medication."  2000 -- this is October 2002.
0502
 1              The -- as I recall, the first reference I
 2      could find -- but it was vague and may have been a
 3      phrase like this -- was to February of 2002.  And as I
 4      promised, I -- when I find it, I will share it.
 5              But what we have here is a nurse
 6      practitioner who refers to working with this man's
 7      administration of Seroquel but we do not have a dose and
 8      we do not have a time at which it was started.
 9          Q.   Okay.  So you're -- you continue to believe
10      that your statement in your report is correct?
11          A.   To the best of my knowledge, ma'am.  Now, I
12      don't have perfect recall.  I generally try to choose
13      chapter, time, and verse where I can find it.  And as
14      you had noted, the wording that I chose for that
15      particular date was access to Seroquel, implicating --
16      implying that I really wasn't certain what date he'd
17      been on -- what dose he'd been on -- at that time.
18          Q.   Okay.  But you agree with me that your analysis
19      of Mr. Haller is premised on him beginning Seroquel on
20      February 2, 2002, right?
21          A.   Yes, ma'am.
22              (Exhibit No. 67 marked.)
23          Q.   (BY MS. THORPE)  And I'm going to show you
24      what's been marked as Exhibit 67 for identification and
25      ask you if you've ever seen this record which comes from
0503
 1      the Directions For Mental Health chart.
 2          A.   Yes, ma'am.  As I mentioned, I did go through
 3      the chart for Directions For Mental Health.  And I'm
 4      looking at Exhibit 107, which is page -- I don't see it.
 5      Well, let's -- the Bates number would be 350.
 6          Q.   And if you look at this document, you see that
 7      Mr. Haller was prescribed Seroquel in a starter pack
```
                              Page 11

bt101508.txt
```
 8    kind of arrangement beginning on October 1, 2002, right?
 9        A.   Yes, ma'am.
10             MR. BRUDNER:  Objection, form.
11        Q.   (BY MS. THORPE)  And you will agree with me
12    that the time line that's been marked as Exhibit 64 and
13    your report failed to indicate that Mr. Haller commenced
14    Seroquel use in October of 2002, right?
15        A.   Yes, ma'am.  And as I mentioned, because I -- I
16    got the impression it had actually started some months
17    before that in February of '02, but there's no doubt
18    that this looks like it was an initiation.
19        Q.   So you would agree that your report was
20    mistaken when it said that he began using Seroquel in
21    February of 2002?
22        A.   I will agree to that statement until I can
23    prove anything -- and until I produce a reference that
24    contradicted it, yes, ma'am.
25        Q.   And you'll agree that the time line that you
0504
 1    rely on from the plaintiffs' firm that's been marked as
 2    Exhibit 64 is mistaken as to when he commenced Seroquel
 3    use?
 4        A.   Yes, ma'am, it does not include that particular
 5    date.
 6        Q.   The date of October 2002, right?
 7        A.   10-1-02, that's correct.
 8        Q.   Now, the -- I think you've -- well, strike
 9    that.
10             Before forming your opinion in this case,
11    you did not know what dose of Seroquel Mr. Haller was on
12    until May of 2003, correct?
13        A.   That's correct.
14        Q.   And you didn't know -- strike that.
15             Assuming that he began at the date you said
16    in your report of February of 2002, you didn't know what
17    dose he was on all during 2002, correct?
18        A.   That's correct.
19        Q.   And you didn't know what dose of Seroquel
20    Mr. Haller was on for the first five months of 2003,
21    right?
22        A.   That's correct.
23        Q.   So is it correct, sir, that the dose of
24    Seroquel that Mr. Haller was on during the first year
25    and three months that he was on Seroquel was unimportant
0505
 1    to you in forming your opinions in this case?
 2        A.   I -- I think that's -- that may not be correct.
 3    What I was trying to do was be as fair as I could in my
 4    statement of facts.  I was trying to find the broadest
 5    time that he had access to Seroquel.  So at least if
 6    there was any changes in body weight, they could be
 7    ascribed to whatever was current on his medication at
 8    the time.  So I would rather have his presence on
 9    Seroquel were it -- were it possible so that any weight
10    change would be ascribable to whatever was -- could be
11    explained.
12             As I've said earlier, what I was trying to
13    do was give the best reference of the facts available in
14    this case.
15        Q.   Well, you had no idea what dose of Seroquel
16    Mr. Haller was on until May of 2003, correct?
17             MR. BRUDNER:  Objection, form.
18        A.   That's correct.  And that's the way I word it,
```
Page 12

bt101508.txt
```
19      that his first access to Seroquel was, as I believed, in
20      February of '02 and the dose recorded in May was
21      400 milligrams.  So that was why I made the statement
22      the way I did.
23          Q.  (BY MS. THORPE)  So whatever happened with
24      Mr. Haller's weight between the time he started Seroquel
25      and the time -- until May of 2003, your opinion as to
0506
1       those events during that time frame would not depend on
2       the dose of Seroquel he was on because you didn't know
3       what it was, right?
4           A.  That's correct.
5           Q.  In the first paragraph on the second page of
6       your report, you say -- you see where the sentence
7       begins in January 2006?  It's the second sentence of the
8       first paragraph.
9           A.  Okay.  I've got it.
10          Q.  Okay.  So you say, "In January 2006 this" --
11      referring to Seroquel -- "was increased to 50 milligrams
12      for two weeks," right?
13          A.  No, ma'am.
14          Q.  I'm sorry.  Referring to Risperdal.
15          A.  I think if you go back two lines, you'll find
16      it's not Seroquel.
17          Q.  You're right.  I'm sorry.  I really don't want
18      to talk about this sentence particularly.  I'm trying to
19      get you oriented to 2006.
20          A.  Okay.
21          Q.  So you're saying -- in the first paragraph on
22      the second page of your report, you're saying in January
23      2006 Risperdal was increased to 50 milligrams per two
24      weeks, right?
25          A.  Yes, ma'am.  I would go back to the first
0507
1       sentence because that will be clearer for you.  In
2       December the 5th, he was given another atypical
3       antipsychotic.  This was Risperdal.  And it was started
4       as 1 milligram three times a day with an intramuscular
5       injection every three weeks --
6           Q.  Right.
7           A.  -- of 37.5 milligrams, yes, ma'am.
8           Q.  And in January of 2006, that was -- the
9       Risperdal prescription was increased to 50 milligrams
10      per two weeks, right?
11          A.  So it was increased both in strength and in
12      frequency, yes, ma'am.
13          Q.  Then the next sentence says, "By March" -- and
14      by that you mean by March of 2006, right?
15          A.  That's correct.
16          Q.  -- "the Seroquel dose was increased to
17      600 milligrams a day."
18              And this dose was continued to the last
19      chart entry on August 26, 2007, correct?
20          A.  That's correct.
21          Q.  Now, when did Mr. Haller stop taking Seroquel?
22          A.  To my belief, he was still on Seroquel in
23      August of 2007.  But let me check that.
24              Yes, ma'am.  I believe if we work from the
25      time line on page 61, certainly at that stage he was
0508
1       getting 300 milligrams of Seroquel and 60 tablets, the
2       implication there being that he was taking two a day.
3       So that would be 600 milligrams.
```
                          Page 13

bt101508.txt
```
 4        Q.   Okay.
 5        A.   And I do not have any reference on the flow
 6   sheet that Seroquel was terminated.  I -- I know that
 7   there are later charts that are being sent to us all the
 8   time.  I'm sure you're getting them the same as I.  So
 9   that could be checked on the next batch of updating
10   charts that comes from Florida.
11        Q.   Have you received any charts on any of the
12   plaintiffs that we've been talking about for the last
13   few sittings of your deposition, either Ms. McAlexander,
14   Ms. Whittington, Mr. Unger, or Mr. Haller since we
15   started this process?
16        A.   Yes, ma'am.
17             I'm sorry for the delay.  It took me a
18   while to dig them up.  I -- I got this -- I haven't got
19   through all of them.  But as you can see, the date is
20   quite recent.  And what you're looking at is updated
21   charts on three of the patients we've been discussing.
22        Q.   Okay.
23        A.   And I hand them over.  I --
24        Q.   I'm sorry.
25        A.   I haven't gone through them all yet myself, so
0509
 1   we will share them in our interest.
 2        Q.   Okay.  Well, let me go ahead and mark them.
 3             MR. BRUDNER:  Are these your copies?
 4             THE WITNESS:  They're my only copies.
 5             MR. BRUDNER:  Yeah, let's -- let me make
 6   copies of that.
 7             MS. THORPE:  Okay.  There are three disks
 8   here, too, though.
 9             MR. BRUDNER:  Okay.
10             MS. THORPE:  I mean, I don't mind having a
11   copy of the record -- a copy of the letters, but I think
12   we should go ahead and mark the disks and then have the
13   court reporter copy them just like she did unless you
14   can burn them.
15             MR. BRUDNER:  I think I can.  But let me --
16   I know you want to mark them.
17             MS. THORPE:  I mean, I don't mind you
18   taking them after I mark them and --
19             MR. BRUDNER:  Let's do that.
20             MS. THORPE:  Does that make sense?
21             MR. BRUDNER:  Yeah, let's do that.
22             MS. THORPE:  Okay.
23             (Exhibit Nos. 68 and 69 marked.)
24        Q.   (BY MS. THORPE)  Doctor, I'm going to show you
25   a collective exhibit that's been marked as Exhibit 69,
0510
 1   which consists of three letters dated October 9, 2008,
 2   sending you various materials in the Linda Whittington
 3   case, the Eileen McAlexander case, and the David Haller
 4   case.  Did I correctly describe Exhibit 69?
 5        A.   Yes, ma'am, these are what I've just shared
 6   with you.
 7        Q.   Yes.  And then I'm going to mark three disks
 8   that you've also brought with you today that are the --
 9   are the records that are described in the letters that
10   have been marked as Exhibit 69, correct?
11             (Exhibit Nos. 70 through 72 marked.)
12        A.   Yes, ma'am.
13        Q.   (BY MS. THORPE)  And these disks have been
14   marked -- these disks have been marked as Exhibits 70,
```
Page 14

bt101508.txt
```
15   71, and 72, correct?
16        A.  Yes, ma'am.
17        Q.  All right.  Let's just -- would you like to
18   take them?
19             Doctor, I'm going to show you what's been
20   marked as Exhibit 68 for identification and ask you if
21   that is a record from Directions For Mental Health that
22   you've reviewed.
23        A.  Yes, ma'am.  It's Directions For Mental Health,
24   yes, ma'am.
25        Q.  And Exhibit 68 shows that Mr. Haller was on
0511
1    Seroquel at least through May 20th of 2008, this year,
2    correct?
3         A.  Yes, ma'am.
4         Q.  And your report fails to indicate that he
5    continued to be on Seroquel through -- through at least
6    that point in time, correct?
7         A.  Well, what I said was -- and this dose was
8    continued until his last chart entry, which was the last
9    chart entry available to me at the time I was -- I was
10   relating to that patient on August the 26th.  Now, if we
11   have data since then --
12        Q.  Of 2007?
13        A.  Of 2007, yeah.
14             If we have data since that and we -- I have
15   just shared with you some material I got six days ago.
16   Clearly, my report will be continuously updated as this
17   more recent data becomes available.
18        Q.  Well, Exhibit 68 is a medical record that was
19   part of the Directions For Mental Health records that
20   you reviewed, right?
21        A.  Yes, ma'am.
22        Q.  So it's not a new record?
23        A.  No.  But -- but when I was doing that report,
24   the last chart entry which I found -- and I stated as
25   such -- was August 2007.
0512
1         Q.  Okay.  And this information that's contained on
2    Exhibit 69 about Mr. Haller taking Seroquel in May of
3    2008 is not contained in the time line that's been
4    marked as Exhibit 64, right?
5         A.  That's correct, yeah.
6         Q.  So we know that based on -- on your report and
7    these documents that Mr. Haller was taking Seroquel when
8    he was compliant and he wasn't always compliant between
9    October of 2008 and -- excuse me.  Let me start that all
10   over.
11             You've agreed that Mr. Haller didn't always
12   take his medicine, right?
13        A.  That's correct.
14        Q.  Didn't always take his Seroquel, right?
15        A.  Yeah.
16        Q.  Right?
17        A.  Yes, ma'am.
18        Q.  But the time frame in which he had
19   prescriptions for Seroquel ran -- based on these records
20   that you have before you -- from October of 2002 to --
21   all the way through May of 2008, correct?
22        A.  That's correct.
23        Q.  And I know you haven't read Mr. Haller's
24   deposition, right?  Right?
25        A.  That's correct.
```
Page 15

bt101508.txt

0513
1          Q.   But he testified in July of this year that he
2     was still taking Seroquel.  You didn't know that when
3     you formed your opinions in this case?
4          A.   That's correct.
5                    MR. BRUDNER:  Objection, form.
6          A.   I left -- I left the -- from the wording of my
7     report, I left it open that certainly our last time I
8     had data, August 2007, he seemed -- he was still on
9     Seroquel at the dose of 600 milligrams a day.
10         Q.   (BY MS. THORPE)  All right.  So what I want to
11    now get you to focus on is the third paragraph in your
12    report, sort of the -- where you express your opinion on
13    a reasonable probability on the second page.
14         A.   Yes, ma'am.
15         Q.   You say in your report, don't you, sir, that
16    based on reasonable medical probability, the excess
17    weight gain experienced following the administration of
18    the atypical antipsychotic Seroquel was a cause of his
19    developing diabetes, right?
20         A.   Yes, ma'am.
21         Q.   Now -- and just before that sentence, you say
22    that the main detectible relationship between Seroquel
23    and abnormal glucose physiology therefore seem to be
24    following a 21-pound weight gain when clearly abnormal
25    sugars are registered, right?
0514
1          A.   That's correct, ma'am.
2          Q.   So you're saying that the -- the excess weight
3     gain that Mr. Haller had, in your opinion, was a
4     21-pound weight gain, right?
5          A.   That's all I could find, yes, ma'am.
6          Q.   Okay.  So what do you mean when you say "that's
7     all I can find"?
8          A.   Well, as I've shared, we do not have accurate
9     recording of body weight every time he sees a physician
10    for psychiatric basis.  On the other hand, my patients
11    are weighed every time they come to see me.
12              So when I make a statement like that, I
13    say -- I'm implying that in this particular
14    subspecialty, which is psychiatric care of patients, the
15    body weight is not followed as avidly as it is in other
16    subspecialties of internal medicine.  That was the only
17    relevance for that.
18         Q.   All right.
19         A.   That's very different.  When I'm teaching
20    students, I focus down.  The weight is very important
21    when you're looking at all the risk factors for
22    diabetes, hypertension, et cetera.
23         Q.   Well, Mr. Haller had a lot of caregivers, many
24    of whom were not psychiatrists, right?
25         A.   Yes, ma'am.
0515
1          Q.   For example, he had extensive gastrointestinal
2     care by internal medicine folks, right?
3          A.   Yes, ma'am.
4          Q.   And focusing on this -- focusing on your method
5     of analyzing the medical records for a minute,
6     Dr. Tulloch, did you go through his charts looking for
7     places after Seroquel where he gained weight -- after he
8     started taking Seroquel where he gained weight?
9          A.   Ma'am, what I tried to do was get the best
10    available data, in other words, get an idea of how
                              Page 16

bt101508.txt
```
11    stable his body weight had been prior to Seroquel and an
12    idea of how stable his body weight had been after
13    Seroquel and then try to analyze what the trends had
14    been.
15            And may I refer you back to the second
16    paragraph, if you wish, or we can go back to it.  And
17    what I did there was essentially say --
18        Q.   Can you identify the paragraph for me so I know
19    exactly what you're looking at?
20        A.   We're looking at the page that starts on
21    December the 5th.
22        Q.   Okay.
23        A.   And we're looking at the paragraph below that.
24        Q.   Got it.
25        A.   And essentially what I'm trying to do is just
0516
1     discuss, you know, what are the issues behind this man
2     developing abnormal blood sugar.  And so I tried to
3     analyze that.  And I said, "In reviewing the
4     relationship between his weight and the onset of
5     abnormal blood sugar, there's evidence for weight gain,"
6     and I give the weight gain and I give the dates and then
7     he was diagnosed with abnormal blood sugar.
8         Q.   Okay.  So let's -- let's --
9         A.   Let me finish.  Well -- because I then went on
10    and said, "Soon after the initiation of Metformin and
11    presumably an appropriate diet, his weight was reduced
12    once again to 218."
13            So what I'm trying to do is say, you know,
14    this is what happened.  We're not -- it would be
15    inappropriate to -- to put all of the coals in one
16    basket.  There were many things going on in this man.
17    And once his sugar had been diagnosed, his weight came
18    back to quite a reasonable approximation to its previous
19    value.  I'm not saying it's ideal for his height, but to
20    his previous value.
21            And the last sentence of that -- last
22    phrase of that paragraph says, "And thenceforth, the
23    remained -- the weight remained fairly stable while his
24    sugars remained under excellent control."
25            So this man was well cared from -- from the
0517
1     point of view of getting his blood sugars under control.
2         Q.   So -- I have a really simple question.
3         A.   Okay.
4         Q.   What you're saying is the good evidence of his
5     weight gain is from January of 2001 when he weighed
6     230 pounds --
7         A.   Uh-huh.
8         Q.   -- to May of 2004 when you found a weight at
9     251 pounds --
10        A.   That's correct.
11        Q.   -- right?
12            So -- so the excess weight gain you're
13    talking about in this case is a 21-pound weight change
14    that you believe occurred from January 2001 to May of
15    2004, right?
16        A.   That's correct.
17        Q.   And your opinion to the extent that you blame
18    Seroquel for anything in Mr. Haller is based upon that
19    21-pound weight gain --
20        A.   Yes, ma'am.
21        Q.   -- right?
```

bt101508.txt

