# TAB 2-1

jm100608.txt

1

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                 ORLANDO DIVISION

 3                      Case No.  6:07-cv-15959
                        Case No.  6:07-cv-15701
 4                      Case No.  6:07-cv-10291

 5   IN RE:  Seroquel Products Liability Litigation
     MDL DOCKET NO.  1769
 6
     This Document Relates to:
 7
     Janice Burns v. AstraZeneca, LP, et al.
 8   Connie Curley v. AstraZeneca, LP, et al.
     Linda Guinn v. AstraZeneca, LP, et al.
 9   _____

10
                             Miami Beach, Florida
11                           October 6, 2008
                             8:30 o'clock a.m.
12

13

14              - - - - - - - - -

15                 DEPOSITION

16                     OF

17        JENNIFER B. MARKS, M.D.

18              - - - - - - - - -

19                 VOLUME I

20

21

22   JOB NO: 958074
     Reported By:
23   Evan A. Ferguson, RPR
     Notary Public, State of Florida
24   Esquire Deposition Services
     Fort Lauderdale Office
25   Phone 954-331-4400
```

♀

2

```
 1   APPEARANCES:
```

Page 1

jm100608.txt

```
2
              LAMINACK, PIRTLE & MARTINEZ, LLP.
3             BY:   THOMAS PIRTLE, ESQUIRE,
              5020 Montrose Boulevard, 9th Floor
4             Houston, Texas  77006
              713.292.2750
5             Appearing on behalf of the Plaintiff.

6

7             DECHERT, LLP.
              BY:   HOPE S. FREIWALD, ESQUIRE,
8             BY:   KIRSTIN MAZZEO, ESQUIRE,
              2929 Arch Street
9             Philadelphia, Pennsylvania 19103
              215.994.4000
10            Appearing on behalf of the Defendant.

11

12            WILLIAMS & CONNOLLY, LLP.,
              BY:   STEPHEN D. RABER, ESQUIRE,
13            725 Twelfth Street, N.W.
              Washington, D.C.  20005
14            202.434.5538
              Appearing on behalf of the Defendant.
15

16

17            ALSO PRESENT:   CHARLES HUNGER, Paralegal.

18

19

20

21

22

23

24

25
```

♀

3

```
1                         I-N-D-E-X

2     WITNESS:                              PAGE:

3     JENNIFER B. MARKS, M.D.

4     DIRECT EXAMINATION BY MS. FREIWALD:        6
```

Page 2

jm100608.txt

5

6                         E-X-H-I-B-I-T-S

7     "MDL"BURNS NO. 6:07-cv-15959        FOR IDENTIFICATION

8     NO.   1                                    11
      NO.   2                                    20
9     NO.   3                                    24
      NO.   4                                    32
10    NO.   5                                    33
      NO.   6                                    71
11    NO.   7                                    75
      NO.   8                                    86
12    NO.   9                                    80
      NO.  10                                    92
13    NO.  11                                   105
      NO.  12                                   106
14    NO.  13                                   107
      NO.  14                                   108
15    NO.  15                                   111
      NO.  16                                   114
16    NO.  17                                   162
      NO.  18                                   168
17    NO.  19                                   140
      NO.  20                                   143
18    NO.  21                                   170
      NO.  22                                   171
19    NO.  23                                   177

20

21

22

23

24

25

♀

                                                        4

1                        - - - - - - - -

2              Deposition of JENNIFER B. MARKS, M.D., a

3     witness of lawful age, taken by the Defendant, for the

4     purpose of discovery and for use as evidence in the

5     above-entitled cause, wherein IN RE:  Seroquel Products

6     Liability Litigation, and This Document Relates to

7     Burns v. AstraZeneca, LP, et al., [Janice Burns
                        Page 3

jm100608.txt

8    6:07-cv-15959] [Linda Guinn 6:07-cv-10291] pending in
9    the UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF
10   FLORIDA, ORLANDO DIVISION, pursuant to notice heretofore
11   filed, before EVAN FERGUSON, a Notary Public in and for
12   the State of Florida at Large, at the Ritz Carlton Hotel
13   Board Room, One Lincoln Road, Miami Beach, Miami-Dade
14   County, Florida, on the 6th day of October 2008,
15   commencing at 8:30 o'clock a.m.
16            MR. PIRTLE:  I was talking to Steve, although
17        I guess there is some case management order
18        agreement I guess we are by the Federal Rules, so I
19        want to make formal objections reserving anything
20        besides form at the time of trial.
21            MS. FREIWALD:  That is fine.  I actually don't
22        think that there is an agreement other than
23        operating under the Federal Rules for the time of
24        the deposition, but certainly your objections are
25        reserved.

♀

                                                          5

1             MR. PIRTLE:  And the only reason why I say I
2         thought there has been some exchange of material
3         back and forth, although I wasn't involved in
4         negotiation, I will tell you it's my understanding,
5         the witness has brought up that it's her CV
6         together with some medical articles that she had
7         looked at and then correspondence between ourselves
8         and then some notes I think that you need to ask
9         her.
10            MS. FREIWALD:  My comment was simply meant to
                        Page 4

jm100608.txt

11          say that I didn't think that there was an agreement

12          as to the time of the deposition.  There absolutely

13          is an agreement that covers some aspects of the

14          expert report and disclosure with regard to the

15          expert report, and we had asked for pursuant to

16          that agreement.

17               I also think subject to the notice of

18          deposition Dr. Marks is to bring her file with her

19          today, and we will go through once we start the

20          questioning what it is that she has brought and we

21          will cover it that way.

22               MR. PIRTLE:  Okay, fair enough.  There is a

23          possible exception by the way, since we are talking

24          about this, and it has come up in the other expert

25          depositions, the doctor does have an outline that

♀

                                                            6

1           was reviewed not by me, but by another lawyer,

2           another law firm of the medical records in the

3           three cases, it is not here if it's not on this

4           disk, it's not been produced, but I will guarantee

5           you by in the morning it certainly will be.

6                MS. FREIWALD:  I will represent that it has

7           not been produced to us.  It was not on the disk so

8           I would greatly appreciate it.

9                MR. PIRTLE:  She used it before in specific

10          reports.  I believe under that context you have a

11          right to it under the rules and I want to assure

12          you that you are going to get it.

13                       - - - - - - -
                              Page 5

jm100608.txt

14      Thereupon:

15                      JENNIFER B. MARKS, M.D.,

16          A witness named in the notice heretofore

17      filed, being a witness of lawful age, and being first

18      duly sworn in the above cause, testified under oath as

19      follows:

20                      DIRECT EXAMINATION

21          (BY Ms. Freiwald)

22      BY MS. FREIWALD:

23          Q     Good morning, Dr. Marks, my name is Hope

24      Freiwald, I represent AstraZeneca in this litigation.

25      Have you ever been deposed before?

                                                                7

1           A     Yes.

2           Q     How many times?

3           A     Twice I think.

4           Q     Can you tell me very brief the nature of those

5       depositions?

6           A     One was when I was a resident 20 years ago and

7       I don't remember, it was a case that everybody that was

8       involved was being deposed, I don't remember the details

9       of the case.

10               The other time was last year in a case that

11      was brought at the VA Hospital in Miami.

12          Q     Were you a Defendant in both of those cases?

13          A     Yes.

14          Q     And the first case, can you tell me what the

15      nature of the claim was?

16          A     I don't remember, I really don't.

                              Page 6

jm100608.txt

17      Q    Do you remember what happened with the

18   lawsuit?

19      A    I think it was settled.

20      Q    It was settled on your behalf as well as on

21   behalf of other doctors?

22      A    I don't think it was settled on my behalf.

23           I don't know what you call it when people are

24   removed.

25      Q    Do you believe that your insurance carrier

♀

8

1    paid some amount of money to get you dismissed from the

2    case?

3       A    No.

4       Q    And in the VA case, was the case settled on

5    your behalf, by which I mean did your insurance company

6    or you personally pay some amount of money to get out of

7    the case?

8       A    I believe that the issuance for the VA

9    Hospital paid something.

10      Q    Do you remember the nature of that lawsuit?

11      A    Yes, it was a patient that was involved in a

12   research study of which I was the principal investigator

13   who alleged that he developed complications in his eyes

14   related to lack of good care that he received during the

15   study.

16      Q    Which study was that?

17      A    It was the VA Cooperative Study Number 465 on

18   glycemic control on Type 2 diabetes.

19      Q    The VADT studies?

jm100608.txt

```
20      A    Yes.
21      Q    Do you remember where that suit was brought,
22  meaning what court?
23      A    No, I don't know that.
24      Q    Was it brought in Florida?
25      A    Yes.
```

```
 1      Q    In Federal or State court, do you know?
 2      A    I would assume it was Federal.
 3      Q    In the Miami area?
 4      A    Yes.
 5      Q    Okay.  And about how long ago was that?
 6      A    Less than a year.
 7      Q    Was this a patient who alleged that he was
 8  randomized to the less aggressive control group and
 9  developed complications, or do you not even know what
10  group he was in?
11      A    I know what group he was randomized.
12           He alleged that because inadequate care in the
13  study that he developed eye complications.
14      Q    And the nature of your defense was?
15      A    That he had had very poor control of his
16  diabetes for a number of years prior to entering the
17  study, and that was most likely the reason why he
18  developed the eye complications.
19      Q    So was that a situation where your defense was
20  that because of the lack of the control before you ever
21  got involved it would be unscientific to assert that
22  your role played a substantial role in his development
```
                          Page 8

jm100608.txt

23    of complications?

24          A    Can you repeat that?

25          Q    Sure, that wasn't very well asked.

♀

1           Am I understanding correctly the basic defense

2     you had was this patient was so poorly controlled before

3     I ever got involved in his care, or the VA ever got

4     involved in his care, that essentially his course was

5     set and whatever control he had while he was part of

6     this VA study couldn't have been a substantial factor in

7     determining his outcome?

8           A    Yes, that was correct.

9           Q    Okay.  Have you ever testified as an expert

10    before?

11          A    No.

12          Q    I am going to ask you questions today, and I

13    am going to assume that you will answer those questions

14    to the best of your ability, fair enough?

15          A    That is fair enough.

16          Q    And I am also going to assume that if I ask

17    you a question and you answer it, you have understood it

18    and are answering to the best of your ability, okay?

19          A    Okay.

20          Q    If you don't understand a question I would ask

21    you to do exactly what you already did, which you have

22    asked me to rephrase it and I will be happy to do so.

23          A    Okay.

24          Q    The only other thing is that it helps the

25    court reporter out a lot if I don't speak over you and

jm100608.txt

♀

1    you don't speak over me, which is a little bit difficult

2    because that is not how people normally converse, so I'm

3    going to ask you to try for today.

4        A    I will do my best.

5        Q    And you have been doing a good job so far, but

6    you have to verbalize your answers.  The court reporter

7    can't take down shrugs of the shoulders or nods of the

8    head.

9        A    Right.

10            (Whereupon, the below referred to document

11        was marked as Defendant's Exhibit No. 1.)

12        (BY Ms. Freiwald)

13    BY MS. FREIWALD:

14        Q    I'm going to mark as Exhibit 1 the Notice of

15    Deposition, and ask you to take a look at this document,

16    Dr. Marks, and would you tell me if you have seen it

17    before today?

18        A    I haven't seen it before today, no.

19        Q    Has anybody discussed with you any of the

20    items that are on Schedule A which we requested you

21    bring with you to your deposition?

22        A    What do you mean by discussed?

23        Q    Has anybody told you that you would be

24    expected to bring certain things to your deposition

25    today?

♀

jm100608.txt

```
 1        A    I was shown this list before, the Schedule A
 2   list, and that's why I brought the current CV, et
 3   cetera.
 4        Q    Now, essentially what we have asked for is
 5   your entire file in this case.  And my understanding is
 6   that we have been provided a CD that was an electronic
 7   copy of the documents that I understood that the
 8   Plaintiffs' lawyers gave you to review; did you get a
 9   look at that CD or what was on that CD before it was
10   sent to us?
11        A    I don't know if I looked at it before it was
12   sent to you, but I did receive a CD.
13        Q    Is it your understanding that the CD that was
14   sent to us is identical to the CD that was sent to you
15   by the Plaintiffs' lawyers?
16        A    Yes, to my understanding.
17        Q    Did you print out any of the documents that
18   were given to you on that CD?
19        A    Yes, I did.
20        Q    And did you annotate any of them in any way?
21        A    I didn't, I was provided with a sort of an
22   outline of the medical cases by another attorney's
23   office.
24        Q    What kind of outlines of medical cases were
25   you given?
```

⚲

13

```
 1        A    It's kind of a time line that just goes
 2   through what happened to each of the cases.
```

Page 11

jm100608.txt

3          Q     And did you use that in preparing your report?

4          A     Yes, I did.

5          Q     How many pages was that outline for each case

6     roughly?

7          A     I would say six to ten.

8          Q     Do you know who prepared that document?

9          A     Yes, I do.

10         Q     Who?

11         A     Glenda Grainger.

12         Q     She is a nurse?

13         A     Yes.

14         Q     Did you have any conversations with

15    Ms. Grainger about the accuracy or completeness of that

16    outline?

17         A     No, I don't believe so.

18         Q     Did you ever ask her what process she used to

19    obtain the information on that outline?

20         A     No.

21         Q     Did you ever crosscheck that outline against

22    any of the medical records to see if it was accurate or

23    complete?

24         A     Yes, I did.

25         Q     And did you find any mistakes or omissions on

♀

                                                              14

1     that outline?

2          A     No, I didn't.

3          Q     Did you take any notes on the outline?

4          A     I may have taken a couple of notes on the

5     outline.

jm100608.txt

6          Q      You hand wrote notes on to the outline itself?

7          A      Not substantial amounts, but there may have

8     been a notation here and there.

9          Q      Did you make any notations or markings on any

10    of the other documents that were sent to you on the CD?

11         A      No, I don't believe so.

12         Q      Were you sent any documents other than the

13    outline for the Guinn, Curley and Burns case, and then

14    the CD of documents?

15         A      I was sent some articles from the medical

16    literature.

17         Q      The CD just contained a mix of articles and

18    also company documents; is that correct?

19         A      Yes.

20         Q      The articles that you were sent separate from

21    the CD, were they sent to you in electronic form or in

22    paper form?

23         A      Electronic form.

24         Q      Did you print those out?

25         A      Yes, I did.

♀

15

1          Q      Are those the articles that you brought with

2     you to the deposition today?

3          A      No, these were articles that I subsequently

4     found myself.

5          Q      So there are articles that you were sent that

6     were not provided to us because they were not on the CD;

7     is that right?

8          A      I don't know if they were provided to you or

Page 13

jm100608.txt

9      not, they weren't on the CD.
10              MR. PIRTLE:  Hold on, just so that it's clear,
11         the pile that you have underneath your left hand
12         she may have pulled something off Medline on that,
13         I don't know if they were on the CD, but that's her
14         stack of stuff.
15              MS. FREIWALD:  I understand that.  As I
16         understand the Doctor's testimony, in addition to
17         the CD she received, she received some medical
18         literature in an electronic form, and I am asking
19         if she knows whether that additional medical
20         literature was provided to us.
21              MR. PIRTLE:  Go ahead.
22              THE WITNESS:  I don't know that.
23              MR. PIRTLE:  And to be honest with you I don't
24         either, so.
25              THE WITNESS:  I assumed it was because we

♀

16

1         prepared a bibliography of all the articles, except
2         for the three or four that I brought today.
3         (BY Ms. Freiwald)
4    BY MS. FREIWALD:
5         Q    And with regard to those additional articles
6    that you were sent electronically, did you make any
7    notes or underlinings on those articles?
8         A    It's possible.
9         Q    Do you have those in paper copy at your
10   office?
11        A    Yes, I do.
                        Page 14

jm100608.txt

```
12        Q    Do you have paper copies of the medical
13   records that you printed out?
14        A    Some of them.
15        Q    And did you make any notes or annotations of
16   any kind on those?
17        A    No.
18        Q    Which of the medical records, if you are able
19   to tell me in any kind of category, did you print out?
20        A    I printed out most of the medical records that
21   I received early on, and frankly I got tired of printing
22   them out so I stopped after awhile.
23        Q    I want to make sure I understand your
24   testimony.  Did the medical records that you received
25   come on the initial CD that we have been discussing, or
```

♀

17

```
1    did you get the medical records in waves in some
2    different format?
3         A    They came in waves on different CDs.
4         Q    How many CDs do you have from the Plaintiffs'
5    lawyers?
6         A    Probably six or eight.
7         Q    And did those CDs reflect the dates on which
8    you received them?
9         A    I don't think so.
10        Q    Is there any kind of email or correspondence
11   that reflects the date on which you received them?
12        A    No, I believe they each came with a letter
13   that may or may not have a date on it.
14        Q    Do you still have that letter?
```

Page 15

jm100608.txt

15        A    Yes.

16        Q    And can you tell me how long ago you got the

17   medical records for the Burns case or some medical

18   records for the Burns case?

19        A    Let me think about it for a minute.   Probably

20   somewhere around June.

21        Q    Did you get all of them at that time or did

22   you just get some of them?

23        A    I got the medical records all at that time.

24   What I subsequently got were some additional medical

25   records, I don't remember on which of the cases, and

♀

                                                          18

1    also some copies of the subsequent depositions.

2         Q    You got what you thought were essentially all

3    of the medical records for Burns, Curley and Guinn in

4    June?

5         A    Yes.

6         Q    And since then you have also gotten

7    depositions?

8         A    Yes.

9         Q    For all of the cases?

10        A    I believe it was all of the cases, yes.

11        Q    Have you reviewed those depositions?

12        A    Uhm-hum, yes.

13        Q    All of them?

14        A    Briefly, yes.

15        Q    Did you review any or all of those depositions

16   before you prepared your written report?

17        A    No, I didn't.

jm100608.txt

18      Q    When did you review those depositions?

19      A    Actually it was very recently.

20           We have been -- I think I just received them

21   about six weeks ago.

22      Q    Are there any materials that you have pulled

23   yourself in the process of preparing your expert report

24   that you did not bring with you to the deposition today?

25      A    Yes, there are, I provided them to Glenda.  We

                                                              19

1    exchanged whatever we had with each other so she has

2    everything I had.

3       Q    Can you tell me what those materials would be?

4       A    Just medical literature, articles.

5       Q    Do you believe they are captured on your list

6    of materials reviewed?

7       A    Yes.

8       Q    And how much time did you spend independently

9    pulling materials in preparation for your report?

10      A    Several hours.

11      Q    Two, three?

12      A    Can I look at the tally that is in there of my

13   time?

14      Q    Go right ahead.

15           MS. FREIWALD:   Just for the record the Doctor

16           is pointing to a Redweld folder, and in the Redweld

17           folder, and we will mark later, is a one page

18           handwritten sheet that has some annotations about

19           time spent.

20           THE WITNESS:   I would say probably eight to

                        Page 17

jm100608.txt

21          ten hours.

22     BY MS. FREIWALD:

23          Q     For all three cases?

24          A     Yes, looking up articles and then reviewing

25     them.

º

20

1           Q     Is there any work-product that you prepared as

2      part of the process of preparing your report, I'm not

3      asking about draft reports, but charts, spreadsheets,

4      anything like that that you prepared in the process of

5      putting your report together?

6           A     No.

7           Q     Aside from that handwritten sheet that you

8      just pulled out, it reflects time spent, do you have any

9      other records of the hours that you have logged working

10     on the three cases that we are here today to discuss?

11          A     No.

12          Q     I think what I am going to do is mark as

13     Exhibit 2, this one page, but it's two-sided handwritten

14     document that says Time Log on it, and I gather it's

15     written in your handwriting, Dr. Marks?

16          A     Yes, it is.  Can I retain a copy of it?

17          Q     Absolutely.  I hope you don't mind if it just

18     has an Exhibit sticker on the top of it.

19          A     No, that's fine.

20                (Whereupon, the above referred to document

21                was marked as Defendant's Exhibit No. 2.)

22                (BY Ms. Freiwald)

23     BY MS. FREIWALD:

jm100608.txt

```
24          Q    I'm going to have to share with you since
25     there is just one copy.
```

♀

21

```
 1               If I look at it, it reflects that you had an
 2     initial discussion with some Plaintiffs' lawyers that
 3     lasted an hour in February of this year, correct?
 4          A    That is correct.
 5          Q    And then you have some time noted two entries
 6     in March, two entries in July - I'm sorry, three entries
 7     in July; is that correct?
 8          A    Yes.
 9          Q    Five entries in August?
10          A    Eight entries in August.
11          Q    One, two, three, four, five, I'm sorry, I
12     didn't see the right hand column.  Eight entries in
13     August - actually nine entries in August?
14          A    None of us can count, one, two, three, four,
15     five, you're correct.
16          Q    And I have one in September and two in
17     October?
18          A    That's right.
19          Q    And this Exhibit 2 is the only record you have
20     time spent on this case?
21          A    That's right.
22          Q    Have you submitted any bills to counsel for
23     the Plaintiffs?
24          A    No, not yet.
25          Q    Have you received any money for any of your
```

Page 19

jm100608.txt

♀

22

1    time spent?

2         A    No.

3         Q    What is your hourly rate?

4         A    $600.

5         Q    Do you expect to bill them at that rate for

6    all of the time that you have on Exhibit 2?

7         A    Yes.

8         Q    Is there any time that you have spent that you

9    have not recorded on Exhibit 2?

10        A    Can I see it?  Other than today, no.

11        Q    And does this Exhibit 2 fairly and accurately

12   reflect how you have spent your time on each of the days

13   where you have recorded some time in connection with

14   this litigation?

15        A    Yes, it does.

16        Q    And does it fairly and accurately reflect the

17   amount of time that you have spent on each of the days

18   that you have recorded time in connection with this

19   litigation?

20        A    Yes, it does.

21        Q    I'm sorry, did I ask you when that VADT

22   lawsuit was?

23        A    Yes, it was sometime within the last year.

24        Q    Have you had any communications with any other

25   witnesses who are serving as an expert for the

♀

23

1    Plaintiffs in this lawsuit?

jm100608.txt

 2        A     No.
 3        Q     Have you had any communications with any of
 4   the Plaintiffs themselves?
 5        A     No.
 6        Q     Have you ever asked to do an exam of any of
 7   the Plaintiffs themselves?
 8        A     No.
 9        Q     Have the Plaintiffs' lawyers ever offered you
10   the opportunity to do a physical exam?
11        A     No.
12        Q     Prior to this litigation, have you ever
13   rendered an opinion about the health status of a patient
14   or their prognosis without seeing that patient
15   personally?
16        A     No.
17        Q     Have you attended any seminars or training
18   sessions of any kind with the Plaintiffs' lawyers in
19   connection with this litigation?
20        A     No.
21        Q     Web conferences, anything like that?
22        A     No.
23        Q     Do you have a written retention agreement?
24        A     No, I don't.
25        Q     One of the other things you brought with you

♀

                                                        24

 1   today is what you have represented to me as an updated
 2   copy of your CV, it has a date of September 2008 on it,
 3   correct, Dr. Marks?
 4        A     Yes.
                         Page 21

jm100608.txt

```
 5       Q    And while we were waiting to start today you

 6    identified a few additional entries - I'm not going to

 7    take the time to go with them - but as I gather that you

 8    essentially filled in some blanks from 2007 and 2008?

