# TAB 2-2

jm100708.txt

182

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                  ORLANDO DIVISION

 3
        IN RE:   Seroquel Products Liability Litigation
 4      MDL DOCKET NO. 1769

 5      This Document Relates to:

 6      Burns v. AstraZeneca, LP, et al.
        Guinn v. AstraZeneca, LP, et al.
 7      Curley v. AstraZeneca,LP, et al.

 8      [Janice Burns 6:07-cv-15959]
        [Linda Guinn 6:07-cv-10291]
 9      [Connie Curley 6:07-cv-15701]

10      _____

11                          Miami Beach, Florida
                            October 7, 2008
12                          8:00 o'clock a.m.

13                      VOLUME II

14

15                - - - - - - - - -

16                      DEPOSITION

17                          OF

18              JENNIFER B. MARKS, M.D.

19                - - - - - - - - -

20

21

22      JOB NO: 958217
        Reported By:
23      Evan A. Ferguson, RPR
        Notary Public, State of Florida
24      Esquire Deposition Services
        Fort Lauderdale Office
25      Phone 954-331-4400
```

♀

183

```
 1      APPEARANCES:
```

jm100708.txt

```
 2
            LAMINACK, PIRTLE & MARTINEZ, LLP.
 3          BY:   THOMAS PIRTLE, ESQUIRE,
            5020 Montrose Boulevard, 9th Floor
 4          Houston, Texas  77006
            713.292.2750
 5          Appearing on behalf of the Plaintiff.

 6

 7          DECHERT, LLP.
            BY:   HOPE S. FREIWALD, ESQUIRE,
 8          BY:   KIRSTIN MAZZEO, ESQUIRE,
            2929 Arch Street
 9          Philadelphia, Pennsylvania 19103
            215.994.4000
10          Appearing on behalf of the Defendant.

11

12          WILLIAMS & CONNOLLY, LLP.,
            BY:   STEPHEN D. RABER, ESQUIRE,
13          725 Twelfth Street, N.W.
            Washington, D.C.  20005
14          202.434.5538
            Appearing on behalf of the Defendant.
15

16

17          ALSO PRESENT:   CHARLES HUNGER, Paralegal.

18

19

20

21

22

23

24

25
```

♀

184

```
 1                         I-N-D-E-X

 2     WITNESS:                              PAGE:

 3     JENNIFER B. MARKS, M.D.

 4     DIRECT EXAM CONTINUED BY MS. FREIWALD:    186
```

jm100708.txt

```
5    DIRECT EXAMINATION BY MR. RABER:           238

6    CROSS EXAMINATION BY MR. PIRTLE:           357

7    REDIRECT EXAMINATION BY MR. RABER:         366

8

9                        E-X-H-I-B-I-T-S

10   "MDL" BURNS NO. 6:07-cv-15959
     "MDL"GUINN NO. 6:07-cv-10291      FOR IDENTIFICATION
11
     NO. 24                                     196
12   NO. 25                                     197
     NO. 26                                     223
13   NO. 27                                     240
     NO. 28                                     241
14   NO. 29                                     249
     NO. 30                                     251
15   NO. 31                                     255
     NO. 32                                     263
16   NO. 33                                     265
     NO. 34                                     274
17   NO. 35                                     276
     NO. 36                                     281
18   NO. 37                                     283
     NO. 38                                     289
19   NO. 39                                     291
     NO. 40                                     313
20   NO. 41                                     320
     NO. 42                                     332
21   NO. 43                                     341
     NO. 44                                     348
22   NO. 45                                     367
     NO. 46                                     378
23

24

25
```

⚲

185

```
1                      - - - - - - -

2             Deposition of JENNIFER B. MARKS, M.D., a

3    witness of lawful age, taken by the Defendant, for the

4    purpose of discovery and for use as evidence in the

5    above-entitled cause, wherein IN RE:  Seroquel Products

6    Liability Litigation, and This Document Relates to

7    Burns v. AstraZeneca, LP, et al., [Janice Burns
```

Page 3

jm100708.txt

8      6:07-cv-15959] [Linda Guinn 6:07-cv-10291] pending in

9      the UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF

10     FLORIDA, ORLANDO DIVISION, pursuant to notice heretofore

11     filed, before EVAN FERGUSON, a Notary Public in and for

12     the State of Florida at Large, at the Ritz Carlton Hotel

13     Board Room, One Lincoln Road, Miami Beach, Miami-Dade

14     County, Florida, on the 7th day of October 2008,

15     commencing at 8:00 o'clock a.m.

16                      - - - - - - -

17     Thereupon:

18                  JENNIFER B. MARKS, M.D.,

19          A witness named in the notice heretofore

20     filed, being a witness of lawful age, and being first

21     duly sworn in the above cause, testified under oath as

22     follows:

23                  DIRECT EXAMINATION CONTINUED

24        (BY Ms. Freiwald)

25

♀

                                                    186

1      BY MS. FREIWALD:

2          Q     Good morning, Dr. Marks.  Did you do anything

3      since we broke yesterday to further prepare for your

4      deposition?

5          A     No.

6          Q     After you left we noticed this one page

7      written on Ritz Carlton notepaper and we took it on

8      ourselves to assume that it is your handwriting, you are

9      confirming that, right?

10         A     Yes.

jm100708.txt

11       Q       When did you make this note?

12       A       What is today, Tuesday.  I think it was Sunday

13   when we met.

14       Q       It says, among other things, epidemiologic

15   studies reread, were there any particular epidemiologic

16   studies you read between yesterday and Sunday?

17       A       It wasn't Sunday, it was last week when we

18   first met, and all I did was go back over the articles

19   that I had, and the ones that I indicated to you

20   yesterday that I pulled last week.

21       Q       And it says package inserts, does that mean

22   that you pulled the package inserts sometime within the

23   last week?

24       A       Yes.

25       Q       It says Dr. Ragsdale Guinn, what does that

♀

                                                         187

1   mean?

2        A       To look at the deposition that Dr. Ragsdale

3   had given on Guinn.

4        Q       And present no diabetes, no MI risk, does that

5   stand for mental illness risk or heart attack?

6        A       Myocardial infarction.

7        Q       Present no diabetes; no myocardial infarction

8   risk; get study from Haffner; is that a study you have

9   gotten in the last week?

10       A       No, I haven't yet.

11       Q       Do you know what the study is?

12       A       Yes, it looks at the risk of myocardial

13   infarction over a seven year period in individuals with

jm100708.txt

14     diabetes compared to individuals with no diabetes with a

15     history of previous MI.

16          Q     Not a study that you are familiar with as you

17     sit here today?

18          A     I am familiar with it, yes.

19          Q     Who is Haffner?

20          A     Is one of the authors of the study.

21          Q     But you haven't pulled the study yet?

22          A     No.

23          Q     And it's not on your reference material?

24          A     It has nothing to do with this case actually.

25          Q     That clears that up.

                                                              188

1               Another housekeeping chore I noticed this

2     morning that when we photocopied Exhibit 2 which is your

3     time log we cut off the months, are you able to tell me

4     just maybe go through, just handwrite here what are the

5     months or tell me where one month ends?

6          A     Well, these are August.

7          Q     Where we start with 9/14, that's August?

8          A     Why don't I get you the old list and send you

9     a copy.

10               MS. FREIWALD:  You will get us a better copy

11          of Exhibit 2 so we can see the months?

12               MR. PIRTLE:  Sure.

13          (BY Ms. Freiwald)

14     BY MS. FREIWALD:

15          Q     It looks to me like essentially up to August

16     you spent to 1, 2, 4, 6, 9, 13, 18 and a quarter, 21 and

                         Page 6

jm100708.txt

17    a quarter hours on this case?

18         A    That's about right.

19         Q    That's about right, okay.

20              Now, you testified yesterday that you believed

21    that Mrs. Burns was not on steroids in the mid 2002 to

22    mid 2003 time period when she was taking Seroquel,

23    correct?

24         A    I think I testified that I was not aware that

25    she was on steroids.

⚨

189

1          Q    Have you done anything since yesterday to see

2     if you were correct or not?

3          A    No.

4          Q    Would you agree with me if she was taking

5     steroids in or around the time that she -- Strike that.

6               Would you agree with me that if she was taking

7     steroids in or around August of 2003 you would need to

8     consider steroids as a possible explanation for the

9     glucose level of 239 that you cite in your report in

10    August of 2003?

11         A    If that were the case you would have to look

12    at that, yes.

13         Q    If that were the case then that would make

14    that reading comparable in your mind to the July of 2000

15    reading where you note that she has fasting blood

16    glucose levels of 200, but you also note that she was on

17    steroids?

18         A    I don't understand what you mean when you ask

19    me if it would make it comparable to it.

Page 7

jm100708.txt

20        Q     It would make it a similar situation in July
21   of 2000 you note in your report that she has a fasting
22   glucose reading in the 200s, but you say that you don't
23   treat that as diagnostic of diabetes at that time
24   because she is on steroids, right?
25        A     Correct.

♀

                                                              190

1         Q     And so you would have to apply that same
2    standard to the test in August of 2003 if she was on
3    steroids in August of 2003?
4         A     If she were on steroids, yes.
5         Q     And am I also correct that the reading in
6    August of 2003 that you rely on as the time period where
7    you say she received her diagnosis of diabetes was not a
8    reading that was done by any professional laboratory?
9         A     I don't know, I don't have my report in front
10   of me anymore.
11        Q     You didn't come back with your report today,
12   okay?
13        A     I was using yours yesterday.
14        Q     Here we are.
15        A     Thank you.   Your question was what again?
16        Q     Can you read back my question?
17             (Whereupon, the above referred to question
18        was read back by the Court Reporter.)
19             THE WITNESS:   I still don't know the answer to
20        that question because I didn't make any notation
21        about where the blood glucose originated from.
22        (BY Ms. Freiwald)
                         Page 8

jm100708.txt

23    BY MS. FREIWALD:

24        Q    Have you ever looked to see if there was a

25    professional laboratory that confirmed that reading?

♀

191

1        A    I don't remember.

2        Q    Have you ever looked to see if the

3    confirmation of fasting was based on anything other than

4    Mrs. Burns' self report that she was fasting?

5        A    I don't remember.

6        Q    Would that be important to you in determining

7    how reliable --

8        A    Yes, it would.

9        Q    I've got to ask you to just wait until I

10    finish.

11            I think we also talked yesterday about the

12    three blood glucose readings that were taken early in

13    the morning in 1994 and that all were above 126; do you

14    remember that?

15        A    Yes, I do.

16        Q    And I think I may have gotten my time periods

17    a little confused and misspoken about the reason she was

18    in the hospital, but that is neither here nor there.

19            You mentioned that you wouldn't entirely rely

20    on those three elevated readings within the diabetic

21    range because you didn't know what was going on with her

22    at the time she was hospitalized; is that correct?

23        A    That is correct.

24        Q    Will you agree with me that doctors such as

25    yourself do in normal clinical practice use hospital

jm100708.txt

♀

192

1    blood glucose readings as confirmatory of diabetes?

2        A    No, I think that would be very few instances

3    where I would make the diagnosis of diabetes based on

4    blood glucose that was based on hospital.

5        Q    Didn't you tell me yesterday that one of the

6    times that people get diagnosed with diabetes is when

7    they come into the hospital with a heart attack and they

8    learn for the first time that they have diabetes, that

9    they weren't aware of before?

10       A    I said that, but actually if someone came in

11   to the hospital with a heart attack and had elevated

12   blood sugars, I would test them after they got out of

13   the hospital to see whether or not they had diabetes or

14   not, so hyperglycemia could be the first clue to the

15   diabetes.

16           But whenever possible you always want to try

17   to do a diagnostic test under normal circumstances, not

18   under stressful circumstances.

19       Q    Okay.  So I understand you might want to do a

20   follow-up in the office or two follow-ups in the office,

21   but you would consider that elevated test during a

22   hospitalization with a heart attack for example highly

23   suspicious of diabetes, wouldn't you?

24       A    It would be suspicious, but people can develop

25   what is called stress hyperglycemia during

♀

193

jm100708.txt

1   hospitalization and they don't confirm as being diabetic
2   on testing thereafter.
3       Q    You have no evidence, do you, that in 1994
4   Mrs. Burns was experiencing stress hyperglycemia, do
5   you?
6       A    I don't know, I don't have any evidence, no.
7       Q    And, again, if you were called in to consult
8   with -- are you ever called in to consult with heart
9   attack patients who show elevated glucose readings
10  during the times what they are hospitalized?
11      A    Sometimes.
12      Q    And is it common for doctors such as yourself
13  to say to patients under those circumstances, look, we
14  have done a couple fasting blood draws, two of them have
15  come back in the diabetic range, we think it's most
16  likely that you have diabetes, we want to follow-up but
17  we think that's most likely what we are seeing?
18      A    Yes.
19      Q    That would be the kind of conversation that
20  you would have in a patient in your normal clinical
21  practice?
22      A    Possibly, uhm-hum.
23      Q    That doesn't sound at all like an unusual
24  conversation for you to have, does it?
25      A    No.

♀

                                                        194

1       Q    Now, the 239 that you are using to say is
2   diagnostic of diabetes, that didn't get confirmed, did

Page 11

jm100708.txt

 3    it, it's not two readings?

 4         A    I don't remember.

 5         Q    So before Mrs. Burns ever went on Seroquel we

 6    have three fasting readings in the diabetic range in

 7    1994, and then we have a couple other fasting readings

 8    in the diabetic range before June of 2002, right?

 9         A    I don't remember which ones were fasting,

10    which ones weren't.

11         Q    Do you remember we discussed --

12         A    I remember there was one that was labeled as

13    fasting.

14         Q    Do you remember we discussed one that was 134

15    with a nine hour fast?

16         A    Yes, I remember that one.

17         Q    And then we discussed one that was I think

18    around 127 that was early in the morning?

19         A    Yes, which is not confirmed to be fasting.

20         Q    But it was early in the morning and you said

21    it was presumptively fasting?

22         A    Correct, but she could have had intervenous

23    fluids going in, I don't recall which hospitalization.

24         Q    And you have not done anything to either rule

25    in or rule out that she had intervenous fluids?

♀

                                                          195

 1         A    How would I do that?

 2         Q    Looking at the records.

 3         A    No, I did not.

 4         Q    So we have five elevated readings before she

 5    ever took Seroquel, and we have several that are in the

Page 12

jm100708.txt

 6    pre-diabetic range before she ever took Seroquel, right?

 7        A    Yes.

 8        Q    Isn't it more likely than not that she was

 9    diabetic before she ever took Seroquel?

10        A    It's possible.

11        Q    It's more likely than not, isn't it?

12        A    It's possible.

13        Q    You can't say one way or another?

14        A    No.

15        Q    You certainly wouldn't say that a single

16    self-reported reading in August of 2003 is better

17    diagnostic proof than five laboratory readings before

18    she ever took Seroquel?

19        A    No, if that were the situation, no, I would

20    have to agree with you.

21        Q    Let's talk about -- and yesterday when we

22    talked you had not noticed that Mrs. Burns had reported

23    in her medical records, and to at least one of her

24    doctors that she had received a diagnosis of diabetes in

25    2000; is that right?

♀

196

 1        A    That is correct, I never read that.

 2        Q    Okay.  And you have not done any follow-up on

 3    that since yesterday?

 4        A    I apparently don't have those medical records.

 5        (BY Ms. Freiwald)

 6            MS. FREIWALD:  Let's mark 24, please.

 7            (Whereupon, the above referred to document

 8            was marked as Defendant's Exhibit No. 24.)

Page 13

jm100708.txt

 9          (BY Ms. Freiwald)

10     BY MS. FREIWALD:

11          Q     Do you know what this document is, ma'am?

12          A     It looks like it's a list of at least part of

13     her medical history.

14          Q     Have you read any of the testimony in this

15     case anything about this list?

16          A     I think I remember seeing it.

17          Q     Okay.  Do you know whether this was created by

18     Mrs. Burns or not?

19          A     I don't know.

20          Q     I'm going to represent to you that it was

21     created by Mrs. Burns.

22                And if you look at the entry in 2000, can you

23     agree with me that it says:  2000 Elevated blood sugars

24     and ketones in urine.  Acuchecks 120-190 confirmed by

25     lab on multiple occasions.  No longer able to work due

♀

                                                          197

 1     to PDSD and major depression which increased in severity

 2     chronic elevated cortisol level.  Lacerated radial

 3     artery; do you see that?

 4          A     Yes.

 5          Q     And let's look at -- you didn't consider this

 6     document in forming your opinions?

 7          A     I don't recall.

 8          Q     And let's look at what I will mark 25.

 9                (Whereupon, the above referred to document

10                 was marked as Defendant's Exhibit No. 25.)

11     BY MS. FREIWALD:

                        Page 14

jm100708.txt

```
12        Q    Is this a document that you can remember
13   whether you have reviewed before or not?
14        A    I don't know, it doesn't look familiar.
15        Q    I'm just going to direct your attention to the
16   paragraph Past History.  This is for the record a
17   document from Dr. Laura Yauch, if I am saying that
18   correctly, Bates Number 21, and it's dated January of
19   2008, so I am looking at the Past History, and do you
20   see about a third of the way up from the bottom of that
21   paragraph it says in 2000 diagnosed with diabetes?
22        A    Yes, I see that.
23        Q    Okay.  And did you consider the fact that
24   Dr. Yauch had obtained from the patient a history that
25   she had been diagnosed with diabetes in 2000 when she
```

♀

                                                                    198

```
 1   was treating Mrs. Burns independent of this litigation?
 2        A    No, how do we know she got this from
 3   Mrs. Burns?
 4        Q    It says Past History.  Isn't that where
 5   doctors usually get past history?
 6        A    Or either from previous medical records, which
 7   aren't always entirely accurate obviously.
 8        Q    In any event, you didn't consider this record
 9   in forming your opinion, did you?
10        A    I don't believe so.
11        Q    You weren't aware of this record until I
12   showed it to you?
13        A    I don't believe so.
14        Q    And this record either has a patient stating
```

Page 15

jm100708.txt

15      or a prior medical record stating to Dr. Yauch that

16      Mrs. Burns was diagnosed with diabetes as early as 2000?

17           A    I already answered that.

18           Q    The answer is yes?

19           A    Yes.

20           Q    Okay.  Let's talk about other risk factors for

21      diabetes, I want to turn your attention to your report,

22      and on page 6, Doctor, in the bottom paragraph you say:

23                "It is also likely that the weight gain

24      contributed to her development of hypertension and

25      dyslipidemia."  Do you see where I am reading?

♀

199

1            A    Yes.

2            Q    That's wrong, isn't it?

3            A    What do you mean?

4            Q    That's just wrong, that is not true, that is

5       not consistent with the records.

6            A    I'm sorry, I don't know what you mean.

7            Q    Isn't it true that Mrs. Burns had hypertension

8       and dyslipidemia before she ever took Seroquel?

9            A    But that's not what I stated there, I stated

10      that the weight gain contributed to her development of

11      hypertension and dyslipidemia.

12           Q    How can you develop hypertension or develop

13      dyslipidemia if you already have it?

14           A    Well, I'm not sure I understand your question.

15      You are saying she had hypertension and dyslipidemia

16      before she had a weight issue?

17           Q    I am saying she had hypertension and

Page 16

jm100708.txt

18    dyslipidemia before she ever took Seroquel.  She had a

19    weight issue as far back as the medical records allow us

20    to look?

21         A    Well, that is all I stated there is that the

22    weight gain contributed to her development of

23    hypertension and dyslipidemia.

24         Q    I don't understand how you are using

25    development; are you saying that it caused the onset of

                                                        200

1    hypertension or dyslipidemia?

2         A    I am saying that the weight gain is a risk

3    factor for the development of those two conditions.

4         Q    Okay.  Define development for me.

5         A    The process which leads to the onset of a

6    clinical disease.

7         Q    Okay.  Was the onset of hypertension in

8    Mrs. Burns before or after she started Seroquel, or

9    don't you know?

10        A    I have to look here.  She was begun on an

11   antihypertensive medication in June of 2003.

12        Q    That's not my question.

13        A    Sorry, I am just looking at my notes here, and

14   I will finish answering your question.

15        Q    Sure.

16        A    She was noted earlier than that to be

17   hypertensive also.

18        Q    How early do you have in your report for being

19   noted for being hypertensive?

20        A    In 12 of '98.

                        Page 17

jm100708.txt

21          Q     And that is the earliest record you had,

22     right, 1998, the year?

23          A     That is correct.

24          Q     So you wouldn't have known that she actually

25     got her diagnosis of hypertension in 1994?

♀

                                                                201

1          A     No, I wouldn't have known that.

2          Q     Or at least in '94.   And have you made any

3     attempt to chart her blood pressure readings going as

4     far back as your medical records allowed you?

5          A     I looked back as far as I could in the medical

6     records to look at issues such as blood pressure and

7     cholesterol.

8          Q     No, what I am asking is have you done anything

9     to systematically review her blood pressure readings

10    over - well, my records go back almost ten years before

11    the date that you give her for being diagnosed with

12    diabetes - have you done anything to look at all the

13    blood pressure readings we have and analyze how well or

14    not well her blood pressures were controlled?

15          A     I looked at her medical records and noted her

16    blood pressures, and whether or not she has a diagnosis

17    of hypertension.

18          Q     You didn't remember before you just looked at

19    your report when she had a diagnosis of hypertension,

20    right?

21          A     That is correct.

22          Q     Okay.   Are you going to testify that

23    Mrs. Burns' hypertension was any less well controlled

                              Page 18

jm100708.txt

24   because of Seroquel than it was before she took

25   Seroquel?

♀

202

1          A    No.

2          Q    Using your own definition of development that

3     you just gave me a moment ago, did Seroquel cause the

4     onset of dyslipidemia in Mrs. Burns in your opinion?

5          A    She was noticed to be dyslipidemic before she

6     started on the Seroquel.

7          Q    Are you going to testify that Seroquel

8     worsened Mrs. Burns' dyslipidemia?

9          A    It's possible.

10          Q    Have you formed an opinion that it's more

11     likely than not?

12          A    Yes, it's likely that the Seroquel contributed

13     to the worsening of the dyslipidemia.

14          Q    I don't mean in theory it's likely, I mean

15     have you actually looked at her medical records to see

16     if there was a worsening of dyslipidemia, and if you can

17     apply some methodology that says it was causally related

18     to Seroquel?

19               MR. PIRTLE:   Objection, asked and answered.

20          She has changed the question.   You can answer it

21          again.

22               THE WITNESS:   Her dyslipidemia got worse if

23          that is what you are asking me.

24     BY MS. FREIWALD:

25          Q    Show me how.

Page 19

jm100708.txt

⚲

203

1       A    Can I look at her summary that she had?

2       Q    Sure.

3       A    It's my impression that her dyslipidemia got

4    worse.  In 2004 she was started on pharmatherapeutic

5    treatment for dyslipidemia that would imply that it got

6    worse.

7       Q    How does that imply that it got worse or that

8    somebody finally noticed that they should do something

9    about it?

10      A    It could be that too.  Her total cholesterol

11   in October of 2004 was up almost to 300, I believe

12   that's higher than it had been earlier.   Triglycerides

13   were in the 700s, clearly that is higher than it was

14   earlier.

15      Q    Have you done any analysis to see what was

16   going on with her at those times other than the fact

17   what she happened to be on Seroquel?

18      A    I don't know what you mean by analysis.

19      Q    Have you done anything to rule in other causes

20   of changes in her lipid parameters or -- I'm sorry, have

21   you done anything to rule out other causes of changes in

22   her lipid parameters at that time?

23      A    Well, consider the possibility of her weight

24   contributing to the worsening of her dyslipidemia.

25      Q    Have you considered other medications?

⚲

204

1       A    I certainly believe I did, yes.

jm100708.txt

2        Q     Do you know which medications she was on at

3     the time?

4        A     Let me find that again.   Yes.

5        Q     Where are you looking?

6        A     I am looking in October of 2004, it's page 21,

7     several medications listed there.

8        Q     And have you for example checked the PDR to

9     see how they may have effected her in terms of lipid

10    levels?

11       A     No, I don't need to check the PDR.

12       Q     Do you know if this is a comprehensive list?

13       A     I don't know at this point whether it's a

14    comprehensive list.

15       Q     And do you know if the rise in triglyceride

16    levels that is seen on this one occasion went back down

17    again while she was still on Seroquel?

18       A     She was started in treatment for her

19    cholesterol and triglycerides.

20       Q     Yes, well, she was started on medication it

21    would have mostly effected her LDL, right?

22       A     No, the Tricor is for triglycerides.

23       Q     Do you know what other changes were occurring

24    in Mrs. Burns' life or what else was going on that could

25    have effected her lipid levels at that time?

                                                          205

1        A     I don't know what you are --

2        Q     I'm asking whether you have done anything to

3     rule out other causes of lipid changes at that time?

4                   MR. PIRTLE:   Hold on a second.   Objection to

                          Page 21

jm100708.txt

5       form.   She has already identified what she has done

6       and you have asked her a vague question, done

7       anything else.

8       (BY Ms. Freiwald)

9  BY MS. FREIWALD:

10      Q    Doctor, have you looked to see how -- You

11  agree with me that Mrs. Burns' triglycerides and other

12  lipid parameters were elevated before she ever went on

13  Seroquel?

14      A    Yes, I do.

15      Q    And do you have any study that you rely on to

16  say that Seroquel causes changes in lipid levels or that

17  it causes changes in lipid levels on the order of

18  magnitude that you are attributing in Mrs. Burns?

19      MR. PIRTLE:   Objection to form.   You can

20      answer.

21      THE WITNESS:   It has been reported in the

22      literature that Seroquel may be associated with

23      changes in lipid profiles.

24      (BY Ms. Freiwald)

25  BY MS. FREIWALD:

♀

206

1      Q    So you are relying on literature that

2  discusses a possible association?

3      A    That is correct.

4      Q    You understand there is a difference between

5  possible association and causation?

6      A    Yes, I do.

7      Q    Is there any literature you can cite me that

jm100708.txt

8    says that Seroquel causes lipid levels on the order of

9    magnitude -- I'm sorry, is there any literature that you

10   can point me to that says that Seroquel causes lipid

11   changes?

12        A    I already told you that there is literature

13   that says that Seroquel is associated with changes in

14   lipid profiles.

15        Q    Possible association?

16        A    Yes, definite association, it's a possible

17   cause.

18        Q    What literature are you citing?

19        A    A lot of the literature that is on the list

20   that we provided for you.

21        Q    Can you point me to any article you provided

22   me with that it specifically discusses lipid changes?

23        A    Yes, I can.

24        Q    As a possible association?

25        A    Yes.

♀

207

1         MR. PIRTLE:   Take your time and go through it.

2         THE WITNESS:   It's the American Diabetes

3    Association and American Psychiatric Association

4    Consensus Development Conference on antipsychotic

5    drugs and obesity and diabetes.   Under the heading

6    Dyslipidemia it says:

7         "An additional related consequence of SGA use

8    is their effect on serum lipids.   Although the data

9    are limited, the available evidence suggests that

10   changes in serum lipids are concordant with changes

Page 23

jm100708.txt

11          in the body weight."  Et cetera, et cetera.

12              Their abbreviation for SGA means second

13          generation antipsychotics.

14  BY MS. FREIWALD:

15      Q    So that what you just read me says that lipid

16  changes may be tied to weight changes, it doesn't say

17  that --

18      A    Which are tied to the use of second generation

19  antipsychotics.

20      Q    It doesn't say that, it doesn't say that

21  second generation antipsychotics generally cause weight

22  change?

23      A    Okay.  Under Obesity is says:

24              "There is considerable evidence, particularly

25  in patients with schizrenia, that treatment with SGA

                                                              208

1   can cause a rapid increase in body weight."

2       Q    Do you know what it can cause, not did cause?

3       A    No, I never said it did cause, I said it can

4   cause.

5       Q    Okay.  And do you know what the consensus

6   conference said with regard to Seroquel specifically in

7   lipid profile?

8       A    I am not sure that they said specific things

9   about it, they do mention that:

10              "Clozapine and olanzapine, which produce the

11  greatest weight gain, are associated with the greatest

12  increases in total cholesterol, LDL cholesterol, and

13  triglycerides and with decreased HDL cholesterol.

                    Page 24

jm100708.txt

14    Aripiprazole and ziprasidone, which are associated with

15    the least amount of weight gain, do not seem to be

16    associated with the worsening of serum lipids.

17    Risperidone and quetiapine appear to have intermediate

18    effects on lipids."

19         And then they refer to a table here which

20    essentially says the same thing.

21    Q    That's not what the table says, does it?

22    A    Let me go look at the table.  What does the

23    table not say?

24    Q    The table says the data on Quetiapine and

25    lipid profiles is discrepant?

♀

209

1    A    And that's what the paragraph said, too.

2    Q    It's discrepant, that doesn't mean that it can

3    cause, it means it's discrepant, it's conflicting?

4    A    There are conflicting literature, yes, you're

5    correct.

6    Q    And the ADA Consensus Conference specifically

7    distinguishes between Olanzapine and Clozapine and

8    Quetiapine?

9    A    That's correct.

10    Q    It doesn't put Quetiapine in the same group

11    among the SGAs as Olanzapine and Clozapine, correct?

12    A    It makes that distinction, you're correct.

13    Q    Do you know what SGA stands for?

14    A    Second generation antipsychotics.

15    Q    You saw that in the article?

16    A    Yes.

jm100708.txt

17     Q     And it also distinguishes between Olanzapine,

18  Clozapine and Quetiapine with regard to possible

19  association with weight changes, correct?

20     A     Correct.

21     Q     And you are not disagreeing with the ADA

22  Consensus Statement in terms of the data for Seroquel

23  and lipid changes being discrepant, are you?

24     A     No.

25     Q     Is it true that the natural progression of

♀

                                                          210

 1  diabetes if left untreated can also cause increases in

 2  lipid levels, particularly triglyceride levels?

 3     A     If the diabetes is out-of-control, correct.

 4     Q     If it's untreated?

 5     A     If it's out-of-control.

 6     Q     Is there any clinical trial that you can point

 7  me to that would support Seroquel causing a change in

 8  Mrs. Burns' triglycerides of the magnitude that you are

 9  attributing to Seroquel?

10     A     I don't remember specific numbers, whether any

11  of the articles actually gave ranges.

12     Q     Do you know what the mean or median change in

13  any lipid parameter is in clinical trials of Seroquel?

14     A     I would have to look at the literature again.

15     Q     Have you attempted to review that in any kind

16  of a comprehensive or a systematic way?

17     A     I read the article, I don't retain the numbers

18  in my head.

19     Q     Okay.  But sitting here today you don't have

jm100708.txt

20      any sense of what the mean shifts were, if any, in any

21      lipid parameters patients taking Seroquel in clinical

22      trials?

23          A     No, I don't remember.

24          Q     And you don't remember if there is any

25      clinical trail data that would support the idea of

♀

211

1       Seroquel being associated with lipid changes on the

2       order of magnitude that you are attributing in

3       Mrs. Burns, do you?

4           A     No, I don't recall.

5           Q     Do you agree with me that Mrs. Burns'

6       pre-Seroquel lipid levels would have warranted her

7       receiving treatment prior to ever going on Seroquel?

8           A     By treatment you mean?

9           Q     Statin therapy, Niaspan, Tricor?

10          A     I agree that they certainly would have

11      required some dietary intervention, I think it would be

12      the numbers that I am seeing here that would be a little

13      controversial as to whether or not pharmacotherapy would

14      be necessary.

15          Q     What numbers are you saying that would make

16      that controversial?

17          A     She has on page 6 December 26, LDL cholesterol

18      of 136, the page before that there is an LDL 166,

19      triglycerides are in the 300 range.

20          Q     The goal for LDL is 100, right?

21          A     For somebody with diabetes, yes.

22          Q     And her total cholesterol is above 200, isn't

Page 27

jm100708.txt