```
22              A.  Yes, ma'am.
23                  And may I read into -- the contents of the
24   next sentence because what I then say is, "Whatever
25   happened, they got his weight back down again."  And as
0518
1    the last phrase of my second paragraph says, "After
2    that, his sugars were pretty well-controlled."
3              Q.  Right.  But -- but -- let me just be sure that
4    I'm absolutely clear, Dr. Tulloch.  Your opinion that
5    Seroquel caused Mr. Haller to develop diabetes is based
6    on the 21-pound weight gain between January of 2001 and
7    May of 2004, correct?
8              A.  That's correct.
9              Q.  Now, you drew the 230 pounds in January 2001
10   from the time line that's been marked as Exhibit 64; is
11   that right?
12             A.  I believe so, yes.
13             Q.  Did you verify the weights in the time line?
14             A.  Ma'am, as I said, I believe I did when I went
15   through those disks.  But I did not print them out.
16   I've mentioned that already.
17             Q.  Okay.  All right.
18             A.  So the best I have to give you in the way of
19   written data is what we have in the time line.
20             Q.  All right.  And then the -- so the 230 pounds
21   on January 2001 appears --
22             A.  Page 3.
23             Q.  -- on page 3.  And the 251 pounds is on a May
24   4th entry on what page?
25             A.  2004.  I'll tell you when I find it.
0519
1              Q.  I think it's page 18, right?
2              A.  Page 18 up at the top, yes, ma'am.
3              Q.  Okay.  Now, the January 15, 2001 weight, let's
4    focus on that first.  Okay?
5              A.  Uh-huh.
6              Q.  All right?  Are you with me?
7              A.  Page 3 of the time line, yes, ma'am.
8              Q.  Yeah.  Mr. Haller was 5'6" tall, right?
9              A.  Yes, ma'am.
10             Q.  And if he weighed 230 pounds in 2001, he was --
11   he had a BMI of 37.1, correct?
12             A.  That's right.
13             Q.  He had a BMI of 37.1 before he ever started
14   taking Seroquel, correct?
15             A.  Yes, ma'am.
16             Q.  That's morbidly obese, isn't it?
17             A.  We agreed on earlier patients, yes, ma'am.
18             Q.  Yes.  And he is only 40 years old, right?
19             A.  Yes, ma'am.
20             Q.  Now, I think we've agreed that he started
21   taking Seroquel in October of 2002, right?
22             A.  That's the best evidence we have right now,
23   yes, ma'am.
24             Q.  So your calculation of this weight gain, this
25   21-pound weight gain, is based on a weight on January
0520
1    15, 2001, that is approximately two years before
2    Mr. Haller began taking Seroquel, correct?
3              A.  Yes, ma'am.  But it -- it's quite close to one
4    which is recorded in the time line on page 4, March the
5    13th of '03, which is within 4 pounds of -- of that
6    weight.  So I think they're fairly close.  But I refer
```

Page 18

bt101508.txt

```
 7        you to page 4.
 8             Q.   Okay.  We'll come back to March 13, '03 --
 9             A.   Okay.
10             Q.   -- in just a minute.  All right?
11                  But your calculation in your report is
12        based on a -- a weight that was recorded for Mr. Haller
13        two years before he started Seroquel?
14             A.   Yes, ma'am.  And which --
15             Q.   You --
16             A.   -- which was quite close to a date six months
17        after he started Seroquel, but maybe I shouldn't have
18        mentioned that until you address it.
19             Q.   We can talk -- we can talk about that right
20        now.
21             A.   Okay.
22             Q.   Let's just -- let's just talk about that
23        weight.  So -- so are you relying on the March 13, 2003
24        weight as a basis of your opinion that he had a 21-pound
25        weight gain?
0521
 1             A.   No, ma'am, because that would be more.  What I
 2        was -- in my opinion, it would seem that his weight had
 3        not changed a great deal between January of '01 and
 4        March of '03.  Those 4 pounds difference are not -- not
 5        a major difference.
 6                  (Exhibit No. 73 marked.)
 7             Q.   (BY MS. THORPE)  I'm going to show you what's
 8        been marked as Exhibit 73 for identification, which is a
 9        medical record dated February 11, 2003, and ask you to
10        look at the second page and tell us what weight is shown
11        two days before -- or two -- one month before the March
12        13th day.
13             A.   Thank you, ma'am.  I have March the 28th of --
14        well, no, that's the date -- okay.  On the front of
15        Exhibit 73, I have February the 11th of '03.  And on the
16        second page, I have a date that looks like 213 or 243,
17        depending on whether that's a 4 or a 1.  And I have a
18        very high blood pressure.
19             Q.   So you say you can't tell if that's a 243 or a
20        2 --
21             A.   13.
22             Q.   213?
23             A.   Yeah, could be either.
24                  (Exhibit No. 74 marked.)
25             Q.   (BY MS. THORPE)  And then I'm going to show you
0522
 1        the document that's been marked as Exhibit 74 for
 2        identification, which is a medical record dated February
 3        25, '03, just less than a month before the March 13, '03
 4        weight that is marked as 226.  What's the weight shown?
 5             A.   That one definitely is 243 pounds, ma'am.
 6             Q.   Right.  So less than a month before this record
 7        that you're pointing us to of March 13, '03, he weighed
 8        how much?
 9             A.   243.
10             Q.   Okay.  So -- so you think he -- is it your
11        opinion that he dropped from 243 pounds on February --
12        what's the date?
13             A.   That looks like 11 -- no, that's the date --
14        February the 25th.
15             Q.   Okay.  Is it your opinion, sir, that between
16        February 25, '03, when he weighed 243 pounds, he then
17        dropped, in less than three weeks, down to 226 pounds?
```

Page 19

bt101508.txt
```
18          A.  No, ma'am.  I think if there's ever a
19  discordant weight, one has to accept that one of the
20  scales is wrong or one of the transcriptions is wrong.
21  That's what I said earlier.  What I try to do is give a
22  broader review and the best average weights.
23          Q.  Okay.
24              (Exhibit No. 75 marked.)
25          Q.  (BY MS. THORPE)  I'm going to show you what's
0523
1   been marked as Exhibit 75 for identification and ask you
2   if that's a March 11, '03 weight for Mr. Haller.
3           A.  Yes, ma'am, I see March the 11th and I see -- I
4   see 46, the 2 in front of it is -- is -- I think we
5   would need to assume.
6           Q.  You would be surprised if it wasn't 246 pounds,
7   correct?
8           A.  I think that's reasonable, yeah.
9           Q.  So two days before this entry on the time line
10  of March 13, 2003 of 226, a medical record we've marked
11  as Exhibit 75 shows him weighing 246 pounds, correct?
12          A.  That's reasonable, ma'am, yes.
13          Q.  So now we have three medical records all right
14  around March 13, 2003, showing him at 246 -- or 243 to
15  246, right?
16          A.  Yes, ma'am, I'll -- I'll accept that.
17          Q.  And then --
18              (Exhibit No. 76 marked.)
19          Q.  (BY MS. THORPE)  -- I'm going to show you a
20  record dated May 17, 2003, that's been marked as
21  Exhibit 76 for identification, which is just a couple of
22  months after the March 13, 2003 date.  And can you tell
23  me what the weight is on that date?
24          A.  Thank you, ma'am.  It's dated 5-17, and that
25  date is -- that weight -- body weight is 246.  And it
0524
1   matches quite well with the time line on page 5 of a
2   weight of 246, yeah.
3           Q.  So you would agree with me that more likely
4   than not, the entry on March 13, 2003, on the time line
5   of 226 pounds is an error?
6           A.  I think that's a reasonable statement, ma'am.
7   The numbers you brought up are quite reasonably
8   concordant with the time line date of -- weight of 246
9   dated May the 17th, '03.
10          Q.  All right.  So -- so let's go back to where we
11  were at the beginning.  Your 21-pound weight gain is
12  based on a weight of 230 pounds on January 15, 2001,
13  right?
14          A.  That's correct.
15          Q.  And that weight was measured approximately two
16  years before Mr. Haller began taking Seroquel, correct?
17          A.  That's correct.
18          Q.  You have no idea how much Mr. Haller weighed
19  just before he started taking Seroquel, correct?
20          A.  That's correct.
21          Q.  You don't know how much Mr. Haller weighed a
22  month before he took Seroquel, right?
23          A.  Ma'am, we've made the statement we don't know
24  his weight.
25          Q.  You didn't -- so, correct?
0525
1           A.  That's correct.
2           Q.  You don't know two months before he took
```
Page 20

bt101508.txt

```
 3        Seroquel, correct?
 4              A.   That's correct.
 5              Q.   You don't know eight months before he took
 6        Seroquel what he weighed, correct?
 7              A.   We said -- yes, ma'am, two years was what we
 8        said.
 9              Q.   You have no weights at all on your chart for
10        Mr. Haller for the year 2002, the year he started taking
11        Seroquel, correct?
12              A.   That's correct.
13              Q.   You have no weights at all on -- in your report
14        for 2002, the year he started taking Seroquel, correct?
15              A.   That's correct.
16              Q.   You don't know what Mr. Haller weighed when he
17        started taking Seroquel?
18              A.   That's correct.
19              Q.   He could have weighed 251 pounds when he
20        started taking Seroquel, correct?
21              A.   That's possible.
22              Q.   You just -- you just don't know one way or the
23        other?
24              A.   We don't know.
25              Q.   So your weight gain calculation is based on two
0526
 1        numbers, 230 and 251, and the first one is not a
 2        reliable indicia, the 230, of what he weighed just
 3        before he started taking Seroquel, correct?
 4              A.   I think that's reasonable, yes, ma'am.
 5              Q.   You think my statement is reasonable?
 6              A.   Yes.  Oh, yes.
 7              Q.   You agree that the 230 pounds of January 15,
 8        2001, is not a reliable indicia of what Mr. Haller
 9        weighed just before he started taking Seroquel, correct?
10              A.   Yes, ma'am.  We -- we've just made that
11        statement.
12              Q.   Okay.  I just wanted to be sure the answer was
13        clear.
14              A.   Okay.  Yeah.
15              Q.   You would agree with me, sir, that when you
16        don't know how much Mr. Haller weighed just before he
17        started taking Seroquel, it would be purely speculative
18        to say how much weight he gained while he took Seroquel?
19              A.   Ma'am, I think I made the statement on the best
20        available evidence.  But -- and I also pointed out that
21        fairly soon after that weight of 251, some combination
22        of his life was able to get his weight back down to 218.
23        So --
24              Q.   You're just saying he lost weight while he was
25        on Seroquel, right?
0527
 1              A.   He lost weight during those -- after he was
 2        diagnosed with diabetes and put on Metformin while he
 3        was still on Seroquel.  The subsequent dates recorded
 4        were down in the region of 218, yes, ma'am.
 5              Q.   Okay.  So you agree with me that it is purely
 6        speculative to say how much weight he gained while he
 7        was on Seroquel?
 8              A.   Well, I would say it was on the best available
 9        evidence.  But I -- I think if you wish to use those
10        other phrases, that's reasonable, too.
11              Q.   Okay.  So you do agree it's speculative?
12              A.   Yeah.
13              Q.   Yes?
```

Page 21

bt101508.txt
```
14          A.  Yes, ma'am.
15          Q.  Okay.  In truth, Dr. Tulloch, you can't say
16   what Mr. Haller's weight gain was because you don't know
17   how much he weighed just before he started taking
18   Seroquel, correct?
19                  MR. BRUDNER:  Objection, form, asked and
20   answered --
21          A.  Ma'am --
22                  MR. BRUDNER:  -- a number of times.
23          A.  -- we have reviewed these issues at some
24   length, and I've told you I went on the best available
25   evidence I had.
0528
 1          Q.  (BY MS. THORPE)  But you agree with my
 2   statement?
 3          A.  Yes, ma'am.
 4                  MR. BRUDNER:  Same objection.
 5                  MS. THORPE:  Did you get that answer?
 6                  THE REPORTER:  Uh-huh.
 7          Q.  (BY MS. THORPE)  All right.  Your report says
 8   that Mr. -- if you look at the fourth paragraph on the
 9   second page, that Mr. Haller developed insulin requiring
10   diabetes.  Do you see that?
11          A.  Yes, ma'am.  Let me go back to that.  That's
12   taken out of context.  What I had meant to say and
13   somewhere in the context of these comments is that once
14   a patient has developed type 2 diabetes, the natural
15   history of type 2 diabetes is slow deterioration from
16   responding to one oral medication to two oral
17   medications, three oral medications, and ultimately to
18   insulin requirement.
19                  This man did not have insulin requiring
20   diabetes.  The phrase above that says, actually, he was
21   very well-controlled.  So I would not -- the words I was
22   developing was once somebody developed type 2 diabetes,
23   they will ultimately lead to be on insulin.  And I think
24   I refer you back to some of the long introduction on
25   diabetes.
0529
 1                  So he did not have insulin requiring
 2   diabetes, and that's the context of the paragraph above
 3   that.  And if you're reading that as that he had insulin
 4   requiring diabetes in the time which we were discussing,
 5   that's incorrect.
 6          Q.  Okay.  Well, I just read the sentence.  It
 7   says, "However, having developed insulin requiring
 8   diabetes, Mr. Haller will continue to suffer the
 9   relentless and gradual loss of beta cell function."
10          A.  Yeah.
11          Q.  And so what you're telling me is that
12   Mr. Haller did not develop insulin requiring diabetes,
13   correct?
14          A.  He had developed type 2 diabetes, the natural
15   outcome which is to require insulin.  But at the time
16   that we were discussing this man's care, which is in the
17   paragraph above that, he was actually well-controlled
18   and the statement says that.
19          Q.  In fact, he -- his diabetes is completely
20   controlled by diet today, correct?
21          A.  My belief is that he was given Metformin.  I
22   would need to look at --
23          Q.  Why don't you look at your time line.
24          A.  The most recent data that we have -- no --
```
                              Page 22

bt101508.txt