 9       A    That is correct.

10       Q    And you believe that the CV you provided today

11    is more current than the one that we were given at the

12    time that your report was provided to us?

13       A    Yes.

14       (BY Ms. Freiwald)

15          MS. FREIWALD:  Can we mark her CV as

16       Exhibit 3, please?

17          (Whereupon, the above referred to document

18       was marked as Defendant's Exhibit No. 3.)

19       (BY Ms. Freiwald)

20    BY MS. FREIWALD:

21       Q    Now, if I understand correctly the articles

22    that are in the red jacket that you brought with you

23    today are articles that you personally pulled as opposed

24    to articles that were provided to you by the Plaintiffs'

25    lawyers?
```

♀

                                                                25

```
 1       A    That is correct.

 2       Q    And there is also a label for Seroquel, did

 3    you pull that yourself?

 4       A    Yes.

 5       Q    It's the 2003 label, were you not provided

 6    that by Plaintiffs' lawyers?

 7       A    No.
```

Page 22

jm100608.txt

8        Q     Were you provided any labels by the
9   Plaintiffs' lawyers?
10       A     No.
11       Q     Have you looked at any labels for Seroquel
12  other than the 2003 label?
13       A     No.
14       Q     Did you ask for any labels for Seroquel other
15  than the 2003 label?
16       A     No.  I don't know what the date of that is; do
17  you know what that is?
18       Q     I looked at the back page and it says
19  AstraZeneca 2003 on it, fair enough?
20       A     Fair enough.
21       Q     There are two copies of the same 2003 label.
22  Did you get the label off of the AstraZeneca website?
23       A     Yes, I think so.
24       Q     And did you look for or pull off anything else
25  from the AstraZeneca website?

♀

26

1        A     No.
2        Q     I also have in the red jacket you have
3   provided it looks like three copies unsigned of your
4   expert report; are these identical to the final version
5   that was produced?
6        A     Yes, they are.
7        Q     There is some hours noted on the right corner
8   of one, what does that mean?
9        A     It was one day last week when I was doing some
10  reviewing of some articles and I didn't have the sheet
                              Page 23

jm100608.txt

11   with me that I keep the log on, so I just wrote down the

12   hours.

13        Q    So these hours ultimately got transferred to

14   Exhibit 2?

15        A    Yes.

16        Q    So the articles that you have, just so I don't

17   have to copy all of them, unless somebody wants to do it

18   differently I'm just going to read them quickly.

19             It looks to me like you have come here today

20   with the ADA Consensus document publication from

21   Diabetes Care in February of 2004, correct?

22        A    That's right.

23        Q    Was this not provided to you by the

24   Plaintiffs' lawyers?

25        A    I already had that article before I ever got

♀

27

1   involved in this case.

2        Q    The copy I have has three holes in it, did it

3   come in a binder from somebody?

4        A    No, my secretary punched holes in this and put

5   it in a file folder for me.

6        Q    Do you have a binder somewhere with other

7   articles related to this litigation?

8        A    There are possibly two or three other articles

9   that I don't have here, yes.  I took these out recently

10   because I wanted to review them again.

11        Q    Are the other articles you have ones the

12   Plaintiffs lawyers gave you and that you would expect to

13   see those on the CD?

Page 24

jm100608.txt

14        A     Some of them were from the Plaintiffs' lawyer.

15        Q     What I am trying to understand is that binder

16   you have in your office, do you know if it includes

17   anything beyond what we have been produced on CD?

18        A     No, everything should be on the list of the

19   bibliography that you were given attached to my report,

20   except for a couple of these articles which I have found

21   over the past week.

22        Q     Okay.   The ADA Consensus document you already

23   had?

24        A     Yes.

25        Q     Then I have Newcomers November 2000

♀

28

1    publication from AJMC, correct?

2         A     Yes, and could I correct something I said

3    before?

4         Q     Sure.

5         A     That came from -- Glenda sent me that, I

6    didn't get that myself, she sent it to me just a couple

7    days before.

8         Q     Had you seen it before?

9         A     No, I hadn't.

10        Q     Do you know why Glenda sent it to you?

11        A     I think she just came upon it and thought it

12   would be something that I should read.

13        Q     Did you review it?

14        A     Yes.

15        Q     Miller's article from 2008 British Journal of

16   Psychiatry on extrapyramidal side-effects; is that

jm100608.txt

17    something you pulled yourself?

18         A    No, Glenda just pulled that for me.

19         Q    Within the last couple of days?

20         A    That is correct.

21         Q    So you didn't have it when you prepared your

22    report?

23         A    That is correct.

24         Q    Then I have McNeely Case Study:   Atypical

25    Antipsychotic Use Associated With Severe Hyperglycemia,

♀

                                                              29

1     November 2002, Clincal Diabetes; where did this come

2     from?

3          A    I pulled it myself a few days ago.

4          Q    You didn't have it when you prepared your

5     report?

6          A    No.

7          Q    Did you rely on any case studies in preparing

8     your report?

9          A    No.

10         Q    Then I have a Lambert abstract assessing the

11    risk of antipsychotic-induced Type II diabetes among

12    schizophrenics:   A matched case-control study, and it

13    has a number 12 on the top of it; where did this come

14    from?

15         A    Glenda sent me that.

16         Q    When was that?

17         A    Within the last week.

18         Q    You did not have this when you formed your

19    opinions in this litigation?

                         Page 26

jm100608.txt

20        A    That's right.

21        Q    Then we have survey of reports of Quetiapine

22   Associated Hyperglycemia and Diabetes Mellitus, again

23   with three holes, this is part of the binder you have in

24   your office?

25        A    Yes.


⚧                                                                30


1         Q    Do you know where this came from?

2         A    I think I pulled that article myself.

3         Q    Where did it come from?

4         A    I either pulled it myself or Glenda sent it to

5    me in the original articles that she sent me.

6         Q    You either pulled it yourself or it was sent

7    with the original articles; did you have this at the

8    time that you did your report?

9         A    Yes.

10        Q    Then there is Schwartz:  What CATIE found from

11   Psychiatric Services May 2008, when did you get this?

12        A    I pulled that just the other day.

13        Q    Is there some PubMed or MEDLINE search that

14   you used in pulling this or any of the other articles?

15        A    Yes, I would have used PubMed for some of the

16   articles.  This one I had pulled this because I already

17   have this, I went to look the other day to see if they

18   had published any results, and when I was going back

19   through my papers I realized that by now they may have

20   published some of the results of that trial, so I went

21   to PubMed and found that.

22        Q    So the record is clear, because it won't

jm100608.txt

23   understand this and that, you were pointing to another

24   article in your pile, which was called:   Introduction to

25   the CATIE Special Section by Marvin Schwartz, May 2008.

♀

31

1           And your testimony if I understand it is that

2   you had this introduction article before you wrote your

3   report; is that right?

4       A    Yes, I did, I thought it was older than 2008,

5   but that is correct, I had it before.

6       Q    But you did not have the What CATIE Found

7   article and you pulled yourself in an attempt to

8   follow-up?

9       A    That is correct.

10      Q    Did you review the Meyer 2008 CATIE

11   publication before you wrote your report?

12      A    Is that the Meyer?

13      Q    No, this is Schwartz.

14      A    I don't know if I reviewed the Meyer 2008.

15      Q    Are you familiar with the Meyer?

16      A    I don't know.

17      Q    And then the last article I have in the pile

18   is Llorente:   Diabetes, Psychiatric Disorders and the

19   Metabolic Effects of Antipsychotic Medications from

20   Clinical Diabetes, November 2006; where did you get

21   this?

22      A    I pulled that the other day myself.

23      Q    I'm sorry, there are two more articles, there

24   are a couple of duplicates in here, I'm really not

25   making note of that since they don't have any

jm100608.txt

♀

32

1    annotations on them.
2            There is Lieberman:  Effective Antipsychotic
3    Drugs in Patients with Chronic Schizophrenia; when did
4    you get this article?
5        A    Can I see it?
6        Q    Sure.
7        A    This I pulled just within the past week, it's
8    another report of the results of the CATIE
9    investigation.
10       Q    This Lieberman September 2005 article, your
11   testimony is your did not have the Lieberman study at
12   the time that you wrote your report?
13       A    That is correct.
14       Q    There is one little highlighting on this, and
15   that's on page 1220, you have highlighted where it says:
16   Weight gain greater than 7 percent, the numbers in the
17   Quetiapine column 49/305, and I am just going to mark
18   this one, you have a duplicate of it, I will mark this
19   one as Exhibit 4 since it has some highlighting on it.
20           (Whereupon, the above referred to document
21           was marked as Defendant's Exhibit No. 4.)
22   BY MS. FREIWALD:
23       Q    The last one:  Risk of Diabetes Mellitus
24   Associated with Atypical Antipsychotic Use Among
25   Medicaid Patients with Bipolar Disorder:  A nested

♀

33

jm100608.txt

1    Case-Control Study.   Pharmacotherapy 2007; did you have
2    this article, Doctor, before you wrote your report?
3         A    Yes.
4         Q    Did you review it before you wrote your
5    report?
6         A    Yes.
7         Q    Is it your testimony that you had not reviewed
8    any of the follow-up studies from CATIE dealing with
9    metabolic effects before you issued your opinions in
10   this litigation?
11        A    That is correct.   The only CATIE article I had
12   was the article that introduced the study, the design,
13   et cetera.
14             (Whereupon, the below referred to document
15             was marked as Defendant's Exhibit No. 5.)
16        (BY Ms. Freiwald)
17             MS. FREIWALD:   Okay.   What I would like to do
18             now is I would like to mark as Exhibit 5 your
19             report in the Burns case, and we will use that as
20             the model.
21             If I understand correctly, tell me if I'm
22             wrong about this, Mr. Pirtle, the list of reference
23             materials is identical for each of the three case
24             reports, with the exception of the case specific
25             materials?

♀

34

1              MR. PIRTLE:   I think that is correct.
2              MS. FREIWALD:   So I am going to use Burns as

jm100608.txt
3          the template.
4                  MR. PIRTLE:  I think the general stuff is the
5          same as all three.
6          (BY Ms. Freiwald)
7     BY MS. FREIWALD:
8          Q    I am going to hand you your report with the
9     reference list, and what I would like you to do first,
10    please, is turn to the reference list and tell me when
11    did you first see this reference list?
12         A    I think the first time I saw this reference
13    list was actually just last week when I was shown it,
14    when I met with him.
15         Q    Am I correct that you did not see this
16    reference list before it was attached to your report and
17    produced to us?
18         A    I think Glenda might have sent it to me, but I
19    am not sure that I really took a good look at it.
20         Q    This reference list was prepared by Glenda or
21    somebody under her direction?
22         A    Yes, that is correct.
23         Q    Did you compile any aspect of this reference
24    list yourself?
25         A    I sent her a list with some articles that I

⚲

                                                                    35

1     had read that she had not sent me.
2          Q    What I would like you to do is go through in
3     Exhibit 5, you can use my red pen, and I would like you
4     to put a check if you can next to each of the documents
5     that you asked Glenda to add to this list.
                        Page 31

jm100608.txt

6          A    This isn't necessarily going to be a hundred

7    percent accurate, this is just to the best of my memory.

8          Q    Doctor, you have handed me back Exhibit 5, and

9    it looks to me like you put about five checkmarks on the

10   document you have asked Glenda to add:  Smith "First

11   versus Second-Generation Antipsychotics and Risk for

12   Diabetes in Schizophrenia" from The British Journal of

13   Psychiatry 2008; that was an article that the Plaintiffs

14   did not give you, you pulled on your own?

15         A    I think so.

16         Q    "Economic Costs of Diabetes in the U.S. in

17   2002", that was something you pulled on your own?

18         A    Yes.

19         Q    The Lieberman (CATIE) study from September

20   2005, you were just talking about a moment ago, that was

21   not provided to you by the Plaintiffs' lawyers?

22         A    It may have been provided to me by her as

23   well, but I think I sent her some things that she had

24   already sent me before I had a chance to see everything

25   that she had sent me.

♀

36

1           As a matter of fact now looking at that list I

2    realize there is a lot of things there that I never

3    looked at.

4          Q    You are one question or two questions ahead of

5    me, and we will get to that.

6          A    Sorry.

7          Q    That's okay.  But as far as you know, the

8    Lieberman article was not on your reference list until

jm100608.txt

9        you asked that it get on your reference list?

10            A    I don't know that.

11            Q    You put a check next to that?

12            A    I think I provided it to her, but I think she

13       also provided it to me.

14            Q    Guo, that was something that you provided to

15       the Plaintiffs' lawyers or they provided to you?

16            A    I think both.

17            Q    There is a check next to that, though?

18            A    You asked me to put checks next to the

19       articles that I recalled providing to her.

20            Q    Fair enough.

21                 Do you have any knowledge how Glenda decided

22       what literature she should provide to you in forming

23       your opinions that would become the basis for the three

24       reports that you issued in this litigation?

25            A    No.

♀

                                                              37

1            Q    Did you ever ask her what searches she did to

2        see if the article she was providing you fairly and

3        accurately represented the totality of the medical

4        literature on the topics about which you were opining?

5            A    No, I did not.

6            Q    Did you do anything yourself to see if the

7        articles you were provided fairly and accurately

8        represented the totality of the medical literature about

9        the topics on which you were opining?

10            A    Well, I did my own searches and pulled my own

11       articles.

jm100608.txt

12          Q       Which are the articles that we have discussed

13    that you brought with you today?

14          A       Yes, plus some of the ones that I have checked

15    there to the best of my memory.

16          Q       The articles you pulled were the ones you

17    physically brought with you today and that I read the

18    titles of, and the articles that you have checked on

19    Exhibit 5?

20          A       Yes, to the best of my memory.

21          Q       To the best of your memory is there anything

22    sitting in your office that constitutes your own

23    research on the topics about which you are opining that

24    you haven't identified to me in some way, either by

25    bringing me a physical copy of the article or by having

♀

                                                            38

1     it on the list on Exhibit 5?

2           A       No, I don't believe so.

3           Q       Is there any way that you could tell me what

4     search you did to see the literature you -- Strike that,

5     that was terrible.

6                   Is there any way you can tell me what search

7     you did to determine whether the literature that you had

8     reviewed represented the totality of the science on the

9     subjects about which you were opining?

10          A       I used MEDLINE.

11          Q       What I am asking is what searches did you run,

12    do you know?

13          A       You mean what words did I type in?

14          Q       Yes.

jm100608.txt

15        A    I don't recall specifically.

16        Q    Do you have any sense of how many documents,

17   how many articles they turned up?

18        A    There were a lot.  I restricted it to recent

19   years.

20        Q    What year restrictions did you put on it?

21        A    2004 or 2005, I think.

22        Q    Did you do any search to try to obtain for

23   example all of the observational data related to

24   Quetiapine?

25        A    Can you define what you mean by observation?

♀

39

1         Q    Whether you are talking about cohort studies,

2    retrospective studies, case studies, anything that would

3    not be a randomized controlled clinical trial.

4         A    No, I pulled some articles that represent

5    things that are not randomized controlled trials.

6         Q    What I am asking is did you do anything to try

7    to figure out what is the universe out there in the

8    medical literature of non-randomized controlled trials

9    that relate to Quetiapine?

10        A    No.

11        Q    That was a really bad sentence, so I am going

12   to try that again.

13             Did you do anything to try to figure out what

14   the totality of the medical literature is by way of

15   observational data, epidemiologic studies on Quetiapine?

16        A    Not specifically.

17        Q    Generally?

Page 35

jm100608.txt

18        A    If I understand you correctly, I just looked

19    for what literature was out there and took all comers.

20        Q    What I am asking you is did you ever say

21    yourself do I have everything on Quetiapine, everything

22    that has been done in clinical trials, everything that

23    has been done in observational studies, and I was

24    starting just with the observational studies, but we can

25    do it it altogether if you want.

♀

                                                              40

1        A    No.

2        Q    Do you know how many observational studies

3    have been published that involve some number of patients

4    on Quetiapine?

5        A    No.

6        Q    Do you know how many clinical trials there are

7    that involve patients on Quetiapine?

8        A    No.

9        Q    Did you make any attempts to see if you had

10    reviewed all of the literature that compared Quetiapine

11    to other second generation antipsychotics?

12        A    I assumed that what I got out of my searches

13    was representative of most of the literature.

14        Q    Do you know what percentage of the literature

15    your reference list on Exhibit 5 and the other articles

16    you have identified represents?

17        A    No.

18        Q    Do you know whether it's 10 percent,

19    20 percent, 30 percent?

20        A    No, I don't.

jm100608.txt

21     Q    Did you make any attempt to find out whether
22  you were missing anything that was of significance?
23     A    I did, I did several searches.  I did another
24  search just last week to see if there was anything new.
25     Q    You restricted yourself to 2004 and since?

♀

                                                            41

1     A    Last week I did 2007 and 2008.
2     Q    Have you ever made an attempt to look to see
3  from 1999 forward whether there is anything related to
4  Quetiapine that would be relevant to the opinions you
5  are offering and that you have not pulled?
6     A    No.
7     Q    Do you know what percent of the controlled
8  clinical trial data you have reviewed related to
9  quetiapine?
10     A    No.
11     Q    Have you made any effort to identify and pull
12  and review the clinical trial data or the observational
13  data that addresses, that compares Quetiapine to first
14  generation antipsychotics?
15     A    I am sorry, I lost track of the question.
16     Q    Sure.  Have you made any attempt to identify
17  the universe of medical literature that compares
18  Quetiapine to first generation antipsychotics?
19     A    No.
20     Q    Do you know if there are controlled clinical
21  trials or observational studies that compare Quetiapine
22  to first generation antipsychotics that you have not
23  reviewed?

jm100608.txt

```
24        A    No, I don't.
25        Q    Did you at any time ask Glenda or anyone else
```

♀

                                                                        42