```
23     it?
24          A    Yes, it is.
25          Q    And that's above goal, isn't it?
```

                                                              212

```
 1          A    But what is important is the LDL cholesterol.
 2          Q    You don't treat based on total cholesterol
 3     also?
 4          A    No, I don't.
 5          Q    And her triglycerides are above goal, aren't
 6     they?
 7          A    Yes, they are.
 8          Q    And certainly she was at least pre-diabetic in
 9     that time period, right?
10          A    That is correct.
11          Q    So you would have wanted her within diabetic
12     goal, right?
13          A    No, that is not the recommendation.
14          Q    Haven't you said that before, that patients
15     with prediabetes benefit by being within diabetes goals
16     for cholesterol levels?
17          A    I don't think so.
18          Q    No?
19          A    I don't think so.  Unless you are going to
20     pull out something that says I wrote it.
21          Q    So your testimony is that you agree that she
22     had elevated cholesterol levels before she ever took
23     Seroquel?
24          A    Yes.
25          Q    You agree that she has sleep apnea?
```

jm100708.txt

♀

213

| | | |
|---|---|---|
| 1 | A | I don't know that.  I know it was on the list |
| 2 | of diagnoses. | |
| 3 | Q | Can that effect blood pressure? |
| 4 | A | I don't know the answer to that.  If I were to |
| 5 | guess I would say possible. | |
| 6 | Q | Effect weight? |
| 7 | A | Sleep apnea effect weight, no, I don't believe |
| 8 | so. | |
| 9 | Q | Can sleep deprivation effect weight or don't |
| 10 | you know? | |
| 11 | A | I don't know the answer to that. |
| 12 | Q | Can sleep deprivation effect appetite? |
| 13 | A | I don't know the answer to that. |
| 14 | Q | Can sleep deprivation effect mood? |
| 15 | A | I would guess, yes. |
| 16 | Q | Evidence she was sedentary before she took |
| 17 | Seroquel? | |
| 18 | A | I think we discussed that yesterday, yes. |
| 19 | Q | Evidence that she had mental illness? |
| 20 | A | Yes. |
| 21 | Q | And that's associated with increased obesity |
| 22 | and increased glucose levels? | |
| 23 | A | Mental illness is associated with increased |
| 24 | obesity and elevated glucose levels, yes. | |
| 25 | Q | She certainly had life stressors which can |

♀

Page 29

214

jm100708.txt

1    cause elevations in glucose levels?

2        A    Not necessarily.

3        Q    Can it cause periodic changes in glucose

4    levels?

5        A    Can it, yes, is it common, no, I don't think

6    so.

7        Q    I thought you said that stress in the hospital

8    setting for example could effect glucose levels?

9        A    That is a different kind of stress.  I thought

10   you were talking about life's daily stresses.

11       Q    Mental illness?

12       A    I have already said that mental illness is

13   associated with increased blood glucose levels.

14       Q    Have you read any literature on whether life

15   stressors can effect glucose levels?

16       A    I don't think so.

17       Q    She had PCOS?

18       A    Did she?  I don't remember that.  PCOS, I

19   don't know that, whether she had PCOS or not.

20       Q    I am going to represent to you that she did.

21   Assuming that she did, just assume for the sake of my

22   question that she did, okay, is PCOS associated with

23   metabolic disregulation?

24       A    Yes, PCOS is associated with metabolic

25   disregulation.

♀

215

1        Q    Do you consider it a cause or a marker of

2    metabolic disregulation?

Page 30

jm100708.txt

3          A     Its' probably a marker.

4          Q     People with PCOS tend to have metabolic

5     disregulation?

6          A     They tend to have metabolic syndrome.

7          Q     Mrs. Burns had metabolic syndrome?

8          A     I don't know what her weight circumference

9     was, certainly she had many of the other features of it.

10          Q     Did you ever attempt to assess whether

11     Mrs. Burns had metabolic syndrome before she ever took

12     Seroquel?

13          A     She did have, I just said she did have

14     metabolic syndrome.

15          Q     Fine, I thought you said something slightly

16     different than that, if your testimony is she had

17     metabolic syndrome before she took Seroquel, that's

18     fine.

19          A     If appears that she did he, we don't have the

20     entire information that we would want, but, yes, she

21     did.

22          Q     She had low birth weight?

23          A     Yes, she did.

24          Q     And that is associated with increased risk of

25     diabetes?

♀

216

1          A     Yes, it is.

2          Q     Would you agree with me that the various risk

3     factors we have just discussed individually or some

4     combination would be more than sufficient to explain her

5     developing diabetes without her ever taking Seroquel?

Page 31

jm100708.txt

6      A    Certainly.

7      Q    Did you look to see whether she was on

8   medications other than steroids that could have effected

9   weight or glucose levels at any time?

10     A    Yes, I did.

11     Q    Do you use medications in your practice that

12   can effect weight or glucose levels?

13     A    Yes.

14     Q    Use insulin?

15     A    Yes.

16     Q    And that can cause an increase in weight?

17     A    Yes.

18     Q    You don't believe it causes diabetes, do you?

19     A    No.

20     Q    Do you use beta blockers?

21     A    Occasionally.

22     Q    Can that effect weight?

23     A    Rarely, uncommonly.

24     Q    Effect glucose levels?

25     A    Uncommonly.

♀

217

1      Q    But you know that that is a potential risk of

2   beta blockers?

3      A    Yes.

4      Q    And you nevertheless use them in patients who

5   have diabetes?

6      A    In patients who need to have a beta blocker,

7   yes.

8      Q    And that would include patients with diabetes?

Page 32

jm100708.txt

9          A    Yes.

10         Q    Ace inhibiters, can they also effect weight

11    and glucose levels?

12         A    Not that I am aware of.

13         Q    Would you agree with me that there is no

14    medication -- Strike that.

15              Would you agree with me that there is no

16    antipsychotic that has not been associated with a

17    possibility of increased weight or increased glucose?

18         A    I don't know the literature enough to know

19    that.  I know that as we discussed a few minutes ago

20    there were differences between the antipsychotics.

21         Q    Well, you stated on page 6 of your report it

22    is my opinion that Seroquel would not be a drug of

23    choice in a patient with risk factors for diabetes.

24         A    Correct.

25         Q    Are you going to offer an opinion that there

♀

218

1     is some medication that would have been a preferable

2     therapy for Mrs. Burns?

3          A    Aripiprazole, and ziprasidone.

4          Q    Is that an opinion that you feel that you have

5     done sufficient review of the literature to offer that

6     you would have overridden the therapeutic choice of

7     Seroquel as an endocrinologist and said that she had

8     should have gotten Abilify or Geodon instead?

9          A    How many questions are you asking me there?

10         Q    Fair enough.  As an endocrinologist is it your

11    testimony that as an endocrinologist you would have

Page 33

jm100708.txt
12    overridden the choice of the psychiatrist to give Geodon

13    or Abilify?

14         A    No, I would have called the psychiatrist to

15    discuss it with him or her.

16         Q    And have you done a thorough review of the

17    literature for Geodon and Abilify?

18         A    It depends on what you mean by thorough, I

19    read it.

20         Q    Have you looked to see how many studies there

21    are of Geodon or Abilify that would bear on the issue of

22    weight gain or glucose?

23         A    No, mostly I have relied on the review

24    articles from the Consensus statement.

25         Q    You are aware that there is substantially less

♀

219

1    literature for those two drugs?

2         A    I am not surprised, they are newer.

3         Q    You are a doctor, you can't say that you have

4    proven that those are safer medications just because

5    there is less information for them?

6         A    No, of course not.

7         Q    And have you read Dr. Worshing's deposition?

8         A    I don't recall.

9         Q    In this litigation you don't know whether you

10    read Dr. Worshing's depositions, he is one of the

11    Plaintiffs' experts?

12         A    I don't remember, sorry.

13         Q    If Dr. Worshing testified that over time the

14    weight profile for Abilify doesn't really look any

Page 34

jm100708.txt

15      different from the weight profile for Seroquel, you

16      wouldn't disagree with that, would you?

17              A    I don't know.

18              Q    You don't know?

19              A    I have not seen that data myself.

20              Q    You haven't seen the weight data?

21              A    I haven't seen what you just said about

22      Abilify, but I don't recall whether I have seen this

23      deposition or not.

24              Q    That is not the question I am really asking

25      you.

♀

                                                                    220

1               What I am saying is if Dr. Worshing testified

2       that over time the weight profile for Abilify didn't

3       appear any different than the weight profile for

4       Seroquel, you wouldn't be in a position to disagree with

5       that statement, would you?

6               A    I would want to know what he bases his

7       statement on.

8               Q    Would you have any evidence to disagree with

9       that statement?

10              MR. PIRTLE:  Objection, form.

11      BY MS. FREIWALD:

12              Q    Would you have any --

13              A    Only what I have mentioned that I have read.

14              Q    Okay.  Anything you can specifically cite?

15              MR. PIRTLE:  Pull out the studies.

16              THE WITNESS:  You know I am not an expert

17              psychiatrist, and I don't use these medications

                                Page 35

jm100708.txt

18          myself.  I have read in the literature and know

19          that there is a the possibility that there are

20          differences between these medications, and if

21          differences do exist, I would want to use one of

22          the medications that was less likely to cause the

23          adverse effects.

24          (BY Ms. Freiwald)

25

♀

221

1    BY MS. FREIWALD:

2          Q     You don't know if differences actually do

3    exist?

4          A     I have read in the literature that differences

5    exist.

6          Q     You have read of a possibility?

7          A     That is correct.

8          Q     And you don't consider yourself an expert on

9    how to rank these various antipsychotics in terms of the

10   risk and benefits?

11         A     No, I just raise the issue that there could be

12   differences.

13         Q     And I gather you also haven't considered

14   whether there are other differences in risks for these

15   medications independent of the risk of weight gain that

16   a doctor would want to consider in making a prescribing

17   decision?

18         A     Certainly a doctor would want to consider

19   individual differences.

20         Q     Right.  For example you don't know whether

Page 36

jm100708.txt
21    Seroquel is better for neurologic side effects than some

22    of the other drugs?

23        A    No, I know what I read, but I don't use the

24    medications.

25        Q    But that would be a legitimate thing to put

♀

                                                                    222

1    into the risk and benefit calculation, right?

2        A    I would think so.

3        Q    And you don't know if Seroquel is better for

4    say prolactin elevations than say some of the other

5    medications?

6        A    No, I don't.

7        Q    And that would be legitimate to put into the

8    risk and benefit profile?

9        A    Yes, that would be a minor consideration.

10        Q    Well, Dr. Worshing testified that prolactin is

11    associated with increased appetite, so that would be

12    kind of important, right?

13        A    I wasn't aware of that.

14        Q    You wouldn't dispute that, would you?

15        A    I have no basis to dispute it.

16        Q    And also prolactin can effect sexual function,

17    other things that people really care about in how they

18    live their life, right?

19        A    It can.

20        Q    And you don't know if Seroquel has a better

21    profile than some of the medicines in terms of risk of

22    sudden cardiac death?

23        A    No, I don't.  If I were prescribing it, I

                              Page 37

jm100708.txt

24    would.

25         Q    Have you ever prescribed or refilled a

♀

223

1    prescription for Seroquel?

2         A    No.

3         Q    Have you ever had a patient that you know of

4    who was on Seroquel?

5         A    Not that I recall.

6         Q    Have you made any attempt to determine whether

7    Seroquel was an effective drug for Mrs. Burns?

8         A    What kind of an attempt?

9         Q    Reviewing the medical records.

10        A    Yes, I reviewed the medical records.

11        Q    Was Seroquel effective for Mrs. Burns?

12        A    If my memory serves me correctly I think it

13   was at times.  She had relief of hip pain, she went off

14   and on it a couple times because of what she described

15   as EPS, she had some nausea and vomiting.

16        Q    A couple times or once where she lowered the

17   dose?

18        A    I don't know whether it was more than once, I

19   am seeing one time here.

20        Q    You are flipping through Glenda's summary that

21   she gave you?

22        A    Yes.

23             (Whereupon, the below referred to document

24              was marked as Defendant's Exhibit No. 26.)

25             (BY Ms. Freiwald)

Page 38

jm100708.txt

224

BY MS. FREIWALD:

1  BY MS. FREIWALD:
2      Q    By the way, we should mark as Exhibit 26, you
3  brought with you today the chronology that was prepared
4  by one of the nurses that or paralegals - I am not
5  sure - that works for one of the Plaintiffs' lawyers and
6  that you used in writing your report, correct?
7      A    Correct.
8      Q    And that is what you are looking at now?
9      A    Correct.
10      Q    And that that summary purports to provide by
11  date Mrs. Burns' weight some information on laboratory
12  values, antipsychotic therapy and diagnosis and
13  comments, correct?
14      A    Correct.
15      Q    It does not reference page numbers for the
16  medical records in any column of the chart, correct?
17      A    No, that is correct.
18      Q    So it doesn't allow you to say, oh, I know
19  that this record is Bates Number 27 and go find it and
20  look it up for yourself?
21      A    No.
22      Q    So I interrupted you, and you were completing
23  your answer about Seroquel being effective, I think.
24      A    I think I completed my answer.
25      Q    Do you know how many times Mrs. Burns

225

1  attempted to commit suicide while she was not on
Page 39

jm100708.txt

```
 2   Seroquel?
 3        A    I know of one time.
 4        Q    Which one do you know of?
 5        A    Early in her history I think back before the
 6   medical records that I had reviewed referred to.
 7        Q    Do you know of any other times sitting here
 8   today?
 9        A    I thought she had tried, I wrote in my report
10   that she had attempted suicide in April 2007, but I am
11   not sure I was correct about that.
12        Q    Do you know if there were other attempts
13   before she ever went on Seroquel?
14        A    No, I don't know.
15        Q    Do you know if she was ever hospitalized in
16   connection with her diabetes?
17        A    I don't recall that.
18        Q    And has she been hospitalized on more than one
19   occasion in connection with either suicide attempts or
20   fears of suicide attempts while not on Seroquel?
21        A    I don't remember.
22        Q    You don't remember whether her suicide
23   attempts ended up with her being in the hospital?
24        A    I'm sorry, you asked me whether she had been
25   hospitalized for suicide attempts or fear for suicide
```

⚥

226

```
 1   attempts.
 2        Q    You agree she has been hospitalized with
 3   suicide attempts?
 4        A    That is correct.
```
                              Page 40

jm100708.txt

```
 5        Q    You don't remember if she has ever been

 6   hospitalized because people were concerned that she was

 7   going to kill herself or try to kill herself?

 8        A    That sounds right to me, but I don't recall

 9   exactly.

10        Q    Did you make any attempt to see if Mrs. Burns

11   had problems with other antipsychotic or mood

12   medications that she took?

13        A    No.

14        Q    Would that be important in assessing whether

15   Seroquel was a reasonable therapeutic choice for her?

16        A    If it were my job to assess whether Seroquel

17   was a reasonable therapeutic choice for her, yes.

18        Q    But that's not your job?

19        A    I don't think so.

20        Q    Not something that you consider yourself

21   expert in?

22        A    No.

23             MR. PIRTLE:  Let's take a break when you get

24        to a breaking point.

25             MS. FREIWALD:  Okay, we can take a break.
```

♀

227

```
 1             (Whereupon, a short recess was taken at

 2        9:08 a.m.)

 3        (BY Ms. Freiwald)