```
25      well, your question related to today.  And what we have
0530
 1      is some data --
 2              Q.  You don't know?
 3              A.  -- neither you nor I have looked at.
 4              Q.  All right.
 5              A.  But certainly if we eyeball his weights and his
 6      sugars over the subsequent months, there have been more
 7      well-controlled blood sugars and -- and also weights
 8      than there have been poorly controlled sugars and
 9      weights.
10              Q.  Let me -- let me ask you to look at page 58 of
11      the time line, entry January 12, 2007.
12              A.  Yes, ma'am.
13              Q.  There it's indicated that he is controlling his
14      diabetes with diet, correct?
15              A.  Yes, ma'am, on the right-hand paragraph of
16      page 58.
17              Q.  Right.  And then if you look at April 6, 2007,
18      close to the end of your time line, still on diet
19      controlled diabetes, correct?
20              A.  Yes, ma'am.
21              Q.  And although you did not read his deposition,
22      he testified this summer that he is still on diet
23      control and is not taking any medications.
24                   MR. BRUDNER:  Objection, form.
25              Q.  (BY MS. THORPE)  So --
0531
 1              A.  I think that --
 2              Q.  -- you don't know about that because you didn't
 3      read the depo, right?
 4              A.  That's correct.  But what I did say was, in the
 5      paragraph above, his sugar stabilized with evidence of
 6      good glucose control measured with hemoglobin A1c values
 7      essentially in the normal range.  And the last page of
 8      the time line, page 62, was a hemoglobin A1c which is
 9      within the normal range.  So those statements do match
10      up.
11              Q.  According to your -- the time line that's been
12      marked, the vast majority of the time since his
13      diagnosis with diabetes he's been on no medicine of any
14      sort for his diabetes.  Would you agree with that?
15              A.  Yes, ma'am.  He was given Metformin for a
16      while.  When he came off it, I don't know, but certainly
17      his care and the measured sugars were physiologically
18      normal with a few exceptions.
19              Q.  A number of his doctors have questioned -- or
20      have said he has borderline diabetes.  What does that
21      mean to you?
22                   MR. BRUDNER:  Objection, form.
23              A.  We spent some time defining that.  And I don't
24      know of such a phrase -- impaired glucose -- let me come
25      back.  I think borderline diabetes is -- is not
0532
 1      something in the American Diabetes Association referral
 2      rate.  And as we said earlier, the diagnosis of diabetes
 3      should not be on somebody's chart unless he had
 4      fulfilled the criteria.  For all of the medical/legal
 5      ramifications, you really don't want to do that because
 6      of the insurance rates that they would have to pay, et
 7      cetera.
 8                   And so if the man had impaired glucose
 9      control, I would encourage a medical student or a
```

Page 23

bt101508.txt
```
10    learner doctor to use the words "impaired glucose
11    control."  I do not believe borderline diabetes is a
12    good phrase to have in anybody's chart.
13         Q.   (BY MS. THORPE)  Okay.  So you disagree with
14    those doctors who say he has borderline diabetes, his
15    treating doctors?
16         A.   Yeah.
17                   MR. BRUDNER:  Objection, form.
18         A.   I think that's -- either he has diabetes or he
19    doesn't have diabetes.  And if one -- if he had
20    fulfilled the criteria, which I believe he had, one
21    would use diabetes type 2 well-controlled with diet if
22    he wasn't taking Metformin.
23         Q.   (BY MS. THORPE)  All right.  Let me direct your
24    attention to the paragraph that we've been talking about
25    that has the phrase about insulin requiring diabetes.
0533
1          A.   Yes, ma'am.
2          Q.   Do you see that?
3                   And what you're describing there are
4     complications of diabetes, right?
5          A.   Yes, ma'am.
6          Q.   And you have this same paragraph in every
7     report that you've written on plaintiffs in this
8     litigation, correct?
9          A.   Yes, ma'am.
10         Q.   It is -- it's basically cut and pasted into
11    each report, right?
12         A.   Yes, ma'am.
13         Q.   And you are just simply reciting the
14    complications that can occur with diabetes without an
15    individualized analysis of the likelihood of those
16    complications in a particular plaintiff, right?
17         A.   I think that's reasonable.
18                   If I refer you back to my introduction on
19    the natural history of type 2 diabetes, on the best
20    available evidence, there is a progressive loss of beta
21    cell function, and they -- the normal -- most patients
22    lose the ability to respond to oral medication over 5 to
23    15 years.  And this paragraph essentially picks up
24    those -- that -- that natural history.
25         Q.   Well --
0534
1          A.   The phrasing that I'm referring to is under
2     studies addressing impact of treatment on diabetes
3     complications.
4          Q.   We haven't gotten to all the other causes of
5     diabetes yet in Mr. Haller.  But you understand that the
6     complications from diabetes that you describe in this
7     paragraph, the specific complications, could be solely
8     caused by preexisting obesity before Seroquel, years of
9     smoking before Seroquel and during Seroquel use,
10    metabolic syndrome before Seroquel use, hypertension
11    before Seroquel use, hypertension that has been
12    uncontrolled, all of those things could cause the kinds
13    of complications that you're describing in this
14    paragraph?
15                   MR. BRUDNER:  Objection.
16         A.   Yes, ma'am.
17         Q.   (BY MS. THORPE)  Okay.  And you would agree
18    that it would be scientifically and medically impossible
19    to separate -- to look at a complication and say that it
20    came from the diabetes as opposed to it came from the
```
Page 24

bt101508.txt
```
21   hypertension or the metabolic syndrome or the smoking or
22   the obesity, right?
23        A.   That's correct, ma'am.  And that's why we have
24   shared the analogy of the camel's -- the final straw in
25   the camel's back in previous discussions.  And this
0535
 1   would be a good time to review a similar conclusion.
 2        Q.   Can you tell me what you mean by that?
 3        A.   As I see this man's natural history, he had all
 4   of the conditions which you have just described.  He had
 5   a period of weight gain during which time his blood
 6   sugars became abnormal.  After that he received
 7   excellent dietary advice, which he seems to have adhered
 8   to.  It was at least 20 pounds of weight he gained.  If
 9   you look in the time line in places, even better weight
10   loss.  I said weight gain, I mean loss.
11             So he went up to 251 pounds.  He then came
12   down.  And for essentially the duration of the time of
13   his care that relates to this time line, his blood
14   sugars were well-controlled.
15        Q.   Well, I'm -- what I'm trying to understand,
16   though, is -- is really related to complications of
17   diabetes, and I want to be sure that we're -- we're
18   actually on the same page on this.
19        A.   Okay.
20        Q.   When someone is a smoker and has metabolic
21   syndrome and has hypertension and has morbid obesity,
22   any of those conditions could lead to the kinds of
23   complications that you're describing in this fourth
24   paragraph of your report, correct?
25             MR. BRUDNER:   Objection, form.
0536
 1        A.   Yes, ma'am.
 2        Q.   (BY MS. THORPE)  So -- so if -- if you were
 3   asked to say in someone like Mr. Haller that those
 4   complications came from the diabetes instead of coming
 5   from the fact that he was obese from the time he was 40
 6   and a chronic smoker and had uncontrolled hypertension
 7   and so on, you wouldn't be able to scientifically or
 8   medically distinguish that this complication came from
 9   diabetes and this complication came from all these other
10   problems; is that right?
11        A.   No, ma'am.  I think we've shared in a number of
12   contexts over these cases that it -- in essence, the
13   complications are additive.  The -- if there's one of
14   those conditions, the rates of progression are at one
15   level.  If there's two complications, the rates of
16   progression with age become higher, almost
17   logarithmically higher, and each risk factor becomes
18   additive.
19        Q.   But you couldn't sort out --
20        A.   No.
21        Q.   -- which one --
22        A.   No.
23        Q.   -- caused what, right?
24        A.   That's correct.
25        Q.   Okay.
0537
 1        A.   No.  Basically what we're looking at -- when --
 2   you're using the word "complications" and to make it
 3   more specific, let's go to what these guys mostly die
 4   from.  They die from stroke and heart attack.  And what
 5   you enumerated were all the risk factors of stroke and
```
                          Page 25

bt101508.txt
```
 6   heart attack.  And diabetes multiplies those with a
 7   fairly significant multiplication factor.  But all the
 8   others are contributing factors.
 9        Q.   And, in fact, if you're a smoker and you have
10   high blood pressure and you're really very obese, you
11   can die of stroke and heart attack, right?
12        A.   That's correct.
13        Q.   It can solely cause you to die of stroke and
14   heart attack, right?
15        A.   Yes, ma'am.  And what I said was if they
16   developed diabetes, that rate of progression increasing
17   with age is multiplied by another factor upwards.
18        Q.   But you wouldn't be able to look at a given
19   individual and say his death was due to the effect of
20   the diabetes or the effect of, you know, 20 years of
21   smoking cigarettes or his obesity, right?
22        A.   That's correct.
23             MR. BRUDNER:  Objection, form.
24        Q.   (BY MS. THORPE)  Okay.
25        A.   Each risk factor is additive.
0538
 1        Q.   Well, you agree you wouldn't be able to
 2   separate out, though, that the diabetes caused the heart
 3   attack or the stroke from all of the other causes like
 4   obesity, smoking, hypertension, and so on, right?
 5             MR. BRUDNER:  Objection, form.
 6        A.   For a large vessel disease, that's correct.
 7   For small vessel disease, that's not correct.  Usually
 8   the correlation between changes in the eye and the
 9   kidney correlate best with abnormal blood sugar.
10   They're accelerated with high blood pressure, but those
11   relate most to sugar.
12        Q.   (BY MS. THORPE)  Okay.  So as the large vessel
13   disease, you agree with my statement?
14        A.   Without any doubt, yes, ma'am.
15        Q.   All right.  Now, for example, your report says,
16   "Subsequent to his diagnosis of diabetes, Mr. Haller has
17   demonstrated coronary artery disease and suffered a
18   myocardial infarction."
19             So you would agree with me that you can't
20   say that his coronary artery disease and his myocardial
21   infarction were caused by his diabetes, right, his
22   well-controlled diabetes?
23        A.   You're asking me to say solely.  Clearly, the
24   diabetes was a contributing factor.  But all of the
25   other issues which you listed would other -- would also
0539
 1   be contributing factors.
 2        Q.   And you wouldn't be able to say that the
 3   smoking and the preexisting obesity and the hypertension
 4   and the metabolic syndrome and all the things that he
 5   had, you wouldn't be able to rule them out as sole
 6   causes of his heart attack or his coronary artery
 7   disease, correct?
 8        A.   That's correct, ma'am.  And you may remember
 9   with the very first case we discussed, I was extremely
10   reluctant to proportion blame in any percentage for just
11   that reason.  These risk factors are additive.
12        Q.   So you agree you can't rule them -- preexisting
13   obesity, impaired glucose tolerance, metabolic syndrome,
14   smoking, and so on, you can't rule them out as sole
15   causes of his heart attack and his coronary artery
16   disease, correct?
```
                              Page 26

bt101508.txt
```
17                    MR. BRUDNER:  Objection, form.
18         A.  I'm having to listen to your sentence very
19    carefully.  I think we're in agreement when we say the
20    risk factors are additive.
21         Q.  (BY MS. THORPE)  That's not --
22         A.  If I understand --
23         Q.  -- my question.
24         A.  I know, I'm trying to understand what you're
25    getting at.
0540
 1         Q.  And --
 2         A.  If we're asked -- if A plus B plus C equals
 3    D -- because I'm trying to be very simple -- and when a
 4    patient gets to D something bad happens, A was not the
 5    sole cause of D, B was not the sole cause of D, and C
 6    was not the sole cause of D.  Are you -- that's the way
 7    I'm trying to make -- state --
 8         Q.  All right.  Let me -- let me --
 9         A.  If D was a heart attack and the risk factors
10    were A plus B plus C and the heart attack occurred at --
11    at the age of, say, 45, maybe -- would -- if -- if
12    you're trying to get me to explain -- I think we're on
13    the same wavelength, it's just a matter of -- please
14    rephrase your question --
15         Q.  Let me just --
16         A.  -- so I can understand what you're getting at.
17         Q.  Let me just ask you some general questions --
18         A.  Okay.
19         Q.  -- and maybe they will elicit this.
20                    We have agreed that metabolic syndrome,
21    hypertension, hyperlipidemia, impaired fasting glucose,
22    obesity, smoking, family history, psychosis, sedentary
23    lifestyle are all causes of diabetes, right?
24         A.  Yes, ma'am.
25         Q.  Before forming your opinion with regard to any
0541
 1    of the plaintiffs in these cases, you didn't try to
 2    quantify the contribution that these causes made, right?
 3         A.  That's correct.
 4         Q.  To the development of diabetes, correct?
 5         A.  That's correct.
 6         Q.  And you have not -- strike that.
 7                    As to all the -- the plaintiffs in these
 8    cases, the only basis for your opinion that Seroquel
 9    caused the development of diabetes is its temporal
10    relationship with weight gain and the weight gain's
11    temporal relationship with the development of diabetes,
12    right?
13                    MR. BRUDNER:  Objection, form.
14         A.  Yes, ma'am, I -- I think that's the best
15    available data that we can obtain --
16         Q.  (BY MS. THORPE)  Okay.
17         A.  -- in these cases, yes, ma'am.
18         Q.  All right.  And you have said as to all of the
19    plaintiffs that you've looked at that they would get
20    diabetes at some point in time even if they had never
21    taken Seroquel, right?
22         A.  Given the risk factors which they carried, yes,
23    ma'am.
24         Q.  All right.  And I think what you're saying is
25    that you believe that Seroquel somehow accelerated the
0542
 1    development of the diabetes because of the weight gain?
```
Page 27

bt101508.txt

```
 2        A.   That's to the best of my interpretation, yes,
 3   ma'am.
 4        Q.   Have you found any -- have you attempted to try
 5   to quantify that acceleration in any way?
 6        A.   No, ma'am.  I -- I mentioned -- I thought the
 7   best -- best way to handle that was to look at the data
 8   that was available and see how well they correlated.
 9   And in these cases which we --
10        Q.   You're talking about the medical facts?
11        A.   Right.
12        Q.   Okay.
13        A.   The best correlation is -- is with the temporal
14   relationship to the weight gain and the appearance of
15   abnormal blood sugar.
16        Q.   And you're talking about in these specific
17   contexts that we've been talking about?
18        A.   Four patients we've been discussing, yes,
19   ma'am.
20        Q.   All right.  How do you distinguish between a
21   patient with impaired glucose tolerance, hypertension,
22   hyperlipidemia, a family history of diabetes and
23   obesity, a smoker, the kind of people we've been talking
24   about in these cases who gain 40 pounds, and then a
25   patient -- let me start that over because it's too
```
0543
```
 1   complicated.
 2             How do you distinguish between a patient
 3   with the various causes we've been talking about like
 4   hypertension, hyperlipidemia, obesity, smoking, impaired
 5   glucose tolerance who gained, let's say, 40 pounds and
 6   then is diagnosed with diabetes from a patient who has
 7   all of those things and takes Seroquel and gains
 8   40 pounds and then is diagnosed with diabetes.  What's
 9   the difference between those two patients?
10        A.   Okay.
11             MR. BRUDNER:  Objection, form.
12        A.   In that case, in my view, the best available
13   evidence is that the Seroquel was one of the list.  As
14   I've said earlier, another atypical has a direct effect
15   on insulin physiology.  I have not in any way found
16   evidence that Seroquel has that effect, but it comes
17   from a family that have that feature.
18             So my own personal belief, which I would
19   not tender as evidence, is that there's possibly
20   something in there that Seroquel's doing to insulin
21   resistance to further accelerate the appearance of
22   abnormal sugar.  I don't want to go on record to say
23   that.  That's my --
24        Q.   (BY MS. THORPE)  You haven't gotten the
25   science -- basis for that?
```
0544
```
 1        A.   No.  So the best thing I've been able to do was
 2   take a dispassionate view.  These were his sugars, these
 3   were his body weights, then he took Seroquel, then these
 4   were his sugars, these were his body weights, and
 5   Seroquel is probably a contributing factor.  And I come
 6   back to the camel and the straw and the saddle.  I do
 7   not denigrate the number of other inhabitants of that
 8   saddle, and you have enumerated them very nicely.
 9        Q.   All right.  So -- let's see.  Okay.  So let me
10   go back to the start here.
11             So with regard to Mr. Haller, besides
12   Seroquel, was anything else a cause of his weight gain?
```
Page 28

bt101508.txt
```
13        A.   I'm waiting for some dates.
14        Q.   You know, we've already talked about dates.
15   I'm just -- whatever -- you've opined some amount of
16   weight gain, so -- so what -- you know, have you -- have
17   you found any other causes of his weight gain other than
18   Seroquel in your review of his -- of his records?
19        A.   I think we touched on all the others earlier.
20   This man was psychotic, this man was hypokinetic and --
21        Q.   What is hypokinetic, sedentary?
22        A.   Less active, less -- sedentary.   Okay.
23        Q.   Okay.
24        A.   Kinesis is activity.
25             We don't know anything about a family
0545
1    history with this man.  I understand he was adopted.   So
2    I think you've enumerated the list, and I will agree
3    with your list.
4         Q.   Okay.  So -- so you think that he was -- other
5    causes of his weight gain were his sedentary lifestyle
6    and his underlying psychosis, correct?
7         A.   Yes, ma'am.
8         Q.   Anything else?
9         A.   That's all I can think of at this time.
10        Q.   Can you rule out these causes, the psychosis
11   and the sedentary lifestyle, as the sole causes of any
12   weight gain that he had while he was on Seroquel?
13        A.   I -- I can't rule out as sole causes.   But as
14   I've said, if Seroquel --
15        Q.   You can't --
16        A.   Well, Seroquel was there and Seroquel
17   contributed to the weight gain at the time when his
18   blood sugars were noted to be abnormal.   I'm also on the
19   record in your presence this day as saying his blood
20   sugars became well-controlled and he also lost weight on
21   Seroquel in subsequent months.   So clearly, this man
22   either had altered circumstances or listened to advice
23   to lose weight and was able to bring that to bear.
24        Q.   What -- what method did you use to rule out his
25   sedentary lifestyle and his psychosis as sole causes for
0546
1    his weight gain?
2         A.   No, ma'am, I -- I -- my main reason for
3    believing that the Seroquel was -- was the final straw
4    was that the -- the Seroquel administration was present
5    at the time when he made that weight gain and had the
6    diagnosis of diabetes.
7              As I've said a moment ago, having -- he --
8    having got the diagnosis and being given advice and also
9    initial administration of Metformin, his subsequent
10   sugars were reflective of excellent blood sugar control
11   and his subsequent body weights were substantially lower
12   than 251 pounds.
13        Q.   Is it fair to say with regard to all of the
14   plaintiffs in these cases that you have not attempted to
15   rule out other causes for their weight gain as -- strike
16   that.
17             Is it fair to say with regard to all of the
18   plaintiffs in these cases that you have not ruled out
19   other causes for their weight gain?
20        MR. BRUDNER:   Objection, form.
21        A.   Ruled out other causes.  Ma'am, what I tried to
22   share with the Court was my belief that these risk
23   factors are additive and that any medication which
```
Page 29

bt101508.txt
```
24        accelerates weight gain would accelerate the onset of
25        diabetes in somebody who had multiple risk factors for
0547
 1        that condition.
 2            Q.   (BY MS. THORPE)  I know.  But tell me how
 3        you -- how did you rule out other explanations for the
 4        weight gain other than Seroquel?
 5            A.   I didn't feel I had to because I acknowledged
 6        that they were all there.  Let me go back to the simple
 7        analogy A plus B plus C arriving at D.  Without --
 8        without A plus B, then the addition of C would not reach
 9        D at least in the time that we were discussing.
10            Q.   So is it --
11            A.   And I left earlier the analogy that a man might
12        inherit diabetes with his family, develop it at the age
13        of 25 if all the risk factors were adverse to his
14        circumstance and develop it at 105 if all things went
15        right for him.  It's still the same man, it's still the
16        same gene pool.
17                 And my belief, which I'm trying to bring
18        out with each of these cases, was that this particular
19        atypical accelerated the weight gain and, therefore,
20        brought the arrival of type 2 diabetes much closer to
21        this man.  And this man's a good example.  He -- he
22        gained a certain amount of weight.  Though sugar was
23        noted to be abnormal, he received advice and Metformin
24        for a period of time, and after that his weight improved
25        and his sugars normalized.
0548
 1                 I feel that the arrival of Seroquel was
 2        something that tipped that -- that border into diabetes,
 3        and then his response to medical advice or whatever else
 4        contributed to his weight gain was associated with
 5        excellent blood sugar control.  I tried to acknowledge
 6        both aspects of that.
 7            Q.   Okay.
 8            A.   As I said earlier, I tried to be fair.
 9            Q.   Okay.  I have a very short and easy question.
10            A.   Okay.
11            Q.   And I listened to your response.
12            A.   Okay.
13            Q.   Is it fair to say that as to all of these
14        plaintiffs, you did not rule out alternative causes for
15        their weight gain because you did not feel that you
16        needed to or had to?
17            A.   I think that's reasonable, yes, ma'am.
18            Q.   Now, you undertook to -- to find at least one
19        weight for Mr. Haller before he took Seroquel, right?
20            A.   Yes, ma'am.
21            Q.   And so let's go back to that January 15, 2001
22        weight.  Okay?  You would agree that it is important to
23        understand whether Mr. Haller has been obese for many
24        years before he ever started taking Seroquel, correct?
25            A.   That's correct.
0549
 1            Q.   And if he had been obese for many years before
 2        taking Seroquel, you would agree that he would be at
 3        very high risk of developing diabetes, correct?
 4            A.   That's correct.
 5            Q.   How did he get to be so large at age 40 at
 6        230 pounds?  How did he get to be so large?
 7            A.   Well, I think we've shared earlier -- and let
 8        me refer you to page 3 of the time line, so at least
```
Page 30

bt101508.txt