```
 1    whether there were articles that exist that might
 2    contradict or in some way cast out on the opinions that
 3    you were offering in this litigation?
 4        A    No.
 5        Q    Did you make any attempt on your own to see if
 6    there were articles that in any way contradict or cast
 7    out on the opinions you were offering in this
 8    litigation?
 9        A    Not specifically.
10        Q    What do you mean not specifically?
11        A    Well, when I did the literature searches I
12    simply looked for the topic related to atypical
13    antipsychotics, I did not discriminate against any
14    articles, I took whatever came up.
15        Q    When you did the literature searches, how many
16    articles did you turn up?
17        A    I don't remember, there was quite a few.
18        Q    But is it 20, is it 200, is it 2,000?
19        A    Somewhere between 20 and 200.
20        Q    And how many of those articles did you print
21    out and read?
22        A    I printed out and read the ones that are on
23    the list that are here that were not already provided to
24    me by Glenda, some of those articles had already been
25    provided.
```

Page 38

jm100608.txt

♀

43

1          Q     Did you ask Glenda whether there are any

2     articles -- I'm sorry, did you ask Glenda whether there

3     are any studies that have not yet been published in the

4     peer review literature that might be relevant to the

5     opinions you are offering are regard to Quetiapine?

6          A     No, I didn't.

7          Q     Do you know if there are?

8          A     I don't know.

9          Q     Did you ask Glenda or any of the Plaintiffs'

10    lawyers whether there are any abstracts that have been

11    presented with regard to Quetiapine that you had not

12    reviewed?

13         A     No.

14         Q     Do you know if there are any?

15         A     No, I don't.

16         Q     Before offering your opinions, did you make

17    any effort to see if any of those studies that had not

18    yet been published or that exist in abstract form might

19    contradict or differ with the opinions that you are

20    expressing in this litigation?

21         A     No.

22         Q     Do you still have the printout reflecting the

23    search that you did for medical literature?

24         A     No, I probably didn't print out a list, if

25    that is what you mean.

♀

44

1          Q     Is it something you would be able to recreate

Page 39

jm100608.txt

2      in any way?

3            A      I don't think so.

4            Q      How long ago did you do it?

5            A      Initially back when I first was asked to be

6      involved in this, which according to my time line there,

7      was earlier this year.

8            Q      And then you did a subsequent search within

9      the last week; is that correct?

10           A      Yes, I have done a couple searches along the

11     way.

12           Q      The searches within the last week, would they

13     be re-creatable?

14           A      I don't think so.  You get the list from like

15     PubMed, and you just check the little box and then it

16     takes you to the articles and you just print the

17     articles out.

18           Q      And you don't remember what the search terms

19     are that you used?

20           A      Probably atypical antipsychotics and diabetes.

21           Q      Okay.  I am going to hand you back Exhibit 5,

22     and now what I am going to ask you to do, I am going to

23     give you back my pen again, is I am going to ask you to

24     put a plus sign next to the materials on Exhibit 5 that

25     you actually reviewed before you issued your reports in

                                                               45

1      this case.

2            A      Okay.  You asked me to checkoff ones that I

3      read prior to ones preparing my report, not since then?

4            Q      Correct, prior to preparing your report.  I

                            Page 40

jm100608.txt

5    actually asked you to put a plus sign so that we could

6    tell the difference between the minus and the plus

7    signs.

8         A    Right.

9         Q    Okay.  So you have handed me back Exhibit 5,

10   and you have put a plus sign indicating that you

11   reviewed the document before issuing your report next to

12   Smith 2008; Economic Costs of Diabetes in the U.S. 2003;

13   Lieberman 2005, which I thought you had told me just a

14   few minutes ago you thought you had not read before

15   issuing your report?

16        A    You're correct, I am sorry, I just recently

17   got that.

18        Q    So we should take the plus sign away from

19   Lieberman 2005?

20        A    Yes.

21        Q    So it has a check because you gave it to

22   Glenda, she didn't have it on the list, but it should

23   not have a plus?

24        A    That is correct.

25        Q    The Consensus Conference article from Diabetes

⚥

46

1    Care, February 2004 has a plus next to it.

2              Economic Costs of Diabetes in the U.S. in 2007

3    has a plus; Guo 2006 and Guo 2007 have pluses, correct?

4         A    I believe so.

5         Q    Lambert "Diabetes Risk Associated with Use of

6    Olanzapine, Quetiapine, and Risperidone in Veterans

7    Health Administration Patients with Schizophrenia" 2006

jm100608.txt

8    has a plus next to it?

9         A    Yes.

10        Q    Lean from Diabetes Care May 2003 has a plus to

11   it, correct?

12        A    If there is a plus there, yes.

13        Q    I want to give you a chance to see, I don't

14   want you to take my word on it.

15             Lean 2003 would be an article that you read

16   before preparing your report; is that right?

17        A    As best as I can remember.

18        Q    Leslie, American Psychiatric Association 2004

19   was one you read before preparing your report, right?

20        A    Yes.

21        Q    And Sernyak 2002, correct?

22        A    Correct.

23        Q    And then you put pluses next to two clinical

24   study reports synopses, one entitled:  "An

25   International, Multicenter, Double-blind, Randomized,

♀

47

1    Placebo-controlled Study of the Safety and Efficacy of

2    SEROQUEL.  As add-on Therapy with Lithium or Divalproex

3    in the treatment of Acute Mania".

4             And the next:  "An international, Multicenter,

5    Double-blind, Randomized Placebo-controlled Study of the

6    Safety and Efficacy of SEROQUEL and Haloperidol as

7    Monotherapy in the Treatment of Acute Mania"; is that

8    correct?

9         A    Yes.

10        Q    And how much of those two clinical study

Page 42

jm100608.txt

11    reports synopses did you review?

12         A    If I reviewed them, I would have reviewed the

13    whole entire.

14         Q    Do you know whether there were other CSRs or

15    CSR synopses that you could have reviewed?

16         A    I don't believe so.

17         Q    So the articles that got a plus sign

18    essentially represent the totality of the literature

19    that you reviewed with regard to Quetiapine before you

20    prepared your opinions in this litigation?

21         A    Probably very inaccurately so, I don't recall.

22         Q    Do you think there is substantially -- I mean

23    I am not asking you if you missed one article or two

24    articles, but essentially this is the volume of

25    literature that you represented that you reviewed before

♀

48

1    preparing your opinions in this litigation related to

2    Quetiapine?

3         A    More or less, yes.

4              MS. FREIWALD:  Do you want to take a break?

5              MR. PIRTLE:   Sure.

6              (Whereupon, a short recess was taken at

7         9:45 a.m.)

8              MS. FREIWALD:  Are you ready to go?

9    BY MS. FREIWALD:

10         Q    Doctor, am I correct you have never published

11    anything on Seroquel; is that right?

12         A    That's right.

13         Q    And you have never published anything specific

Page 43

jm100608.txt

14        to any of the other antipsychotics; is that correct?

15             A    That is correct.

16             Q    And you have never published anything specific

17        to any of the first generation antipsychotics?

18             A    Correct.

19             Q    Have you ever given any talks with regard to

20        any of the first or second generation antipsychotics?

21             A    I did some talks a few years ago to around the

22        issue of metabolic syndrome related to atypical

23        antipsychotics.

24             Q    Was anything in that talk specific to any

25        drug?

♀

49

1             A    Not my part of the presentation.

2             Q    Where were the talks?

3             A    A number of different restaurants in Miami,

4        Fort Lauderdale area.

5             Q    Were they sponsored by a pharmaceutical

6        company?

7             A    Yes, Bristol Myers Squibb.

8             Q    And what product does Bristol Myers Squibb

9        make?

10            A    Abilify.

11            Q    And how much money have you received from

12       Bristol Myers Squibb in connection with giving talks for

13       Abilify?

14            A    I probably gave five or six talks and probably

15       received $1,500 to $2,000 for each one.

16            Q    How long ago did you do that?

jm100608.txt

17        A    It was soon after Abilify came out on the

18    market so I think that was probably 2005 is a guess.

19        Q    And at the time that you gave those talks did

20    you review any of the clinical trial data with regard to

21    Abilify?

22        A    The talks were given in conjunction with a

23    psychiatrist to present some of the clinical trial data

24    on Abilify.

25        Q    Were these promotional talks sponsored by the

♀

50

1    pharmaceutical company?

2        A    Yes, they were.

3        Q    And you were giving a presentation related

4    specifically to the metabolic profile of the drug?

5        A    It was a talk to inform psychiatric healthcare

6    workers, psychiatrists and other people that work in the

7    healthcare profession about some of the risks that were

8    possibly associated with some of the atypical

9    antipsychotics and what kind of monitoring should be

10    done, what type of patients that were taking these types

11    of medication.

12        Q    And did you include Abilify among the drugs

13    that is associated with potential metabolic risks?

14        A    My part of the presentation, I really didn't

15    say anything about the drugs at all, I presented what

16    the metabolic syndrome was, and who was at risk for it

17    and what you should do if you had patients that could

18    potentially be at risk.

19        Q    Did you make any representations in your talks

Page 45

jm100608.txt

20     about whether patients who take any antipsychotic
21     medication are at increased risk for metabolic side
22     effects?
23          A     I probably did mention that that at the
24     beginning of the talk.
25          Q     Do you remember if there is a slide that makes

♀

                                                                    51

1      any claim or any kind of a statement about a risk or a
2      possible risk of metabolic side effects associated with
3      either antipsychotics generally or any particular
4      antipsychotics?
5          A     I don't recall.
6          Q     Did you - if I understand your testimony
7      correctly - it was not your job at these talks to
8      attempt to characterize the potential metabolic risks of
9      Abilify?
10         A     That is correct.
11         Q     Were you at any time asked any questions by
12     the audience about the potential metabolic side effects
13     of Abilify?
14         A     I don't believe so.
15         Q     And in preparation for those talks did you
16     review any data with regard to the metabolic profile of
17     Abilify?
18         A     I don't think so.
19         Q     Do you still have those slides today?
20         A     I think I do.
21         Q     And are those talks that you have given more
22     recently?
                                Page 46

jm100608.txt

23          Do you continue to give any lectures for
24    Bristol Myers?
25          A    No.


                                                              52

1          Q    Is there any particular reason why you stopped
2    lecturing for Bristol Myers?
3          A    I think at the time that I was doing it they
4    wanted to put Abilify in front of people, bring it out
5    and highlight it as since it had just come out on the
6    market.
7          Q    Was part of the thrust of these talks to
8    suggest in some way that Abilify had a better metabolic
9    profile?
10         A    Not the thrust of my talks, but the
11   psychiatrist I believe, if I remember correctly, did
12   make that claim.
13         Q    Do you remember if he made claims comparing
14   Abilify to any other antipsychotic?
15         A    She did, she presented clinical trial data.
16         Q    Who was the psychiatrist?
17         A    Maria Llorente.
18         Q    And were those slides given to you?
19         A    I think some of them were.
20         Q    Do you know if there is any clinical trial
21   data anywhere that compares head-to-head Abilify to
22   Quetiapine?
23         A    I don't know that.
24         Q    I gather you did not see any head-to-head
25   comparative data between Abilify and Quetiapine that you
                       Page 47

jm100608.txt

♀

53

1    can recall at these talks that you attended?

2         A    Not that I can recall.

3         Q    Is the reason that you pulled the Llorente

4    articles because you knew Dr. Llorente from these talks

5    that you had given for Bristol Myers?

6         A    Is was one of the reasons.

7         Q    Have you had any conversations with

8    Dr. Llorente about the subjects that are discussed in

9    your expert report in connection with preparing your

10   expert report?

11        A    No.

12        Q    What about in connection with preparing for

13   your deposition today?

14        A    No.

15        Q    Have you given any other talks on the subject

16   in metabolic syndrome for any other company that

17   manufactures an antipsychotic medication?

18        A    I don't think so.

19        Q    Other than the dinner lectures that you have

20   given for Bristol Myers, have you ever participated in

21   any talks with regard to any specific antipsychotic

22   medication?

23        A    No.

24        Q    In preparing your opinions that are set forth

25   in the reports for Guinn, Burns and Curley, have you

♀

54

jm100608.txt

1    made any attempt to review specifically the clinical

2    trial data for Abilify?

3        A    No.

4        Q    Have you made any attempt to compare the

5    clinical trial data for Abilify with regard to metabolic

6    side effects to the clinical trial data for Quetiapine?

7        A    No.

8        Q    Have you reviewed any of the clinical trial

9    data for Geodon?

10       A    No.

11       Q    Have you made any attempt to compare the

12   clinical trial data for Geodon to the clinical trial

13   data for Quetiapine?

14       A    Other than what is in the articles that I

15   provided you, no.

16       Q    And would it also be true that you have not

17   made any systematic effort to review the clinical trial

18   data for Clozapine or Olanzapine?

19       A    That is correct.

20       Q    And to compare it systematically to the data

21   for Quetiapine?

22       A    Correct.

23       Q    And I suppose all of those questions would

24   also be true if I broadened my inquiry not just to

25   clinical trial data, but to the observational data, you

º

55

1    have not attempted to do any systematic review of the

2    observational data for the other antipsychotics?

Page 49

jm100608.txt

3          A     Correct.

4          Q     You are not a psychiatrist by training,

5     correct?

6          A     No.

7          Q     You are not a pharmacologist?

8          A     No.

9          Q     You are not a toxicologist?

10         A     No.

11         Q     You are not a neurologist?

12         A     No.

13         Q     You are not an epidemiologist?

14         A     No.

15         Q     You don't hold yourself out in as an expert in

16    FDA regulations?

17         A     No.

18         Q     You have never held yourself out as an expert

19    this drug labeling or the regulations that relate to

20    drug labeling?

21         A     No.

22         Q     Have you ever worked at the FDA?

23         A     No.

24         Q     Have you ever been asked by the FDA to sit on

25    any advisory committee?

♀

                                                           56

1          A     No.

2          Q     Or to consult with regard to any

3     pharmaceutical?

4          A     Repeat that?

5          Q     Or to consult with regard to any

jm100608.txt

6    pharmaceutical?

7        A    No.

8        Q    Have you ever been hired by a pharmaceutical

9    company to draft or help draft any labeling language?

10       A    No.

11       Q    Have you ever been hired by a pharmaceutical

12    company to help with the development of any atypical

13    antipsychotic?

14       A    No.

15       Q    Have you ever been asked by the FDA or any

16    company to investigate case reports of adverse events

17    associated with any medicine?

18       A    No.

19       Q    You were not part of the ADA consensus

20    conference in November of 2003, correct?

21       A    Correct.

22       Q    You were not asked to participate in that

23    conference; is that right?

24       A    That's right.

25       Q    You did not participate in drafting the

♀

57

1    consensus statement; is that right?

2       A    Correct.

3       Q    You never wrote any articles disagreeing with

4    the consensus statement, did you?

5       A    No.

6       Q    At the time you were editor of Clinical

7    Diabetes, right?

8       A    What was the date?

jm100608.txt
9        Q    It was the conference was in 2003, the

10   publication was in February of 2004.

11        A    Yes, I was editor of Clinical Diabetes.

12        Q    And as editor of Clinical Diabetes you never

13   published on the subject of the ADA Consensus

14   Conference?

15        A    No.

16        Q    Do you know Dr. Eugene Barrett?

17        A    Yes.

18        Q    Do you think he is a respected scientist?

19        A    Yes.

20        Q    Do you know him personally or professionally?

21             What I mean is do you know him by reputation

22   or do you actually know him personally?

23        A    I actually know him personally, and

24   professionally, I have met him.

25        Q    Right, that is what I am asking you.  Have you

♀

                                                      58

1   attended conferences together?

2        A    Not together, I mean we have been at the same

3   conferences.

4        Q    You agree that he is respected in the field of

5   endocrinology?

6        A    Yes.

7        Q    Let's talk about the Burns case.  I don't have

8   the benefit of the summary in front of me, but I am

9   going to try and go through even without it.

10            MS. FREIWALD:  I understand from Mr. Pirtle

11            that this will be provided to me before tomorrow

Page 52

jm100608.txt

12        morning; is that correct?

13             MR. PIRTLE:  I was going to say in the

14        morning, that is probably as good as I can do,

15        before the deposition reconvenes tomorrow.

16             MS. FREIWALD:  Let me put it this way, if

17        somebody emails to me or to Kirstin, we will print

18        it out here, so if it's something that can be sent

19        to us by PDF.

20             MR. PIRTLE:  To be quite honest with you, I

21        have never seen it.  If I had it on my email.

22             THE WITNESS:  I think it was sent to me by

23        email.

24             MR. PIRTLE:  If you can forward it to me, I

25        will forward it.

♀

                                                        59

1              MS. FREIWALD:  That would be great.

2              MR. PIRTLE:  Do you need it to talk about this

3         case?

4              THE WITNESS:  I probably will need to look at

5         something.

6         (BY Ms. Freiwald)

7    BY MS. FREIWALD:

8         Q    I am in a little bit of a disadvantage because

9    I don't have the document in front of me.

10             Is it a chronology that attempts to summarize

11   the medical records for Ms. Burns by date?

12        A    Yes.

13        Q    Does it have a section that independently logs

14   her glucose readings?

                    Page 53

jm100608.txt

15      A    No, it's all part of the same chronology.

16      Q    Does it have any section that independently

17   logs any of her laboratory findings?

18      A    No, it's all in the chronology.

19      Q    Same for weight?

20      A    That is correct.

21      Q    Is there any separate log of medications that

22   she was taking in addition to Quetiapine at different

23   times?

24      A    Not in that synopsis, no.

25      Q    The report that you have provided to us – do

♀

60

1    you have a copy in front of you?  I will give you

2    Exhibit 5 – states that the earliest records from

3    Mrs. Burns are from 1998, and I am working off of page 5

4    in the last paragraph in the bottom, Doctor.

5       A    Uhm-hum.

6       Q    Is that the earliest date that is identified

7    on the chronology you were provided by Glenda?

8       A    I don't recall.

9       Q    Did you do anything to check to see how far

10   back her available medical records go?

11      A    I did.  And as a matter of fact in one of

12   these cases, and I would have to see this synopsis to be

13   sure, but one of these cases I did find records that

14   went back prior to where Glenda started the chronology.

15      Q    Do you remember whether there are records

16   prior to 1998 for Mrs. Burns as you sit here today?

17      A    No.

Page 54

jm100608.txt
18          Q     Do you know whether there are glucose readings
19     for Mrs. Burns prior to 1998 as you sit here today?
20          A     No.
21          Q     Did you essentially work off of the chronology
22     that Glenda provided you in putting together your report
23     that is specific to the Burns case?
24          A     Yes.
25          Q     Would that be true if I asked you the same

♀

61

1      question for Curley and for Guinn?
2           A     Yes.
3           Q     Are you going to testify that Mrs. Burns would
4      not have developed diabetes in her life had she not
5      taken Seroquel?
6           A     No.
7           Q     Are you going to testify that she would not
8      have developed diabetes between 2003 and June of 2006
9      had she not taken Seroquel?
10          A     No.
11          Q     Do you have an opinion that you can state with
12     a reasonable degree of medical certainty when Mrs. Burns
13     would have developed diabetes in the absence of ever
14     ingesting Seroquel?
15          A     No.
16          Q     Do you agree with me that there is evidence
17     that Mrs. Burns had diabetes before she ever took
18     Seroquel?
19          A     Can I take a minute and look?
20          Q     Sure.

jm100608.txt
21        A      Yes, there is evidence.

22        Q      Are you going to offer an opinion to a

23   reasonable degree of medical certainty that Mrs. Burns

24   did not have diabetes before she took Seroquel?

25        A      Could you repeat the question?

º

62

1         Q      Are you going to offer an opinion to a

2    reasonable degree of medical certainty that Mrs. Burns

3    did not have diabetes before she took Seroquel?

4         A      No.

5         Q      If we were to assume hypothetically that

6    Mrs. Burns did not already have diabetes when she took

7    her very first Seroquel pill, would there be any

8    methodology that would allow you to say when she would

9    have gotten diabetes had she never taken Seroquel?

10        A      Can you repeat the question?

11        Q      I want you to assume for a minute - we are

12   going to work in the hypo - that she did not yet have

13   diabetes when she first took Seroquel, okay?

14        A      Okay.

15        Q      Assuming that, is there any scientific

16   methodology that you know of that would allow you to say

17   when she would have gotten diabetes had she never taken

18   Seroquel?

19        A      No.

20        Q      Is there any methodology that you know of that

21   would allow you to say that she would have not gotten

22   diabetes in August of 2003 had she never taken Seroquel?

23        A      No.

Page 56

jm100608.txt
24          Q     Have you done any calculations of Mrs. Burns'
25     risk factors at any point in time prior to January of

♀

                                                                          63

 1     2003 to determine her let's say eight year risk of
 2     developing diabetes?
 3          A     No, I don't know what you mean by calculation.
 4          Q     Well, are you familiar that with the concept
 5     that there are certain models that calculate and predict
 6     risk of developing diabetes?
 7          A     Yes.
 8          Q     And have you attempted to use any of those
 9     models looking at Mrs. Burns' medical profile at any
10     point in time to try to quantify what her risk of
11     developing diabetes would have been at any particular
12     point in time before she used Seroquel?
13          A     No.
14          Q     Even without utilizing a formal model, did you
15     do any kind of rough estimating in your head just based
16     upon your general training and experience as to what
17     Mrs. Burns' predicted risk of developing diabetes would
18     have been let's say based upon her medical profile in
19     1998?
20          A     She did have risk factors for diabetes, if
21     that is what you are asking me.
22          Q     But I am asking if you in any way attempted to
23     estimate where she would have fallen on the continuum of
24     patients at risk?
25          A     No.

                              Page 57

jm100608.txt

64

```
 1          Q     Would it surprise you - are you familiar with
 2     the Wilson article that discusses calculating risk of
 3     diabetes for patients based upon certain metabolic
 4     parameters?
 5          A     Yes.
 6          Q     But you never attempted to do any such
 7     calculation for Mrs. Burns?
 8          A     No, I didn't think of it.
 9          Q     Do you attempt to do such calculations for
10     patients in your clinical practice generally?
11          A     No.
12          Q     Are you familiar with how those calculations
13     work?
14          A     I have read Wilson's article.
15          Q     Are you familiar with the concept of
16     attempting to estimate either a relative risk or an
17     attributable risk of developing diabetes over a
18     particular period of time?
19          A     Yes.
20          Q     Do you know how that works, do you know how to
21     use those calculators?
22          A     There is a couple of models that are out there
23     that attempt to quantify risk for development of
24     diabetes.
25          Q     But you don't use them?
```

65