 4   BY MS. FREIWALD:

 5        Q    Doctor, are you going to testify that there is

 6   any particular consequence of diabetes that Mrs. Burns

 7   has suffered up until this point in time?
```

Page 41

jm100708.txt

8          A    I think I only had her medical records up

9    until 2007, so I could only comment up to that point.

10         Q    Okay.  So then I will ask my question up until

11   the point where your medical records ended.

12         A    I think if I remember correctly she was

13   diagnosed with neuropathy, and that is the only thing

14   that I recall in terms of classic diabetic

15   complications.

16         Q    And did you note in the record that the

17   neuropathy was not confirmed by testing?

18         A    I think it's always -- it's not always

19   necessary to confirm neuropathy by specific testing.

20         Q    I'm sorry, I am asking a slightly different

21   question.  Did you notice that there was a specific test

22   done and it did not confirm neuropathy?

23         A    That I don't remember.

24         Q    And did you notice any medical records that

25   Mrs. Burns has pain in many places of her body,

♀

                                                         228

1    including her legs --

2          A    Correct.

3          Q    -- And her arms and her hands that are not

4    being attributed to diabetes by any doctor?

5          A    That is correct.

6          Q    And did you notice in the records that no

7    doctor has been able to say whether any part of her pain

8    is truly neuropathic as opposed to a result of these

9    other causes of pain that she has?

10         A    I did note that usually neuropathy is a

                          Page 42

jm100708.txt

11  clinical diagnosis specific testing doesn't always

12  confirm the diagnosis.

13      Q    No, I am asking a different question, there is

14  nothing in the records that says that X percent of her

15  pain is neuropathy, and Y percent is everything else?

16      A    I don't think so.

17      Q    And have you made any attempt to quantify what

18  percentage of her pain can in any reliable way to be

19  attributed to neuropathy as opposed to her fibromyalgia,

20  her spinal problems, her other problems?

21      A    No, no.

22      Q    Have you made any attempt to determine if her

23  level of pain would be any less if she weren't diabetic?

24      A    No.

25      Q    How long does it typically take for neuropathy

♀

229

1   to develop?

2       A    Years.

3       Q    Five or seven years?

4       A    Occasionally it can be quicker than that, but.

5       Q    Usually diabetic neuropathy?

6       A    It's a number of years.

7       Q    It's - the data suggests that it usually

8   begins five to ten years, right, before onset of

9   diabetes?

10              MR. PIRTLE:  Objection, form.

11              THE WITNESS:  No.

12  BY MS. FREIWALD:

13      Q    I'm sorry, I'm sorry, that was a bad question,

Page 43

jm100708.txt

14      I didn't mean to ask that.

15              Would you agree that the data shows that

16      neuropathy usually does not begin until many years,

17      typically at least five years after the beginning of

18      glucose disregulation?

19      A       That would be sort of an average, somewhere

20      between five to 12 years.

21      Q       And you also agree that in most patients

22      diagnosis of diabetes occurs five to ten years after the

23      actual onset of the disease?

24      A       It can go for a number of years without being

25      diagnosed, if that is what you are asking me.

♀

                                                                230

1       Q       Well, the epidemiologic data tells us that

2       it's more likely than not that when somebody has been

3       diagnosed with diabetes they have actually had the

4       disease for at least five years?

5       A       That is based on studies that have described

6       people who present the first time with complications, so

7       it's based on the rate of development of complications.

8       So it's impossible to know when somebody really

9       developed the disease obviously.

10      Q       But you agree with me that the inference that

11      has been drawn from those studies by endocrinologists

12      like yourself is that most patients who are diagnosed

13      with diabetes have actually had the disease for years

14      before the diagnosis?

15      A       Many patients.  In that particular study we

16      are talking about it was about 50 percent.

Page 44

jm100708.txt

17        Q     Is there any particular complication of

18   diabetes that you are going to testify that Mrs. Burns

19   is more likely than not to suffer at any point in time?

20        A     I don't understand the question.

21        Q     Is there any particular identifiable

22   complication of diabetes that you will testify as trial

23   that Mrs. Burns is more likely than not to suffer in the

24   future?

25        A     I don't really know how to answer that.  I

♀

                                                          231

1    mean she is as likely as anybody else with diabetes to

2    develop complications.

3         Q     Is there any --

4         A     I can't say whether she is more likely than

5    not, that is impossible to know.

6         Q     You can't say whether she is more likely than

7    not to develop any complication of diabetes in the

8    future?

9         A     No, I mean I can speculate.

10        Q     Okay.  And you haven't made any attempt I

11   gather to assess what her likelihood is of developing

12   some of the complications that are associated with both

13   diabetes and hypertension and dyslipidemia just by

14   virtue of her hypertension and dyslipidemia alone?

15        A     I don't understand the question, sorry.

16        Q     Sure.  Let me try and rephrase it.

17              There are certain complications that you have

18   identified in your report as associated with diabetes,

19   correct?

                         Page 45

jm100708.txt

20      A      Uhm-hum.

21      Q      And you have also said in your report that

22   many of those complications are also independently

23   associated with other conditions that Mrs. Burns has,

24   hypertension, dyslipidemia, obesity, metabolic syndrome,

25   sedentary lifestyle, poor diet?

♀

232

1      A      Correct.

2      Q      Just to name the majority of them?

3      A      Yes.

4      Q      Do you agree with me so far?

5      A      Yes.

6      Q      Have you made any attempt to calculate what

7   the likelihood of any future complication would be

8   attributable to any of those risk factors independent of

9   her diabetes which existed long before she ever was

10   diagnosed with diabetes?

11           MR. PIRTLE:  Objection to form.

12           THE WITNESS:  I wouldn't know how to make such

13       a calculation.

14   (BY Ms. Freiwald)

15   BY MS. FREIWALD:

16      Q      So if between now and the time of trial she

17   develops some complication you wouldn't be able to say

18   how much is that due to her preexisting dyslipidemia,

19   obesity, sedentary lifestyle versus her diabetes?

20      A      No, not with certainty, but people with

21   diabetes that don't have hypertension or dyslipidemia

22   are more likely to get cardiovascular disease for

Page 46

jm100708.txt

23    instance, so there are no independent effects of

24    hypertension or dyslipidemia in those individuals, it's

25    the diabetes that increases their risk.

233

1         Q    Most diabetics we are learning actually

2    probably had hypertension and dyslipidemia before they

3    ever had diabetes, right?

4         A    No, I don't know that.

5         Q    You don't know that?

6         A    No, I don't know that.

7         Q    Have you made any attempt to assess

8    independent of diabetes what Mrs. Burns' risk is of

9    having any future health complication that is also

10   associated with diabetes?

11             MR. PIRTLE:   Objection, form.   You can answer

12        if you can.

13             THE WITNESS:   Have I made any attempt to --

14   BY MS. FREIWALD:

15        Q    Assess her relative risk of having some

16   complication that is associated with diabetes

17   independent of having diabetes, because she has other

18   risk factors that are associated with those same

19   complications?

20        A    No, I haven't.

21        Q    Do you still have your Abilify slides?

22        A    I mentioned yesterday I think I do.

23             MS. FREIWALD:   I am going to make a request

24        that they be produced if they still exist.

25             MR. PIRTLE:   Send me a request.

Page 47

jm100708.txt

♀

234

1          I read carefully the Duces Tecum, I don't
2     think they are encompassed within that.
3          MS. FREIWALD:   We can discuss it later, I just
4     want to put it on the record for now.
5     (BY Ms. Freiwald)
6   BY MS. FREIWALD:
7     Q    Are you testifying that you have an opinion as
8   to why Seroquel or how Seroquel is associated with
9   weight gain in your view?
10     A    No.
11     Q    Did you note in Mrs. Burns' records that there
12   are times when she is taking Seroquel that she describes
13   having less appetite?
14     A    No, I don't recall that.
15     Q    Did you review in Mrs. Burns' medical records
16   that there are times off Seroquel that she describes
17   having sugar cravings?
18     A    No, I don't remember that.
19     Q    Have you made any effort to assess whether
20   Seroquel effected Mrs. Burns' appetite or desire for
21   certain foods?
22     A    No.
23     Q    Have you made any attempt to look to see what
24   the fluctuations in Mrs. Burns' weight were off of
25   Seroquel up through today?

♀

235

jm100708.txt

```
 1        A    Up through today?
 2        Q    Yes.
 3        A    No.
 4        Q    You described her as being able to lose weight
 5   off of Seroquel, but did you did look to see if there
 6   are also periods of time where she gained weight?
 7        A    I'm sure I did.
 8        Q    And did you see that there were times where
 9   she gained weight and attained a level of weight that
10   was consistent with what she weighed on Seroquel as well
11   as before she ever took Seroquel?
12        A    I would have to look at that again.
13        Q    That's not something you remember sitting here
14   today?
15        A    No.
16        Q    Did you notice that Mrs. Burns had a fatty
17   liver?
18        A    I don't remember.
19        Q    That is consistent with metabolic syndrome,
20   abdominal obesity, et cetera?
21        A    It's consistent with being overweight in the
22   least.
23        Q    Doctor, you wouldn't want to apply a different
24   standard to your analysis of the Burns case and the
25   opinions that you are offering at trial from the
```

♀

                                                               236

```
 1   standard that you would use in your normal clinical
 2   practice, would you?
```

                              Page 49

jm100708.txt

3            MR. PIRTLE:  Objection, form.

4            THE WITNESS:  I don't understand the question.

5       (BY Ms. Freiwald)

6  BY MS. FREIWALD:

7       Q    In offering the opinions that you have offered

8  in this case, it would be wrong to use a different

9  standard than the standard that you would apply in

10  making any kind of diagnostic decision in your own

11  practice, correct?

12            MR. PIRTLE:  Objection, form.

13            THE WITNESS:  Probably.

14  BY MS. FREIWALD:

15       Q    And it would be wrong to apply a different

16  standard for assessing causation on the question of --

17  Strike that.

18            It would be wrong to use a different standard

19  when you are working as an expert witness in this case

20  from the standard that you have applied for your own

21  medical judgment outside of litigation?

22            MR. PIRTLE:  Objection, form.  You can answer

23       if you can.

24            THE WITNESS:  I don't think I can answer it.

25

♀

237

1  BY MS. FREIWALD:

2       Q    Okay.  You wouldn't want to use a different

3  test just because you are being paid as an expert

4  witness from the tests that you use when you are

5  exercising normal clinical judgment not being paid as an

Page 50

jm100708.txt

6    expert witness, right?

7          MR. PIRTLE:   Objection, form.   You can answer

8       if you can.

9          THE WITNESS:   That's right.

10   BY MS. FREIWALD:

11        Q    You told me about the lawsuit in connection

12   with the patient in the clinical trial, right?

13        A    Yes.

14        Q    And the thrust of that lawsuit was that there

15   was a temporal connection between him being in a study

16   that you were working on and worsening of some of his

17   diabetes symptoms, right?

18        A    Specifically his retinopathy.

19        Q    And the argument that you advance was that you

20   could not blame you and your colleagues just because his

21   retinopathy happened to get worse while he was in your

22   study, because basically he had a long prior history of

23   problems with his diabetes?

24        A    That's true.

25        Q    Okay.   Isn't the argument that you are using

♀

238

1    here today exactly the argument that you said was wrong

2    when you were sued?

3         A    No, I don't think it is.

4         Q    You are using an argument of you are saying

5    that in that case you said that you couldn't rely on

6    temporal connection, correct, because the patient

7    already had a long history of disease?

8         A    That is a totally different situation, I don't

Page 51

jm100708.txt
9      see how it's the same.
10        (BY Ms. Freiwald)
11            MS. FREIWALD:  I think I don't have any more
12        questions.
13            MR. RABER:  Everybody ready?
14            MR. PIRTLE:  Ready when you are.
15                      DIRECT EXAMINATION
16        (BY Mr. Raber)
17     BY MR. RABER:
18        Q    Good morning, Dr. Marks, my name is Steve
19     Raber and I represent AstraZeneca, and I am going to ask
20     you some questions specifically about the case involving
21     Linda Guinn I believe it's pronounced; am I right on
22     that that it's Guinn rather than Guinn?
23            MR. PIRTLE:  You're right, and I have made
24        that mistake myself.
25

                                                              239

1      BY MR. RABER:
2         Q    Dr. Marks, I am going to try not to cover the
3      same ground that you have already covered yesterday and
4      this morning, and I want to just ask a few questions to
5      make sure that I don't do that.
6             I have heard you give testimony specifically
7      about Mrs. Burns, and I have also heard you give
8      testimony about everything else that's not specific to
9      Mrs. Burns; is that a fair characterization?
10        A    I think so.
11        Q    Okay.  Now, can we assume that the testimony
                          Page 52

jm100708.txt
12    you gave that does not relate specifically to Mrs. Burns

13    applies with the same force to Mrs. Guinn's case?

14         A     You mean testimony about diabetes and risk

15    factors and that sort of thing, general information?

16         Q     Anything that did not relate specifically to

17    Mrs. Burns, can we assume that that testimony applies

18    with equal force to Mrs. Guinn's case?

19              MR. PIRTLE:   Objection form.   But you can

20         answer.

21              THE WITNESS:   I would think so.

22         (BY Mr. Raber)

23    BY MR. RABER:

24         Q    I want to show you a document marked as

25    Exhibit 2, which I understand to be a log of the time

♀

                                                          240

1    that you spent in preparing your expert reports; is that

2    correct?

3         A     That is correct.

4         Q     And does Exhibit 2 include all of the time you

5    spent working on the Guinn case?

6         A     Yes.

7              (Whereupon, the below referred to document

8               was marked as Defendant's Exhibit No. 27.)

9         (BY Mr. Raber)

10    BY MR. RABER:

11         Q    I would like to mark as Exhibit 27 a document

12    and ask you if this appears to be the report you

13    prepared relating to Mrs. Guinn with a copy of your

14    CV attached and a copy of materials reviewed attached?

                        Page 53

jm100708.txt

15          A    Yes, it does.

16          Q    Dr. Marks, Exhibit 5 includes what appears to

17     be the same reference Exhibit list that is attached to

18     Exhibit 27; is that correct?

19          A    Correct, yes.

20          Q    And Ms. Freiwald asked you yesterday to go

21     through with a red pen and put some checks and some

22     pluses next to certain items on the reference Exhibit

23     list; do you remember that?

24          A    Yes.

25          Q    If I were to ask you to do the same thing on

♀

                                                                241

1      Exhibit 27, would you use the same checks and same plus

2      marks that you used on Exhibit 5?

3           A    Yes.

4                (Whereupon, the below referred to document

5                 was marked as Defendant's Exhibit No. 28.)

6           (BY Mr. Raber)

7      BY MR. RABER:

8           Q    I would like to mark this next document as

9      Exhibit 28, we will come back to 27 in a minute.

10               Dr. Marks, can you tell us what Exhibit 28 is?

11          A    It's a summary sort of a chronology that was

12     prepared by Glenda Grainger based on Mrs. Guinn's

13     medical records.

14          Q    This summary was prepared by someone who works

15     for the Plaintiffs' lawyers law firm?

16          A    Yes.

17          Q    You relied on this summary in writing your

jm100708.txt

18    report and forming your opinions?

19         A    Not entirely.

20         Q    Did you rely on it at all?

21         A    Yes.

22         Q    Were there medical records that you relied on

23    that are not encompassed within Exhibit 28?

24         A    Well, the medical records obviously have a lot

25    more detail in there.

♀

                                                            242

1          Q    What else did you rely on in drafting your

2     report in forming your opinions other than what is set

3     forth in Exhibit 28?

4          A    The details of the medical records.

5          Q    Did you pay close attention to the details of

6     those medical records?

7          A    I tried to.

8          Q    How much time did you spend reviewing the

9     medical records for Mrs. Guinn?

10         A    I don't recall the exact amount of time, but

11    it's included in the total time.

12         Q    Was it less than ten hours?

13         A    I don't know.

14         Q    Do you know how many pages of medical records

15    Mrs. Guinn has?

16         A    Lots.

17         Q    Do you think you reviewed them all?

18         A    I tried to look at them all, yes, to the best

19    of my ability.

20         Q    Do you think you missed a few?

Page 55

jm100708.txt

21       A     Probably.

22       Q     And did you understand the importance of

23   reviewing her medical records in writing your report and

24   forming your opinions?

25       A     Yes, I did.

♀

                                                                   243

1        Q     You wanted to be thorough?

2        A     Yes.

3        Q     Did you do an independent review of

4    Mrs. Guinn's medical records or did you utilize this

5    outline to refer you to certain records?

6        A     Actually I looked at the medical records first

7    even before I was provided with this outline, and then I

8    was provided with the outline, I went through it and at

9    various points went back to the medical records to check

10   details.

11       Q     Do you feel like you need to have more

12   information to have opinions relating to Mrs. Guinn's

13   case?

14       A     I don't think so.

15       Q     If I show you information that you didn't

16   consider when you wrote your report in gave your

17   opinions, are you open to changing your mind about your

18   opinions?

19       A     Sure.

20       Q     Let's look at Exhibit 28, if we can.

21   Specifically on page 2 of Exhibit 28 you have at the

22   bottom of the page category that says risk factor for

23   diabetes mellitus?

Page 56

jm100708.txt

24        A    Yes.

25        Q    Is it mellitus or mellitus?

⚥

                                                                        244

1         A    Mellitus.

2         (BY Mr. Raber)

3              MR. RABER:  I have been hanging around Pirtle

4         too long.

5              MR. PIRTLE:  Diabetes.

6         (BY Mr. Raber)

7    BY MR. RABER:

8         Q    Dr. Marks, what is a risk factor for diabetes

9    mellitus?

10        A    Risk factor for diabetes is other conditions

11   that have been prescribed with great frequency as being

12   associated with diabetes or occurring prior to the onset

13   of diabetes.

14        Q    I notice that you didn't put any medications

15   down under the risk factor for diabetes mellitus; is

16   there a reason for that?

17        A    This list was made by Glenda, not me.

18        Q    Okay.  Are there any medications that

19   Mrs. Guinn was taking that you would consider a risk

20   factor for diabetes mellitus?

21        A    Can I look at my summary?

22        Q    Sure.

23        A    Oh, I shouldn't mark it, should I?

24             I think, if I am not mistaken, that there has

25   been some conflicting literature suggests that Effexor

Page 57

jm100708.txt

♀

245

1    might be associated with risk for diabetes, but I am not
2    a hundred percent sure about that.  I remember looking
3    it up, but I don't remember that it was conclusive.
4         Hydrochlorothiazide very uncommonly and
5    usually in large doses has been associated with glucose
6    disregulation.  Other than the Seroquel I don't see any
7    other medications.
8         Q    Now, are you saying that Seroquel fits your
9    definition of a risk factor for diabetes?
10        A    No, I wouldn't call it a risk factor for
11   diabetes, I would call it for the development of
12   diabetes.  I thought you asked me about medication that
13   is could potentially cause diabetes.
14        Q    Let's look at these risk factors.  You would
15   agree that obesity was a risk factor for Mrs. Guinn,
16   correct?
17        A    Yes, I would.
18        Q    And you would agree that she was obese for a
19   long time before she developed diabetes, correct?
20        A    Can I look back and to see how long it was?
21             Yes, she was obese prior to the development
22   of -- did you ask me prior to the development of
23   diabetes?
24        Q    Yes.
25        A    Yes.

♀

246

1        Q    For many years?

jm100708.txt

```
 2        A    She was obese for a number of years before she
 3    developed diabetes.
 4        Q    In fact she had obesity in her teenage years?
 5        A    I don't recall.
 6        Q    Look at page 10 of your outline, if you would,
 7    which is Exhibit 28; do you see that entry there on
 8    February 4, 2004?
 9        A    Yes, I do.
10        Q    It says exogenous obesity since teenage years,
11    doesn't it?
12        A    You're correct, it does.
13        Q    How strong a risk factor for diabetes is long
14    term obesity?
15        A    It's a strong risk factor.
16        Q    One of the strongest?
17        A    Yes, I would say so.
18        Q    Is there anything stronger?
19        A    Family history.
20        Q    Family history is stronger than long term
21    obesity?
22        A    Probably.
23        Q    Would you agree with me that Mrs. Guinn had a
24    family history of diabetes?
25        A    I believe she did, yes.
```

♀

                                                              247

```
 1        Q    Her father had diabetes, right?
 2        A    I don't remember which parent it was.  She
 3    definitely had a history of diabetes.
 4        Q    Her father had it, right?
```
Page 59

jm100708.txt

 5        A    I don't remember that.

 6        Q    She had two grandparents who had diabetes,

 7   right?

 8        A    Could be, I don't recall those details.

 9        Q    She had an uncle that had it, right?

10        A    I don't recall the detail.

11        Q    If you were to assume that Mrs. Guinn had a

12   father with diabetes, a paternal uncle with diabetes,

13   and two grand parents with diabetes, would you agree

14   that that is a strong family history of diabetes?

15        A    Yes, I would.

16        Q    And would you agree that her combination of

17   long term obesity and a strong family history of

18   diabetes made it very likely that she would develop Type

19   II diabetes whether she took Seroquel or not?

20        A    Yes, I do.

21        Q    More likely than not in fact, right?

22        A    Probably.

23        Q    More likely than not to a reasonable degree of

24   medical probability?

25        A    Yes.

♀

                                                              248

 1        Q    Mrs. Guinn also suffered from hypertension,

 2   true?

 3        A    True.

 4        Q    And she had hypertension that dated back to

 5   more than ten years before she developed diabetes,

 6   right?

 7        A    I will have to look.  I don't know how many

jm100708.txt

8    years it was before she developed diabetes.  I mean, I

9    am sorry, yes, that is what you asked me, right?

10        Q    It was more than ten years, wasn't it?

11        A    I have records that only went back to 1998.

12        Q    Is it your testimony that you did not consider

13   any medical records of Mrs. Guinn before 1998?

14        A    I didn't have any records of Mrs. Guinn before

15   1998.

16        Q    So you didn't consider any, did you?

17        A    That is correct.

18        Q    Don't you think that would be kind of

19   important to know what was going on before 1998?

20        A    I didn't have access to any records before

21   1998.

22        Q    Did you ever ask to see records before 1998?

23        A    I assumed there were none available.

24        Q    Do you know the old saying about assuming?

25        A    I'm not an attorney, so I took what I was

♀

249

1    given.

2         Q    Well, let me ask you this, you have said that

3    people typically have diabetes for several years before

4    they are diagnosed, correct?

5         A    That is very common, yes.

6         Q    So wouldn't you want to know what was going on

7    in Mrs. Guinn's life in the several years before she

8    developed diabetes?

9         A    Not necessarily.

10        Q    Is the fact that she had hypertension since at

Page 61

jm100708.txt

11    least 1991 relevant?

12          A    I don't think the duration is relevant, no.

13          Q    Would you agree that hypertension is a risk

14    factor for diabetes?

15          A    Yes, but knowing how long she had it really

16    wouldn't alter the way that you would treat her.

17               (Whereupon, the below referred to document

18                was marked as Defendant's Exhibit No. 29.)

19          (BY Mr. Raber)

20    BY MR. RABER:

21          Q    Would you agree with me that -- Well, let me

22    ask you this question.   Let's mark this one as

23    Exhibit 29.   Exhibit 29 is a document dated January 17,

24    1991 with the numbers Epilepsy Foundation South Florida

25    00043 with another document attached page 44 that is

♀

                                                         250

1     dated May 17, 1990 from the Epilepsy Foundation; do you

2     see that?

3           A    Yes.

4           Q    Have you ever seen these records before?

5           A    No.

6           Q    Do you see on the first page of Exhibit 29 at

7     the end of the first paragraph it says:

8                "Other medical problems include hypertension

9     for which the patient is taking Lasix and recently KCL".

10    Do you see that?

11          A    No, I am sorry, where is it?

12          Q    End of the first paragraph it says:

13               "Other medical problems include hypertension

jm100708.txt

14      for which the patient is taking Lasix and recently KCL",

15      do you see that?

16          A    Yes, I do.

17          Q    And we know from that then that Mrs. Guinn has

18      had hypertension since at least 1991, don't we?

19          A    Well, we know that this doctor thinks that she

20      has hypertension.

21          Q    We also know that she is taking medication for

22      it, true?

23          A    Lasix isn't really an antihypertensive, and

24      potassium is only used because Lasix depletes the

25      potassium.

♀

251

1           Q    Are you going to dispute that she had

2       hypertension back in 1991?

3           A    I don't know whether she did or not, I mean

4       this physician was informed that she did from some

5       source and he quotes, he or she quotes two medications

6       that aren't typically used for hypertension.

7               So did he or she make the assumption that the

8       patient was hypertensive when they were told about the

9       medications?

10          Q    Is Capozide a medication that is used to treat

11      hypertension?

12          A    Yes, it is.

13              (Whereupon, the below referred to document

14               was marked as Defendant's Exhibit No. 30.)

15          (BY Mr. Raber)

16      BY MR. RABER:

Page 63

jm100708.txt

17      Q    I want to show you a document that we will
18   mark as Exhibit 30.   Dr. Marks, Exhibit 30 is a report
19   from the Epilepsy Foundation of South Florida dated
20   August 1, 1991; do you see that?
21      A    Yes, I do.
22      Q    And do you see at the bottom of the first
23   paragraph it says she also has a history of hypertension
24   for which she takes Capozide?
25      A    Yes, I do.

♀

                                                        252

1       Q    Does that indicate to you that Mrs. Guinn has
2    had hypertension, that has been treated since at least
3    1991?
4       A    Yes.
5       Q    And this is a record you never saw before you
6    prepared your report?
7       A    That is correct.
8       Q    Jump back, if you would, to Exhibit 29, I
9    would like you to look at the second page of Exhibit 29,
10   that is a May 17, 1990 note from a visit with Epilepsy
11   Foundation, correct?
12      A    Yes.
13      Q    And do you see in the first paragraph there it
14   says she does relate a history of weight gain?
15      A    Yes.
16      Q    Does that indicate to you that Mrs. Guinn has
17   had issues or problems relating to weight gain since at
18   least 1990?
19      A    Yes, probably.
     Page 64

jm100708.txt

20      Q    And you were unaware of that when you wrote

21   your report, true?

22      A    Correct.

23      Q    Had Seroquel been invented in 1990?

24      A    I don't think so.

25      (BY Mr. Pirtle)

♀

253

1            MR. PIRTLE:   Actually it had.

2            MR. RABER:   Okay, doctor.

3            MR. PIRTLE:   If you want to get technical

4        about it.

5   BY MR. RABER:

6      Q    Was Seroquel on the market in 1990?

7      A    I don't believe so.

8      Q    Dr. Marks, would you agree with me that

9   Mrs. Guinn's hypertension was at times inadequately

10   controlled?

11      A    I would have to look at the numbers again.

12      Q    Have you ever seen any references by any

13   doctors that say it was inadequately controlled?

14      A    I don't recall, I would have to look.

15           Are you asking whether it was inadequately

16   controlled on treatment or are you asking that she

17   required treatment because it was inadequately

18   controlled?

19      Q    Well, let's look, if we could, at your summary

20   on page 11.  For the record this is Exhibit 28, do you

21   see entry there on February 25, 2004?

22      A    Yes.

jm100708.txt

23      Q     Do you see where it says benign essential

24    hypertension inadequately controlled?

25           A     That is correct.

⚲

254

1           Q     Would you agree with me that there were times

2     when Mrs. Guinn's hypertension was inadequately

3     controlled?

4           A     Yes.

5           Q     Even while she was on medication?

6           A     Yes.

7           Q     I noticed that -- Well, strike that.   Is age

8     over 45 years old a risk factor for diabetes?

9           A     Yes, it is.

10          Q     How come it's not listed here under risk

11    factors on your report?

12          A     I guess Glenda didn't think of it.

13          Q     Did you think of it?

14          A     Yes.

15          Q     Did you play any role in putting together this

16    time line?

17          A     This time line Exhibit 28?

18          Q     Yes.

19          A     No.

20          Q     So you would agree that in addition to the

21    risk factors that are listed here on this outline, age

22    should be added to that?

23          A     Yes, to be completely thorough.

24          Q     Is smoking a risk factor for diabetes?

25          A     No.

jm100708.txt

♀

255

| | | |
|---|---|---|
| 1 | Q | Have you ever seen any studies indicating that |

smoking increases a person's risk for developing Type II

3    diabetes?

4         A    No.

5         Q    You are not familiar with that literature?

6         A    No, it's an increased risk for cardiovascular

7    disease.

8         Q    Is sedentary lifestyle a risk factor for

9    diabetes mellitus?

10        A    Yes.

11        Q    Did Mrs. Guinn have a sedentary lifestyle?

12        A    I believe she did at times, yes.

13        Q    That is not listed on this outline, is it?

14        A    No.

15        Q    It a poor diet a risk factor for diabetes

16    mellitus?

17        A    Yes.

18        Q    Did Mrs. Guinn have a poor diet?

19        A    I don't remember that.

20             (Whereupon, the below referred to document

21              was marked as Defendant's Exhibit No. 31.)

22        (BY Mr. Raber)

23    BY MR. RABER:

24        Q    I would like to show you, if we could, a

25    document that we will mark as Exhibit 31.  Have you ever

♀

256

jm100708.txt

1    seen Exhibit 31 before?

2         A    I don't believe so.  Can I take that back?  I

3    don't know if I have ever seen it or not.

4         Q    This a looks like a progress note from a visit

5    from with Dr. Ragsdale on February 4th, 2004?

6         A    Correct.

7         Q    Now, I want you to lay that down and put next

8    to it the outline that you have, Exhibit 28, turn to

9    page 10 of that outline.  Do you see on page 10 of

10   Exhibit 28 there is an entry there for February 4, 2004

11   that refers to Dr. Ragsdale?

12        A    Yes.

13        Q    And it refers to a weight of 192 pounds?

14        A    Yes.

15        Q    And that is the same weight that is shown on

16   Exhibit 31 which appears to be the underlying record,

17   correct?

18        A    Correct.

19        Q    Would you agree with me that Exhibit 31

20   appears to be the underlying record that was used in

21   creating this outline on page 10 for the entry on

22   February 4, 2004?

23        A    Yes.

24        Q    Now, I noticed that the actual record

25   Exhibit 31 says is totally unable to diet with any

♀

257

1    success for any significant amount of time; do you see

2    that?

Page 68

jm100708.txt

3      A    Not yet.

4      Q    It's in the first big paragraph there, it says

5 she has been suffering from exogenous obesity since

6 early teenage years, is totally unable to diet with any

7 success for any amount of time?

8      A    Yes, I see it.

9      Q    I notice that that statement about her being

10 unable to diet with any success does not appear anywhere

11 on the outline that you relied on; do you see that?

12      A    Yes.

13      Q    Does that indicate to you maybe a problem with

14 relying on outlines as opposed to the underlying

15 records?

16          MR. PIRTLE:  Objection, form, she didn't

17      testified she relied solely on the outline.

18          MR. RABER:  Don't coach her.

19          MR. PIRTLE:  I'm not coaching her.

20          MR. RABER:  Objection to form.  Don't do a

21      speaking objection it's improper.

22          MR. PIRTLE:  If you are going to be unfair,

23      she didn't say she relied totally.

24          THE WITNESS:  That is why I made the effort to

25      read these medical records.

♀

                                                      258

1         (BY Mr. Raber)

2 BY MR. RABER:

3      Q    But you didn't review Exhibit 31, did you?

4      A    I don't remember whether I did specifically or

5 not.

Page 69

jm100708.txt

6      Q    Isn't that a pretty important statement from

7   her doctor that she is totally unable do diet with any

8   success for any significant amount of time?

9      A    I think that represents what she told him.

10      Q    Are you saying that she is not reliable?

11      A    No, I am not saying that.  It represents what

12   she told him.

13      Q    Would you agree that she had problems with her

14   diet?

15      A    I don't know what you mean by problems with

16   her diet.

17      Q    That she was totally unable to diet with any

18   success for any significant amount of time?

19      A    No, I don't know that.

20      Q    You are not making an assumption one way or

21   the other?

22      A    People say that they have made attempts to

23   lose weight a lot of times when their attempts may have

24   been inadequate.

25      Q    Are you saying that you shouldn't believe what

♀

259

1   Mrs. Guinn says?

2      A    No.

3      Q    Do you believe her statement here that she is

4   totally unable to diet with any success for any amount

5   of time?

6      A    I don't know.

7      Q    Well, let me ask you this then, if I had to

8   ask you a true/false question, and the question was

Page 70

jm100708.txt
```
 9    Mrs. Guinn's diet was a risk factor for the development

10    of Type II diabetes, true or false?