```
 9    we're on -- looking at similar numbers.
10              If we look at page 3 of the time line,
11    we'll find that in '96 and '97 he was, in fact, about
12    60 pounds lighter than in January of 2001.  So clearly,
13    during that period of time, there was a 60-pound weight
14    gain for whatever the reasons we discussed.  And this
15    would be where calories in -- were going in were greater
16    than the calories burned.
17       Q.  Right.
18       A.  And then -- and then we discussed -- well,
19    then, I go on to our discussions from sometime ago.
20       Q.  Right.  So how did he gain that 60 pounds?
21       A.  I believe he gained it by taking in more
22    calories than he burned.
23       Q.  So he -- you know, we've got a jar of candy
24    sitting here, he ate lots of candy and he ate lots of
25    food or he didn't exercise or what happened to this man
0550
 1    that caused that -- that -- that large weight gain?
 2              MR. BRUDNER:  Objection, form.
 3       A.  The answer's yes.  He took in more calories
 4    than he burned.  I don't have any information on how.
 5    Some people eat more when they're depressed, some people
 6    eat more when they're in particular sets of
 7    circumstances.  All we're judging is the facts, and the
 8    facts are reflective of a 60-pound weight gain between
 9    January of '97 and January of 2001.
10       Q.  (BY MS. THORPE)  And I'm going to show you --
11    let me just --
12              (Exhibit No. 77 marked.)
13       Q.  (BY MS. THORPE)  I'm going to show you what's
14    been marked as Exhibit 77.  And this is a record from
15    1985.  And if you look at the bottom of the page, can
16    you tell us what Mr. Haller's weight was in 1985?
17       A.  Thank you, ma'am.  I'm looking at 10-21-85, and
18    the vital signs in the bottom are 5'4" in height, weight
19    150 pounds.
20       Q.  Okay.  So -- so you don't have that early
21    weight of 1985 on your chart that's been marked as
22    Exhibit 64, right?
23       A.  That's correct.
24       Q.  And you don't have that in your report
25    either --
0551
 1       A.  That's correct.
 2       Q.  -- right?
 3              So he actually went from 150 pounds to --
 4    in 1985 to 230 pounds in January of 2001, a gain of
 5    80 pounds over about 16 years, right?
 6       A.  Yes, ma'am.
 7       Q.  And because you did not interview Mr. Haller or
 8    have him fill out a questionnaire or take a medical
 9    history from him, you really can't have any specificity
10    about what was causing that weight gain during that
11    period of time, correct?
12              MR. BRUDNER:  Objection, form.
13       A.  That's correct, ma'am.
14       Q.  (BY MS. THORPE)  So you -- that's not a normal
15    weight gain, right?
16       A.  Weight gains of that magnitude, regrettably,
17    are surprisingly common --
18       Q.  Common maybe --
19       A.  -- in -- in our patients.
```

Page 31

bt101508.txt
```
20          Q.  -- but it's not normal, right?
21          A.   We -- now speaking generally, we are trying
22     very hard to review -- to reduce the sort of stimuli
23     that cause this kind of weight gain by starting them in
24     schools, but I'm speaking generally.
25               In this case the answer is yes, it's not a
0552
1      normal weight gain.  However, as you're probably aware,
2      we shared -- stated earlier, for most depressed and
3      psychotic patients, weight gain can be a fairly
4      significant problem, and we've shared that this man had
5      those diagnoses, so it would fit with his diagnoses.
6          Q.   Right.  So before he took Seroquel, he had a
7      much, much bigger weight gain than he ever had during
8      the entire time that he was taking Seroquel, correct?
9          A.   That's correct.
10               MR. BRUDNER:  Objection, form.
11         Q.   (BY MS. THORPE)  What -- other than the fact
12     that -- that he took Seroquel during the period of time
13     between October 2002 and to today's date, what
14     distinguishes his changes in weight on Seroquel from the
15     kinds of changes in weight he had before Seroquel?
16               MR. BRUDNER:  Objection, form.
17         A.   I tried to explain that a moment ago.  The main
18     issue with this man was that the weight gain that we
19     referred to anteceded the diagnosis of type 2 diabetes.
20     So that to me was what made the relevance of this
21     particular man.
22               MR. BRUDNER:  When you get to a stopping
23     point, can we take a little break?
24               MS. THORPE:  I've got one more thing and
25     then I'll be happy to --
0553
1                MR. BRUDNER:  All right.
2                MS. THORPE:  -- happy to take a break.
3                (Exhibit No. 78 marked.)
4          Q.   (BY MS. THORPE)  All right.  I'm going to show
5      you what's been marked as Exhibit 78 for identification.
6      And this is a record that's dated August 26, 2000, from
7      Columbia St. Petersburg Medical Center.  And if you look
8      in the middle of the page, can you tell us what Mr. --
9      doctor -- Mr. Haller's weights were in August of 2000?
10         A.   Thank you, ma'am.  I have St. Petersburg
11     Medical Center, 8-26-2000.  I have a height and a
12     weight.
13         Q.   It's kind of in the middle of the page.
14         A.   Okay.  Top right, there's a height and a weight
15     with nothing.  Middle right, there's a height of 5'6"
16     and a weight of 220 pounds.
17         Q.   Okay.  So -- and that weight which is on
18     Exhibit 78 is not on your time line or in your report,
19     correct?
20         A.   That's correct.
21         Q.   All right.  You can just put it down there.
22               MS. THORPE:  All right.  This would be a
23     good time for a break.
24               (Short recess from 6:59 to 7:07.)
25         Q.   (BY MS. THORPE)  So after Mr. Haller started
0554
1      taking Seroquel, did you make any effort to find out
2      what things might have contributed to any changes in
3      weight that he had after starting Seroquel?
4          A.   Yes, ma'am.  And I tried to touch on that
```
Page 32

bt101508.txt

```
 5    with -- in the third paragraph.  However, soon after the
 6    diagnosis of diabetes was established, his weight
 7    returned to the previous level, his sugars stabilized
 8    with evidence of good glucose control.
 9            So basically somebody -- one have to assume
10    the patient himself -- got his act under control.  His
11    sugars remain normal, his weight improved, and the
12    sugars remained -- sugars and body weight remained
13    relatively stable from the point of view of abnormal
14    sugars for the balance of this report.
15            And then we've shared that I now have some
16    new data which would bring his clinical condition up
17    into the -- into this 2008 year.
18        Q.  Well, I understand that you're saying that in
19    your report you said that after he got diabetes his
20    weight went down?
21        A.  Uh-huh.
22        Q.  That's what you're basically saying?
23        A.  Yes, ma'am.
24        Q.  But what I'm asking you is:  Did you make any
25    effort to find out what was going on in his life after
0555
 1    he started taking Seroquel that would affect his weight?
 2        A.  No ma'am.  As I shared, I did not interview
 3    this man.  Clearly, if it would help his case, help the
 4    case before we come to trial, I will request that I -- I
 5    do interview him.  And -- and then I hopefully will have
 6    some of that information for you.
 7        Q.  Tell me what pattern of weight gain Seroquel
 8    causes in your mind.
 9        A.  Ma'am, I don't have any pattern in my mind.  I
10    shared earlier some risk ratios which are out there in
11    the literature for weight gain amongst all of the
12    atypicals, and I think I shared that for Seroquel it
13    varies from as low as a risk ratio of 1.2 to as high as
14    4.85.  And I'm giving those numbers to the best of my
15    memory.
16        Q.  And you also said you're not an expert in
17    analyzing those studies, right?
18        A.  That's exactly right.  And I think as a
19    clinician, I just have to acknowledge that this group of
20    medications, with two exceptions, has been associated
21    with weight gain and diabetes.  If I find a patient that
22    was on Seroquel and suffered from weight gain and
23    diabetes, I have to acknowledge all of the other risk
24    factors, but I have in all intellectual honesty to
25    include Seroquel as the cause for his weight gain and
0556
 1    diabetes just because it's -- it's out there in the
 2    literature as a result.
 3            And as I shared earlier, my task in
 4    lecturing the psychiatrists, as I have been requested to
 5    do on some times, was basically to acknowledge that the
 6    atypicals may or may not have their advantages.  But
 7    amongst the family of atypicals, there are two that are
 8    not associated with weight gain and diabetes, and we've
 9    mentioned one is Abilify and the other one's Geodon.
10            And so as an endocrinologist, my role
11    amongst the psychiatrists is to encourage them to
12    consider the side effects of their medication and choose
13    appropriately.
14        Q.  Well -- and in fact, Doctor, you're familiar
15    with the consensus statement from the ADA, the American
```

Page 33

bt101508.txt
```
16   Psychiatric Association, right?
17        A.  Yes, ma'am, I -- I looked at that and I looked
18   at the data and I looked at the subsequent data and I
19   think they were very -- they were very conservative.
20   But I did look at that, yes, ma'am.
21        Q.  You -- are you saying that you agree or you
22   disagree with the consensus statement?
23        A.  If you look at some of the studies that have
24   come since then -- and, again, I read this as a lay
25   person in the field of statistics -- I believe the
0557
1    risks -- there are some risks which are higher than
2    those acknowledged in the consensus statement.
3         Q.  So you're saying you disagree with the
4    consensus statement?
5         A.  I think it's a bit conservative, yes, ma'am.
6         Q.  So the consensus statement indicates that
7    Ability and Geodon have not been studied as much as --
8         A.  That's correct.
9         Q.  -- the other atypical antipsychotics, correct?
10        A.  That's correct.
11        Q.  So you realize that there are limitations of
12   the data on Ability and Geodon, correct?
13        A.  I agree with that.
14        Q.  So -- but nevertheless, with the limitations of
15   the data and the fact that those drugs have not been
16   studied as much as the other antipsychotics, is it your
17   testimony here that you undertake to make
18   recommendations to psychiatrists about what
19   antipsychotics they should prescribe for their patients?
20        A.  No, ma'am.  What I said was to the best of my
21   belief, these were the abnormalities associated with the
22   atypicals with the exception of Ability and Geodon.  And
23   the side effects had not been as resoundingly
24   ascribed -- the side effects of weight gain and diabetes
25   has not been so resoundingly ascribed to Ability and
0558
1    Geodon.
2         Q.  And you're aware that when a patient is as sick
3    as some of these plaintiffs are that you've -- whose
4    charts you'd reviewed, as mentally ill as they are --
5         A.  Yes, ma'am.
6         Q.  -- the psychiatrists who are treating them need
7    to have many different available pharmaceutical products
8    that can address their individual needs.  You agree with
9    that?
10        A.  I agree.  And I would not denigrate the need to
11   obtain psychiatric equilibrium in these patients, yes,
12   ma'am.
13        Q.  And you know that the psychiatrists have to --
14   just as you do as an endocrinologist, the psychiatrists
15   have to weigh the risks and benefits of the drugs that
16   they are prescribing for their patients, correct?
17        A.  Yes, ma'am, any good physician would spend some
18   time doing that.
19        Q.  And you are not sitting here tonight
20   criticizing that assessment of the risks and benefits of
21   the -- of the pharmaceutical products available for the
22   treatment of any of these plaintiffs by their treating
23   psychiatrists?
24        A.  Absolutely, ma'am.  I -- I --
25        Q.  Absolutely not or absolutely --
0559
```
Page 34

bt101508.txt

1    A.  I'm an endocrinologist.  I would not feel it
2    appropriate, and certainly I would not wish to impose an
3    endocrinologist's view on a psychiatrist's choice of his
4    psychiatric medication.
5        Q.  And in the case of Mr. Haller, for example,
6    you're aware that in the face of his diagnosis of
7    diabetes, his psychiatrist made the decision to continue
8    him on Seroquel and a number of other drugs after his
9    diagnosis, right?
10       A.  Yes, ma'am.
11       Q.  And you would not have any criticism that you
12   would offer of his caregivers for continuing him on
13   Seroquel, right?
14       A.  I agree with that and --
15       Q.  And you're --
16       A.  Yes.
17       Q.  And you're aware that this is a man who on
18   multiple occasions has tried to commit suicide, right?
19       A.  Yes, ma'am.
20       Q.  And you're aware that he has been arrested on
21   30 different occasions.  That's in the medical records,
22   right?
23       A.  I knew he'd been arrested, ma'am.  I had not
24   realized the numbers were as high as that.  Yeah.  Wow.
25       Q.  Were you aware that he had been incarcerated
0560
1    for over nine and a half years?
2        A.  Yes, ma'am.
3        Q.  And you understand that in someone -- you
4    understand that his mental illness dates back to his
5    childhood, right?
6        A.  Yes, ma'am.
7        Q.  And in someone like that, you understand how
8    important getting his treatment right is both from a
9    psychiatric perspective and also from his endocrinology
10   perspective, right?
11       A.  I would advance that to say from the society
12   perspective, because if he's out there and psychotic,
13   the imposition on society behavior is potentially a
14   problem.
15       Q.  Right.  Somebody could get hurt?
16       A.  Somebody could get hurt, yes, ma'am.
17       Q.  He could get hurt and somebody else could get
18   hurt, right?
19       A.  Yes, ma'am.
20       Q.  Right.  Now, getting back to the questions
21   about patterns of weight gain, is it -- can you tell me
22   how much weight you would expect Seroquel to cause
23   someone to gain?
24       A.  No, ma'am.  As -- I've tried to be general
25   in -- in referring to those risk ratios.  And I -- I
0561
1    remember numbers as low as 1.2 risk ratio to as high as
2    4.85.  So these -- clearly, in some studies there was
3    quite a lot of weight gain, in others there was not a
4    great deal.
5            And so I -- I think it would be unwise to
6    advance a conclusion that -- that any particular number
7    would be.  In these patients --
8        Q.  Well, let me just ask you this:  Are you
9    equating a relative risk with the amount of weight
10   gained?
11       A.  No, ma'am, what I'm -- I'm -- no, they're not.

Page 35

bt101508.txt

```
12   What I was saying was the numbers in those studies go
13   from what I read as a low risk to a high risk.  That
14   does not relate to the actual quantity of the individual
15   patient because clearly there's a whole spectrum of
16   weight gain to each of these medications on patients.
17   Some patients don't gain weight on these medications.
18        Q.   My question for you is:  Do you know from your
19   review of the literature how much weight gain is
20   associated with the use of -- of Seroquel?
21        A.   No.
22        Q.   Do you know over what period of time weight
23   gain can occur with Seroquel?
24        A.   Yes, ma'am, I -- I have seen some data on that.
25   I know the maximum weight gain is early up to six weeks
0562
1    and thereafter, and I know that the weight gain can be
2    further over the next months up to a year.  And we have
3    an example here of somebody who gained about 20 pounds
4    in weight associated with the initial administration of
5    Seroquel and then subsequent to that actually started
6    losing weight despite being on a fairly good dose of
7    Seroquel.
8         Q.   Well, let me just stop you here because you --
9    you have acknowledged that you don't know what his
10   weight was when he started Seroquel or even for two
11   years before he started Seroquel, correct?
12        A.   Yes, ma'am.
13        Q.   So you don't know what his weight gain was on
14   Seroquel in the first year that he was on the drug,
15   right?
16        A.   That's correct.
17             MR. BRUDNER:  Objection, asked and
18   answered.
19        Q.   (BY MS. THORPE)  So -- so the pattern that
20   you're describing with Seroquel is you're saying that
21   weight gain occurs up to six weeks?  Is that -- did I
22   hear you right?
23        A.   I'm referring to some data -- let me not go on
24   record with that.  Let me say that weight gain has been
25   associated with these medications.  My understanding was
0563
1    that substantial amounts of weight gain have been
2    recorded as early as six weeks and that weight gain
3    continued over the next 52 weeks.  But I would not wish
4    to quantify that until I had data that I could share
5    with you.
6         Q.   Okay.  What are --
7         A.   What I'm quoting is --
8         Q.   -- you relying on?
9         A.   -- from my memory, yeah.
10        Q.   Where did you get it from?
11        A.   Ma'am, I would have to go into -- I would have
12   to refer to the pile of references that I have shared
13   with you and say somewhere in there.  And if you require
14   a chapter and verse, I would need to share it with you
15   when I've had some time to find them.
16        Q.   Well, I guess I'm going to ask you, you know,
17   what you're relying on for the pattern of weight gain.
18   So I am asking you that question.
19             MR. BRUDNER:  Objection, form, asked and
20   answered.
21        Q.   (BY MS. THORPE)  I may have a shorter way of
22   doing this.  Let me just ask you if you agree with
```

Page 36

bt101508.txt
```
23   something.
24        A.   Okay.
25        Q.   And then if you don't, then we'll go back to
0564
 1   this.  Okay?
 2                I'm going to hand you Dr. Wirshing's
 3   response to a similar question.
 4        A.   Okay.  I think that would be --
 5        Q.   On page 50 and 51 of his deposition in this
 6   case.  And I've highlighted it.  And if you could just
 7   read it and tell me if you agree with it.
 8        A.   Okay.
 9        Q.   Maybe . . .
10        A.   What I understand was the question related to
11   weight gain.  The -- Dr. Wirshing's answer --
12        Q.   It keeps going on the next page.
13        A.   -- is on page 45.  And it relates to initially
14   a fairly linear increase that begins with the
15   introduction of the drug, then moves to a plateau at a
16   certain time downstream.  The slope of the plateau is
17   related to the ultimate time to the plateau.  In other
18   words, the steeper the plateau, the more retracted and
19   the longer period of time.
20        Q.   It goes on one more page.
21        A.   So said another way, the more weight you're
22   going to gain, the faster you demonstrate the increase
23   at first.  But on average, say, quetiapine shows a
24   weight shift of about 9 pounds that will demonstrate it
25   in the first couple of months of treatment.  And the
0565
 1   drug that's going to cause a 50-pound weight gain, they
 2   won't reach a plateau until after six months.
 3                So what we have there is a couple of months
 4   would be 60 days and six months would be 180 days.
 5   Okay.
 6        Q.   So do you agree with what Dr. Wirshing said --
 7        A.   I think that's a reasonable statement --
 8        Q.   -- on page 50 and --
 9        A.   -- of the literature, yeah.
10        Q.   So you agree that after Seroquel ingestion in
11   those people who are going to gain weight, according to
12   Dr. Wirshing, it's about a 9-pound weight gain?
13        A.   But in some patients it could be much more and
14   those --
15        Q.   He doesn't say that, Doctor.  I'm asking you if
16   you agree with what Dr. Wirshing said.
17        A.   Yes, ma'am, I agree with that, yes.
18        Q.   And you agree that Seroquel causes about a
19   9-pound weight gain and then there is a plateau achieved
20   after the first couple of months of treatment?
21        A.   Yes, ma'am.  And that's what Dr. Wirshing says.
22        Q.   And then the plateau means that the weight
23   remains stable after that initial weight gain of about 9
24   pounds?
25        A.   Yes, ma'am.
0566
 1        Q.   And you agree with that?
 2        A.   Yes, ma'am.
 3        Q.   So in your -- in -- let's talk about the Haller
 4   case for a minute.  Before doctor -- excuse me.  Strike
 5   that.
 6                Before Mr. Haller took Seroquel, we've
 7   agreed that between January of 1997, which is on your
```

bt101508.txt
```
8     time line, and January of 2001, a four-year period, he
9     gained 58 pounds, right?
10         A.  Yes, ma'am.
11         Q.  And we know before he took Seroquel, even
12    looking at a longer, broader period from 1985 to 2001,
13    he gained 80 pounds, right --
14         A.  Yes, ma'am.
15         Q.  -- over about a 16-year period?
16             We know that between January of '01 when he
17    weighed 230 pounds and May of '04, a period of only
18    three years -- well, strike that.  I'll come back to
19    that.
20             Before Mr. Haller took Seroquel, if you
21    plotted on a graph his -- his weights, that 80-pound
22    weight gain --
23         A.  Yes, ma'am.
24         Q.  -- you would agree that there would be a line
25    going upward with a positive slope, right?
0567
1          A.  Yes, ma'am.
2          Q.  And more probably than not in a person who
3     has -- whose weights form that kind of line with a
4     positive slope, you would expect that person to continue
5     to gain weight whether or not they took Seroquel, right?
6          A.  Yes, ma'am.
7          Q.  Now, let me -- let me direct your attention
8     to -- I want you to look at Exhibit 73, which is his --
9     gives you a weight for Mr. Haller on February 11, 2003,
10    right?
11         A.  Yes, ma'am.
12         Q.  And he weighed 243 pounds then?
13         A.  Yes, ma'am.
14         Q.  Now, you note in your report that in 2003 he
15    was on 400 milligrams of Seroquel a day, right?
16         A.  That's correct.
17         Q.  So focusing on 2003, the first full year that
18    he was on Seroquel, Mr. Haller dropped to 236 pounds,
19    right?
20         A.  Yes, ma'am, we have a -- a weight of -- I'm
21    going back on the time line.  Page 5 we have a weight of
22    246 on May of '03, 247 in June of '03, 236 in August of
23    '03, and on the time line I have another discordant
24    weight there.  There's a second weight at 228 -- 222.
25    And on November the 8th, weight of 246.  So there's been
0568
1     some oscillation in weights during that year, yes,
2     ma'am.
3          Q.  Well, you'll agree that between February 11th
4     of 2003 and August 28th of 2003, while he was on
5     Seroquel, he lost a little over 20 pounds, right?
6          A.  That's correct, ma'am.  And then by December of
7     '03, I have a weight of 251.
8          Q.  Right.  So he lost 20 pounds during the first
9     year and a half he was on Seroquel, right?
10         A.  Uh-huh.
11         Q.  Correct?
12         A.  Yes, ma'am.
13         Q.  He didn't gain weight during the first year and
14    a half he was on Seroquel, correct?
15         A.  That's correct.
16         Q.  And then after a year and a half, he went up
17    in -- between August of 2003 to December of 2003 to
18    251 pounds, right?
```
                              Page 38

bt101508.txt