```
 1          A     No.
```

Page 58

jm100608.txt

2        Q     It's not something you are familiar with in
3    your usual practice?
4        A     I don't use it in my usual practice, no.
5        Q     Do you agree that Mrs. Burns had clear
6    evidence of at least insulin resistance before she ever
7    took Seroquel?
8        A     Yes.
9        Q     And you agree that patients with insulin
10   resistance are at extremely high risk of developing
11   diabetes if they don't modify their lifestyle within a
12   period of say three to five years?
13       A     Yes.
14       Q     And having insulin resistance in and of itself
15   is more than ample risk factor for explaining somebody
16   developing diabetes within a period of three or five
17   years?
18       A     I don't know about the three to five year
19   period, I don't think you could quantify it to that
20   degree.
21       Q     Have you ever seen any data on that that talks
22   about the conversion from insulin resistance to diabetes
23   within a certain period of time?
24       A     Not within three to five years, I don't
25   believe.

♀

                                                           66

1        Q     What period of time have you seen?
2        A     I think there is - if I am not mistaken -
3    Wilson's is a ten year risk?
4        Q     Is that a question?
                    Page 59

jm100608.txt

5          A     Yes.  I don't recall right now exactly what

6     the timeframe is, but I think it's something like seven

7     to ten years.

8          Q     Would you agree that having insulin resistance

9     even without any other additional risk factors would

10    sufficiently explain a patient converting to diabetes?

11         A     I'm not sure I know what you mean by

12    sufficiently.

13         Q     If you had a patient with insulin resistance

14    and they ultimately developed frank diabetes, that

15    wouldn't surprise you, would it?

16         A     No, that would not.

17         Q     And you wouldn't necessarily need to look for

18    any additional or additive cause to explain converting

19    from insulin to frank diabetes, would you?

20         A     I think, yes, if somebody developed diabetes I

21    think you would want to look for all of the causes.

22         Q     Frankly having insulin resistance or

23    prediabetes alone, and you have to know what got them to

24    that insulin resistance or prediabetes, but that would

25    make it highly likely that they would ultimately develop

                                                              67

1     diabetes if they didn't modify any of their risk

2     factors?

3          A     It would certainly make it more likely that

4     they would develop diabetes if they didn't alter any of

5     their risk factors.

6          Q     More than likely that they would develop

7     diabetes?

                        Page 60

jm100608.txt

8          A    I don't know if you can say more likely than
9     not.
10         Q    Do you know, have you pulled any data on that?
11         A    Not specifically, no.
12         Q    Do you have any data that you know of on the
13    likelihood of converting to diabetes if a patient has
14    insulin resistance and doesn't modify their risk
15    factors?
16         A    No, I know data from further down the line in
17    prediabetes rather than just insulin resistance.
18         Q    Do you typically tell patients in your
19    clinical practice who have prediabetes that it's very
20    likely they are going to find themselves diabetic if
21    they don't modify their lifestyle and their habits?
22         A    Yes.
23         Q    Can you tell me why you cited the particular
24    glucose readings that you cited in your report prior to
25    August of '03?

⚥

                                                           68

1          A    Why I included them, is that what you want to
2     know?
3          Q    Yes.
4          A    I was trying to be inclusive.
5          Q    Are you aware of any other glucose readings
6     that you did not cite?
7          A    No, I don't believe so.
8          Q    If there were other glucose readings would you
9     think it would have been important to cite those?
10         A    No.
                    Page 61

jm100608.txt

11      Q    Why not?
12      A    I think first of all there weren't any other
13  blood glucose readings, but the readings that I did cite
14  do represent I believe the state that she was in, the
15  condition she was in at the various times so if she had
16  had more blood sugars of a similar nature it wouldn't
17  really add anything additional.
18      Q    It's your testimony that you believe that
19  between '98 and August of 2003 Mrs. Burns didn't have
20  any -- Well, let me put it this way, is it your
21  testimony that between 1998 and July of 2000 Mrs. Burns
22  didn't have any glucose readings other than the ones you
23  specifically cited in your report?
24      A    I believe that to be the case, yes.
25      Q    Is it your testimony that you believe that she

♀

69

1   did not have any glucose readings from before 1998?
2       A    None that were in the medical records that I
3   saw.
4       Q    Is it your testimony that Mrs. Burns didn't
5   have any glucose readings between July of 2000 and
6   August of 2003 that you thought were relevant to your
7   analysis?
8       A    Yes.
9       Q    Did you do anything to independently confirm
10  whether the summary provided you by Glenda was accurate
11  with regard to capturing all of those glucose readings?
12      A    Yes, I looked at the medical records.
13      Q    Are you aware that Mrs. Burns told her doctors
Page 62

jm100608.txt

14      that in 2000 she had diabetes?

15          A     Not that I recall.

16          Q     You have never seen a record that reflects

17      Mrs. Burns telling her doctors in 2000 that she had been

18      diagnosed with diabetes?

19          A     I don't believe so.

20          Q     Are you aware that the medical records reflect

21      that Mrs. Burns told her doctors in 2008 that she had

22      been diagnosed with diabetes in 2000?

23          A     No, I am not aware of that.

24          Q     Have you reviewed any of Mrs. Burns'

25      psychiatric records?

♀

                                                                    70

1          A     I probably read some of the visits that she

2      had with psychiatric workers.

3          Q     Do you remember reading any of the records

4      from a Dr. Yauch or Yau?

5          A     Can you spell it?

6          Q     I am not sure I have it, Y-A-U-C-H.

7          A     Y-A-U, I don't recall.

8          Q     Would you be surprised if I told you that over

9      a three day period in 1994 Mrs. Burns had fasting

10      glucose readings above 126?

11          A     Would I be surprised in 1994?

12          Q     Yes.

13          A     No.

14          Q     Why would you not be surprised?

15          A     I wouldn't be surprised if told me anybody had

16      glucose readings that were above 126, but maybe I am

                              Page 63

jm100608.txt

17   missing the point of the question.

18        Q     Are you aware - I gather you are not aware

19   that Mrs. Burns had fasting blood glucose readings in

20   1994 on three occasions within a period of a few days

21   that are all above 126?

22        A     No, I was not aware of that.

23        Q     I am going to mark as Exhibit 6 Bay Medical

24   Center 452 to 455, the only page that I need you to look

25   at is the last page which has the glucose values on it

⚲

                                                          71

1    and that will be Exhibit 6.

2              MR. PIRTLE:  Can I see a copy?

3              MS. FREIWALD:  Oh, sorry.  Here.

4         (Whereupon, the above referred to document

5         was marked as Defendant's Exhibit No. 6.)

6         (BY Ms. Freiwald)

7    BY MS. FREIWALD:

8         Q     Let me ask you first, Doctor, do you agree

9    with the ADA criteria for diagnosing diabetes?

10        A     Yes.

11        Q     Those are the criteria that you use in your

12   practice?

13        A     Yes.

14        Q     And you believe they are valid criteria for

15   diagnosing diabetes?

16        A     Valid enough.

17        Q     And there is no other criteria that you would

18   recommend above those at this current point in time, is

19   there?

                        Page 64

jm100608.txt

20        A      Yes, I actually believe that it's probably

21   better to diagnose diabetes on two hour normal glucose

22   tolerance test than it is to rely on a fasting.

23        Q      You think that the oral glucose tolerance test

24   gives you a good sense of how somebody actually responds

25   to glucose in their body?

♀

                                                         72

1         A      Correct.

2         Q      But you certainly use the fasting glucose, the

3    fasting glucose test in your clinical practice?

4         A      Yes, I do.

5         Q      And you get a confirmed reading in order to

6    diagnose somebody's diabetes?

7         A      Correct.

8         Q      One reading alone is not sufficient to confirm

9    diabetes; is that right?

10        A      That's right.

11        Q      And is that because there is some range of

12   normal variation in glucose levels?

13        A      Yes.

14        Q      So somebody can have an elevation one day and

15   then their glucose readings can drop on another day?

16        A      That is correct.

17        Q      And you see that in this Chem profile on 4/17,

18   4/18 and 4/20 at 7:05, 6:55 and 8:15 respectively,

19   Mrs. Burns had glucose readings of 133, and 148 and 144?

20        A      Correct.

21        Q      And when you see an early morning reading,

22   that's typically indicative of a fasting reading, is it

jm100608.txt

23    not?

24         A    You would want to confirm that that was a

25    fasting reading.

♀

73

1         Q    That would be your normal assumption, would it

2    not, if you saw a reading early in the morning?

3         A    That would be an assumption I might make, yes.

4         Q    And three readings like Mrs. Burns had would

5    be sufficient to confirm her as diabetic in 1994, would

6    it not?

7         A    It depends on the circumstances of the setting

8    in which the blood glucoses were drawn.

9         Q    What do you mean by that?

10        A    Well, she is in the hospital at this time,

11   likely under stress for some reason, she is admitted

12   under the name of a general surgeon, I don't know what

13   the circumstances were around her admission at this

14   time.

15             She could have had an intervenous line running

16   in with glucose in it; she could have had a fever; she

17   could have had surgery, all stresses that could cause

18   hyperglycemia.

19        Q    You don't know anything about why she was in

20   the hospital on this occasion?

21        A    No.

22        Q    Assuming that none of those issues are the

23   case, normally speaking three, actually two, you

24   wouldn't even need three, readings above 126 would be

25   sufficient to confirm diabetes?

Page 66

jm100608.txt

♀

1          A     Under usual circumstances, yes.

2          Q     And would it be fair to say looking at these

3     readings one certainly couldn't come to the conclusion

4     that Mrs. Burns did not have diabetes in 1994?

5          A     That is correct.

6          Q     So we are in agreement that it's not possible

7     for one to opine to a reasonable degree of medical

8     certainty that Mrs. Burns did not have diabetes in 1994

9     based upon these readings?

10          A     Based upon these readings, I would agree with

11     them.

12          Q     Are you familiar with Mrs. Burns having any

13     visit to an emergency room in February of 1995?

14          A     Not that I recall.

15          Q     You don't know anything about the

16     circumstances of why she was hospitalized in 1994, do

17     you?

18          A     No.

19          Q     If I told you that she had some surgery

20     because of sleep apnea, that wouldn't ring a bell?

21          A     No, that doesn't ring a bell.

22          Q     You can't recall looking at any records in

23     1995 where Mrs. Burns went to the ER for any reason; is

24     that right?

25          A     No, that is correct, I don't recall.

♀

jm100608.txt

1      Q    I am going to show you a record from the
2   emergency room on February 6 of 1995, which we will mark
3   as Exhibit 7.
4          (Whereupon, the above referred to document
5          was marked as Defendant's Exhibit No. 7.)
6      (BY Ms. Freiwald)
7   BY MS. FREIWALD:
8      Q    Before I ask you any questions about that, do
9   you know whether the practice in your own emergency room
10  is to put all labs in as non-fasting if they don't know
11  what the status is of the patient at the time they draw
12  blood?
13     A    I don't know.
14     Q    This lab in February of 1995 is from 6:52 a.m.
15  in the morning, do you see that?
16     A    Yes.
17     Q    And, again, 6:52 a.m. the normal assumption
18  would be the patient hadn't eaten?
19     A    That would be an assumption.
20     Q    That would be the usual assumption if you were
21  reviewing medical records from a patient and you didn't
22  have personal knowledge, one of the things you would
23  normally do would be to look at the time of the test and
24  say to yourself, okay, this is most likely a fasting
25  test or is this most likely not a fasting test, right?

♀

76

1      A    Yes, I think you would say that, but I don't
2   think you would rely upon it as a diagnostic test unless

Page 68

jm100608.txt

3    you were sure.

4         Q    Your best medical instinct and your practice

5    would be to assume it was probably fasting, but if you

6    wanted to be absolutely sure you would probably have to

7    confirm a fasting reading?

8         A    Yes.

9         Q    So based upon your usual practice, assuming

10   this were fasting 135, would again be in the diabetic

11   range, correct?

12        A    Correct.

13        Q    And it would be consistent with the diabetic

14   readings we had seen in 1994, correct?

15        A    Correct.

16        Q    And, again, this would be an additional piece

17   of evidence consistent with Mrs. Burns being diabetic in

18   a time period before she ever started using Seroquel,

19   correct?

20        A    Again, I would want to know what the

21   circumstances were that brought her to the emergency

22   room.

23        Q    Okay.  But certainly on its face this is

24   consistent with the idea that Mrs. Burns was diabetic

25   before she ever started taking Seroquel?

♀

                                                              77

1         A    It's consistent with the fact that she

2    possibly was.

3         Q    And consistent with the idea that you cannot

4    say that she was not diabetic before she ever took

5    Seroquel?

                              Page 69

jm100608.txt

6          A    Correct.

7          Q    Now, you note in your report for Mrs. Burns

8     that she had a blood glucose reading, and you put

9     question random, again question of 157 in May of 1998;

10    do you see where I am looking?

11         A    Yes.

12         Q    Can you tell me what you were trying to

13    indicate with that notation?

14         A    For some reason I was questioning whether this

15    was a random glucose reading or not.

16         Q    If this were a fasting glucose reading it

17    would be further evidence of diabetes before Mrs. Burns

18    ever took Seroquel, correct?

19         A    If it were a fasting reading it would again be

20    suspicious for the fact that she had diabetes, yes.

21         Q    And you note that in 12/98 she had a reading

22    of 113 with a total cholesterol of 217 and triglycerides

23    of 265 all mildly elevated, I want to take that in

24    pieces.   What was the point of the 12/98 glucose

25    citation?

♀

78

1          A    Just to be complete.

2          Q    Now, the fact that she had a reading of 113

3     doesn't mean that she was not diabetic, correct?

4          A    Correct.

5          Q    Somebody who is diabetic can have readings

6     from time to time that are below the threshold of 126,

7     correct?

8          A    Correct.

jm100608.txt

9          Q     And this would certainly be indicative at a
10   minimum of prediabetes, correct?
11         A     What would be indicative of?
12         Q     Of a reading of 113.
13         A     It could be, yes.
14         Q     A blood glucose reading of 1131 within the
15   range of what we called impaired glucose tolerance or
16   prediabetes, correct?
17         A     If it's fasting it would be called impaired
18   fasting glucose, if it's after a glucose load it would
19   be impaired glucose tolerance, yes, but it is
20   prediabetes.
21         Q     Either way it's prediabetes?
22         A     Yes.
23         Q     And by the time you have blood glucose
24   readings that are fasting of 113 or thereabouts
25   confirmed, can you tell me about what percentage of

♀

                                                        79

1    pancreatic function you have also lost?
2          A     I believe it's estimated that probably
3    50 percent is what is lost at the time of diagnosis.
4          Q     I think it's more like 75?
5          A     Type I diabetes it's 75, and it used to be
6    thought it was probably the same in Type II, but
7    actually I think the feeling is now that it's probably
8    becomes manifest even earlier.
9          Q     What becomes manifest even earlier?
10         A     Glucose intolerance becomes manifest earlier
11   in the course of the development of diabetes so that
                          Page 71

jm100608.txt

```
12    many people are diagnosed when they have lost about half
13    of their pancreatic function, somewhere 50 to
14    75 percent.
15        Q    So by the time that you have impaired glucose
16    tolerance or impaired fasting glucose, you are no longer
17    normal in terms of your pancreatic function, correct?
18        A    Correct.
19        Q    And if you don't modify your habits you are
20    essentially on the road to developing diabetes?
21        A    Correct.
22        Q    I think you have written that diabetes is a
23    disease of lifestyle choice; is that right?
24        A    At least partly.
25        Q    And what do you mean by that?
```

♀

                                                                        80

```
1         A    It's associated with certain risks that are a
2    part of lifestyle, such as obesity.
3         Q    Do you mean by that in part that it's a
4    disease that is avoidable with heathier lifestyle
5    choices?
6         A    Not entirely.
7         Q    Is that because there is a strong genetic
8    component to it?
9         A    Correct.
10        Q    So there are some people who might make great
11    choices and do all the right things and they just they
12    have such a strong genetic predisposition for it that
13    they are still going to get Type II diabetes?
14        A    Correct.
```

jm100608.txt

15          Q      And there are many people who will make bad

16     choices and not develop Type II diabetes because they

17     don't have the predisposition, correct?

18          A      Correct.

19          Q      But if you do have the genetic predisposition,

20     whether you know it or not whether you have a family

21     history that gives you a clue of it or not, lifestyle

22     choices strongly drive the risk for diabetes, correct?

23          A      Yes.

24          Q      Now, you wrote what Mrs. Burns' cholesterol

25     was on 12/98, you said she had a total cholesterol of

♀

                                                              81

1      217 and triglycerides of 265 all mildly elevated.

2               Now, triglycerides of 265, are they mildly

3      elevated in your view?

4          A      Yes, they are mildly elevated in my view.

5          Q      What do you consider a mild triglyceride

6      elevation, what is your range?

7          A      In the range of probably 150 to 500.

8          Q      So you would consider anything below 500 to be

9      a mild elevation in triglycerides?

10         A      No, let me take that back, probably 150 to 300

11     is mild, and over that is a little more severe.

12         Q      Do you have a moderate range?

13         A      Not especially.

14         Q      Now, we are going to get into this more later

15     but you note that her weight at the time was 179, have

16     you done anything to track Mrs. Burns' weights over time

17     other than what you have put in your report?

                        Page 73

jm100608.txt
18      A    No.

19      Q    Now, tell me what you understand about

20  Mrs. Burns' glucose readings in or around July of 2000.

21      A    Her blood glucose as noted there was elevated

22  into the 200 milligrams per desilter range.

23      Q    Do you remember reviewing the medical records

24  in and around - that relate to the time period in or

25  around July of 2000, or did you look at just the summary

♀

82

1   that was provided by Glenda?

2       A    No, I reviewed the medical records.

3       Q    Did you review all of them?

4       A    I tried to.

5       Q    Do you know what condition Mrs. Burns was

6   being treated for at the time that this glucose reading

7   was taken in July of 2000?

8       A    I think she was being treated for some type of

9   pulmonary condition if I am not mistaken, that would

10  explain the steroids.

11      Q    Would you agree that a patient who has

12  prediabetes or diabetes is more susceptible to glucose

13  elevations on steroids than a patient who has

14  consistently normal glucose readings?

15      A    Not necessarily.

16      Q    Why not?

17      A    Anybody who is at risk for diabetes who has a

18  genetic predisposition can develop elevated blood sugars

19  while taking coracoid steroids.

20      Q    Is that a well-known risk associated with

Page 74

jm100608.txt

21   steroid medications?

22         A    Yes.

23         Q    And is it common to see glucose spikes in

24   patients on steroids?

25         A    It's not uncommon.

♀

83

1          Q    And do you nevertheless sometimes use steroid

2    medications in patients of yours who have diabetes if

3    they have a need for them?

4          A    If there is no alternative.

5          Q    And you monitor them for glucose changes?

6          A    Yes.

7          Q    And you consider that standard of care to give

8    patients who need steroid therapy even if they have

9    diabetes or prediabetes?

10         A    Unless there is some alternative course that

11   could be taken.

12         Q    Now, the A1c of 573 you say is normal, but

13   it's really not, is it?

14         A    Yes.

15         Q    It's elevated somewhat?

16         A    Less than 6 is normal in most laboratories.

17         Q    Normal as compared to diabetic?

18         A    Correct.

19         Q    5.73 corresponds with the glucose reading of

20   what?

21         A    It's an average of probably of about 110.

22         Q    I got a little higher than that when I did the

23   conversion.

Page 75

jm100608.txt

24        A    Well, 6 is 120, so.

25        Q    So she is not far off from an HbA1c of 6 on

♀

84

1    this particular point in time, correct?

2        A    Correct.

3        Q    And what an HbA1c does is it basically gives

4    you a snapshot of average glucose levels over a period

5    of a few months before the date of the test, correct?

6        A    About two to three months, yes.

7        Q    So it doesn't tell you that there were no

8    points in that two or three month period where she

9    didn't have higher glucose levels than 110 or 113,

10   correct?

11       A    Correct.

12       Q    It doesn't rule out the possibility that she

13   had diabetic glucose levels during that period of time,

14   correct?

15       A    It doesn't rule it out that she intermittently

16   had levels in the diabetic range.

17       Q    It's confirmatory of the fact that on average

18   she had glucose levels at least in the pre-diabetic

19   range, correct?

20       A    Probably, I don't even know if you can say

21   probably because it's the average of all blood sugars,

22   it's the mean blood sugar.

23            So if she had blood sugars that varied between

24   100 and 120 for instance you would get the hemoglobin

25   A1c, just like you would if you had blood glucoses that

Page 76

jm100608.txt

85

1    vary between 70 and 150, and those two cases would be

2    different.

3         Q    Okay.  Let me break it up then.  I think what

4    I asked you was that if this A1c is telling you that her

5    average was somewhere around 110 and 115, that would be

6    an average within at least a pre-diabetic range,

7    correct?

8         A    Pre-diabetic definition is based on a fasting

9    blood sugar of between 110.

10        Q    I see where we are getting messed up, okay.

11             Was it your testimony that this A1c doesn't

12   rule out the possibility that she frequently had glucose

13   readings above the diabetic range, you don't know why

14   the range is around the mean?

15        A    You don't know how - yes, the range is around

16   the mean, but this would suggest that she doesn't have

17   higher blood sugar levels, blood sugar levels in the

18   diabetic range very often or for a very long period of

19   time.

20        Q    And can you have patients have are diabetic

21   particularly in the earlier years of the disease who

22   have A1c readings that are just slightly below 6 like

23   Mrs. Burns'?

24        A    Can you have patients with diabetes?

25        Q    Yes.

86

1         A    Probably.

jm100608.txt

```
 2          (BY Ms. Freiwald)
 3              MS. FREIWALD:  We will mark this as 8, please.
 4              (Whereupon, the above referred to document
 5          was marked as Defendant's Exhibit No. 8.)
 6     BY MS. FREIWALD:
 7          Q    I am showing you Exhibit 8 which is a glucose
 8     reading from 8/10/2000.  This glucose reading was not in
 9     your report, correct?
10          A    I'm sorry, what is the date again, 8/10/2000?
11          Q    Yes.
12          A    It doesn't seem to be.
13          Q    Do you recall ever seeing it before today?
14          A    I don't recall.
15          Q    And would you turn to the second page of
16     Exhibit 8, and can you see that in the left side of the
17     page right above before it says report status, it says
18     fasting hours nine?
19          A    Uhm-hum.
20          Q    So you would agree with me this is a fasting
21     glucose reading?
22          A    Yes.
23          Q    And do you see that it says that she had a
24     glucose of 134?
25          A    Yes.
```

♀

87