11         A    I don't have any facts about her diet.

12         Q    Well, what about Exhibit 31?

13         A    That she is unable to diet, it doesn't say

14    anything about the quality of the food she is eating,

15    the quantity of the food she is eating, so I don't know.

16    I would guess that her diet probably wasn't the best,

17    but I don't have any facts to support that.

18         Q    Look further down on Exhibit 31, do you see

19    under Assessment it says hypercholesterolemia; do you

20    see that?

21         A    Yes.

22         Q    On treatment with highly questionable dietary

23    discretion; do you see that?

24         A    Yes, I do.

25         Q    What does that mean to you as a practicing
```

♀

260

```
 1    physician, highly questionable?

 2         A    He is questioning whether her diet is

 3    appropriate in someone who has hypercholesterolemia.

 4         Q    Does that indicate to you that she has a poor

 5    diet?

 6         A    Not necessarily.  I don't see any details

 7    about her diet on this record.  If I were talking to the

 8    patient, I would write down what the patient eats for

 9    breakfast, lunch and dinner, and that would be factual

10    information.

11         Q    Are you going to tell this jury that
```
Page 71

jm100708.txt

12    Mrs. Guinn's diet was just fine and not a risk factor

13    for diabetes?

14              MR. PIRTLE:  Objection, form.  Go ahead.

15              THE WITNESS:  No, I don't have that

16        information.

17    BY MR. RABER:

18        Q    Are you going to admit that her diet was a

19    risk factor for development of diabetes?

20        A    No, I mean I can speculate that it was, but I

21    don't have any information to say that.

22        Q    Looking at Exhibit 31 it says under

23    Assessment:  General deconditioning; do you see that?

24        A    Yes.

25        Q    What does that mean?

♀

                                                      261

1         A    I don't know.

2         Q    Does it mean she is out of shape?

3         A    Probably.

4         Q    Does it mean she is not exercising?

5         A    I don't know that.

6         Q    Do you see where it says under the Plan:

7    3.  American Medical Association diet, Type II is

8    recommended.  Daily exercise is encouraged.  Weight

9    reduction is strongly advised?

10        A    Yes.

11        Q    Does that indicate to you that Dr. Ragsdale

12    had a problem with Mrs. Guinn's diet at that point in

13    time?

14        A    Yes, it does.

jm100708.txt

15      Q    Does it indicate to you that he felt she
16  needed to be more active?
17      A    Yes.
18      Q    Does it indicate that he felt that she needed
19  to lose weight?
20      A    Yes.
21      Q    And he felt strongly about that?
22      A    He advised her strongly.
23      Q    Is receiving steroid injections a risk factor
24  for the development of Type II diabetes?
25      A    It depends on the duration of receiving

♀

                                                        262

1   steroid injections.
2       Q    Did Mrs. Guinn receive steroid injections for
3   any reason?
4       A    Can I take back my answer to your last
5   question?  I wasn't thinking about what you said.
6   Steroid injections in to what?
7       Q    Back.
8       A    Okay.  It can be associated with
9   hyperglycemia, depending on the duration isn't
10  necessarily associated with diabetes, those things are
11  often not done for a long period of time.
12      Q    Did Mrs. Guinn receive regular steroid
13  injections for back problems?
14      A    I don't remember if she did or not.
15      Q    You didn't see that in the medical records?
16      A    I might have seen it in the medical records, I
17  don't remember it right now.

Page 73

jm100708.txt

18      Q     Did you note it anywhere in your report?

19      A     I don't know, I would have to look.

20      Q     Would that be an important factor to consider

21  when you are talking about her glucose levels?

22      A     It might be, depending on how many injections

23  she got and for what duration of time.

24      Q     Is having prediabetes a risk factor for the

25  development of diabetes?

º

263

1       A     Yes, it is.

2       Q     Would you agree that Mrs. Guinn had

3   prediabetes before she ever took Seroquel?

4       A     Can you define for me what you mean by

5   prediabetes?

6       Q     Well, you are the doctor, you tell me.

7       A     I can tell you what my definition of it is,

8   it's either glucose intolerance or impaired fasting

9   glucose.

10      Q     And what numerical ranges for fasting glucose

11  would amount to prediabetes?

12      A     Between 100 and 125.

13      Q     Would you agree with me that -- and does it

14  require more than one reading between 100 and 125 to

15  conclude that somebody has prediabetes?

16      A     No.

17            (Whereupon, the below referred to document

18             was marked as Defendant's Exhibit No. 32.)

19      (BY Mr. Raber)

20  BY MR. RABER:

Page 74

jm100708.txt

```
21          Q    I would like to show you, if we could,

22    Exhibit 32.   Exhibit 32 is a lab report from SmithKline

23    Beecham date collection time 7/30/92 at 8:55; do you see

24    that?

25          A    Yes, I do.
```

º

                                                                    264

```
 1          Q    And do you see underneath that the patient's

 2    name Linda Guinn, correct?

 3          A    Yes.

 4          Q    And do you see under remarks it says fasting

 5    specimen?

 6          A    Yes.

 7          Q    And do you see where it says glucose 109?

 8          A    Yes.

 9          Q    Does that indicate to you that Mrs. Guinn as

10    far back as 1992 was pre-diabetic?

11          A    It's possible.

12          Q    It's possible?

13          A    Yes.

14          Q    What more do you need to know?

15          A    That it was really fasting for instance.

16          Q    Would the combination on this record of a

17    collection time of 8:55 a.m. and a specific remark that

18    it is a fasting specimen be a reliable indicator to you

19    that this is a fasting specimen?

20          A    If I received this report I would confirm with

21    the patient that she was indeed fasting.

22          Q    Do you have any reason to believe that

23    Exhibit 32 is not the results of a fasting specimen?
```

jm100708.txt

24      A    No.

25      Q    I would like to show you a document we will

♀

265

1    mark as Exhibit 33.

2            (Whereupon, the above referred to document

3             was marked as Defendant's Exhibit No. 33.)

4    BY MR. RABER:

5        Q    Dr. Marks, Exhibit 33 is a lab report from

6    Quest Diagnostics with a collection date of 8/12/97 for

7    a patient named Linda Guinn?

8        A    Yes.

9        Q    And do you see on the right-hand-side it

10   states fasting 9:00 a.m.?

11       A    Yes.

12       Q    And what does it say her fasting glucose was

13   on August 12, 1997?

14       A    114.

15       Q    So does that indicate to you that at least as

16   far back as 1997 Mrs. Guinn was a pre-diabetic?

17       A    Yes.

18       Q    And so would you agree that to a reasonable

19   degree of medical probability it's more likely than not

20   that as far back as 1997 Mrs. Guinn met the criteria for

21   being a pre-diabetic?

22       A    In 1997 the criteria for being pre-diabetic

23   was different, but by using today's criteria I would say

24   yes.

25       Q    So for purposes, though, of evaluating

Page 76

jm100708.txt

⚥

266

1      Mrs. Guinn and having expert opinions, you would agree

2      that Mrs. Guinn was in fact a prediabetic before she

3      ever took Seroquel?

4          A    Yes.

5          Q    And that we have evidence that she was a

6      pre-diabetic as far back as 1992 in the one record and

7      1997 in the other record?

8          A    That is correct.

9          Q    Would you agree that someone with

10     schizophrenia -- Strike that.  Would you agree that

11     schizophrenia is a risk factor for the development of

12     Type II diabetes?

13         A    I believe the literature is mixed, but I think

14     most people would say that people with schizophrenia

15     have an increased risk for diabetes.

16         Q    Same question about bipolar disorder?

17         A    I don't think that's well established.

18         Q    When you formed your opinions in this case did

19     you make any attempt to rule out all of these risk

20     factors for -- Strike that.

21             You with agree with me then that Mrs. Guinn

22     had the following risk factors for diabetes, I am going

23     to list them:  Obesity, hypertension, hyperlipidemia,

24     family history, age, sedentary lifestyle, and

25     prediabetes?

⚥

267

1          A    Yes.

Page 77

jm100708.txt

2          Q     Did you make any effort in forming your

3    opinion to rule out those risk factors for diabetes that

4    I have just listed as the sole cause of Mrs. Guinn

5    developing diabetes?

6          A     How would I do that?

7          Q     Well, you are the expert, you tell me.

8          A     I wouldn't know how to do that.

9          Q     So is the answer then that you did not attempt

10   to rule out the risk factors I just listed as the sole

11   cause of Mrs. Guinn's diabetes?

12         A     You can't rule out those risk factors.

13         Q     And you made no attempt to do so, true?

14         A     I don't understand what you are asking me.

15         Q     Well, did you or did you not make any attempt?

16         A     What would attempt be?

17         Q     Well, if you don't know how to do it, and you

18   didn't do it that's all you need to say.

19              MR. PIRTLE:  Objection, form.

20              THE WITNESS:   Okay.

21        (BY Mr. Raber)

22   BY MR. RABER:

23         Q     Would you know how to rule out those risk

24   factors I listed as the sole cause of Mrs. Guinn's

25   diabetes?

♀

                                                        268

1          A     No.

2          Q     And therefore you made no attempt to do so,

3    correct?

4              MR. PIRTLE:  Objection, form.

jm100708.txt

 5           THE WITNESS:   Correct.
 6   BY MR. RABER:
 7      Q    And those risk factors I listed by themselves
 8   to a reasonable degree of medical probability are
 9   sufficient to explain the cause of Mrs. Guinn's
10   diabetes?
11           MR. PIRTLE:  Objection, form.
12           THE WITNESS:   Could you ask me that again,
13       please?
14   BY MR. RABER:
15      Q    Those risk factors that I just listed, age,
16   long term obesity, hypertension, hyperlipidemia, family
17   history, sedentary lifestyle, and prediabetes, those
18   risk factors alone to a reasonable degree of medical
19   probability are sufficient to explain the sole cause
20   Mrs. Guinn's diabetes without Seroquel?
21           MR. PIRTLE:  Objection, form.
22           THE WITNESS:   No, I have no way of ruling out
23       the Seroquel anymore than I can rule out any other
24       risk factors.
25       (BY Mr. Raber)

⚲

                                                          269

 1   BY MR. RABER:
 2      Q    But those risk factors alone are sufficient to
 3   explain why Mrs. Guinn developed diabetes, true?
 4           MR. PIRTLE:  Objection, form.
 5           THE WITNESS:   True.
 6   BY MR. RABER:
 7      Q    Let's go back, if we could, to your report for
                        Page 79

jm100708.txt

8      Mrs. Guinn, which I believe is Exhibit 27.

9          A    Correct.

10         Q    I have some questions for you about that.

11              Your report that relates specifically to

12     Mrs. Guinn begins on page 5; is that right?

13         A    Yes.

14         Q    We have discussed a number of risk factors for

15     diabetes that Mrs. Guinn had, and my question to you is

16     do you discuss anywhere in your report those risk

17     factors?

18         A    I think I point out all of the risk factors.

19         Q    I didn't see any reference to family history

20     in here.

21         A    That was an oversight on my part then.

22         Q    I don't see anywhere where you conclude that

23     she had risk factors for diabetes, am I reading that

24     incorrectly?

25         A    I certainly intended to put that statement to

♀

                                                        270

1      that effect in there, it's clear that she has risk

2      factors, I pointed them out.

3          Q    I wrote down a list of the medications that

4      you included in your report, and I want to ask you about

5      each one of these, whether those medications are

6      associated either with weight gain or increases in blood

7      glucose, okay?

8          A    Yes.

9          Q    Lescol?

10         A    No.

                           Page 80

jm100708.txt

11          Q      Verapamil?

12          A      Verapamil.

13          Q      Verapamil.

14          A      No.

15          Q      Ziprasidone?

16          A      I don't remember if that is one of the ones

17     that is or is not.

18          Q      That is Geodon, isn't it?

19          A      Geodon, and I think it's associated with less

20     weight gain than some of the others.

21          Q      Do you know whether -- Well, is

22     Ziprasidone/Geodon associated with increases in blood

23     glucose?

24          A      I think it can be.  I think they all can be.

25          Q      How about Effexor?

♀

                                                                271

 1          A      I mentioned about Effexor earlier that I

 2     looked that up, and I seem to recall that it can be

 3     associated, but it wasn't really definitive in the

 4     literature.

 5          Q      Associated with increased glucose?

 6          A      Increased weight, I'm sorry.

 7          Q      What about glucose?

 8          A      I don't think so.

 9          Q      How about enalapril?

10          A      No.

11          Q      Zocor?

12          A      No.

13          Q      Benecar?

                              Page 81

jm100708.txt

```
14       A    No.

15       Q    Norvasc?

16       A    No.

17       Q    Hydrochlorothiazide?

18       A    I mentioned earlier that rarely that can be

19   associated with, and particularly in high doses, with

20   glucose abnormalities.

21       Q    Is Neurontin associated with weight gain?

22       A    That I don't know.

23       Q    Is Neurontin associated with increased blood

24   glucose?

25       A    I don't believe so, I have never heard it, but
```

☿

272

```
1    I didn't specifically look that one up, sorry.

2        Q    Was Mrs. Guinn taking Neurontin?

3        A    I think she was at one time.

4        Q    How come it's not mentioned in your report?

5        A    I missed it.

6        Q    Did you think it was significant?

7        A    No.

8        Q    I don't see any reference to Mrs. Guinn

9    receiving steroid injections in your report, is that

10   another thing you missed?

11       A    I may have, yes.

12       Q    All right.  Looking at your report you say the

13   earlier records we have related to Mrs. Guinn are from

14   1998, right?

15       A    Those are the earliest records that I have,

16   yes.
```

Page 82

jm100708.txt

17       Q     And in fact we have seen records dating back
18   to at least 1990?
19       A     That is correct.
20       Q     And do you know where there were records that
21   date back even before that?
22       A     No.
23       Q     Are you curious to see what those records say?
24       A     Sure.
25       Q     You note in your report the first weight noted

♀

                                                                273

1    is in March 1999, 194 pounds; do you see that?
2        A     Yes.
3        Q     Do you have any idea what her weight history
4    was before March of 1999?
5        A     No.
6        Q     Well, we saw one medical record that indicated
7    that she suffered from exogenous obesity since early
8    teenage years?
9        A     I know that now.
10       Q     Did you know that Mrs. Guinn gained almost
11   100 pounds between 1988 and 1994?
12       A     No, I didn't.
13       Q     Would that be significant in evaluating her
14   weight cycles or weight history?
15       A     Yes.
16       Q     Would that indicate to you that she is capable
17   of gaining that much weight without Seroquel?
18       A     Yes.
19       Q     And what would be the cause of that kind of a
                          Page 83

jm100708.txt

20    weight gain?

21        A    I don't know.

22        Q    Did you know that as early as 1994 Mrs. Guinn

23    weighed 208 pounds?

24        A    No, I didn't know that.

25        Q    Is that significant?

♀

                                                                    274

1         A    In what sense?

2         Q    The sense that she has been obese for a long

3     time.

4         A    Yes.

5         Q    And do you know whether she ever reached that

6     weight of 208 pounds while she was taking Seroquel?

7         A    No, I don't have that information.   What was

8     the weight again that you quoted?

9         Q    208 pounds.   Do you know whether she ever

10    reached 208 pounds while she was taking Seroquel?

11        A    I thought I answered that, no, I don't have

12    that information.

13            (Whereupon, the below referred to document

14            was marked as Defendant's Exhibit No. 34.)

15        (BY Mr. Raber)

16    BY MR. RABER:

17        Q    I would like to show you a document that we

18    will mark as Exhibit 34.   Exhibit 34 is a document dated

19    September 24th of 1994, true?

20        A    September 26th.

21        Q    I'm sorry, September 26th of 1994, correct?

22        A    Correct.

jm100708.txt

23    Q    And what does it say her weight is reported to
24    be on that date?
25    A    208 pounds.

♀

275

1     Q    Now, I looked in your report, and towards the
2     bottom of page -- Well, you say before starting Seroquel
3     Mrs. Guinn's highest weight was 205 pounds; do you see
4     that?
5     A    Yes.
6     Q    That is incorrect, right?
7     A    I guess I was off by three pounds.
8     Q    So you missed in your review of the records
9     her highest all time weight before Seroquel, true?
10    A    Or I rounded it down to 205.
11    Q    Well, you are not telling us that you knew
12    about this Exhibit and round it down, are you?
13    A    No, that's not what I am saying.
14    Q    You missed it, right?
15    A    I didn't have that piece of information.
16    Q    You missed in your review of the records and
17    in this file you missed her highest all time weight
18    before Seroquel, true?
19         MR. PIRTLE:  Objection, argumentative.  You
20         can answer it again.
21         THE WITNESS:  I didn't have that record.
22    BY MR. RABER:
23    Q    I would like to show you a document we will
24    mark as -- Did you have all the records after 1999?
25    A    I don't know if I had them all or not.
                        Page 85

jm100708.txt

♀

276

1        Q    But at least on your report you say the
2    first -- the earlier records we have are from 1998?
3        A    That is correct.
4        Q    So is it safe to assume that for anything
5    after 1998 that you reviewed things carefully?
6        A    Yes.
7            (Whereupon, the below referred to document
8            was marked as Defendant's Exhibit No. 35.)
9        (BY Mr. Raber)
10   BY MR. RABER:
11       Q    I would like to show you a document that we
12   will mark as Exhibit 35.
13           Exhibit 35 is a record dated in 2000; is that
14   right?
15       A    Yes.
16       Q    Specifically January 19th of 2000?
17       A    Yes.
18       Q    And what does it say her weight was on that
19   date?
20       A    208.
21       Q    Did you miss that record, too?
22       A    No, I actually remember seeing this.
23       Q    But you didn't note it in your report?
24       A    I noted a weight of 205 pounds.  To me that is
25   not much difference.

♀

jm100708.txt

```
 1        Q     So you are saying that in your report we can
 2   move the numbers around by a few and it won't make a
 3   difference whether it's weight or glucose numbers or
 4   those sorts of things?
 5        A     No, that is not what I am saying.
 6        Q     You say in your report in August 1999 a
 7   fasting glucose was 67 milligrams per desiliter and total
 8   cholesterol was 254 milligrams per desiliter, true?
 9        A     True.
10        Q     Did she have glucose -- Strike that.  Did she
11   have cholesterol readings higher than 254 before this
12   time?
13        A     I don't know, I believe that is the first one
14   I have.
15        Q     Would you consider a total cholesterol number
16   above 300 to pose any health threats to a person?
17        A     Yes.
18        Q     Do you know whether or not Mrs. Guinn had any
19   total cholesterol readings above 300 before August of
20   1999?
21        A     No.
22        Q     Would that make a difference?
23        A     No, and if I could amend my answer from before
24   when you asked me about total cholesterol greater than
25   300 posing a health risk, it really depends on what the
```

♀

278