```
19       A.   That's correct.
20       Q.   And what is his closest blood sugar to that
21  251-pound weight in December of '03?
22       A.   Maybe the best one we have is from January the
23  1st where there's a sugar of 138.  That's probably the
24  closest.
25       Q.   Okay.  That's over a month --
0569
1        A.   Uh-huh.
2        Q.   -- after the weight of 251 is recorded, right?
3        A.   That's correct.
4        Q.   And so -- so do you ascribe the weight loss
5   that he had during the approximately year and a half he
6   was on Seroquel of about 20 pounds to his Seroquel?
7        A.   Ma'am, it could be due to random fluctuation.
8        Q.   Do you ascribe -- so do you think it's random
9   fluctuation?
10       A.   It's certainly -- weight loss is not -- is not
11  associated with any of the atypical antipsychotics that
12  I was aware of.  So if it went -- if he went down while
13  he was on Seroquel, I would assume I would look for
14  other factors.
15       Q.   So weight loss, you would say, would be more
16  probably than not due to random fluctuation but weight
17  gain you would not conclude was due to random
18  fluctuation?
19       A.   Well, if the weight gain --
20       Q.   Is that correct?
21       A.   Well, remember what I said a moment ago, which
22  was if the weight gain led up to the diagnosis of
23  diabetes and he was on an atypical antipsychotic, in
24  this case Seroquel, my best available evidence from
25  the -- from my interpretation of the literature, which
0570
1   is that -- the atypicals are a risk factor for diabetes,
2   the atypicals are a risk factor for weight gain -- would
3   be that those would have been contributing factors.
4        Q.   So -- so in this man he lost weight for the
5   first year and a half after he went on Seroquel, right?
6        A.   Yes, ma'am.
7        Q.   And are you attributing his weight gain between
8   August of 2003 and December of '03 to Seroquel?
9        A.   I believe it would be one of the factors.
10  Again, as I mentioned earlier, because it is a risk
11  factor associated with both weight gain and diabetes
12  from the literature, yes, ma'am.
13       Q.   And so even though you said you agreed with
14  Dr. Wirshing that the weight gain would be about
15  9 pounds in the first two months of taking Seroquel, you
16  are saying in this man the weight gain that occurred in
17  over a four-month period, a year and a half after he's
18  been on the drug, is attributable to --
19       A.   Could reasonably attributable to the side
20  effect of the medication, yes, ma'am.
21       Q.   And between August of 2003 and December of
22  2003, are there any holidays that occur in which people
23  eat a lot of food?
24       A.   Remember, I did not grow up in the United
25  States, but an American will tell you that there is
0571
1   Thanksgiving in there somewhere.  Where I grew up we
2   didn't have Thanksgiving, but that's okay.
3        Q.   And there's also Christmas, right?
```

Page 39

bt101508.txt

```
 4          A.   Yes, ma'am.
 5          Q.   And so how do you rule out the fact that this
 6   man overindulged in the holiday season and that is --
 7   accounts for his weight gain between August and December
 8   of 2003?
 9          A.   Yes, ma'am.  I accept Thanksgiving as a
10   possibility.  The date that I have for 251 pounds is
11   December the 1st, which is on the wrong side of
12   Christmas.  But I can accept that any of the other --
13   let me call them seasonal factors would be in there as
14   well.
15               And as we go back to my previous
16   discussion, I don't single out the atypicals as being
17   the sole cause of weight gain or the sole cause of
18   diabetes.  They're one of the contributing factors.  And
19   I believe more likely than not this would apply to this
20   man.
21          Q.   In your report you did not include the weight
22   gain that you are describing between August of 2003 and
23   December of 2003 as the weight gain that is the basis of
24   your opinion, did you?
25          A.   No, ma'am, I did not split it out like that.
0572
 1          Q.   No?
 2          A.   No.
 3          Q.   And this weight gain that you're describing
 4   between August of 2003 -- strike that.
 5               Isn't it fair to say, sir, that as a
 6   medical and scientific matter, you can't blame weight
 7   gain on -- on Seroquel when an equal amount of weight
 8   loss occurred while the patient was on Seroquel?
 9          A.   I agree with that, ma'am.  And I -- I put
10   that -- a little bit of that in my -- in my report.  I
11   said soon after the diagnosis of diabetes was
12   established, his weight returned to his previous level.
13   So I acknowledge that he was on Seroquel for the
14   duration of what I referred to, yes, ma'am.
15          Q.   You agree that before Mr. Haller had diabetes
16   during this time period in 2003 but while he was on
17   Seroquel he lost 20 pounds?
18          A.   Yes, ma'am.
19          Q.   You agree with that?
20          A.   I agree with that.
21          Q.   You agree that a weight loss during the first
22   year that a person like Mr. Haller was on Seroquel is
23   not the pattern you would expect to see if Seroquel
24   caused weight gain?
25          A.   Yes, ma'am.
0573
 1          Q.   You agree in the second year that he was on
 2   Seroquel -- let's go to 2004 -- that his weight went up
 3   and then came back down to where he was shortly after
 4   starting Seroquel?
 5          A.   Yes, ma'am.
 6          Q.   You'll agree that in January of 2004, he was at
 7   243 pounds just like he was in February of '03, right?
 8          A.   Yes, ma'am.
 9          Q.   And in May of 2004, a -- after having been on
10   Seroquel for a little over a year and a half, he's at
11   251 pounds, right?
12          A.   Yes, ma'am.
13          Q.   And by September of -- 2nd of 2004, he has
14   dropped down to 228 pounds, correct?
```

Page 40

bt101508.txt

15          A.   Yes, ma'am.
16          Q.   So he's lost 23 pounds during the second year
17     that he's on Seroquel, right?
18          A.   That's correct.
19          Q.   He lost 20 pounds in the first year he's on
20     Seroquel and 23 in the second year, right?
21          A.   Yes, ma'am.
22          Q.   You agree that after he got diabetes, he lost
23     23 pounds while he was on Seroquel in 2004, right?
24          A.   Yes, ma'am, we agreed on that.
25          Q.   And that's not the kind of pattern you would
0574
 1     expect to see if Seroquel caused weight gain, right?
 2          A.   Well, what one cannot do is -- is omit the --
 3     as I was saying earlier, omit the possibility that he
 4     understood what the diagnosis of diabetes meant and
 5     responded to advice to use a reduction in caloric
 6     intake.
 7          Q.   Did you see any indication in his medical
 8     records that he was compliant with diets that were
 9     prescribed to him?
10          A.   No, ma'am.  But if I see a major weight loss
11     after the diagnosis of diabetes and the administration
12     of Metformin -- some people can lose weight on
13     Metformin --
14          Q.   Can --
15          A.   -- quite readily.  In fact, it's been used as a
16     weight-loss facilitant.
17          Q.   Have you seen any doctor who attributed his
18     weight loss to Metformin in his entire medical record?
19          A.   No, ma'am.  But I've seen weight loss with
20     Metformin -- well, a combination of the diagnosis of
21     diabetes and the administration of Metformin.
22          Q.   Can you think of any reason having reviewed
23     this man's medical records why he might have ups and
24     downs in his weight besides Metformin?
25          A.   Well, we've -- we've acknowledged that his
0575
 1     caloric intake and his exercise were sometimes
 2     discordant and that there were periods of both weight
 3     gain and weight loss.
 4               But as I said earlier, I thought on the
 5     maximum medical probability when he went through a
 6     period of weight gain on Seroquel and followed by the
 7     diagnosis of diabetes, that the two could more likely
 8     than not be related, particularly as the atypicals are
 9     associated with a risk for development of diabetes.
10          Q.   We've already agreed --
11          A.   And -- and in many of my patients when I
12     explain to them the importance of their diagnosis and
13     what it would do to their risks for morbidity, I often
14     do see significant weight loss, again, associated with
15     the advice about diet and with the administration of
16     Metformin.
17          Q.   So is it -- is it your understanding based on
18     your review of Mr. Haller's medical records that his
19     adherence to his diet is why his weight went up and down
20     the way it did?
21          A.   No.   What I had -- what I had tendered was that
22     following the diagnosis of diabetes, his sugar improved
23     and he lost significant weight.   My contention is more
24     likely than not he was given advice on caloric -- a
25     choice of diet and choice of caloric restriction and --
                            Page 41

bt101508.txt
0576
1    and given Metformin, which has been associated with
2    weight loss.  And those three more likely than not were
3    contributing factors to his period of weight gain and
4    the -- as we said earlier, as the fact that his blood
5    sugar then became quite well-controlled.
6        Q.   So your testimony, sir, is having reviewed
7    these medical records on Mr. Haller, the only
8    explanation that you can give for his weight loss is his
9    adherence to the recommendations of his doctor to follow
10   the diet and taking Metformin?
11       A.   And the administration of Metformin, yes,
12   ma'am.  Not the only --
13       Q.   That's it?
14       A.   -- in my view that was a reasonable medical
15   probability.
16       Q.   Is there -- is there anything else that you can
17   think of as you sit here today that would account for
18   his periods of weight loss after he was diagnosed with
19   diabetes?
20       A.   Not -- not to my knowledge at this time.
21       Q.   Now, we've talked about 2003, we've talked
22   about 2004.  Let's talk about 2005.
23       A.   Okay.
24       Q.   He was on Seroquel in 2005, right?
25       A.   Yes, ma'am.
0577
1        Q.   He continued to lose weight in 2005, right?
2        A.   Yes, ma'am.
3        Q.   During 2005 his dose of Seroquel went up to
4    600 milligrams, correct?
5        A.   Yes, ma'am.
6        Q.   That's a 200-milligram increase, right?
7        A.   Yes, ma'am.
8        Q.   He continued to lose weight on that increased
9    dose of Seroquel, correct?
10       A.   That's correct.
11       Q.   In February of 2005, he weighed 235 pounds,
12   correct?
13       A.   That's correct.
14       Q.   By November of 2005, he weighed 184 pounds,
15   correct?
16       A.   That's correct.
17       Q.   He lost 51 pounds during 2005 while he was
18   taking Seroquel, correct?
19       A.   Following the diagnosis of diabetes, yes,
20   ma'am.
21       Q.   If Seroquel caused weight gain, would you
22   expect a dose response, that is, the higher the dose of
23   Seroquel, the more the weight gain?
24       A.   I know that there's been some suggestion of
25   that in the literature.  On the other hand, there is
0578
1    some suggestion that it may be unrelated to weight gain.
2    So all I could -- I would do in a situation like this is
3    record the facts.
4        Q.   You would agree here -- and this does not
5    support the notion that there is a dose response with
6    weight gain with Seroquel, correct?
7        A.   In this man, in this man, yes, ma'am.
8        Q.   And is it your testimony, sir, that during this
9    period of time his diabetes was under control?
10       A.   As I said, reasonable control, yes, ma'am.  A
                              Page 42

bt101508.txt

```
11   perfect blood sugar control would be a sugar of 80 to
12   100.  That would be normal sugars.  We see some sugars
13   which are certainly well below a hundred.  There are --
14   is a phase in the mid -- well, towards the end of 2005
15   when they were in the low 100s, so 114, 119, 115.  But a
16   number of others -- there's a random one at 178 in -- in
17   November the 27th.  But many of the others were well
18   below 100, yes, ma'am.
19       Q.   So are you attributing his weight loss to the
20   fact of his diabetes or to the diet?
21       A.   Ma'am, you can lose weight with the development
22   of diabetes, but that's usually at a time when blood
23   sugars are in excess of the renal threshold.  Most
24   humans' renal threshold is between 180 and 200.  I do
25   not find numbers of blood sugar in excess of 180 to 200
0579
1    on this man, so --
2        Q.   So it's not your testimony --
3        A.   -- the development of polyuria, polydipsia, and
4    weight loss as the basis for his type 2 diabetes does
5    not apply to this man.
6        Q.   So his weight loss, you think, is just -- by
7    2005 it's not the Metformin, right?
8        A.   No.
9        Q.   You don't think -- you think he's just sticking
10   to his diet?
11       A.   Somewhere he got religious.
12       Q.   Okay.  And he's sticking to his diet?
13       A.   Yes, ma'am, that was what I was referring to.
14   I wasn't referring to God.
15       Q.   So anybody you -- in your opinion, if someone
16   can go on a diet and stick to a diet, they can do it
17   when they're on Seroquel and lose weight, right?
18       A.   We have that example in this case, ma'am, yes.
19       Q.   All right.  Then in 2006 Mr. Haller popped back
20   up to 245?
21       A.   He does indeed.
22       Q.   As of August 25th of 2006, right?
23       A.   He does indeed, yes.
24       Q.   Now, do you consider that that weight gain,
25   going back up to 245, do you attribute that to Seroquel?
0580
1        A.   Well, you know, I have to accept that it's one
2    of the factors that is associated with weight gain.  We
3    have, however, agreed that on a fairly substantial dose
4    of Seroquel, this man has lost weight.  So I would have
5    to say more likely than not Seroquel was a contributing
6    factor and that in the earlier states other factors were
7    dominant.  If there's a weight gain associated with
8    Seroquel, I would have to tender that it was one of the
9    potential confounding factors, yes, ma'am.
10       Q.   So -- so you're saying you do blame Seroquel
11   for his popping back up to 245?
12       A.   What I said was it's one of the contributing
13   factors, yes, ma'am.
14       Q.   What were the other contributing --
15       A.   It's associated -- we -- we've established that
16   hypokinesis and excess intake of calories were two of
17   the other principal factors.
18       Q.   So how much of the increased weight is due to
19   Seroquel and how much of it is due to the inactivity and
20   the --
21       A.   I -- I don't think one could reasonably tend a
```

Page 43

bt101508.txt
```
22        quantitation in that.
23            Q.   As to any of the weight gains by any of the
24        plaintiffs in these cases, you cannot say how much of
25        the weight was due to Seroquel and how much was due to
0581
1         diet and how much was due to lack of exercise or other
2         factors, correct?
3             A.   That's correct.
4                 MR. BRUDNER:   Objection, form.
5             Q.   (BY MS. THORPE)   You agree that by November
6         14th of 2006, the end of the -- that year, he had
7         dropped back down to 225 pounds, another 20-pound weight
8         loss while he was on Seroquel?
9             A.   Yes, ma'am.
10            Q.   All right.   Your last record for him is August
11        7th, right -- I mean, August of '07?  Did I get that
12        right?
13            A.   Ma'am, the last one I have in my -- in the time
14        line is actually back in April of '07, which is 244, on
15        page 60.
16            Q.   No, I meant the last -- the last entry on your
17        time line is August 28, '07, right?
18            A.   That's correct.   And then I have shared with
19        you that two or three days ago I got a --
20            Q.   Right, I understand that.
21            A.   -- sheet with some updates, and I promise that
22        they'll be on the time line in due course.
23            Q.   Okay.
24                (Exhibit No. 79 marked.)
25            Q.   (BY MS. THORPE)   I'm going to show you a
0582
1         record -- medical record dated April 22, 2008, for
2         Mr. Haller, if you could tell us what that weight is.
3             A.   Thank you, ma'am.   I have a record here from
4         the office of Dr. Mouna Bacha -- was that lady we were
5         looking for -- in Turner Street, Clearwater, Florida,
6         and the date is April the 22nd of '08, and the weight is
7         230 pounds.
8             Q.   Okay.   So we know that he weighed 230 pounds in
9         January of 2001, right?
10            A.   Yes, ma'am.
11            Q.   And in April of 2008, still taking Seroquel, he
12        weighs 230 pounds, correct?
13            A.   That's correct.
14            Q.   You will agree that -- that throughout the time
15        he's been on Seroquel overall, he has no weight gain on
16        the drug, correct?
17            A.   I'm not sure that that's a true statement.
18        We've taken two isolated dates and agreed that they are
19        identical, and I'm agreeing that that's identical.
20            Q.   Well, you agree that every year that he was on
21        Seroquel he lost weight?
22            A.   What I've agreed was that there was a period of
23        time when he was taking Seroquel when his weight hit
24        251, and that was about the time he was diagnosed with
25        diabetes.   What I've also agreed with is that here we
0583
1         are some years later and on April the 22nd of 2008,
2         which is beyond our time line because this is new
3         data -- and I will show you some even newer data than
4         that -- his weight was identical to a period -- similar
5         to a period when he was not taking Seroquel, yes, ma'am.
6             Q.   You agree with me that in every year, having
```
                          Page 44

bt101508.txt