```
 1          Q    And that's indicative of diabetes?
 2          A    It could be.
 3          Q    It would need to be confirmed?
 4          A    Correct.
```

Page 78

jm100608.txt

5        Q    But it certainly is consistent with the idea

6    that Mrs. Burns had diabetes before she ever took

7    Seroquel?

8        A    It's not inconsistent with it.

9        Q    Well, it's consistent with it?

10       A    Yes.

11       Q    And you would agree that this would be an

12   important piece of information to consider in forming an

13   opinion as to whether Mrs. Burns had diabetes before she

14   ever took Seroquel?

15       A    Yes, as are some of the other blood glucoses

16   that we have talked about.

17       Q    But this one, which is fasting nine hours on

18   the lab, you didn't make note of in your report?

19       A    I must have missed it.

20       Q    And does that likely indicate to you that it

21   also was not on the summary you were provided?

22       A    I don't know that that was the case.

23   (BY Ms. Freiwald)

24           MS. FREIWALD:  Can I see the Social Security

25           disability?

♀

                                                              88

1           MR. PIRTLE:  When you get to a point I would

2           like to take a break, but go ahead and do this

3           document.

4           MS. FREIWALD:  Okay.

5           (Whereupon, the below referred to document

6           was marked as Defendant's Exhibit No. 9.)

7    BY MS. FREIWALD:

                        Page 79

jm100608.txt

8          Q     We will mark this one as Exhibit 9, and I

9     misspoke, it is the Social Security disability record,

10    first page is 67, but it's from 12/26/2000, has multiple

11    dates on it, but that's the first date.

12          Doctor, this note also was not referenced in

13    your expert report in which you are offering opinions

14    about the role of Quetiapine causing Mrs. Burns'

15    diabetes, right?

16          A     That is correct.

17          Q     And can you see that there is a time of

18    6:30 a.m. in the morning in the upper left hand corner

19    of this document?

20          A     Yes.

21          Q     And typically in your practice that would be

22    consistent with a fasting glucose reading, would it not?

23          A     Most likely.

24          Q     And Mrs. Burns' glucose level is 127 according

25    to this laboratory report, correct?

                                                         89

1          A     Correct.

2          Q     And certainly if you were to take the 134

3     fasting reading you just looked at, and the 127 reading

4     that we have on 12/26/00, together they would be

5     confirmatory of diabetes?

6          A     Well, again, I think you have to consider the

7     circumstances that the blood sugars were taken under.

8          Q     The ADA criteria have two fasting glucose

9     readings is confirmatory of diabetes, correct?

10          A     Correct, but I wouldn't want to hang my hat on

jm100608.txt

11    blood sugars that were drawn while someone was in the
12    hospital under stress.
13        Q    Is there any indication that this record was
14    done in the hospital while Mrs. Burns was under stress?
15        A    It says Inpatient Services under the address.
16        Q    Do you have any knowledge of what was going on
17    with Mrs. Burns in 2000?
18        A    Specifically at this time, no.
19        Q    And what about the prior record from 8/10/00,
20    any indication that was done under stress?
21        A    No, I don't think you know that, though.
22        Q    It is an outpatient lab, correct?
23        A    Appears to be.
24        Q    Certainly these two readings - recognizing the
25    caveat you have imposed - certainly these two readings

♀

90

1     are consistent with the diagnosis of diabetes before
2     Mrs. Burns ever took Seroquel, correct?
3         A    It could be consistent with it, yes.
4         Q    They are consistent with it?
5         A    Given the caveat that I have mentioned.
6         Q    Do you agree that the process of becoming
7     diabetic takes years?
8         A    Yes.
9         Q    It's a slow and kind of incremental process?
10        A    Yes, in most cases.
11        Q    And do you agree that about a quarter of
12    people with diabetes don't know that they have diabetes?
13        A    Approximately.

jm100608.txt

14        Q    And do you agree that most patients who are

15   diagnosed with diabetes have actually had diabetes for

16   five to ten years before they get the diagnosis?

17        A    Some period of time, yes.

18        Q    What period of time do you use in your

19   clinical practice?

20        A    Five years.

21        Q    So it's actually more likely than not that on

22   the day somebody receives their diagnosis of diabetes

23   they are not new to having the disease?

24        A    If that person has not received ongoing

25   medical care, yes.

♀

                                                              91

 1        Q    Even if they have received ongoing medical

 2   care because of fluctuations in glucose levels or

 3   whatever, there is a certain amount that just gets

 4   missed?

 5        A    True.

 6        Q    And there is a certain amount that is

 7   evidenced by laboratory findings, but might not lead a

 8   doctor to affirmatively give somebody a diagnosis,

 9   correct?

10        A    Correct.

11        Q    So there are certainly patients who that get a

12   diagnosis of diabetes today, you as a clinician go back

13   and say let me go back and look at their medical records

14   and see what is going on, and when you go back you say,

15   boy, I probably would have had enough here to either

16   diagnose them with diabetes years ago or certainly have

jm100608.txt

17  a strong suspicion of diabetes years ago?

18      A    That does happen, yes.

19      Q    So for most patients the day that they get

20  diagnosed with diabetes is not the day that they have

21  actually gotten the disease?

22      A    For most patients, for many patients, yes.

23      Q    And for most patients they haven't gotten the

24  disease even within a month or two or six of their

25  diagnosis?

♀

92

1       A    For many patients that's true.

2       Q    Can you quantify?

3       A    I don't think so.

4       Q    For a large group of patients, correct?

5       A    Yes, correct.

6           MS. FREIWALD:  Do you want to take a break?

7           MR. PIRTLE:  Sure.

8       (Whereupon, a short recess was had at

9       11:11 a.m.)

10      (BY Ms. Freiwald)

11  BY MS. FREIWALD:

12      Q    Doctor, I didn't do this, I want to go back

13  and show you the record that you actually noted was that

14  157 reading in December of 1998.

15      A    Sure.

16          MS. FREIWALD:  And I guess that's 10; is that

17      right?

18      (Whereupon, the above referred to document

19      was marked as Defendant's Exhibit No. 10.)

jm100608.txt

20    BY MS. FREIWALD:

21         Q     And did you have an opinion at the time that

22    you wrote your report about whether that reading was

23    fasting or not fasting?

24         A     Judging by the time was why I questioned

25    whether it was random.

♀

                                                                    93

1          Q     So you would have to know more to absolutely

2     confirm whether it was random or not, but you used that

3     same time test that we used earlier to make a estimation

4     about whether it was?

5          A     This made me suspicious that it wasn't fasting

6     because of the time, yes.

7          Q     If we assume that it's not fasting, this would

8     still be indicative of glucose intolerance or

9     prediabetes, correct?

10         A     It could be, again, it depends on the

11    circumstances that it was drawn under.

12         Q     What did this reading tell you if anything?

13         A     I was suspicious that it was probably an

14    abnormal reading.

15         Q     That it was probably indicative of a real

16    abnormality in Mrs. Burns?

17         A     Yes, it was indicative of abnormal glucose.

18         Q     If Mrs. Burns had been your patient in 1998,

19    would you have wanted to do two fasting glucose readings

20    to find out definitively whether she had diabetes at

21    that time, knowing nothing else?

22         A     Yes, or an oral glucose tolerance test I think

                              Page 84

jm100608.txt

23      I would have wanted to look into.

24          Q      So if you had no other evidence for Mrs. Burns

25      as of December of 1998 and you got back this lab value,

♀

94

1       you probably would have had a nurse in your office call

2       her up and say we need to bring you back in and do more

3       blood work to confirm your diabetes status?

4           A      Yes.

5           Q      And even though this is not a fasting reading,

6       in light of the three fasting readings I showed you in

7       1994 and the fasting reading of 134 after nine hours

8       that I showed you, this is certainly very strongly

9       suggestive of the fact that Mrs. Burns had diabetes

10      before she ever took Seroquel, correct?

11          A      It certainly would have prompted me to do

12      formal testing to see if she had diabetes, yes.

13          Q      But I'm actually asking you a slightly

14      different question, because the question you answered a

15      minute ago was assuming you knew nothing else about

16      Mrs. Burns, but you got this reading in December of

17      1998; now I am saying to you sitting here today having

18      seen her three elevated readings in '94, and then nine

19      hour fasting reading of 134 and then this together,

20      isn't it true that they are very strongly suggestive

21      that it was more likely than not that Mrs. Burns had

22      diabetes before she ever took Seroquel?

23          A      They were very suggestive that she could have

24      had diabetes before she took Seroquel, depending again

25      on the circumstances that they were drawn under.

jm100608.txt

♀

1          Q     Very strongly suggestive that she did have
2     diabetes before she ever took Seroquel?
3               MR. PIRTLE:   Objection, form.
4               THE WITNESS:   Ask again, please.
5     BY MS. FREIWALD:
6          Q     They are very strongly suggestive that she had
7     have diabetes before she ever took Seroquel?
8          A     They suggest that she could have, yes.
9          Q     You said that many patients have diabetes
10    years before they are diagnosed, my question to you is
11    is there some category of patient that you are holding
12    out that is an exception to that rule?
13         A     If I understand your question correctly.
14    Maybe you better repeat the question.
15         Q     Sure.   We had a conversation before we took a
16    break about the fact that diabetes is progressive, it
17    takes a long time to develop, develops kind of in little
18    bits along the way, and that most people who get a
19    diagnosis of diabetes actually had the disease without
20    knowing it years before their diagnosis?
21         A     Yes, many people have.
22         Q     And my question to you is whether there is any
23    category of patient that you carve out as an exception
24    to that rule?
25         A     No, I don't think so.

♀

jm100608.txt

1        Q      Are there any factors or variables that you
2    would look to to say this patient is different, this
3    patient probably didn't have diabetes for a long time
4    before her diagnosis?
5        A      Well, patients that you have documentation of
6    previous normal blood sugars for instance.
7        Q      Have you ever seen a patient who's had really
8    strong and consistent documentation of normal readings
9    and then all of a sudden they are diabetic?
10       A      I don't know the answer to that.  I can't
11   remember.
12       Q      In your clinical practice you can't think of a
13   single case of that happening?
14       A      Mostly that happens where the person wasn't
15   receiving healthcare and they suddenly developed
16   diabetes because they never had been to a provider
17   before.
18       Q      So they don't suddenly develop diabetes, they
19   suddenly learn that they have developed diabetes?
20       A      It suddenly comes to the attention of the
21   health system.
22       Q      I was asking you the other extreme, in your
23   practice as an endocrinologist going back some 20 years
24   or so, can you think of a single patient who had
25   consistent and good evidence of not being diabetic and

⚲

97

1    then all of a sudden they were diabetic with Type II
2    diabetes?

Page 87

jm100608.txt

3          A    It can happen if someone has for instance a

4     myocardial infarction or something and that is the

5     presenting symptom, the stress that brings the elevated

6     blood sugar, actually brings it out.

7          Q    That is another example of somebody who

8     probably didn't have good documentation of their health

9     status?

10         A    Well, I don't know that for sure, but I can't

11    say it could never happen, it would be unusual.

12         Q    It would be highly unusual for somebody to

13    have the development of diabetes coincide with the first

14    diagnosis of diabetes?

15         A    Yes, I think that's fair to say.

16         Q    And is there anything in Mrs. Burns'

17    presentation that makes you think that she is an

18    exception to the rule that most patients have actually

19    had diabetes for years before they learn of their

20    diagnosis?

21         A    No.

22         Q    I want to talk about Mrs. Burns' weight for a

23    little bit.  And I want to start with the last paragraph

24    of your report where you say that based on my review of

25    Mrs. Burns and her medical records it is my opinion

♀

98

1     based on reasonable medical probability that Seroquel

2     was a cause of her developing Type II diabetes; in light

3     of what we have discussed this morning, are you still

4     prepared to give an opinion that Seroquel more likely

5     than not to a reasonable degree of medical certainty was

Page 88

jm100608.txt

6   a cause of her developing Type II diabetes?

7        A    I don't think we have documentation prior to

8   her being diagnosed that she clearly had diabetes.

9        Q    That wasn't my question.   My question is with

10  everything we have talked about, are you still prepared

11  to say to a reasonable degree of medical certainty that

12  Seroquel was a cause of her having diabetes?

13       A    I think that it became apparent after she was

14  on the Seroquel that is the first time that she was

15  diagnosed with diabetes.

16       Q    Well, we have discussed the fact that

17  diagnosis and onset of disease don't coincide, so I need

18  to ask the same question; are you really still going to

19  offer an opinion, Doctor, that with everything you know

20  about Mrs. Burns you can say to a reasonable degree of

21  medical probability that Seroquel was a cause of her

22  developing Type II diabetes?

23            MR. PIRTLE:   Objection, form, asked and

24            answered, but you can answer it one more time the

25            way you want to.

♀

99

1             THE WITNESS:   I think that the diabetes

2             develops on a continuum, and we don't know exactly

3             when she developed diabetes, so the Seroquel could

4             have been a cause of her developing diabetes.

5                  We don't have a diagnosis of it beforehand.

6             We can say that people do have it for longer than

7             when they get diagnosed, but we don't know when she

8             really developed it.

Page 89

jm100608.txt

    9        (BY Ms. Freiwald)
   10    BY MS. FREIWALD:
   11        Q    Well, we know that she had evidence that was
   12    consistent with her having diabetes before she took
   13    Seroquel, right?
   14        A    We had evidence that she had glucose
   15    disregulation.
   16        Q    And certainly at a level that was consistent
   17    with the diagnosis of diabetes, even though it wasn't
   18    actually given to her?
   19        A    I don't think you can conclusively say that
   20    that, those other blood sugars are indicative for
   21    certain that she had diabetes.
   22        Q    Okay.  I understand you don't want to say for
   23    a hundred percent certain that she had diabetes, but my
   24    question is the flip of that, you are being asked, I am
   25    asking you whether you are going to say that it is more

                                                                100

    1    probable than not to a reasonable degree of medical
    2    probability that Seroquel was a cause of her getting
    3    diabetes, was a direct contributor to her getting
    4    diabetes?
    5        A    I think it's possible, because I can't say
    6    when she developed diabetes.
    7        Q    So your testimony is it was possible?
    8        A    Yes.
    9        Q    And that is based upon the temporal connection
   10    between when she used Seroquel and when she got a
   11    diagnosis of diabetes?
                            Page 90

jm100608.txt

12      A    Yes.

13      Q    And you don't know when she actually got the

14  disease of diabetes?

15      A    It depends on your definition of when diabetes

16  starts, correct.

17      Q    What definition of when diabetes starts do you

18  use?

19      A    Well, we use an arbitrary time point of a

20  fasting blood sugar of 126.

21      Q    You certainly wouldn't suggest a cutoff that

22  is higher than 126, would you?

23      A    No.

24      Q    So the lower the cutoff you would use, and I

25  understand the standards are getting more rigorous,

♀

101

1   right?

2       A    Yes.

3       Q    The lower the use, the lower the number you

4   would use the more likely it would be that you would

5   call her diabetic earlier rather than later, correct?

6       A    That is correct.

7       Q    We know for certain that she developed the

8   disease of diabetes at some point before August of 2003,

9   correct; we can agree on that?

10      A    Can I take a look for a second, before August

11  of 2003?

12      Q    Yes.

13      A    Yes.

14      Q    And you don't know, you weren't aware of a

Page 91

jm100608.txt

15   medical record where she told people she had developed

16   diabetes in August of -- I'm sorry, strike that.

17        You were not previously aware of any records

18   where Mrs. Burns had written herself that she had

19   diabetes by 2000?

20        A    No, I am not aware of that.

21        Q    And you can't say how much before August of

22   2003 she actually developed the disease of diabetes?

23        A    That is correct.

24        Q    If you were to use a number below 126 you

25   might have even stronger evidence of her having diabetes

♀

102

1    before she ever took Seroquel, correct?

2         A    Yes.

3         Q    So the only opinion you are going to offer if

4    I understand it is that Mrs. Burns happened to be using

5    Seroquel you believe during the time period that she

6    received a diagnosis of diabetes?

7              MR. PIRTLE:   Objection form.   You can answer.

8              THE WITNESS:   She was started on Seroquel

9         approximately a year before she was diagnosed

10        with -- wasn't it a year, yes, approximately a year

11        before she was diagnosed.

12   BY MS. FREIWALD:

13        Q    Eight months.

14        A    In 6/02 she was started on Seroquel and in

15   8/03 she was diagnosed with diabetes, and isn't that 14

16   months?

17        Q    Doctor, is that your understanding of the

Page 92

jm100608.txt

18    chronology in this case?

19         A    I don't understand the question.

20         Q    Is that your understanding of the chronology

21    in this case with regard to how long she was using

22    Seroquel before she received the diagnosis of diabetes?

23         A    That is my understanding, yes.

24         Q    And your opinion that Seroquel could be a

25    cause of her diabetes is based upon the temporal

♀

                                                         103

1    connection between her using Seroquel and her receiving

2    a diagnosis of diabetes, correct?

3         A    No, it's based on the fact that after being

4    put on the Seroquel she gained quite a bit of weight and

5    then the diagnosis, then she had a very high blood sugar

6    and the diagnosis of diabetes was made.

7         Q    I want to put the weight aside for just a

8    minute.

9         A    Okay.

10         Q    Is there any methodology that you have

11    employed to say that would allow you to conclude that

12    the onset of her diabetes came during the time period

13    where she was on Seroquel as opposed to before she

14    started Seroquel?

15         A    Is there any what?

16         Q    Methodology that you can explain to me that

17    would allow you to form a conclusion that Mrs. Burns

18    developed diabetes while she was on Seroquel as opposed

19    to before she started on Seroquel?

20              MR. PIRTLE:   Objection, form.   You can answer

jm100608.txt
21          if you can.
22              THE WITNESS:  If I understand your question,
23          correct, no, there is no methodology that I can
24          give you.
25

                                                              104

1          (BY Ms. Freiwald)
2     BY MS. FREIWALD:
3          Q     Let's talk about the weight.  You agree -- do
4     you know if Mrs. Burns was obese back in 1994?
5          A     1994 I don't know.
6          Q     Do you agree that Mrs. Burns was obese in
7     1998?
8          A     I don't know.  She weighed 179 pounds, but I
9     don't think I could find a height on her so I couldn't
10    really calculate what her body mass index is so I don't
11    know if she was obese.
12         Q     You didn't find any medical records that had
13    Mrs. Burns' height?
14         A     I don't recall, because I know on the other
15    patients I calculated the body mass index, and I don't
16    know why I wouldn't have done it here if I indeed had a
17    height on her.
18         Q     Do you know for how long Mrs. Burns weighed
19    179 pounds before she used Seroquel?
20         A     No, I don't know that.
21         Q     If her weight was in the 175 to 180 range for
22    only a few months in 1998 and 1999, would you agree that
23    you needed to look at other ways to get a sense for what
                          Page 94

jm100608.txt

24    her kind of baseline BMI was prior to using Seroquel?

25         A    Can you repeat the question?

♀

                                                              105

1         Q    Sure.   And I probably confused weight and BMI.

2              If it's true that her weight was in the high

3    170's only for a period of a few months in the late

4    1998, early 1999 time period, would you agree that you

5    would need to look at other weights to fairly assess

6    what her baseline weight was, kind of what the state was

7    of her chronic weight prior to using Seroquel?

8         A    Yes.

9         Q    And you have never seen any weights for

10   Mrs. Burns going back to 1994, correct?

11        A    I didn't see any medical records going back to

12   1994.

13        Q    Let's take at Bay Medical 562, 4/25/94, we

14   will mark this as 11.

15             (Whereupon, the above referred to document

16             was marked as Defendant's Exhibit No. 11.)

17        (BY Ms. Freiwald)

18   BY MS. FREIWALD:

19        Q    Doctor, we have handed you Bay Medical Center

20   562, and I actually have to say I have no real idea why

21   the other documents are attached to this, why don't we

22   just look at the first page, you are welcome to look at

23   the others if I am forgetting why they are relevant,

24   that's fine.   But if you would just look at 562 and we

25   will call that Exhibit 11.

                          Page 95

jm100608.txt

♀

106

1          Do you see that on a preanesthetic evaluation

2    her weight is listed at 200 pounds and her height is

3    listed as 5'7"?

4          A    Yes.

5          Q    Do you have a rough idea of what her BMI would

6    be, assuming that those two parameters are accurate?

7          A    I would have to have a calculator, but she is

8    clearly at least overweight.

9          Q    I did it on one of those Internet calculators

10   and I got 31.3, does that sound about right to you?

11         A    I guess so, it sounds a little high, but if

12   you did it with a calculator, then I'm sure it's

13   accurate.

14         Q    So that would be in the obese range, correct?

15         A    Yes.

16         Q    And can we look at 4/16/98, and this will be

17   12.

18         (Whereupon, the above referred to document

19         was marked as Defendant's Exhibit No. 12.)

20   BY MS. FREIWALD:

21         Q    Do you see this record again has her at 5'7"

22   on 4/16/98?

23         A    Right.

24         Q    This is Bataine 12, and it has her on 4/16/98

25   at 211 and a half pounds, and at 4/30/98 at 211 and 3

♀

107

1    quarters pounds, correct?

jm100608.txt

2        A    Correct.

3        Q    And you didn't note either of these weights in

4   your reports?

5        A    I think that is the 211 pounds that I wrote.

6        Q    Did you note for how long she was in that

7   range?

8        A    No, because I didn't have -- I didn't see or I

9   didn't have the records from 1994 that you showed me

10  before.   The earliest records I had were from 1997, or

11  1998, sorry.

12       Q    Okay.  Well, I am going to show you a couple

13  of other intervening records, I am not going to

14  represent that they are the only ones, but essentially

15  as I understand it there are records from February and

16  March of 1995, in between the two time periods that that

17  we just looked at where her weight dips down a little

18  bit from 200 to 198 or 196 before it goes back up to

19  211, okay?

20       A    Yes.

21       Q    Did you see any of those records in your

22  reviewing for this case?

23       A    Not that I recall.

24            (Whereupon, the below referred to document

25            was marked as Defendant's Exhibit No. 13.)

♀

108

1        (BY Ms. Freiwald)

2   BY MS. FREIWALD:

3        Q    Here is 13 from 2/6/95, and you see it has a

4   weight of 198?

Page 97

jm100608.txt

```
 5        A    Yes.

 6        Q    Yes?

 7        A    Yes.

 8        Q    I don't want to pull out tons of records, but

 9   would you agree with me that it appears that Mrs. Burns

10   was 200 pounds in 1994, in April of 1994, she maybe went

11   down a little bit and then she came back up to 211 and

12   something in 1998, correct?

13        A    Yes.

14        Q    And then do you know what her weight pattern

15   was from say April of 1998 to the note that you have in

16   179?

17        A    That was in May of 1998 when she was 179.

18        Q    Are you sure?

19        A    I am pretty sure.

20             (Whereupon, the below referred to document

21        was marked as Defendant's Exhibit No. 14.)

22        (BY Ms. Freiwald)

23   BY MS. FREIWALD:

24        Q    I am going to show you a note from May of 1998

25   that I have, and we will mark it as 14.
```

♀

```
 1             Would you agree with me, Doctor, that that

 2   came, which we have marked as Exhibit 14, reflects that

 3   Mrs. Burns actually weighed 210 to 210 and 3 quarters in

 4   May and June of 1998?

 5        A    Yes, I would have to find the one that was -

 6   that I was referring to.

 7        Q    Okay.  And sitting here today you can't tell
```

jm100608.txt

8    me what doctor took the weight that you think you

9    remember at 179 in 1998?

10        A    No.

11        Q    Is there any other time that you think she

12   weighed in the high 170's?

13        A    Is there any other time I think she weighed in

14   the 170's, not that I recall.

15        Q    Assuming that she weighed 210 or 210 plus in

16   May of 1998, do you know what happened to her weight

17   pattern between then and let's say October of 2007?

18        A    No.

19        Q    Have you made any effort to chart Mrs. Burns'

20   patterns of gaining and losing weight?

21        A    What do you mean by charting them?

22        Q    To do a graph or a chart or any kind of a

23   computation of how she went up and down over time?

24        A    No, other than what is here.

25        Q    How many weights did you have for Mrs. Burns,

♀

110

1    if you can tell me roughly?

2         A    I don't know.

3         Q    Was it your assumption when you wrote this

4    report that 179 was more or less a steady weight for

5    Mrs. Burns between 1998 and when she was diagnosed with

6    diabetes?

7         A    No.

8         Q    What was your understanding?

9         A    Well, here I have written that her weight had

10   increased 30 pounds by April of 2003.

Page 99

jm100608.txt

```
11          Q    Yes, but that's including the time period when
12    she was already on Seroquel?
13          A    Okay, sorry.
14          Q    I'm sorry, I didn't ask my question clearly.
15    Let me ask it better.
16               Was it your impression from your review of the
17    medical records that 179 was more or less a steady
18    weight for Mrs. Burns between May of 1998 and when she
19    started Seroquel?
20          A    I don't recall.
21          Q    Do you have an understanding of Mrs. Burns
22    having maintained a steady weight for any six month
23    period let's say?
24          A    No, no.
25          Q    Let's look at 12/31/98, and 6/99, let's first
```

♀

                                                                    111

```
 1    look 15 at the record from 12/98 that is 15, do you know
 2    what she was hospitalized for at this time period?
 3               MR. PIRTLE:  Do you have another copy?
 4               MS. FREIWALD:  Sure, sorry.
 5               (Whereupon, the above referred to document
 6          was marked as Defendant's Exhibit No. 15.)
 7               THE WITNESS:  It seems like she was
 8          hospitalized with major depression.
 9          (BY Ms. Freiwald)
10    BY MS. FREIWALD:
11          Q    Did you review the records relating to
12    Mrs. Burns' hospitalization 1998?
13          A    I don't recall.
```
                        Page 100

jm100608.txt

```
14        Q    Are you aware that Mrs. Burns attempted to

15   commit suicide?

16        A    Yes, I was aware of that.

17        Q    And do you know when that was or how many

18   occasions that was?

19        A    No, I don't recall.

20        Q    Do you know sitting here today how she tried

21   to kill herself?

22        A    No.

23        Q    No?

24        A    No.

25        Q    Do you know how sick she was at the time that
```

♀

112

```
 1   she tried to kill herself, how close she came to

 2   succeeding in that attempt?

 3        A    No.

 4        Q    Would knowing whether or not she had been

 5   hospitalized for a suicide attempt impact how strongly

 6   you would rely on a weight record from December of 1998?

 7        A    I don't understand the question.

 8        Q    Well, if a patient has been hospitalized for

 9   several days because they have just tried to kill

10   themselves, and came very close to succeeding, that

11   could have an impact on their weight, correct?

12        A    In what way?

13        Q    You don't know, it could make them lose

14   weight, it could make them gain weight, they haven't

15   been in a normal state?