```
 1   LDL and HDL levels are.
 2        Q     So you give no clinical significance to a
```

Page 87

jm100708.txt

3    total cholesterol reading of greater than 300 without

4    knowing what the components of that are?

5         A    That is correct.

6         Q    Do you think you are in the minority on that?

7         A    No, she could have a very high HDL in which

8    case it could be less and her total cholesterol.

9         Q    You state in your report in January 2002 she

10   was prescribed ziprasidone; do you see that?

11        A    Yes.

12        Q    That is Geodon, correct?

13        A    Yes, correct.

14        Q    Why was she prescribed Geodon?

15        A    I think it was for depression or anxiety.

16        Q    Did it work?

17        A    I don't recall.

18        Q    Then you say for unknown reasons another

19   doctor changed her to Seroquel 200 milligrams a day in

20   May 2002, reducing the dose to 100 milligrams a day two

21   weeks later; do you see that?

22        A    Yes.

23        Q    As we sit here today do you know why she was

24   prescribed Seroquel in May of 2002?

25        A    No, I don't.

⚥

279

1         Q    Do you know anything about the circumstances

2    of that?

3         A    Not that I recall.

4         Q    Is it important?

5         A    As I stated for unknown reasons she was

Page 88

jm100708.txt

 6    changed from ziprasidone to Seroquel, that would suggest
 7    that I didn't know the reason for the changing of the
 8    prescription.
 9        Q    Would it be important for you to know why she
10    was prescribed Seroquel?
11        A    It might be.
12        Q    Did you know that she tried to kill herself?
13             MR. PIRTLE:  Objection, form.  Also misstates
14        the record.  You can answer if you can.
15             THE WITNESS:  I don't remember whether there
16        was a period of time then that she tried to kill
17        herself.
18    BY MR. RABER:
19        Q    Do you know that she was in the emergency room
20    in early May of 2002 in four point restraints with
21    paranoid hallucinations, hearing voices, drug overdose
22    and then tried to kill herself?
23             MR. PIRTLE:  Objection, form.
24             THE WITNESS:  What was the date then?
25

♀

                                                                280

 1    BY MR. RABER:
 2        Q    Checked in of April 29, 2002.
 3        A    I don't recall exactly.
 4        Q    You didn't see those records?
 5        A    Yes, I probably did.
 6        Q    Being in four point restraints in the hospital
 7    sounds pretty serious, doesn't it?
 8             MR. PIRTLE:  Objection, form.

jm100708.txt

 9                THE WITNESS:  Yes.

10   BY MR. RABER:

11        Q    Would that be a good reason to start Seroquel?

12        A    I don't know.  If they felt that ziprasidone

13   wasn't helping her, then they might consider another

14   medication.

15        Q    Well, that doesn't sound much like that Geodon

16   is helping her, does it?

17        A    I don't know.

18        Q    Well, if she started it in January and three

19   months later she tries to kill herself and is in four

20   points restraint in the hospital?

21                MR. PIRTLE:  Objection, form.  Assumes facts

22           not in this case at all.  Bordering on bad faith

23           questions.

24           (BY Mr. Raber)

25

♀

                                                          281

 1   BY MR. RABER:

 2        Q    That sounds pretty serious, doesn't it?

 3        A    What sounds pretty serious?

 4        Q    Being in four points restraints in the

 5   hospital?

 6        A    I answered that.

 7        Q    It doesn't sound like the Geodon was working

 8   too well, does it?

 9                MR. PIRTLE:  Objection, form.

10   BY MR. RABER:

11        Q    Do you have an opinion as to whether or not

                        Page 90

jm100708.txt

12    the Geodon helped her?

13        A    I would have to look at the specific records

14   to confirm that that was what she was taking at the time

15   and I would like to know if there are extenuating

16   circumstances.

17        (Whereupon, the below referred to document

18        was marked as Defendant's Exhibit No. 36.)

19        (BY Mr. Raber)

20   BY MR. RABER:

21        Q    I would like to show you a document that has

22   been marked as Exhibit 36.

23        Do you recognize Exhibit 36 as a progress note

24   from the Palmetto General Hospital dated May 2nd, 2002?

25        A    Yes.

♀

                                                              282

1        Q    Do you see on the second line there it says

2    patient in four point restraint?

3        A    Is that what it says?

4        Q    That is what the doctor said it says.

5        A    Okay.

6        Q    Do you have any reason to dispute that?

7        A    No.

8        Q    Can we say in good faith that that says

9    patient in four points restraint?

10       A    Yes.

11       (BY Mr. Pirtle)

12       MR. PIRTLE:  That wasn't the crux of what I

13       was saying.

14   BY MR. RABER:

                        Page 91

jm100708.txt

15          Q     Do people who attempt suicide sometimes get

16     put in four point restraints in your experience as a

17     nurse and as a doctor?

18          A     Probably.

19          Q     Can you think of any other reason to put

20     somebody if four point restraints in the hospital?

21               MR. PIRTLE:   Objection, form.

22               THE WITNESS:   Yes.

23          (BY Mr. Raber)

24     BY MR. RABER:

25          Q     What?

♀

                                                              283

1          A     Agitation, somebody who is confused, somebody

2     who may fall out of bed.

3          (BY Mr. Pirtle)

4               MR. PIRTLE:   When you work your way to a

5               stopping point, I would like to take a first break.

6               MR. RABER:   Let's take our first break.

7               (Whereupon, a short recess was taken

8               at 10:50 a.m.)

9     BY MR. RABER:

10          Q     Dr. Marks, do you know why the doctors put

11     Mrs. Guinn in four point restraints in the hospital in

12     May of 2002?

13          A     No, I don't.

14          Q     I would like to show you a document we will

15     mark as Exhibit 37.

16               MR. PIRTLE:   Thank you.

17               (Whereupon, the above referred to document

                              Page 92

jm100708.txt

18          was marked as Defendant's Exhibit No. 37.)

19    BY MR. RABER:

20          Q    Is Exhibit 37 a discharge summary from the

21    Palmetto General Hospital with an -- you know what,

22    there is stuff attached to it that is not part of this

23    document, may I have that back and I will just pull off

24    the extraneous pages?

25               MR. PIRTLE:  Are you going to use them?

♀

                                                            284

1                MR. RABER:  No, you can if you want to, but I

2          am not going to.

3                MR. PIRTLE:  I have seen them.

4     BY MR. RABER:

5          Q    Okay.  I have taken back Exhibit 37 and

6     removed the pages that are not part of what it should

7     be.

8                Exhibit 37 is a discharge summary, two pages

9     signed by a Dr. Guido Nodal with dates on it of looks

10    like AD is 5/3/2002 and DD is 5/10/2002; is that right?

11         A    Yes.  Is AD admission date and is DD is

12    discharge date?

13         Q    I'm just saying what it says on the document;

14    is that correct?

15         A    I just wanted to understand.

16         Q    And do you see that there is an admission

17    diagnosis of schizophrenia chronic paranoid type?

18         A    Yes.

19         Q    And do you have any reason to dispute that

20    that was a diagnosis for Ms. Guinn in May of 2002?

jm100708.txt

21      A      No.

22      Q      The first sentence there indicates that

23  Mrs. Guinn had been admitted to the hospital after an

24  overdose; do you see that?

25      A      Yes.

⚲

285

1       Q      It says she had been having psychiatric

2   problems over 20 years with a history of auditory

3   hallucinations, paranoid delusions and much agitation.

4              The patient apparently had a suicide attempt

5   that she did not remember and was abusing marijuana at

6   home.  Do you see that?

7       A      Yes.

8       Q      Does smoking marijuana increase someone's

9   appetite?

10      A      I have heard that it does.

11      Q      Very clever answer there, very careful.

12             MR. PIRTLE:   Have you got a study on that?

13             MR. RABER:   Anecdotal evidence.

14      (BY Mr. Raber)

15  BY MR. RABER:

16      Q      Did you know that there were periods of time

17  when Mrs. Guinn was abusing marijuana at home?

18      A      I don't remember if I had known that fact or

19  not.

20      Q      Could marijuana have been an explanation for

21  Mrs. Guinn gaining weight while she was taking Seroquel?

22      A      It could be one explanation.

23      Q      Did you consider that in forming your

Page 94

jm100708.txt
24      opinions?
25           A     No, I didn't.

♀

286

1            Q     Would you agree with me that given these
2      circumstances Seroquel was an appropriate choice of
3      medication for Mrs. Guinn in May of 2002?
4            A     I don't know that, I am not a psychiatrist.
5            Q     You don't have an opinion one way or the
6      other?
7            A     No.
8            Q     Are you here to tell us that there were better
9      alternatives than Seroquel to treat her?
10           A     I am not here to tell you that.
11           Q     It says in that first full paragraph, she was
12     admitted to the unit and put on Seroquel 100 milligrams
13     BID.
14                 Initially she was psychotic and paranoid.
15     Medication was increased up to 200 milligrams BID on
16     which the patient slowly recovered and the delusions and
17     the hallucinations went away; do you see that?
18           A     Yes, I do.
19           Q     That appears that Seroquel saved her life,
20     would you agree with that?
21                 MR. PIRTLE:  Objection, form.
22                 THE WITNESS:  No.
23     BY MR. RABER:
24           Q     Would you agree that it appears from these
25     records that Seroquel helped her?

Page 95

jm100708.txt

⚲

287

1          A    I would agree to that.

2          Q    Have you seen records indicating whether or

3     not Seroquel helped her live a better life?

4          A    I don't recall.

5          Q    Did you consider any of that in forming your

6     opinions in this case, that is the benefits that she

7     received from the medicine?

8          A    No.

9          Q    You mentioned that you thought that the drug

10     Effexor is associated with an increase in weight?

11          A    I think that I have read some things about

12     that that, but it's not totally clear.

13          Q    Well, what is your opinion on that?

14          A    I am not sure, because the literature is

15     conflicting and there is not much of it.

16          Q    Okay.  But you are saying that Effexor does

17     not --is not associated with an increase in glucose; is

18     that correct?

19          A    I think that's true.

20          Q    So what you are saying then is that there is a

21     drug that some studies show increases weight, but does

22     not have an effect on blood glucose, correct?

23          A    I think that is correct.

24          Q    And as an endocrinologist would you agree that

25     it's possible for a drug to have an effect on weight

⚲

288

1     gain, but no effect on blood glucose levels?
                              Page 96

jm100708.txt

```
 2        A    Yes.

 3        Q    And you can't rule that out with regard to

 4   Seroquel, can you?

 5             MR. PIRTLE:  Objection, form.

 6             THE WITNESS:  No.

 7   BY MR. RABER:

 8        Q    Doctor, you say in your report here that --

 9   let me strike that.

10             Do you know how much Mrs. Guinn weighed when

11   she started taking Seroquel?

12        A    I believe she weighed - soon after she was put

13   on - about a month after Seroquel was started she

14   weighed 155 pounds.

15        Q    Did you see any records that gave a weight

16   that were closer in time to when she actually started?

17        A    No.

18        Q    Do you understand that she started Seroquel in

19   the hospital in May the 2nd of 2002?

20        A    I don't know if it was May the 2nd, but she

21   was started in May, I don't think she was admitted until

22   May the 3rd.

23        Q    Well, she was transferred, she was in

24   intensive care and then she was transferred?

25        A    Right.
```

289

```
 1             (Whereupon, the below referred to document

 2             was marked as Defendant's Exhibit No. 38.)

 3        (BY Mr. Raber)

 4   BY MR. RABER:
```

Page 97

jm100708.txt

5      Q    Let me see if I can clear this up.  I would

6  like to show you a document that we will mark as

7  Exhibit 38, and does that appear to be a record for a

8  hospitalization for Mrs. Guinn on April 29, 2002?

9      A    Yes, it does.

10     Q    And what does Exhibit 38 show her weight to be

11 on April the 29 of 2002?

12     A    160 pounds.

13     Q    And would you agree with me that if we assume

14 that she started taking Seroquel three days later that

15 that would be a better baseline weight to consider than

16 a weight a month later?

17     A    Yes.

18     Q    Doctor, is it your opinion that Seroquel

19 causes weight gain?

20     A    Yes, it is.

21     Q    And under your theory or opinion about

22 Seroquel causing weight gain, when do you expect to see

23 that weight gain occur?

24     A    I think it starts occurring in many cases

25 within a few months of onset or initiation of the

⚥

290

1  medication can continue to occur there after.

2      Q    Does it occur right away?

3      A    No.

4      Q    Well, when does it start?

5      A    Within a few months.

6      Q    Can you be any more specific than that?

7      A    No.

Page 98

jm100708.txt

8        Q     Within one month?

9        A     I can't be that specific.

10       Q     Within two months?

11       A     I can't be that specific.

12       Q     If your theory is correct, would you expect to

13   see weight gain in let's say the first three and a half

14   months?

15       A     Could be.

16       Q     Would you expect to see that?

17       A     It could be.

18       Q     Well, could be is one thing, would you expect

19   to see it?

20       A     Could be is different than expect, and I think

21   it could be.

22       Q     So my question is would you expect to see

23   weight gain in the first three and a half months under

24   your theory?

25       A     I don't know, but I wouldn't be surprised.


♀

                                                        291


1        Q     It's true, isn't it, that Mrs. Guinn did not

2   gain any weight in the first three and a half months

3   taking Seroquel?

4             MR. PIRTLE:   Objection, form.

5             THE WITNESS:   She started in May, I guess so.

6   BY MR. RABER:

7        Q     Let me show you, we saw that she weighed

8   160 pounds on April 29, 2002, correct?

9        A     Yes.

10       Q     And let's look at Exhibit 39.   Exhibit 39 is a

                             Page 99

jm100708.txt

11      record of a visit with a Nancy Thompson dated August 15,

12      2002, correct?

13          A    Yes.

14          Q    And August 15, 2002 is roughly three and a

15      half months after Mrs. Guinn started taking Seroquel,

16      correct?

17          A    Yes.

18          Q    And, see that her weight was 160 pounds when

19      she started Seroquel and 160 pounds three and a half

20      month later, true?

21          A    Yes.

22          Q    That is inconsistent with your theory that

23      Seroquel causes weight gain, isn't it?

24              MR. PIRTLE:  Objection, form.

25              THE WITNESS:  No.

♀

                                                                292


1       BY MR. RABER:

2           Q    That is a piece of evidence that is

3       inconsistent with your opinion, isn't it?

4               MR. PIRTLE:  Same objection.

5               THE WITNESS:  No.

6       BY MR. RABER:

7           Q    How is no weight gain in three and a half

8       months consistent with your opinion that Seroquel causes

9       weight gain?

10          A    I didn't say it caused it within three and a

11      half months, I said it could occur soon after starting

12      the medication, but could continue for longer duration.

13          Q    What method -- have you tried to apply any
                            Page 100

jm100708.txt

14    methodology to determine when people start gaining

15    weight on Seroquel?

16        A    No.

17        Q    Does it vary from patient to patient?

18        A    Undoubtedly.

19        Q    Did you make any effort to determine in this

20    particular case as to Mrs. Guinn when it is that

21    Seroquel actually started causing her to gain weight?

22        A    Other than tracking her weight as I have noted

23    in my report, no.

24        Q    Well, did she magically start gaining weight

25    after three and a half months for some reason?

♀

                                                            293

1            MR. PIRTLE:  Objection, form.

2            THE WITNESS:  I don't think there is anything

3        magical about it.

4    BY MR. RABER:

5        Q    Okay.  Well, what methodology do you use to

6    have the opinion that Mrs. Guinn can go three and a half

7    months on Seroquel without gaining weight and then after

8    that point Seroquel does cause her to gain weight?

9            MR. PIRTLE:  Objection, form.

10           THE WITNESS:  For one thing the dosage was

11       increased.

12    BY MR. RABER:

13       Q    Any other reasons?

14       A    I wouldn't be surprised if it took some time

15    for there to be weight gain.

16       Q    Why is that?

                    Page 101

jm100708.txt

17      A    Because weight gain can be variable in terms
18  of how quickly it occurs.
19      Q    Why is that?
20      A    I don't know why.
21      Q    Does Seroquel have any effect on the pancreas?
22      A    Not that I am aware of.
23      Q    And the weight gain that you believe
24  Mrs. Guinn experienced while she was taking Seroquel
25  would you attribute that to her taking in more calories

⚲

294

1   than she was burning?
2       A    It could be.
3       Q    Can you give us any other reason why she
4   gained weight while she was taking Seroquel other than
5   eating more and not being as active?
6       A    It could be an effect of the Seroquel.
7       Q    In what way?
8       A    I don't know.
9       Q    You would have to speculate about that?
10      A    I wouldn't even speculate.  All I know is
11  there is an association between drugs like Seroquel and
12  weight gain.
13      Q    Have you made any attempt to quantify the
14  amount of weight gain that you believe was caused by
15  Seroquel compared with other things that may cause
16  weight gain?
17      A    No.
18      Q    And you acknowledge that there are other
19  things in Mrs. Guinn's life that could cause weight gain

jm100708.txt

20    besides Seroquel?

21          A    Yes.

22          Q    Have you done anything to rule out those other

23    things as the sole cause of Mrs. Guinn's weight gain?

24                MR. PIRTLE:  Objection, form.

25                THE WITNESS:  I wouldn't know how to do that.

♀

295

1     BY MR. RABER:

2           Q    And in fact you wrote an editorial in

3     November 2004 as reflected in Exhibit 20 which says

4     that:

5                "Sedentary adults in the United States eat an

6     average of 500-800 calories more per day than needed to

7     maintain weight.  At that rate, they will gain a pound

8     to a pound and a half a week", correct?

9           A    I think we established that yesterday that I

10    said that, yes.

11          Q    And so we agree that Mrs. Guinn was sedentary?

12          A    Yes.

13          Q    And so under your own opinion that was

14    published in Clinical Diabetes, Mrs. Guinn's sedentary

15    lifestyle alone could explain a weight gain of 50 pounds

16    in a year?

17          A    I would have to take a minute and do the

18    calculation.

19          Q    Well, you say a pound and a half a week, so

20    let's just say a pound a week, 52 weeks in a year?

21          A    Correct.

22          Q    So would you agree that under your own

Page 103

jm100708.txt

23    assessment that Mrs. Guinn's sedentary lifestyle alone

24    could account for a weight gain of 50-pounds in one

25    year?

♀

296

1         A    I was quoting another study.

2         Q    This is your name on the editorial?

3         A    That is correct, I do cite that study as a

4    reference.

5         Q    And that was your opinion, wasn't it?

6         A    I mean not exactly, I was quoting the opinion

7    of someone else, I wasn't --

8         Q    Well, let me ask you this, look at your

9    statement here that says:

10             "Sedentary adults in the United States eat an

11    average of 500-800 calories per day than needed to

12    maintain weight."  Do you see any quotation marks around

13    that?

14             MR. PIRTLE:  Objection, form.

15             THE WITNESS:  No, but there is a footnote in

16        the reference.

17    BY MR. RABER:

18         Q    You agreed with that statement, didn't you?

19         A    Basically, yes.

20         Q    That was your opinion when you wrote the

21    editorial, wasn't it?

22         A    I guess strictly speaking you could say that.

23         Q    And then let's look at the next sentence, you

24    mention that there was a footnote that you were

25    attributing that to someone else; is that right?

Page 104

jm100708.txt

♀

297

1          A    Yes.

2          Q    How about the next sentence, what does that

3     say?

4          A    It says:  "At that rate, they will gain a

5     pound to a pound and a half a week."

6          Q    Are there any quotation marks around that

7     statement?

8          A    No.

9          Q    Is there any footnote attributing that to

10    someone else?

11         A    No.

12         Q    Those are your words, aren't they?

13         A    That is correct.

14         Q    And that is what you believed in

15    November 2004?

16         A    If they ate 500 to 800 calories a day they

17    could conceivably gain that much weight.

18         Q    And that's what you believe as we sit here

19    today?

20         A    Yes.

21         Q    And that alone could explain a 50-pound weight

22    gain in one year for Mrs. Guinn because she had a

23    sedentary lifestyle, true?

24              MR. PIRTLE:  Objection, form.

25              THE WITNESS:  It could.

♀

298

jm100708.txt

1          (BY Mr. Raber)

2     BY MR. RABER:

3          Q     Did you do anything to try and rule out

4     Mrs. Guinn's sedentary lifestyle as the sole cause of

5     her gaining weight while she was taking Seroquel?

6               MR. PIRTLE:   Objection, form.

7               THE WITNESS:   No.

8     BY MR. RABER:

9          Q     You say in your report, Doctor, in October

10    2005 her total cholesterol rose to 241 milligrams per

11    desiler, correct; do you see that?

12         A     I am looking.  I'm sorry, I don't see it,

13    where is it?

14         Q     I am looking at a different version.  If you

15    look on page 6 of your report, maybe a quarter of the

16    way down, third of the way down, kind of in the middle

17    of that big paragraph there it says in October 2005 her

18    total cholesterol rose to 241 milligrams per desiler;

19    do you see that?

20         A     Yes.

21         Q     Is it your opinion that Seroquel caused

22    Mrs. Guinn's cholesterol to go up?

23         A     It's possible.

24         Q     It's possible.  Do you hold that opinion to a

25    reasonable degree of medical probability?

♀

                                                        299

1          A     Yes.

2          Q     So your testimony in this case is that

Page 106

jm100708.txt

```
 3    Seroquel caused Mrs. Guinn's cholesterol to rise to
 4    241 milligrams per desiliter?
 5         A    Could be one of the causes.
 6         Q    It could be one of the causes.
 7              Did you do anything to attempt to rule out any
 8    other causes?
 9         A    No.
10         Q    Did you know that she had total cholesterol
11    readings over 300 years before she ever took Seroquel?
12         A    You told me that earlier.
13         Q    Well, if you assume that that is true, how in
14    the world can you say that Seroquel caused her total
15    cholesterol to go up when they were at levels on
16    Seroquel below what they were before she ever took it?
17              MR. PIRTLE:  Objection form.  You can answer
18         it.  Go ahead.
19              THE WITNESS:  At different times, I mean there
20         can be different reasons at different times for why
21         someone has a lab abnormality.
22         (BY Mr. Raber)
23    BY MR. RABER:
24         Q    And what is the basis for your opinion that --
25    is it that Seroquel did in fact cause her cholesterol to
```

♀

                                                          300