```
 7        just gone through them meticulously, since he started
 8        taking Seroquel, he had a major weight loss while he was
 9        on the drug?
10             A.   Yes, ma'am.
11             Q.   And --
12             A.   I'll --
13             Q.   -- at the -- at the -- and he still -- as of
14        April 2008, you know he's still taking Seroquel,
15        correct?
16             A.   Yes, ma'am.
17             Q.   And he weighs the same thing that he weighed
18        two years before he started taking Seroquel, correct?
19             A.   I agree with that.
20             Q.   All right.  Now, you -- if you would look at
21        the second page of your time line at the top, you see a
22        note in the corner -- second page.  You're going past --
23             A.   Okay.
24             Q.   There's a bunch of bullets.
25             A.   Yes, ma'am.
0584
 1             Q.   You see the bolded bullet that says, "New onset
 2        diabetes mellitus"?
 3             A.   Yes, ma'am.
 4             Q.   And that is August 6, 2004, correct?
 5             A.   Yes, ma'am.
 6             Q.   And that's when he was diagnosed with new onset
 7        diabetes mellitus, correct?
 8             A.   Yes, ma'am.
 9             Q.   How much did he weigh in August of 2004 when he
10        was diagnosed with diabetes?
11             A.   On page 20 I have a weight of 225, which is
12        August 6th of '04.
13             Q.   All right.
14             A.   But at that same time, we have a blood sugar of
15        410 and a hemoglobin A1c of 10.3.  And what I mentioned
16        earlier becomes relevant to that weight.  Any time
17        somebody has a blood sugar well in excess of the renal
18        threshold, I would expect them to lose caloric -- to
19        lose body weight because of caloric wastage for the
20        reasons I've discussed earlier.
21             Q.   Okay.  So -- but between the time of his --
22        between -- strike that.
23                  Between two years before he started taking
24        Seroquel and a weight -- and having a weight of
25        230 pounds and the time of his diagnosis with diabetes,
0585
 1        he lost weight, correct?
 2             A.   Yes, ma'am.
 3             Q.   He lost -- his weight went down five pounds,
 4        right?
 5             A.   Yes, ma'am.
 6             Q.   Weight gain while he was on Seroquel did not
 7        cause him to have diabetes, correct?
 8             A.   What I tried to put together for my report was
 9        a weight gain of 21 pounds, at which time there were
10        abnormal blood sugars registered.
11             Q.   But we've agreed that you can't use that
12        21-pound figure because --
13             A.   Yeah --
14             Q.   -- you --
15             A.   -- I agree with that.
16             Q.   Right.
17             A.   Okay.
```

Page 45

bt101508.txt
```
18        Q.   So the weight gain while he was on Seroquel did
19   not cause him to have diabetes, correct?
20        A.   Ma'am, what I have to accept is from the
21   literature -- this man was on Seroquel and gained weight
22   but also lost -- when we look at the details, he also
23   lost weight.   From the literature there's a significant
24   risk of development of diabetes with the atypicals,
25   including Seroquel, and this man developed diabetes.   I
0586
1    feel the two are related.
2                    However, I will also accept with you at the
3    time of his diagnosis of diabetes, his weight was down
4    for the reasons we discussed, his blood sugar was 410.
5    And for a significant period of time, he would have lost
6    a -- quite a lot of weight through caloric wastage.
7         Q.   So weight gain while he was on Seroquel did not
8    cause him to have diabetes, correct?
9         A.   Okay.   I'll buy that.
10        Q.   All right.   Let's talk about the various causes
11   of his diabetes in -- you recall that we talked about
12   the Resnick paper that you relied on earlier?
13        A.   Yes, ma'am.
14        Q.   And you recall Mr. Haller at age 40 had a BMI
15   of 37.1, right?
16        A.   That's correct.
17        Q.   You would recall -- you will agree that -- and
18   I'll be glad to get the paper out again if you want.
19   But Dr. Resnick, who you rely on, said that weight gain
20   in somebody that obese does not increase the risk of
21   developing diabetes, right?
22        A.   Yes, ma'am.
23        Q.   And you would agree with that?
24        A.   Yes, ma'am.
25        Q.   Now, Mr. Haller -- you mentioned family history
0587
1    of diabetes or you mentioned family history a while ago,
2    not --
3         A.   No, ma'am.
4         Q.   -- family history of diabetes.
5         A.   To my -- best of my knowledge, this man was an
6    adopted child, and to the best of my knowledge, we do
7    not have any data on his family.
8                    (Exhibit No. 80 marked.)
9         Q.   (BY MS. THORPE)  I'm going to show you what's
10   been marked as Exhibit 80 for identification and ask you
11   if you've ever seen that record before.
12        A.   This is a consultation by Dr. Joel Mabalot
13   dated 10-29-2005.   And it's a consultation for the
14   management of diabetes.
15        Q.   And then if you'd look further down and tell me
16   if that record does not -- doesn't that record indicate
17   that he has a family history of diabetes?
18        A.   I don't know where he got that from.   The
19   answer's yes, I see positive for diabetes.   But to the
20   best of my knowledge -- and since we last spoke, I was
21   flying in an airplane and I spent some time at least
22   going through the adoptive mother's deposition, which is
23   new since we last met.   And, in fact, she says he was an
24   adoptive child and they knew nothing about the father
25   and very little about the mother.
0588
1         Q.   Okay.
2         A.   So where Dr. Mabalot got that data from I do
                              Page 46
```

bt101508.txt

```
 3    not know.
 4                    (Exhibit No. 81 marked.)
 5         Q.   (BY MS. THORPE)  I'm going to show you another
 6    record that's been marked as Exhibit 81 for
 7    identification and ask if you've ever seen that record
 8    before.
 9         A.   Well, ma'am, what I would say is once one finds
10    one of them, then -- then these things go from --
11    because each consulting physician in the year 2006 reads
12    the report of the consulting physician in the year 2005.
13    So I think one would have to go back to the first of
14    those and then query it with the mother, and the mother
15    is still alive, so we can find out.
16         Q.   Okay.  Well --
17         A.   I would disagree with that.  If I understood
18    the -- the deposition of the mother, this is an adoptive
19    child and they definitely know nothing about the father
20    and they knew very little about the mother.
21         Q.   Well, in --
22         A.   So I would -- I would wish to identify the data
23    more firmly from the mother than -- than from material
24    which is passed on from -- from physician's note to
25    physician's note.
0589
 1         Q.   Okay.  So you would agree -- so you can't
 2    accept that he has the -- the risk factor or cause of
 3    diabetes of family history based on what you read in the
 4    deposition?
 5         A.   From what I understand from the mother's
 6    deposition, that's not appropriate.
 7         Q.   Okay.
 8         A.   To have that in there is incorrect.
 9         Q.   And you will --
10         A.   To the best of my knowledge.
11         Q.   -- agree that it's really important that you
12    read these depositions so you can understand these risk
13    factors, right?
14              MR. BRUDNER:  Objection, form.
15         A.   His deposition?
16         Q.   (BY MS. THORPE)  No, just now I said isn't it
17    really important that you read the words or at least
18    talk to the people about the causes and -- the causes
19    and risk factors associated with the development of
20    diabetes --
21         A.   Yes, ma'am.  We've shared that information --
22              MR. BRUDNER:  Objection --
23         A.   -- yes, ma'am.
24              MR. BRUDNER:  -- form.
25         Q.   (BY MS. THORPE)  All right.  And this
0590
 1    deposition of Mr. Haller's mother is the only one that
 2    you've read before -- well, strike that.
 3         A.   Well, I --
 4         Q.   Strike that.  Let me ask the question.
 5              You have not read a single deposition of
 6    anybody in these cases before forming your opinions and
 7    signing off on these reports, correct?
 8         A.   That's correct, I shared that with you the
 9    first day.
10         Q.   All right.  Now, if you look at page 3 of your
11    time line, you see that in September of 1998, Mr. Haller
12    had a glucose of 128, right?
13         A.   Yes, ma'am.
                              Page 47
```

bt101508.txt
```
14          Q.   Did you review that lab?
15          A.   You mean was it fasting or was it random?
16          Q.   No.  I'm just asking you if you looked at the
17     labs.
18          A.   Yeah, the data's there, yes.
19          Q.   Then you've anticipated my next question.  Do
20     you know if it's fasting or not?
21          A.   No, ma'am, no.
22          Q.   Did you make an effort to figure out whether it
23     was fasting?
24          A.   In -- in look -- to -- at the time I was
25     looking at the data available to me, that one is
0591
1      discordant.  As you see from -- in the time line pages 3
2      and 4, all of the others are well below a hundred.  So
3      my best interpretation is that would be nonfasting.
4      I could not find good reference to that in -- in the
5      original.
6           Q.   Well, it's hard in the time line because there
7      are no medical records --
8           A.   Right.
9           Q.   -- cited, correct?
10          A.   That's correct.
11          Q.   But -- but my question to you is:  Did you look
12     at the medical lab itself for that?  Did you find it?
13          A.   Yes, ma'am.  What I -- what I said was I -- I
14     skim read all of those.  I did not write them down, but
15     I -- I looked for that and then given the data which we
16     have shared assumed that that was potentially nonfasting
17     because all of the others either side of that were so
18     much below 100.
19          Q.   Well, the -- if it were fasting, it would be at
20     a level that would lead to a diagnosis of diabetes?
21          A.   We've shared that as well, yes, ma'am.
22          Q.   Because it's over 126, right?
23          A.   Yes, yes, ma'am.
24               (Exhibit No. 82 marked.)
25          Q.   (BY MS. THORPE)  I'm going to show you what's
0592
1      been marked as Exhibit 82 for identification.  And it's
2      this September 23, 1998 lab on Mr. Haller.
3           A.   Oh, thank you.
4           Q.   And I'd like you to look at, first of all,
5      where he was at the time that he had this test.
6           A.   This is a gentleman residing in the Pinellas
7      County Jail.  The title is Correctional Physicians
8      Services.
9           Q.   All right.
10          A.   It's in Clearwater, Florida, for Dr. Murray
11     and --
12          Q.   Look at the collection time for the lab.
13          A.   Okay.  On the date I see a date collected and I
14     see '98, so . . .
15          Q.   What's the -- what's the time next --
16          A.   Let me read the numbers.  23 September nine
17     eight four dot oh, oh.  So --
18          Q.   A.m.?
19          A.   A.m., right.
20               So if the nine eight relates to the year,
21     then although the numbers are all run together, it is
22     possible that's a 4:00 a.m. sugar.
23          Q.   Yes, it says 4:00 a.m., does it not?
24          A.   That's correct, that's correct.
```
                              Page 48

bt101508.txt

25          Q.    And to most people that means 4:00 a.m. in the
0593
1    morning, right?
2          A.    My --
3                MR. BRUDNER:  Objection, form.
4          Q.    (BY MS. THORPE)  You would agree that that's a
5    fasting sugar, wouldn't you?
6          A.    I agree it's a 4:00 a.m. sugar.
7          Q.    And you would think --
8          A.    We're looking at 128, yes.
9          Q.    Yes.  And you would think that in the jail they
10   weren't serving breakfast at 4:00 a.m.?
11         A.    That's correct.
12         Q.    All right.  So --
13         A.    On the other hand, he might have had a box of
14   candy.  So it's -- it's particularly discordant compared
15   to all the other sugars.  But, ma'am, I accept it's
16   taken at 4:00 a.m. and it's 128.  It's a potential
17   interest as a fasting sugar.
18         Q.    It would tell you that more probably than not
19   Mr. Haller had diabetes in September of 1998 before he
20   ever took Seroquel, wouldn't it?
21         A.    Ma'am, I -- I have to -- this is where we come
22   into do we need one, do we need more.  I have to point
23   out that that is -- that is bracketed by sugars that are
24   substantially different from that.  This is taken in
25   1998, and three years later we're looking at sugars 79,
0594
1    76, 97, 98, a sugar in '98 of 50 and a sugar after that
2    of 94.
3                So if there's one sugar discordant in a
4    long row of sugars which are not 128, I go back to a
5    different issue of what we discussed some days ago.
6    This is an example of when you need more than one sugar
7    to make a diagnosis because all of the other sugars are
8    so far away from 128.
9          Q.    So you would agree that it is very, very
10   important to get confirmation of a diabetes test before
11   you conclude that somebody has diabetes?
12         A.    If numbers are as discordant as this, then any
13   discordant values should be viewed in -- in -- for
14   alternative explanation.
15         Q.    Look at your chart --
16         A.    I said earlier -- and -- and if -- if you wish
17   to bring that out, we can talk about it.  I said earlier
18   that in the trend of a patient who was slowly seeing a
19   rising blood sugar, when one became diagnostic and the
20   trend was in that direction, maybe a second value would
21   not be so important.  In a setting like this where
22   bracketed sugars are so different, one would need to
23   know the circumstances of that particular value.
24         Q.    You would agree that after the test that's been
25   marked as Exhibit 82 where he had the high of the 128
0595
1    fasting, he did not have another glucose test until
2    2001, right?
3          A.    That's correct.
4          Q.    So three years went by before he had another
5    glucose test, right?
6          A.    That's correct, ma'am.
7          Q.    And this is a man who has diabetes now and is
8    controlling his blood sugars without any medications and
9    solely by diet, right?

Page 49

bt101508.txt

```
10        A.  That's correct.
11        Q.  So he has glucose levels that are under a
12   hundred and he has diabetes, correct?
13        A.  That's correct.
14        Q.  So the fact that he has glucose levels that are
15   normal in 2001 does not mean that he didn't have
16   diabetes in 1998, correct?
17        A.  What I said was they are bracketed by so many
18   normal values.  I will accept that 128 raises the
19   possibility that he has diabetes, but in the absence of
20   a second one and in the presence of so many
21   non-128-level values, I would wish to consider that as a
22   discordant value.
23        Q.  So you would throw it out as an outlier?
24        A.  I wouldn't throw it out.  I'd just say it's
25   discordant.
0596
 1        Q.  Okay.  What does --
 2        A.  But I would --
 3        Q.  -- that mean?
 4        A.  -- be reluctant in this case -- I would be
 5   reluctant to make the diagnosis of diabetes on that date
 6   because it is so discordant.
 7        Q.  And you would agree that you cannot rule out
 8   that this man had diabetes as early as 1998?
 9        A.  I accept that.  One discordant value in excess
10   of 126 raises the possibility that he might have
11   diabetes.
12        Q.  And you cannot rule out that he had --
13   Mr. Haller had diabetes in September of 1998, correct?
14        A.  On one discordant value, yes, ma'am.
15        Q.  You agree with me?
16        A.  I'm saying it's a discordant value, but I'm
17   agreeing --
18        Q.  That's not my question.
19        A.  -- it's in excess of 126.
20             MR. BRUDNER:  I think he answered it the
21   first time.
22             MS. THORPE:  No, he didn't.
23        Q.  (BY MS. THORPE)  Dr. Tulloch, my question to
24   you is whether you can rule out that Mr. Haller had
25   diabetes in September of 1998.
0597
 1             MR. BRUDNER:  Objection, asked and
 2   answered.
 3        A.  Ma'am, what I tried to do is make the best
 4   interpretation of the available data.  I've shared with
 5   you that this single number which is discordant was
 6   taken in jail.  We're assuming that at 4:00 a.m. he was
 7   fasting.  We have no right to assume that.  He might
 8   have had a large candy half an hour before that.
 9             A single discordant value reading, 128, in
10   a supposed fasting circumstances could be the following:
11   A, it might have not been fasting; and, B, it might have
12   been discordant.  And I'm pointing out that in a setting
13   like this with so many other values that were way away
14   from 128, my -- I would be naive to use that single
15   figure for the diagnosis of diabetes.
16        Q.  (BY MS. THORPE)  Okay.  None of those things
17   answer my question.
18        A.  I --
19        Q.  My question's a yes or no answer.  Can you rule
20   out that Mr. Haller had diabetes in September of 1998?
```

Page 50

bt101508.txt
```
21              MR. BRUDNER:  Objection, asked and
22    answered.
23          A.  I cannot rule it out.  On the other hand, I
24    would not make a diagnosis of diabetes on a single
25    value --
0598
 1          Q.  (BY MS. THORPE)  Okay.
 2          A.  -- in -- bracketed by such discordant values.
 3          Q.  Okay.  You agree that Mr. Haller had
 4    hypertension before he was taking Seroquel, right?
 5          A.  Yes, ma'am.
 6          Q.  And you agree that that hypertension at times
 7    has been uncontrolled --
 8          A.  Yes, ma'am.
 9          Q.  -- correct?
10              You agree that hypertension can cause
11    diabetes?
12          A.  Yes, ma'am.
13          Q.  You know that scientists have quantified the
14    risk of developing diabetes in those who are hypertense?
15          A.  Yes, ma'am.
16          Q.  You haven't searched out and studied the
17    literature to quantify the contribution of hypertension
18    to Mr. Haller's diabetes?
19          A.  That's correct.
20          Q.  You know that -- I apologize if I've asked you
21    this.  But you know that Mr. Haller would have developed
22    diabetes whether or not he took Seroquel, right?
23          A.  I think there's a significant probability of
24    that, yes, ma'am.
25          Q.  You would agree that to a reasonable degree of
0599
 1    medical probability he would have developed diabetes?
 2          A.  Yes, ma'am.
 3          Q.  Whether or not he took Seroquel?
 4          A.  Yes.  We've shared that.
 5          Q.  Okay.
 6          A.  And I go back to my analogy of all the factors
 7    he might have developed at the age of 25, none of the
 8    factors he might have developed at the age of 105, and
 9    the variables in between to a degree drive what actually
10    happens to that patient.
11          Q.  How did you rule out hypertension as the sole
12    cause of Mr. Haller's diabetes?
13          A.  Because he had so many other factors.
14          Q.  So the presence of other potential causes means
15    that you can't rule -- that -- that you are able to rule
16    hypertension out as the sole cause?
17          A.  Yes, ma'am, to a reasonable medical
18    probability, yes.
19          Q.  All right.  You know that Mr. Haller was a
20    long-time alcohol abuser, right?
21          A.  Yes, ma'am.
22          Q.  You know that alcohol abuse is a cause of
23    diabetes, correct?
24          A.  Alcoholic pancreatitis is a cause of diabetes,
25    yes, ma'am.
0600
 1          Q.  You know that poor diet is a cause of diabetes,
 2    right, or can be a cause of diabetes?
 3          A.  No, ma'am, I -- I think that's -- excess
 4    calories would probably be a better way of saying
 5    that --
```
                                Page 51

bt101508.txt