16        A    I suppose.
```
                         Page 101

jm100608.txt

17          Q      You don't know anything about how ill
18      Mrs. Burns was at the time that this weight was given in
19      December of 1998, do you?
20          A      No, I don't think I spent very much time
21      looking at psychiatric records per se.
22          Q      Okay.  But you did put some weight on the fact
23      that her weight was 179 pounds in December of 1998, yes?
24      You noted that in your report?
25          A      Let me check.

♀

                                                                    113

1           Q      Although you had it as May of 1998.
2           A      Then I wasn't referring to December of 1998.
3           Q      So your testimony is you don't think you were
4       confused with the dates, you think there is another
5       record that you were relying on?
6           A      I think so.
7           Q      And let's look at this record that I am
8       showing you that was we marked as Exhibit 15, has
9       Mrs. Burns' weight at 179, and her height at actually
10      5'5" in December of 1998, correct?
11          A      I doubt it, I mean people's height doesn't
12      change.
13          Q      It's documented, and we don't know whether any
14      of these heights were actually measured or they were
15      just given, correct?
16          A      Correct.
17          Q      And is this the record that you also used to
18      take her serum glucose reading and her triglycerides in
19      1998 or don't you know?
                         Page 102

jm100608.txt

20      A      They seem to be the same.

21      Q      But you don't remember actually looking at

22   this record, you are just comparing it and saying this

23   must have been the record, but you actually pulled the

24   values off of your summary provided by Glenda, right?

25      A      I don't recall.

♀

114

1      Q      Do you have any recollection sitting here

2   today of having seen this Bay County Behavioral Health

3   Center medical record before you wrote your report?

4      A      It looks vaguely familiar.

5      Q      Do you remember actually looking at it and

6   pulling out the values?

7      A      I don't remember.

8      (BY Ms. Freiwald)

9          MS. FREIWALD:  Let's look at what I will mark

10      as 16.

11          (Whereupon, the above referred to document

12          was marked as Defendant's Exhibit No. 16.)

13   BY MS. FREIWALD:

14      Q      And would you agree with me that this document

15   which Bataine 6 has two date entries, one for 4/29/99

16   and one for 6/16/99?

17      A      That is correct.

18      Q      And the first entry has her weight at 176, and

19   then a little under two months later a weight 196?

20      A      Correct.

21      Q      Are you able to tell me at all what the

22   pattern of weight fluctuation was that Mrs. Burns had

jm100608.txt

23    between December of 1998 and June of 1999 other than

24    what I have just shown you in these records?

25         A    No.

♀

115

1         Q    And do you know whether Mrs. Burns' weight

2    continued to climb for any period of time after June of

3    1999 and up to before she started using Seroquel?

4         A    No.

5         Q    Do you know what Mrs. Burns has reported to be

6    her highest weight before she ever started using

7    Seroquel?

8         A    No.

9         Q    Was it important to your opinion in this

10    case -- Strike that.

11         Is it important to your opinion in this case

12    whether or not the highest weight that Mrs. Burns

13    attained on Seroquel was higher than the highest weight

14    she attained before she ever took Seroquel?

15         A    Is it important?

16         Q    Yes.

17         A    Yes.

18         Q    Why is that?

19         A    Because the weight gain could have been

20    related to the Seroquel.

21         Q    Have you formed an opinion whether the weight

22    gain was related to the Seroquel?

23         A    I don't think you could say with one hundred

24    percent certainty.

25         Q    Are you going to offer an opinion to a
                         Page 104

jm100608.txt

♀

116

```
1    reasonable degree and medical certainty that the weight
2    gain was caused by the Seroquel?
3        A    It may have been aggravated by the Seroquel.
4        Q    No, that is not what I am asking, I am asking
5    whether you are going to offer an opinion to a
6    reasonable degree of medical certainty that any amount
7    of weight gain during any period of time when Mrs. Burns
8    was taking Seroquel was caused by her taking Seroquel?
9        A    You cannot say that with absolute certainty,
10   no.
11       Q    You can't say that with a reasonable degree of
12   medical certainty?
13       A    Yes, I think you can say with a reasonable
14   degree of medical certainty that the Seroquel impacted
15   her weight.
16       Q    What methodology do you have for saying that?
17       A    I know that medications of this class are
18   associated with weight gain.
19       Q    Do you need to know what somebody's baseline
20   weight was in order to --
21       A    Uhm --
22       Q    You are not saying that everybody who takes
23   Seroquel gains weight, right?
24       A    No, I am not saying that.
25       Q    And you are not saying that any amount of
```

♀

117

jm100608.txt

```
1    weight that a patient gains while taking Seroquel is
2    necessarily attributable to the Seroquel?
3        A    Correct.
4        Q    And do you have an opinion as to what the mean
5    or median amount of weight gain is that is associated
6    with Seroquel?
7        A    No.
8        Q    Do you know what any of the clinical trial
9    data suggestions about the mean or median weight gain
10   typically seen in patients who take Seroquel at any
11   particular dose?
12       A    No.
13       Q    Or for any particular duration?
14       A    No.
15       Q    Do you have any way of ruling out other causes
16   of weight gain for any particular patient such as
17   Mrs. Burns who gained weight and happened to be taking
18   Seroquel?
19       A    Could you ask me again?
20       Q    Yes, sure.  Did you attempt to go through
21   Mrs. Burns' medical record and look for whether there
22   were explanations other than Seroquel for Mrs. Burns'
23   weight patterns during the time period that she was on
24   Seroquel?
25       A    Did I look through the medical record during
```

⚢

118

```
1    the time period she was on Seroquel to see if there were
2    other explanations for her weight gain, is that what you
```

Page 106

jm100608.txt

3    are asking for?

4         Q    For her weight patterns is what I actually

5    said.

6         A    I don't recall.

7         Q    Did you look through the medical record to see

8    if her weight patterns on Seroquel were similar to or

9    different from her weight patterns before taking

10   Seroquel or after taking Seroquel?

11        A    Probably.

12        Q    Do you know whether they were similar or

13   different?

14        A    She had weight gain both before and after

15   taking Seroquel.

16        Q    Did she have periods of weight loss before,

17   during and after taking Seroquel?

18        A    I don't recall if she had periods of weight

19   loss after Seroquel.  I don't recall whether she had

20   weight loss after starting on Seroquel.  She did have

21   fluctuations of her weight prior to going on it.

22        Q    You and I may be using after differently.

23             Do you know whether she had periods of weight

24   gain and loss before Seroquel?

25        A    Yes.

♀

                                                        119

1         Q    And the answer is?

2         A    Yes, she did.

3         Q    Do you know whether she had periods of weight

4    gain and loss after she was off of Seroquel?

5         A    I don't recall.

                        Page 107

jm100608.txt

6        Q    Do you know how her current weight compares to

7   her weight at any point in time before she started

8   taking Seroquel?

9        A    I don't remember.

10       Q    Do you know whether she had periods of weight

11  loss as well as weight gain while she was on Seroquel?

12       A    No, I don't recall.

13       Q    Do you know whether her weight at the time

14  that she was diagnosed with diabetes was higher, lower,

15  or the same as her highest attained weight before she

16  ever took Seroquel?

17       A    I'm sorry, ask me again.

18       Q    Sure.  Do you know if Mrs. Burns' weight on

19  the day that she was diagnosed with diabetes was higher,

20  lower, or basically the same as her highest attained

21  weight before she ever took a single Seroquel pill?

22       A    It was approximately the same.

23       Q    Given that it was approximately the same in

24  your view, is there any methodology that you could use

25  to say that Mrs. Burns had a weight gain on Seroquel

♀

120

1   that was a cause for her getting diabetes?

2        A    Well, undoubtedly her weight gain was part of

3   the cause of her getting diabetes.

4        Q    Her chronic weight gain, her being obese going

5   back at least to 1994, I understand that.

6             But if Mrs. Burns was no heavier at the time

7   she got diagnosed with diabetes and was taking Seroquel

8   then she had been years before she ever took a single

jm100608.txt

```
 9    Seroquel pill, what methodology do you have to say that

10    Seroquel caused her to add some additional weight that

11    made her get diabetes?

12         A    At the later stage of her life she would have

13    perhaps been more at risk for the development of

14    diabetes because she is older.

15         Q    So you are saying if she took Seroquel, never

16    gained a pound, you could still blame Seroquel for her

17    diabetes because being older makes her more vulnerable

18    to having that same weight?

19              MR. PIRTLE:  Objection, form.  You can answer

20         if you can.

21              THE WITNESS:  I don't think I can answer that.

22         (BY Ms. Freiwald)

23    BY MS. FREIWALD:

24         Q    Well, by your logic what you have told me so

25    far is that Seroquel didn't cause her to be any heavier
```

♀

121

```
 1    on the day of her diagnosis than she had been at points

 2    years before she took Seroquel; we agree with that,

 3    right?

 4         A    Yes.

 5         Q    And then you told me, well, but that same

 6    weight might have been worse for her as she got older?

 7         A    Correct.

 8         Q    Well, by that logic you would blame Seroquel

 9    for giving her diabetes even if it never made her gain a

10    single pound because just carrying that same weight as

11    she got older was harder for her pancreas to bear?
```

Page 109

jm100608.txt

```
12              MR. PIRTLE:  Objection, form.  You can answer
13         if you can.
14              THE WITNESS:  What I am saying is that at the
15         later age the same amount of weight that didn't
16         cause her to have diabetes before might be a cause
17         of her diabetes now because she is older.
18    BY MS. FREIWALD:
19         Q    Okay.  But how do you blame Seroquel for that
20    if you can't figure out what amount of weight Seroquel
21    made her gain, she is the same before she was after?
22              MR. PIRTLE:  Objection, argumentative.  You
23         can answer if you can.
24              THE WITNESS:  I can't answer it.
25
```

♀

                                                          122

```
1     BY MS. FREIWALD:
2          Q    How do you implicate Seroquel if you can't
3     find a net weight gain?
4               MR. PIRTLE:  Same objection.
5               THE WITNESS:  I think I have answered that.
6     BY MS. FREIWALD:
7          Q    No, you haven't.  I think what you have told
8     me is that you think Seroquel can be a cause of diabetes
9     in some patients because it can make some patients gain
10    weight, I think that's part of your opinion, right?
11         A    That's one of the mechanisms by which it could
12    cause diabetes.
13         Q    Is there any other mechanism that you are
14    claiming has been proved to a reasonable degree of
```

Page 110

jm100608.txt

15  scientific certainty?

16      A   There are some theories.

17      Q   Any mechanism that has been demonstrated?

18      A   I think there is some evidence that you can

19  develop diabetes on medications such as Seroquel without

20  weight gain because some people develop the diabetes

21  within a short period of time after being started on

22  those medications before they would have time to gain

23  considerable weight.

24      Q   Name me the study that are you using to

25  support that proposition.

♀

123

1       A   Can I see the list?

2       Q   Sure.

3       A   I mean there is one, I reviewed it recently.

4   It was a study that looked at glucose transport in

5   adipose tissue, and with several of the atypical

6   antipsychotics and found out that there were some

7   alterations in glucose transport.

8       Q   And are you saying that study is proof?

9       A   No, I didn't say proof.

10      Q   So you are not going to get on the stand and

11  tell a jury that it's been demonstrated that there is

12  some mechanism other than weight gain by which Seroquel

13  caused this patient to become diabetic?

14          MR. PIRTLE:   Objection, form.

15  BY MS. FREIWALD:

16      Q   Correct?

17      A   No, I never said that has been proven.

Page 111

jm100608.txt

18          Q     And are you not going to get on the stand and

19     say to a reasonable degree of medical certainty that you

20     can offer an opinion that there is a mechanism other

21     than weight gain by which Seroquel causes or can cause a

22     patient to become diabetic?

23          A     I think the fact that some people develop

24     diabetes relatively soon after being started on some of

25     these medications would suggest that there could be

♀

                                                              124

1      another mechanism.

2           Q     Well, actually we have discussed the fact that

3      most people who get a diagnosis with diabetes have had

4      diabetes years before and they just didn't know it?

5           A     Yes, they did discuss that.

6           Q     So you are not a pharmacologist, right?

7           A     Correct.

8           Q     You are not a toxicologist?

9           A     Correct.

10          Q     You haven't done a full review of the

11     pharmacology or toxicology literature or for Seroquel or

12     for any antipsychotic, right?

13          A     No, no.

14          Q     And you are not going to say that there is any

15     mechanism by which Seroquel directly causes somebody to

16     gain weight, causes somebody to become diabetic,

17     correct?

18                MR. PIRTLE:  Objection, form.

19                THE WITNESS:  There is suggestion in the

20          literature that there may be other mechanisms by

Page 112

jm100608.txt

21          which people develop diabetes.

22     BY MS. FREIWALD:

23          Q     There is lots of suggestions and lots of

24     things in the literature, and that doesn't make them

25     proof, correct?

º

                                                              125

1           A     Correct.

2           Q     So putting aside speculation possibilities

3      things we might know about in 10 years or 20 years, and

4      there is thousands of those things, right; would you

5      agree with me?

6           A     I don't know that there is thousands, but.

7           Q     There is no evidence that you can point to

8      today that says that Seroquel has been demonstrated to

9      directly cause patients to acquire diabetes --

10               MR. PIRTLE:   Objection, form.

11     BY MS. FREIWALD:

12          Q     -- To a reasonable degree of medical

13     certainty?

14          A     You will have to ask me again, I'm sorry.

15          Q     Would you agree with me that it has not been

16     demonstrated to a reasonable degree of medical certainty

17     that Seroquel can cause diabetes through some direct

18     mechanism?

19               MR. PIRTLE:   The same objection, but go ahead.

20               THE WITNESS:   That is correct.

21     BY MS. FREIWALD:

22          Q     And would you agree with me that the only

23     mechanism that you discuss in your expert report that

jm100608.txt

24   would associate Seroquel with diabetes is the mechanism

25   of weight gain?

♀

126

1          A    Yes.

2          Q    And would you also agree with me that in order

3    to determine whether Seroquel has caused or contributed

4    to an individual patient's weight gain you have to know

5    something about that patient's weight patterns before,

6    during and after their use of Seroquel?

7          A    I don't really know that the weight patterns

8    prior to the use of Seroquel are relevant.

9          Q    Well, let's do a hypo, let's say you have a

10   patient who over a six year period before ever using

11   Seroquel has had weight gains and losses as large as 20

12   or 30 pounds, okay?

13         A    Uhm-hum, yes.

14         Q    And let's say that while that patient is on

15   Seroquel she continues to have periods of weight gain

16   and loss swings in the range of 20 or 30 pounds, okay?

17         A    Okay.

18         Q    What methodology would you use to say that the

19   swings that happen to occur while she is taking Seroquel

20   were caused by Seroquel as opposed to simply a

21   continuation of the pattern of weight gain and loss that

22   she had already evidenced?

23         A    You can't know that for sure.

24         Q    Is there any methodology that you would use

25   for Mrs. Burns to say that it's more likely than not

Page 114

jm100608.txt

♀

127

1    that any particular weight swing she had was

2    attributable to Seroquel as opposed to a continuation of

3    the pattern of fluctuation she had evidence before ever

4    starting Seroquel?

5        A    I don't think you could say one way or the

6    other with certainty.

7        Q    And if her weight at the date of her diagnosis

8    was within the same range as the weight that she had

9    before she ever took Seroquel, is there any way you can

10   say that Mrs. Burns gained weight because of Seroquel

11   that was then a cause of her acquiring diabetes?

12       A    I don't think you can know for sure.

13       Q    You can't say that to a reasonable degree of

14   medical certainty, can you?

15       A    Say what to a reasonable degree?

16       Q    That Mrs. Burns gained weight that caused her

17   to develop diabetes when her weight at the time she got

18   the diagnosis was within the range of what it had been

19   before she ever took Seroquel?

20       A    I think I answered that before when I said at

21   a later age a similar weight to what she had in the past

22   could be the predisposing factor to developing diabetes,

23   whereas it wasn't ten years before.

24       Q    Let me ask you a couple hypos, let's suppose

25   that Mrs. Burns weighed 200 pounds in 1994, okay?

♀

128

1        A    Uhm-hum.
                        Page 115

jm100608.txt

2        Q     And she weighed the same 200 in '95 and the

3    same 200 in '96, and the same 200 in '97 and so on and

4    so on and so on, exactly the same up through August of

5    2003, okay?

6        A     Okay.

7        Q     Never budged at all, 200 pounds, okay?

8        A     Okay.

9        Q     And she took Seroquel from June 2002 to August

10   of 2003, okay?

11       A     Okay.

12       Q     Would you blame Seroquel for causing her to

13   gain weight and secondarily acquire diabetes?

14       A     In that case she didn't gain weight in that

15   hypothetical that you gave me.

16            MR. PIRTLE:  Object to form.

17   BY MS. FREIWALD:

18       Q     So the answer to that question is no, you

19   wouldn't blame Seroquel in that case?

20       A     Correct, you couldn't blame Seroquel for

21   weight gain that didn't occur.

22       Q     Okay.  Let's say that in 1994 she weighed

23   200 pounds, and she maybe at some point went down to 176

24   or 179, and at some point she came up to 220 and then

25   sometimes she went down to 210 and then she came back up

♀

129

1    and down and up and down, and essentially landed at 214

2    in August of 2003, and she had been 214 or thereabouts

3    earlier; how do you say that is a net weight gain that

4    caused her or contributed to her getting diabetes?

Page 116

jm100608.txt

5          MR. PIRTLE:  Objection, form.  You can answer
6     if you can.
7          THE WITNESS:  Then the situation you just
8     described, you mentioned that her weight went up
9     and down, so the final gain of weight if she is on
10    a medication that is associated with causing weight
11    gain could have been due to the medication.
12    (BY Ms. Freiwald)
13 BY MS. FREIWALD:
14    Q    What study can you point me to that shows that
15 a weight gain in a period of a year is a substantial
16 contributor to diabetes?
17    A    I don't think I can point you to a study that
18 shows that.
19    Q    Is there any study you can point me to that
20 looks at the effective incremental weight gain as a
21 substantial contributor to diabetes as opposed to
22 chronic and maintained obesity?
23    A    I don't know if you are suggesting that a
24 recent weight gain could not result in the development
25 of diabetes, I think that is correct.

                                                        130

1          Q    What data do you have to tell me that?
2          A    I don't know, I can't point to that, the data
3 right now.
4          Q    If Mrs. Burns hadn't taken Seroquel but she
5 had eaten Ben and Jerry's consistently between 1998 and
6 2003, and in that time period she went up and down and
7 up and down, would you blame the Ben and Jerry's for the

jm100608.txt

8    final up that happened to coincide with her onset of

9    diagnosis of diabetes?

10              MR. PIRTLE:   Object to form.

11              THE WITNESS:   Sure, if it contributed to the

12        weight gain.

13        (BY Ms. Freiwald)

14   BY MS. FREIWALD:

15        Q    And you would blame every single thing that

16   she did, every food that she put in her mouth every

17   single day of her life because it could have contribute

18   to the weight gain?

19        A    Not every food she ate in her entire life.

20        Q    Every cookie, every, cake every beer,

21   everything?

22        A    No, I don't think that's true.

23        Q    Why not, how do you know they didn't all

24   contribute to her gaining weight?

25        A    I don't know that.

♀

131

1         Q    So how do you decide what you bring into the

2    mix and what you don't bring into the mix?

3         A    I think things that occur proximal to the time

4    of diagnosis if something has caused her to gain weight

5    relative to a period of time before the diagnosis, those

6    things are likely more to be implicated than what she

7    ate when she was ten years old.

8         Q    So it's temporal connection?

9         A    Correct.

10        Q    So if I eat like crazy with Oreos in 2000 and

jm100608.txt

11    then I give up Oreo, and in 2003 it's Ben and Jerry's,

12    you don't blame the Oreos, but you blame the Ben and

13    Jerry's because that is the temporally connected one?

14            MR. PIRTLE:  Object to form.  You can go ahead

15        and answer.

16            THE WITNESS:  If you gained weight on the Ben

17        and Jerry's I wouldn't say the cookies didn't

18        contribute something, but if you gained the weight

19        on Ben and Jerry's.

20        (BY Ms. Freiwald)

21    BY MS. FREIWALD:

22        Q    How do you know?

23        A    Well, you don't know for a hundred percent

24    sure.

25        Q    You don't know at all, and you especially

♀

                                                              132

1    don't know if the baseline weight is no higher in 2003

2    than it was before I ever started eating my Ben and

3    Jerry's?

4            MR. PIRTLE:  Objection, argumentative.

5    BY MS. FREIWALD:

6        Q    Right?

7        A    No.

8        Q    You don't know?

9        A    I guess I don't know for sure, but if

10    something caused weight gain then it can be implicated

11    as a cause of diabetes.

12        Q    And the thing with the closest temporal

13    connection is the one you blame?
                    Page 119

jm100608.txt

```
14       A    It doesn't exclude all the other things, but
15  it certainly means that that thing with the temporal
16  connection is a contributor.
17       Q    Is there any methodology you have other than
18  the temporal connection?
19       A    Meaning?
20       Q    Any system you have for implicating Seroquel
21  other than temporal connection?
22       A    No, other than from my reading of the
23  literature that medication such as Seroquel have been
24  reported to be associated with weight gain.
25       Q    And how do you call it weight gain if the
```

♀

133

```
 1  weight that the patient has at the time of diabetes
 2  diagnosis is not higher than her pre Seroquel attained
 3  weight on her own?
 4       A    Because she had fluctuated downward and then
 5  gained weight again.
 6       Q    She also had fluctuated downward and gained
 7  weight again before she ever took Seroquel, right?
 8       A    That's true, yes.
 9       Q    So she had evidenced an ability to cycle
10  without Seroquel?
11       A    That's absolutely true.
12       Q    And you have no way of knowing whether or not
13  she wouldn't have just continued to have that same
14  cycling pattern had she never taken a single Seroquel
15  pill?
16       A    I don't know that.
```
                    Page 120

jm100608.txt

17          MS. FREIWALD:  Why don't we have some lunch.

18          MR. PIRTLE:  Off the record.

19          (Whereupon, a luncheon recess was had.)

20       (BY Ms. Freiwald)

21   BY MS. FREIWALD:

22       Q    All right.  I want to make sure I understand

23   some things about your opinion.  Looking at page 6 of

24   your report, are you with me on page 6?

25       A    Okay.

♀

134

1       Q    Second sentence, first paragraph.  In 1/03 it

2   was noted by Dr. Billingsley that her weight had

3   increased about 20 pounds.

4          The Seroquel was continued between 600 to

5   800 milligrams daily.  By 4/03 it was noted that her

6   weight had increased another 30-pounds, okay?

7       A    Uhm-hum.

8       Q    My focus is just on those three sentences.  Is

9   it your testimony that on 1/03 Dr. Billingsley actually

10   weighed her as opposed to getting Mrs. Burns' own

11   self-report of what her weight was?

12       A    I don't recall.

13       Q    Is there anything that you have seen that

14   confirms in a doctor's office a weight that reflects a

15   20-pound weight increase since some earlier period of

16   time?

17       A    No, I think it was a note he made.  I don't

18   recall that there was an actual documented weight with

19   her or not.

jm100608.txt

20        Q     And do you know what this period of time would
21    be capturing, it was noted by Dr. Billingsley that her
22    weight had increased about 20 pounds since when?
23        A     I don't know right now, I don't know.  I would
24    have to look that up again.  It was a poorly worded
25    sentence.

♀

135

1        Q     Do you know whether there are any records of
2    Mrs. Burns' weight between early 2001 and June of 2002
3    when she started Seroquel?
4        A     Not that I noted.
5        Q     So do we have any evidence at all of what her
6    weight pattern was up or down in a year and a half or
7    so, the year and a half or so before she started taking
8    Seroquel?
9        A     I don't recall.
10        Q     Is there any baseline weight that you are
11    using for Mrs. Burns as her baseline weight at the time
12    she started Seroquel?
13        A     No, I think that there were not -- or I don't
14    recall seeing weights other than what is written here.
15        Q     Would you agree with me that we don't know
16    from the medical records we have what Mrs. Burns
17    actually weighed on the day she took her first Seroquel
18    pill?
19        A     That is probably correct.
20        Q     You certainly haven't come across anything
21    that tells you what she actually weighed?
22        A     That's right.

Page 122

jm100608.txt

23        Q     And you would agree with me that given we have

24   seen evidence of her going up and down in the years

25   before Seroquel, we can't assume that she held steady

♀

136

1    and that her weight in 2001 was the same as her weight

2    in the middle of 2002?

3         A     Correct.

4         Q     So you would agree with me that we don't know

5    what she weighed in June of 2002, and we don't know what

6    she weighed between June of 2002 and January of 2003?

7         A     No, other than this note which said that she

8    had gained about 20 pounds.

9         Q     Well, that is January 2003, so and on that

10   note we don't actually have a weight for her, right?

11        A     I think I would have put it down if I actually

12   had it.

13        Q     So in January of 2003 we don't know that she

14   has gone from any particular weight to any other

15   particular weight, right?

16        A     Other than what is noted by Dr. Billingsley.

17        Q     Other than an increase in 20 pounds and that

18   appears to be self-reported by Mrs. Burns, correct?

19        A     I don't know.  I don't remember that part of

20   it.

21        Q     Well, there is no evidence that you have that

22   Dr. Billingsley was weighing Mrs. Burns on a scale,

23   right, there is nothing that looks like a nurse's record

24   or any kind of a log that the patient got weighed?

25        A     Not that I recall.

jm100608.txt

♀

137