```
 1    go up or may have?
 2         A    May have.
 3         Q    What is the basis for that opinion?
 4         A    Whatever I read in the literature.
 5         Q    And does the may have cause rise to that you
```

Page 107

jm100708.txt

6   believe it is more likely than not to a reasonable

7   degree of medical probability that Seroquel in fact

8   caused her total cholesterol to rise?

9               MR. PIRTLE:  Objection form.  You can answer.

10              THE WITNESS:  I think it's maybe one of the

11         causes.

12   BY MR. RABER:

13        Q     That wasn't quite the answer to the question.

14              The question is do you believe that it's more

15   likely than not to a reasonable degree of medical

16   probability that Seroquel caused her total cholesterol

17   to increase?

18        A     Yes.

19        Q     And you base that on what?

20        A     The literature suggesting that there is an

21   association between Seroquel and dyslipidemia.

22        Q     Which literature?

23        A     Do you want me to find some literature?

24        Q     Yes.

25        A     I don't have all of the articles here, but the

♀

                                                          301

1    ones that I do have, this is Metabolic Syndrome and

2    Mental Illness, Newcomer.

3               Related in part to their propensity to induce

4    weight gain, some second generation antipsychotic agents

5    have been associated with an increased risk for

6    dyslipidemia and diabetes.

7        Q     Does he specifically refer to Seroquel?

8        A     No.

                          Page 108

jm100708.txt

9      Q    No?

10     A    No.

11     Q    I just didn't hear you, that's all.

12     A    This is from the Consensus publication:

13          "An additional related consequence of SGA use

14     is their effect on serum lipids.  Although the data are

15     limited, the available evidence suggests that changes in

16     serum lipids are concordant with changes in body weight.

17     Clozapine and Olanzapine, which produce the greatest

18     weight gain, are associated with the greatest increases

19     in total cholesterol, LDL cholesterol, and triglycerides

20     and with decreased HDL cholesterol.

21          Aripiprazole and ziprasidone, which are

22     associated with the least of amount of weight gain, do

23     not seem to be associated with a worsening of serum

24     lipids.  Risperidone and quetiapine appear to have

25     intermediate effects on lipids."

⚥

                                                          302

1      Q    And that consensus group said that it was

2      intermediate effects because the data was discrepant,

3      right?

4      A    I don't see that there.  I think there was a

5      different article that says the data was discrepant.

6      Q    Well, do you see Table 2?

7      A    You're correct, they refer to it in Table 2 as

8      the data being discrepant.

9      Q    And discrepant means some studies show one

10     thing and other studies show something different?

11     A    That is correct.

jm100708.txt

12      Q      So the consensus group was saying there were

13  some studies that show an association between Seroquel

14  and lipid abnormalities and some studies that don't show

15  that?

16      A      Correct.

17      Q      Nothing clear, correct?

18      A      Discrepant.

19      Q      And so in any other articles other than

20  Newcomer and the Consensus statement?

21      A      The review that was published in Clinical

22  Diabetes by Llorente.  "Because several of the newer

23  antipsychotics are associated with significant weight

24  gain, one would expect that hyperlipidemia should also

25  be associated with the use of these medications.

♀

303

1              Results of database analysis, chart reviews

2  and clinical trials indicate that Clozapine and

3  Olanzapine use is associated with increased serum

4  triglyceride levels.  Findings are equivocal regarding

5  changes in cholesterol levels.  Divergent results are

6  seen with Risperidone and Quetiapine."

7      Q      So I heard equivocal data with regard to

8  Olanzapine and Clozapine, correct?

9      A      Findings were equivocal regarding those two

10  drugs, correct.

11      Q      And I heard divergent data with regard to

12  Seroquel?

13      A      Divergent results, yes.

14      Q      And, again, that means mixed results?

jm100708.txt

15          A     Yes.

16          Q     So that doesn't sound like more likely than

17    not to a reasonable degree of medical probability, does

18    it?

19                MR. PIRTLE:  Objection, asked and answered,

20          and now bordering on bad faith again.

21                MR. RABER:  Don't accuse me of that.

22                MR. PIRTLE:  Well, unless you all are going to

23          waive the learned intermediary defense, because

24          it's in these warnings, don't be asking those kind

25          of questions.

♀

304

1                 MR. RABER:  I will ask the questions that I

2          believe are appropriate, you can object.

3                 MR. PIRTLE:  I am going to try this case, if

4          you want to waive the learned intermediary defense

5          in this case as these warnings being wrong --

6                 MR. RABER:  If I decide to waive it, you will

7          know it.

8                 MR. PIRTLE:  All right.  Are you all telling

9          the truth on the package insert or not?

10         (BY Mr. Raber)

11    BY MR. RABER:

12         Q     Just so I can clarify, because what you are

13    really saying that it's possible --

14                MR. PIRTLE:  Asked and answered -- I'm sorry.

15                MR. RABER:  Is it possible that your counsel

16         is interfering with this deposition?

17                MR. PIRTLE:  No, it's possible I am objecting.

jm100708.txt

18        (BY Mr. Raber)

19            MR. RABER:  Okay.  Wait until I'm done with

20        the question, please.

21   BY MR. RABER:

22        Q    Dr. Marks, just to clarify your testimony, are

23   you saying that the ability of Seroquel to cause

24   increases in cholesterol is a possibility and nothing

25   more than that?

♀

                                                              305

1            MR. PIRTLE:  Objection, form.  Asked and

2        answered.

3            THE WITNESS:  I would agree that it's a

4        possibility.

5    BY MR. RABER:

6        Q    And nothing more than that?

7            MR. PIRTLE:  Objection, form.

8            THE WITNESS:  I would agree it's a

9        possibility.

10   BY MR. RABER:

11       Q    Would you say that it's more than a

12   possibility?

13           MR. PIRTLE:  Objection, form.  Asked and

14       answered.

15           THE WITNESS:  I don't know.

16       (BY Mr. Raber)

17   BY MR. RABER:

18       Q    Doctor, did Mrs. Guinn ever lose weight while

19   she was taking Seroquel?

20       A    She lost some weight while she was on

                          Page 112

jm100708.txt

21    Seroquel, yes.

22         Q    In fact in your report you indicate that in

23    February 2006 she weighed 198 pounds when she was

24    diagnosed with diabetes, true?

25         A    Yes.

♀

306

1         Q    And that three months later in May 2006 her

2    weight had dropped to 184 pounds?

3         A    Yes.

4         Q    She lost 14 pounds over that three month

5    period, true?

6         A    Yes, but she was on medications that have

7    weight loss as a side effect.

8         Q    Which medications are those?

9         A    Byetta, and sometimes Metformin.

10        Q    How do you know that that 14-pound weight loss

11    was attributed to the Byetta or the Metformin as opposed

12    to being more active or watching their diet?

13        A    I don't know, but most people lose weight on

14    Byetta.

15        Q    By the time people are on Byetta are they also

16    being counseled to be active and watch their diet?

17        A    Often.

18        Q    The two kind of go together, don't they?

19        A    In my mind they would, I can't speak for

20    everyone else.

21        Q    In any event, in your own report you

22    acknowledge that there were times when Mrs. Guinn was

23    able to lose weight while she was taking Seroquel?

Page 113

jm100708.txt

24      A    Yes.

25      Q    You state in your report in May 2006 Abilify

♀

307

1    was started at 10 milligrams per day, Seroquel was

2    tapered because:  "She was told that the Seroquel caused

3    her diabetes", do you see that?

4       A    Yes.

5       Q    Who told her that the Seroquel caused her

6    diabetes?

7       A    One of her healthcare providers.

8       Q    Are you sure about that?

9       A    I think so.

10      Q    Which one?

11      A    I don't remember, I would have to look at

12   them.

13      Q    Have you read the depositions of the

14   healthcare providers?

15      A    Some of them.

16      Q    Have you seen that all of them have denied

17   ever telling her that?

18      A    I saw that in a couple of the depositions,

19   yes.

20      Q    And do you believe them or not?

21      A    I don't know, I don't know them.

22      Q    Do you think maybe her lawyers told her that

23   Seroquel caused her diabetes?

24          MR. PIRTLE:  Objection.  Do not answer that

25          question.

jm100708.txt

♀

308

1          MR. RABER:  What is the basis for that?

2          MR. PIRTLE:  You are trying to get her to

3     speculate on an attorney-client communication.

4          MR. RABER:  Do you have an attorney-client

5     privilege with this witness?

6          MR. PIRTLE:  You are asking what I told the

7     client, which is absolutely not true.

8          MR. RABER:  Well, if she knows that you told

9     the client, then you have waived the privilege.

10          MR. PIRTLE:  Well, she doesn't know that.  I

11     didn't tell the client that, and she is not

12     answering that question.  Take it to the judge.

13     (BY Mr. Raber)

14  BY MR. RABER:

15     Q    Doctor, do you know that Mrs. Guinn filed her

16  lawsuit in April of 2006?

17     A    No, I didn't know that.

18     Q    And so that means that when she says in May of

19  2006 she was told that Seroquel caused her diabetes,

20  that was a month after she had filed her lawsuit, did

21  you know that?

22     A    No, I didn't.

23     Q    If she had filed a lawsuit in April 2006,

24  would that be a good thing or a bad thing for her to

25  continue taking Seroquel; would that be good for the

♀

309

1     lawsuit or bad for the lawsuit?

Page 115

jm100708.txt

 2              MR. PIRTLE:  Objection, speculation.

 3              THE WITNESS:  I have no idea.

 4      BY MR. RABER:

 5          Q    It makes common sense if you filed a complaint

 6      that says Seroquel has ruined my life, that it's

 7      probably not good for your case to keep on taking it;

 8      would you agree with that?

 9              MR. PIRTLE:  Objection, form.  Answer if you

10          can.

11              THE WITNESS:  I don't know how to answer that.

12      BY MR. RABER:

13          Q    Just use your common sense.

14          A    I don't have any common sense.

15              MR. PIRTLE:  On that subject.

16          (BY Mr. Raber)

17              MR. RABER:  Are we going to swear you?

18              MR. PIRTLE:  Well --

19              THE WITNESS:  I meant on that subject.

20              MR. PIRTLE:  You know that is an inappropriate

21          question asking what is good and bad for a lawsuit.

22              MR. RABER:  Well, I am talking about something

23          that is in her medical records that is in her

24          report.

25              MR. PIRTLE:  About the lawsuit.

♀

                                                           310

 1              MR. RABER:  Well, about the timing of it and

 2          the statement that was made.

 3              MR. PIRTLE:  I haven't seen the lawsuit in the

 4          medical record.

                         Page 116

jm100708.txt

    5    BY MR. RABER:

    6        Q    Do you allow lawyers for your patients to

    7    influence your prescription decisions?

    8        A    No.

    9        Q    Do you think that is a good idea to have

   10    lawyers for your patients dictating your prescription

   11    decisions?

   12            MR. PIRTLE:  Objection, form.

   13            THE WITNESS:  No, it's probably a bad idea.

   14        (BY Mr. Raber)

   15    BY MR. RABER:

   16        Q    Why is that?

   17            MR. PIRTLE:  The same objection.

   18            THE WITNESS:  Lawyers aren't qualified to

   19        decide what medications people should take.

   20    BY MR. RABER:

   21        Q    Are lawyers qualified to tell their clients

   22    what medications caused their illnesses?

   23            MR. PIRTLE:  Objection, form.

   24            THE WITNESS:  I wouldn't think so.

   25

 ♀

                                                        311

    1    BY MR. RABER:

    2        Q    What happened to Mrs. Guinn's weight after she

    3    stopped taking Seroquel and started taking Abilify?

    4        A    Well, if she stopped taking the Seroquel

    5    sometime before April 2007, and her weight was

    6    194 pounds, then her are weight the following January

    7    was 202 pounds.

                        Page 117

jm100708.txt

8       Q    So she gained weight after she stopped taking

9   Seroquel, right?

10      A    Yes, she did.

11      Q    That is inconsistent with your theory that

12  Seroquel caused her to gain weight, isn't it?

13      A    I don't think so.

14      Q    How is it consistent with your theory?

15      A    It's a different point in time, different

16  circumstances.

17      Q    And why is that?

18      A    Well, a cause for something at one time

19  doesn't necessarily mean it caused it at another time.

20      Q    Doesn't it make sense to you that as a doctor

21  that you take away something that you believe is causing

22  weight, and the result is that the person gains even

23  more weight, that the thing you took away wasn't really

24  the thing causing the weight gain to begin with?

25      A    No, not necessarily.

♀

                                                              312

1       Q    You don't think it has any impact on the fact

2   that she gained weight after she stopped taking

3   Seroquel?

4       A    No.

5       Q    Can you tell us why she gained weight after

6   she stopped taking Seroquel?

7       A    I can't.

8       Q    Was it the Abilify that was causing the weight

9   gain?

10      A    I don't know that.

                    Page 118

jm100708.txt

11          Q      Could be it have been?

12          A      I think it could have been.

13          Q      Do you believe to a reasonable degree of

14   medical probability that the Abilify was causing her

15   weight gain after she stopped taking Seroquel?

16          A      No, I don't.

17          Q      And why aren't you able to make that

18   conclusion?

19          A      I think that in the literature Abilify is less

20   associated with weight gain than Seroquel.

21          Q      You have a temporal association between her

22   taking Abilify and gaining weight, don't you?

23          A      I do.

24          Q      Isn't that temporal association enough to say

25   that the Abilify is causing the weight gain?

♀

                                                        313

1          A      It's not enough.

2          Q      Is a temporal association like that ever

3    enough to conclude that a drug is causing weight gain?

4          A      Ever enough?

5          Q      Yes.

6          A      I can't answer whether it's ever enough.

7          Q      You note in your report that -- let me ask you

8    this, what has been Mrs. Guinn's highest weight since

9    she stopped taking Seroquel?

10          A      The only weight I have was the 205 pounds.

11          Q      After she --

12          A      I'm sorry, strike that - I am starting to talk

13   like a lawyer - 202 pounds.

jm100708.txt

14      Q     Have you ever seen anything that indicates

15   that actually her highest weight or that she ever

16   reached 160 pounds, I mean 206 pounds?

17      A     After stopping the Seroquel?

18      Q     Right.

19      A     No, I didn't see that.

20           (Whereupon, the below referred to document

21           was marked as Defendant's Exhibit No. 40.)

22      (BY Mr. Raber)

23   BY MR. RABER:

24      Q     Okay, let's mark this as Exhibit 40.   Doctor,

25   I have placed a document in front of you that is marked

♀

                                                        314

1    as Exhibit 40, does that appear to be a record from

2    Quality Medical Care, P.A. for Linda Guinn dated

3    October 18, 2007?

4       A     Yes, it does.

5       Q     And October 18, 2007 Mrs. Guinn was no longer

6    taking Seroquel, correct?

7       A     I believe that is correct.

8       Q     And what does it show her weight to be on

9    October 18, 2007?

10      A     206.

11      Q     Now, we saw that before Mrs. Guinn ever took

12   Seroquel her highest weight was 208 pounds; do you

13   remember that?

14      A     Yes, I do.

15      Q     We saw that according to report her highest

16   weight on Seroquel was 205 pounds, correct?

Page 120

jm100708.txt

17          A     Correct.

18          Q     And we now see since she stopped taking

19    Seroquel her actual weight or highest weight is

20    206 pounds, correct?

21          A     No, we have a weight from January 2008 that

22    was less than that.

23          Q     Okay.  I am asking about the highest weight.

24          A     I'm sorry, apparently.

25          Q     So as I understand it then her highest weight

º

                                                          315

1     on Seroquel was less than her highest weight before she

2     started taking Seroquel, right?

3           A     Two pounds.

4           Q     And her highest weight -- is that correct, is

5     it correct, though?  Let me back up and get a clean

6     answer.

7                 Is it true that Mrs. Guinn's highest weight on

8     Seroquel was less than her highest weight before she

9     ever started taking Seroquel?

10          A     I am just a little confused here.  You are

11    asking me if her highest weight on Seroquel was less

12    than her highest weight before she ever started taking

13    Seroquel?

14          Q     Yes.

15          A     That would be yes.

16          Q     And we also see that her highest weight on

17    Seroquel is also less than her highest weight since

18    stopping Seroquel?

19          A     Yes.
                        Page 121

jm100708.txt

20      Q      How do those facts impact your opinions as to

21   Seroquel causing weight gain in Ms. Guinn?

22      A      They don't.

23      Q      Why not?

24      A      Because she gained weight while she was on the

25   Seroquel, which is a possible cause of weight gain.

♀

316

1      Q      She gained weight before she started Seroquel,

2   right?

3      A      Yes, she did.

4      Q      She didn't need Seroquel to gain that weight

5   before then, did she?

6      A      No.

7      Q      And she gained weight after she stopped taking

8   Seroquel, right?

9      A      A couple of pounds, yes.

10      Q      Well, a couple.  I think we saw that she has

11   gone from -- what did she weigh when she stopped taking

12   Seroquel?

13      A      I don't know anymore.

14      Q      Well, according to your report anyway, in

15   April of 2007 she weighed 194 pounds, right?

16      A      Right.

17      Q      And so that's she gained at least 12 pounds,

18   right?

19      A      She was off of the -- I don't know when

20   exactly she went off the Seroquel because it was

21   tapered.  I think she was only on Abilify in April.

22      Q      So we know - if we assume that she was only on

Page 122

jm100708.txt

```
23      Abilify starting in April 2007 - we know that she gained
24      12 pounds after she stopped taking Seroquel, right?
25              A    Correct.
```

♀

317

```
 1              Q    So she was able to gain weight before she
 2      started Seroquel, correct?
 3              A    Yes.
 4              Q    And able to lose weight before she started
 5      Seroquel?
 6              A    Correct.
 7              Q    She was able to gain weight while she was on
 8      Seroquel?
 9              A    Correct.
10              Q    And she was able to lose weight while she was
11      on Seroquel?
12              A    Correct.
13              Q    She was able to gain weight after she stopped
14      taking Seroquel?
15              A    Correct.
16              Q    And she was able to lose weight after she
17      stopped taking Seroquel?
18              A    Correct.
19              Q    What method have you used to determine whether
20      or not the weight gain you talk about while she was on
21      Seroquel was caused by Seroquel as opposed to just a
22      normal weight gain and loss cycle that she has
23      experienced over a long period of her life?
24              A    There is no method that I know of.
25              (BY Mr. Raber)
```
                         Page 123

jm100708.txt

♀

318

```
1              MR. RABER:  Do you wanted to try and order
2         lunch?  Let's go off the record for just a second.
3              (Whereupon, a short luncheon was taken at
4         11:47 a.m.)
5         (BY Mr. Raber)
6    BY MR. RABER:
7         Q    I would like you to look at your – continue
8    with your report, which is Exhibit 27, you say at one
9    point sometime in 2007 a urine specimen was noted to
10   have microalbumenuria; do you see that?
11        A    Yes.
12        Q    What if anything is significance about that
13   observation?
14        A    The microalbumenuria could be an early marker
15   of the development of kidney disease.
16        Q    Now, you said could be, is it your opinion to
17   a reasonable degree of medical probability that this
18   reference here to microalbumenuria demonstrates kidney
19   problems for Ms. Guinn?
20        A    It's very possible that it does.
21        Q    Very possible?
22        A    Yes.
23        Q    Do you believe its more likely than not to a
24   reasonable degree of medical probability?
25        A    Other things can cause albumen leakage into
```

♀

319

jm100708.txt

1   the urine as well.

2          Q    So it's fair to say that you are not saying

3   that it's more likely than not to a reasonable degree of

4   medical certainty that she has kidney problems as

5   evidenced by that reference?

6          A    The language gets me, but it's possible that

7   she has some kidney involvement from her diabetes.

8          Q    It's a possibility, but not more than that; is

9   that a fair way to put it?

10         A    It's somewhere between a possibility and a

11  probability.

12         Q    Do you know where, and what the circumstances

13  were for that elevated microalbumen level?

14         A    No, I don't.

15         Q    Was she in the hospital?

16         A    I don't remember, can I check?

17         Q    Uhm-hum.

18         A    I don't see it right now.

19         Q    Can having a fever raise the level of the

20  microalbumen?

21         A    I don't think so.

22         Q    Do you know whether or not Mrs. Guinn had a

23  knee replacement?

24         A    Whether or not she had a knee replacement?

25         Q    Yes.

⚥

320

1          A    I think she did.

2          Q    Do you know when that happened?

Page 125

jm100708.txt

3        A    No, I don't.

4             (Whereupon, the below referred to document

5             was marked as Defendant's Exhibit No. 41.)

6        (BY Mr. Raber)

7    BY MR. RABER:

8        Q    Showing you a document that has been marked as

9    Exhibit 41, and it is a dated April 28th, 2007 called a

10   Discharge Cumulative Trend Report for Linda Guinn, and

11   it appears to have some blood chemistry, blood count

12   type information there; do you see that?

13       A    Yes.

14       Q    Is this the report that you relied on for the

15   statement in your report about the urine specimen having

16   microalbumenuria?

17       A    Yes, I think so.

18       Q    And you are looking at the last page of this

19   Exhibit?

20       A    Correct.

21       Q    What Exhibit Number is that again?

22       A    41.

23       Q    Let's look at the last page of Exhibit 41

24   then, and the basis for your statement in your expert

25   report is this finding of a 107.1 level of microalbumen?

♀

                                                            321

1        A    Yes.

2        Q    Do you see where it says below that the ADA

3    recommends that at least two of three specimens

4    collected within a three to six month period be abnormal

5    before considering a patient to be within a diagnostic

Page 126

jm100708.txt

6      category?

7            A      Yes.

8            Q      Do you have at least two or three specimens?

9            A      I don't think we do.

10           Q      Do you disagree with the recommendations of

11     the ADA on this point?

12           A      No.

13           Q      So you would agree that this reading here is

14     not sufficient to say within a reasonable degree of

15     medical probability that Mrs. Guinn in fact has kidney

16     damage?

17           A      This means that she could potentially have

18     kidney damage.

19           Q      But you can't say anything more than that to a

20     reasonable degree of medical probability, right?

21           A      I can't diagnose it, no.

22           Q      Are you familiar with an organization called

23     Prime, P-R-I-M-E?

24           A      Yes.

25           Q      What is it?

♀

322

1            A      It's a company - referring to the same

2      organization which I assume we are - a company that I

3      did some talks for a couple of years ago on medical

4      education talks.

5            Q      What kind of affiliation do you have with

6      Prime?

7            A      I have no affiliation with Prime.

8            Q      Tell us how that works with doing some

jm100708.txt

```
 9    speaking engagements through Prime.

10        A    I met the woman that is one of the heads of

11    the company through her husband, who is a patient of

12    mine, and she had this company which was involved in

13    doing medical education presentations on a wide variety

14    of topics, including diabetes, and related topics

15    related to diabetes, and she asked me if I would talk.

16        Q    And did you give any talks that were arranged

17    through Prime?

18        A    Yes.

19        Q    And on whose behalf were you speaking on those

20    talks?

21        A    I think it was worded on behalf of Prime

22    Incorporated, there were medical sponsors, but I don't

23    recall.

24        Q    Did you get paid for that work as a speaker?

25        A    Yes.
```

♀

323

```
 1        Q    And who paid you for that?

 2        A    Prime.

 3        Q    What was that funded in any way by the

 4    pharmaceutical industry?

 5        A    Yes, supported by the pharmaceutical company.

 6        Q    Have you ever been a speaker for AstraZeneca?

 7        A    I don't recall that I have.

 8        Q    Have you been a speaker for some other

 9    pharmaceutical companies?

10        A    Yes.

11        Q    And you have been paid to do that?
```

Page 128

jm100708.txt

| | | |
|---|---|---|
| 12 | A | Yes. |
| 13 | Q | Do you see anything wrong with doing that? |
| 14 | A | No. |
| 15 | Q | And do you feel that in being speaker for a |

16  pharmaceutical companies you are providing education to
17  fellow doctors in the community?

| | | |
|---|---|---|
| 18 | A | Yes. |
| 19 | Q | Do you believe that is a legitimate avenue for |

20  providing information to doctors?

| | | |
|---|---|---|
| 21 | A | Yes. |
| 22 | Q | Do you ever have anybody help you write |

23  articles that you publish?

| | | |
|---|---|---|
| 24 | A | Help me write them? |
| 25 | Q | Yes, in other words they might help with the |

♀

324

1  draft and review content and suggest changes?

| | | |
|---|---|---|
| 2 | A | Yes. |
| 3 | Q | Do you see any problem with doing that? |
| 4 | A | As long as all authors are identified. |
| 5 | Q | Have you heard of something called ghost |

6  writing?

| | | |
|---|---|---|
| 7 | A | I could guess what it means. |
| 8 | Q | You have at least heard the term? |
| 9 | A | I think so. |
| 10 | Q | Do you think it's appropriate -- would you |

11  agree that it's appropriate for doctors to have someone
12  prepare a draft as long as the author approves the
13  content of what ultimately is published?

| | | |
|---|---|---|
| 14 | A | Yes. |

jm100708.txt

15          Q     And puts his or her name on it?

16          A     Yes.

17          Q     Doctor, for people who have risk factors for

18     developing diabetes, do you recommend that those

19     patients be monitored or have their blood glucose

20     monitored?

21          A     For patients who are at risk for diabetes?

22          Q     Yes.

23          A     Yes.

24          Q     And is it your opinion that people who are

25     taking atypical antipsychotic medications should have

⚥

                                                           325

1      their blood glucose monitored?

2           A     Yes.

3           Q     In those circumstances how often should

4      somebody's blood glucose be monitored?

5           A     I don't think there are any official

6      recommendations, but it's probably safe to do it every

7      three to six months, something like that.

8           Q     Would twice a year be sufficient in your mind?

9           A     In many cases, sure.

10          Q     So in other words if somebody monitored it for

11     twice a year, you wouldn't say that that was

12     unreasonable, would you?

13          A     No.

14          Q     Can you state with any reasonable degree of

15     medical probability when Mrs. Guinn would have developed

16     diabetes in the absence of using Seroquel?

17          A     No.

                              Page 130

jm100708.txt

18          Q      Are you willing to testify to a reasonable

19   degree of medical probability that Mrs. Guinn did not

20   have diabetes before she took Seroquel?

21          A      I don't think you could say that with a total

22   certainty.

23          Q      She might have, she might not have, does that

24   sum it up?

25          A      Yes.

326

1           Q      And you are not able to exclude the

2    possibility that she already had it before she took

3    Seroquel, correct?

4           A      Based on the data that we have there is no

5    evidence that she had it, but we can't totally rule it

6    out.

7           Q      But I think you agreed that she did have

8    prediabetes; would you agree on that?

9           A      Yes.

10          Q      What is the likelihood of someone who has

11   prediabetes converting to diabetes if that patient

12   doesn't modify their risk factors?

13          A      It's significantly high, I don't think I can

14   give you a number.

15          Q      Is it more likely than not that the person

16   will develop diabetes under those circumstances?

17          A      Probably if they don't modify their lifestyle

18   issues, yes.

19          Q      Doctor, you mentioned earlier that the stress

20   from a hospitalization can raise someone's glucose; do

jm100708.txt

21    you remember that?

22        A    I mentioned that the stress from certain

23    diagnoses that people are admitted to the hospital with

24    can be associated with transient hyperglycemia.

25        Q    Can you give us any idea of the range of that

♀

327

1     effect on blood glucose?

2         A    What do you mean by range?

3         Q    Is it raising it five points, three points, 20

4     points?

5         A    To a hyperglycemic level.

6         Q    From non-hyperglycemic?

7         A    Yes.

8         Q    But that could be going from 99 to 101 for

9     example, or 124 to 126 which will only be a 2 point?

10        A    Talking about into the diabetic types of

11    ranges.

12        Q    But I am talking about how big is the absolute

13    change in the blood glucose levels that it can be

14    associated with the stress from hospitalizations you put

15    in?

16        A    I can't give you a number.

17        Q    In your experience is a change in blood

18    glucose of less than 10 a clinically significant amount?

19        A    You mean a change less than 10?

20        Q    Yes.

21        A    Probably no.

22        Q    Is there anything about Mrs. Guinn that would

23    make you - that makes you believe that she is an

Page 132

jm100708.txt
24      exception to the general rule you told us about where

25      patients actually have diabetes for about five years

♀

328

1      before they learn their diagnosis?

2          A      If she was being monitored quite closely by

3      the health system, that might make it more likely that

4      her diabetes would be identified in less than that

5      period of time.

6          Q      Anything else?

7          A      I don't think so.

8          Q      Could that also mean that she had - actually

9      had diabetes even earlier if there were manifestations

10     that doctors were looking at?

11         A      I don't understand the question.

12         Q      Well, let me ask you this, can you say with

13     any reasonable medical probability when Mrs. Guinn

14     actually developed diabetes?

15         A      Probably - she probably developed diabetes

16     around 2004.

17         Q      You say probably, can you say that to a

18     reasonable degree of medical probability more likely

19     than not that that is the case?

20         A      Yes.

21         Q      What is the methodology that you used?

22         A      Looking at the blood glucoses that we have,

23     and just making an estimate.

24         Q      That is an estimate you said?

25         A      Yes, it is.

Page 133

jm100708.txt

♀

```
 1          Q    Has that method you have just described for us
 2  been peer reviewed anywhere?
 3          A    No.
 4          Q    Has the method you just described been tested
 5  anywhere?
 6          A    No.
 7          Q    Do you believe that that method is a reliable
 8  method for determining when somebody actually developed
 9  diabetes as opposed to being formally diagnosed with it?
10          A    Sorry, ask me again.
11              (Whereupon, the above referred to question
12          was read back.)
13              THE WITNESS:  No, but I think it's fairly
14          reliable when you have significant elevation to
15          assume that that is around the time of onset of
16          diabetes.
17          (BY Mr. Raber)
18  BY MR. RABER:
19          Q    Are you aware of any scientific methodology
20  that allows you to form the opinion that Mrs. Guinn
21  developed diabetes while she was using Seroquel as
22  opposed to before she started Seroquel?
23          A    I don't believe that there is evidence that
24  she had diabetes before she started Seroquel.
25          Q    Ma'am, my question can you tell us any
```

♀

```
 1  methodology you used that allows you to form the opinion
```
                          Page 134

jm100708.txt

2    that she developed diabetes while she was using Seroquel

3    as opposed to before she started?

4              MR. PIRTLE:   Objection, form.   Go ahead and

5         answer.

6              THE WITNESS:   Just examination of the data.

7    BY MR. RABER:

8         Q    What data?

9         A    The facts.

10        Q    What facts?

11        A    The facts in her case.

12        Q    The fact that she was female?

13        A    The fact that I don't have clear elevations of

14   blood glucoses into the diabetic range prior to her

15   going on Seroquel.

16        Q    Can you be more precise in describing the

17   methodology that you used to make that determination

18   that she developed diabetes while she was using Seroquel

19   as opposed to before she started?

20        A    Just examination of the data that we have in

21   front of us.

22        Q    When you say the data that you have in front

23   of you, are you talking about your report?

24        A    That which came from review of the medical

25   records.

♀

                                                        331

1         Q    Anything else specific?

2         A    No.

3         Q    And when you say data, are you talking about

4    her blood glucose readings?

                         Page 135

jm100708.txt

```
 5        A     Yes.

 6        Q     Are you talking about anything else?

 7        A     Hemoglobin A1c.

 8        Q     Anything else?

 9        A     No.

10        Q     And your method consists of looking at her

11   glucose readings, her hemoglobin A1c and then making

12   estimates based on your professional experience, is that

13   a fair way to describe it?

14        A     That is a fair way to describe it.

15        Q     Have you ever seen that methodology written

16   about in the scientific literature anywhere?

17        A     No.

18        Q     Doctor, would you agree that microvascular

19   complications can be delayed or prevented by maintaining

20   excellent chronic glycemic control?

21        A     Yes.

22        Q     And do you see any reason why that proposition

23   does not apply to Mrs. Guinn's case?

24        A     No.

25        Q     Can you identify any particular complications
```

♀

332

```
 1   of diabetes that you believe are reasonably certain to

 2   occur in Mrs. Guinn's case?