```
 6        Q.   Okay.
 7        A.   -- yeah.
 8        Q.   Mr. Haller certainly had a few excess calories?
 9        A.   Yes.
10             MR. BRUDNER:  Objection, form.
11        Q.   (BY MS. THORPE)  And alcohol can contribute to
12   that picture, right?
13        A.   I corrected you for a reason, because the acute
14   effect of alcohol is to drop blood sugar.  So where we
15   make a statement like you made earlier, alcohol --
16   binges of alcohol intake can cause pancreatitis and
17   inflammation of the pancreas can lead to the progressive
18   loss of the cells that make insulin.  So there's one of
19   the mechanisms that alcohol can cause diabetes even
20   though it causes a lowering of blood sugar.
21        Q.   All right.  And alcohol abuse can also lead to
22   gastritis, right?
23        A.   The acute effect of alcohol on the stomach is
24   to irritate it immediately.
25        Q.   And can lead to gastritis?
0601
 1        A.   An irritated stomach is gastritis, yes, ma'am.
 2        Q.   You will agree that there's a lot of evidence
 3   that Mr. Haller had a sedentary lifestyle?
 4        A.   I believe so, yes, ma'am.
 5        Q.   He throughout this record says things like he's
 6   not going to exercise, he doesn't participate in
 7   physical activities, and so on, right?
 8        A.   Yes, ma'am.
 9        Q.   A sedentary lifestyle is a cause of diabetes,
10   right?
11        A.   Is a contributing cause, yes, ma'am.
12        Q.   And you know that scientists have studied and
13   quantified the risk of diabetes in people who have a
14   sedentary lifestyle?
15        A.   Yes, ma'am.
16        Q.   But you haven't searched out and studied the
17   literature to quantify the contribution of that
18   contributing cause to Mr. Haller's diabetes, right?
19        A.   That's correct.
20        Q.   Contemporaneously with Seroquel, you know that
21   Mr. Haller was taking Depakote and Lithium?
22        A.   Yes, ma'am.
23        Q.   Do you understand that Depakote and Lithium are
24   associated with weight gain?
25        A.   I knew that Depakote was.  I did not know that
0602
 1   Lithium was.  It is a sedating substance.  It's in the
 2   same family as sodium, which is the main component of
 3   salt, but it is a sedating substance.  And it's used in
 4   folk with manic-depressive psychosis, which is one of
 5   the words for bipolar, and sedation in these folks
 6   certainly could lead to weight gain.
 7        Q.   Have you determined what contribution either
 8   Lithium or Depakote made to whatever was happening to
 9   Mr. Haller's weight?
10        A.   No, ma'am, I believe it would be one of the
11   components on the saddle of the camel, but I do not
12   believe one can with reasonable medical probability
13   ascribe accurately numbers to each of those components.
14        Q.   So you can't parse out what contribution in
15   terms of number of pounds that Depakote or Lithium or
16   Seroquel made in Mr. Haller?
```

Page 52

bt101508.txt

17      A.   That's correct.
18      Q.   You have indicated in your report that you
19   think it would be prudent for physicians to avoid where
20   possible the use of medications that are associated with
21   weight gain and dyslipidemia to minimize the risk of the
22   patient developing drug-induced diabetes, correct?
23      A.   Yes, ma'am.
24      Q.   Now, you're aware that patients have to take
25   steroids from time to time that are associated with
0603
1    increases in blood sugar, right?
2       A.   Yes, ma'am.
3       Q.   People have asthma and they -- or COPD and they
4    have to take medications, right?
5       A.   Yes, ma'am.
6       Q.   And those medications can increase blood sugar,
7    correct?
8       A.   Yes, ma'am.
9       Q.   And you would never advise a physician when a
10   patient had a condition like that not to take that drug,
11   right?
12      A.   On the contrary, ma'am, I -- I do both --
13   advise both physicians and patients to seek all
14   alternative measures before they consider the use of
15   glucocorticoids.
16      Q.   But if they have to do it, based on the risk
17   and benefits of their breathing condition, that's --
18   from time to time that decision has to be made and from
19   time to time you acquiesce in that decision, right?
20      A.   Absolutely.  If it's a matter of life and
21   death, it's quite reasonable.
22      Q.   Right.  And similar -- and we've talked about
23   how psychiatrists have to make those same decisions
24   about pharmaceutical therapies for people who have
25   psychoses, right?
0604
1       A.   Yes, ma'am.
2       Q.   Now, you know that doctors have to decide in a
3    patient like Mr. Haller what is the best regimen of
4    drugs that will help them be under control mentally and
5    not, you know, risk harm to themselves or to others and
6    they have to weigh that against other risks of the drug
7    therapies, right?
8       A.   Yes, ma'am.
9            MR. BRUDNER:  Objection.
10      A.   It's called a risk-benefit analysis, and it's a
11   reasonable -- a reasonable step for any physician making
12   a decision on medication.
13           (Exhibit No. 83 marked.)
14      Q.   (BY MS. THORPE)  All right.  I'm going to show
15   you what's been marked as Exhibit 83 for identification,
16   and I'd like you to look at the first paragraph entitled
17   subjective.
18      A.   Thank you, ma'am.  This is a psychiatric
19   progress note by a nurse practitioner, Nicole Keene.
20   And it states in the second -- second sentence, "He
21   wants to get off his Seroquel because of the class
22   action lawsuit he is in against Seroquel and diabetes."
23           Do you want me to go on?
24      Q.   Yes.
25      A.   Okay.  "His lawyer suggested that he stop the
0605
1    medication if he wants to win a settlement.  We have had
Page 53

bt101508.txt
```
 2      this discussion on multiple occasions, and he has been
 3      given full informed consent about the medication and has
 4      consistently stated he wants to continue Seroquel and
 5      Risperdal due to efficacy.  He is now more stable than
 6      he has been in several years.  He was strongly advised
 7      to remain on his medication due to its effectiveness as
 8      his diabetes is well-controlled with recent labs giving
 9      a hemoglobin Alc of 5.7, et cetera, within normal
10      limits."
11          Q.   And lipids within normal limits, right?
12          A.   Yes, ma'am.
13          Q.   So you would agree, Doctor, that lawsuits and
14      lawyering should not play any role in assessing
15      risk/benefit in a patient like this with a mental
16      illness like Mr. Haller has?
17          A.   I think that's a reasonable statement, ma'am.
18      One makes medical decisions on the best medical data.
19          Q.   And you would agree that lawyers should not
20      have advised this patient to stop taking Seroquel.  That
21      would be overstepping the bounds of lawyering, right?
22               MR. BRUDNER:   Objection, form.
23          A.   I -- I don't know where the patient or the
24      nurse practitioner got that data from, but it's
25      certainly something that one might discourage.
0606
 1          Q.   (BY MS. THORPE)  If true, you would think it
 2      was the wrong thing for the lawyers to do, right?
 3               MR. BRUDNER:   Objection, form.
 4          A.   Ma'am, I'm -- I'm not inclined to -- to judge.
 5      I try to educate all concerned in a setting like that
 6      and hope for a more happy outcome.
 7          Q.   (BY MS. THORPE)  And as an endocrinologist, you
 8      yourself would not dare to advise those doctors who were
 9      taking care of him to -- from a psychiatric perspective
10      to take him off of Seroquel, would you?
11          A.   Ma'am, I -- I think I mentioned earlier what I
12      try to do is give them the best information available.
13          Q.   Right.  You wouldn't have advised them to
14      take -- you wouldn't step outside of your role as an
15      endocrinologist and advise the psychiatrist to take him
16      off of Seroquel, correct?
17          A.   Ma'am, that's correct.  What I would do is try
18      to give them the best available data on all of the
19      atypical antipsychotics and their relation to my field
20      and allow them to make the decision.
21          Q.   Dr. Tulloch, by my count, you have about 32
22      articles on the list of articles that's attached to your
23      report in all of these cases --
24          A.   Yes, ma'am.
25          Q.   -- correct?
0607
 1               You agree that's approximately --
 2          A.   Yes, ma'am.
 3          Q.   -- right?
 4          A.   Uh-huh.
 5          Q.   You agree that you have not comprehensively
 6      reviewed the medical literature on Seroquel; is that
 7      right?
 8          A.   Oh, absolutely, ma'am.  I -- I came in here and
 9      introduced myself as a busy clinical endocrinologist.
10               I summarized my reason for being in this
11      case was interest in the field because it's clearly a
12      field that I've spent some time advising psychiatrists
```
Page 54

bt101508.txt

13      from an endocrine viewpoint, and I added a personal
14      contact with the people concerned because I've been duck
15      hunting with these gentleman for the last 25 years.   So
16      those are unusual reasons for being in this particular
17      setting.
18          Q.   You are good friends with the plaintiffs'
19      lawyers?
20          A.   Yes, ma'am, for my sins.
21          Q.   That's -- so -- so the articles that you've
22      read on this -- well, let me ask you this.
23                  Have you read all 32 articles on the list?
24          A.   I pretty well reviewed the conclusion --
25      summary conclusions of most of those, yes.   I mean,
0608
1       "all" is a sweeping statement.
2           Q.   Well, no, I meant of the 32.   Have you read all
3       of the 32 articles?
4           A.   Pretty well, yes, ma'am.
5           Q.   Okay.
6           A.   But --
7           Q.   But no more?
8           A.   "Read" means looking at the conclusions,
9       looking at the summaries --
10          Q.   Okay.
11          A.   -- looking at where they fitted in.   In fact, I
12      showed you evidence of ones I've been busy on, I
13      scribble on.
14          Q.   Okay.
15          A.   So you can go through that.
16          Q.   All right.   So you'll agree that you've read
17      only a small portion of the literature on Seroquel and
18      diabetes?
19          A.   I think that's a reasonable statement, yes,
20      ma'am.
21          Q.   And you've only read a small portion of the
22      literature on Seroquel and weight gain?
23          A.   Yes, ma'am.   Much of that was summarizing, but
24      that's absolutely right.
25          Q.   I'm sorry.   I don't understand what you mean,
0609
1       "much of that was summarizing."
2           A.   What -- what happens now in the medical
3       literature is we are seeing more and more original
4       articles which are actually not original.   They are
5       summaries of the literature in a field.   And you've just
6       chosen a couple.
7                  So what you'll find in some of the more
8       modern medical journals are original article -- articles
9       purported to be original which are summarizing articles
10      of a whole field, and there are some examples of the --
11      of those summarizing articles in here.
12                  We talked about one which was the consensus
13      conference where folk looked at everything available up
14      until that time, physicians from several different
15      subspecialties, and tried to come to a reasonable
16      conclusion so that the rest of us might be advised.   And
17      some of the more sweeping reviews of all the available
18      data I've read more intimately.
19          Q.   Okay.   But you agree that you've only read a
20      small portion of the literature?
21          A.   Of course, yes, ma'am.
22          Q.   And you have not looked at, for example, all of
23      the epidemiology on Seroquel, correct?
                        Page 55

bt101508.txt
```
24          A.   That's right, ma'am.  I said earlier I would
25     bow to the expertise of someone in that field.
0610
 1          Q.   And it looked like to me that the only -- going
 2     through your list, that the only epidemiology that you
 3     had on your list was that by Smith, Citrome, Guo,
 4     Leslie, and Sernyak?
 5          A.   I think that's --
 6          Q.   Do you think that's right?
 7               MR. BRUDNER:  Object.
 8          A.   I think that's reasonable, but I reserve the
 9     right to go through this list and check them.
10          Q.   (BY MS. THORPE)  Well, you can check -- you can
11     look at the list now and see if I'm right.
12          A.   No, in the interest of time, I'll agree with
13     you, no problem.
14          Q.   Okay.  No reservation of rights?  Really, I
15     want you to tell me if there's anything I've left off.
16     That's why we've come together.
17          A.   That's right.
18          Q.   And I went through the list and -- but that was
19     me, but I want to know your opinion, not what --
20          A.   That's fine.  I'll accept that.  I did,
21     however, leave in my last paragraph that I reserve the
22     right to supplement my opinions pending the review of
23     additional information and I refer to that.
24          Q.   Okay.  And I've told you, like, ten times that
25     if you do I expect you to tell your lawyer -- the lawyer
0611
 1     who's here and -- or some other lawyer and then I get a
 2     chance to talk to you about it.  You understand --
 3          A.   Who will be --
 4          Q.   -- that, right?
 5          A.   -- beholden to tell you, ma'am, yes.
 6          Q.   Now, how did you come to that group of
 7     epidemiologic studies?  You understand that's not all of
 8     them, right?
 9          A.   I understand that's not all of them, ma'am.
10     I -- I started with a background of many of the
11     summarizing articles which had already come my way for
12     the Zyprexa case which was current about nine months
13     ago.
14          Q.   Was this --
15          A.   I then went to the Index Medicus, which is now
16     on the computer, and I googled quetiapine and the topics
17     that we've been discussing, in other words, quetiapine
18     and diabetes, quetiapine and pancreatitis, quetiapine
19     and weight gain, and I looked for the data that was new
20     from when I sat down for the Zyprexa case.  So --
21          Q.   Did you start out with a list of the 32
22     articles, articles you pulled together for Zyprexa?
23          A.   Those were the ones that I shared with the
24     legal team.  Well, that's my contribution.  I assume, as
25     you said, this is a standard list, so there must be a
0612
 1     contribution by others.  And then as I mentioned,
 2     literature is changing all the time, so before we come
 3     to court, I will go back to the Index Medicus and search
 4     once again.
 5          Q.   I guess what I'm -- I'm not being clear.
 6     But --
 7          A.   Okay.  Sorry.
 8          Q.   -- you have -- no, it's my fault.  I mean, I'm
                          Page 56
```

bt101508.txt
```
 9      just not saying it clearly.
10             You have a -- a small portion of the
11      epidemiologic literature on your list?
12         A.  Yes, ma'am.
13         Q.  So I'm trying -- you agree with that?
14         A.  Yes, ma'am.
15         Q.  So I'm trying to figure out how you picked
16      these ones.
17         A.  I believe that they came up -- they were --
18      they were what was there on Zyprexa plus what came up
19      when I ran that search.
20         Q.  Okay.  You don't have any explanation for how
21      you missed the rest of the --
22         A.  No.  Well, I knew Dr. Wirshing was going to be
23      present in this context, and I did not feel I needed to
24      compete with him.
25         Q.  You agree that without reviewing all of the
0613
 1      studies dealing with Seroquel and diabetes, you cannot
 2      form a scientifically valid opinion that Seroquel is a
 3      cause of diabetes or weight gain?
 4         A.  Ma'am, I think you're holding me to a very high
 5      standard.  I think it's appropriate when I say more
 6      likely than not -- and when I am led to understand that
 7      means 51 percent -- if I've looked at summarizing
 8      articles which review the data and which come up in any
 9      reasonable medical search of the equivalent of Index
10      Medicus, that I've got a pretty good handle on the
11      literature.  Now, whether it's 51 percent of the
12      literature or 57 percent of the literature or 99 percent
13      of the literature, I would not hold out that it's
14      99 percent of the literature, but I feel it's a
15      reasonable review of available data.
16         Q.  Well, you're not saying --
17         A.  And I started off by saying I'm not an expert
18      in epidemiology, ma'am.
19         Q.  Well, how do you know -- I'm not just talking
20      about the epidemiology.  You only read a portion of the
21      literature in general on Seroquel and diabetes, right?
22         A.  That's correct.
23         Q.  And how do you know that you didn't fail to
24      consider important data before you formed your opinion
25      unless you make an effort to comprehensively review the
0614
 1      literature?
 2         A.  Ma'am, in my view, I looked at the summarizing
 3      articles which covered most of the area I believed I was
 4      making an opinion on.
 5         Q.  And by what method did you evaluate the
 6      limitations of the data that you reviewed?
 7         A.  I looked at the available data in English.  I
 8      did not look at the French data.  I did not look at the
 9      Russian data.  I did not look at the Chinese data.  So
10      I -- I'll accept that my limitations remain to the
11      English literature.
12         Q.  Well, you didn't look at all of the English
13      literature on Seroquel?
14         A.  No.  I looked for the summarizing articles
15      which reviewed, and then many of them say somewhere in
16      the thing we reviewed the literature to such-and-such a
17      date, and those are summarizing articles.
18         Q.  You would agree that reviewing a summary of an
19      article is not the same thing as reviewing the methods,
```
Page 57

bt101508.txt
```
20    reviewing the results, reviewing the tables of data, and
21    reviewing the limitations of the article, the authors of
22    the article's report and peer-reviewed studies, correct?
23         A.   I accept that.
24         Q.   And before you formed your opinion that
25    Seroquel causes diabetes, you did not review, for
0615
1     example, the Barner study, did you?  It's not on your
2     list?
3          A.   If it's not on my list, then I didn't review
4     it.  Hopefully, I reviewed a summarizing article that
5     will have included it in its literature, yes, ma'am.
6          Q.   You can't tell me what the merits of that
7     article are or the demerits of that article, can you?
8          A.   No, ma'am.
9          Q.   And you don't know what population was studied
10    in that article, do you?
11         A.   No, ma'am, I've not read the literature.  I
12    don't have any data --
13         Q.   All right.
14         A.   -- on it.
15         Q.   And you didn't review the three articles by
16    Gianfresco before you formed your opinions in this case,
17    correct?
18         A.   That's correct.
19         Q.   You didn't review any of the clinical study
20    reports that are listed on your reliance list?  Let's --
21    open up to page 16 on your report -- actually, not
22    page -- I'm used to saying page 16.  Let's go to the --
23    let's go to page 3.
24              If you look at the top of page 3 of the
25    spreadsheet on your report, it says, "A Multicenter,
0616
1     Randomized, Placebo-Controlled Parallel-Group,
2     Double-Blind, Phase III Study to Compare the Efficacy
3     and Safety of Quetiapine Versus Placebo as Adjunct
4     Therapy with Mood Stabilizers for the Treatment of
5     Alcohol Dependence in Patients with Bipolar Disorder."
6              You didn't read that, did you?
7          A.   No, ma'am.
8          Q.   You didn't read any of the clinical study
9     report synopses that are contained in this spreadsheet,
10    right?
11         A.   Those AstraZeneca in-house studies I have not.
12    I did not read them at the time of this.  I looked at
13    these -- these data which we've shared.
14         Q.   The ones that have been marked as Exhibits 4
15    and 16, right?
16         A.   That's correct.
17         Q.   And so similarly, if you go to -- well, so let
18    me just ask you this.
19              You -- you have not read the Studies 125,
20    126, or 127 that are randomized control trials involving
21    Seroquel?
22         A.   Can you ascribe these to which page or which --
23         Q.   No, I'm just asking you.  They are -- they are
24    studies that are part of this litigation.
25         A.   Yeah.
0617
1          Q.   You've not read them?
2          A.   No, I have not.
3          Q.   You've not read a study by Vieta, which is a
4     published report in a peer-reviewed journal of a
```
                              Page 58

bt101508.txt
```
 5   randomized control trial on Seroquel, correct?
 6        A.   That's correct.
 7        Q.   You have not read the submission made by
 8   AstraZeneca of all of its data on all metabolic
 9   parameters regarding Seroquel, correct?
10                  MR. BRUDNER:  Objection, form.
11        A.   That's correct.
12        Q.   (BY MS. THORPE)  If you look at beginning on
13   page 9, there are some references to depositions in this
14   spreadsheet.  You've not read any of those depositions,
15   right?  If you -- on page 9 it's, like, videotaped oral
16   deposition of David R. Brennan.
17        A.   Yes, ma'am, I think we've shared that I have
18   not looked at any of the depositions and --
19        Q.   Well, these aren't about Mr. Haller, these
20   are --
21        A.   Okay.
22        Q.   -- these are company people.  You haven't
23   read --
24        A.   Right.
25        Q.   -- any --
0618
 1        A.   No, ma'am.
 2        Q.   -- company depositions?
 3             And then you see after the deposition list
 4   there are a list of documents with Bates numbers and
 5   e-mails and letters and that kind of thing.  You haven't
 6   read any of those?
 7        A.   That's correct.
 8        Q.   And you would not be the kind of expert who
 9   would have a basis in your qualifications for analyzing
10   e-mail communications among people in a drug company,
11   right?
12                  MR. BRUDNER:  Objection, form.
13        A.   That's correct.
14        Q.   (BY MS. THORPE)  If you turn in your report --
15   and this is true of every report that you've filed in
16   this case -- on the ninth page, the second paragraph,
17   you say, "Based on my review of documents produced by
18   AstraZeneca in this litigation, it is my opinion that
19   the company agents were aware as early as 1997 of the
20   association between Seroquel and weight gain"?
21        A.   Yes, ma'am.
22        Q.   You've reviewed no documents, right?
23        A.   No, that's not correct.  I have a document
24   about that time that relates to weight gain, but it's a
25   single document.  So that statement is correct.  I have
0619
 1   not viewed all of the numbers which we looked at, but I
 2   did see one that related to weight gain.  And, actually,
 3   in that one -- and I did not bring it up when we were
 4   discussing it -- that particular AstraZeneca person felt
 5   that weight gain was dose related.  And I let you off
 6   that one.  I didn't bring it up.  But I can find that if
 7   need be.  But, anyway, yeah --
 8        Q.   Yeah, need be.
 9        A.   -- so I see some isolated ones.
10        Q.   I need to know, Doctor, what documents --
11   AstraZeneca documents that you've reviewed.  This --
12   this sentence says, "Based on my review of documents
13   produced by AstraZeneca in this litigation."
14             So -- so what are you talking about?
15        A.   What I put most of my weight on was I looked at
```
Page 59

bt101508.txt
```
16        the PDR which had their data and --
17             Q.   Okay.  That's not produced by AstraZeneca.
18             A.   No.  And that particular statement I will need
19        to find it for you, but I can bring it for you.  I have
20        it -- an e-mail that -- that relates quite early to the
21        knowledge that the company agents were aware that weight
22        gain occurred.
23             Q.   Okay.  Describe the document.  It's one
24        document?
25             A.   One document.  I was given --
0620
 1             Q.   Is it the only AstraZeneca document you have --
 2             A.   That I've looked at, yeah, that's correct.
 3             Q.   Okay.  And so you have that at your office?
 4             A.   I have that.
 5             Q.   And you'll bring that tomorrow?
 6             A.   I'll bring it.
 7             Q.   And I don't want -- what I don't want to happen
 8        is if the -- I'm going to ask you tomorrow if the
 9        lawyers have given you additional AstraZeneca documents.
10             A.   No, ma'am.
11             Q.   I want to know what you have now.
12             A.   I have that document somewhere now, yeah.
13             Q.   Okay.
14                  MR. BRUDNER:  Objection, form.
15             Q.   (BY MS. THORPE)  The next sentence says,
16        "Evidence also supports my opinion that AstraZeneca had
17        evidence that Seroquel was associated with glucose
18        dysregulation in 1999 and 2000."
19                  What evidence do you have of that?
20             A.   That, I don't have at this time.  I had
21        discussed it with those colleagues in this field who are
22        in this litigation and -- and being given that in
23        information.  I have not looked at the original data.
24             Q.   So who did you talk to who gave you that
25        information, your colleagues in the field?
0621
 1             A.   These were colleagues in this law firm, and
 2        that was when I made -- that was what I put together at
 3        that time.
 4             Q.   So a lawyer in this law firm, in Laminack,
 5        Pirtle, or Tom and --
 6             A.   I have worked with a number of colleagues in
 7        this field and a couple of nurse practitioners, so I --
 8        I asked them what data they had available on what the
 9        AstraZeneca scientists knew, because these guys are
10        sincerely honest and work together and this was the data
11        which they told me they had looked at.  And as I say,
12        the -- to my memory, the 1997 e-mail I have available
13        somewhere and I will bring it for you.
14             Q.   So the second sentence on this page of your
15        report that says, "Evidence also supports my opinion
16        that AstraZeneca had evidence that Seroquel was
17        associated with glucose dysregulation in 1999 and 2000"
18        is based on a conversation with someone in a law firm?
19             A.   That's correct.
20             Q.   It's not based on a document?
21             A.   That's correct.
22             Q.   And can you tell me the name of the person with
23        whom you had this conversation?
24             A.   Not at this time, but I -- I can ask.
25             Q.   Do you have notes of this conversation?
0622
```
Page 60

bt101508.txt
```
 1          A.   Not at this time.
 2          Q.   What do you mean by "not at this time"?
 3          A.   I don't keep notes of my conversations.  I
 4   mentioned earlier how I -- when I do the reports, I -- I
 5   have -- I use the original document, then type from
 6   that.
 7          Q.   But did you take notes of your conversations --
 8   conversation or conversations with someone in the law
 9   firm about evidence?
10          A.   Information -- yes, ma'am, information which
11   was available within the AstraZeneca -- I'm sorry.
12   There's noise at the back.  Let me stop.
13               Yes, I asked what information that was
14   available amongst the AstraZeneca scientists sharing
15   scientific information on early data.
16          Q.   And did you take notes of that conversation?
17          A.   No, ma'am.
18          Q.   Did the person you were talking to -- was the
19   person you were talking to about this a lawyer or a
20   paralegal?
21          A.   To the best of my knowledge, it was a -- both.
22   I had -- it was a conversation with a lawyer and a
23   paralegal.
24          Q.   Tell me what the lawyer said to you.
25          A.   It was words to that effect, that AstraZeneca
0623
 1   had some information that Seroquel was associated with
 2   glucose dysregulation and the date was the date which I
 3   wrote down.
 4          Q.   Is there anything else you remember about that
 5   conversation?
 6          A.   No, ma'am.  But when it -- when it matched with
 7   literature like the one which I share here -- and this
 8   is 12,000 patients, risk ratio for diabetes with
 9   quetiapine, and it gives a risk ratio of 3.34 -- I
10   believe that that was a reasonable --
11          Q.   Can you identify --
12          A.   -- published data.
13          Q.   -- what you're talking about?
14          A.   Okay.
15          Q.   The name of the article.
16          A.   The article is by Francesca Cunningham.  It's
17   called "Antipsychotic Induced Diabetes in Veteran
18   Schizophrenic Patients."  It refers to 12,235 patients.
19          Q.   Okay.  I didn't ask you that.  I asked you for
20   the name of the article.  That's all I need.
21               MR. BRUDNER:  Please don't interrupt.
22          A.   Okay.  Well, let me go on, then, because I have
23   to --
24          Q.   (BY MS. THORPE)  No, there's no question --
25               MR. BRUDNER:  Please don't interrupt.
0624
 1               MS. THORPE:  You know what, there's no
 2   question on the floor.  And as soon as I finish my
 3   examination, you can sit here all night and talk to
 4   Dr. Tulloch.
 5               MR. BRUDNER:  But there was when you
 6   interrupted him.
 7               MS. THORPE:  No, there was not.  There was
 8   no question on the floor.
 9               MR. BRUDNER:  So you didn't ask a question
10   before you interrupted him?
11               MS. THORPE:  I asked him for the name of
                             Page 61
```

bt101508.txt
```
12      the article.
13                    MR. BRUDNER:  Okay.  And then --
14          Q.  (BY MS. THORPE)  Tell me what the answer to
15      that question should be, the name of the article.
16                    MR. BRUDNER:  You can -- you can -- you can
17      object as to nonresponsive, but you've got to let him
18      answer.
19                    MS. THORPE:  I can object as non -- I do
20      object as nonresponsive --
21                    MR. BRUDNER:  But you don't --
22                    THE REPORTER:  One at a time.
23                    MS. THORPE:  I'm not going to waste my
24      time.  It is -- and I'm not going to sit here while we
25      fill up the record with the doctor reading an article in
0625
1       a nonresponsive way.  It's outrageous.  I've never seen
2       anything like it.
3                     MR. BRUDNER:  He can respond.
4                     MS. THORPE:  And it needs to stop.
5                     MR. BRUDNER:  You get to object --
6           Q.  (BY MS. THORPE)  Doctor, what is --
7                     MR. BRUDNER:  -- that it's nonresponsive.
8           Q.  (BY MS. THORPE)  -- the name of the article?
9                     MR. BRUDNER:  Don't answer.  You get to
10      object that it's nonresponsive.
11                    MS. THORPE:  All right.
12                    MR. BRUDNER:  That's it.  That's the way it
13      works.
14                    MS. THORPE:  Honey, I know.  I've been
15      practicing law for 30 years.
16                    MR. BRUDNER:  That's -- that's fantastic.
17                    MS. THORPE:  All right.
18                    MR. BRUDNER:  I'm very impressed.
19          Q.  (BY MS. THORPE)  So, Doctor, what's the name --
20                    THE REPORTER:  One at a time.
21          Q.  (BY MS. THORPE)  -- of the -- what's the name
22      of the article you have in front of you?  Can you tell
23      me the name?
24          A.  Yes, ma'am, I gave it to you.
25          Q.  What's the name?
0626
1           A.  And it's on the record.
2           Q.  Okay.  Tell me the name.
3           A.  It's on the record.
4           Q.  I've forgotten.  What's the name?
5           A.  Do you need it again?
6           Q.  Yes.
7           A.  Okay.  The name was Francesca Cunningham.  The
8       title was "Antipsychotic Induced Diabetes in Veteran
9       Schizophrenic Patients."  And I was reading you the
10      component of that that related --
11          Q.  I did not ask --
12                    MR. BRUDNER:  You're cutting him off.
13                    MS. THORPE:  Move to strike as
14      nonresponsive.
15                    MR. BRUDNER:  You get to do that after he's
16      finished with his answer.
17                    MS. THORPE:  No, I get to do it whenever I
18      want to.
19                    MR. BRUDNER:  We're shutting this down.
20      That's it tonight.  Good night.
21                    MS. THORPE:  You are terminating this
22      deposition?
```
Page 62