```
 1        Q    Do you even know if Mrs. Burns was weighing
 2   herself at home or if it was just her own subjective
 3   impression that she had gained 20 pounds?
 4        A    I don't know that.
 5        Q    You don't know that?
 6        A    I don't know that.
 7        Q    Okay.  And you don't know what patterns up or
 8   down Mrs. Burns had experienced between June of 2002 and
 9   January of 2003 before she came in to -- before it
10   appeared she told Dr. Billingsley that she gained
11   20 pounds?
12        A    Correct.
13        Q    And do you know what else was going on in her
14   life at that time that might have caused her to change
15   her eating habits or her activity habits in any way?
16        A    No, I don't.
17        Q    Do you know what was going on that might have
18   effected whether she was using medications other than
19   Seroquel that may be associated with weight gain?
20        A    If there were other medications in the medical
21   record, I would have noted them.
22        Q    Did you look up whether any of the medications
23   Mrs. Burns has taken at different points in time other
24   than Seroquel or associated with weight gain?
25        A    I pretty much know what medications are
```

♀

138

jm100608.txt

```
 1   associated with weight gain, so I probably didn't look
 2   them up.
 3        Q    Can steroids be associated with weight gain?
 4        A    Yes.
 5        Q    And do you know how often Mrs. Burns was using
 6   steroids for her COPD during the time that she was on
 7   Seroquel?
 8        A    I know of the one time that I mentioned that
 9   was prior to the time that she was on Seroquel.
10        Q    Beyond that do you know how often?
11        A    I don't recall, I think I would have made a
12   note of it.
13        Q    Did you make any effort to attempt to chart or
14   log or chronologize any references to using steroids?
15        A    I would have noted it if I had noticed that
16   she was on steroids for sure.
17        Q    Noted it where, in your report?
18        A    In my report.
19        Q    I am asking you is beyond your report did you
20   endeavor to do any kind of systematic review or have
21   Glenda do a systematic review for you of all of her use
22   of steroids, and how that use may or may not have
23   coincided with periods of weight gain or weight loss?
24        A    No, I examined the time period since she
25   started on the Seroquel, and then there was no mention
```

♀

139

```
 1   of the steroids to my recollection or to my perusal.
 2        Q    Okay.  So your testimony is you don't think
```

Page 125

jm100608.txt

3   she used steroids at all in the time that she was on

4   Seroquel?

5        A    Not to my knowledge.

6        Q    Do you know if any of her weight loss before

7   using Seroquel corresponds with times when she has gone

8   off of steroids?

9        A    Can you repeat the question?

10       Q    Do you know if any of her weight loss prior to

11  starting Seroquel corresponds with her stopping steroid

12  use?

13       A    No, I don't know that.  To my knowledge she

14  was on the steroids only during that period of time that

15  I mentioned it of relevance.

16       Q    And it's your belief based upon your review of

17  the records, which I gather you attempted to be

18  complete --

19       A    Yes.

20       Q    -- And conscientious and accurate, that

21  Mrs. Burns was not taking steroids at any point while

22  she was using Seroquel?

23       A    Not that I noted.

24       Q    And you certainly made an attempt to note all

25  that you could find in the records?

♀

                                                      140

1        A    Yes, I did.

2             (Whereupon, the below referred to document

3             was marked as Defendant's Exhibit No. 19.)

4             (BY Ms. Freiwald)

5   BY MS. FREIWALD:

jm100608.txt

6       Q    I want to mark 19, this is Billingsley 60,

7    1/30/03.   Ma'am, is this the record that you recall

8    using as the basis for your claim that she gained

9    20 pounds in January of 2003?

10       A    Yes, it is.

11       Q    And would you agree with me that there is

12    nothing in this record that indicates that

13    Dr. Billingsley actually weighed Mrs. Burns?

14       A    I would agree with you.

15       Q    And am I reading the record right that it says

16    unfortunately she has also gained weight, that is after

17    a sentence referring to her using 600 milligrams of

18    Seroquel, which may be associated with that to the

19    amount of 20 pounds, right?

20       A    What is your question?

21       Q    Did I read that right?

22       A    Yes.

23       Q    As far as you know Dr. Billingsley never made

24    a determination, did he, that the Seroquel was the cause

25    of Mrs. Burns' weight gain?

♀

141

1       A    No.

2       Q    And then he goes on to say that she states she

3    is very reluctant to go out anywhere and avoids it, if

4    at all.   She states that if she does go out she can do

5    fairly well as long as nobody talks to her.

6            She states she has been trying to get out and

7    walk the dog, but has started going out after dark

8    because she does not want any of the neighbors to stop

Page 127

jm100608.txt

```
 9   and chat with her; is it true that being --
10          MR. PIRTLE:  It says at all possible, but it
11      doesn't matter.  It doesn't matter.
12          MS. FREIWALD:  I don't even know where you are
13      reading.
14          MR. PIRTLE:  The first sentence it says if at
15      all, and it's possible.
16          MS. FREIWALD:  Okay, fine.
17      (BY Ms. Freiwald)
18   BY MS. FREIWALD:
19       Q    Is it true that if a person essentially
20   doesn't go out of their house and limits their activity,
21   they can gain substantial weight pretty quickly?
22       A    Well, that would be true, it doesn't say she
23   limits her activity, it just says she doesn't go out.
24       Q    Do you know what she did in her house?
25       A    No, I don't.
```

♀

142

```
 1       Q    Are most people who spend the majority of
 2   their time in their house relatively sedentary?
 3       A    I don't know that.
 4       Q    Is it true that most people who are sedentary
 5   eat about 500 to 800 calories a day more than they need?
 6       A    I don't know.
 7       Q    You don't know?
 8       A    No.
 9       Q    Is it true that most people who are sedentary
10   eat about 500 to 800 calories a day more than they need
11   and doing that they can put on a lot of weight pretty
```

Page 128

jm100608.txt

12    quickly?

13              MR. PIRTLE:  Objection, form.  She said she

14         didn't know the answer to the first one.

15              THE WITNESS:  I have never heard that, that

16         people who were sedentary eat between 500 to

17         800 calories a day more than they need.

18    BY MS. FREIWALD:

19         Q    Never, haven't you written it?

20         A    It's possible, but I don't recall.  That

21    little tidbit I may have known at one point in time and

22    I may have even written it, because obviously you have

23    something in front of you that says I did.

24         Q    Is this Editorial in Clinical Diabetes from

25    November of 2004 Jennifer B. Marks you?

♀

                                                        143

1          A    Yes.

2          (BY Ms. Freiwald)

3               MS. FREIWALD:  Mark that as 20, please.

4               (Whereupon, the above referred to document

5          was marked as Defendant's Exhibit No. 20.)

6     BY MS. FREIWALD:

7          Q    Okay.  So this is your editorial, right?

8          A    Yes, it is.

9          Q    And am I correct that you stated:

10              "Sedentary adults in the United States eat an

11    average of 500-800 calories more per day than needed to

12    maintain weight.  At that rate, they will gain a pound

13    to a pound and a half a week."

14         A    I did write that, yes.

Page 129

jm100608.txt

15          Q    And did you believe it to be a truthful

16   statement when you wrote that in the Editorial as editor

17   of Clinical Diabetes in November 2004?

18          A    I am sure I did.

19          Q    You believe that was information that you had

20   within your knowledge at that point?

21          A    At that point, yes.

22          Q    But you don't know that today?

23          A    I know it now, I did not recall it.  I am

24   sorry, I don't recall everything that I write four years

25   ago.

♀

144

1          Q    Would you agree with me, having seen your own

2    editorial, that it's very easy for a person to put on a

3    substantial amount of weight very quickly if they are

4    sedentary?

5          A    Yes.

6          Q    And being sedentary alone can be an

7    explanation for somebody gaining 20 pounds in the space

8    of four months?

9          A    It can be.

10          Q    And certainly if somebody isn't going out of

11   their house, that can be an explanation for being quite

12   sedentary?

13          A    I don't think we know that she was sedentary,

14   I think we know she didn't go out of her house.

15          Q    You can't say one way or another?

16          A    Not with a hundred percent surety, she could

17   be in the living room doing situps for all we know.

Page 130

jm100608.txt

18          Q     Do you really think Mrs. Burns is doing situps

19     in the living room?

20          A     What I think and what I know may be two

21     different things.

22          Q     Let's use common sense here, do you have any

23     evidence that Mrs. Burns was standing around doing

24     jumping jacks in her living room?

25          A     No, I don't.

♀

                                                              145

1           Q     Do you have any evidence that she was running

2      up and downs flights of stairs in her house?

3           A     No.

4           Q     Do you even know if she had flights of stairs

5      in her house?

6           A     No.

7           Q     Do you know how big her house was?

8           A     No.

9           Q     She wasn't taking care of any children, was

10     she?

11          A     I don't think so.

12          Q     You had no evidence that she was some kind of

13     a fanatical crazy housekeeper who was down on her hands

14     and knees lifting and scrubbing all day long every day?

15          A     Not that I recall.

16          Q     She was in her house, and by most people's

17     definition that would suggest a pretty sedentary

18     lifestyle, wouldn't it?

19          A     I think you could speculate that, yes.

20          Q     You are not prepared to say that?

jm100608.txt

21        A    I would speculate that chances are she was

22   probably pretty sedentary, but I don't know that for

23   sure.

24        Q    More likely she was sedentary than she was

25   active?

                                                        146

1         A    Again, I would speculate that that is the

2    case, yes.

3         Q    Actually it's not even speculation, it's just

4    common sense, isn't it?

5              MR. PIRTLE:   Objection, form.

6              THE WITNESS:   I guess it would be common sense

7              to speculate that, yes.

8         (BY Ms. Freiwald)

9    BY MS. FREIWALD:

10        Q    Did you find any evidence in the records of

11   Mrs. Burns saying that she maintained a high level of

12   activity in her house?

13        A    Not that I recall.

14        Q    Now, your next sentence is about her use of

15   Seroquel, and I want to focus on the one after that.

16             By 4/03 it was noted that her weight had

17   increased another 30 pounds.   And I am a little unclear

18   on that, are you offering opinion that Mrs. Burns gained

19   20 pounds and then an additional 30 pounds?

20        A    Yes.

21        Q    And what is the basis for that, and from what

22   time period to what time period are you saying she

23   gained a total of 50 pounds?

                          Page 132

jm100608.txt

24        A    It would appear that I meant between 1/03 and

25    4/03.

♀

147

1        Q    Between 1/03 --

2        A    But this sentence must be misworded because

3    that doesn't make a lot of sense.

4        Q    Okay.  Explain it to me, what is it you meant?

5        A    It seems unlikely to me that she would have

6    gained 50 pounds in 3 months, so I am saying that I must

7    have misworded one of those sentences, probably the

8    second sentence.

9        Q    What do you think you meant, or don't you

10   know?

11       A    I can't suggest what I think I meant.

12       Q    Are you able to tell me what the highest

13   documented weight is that Mrs. Burns attained between

14   the time that she started Seroquel and the time that she

15   was diagnosed with diabetes?

16       A    I'm sorry, what was the beginning of your

17   question?

18       Q    Sure.  Are you able to tell me what

19   Mrs. Burns' highest documented weight was between the

20   time period when she started taking Seroquel and the

21   time period where she received the diagnosis of having

22   diabetes?

23       A    I believe it was 206 pounds.

24       Q    So you believe that she got her diagnosis of

25   diabetes at her peek weight?

jm100608.txt

⚲

148

1          A    I don't know that, if you are asking --

2          Q    At her peek weight --

3          A    I misunderstood you.

4          Q    Are you offering opinion that you think that

5     Mrs. Burns got her diagnosis of diabetes at the moment

6     that she had achieved her highest on Seroquel weight?

7          A    No, I am suggesting that she was diagnosed

8     when she was 206 pounds.

9          Q    And was that the highest weight that she had

10    attained on Seroquel, or don't you know?

11         A    I think that that was the highest weight she

12    had attained.

13         Q    Was it the highest weight that she had

14    attained at any point in time that we have recorded

15    before Seroquel?

16         A    No.

17         Q    Do you know how much lower it was than the

18    highest weight that we have some evidence before

19    Seroquel?

20         A    About five pounds.

21         Q    More like 14?

22         A    Sorry, yes, correct.

23         Q    So is it your testimony that being 14-pounds

24    skinnier in 2003 was worse for her than being 14 pounds

25    heavier before she had ever started Seroquel?

⚲

149

1          A    I am suggesting that at that point in her life
                              Page 134

jm100608.txt

2    she was perhaps more susceptible to the weight and

3    developed diabetes.

4        Q    Well, if that is the case isn't it her age,

5    not her weight that is the substantial contributing

6    factor?

7        A    It's the combination.

8        Q    Well, how can it be the weight if the weight

9    is lower, isn't it the age that is the difference maker

10   under your theory?

11       A    But the age may impact the -- the age may make

12   a difference in terms of the impact of the other risk

13   factors on the development of diabetes.

14       Q    Well, if I follow your logic then every drug

15   we give patients should have to have a weight loss

16   effect because your testimony is that maintaining the

17   same weight is less healthy as you get older, so any

18   drug that doesn't change your weight at all could be

19   implicated in diabetes because you have gotten older, it

20   hasn't helped you get thinner and you got diabetes?

21       MR. PIRTLE:   Objection, form.   You can answer.

22       THE WITNESS:   She had gained weight up to the

23       present 206 pounds, so she had come from a lower

24       weight during this period of her life, and now she

25       weighed 206 pounds.

♀

1        By the same token she was older, so that

2        weight may have impacted her risk of diabetes more,

3        in other words if you are 15 years old and you

4        weigh a lot, you don't have the same risk for

jm100608.txt

```
5        developing diabetes as if you are 55 years old and
6        you weigh the same amount.
7        (BY Ms. Freiwald)
8   BY MS. FREIWALD:
9        Q    Actually you have a much higher risk if you
10   maintained that weight from the time you are 15.  I mean
11   the studies show, don't they, Doctor, that if you are 18
12   and you are morbidly obese, your risk of diabetes is
13   basically 100 percent?
14        A    Well, it's not 100 percent, but it's extremely
15   high.
16        Q    At some point in your life your risk for
17   diabetes isn't pretty close to a hundred percent if you
18   start at obese at 18, or don't you know?
19        A    I suppose the month before you are diagnosed
20   the risk of diabetes is a hundred percent.
21        Q    Do you know how epidemiology is done, Doctor?
22        A    I am not sure what you mean.
23        Q    Do you understand that epidemiologists will
24   look at risks over long periods of time?
25        A    Sure.
```

♀

151

```
1        Q    Have you looked at any data that talks about
2   what the risk is of attained and maintained weight over
3   periods of years?
4        A    Yes, I have seen some of that.
5        Q    And do you understand that the risk of
6   maintained obesity is huge, is close to 100 percent if
7   you start out with a BMI of 30 or above at middle age
```
Page 136

jm100608.txt

8        your risk of getting diabetes at some point in your life

9        is basically 100 percent?

10            A    I don't know that it's basically a hundred

11       percent, it's significant.

12            Q    Close to a hundred percent?

13            A    Might be.

14            Q    90 some percent?

15            A    It might be.

16            Q    Do you know, have you reviewed the literature

17       on this?

18            A    Not recently.

19            Q    When did you last review the literature?

20            A    I don't recall.

21            Q    More recently than November of 2004?

22            A    I don't know.

23            Q    Is there any article that you can cite me to

24       for the proposition that somebody who gains and loses

25       and gains weight within a period of a year, but never

♀

152

1        exceeds the weight that they have achieved earlier in

2        their life has increased their risk of diabetes by a

3        pattern of weight gain?

4             A    I don't think so.  I am not sure what you are

5        asking me.  The way you have phrased that I don't

6        think --

7             Q    You don't think so?  Is there any study that

8        you can cite me to that says for example linear weight

9        gain of any amount within a six month period contributes

10       to diabetes risk by any percent?

Page 137

jm100608.txt

11          MR. PIRTLE:  Objection, form.  And I'm sorry,
12      I don't understand the term linear.
13          MS. FREIWALD:  Meaning it continues to go up.
14          MR. PIRTLE:  Okay.
15          THE WITNESS:  I don't think I can point you to
16      an article.
17      (BY Ms. Freiwald)
18  BY MS. FREIWALD:
19      Q    Can you point me to any article that says that
20  a weight gain of any amount, a consistent weight gain of
21  any amount within say a period of a year increases your
22  risk of diabetes by any amounts, any percent at the end
23  of that year?
24      A    I don't think so.
25      Q    What if I change the time period to 18 months

♀

                                                    153

1   or to two years, could you cite me to any article?
2       A    No.
3       Q    Can you cite me to any article that says that
4   if somebody starts out at a baseline weight, gains and
5   loses, gains and loses, gains and loses and ends up at
6   basically the same baseline weight over a period of six
7   months, that they have increased their risk of diabetes
8   by any amount?
9       A    By the pattern of weight gain and loss over
10  the years?
11      Q    Yes.
12      A    I think that does increase your risk for
13  developing diabetes.

                        Page 138

jm100608.txt

14      Q      Even if their final attained weight is no

15   different from what it had been at earlier periods of

16   time?

17      A      Yes, I think I have read that yo-yoing with

18   the weight can increase the risk of diabetes if you gain

19   and lose weight.

20      Q      What article can you cite me to?

21      A      I can't tell you what it is, I just think I

22   have read that.

23      Q      And you can't point me to any study?

24      A      Not right at this moment.

25      Q      And can you tell me whether the studies you

♀

154

1   think you have read say that it's the up and down that

2   makes the difference, or it's the fact that people who

3   go up and down tend to have a net increase over time?

4      A      I don't know right at the moment.

5      Q      There is a difference, right, difference

6   between going up and down and ending at the same place

7   you started and going up and down, but having a net

8   increase?

9      A      There is a difference.

10      Q      But you don't know what the relative risk is

11   of any of those patterns?

12      A      No.

13      Q      Do you know how long one has to hold any

14   amount of increased weight for it to be a substantial

15   contributing factor to acquiring diabetes?

16      A      No, I don't.

jm100608.txt

17      Q    Do you know whether there -- is there any
18  matrix that you would employ that would consider amount
19  of weight gained versus time of weight held for example
20  to calculate an increased risk for developing diabetes?
21      A    I don't think so.
22      Q    If Mrs. Burns had gained one pound, would it
23  be your testimony that that was a substantial
24  contributor to her diabetes?
25          MR. PIRTLE:  Objection, form.  You can answer.

♀

155

1          THE WITNESS:  I am thinking.  No.
2  BY MS. FREIWALD:
3      Q    No?
4      A    One pound weight gain?
5      Q    One pound weight gain.
6      A    No.
7      Q    Is there some amount of weight gain above what
8  you would say as a threshold is the significance as the
9  cause of diabetes?
10      A    It probably needs to be in the neighborhood of
11  5 to 10 percent of weight.
12      Q    Held for what period of time?
13      A    That I can't answer.
14      Q    Do you know if there is data that say that it
15  needs to be held for some period of time?
16      A    I don't think there is data like that.
17      Q    Do you know if there is any data that says
18  that weight gain of five or ten percent of body weight
19  that is acute and corresponds with a diagnosis of
          Page 140

jm100608.txt

20    diabetes is a cause of diabetes?

21         A    What do you mean by acute weight gain?

22         Q    Is there any data that suggests a cause and

23    effect relationship between gaining weight today and

24    getting a diagnosis of diabetes today?

25         A    No, I don't think there is any such data.

♀

156

1         Q    Is there any data that says that there is a

2    cause and effect relationship between in gaining weight

3    over a six month period of time and getting a diagnosis

4    of diabetes at the end of that six month period of time?

5         A    No, I don't think so.

6         Q    What about for a year?

7         A    I don't know of any data.

8         Q    What about for a year and a half?

9         A    I don't know of any data.

10         Q    Two years?

11         A    I don't know of any data.

12         Q    Do you know of any data that looks at the

13    relative risk of aging as a individual risk factor for

14    diabetes?

15         A    I know that age is associated with increased

16    incidence of diabetes.

17         Q    Every year we age we are at increased risk of

18    diabetes; is that right?

19         A    Theoretically.

20         Q    And there is nothing surprising in your

21    clinical practice for somebody to acquire diabetes in

22    later 40's?

Page 141

jm100608.txt

23       A    No.

24       Q    In fact today people are acquiring diagnosis

25    of diabetes younger and younger, correct?

°

157

1       A    That is correct.

2       Q    And that seems to correlate with chronic

3    obesity, correct?

4       A    Correct.

5       Q    How long you hold weight over time, correct?

6       A    Correct.

7       Q    And are you aware of the fact that chronic

8    obesity, holding weight over ten years or 20 years or 30

9    years is in epidemiologic terms the single biggest risk

10    factor for diabetes?

11       A    No, I am not aware of that.

12       Q    Do you know one way or the other?

13       A    The single biggest risk factor?

14       Q    Do you know one way or another?

15       A    No.

16       Q    Have you looked at any of the data on the

17    epidemiology of diabetes?

18       A    Sure.

19       Q    Have you looked at any of the data on the

20    contribution of obesity to diabetes?

21       A    Sure.

22       Q    Do you tell your -- Do you have in your mind

23    as a clinician what contribution obesity plays to

24    development of diabetes, chronic obesity?

25       A    Yes.

jm100608.txt

♀

158

1      Q      What do you tell your patients?

2      A      It's a significant risk.

3      Q      And it's a significant risk on the order of

4    magnitude of like what cigarettes are to lung cancer?

5      A      No, I wouldn't say it's probably that high.

6      Q      Do you know?

7      A      No.

8      Q      So you would just be speculating?

9      A      I think so.

10     Q      Have you attempted to quantify the

11   contribution of what you call Mrs. Burns' weight gain

12   and what I call her weight cycling up and down and

13   ending up actually thinner than where she started, as a

14   percentage of all of her risk factors for diabetes?

15     A      I don't understand the question.

16     Q      Have you attempted to look at all the risk

17   factors that you believe Mrs. Burns has for diabetes and

18   say quantify the relative contribution of whatever

19   weight gain it is you think she had during the time when

20   she happened to be taking Seroquel?

21     A      No, I don't think you could really do that.

22     Q      You can't say what percentage role it played?

23     A      No.

24     Q      Can you say that to a reasonable degree of

25   medical certainty that it played any percent role?

♀

159

jm100608.txt

```
 1        A    Can I say with any degree of medical certainty
 2   that her weight contributed?
 3        Q    That the weight pattern that you think existed
 4   from the time she started taking Seroquel to the time
 5   she got diagnosed with diabetes played any particular
 6   percentage role in her getting diabetes?
 7        A    I think the fact that she was overweight
 8   played a significant role in her getting diabetes.
 9        Q    And for how long had she been overweight?
10        A    Off and on for a number of years.
11        Q    So at least 1994?
12        A    At least I had until 1997, but you showed
13   today that she was overweight in 1994 as well.
14        Q    And we don't have any reason to think that she
15   suddenly got obese in 1994?
16        A    No, but we don't know what I guess the
17   circumstances were then.
18        Q    We don't, but I think we have established that
19   she had a BMI of at least 31 plus in '94, right?
20        A    That is correct.
21        Q    So that is not an amount of weight that
22   somebody puts on, that requires a substantial amount of
23   weight gain, correct?
24        A    Depending on where she started, yes.
25        Q    Would you say it's reasonable to assume that
```

⚲

160

```
 1   Mrs. Burns was overweight or obese for some period of
 2   time before 1994?
```

Page 144

jm100608.txt

```
 3       A    It's probably reasonable to assume that.