 3        A     No.

 4        Q     Does Mrs. Guinn still smoke?

 5        A     I don't know if she still smokes.

 6        Q     Would that be important in determining the

 7   progression of any microvascular disease?
```

Page 136

jm100708.txt

8        A    Knowing whether she smokes now?

9        Q    Yes.

10       A    Certainly it could impact the development of

11  microvascular disease.

12       Q    Is smoking a good thing for microvascular

13  disease?

14       A    Bad thing.

15       Q    Is it prior smoking or current smoking or

16  both?

17       A    It's both.

18       Q    You know that Mrs. Guinn was a long term

19  smoker, don't you?

20       A    I don't recall.

21            (Whereupon, the below referred to document

22            was marked as Defendant's Exhibit No. 42.)

23       (BY Mr. Raber)

24  BY MR. RABER:

25       Q    Showing you a document that has been marked as

°

                                                   333

1   Exhibit 42, Exhibit 42 is an initial office visit for a

2   patient named Linda Guinn on November 20th, 2006; is

3   that correct?

4        A    Yes.

5        Q    And if you look at the second page of

6   Exhibit 42 you see that it's signed by a

7   Dr. Choi Velasco, correct?

8        A    Yes.

9        Q    Who is Dr. Choi Velasco?

10       A    I don't know.
          Page 137

jm100708.txt

11       Q     Is he one of Mrs. Guinn's treating physicians?

12       A     Apparently so.

13       Q     Do you see in this report of the visit under

14   social history Dr. Choi Velasco notes she is still

15   actively smokes 45 pack year smoking history?

16       A     Yes.

17       Q     What does a 45 pack year smoking history mean?

18       A     It means she smoked a heck of a lot.

19       Q     For a long time?

20       A     Yes.

21       Q     And do you see where it says she is still

22   actively smokes?

23       A     Yes.

24       Q     And November 20th, 2006 that is after she was

25   diagnosed with diabetes, correct?

♀

                                                            334

1       A     Yes.

2       Q     Can you tell us what impact this smoking

3   history will have on her prognosis?

4       A     It makes her more at risk for developing

5   vascular disease, particularly cardiovascular disease.

6       Q     How would you define good control of blood

7   glucose in your practice?

8       A     It depends a little bit on what patient you

9   are talking about.

10       Q     In case of Mrs. Guinn how would you define

11   good control?

12       A     How old is she now?

13       Q     Are you going to make me do the math now?
                        Page 138

jm100708.txt

14          A     60 approximately.

15          Q     Right.

16          A     I would want to get her hemoglobin A1c at

17    least to the less than 7 percent range, but possibly as

18    close to normal as possible without causing any adverse

19    events like hypoglycemia.

20          Q     And would your answer be different if she were

21    50 years old?

22          A     No.

23          Q     What was the significance then of inquiring

24    about her age, how would that effect your answer?

25          A     My answer would be different if she were 80

♀

                                                              335

1     years old.

2           Q     What would your answer be if she was 80?

3           A     That I wouldn't try to get the hemoglobin A1c

4     probably as lowered as far I would with a younger

5     person.

6           Q     So someone 60 years old like Mrs. Guinn, you

7     would want to be more aggressive in having the

8     hemoglobin level to a level of 7; is that fair to say?

9           A     Correct.

10          Q     And someone like Mrs. Guinn with a hemoglobin

11    level below 7, that you consider her to have good

12    control of her blood glucose?

13          A     It's hemoglobin A1c by the way.

14          Q     I'm sorry.

15          A     She wouldn't want to have a hemoglobin of less

16    than 7.

jm100708.txt

17      Q     Let me just back up and say do you consider --
18   Strike that.
19            Using your own standard for what constitutes
20   good glycemic control, would you agree that Mrs. Guinn
21   has good control over her blood glucose now?
22      A     Now?
23      Q     Yes.
24      A     I don't know what her control is now.
25      Q     Well, based on the most recent records you saw

⚲

                                                                    336

1    is it your opinion that her blood glucose is in good
2    control?
3       A     In 2007 in September it was in good control.
4       Q     And what was the A1c number then?
5       A     6.6.
6       Q     And with that kind of good glycemic control,
7    is that putting her in the category of patients for whom
8    more serious complications of diabetes can be minimized
9    or prevented?
10      A     Yes.
11      Q     Is it your opinion that weight gain over a
12   period of say three to four years is a risk factor for
13   developing diabetes as opposed to chronic obesity?
14      A     I think they are both risk factors for
15   developing diabetes.
16      Q     Can you identify any literature for the
17   proposition that incremental weight gain or over a
18   period of two to four years is a risk factor for
19   diabetes?
                          Page 140

jm100708.txt

```
20      A     No, probably not.

21      Q     So what is the basis of that opinion?

22      A     Experience.

23      Q     Your own personal experience?

24      A     Yes.

25      Q     Anything other than that?
```

♀

337

```
 1      A     Not that I could think of right now.

 2      Q     Did Mrs. Guinn try any other antipsychotic

 3   drugs before other than Geodon and Seroquel before

 4   those?

 5      A     Not that I am aware of.

 6      Q     Have you ever heard of Zyprexa?

 7      A     Yes.

 8      Q     Did she take it?

 9      A     I don't remember.  I think she may have.

10      Q     Do you consider what effect if any Zyprexa had

11   on her weight pattern?

12      A     If I don't remember when she took it, I

13   probably didn't consider whether it has effected her

14   weight.

15      Q     Are you familiar with an antipsychotic drug

16   called trilithon?

17      A     Trilithon, I know the name but I am not

18   terribly familiar with it.

19      Q     Do you know whether Ms. Guinn took that?

20      A     I don't remember that.

21      Q     Did you look at any medication logs to try and

22   determine which drugs Mrs. Guinn had taken?
```

Page 141

jm100708.txt

```
23        A    I looked through her medical records.
24        Q    Did you look through any medication logs?
25        A    I don't remember if there was a medication log
```

⚲

338

```
 1    there.  What would a medication log be?
 2        Q    Do you keep a medication log where you write
 3    down the medications for each of your patients in a
 4    certain section of the medical records?
 5        A    No, I usually write it just in the progress
 6    note.
 7        Q    Have you ever seen doctors that keep a medical
 8    log?
 9        A    Yes.
10        Q    Have you seen one for Mrs. Guinn in this case
11    that lays out what medications she was on?
12        A    I have a recollection of seeing medication
13    logs.
14        Q    But you can't say whether or not she took
15    trilithon?
16        A    No, I can't.
17        Q    Do you remember if she took the drug called
18    Stelazine?
19        A    I have heard of it.
20        Q    Is it an antipsychotic drug?
21        A    I think so.
22        Q    Do you know whether she took that?
23        A    No.
24        Q    Do you know whether Mrs. Guinn had any side
25    effects from taking Stelazine?
```

jm100708.txt

♀

339

1          A     I remember one of the drugs that she was
2     taking caused some I think some neuroleptic symptoms.
3          Q     That wasn't Seroquel, was it?
4          A     No, I don't think so.
5          Q     And those neuroleptic symptoms caused her to
6     discontinue that drug, right?
7          A     Which?
8          Q     The one that caused it.
9          A     Which drug?  I'm sorry.
10         Q     You said that one of the drugs that caused
11    neuroleptic symptoms, and my question is when those
12    occurred she stopped taking it; is that your
13    recollection?
14         A     I think so.
15         Q     Have you read the expert reports of any of the
16    other Plaintiffs' expert witnesses in these cases?
17         A     Plaintiffs' reports, no.
18         Q     Have you read any of the reports of any of the
19    defense expert witnesses in this case?
20         A     No.
21         Q     Would you be curious to know what Dr. Barrett
22    has said about this case?
23         A     Sure.
24         Q     Do you think you might agree with him or
25    disagree with him?

♀

jm100708.txt

1            MR. PIRTLE:  Objection, form.
2            THE WITNESS:  I don't know.  Either could
3       happen.
4   BY MR. RABER:
5       Q    Have you ever seen any lists of medication
6   that are known to cause diabetes that are put out by the
7   ADA?
8       A    I don't think so.
9       Q    Did you examine Mrs. Guinn?
10      A    No.
11      Q    Have you ever spoken with her?
12      A    No.
13      Q    Do you agree that the term association is
14  something different from causation?
15      A    I do.
16      Q    What is the difference between the two?
17      A    Association does not necessarily mean that
18  there is a causal relationship.
19      Q    Bear with me, it may seem like we are wasting
20  time, but I can assure you we're not, okay?
21           MR. PIRTLE:  He is cutting his material.
22      (BY Mr. Raber)
23           MR. RABER:  Let's take a five minute break,
24       let me just consult with these guys here and see
25       where we are, okay?

♀

341

1            (Whereupon, a short recess was taken
2        at 1:17 p.m.)
                    Page 144

jm100708.txt
```
 3              (Whereupon, the below referred to document

 4          was marked as Defendant's Exhibit No. 43.)

 5          (BY Mr. Raber)

 6    BY MR. RABER:

 7          Q    Doctor, I want to show you a document that we

 8    will mark as Exhibit 43, and Exhibit 43 is records from

 9    Palmetto General Hospital in April and May of 2002 and

10    appears to set forth the results of some lab tests; does

11    that look like that to you?

12          A    Yes.

13          Q    And on first page for April 28th of 2002 you

14    have a sample collected at it looks like 8:00 p.m. of a

15    glucose level of 130; do you see that?

16          A    I'm sorry, I drifted for a minute there.

17          Q    The first glucose reading on April 20th, 2002

18    looks like it was collected at 8:00 p.m., correct?

19          A    Yes.

20          Q    And the listing there is 130 H, correct?

21          A    I think it's 130, yes.

22          Q    And what is the significance of the H number

23    next to it?

24          A    It means it's outside of the reference range

25    for that laboratory.
```

♀

```
 1          Q    Is that evidence of Mrs. Guinn having diabetes

 2    in April of 2002?

 3          A    It could be.

 4          Q    Could be?

 5          A    Yes.
```

jm100708.txt

6      Q    You would want to see more readings?

7      A    Yes.

8      Q    Then you see on April 29th, 2002 a sample

9   taken at 5:09 a.m., do you see that on the first page

10   far right side sample on 4/29/02, 5:09 a.m. the glucose

11   there is 107, correct?

12      A    Correct.

13      Q    And if you turn the page and you see there is

14   another sample collected on April 30th, 2002 at

15   5:55 p.m. in the hospital, correct?

16      A    Yes.

17      Q    And that reading is 119 H?

18      A    Right.

19      Q    And then the last one if you turn the page it

20   looks like we see the same April 30th reading repeated

21   there at 17:55?

22      A    Yes.

23      Q    Okay.  And then the last reading is on May the

24   1st 2002 at 7:40 a.m. listing there is glucose 126 H,

25   correct?

♀

343

1      A    Correct.

2      Q    Now, if you look at these readings taken over

3   a series of three days, does that provide evidence that

4   as of May the 1st of 2002 Mrs. Guinn already had

5   diabetes?

6      A    No, because I would need to know the

7   circumstances under which they were drawn, did she have

8   dextrose in an IV running.

Page 146

jm100708.txt
```
 9              Also she was rather severely at some point
10    hypokalemic and hypokalemia worsens insulin resistence.
11         Q    What is hypokalemic?
12         A    Low potassium.
13         Q    Would the records indicate whether or not
14    Mrs. Guinn was receiving dextrose or anything like that
15    in her IVs at that time?
16         A    It should.
17         Q    Have you looked at the records to see whether
18    or not that was provided to her?
19         A    Probably.
20         Q    Can you give us an opinion one way or the
21    other whether she was receiving it?
22         A    I don't recall.
23         Q    Would you agree with me that you cannot rule
24    out the possibility that Mrs. Guinn had diabetes as of
25    May the 1st, 2002?
```

                                                              344

```
 1         A    That is correct.
 2         Q    Doctor, what happened to -- Strike that.
 3              We saw that while she was taking Seroquel
 4    Mrs. Guinn had blood sugar levels that got up above the
 5    diabetic levels of 126, correct?
 6         A    Correct.
 7         Q    And I think that you in your report referred
 8    to a fasting glucoses in the range of 131 to 166?
 9         A    Yes.
10         Q    All right.  Once Seroquel was discontinued and
11    everything else being equal, would you expect those
```
                         Page 147

jm100708.txt

12    numbers to come up or come down?

13        A    It could do either one.

14        Q    Well, if your opinion is that it's the

15    Seroquel that is causing the increase in the blood

16    glucose, wouldn't it stand to reason that if you take

17    the Seroquel away the blood glucose levels will go down?

18        A    It's too simplistic.  I think it's it depends

19    on the mechanism.

20        Q    Is that called the dechallenge that I have

21    just described?

22        A    I don't know, I have never heard that term.

23        Q    It's too simplest to say that taking away the

24    Seroquel would result in the blood glucose going down?

25        A    Yes.

♀

                                                      345

1         Q    Why is that too simplistic?

2         A    Well, there are other examples, steroids for

3     instance that we have talked about before.  If people

4     are on chronic steroid treatment when - if you can stop

5     that treatment sometimes the blood glucoses normalize,

6     and sometimes they don't.

7         Q    Well, my question was everything else being

8     equal if you take away the Seroquel and replace it with

9     something else, would you expect the blood glucose to go

10    down?

11             MR. PIRTLE:  Asked and answered.  I have

12        objected, asked and answered.  You can answer it

13        again.

14             THE WITNESS:  Not necessarily.  If the weight

                        Page 148

jm100708.txt

15          were contributing, I mean if the same weight is
16          there and that is contributing to the hyperglycemia
17          then if the weight doesn't go away, as it doesn't
18          in this particular case, then you might expect no
19          change in the blood glucoses at all.
20          (BY Mr. Raber)
21    BY MR. RABER:
22          Q     Do you know whether or not Mrs. Guinn has had
23    higher blood glucose levels on Abilify since she stopped
24    taking Seroquel?
25          A     I think she has had similar blood glucose

♀

                                                                346

1     levels on some occasions.  I have got here 78 to 158,
2     it's kind of in the same ballpark.
3          Q     Would something above 200 be in the same
4     ballpark as 131 to -- Strike that.
5                Would glucose levels above 200 be in the same
6     ballpark as levels from 131 to 166?
7          A     It's a little bit different ballpark.
8          Q     And do you know whether or not Mrs. Guinn's
9     blood glucose levels have been above 200 while she has
10    been taking Abilify and not taking Seroquel?
11         A     I don't believe I know the answer to that.
12         Q     What impact would that have on your opinions
13    about Seroquel's effect on blood glucose?
14         A     Once the diabetes is established, even if you
15    remove the cause of it the diabetes might not go away,
16    and in fact diabetes is a progressive disease that
17    continues to generally worsen over time.
                         Page 149

jm100708.txt

18          Q    Progressive disease that happens no matter

19    what?

20              MR. PIRTLE:  Objection, form.

21              THE WITNESS:   No matter what --

22    BY MR. RABER:

23          Q    I thought you just said that you can control

24    it?  I thought you agreed with me that you can control

25    it with exercise and drugs and things like that?

♀

347

1          A    I do, but that is not the same thing as the

2    disease progressing.  I mean I should say the beta cell

3    function continues to decline.

4          Q    And the declining beta cell function, is that

5    a process that occurs over several years?

6          A    In many cases it's several years, sometimes

7    it's more rapid than that.

8          Q    Do you believe that in Mrs. Guinn's case that

9    the beta cell function in her pancreas declined over a

10    period of several years?

11          A    Yes, I do.

12          Q    Can you quantify how many years?

13          A    No.

14          Q    She certainly had diminished beta cell

15    function when she was in her pre-diabetic stage, didn't

16    she?

17          A    Yes.

18          Q    And can you say with any reasonable degree of

19    medical probability when that decline in her beta cell

20    function went from the pre-diabetic phase to actual

Page 150

jm100708.txt

21    diabetes?

22            MR. PIRTLE:  Objection, asked and answered, I

23        think.

24            THE WITNESS:  I think I have answered that,

25        too.  When the blood glucoses started to be noted

♀

348

1        to be more elevated -- I can't find it now.

2            I answered it before in the reference to when

3        you asked me about when diabetes started.

4    BY MR. RABER:

5        Q    My question had to do with beta cell function,

6    which is what you have been talking about, and that is a

7    little different I think.

8            You would agree that she had some diminished

9    beta cell function when she was a pre-diabetic?

10       A    Yes.

11       Q    And at what point -- can you say at what point

12   in time within a reasonable degree of medical

13   probability that beta cell function reached the point of

14   diabetes?

15           MR. PIRTLE:  Asked and answered.

16           THE WITNESS:  No.

17           (Whereupon, the below referred to document

18        was marked as Defendant's Exhibit No. 44.)

19       (BY Mr. Raber)

20   BY MR. RABER:

21       Q    I would like to show you a document that we

22   have marked as Exhibit 44.  Dr. Marks, is Exhibit 44 a

23   printout from Quest Diagnostics dated March 11, 2008?

jm100708.txt

24      A    Uhm-hum.

25      Q    I'm sorry, you need to say yes or no.

⚥

349

1       A    Yes.   Sorry.

2       Q    And it's for Linda Guinn?

3       A    Yes, it is.

4       Q    And you see that under comment it says

5    fasting?

6       A    Yes.

7       Q    Would you assume that this is indeed a fasting

8    sample?

9       A    It's a reasonable assumption, but the time is

10    a little off.

11      Q    Is there a certain time after which you start

12    to raise questions about whether a sample is truly

13    fasting?

14      A    Yes.

15      Q    What time would that be?

16      A    I can't tell you.   Anything that is not real

17    early in the morning.

18      Q    So something if you saw a study for example

19    where samples were taken 11:00 o'clock in the morning,

20    noon, 1:00 p.m., would you conclude that they were not

21    fasting samples?

22      A    I would want to get evidence as to whether

23    they were fasting or not.

24      Q    Absence evidence, your assumption would be

25    that they were not fasting?

Page 152

jm100708.txt

⚥

350

1          A     I would think I would have to assume that,
2     that would be the safer assumption to make.
3          Q     And if you were dealing with a schizophrenic
4     or bipolar patient population, would you expect that it
5     would be more difficult or easier to get confirmation
6     about whether something was fasting?
7          A     I guess directly from the patient it might be
8     more difficult, if that is what you are asking.
9          Q     All right.  Do you see here that on
10    March 11th of 2008 --
11             MR. PIRTLE:  What if they were in the
12             hospital?  I'm sorry, something just popped in my
13             mind.
14         (BY Mr. Raber)
15    BY MR. RABER:
16         Q     You see here on March 11th, 2008 that
17    Mrs. Guinn's fasting blood glucose reached a level of
18    205?
19         A     Yes.
20         Q     Isn't that inconsistent with your opinions
21    about Seroquel's impact on blood glucose?
22         A     No.
23         Q     Why not?
24             MR. PIRTLE:  Asked and answered.
25             THE WITNESS:  She is still in carrying the

⚥

351

1          same amount of weight that she gained while she was
Page 153

jm100708.txt

2          on the Seroquel.

3   BY MR. RABER:

4          Q    Well, in fact didn't we see that she weighs

5   more, that her all time high weight after the Seroquel

6   was actually higher than her all time high on Seroquel?

7          A    By a couple of pounds, yes.

8          Q    Well, we know that she was over 200 when she

9   stopped Seroquel and she was in the 190's before, right?

10          MR. PIRTLE:  Asked and answered.

11          THE WITNESS:  I don't remember.  I think you

12          had a different number than I had.

13          (BY Mr. Raber)

14   BY MR. RABER:

15          Q    194 in April 2007, correct?

16          A    Yes.

17          Q    All right.  And I showed you a document that

18   showed that she got up to as high as 206?

19          A    That is correct.

20          Q    So that's 12 pounds?

21          A    Correct.

22          Q    All right.  So given those facts how is this

23   glucose reading of 205 on March 11, 2008 consistent with

24   your opinions about Seroquel?

25          MR. PIRTLE:  Asked and answered.

♀

                                                      352

1          THE WITNESS:  When she was on the Seroquel it

2          could be very possible that the Seroquel was not

3          only contributing to her increased weight, but was

4          also contributing to her glucose abnormalities.

                    Page 154

jm100708.txt

```
 5          Now she is off the Seroquel and so it is not going
 6          to be any direct effect from the Seroquel.
 7    BY MR. RABER:
 8          Q     But she is off the Seroquel and her weight is
 9    higher, and her glucose is higher --
10          A     That is correct.
11          Q     -- How is that consistent with your theory of
12    blaming everything on Seroquel?
13                MR. PIRTLE:  Objection, argumentive.
14    BY MR. RABER:
15          Q     Strike that.  How is that consistent with your
16    theory that it's the Seroquel that is responsible for
17    the increased glucose?
18                MR. PIRTLE:  Objection, form.
19                THE WITNESS:  I didn't blame it all on
20          Seroquel, I think the Seroquel could have been a
21          cause.
22          (BY Mr. Raber)
23    BY MR. RABER:
24          Q     Well, how is it consistent even with that?
25          A     Well, the Seroquel is not a cause anymore,
```

♀

                                                                    353

```
 1    except that she gained weight while she was on it.
 2          Q     Well, we can conclude, can't we, that
 3    Mrs. Guinn's body is capable of producing glucose levels
 4    above 200 without Seroquel?
 5          A     Yes.
 6          Q     And that is because of her underlying medical
 7    profile, correct?
```
                           Page 155

jm100708.txt

```
 8         A     Correct.
 9         Q     I want to kind of circle back to where we
10    started this morning when I started asking you
11    questions, I think we agreed that for the answers you
12    gave to Mrs. Freiwald about the general topics that
13    didn't relate specifically to Mrs. Burns that we could
14    assume that the same testimony holds true for
15    Mrs. Guinn; do you remember that?
16         A     Correct, yes.
17         Q     Now I am going to ask you kind of the flip
18    side of that, can we safely assume that the testimony
19    that you have given under my questioning on topics that
20    don't relate specifically to Mrs. Guinn, also applies to
21    Mrs. Burns and Mrs. Curley, who is going to be the
22    subject of the next round?
23         A     Yes.
24         Q     Let me show you, if you would look at
25    Exhibit 44, what we were just looking at, that is the
```

♀

                                                                    354

```
 1    March 11th, 2008 data about glucose, correct?
 2         A     Yes.
 3         Q     And if you turn to the second page there is a
 4    reading there for hemoglobin A1c?
 5         A     Yes.
 6         Q     And what does that listing say there?
 7         A     6 and a half percent.
 8         Q     And under your standard you apply in your
 9    practice you would agree that at least as of March of
10    2008 Mrs. Guinn's blood glucose appeared to be under
```

jm100708.txt

11   excellent control?

12        A    Not as of that day she had a blood glucose of

13   205.

14        Q    But as of the three months leading up to

15   March 11, 2008?

16        A    Correct.

17        Q    Have you seen any documents after March of

18   2008 that show how well controlled her blood glucose is?

19        A    No, I don't believe I have.

20        Q    Do you expect to look into that before this

21   trial?

22        A    No, I didn't think about it.

23        Q    Do you feel like you need to do that in order

24   to testify at the trial?

25        A    No.

♀

355

1        Q    Looking through the medical records did you

2    see any evidence that Mrs. Guinn has experienced various

3    pains in her lifetime?

4        A    I do recall that.

5        Q    Can you describe for us the types of pains

6    that she has experienced over the years?

7        A    I think she had some pain in some of her

8    joints.  Can I look?

9        Q    Sure.  It's an open book test.

10        A    I think she had joint pain, specifically knees

11   and hips.  She had pain in her feet, and I think I want

12   to say she had pain in her back too, but these cases all

13   become sort of a blur.

jm100708.txt

14      Q    But in any event would you agree that the

15   pains to her hips, back, knees, is not attributed to

16   diabetes?

17      A    Probably not.

18      Q    And would you agree that the pains in her

19   hips, her back and her knees has put limitations on her

20   ability to be active?

21      A    Probably.

22      Q    Do you feel like as an endocrinologist that

23   you are in a better position to determine the cause of

24   diabetes than a psychiatrist?

25      A    Probably.

♀

356

1      Q    Why is that?

2      A    I probably understand more about the

3   pathogenesis of the disease.

4      Q    Would you look with suspicion on any diagnosis

5   by a psychiatrist of diabetes or an explanation as to

6   the cause of it?

7      A    Not if the data was unequivocal.

8      Q    Would you in your own practice rely on a

9   determination by a psychiatrist as to the cause of a

10   patient's diabetes?

11      A    I think it would depend on the psychiatrist.

12      Q    All right.  And what would you need to know in

13   order to rely on that opinion?

14      A    I would probably need to know the

15   psychiatrist, know their reputation.

16      Q    Even if you knew the psychiatrist and knew the
            Page 158

jm100708.txt

17    reputation, would you rely on that psychiatrist's

18    opinion as to the cause of a patient's diabetes or would

19    you want to do at least some checking with your

20    endocrinologist hat on?

21        A    The latter.

22        Q    You certainly would want to know what the

23    endocrinologist had to say about the matter before you

24    made up your mind; is that right?

25        A    Yes, correct.

♀

357

1            MR. RABER:   Thank you very much, I appreciate

2         your patience with us, and that's all the questions

3         I have.

4            THE WITNESS:   Okay.

5            MR. PIRTLE:   Let me see if I have any points

6         to clarify.

7                      CROSS EXAMINATION

8         (BY Mr. Pirtle)

9    BY MR. PIRTLE:

10        Q    I have just a few.   My name is Tom Pirtle, I

11    have a few questions.   I'm not going to be long, okay?

12        A    Okay.

13        Q    It fair to say that Ms. Guinn was predisposed

14    to having diabetes prior to the time she took the

15    substance Seroquel?

16        A    Yes.

17        Q    And did you say so in your report on page 6?

18            MR. RABER:   Objection, leading.

19            THE WITNESS:   Yes.
                       Page 159

jm100708.txt