```
                              bt101508.txt
23                    MR. BRUDNER:  It's four minutes until 9:00
24     and you're --
25                    MS. THORPE:  Because you want the
0627
 1     witness --
 2                    THE REPORTER:  One at a time.
 3                    MS. THORPE:  You want the witness to read
 4     the article out loud?
 5                    MR. BRUDNER:  He can finish his answer.
 6                    MS. THORPE:  So let me just get this clear
 7     on the record.  Your position is that when I asked the
 8     doctor the name of an article, he then has the right to
 9     read the article out loud?
10                    MR. BRUDNER:  Whatever his answer is --
11                    MS. THORPE:  That's your --
12                    MR. BRUDNER:  -- that's his answer.
13                    MS. THORPE:  -- position?
14         Q.  (BY MS. THORPE)  All right, Doctor.  Go ahead
15     and read the article out loud.  You can start at the
16     beginning.  Read it out loud.
17         A.  No, ma'am, I was not planning to read the
18     article as a whole.  What I was planning to do --
19                    MS. THORPE:  I move to strike as
20     nonresponsive.
21                    THE REPORTER:  One at a time.
22                    MR. BRUDNER:  You get to do that after he's
23     finished with his answer.
24         A.  -- to relate --
25                    MS. THORPE:  I don't need --
0628
 1                    THE REPORTER:  One at a time, please.
 2         Q.  (BY MS. THORPE)  Go ahead and read the article
 3     out loud.
 4         A.  Okay.  The risk for quetiapine in this setting
 5     was 3.34, and it related to the number of patients which
 6     is 12,000.  And carry on, ma'am.
 7         Q.  I want to know everything that happened in your
 8     conversation with a lawyer that you used as the basis
 9     for your report.
10         A.  Okay.
11         Q.  What -- and let me just ask it this way.
12              You say in your report that evidence
13     supports your opinion that AstraZeneca had evidence that
14     Seroquel was associated with glucose dysregulation in
15     1999 and 2000?
16         A.  Yes, ma'am.
17         Q.  The sole basis for your declaration in federal
18     court was the conversation you had with a lawyer and a
19     paralegal in this law firm; is that right?
20         A.  Ma'am --
21                    MR. BRUDNER:  Objection, asked and
22     answered.
23         A.  -- in that setting -- and what I supported it
24     with was evidence from published data which I read and
25     gave you the information.
0629
 1         Q.  (BY MS. THORPE)  All right.  The article whose
 2     name I asked you for, tell me the date of that article.
 3         A.  Ma'am, this dates to August of 2003 and it goes
 4     back to time earlier.
 5         Q.  Right.  The publication date that you have in
 6     front of you is 2003, right?
 7         A.  That's correct, yes, ma'am.
                              Page 63
```

bt101508.txt
```
 8          Q.   And your statement here is that evidence
 9    supports my opinion that AstraZeneca had evidence that
10    Seroquel was associated with glucose dysregulation in
11    1999 and 2000, right?
12          A.   That's correct.
13          Q.   The only basis that you have for that statement
14    is something that a lawyer and a paralegal told you,
15    correct?
16          A.   Yes, ma'am.
17               MR. BRUDNER:   Objection, form, asked and
18    answered.
19          Q.   (BY MS. THORPE)  And I want to know every
20    single thing that the paralegal told you that supported
21    that statement.
22          A.   Ma'am, what I told -- what I -- what I wrote
23    was what I was told in that setting.
24          Q.   They said word for word this statement to you?
25          A.   Yes, ma'am.
0630
 1          Q.   And you -- so did you say, "Well, tell me:
 2    What evidence do you have?"  You just accepted what the
 3    lawyer told you at face value --
 4          A.   I accept --
 5          Q.   -- and wrote it in a report that's being filed
 6    in federal court?
 7          A.   I accepted that, and I said what I needed to do
 8    was see the original data.  And I promise you I will
 9    have a view of that original data by the time we get to
10    court, yes, ma'am.
11          Q.   All right.  At the end of this paragraph, you
12    say, "Based on information available to me, AstraZeneca
13    did not provide accurate information about the risks of
14    weight gain, elevated triglycerides, and diabetes
15    associated with Seroquel ingestion to physicians in a
16    timely manner."
17               What was the information available to you
18    when you wrote this paragraph?
19          A.   Again, I looked at -- you'll see that there are
20    a number of the PDR references here and the -- you'll
21    find that the side effects are not fully explained in
22    the PDRs which relate to the different dates and in my
23    view a more succinct explanation of abnormalities which
24    are present in the literature -- and I gave you an
25    example -- would have been more forthcoming in a
0631
 1    responsible drug company marketing through PDR.
 2          Q.   Do you consider yourself an expert on labels?
 3          A.   No, ma'am.  And I started off by saying I'm not
 4    an expert in those fields, and I suspect that the Court
 5    will be addressed by folk who are expertise in that
 6    field.
 7          Q.   And you don't know what the standards are that
 8    apply -- that are applied by the FDA to what goes in a
 9    label in a pharmaceutical product?
10          A.   No, ma'am, I -- I -- I do -- I have not been on
11    an FDA board, no, ma'am.
12          Q.   And you do not know what the standards are as
13    to what goes in a label that goes out with a
14    pharmaceutical product, correct?
15          A.   No, ma'am.  I know -- I know they're very
16    conservative because of the level of independent studies
17    which are required before a drug company can make a
18    claim, that's correct.
```
                           Page 64

bt101508.txt

```
19          Q.   Have you ever drafted or commented on a label
20     that's been prepared to go with a pharmaceutical
21     product?
22          A.   No, ma'am.
23          Q.   Have you ever worked with the FDA in any
24     capacity to evaluate a label on a product?
25          A.   No, ma'am.
0632
 1          Q.   Have you ever published any article in the
 2     peer-reviewed literature on labeling of pharmaceutical
 3     products?
 4          A.   No, ma'am.
 5          Q.   What process or methodology did you use to
 6     reach your conclusions about AstraZeneca's labeling?
 7          A.   It was my view that the labeling should be as
 8     informative as possible -- and this was a personal view.
 9     I do not stand myself as an expert for the answers I've
10     given you -- that the physician -- as I've said, that a
11     physician planning to use this medication should have as
12     reasonable a review of data that might be both pro and
13     adverse to the patient so that the physician might make
14     a reasonably balanced judgment.
15          Q.   Do you understand that the labels for
16     pharmaceutical products are reviewed by the Food & Drug
17     Administration?
18          A.   Oh, yes, ma'am.
19          Q.   And do you know who at FDA examined the labels
20     that were used by AstraZeneca in connection with
21     Seroquel?
22          A.   No.  I know there is a committee.  I know that
23     colleagues of mine spent time on that committee.  I have
24     not ever volunteered to be on that committee; I'm too
25     busy as a physician.  But it is a balanced committee,
0633
 1     and the -- their conclusions are usually after adequate
 2     discussion.
 3          Q.   Do you -- do you believe that the people at FDA
 4     and these colleagues of yours that you're describing
 5     know more about putting the appropriate content with
 6     regard to Seroquel in the label than you do?
 7          A.   I think that's reasonable.  I also reserve the
 8     right to disagree with that opinion, but that's a
 9     personal disagreement.
10          Q.   Would you agree -- strike that.
11          A.   May I interject?  It is getting time to go.  If
12     you -- if you've been offered another evening, if you'd
13     like to spend that whole evening, that's fine.  If you
14     want to finish tonight, I'm happy to stay around.  But
15     we're all getting a little hypoglycemic.
16          Q.   Well, I'm happy to call it a night tonight.
17          A.   Okay.
18          Q.   I do want to come back tomorrow.
19          A.   Okay.
20               (Deposition adjourned at 9:10 p.m.)
21
22
23
24
25
0634
 1                    CORRECTION PAGE
 2     WITNESS NAME:  BRIAN R. TULLOCH, M.D., FRCP, FACP
       DATE:  10/15/2008
```

Page 65

bt101508.txt

```
 3
     PAGE  LINE  CHANGE              REASON
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
0635
 1                    SIGNATURE PAGE
 2
 3        I, BRIAN R. TULLOCH, M.D., FRCP, FACP, have read the
     foregoing deposition and hereby affix my signature that
     same is true and correct, except as noted on the
 4   correction page.
 5
 6                    _____
                      BRIAN R. TULLOCH, M.D., FRCP, FACP
 7
 8
 9
10   THE STATE OF TEXAS          )
     COUNTY OF _____ )
11
12        Before me _____ on this day
     personally appeared _____ known to me
13   [or proved to me on the oath of _____ or
     through _____ (description of identity
14   card or other document)] to be the person whose name is
     subscribed to the foregoing instrument and acknowledged
15   to me that he/she executed the same for the purposes and
     consideration therein expressed.
16        Given under my hand and seal of office this _____
     day of _____, 2008.
17
18                    _____
                      NOTARY PUBLIC IN AND FOR
19                    THE STATE OF T E X A S
20
     My Commission Expires:
21   _____
22
23
24
25
0636
 1   THE STATE OF TEXAS          )
```

Page 66

bt101508.txt

COUNTY OF HARRIS                    )

2
3                      REPORTER'S CERTIFICATION
          DEPOSITION OF BRIAN R. TULLOCH, M.D., FRCP, FACP
4                      TAKEN OCTOBER 15, 2008
5
          I, RENE WHITE MOAREFI, Certified Shorthand Reporter
6     in and for the State of Texas, hereby certify to the
      following:
7          That the witness, BRIAN R. TULLOCH, M.D., FRCP,
      FACP, was duly sworn by the officer and that the
8     transcript of the oral deposition is a true record of
      the testimony given by the witness;
9          That the deposition transcript was submitted on
      _____ to the witness or the attorney for the
10    witness for examination, signature and return to Esquire
      Deposition Services, by _____;
11         I further certify that I am neither counsel for,
      related to, nor employed by any of the parties in the
12    action in which this proceeding was taken, and further
      that I am not financially or otherwise interested in the
13    outcome of the action.
          Certified to by me this _____ day of
14    _____, 2008.
15
16
17
18
19         _____
           RENE WHITE MOAREFI, CSR, CRR, RPR
20         CSR NO. 3070; Expiration Date: 12-31-08
           ESQUIRE DEPOSITION SERVICES, LLC
21         3401 Louisiana, Suite 300
           Houston, Texas 77002
22         (713) 524-4600
23
24
25

Page 67