 4       Q    But we don't know for certain how far back?

 5       A    We don't know for certain.

 6       Q    So her chronic obesity you believe played a

 7  role in her getting diabetes?

 8       A    Yes, I do.

 9       Q    And in fact her chronic obesity alone could

10  explain her getting diabetes, correct?

11       A    It could.

12       Q    And her chronic obesity alone as of 1994 or

13  1998 or 2000 would be sufficient explanation for her

14  having diabetes?

15       A    It could be.

16       Q    What amount of weight are you saying that

17  Mrs. Burns gained between the time she started Seroquel

18  and the time she got diagnosed with diabetes?

19       A    Well, I would have to go back and look at the

20  medical record again, because from what I wrote here

21  it's not entirely clear.

22       Q    Did you offer an opinion that weight gain from

23  Seroquel was a cause of Mrs. Burns having diabetes

24  without knowing how much weight she had actually gained?

25       A    No, I think I knew it, I don't recall it now,
```

♀

161

```
 1  and obviously I didn't word this sentence correctly.

 2       Q    Do you have a range - I don't want to make you

 3  guess, but do you have --

 4       A    Well, you are making me guess.

 5       Q    Well, what would you need to know the basis
```

Page 145

jm100608.txt

6   for your own opinion that Mrs. Burns gained enough

7   weight on Seroquel that that could have been a cause of

8   her getting diabetes?

9        A    Sorry, repeat that?

10       Q    Yes.  What would you need to look at to know

11  how much weight you are going to say Mrs. Burns gained

12  from what period of time to what period of time that you

13  would say could have been a cause of her getting

14  diabetes?

15       A    How much weight would I say would be the

16  cause?

17       Q    How much weight do you think she gained?

18       A    I think she gained a substantial amount of

19  weight.

20       Q    From when until when?

21       A    From when she started -- just the note that

22  was written by Dr. Billingsley that she had increased

23  about 20 pounds since starting on the Seroquel and then

24  there is some amount of weight gain in addition to that,

25  which is what I am not clear on right at the moment.

♀

162

1        Q    And then you think she lost weight again

2   because she was down to 206 at the time of her

3   diagnosis?

4        A    No, I don't necessarily think she lost weight

5   again, I don't know where you are getting that.

6        Q    Do you know whether she ever got higher than

7   206 while she was on Seroquel?

8        A    I don't believe so.

Page 146

jm100608.txt

9           (Whereupon, the below referred to document

10      was marked as Defendant's Exhibit No. 17.)

11      (BY Ms. Freiwald)

12  BY MS. FREIWALD:

13      Q    Now I am going to show you I guess we will go

14  back and we will mark this one 17, from Dr. Billingsley

15  from July of 2003.  Are you familiar with this note,

16  Doctor?

17      A    I believe so.

18      Q    You would agree with me that this is a net

19  from Dr. Billingsley dated 7/3/03, and it says speaking

20  of Mrs. Burns, she has been trying to exercise more and

21  we had discussed, as we had discussed with swimming and

22  walking more.  She states she is not really feeling more

23  energetic with that, though, and in fact feels she is

24  having some episodes of shortness of breath.  She is

25  losing some weight.  Did I read that right?

♀

163

1      A    Yes.

2      Q    Do you know how much weight and how much

3  increased exercise Mrs. Burns had been experiencing in

4  the month before she got her diagnosis of diabetes?

5      A    No.

6      Q    I am now showing you a record that suggests

7  that -- would you agree with me that the earlier record

8  that we looked at from Dr. Billingsley suggested that

9  her weight gain of 20-pound self-reported could

10  correlate with her basically not going out of the house?

11      A    He doesn't tie it to her not going out of the

Page 147

jm100608.txt
12     house.  Let me read it one more time.  I guess you could
13     read it that way.
14          Q     It certainly gives us information that the
15     explanation for her weight gain could have been her not
16     going out of the house?
17          A     As we discussed before, it's possible.
18          Q     And you don't know?
19          A     No, I don't know.
20          Q     You don't know why she gained or why she says
21     she gained 20 pounds and in the time period before she
22     reports to Dr. Billingsley in 1/30/03, right?
23          A     Do I know why she told him that?
24          Q     You don't know what the cause was of the
25     weight gain that she perceived herself to experience?

♀

164

1          A     No.
2          Q     And you don't know, you are certainly not
3     saying that she lost weight or was losing weight in 7 of
4     2003 because she was taking Seroquel?
5          A     No.
6          Q     You are not attributing the weight loss to
7     Seroquel, right?
8          A     I don't even know that she did lose weight.
9          Q     It says she is losing some weight?
10          A     Right, that is by her report again.
11          Q     Just like her report of her gaining weight was
12     her own?
13          A     Right.
14          Q     So if we assume that both reports have some
                          Page 148

jm100608.txt

15  level of accuracy, maybe they are not precise, but they
16  are what they are, they are her reports, okay?
17      A   Uhm-hum.
18      Q   You are not saying that Seroquel could be
19  responsible for her losing weight, are you?
20      A   No.
21      Q   Do you know if in clinical trials there are
22  patients who have lost weight taking Seroquel?
23      A   I think there are.
24      Q   Do you believe that Seroquel can be a weight
25  loss agent?

♀

165

1       A   No.
2       Q   If Mrs. Burns lost weight at times while
3   taking Seroquel would you attribute her weight loss to
4   Seroquel?
5       A   No.
6       Q   Then why attribute her weight gain to Seroquel
7   if you don't have the ability to exclude other causes?
8       A   Because I think there is considerable evidence
9   to suggest that medications like Seroquel can be
10  associated with weight gain.
11      Q   Can be associated with weight gain, but that
12  doesn't mean that they are a cause of weight gain in
13  every patient or in any patient?
14      A   There is certainly not everyone who takes the
15  medications don't gain weight.
16      Q   And everybody who takes the medication and
17  gains weight doesn't necessarily gain weight because of

jm100608.txt

18    the medication?

19        A    Yes, I guess that is safe to say.

20        Q    People gain weight for all kinds of reasons?

21        A    Yes.

22        Q    And if somebody has shown that they are able

23    to lose weight while on Seroquel, doesn't that

24    substantially undermine any theory that the weight gain

25    that they experienced was attributable to the Seroquel?

166

1        A    Not necessarily.  I mean if she were more

2    careful about what she was eating and took other

3    measures to counteract potential weight gain, then it

4    could neutralize it.

5        Q    So your testimony is that it's possible to

6    take Seroquel and by eating more carefully and being

7    more active not gain any weight?

8        A    I would imagine so, yes.

9        Q    And you are also testifying that a patient

10   could take Seroquel, eat more carefully, be more active,

11   and actually lose weight?

12       A    I guess that's possible.

13       Q    And you don't know what percentage of patients

14   taking Seroquel could maintain their weight or even lose

15   weight while taking the drug if they engage in those

16   kind of lifestyle interventions?

17       A    No, I don't.

18       Q    If a patient is able to not experience any

19   weight gain while taking Seroquel, doesn't that suggest

20   that the association between the drug and weight gain is

Page 150

jm100608.txt

21    not a very direct one and that it can be managed by

22    patients?

23              MR. PIRTLE:  Objection, form.

24              THE WITNESS:  Not necessarily.

25

♀

167

1     BY MS. FREIWALD:

2          Q    Do you --

3          A    It may be manageable in some patients.

4          Q    So is there any clinical trial or

5     observational evidence that you have that suggests that

6     in Mrs. Burns the potential for weight gain with

7     Seroquel that you say exists wasn't manageable --

8              MR. PIRTLE:  Objection, form.  Go ahead.

9     BY MS. FREIWALD:

10         Q    -- Given that she lost weight at periods of

11    time while on the Seroquel?

12             MR. PIRTLE:  The same objection.

13             THE WITNESS:  You know, you are putting a lot

14         of weight on the statement that just simply says

15         she is losing some weight.

16    BY MS. FREIWALD:

17         Q    Fair enough.  Let's look at some other

18    records.

19         A    Okay.

20         Q    Do you know how many periods of weight loss or

21    what the magnitude of Mrs. Burns' weight loss was while

22    on Seroquel?  Do you know how many times Mrs. Burns

23    managed to lose weight while she was taking Seroquel or

Page 151

jm100608.txt
24    how much weight Mrs. Burns managed to lose while taking

25    Seroquel?

♀

                                                                    168

1         A    No, I don't.

2         Q    I can't go through every single weight here,

3    but just so that we are not talking strictly about the

4    one note that you have identified from Dr. Billingsley,

5    I want to show you what we will mark as 18, which is

6    4/20/04 from Dr. Ramirez.

7              (Whereupon, the below referred to document

8              was marked as Defendant's Exhibit No. 18.)

9         (BY Ms. Freiwald)

10   BY MS. FREIWALD:

11        Q    And do you see that it has a weight for

12   Mrs. Burns of 217?

13        A    Uhm-hum.

14        Q    And by the way, did you note records such as

15   this one where she says that she has shortness of breath

16   and describes her problems related to her COPD?

17        A    No, I didn't see this note before.

18        Q    Okay.  Would you agree with me that COPD can

19   substantially limit somebody's ability to be active?

20        A    It can, sure.

21        Q    And it can be an explanation for shortness of

22   breath?

23        A    It can be.

24        Q    Did you try to get a feel for Mrs. Burns' --

25   the severity of Mrs. Burns' COPD?

jm100608.txt

♀

169

1          A     Where does it say she had COPD?

2          Q     It says it in other records; that is why she

3     had the Prednisone, right?

4          A     I know she had the Prednisone for a pulmonary

5     problem, I didn't recall that it was the COPD.   They

6     mention here of her being treated with CPAP, which is a

7     treatment for sleep apnea.

8          Q     Well, she has got that, too.

9          A     Did you have a question?

10          Q     Yes.   You see that 4/04 she is talking about

11     short of breath, and that would be a complication not of

12     diabetes, that would be a complication of some sort of a

13     pulmonary problem, right?

14          A     It could be.

15          Q     And we know that she has sleep apnea, and we

16     know that she has COPD, or maybe you don't know she has

17     COPD?

18          A     I believe you if you said she has, she has

19     diagnosis of COPD.

20          Q     It's not something that you knew from your

21     review of the records?

22          A     I don't remember.

23          Q     So that's Mrs. Burns on 4/20/04.   And then we

24     have Mrs. Burns on 8/23/04, now she is on Seroquel at

25     this point, right?

♀

170

1          A     Yes.

jm100608.txt

2          Q    Okay.  And let's mark this note, we are going

3     to skip right to 21 because we went backwards for a

4     couple Exhibits.

5               (Whereupon, the above referred to document

6          was marked as Defendant's Exhibit No. 21.)

7     BY MS. FREIWALD:

8          Q    And you tell me what the weight is for

9     Mrs. Burns on 8/23/04.

10         A    It says 195.

11         Q    Okay.  And that would represent a loss of how

12    much from 217 pounds?

13         A    22 pounds.

14         Q    And that's what it says in the records, right,

15    since her last visit she has lost approximately

16    20 pounds?

17         A    Yes.

18         Q    She is not dieting, and has no explanation for

19    this weight loss, correct?

20         A    Correct.

21         Q    Did Seroquel make her lose weight?

22         A    I doubt it.

23         Q    Do you know why she lost weight?

24         A    I don't.

25         Q    Is there any reason in this record to doubt

♀

                                                        171

1     that she was able to lose 20 pounds while taking

2     Seroquel?

3          A    Not if the weight is correct.

4               (Whereupon, the below referred to document
                         Page 154

jm100608.txt

```
 5          was marked as Defendant's Exhibit No. 22.)
 6          (BY Ms. Freiwald)
 7     BY MS. FREIWALD:
 8          Q    Actually let's look at 11/22/04, which would
 9     be Exhibit 22.  What is her weight on 11/22/04, Doctor?
10          A    189.
11          Q    She has continued to lose weight from the 195
12     that she was in August of 2004, correct?
13          A    Yes.
14          Q    And at this point she is thinner than on
15     Seroquel than she was at many periods of time before she
16     ever took Seroquel, isn't she?
17          A    Yes, if she is still on Seroquel.
18          Q    Do you have a reason to think she is not?
19          A    No, you are just going a little fast.
20          Q    Take your time.
21          A    I am just trying to read my note.  No, I have
22     no reason to think she wasn't.
23          Q    You agree with me that there are many reasons
24     why an individual can gain or lose weight, correct?
25          A    Yes, I do.
```

♀

172

```
 1          Q    Mood can effect whether somebody gains or
 2     loses weight, right?
 3          A    In what way?
 4          Q    Some people gain weight when they are happy,
 5     some people lose weight when they are happy, some people
 6     gain weight when they are sad, some people lose weight
 7     when they are sad?
```

jm100608.txt

8      A    Only if they alter some other behavior, being

9   sad doesn't make you gain or lose weight.

10      Q    That is a good point.  So what does in that

11   situation?

12      A    Well, if you are sad and you don't -- maintain

13   little actively or you overeat, or conversely some

14   people overeat when they are excited, or I mean you have

15   to be related to activity level or food I would guess.

16      Q    Okay.  So the only things that really make a

17   person gain weight are eating more, and doing less, some

18   combination of those, right?

19      A    No, the example of steroids is a good one,

20   people gain weight on steroids even if they don't alter

21   those things.

22      Q    Steroids have a direct effect on carbohydrate

23   metabolism, right?

24      A    Uhm-hum.

25      Q    And we have discussed the fact that you are

♀

173

1   not going to testify that you know of any direct effect

2   of Seroquel on weight, right?

3      A    I don't know of any, no, not now.

4      Q    What is your theory of strike that.

5          So assuming that we take out something like

6   steroids, which directly effect metabolism, would you

7   agree with me that the way a person gains weight is by

8   some combination of consuming more calories and burning

9   fewer calories?

10      A    Well, I can think of some other drugs that

Page 156

jm100608.txt

11   cause weight gain without any change in eating behavior

12   as well.

13        Q    Okay.  I am going to stipulate for purposes of

14   this conversation we are having right now that we will

15   exclude any drug that might directly effect metabolism,

16   or that might cause you to retain large amounts of

17   water, okay, and therefore gain weight, all right?

18        A    Uhm-hum.

19        Q    So we will put those to the side and not worry

20   about it.

21        A    There are some drugs that do that without

22   utilizing one of those mechanisms.

23        Q    If you exclude those drugs, would you agree

24   with me that the essential way that somebody gains

25   weight is by some combination of eating more calories

♀

174

1   and burning fewer calories?

2              MR. PIRTLE:  Objection, form.

3              THE WITNESS:  And/or.

4   BY MS. FREIWALD:

5        Q    And/or, okay.  And you just explained to me

6   that if a person let's say gains weight when they are

7   feeling sad, it's not the being sad that made them gain

8   weight, it's the fact that they went out and ate more

9   and maybe did less that made them gain weight, right?

10        A    Maybe.

11        Q    And if a person loses weight because their

12   mood is improved let's say, it's not something you say

13   about the mood necessarily, but what you would explain

Page 157

jm100608.txt

14    to me is that it's that while they were feeling happier

15    they became more actively and maybe they ate a heathier

16    diet?

17         A    Very likely.

18         Q    So you wouldn't attribute the weight gain or

19    the weight loss to the happiness or the sadness, you

20    would attribute it to the change in dietary pattern or

21    activity level?

22         A    To the best of my knowledge or judgment, yes.

23         Q    If a person is not taking Seroquel, if

24    Mrs. Burns had not been taking Seroquel at the time that

25    she - during time periods where she was gaining weight

♀

175

1    or losing weight, would it be fair to say your opinion

2    would be that the explanation for her gaining weight or

3    losing weight had to be some combination of a change in

4    her eating habit and/or a change in her activity level?

5         A    Those would be likely reasons, yes.

6    (BY Mr. Pirtle)

7         MR. PIRTLE:   We are at that point, I

8         understand a question or two, we are actually maybe

9         a little bit past 2:00 o'clock.

10         We will start this again at 8:00 o'clock

11         tomorrow.

12         MS. FREIWALD:   Let me finish out this thought,

13         and if I can figure out a logical place to end and

14         we will do that.

15    (BY Ms. Freiwald)

16    BY MS. FREIWALD:

Page 158

jm100608.txt

17      Q      Mrs. Burns may have also -- Let me put it this

18      way, so if I said to you that Mrs. Burns may have gained

19      weight at some periods of time because she was in pain,

20      you would say to me - if I understand your testimony -

21      I don't think I agree with that, what I think might be

22      true is that she could have been in pain, and so she

23      could have been less active and burned fewer calories

24      and that could be a cause of her gaining weight?

25      A      That could be logical.

♀

                                                                176

1       Q      And if I said to you she could have lost

2       weight because she was feeling better emotionally,

3       psychologically, you would say to me it wasn't because

4       she was feeling better psychologically or emotionally,

5       it was because probably what that meant for her was that

6       she was getting out of the house, she was doing more

7       things, maybe she was also eating heathier, right?

8       A      It could be.

9       Q      But at the end of the day the cause of weight

10      gain or weight loss in your mind has got to be how much

11      activity a person engages in and how much food they eat

12      relative to what they had been doing beforehand?

13      A      Except in the circumstances where there are

14      things like drugs that could make someone gain or lose

15      weight.

16      Q      And we have discussed the fact that you don't

17      know any direct mechanism by which Seroquel would cause

18      somebody to gain or lose weight?

19      A      I don't know of any direct mechanism, that
                        Page 159

jm100608.txt

20    doesn't mean one doesn't exist.

21         Q    But you are not including Seroquel among those

22    drugs like steroids that you know of that have a direct

23    effect on weight gain?

24         A    Not at this time, no.

25              MS. FREIWALD:  Why don't we break for the day.

♀

177

1              MR. PIRTLE:  Fine.

2              (Whereupon, Defendant's Exhibit No. 23

3    was marked.)

4              (Thereupon, the deposition was adjourned at

5    2:02 p.m.)

6                          - - - - - - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 160

jm100608.txt

23

24

25

♀

178

1                          - - - - - -

2                        CERTIFICATE OF OATH

3       STATE OF FLORIDA

4       COUNTY OF BROWARD

5

6

7              I, the undersigned authority, certify

8       that JENNIFER B. MARKS, M.D., personally appeared

9       before me and was duly sworn.

10             WITNESS my hand and official seal this

11      6th day of October 2008.

12

13

14              _____

15              Evan A. Ferguson
                Notary Public, State of Florida
16              My Commission Expires: 12/29/09
                Commission No. DD498401
17

18

19

20

21

22

23

24

25

jm100608.txt

♀

179

```
1                      CERTIFICATE OF REPORTER

2

3

4     STATE OF FLORIDA:

5     COUNTY OF BROWARD:

6

7

8            I, Evan A. Ferguson, Court Reporter,
      certify that pursuant to Notice of Taking Deposition
9     in the above-styled cause, that I was authorized to
      and did stenographically report the foregoing
10    deposition as hereinabove shown, and the testimony
      of said witness was reduced to computer
11    transcription under my personal supervision.
             I further certify that the said deposition
12    was taken at the time and place specified
      hereinabove, and that I am neither of counsel nor
13    solicitor to either of the parties in said suit nor
      interested in the event of the cause.
14           I further certify that I have delivered
      the original copy of said deposition to HOPE S.
15    FREIWALD, ESQUIRE, to be retained by her
      pending further order of the Court.
16           Witness my hand and official seal in the
      City of Fort Lauderdale, County of Broward, State of
17    Florida, this 9th day of October 2008.

18

19
                           _____
20                         Evan A. Ferguson, Notary
                           Public at Large
21                         My Commission expires 12/29/09
                           Commission No. DD498401
22

23

24

25
```

♀

jm100608.txt

1                              ERRATA SHEET

2     PAGE NO.    LINE NO.     _____

3     _____    _____      _____

4     _____    _____      _____

5     _____    _____      _____

6     _____    _____      _____

7     _____    _____      _____

8     _____    _____      _____

9     _____    _____      _____

10    _____    _____      _____

11    _____    _____      _____

12    _____    _____      _____

13    _____    _____      _____

14    _____    _____      _____

15    _____    _____      _____

16    _____    _____      _____

17    _____    _____      _____

18    _____    _____      _____

19    _____    _____      _____

20    _____    _____      _____

21    _____    _____      _____

22    _____    _____      _____

23    _____    _____      _____

24    SIGNATURE_____    DATE_____

25

♀

181

1     October 9, 2008

2
      TO: JENNIFER B. MARKS, M.D., DEPONENT
                         Page 163

jm100608.txt

```
 3   C/O THOMAS PIRTLE, ESQUIRE
     LAMINACK, PIRTLE & MARTINEZ, LLP.
 4   5020 MONTROSE BOULEVARD, 9TH FLOOR
     HOUSTON, TEXAS 77006
 5
     RE:  Seroquel Products Litigation:  Janice Burns
 6        MDL DOCKET NO. 1769 _6:07-cv-15959
     Please take note that on Tuesday, the 6th day of
 7   October 2008, you gave a deposition in the above
     referred to matter.  At that time, you did not
 8   waive signature.  It is now necessary that you sign
     your deposition.
 9
     As previously agreed to, the transcript will be
10   furnished to you through your counsel.  Please read
     the following instructions:
11
     At Page 180 you will find an errata sheet.  As you
12   read your deposition, any changes or corrections
     that you wish to make should be noted on the errata
13   sheet, citing page and line number of said change.
     DO NOT write on the transcript itself.  Once you
14   have read the transcript and noted any changes,
     be sure to sign and date the errata sheet and
15   return these pages in the self-addressed envelope
     that has been provided for your convenience.
16   You need not return the entire transcript.

17   If you do not read and sign the deposition within
     thirty (30) days, the original, which has already
18   been forwarded to the ordering attorney, may be
     filed with the Clerk of the Court.  If you wish to
19   waive your signature, sign your name in the blank
     at the bottom of this letter and return it to us.
20
             Very truly yours,
21
             Evan A. Ferguson
22           (Esquire Deposition Services)

23   I do hereby waive my signature.

24   _____
     JENNIFER B. MARKS, M.D.
25   cc: via transcript:    HOPE S. FREIWALD, ESQUIRE
```