```
20    BY MR. PIRTLE:
21        Q    In your report you say based on my review of
22    her medical records it is my opinion based on reasonable
23    probability was the cause of her diabetes with treatment
24    of multiple medications; is that your opinion, Doctor?
25        A    Yes.
```

♀

358

```
 1              MR. RABER:  Objection.
 2    BY MR. PIRTLE:
 3        Q    It also goes on to say the exposure to the
 4    medication which caused weight gain worsened her
 5    underlying instance of resistance and likely accelerated
 6    the onset of diabetes in such a predisposed individual;
 7    is that your opinion, Doctor?
 8        A    Yes.
 9              MR. RABER:  Objection to form.
10              THE WITNESS:  Yes.
11    BY MR. PIRTLE:
12        Q    Now, in arriving at your opinions, what did
13    you do to formulate these opinions?
14        A    I reviewed the medical records and formulated
15    the opinion.
16        Q    Did you also review a substantial amount of
17    medical literature?
18              MR. RABER:  Objection to form, leading.
19              THE WITNESS:  Yes, I did.
20        (BY Mr. Pirtle)
21    BY MR. PIRTLE:
22        Q    And is the medical literature and other
```
Page 160

jm100708.txt

23     documents that you reviewed attached as an Exhibit on

24     the back of the report that you filed?

25          A    Yes, it is.

                                                              359

1          (BY Mr. Raber)

2               MR. RABER:   Objection.  I will come back and

3          clean it up.

4     BY MR. PIRTLE:

5          Q    And have you also included your CV?

6          A    Yes.

7          Q    I want to show you a document that was

8     produced by AstraZeneca that has a statement in it, you

9     testified I believe to a reasonable degree of medical

10    probability that Mrs. Guinn's cholesterol, and I am

11    going to say triglycerides, was elevated due to Seroquel

12    ingestion as a cause, correct?

13         A    Yes.

14         Q    Let me show you page 11, this is actually a

15    draft of the Seroquel product label, I have highlighted

16    the section I want you to read.

17              MR. RABER:   It's a draft label?

18              MR. PIRTLE:  It is.

19              MR. RABER:   Do you know the date?

20              MR. PIRTLE:  It's not dated.

21              MR. RABER:   Does it have a Bates number on it?

22              MR. PIRTLE:  It does not.

23              MR. RABER:   Then we object to that.

24              MR. PIRTLE:  So noted.

25

                          Page 161

jm100708.txt

⚥

360

```
 1        (BY Mr. Pirtle)
 2   BY MR. PIRTLE:
 3        Q    Will you read for the court the section
 4   entitled:  Cholesterol and Triglyceride Elevations?
 5        A    "In schizophrenia trials, SEROQUEL-treated
 6   patients had increases from baseline in cholesterol and
 7   triglycerides of 11% and 17%, respectively, compared to
 8   slight decreases for placebo patients.  These changes
 9   were only weakly related to the increases in weight
10   observed in SEROQUEL-treated patients."
11        Q    I will tell you this is a statement by the
12   company that manufactured this drug --
13             MR. RABER:  Objection to form.
14   BY MR. PIRTLE:
15        Q    -- Is this statement consistent or
16   inconsistent with your opinions?
17        A    It's consistent with them.
18        Q    Does the statement indicate that the company
19   has signs that shows that there is 11 percent and
20   17 percent rise in triglycerides and cholesterol over
21   placebos in some of their trials?
22             MR. RABER:  Object to form.
23             THE WITNESS:  It does.
24        (BY Mr. Pirtle)
25
```

⚥

361

jm100708.txt

1    BY MR. PIRTLE:

2        Q     The last sentence says:  "These changes were

3    only weakly related to the increases in weight", does

4    that have any significance to you, Doctor?

5        A     It could.

6        Q     And how could it have significance?

7        A     Well, it suggests that there may be mechanisms

8    aside from weight gain that contribute to these

9    laboratory changes.

10       Q     Let me show you one more section.

11             You have had had some discussion with the

12   AstraZeneca lawyers as to whether or not Seroquel causes

13   weight gain; do you remember generally the discussions?

14       A     Yes.

15       Q     Let me show you this section.  Did you see the

16   section titled Weight Gain?

17       A     Yes.

18       Q     Could you read it allowed?

19             MR. RABER:  Objection, no foundation.  Go

20       ahead.

21             THE WITNESS:  In schizophrenia trials the

22       proportions of patients meeting a weight gain

23       criterion of greater than or equal to 7 percent of

24       body weight were compared in a pool of four 3- to

25       6-week-placebo-controlled clinical trials,

♀

362

1       revealing a statistically significantly greater

2       incidence of weight gain for Seroquel (23%)

Page 163

jm100708.txt

 3          compared to placebo (6%).

 4     BY MR. PIRTLE:

 5          Q    You can stop right there, let me just ask you,

 6     this is another statement by the company AstraZeneca,

 7     and am I correct in saying that in this statement the

 8     company acknowledges a statistically significant

 9     increase in their clinical trials in the people who gain

10     weight and take the medicine over the people who took

11     the placebo?

12               MR. RABER:  Object to form.

13               THE WITNESS:  Yes.

14     BY MR. PIRTLE:

15          Q    Is that consistent with your opinion in this

16     case?

17          A    Yes.

18          Q    Now, two other points and I won't belabor it.

19               Do you remember there was some talk about

20     methodology, and I believe it came up during

21     Mrs. Guinn's case when you were looking at the medical

22     records to determine when you believed within reasonable

23     medical probability she developed diabetes?

24          A    I remember that discussion.

25          Q    And I seem to pick up you had trouble with the

♀

                                                                  363

 1     word methodology; am I right?

 2               MR. RABER:  Objection to form, leading.

 3               THE WITNESS:  Yes, I believe so.

 4          (BY Mr. Pirtle)

 5     BY MR. PIRTLE:

jm100708.txt

6          Q     Will you tell the court what you did to

7     determine when you believe that Ms. Guinn got diabetes?

8          A     I reviewed the medical records that I had,

9     looked at the data that was available to me, looked at

10    the pattern of change of the blood glucoses and came up

11    with a reasonable period of time that I estimated that

12    she probably developed diabetes.

13         Q     And you looked at medical records, and inside

14    the medical records there were actually tests of what

15    her blood glucose was?

16         A     Yes.

17         Q     And you actually looked at the test results

18    that you had on Ms. Guinn?

19         A     Yes.

20         Q     And based on I guess the time between the

21    first positive and the last negative, is that when you

22    figured that they developed?

23              MR. RABER:  Object to form.

24              THE WITNESS:  More or less.

25

♀

                                                              364

1     BY MR. PIRTLE:

2          Q     Is that any different than what you would do

3     with an ordinary everyday medical practice with any one

4     of the patients that you have looking at test results?

5          A     No, not really.

6          Q     The last subject.  I want to talk about

7     Mrs. Guinn's future.  In terms of what you know as an

8     expert on diabetes, is Ms. Guinn at risk for certain

                              Page 165

jm100708.txt

9      side effects from diabetes?

10              MR. RABER:  Object to form.

11              THE WITNESS:  Serial complications, yes.

12     BY MR. PIRTLE:

13      Q    And will you tell me and the court what those

14     complications are generally that are associated with

15     someone who develops diabetes?

16      A    The complications are generally vascular,

17     including microvascular complications, retinopathy,

18     nephropathy, neuropathy and microvascular complications

19     which include cardiovascular diseases.

20      Q    All right.  In your field in endocrinology,

21     have those complications from diabetes been well both

22     defined and studied?

23      A    I am not sure what you mean by well defined

24     and studied.

25      Q    Well, have they been studied a lot in terms of

♀

365

1      complications associated with developing diabetes, Type

2      II diabetes?

3       A    Yes.

4       Q    And have they been studied in a way where some

5      of the folks that studied them have derived percentages

6      of certain people who get Type II diabetes say at 50

7      have percentage chances of developing for example

8      coronary artery disease?

9       A    Yes.

10      Q    And are all those in published medical

11     literature, or at least a large portion of them?

jm100708.txt

12        A     Yes.

13               MR. PIRTLE:   Thanks very much.   I'm going to

14        get you out of here.

15                       REDIRECT EXAMINATION

16        (BY Mr. Raber)

17   BY MR. RABER:

18        Q     A few cleanup things.

19               Doctor, are you offering the opinion that

20   Seroquel caused Mrs. Guinn's cholesterol, total

21   cholesterol to increase?

22        A     It's a possibility.

23        Q     Just a possibility?

24        A     Yes.

25        Q     You are not offering it to a reasonable degree

♀

                                                        366

1   of medical certainty, correct?

2        A     Yes, I think that is the same thing.

3        Q     You equate possibility with a reasonable

4   degree of medical certainty?

5        A     I am not sure I really understand what a

6   reasonable degree of medical certainty is.

7        Q     Let me ask you this, can you say to a

8   reasonable degree of medical certainty that it's more

9   likely than not that Seroquel caused an increase in

10   Mrs. Guinn's total cholesterol?

11               MR. PIRTLE:   Objection form.   You can answer.

12               THE WITNESS:   I think it's a possibility.

13   BY MR. RABER:

14        Q     Do you think it's more likely than not?

                        Page 167

jm100708.txt

15        A    Too many negatives.

16        Q    Do you understand, I mean it's a possibility

17   that I could win the election in a write-in campaign,

18   that is a possibility, it's not a very likely one?

19        A    No, it's not a possibility.

20        Q    It's a possibility, I mean lots of things are

21   possibilities.  And my question to you is are you saying

22   that it's just a possibility that Seroquel increased her

23   blood glucose or that you can say that it's more likely

24   than not that it increased her total cholesterol?

25             MR. PIRTLE:  Objection, form.

♀

                                                            367

1             THE WITNESS:  Haven't I answered that before?

2    BY MR. RABER:

3         Q    Well, I have asked you whether it's more

4    likely than not, and your answer is it's a possibility.

5             My question is are you saying it's a

6    possibility and nothing more than that?

7         A    I think it's a strong possibility.  I don't

8    know whether it's a probability or not.

9         Q    And in any event, it's your opinion that a

10   total cholesterol level below 300 has no impact on her

11   health, correct?

12        A    No, I said it depends on what the profile of

13   the total cholesterol is.

14        Q    Right.

15        A    The components are.

16        Q    Right, but you said that the total number by

17   itself has no clinical significance?

                            Page 168

jm100708.txt

18        A    It may not have any clinical significance.

19            (Whereupon, the below referred to document

20        was marked as Defendant's Exhibit No. 45.)

21    (BY Mr. Raber)

22  BY MR. RABER:

23        Q    All right, and you are saying that -- Let me

24  show you this document that we have marked as

25  Exhibit 45.

♀

                                                      368

1            MR. PIRTLE:  Do you have a copy?

2            MR. RABER:   Yes.

3  BY MR. RABER:

4        Q    And do you see on Exhibit 45 that that is a

5  laboratory report from SmithKline Beecham, the first

6  page dated, the collection date May the 4th, 1993?

7        A    Yes.

8        Q    Okay.  So that's nine years before she ever

9  took Seroquel?

10        A    Yes.

11        Q    She started May 3rd of 2002.

12        A    Okay.

13        Q    Almost to the day nine years.

14            And you see that her cholesterol total nine

15  years before she started Seroquel is 303?

16        A    Correct.

17        Q    Did she ever reach a cholesterol level that

18  high while she was taking Seroquel?

19        A    I don't believe so.

20        Q    Then how can you say that Seroquel caused her

Page 169

jm100708.txt

21  cholesterol to go up?

22      A    It may have caused it to go up from the point

23  that it was at before she started on the Seroquel.

24      Q    But in any event you would agree that she had

25  a total cholesterol reading that was higher before she

♀

369

1  ever took Seroquel?

2      A    Yes.

3      Q    And if you look at the third page of this

4  Exhibit, you will see that that is a collection date and

5  time of October 28th, 1992?

6      A    Right.

7      Q    And her total cholesterol there was 305,

8  correct?

9      A    Correct.

10     Q    Again a higher cholesterol level nine to ten

11 years before she ever started Seroquel, correct?

12     A    Yes.

13     Q    What is it about the term methodology that you

14 have a problem with?

15          MR. PIRTLE:  Objection, form.

16          THE WITNESS:  I think I had a problem just

17      with the way that you were using it.

18 BY MR. RABER:

19     Q    Well, when you read scientific articles is

20 there a section called methodology?

21     A    Yes.

22     Q    And that describes how people did a study?

23     A    Yes.

jm100708.txt

24        Q     And it describes how the process they went

25   through to reach certain conclusions?

♀

                                                      370

1         A     Yes.   And I thought I described it to you, but

2    you didn't like the answer that I gave you.   I thought

3    maybe I was confused.

4         Q     Well, no, I thought I heard Mr. Pirtle suggest

5    that you were somehow having trouble understanding the

6    term methodology.

7               MR. PIRTLE:   As you used it, I will clear it

8         up.

9               THE WITNESS:   In the context that you used it.

10   BY MR. RABER:

11        Q     Well, what is it about the term that you had

12   trouble with?

13        A     I have just never heard it used in the context

14   of examining a patient's medical records, I mean it's

15   not really a methodology, we just examine the medical

16   records.

17        Q     Well, I wasn't asking you a question about

18   methodology for examining records, I was asking your

19   methodology for how you reached certain conclusions.

20        A     Okay.

21        Q     And you didn't tell me when I was asking those

22   questions that you didn't understand, did you?

23              MR. PIRTLE:   Objection, form.

24              THE WITNESS:   No, you said did I use a

25        published methodology or something to that effect,

                          Page 171

jm100708.txt

♀

371

1          and I said no.
2     BY MR. RABER:
3          Q     Okay.  Do you understand that certain
4     methodologies, for example the Wilson article, do you
5     remember that?
6          A     Yes.
7          Q     That quantifies the risk of diabetes?
8          A     Uhm-hum.
9          Q     Is that a methodology for determining
10    somebody's risk?
11         A     Yes.
12         Q     And you understand that that has been
13    published in a peer review journal?
14         A     Yes.
15         Q     Scientists can look at that methodology and
16    say I think it's good or I think it's unreliable?
17         A     Yes.
18         Q     Have you used any methodologies in arriving at
19    your opinions here that have been subject to that sort
20    of peer review?
21         A     No, but the absence of such peer review
22    doesn't mean that it's not valid.
23         Q     In any event, in response to my questions you
24    told me everything you did to form the opinions you did,
25    didn't you?

♀

372

1          A     I believe so.
                    Page 172

jm100708.txt

```
 2        Q     And did Mr. Pirtle tell you he was going to
 3   ask you some questions before he asked you questions
 4   today?
 5        A     He did.
 6        Q     And did he tell you what questions he was
 7   going to ask you?
 8        A     Not specifically.
 9        Q     Did he tell you the subjects that he was going
10   to ask you about?
11        A     He told me he was going to ask me about some
12   of the things that we had discussed about this case.
13        Q     Did he review some of the answers that you
14   gave to my questions and tell you that he was going to
15   follow up on some of those?
16        A     No.
17        Q     What did he do?
18        A     He told me he was going to review some of the
19   questions that you asked me and about the case and about
20   my opinions related to the case.
21        Q     Did he identify any subject matters for those
22   questions?
23        A     He said he was going to ask about the Seroquel
24   and whether or not it could have caused diabetes and/or
25   the lipid abnormality.
```

♀

                                                              373

```
 1        Q     Now, in response to Mr. Pirtle you told him
 2   that you reviewed all the medical records to form your
 3   opinions?
 4        A     I don't remember if I said I reviewed all the
```
                         Page 173

jm100708.txt

```
 5    medical records, I think I said I reviewed all the
 6    medical records that I had.
 7         Q    And we know from this morning that you didn't
 8    review anything before 1998?
 9         A    That is correct.
10         Q    Now, you also said in response to Mr. Pirtle
11    that you reviewed substantial literature?
12         A    I think substantial was his word.
13         Q    Is that your word?
14         A    I reviewed quite a bit of the literature that
15    was available.
16         Q    And Mr. Pirtle asked whether or not the
17    materials you reviewed are attached to your expert
18    report; do you remember that?
19         A    Yes.
20         Q    And you didn't review everything that is
21    attached to your expert report, did you?
22         A    No.
23         Q    And in fact we went to through a whole
24    exercise with a red pen where we asked to you put check
25    marks and pluses by the things that you reviewed,
```

⚥

374

```
 1    correct?
 2         A    That is correct.
 3         Q    And has anything that Mr. Pirtle asked you, do
 4    you want to take a red pen and check some more things?
 5         A    No.
 6         Q    Okay.  And Mr. Pirtle read from a draft label
 7    that talked about weight gain of 23 percent in Seroquel
```

Page 174

jm100708.txt

8      patients versus 6 percent in placebo patients; do you

9      recall that?

10         A    Yes.

11         Q    And you indicated correctly that that shows a

12     statically significant difference, right?

13         A    Correct.

14         Q    But can you also conclude from that that

15     67 percent of the people who took Seroquel did not have

16     weight gain of that magnitude?

17         A    Yes, you can.

18         Q    And that means then that not everybody who

19     takes Seroquel gains weight, right?

20         A    Correct.

21         Q    In fact two thirds of the people, according to

22     that data, who take Seroquel don't gain weight?

23         A    Correct.

24         Q    Now, Mr. Pirtle asked you generally whether

25     someone who has diabetes is at risk for a number of

°

                                                              375

1      vascular and microvascular complications, correct?

2          A    Yes.

3          Q    And you listed some of those complications?

4          A    Correct.

5          Q    But you told me that you can't say that any of

6      those things are reasonably certain to occur with

7      Mrs. Guinn in particular, correct?

8          A    Correct.

9          Q    And you are not changing that answer, are you?

10         A    I would have to hear the exact wording of my
                              Page 175

jm100708.txt

11   answer.

12        Q    But as you sit here today are you able to

13   point to any of these vascular or microvascular

14   complications from diabetes that in your opinion are

15   reasonably certain to occur with Mrs. Guinn?

16        A    Reasonably certain to occur, no.

17   (BY Mr. Raber)

18        MR. RABER:  Thanks, no further.

19        MS. FREIWALD:  I have a few.

20        MR. PIRTLE:  Wait a second, you are not going

21        to ask questions in this deposition, you are not

22        going to do that.

23        MS. FREIWALD:  You asked some questions about

24        the lipids, and I asked questions this morning

25        about triglycerides, and you asked general

♀

376

1        questions.

2        MR. PIRTLE:  All my questions were directed

3        towards Ms. Guinn's case, you are still not going

4        to.

5        MS. FREIWALD:  I am going to ask my questions.

6        MR. PIRTLE:  You can forget it.  We are not

7        going to double team, you can forget it.

8        MR. RABER:  You are coming back anyway.  I am

9        just saying that to intervene, but I think she has

10        the right to because you opened it up, you opened

11        it up.

12        MS. FREIWALD:  You opened it up about

13        triglycerides generally in Seroquel.

Page 176

jm100708.txt

14          MR. RABER:  You opened it up.

15          MR. PIRTLE:  I'm sorry, it's over.

16          MS. FREIWALD:  I am going to state on the

17     record I will do it the next time, but from my

18     perspective you asked general questions about the

19     drug, about the lipid profile, about the weight

20     profile, and I have every right to follow-up on

21     that.

22          MR. PIRTLE:  Well, my perspective just like we

23     were in trial, we are not going to follow one

24     lawyer representing the same client with another

25     lawyer, it ain't going to happen.

♀

                                                    377

1          MS. FREIWALD:  Well --

2          MR. RABER:  We are going on case management

3     order on the agreement two questioners, just like

4     you had two of the company witnesses.

5          MR. PIRTLE:  Well, we didn't run two on

6     cross-examination, we used one person for

7     cross-examination.

8          MS. FREIWALD:  We just agreed, Tom, that there

9     are some general questions that were addressed in

10    Burns and some in Curley and they applied for both

11    cases, and we haven't been repetitive here, but you

12    asked some questions having to do with the label

13    and the lipid profile and I have every right to

14    follow-up on those questions.

15          MR. PIRTLE:  I don't remember her testifying

16    about Ms. Burns' lipid profile.
                    Page 177

jm100708.txt

17          MS. FREIWALD:  You asked about the product
18     label and about the ability to effect lipids, she
19     testified earlier.
20          MR. PIRTLE:  Next time come back, that's fine,
21     but we are not going to follow one AZ lawyer with
22     another AZ lawyer, that is just not going to
23     happen.
24          MS. FREIWALD:  Fine.
25          MR. PIRTLE:  But are you going to attach that?

♀

                                                      378

1          MS. FREIWALD:  You bet.  The that we are
2     referring to is the draft label Mr. Pirtle referred
3     to in his examination.
4          MR. PIRTLE:  We will mark as Exhibit 46 a
5     draft label, and then let me say I think it's a
6     draft, it could be off the Internet or I got it
7     from AstraZeneca's lawyer.
8          (Whereupon, the above referred to document
9      was marked as Defendant's Exhibit No. 46.)
10          (Thereupon, the deposition was adjourned.
11     Signature and formalities were not waived.)
12                    - - - - - -
13
14
15
16
17
18
19

jm100708.txt

20

21

22

23

24

25

♀

379

1                           - - - - - -

2                       CERTIFICATE OF OATH

3       STATE OF FLORIDA

4       COUNTY OF BROWARD

5

6

7               I, the undersigned authority, certify

8       that JENNIFER B. MARKS, M.D., personally appeared

9       before me and was duly sworn.

10              WITNESS my hand and official seal this

11      7th day of October 2008.

12

13

14                      _____

15                      Evan A. Ferguson
                        Notary Public, State of Florida
16                      My Commission Expires: 12/29/09
                        Commission No. DD498401
17

18

19

20

21

22

Page 179

jm100708.txt

23

24

25

♀

380

1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA:

5    COUNTY OF BROWARD:

6

7

8              I, Evan A. Ferguson, Court Reporter,
     certify that pursuant to Notice of Taking Deposition
9    in the above-styled cause, that I was authorized to
     and did stenographically report the foregoing
10   deposition as hereinabove shown, and the testimony
     of said witness was reduced to computer
11   transcription under my personal supervision.
               I further certify that the said deposition
12   was taken at the time and place specified
     hereinabove, and that I am neither of counsel nor
13   solicitor to either of the parties in said suit nor
     interested in the event of the cause.
14             I further certify that I have delivered
     the original copy of said deposition to STEPHEN D.
15   RABER, ESQUIRE, to be retained by him
     pending further order of the Court.
16             Witness my hand and official seal in the
     City of Fort Lauderdale, County of Broward, State of
17   Florida, this 10th day of October 2008.

18

19

20                    _____
                      Evan A. Ferguson, Notary
21                    Public at Large
                      My Commission expires 12/29/09
22                    Commission No. DD498401

23

24

25
                          Page 180

jm100708.txt

♀

381

```
1
2                              READING AND SIGNING
3
4
5
6
7    _____        _____
8          (DATE)                    (NAME)
9
10
11   Sworn to and subscribed before
     me this _____ day of _____, 2008.
12
13   _____
                         Notary Public
14              My Commission expires:
15
16
17
18
19
20
21
22
23
24
25
```

♀

382

jm100708.txt

1                           ERRATA SHEET

2    PAGE NO.    LINE NO.    _____

3    _____   _____    _____

4    _____   _____    _____

5    _____   _____    _____

6    _____   _____    _____

7    _____   _____    _____

8    _____   _____    _____

9    _____   _____    _____

10   _____   _____    _____

11   _____   _____    _____

12   _____   _____    _____

13   _____   _____    _____

14   _____   _____    _____

15   _____   _____    _____

16   _____   _____    _____

17   _____   _____    _____

18   _____   _____    _____

19   _____   _____    _____

20   _____   _____    _____

21   _____   _____    _____

22   _____   _____    _____

23   _____   _____    _____

24

     SIGNATURE_____    DATE_____

25

⚲

383

1    October 10, 2008

2
     TO: JENNIFER B. MARKS, M.D., DEPONENT
                     Page 182

jm100708.txt

3  C/O THOMAS PIRTLE, ESQUIRE
   LAMINACK, PIRTLE & MARTINEZ, LLP.
4  5020 MONTROSE BOULEVARD, 9TH FLOOR
   HOUSTON, TEXAS 77006
5
6  RE:  Seroquel Products Litigation:  Janice Burns
         MDL DOCKET NO. 1769 _6:07-cv-15959
7  Please take note that on Tuesday, the 7th day of
   October 2008, you gave a deposition in the above
8  referred to matter.  At that time, you did not
   waive signature.  It is now necessary that you sign
   your deposition.
9
10 As previously agreed to, the transcript will be
   furnshed to you through your counsel.  Please read
11 the following instructions:
12 At Page 382 you will find an errata sheet.  As you
   read your deposition, any changes or corrections
13 that you wish to make should be noted on the errata
   sheet, citing page and line number of said change.
14 DO NOT write on the transcript itself.  Once you
   have read the transcript and noted any changes,
15 be sure to sign and date the errata sheet and
   return these pages in the self-addressed envelope
16 that has been provided for your convenience.
   You need not return the entire transcript.
17 If you do not read and sign the deposition within
   thirty (30) days, the original, which has already
18 been forwarded to the ordering attorney, may be
   filed with the Clerk of the Court.  If you wish to
19 waive your signature, sign your name in the blank
   at the bottom of this letter and return it to us.
20
            Very truly yours,
21
            Evan A. Ferguson
22          (Esquire Deposition Services)
23 I do hereby waive my signature.
24 _____
   JENNIFER B. MARKS, M.D.
25 cc: via transcript:   STEPHEN D. RABER, ESQUIRE

⚥

Page 183