# TAB 3

1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION


IN RE:
    SEROQUEL PRODUCTS LIABILITY LITIGATION
    CASE NO:  6:06-MD-01769-ACC-DAB
      MDL DOCKET NO. 1769




SEPTEMBER 26, 2008






        Deposition of WILLIAM C. WIRSHING, M.D.,

held in the offices of Exodus Recovery, Inc., 3828 Delmas

Terrace, Culver City, California, beginning at 9:13 a.m.

and ending at 5:21 p.m., before MARIA A. HASAKIAN,

Certified Shorthand Reporter No. 8469.

2

1   APPEARANCES:

2

3   For Plaintiffs:

4       FIBICH, HAMPTON & LEEBRON
        BY:  TOMMY FIBICH
5       Attorney at Law
        1401 McKinney,Suite 1800
6       Houston, Texas 77010
        713.755.0025
7
            *AND*
8
        BAILEY, PERRIN & BAILEY
9       BY:  KEN BAILEY
        Attorney at Law
10      440 Louisiana, Suite 2100
        Houston, Texas 77002
11      713.425.7240
        (NOT PRESENT)
12

13  For Defendants:

14      BAKER BOTTS LLP
        BY:  EARL AUSTIN and AARON D. DAVIDSON
15      Attorneys at Law
        2001 Rose Avenue
16      Dallas, Texas 75201-2980
        214.953.6784
17
            *AND*
18
        SPRIGGS & HOLLINGSWORTH
19      BY:  FRANK LEONE, JR.
        Attorney at Law
20      1350 I Street, NW
        Washington D.C. 200005
21      202.898.5800

22

23

24

25

3

1                    INDEX

2    WITNESS:                    EXAMINATION

3

4    WILLIAM C. WIRSHING, M.D.

5    Volume 1

6

7

8        BY MR. AUSTIN            5, 286

9

10       BY MR. LEONE             273

11

12       BY MR. FIBICH            301

13

14

15

16                 EXHIBITS

17   DEFENDANTS'                      PAGE

18   EX 1    Case Studies              5

19   EX 2    Invoice                 5

20   EX 3    Invoice                 5

21   EX 4    Amended Notice of Deposition        54

22   EX 5    Dr. Wirshing's Export Report       64

23   EX 6    Article               212

24   EX 7    Article               250

25   EX 8    Case Report              257

4

1    INDEX (CONTINUED)

2                    EXHIBITS

3    DEFENDANTS'                              PAGE

4    EX 9     Article                        280

5    EX10A-D   Timeline Documents                  291

6    EX 11    Off-Label Sleep                  290

7    EX 12A-B  Seroquel Medical Literature Binder 2 and 3 292

8    EX 13    Curriculum Vitae                 304

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1      Culver City, California, Friday, September 26, 2008

2                9:13 a.m. - 5:21 p.m.

3

4            WILLIAM C. WIRSHING, M.D.,

5   having been first administered an oath, was examined and

6   testified as follows:

7

8        (Exhibits 1, 2 and 3 were marked for

9         identification by the court reporter

10        and are attached hereto.)

11

12               EXAMINATION

13   BY MR. AUSTIN:

14      Q    Good morning.  My name is Earl Austin.  And I

15   represent Astra Zeneca.

16         Will you tell us your name, please?

17      A    Yes.  William, spelled conventionally.

18   Wirshing, spelled, W-i-r-s-h-i-n-g.  Middle initial C.

19      Q    We're here today -- what is the name of the

20   facility where we are today?

21      A    Brotman Medical Center.

22      Q    Okay.  Is this your place of employment?

23      A    It is.

24      Q    What is the name of your employer?

25      A    Actually, it's Exodus Recovery, Incorporated.

6

1    Q    We're here in Los Angeles in the conference

2    room in your office today?

3    A    That's correct.

4    Q    And I understand that you have been designated

5    as an expert witness on behalf of various plaintiffs that

6    have brought suits against Astra Zeneca involving their

7    medication Seroquel.

8        We correct on that?

9    A    As far as I know, yes.

10   Q    And I have a report from you both in the MDL

11   and the Florida cases and then another report from you in

12   Delaware.

13       Are you familiar with that?

14   A    No.

15   Q    Okay.  Have you just prepared one report?

16   A    Yes, sir, I have.

17   Q    They are identical.  And I just wanted to be

18   sure that we were dealing just with one report.

19   A    Yes.  To my knowledge, I didn't send them to

20   either Florida or Delaware.

21   Q    Right.  Right.  I understand.  I understand.

22   That's all just lawyer stuff.

23       Okay.  And then you have some documents that

24   you brought with you today.

25       Can you tell me what those are and where you

7

1    got them?

2        A    Yes.  I -- they are all documents of pertinence

3    to this case.  And they all came from Dennis Canty,

4    C-o-n-t-i.

5            MR. FIBICH:  C-a-n-t-y, I believe.

6            THE WITNESS:  Okay.  And in the San Francisco

7    area.

8    BY MR. AUSTIN:

9        Q    All right.

10       A    He's apparently one of the attorneys, I guess,

11   for one of the cases.

12       Q    All right.  And are these all materials that

13   were provided to you by Mr. Canty and you've reviewed

14   them?

15       A    Yes, sir.

16       Q    Okay.  And we -- is everything that you've

17   reviewed for preparing your report, is it here today?

18       A    That's correct.  It's not only in the written

19   documents, the physical paper documents, but also in the

20   electronic ones.

21       Q    This?

22       A    Yeah, this one.

23       Q    Okay.

24       A    These don't have -- are deficient in that they

25   don't have the studies.  This disk has many more studies,

8

1    literally, probably 50 studies that I reviewed.  And

2    those are not in those paper documents.

3        Q    Okay.  Are there -- is there any duplication on

4    the disk versus what's printed out here?

5        A    Yes.  Yes.  Significant duplication,

6    particularly with regard to what's called -- the term

7    being timeline, document timeline, there were a lot of

8    duplications.

9        Q    All right.  In this document timeline, is this

10   something that you prepared, or something that was

11   provided you?

12       A    No, I didn't -- I did not prepare it.  I do not

13   understand it.  It -- it did -- the numerical

14   nomenclature is positively obscure to me, but I did go

15   through it.  But I -- I presume that numbers are

16   idiosyncratic to Dennis.

17       Q    Right.  It starts to No. 63 and goes up to

18   No. 124?

19       A    However, that's -- that's -- that's Volume 2,

20   if you will.  No. 1 is -- check.

21       Q    I gotcha.

22       A    It's this big black one here.

23       Q    All right.  So we have two volumes here?

24       A    No, I believe we have three.

25       Q    Three actually?

9

1    A   Yes.

2    Q   Okay.  We'll sort out, during a break.  I don't

3  want to waste a bunch of time going through those at the

4  moment.  We'll look at those on a break and talk about

5  them.

6       Did you review all of these materials?

7    A   Yes, sir, not in painstaking thoroughness.

8    Q   Right.

9    A   Many of the documents, as you will find out,

10  are mind-numbingly boring e-mails that go on and on and

11  on and on and are duplicated ad nauseam.  Those I would

12  flip through about as quickly as you're flipping through

13  that page right now.  But I did try to review -- review

14  everything.  I think I -- I'd like to think that I read

15  everything of pertinence, at any rate.

16    Q   Attached to your report is what's called

17  Reliance, a reference exhibit list.  And I think it's 35

18  pages?

19    A   Correct.

20    Q   Did you -- did you have anything to do with

21  preparing this?

22    A   No.

23    Q   Okay.

24    A   I -- they -- I asked Glenda Grainger from

25  Tommy's office to prepare that from the disk and from

10

1    these items.

2        Q    Okay.

3        A    So I would ask her to interface with Dennis and

4    with -- with Tommy's office to -- so I -- and I did go

5    over it.  And I -- so I presume that all of the documents

6    were subsumed in that list.

7        Q    Okay.  And just so on the slight chance that

8    somebody reading this would have some idea what we're

9    talking about, we have some boxes here with some binders

10    and then we also have manila envelope with a DVD or CD

11    disk in it; correct?

12        A    Correct.  Yes, sir.

13        Q    And it's your understanding, that this

14    reference, exhibit list that's attached to your report

15    should include the materials in the boxes and in the

16    binders and on the disk?

17        A    That's correct.

18        Q    Okay.

19        A    I mean, the biggest -- the biggest difference

20    between the two, as I recall, was in the depositions.

21    The depositions that Tommy's office initially sent me

22    through Glenda Grainger was -- I believe it only had two

23    depositions, if memory serves.  And this one, obviously,

24    has many more depositions.  So that was the biggest

25    addition, I think.

11

1      Q    Do you remember the two depositions that were

2   originally sent to you?

3      A    I remember them very well, whether or not I

4   will get the names correct is another issue.  As my staff

5   can tell you, I'm positively lacunae with respect to

6   names.

7          MR. FIBICH:  You have what?

8          THE WITNESS:  Lacunae.

9   BY MR. AUSTIN:

10     Q    I don't know what it means but I bet you and I

11  have the same thing.

12         MR. FIBICH:  Can you spell that for the court

13  reporter?

14         THE WITNESS:  L-a-c-u-n-a-e.  It's Latin for a

15  small lake, actually.  But it means --

16  BY MR. AUSTIN:

17     Q    See, while you were learning that, I was

18  struggling, you know, to learn names and just didn't

19  succeed.

20     A    And so -- but the -- but the one is the CEO of

21  Astra whose name begins with B.

22     Q    All right.

23     A    And the second one, whose name also begins with

24  a B, was a former marketing guy who now is the -- is the

25  head of NARSAID, N-A-R-S-A-I-D --

12

1     Q    Probably --

2     A    -- all capitalized.

3     Q    -- Geoff Birkett and David Brennan?

4     A    I've got to write them both phonetically.

5     Q    All right.  And then those --

6          MR. FIBICH:  Between the two of you, you're

7    pretty good.

8    BY MR. AUSTIN:

9     Q    So those were the first two depositions

10   provided to you, and then since then you were provided

11   some additional depositions?

12    A    That's correct.

13         MR. FIBICH:  All of this material, though, were

14   put in a timeline, received one, then the other.  I

15   didn't get any of it, literally, until the last couple of

16   months.

17   BY MR. AUSTIN:

18    Q    Okay.  So there are additional depositions here

19   in the boxes and we'll take time here during the break

20   to go through it and figure out what those are.

21         How long ago, would you say, you received the

22   boxes and the new materials?

23    A    I could probably get it close to exact.  I

24   would say six weeks would be an estimate.  I guess, I

25   don't have it on the -- I thought there was a label on

13

1    top.  But six weeks.

2        Q    That's fine.  It wasn't yesterday and it wasn't

3    last year?

4        A    No.  No.  No.  No.  I mean, some of the

5    depositions, as you know, I mean, were taken six weeks

6    ago.

7        Q    Right.

8        A    So they're -- they're -- they're fairly recent.

9        Q    All right.  Have you done any independent

10   literature searches of your own in connection with your

11   work on your report?

12       A    In connection with this report?

13       Q    Yes.

14       A    I did a couple, three, yeah.  But most of my

15   literature work way, way antidates my work on this

16   report.

17       Q    No.  Understood.

18       A    Yeah.

19       Q    Any -- was there anything in particular that

20   you recall looking for for this lawsuit?

21       A    I think specifically I looked at the consensus

22   conference thing -- the report from 2004 again.  I think

23   I specifically looked at the -- the initial and then the

24   two follow-up reports from the CATIE Study.

25            And then I did one -- one afternoon I did a --

14

1    a -- somewhat more extensive search on -- specific to

2    quetiapine and -- and -- and I did elaborate quite a few

3    documents.  Those documents, however, didn't figure

4    substantively in my report at all.  But there dozens of

5    them that I -- that I actually acquired.

6        Q    And are those among the materials that we have

7    here today?

8        A    Not -- not all of them.  As I say, many of

9    those turned out to be nonsubstantive of any sort.  There

10   is one of the -- one of the folders does have documents

11   that I -- sort of the core literature documents.

12       Q    All right.

13       A    And I think I kind of looked at them.  I'm not

14   sure.  I think --

15       Q    Well --

16       A    -- literature documents.

17       Q    -- we'll look through it at a break.

18       A    It has maybe 40 or so --

19       Q    Okay.

20       A    -- of pertinent nature stuff.

21       Q    Okay.

22       A    But they're all familiar ones to you.

23       Q    Are there any files or folders or materials you

24   have that you've used for this litigation that are not

25   here with us today?

15

1      A    No.  No, not -- I was pretty careful.  Tommy

2    gave my fairly specific instructions --

3      Q    Okay.

4      A    -- to bring everything.  And I brought

5    everything that -- that I -- that was littering my puny

6    little apartment.  And I must say I have much more room

7    in it now.

8      Q    All right.  Have you done all the work that you

9    believe that you need to do to render your opinions in

10   this case?

11     A    Yes.  I mean, I -- I -- I think so.  As with

12   any complex legal circumstance there, discovery tends to

13   be an endless ongoing process, in my experience.  And so

14   to the extent that they're going to make me look at

15   something new, I will look at it; but quite honestly, I

16   doubt that that will change my opinion too much.

17     Q    Just some housekeeping.  You're doing a great

18   job -- I have a tendency to talk over folks -- you're

19   doing a great job of letting me finish my rambling

20   questions.  And I'll do -- I'll -- I'll wait and let you

21   finish your succinct answers.  Okay?

22          Obviously, we're here in your office.  If you

23   need to take break or anything just let me know.  All

24   right?

25     A    Will do.

16

1    Q    Do you have any -- any time restrictions today?

2    A    1,440 minutes --

3    Q    All right.

4    A    -- that everybody has in the day.  But nothing

5    that --

6    Q    I just didn't know if you had to be anywhere at

7    a certain time today is all.  I was --

8    A    No, sir.

9    Q    -- trying to plan ahead.

10    A    No, sir.

11    Q    All right.  And do you have any medical

12    conditions or any medication today that might affect your

13    ability to give a deposition?

14    A    I have plenty of medical conditions but none

15    that would affect my ability --

16    Q    All right.

17    A    -- to give deposition.

18    Q    All right.  Now, we talked about we're here to

19    talk about Seroquel.

20        And I take it you're familiar with Seroquel?

21    A    Yes, sir, I am.

22    Q    And from looking at your CV, it's apparent

23    you've devoted your career to working with people with

24    serious mental illness?

25    A    Yes, sir.

17

1     Q    And you've prescribed Seroquel in the course of

2  that work?

3     A    Many thousands of times.

4     Q    You still prescribe Seroquel today?

5     A    Did so this morning.

6     Q    All right.  Tell me, just in general, what is

7  your practice today?

8     A    Today, relative -- relatively complex practice

9  in the place we're at now, which is a -- which is

10  basically a psychiatric urgent care center.

11  Conceptualize it as an emergency room for seriously

12  psychiatrically impaired patients.  I work there -- here,

13  rather, 30 or so hours a week.  I see, in a given day, 10

14  to 20 new patients.

15        In addition to that, sort of purely clinical

16  task, I'm in charge of CME so I give a couple of lectures

17  here to the staff.  We have a -- the Exodus organization

18  itself has about 139 employees and probably 50 trainees

19  of different levels that I'm responsible for that --

20  their primary continuing medical education.

21        I also work downtown at an affiliated program

22  where -- where I have a collection of chronically ill

23  patients but that I see over and over again.  So it's

24  about 275 patients that we take care of.

25     Q    And what is the name of that --

18

1       A    That's also called Exodus.

2       Q    Okay.

3       A    But that's technically at 8401 Vermont Avenue

4    in South Central Los Angeles, in the hood, as we say

5    around here.  And it is about 12 hours a week to 15 hours

6    a week I work down there.  And the third place that I

7    work at -- even though, curiously, it has a similar

8    name -- it's called Exodus Recovery, it's actually not

9    associated with -- with Exodus, but that's a chemical

10   dependency treatment center up in Agoura Hills,

11   California.  And I do that half a day a week to one day a

12   week.

13      Q    What is your title here?

14      A    Here, I'm vice president in charge of

15   continuing medical education and research or Exodus

16   Recovery, Incorporated.

17      Q    All right.  Now, we're going to -- I want to, I

18   guess, digress just a little bit and just talk about some

19   general issues and see -- kind of get your opinions on

20   some things.

21           You understand that at least one of the central

22   allegations in the litigation is that folks who take

23   Seroquel develop diabetes.  You're just generally

24   familiar with that allegation?

25      A    Yes, of course.

19

1    Q    Okay.  And I -- and I know, from looking at

2    your writings, that you are familiar with some of the

3    metabolic issues that surround the second generation of

4    antipsychotics.

5    A    We were among the first in the world to report

6    them, yes.

7    Q    Okay.  And just so we're agreeing on

8    terminology, sometimes we may talk about atypical

9    antipsychotics or second-generation antipsychotics.

10        Are you comfortable using those terms

11   interchangeably?

12   A    Absolutely.

13   Q    And conventional and first generation

14   interchangeably?

15   A    Yes, sir.

16   Q    I just want to make sure we're on the same

17   page.

18        Tell me, I guess -- is it -- is it your belief

19   that there is -- that folks with serious mental illness

20   do have sort of increased incidence of diabetes?

21   A    Purely as a consequence of their having a

22   mental illness?

23   Q    Well, I guess, yes.  But that's not the extent

24   of my question, but yeah.

25   A    The answer is -- is no.  With res- -- in

20

1    general, the answer is no.  It's, unfortunately, a long,

2    long answer, and I can --

3        Q    I understood.  So go ahead.

4        A    But it is -- for people with psychotic

5    illnesses, there's virtually no evidence that the

6    psychotic illness itself, per se, specifically, is

7    associated with an increased rate of diabetes.  However,

8    psychotic people, again depending on the details,

9    psychotic persons are heavier, fatter, have greater

10   adiposity than people without psychoses.  By virtue of

11   that increased adiposity, they also have increased rates

12   of diabetes, hyperglycemia, downstream consequences

13   thereto.

14           It is a little complex in detail because

15   there's also a population of female patients with

16   psychoses who have lower weights than their nonpsychotic

17   counterparts.  That population actually has lower rates

18   of diabetes than their nonpsychotic counterparts.

19           With respect to depression, it's a more complex

20   issue.  Depression actually does seem to be associated

21   with a slight increase in endochronologic disturbance

22   which seem separate from simple straightforward

23   adiposity.

24       Q    Okay.

25       A    It's a little hard to explain.  But it -- it --

21

1    when you get big-enough studies and look at it, it does

2    seem to occur.  But not for psychosis but possibly for

3    depression.

4        Q    I think you've told me four things.  And let me

5    be sure I understand.

6            Talking about psychotic patients --

7        A    Correct.

8        Q    -- it's your belief that there's not anything

9    about the psychotic illness itself which predisposes the

10   patients to obesity or diabetes, inherent in the disease

11   itself?

12       A    No, I didn't -- I didn't say that about --

13   about obesity.  I said --

14       Q    Just diabetes?

15       A    -- it about diabetes.

16       Q    But -- but perhaps because of lifestyle,

17   because of appetite, because of various factors, they

18   tend to be obese; is that fair?

19       A    They tend to be fatter than their nonpsychotic

20   counterparts in the population, correct.

21       Q    And I think, as I understood the distinction

22   you're making, it's not something about their mental

23   illness, per se, or inherent in the mental illness,

24   that's causing that.  It's something else.

25       A    Well, it's -- it's -- it's a good question.

22

1    And I don't -- I don't specifically -- specifically know

2    the answer to it.  My -- my belief is that it's a little

3    bit of both.

4        Q    Okay.

5        A    And -- and my -- defense of my belief is that

6    females are overrepresented in underweight and

7    overrepresented in overweight.  Males are only

8    overrepresented in overweight, underrepresented in normal

9    weight, underrepresented in underweight.

10        So it -- it suggests that, at least for the

11    females, that the illness does have some effect on weight

12    in a very curious, curious fashion.

13        Q    In an underweight fashion?

14        A    Well, in both.  Because if it -- if the illness

15    just predisposes you to gain weight, then there shouldn't

16    be those underweight females; if the illness just

17    predisposes you to lower weight, there shouldn't be the

18    overweight males or females.

19        So I think there is an impact of the -- of the

20    illness.  It's a little hard to say exactly what it is on

21    weight, but I think it is there.

22        A much greater effect is the lifestyles they

23    live, the medications they take, other sort of

24    epiphenomenon that are associated but not directly linked

25    to the illness.

23

1       MR. FIBICH:  Did you say epiphenomenon?

2       THE WITNESS:  Yeah.

3   BY MR. AUSTIN:

4       Q    What do you mean by epiphenomenon?

5       A    You know, here's the -- here's the primary

6   phenomenon and these are the ones related -- related to

7   it.

8       Q    Give me an example.

9       A    Your -- your primary -- primary thing that

10   you -- you observe is it gets dark when there's a full --

11   when there's a full summer -- a -- a -- a solar eclipse.

12   An epiphenomenon associated with that is there are more

13   daytime accidents, automobile accidents, as a consequence

14   of that.

15       Q    All right.

16       A    Not that the moon had any direct impact in

17   causing those automobile accidents, but there's a

18   decrease in illumination.  People aren't prepared for

19   it --

20       Q    Right.

21       A    -- and they cause these accidents.

22       Q    And they're watching the eclipse.

23       A    Or they're watching the eclipse.  Exactly

24   right.

25       Q    All right.  What are some of the lifestyle

24

1    factors in psychotic patients that might contribute to

2    their obesity?

3        A    Several.  Patients with psychotic illnesses

4    tend to drift down the socioeconomic spectrum and are

5    notorious in their poor diets that they consume.  They

6    just have access to much poorer food stubs -- food stubs

7    than people in higher -- the higher levels of

8    socioeconomic status.

9            Two, the illness itself is associated with an

10   increased -- even compared to the rest of us -- an

11   increased rate of sedentary lifestyles.  So their

12   exercise output is decreased compared to nonpsychotic

13   population.  And probably most importantly, the

14   medications that are most effective at treating their

15   illness, unfortunately, cause them to -- to -- to gain

16   weight.

17       Q    Okay.

18       A    So those three factors kind of conspire to

19   contribute to increased obesity rates.

20       Q    The diet, the sedentary lifestyle certainly are

21   factors independent of medication?

22       A    Absolutely.

23       Q    And then the last point, I just want to revisit

24   briefly, there -- there does appear to be something in

25   depressed patients, in patients with depression, that's

25

1     maybe organic to their illness, it seems to contribute to

2     obesity or diabetes?

3         A     It's actually not -- not to -- not to -- to

4     obesity, per se.  The curious thing about -- curious

5     thing about obesity is that obesity is curiously

6     protective of depression.

7             If you look -- if you look at obese

8     populations, they -- they aren't as depressed as you

9     would actually predict.  But the correlation I was making

10    is that there's -- there is a connection between

11    depressive episodes, depressive illness and an

12    endocrinologic disturbance that seems separate from

13    simple, you know, I'm fat as a consequence of my

14    lifestyle, my genetics, whatever.  And that speaks to

15    probably, you know, that there's an interaction.  We know

16    there's an interaction between mood and your immunologic

17    functioning, but there seems to be interaction between

18    your mood -- mood regulation and endochronologic

19    functioning.  Kind of curious but it's -- it's probably

20    pretty real.

21        Q     And present and probably pretty real in

22    depressed patients, but you don't see it in the psychotic

23    patients?

24        A     No.  It's not -- it just doesn't -- doesn't

25    come up in the psychotic patients.  At least it doesn't

26

1    come up in the studies, as -- as clearly.  And it's a --

2    it's a very mild effect even in depression.  The biggest

3    effect is the one that we've talked about, which is

4    obesity is clearly a problem.

5        Q    Then what is the relationship between obesity

6    and diabetes?

7        A    Well, that's a pretty straightforward one.  In

8    general -- in general, increased adiposity, particularly

9    specific kinds of adiposity, or increase in fat stores

10   increase the risk of diabetes.

11         The American Diabetic Associations estimates

12   that a 1-pound change in fat translates to a 4 percent

13   increase in the risk of diabetes.  And it just -- it goes

14   up nonlinearly from there.  This is not to say that it

15   happens for every single obese person because that's

16   absolutely not true.  It's just certain people who

17   have -- who are susceptible to the endochronologic

18   disturbance, have much greater problems when they gain

19   the weight.

20       Q    And what was the figure you quoted me from

21   the -- was it from the ADA?

22       A    Yeah.  The -- the -- it's -- it's a

23   long-standing 1 -- 1 percent -- 1-pound change, 4 percent

24   increase; 5 pound change, 25 percent increase.

25   Statistics that come from -- I believe the original

27

1    statistics came from the Framingham Heart Studies.

2        Q    Yeah.  I was going to ask you --

3        A    A couple of decades ago.

4        Q    I was going do ask you your source for that.

5        A    The Framingham Heart Studies are big

6    epidemiologic canvassing of a specific population over

7    time, lots and lots of values, very good follow-up.  A

8    lot of -- a lot of our knowledge of cardiovascular

9    illness, weight, exercise, diabetes, et cetera, comes

10   from -- comes from that very famous study.

11       Q    You mentioned, as I understood, that sort of

12   the location of the weight gain or the type of weight

13   gain makes a difference?

14       A    Absolutely.

15       Q    Explain that for me.

16       A    We would win the Nobel Prize if I actually

17   could explain it, but I will describe to you what it's

18   observed.  And what it's observed is that omental

19   adiposity, so that the -- the omentum is the big apron

20   that comes down from the -- from the -- the intestines

21   and covers -- covers your intestines.

22           MR. FIBICH:  What -- how do you spell it?

23           THE WITNESS:  O-m-e-m-t-a-l, omental.  Omentum

24   is with an M, obviously.

25           It is one of the areas where we store fat.

28

1    It's intra-abdominal, it's beneath the -- the -- the

2    muscles, your abdominal muscles.  And when those -- that

3    fat increases, we call it visceral adiposity or omental

4    adiposity, that's particularly bad, hard to get rid of,

5    and it's most commonly associated with changes in glucose

6    regulation; fat stores elsewhere, not so much.

7        So if you're the person that selectively gains

8    weight around your midsection, that person is clearly at

9    a higher risk than the person that gains weight on the

10   backside, in their legs, in their arms, more generally.

11   That's really not associated with an increased risk.

12       Q    Just to put it in simple terms:  Midsection is

13   bad, other places it's not?

14       A    That's correct.

15       Q    Where diabetes is concerned?

16       A    That's correct.  And it seems to be really a

17   different kind of fat.  The researchers call them brown

18   and yellow fat.  They -- they -- it really does seem to

19   be under different hormonal control.  It has different

20   effects on the body.  Gender effects, lots of different

21   factors come into it.

22       It's -- the people in metabolic clinics, for

23   instance, they actually do CAT scans of the midsection to

24   quantify that fat store because it's so important.  It's

25   such a crucial factor.

29

1    Q    And where an -- when you're talking about a

2    certain individual, where they lay down fat, is that just

3    particular to their genetics or metabolism, whatever?

4    A    It has something to do with genetics, yes.  It

5    has something to do with gender.  It has something to do

6    with race.  It has something to do with time of life.

7    All of those things seem to -- seem to -- seem to come

8    together to conspire to make one person a belly fat

9    person and another person a backside person.

10   Q    Right.

11       And I know that just reading the newspaper,

12   we're undergoing what's been called an epidemic of

13   diabetes and obesity.

14   A    Epidemic is way too small a word for what we're

15   undergoing.  It is without precedent in the history of

16   humanity, and it is -- it is staggeringly rampant.

17   Q    And that's completely outside the -- the

18   patient population of the mentally ill.  It's just in the

19   population in general?

20   A    Absolutely.  It is the background of the

21   nonpsychotic population.

22   Q    And what is driving the epidemic of diabetes,

23   from your perspective, in the general population?

24       MR. FIBICH:  Object to form.

25       THE WITNESS:  We're eating too much.

30

1    BY MR. AUSTIN:

2       Q    Yeah.

3       A    It's pretty -- it's pretty straightforward.  I

4    mean, if you think about things, I mean, literally, this

5    moment in time that we're standing in, is the first time

6    in the history of humanity that homeless people are

7    obese.  I mean, that is a testimony to the magnificence

8    and, unfortunately, sadness of our society, that we have

9    now become so good at producing food that the most

10   disenfranchised segments of society can become obese.

11        If you look at virtually any other time in

12   history, and you certainly look at almost any other

13   country that doesn't have our level of affluence, that

14   just doesn't occur.

15      Q    Is that -- is that in part due to the sort of

16   saturated fat content of low -- low-cost foods?

17      A    Yeah.  I don't think -- I don't think it's

18   simply the saturated fats.  Saturated fat certainly

19   contributes to a lot of bad things, obesity to a certain

20   degree.  And -- and it is certainly a disproportionate

21   amount of the sort of the cheap, quick, high-calorie food

22   stubs that people consume.

23        But mostly it's just we eat massively more

24   calories than we used to.  We -- and we continue to eat

25   more.  It is a -- a -- a good question as to why, you

31

1    know, this -- this relentless, literally, 30-year

2    trajectory has occurred just now.  But I think -- I think

3    most of it is we eat differently than we used to.  And we

4    consume just tremendous amounts more than we used to of

5    everything, saturated fats included.

6        Q    And in the process by which diabetes develops,

7    then it's one that's a chronic condition that develops

8    over years?

9        A    Absolutely.  And by the time diabetes is

10   generally noticed, the moment diagnosis is made, the ADA

11   estimates that you've had the illness for 7.3 years.

12       Q    Right.

13            And I think statistics, something like 50

14   percent of people with diabetes don't know it.

15       A    That's been a pretty standard statistic that

16   people have kicked around for many years.  It's probably

17   at least that high.

18       Q    Is it your thought -- what role does genetics

19   play in it?  Do you think a genetic predisposition is

20   sort of a necessary predicate or not?

21       A    It's -- it's not -- it's not necessary.  It is

22   obviously an important component, particularly for Type 2

23   diabetes.  I mean, I probably should have made that clear

24   that that's what we're talking about.

25       Q    Right.  I should have as well.

32

1      A    But, absolutely, Type 2 -- Type 2 diabetes is a

2    very strong genetic and -- and racial pattern.

3      Q    And then what is it about -- and we have a

4    person who's obese and they've been -- we've had the five

5    to seven years that go by.

6         What is it about the obesity that then

7    contributes to the diabetes, in your view?

8      A    Nobody quite knows, but the presence of fat,

9    the presence of adipose stores makes a person less

10    sensitive to regular circulating levels of insulin.  So

11    insulin that used to have a certain impact on glucose

12    levels doesn't have the same impact.  So the pancreas has

13    to work harder, in a state of relative insulin

14    resistance.  And as the pancreas work harder and harder

15    to keep up with -- with basically what's a steeper and

16    steeper hill that it has to climb, it eventually wears

17    out.  So the initial stages of insulin-resistant

18    diabetes, of Type 2 diabetes, are abnormal glucose

19    levels, but your insulin levels are rising progressively

20    and then your insulin levels start to drop, glucose then

21    begins to rise, cross the threshold, diagnostic threshold

22    for diabetes.  But at that point, the pathologic process

23    has been transpiring for a good -- good amount of time.

24         How exactly does the presence of adiposity

25    causes that insulin to have less of an effect on the same

33

1    insulin receptors before the adiposity was there, they're

2    still working that out.

3        Q    So we don't know exactly the mechanism but the

4    observation you think is -- is a clear one?

5        A    Yeah.  The obser- -- observation is -- is -- is

6    quite a solid one.  And there's a good deal of -- of --

7    of work on the details but I -- at least to my reading

8    and my understanding, it's not been worked out, at least

9    in any thoroughness.

10       Q    So if I understand it, it's a buildup, not --

11   not just of weight, per se, but of weight in the

12   midsection that really -- that really is what we're

13   talking about here?

14       A    Yeah.  With the diabetes, it is specifically

15   related to adiposity --

16       Q    Right.

17       A    -- which is what we've been talking about.  I

18   mean, obviously there are people who are predisposed to

19   develop the type of diabetes we've been talking about,

20   and later in life, they may develop diabetes at a

21   completely normal weight.  They're just more susceptible

22   to it.  They would have developed it earlier had they

23   been obese, but even not being obese, they still

24   developed it.  So -- so it -- it -- adiposity is clearly

25   a component of it.  It is not the only component and it

34

1    is not even a necessary component for everybody.

2        Q    In some folks?

3        A    In some folks.

4        Q    So in other words, for those patients whose

5    diabetes is driven by obesity --

6        A    Okay.

7        Q    -- the sort of weight gain we're talking about

8    is weight gain in the midsection as opposed to elsewhere?

9        A    That's correct.

10        Q    Okay.  And it's going to be weight gain that

11    builds up over the course of years before -- to -- to

12    involve this chronic problem with insulin resistance?

13        A    We didn't quite -- quite talk about that.

14    The --  the insulin resistance can come on pretty quickly

15    with the weight gain.  The pancreas, though, can respond

16    to that.  It can take care of it.

17          When you're thin, your pancreas puts out a

18    lower amount of insulin per day than when you're heavy,

19    but you still have a normal -- normal glucose.

20        Q    Right.

21        A    So yes, insulin resistance is there, but

22    there's no signs of it before your glucose becomes out of

23    whack.

24        Q    The -- as the weight builds up over the years,

25    it's a chronic -- it's a chronic process before diabetes

35

1    develops?

2        A    In general.  In -- in general, that's -- that's

3    true.  I mean, there's sometimes overwhelming infections,

4    enormous stress, all of those things cause a greater load

5    on the pancreas, you can suddenly develop glucose

6    disregulation, when you didn't have it before, over the

7    course of a very short period of time because of that

8    inordinate extreme stress.

9        Q    And on the other hand, there are people who can

10   gain weight over the course of many years, become quite

11   obese and they never develop diabetes?

12       A    That actually is the norm.

13       Q    Right.

14       A    Much more people can become obese and not

15   develop diabetes, than become obese and do develop

16   diabetes.  It is a minority problem.

17       Q    And -- and so the -- the discussion we're

18   having here about the weight gain, obesity and chronic

19   obesity and diabetes, that's sort of discussion about

20   populations, but it doesn't necessarily apply to -- to

21   individuals?

22       A    Correct.

23       Q    And I think, certainly, whether it's about a

24   medication or anything else, case reports of eating this

25   food or taking this medication and diabetes are not

36

1   themselves indicative of causation?

2       A   Of -- of course not.  They're just -- they're

3   just observational hints.

4       Q   Yeah.

5           And I think -- I think you agree there's many

6   other -- there's a variety of risk factors for diabetes?

7       A   Of course there are.

8       Q   Can you tell me some of those that occur to

9   you?

10      A   Well, we -- we --

11      Q   We talked about a lot of them --

12      A   We --

13          THE REPORTER:  I'm sorry.  I need both of you

14  to slow down.

15          MR. AUSTIN:  That's fine.  Thank you for

16  telling us.

17          THE WITNESS:  We have, indeed, talked about --

18  talked about many of them.  The bulk of them are the ones

19  we have talked about:  genetics, racial, gender and the

20  physical characteristics of the patient.

21  BY MR. AUSTIN:

22      Q   And so they'll be some patients that, because

23  of genetic factors and others, may get diabetes and never

24  become obese?

25      A   That's correct.

37

1      Q    And I think you said the majority of obese

2    people do not develop diabetes because they don't have

3    these combination of other factors?

4          MR. FIBICH:  Object to form.

5          THE WITNESS:  Presumably.  There might actually

6    be something specifically protective that they possess,

7    that the persons that develop diabetes don't possess.  We

8    just haven't identified what that is.  I mean, why one

9    person's adiposity doesn't mess with your glucose

10   regulation and another person who's equally obese has

11   horrible problems with glucose regulation.  So it --

12   it -- it might not be that there's -- that there's

13   something deficient in one.  It might be -- it might be

14   that -- that the normal person actually has -- has yet

15   unidentified protective factors that -- that allow them

16   to become massively obese.

17   BY MR. AUSTIN:

18     Q    So, for example, looking at it from the genetic

19   perspective, it may not be that there's a genetic

20   deficiency that causes, you know, that makes them

21   somewhat susceptible to diabetes.  It may well be that

22   other people have a protective gene.

23     A    That's correct.  The same thing could be said

24   for cardiovascular disease.  For instance, we know

25   obesity is related to cardiovascular disease and

38

1    hypertension.  Yet there are plenty of obese people who

2    don't have hypertension, don't develop lipid

3    abnormalities and have no other specific associated

4    cardiovascular disease.

5        Q    All right.  Then let's talk now about

6    antipsychotic medications.

7            What is your view on how antipsychotic

8    medications may contribute to diabetes?

9        A    My view in -- in large part is that the -- the

10   medications cause an increased rate, observed rate, of

11   diabetes are by virtue of the fact that they cause people

12   to gain weight.  There is some minor work in animals,

13   some observational work, short-term work in humans, which

14   would suggest that some of the drugs may also have a

15   minor direct impact on pancreatic functioning.

16           It's my belief that, if that occurs, it's a

17   relatively minor -- minor effect.  It's interesting but

18   it's relatively minor.  The biggest effect is the fact

19   that it makes people gain weight and that that is the

20   risk factor which -- which of course exposes them to

21   greater endochronologic disturbance.

22       Q    The studies that suggest that there might be,

23   as you've described, a very minor direct effect on the

24   pancreas, what medications are those?

25       A    The -- the medications that have been most

39

1    consistently looked at are clozapine, olanzapine.

2          MR. FIBICH:  Why don't you spell those.

3          THE WITNESS:  C-l-o-z-a-p-i-n-e and olanzapine,

4    o-l-a-n-z-a-p-i-n-e, and quetiapine, q-u-e-t-i-a-p-i-n-e.

5    There are even a couple of -- of reports also involving

6    risperidone, r-i-s-p-e-r-i-d-o-n-e.  And I think -- I

7    think those are the ones that I recall.

8    BY MR. AUSTIN:

9      Q    What -- what specific studies are you talking

10   about with respect to quetiapine?

11     A    I don't have them -- I don't have them locked

12   in my head.  But there were --

13     Q    Can you describe them?

14     A    Yeah.  They -- they -- fairly -- fairly

15   standard thing that people do is short-term trials of

16   medications and do clamp studies pre and post.  It's

17   mixed literature.  Some yes, some no.  Lots of

18   discussions about the adequacy, the types of -- of --

19   of -- the research designs.  And, as I say, the effect

20   is, certainly in the short term, is a minor one.  They're

21   interesting, but I don't think -- I don't think they

22   explain what we see clinically.

23     Q    Right.

24          So do you think they're the driver in what

25   we're seeing with patients developing diabetes on these

40

1    medications?

2          MR. FIBICH:  Object to form.

3          THE WITNESS:  I do -- I do not -- I do not

4    believe that there's direct toxicity of any of these

5    medications, quetiapine included, on -- on the pancreas,

6    explains the bulk of the observed endochronologic

7    disturbance that has been reported.

8    BY MR. AUSTIN:

9          Q    Do you think that it has been established to a

10   reasonable degree of scientific certainty, that, in fact,

11   quetiapine does, in fact, have any direct effect on the

12   pancreas?

13         A    That quetiapine does have a direct effect?

14         Q    Yes.

15         A    No, I don't believe it's been established.

16         Q    In other words, there's been many attempts to

17   look at it and sort of conflicting results.  It hasn't

18   really been established.

19         A    That's correct.  I mean, that's true for all of

20   the medications we've talked about.

21         Q    So the mechanism, in your view, is just simply

22   weight gain?

23         A    That's the -- I think the most parsimonious

24   explanation for what we see.

25         Q    And then, in your view, what is it about the

41

1    medications that contribute to weight gain?

2        A    Well, it's -- it's my belief that the

3    medications actually impair satiety and --

4        Q    Meaning?

5        A    Meaning that -- that one of the primary

6    mechanisms that controls how much we eat, which is

7    whether we notice we're full.  And there is a mechanism

8    whereby that process occurs.  And that mechanism is

9    interfered with with the atypical antipsychotics, in

10   addition to many other medications, of course, but -- so

11   a decrease in satiety causes a person to overeat and the

12   increased consumption of calories following second along

13   thermodynamics causes you to gain weight.

14       Q    So it's not -- if I understand it, it's not

15   that they somehow adjust your metabolism or change your

16   food preferences or anything of that nature.  It's just

17   simply you eat more of what's on your plate?

18       A    Lots -- lots of people have talked about --

19   talked about carbohydrate craving this, fat loving that

20   and -- and odd appetite choices of one sort or another.

21   But no, it's my belief that a large bulk of it is a

22   failed satiety.

23       Q    So while there's been talked about that they

24   may -- the drugs may stimulate carbohydrate --

25   carbohydrate craving or other things like that, those are

42

1    theories.  But in terms of what you think is really --

2    what the best sign is, it just simply increases your

3    appetite?

4        A    Yeah, that's my belief; that's my reading of

5    the literature, and that's certainly my observation of

6    patients.  They eat more of whatever is in front of them.

7        Q    Okay.  And I take it that the impact of the

8    various medications will vary from individual to

9    individual in this regard?

10       A    Oh, absolutely.  Allow a vignette from

11   downtown.

12       Q    Sure.

13       A    I have two brothers, both of whom have

14   psychotic illness, both of whom are on quetiapine.  There

15   have a difference of age of about four years, about the

16   same height and they weighed approximately the same

17   before they were started both on quetiapine, prior to my

18   coming on to their care.  Taking approximately equivalent

19   dose, one 400, one 600 milligrams.  The one young man

20   weighs 315 pounds; the other young man weighs 155.  And

21   you can hardly get a better experiment than that.  And --

22   and the whys and wherefores it affects one and not the

23   other is difficult to predict.

24       Q    Right.

25            Does this process of increased appetite also

43

1    occur with some of the first-generation drugs?

2        A    Yeah.  Again, it's -- it's not specifically an

3    increase in appetite.  The -- sometimes patients describe

4    that sensation, but it's really that I'm not full.

5        Q    Okay.

6        A    And it's a little -- it's a little different

7    and --

8        Q    It's a decrease in sort of a feeling it's time

9    to stop eating?

10       A    Exactly.

11       Q    Okay.

12       A    Exactly.  And does it occur with the older

13   drugs?  Absolutely, it occurs with many drugs.

14       Q    What other sorts of drugs?

15       A    Oh, sort of the notoriously and interesting are

16   the -- the antihistaminic drugs that one takes for

17   generalized urticaria or seasonal rhinitis, hay fever,

18   allergies, whatnot.

19       Q    Allergy medication?

20       A    Exactly.  Those are -- those -- and I produce

21   and I bring those up is because those medications,

22   medications like loratadine, l-o-r-a-t-a-d-i-n-e, are

23   medications that are polar, don't cross the blood-brain

24   barrier.  So they don't get in the brain and yet they'll

25   cause people to gain weight.  So peripheral effects of

44

1    these antihistaminic drugs decrease satiety, cause you to

2    gain weight.  The older generations of -- of

3    antidepressants typically cause people to gain 10, 12

4    pounds.  And, again, we stopped --

5        Q    Give me an example, drug example.

6        A    Elavil, E-l-a-v-i-l.

7        Q    Tricyclic?

8        A    Tricyclic antidepressants, correct.

9        Q    That's fine.  Tricyclic?

10       A    Exactly.  The -- some of the newer-generation

11   antidepressants, mirtazapine, m-i-r-t-a-c-e-p-i-n-e

12   (sic), also cause people to gain weight, five, six,

13   seven, pounds and.  Again, through similar -- or

14   presumably similar -- similar mechanisms.  Medications

15   like Depakote, D-e-p-a-k-o-t-e.

16       Q    Which is used for?

17       A    Originally for seizures but also used for

18   people with mood instability like bipolar illness.  That

19   is a -- I believe that that is a different mechanism,

20   however.  I believe that that is an increase in appetite.

21   Gain weight in a slightly different fashion than they do

22   with satiety abnormality.  So lots and lots --

23       Q    Right.

24       A    Lots and lots of our drugs.  In general, weight

25   gain -- lithium -- from many different drugs in

45

1    psychiatry is extremely common.

2         Q    There is weight gain with -- with lithium?

3         A    Weight gain with lithium is, on average, about

4    five pounds, six pounds.

5         Q    Valproate?

6         A    Valproate is probably closer to 8 to 10 pounds

7    on average, very, very significant in some people.  Those

8    are just population averages for individuals.  It's

9    enormous ferons.

10        Q    Right.

11             And -- and -- so while we can talk of these

12   drugs in terms of, sort of looking across the population

13   what they do, you know, how it is on average.  You really

14   can't.  That -- none of that really can apply to the

15   individual?

16        A    None of it may apply to the individual.

17        Q    Right.

18        A    Correct.

19        Q    In other words, if an individual takes lithium

20   and gains, you know, 10 pounds, it's difficult to say

21   that the lithium is what caused him to say gain 10

22   pounds?

23        A    It's not quite that -- that difficult, and the

24   reason is -- is as follows:  Is we, as humans, tend to

25   follow a fairly specific pattern of weight.  Look at

46

1    it -- any individual life and that person is either

2    stable or gaining weight, on average, at a certain

3    trajectory.  They don't stair-step.  They don't have

4    these massive changes, plateaus, massive changes,

5    plateaus.  So if you have a background of that person's

6    trajectory, you then superimpose upon that or introduce

7    upon that trajectory a medication like lithium.  And you

8    see over a believable course of, say, over two or three

9    months, you see a change of 12 pounds, when there's no

10   other three-month epic that had such a weight increase, I

11   think it's pretty easy to say, yeah, it looks like it's

12   due to lithium.

13       Q    Unless there, perhaps, may have been something

14   else going on?

15       A    If they're taking other drugs or other --

16   other -- there's another explanation for it, absolutely.

17   That assumes that there is no other obvious explanation.

18       Q    For example, somebody hurts their back and

19   they're laid up and they're not as active?

20       A    That could also be an explanation, yes.

21       Q    So you'd want to look at a variety of factors

22   before you could determine that, gee, that weight gain

23   was due to lithium.

24       A    Of course.

25       Q    And that would be true with Seroquel as well?

47

1      A    That would be, exactly.

2      Q    Okay.  And then for any individual person, the

3    fact that they gained 10 pounds only contributes to the

4    risk of diabetes to the extent that it is in their

5    midsection, as opposed to elsewhere?

6      A    No.  Again, that's -- that's arguing, again,

7    from -- from the group to -- to the specific.  In

8    general, it's omental adiposity for the group.  But for

9    the individual, that's more difficult to predict.

10      Q    Right.

11          Talking about -- so with -- with all of the

12    first-generation drugs, is there some level of weight

13    gain?

14      A    All except for one.

15      Q    And which one?

16      A    Molindone, M-o-l-i-n-d-o-n-e.

17      Q    Is that prescribed much these days?

18      A    It was never prescribed much, any days.

19      Q    All right.  So in terms of your choices as a

20    clinician, all of them -- all of the standard drugs,

21    whether the first or second generation, carry some rate

22    of risk of weight gain?

23      A    Yes.  It's relatively minor with high-potency

24    conventional drugs; modest with low-potency conventional

25    drugs.

48

1    Q    And I know a lot of what we'll talk about today

2    is comparing what's the rate with this drug versus that

3    drug.

4         I take it, in your practice, you don't have an

5    opportunity to treat people with placebos; that's not an

6    option?

7    A   I -- I -- I don't anymore.  I certainly did.

8    Q    But not -- not in terms of actually trying to

9    treat their illness, I guess is what I'm saying.

10   A   Well, I mean to the -- to the degree that my

11   patients and I participated in studies that I designed,

12   they occasionally involved placebos; that was not a very

13   common thing.

14   Q    Right.

15   A   I mean, if you go -- go through my -- my

16   career, you will find that I -- that I did do that on

17   occasion.

18   Q    I guess what I meant to say is in the -- in the

19   typical -- in a clinical practice, if you have a patient

20   with serious mental illness, not treating them is

21   typically not an option?

22   A   Of course not.

23   Q    So you're, of necessity, choosing between a

24   variety of potential therapies all of which carry some

25   weight gain liability?

49

1      A    Among many other liabilities --

2      Q    Right.

3      A    -- but that's a choice of toxicities, is

4  basically the core clinical dilemma.

5      Q    And I think I've seen you testify in the past

6  that these drugs have a very distinctive weight gain

7  pattern in terms of timing?

8      A    I do.

9           MR. FIBICH:  Object to form.

10  BY MR. AUSTIN:

11      Q    Can you tell me, do these drugs, the

12  antipsychotics, including Seroquel, have a distinctive

13  weight gain pattern?

14      A    Yes.  In terms --

15      Q    In terms of timing.

16           MR. FIBICH:  Object to form.

17           THE WITNESS:  In general.

18  BY MR. AUSTIN:

19      Q    Can you tell me what that is?

20      A    Yes.  If you look -- if you look at --

21           MR. AUSTIN:  Let me ask you this:  What's the

22  objection to that question?

23           MR. FIBICH:  Well, "these drugs" is my problem.

24  I think that's somewhat vague for the purposes that have

25  been given in the --

50

1          MR. AUSTIN:  All right.

2          MR. FIBICH:  Vague.  Are you asking an average?

3          MR. AUSTIN:  Okay.  I'm just talking about this

4     mechanism we've been talking about.  Patients take a

5     medication and it decreases their ability to judge when

6     they should stop eating.

7          MR. FIBICH:  Okay.  And by "these drugs," are

8     you talking about --

9          MR. AUSTIN:  Antipsychotics.

10         MR. FIBICH:  First --

11         MR. AUSTIN:  Including quetiapine.

12         MR. FIBICH:  First --

13         MR. AUSTIN:  Both.

14         MR. FIBICH:  All antipsychotic medication --

15         MR. AUSTIN:  Yeah.

16         MR. FIBICH:  First and second generation?

17         MR. AUSTIN:  Including quetiapine.

18         MR. FIBICH:  Okay.  I'm not trying to be

19    interruptive.  Will you restate your question so I

20    understand it, again.

21         MR. AUSTIN:  All right.

22     Q    This mechanism we've discussed where patients

23    take antipsychotics, including quetiapine, and it

24    decreases their feeling that it's time to stop eating;

25    therefore, leading to weight gain.

51

1          I think -- is it correct that these drugs have

2     a sort of distinctive pattern in terms of the timing of

3     this weight gain occurrence?

4          A    In general, yes.  Failed satiety is -- causes

5     the following pattern.  It is initially a fairly linear

6     increase that begins with the introduction of the drug;

7     that then moves to a plateau at a certain time

8     downstream.  This slope of that plateau is related to the

9     ultimate time to plateau.  In other words, the steeper

10    the plateau, the more protracted, the longer period of

11    time the -- no, the steeper the initial trajectory,

12    rather, the longer the time to the plateau.

13         So said another way, the more weight you're

14    going to gain, the faster you demonstrate the increase at

15    first.  But on average for, say, quetiapine, which on

16    average shows a weight shift of about nine pounds, that

17    will demonstrate itself in the first couple of months of

18    treatment.

19         Q    Okay.

20         A    A drug that's going to cause a 50-pound weight

21    gain, they're not going to reach a plateau until after

22    six months.

23         Q    Okay.  So let's focus on quetiapine.  And I may

24    sometimes call it Seroquel, that brand name.  Quetiapine

25    is the generic name, but we're talking about the same

52

1    thing; correct?

2        A    We are.

3        Q    Okay.  What is the weight pattern in terms of

4    both amount and timing that you believe occurs with

5    Seroquel?

6        A    Again, if we're talking about average --

7        Q    Right.

8        A    -- on -- on average, looked at short-term

9    trials, say, to an aggregate of 10 weeks' duration, a

10   person will gain about nine pounds.  That's the average

11   person; and that will have been achieved on average by

12   about week eight.  So it's about a pound a week.  That's

13   the slope of the trajectory.  And the plateau is achieved

14   at a couple of months.

15       Q    If you see a patient who takes Seroquel,

16   doesn't gain any weight over that initial period and then

17   six months down the road gains weight, are you able to

18   attribute that to the drug?

19       A    That would be --

20           MR. FIBICH:  Object to form.

21           THE WITNESS:  That would be an unusual --

22   unusual pattern.  If -- if that occurred, I would wonder

23   if there's something else going on.

24   BY MR. AUSTIN:

25       Q    And that's where you want to look at lifestyle,

53

1    other drugs?

2         A    Exactly.  I mean, for that particular pattern,

3    what I would be interested in is were there other drugs

4    that were introduced/withdrawn that might explain that,

5    or was there something going on in a person's life which

6    would more reasonably explain the timing.

7         Q    And I imagine a combination of drugs may

8    matter.  But if a person is taking more than one

9    medication, it's sometimes difficult to figure out which

10   may be contributing what in their --

11        A    Absolutely.  And sometimes thanks to -- thanks

12   to -- thanks to Abbott Pharmaceuticals who did a study

13   where they combined Depakote with risperidone and

14   olanzapine.  So those are three drugs that notoriously

15   cause weight gain.  And so one nice study where you got

16   to see what's the effect of the individual drug, and

17   what's the effect of the additive drug.  And it was

18   extremely interesting in that it allowed you to know that

19   for risperidone the addition of Depakote doubled the

20   weight gain so that it was equivalent to the weight gain

21   associated with olanzapine; however, the addition of

22   Depakote to olanzapine really didn't change the ultimate

23   outcome.

24            So it -- for some drugs that are particularly

25   bad at weight gain liabilities, there is a limit to the

54

1    speed with which a person will gain weight.  And with

2    clozapine and olanzapine, for instance, those drugs

3    actually achieve pretty close to the maximum speed weight

4    gain.  So the addition of other drugs that are notorious

5    for weight gain don't actually cause an incremental

6    increase.

7        Q    And I take it even that analysis, whether or

8    not a drug -- one drug contributes to another, sort of

9    makes generalizations across populations.  But, again,

10   for an individual, it's going to be impossible to

11   predict?

12       A    Absolutely.  You can't -- and, further, you

13   can't extrapolate from those specific drugs to other

14   specific drugs.

15           MR. AUSTIN:  Why don't we go -- I'm thinking I

16   want to go find that water, if I can.  So let's just take

17   a break.

18           (Recess.)

19           (Exhibit 4 was marked for

20            identification by the court reporter

21            and is attached hereto.)

22   BY MR. AUSTIN:

23       Q    Doctor, I'm going to show you what we've marked

24   as Exhibit 4.  And this is the deposition notice.

25           Have you seen it?

55

1      A   You mean, other than right now?

2      Q   Yes.

3      A   I think so, yes.

4      Q   Okay.  And it's got a list of the documents on

5   the back which probably in all, read together, means

6   everything that you've reviewed.  And I think you've told

7   us already that you brought that here.

8          In other words, we can go through each of

9   these, but the fact of the matter is I think it just asks

10  you for everything that you reviewed.  And I think you've

11  told us it's here.

12     A   Yeah.  This -- this Schedule A, if you're

13  referring to Schedule A --

14     Q   Yeah.

15     A   -- asks for more than what I've reviewed.

16     Q   Okay.

17     A   But yes.

18         MR. FIBICH:  Okay.  Let me make a comment, if I

19  may.  On No. 4, it's requested all documents reflecting

20  time he has spent as an expert witness in the Seroquel

21  litigation or any other litigation involving atypical

22  antipsychotics.  We -- I didn't get this notice until

23  just recently.  I don't know actually when it was

24  disseminated.  It says September 22nd.  And I do not

25  believe this is a request that we had agreed upon in the

56

1    matter in which we were to produce documents, number one.

2          Number two, because of the lateness of the

3    notice that was given to me, Dr. Wirshing didn't get it

4    till late.  And it would be impossible -- was impossible

5    for him to produce all documents involving other atypical

6    antipsychotic litigation.

7          I'm sure that you are aware, if you're not,

8    that Dr. Wirshing has been involved, as an expert in the

9    litigation involving the antipsychotic drug, Zyprexa,

10   and, in fact, testified in the Alaska Attorney General

11   trial and may have given depositions in some other cases.

12   So he doesn't have that material here today.  And I'm

13   going to object to the request to produce it today.

14         MR. AUSTIN:  All right.  Understood.  Is that

15   something you'll at least consider producing eventually?

16         MR. FIBICH:  Yeah.  Sure.  I mean, yeah, quite

17   frankly, you know, I think that if you do not have his

18   testimony, that's pretty easy to get, his trial testimony

19   and his deposition testimony.  I'll be surprised if you

20   don't already have that, but if you do not have that,

21   we'll consider producing it.  Just write me --

22         MR. AUSTIN:  Okay.

23         MR. FIBICH:  -- and persuade me that you need

24   it.

25   BY MR. AUSTIN:

57

1      Q    Item No. 1 is the materials and documents

2    relating to Seroquel that you've reviewed prior to or

3    since you were retained as an expert.

4           Is that documents we have here today relating

5    to Seroquel?

6      A    Yes, sir.

7      Q    Okay.  Materials that you've considered, as

8    well as others you relied on to support your opinions, in

9    the Seroquel litigation.

10          Anything else other than what we have here

11   today?

12     A    Not anything of substance.

13     Q    Okay.  Any work product, notes, memoranda.

14          And I think you've given us some typed up notes

15   here; correct?

16     A    That's correct.

17     Q    Any others?

18     A    No.  I do not, as a habit, ever take notes.

19     Q    All right.  Four, we've talked about.  That's

20   the list of time as a witness, and Mr. Fibich and I will

21   talk about that separately.

22          You have given us, I think, have you not, a

23   list of the cases in which you've testified in the last

24   four years about Seroquel or any other antipsychotic

25   drugs?

58

1      A    Yes, sir, I believe that was attached to my

2    report.

3      Q    All right.  What about communications with

4    plaintiffs' counsel in connection with the litigation?

5    Are there any correspondence, other than the documents?

6      A    I mean, there might be a cover letter or two

7    that's included.  You know, "Dear Bill, please find

8    enclosed the following documents."  I believe they're

9    probably inside these boxes over there.  I don't actually

10   recall any other correspondence.

11     Q    There's nothing -- there's no file that you

12   have at home or at your office that we don't have here

13   today?

14     A    That, I can pretty much guarantee you.

15   Absolutely not.

16     Q    Okay.  Have you had any communications --

17   on No. 7, any communications with any other witnesses,

18   any expert witnesses, any other witnesses of any kind in

19   connection with this litigation?

20     A    With this litigation?

21     Q    Yes.

22     A    No.

23     Q    In other words, the plaintiffs have designated

24   some other experts.  You haven't spoken with them?

25     A    Honestly, I don't even know who they are.

59

1     Q    Right.

2          Eight, you've not done any examinations of any

3     plaintiff in this litigation, at least to your knowledge?

4     A    No.

5     Q    Okay.  Do you know whether any of your patients

6     are plaintiffs in this litigation?

7     A    I have no idea.

8     Q    Okay.  No. 9 is all communications with any

9     plaintiffs' counsel related to your speeches,

10    presentations, manuscripts or other writings, concerning

11    Seroquel or any other antipsychotic.

12         Any communications with plaintiffs' counsel

13    about writings that you're doing on this topic or

14    presentations or speeches?

15    A    Well, perhaps there is one.  I -- I -- I wrote

16    a letter to the editor that is kind of worming its way to

17    the peer review rabbit warren.

18         MR. FIBICH:  Rabbit what?

19         THE WITNESS:  Warren, w-a-r-r-e-n, that I think

20    I sent to Tommy.  I also sent -- I also sent it to Astra

21    Zeneca.

22    BY MR. AUSTIN:

23    Q    What is the topic?

24    A    Quetiapine.

25    Q    Quetiapine and what?

60

1        A    It was a very interesting case of a woman who

2    was initially abusing, at a certain point in her life,

3    and then began using it appropriately, which is a very

4    uncommon thing for anybody to do with an addictive

5    substance.  And I found it of interest because that

6    doesn't usually occur either -- either with a compound or

7    with a person who has an addictive proclivity.  And I'm

8    still interested in getting it published.  And I believe

9    I have it here today but it's actually not in -- in this

10   list.

11       Q    Okay.

12       A    I can give that you it.

13       Q    Yeah, if maybe over the lunch, you --

14       A    It's on the computer.

15       Q    -- can get me a copy of it.

16            All right.  Thank you.

17            All right.  Anything, any other correspondence

18   like that with plaintiffs' counsel about speeches you

19   intended to give, speeches you've given, article you're

20   going to write, things of that nature?

21       A    In terms of correspondence, I don't -- I don't

22   believe that I -- other than the report, I don't believe

23   I've had written communications with anybody

24   specifically.

25       Q    Do you have any -- No. 10, do you have a

61

1   written, you know, engagement letter, retention agreement

2   with Mr. Fibich or any of the other plaintiffs' counsel

3   for your work in this litigation?

4       A   I never had such things.

5       Q   Okay.  Any -- any agreement through a third

6   party, like an expert witness service or anything of that

7   nature?

8       A   I don't even know what that is.  No.

9       Q   Okay.

10      A   No.  No.  No.  My way of doing business is I do

11  the work and then I send you a bill.

12      Q   All right.  No. 11 is records of fees for time.

13  And you have given us, I think, two bills for your time

14  in this case.

15      A   That's correct.  Those are the only two bills

16  I've sent in.

17      Q   How -- how uptodate are they?  Here you go.

18  Take a look at them.

19          And, in fact, I've handing you what we've

20  marked as Exhibits 2 and 3.

21      A   Well, for the record, my billing is uptodate.

22  My reimbursement, however, is somewhat lacking.

23      Q   I knew that.  I -- I assumed that coming in.

24          MR. FIBICH:  Thanks for bringing it up.

25  BY MR. AUSTIN:

62

1    Q    Could you do me a favor, because you can read

2    these certainly better than I can.  Tell me the dates.

3    Tell me what Exhibits 2 and 3 are.

4    A    Certainly.

5    Q    And read the amount and dates.

6    A    Yeah.  Exhibit 2 is an invoice to Mr. Canty,

7    C-a-n-t-y, first name Dennis, dated 11 September 2008,

8    for 4.5 hours of work.  A total invoice of $2,250.

9        And then an invoice dated -- this is Exhibit 3,

10    rather, an invoice dated 7 September 2008 to Glenda

11    Grainger, G-r-a-i-n-g-e-r, of Mr. Fibich's office and to

12    Mr. Fibich for 55.75 hours of work at $27,875.

13    Q    So adding those, it sounds like you spent about

14    60 hours up to today.

15    A    Almost exactly, yes, sir.

16    Q    Okay.  And, obviously, this doesn't include the

17    time we're spending here today?

18    A    It does not.

19    Q    Did you do any particular work just to prepare

20    for this deposition?

21    A    I had dinner with Mr. Fibich last night.

22    Q    Probably talked football and things like that

23    mostly?

24    A    We actually -- I'm embarrassed to tell you.  We

25    actually spent most of the time talking about his

63

1    children and my children.  We're a couple of pathetic

2    doting fathers.

3            MR. FIBICH:  Two of our favorite subjects.

4    BY MR. AUSTIN:

5        Q    Have you met with any other plaintiffs' counsel

6    in connection with this litigation, the Seroquel

7    litigation?

8        A    No.  I've -- I've physically not met with

9    anybody except with Mr. Fibich.

10       Q    It's all been basically by mail and looking at

11   documents, by phone, and the one dinner last night?

12       A    That's correct.  Oh, no, that's not quite

13   accurate.  I did meet with Glenda Grainger of

14   Mr. Fibich's office on two occasions.  During those two

15   occasions, she brought a fellow attorney with her, his

16   name, I think was Tom.

17           MR. FIBICH:  Scott Neighbors, perhaps.  Scott

18   Neighbors?

19           THE WITNESS:  Scott.  Exactly.  That's what I

20   meant to say.

21   BY MR. AUSTIN:

22       Q    And can you tell me when those meetings were?

23       A    I can tell you approximately.

24       Q    Right.

25       A    Early summer, midsummer.

64

1     Q   2008?

2     A   Yes, sir.

3     Q   And what was the purpose of those meetings?

4     A   I think the purpose of the first meeting was to

5  do just that, that is to say, meet and present a brief

6  outline of their specific case that -- that Glenda and

7  Scott had.  And the -- the purpose of the second

8  meeting -- both these meetings were half an hour duration

9  or so.  The purpose of the second meeting was, I think, a

10  gentle reminder of when my report was due.

11     Q   Do you have a copy of your report with you?

12     A   I -- I actually do, yes, sir.

13     Q   And then, is that your -- what is this --

14     A   That's just another -- another document from

15  the case that -- that I pulled out.

16     Q   Can I just take a look at it?

17          MR. AUSTIN:  Why don't we go ahead and mark his

18  report.

19          (Exhibit 5 was marked for

20           identification by the court reporter

21           and is attached hereto.)

22  BY MR. AUSTIN:

23     Q   Doctor, we've marked your report as Exhibit 5;

24  correct?

25     A   Yes, sir.

65

1      Q    And -- and to that, as we received it, was also

2    attached your CV.  I'll tell you that.

3          Okay.  Have you provided a current CV to

4    counsel?

5      A    Yes, sir.

6      Q    Okay.  And then there was also this reference,

7    the 35-page reference list that we discussed earlier?

8      A    That's correct.

9      Q    Okay.  And does the report fairly and

10   accurately reflect and summarize your opinions?

11     A    Yes, sir.

12     Q    Let's go back to what we were talking before

13   the break.  We talked about as -- as people eat, they may

14   gain weight and how it varies from individual, about

15   whether that weight will be abdominal fat or peripheral,

16   just that subject matter.  Okay?

17         Is there anything about the Seroquel that

18   dictates where they -- where the weight -- where the

19   patients gain weight, if they gain weight?

20     A    I don't know.  I did write either one or two

21   case reports where it seemed to me that there was in

22   those patients a curious and selective omental change.

23   But in general, I don't know.

24     Q    And whether in those two patients, it was

25   simply due to their genetics, metabolism, whatever, you

66

1    couldn't say?

2        A    I couldn't.

3        Q    And -- and -- and really, if I understand the

4    mechanism, it's simply that the feeling of when to stop

5    eating is decreased.  People eat more.  But where they

6    actually lay the weight down is going to vary from person

7    to person.

8        A    That is absolutely true.

9        Q    And just to put a fine point on it, it's going

10   to lay down pretty much in the same place, whether they

11   eat because they're on Seroquel or whether they just eat?

12       A    That, I don't quite know.

13       Q    Okay.

14       A    But at this point that would be my bet.

15       Q    There's no -- there's no reliable scientific

16   evidence that you're able to point to that says we know

17   that if you take Seroquel, you're more likely to have

18   adipose fat?

19       A    No.  There is some -- in -- with olanzapine,

20   there is some curious animal data that's -- that says

21   that that might be true, but it's well below the level of

22   convincing proof for any of these compounds.

23       Q    Okay.  And then I think I understand you but I

24   want to be sure.

25            It's not your belief that simply because

67

1   there's a temporal association, somebody takes Seroquel

2   and gets diabetes, that that alone says the two are

3   related?

4       A   Of course not.

5       Q   Okay.  I assumed as much.  But I mean temporal

6   association by itself doesn't really prove a link?

7       A   No.  It's -- it's the first hint that there may

8   be a causal association, and it's certainly prudent to

9   investigate it further.

10      Q   Right.

11      A   But by no means dependent.

12      Q   And if we have a patient who takes Seroquel and

13  gains -- they call it the average -- they gain nine

14  pounds over -- over how long on average?  Two months?

15      A   Two and a half.

16      Q   Okay.  Let's say we have that kind of an

17  average.  You can't, just because that happened,

18  automatically say they gained weight because they took

19  Seroquel?

20      A   You can't automatically say that that's

21  correct.

22      Q   You'd want to look at other things in their

23  lifestyle, what other medication they were taking,

24  whether there may be other reasons why they're eating,

25  their diets changed, things of that nature?

68

1     A    And most importantly, you'd want to look at

2    their pre-Seroquel weight gain trajectory.

3     Q    Right.

4     A    If it was nine pounds every two months, well,

5    you didn't change it when you were -- when you introduced

6    the Seroquel.

7     Q    And I guess starting BMI -- in other words,

8    starting -- the starting weight when a person takes these

9    drugs, if you have a person who's already at 300 pounds,

10   certainly you want to explore the factors that got them

11   to 300 pounds and how those might bear on what happens

12   after they take Seroquel; in other words, something got

13   them to 300 pounds, diet, lack of exercise, something,

14   and you'd have to factor that in to determine whether or

15   not, if they gained weight on Seroquel, it was Seroquel

16   or something else?

17    A    Yeah.  Yeah.  Your question is actually is --

18   is several levels of complexity.  Is the --

19    Q    I confused myself.

20    A    Well, it's -- and it is -- it is an interesting

21   question.  As I understand it --

22    Q    Let me state it more simply.

23    A    Okay.

24    Q    Let me state it more simply.

25    A    Okay.

69

1     Q    Obviously, if a person is at a BMI -- very high

2   BMI, they're obviously -- before they ever took Seroquel,

3   their factors, their lifestyle, genetics, diet, whatever

4   got them to that level --

5     A    Correct.

6     Q    -- they obviously had a history of gaining

7   weight?

8     A    Correct.

9     Q    If -- at least that trajectory or that history

10  of chronic weight gain certainly complicates the picture

11  if they then take Seroquel and gain weight?

12    A    It doesn't actually complicate it any more than

13  if they -- you presented the story and they were thin.

14  The characteristics for me is the stability of that

15  weight.  When a person is -- is very obese, as opposed to

16  normal weight or thin, does the introduction of these

17  molecules, Seroquel included, does it have a differential

18  impact on the weight they will gain, does that person

19  gain the same amount of weight as a middle -- as a thin

20  person?  And the question is yeah.  They all seem to gain

21  about the same amount of weight, impressive as that is.

22        So you would think that the person who's obese,

23  they're more predisposed to obesity, you might think they

24  would gain weight more readily.  You also might think

25  that a person who's already gained weight is close to the

70

1    ceiling effects of the organism and is not going to be

2    able to gain any more weight.  And the empirical

3    observations is, boy, they all seem to gain weight.

4         So for me it's not necessarily the starting

5    weight, but actually how stable that starting weight was

6    that allows me to conclude whether or not I think the

7    drug was causally associated with the weight gain.

8    Q    Okay.  So you'd want to see sort of what their

9    history had been as they got to the 300 pounds?

10   A    Exactly.  Because you don't get there

11   yesterday.

12   Q    And you mentioned another point, that there are

13   certainly some patients -- and I would -- I would assume

14   this is true in the people with serious mental illness

15   who perhaps because of their illness and lifestyle are

16   underweight, haven't been feeding themselves, haven't

17   been taking care of themselves?

18   A    They're unusual.  With respect to the

19   schizophrenia that we were referencing before, they tend

20   to be females.

21   Q    And I take it that at least some degree of

22   weight gain is not necessarily going to be problematic in

23   those folks?

24   A    Yeah.  For an underweight person, certainly

25   gaining weight to a normal weight is not problematic.

71

1      Q    All right.  And I guess there -- there may be a

2    group of elderly patients who sort of -- that you'd have

3    a similar analysis, that sometimes getting elderly folks

4    to eat and gain weight is actually a therapeutic goal

5    sometimes.

6      A    That's different.  In general, the answer to

7    that is no.  When you're talking about medically infirm

8    people with serious medical illnesses that compromise

9    their metabolic status, they are in what is called

10   catabolic state.  Their losing weight is a consequence of

11   not eating, taking enough food stubs.  That's very

12   unusual for an elderly person, extremely unusual and very

13   serious.

14         Is the introduction of an agent in that

15   situation that causes weight gain, is it beneficial?

16   Absolutely.  Use it all the time.  We exploit the weight

17   gain toxicities of many different medications in that

18   scenario to encourage their -- their -- their eating.

19         However, if you'd asked the question of a thin

20   elderly person who has not lost weight due to a medical

21   infirmity, is the introduction of a drug which is going

22   to cause them to predictably gain fat, is that going to

23   be beneficial?  No, it's not beneficial.  Even if they

24   were thin at baseline, the addition of adiposity, the

25   addition of fat is deleterious even to -- even to a

72

1    pretty thin person, not -- not beneficial.

2        Q    I think, as we discussed, it would depend on

3    the type of fat?

4        A    Exactly.  And it would depend, exactly right.

5        Q    And -- and -- and as I hear what you're saying,

6    you're not -- Seroquel is associated with weight gain.

7    But you're not saying that it is predictably associated

8    with adipose fat?

9        A    No.  It -- it is actually -- we do know.  We

10   haven't talked about that but we do know the answer to

11   that.  The weight that people gain is -- is, as near as

12   we can measure, determine and tell, fat, that is the

13   weight that they put on.  There's a small percentage of

14   it that's other components.

15       Q    Right.

16       A    But the majority of it is adiposity.

17       Q    But it's not necessarily fat in the midsection?

18       A    That's correct.  It's not necessarily in the

19   midsection.

20       Q    I've probably been using the wrong term.

21           What -- what is the term you would use to

22   distinguish the weight gain in the midsection, which you

23   believe does contribute to diabetes versus the weight

24   gain that you gains elsewhere that does not?

25       A    We -- we've talked about a couple different

73

1    terms.  We've talked about truncal obesity or omental

2    adiposity.

3        Q    All right, truncal, I like better.

4        A    Okay.

5        Q    I can pronounce that.

6        A    Okay.

7        Q    So there's nothing about Seroquel specifically

8    that contributes predictably to truncal fat?

9        A    Not that we can determine with -- with

10   certainty.  There's certainly a number of those

11   observational reports that we've mentioned that suggest

12   maybe it's there.

13       Q    But the -- those reports and the science, as we

14   sit here today, don't rise to the level which you're able

15   to say the best science suggests that Seroquel

16   predictably contributes to truncal fat?

17       A    That's correct.

18       Q    And so if we look at an individual patient and

19   we see that they gain 10 pounds, that doesn't necessarily

20   mean that that's increased their risk for diabetes?

21       A    Correct.  It depends on the details.

22       Q    I want to talk with you a little bit about the

23   antipsychotics.  And you write at length in your

24   report -- I don't intend to go through line by line --

25   about the development of antipsychotics.

74

1          And I -- I take it you'll agree with me that

2      the first-generation antipsychotics were effective in the

3      treatment of schizophrenia?

4          A    Unarguably.

5          Q    Unarguably.

6              Were they -- were they originally developed to

7      treat psychosis?  I mean, what was their initial use?

8          A    Their initial use, as I talked about in -- in

9      my report, was in the prototypic illness, schizophrenia.

10         Q    Right.

11             Did they come to be used elsewhere?

12         A    Absolutely.

13         Q    Simply because that's all you had, "you" being

14     psychiatrists?

15         A    I was a very young boy at the time.

16         Q    I understand.  I was speaking of you as a -- I

17     was speaking of you, indicative of the profession as a

18     whole at the time.

19         A    Absolutely.  These medications were used, in my

20     estimation, very inappropriately in a broad spectrum of

21     behavior disorders, some of which were determined by an

22     underlying psychotic illness, some of which had nothing

23     to do with an underlying psychotic illness.

24         Q    I think I know what I'm talking about but I'd

25     rather be sure.  What -- what is a psychotic illness?

75

1      A    A psychotic illness is a major disturbance of a

2    persons's capacity to -- to test reality.  Sort of the

3    typical symptoms that you hear about and think about in a

4    psychotic illness is a person may hear, see, feel, smell

5    things that aren't there.  So they have perceptual

6    disturbances.  They have distortions of themselves

7    internally, distortions of what's going on around them.

8    They become unable to properly interpret the stimuli that

9    comes in.  They can't tell friend from foe, frequently

10   develop a chronic state of paranoia as a consequence of

11   being able to -- unable to determine internal mental

12   intentions of another person.  They can have a gross

13   disorganization of thought, such that their language

14   becomes almost unintelligible as a consequence of the

15   psychotic process.

16          So all of these things sort of considered in

17   total is this thing we call psychosis.  It's not a

18   diagnosis.  It's really a descriptor of symptoms.

19      Q    And it's indicative of schizophrenia?

20      A    Well, schizophrenia is a prototypic psychotic

21   illness but it is but one illness that has as its prodium

22   manifestations psychosis.

23      Q    What are other psychotic illnesses?

24      A    Oh, you can have psychosis as a consequence of

25   depression.  You can have psychosis as a consequence of

76

1    mania, a part of the bipolar illness.  You can have

2    psychosis as a consequence of a dementic process.

3    Probably 50 percent of people with Alzheimer's, for

4    instance, will have a psychotic episode at one time or

5    another.  You can have psychotic experiences as a

6    consequence of injudicious use of illicit substances.

7         MR. FIBICH:  He's familiar with that.  He's

8    familiar with that.

9         THE WITNESS:  And -- and you can have them as a

10   consequence of a whole variety of meta- -- of metabolic

11   derangements that basically cause your central nervous

12   system to go awry.  So uremia, infections, hypoxia,

13   hypotension.  All those things can cause -- cause

14   psychosis.

15   BY MR. AUSTIN:

16        Q    Do antipsychotics work on psychosis in

17   conditions beyond schizophrenia; in other words,

18   associated with dementia or associated with depression?

19        MR. FIBICH:  Object to form.

20        THE WITNESS:  Yeah.  They do to variable

21   degrees.

22   BY MR. AUSTIN:

23        Q    So when -- and I know that the original group

24   of antipsychotics, I think you said, were developed in

25   the 1950s?

77

1      A    That's correct.

2      Q    And I think you said they were a significant

3    improvement over psychiatric care available prior to that

4    time?

5      A    "Significantly" greatly understates the

6    improvement that they represented.

7      Q    And then I take it, from what you said, that

8    that they began to be used in a variety of other areas

9    outside of psychosis.  And in large part simply because,

10    in the early days, there really wasn't anything else to

11    use?

12         MR. FIBICH:  Object to form.

13    BY MR. AUSTIN:

14      Q    Is that fair?

15      A    Well, I think it's that plus the fact that they

16    worked so well in schizophrenia, at least for certain

17    elements of the psychotic process, that there was the

18    hope that maybe it will work --

19      Q    Right.

20      A    -- in something else also.

21      Q    So if we put psychosis over here, what is then

22    a mood disorder?

23      A    Mood disorder is just, as anyone might

24    conceptualize it, a disturbance of your mood.  The most

25    notorious and obvious one is a depression.  Fully a third

78

1    of us will experience at least a modest depression at one

2    point or another in our lives.

3         The other major component of mood disorders is

4    what's called bipolar disorder.  Bipolar disorder has

5    both the depression and a mood disturbance in the other

6    direction, which is excessive mood, that we call

7    hypomania or mania.

8    Q    And from what you said earlier, while

9    conceptually psychosis in mood disorders are conceptually

10   different entities, it sounds like there can be some

11   overlap.

12   A    Absolutely.

13   Q    So that a patient, perhaps with a primary mood

14   disorder or primary depression or a primary mania can, in

15   fact, have psychotic episodes?

16   A    Absolutely.

17   Q    And I take it that one of the things that

18   complicates your job as a psychiatrist is that people

19   don't often walk in the door and fit into a nice

20   pigeonhole, they have a variety of symptom that may be

21   indicative of a variety of different illnesses?

22   A    I would object to the characterization that it

23   makes my job difficult.  I think it's what makes my job

24   rewarding.

25   Q    It's probably what's the art of psychiatry as

79

1    opposed to the simple science of it?

2        A    I don't know that -- the -- the -- the -- the

3    science is so simple but -- but I think it's one of the

4    things that makes it maddeningly difficult to write an

5    algorithm to do the kind of things I do.

6        Q    Algorithm meaning we should start with this

7    drug and try that drug; that sort of thing?

8        A    Yeah.  Basically, it is -- it is a very nuanced

9    process, the interaction of one central nervous system

10    with another and trying to use that same central nervous

11    system to figure out what's wrong with the second one.

12        Q    And take it there's no one drug that works for

13    everyone?

14        A    That's an easy one.  That's correct.

15        Q    Okay.  And -- and we'll talk about this a

16    little bit.  But it strikes me, from reading what you've

17    written and elsewhere, that efficacy alone, how well does

18    it treat psychosis, let's say, if that were the only

19    determinant, everyone would be on clozapine.

20        A    I used to start my -- my lectures by saying,

21    "If my little girl, Allison, gets schizophrenia tonight,

22    she'd starts quetiapine tomorrow morning.

23        Q    All right.

24        A    Yes.  Your question's absolutely right.

25    Quetiapine is clearly the most effective drug.

80

1      Q    But of course it has other issues that have

2    limited its broad use?

3      A    The dark side of the equation is clozapine is

4    clearly the most toxic drug.

5      Q    Toxic in what ways?

6      A    Toxic in just about every domain.  I made

7    tenure on the toxicity of clozapine, for goodness sake.

8    It has -- it has -- it has toxicity in the central

9    nervous system, causes dense sedation, causes seizures.

10    It has toxicity in the bone marrow; it, rarely, causes a

11    tragic suppression of white cell formation.  It causes

12    significant weight gain.  It causes massive, what we call

13    sialorrheah, drooling.

14          MR. FIBICH:  Spell that, please.

15          THE WITNESS:  S-i-a-l-o-r-r-h-e-a-h.

16          As I say, it goes on.  It goes on and on and

17    on.  Clozapine is a very, very difficult drug to use.

18    And it is.  It has these toxicities which have greatly

19    limited what is a magnificent drug.

20    BY MR. AUSTIN:

21      Q    And I know when you were at the VA and UCLA, I

22    think you had a practice that involved a lot of

23    treatment-resistant patients?

24      A    Still do.

25      Q    Still do today?

81

1     A    Yes, sir.

2     Q    And these are folks who have been tried on

3    other medications unsuccessfully?

4     A    Correct.

5     Q    So I take it you probably have, over the course

6    of your career, used clozapine maybe more than the

7    average clinician?

8     A    I would say that's a pretty fair statement.

9     Q    And you say you maintain -- I mean, you have

10   patients that despite the toxicities they needed

11   clozapine?

12    A    Yes.  I mean, the use of clozapine, despite

13   what I've said about its toxicities, the use of clozapine

14   really calls upon a whole number of skills in order to

15   manage the toxic pallet.  And it is -- it is daunting but

16   at the same -- at same time, it's -- it's rewarding.

17   That being said and despite the laudatory things I can

18   say about clozapine, the task of trying to teach others

19   to use it and to get others to use it is -- it's almost a

20   lost cause.  It's so difficult.

21    Q    And clozapine, I guess, was the first of the

22   second-generation antipsychotics.  So the first atypical;

23   correct?

24    A    I would argue it's the only atypical.

25    Q    Right.

82

1      A    But yes, absolutely.  It was definitely the

2    first.

3      Q    And while -- while it is in the class of

4    atypical antipsychotics, in clinical use, it's sort of

5    set off to one side -- isn't it? -- just because of the

6    difficulties you've mentioned in -- in using it?

7            MR. FIBICH:  Object to form.

8            THE WITNESS:  It sits on the bench by itself

9    outside.

10   BY MR. AUSTIN:

11     Q    Yeah.

12          Now, the second-generation clozapine was

13   developed why?  Why were people looking for a second

14   generation?

15     A    Like -- like all great drugs, clozapine was

16   developed by accident.  Clozapine was developed by Sandos

17   in 1959 because they were trying to copy of the

18   antidepressant power of anipromine, the prototypic

19   tricyclic antidepressant.  So they thought they developed

20   an antidepressant.  Serendipitously, it turned out to be

21   a really weird antipsychotic that had characteristics

22   that were completely different, demonstrably different,

23   than any of the available antipsychotics.

24     Q    And you describe the first generation of

25   antipsychotics.  Another term that's often used for those

83

1    is neuroleptic.

2        A    That's correct.

3        Q    And that's based on their side effect profile?

4        A    That's exactly right.  They are defined by

5    their toxicities.

6        Q    And what is that toxicity that gives those

7    drugs the name neuroleptics?

8        A    It's called extrapyramidal,

9    e-x-t-r-a-p-y-r-a-m-i-d-a-l, toxicity, EPS for short.  It

10   entails Parkinsonism; dystonia, d-y-s-t-o-n-i-a; and

11   akathisia, a-k-a-t-h-i-s-i-a.  And those are the short

12   term acute neurotoxic consequences.  And then there are

13   the later ones which are, you know, lumped into the

14   expression tardib, t-a-r-d-i-b, dyskinesia,

15   d-y-s-k-i-n-e-s-i-a.

16       Q    And were these serious side effects?

17       A    These were significant, absolutely.

18       Q    Is that -- and was it these side effects that

19   was prompting people to look for new medications?

20       A    To a degree.  Those side effects really

21   prompted people to search for more of the same over and

22   over again.  Literally 50 molecules were elaborated

23   specifically because they had those -- those neurotoxic

24   characteristics.  The wish, of course, was to discover a

25   drug which lacked the neuroleptic effect but preserved

84

1    the antipsychotic so that you could, in fact, have a

2    non-neuroleptic antipsychotic.  And nobody quite knew how

3    to do that.

4         Q    Had that been accomplished to one degree or

5    another with the second-generation antipsychotics?

6         A    That has been accomplished with variable

7    degrees of success for all medications except clozapine,

8    which continues to be truly a non-neuroleptic

9    antipsychotic.

10        Q    Is it correct that Seroquel or quetiapine is

11   sort of in second place?

12        A    No.  It's correct that quetiapine is in second

13   place.

14        Q    So -- so just so we can sort of have our -- I

15   can make sure we're all sort of on the same page.  You

16   have the first-generation drug, that would be like

17   Haldol, thorazine, Mellaril.  Those are some examples.

18        A    Those are.

19        Q    Okay.  You have the second-generation drugs,

20   clozapine being the first; correct?

21        A    Correct.

22        Q    And then it follows with olanzapine,

23   risperidone, quetiapine and going forward; correct?

24        A    That's correct.

25        Q    And although clozapine is a second generation

85

1    drug because of its peculiar toxicities, in clinical

2    practice it's -- it's yes, it's part of the class but

3    it's sort of off by itself in terms of use?

4         A    Yes.  Certainly in terms of use, it's a trivial

5    portion of the market.

6         Q    All right.  And -- and that's under -- I take

7    it you -- that's understandable given its difficulties

8    for clinicians using it?

9         A    That is correct.

10        Q    So when we're talking about the non-clozapine

11   second generation drugs, quetiapine does have the best

12   EPS profile?

13        A    It -- it -- it does.

14        Q    So at least in terms of setting clozapine off

15   to one side, in terms of sort of the goal of developing

16   the second-generation drugs, that is to reduce EPS side

17   effects, it probably comes the closest to achieving the

18   goal?

19        A    For that particular toxicity.  However, the

20   flip side, which is the magical efficacy of clozapine,

21   the presumption being, well, if I could build an

22   antipsychotic which is devoid of the neuroleptic effect,

23   maybe then I can build an antipsychotic which preserves

24   clozapine's enhanced efficacy.  That goal has not been

25   achieved.  It certainly hasn't been achieved by

86

1    quietiapine.

2        Q    And isn't that often the case, particularly in

3    psychiatry, that you may get great efficacy but it comes

4    at a cost in terms of toxicity?

5        A    I don't think that it's fair to say

6    particularly in psychiatry.

7        Q    Same is true generally?

8        A    I don't -- historically, the most effective

9    drugs initially for a condition often had a lot of

10   toxicities associated with them, and that, over time, a

11   modification of our understanding of these various

12   conditions led to less toxic strategies.

13          It is -- I don't think it is fair to say that

14   the most toxic drugs in our pharmacopeia are, in fact,

15   the most efficacious; although, unfortunately, that is

16   the case some of the time.  Clozapine is one of the

17   classic examples.

18       Q    And I want to be sure that just conceptually

19   we're talking about the same thing.  Efficacy, as I

20   understand it, is just how well does the drug work.

21       A    That is correct.

22       Q    Safety would be whether or not -- the

23   propensity of the drug to have harmful effects.

24       A    Correct.

25       Q    Just in the simplest sense.

87

1        But it strikes me that, maybe in psychiatry

2    more than in some other fields, there's this sort of

3    intermediate concept of tolerability.  That there may be

4    an effect of the drug that's not necessarily one that

5    makes it unsafe, but one that makes it difficult for

6    patients to continue to take.  Is that a fair definition

7    of antipsychotic?

8        A    Fine definition of antipsychotic; it's not a

9    fine characterization of psychiatry.  I think that's --

10       Q    You think it's true outside?

11       A    I think that's true for anti-infective drugs,

12   anti-neoplastic drugs, antihypertensive drugs.

13       Q    Yeah.  Okay.

14       A    It goes on and on and on, that this notion of

15   tolerability in chronically used medication is extremely

16   important.

17       Q    And so certainly, talking about psychiatry, the

18   notion of tolerability is important because you can have

19   a drug that's very effective and maybe even one that's

20   also very safe, but if it has sort of nuisance or even

21   serious nuisance side effects that make it difficult for

22   people to use, that can impede its clinical use?

23       A    No drug which stays in the medicine cabinet

24   will have an effect.

25       Q    Right.  Right.

88

1       The most effective drug in the world can't be

2   effective if you don't use it?

3       A    Exactly.

4       Q    Okay.

5       A    And -- and you know the noncompliance rate for

6   the human condition is on average about 50 percent.  The

7   noncompliance rate for these obnoxious drugs in psychotic

8   individuals is about 65 percent.  So yeah, that's a big

9   deal.

10      Q    The second-generation drugs, quetiapine

11  included, have they been a break-through?

12      A    Now, again, with respect to the compliance?

13      Q    No.  With respect just across the board.

14      A    Absolutely.

15      Q    How would you describe their impact on

16  psychiatric practice?

17      A    The impact for psychotic patients is that it

18  has allowed them to be treated absent what I'm going to

19  call -- we haven't talked about much -- but neuroleptic

20  dysphoria.  The -- sort of that subjective intolerability

21  associated with the use of traditional antipsychotic

22  compounds.  And that's been quite gratifying and it's --

23  it's -- it's one of the -- it is the major reason that I

24  use many more of the second generations than I use of the

25  first generations in my practice today.

89

1     Q    Right.

2            And we're -- and we're going to talk in detail

3     about weight gain and some of the metabolic issues that

4     surround second generation drugs.

5            Just to be clear, the first-generation drugs

6     are not completely free of metabolic risk, are they?

7     A    Yeah.  As we talked about, the only one that,

8     quote unquote, is completely free is molindone.

9     Q    All right.  The ones that are actually used in

10    the world, they all carry some degree of metabolic risk?

11    A    Yes, sir.

12    Q    And in your practice today, your predominant

13    use, when you're talking about antipsychotics, is second

14    generations drugs?

15    A    Yeah.  I -- actually, I looked at that issue

16    anticipating the question for the last month and it's

17    around 93 percent.

18    Q    Okay.  And what -- can you break that down for

19    me, among the second generation, sort of what your

20    typical use is?

21    A    Oh --

22    Q    I'm not going to audit you.  Just to give us

23    your best guess.

24    A    Yeah.  I -- I would -- I would say at the low

25    end is ziprazadone, z-i-p-r-a-z-a-d-o-n-e.

90

1    Q    What's the brand name?

2    A    Geodone.

3    Q    Okay.

4    A    Next lowest is probably Invega, I-n-v-e-g-a,

5    and then probably risperidone.

6    Q    Moving from least used to most?

7    A    Least to most.  And at this point, the rest of

8    them sort of are probably pretty equivalently spread.

9    That is to say among Abilify, A-b-i-l-i-f-y; also called

10    aripirazole, a-r-i-p-i-r-a-z-o-l-e; olanzapine and

11    quetiapine and clozapine, despite what I've said about

12    it, still remains a fairly low-level drug, probably

13    around 3 or 4 percent of my patients.

14    Q    Do you have any sense for what percentage of

15    your patients today you prescribe Seroquel?

16    A    You mean of the psychotic patients --

17    Q    Yes.

18    A    -- of the patients that are taking these

19    antipsychotic drugs?

20    Q    Yes.

21    A    I would say 15, 20 percent.

22    Q    Okay.  You mentioned that Geodone is probably

23    your lowest.

24    A    Yes.

25    Q    Why is that?

91

1      A    Geodone has the -- the -- the least power

2  and --

3      Q    In terms of efficacy?

4      A    -- in terms of antipsychotic efficacy, it's

5  about -- it's about 30 percent less than standard drugs.

6  It also has the nuisance problem that you have to

7  consume -- consume a fairly high-fat meal with it;

8  otherwise, you don't absorb it.

9          So you're required -- it requires that you give

10  it twice a day, in general.  And it requires that you

11  take it with a fat meal.  And it's -- it's -- otherwise,

12  it's absorption is so unpredictable and variable.  That

13  practical complication limits its acceptability to

14  patients and to me.

15      Q    Risperidone was sort of lower on your list than

16  maybe the grouping of olanzapine, quetiapine and Abilify.

17      A    Right.

18      Q    Why?

19      A    Risperidone has a -- is -- is a very effective

20  drug, but risperidone is sort of an intermediate.  It is

21  the least atypical of the atypicals in that it has a bit

22  more of that neuroleptic effect that we talked about.  It

23  also has a curiosity in that, though these drugs are

24  psychiatric drugs and by definition a psychiatric drug

25  has to be lipophilic, l-i-p-o-p-h-i-l-i-c -- maybe two

92

1    "l"s, no, one "l" -- so that it has to get into the

2    brain.

3           And risperidone is actually not that

4    lipophilic.  So it stays disproportionately -- unlike any

5    other drugs, it stays disproportionately in the periphery

6    and it has this really curious impact on prolactin.  So

7    it causes prolactin to go up way more even than the

8    typical drugs.

9        Q    What's the significance of increased prolactin?

10       A    Oh, it depends on the clinical details.

11   Prolactin is just as the hormone name sounds, the hormone

12   is involved in lactation, in milk production in females.

13   So if you have inappropriately high levels of prolactin

14   in young females, you'll get inappropriate levels, and,

15   frankly, lactation associated with it.  You can get

16   changes in menstrual cycles and, in young folks but not

17   adults, but in young folks prolactin makes you really

18   hungry.  So they overeat.

19          In males you actually get breast development

20   called gynecomastia.

21          MR. FIBICH:  Spell that.

22          THE WITNESS:  G-y-n-e-c-o-m-a-s-t-i-a.

23   BY MR. AUSTIN:

24       Q    Enlarged breasts?

25       A    Enlarged breasts.  You get testicular atrophy,

93

1    changes in libido, and you can actually get lactation

2    even -- even in -- in males on occasion.

3         So those are -- those are problematic.  In --

4    in older females and older males, even elevated levels of

5    prolactin are usually pretty well tolerated and not too

6    bad, but young folks and young females, prolactin is real

7    problematic.

8    Q    So if I sort of have this hierarchy down, we're

9    talking about prolactin, risperidone has a high

10   propensity to increase the prolactin?

11   A    The worst.

12   Q    Seroquel does not?

13   A    Seroquel has the second least, yeah.

14   Q    Okay.  So looking at prolactin, that's one

15   advantage of Seroquel versus, in this case, risperil.

16   A    Oh, it'd be a slam dunk.

17   Q    Okay.  Moving then to EPS, Risperdal, as you

18   said, is sort of the most -- the least atypical in the

19   sense that it has probably the highest EPS of any of the

20   atypicals.

21   A    Correct.

22   Q    Seroquel -- setting clozapine has the least?

23   A    That's correct.

24   Q    All right.  So, again, in a patient where EPS

25   might be a concern, that's going to be, in prescribing

94

1    decisions, all other things being equal, quetiapine might

2    be a better choice than risperil?

3        A    Correct.

4        Q    Same with prolactin, if you had a patient

5    whose increased prolactin would be a concern, that's

6    going to be an advantage for Seroquel --

7        A    Correct.

8        Q    -- over risperil; correct?

9        A    Correct.

10       Q    Now, when we move to weight gain, I think, as

11   you've said in your report, the weight gain profile for

12   these drugs is not identical.

13       A    It's decidedly not.

14       Q    Okay.  At the high end of the scale, in terms

15   of weight gain, as I understand it from your report, is

16   clozapine and olanzapine.

17       A    That's correct.

18       Q    And then sort of cascading down through

19   quetiapine, risperil and then on down the line; correct?

20       A    That's correct.

21       Q    So -- and we'll talk about this more while --

22   so if your issue is a weight problem, Seroquel certainly

23   has an advantage over olanzapine and clozapine just on

24   that factor?

25       A    It has an advantage over those two drugs,

95

1    that's correct.

2         Q    And I think it's -- is it -- is it often the

3    case in psychiatric that the sort of side effect profile

4    or the safety, tolerability profile sort of dictates how

5    you prescribe these drugs?

6         A    Selection of these drugs, as we talked about,

7    is primarily selection among toxicities.

8         Q    And so this -- developing the profile for the

9    drug knowing that this drug has a low EPS versus this

10   other drug, which has a higher one, that will enter into

11   your equation, depending on the type of patients you're

12   trying to treat?

13        A    Of course.

14        Q    And in terms of efficacy, while you can talk

15   about the overall efficacy of the drug sort of across the

16   board in general; as to an individual patient, it's going

17   to -- it may be different?

18        A    Of course.

19        Q    In other words, there may be -- you mentioned

20   that Geodone is one of the lower efficacy drugs.  For a

21   given patient, it actually may be the best for that

22   patient?

23        A    Quite common scenario.

24        Q    Same with Seroquel?

25        A    Same with all of them.

96

1      Q    Okay.  And I take it that's why you, in your

2    practice, you have patients on each of these drugs at

3    various times?

4      A    Correct.  I mean, once somebody has figured out

5    that this is the drug that works in this particular

6    situation, you'd be an idiot to change.

7      Q    Right.

8      A    You know, you -- you learn how to manage the

9    toxicities when you've been fortuitous enough to discover

10    a drug that works.  So particularly in this setting,

11    where I see patients that are coming from many different

12    places, I didn't make the initial decision.  So mine is a

13    decision of do I continue this or not.

14      Q    So they, typically -- your patients typically

15    come from another clinician who's been treating them, and

16    you sort of inherit them with their preexisting

17    treatment.

18      A    I inherit them from the ether.  You know,

19    whether or not it's from another clinician, the streets,

20    you know, what have you, but it's -- they come with a

21    past, yes.

22      Q    All right.  And if I understand what you're

23    saying, sort of when you inherit them, however they come

24    in here, if they're on a treatment that works, you're

25    going to think maybe twice and maybe even three times

97

1    before you change it.

2        A    Yeah, if I can convince myself that it does

3    work.

4        Q    Right.

5        A    It's -- it's -- it's not always the simplest

6    thing to determine that, but yeah.

7        Q    Is efficacy difficult to determine for these

8    sorts of conditions?

9        A    In the prototypic psychotic illness in general,

10   no; in some of the other syndromes, yes.

11       Q    Why in some of the other syndromes?

12       A    For instance, we're talking about depression,

13   depression which is not a lifelong condition, it has a

14   time course.  You're taking an antidepressant.  You don't

15   know was it the antidepressant, was it something else.

16       Q    Right.

17       A    So you're faced with the conundrum, do I

18   continue a drug which may be contributing to certain

19   difficulties?  And I don't really know if it worked or

20   not.  I don't know if it's continuing to work.  So -- so

21   it's -- so it's -- it's sometimes difficult; sometimes

22   not.

23       Q    Do you have patients who, even in the face of

24   weight gain from a drug, you'll, nonetheless, keep them

25   on that drug?

98

1     A    Of course.

2     Q    And why is that?

3     A    Because the hardest thing to achieve in general

4   is the core antipsychotic effect.  So I do everything I

5   can in order to help them lose the weight.

6     Q    And you mentioned issues about lifestyle

7   with -- setting -- setting drugs aside for a minute, it

8   sounds like, from what you told me earlier, that patients

9   with serious mental illness probably have some diet and

10   lifestyle practices that probably would be best to

11   change, if you could, lower the fat in their diet,

12   perhaps increase their exercise, things of that nature?

13     A    Of course.  It's -- they are presumably subject

14   to the fatogenic stresses that haunt us all in this

15   society.  So all of those things apply to us and they

16   apply to my patients.

17     Q    And in terms of dealing with those, the first

18   step is to get their mental illness under control so that

19   they can pay attention to their diet, pay attention to

20   exercise and go to the doctor?

21     A    Sometimes yes, sometimes no.  And the reason I

22   say sometimes no is because sometimes you're not able to

23   get the mental illness under control and you're forced to

24   have to do something about their medical conditions in

25   the absence of adequate control.

99

1    Q    Sure.  I understand.

2         And many patient with these sort of mental

3    illnesses, it's very difficult to treat their mental

4    illness?

5    A    Absolutely.

6    Q    And I guess I was sort of talking ideally, what

7    you would like to do is get their mental illness under

8    control so that they can be receptive to the sorts of

9    things that the rest of us have to deal with:  exercise,

10   diet, going to the doctor when we're suppose to go, and

11   that sort of thing?

12   A    True.  Your -- your question, I think, as an

13   underlying premise, is there something about mental

14   illness which makes them more resistant to the weight --

15   maintaining weight-reducing strategies that you might

16   employ in a patient population.

17   Q    Yes.

18   A    No.  They do just as miserably as the rest of

19   us at losing weight.

20   Q    Are there things that you do, in your practice,

21   when you're prescribing a drug in a patient where you are

22   concerned about weight gain, to try to offset that effect

23   or minimize that effect?

24   A    Absolutely.

25   Q    And what are those?

100

1    A    Is that I particularly warn them about -- about

2    the overeating at a given sitting and try to teach them

3    about not eating to fullness and eating a standard

4    amount, rather than a subjective amount.  It's a hard

5    lesson to learn, but basically a lesson that you don't

6    get to serve your own food.  There is a standard amount I

7    want you to eat, and I want you to pay attention to it.

8    And it's -- it's something I warn them from the very

9    beginning.

10    Q    Is that one reason that patients often lose

11    weight or at least get their weight under control when

12    they're in the hospital, because they're given sort of

13    more controlled diets?

14          MR. FIBICH:  Object to form.

15          THE WITNESS:  Unfortunately, the truth is,

16    having run an inpatient ward, most of the time they gain

17    more weight, more rapidly in the hospital because they've

18    got somebody serving them a ridiculous quantity of food

19    every 15 minutes.  It's like being on a damn cruise ship

20    but -- it's -- I ran a ward for 25 years.  And it --

21    it -- it -- it just drives me nuts.  Because the fact of

22    the matter is that we should be doing great in that

23    scenario and we were atrocious at it.  And it is very,

24    very difficult to control their weight in the hospital, I

25    tell you.

101

1          MR. FIBICH:  Earl, let's take a bathroom break.

2          MR. AUSTIN:  Actually, I'm actually making good

3     progress.  Let me look at my notes.  I'm not saying we're

4     done.

5          (Recess.)

6     BY MR. AUSTIN:

7     Q    You told us earlier that -- well, let me ask

8     you this:  Looking at the second-generation

9     antipsychotics, just kind of rank them and give me the

10    amounts in terms of kind of average weight gain.

11    A    Okay.  If we take a --

12         MR. FIBICH:  Excuse me.  I want to object to

13    the form of that.  If you want to put a time on it.

14         THE WITNESS:  Just going to do so.

15    BY MR. AUSTIN:

16    Q    Well --

17         MR. FIBICH:  That's what I want the question to

18    be.

19         THE WITNESS:  So I'm going to -- I'm going to

20    draw the line at ten weeks.  Clozapine and olanzapine are

21    approximately 12 pounds.  Quetiapine is approximately

22    nine.  Risperidone is -- and Invega are approximately

23    six.  Geodone is approximately three to four.  And

24    Abilify is about four.  That ranking stays there, you

25    know, in that -- in that -- in that order.

102

1         It changes a little bit in magnitude as you

2    lengthen that ten-week line out, except for Abilify.

3    Abilify distinguishes itself in terms of the way a person

4    gains weight.  And so that it looks better than the other

5    drugs when you look at it earlier, and when you look at

6    it later, it starts to end up in the middle of the

7    rabble.  It has actually much more -- much more weight

8    gain later than the other drugs do.

9         Q   Can you give me a range, both in time and

10   amount of weight, before it starts, as you say, enters

11   the middle of the pack?

12        A   Well, yeah.  We talked about before that the

13   shape of the weight gain curve with the drugs was a

14   linear steep portion, followed by a plateau.

15        With Abilify the initial portion is not as

16   steep but it's more protracted and that actually is a

17   characteristic of drugs that change appetite.  So it

18   might be that aripiprazole distinguishes itself by having

19   an impact on appetite, as say, for example, one of the

20   other drugs we talked about, Depakote, also changes

21   appetite and tends to have a slower, more protracted rise

22   in weight over time.

23        So where does it end up?  It depends on how

24   long you ask for it.  But if you ask about a year, I

25   think -- I think Abilify, in -- in my experience, is

1    around -- it's pretty close to quetiapine.  It's nine,

2    eight, nine pounds.  So it's pretty significant.

3        Q    So, again, just going with averages, with -- if

4    you look over the course of a year, a person or the

5    patient on a quetiapine and the patient on Abilify, it

6    would be roughly in the same spot?

7        A    It's pretty -- it's pretty close.  I mean, on

8    average, quetiapine is going to be a little bit more,

9    about two or three pounds; but it's not quite, you know,

10   seven or eight pounds, if you look at a short term.

11       Q    Okay.  What is -- what's the source of your

12   information on the -- on quetiapine in terms of its

13   average weight gain?  Where do you draw that from?

14       A    Multitude -- multitude of studies over the

15   year, some of which -- some of which were -- were ours,

16   many of which were the companies, some of which were

17   other independent investigators.  I mean, these issues

18   have been looked at by many different people.

19       Q    Are these in -- just in terms of averages and

20   looking across studies, are these averages pretty

21   consistent for the drugs?

22       A    The averages, unbelievably, are -- as are

23   the -- as are the relatively rankings.  As impressive as

24   that -- as that is, that's -- that is a really remarkable

25   event.  It's really quite, quite shocking, just because

104

1    of toxicities are not that predictable in general.

2    It's -- it's -- it's actually very interesting that

3    these -- that this particular toxicity tends to be

4    amazingly predictable.

5        Q    Does the weight gain with Seroquel depend on

6    the dose?

7        A    The weight gain with Seroquel alone depends on

8    the dose.

9        Q    Alone meaning the other drugs it does not?

10       A    Can't find it, not nearly as compellingly.

11   There's not a dose-responsive curve for olanzapine, can't

12   find it for risperidone, certainly can't find it for

13   clozapine.  There may be some use pattern reasons why

14   that is, but quetiapine clearly shows a dose-response

15   relationship.

16       Q    So using your average of nine pounds --

17       A    Correct.

18       Q    -- what sort of dose are we talking about?

19       A    300 and above.

20       Q    Okay.  What's your basis for that?

21       A    The various studies.

22       Q    Are you able to identify any particular study?

23       A    Oh, I printed out a whole bunch of it for you

24   in my -- my -- my notes.

25       Q    Is that in your notes?

105

1     A    That's correct.

2          Q    I'll show you what we mark as Exhibit 1.  And

3     if you tell me what that is.

4          A    Yeah.  This is -- this is just a -- an

5     unselected list of -- I don't know -- 30, 40 studies that

6     the company had done where they -- where actually weights

7     were reported.

8          Q    Right.

9          A    So I just looked through and did that.

10         Q    And these -- so these are basically Astra

11    Zeneca clinical trials?

12         A    Correct.

13         Q    Okay.

14         A    Correct.  I mean, they've done many of them,

15    hence lots and lots of available data.

16         Q    Do you have an opinion about what the average

17    weight gain would be at 200 milligrams?

18         A    You know, it -- it -- I don't have it for that

19    particular mark since the -- since in most of the

20    analyses the dividing line was 300.  But for -- if you

21    say -- if you lump them into lower and higher doses, with

22    the dividing line being 300, the lower doses on average

23    were about a third less weight gain.  So six, seven

24    pounds and that went down as your dose went down.

25         Q    So if we get down to 50 milligrams?

106

1      A    At 50 milligrams, though, there's not,

2    unfortunately, we don't have any great studies at 50

3    milligrams.  But extrapolating from the other curve, you

4    would say that the weight gain would just be a couple of

5    pounds.

6      Q    Okay.

7      A    It would be quite small.

8      Q    Is there a point, in terms of pounds, that you

9    think is clinically significant as sort of a threshold?

10      A    Yeah.  I mean, if you look at, say, the

11    Framingham Heart Study that we talked about before, you

12    can find significant impacts, literally, of one pound.

13    Now, that was 40,000 patients.  And big studies you could

14    really find significant effects.

15          The FDA, kind of pulling a number out of the

16    air, uses 7 percent, using -- and they say this is

17    clinically significant.  One of the things that

18    manufacturers are always looking for in their drug

19    development studies.  Using that number, high doses a

20    little over a quarter -- between a quarter and a third of

21    the patient will meet that 7 percent threshold.  And that

22    a low dose is between 15 and 20 percent will meet that.

23    So . . .

24      Q    And using the 7 percent threshold is -- in

25    fairness to the FDA, it's been used elsewhere.  They used

107

1    it in the CATIE Study, for example.

2        A    But, again, the CATIE Study used it because the

3    FDA uses it.  It's just -- you know, if you go back and

4    try to find the historical reasoning behind it, there is

5    none.  Somebody just kind was throwing darts at a board,

6    I think, one day and came up with the 7 percent.

7        And it -- it -- it probably is statistically

8    derived, quite honestly, because it's really a very

9    curious number there.  Except in drugs, nobody uses that

10   7 percent, but it's been perpetuated over time.  We keep

11   using it.

12       Q    It has become a convention?

13       A    It -- it -- it -- by just simple longevity,

14   historical survival.

15       Q    And at least it gives a weight, a standard

16   measure to compare apples and apples?

17       MR. FIBICH:  Object to form.

18       THE WITNESS:  It allows you to compare across

19   time.  It allows you to compare across studies and it

20   allows to you compare across drugs.

21   BY MR. AUSTIN:

22       Q    And when we talk about one-pound weight gain,

23   two-pound weight gain, three-pound weight gain, whatever

24   it may be, whether that's going to be clinically

25   significant in an individual patient, obviously, is going

108

1   to vary?

2      A   Yeah.  The likelihood that one pound would be

3   clinically significant in any given patient is virtually

4   unbelievable.

5      Q   Right.

6          What about two or three pounds?

7      A   It would be virtually unbelievable divided by

8   3.

9      Q   Again, we can talk about these general rules in

10   terms of populations but when we talk about the

11   individual patient, it's a more complicated analysis?

12      A   When -- in the kind of work we're doing here

13   today, that's a great challenge, trying to figure out

14   exactly -- exactly what happened is -- is difficult.

15   Seldom do we conclude things with definitive confidence.

16   Sometimes we do.

17      Q   But even in terms of probabilities, you would

18   need to, in an individual patient, analyze more than they

19   simply they took a drug and they gained weight?

20      A   Correct.  As we talked about, we have to look

21   at the trajectory.  We have to look at other factors that

22   might be contributing to it.  Absolutely.

23      Q   For any of these drugs, and including Seroquel,

24   is there any evidence that if the patient stops taking

25   the drug, they will continue to gain weight?

109

1    A    As a consequence of having consumed the drug?

2    Q    Exactly.

3    A    No.

4    Q    And if they do, you'd have to look at other --

5    lifestyle, diet, all the other things one would look at

6    in you or I to figure out why they might be gaining

7    weight?

8    A    Absolutely.  It's difficult to lose weight but

9    continuing to gain weight in the absence of your

10   suspected cause of the weight gain really I think casts

11   great doubts on whether or not that was the cause.

12   Q    Is it your view that for all patients the

13   metabolic risks associated with Seroquel outweigh its

14   benefits.

15   A    Of course not.

16   Q    And that's why you prescribe it today still?

17   A    Of course.

18   Q    Let's talk for a minute a little bit about

19   efficacy.  Well, let me back up.

20       Your practice -- what is your practice today in

21   terms of the types of mental illnesses that you see?

22   A    I see a pretty broad spectrum of mental

23   illness, all of them very serious.  The one thing that's

24   excluded because of where I work is you can't just have

25   substance abuse.  So except for that category, I see a

110

1   pretty much smattering across the board.  Two most common

2   diagnoses I continue to see are schizophrenia and

3   bipolar.

4       Q   Given the -- and let me point out, and I want

5   to be sure I understand.

6           Exodus, where you're work today, is it

7   principally a drug abuse clinic that then has

8   psychiatric, in your practice, has psychiatric component?

9       A   No.  Just the opposite.

10      Q   The opposite?

11      A   It's -- Exodus originally was -- had an

12  expertise in substance abuse.  But this place we work

13  selectively excludes substance abuse.

14      Q   Okay.

15      A   So our contract with the county is that we --

16  we don't -- we don't take care of that particular

17  population.  We take care of the psychiatrically ill,

18  non-substance abuse population.

19      Q   Why that distinction?

20      A   That's just the contract we have with them and

21  I think that the truthful answer is because the county's

22  dime is more -- deals more with the chronically mentally

23  ill.  We -- our job is to kind of decompress the various

24  emergency rooms around the city.  So that the county

25  doesn't get stuck with the very expensive cost of taking

111

1    care of psychiatrically ill patients in a medical ER,

2    transfer them here.  We manage -- we manage to take care

3    of them here, and they didn't want to just flood us with

4    substance abuse and not really take care of the things

5    it's costing them like a --

6        Q    Okay.  How does your patient mix here compare

7    to your days at the VA?

8        A    A lot more females than I had there, more

9    youngsters, fewer elderly, slightly broader ethnic mix, a

10   little less of an African-American predominance than I

11   had at the VA, and much less substance abuse than I had

12   at the VA.

13       Q    What about in terms of schizophrenia versus

14   mood disorders?

15       A    Good question.  I think I probably see -- if

16   you're just asking about those two diagnoses, percentage

17   of those two diagnoses, I probably see a little less

18   schizophrenia and a little more bipolar than I did

19   before, but not a huge amount.

20       Q    And I probably won't get the exact title right,

21   but when you were at the VA were you head of the

22   schizophrenia unit?  Is that the right --

23       A    No.  Chief of schizophrenia treatment unit.

24       Q    Okay.  Was there a -- was there -- were there

25   other psychiatric units?

112

1    A    There were.

2    Q    Okay.  So what percentage -- when were you at

3    the VA, what percentage of your patient population would

4    you say was schizophrenia?

5    A    That got admitted to me, probably 40.

6    Q    And what were the others?

7    A    A lot of substance abuse, character disorders,

8    combinations of mood.  Mood was -- was underrepresented

9    there, very few depressive stuff.  You see a lot of more

10   depression here in this --

11   Q    This may -- and this probably shows my

12   ignorance.

13        How is it that a non-schizophrenia ends up in

14   the schizophrenia unit at the VA Hospital?

15   A    You've never worked at the VA, have you?

16   Q    Well, I said it reflected my ignorance.

17   A    Yeah.  One of the -- one of the -- legions of

18   reasons I'm not no longer working --

19   Q    Is it just availability of beds?

20   A    Exactly.  It is --

21   Q    Okay.

22   A    -- like in any other -- with any other facility

23   in this country, it seems that when the dollar becomes

24   scarce, the group that gets squeezed is the psychiatric

25   group disproportion to the medical group.  So the number

113

1    of beds got squished.  And because we were a very

2    academically productive unit, did a lot of training, did

3    a lot of additional things, they couldn't get rid of us.

4         So all of these other bed availability shrunk

5    and so we had to take care of all of those other

6    patients.  So over time, even though it had titular

7    designation of schizophrenia treatment unit, it became

8    just a general psych unit.

9         Q    Did you see patients with psychosis who were

10   not schizophrenic?

11        A    Sure.  The next biggest category would have

12   been substance induced and the category after that would

13   have been mood-based.

14        Q    Would you have used the same sets of

15   medications to treat those folks as you used to treat

16   schizophrenics?

17        A    Not quite the same treatment.  For

18   substance-abuse based psychosis it's withdrawal of the

19   offending agent.  Stop using that.  And -- and that

20   was -- yeah, I'm -- I'm a big -- big believer in that.

21   I'm -- I'm somewhat apart from my counterparts who tend

22   to use the antipsychotics more frequently, I'm a big

23   believer in the tincture of time in that scenario.

24        Q    How do your colleagues use antipsychotics with

25   substance abuse patients?

114

1      A    In the -- in the -- see, the private sector,

2   person comes in who's psychotic, they've only got a

3   couple of days to deal with them.  They don't really have

4   the luxury of time to sit around and, say, is this going

5   to be better.  And so they treat them basically

6   contemporaneous with their admission.  So they're on

7   antipsychotics for the three days they're hospitalized,

8   then they're discharged.  And you never really know was

9   it my drug, was it the absence of the offending stimulant

10   or passage of time or whatever.  You're just -- you're

11   just never sure.

12          At the VA, as much as I've been maligning it,

13   one of the good things is I could determine how long the

14   person got to stay.  You know, I'd have to tolerate the

15   screaming fits of my superiors but I was -- I was still

16   in charge, as long as I was there.  And so I got to be

17   able to hospitalize them and see how the syndrome evolved

18   over time in the absence of drugs and just general

19   milieus support.

20      Q    And are there some antipsychotics that are used

21   more than others in folks with substance abuse?

22      A    Sure.  But you mean as compared to people with

23   just garden-variety schizophrenia?

24      Q    Yes.

25      A    Not -- not really.  I think a general rule of

115

1    thumb would be that the further you move from the core

2    schizophrenic construct -- so if -- if -- if -- here

3    is -- if -- at some point you're dealing with

4    schizophrenia and at some distant point we're going to

5    call that normal.  And that's along a line that connects

6    the two.  The further you move from the core

7    schizophrenia toward that normal point, the greater your

8    tendency to induce extrapyramidal toxicity.  So there's

9    something about the schizophrenia construct that makes

10   them actually somewhat protected from this noxious

11   toxicity that we've been talking about.

12          So the person who's got a psychosis due to

13   substances, they are presumably, allegedly, theoretically

14   closer to the normal brain.  And they are notorious,

15   sensitive to the neurologic consequences of these drugs.

16   It's one of the reasons why I try not to use them.

17          So in general I would like to think that most

18   people would avoid the traditional neuroleptics in that

19   population.

20      Q   I've seen some studies with quetiapine in that

21   population.  Is that one of the reasons, it's lower risk

22   of EPS?

23      A   You know, it's one -- it's one of the reasons.

24   It's -- it's -- it's not the only reason.  It's not the

25   only reason.  It has -- it has -- enormous market share

116

1    in that particular population.

2        Q    And what are the others?

3        A    Yeah.  The others are -- are somewhat --

4    somewhat subtle.  But quetiapine, by virtue of its

5    sedation, is extremely well accepted to the point of

6    occasionally being abused by that population.  And the

7    guys will come in and they will ask for it.  I mean, it

8    has -- it has -- it has a reputation within -- within the

9    community -- within the abusing community.  It happens

10   here all the time where people -- where people will come

11   in and ask for it.  Certain folks that -- that -- that

12   deal exclusively with that population use an awful lot of

13   quetiapine.  And I haven't -- I haven't -- I haven't seen

14   the statistics because, unfortunately, the guys that do

15   exclusive substance abuse treatment, they don't keep very

16   good statistics.  But it would be my guess that

17   quetiapine has a real dominant share in that -- in that

18   population.

19       Q    Well, there is a logic to it in terms of EPS?

20       A    In terms of the EPS there is.

21       Q    And the anxiolytic effects?

22       A    I think it's more -- it's more this -- the

23   sedating, calming, quieting stuff that people use.

24       Q    And why is that important in the substance

25   abuse context?

117

1    A   It's -- it's actually not.  It's one of the

2   things that you actually want to avoid in substance

3   abuse.  Construct of -- core concept of -- of substance

4   abuse is don't take a drug to modify how you feel.  You

5   do that you're going down a dark path where you're going

6   to get into problems.  Teach you all sorts of non-drug

7   ways of dealing with it, but don't take a drug to modify

8   how you feel.  And quetiapine can -- can -- just as you

9   suggested, can modify how they feel.  And as an inpatient

10   setting when a person's very, very disturbed, very

11   agitated, jostling for their drug of choice, yeah, a drug

12   like that might have something --

13    Q   When they're going through withdrawal of one

14   drug --

15    A   Correct.

16    Q   -- the sedating effect of Seroquel can be -- at

17   least some clinicians have viewed this as beneficial?

18    A   Absolutely.  I would -- I would dare say that a

19   lot do.  The problem -- the problem with, for me, of

20   course comes up, "I kind of like that, Doc.  Can we keep

21   going on that when I go home?"  And that's the problem.

22   These people get on it chronically and then -- and then

23   you have problems associated with it.

24    Q   Just a couple of things and then we'll go to

25   lunch.

118

1     In today's world, are -- where do we find our

2   schizophrenics?  Are they in a lot of -- they're a fair

3   number of them in nursing homes, aren't there?

4     A   There's some in nursing homes.  Nursing homes

5   are disproportionately occupied by elderly and demented

6   people, disproportionately.

7     Q   Right.

8     A   You know, are -- are schizophrenics

9   overrepresented, to a degree.  But not nearly as much as

10   the elderly.  Board and cares are where most of them are.

11       MR. FIBICH:  Where?

12       THE WITNESS:  Board and care.

13   BY MR. AUSTIN:

14     Q   Okay.

15     A   At least in this state.  That's what we call

16   them in California.  They're basically state-subsidized

17   facilities where, for a specific standardized stipend,

18   you get to -- I mean, you share a room in a -- in a -- in

19   a -- an abode and you get sort of standardized meals.

20     Q   Okay.  So it's an --

21       MR. FIBICH:  How about big law firms?

22       THE WITNESS:  You know.  You know.

23   BY MR. AUSTIN:

24     Q   So it's an institution.  It's just -- it's sort

25   of different, at least in California, than what's

119

1   traditionally thought of as an elderly care or nursing

2   home?

3       A   We have nursing homes but they are -- they're

4   another -- another level of care altogether.  They're

5   much more expensive by -- I think by a factor of five to

6   eightfold more expensive.  And the care is substantially

7   more intensive --

8       Q   What --

9       A   -- than the care associated with a board and

10  care.

11      Q   And then, maybe going a little bit broader than

12  schizophrenia, what about serious mental illness in

13  the -- in our -- unfortunately, in our prison population?

14      A   Again, if we're talking about California, the

15  process over time has been disproportionate sequestration

16  of chronically mentally ill in that population.  I think

17  it's one of the -- what we'll look back on as a dark

18  tragedy of society.

19      Q   I know that, you know, you hear or you read

20  about the sort of trend towards the

21  deinstitutionalization.

22          When did that sort of take hold?

23      A   1962.

24      Q   And describe for us sort of what happened.

25      A   Well, basically, one of my boyhood heroes, John

120

1    Kennedy, sort of legislatively changed things.  People

2    erroneously assumed that it was due to medication, but it

3    was really a legislative change.  Let's change where

4    we're taking care of these people.  Let's move from

5    warehousing them in large monolithic facilities, to

6    putting them into the community.  And that's where the

7    first notion of board and cares began.

8          I think it was a good idea.  I think it was, in

9    large part, the -- the right thing to do.  Unfortunately,

10   like with a lot of good ideas, it's not been implemented

11   too well.  So they -- they tend to get the short end of

12   the economic stick just to a tremendous degree.  And the

13   care they get in these things that I'm calling board and

14   care is woefully inadequate.  It's just bare

15   subsistence-level functioning.

16       Q    Are the seriously mentally ill also

17   overrepresented in our homeless population?

18       A    Absolutely.  You know, about -- you know, you

19   say seriously mentally ills is a handful, 1 hand percent

20   of the population.

21       Q    Sure.

22       A    The homeless population, that number rises,

23   conservatively --

24       Q    Right.

25       A    -- to a third, maybe more.

121

1       MR. AUSTIN:  Why don't we go grab --

2       MR. FIBICH:  A third of what?

3       THE WITNESS:  A third of the homeless

4   population is seriously mentally ill.  Whereas, you know,

5   3, 4 percent of the general population is seriously

6   mentally ill.

7       MR. AUSTIN:  Why don't we go grab some lunch.

8       (Recess.)

9   BY MR. AUSTIN:

10      Q   Okay.  Why don't we get your report.  If you've

11  got -- let me give you your copy.  You've got it?

12      A   Yes, sir.

13      Q   Just to help me, it's Exhibit 5?

14      A   Yes, sir.

15      Q   And I want to just go through -- I promise I'm

16  not going to go through every sentence in it because

17  we've talked about a fair number of your opinions

18  already.

19      Let's see.  Why don't you flip over to page --

20  let me see what page it is -- probably page 3 -- assume

21  that yours is paginated the same way as mine -- where you

22  talk about, in the last paragraph, you talk about

23  Imperial Chemical Industries.

24      A   Yeah.

25      Q   Okay.  As I read this, and looking at your CV,

122

1    it's my impression that you were not involved with Astra

2    Zeneca in terms of the clinical development of Seroquel.

3        A    That's correct.

4        Q    Okay.

5        A    Prior to the launch.

6        Q    Yeah, prior to the launch.

7            Okay.  Did you have any discussions with the

8    company or anyone at the company about the compound that

9    became Seroquel?

10        A    Oh, sure.

11        Q    So prior to launch?

12        A    Oh, yeah.

13        Q    Like can you give me an idea of what those

14    were?

15        A    Yeah.  I mean, we had -- we had considered

16    several trials and there were a bunch of different trials

17    that were -- that were -- we were considering at the

18    time.  It was a kind of a heady period for us in the

19    field because there was lots and lots of interest.  And

20    so the decision just came down to a selection among --

21    among various potentially competing protocols.

22            So we -- in the end, you know, we didn't -- we

23    didn't choose to work with them.  But certainly did --

24    had many discussions with them, you know, it's -- it's

25    other -- the drug's development had a very long course, a

123

1   very interesting course.  And then -- and as I mentioned

2   in there, I had a good relationship with Astra prior to

3   the merger.  So I've worked with them on a couple of

4   different compounds.

5        Q    Any particular person or group of persons there

6   you were dealing with in those days, prior to the merger?

7        A    Oh, God, I went to -- I went to Sweden a couple

8   of times, once to Italy.  I don't -- I can tell you the

9   name of the drug, but I can't tell you the name of the

10  person.

11       Q    What was the name of the drug?

12       A    Three drugs.  Remoxipride and raclopride to

13  substitute benzamides, b-e-n-z-a-m-i-d-e-s, that we --

14  that we worked with, you know.  Remoxipride,

15  r-e-m-o-x-i-p-r-i-d-e.  Remoxipride made it to market in

16  Sweden, you know, a handful of other countries.  Quite

17  popular while it was around.  Raclopride, although it's

18  still being used -- r-a-c-l-o-p-r-i-d-e.  Raclopride,

19  although it's still being used in a very specific way

20  today, it had some weird late toxicities in animal trials

21  and never got developed.

22       Q    At least these discussions were about other

23  medications?

24       A    Exactly.

25       Q    But not --

124

1      A    But they were -- they were in kind of the

2    forerunners of the atypical drugs.  They were the same

3    kind of low -- particularly remoxipride was literally the

4    first drug that -- that marketed itself as a

5    non-neuroleptic neuroleptic.  And that -- and when that

6    antidated risperidone and all these other drugs, in 1992,

7    '93 kind of thing.

8          So -- so they -- we obviously were quite

9    familiar with their interest in this atypical realm.

10     Q    Without the -- without trying to pin an exact

11   date to it, it is true, isn't it, that Seroquel was in

12   development for about ten years or more than ten years

13   before it hit the market?

14     A    Yeah.  It was substantially more than ten

15   years.  Quetiapine actually was discovered at a time

16   before most of the other drugs had come out.  It was kind

17   of a lingering, slow development.  It was at least ten

18   years, yeah.

19     Q    Certainly not a rush-to-market situation?

20     A    No.  No.  No.  No.  No, not at all.

21     Q    And then if you go on to your report, it

22   says -- I think probably the third sentence in that

23   paragraph, it says:

24          "Immediately after the launch in

25          the United States in 1997, I began

125

1        to lecture for the company and

2        started negotiations with them to

3        perform a high dose clinical trial."

4    A   Correct.

5    Q   Okay.  Let me -- before we leave the -- kind of

6    the prelaunch, is there anything about the discussions

7    from the prelaunch era that you think are particularly

8    germane to the issues in this litigation?

9    A   No.

10   Q   No.

11       Certainly no discussions about metabolic

12   issues --

13   A   No.

14   Q   -- and anything of that nature?

15   A   No.  No.  No.  That was at a time which really

16   antidates my knowledge about its metabolic toxicities.

17   Q   So the drug is launched in 1997?

18   A   Uh-huh.

19   Q   And what was your involvement with the company

20   after that?

21   A   Because I had been, you know, I'm an educator,

22   I like to lecture.  I like to think that I'm good at it

23   and it's certainly something I enjoy personally.  They

24   asked me to -- to teach people about the drug.  And I

25   also became -- I was also a consultant at the time to

126

1    Atascadero State Hospital, which is in California, one of

2    our -- it's a big what you -- what we used to call

3    hospital for the criminally insane kind of thing.  It's

4    not part of the prison system, but everybody in there is

5    involved in the legal system in one sort or another.

6        Q    Sort of a prison substitute?

7        A    It kind of -- it kind of is a prison

8    substitute.  It's run by the Department of Mental Health,

9    but it's taking care of basically all correction area

10   patients, very, very seriously ill.  And they, of course,

11   got nothing but treatment-refractory patients as far as

12   the eye could see up there.

13           And so every time a new drug comes out, they

14   go, great, maybe this is the one that will work.  And so

15   we started to use it a lot up there and, in fact, used it

16   at extraordinarily above-maximum labeling doses.  So we

17   were one of the very first to have that experience beyond

18   traditional doses.  So I was very interested in doing a

19   study and started those negotiations really within a few

20   months after the drug was launched because of my interest

21   in that.

22       Q    During the early days of Seroquel's life, was

23   there -- I think you alluded to this in your report --

24   was there some sort of difficulty in sort of finding the

25   maximal -- the most appropriate dose range or the most

127

1    effective dose range?

2        A    Absolutely.  I mean, that was one of the

3    reasons why it had such a protracted clinical

4    development.  The drug does not have preclinical markers

5    to tell you where the right dose is.

6            The preclinical markers for conventional drugs

7    is the dose at which they cause the toxicity.  Well, if

8    you have a drug which lacks that toxicity, where do you

9    dose?  And that was -- that was a real problem.  The

10   answer, of course, is you dose it at the most appropriate

11   antipsychotic level, but that's hard to determine.

12       Q    And to put a point on it, it may today sort of

13   sound silly, but in the first-generation drugs,

14   oftentimes the way clinicians used it is they dosed it

15   till they started seeing EPS effects?

16       A    It doesn't sounds silly at all.

17           MR. FIBICH:  Object to form.

18           THE WITNESS:  It's not silly at all.  It's

19   exactly what was done.

20   BY MR. AUSTIN:

21       Q    Okay.

22       A    It's precisely what was taught.  It -- it's

23   what was done in practice.

24       Q    The side effect was sort of used as the

25   surrogate for efficacy?

128

1    A    Again, that's why we called them neuroleptic.

2    Q    Then quetiapine came along and it, certainly in

3    schizophrenic population, it has such a low incidence of

4    EPS, you could dose it in looking for EPS and be a long

5    time before you found it?

6    A    In the population, that's true.  In the

7    individual patients, of course, you see EPS occurring in

8    even low doses.  For the population, yeah, it's -- it's

9    pretty darn benign.

10    Q    And that made it difficult to find where we

11    were reaching that therapeutic dose in terms of efficacy?

12    A    Well, it made it difficult for the guys that

13    designed studies.  Because when you design a study, you

14    have to decide at the beginning, well, what dose are we

15    going to choose?  We're going to do a fixed-dose study

16    and I have to agree on what dose we're going to choose.

17        It used to be in the '60s that people did

18    flexible-dose studies, just kind of keep dosing up until

19    you think you get to the right area.  And those are just

20    maddeningly difficult from a statistical and analytical

21    standpoint, that we just abandoned those.  We may go back

22    to them at some point, but we really abandoned that

23    particular design.  So you're forced to make a decision,

24    what dose do you want to choose.  And -- and that's

25    difficult to do for a couple of the drugs, quetiapine

129

1    included.

2        Q    And is it fair to say that some of the early

3    years with quetiapine were something of a quest for

4    finding the right dose for schizophrenia?

5        A    That's absolutely true.

6        Q    Was it -- and in clinical practice, was there

7    another aspect of Seroquel, the sedation aspect of it,

8    it was difficult, just in the field to get the clinicians

9    to titrate the drug up to the effective dose?

10        MR. FIBICH:  Object to form.

11        THE WITNESS:  Yeah, well, I kind of -- I'm

12    tempted to want to say no, but in truth my colleagues are

13    somewhat less tolerant of drugs that you have to slowly

14    titrate over time because of emergent toxicities.  You

15    know, I think we're collectively, as human beings,

16    basically lazy bastards.  And you know, we like to do the

17    simplest things, psychiatrists included.  And so, you

18    know, if you -- you have a drug where one dose, same

19    spelling, okay.  I can use that one kind of thing, that's

20    what people choose.

21        Now, antipsychotics, certainly with the

22    conventional class, that was the case.  Haldol, 10

23    milligrams, you're done.  Go have lunch.  No titration,

24    no tapering, no nothing.

25        With clozapine, you have to titrate it with

130

1   exquisite care.  And with quetiapine, because of

2   sedation, you have to titrate it slowly because it's too

3   sedating in maximum doses.  It also causes too much

4   orthostatic hypotension if you dose it at the maximum

5   efficacy dose initially.

6   BY MR. AUSTIN:

7       Q   Low blood pressure on standing?

8       A   Correct.

9       Q   Quetiapine does clinically require a degree of

10  patience to get the individual up to the dose?

11      A   For the antipsychotic effect, absolutely.

12      Q   All right.  So in terms of your speaking for

13  the company in 1997 post-launch era, what sorts of things

14  were you speaking about?

15      A   Oh, by that juncture I had been -- we had sort

16  of made the field aware of the metabolic toxicities of

17  these compounds.  Our first experience was with

18  clozapine, but then olanzapine and risperidone.  So I

19  would frequently give kind of generic lectures on

20  metabolic consequences.  I'd give people lectures on the

21  history of antipsychotics, how we got to where we are;

22  how the new drugs were different; how they were the same;

23  where they have their strengths; where they have their

24  weaknesses, that kind of thing.

25          And also, I would -- sometimes the company

131

1    would -- would have me -- one of their big customers, a

2    doctor who took care of many, many patients, wrote lots

3    of prescriptions, and this is an important customer to

4    them.  And they would have me, maybe a handful of these

5    important customers.  They would have me lecture to them

6    and I would get to talk about whatever they wanted to

7    talk about.  And sometimes it was about quetiapine,

8    sometimes it was about who was president and what we were

9    doing for lunch, and all sorts of different things.

10       Q    And by "they," you mean these prescribers?

11       A    Yeah, exactly.  I left it up to them.  And we

12   would -- we would literally talk about whatever they

13   wanted --

14       Q    Any --

15       A    -- to talk about.

16       Q    Any names that you can think of?

17       A    Oh, no.  Lord, no.

18       Q    That's fine.

19            When do you think that you first lectured for

20   the company on the issue of the metabolic issues with

21   Seroquel?

22       A    1998 would be a guess.

23       Q    What -- what did you say in general?

24       A    Oh, just talked about -- talked about our

25   observations that these compounds are associated with a

132

1    certain type of weight gain, and much as we've had

2    discussions this morning.  We would talk about our data

3    from our laboratory, things that we didn't observe in our

4    patients in our laboratory.  And I would talk about what

5    we did to try to prevent it, what we did to try and fix

6    it after it emerged.  You know, our favorite kind of

7    strategies to anticipate or to fix the weight gain that

8    occurred.

9        Q    And these are lectures to other physicians,

10   residents?

11       A    Mostly physicians.

12       Q    Did you, in these lectures, say what you

13   thought in terms of what you'd seen, what your data

14   showed, were you able to express your opinion?

15       A    You haven't known me very long, but you pretty

16   much know that I would say what I think.  Yeah.

17   Absolutely.  Of course I did.

18       Q    Did Astra Zeneca ever ask you to pull any

19   punches in these talks about the metabolic, potential

20   metabolic effects of Seroquel?

21       A    Yeah, it -- pretty much the answer to that

22   question, irrespective of what company put in there, they

23   never asked me more than once, anyway.  And as far as I

24   recall from Astra Zeneca, no.

25            The one thing that did happen is that -- it

133

1   happened not just with Astra Zeneca, it happened with all

2   the companies, is that -- is that because of what I

3   talked about, I started speaking less and less for them.

4       Q   Over what period of time did you speak for

5   Astra Zeneca.

6       A   Oh, well, that's a good question.  Because I

7   mean, I just a -- I just had a -- had a dinner meeting at

8   their request in August of 2008.  So, you know, it's --

9   it probably was a couple of years before that that I did

10  it the last time.  And then pretty regularly between that

11  and '98 or so, '97, something like that.

12      Q   Can you give me a rough idea how often?  I

13  mean, I understand really it varies.

14      A   Well, at first it was probably a dozen times a

15  year, and then, you know, trickled down to a couple of

16  times a year and then once every couple years.

17      Q   During what time period was it, let's say, more

18  than, you know, more than -- more than six or eight times

19  a year?

20      A   Yeah.  Early on I would say, from '98 to 2002,

21  something along those lines.  Back when -- because I take

22  care of patients with schizophrenia, that's the market,

23  of the people they were primarily interested in pursuing.

24  When they developed, you know, other interests, other

25  markets that they were interested in, then I was less

134

1    important to them.

2        Q    Okay.  And certainly during these talks,

3    you've -- you felt free, even though it's Astra Zeneca

4    sponsoring it, and you have expressed your opinion about

5    what you truly believe about metabolic, potential

6    metabolic effects of the drug?

7        A    Absolutely.  Astra Zeneca is -- in the spectrum

8    of things, Astra Zeneca is, with regards to me, their --

9    their behavior was certainly among the more reputable

10   and better behaviors.  They never told me what to say.

11   They just stopped asking me to say it after a while.

12       Q    It sounds like you've said it.  You have said

13   it with some regularity up to 2004 or '5?

14       A    Oh, sure.

15       Q    You talk here about a high-dose study that you

16   wanted to do.

17       A    Correct.

18       Q    Tell me about that.

19       A    The -- it took place or it was going to take

20   place at Atascadero.  And we had collected a good number

21   of patients' anecdotal case reports, case series of

22   patients who had been exposed to as many as 3200

23   milligrams per day of quetiapine.  And, you know, with

24   that as a base, wanted to pursue a structured

25   standardized protocol in high dose.

135

1          And I wanted to go to 2,000 milligrams.  That's

2     where I wanted the protocol to go to.  And there was

3     initially a great deal of enthusiasm for it.  The maximum

4     dose at the time, you recall, was 900 milligrams.  And

5     the medical science liaison officer, and I don't remember

6     his name but like a vice president, came out and we

7     had -- we had dinner out here and proceeding with the

8     discussions and planning it out and it was kind of a go.

9          And then -- then it went up to the legal sorts

10    and they -- they determined that what was just too far

11    outside the label to warrant Astra's formal involvement.

12    And they said that they would be willing to support a

13    trial up to 1200 milligrams.  And this is again back and

14    forth over months, to 1200 milligrams.  But, honestly,

15    1200 milligrams at that point, for the population I was

16    working with, would not be a high dose.  That was like --

17    excuse me -- that was like a boring, boring level and

18    nobody at Atascadero was interested in doing the study.

19          So I had -- the compromise would have been,

20    okay, let's do this initial study to 1200 milligrams,

21    demonstrate that nobody's feet fall off or whatever it

22    was that people were concerned about and then we can do

23    the study we really want to do.  And ultimately I

24    couldn't negotiate it between the various -- or among the

25    various parties and it fell through.  It literally was

136

1    years.  It was quite upsetting that we never got it done

2    because there was definite interest, definite ability and

3    I think some utility for the refractory population.

4    But -- but never got it done.

5        Q    And -- and just so we can be clear, the

6    population that you were talking about using these very

7    high doses were people that had just failed on other

8    medications?

9        A    Failed on multiple combinations of other

10   medications.

11       Q    And what was it about quetiapine that made you

12   think it would be a good candidate for a high dose with

13   these refractory patients?

14       A    It was -- it was the worst of reasons, only

15   because they hadn't seen it before.  And just the hope

16   that because quetiapine, which seems to work through

17   dissimilar mechanisms, might evidence itself to be --

18   have dissimilar efficacy in the refractory population.

19   It's not great reasoning, but it's the best I could come

20   up with.

21       Q    And you did come up with -- produce one

22   publication?

23       A    Yeah.  That was basically the case series that

24   I referenced earlier.  This is what we did, and this is

25   what happened.

137

1     Q    And what did you see in the case series that

2   you developed?

3     A    I mean, basically you saw a dose-related

4   increase in sort of predictable toxicities.  The most

5   predictable ones would be the orthostatic hypotension and

6   the sedation.  And surprisingly you saw -- you saw

7   reasonably good tolerability even at those -- at those

8   very high doses, provided you achieved them through a

9   cautious slow titration.

10    Q    What about in terms of efficacy, what did you

11  see?

12    A    It was -- it was not compelling but not

13  completely off-putting either.  Bottom line -- bottom

14  line, nobody -- nobody was cured.  Nobody had a very

15  dramatic response but still I think the data -- there was

16  enough there to say that -- that for some patients, they

17  became more manageable; though, symptomatically, they

18  remained quite symptomatic, but became more manageable,

19  within that setting with the higher doses.  So, again, I

20  felt that there was a modicum of data support to proceed

21  with the trial.

22    Q    What sort of doses were you using in the case?

23    A    Up to 3200 milligrams a day.

24    Q    All right.  Move on in your report.  Let's see

25  if I can find it.  I'm trying to find out where it's --

138

1    All right.  I'll just read it to you.  It says:

2         "Continued to lecture and provide ad hoc

3    consultation at the company's request."

4         Do you find that part of it?

5    A   Uh-huh.

6    Q   Last time in 2008, what did you do in August?

7    A   It's what I told you about, went to dinner and

8    had a couple of my former residents who, you know, are

9    middle-aged family men who were here on the west side.

10   And they wanted to go to dinner and kick around some

11   clinical cases with me.  And Astra said we'll invite them

12   out to dinner.  So that's what we did.

13   Q   I've asked you about expressing your opinions.

14   Were you ever asked by Astra Zeneca to lecture on a topic

15   that you felt was inappropriate or somehow say things

16   that you thought were inappropriate?

17   A   From Astra?

18   Q   Yes.

19   A   No, sir.

20   Q   Or Astra Zeneca?

21   A   No, sir.

22   Q   The report goes on to say, in the same

23   paragraph, that you have kept the company apprised of

24   your concerns about observations of their drug,

25   "including this last spring, when I sent them a

139

1    prepublication copy of a letter that was recently

2    submitted to the American Journal of Psychiatry."  And

3    then you give a citation; correct?

4       A    Correct.

5       Q    And tell me about the conversations you've had

6    with Astra Zeneca, including its predecessors, about your

7    concerns and observations about the drug?

8       A    Oh, I mean, with their -- with their MSL, and

9    this vice president that I talked about, and obviously

10   with -- with the -- the standard representative, talked a

11   lot about the metabolic issues; that was probably the

12   most common.

13          More recently from 2004 onward, starting in

14   2004, I had discussions with them about what I considered

15   the deleterious kind of addictive liabilities of the

16   drug.  As to how I would characterize those -- those

17   discussions, I think both of them were similar and that

18   is to say that it seems like they listened to me

19   attentively and politely and -- and were appropriate and

20   nondefensive.  It seemed quite collegial.

21      Q    What would -- how would -- how would you

22   summarize what you told the company about the metabolic

23   profile of Seroquel?

24      A    Oh, the metabolic profile of quetiapine is

25   about almost exactly midway between risperidone and

140

1    olanzapine, like olanzapine but unlike risperidone.  And

2    also it seems to have a curious and rare impact on lipids

3    that is separate from its impact on weight.  And it has

4    this -- this curious, unusual, not predicted abuse

5    liability.

6        Q    Apart from the high dose situation, did you

7    ever recommend to Astra Zeneca they do any particular

8    studies of Seroquel?

9        A    Besides the high dose, we -- we did have -- I

10   did put in this one brief short-lived idea where I wanted

11   to do a three-way trial, sort of a forerunner to the

12   CATIE trial, C-A-T-I-E, but it really required trying to

13   negotiate with three pharmaceutical companies.  And I --

14   I gave up in frustration after a short period of time.

15   And that was ultimately done, so . . .

16       Q    Would that be an efficacy trial, principally?

17       A    Yes, absolutely.

18       Q    All right.  Never recommended to the company

19   that they do particular studies looking at the metabolic

20   effects?

21       A    No.  I mean, it's -- it's my belief that the

22   metabolic effect studies had been done.

23       Q    Never recommended that they do a, quote,

24   diabetes study?

25       A    I wouldn't even know what a diabetes study

141

1    would be.

2         Q    Can you even -- does that -- does that term a,

3    quote, diabetes study really mean anything to you?

4         A    Yeah.  I mean, I can guess as to what it means

5    in the context of this, but certainly you wouldn't -- you

6    wouldn't choose a drug like quetiapine for use in base

7    population with diabetes.  So what they would call a

8    diabetes study would be -- would be weird.  If you -- if

9    you wanted to look at the downstream consequences of

10   weight gain and call that a diabetes study, as I said,

11   those have been done.

12        Q    But never at any time did you recommend to the

13   company that they need to do more than they were doing on

14   that score?

15        A    Not that I recall, no.

16        Q    Is the weight gain from the drugs, and

17   including Seroquel, I mean, it -- is it -- when it

18   happens, is it striking to the clinician?

19        A    It can be.  It can be.  Certainly a handful of

20   pounds is not.  But the patients that gain an inordinate

21   amount of weight --

22        Q    Right.

23        A    -- obviously, yeah, it's very striking.

24        Q    Yeah.

25             And then this whole issue about the propensity

142

1    of only -- let me back up.

2         Clinicians having known that weight gain was

3    associated with antipsychotics go all the way back to the

4    first-generation drugs?

5         MR. FIBICH:  Object to form.

6         THE WITNESS:  Clinicians have known.

7    Clinicians should have known.

8    BY MR. AUSTIN:

9      Q    Sure.

10         I mean, certainly, it's been well discussed in

11   the psychiatric literature and in the psychiatric

12   community that weight gain was associated with the

13   first-generation drugs?

14     A    That's not quite true.  It -- it -- it -- you

15   know, honestly, we didn't talk about it.  We took

16   terrible care of our patients' medical issues.  Yes, it

17   was known.  Yes, it was there and we paid it very

18   short --

19     Q    Is it -- and I don't mean this in a critical

20   way, but when you have drugs that pretty much everybody

21   accepts produce EPS, nobody is really paying any

22   attention to the weight gain?

23         MR. FIBICH:  Object to form.

24         THE WITNESS:  Yeah.  No.  I think the -- I

25   think it's fair to say that when you have a population

143

1    that is this impaired, they don't get very good medical

2    care.  And that's -- that's -- that is an indictment and

3    I -- I intended it to be so.

4    BY MR. AUSTIN:

5        Q    Okay.  And certainly when the second generation

6    drugs came on the market, particularly olanzapine, I

7    mean, there was a lot of discussion within your

8    profession about the weight gain that was being seen with

9    these drugs?

10        MR. FIBICH:  Object to form.

11        THE WITNESS:  Well, in my little universe,

12    there was an enormous amount of discussion.

13    BY MR. AUSTIN:

14        Q    Right.

15        A    I mean, it was the focus of -- of -- of what I

16    did.  My -- my wife at the time and I became very

17    important people for a short period of time, in --

18    insofar as we were among the very first to report these

19    effects.

20        Q    Well, certainly unlike, perhaps, let's say

21    increases in blood pressure that you may or may not see,

22    may or may not notice -- I mean, if someone gains weight

23    and it's an inordinate amount of weight gain, you can see

24    it?

25        A    Yeah.  And we saw it earlier than most because

144

1    of the peculiar circumstances of our practice.  And our

2    practice, remember, was an inpatient practice.  And so I

3    got to see the patients every day.  And that was a luxury

4    that most clinicians do not have.  And when you see a

5    person separated by a month, given of the vagaries of

6    our -- of our memory, we have a little trouble actually

7    knowing it.  However, even I can remember from

8    day-to-day, in general.

9           And it was -- it was just -- it was just an

10   amazing process to see this happen right before your

11   eyes.  You literally just got to watch them get bigger,

12   and it was -- it was -- even though it was a toxicity, it

13   was a bad toxicity, I've got to tell you it was -- as a

14   doctor, as a clinical scientist, it was -- it was

15   riveting to me.  It was unbelievably compelling.

16       Q    Any other conversations or interactions with

17   Astra Zeneca that you think are really germane to this

18   lawsuit that we haven't talked about?

19       A    No.  Not that I can think of at the top of my

20   head, no.

21       Q    Okay.  Did you ever, at any time, suggest to

22   the company that they need to change the label for the

23   drug in some way?

24       A    Well, in the -- in the -- in the -- the abuse

25   liability, I have suggested that to them, and my

145

1    reasoning for that, how I explained that to them is that

2    it's -- is that it's -- we talked about it earlier.  With

3    the abuse population, the population of patients that

4    abuses -- it's like a psychoactive compound or another --

5    I think this is a bad drug to use with them, even though

6    it's a very common drug for that population to use.  And

7    I thought that it should be better known that, for

8    certain patients, they will use the drug inappropriately.

9        Q    And these discussions were when?

10       A    From about 2004 -- 2004 was the first -- first

11   report that we had reported on the use of quetiapine

12   intranasally in -- in the population at Twin Towers here

13   at Los Angeles, our prison -- jail, rather.  My chief

14   resident at the time was working at Twin Towers and so

15   that's how I set up that relationship.  It was -- it was

16   a curious, really unusual -- I know it was the first

17   report of such -- such activity.

18       Q    And the activity was what?

19       A    Was that -- in that population, they would --

20   they would come in and say -- make up some particular

21   symptom that they were having and that the prison doctor

22   or the jail doctor, more proper -- more properly, would

23   give them quetiapine.  And then they would then take this

24   back and grind the compound up, grind the pill up and up

25   snort it.  Which it -- I can't tell you how unbelievable

146

1   that is for an antipsychotic.  That is -- why don't you

2   just grind up beach sand and shove it up your nose.  I

3   mean, it makes about as much sense.  And yet they were

4   doing it.

5           And it turned out that they -- that quetiapine

6   had cigarette value, had cash value in the prison system.

7   And, again, that's totally counterintuitive.  You cannot

8   sell antipsychotics.  It's one of the rules we've got.

9   And yet it was being -- in that population, it was being

10  abused, misused and traded.  And I thought that was a

11  riveting observation.

12      Q    Did you publish something on this?

13      A    Yes.

14      Q    When?

15      A    2004.

16      Q    Okay.  Does the Seroquel, when ground up and

17  taken intranasally, have any effect?

18      A    Absolutely.  It, like in most things, when --

19  when -- when dealing with drugs of abuse, the patients

20  that abuse it, they are the best psychopharmacologist in

21  the world.  And so when you actually snort quetiapine,

22  you bypass its very complex hepatic metabolism.  So

23  instead of getting X effect of the drug, you get 3X of

24  the drug.  And, you know, these guys would, you know, not

25  a high school education, dropped on their heads as

147

1    youngster, years of substance abuse and three psychiatric

2    diagnoses figured this out in prison is just, man, these

3    guys are brilliant.  And it's -- it's absolutely true.

4    You will double to triple the effect of a set dose by

5    giving it intranasally.

6        Q    What was the reason that these folks had been

7    prescribed quetiapine in the first place?

8        A    A couple of different things.  In prison

9    systems, you get to -- you get to -- you get substances

10   because you did something, some behavior that the system

11   doesn't like, or for a specific complaint.  Sometimes

12   it's a psychotic complaint; sometimes it's a -- it's

13   agitation, anger, hostility; sometimes it's difficulty

14   with sleeping.  All of those might warrant a prescription

15   of quetiapine in the prison system.

16       Q    Have you seen reports of similar activities

17   with any other antipsychotic medication in the

18   literature?

19       A    Yeah.  No.  Quetiapine stands alone as -- we're

20   talking about atypicals; right?

21       Q    Yes.

22       A    Thank you.

23           It stands alone in terms of atypicals.  In the

24   typical population, two drugs are occasionally not used

25   exactly that way, but occasionally abused.  And they are,

148

1    believe it or not, Thorazine and Mellaril.  And I believe

2    for similar reasons, characteristics overlap quite a bit

3    with quetiapine.

4         Q    Do you have any sense of how many reports

5    there are in the published literature of this with

6    Seroquel?

7         A    Half dozen.

8         Q    And your suggestion to the company on that

9    issue has been what precisely?

10        A    That -- that you really don't want your drug

11   used in an abusive way.  And if you warn people about the

12   unusual, occasional abuse potential of the drug, that

13   then clinicians won't be so inclined to prescribe it in

14   addict population.  That was -- that was my concern.

15            The reason it's used in the addict population

16   is because of the belief that it is devoid of abuse

17   potential.  At least I can give these guys that are

18   begging me for something, at least I can give them a drug

19   that is devoid of abuse liability.  But I think it's an

20   erroneous reasoning.

21        Q    It shouldn't be used at all in people who are

22   substance abusers?

23        A    Oh, sure, because people with substance abuse

24   have other conditions also.

25        Q    Dr. Wirshing, let's make sure we're talking

149

1    about the same thing.

2         Is it your belief that it's contraindicated in

3    substance -- people with substance abuse.

4         A    No, not necessarily because -- because people

5    with substance abuse oftentimes have a psychotic illness;

6    oftentimes have a -- a mood disorder that may, in fact,

7    respond to quetiapine.  So it's perfectly appropriate to

8    be used with caution.  You have to pay attention to it,

9    make sure they don't lose their medication, return

10   earlier for a renewed prescription, leave it on the bus,

11   have their dog eat it, all of the things that occur in a

12   person that actually is misusing a drug.

13        Q    And what precisely should the label say --

14        A    I think the --

15        Q    -- in your mind?

16        A    -- that the label should just go beyond

17   where -- where it says now, which is, as far as we know,

18   it has no abuse liability.  However, pay attention to

19   people that seem to be using it appropriately, which is a

20   standard label.  And I think that it should say that

21   there are certain people who will abuse this and care

22   should be exercised when using it in abusive-prone

23   populations.

24        Q    Okay.  Go on to the rest of your report.  See

25   if I can figure out where I am.

150

1        Well, when you're talking about the structural

2    analog of clozapine, and I think that may be page 6.

3        A    Yeah.

4        Q    When you talk about Carlsson in 1963 -- I'm

5    sorry.  I'm not --

6        A    No problem.  I talk about it a couple -- a

7    couple of different places.

8        Q    Yeah.  There we go.  It's on page -- the bottom

9    of page 5.

10       A    Okay.

11       Q    Okay.  You talk -- basically, I just want to

12   talk to you about -- you say here that although it is,

13   you know, a structural analog of clozapine, it really has

14   a very different pharmacology.  Is that fair?

15       A    That's absolutely fair.

16       Q    Okay.  Tell me -- just summarize for me what --

17   how -- how it's different?

18       A    It is less, substantially less, active at the

19   alpha 1 site.  So it doesn't cause near the orthostatic

20   hypotension that clozapine induces, and possibly that

21   also accounts for it's slightly less sedative potential.

22   It has different activity at the seritonergic site,

23   s-e-r-i-t-o-n-e-r-g-i-c, seritonergic site, sites,

24   rather, plural.  It has slightly higher affinity at the

25   D2, dopamine receptor site.

151

1          And, you know, in -- in general what can be

2     said is that quetiapine lacks any one or even two

3     receptors that dominate its receptor profile.  It's kind

4     of an indiscriminate receptor drug, if you will.

5          You know, I used to -- I used to joke in my

6     lectures, if you work for Astra Zeneca, I'd say you

7     describe quetiapine as a -- as drug with rich

8     polyreceptor pharmacology:  If you worked for one of its

9     competitors, you'd describe it as a dirty drug.  But

10    it's -- it's -- the curiosity about -- about quetiapine

11    is that looking at its receptor profile, it's very

12    difficult to predict how it's -- how it's going to behave

13    in a clinical populations because no one thing

14    predominates.

15      Q    It has -- if we step outside of schizophrenia

16    for a moment, it also has been found to have efficacy in

17    bipolar patients as well, hasn't it?

18      A    Yeah.  Well, it works -- it works in mania

19    clearly.  And even as a pretty interesting -- pretty

20    interesting study in bipolar depression, which I think

21    kind of surprised a whole lot of people.  It's -- it's --

22    it's my feeling that a large amount of that effect was

23    due to it's pretty good anxiolysis.

24      Q    Antianxiety?

25      A    Yeah.  Yeah.  I think -- I think that -- I

152

1    think that that's a lot of the reason the drug enjoys the

2    market share it does.  Because it's -- it's such a

3    difficult construct to treat clinically.  But --

4        Q    Bipolar.

5        A    It's -- it's in everything.  I mean, it's --

6    the anxiety associated with life is -- is a very

7    difficult thing to treat.  Almost all of the compounds

8    that are short-term efficacious for anxiety have abuse

9    addictive liabilities.

10       Q    Benzodiazepines?

11       A    Case in point.  B-e-n-z-o-d-i-a-z-e-p-i-n-e-s.

12       Q    Valium --

13       A    Correct.

14       Q    -- is the kind of a paradigm example?

15       A    Absolutely.  Absolutely.

16       Q    And while those have been used over the years

17   for anxiety, they have significant abuse potential?

18       A    And, ultimately, like the -- like the Chinese

19   expression, that peeing in your boots doesn't keep your

20   feet warm very long, they make the anxiety condition

21   worse in the long run.  It really is a nefarious

22   activity.

23           So you can have a compound that has attenuated

24   or absent abuse liability which will lessen the anxious

25   syndrome and not -- not make it worse in the long wrong,

153

1   that would be great.

2       Q    And -- and, in fairness, whatever one might say

3   about the abuse potential of quetiapine, it is

4   substantially less than the benzodiazepines?

5       A    Absolutely.  No question.

6       Q    And certainly when you have an anxiety, can go

7   hand and hand with trying to get somebody off of a drug

8   that they are abusing along with insomnia and other

9   things?

10      A    If -- if the question is a person who is

11  abusing, like a sedative hypnotic, do they -- do they

12  have troubles with exacerbation of anxiety when they're

13  coming off of it, absolutely.  It's pure hell.

14      Q    Right.

15          And it's -- and it's that anxiety that sort of

16  makes the person want to go back to the drug that got

17  them in trouble in the first place?

18      A    Welcome to addiction.

19      Q    And not that long ago, one of the doctors would

20  be trying Valium and things like that in those patients

21  and finding that they were just creating --

22          MR. FIBICH:  Object to form.

23  BY MR. AUSTIN:

24      Q    -- different problems?

25      A    You mean like this morning?

154

1    Q    What do you mean, like this morning?

2    A    It's continued to do to the present time.  It's

3    not -- it's not past tense.

4    Q    Okay.

5    A    Benzodiazepines continue to be on the -- you

6    know, in the top 20 list of drugs used.  I mean, they're

7    extremely common drugs.  They're such a problem, in point

8    of fact, that The California Formulary couldn't control

9    their use.  They could not get clinicians to -- to stop

10   misusing them.  Then they just stopped paying for it.

11   They said, "No more at all, period."  They took them off

12   the formulary for the Medi-Cal.

13   Q    And the thinking in trying a drug like

14   quetiapine to have that antianxiety effect was it doesn't

15   appear that it has the abuse potential of the

16   benzodiazepines; correct?

17   A    It doesn't appear to have abuse potential,

18   period.

19   Q    Right.

20   A    That's the reason.  Because antipsychotics do

21   not have abuse potential.

22   Q    And you've seen -- and certain -- I take it,

23   given your knowledge of the literature, you're familiar

24   with the fact that there are four studies out there where

25   people are actually looking at these, quetiapine, and

155

1    doing clinical trials in substance abuse patients?

2        A    Of course.

3        Q    Okay.  So certainly this is an area where

4    reasonable minds can differ about what role they best --

5    they might play in?

6        A    Reasonable minds, yes.  Let's say we can all

7    differ.

8        Q    Okay.  And, you know, going back to sort of

9    your discussions with the company, they were -- as you

10   described them, Astra Zeneca was always receptive to your

11   views.  They might not always agree with them, but

12   they -- they were being listened to?

13       A    In my experience, that's what they did, yeah.

14       Q    All right.  Let's talk -- well, let me -- let

15   me go on for a second.

16           When we talk about efficacy for Seroquel, we do

17   have to talk about more than just schizophrenia.

18       A    Okay.

19       Q    I mean, that's true, isn't it?

20       A    Depends on which study where looking at and

21   depends on which conversation we're having.

22       Q    Well, I mean, it doesn't -- it doesn't

23   necessarily -- if you're going to say is Seroquel

24   effective, sort of the next question is for what?

25       A    Okay.

156

1     Q    That's fair, isn't it?

2     A    That is, of course.

3     Q    Okay.  So if we look at schizophrenia studies,

4   that will tell us something about that population but it

5   doesn't necessarily tell us about the efficacy in the

6   drug product population?

7     A    That's, of course, true.

8     Q    And I think you said -- I think you said, I

9   think you'd agree, that Seroquel has been found to be

10  fairly uniquely efficacious in bipolar patients in the

11  sense that it treats both manic and depressive phases?

12    A    Well, that's by no means unique.  I mean, the

13  definition of a thymoleptic, in point of fact, many drugs

14  have that characteristic.

15    Q    Are you aware of other drugs that are approved

16  for both phases of manic -- of bipolar depression, manic

17  and depressive phase?

18    A    Yes.

19    Q    Which ones?

20    A    Lithium.

21    Q    Okay.  Any others?

22    A    No.  No.  Lithium is by far in the way of the

23  strongest of that particular industry, the only true

24  thymoleptic, t-h-y-m-o-l-e-p-t-i-c.

25         THE REPORTER:  I am going to ask that you both

157

1    slow down.

2           MR. AUSTIN:  All right.

3           THE WITNESS:  All right.

4    BY MR. AUSTIN:

5       Q    All right.  Let's talk about -- you talk here

6    about the studies that were done on Seroquel and

7    schizophrenia, the efficacy studies.

8       A    Uh-huh.

9       Q    And you talk about comparison drugs --

10   comparison studies that were done to Haldol; correct?

11      A    Yes.  That's correct.

12      Q    Okay.  Certainly, in the clinical trial

13   efficacy is going to be defined as superiority to

14   placebo; true?

15      A    That's a definition of it.  That's true.

16      Q    Okay.  I mean, in order to have it -- get a

17   drug approved for a condition, you have to prove that

18   it is statistically significantly superior to placebo?

19      A    You know, that's a -- that's a good question

20   and one that is a -- a hot topic in the profession

21   because it begs the question if you have effective

22   treatments, is it ever ethical to do a placebo control

23   trial.  And if so, shouldn't we revisit that definition.

24   For instance, you never do placebo control trials in

25   persons with epilepsy.

158

1    Q    Sure.

2    A    And so -- so -- so -- so, you know, and it's

3    also true that you could say that efficacy is equivalent

4    clinical effect to established treatments.  And,

5    unfortunately, that hasn't passed muster with the FDA on

6    this population.

7    Q    And I think you sort of raise a separate but

8    important point, that with patients with serious mental

9    illness, it's -- there are ethical questions about

10   studying them in a study where some of them get no

11   treatment?

12   A    There most certainly are.

13   Q    Okay.  And then certainly that's why, when we

14   look at these trials, that are placebo controlled, they

15   tend to be relatively short term because you're not going

16   to have a control of seriously mentally people on a

17   placebo for a very long time, ethically?

18   A    No.  I think the truthful answer is that

19   they're short term because long-term studies are bloody

20   hard to do and incredibly expensive.  And -- and end up

21   being uninterpretable because you have an unacceptable

22   dropout rate.

23   Q    Okay.  Dropout meaning the folks in the control

24   group who aren't getting treated drop out?

25   A    Or the folks in all groups drop out.  It's the

159

1    nature of clinical experimental work, that we're dealing

2    with tragically ill human beings, who are really

3    unpredictable.

4        Q   In the notion of a failed study, that you set

5    out to do a study and it just doesn't meet the end point,

6    that's certainly something that's not unknown in

7    psychiatry?

8        A   Absolutely.

9        Q   And that's why you do the studies?

10       A   That's among the reasons.

11       Q   Yeah.

12           I mean, in other words, if we knew -- if we

13   knew the answers, we wouldn't be doing the study?

14       A   You shouldn't be doing the studies.

15           MR. FIBICH:  Let's take a short break.

16           MR. AUSTIN:  All right.

17           (Recess.)

18   BY MR. AUSTIN:

19       Q   All right.  Doctor, I guess, carrying on where

20   we were, looking at page 6 of your report, you talk to --

21   you have a paragraph here, it's really the first full

22   paragraph, talking about the clinical trials in

23   schizophrenia and the efficacy of Seroquel.

24       A   Correct.

25       Q   Tell me just in general what your -- what your

160

1    opinion is there.

2        A    Oh, as -- as -- as we talked about, the curious

3    profile of quetiapine did not lend itself easily to a

4    prediction of what the appropriate dose range is.  So it

5    required that your protocols just empirically searched

6    for the efficacious dose range.  And it's one of the

7    reasons there was such a protracted period of

8    development, for years, that that dose range was

9    difficult to identify.  And even -- even one of the

10   pivotal studies that I reference here, at that point, you

11   should know the dose range that you're targeting.  Even

12   that study had a dose range of tenfold, from 75 to 750

13   milligrams per day.

14       So it was -- the -- my -- my point was that --

15   that -- that the drug is different.  The drug is unusual

16   and it was difficult to work with in the premarketing

17   stage to identify what is the most appropriate dose.

18       Q    And I think you had made a point about the

19   ethical concerns and having patients with serious mental

20   illness on placebo for protracted periods.  We talked

21   about that.

22       A    Yes.

23       Q    Be that as -- be that as it may, the standard

24   has been by the FDA is that you do placebo control trials

25   and demonstrate superiority to placebo?

161

1    A    Yes.  The standard is that you demonstrate

2    safety and efficacy.  And when you try to do that without

3    a placebo-controlled trial in this population, you don't

4    demonstrate it to the satisfaction of the FDA; because if

5    you simply show equivalency, there are plenty of times

6    when conventional drugs don't seem to work.

7    Q    Right.

8    A    So that's been unacceptable.  They've not

9    accepted that for this population.  Maybe in the future

10   they will but not for this population.

11   Q    And in conventional drugs, the ones with the

12   EPS risk, really the debate has never really been over

13   whether they work.  They're efficacious drugs?

14   A    Clearly.

15   Q    Though, as you just said, not necessarily for

16   an individual?

17   A    And not necessarily even for a population of

18   individuals.  There are -- there are plenty of studies

19   where the drugs fail to beat placebo.  Bad luck,

20   circumstance, unusual population, lay of the land,

21   Republican administration, whatever it was that was going

22   on at the time just conspired to -- it didn't work.

23   Q    So, for example, you may do a study with a drug

24   like quetiapine that you're testing and you may do it

25   against a population on placebo and then another group

162

1    on, let's say, Haldol.  And you could come back with the

2    results that showed neither Haldol nor Seroquel were

3    effective in that particular study?

4        A    Of course.

5        Q    And that's just -- that doesn't necessarily

6    mean that either drug is actually bad or doesn't work, it

7    just tells that you that study didn't meet its import?

8        A    It doesn't -- that study didn't work.  It

9    doesn't -- it doesn't tell you much information at all.

10       Q    Right.

11           Given the history that we have with Haldol,

12   though, one would suggest if neither drug looks effective

13   in that study, it probably says more about the study than

14   it does about either of the drugs?

15           MR. FIBICH:  Object to form.

16           THE WITNESS:  Again, not necessarily.  I mean,

17   there is enough variability in this illness that that

18   kind of stuff happens --

19   BY MR. AUSTIN:

20       Q    Yeah.

21       A    -- from time to time.  There may have been

22   nothing wrong with the design, it's just like -- like I

23   said, circumstances conspired against you.

24       Q    And while -- again, across populations we can

25   say that these drugs are all efficacious; that doesn't

163

1    mean that they will all be efficacious in any individual?

2        A    That's, of course, true.

3        Q    And that's the problem we're dealing with here?

4        A    That's one of the problems, absolutely --

5            MR. FIBICH:  Object to the form.

6            THE WITNESS:  -- that we're dealing with.

7    BY MR. AUSTIN:

8        Q    All right.  It's never been and certainly a

9    regulatory requirement that any of the drugs, the second

10   generation drugs demonstrate superiority to the

11   first-generation drugs in terms of efficacy?

12           MR. FIBICH:  Object to the form.

13           THE WITNESS:  It's never been a requirement,

14   no.

15   BY MR. AUSTIN:

16       Q    Okay.  And in -- there's really nothing wrong

17   with being as good as the first-generation drugs in terms

18   of efficacy from a clinical standpoint, is there?

19       A    That's correct.

20           MR. FIBICH:  Object to form.

21   BY MR. AUSTIN:

22       Q    Okay.  Because the first-generation drugs work?

23       A    They do.

24       Q    Okay.  And I think, as I read your paragraph

25   here, is that this, the Astra Zeneca studies, some of

164

1   them compared the drug to Haldol; correct?

2       A    Correct.

3       Q    And they did not establish for quetiapine

4   statistically significant superiority over Haldol;

5   correct?

6       A    That's correct.

7       Q    But from a -- as a matter of statistics, the

8   two drugs were statistically equivalent?

9       A    Again, it's -- the devils are in the detail.

10  It depends on what dose you're talking about and how you

11  do the statistic.  Because of asymmetry of the study,

12  because you have five doses of one compound compared to

13  one dose of another compound, even if those drugs are

14  absolutely equivalent a good percentage of the time,

15  you're going to find that the drug that has five doses is

16  going to beat this guy.  And it's going to occur about

17  25 percent of the time that you do the study.  You're

18  going to find one of these doses to be superior to it.

19          And it's -- it's one of the reasons that, even

20  if that occurred, you would be unable to claim it

21  because it's unfair.  Five doses on this side, five doses

22  on this side, then you can -- then you can claim

23  superiority but -- but the -- the -- the fact is that --

24  that you would expect to see, you know, like I said, just

25  on random chance, you would expect to see one of those

165

1   doses being superior, if they were, in fact, equivalent.

2       Q   One of the reasons -- maybe the reason that a

3   measure of statistical significance is used is to

4   determine whether any apparent differences are, in fact,

5   real?

6       A   It's -- it's one of them.  I mean, it's --

7   it's -- it's a little bit as -- as Mark Twain said,

8   "These lies, lies, damn lies."  It's just statistics.

9   That -- that -- that statistics can obfuscate as much as

10  they can clarify.  But the idea behind the rule, in other

11  words, we live and die by statistical significance is

12  to -- is to get around the notion that -- that numerical

13  superiority in this highly variable entity means

14  anything.  No.  You have to take into account all of the

15  characteristics of the population and you do that best

16  with statistics.

17      Q   Right.

18          The accepting and appreciating the humor in

19  Mark Twain's statement, generally accepted science, is to

20  look for statistically significant differences?

21      A   Absolutely.

22      Q   And the studies that you discuss here in your

23  report, there was no statistically significant difference

24  between Haldol and Seroquel?

25      A   That's correct.

166

1      Q    Okay.  Why don't we go through Exhibit 1 and

2    why don't you tell me what this is.  I'm going to go back

3    to the report but I want --

4      A    As we talked about -- about before, this is

5    just a compilation of studies that I reviewed.  I just

6    pulled out the metabolic toxicity portions.

7      Q    Is there any particular study that you listed

8    there that jumps out at you, that you say, aha, this is

9    really -- of all this, this is the one we really need to

10   focus on?

11     A    No.  No.  I -- I chose them all because they

12   all had metabolic effects.

13     Q    Right.

14     A    It's just trying to demonstrate that this is a

15   very predictable, understandable, expected consequence of

16   the drug.

17     Q    Okay.  We talked a little while ago.  Why

18   don't -- I'll tell you, we'll get back to that.  Let's go

19   through your report, probably the quickest way to do

20   this.

21          You go on to say -- you see in that same

22   paragraph, it says:

23              "This pattern of being marginally

24              equal to or slightly inferior to

25              Comparator drugs has been repeated."

167

1    A    Uh-huh.

2    Q    Tell me what you mean by that.

3    A    That -- that on average, quetiapine

4    demonstrates itself to be slightly less effective than --

5    than the comparative -- comparator drugs.

6         John Davis, out of Chicago, did a -- did a nice

7    meta-analysis where he -- he looked at all of the

8    published studies on the drugs and compared them to the

9    Haloperidol reference.  And it showed that olanzapine end

10   up slightly above the Haloperidol reference.  Risperidone

11   ends up just about at the Haloperidol reference,

12   quetiapine was a little bit below the Haloperidol

13   reference, and ziprazadone was below that still.  And

14   it's exactly the same pattern that was determined by --

15   by the CATIE study in exactly the same -- the same -- the

16   same fashion.

17        So what I was trying to demonstrate there was

18   that overall there does seem to be a very slight

19   difference among these compounds and that -- and I was --

20   I was trying to say it as a double-edged argument; that

21   the bad side is well, it looks like it's a little less

22   effective.  The good side of it is that, man, that means

23   it may work through dissimilar mechanisms.  And, again,

24   that to me, as the scientist, that's still the exciting

25   portion of it, that maybe you have to figure out exactly

168

1    what's the proper population to use it in.  Or maybe, as

2    the company has done, maybe there are completely

3    different -- different psychopathologic constructs that

4    will improve with a drug that works through different

5    mechanisms of action.  And I think that's what's

6    happened.

7        Q    Explain that last to me.

8        A    Well, the -- the -- if -- if -- if you have

9    conventional drugs which work through a monolithic

10   mechanism of action, even though we're all too dumb to

11   know exactly what that is but they all seem to be about

12   the same.  It doesn't really make any difference.  As I

13   used to teach my students; there's slightly different

14   shades of green of the same Chevy Capris classic, you

15   know.  Knock yourself out, pick one.  And I usually said,

16   "Just pick the one that's easiest to spell" because

17   that's what I do.

18        But if you have a compound that works through a

19   different mechanism of action, then you try it in

20   different circumstances.  You would be able to broaden

21   the clinical entities that you might expose it to because

22   you know the drug works differently.  It might work

23   better, it might work worse, but at least it works

24   differently.  And -- and that was what I was trying to

25   say there.  That there -- that there may be other --

169

1    other areas where the drugs has benefit, even though in

2    this particular population it shows slightly less

3    efficacy.

4         Q    And what are some of those other areas where

5    the company has found that the drug does work?

6         A    Oh, I think the company and other people too.

7    I think that in -- in -- in bipolar illness, it has -- it

8    has a -- it has a role.  I think in -- even though it's

9    not been demonstrated in the studies because they are so

10   hard to do, but I also think, personally think that it

11   has a role in anxiety spectrum disorders, and I think

12   that it has -- it has an adjunctive role in depressive

13   syndromes, apart from bipolar illness.  Again, they don't

14   have an indication for that, but that's my feeling and

15   that's my reading of the literature.

16        Q    You say here that AZ, Astra Zeneca, attempted

17   to perform a meta-analysis --

18        A    Correct.

19        Q    -- combining multiple trials.

20             Tell me about that.

21        A    Well, it -- it -- it's what you do.  This was

22   done -- Chuck Schultz was involved in this, as I recall.

23   If you have a -- if you have a drug that you think works

24   differently, you -- you want to see if -- you'd hope it

25   was working better.  And so you'd -- you'd -- you'd look

170

1    at any individual study which lacks statistical power to

2    demonstrate very tiny differences and so you get a

3    collection of multiple studies.  You combine them all

4    together so that you can basically get rid of what are

5    called type 2 statistical errors and be able to determine

6    that, oh, there is a statistical difference.  And when

7    that is done, rather than show statistical superiority to

8    Haldol, it fails -- it fails to -- to -- it fails to

9    demonstrate superiority at all.  As a matter of fact, it

10   -- it fails to be as good as Haldol, slight amount.  But

11   it's -- it's -- it's slightly less.

12        Q    Is the difference statistically significant?

13        A    It depends on which study you're talking about.

14   I mean, when it's -- with the CATIE study, yes, it was

15   statistically significant.  In John Davis's study, yes,

16   it was statistically significant.  In the studies that I

17   read in the company documents, they said that it was not

18   statistically inferior to Haldol.

19        Q    Right.

20        A    But --

21        Q    Do you --

22        A    But the effect side is approximately the same

23   in all those.  It's not -- it's not like we're talking

24   about big differences.  We're talking about a 20 percent

25   difference.

171

1      Q    Clinically meaningful differences?

2           MR. FIBICH:  Object to form.

3           THE WITNESS:  For an individual patient, no.

4    BY MR. AUSTIN:

5      Q    Okay.

6      A    Even for a population of patients, no.  It's --

7    it's -- it's not that big a difference.  It's of interest

8    by virtue of the fact that it is different because it

9    shouldn't be.  If it works the same, this difference

10   shouldn't be there.  The fact that it is, again,

11   underscores my belief that it works through dissimilar,

12   although unidentified mechanisms of action.  So that,

13   again, that end bullet, sort of that it has its good side

14   and its concerning side.

15     Q    It certainly -- this unique pharmacology

16   subsequent testing, subsequent to the initial launch, has

17   demonstrated that it has broad efficacy in terms of a

18   variety of different mental illnesses?

19     A    Yeah.  It certainly -- it certainly has impact

20   beyond strictly ordinary antipsychotics.

21     Q    Right.

22          Do you have any sense of what percentage of

23   Seroquel's use, let's say -- well, let's say today -- is

24   in bipolar disorder as opposed to schizophrenia?

25          MR. FIBICH:  Object to form.

172

1        THE WITNESS:  I can make estimates based on my

2    personal experience and I can make estimates based on

3    what I've read about market share and stuff.  And my --

4    my guess would be it's disproportionately used in

5    non-schizophrenia conditions.

6    BY MR. AUSTIN:

7        Q    Has that been true for the last several years?

8        A    It's been true really since about 2000, I

9    think.

10       Q    Because the drug, although initially approved

11   for schizophrenia, once it got out in the hands of

12   clinicians and doctors were using it, it became apparent

13   that it worked differently than the others.  And it

14   suggested that it may have efficacy beyond psychosis?

15       MR. FIBICH:  Object to form.

16       THE WITNESS:  Yeah.  I mean, the -- it's my

17   belief that this -- that the pattern, prescriptive

18   pattern, that was followed with quetiapine is going to be

19   a subject of very interesting study because it is really

20   unusual in what happened.  I mean, it had -- it had

21   almost no market share initially for a couple of years

22   and then it's off-label use, just as you suggested,

23   sky-rocketed.  And its -- its -- its use in something

24   like insomnia, which we haven't even talked about, is

25   literally 50 percent of its market.  And that's, for an

173

1    antipsychotic, I can't tell you how strange that is.

2    That's just really weird.

3        Q    Are you -- the doctors who began to use

4    Seroquel in bipolar disorder in those early days before

5    it had the indication, was that a logical thing to do

6    given the pharmacology of the drug and how it works in

7    patients?

8        MR. FIBICH:  Object to form.

9        THE WITNESS:  Yeah.  The -- the -- the --

10   bipolar illness is approximately the same portion of the

11   population that have schizophrenia.  The bipolar one is

12   slightly more, but in the same price category.  So to say

13   in bipolar ones, that is it a reasonable thing to use

14   antipsychotics, it's absolutely a standard thing to use.

15   And since we know that bipolar populations experience

16   more subjective intolerability to the neuroleptic effects

17   that we talked about earlier, yes, yes, this is a

18   perfectly prudent decision.

19          But where the drug really was used, and quite

20   early on was not in the bipolar population, was in

21   anxious depressive populations.  Was that -- was that

22   logical, my truthful response would be no, I don't know

23   why the hell they did it.  Because it's a little hard to

24   predict.  It's not done with antipsychotics in general.

25       Q    Have you reviewed any of the studies that Astra

174

1     Zeneca has done in major depressive disorder or

2     generalized anxiety disorder?

3        A   Absolutely.

4        Q   Okay.  And are you aware of the fact that there

5     are applications pending for those uses?

6        A   Absolutely.

7        Q   Okay.

8        A   Those are -- those are, as you know, relatively

9     recent studies from 2005 onward.

10       Q   No.  Correct.  Correct.

11          But those would be the indications you've been

12    talking about?

13       A   Absolutely.  But these guys were using it

14    seven years before those studies were begun.  You know,

15    I -- that -- that quite prudently, Astra is trying to get

16    label coverage for clinical use patterns, as they said in

17    deposition after deposition.  But it's literally years

18    after it was done.  And it's -- it's pretty amazing

19    that -- that -- that it was used to the degree that it

20    was.

21       Q   Well, certainly during your dealings with the

22    company, you never suggested to the company, that, gee,

23    doctors are using this medication for bipolar disorder,

24    you need to go study it today?

25       A   No, I -- not in bipolar.  I did with sleep

175

1    because -- the -- the issue with sleep has been

2    bothersome to me for a lot of years, and -- and I have

3    talked to them about that.

4        Q    When?

5        A    Oh, dating back to mid-2000.  It was -- it's --

6    I was on the formulary committee at the VA and this was

7    starting to be used by some of my cohorts, my

8    counterparts, for sleep in nonpsychotic populations.  And

9    I was, you know, very vocal against this particular thing

10   and I, you know, wanted to know from the company what --

11   what research had been done to -- to support this.  And

12   nothing -- nothing had been done.  So that was one of the

13   things that I encouraged them to do.

14       Q    Do you recall who you spoke with?

15       A    It was that same vice president and -- it's

16   going to be phonetic, I apologize, but Anoush.  Anoush.

17   She was the MSL, medical science liaison officer, and we

18   worked with her for several years, a wonderful, bright

19   woman.  And the vice president, I don't remember his

20   name.

21       Q    Any of this -- any of this correspondence in

22   writing or all of this just talking?

23       A    Oh, no, I'm -- I'm sure there was some -- you

24   know e-mail, stuff that at some level it's been lost to

25   the ether many years ago.  But, I mean, I don't -- I

176

1    don't send correspondence.  I haven't sent correspondence

2    in a decade.

3        Q    Have -- do you do sleep studies or have you?

4        A    No.  No.  No.  I never have.  It's -- it was my

5    belief, you know, my -- the subtext of my encouraging

6    them to doing it, is I don't like people using it.  I

7    think this is a misuse of the drug.  So I -- I -- I kind

8    of wanted to -- wanted to -- to get them to -- to -- to

9    stop doing it.  That was -- that was my subtext.

10       Q    I want to pin that down but let me just be sure

11   I understand.

12            You were not advocating to a company that I,

13   William Wirshing, will do a sleep study.  You were just

14   proposing something the company needed to look at for

15   folks that do those sorts of studies?

16       A    No.  I -- I -- I never had the ability to do

17   sleep studies.  It's actually something I have an

18   academic interest in it, but it's just, in my setting at

19   the VA, would have just been impossible.

20       Q    Do you have any, in terms of was there a

21   specific type of study?  The way the study would be set

22   up or structured?  Did you have -- was the level of

23   discussion with Astra Zeneca that detailed or was it just

24   really I think you need to look at sleep?

25       A    No, I -- yeah, it wasn't that detailed.  I

177

1    wanted to know what was the impact of the drug on sleep

2    architecture; what was the impact of the drug on sleep

3    latency; what was the impact of the drug on total sleep

4    time, and what was the impact of the drug on -- on

5    daytime level of -- of alertness.

6        Q    Okay.

7        A    So those are the parameters that I was

8    interested in.

9        Q    But in terms of how one would go to structure

10   and perform such a study, that's not something that you

11   would have done.  You would have left it to the folks

12   that do those sorts of studies?

13       A    Yeah.  I don't -- I don't think I talked about

14   this.  They're fairly straightforward standard stuff.

15   They're just usually done in very different patient

16   populations than I was -- than I was doing it in.

17       Q    Then I want to go back to the core concern that

18   you had.

19           It -- you were talking about non-mentally ill

20   patients where the drug is being used simply for

21   insomnia?

22           MR. FIBICH:  Objection to form.

23           THE WITNESS:  Well, not non-mentally ill

24   patients.  I mean, most of them had substance abuse or

25   one or another minor -- minor thing that they were seeing

178

1   folks about.  And insomnia certainly would be a

2   psychiatric condition.  So just not major

3   pyschopathology.

4   BY MR. AUSTIN:

5       Q    Insomnia certainly is a very common comorbid

6   condition with serious mental illness?

7           MR. FIBICH:  Objection to form.

8           THE WITNESS:  Insomnia abides with headaches is

9   the single most common reason to seek medical

10  consultation.

11  BY MR. AUSTIN:

12      Q    But I mean, in patients who have serious mental

13  illness, insomnia is often an important clinical

14  consideration?

15      A    Absolutely.  I mean, insomnia is very common in

16  people with mental illness.  Insomnia is very common in

17  people without mental illness.

18      Q    If you had a patient who exhibited elements of

19  depression, elements of anxiety, perhaps even a bipolar

20  patient who also had insomnia, would the sedative

21  properties of Seroquel, would it make sense that may help

22  with the insomnia?

23          MR. FIBICH:  Object to form.

24          THE WITNESS:  It certainly makes knee-jerk

25  intuitive sense.  However, the reality -- and my

1    suspicions is the reality is the exactly the opposite.

2    My concern is that you would impair sleep architecture

3    and impair daytime -- a level of alertness.  That's what

4    happens with these drugs, even sedating drugs.

5    BY MR. AUSTIN:

6        Q    That's not something, though, you have studied?

7        A    The immediate -- a person studying the

8    literature.

9        Q    The sleep architecture of Seroquel, that's not

10   something that you --

11       A    Oh, no.

12       Q    -- specifically studied?

13       A    No.  No.  No, sir.  I wanted to study.

14       Q    You do know that there are studies published in

15   the literature where others have looked at that?

16       A    Absolutely.

17       Q    And do you know how many of those were

18   sponsored by Astra Zeneca?

19       A    No, I don't know.

20       Q    Okay.  You're not sitting here today saying

21   that Astra Zeneca has never sponsored a study on

22   insomnia?

23       A    I'm not -- I'm not -- not sitting here saying

24   that they never sponsored.  As far as I know they have

25   not designed and carried out one.

180

1   Q   Okay.  But you can't say under oath that your

2   assumption is correct?

3   A   I didn't find one.  I mean --

4   Q   Okay.

5   A   -- but I can say under oath that I was unable

6   to locate them.

7   Q   Okay.  Well, certainly you -- if you look at

8   the literature, you'll see that there are studies done by

9   researchers looking at the sleep properties for Seroquel

10  that have been sponsored by Astra Zeneca?

11  A   Supported in part by them, yes.

12  Q   And that's apparent just from the literature?

13  A   That's correct.

14  Q   And you agree with me that there are studies

15  that have -- are aware where people actually doing the

16  research have expressed the opinion that Seroquel is

17  effective?

18  A   And there are researches that it is not

19  effective.  That's why I want the studies to be done.

20  Q   And that's why apparently the people are doing

21  the studies?

22  A   Correct.

23  Q   Correct?

24  A   I would hope.

25  Q   All right.  So -- but you didn't mean to leave

181

1   the impression that the -- that effects of Seroquel on

2   sleep is not being studied; that's not what the

3   impression you meant to leave from your report?

4        A    My impression I meant to leave from the report

5   is the effects on sleep have been inadequately studied

6   for an intolerable length of time, yes.  That is the

7   decided impression I meant to leave.

8        Q    And you didn't -- you certainly didn't mean to

9   suggest that Astra Zeneca has never sponsored any studies

10  of the sleep properties of Seroquel, did you?

11       A    I meant to suggest that they had never designed

12  and carried out any studies.

13       Q    Okay.  They simply supported the research of

14  others?

15       A    Of other people.

16       Q    Okay.

17       A    Investigator -- investigators' responsive

18  protocols, I mean, like the ones that I was talking about

19  with mine are very common, something companies explore

20  all the time.

21       Q    And you're certainly not critical of Astra

22  Zeneca for doing that?

23       A    Yeah, I'm laudatory --

24       Q    Okay.

25       A    -- of Astra Zeneca of doing that.

182

1    Q   Yeah.  I -- I just want to understand.

2        And then, of course, the results of these

3    studies as the investigators do them will be published?

4    A   Sometimes yes.

5        MR. FIBICH:  Objection to form.

6    BY MR. AUSTIN:

7    Q   Well, you've seen -- you've seen some of them,

8    haven't you?

9    A   Yeah.  I mean, some of them.  I've done a lot

10   of studies that have never been published and it's a very

11   common factor of the life that we lead.

12   Q   The study that you did on high-dose quetiapine,

13   you published that, the case series?

14   A   That wasn't a study.

15   Q   A case series?

16   A   Yes.  Exactly.

17   Q   Why?  Why did you publish it?

18   A   For the reasons that I outlined before, that

19   this drug works for dissimilar mechanisms, that it should

20   have the dissimilar dose-response for it?  Does it work

21   differently at doses which have yet been tested?

22   Q   Okay.

23   A   You know, you -- with antipsychotics, indeed,

24   with any drug, if you -- if you have a dose-response

25   curve, the thing that stops you is usually toxicity or

183

1    plateauing of efficacy.  I didn't see, in the studies

2    that had been done prior to launch, that either a clear

3    plateau or clear toxicities had been achieved.

4         Q    In the work that you were doing, the use that

5    you were studying was an off-label use and exceeded the

6    labeled dose?

7         A    Absolutely.

8         Q    Okay.  Is it -- I mean, is it customary in

9    certain academic medicine that folks will explore

10   potential new uses of a medication, either higher dose,

11   in a different patient population and then publish the

12   results and share their findings with the medical

13   community?

14        A    Yeah.

15        Q    Is that a good thing generally?

16        A    I think it's -- it's one of the only prudent

17   things to do when you are using a drug in an unusual

18   manner.

19        Q    Okay.

20        A    Publish both positive and negative results.

21        Q    So if one were to suggest that if you did a

22   study in advance of an indication, and it's an off-label

23   use at the time of the study --

24             THE REPORTER:  I'm sorry.

25   BY MR. AUSTIN:

184

1    Q    Okay.  I'll start over.

2         If one were to suggest that if you did a study

3    in an off-label population or an off-label indication,

4    that it's somehow inappropriate to publish those results

5    simply because it is off-label, that -- I take it you

6    wouldn't agree with that?

7    A    I wouldn't agree with that and that's exactly

8    the circumstance that occurred with -- with my high dose.

9    Q    Right.

10   A    That was the reason it took so many years to be

11   published, in fact, was that the attorneys for Atascadero

12   were reluctant to allow us to talk about that we were

13   doing things so drastically off-label.

14   Q    Okay.  Let's go back to your report, if we

15   could.

16   A    Sure.

17   Q    This second full paragraph on page 6 says:

18        "When considered across many trials

19         involving schizophrenic subjects,

20         quetiapine has been demonstrated to

21         be about 10 to 20 percent less effective."

22   A    Correct.

23   Q    And you say:

24        "Than standard doses of conventional

25         medication."

185

1      A    Correct.

2      Q    And by that, I take it you mean standard doses

3    of the first-generation drugs?

4      A    That's correct.

5      Q    Okay.  And what is your basis for that?

6      A    I quoted it a couple of times, but there was

7    meta-analysis by John Davis, the CATIE Study here that I

8    quote.  A couple of other people have -- a couple of

9    other meta-analyses that were done.  They're --

10     Q    All right.

11     A    -- pretty consistent.  Pretty consistent.

12     Q    In the CATIE study, Seroquel did have a better

13   safety profile than the other drug study, didn't it?

14     A    Depends on which one we're talking about.

15     Q    You mean which drug?

16     A    Yeah.

17     Q    Well, I think you said that its metabolic

18   parameters were comparable to risperidone.

19     A    That's correct.  And not quite as good as

20   ziprazadone.

21     Q    And in CATIE, they looked at the effects on

22   glucose, blood glucose?

23     A    They did.

24     Q    And what they found was that for Seroquel they

25   were pretty much the same as for risperidone?

186

1     A    Correct.

2     Q    Okay.  So you told us earlier that Seroquel is

3   sort of halfway between risperidone and olanzapine in

4   terms of its effect on weight?

5     A    Correct.

6     Q    But yet in the CATIE trial, that difference

7   didn't translate into a difference in glucose effects?

8     A    Yeah.  It's actually surprising that there was,

9   in the short-term, the gain side that there were any

10   glucose effects at all.  So that -- that doesn't

11   actually -- it doesn't actually surprise me.

12     Q    In the CATIE trial, the -- the glucose effects

13   of the various drugs demonstrated didn't necessarily

14   line up with their weight gain profile?

15     A    That's correct.  And, again, that's what you

16   sort of suspect in a study that only lasted a few months.

17   I mean, the fact -- the fact that glucose changes in that

18   period of time is really hard to explain, for a

19   population, anyway.

20     Q    Any change, I guess, with the first-generation

21   drug as well?

22     A    With perphenzaine, yeah.

23     Q    Yes.

24     A    Weight and glucose.

25     Q    You say, in your report, it's the top of page

187

1    7, it says:

2           "I continue to believe that quetiapine

3           does, in fact, work through largely

4           distinct mechanisms.  Unfortunately

5           this distinction translates into

6           slightly less pharmacologic power on

7           average than conventional medications."

8    A    Uh-huh.

9    Q    Correct?

10   A    Correct.

11   Q    I take it there you're talking about the

12   schizophrenia?

13   A    That's correct.  Antipsychotic.

14   Q    Okay.  You're not -- you can't say that the

15   same is true for bipolar disorder?

16   A    That's correct.

17   Q    It's correct that you cannot say?

18   A    That's correct.  I cannot say.

19   Q    Okay.  So, again, it goes back to this

20   question.  We're talking about efficacy, it sort of

21   depends on what we're talking about?

22   A    That's correct.

23   Q    Again, you're not -- do you have an opinion

24   about where Seroquel ranks among the antipsychotics in

25   terms of its efficacy for bipolar?

188

1      A   For bipolar mania?

2      Q   Either.  Bipolar mania or depression.

3      A   Yeah.  Bipolar -- bipolar mania, I think it's

4   about the -- about the same.

5      Q   The same as?

6      A   The same as virtually the first-generation or

7   the second-generation drugs.  And it -- it's within 20

8   percent, kind of both ways.  For -- for depression, I

9   think it's better than -- somewhat of an extrapolation,

10   but I think it's better than risperidone and I think it

11   is at least as good as any of the others.

12      Q   We certainly know that --

13          MR. FIBICH:  Just keep going.

14   BY MR. AUSTIN:

15      Q   We certainly know that it is the only

16   antipsychotic that is included for both bipolar mania and

17   bipolar depression?

18      A   That's correct.  Although, I think aripiprazole

19   is making -- is making a run at that one.

20      Q   Then you go on to say:

21          "Astra Zeneca has 'oversold' quetiapine's

22   efficacy in their marketing endeavors for years."

23      A   Correct.

24      Q   Tell he what you mean by that.

25      A   One of their tag lines, marketing tag lines,

189

1    was "unsurpassed efficacy."  And this was elaborated

2    because, in fact, in any single study no conventional

3    drug had demonstrated itself to be statistically superior

4    to quetiapine.  But to me, "unsurfaced efficacy" gives

5    the impression of it being the best.  And, in fact, it's

6    just not statistically worse.  It's a linguistics slight

7    of hand in my opinion.  That's what I meant by that.

8        Q    Do you really believe "unsurpassed," the

9    dictionary definition, means the best by itself alone?

10       A    I believe that "unsurpassed" to most people

11   means that you're at top of the heap.

12       Q    Though not necessarily alone at the top of the

13   heap?

14       A    That's correct.

15       Q    "Unsurpassed" means -- could be me, among many,

16   at the top of the heap?

17       A    Correct.

18       Q    Okay.  And what you say is looking at the study

19   statistically for Seroquel, as against any specific

20   first-generation drug, that statement is literally true?

21       A    It absolutely is true.

22       Q    Okay.  Have you taken a look at any of the

23   marketing materials that use the phrase, "unsurpassed

24   efficacy"?

25       A    I have.

190

1      Q    And what -- how was it used?

2      A    In -- in the -- it's a bullet description of

3   the drug over and over again.

4      Q    And it says what?

5      A    "Unsurpassed efficacy."

6      Q    Are one of those marketing materials in one of

7   your boxes over there?

8      A    I don't know.  I assume it is.

9      Q    Okay.

10     A    In the timelines here.

11     Q    Does the efficacy of Seroquel depend on the

12   dose?

13     A    Yeah.  The efficacy of Seroquel, as well as all

14   other drugs, depends on the dose.

15     Q    Sure.  Sure.

16          I mean, that was the entire thing we talked

17   about earlier, that the quest in the early years of

18   Seroquel was trying to figure out what the right dose was

19   for schizophrenia; correct?

20     A    That's exactly right.

21     Q    And that there was just sort of a -- just a

22   practical real world struggle because of the titration

23   involved that Astra Zeneca had in getting doctors to

24   titrate to the effective dose?

25     A    That's right.

191

1    Q   Okay.  And -- and do you recall that those

2    marketing materials actually said "unsurpassed efficacy

3    at the right dose"?

4         MR. FIBICH:  Object to form.

5         THE WITNESS:  They did on occasion.

6    BY MR. AUSTIN:

7    Q   Okay.  And that would be a fair statement,

8    wouldn't it, that -- that it does matter of what the dose

9    is?

10   A   Of course it matters what the dose is.

11   Q   Okay.  And -- and certainly, setting aside the

12   words for a moment, do you have any criticism of the

13   company conceptually trying to come up with, you know,

14   marketing materials that will communicate to clinicians,

15   you really do need to get to the right dose with our

16   drug, when you're going to see the sort of efficacy you

17   might like to see?

18   A   Do I have any criticism how they taught people

19   how to titrate the drug?

20   Q   Well, or just if the company is -- if the

21   company is confronting sort of just a resistance to

22   titrate to the effective dose?

23   A   Right.

24   Q   And that's the challenge that the company has

25   to face with clinicians.

192

1          You wouldn't be critical of the company for

2     trying to think of ways to get the clinicians to

3     understand that, look, you need get to up to what we

4     think is the appropriate dose before you're going to see

5     the sort of efficacy that you want to see?

6          A    No.  No.  No.  As a matter of fact, I had

7     discussions about them because initially the drug did not

8     come in the dosing formulations that it currently exist

9     in.  And there was a drive -- I had discussions with them

10    on several occasions to get larger and larger milligrams

11    in a single pill.  One of the -- the -- the things about

12    people with psychotic illness, they don't like to take a

13    handful of pills.

14         Q    Right.

15         A    So you -- unless you get up to the right dose,

16    you'd like it to be a single pill.

17         Q    Right.

18         A    And that was one of the -- of the early

19    discussions with we had with them.

20         Q    All right.  Any other areas where you or ways

21    you believe Astra Zeneca oversold quetiapine's efficacy?

22         A    No, that was the major one.

23         Q    Okay.  Go to -- like a dummy, I didn't number

24    my stuff here.  So you're going to have to bear with me

25    over here.  It's probably over on the next page.

193

1     A   8.

2     Q   Yeah.  Page 8, where it talks about the

3   weight-neutral discussion.  If you can help me find that.

4     A   The weight-neutral?

5     Q   You recall talking about that?

6     A   No.

7     Q   Oh, good, maybe.  Middle of 7.  I'm sorry.

8   Oh, you see where it says kind of bottom of that main

9   paragraph under the -- the middle paragraph.  You with

10  me?

11    A   Yeah.

12    Q   It says:

13        "Further, their marketing materials

14        over the year have consistently touted

15        quetiapine is, quote, weight neutral."

16    A   Correct.

17    Q   Okay.  Tell me what you mean by that.

18    A   What I mean by that is just what it says, that

19  that's what they're marketing materials have highlighted.

20  Remember, this drug came to market in -- in the mist of

21  the metabolic wars, as it were, between risperidone and

22  olanzapine and I -- it's -- what I infer from

23  weight-neutral is a drug that doesn't have an impact on

24  weight.

25    Q   Have you looked at the marketing materials that

194

1   actually used --

2       A   Sure.

3       Q   -- that phrase?

4       A   Yes.

5       Q   And what was the context in which it was used?

6       A   In a bullet description of the drug.

7       Q   And in what -- what did -- is that all it said,

8   weight-neutral?

9       A   That I recall in that particular bullet.

10      Q   Have you reviewed the data on which that

11  statement was based?

12      A   I've reviewed --

13          MR. FIBICH:  Object to form.

14          THE WITNESS:  I've reviewed the data with

15  respect to the data and I know it's not a weight-neutral

16  drug.

17  BY MR. AUSTIN:

18      Q   Do you know the context in which that statement

19  was made in terms of what data analysis it was talking

20  about?

21          MR. FIBICH:  Object to form.

22          THE WITNESS:  No, I don't.

23  BY MR. AUSTIN:

24      Q   Okay.  Have you looked at -- have you looked at

25  the Brecher Weight Gain Studies?

195

1    A    Yes.

2    Q    The one from 2000?

3    A    Yes.  I know Martin well.

4    Q    You know Martin Brecher?

5    A    Yes, sir.

6    Q    In what context?

7        A    I used to work with Martin when Martin -- back

8    when Martin was working with Janssen for many years.

9    Q    Do you have any criticisms of Dr. Brecher?

10    A    Dr. Brecher is very smart, very ambitious, a

11    little trouble with his ethics, in my opinion.

12    Q    In what regard?

13    A    He's -- he's -- he's a businessman that wears

14    the garb of a scientist.  And he has his -- he has his

15    eye firmly placed on the economic bottom line, rather

16    than, I think, truly understanding the characteristics of

17    the compound.  I think he did it with risperidone and I

18    think he did it with quetiapine.

19    Q    Certainly your dealings with him were when he

20    was at Janssen?

21    A    Janssen, and to a lesser degree at Astra

22    Zeneca.

23    Q    Okay.  Any particular dealings when he was at

24    Astra Zeneca?

25    A    I don't think I did any research projects with

196

1    him then, no.

2        Q    Any specific criticisms of Dr. Brecher or his

3    work in connection with Seroquel?

4        A    Yes.  Yeah, I mean, I think -- I think that --

5    I think -- again, I think he was -- he was part of

6    this -- part of this whole marketing machine that

7    overemphasized the efficacy and underemphasized the true

8    toxicity of the compound.

9            Now, it's hard to know in this -- in this

10   collection of personnel who is exactly responsible for

11   that, but I think he was in part responsible for it, it

12   seemed to me.  Martin is a very smart man.  It's not like

13   these nuances were lost on him at all.  I -- indeed, I

14   don't think any of these nuances were lost on any of

15   these very brilliant people.

16       Q    Well, when you were making speeches on behalf

17   of Astra Zeneca, did you tell doctors that, you know,

18   "Gee, I think the company is overpromoting the drug.

19   It's not nearly as efficacious as they're telling you"?

20       A    Did I -- did I make that specific criticism,

21   no, but I certainly said what I thought about the true

22   efficacy of the drug.

23       Q    And did you tell -- and Astra Zeneca certainly

24   never asked you not to give your full opinion about the

25   efficacy of the drug?

197

1       A    Yeah.  I mean, you have to -- you have to --

2    that's true.  You have to understand, though, that when

3    you -- I give a lecture, the person that's -- the person

4    that's sitting there is the drug rep and maybe his or her

5    district manager.  And at the end -- at the end of this

6    lecture, they've got a bunch of happy people that just

7    love the fact that I don't bore the hell out of them and

8    I seem to know what I'm talking about.  And they've got a

9    bunch of happy customers.  And so everybody is pretty

10   happy about things.

11          The details of my discussion -- and I like to

12   think that I always tell people the truth, as I

13   understand it.  The details of that discussion they might

14   not be too happy about.  But the results of the evening,

15   they're generally pretty pleased with and I think that

16   that's why I work with them.

17          I even continued to work with Astra when their

18   bosses said, "You can't work with Dr. Wirshing because we

19   don't like his message very well."  And so what they did

20   is they changed and they used me as an ad hoc consultant.

21   So they would still pay me to do these things, but it

22   would be under some other different form.  And I wouldn't

23   have to show slides or do a presentation because that

24   would upset the bosses.  But I would, in fact, say the

25   same thing.

198

1      Q    What is your basis for believing that at some

2    point the bosses said, "Don't use Dr. Wirshing anymore"?

3      A    They told me.

4      Q    Who's "they"?

5      A    The drug reps that I worked with.

6      Q    Who?

7      A    Tammy -- I can't remember Tammy's last name.

8    Tammy -- can't remember.  Anoush, MSL I mentioned

9    earlier.

10     Q    What sort of time frame are we talking about?

11     A    Oh, that's probably five years ago.

12     Q    But you said you continued to give talks at

13   least until 2006?

14     A    No.  I mean, I continue to do talks until last

15   month, but the talks were of a different sort.  They

16   would no longer tolerate me doing the slide

17   presentations --

18     Q    You did --

19     A    -- because of this issue.

20     Q    But you did slide presentations all the way up

21   to 2006?

22     A    No.  No, I didn't do slide presentations for

23   them.  I did these talks.

24     Q    When is the last time you did a slide

25   presentation?

199

1      A    That's a good -- again, it's probably

2  five years ago.

3      Q    The talk last month, was that something that

4  you were paid to do?

5      A    Paid to -- paid to go out to dinner, paid --

6  paid for dinner and didn't do -- didn't -- didn't ask for

7  a consulting fee.  That was -- I thought it was a little

8  bit inappropriate given the current circumstances.

9      Q    Inappropriate to take a fee.

10         What was the -- what was the nature of

11  discussion at dinner?

12     A    Very, very broad ranging.  We talked about --

13  we talked about a whole bunch of different things:

14  Stimulants in -- in adult ADHD; we talked about anxiety

15  spectrum disorders, refractory schizophrenia and -- and

16  movement disorders.

17     Q    By going back to the weight-neutral issue, what

18  was the data that Dr. Brecher was looking at that was the

19  basis for the weight-neutral discussion?

20     A    I don't even -- I don't -- I don't specifically

21  recall.

22     Q    What was his thesis?  I mean, what was he

23  saying about the data?

24     A    Saying that -- that the drug had -- had -- had

25  an insignificant impact on weight.

200

1    Q    Is that all you recall about the article?

2    A    That's all I recall about it at this time.

3    Q    Okay.

4    A    I mean --

5    Q    Do you recall there being a discussion about

6    looking across populations, that the weight gain appeared

7    to be greatest in those at the lowest BMI and least at

8    the highest BMI?

9    A    I recall that discussion when he worked at

10   Janssen.

11   Q    Okay.

12   A    I recall that discussion -- when -- when Lily

13   had it.  And I recall when he did it -- when he did it

14   here.

15   Q    Well, my question is focusing on the Seroquel

16   data.

17        Do you recall his analysis of the Seroquel data

18   suggesting that the highest weight gain tended to be at

19   the lowest BMI?

20   A    That is correct.

21   Q    Okay.  And do you recall in that article his

22   characterizing that observation as being weight-neutral?

23   A    That's -- that is correct.  It is disingenuous

24   but it's correct.

25   Q    Well, let me ask you, based on the data that he

201

1    was looking at, do you disagree with his -- with what he

2    says the data showed, that is, greater weight gain at

3    lower BMI?

4        A    It did show that.  I don't disagree with that.

5        Q    Okay.  And -- and the word that he chose to use

6    -- to -- to describe that phenomenon was weight neutral?

7        A    Correct.

8        Q    Okay.  So your criticism is his choice of

9    words, not necessarily the interpretation of data, is

10   what I'm trying to find out.

11       A    Exactly right.

12       Q    Okay.

13       A    That's precisely what my criticism is.

14       Q    Okay.

15       A    My criticism is -- is using what I consider, as

16   I said, a linguistics slight of hand to convey an

17   improper message.  It's -- it's -- it's using the

18   contrivance of -- of biological systems.  A person who is

19   skinnier has the greatest potential to gain weight.  The

20   person that's fattest has the least potential to gain

21   weight.  The fact of biological systems is regression to

22   the mean.  That's what happens.

23           So to say -- to analyze a data set and to say,

24   it's weight-neutral and then to use that in advertising

25   is dishonest.  It's because it implies that the drug

202

1    doesn't have an impact on weight, when, in fact, that's

2    one of its most profound, predictable, consistent

3    characteristics.

4        Q    Which it's always been warned about in its

5    label?

6        A    Which has never been warned about in its label.

7        Q    Okay.

8        A    It has been listed in its adverse reaction

9    section.

10       Q    Right.

11            It's been listed under the heading "Adverse

12   Reaction"?

13       A    Absolutely.

14       Q    Okay.  And certainly, when you were writing

15   articles, you were always able to find it and quote it

16   your articles?

17            MR. FIBICH:  Object to form.

18   BY MR. AUSTIN:

19       Q    The statements about weight?

20       A    Yeah.  When -- yeah, when I was writing my

21   articles, I was usually referencing our data.

22       Q    And when you wrote your report, you were able

23   to find what the label said --

24       A    Yes.

25       Q    -- and put it in your report?

203

1       A    Yes.  I had to read it over and over and over

2    and over again.

3       Q    Okay.  So your criticism with Dr. Brecher and

4    his weight-neutral article was not what the data showed

5    or his interpretation of the data, simply the words he

6    chose to describe --

7       A    That is correct.

8       Q    Okay.  And of course -- I mean, anything that

9    could be said in English could be said a different way in

10   English; correct?

11      A    That's correct.

12      Q    It's always possible to criticize the words

13   that one person decides to use?

14      A    That's correct.  The criticism is that it was

15   used to obscure the effect, rather than explain it.

16      Q    And the -- in the -- and the marketing

17   materials that you've seen that use that term each

18   reference that specific article?

19      A    That's correct.

20      Q    So it was not simply a statement in the

21   abstract.  It was a statement referencing that particular

22   study?

23      A    With a little, tiny, superscript number that

24   you have to go back for, but yes.

25      Q    Sort of like the references you cite in your

204

1   articles?

2        A    Sort of like the references I cite in my

3   articles.  Mine are not advertisements, however.

4        Q    And you've mentioned in your report the ADA

5   consensus conference, ADA/APA consensus conference --

6        A    Yes, sir.

7        Q    Of 2004.  American Diabetes Association,

8   American Psychiatric Association; correct?

9        A    Yes, sir.

10       Q    Sort of the joint consensus panel from those

11   two organizations?

12       A    Correct.

13            MR. FIBICH:  Obviously, there's four

14   organizations.

15            MR. AUSTIN:  Yeah.

16       Q    I think there were probably two others, weren't

17   there?

18       A    There were.

19       Q    But these were the two that get the headlines

20   but there were two others; correct?

21       A    That's correct.

22       Q    You recall the two others?

23       A    No.

24            MR. FIBICH:  The Bariatric Association was one

25   of them.

205

1          THE WITNESS:  The other one had "endocrinology"

2     in it.  I don't quite remember what it was.

3     BY MR. AUSTIN:

4          Q    And -- and that panel was convened to look at

5     this question of metabolic effects with antipsychotics?

6          A    It was.

7          Q    And I think you said that you were one of the

8     ones that addressed that panel?

9          A    Yeah.  I was involved in the planning of the

10    convenience and provided the -- the discussion of the

11    monitoring protocol.

12         Q    Okay.  Involved in the planning in what sense?

13         A    This was a thing that -- that came to fruition

14    over time.  It was a process that occurred among a group

15    of us who had been lecturing about this topic.  And, you

16    know, it was sort of our paths crossed.  This is not a

17    group of people that hangs out together ordinarily.  And

18    so we talked about doing this.  And at our planning

19    session in, I think it was in Chicago, in the summer of

20    that year, 2003 and then planned on doing this in, I

21    think the conference was back East in Maryland somewhere

22    or something like that.

23         Q    Who were you working with to plan the

24    conference?

25         A    There was about 12 of us in the room.

206

1    Q   Is it -- were they all physicians?

2    A   Yeah.  They were all researchers.

3    Q   Okay.  All right.

4        Were you actually on the panel or were you a

5    presenter?

6    A   By the panel, do you mean did I go off into

7    the --

8    Q   Yeah.

9    A   -- hotel room and couldn't come out until I

10   finish my report, kind of a guy.

11   Q   Right.  Right.

12   A   No, I was a presenter.

13   Q   Okay.  All right.

14   A   The panel was not -- the guys that wrote it

15   were not the guys that planned it.

16   Q   All right.

17   A   They were selected to be separate from that,

18   hopefully.

19   Q   Were you involved in the selection?

20   A   Yeah.  We all kind of -- we went down the list.

21   "Who do you want?"  "Who do you want?"  "Who do you

22   want?"

23   Q   Okay.  Were you content with the panel?

24   A   I -- I knew them all very well.

25   Q   Okay.

207

1     A   Yeah.

2     Q   Okay.  Are they -- you know them professionally

3   to be conscientious people?

4     A   Like anybody else, they have their variance and

5   in general they're very, very well thought of and very

6   respected and certainly very productive.

7     Q   All right.  It certainly -- I guess were you

8   comfortable that this was a reasonable way to look at

9   this issue?

10    A   Yeah.  I -- I -- I -- I thought it was pretty

11   inventive, quite honestly.

12    Q    And you were comfortable with the process and

13   the people that ultimately looked at it and came up with

14   the statement?

15    A   Yes.  I -- yeah, I wasn't uniformly pleased

16   with the statement.  Like any -- any group process, I had

17   my -- I had my -- my -- my criticisms, disappointments

18   but, you know, that what compromise is all about.

19    Q    Another area where they -- a group of folks

20   chose to write something one way and you, if you had your

21   preference, would have written it a different way?

22    A   Yeah.

23    Q    But in this instance, this was an area where

24   you think they gave it a reasonable conscientious effort?

25    A   They certainly did.  In truth they accepted my

208

1    monitoring suggestions in toto.  So . . .

2        Q    Which ultimately applied to all antipsychotics?

3        A    Correct.

4        Q    Not just second generation?

5        A    Absolutely.

6        Q    Okay.  And the conclusion, as you've said in

7    your report, was that -- for Seroquel the conclusion was

8    that in terms of a link with diabetes, they termed that

9    discrepant by looking at the evidence; correct?

10       A    Yeah.  That they -- that there -- there were

11   reports that said yes and reports that said no, but that

12   there was a fairly clean and clear evidence that it

13   caused an increase in weight.

14       Q    Right.

15            But whether that increase in weight translated

16   to an increase in diabetes, at that time, looking at the

17   best available evidence, that group concluded that they

18   could not reach that conclusion?

19            MR. FIBICH:  Object to form.

20            THE WITNESS:  Yeah, not -- not quite.  The --

21   the -- the group certainly knew that any drug which

22   increases weight will, de facto, be associated with an

23   increase in glucose disregulation in a certain percentage

24   of the population.  That's just a fact of life.  However,

25   the reports and the available data was not -- was not

209

1    there to support that yet.  But the group certainly knew

2    that.

3    BY MR. AUSTIN:

4        Q    Let me ask you this:  If that's so clear --

5        A    Yes.

6        Q    -- that you gain weight; therefore --

7        A    You increase your risk of diabetes.

8        Q    -- you increase risk, why were you people

9    looking at this?  Why did you have to go and convene a

10   panel and pull people together and look at the evidence

11   and analyze it.  If it's so clear, why were you even

12   looking at it?

13       A    You've asked an extremely important question.

14   And it is -- it is -- it is one that I asked in somewhat

15   less polite form on many occasions.  And I think the

16   answer to it is Lily was so vociferous and adamant that

17   their drug, that made people as fat as our porcine

18   counterparts, did not cause an increase risk of diabetes.

19   This company that owned the antidiabetic market.  They

20   were just adamant that it didn't cause that, that people

21   are going -- well, maybe they're right.

22           It was -- it was -- it was a process that was

23   personally and professionally disturbing to me.  But

24   you've asked a very good question.  And I think the

25   answer is because they were so good at stirring doubt in

210

1   people.  Well, maybe it is the illness schizophrenia,

2   maybe it is sun spots, maybe it's something aside from

3   our drug.

4          And I think that's the reason we ultimately put

5   our foot down and said, well, let's just get together and

6   get this thing.

7      Q    So you think all of these people that you got

8   together and you convened to plan this consensus

9   conference and then the people who were ultimately on the

10  panel, that they were all just sort of snowed by Lily

11  into looking at something that they already knew the

12  answer to?

13         MR. FIBICH:  Object to form.

14         THE WITNESS:  I think an awful lot of them

15  were.

16  BY MR. AUSTIN:

17     Q    And so when they came back and said, "We've

18  looked at the evidence for Seroquel and we don't see a

19  connection," they just what?  They were just wrong?

20     A    No.  They -- there's a difference between --

21  between -- between saying I have -- I have evidence to --

22  to link it directly to diabetes and I have evidence to

23  link it to weight gain.

24     Q    All right.

25     A    There is -- there is a chain-link connection

211

1    between weight gain and diabetic risk.  However, there's

2    a good deal of time and chance to relax.  There's a

3    psycho- -- there's a -- there's a pathophysiologic

4    process that has to occur.  And it might take a long time

5    for you to definitively show it.  But it's a foregone

6    conclusion that it will cause it, but the data might not

7    be there.

8        Q    For all the reasons we talked about earlier

9    today, that there are so many different factors that

10   contribute to diabetes, for any given patient, you can't

11   say that the drug did it?

12       A    It -- it -- it becomes, for an individual

13   patient, I mean, one of the reasons you guys got a job

14   is because it becomes a bit more difficult when you focus

15   down on a single person, who gets the blame.

16       Q    So you did believe, at the time in 2004, that

17   the characterization of the evidence for Seroquel and in

18   connection with the diabetes, that characterization as

19   being discrepant was inaccurate?

20       A    Did I believe that?  No, I did not -- I did not

21   believe that.  My -- my belief was that there was --

22   there was enough evidence in both lipids and -- and

23   diabetes to -- to link it.  And -- but, you know, I'll

24   admit that there was -- there was certain data to

25   suggest -- to suggest that they could not find a link.

212

1    It's my belief that that was because of the -- of the

2    problem of delay in -- in -- in causing the illness.

3         Remember that one of the questions that came up

4    is -- is do the drugs directly impact diabetes, not

5    through obesity, but do they directly impact diabetes.

6    We touched on it a little earlier.  And that was the

7    question that people were looking at.  I've said, just as

8    I've said today, if it isn't so trivial, I don't really

9    care about it.

10   Q    Right.

11   A    And -- and that was the primary focus of the

12   group.  People were looking at short-term impact on

13   pancreatic functioning and that was where they talked

14   about the discrepance.  So part of that gets confused and

15   sometimes the study showed yes; sometimes the study

16   showed no.  I mean, I was always amazed when the

17   short-term studies showed anything because I really

18   didn't expect them to.

19        MR. AUSTIN:  Let's go ahead and mark this as

20   the next exhibit.

21        (Exhibit 6 was marked for

22         identification by the court reporter

23         and is attached hereto.)

24   BY MR. AUSTIN:

25   Q    Doctor, I'm going to show you what we marked as

213

1    Exhibit 6, and this is a copy of an article that you

2    wrote in 2006; correct?

3        A    Yeah.  John Meyer -- Jonathan Meyer, yeah.

4        Q    I'm sorry.

5            MR. FIBICH:  You got an extra copy?

6            MR. AUSTIN:  Oh, I'm sorry.  Sure.

7            MR. FIBICH:  Thank you.

8            MR. AUSTIN:  I'm sorry.  Thank you for

9    reminding me.  I lugged them all the way here.

10       Q    And this is entitled "Prevalence of the

11   metabolic syndrome in veterans with schizophrenia"?

12       A    Correct.

13       Q    And you were one of the authors of this paper

14   and it was published in 2006; correct?

15       A    Correct.

16       Q    And if we look over on the next to -- well,

17   page 8, I guess it is.

18       A    Right.

19       Q    You see that?

20       A    Right.

21       Q    And you've republished there in Table 4 the

22   table that was from the ADA consensus panel; correct?

23       A    I'm sorry.  Page what?

24       Q    Page 8, Table 4?

25       A    Page 8, Table 4; that's correct.

214

1    Q    And so certainly --

2    A    Exactly it.

3    Q    -- even at the time you published this article

4    in 2006, you were comfortable with telling doctors in

5    this publication that this Table 4 still sort of laid out

6    the current thinking on the connection of these drugs

7    with weight gain and the risk for diabetes and worsening

8    lipid profile?

9    A    I was comfortable telling them that's what we

10    said in 2004.

11    Q    Sure.

12    A    I mean, I wasn't going to change it.

13    Q    All right.  And there was certainly nothing

14    rhetorical that said, "Hey, Doctors, the ADA found this

15    but don't believe it, I think it's wrong"?

16    A    No.  I -- I don't -- I don't think it's wrong.

17    I think that the results are, in fact, discrepant.

18    Q    Even today?

19    A    Absolutely.

20        MR. FIBICH:  Let him finish.

21        MR. AUSTIN:  I'm sorry.

22        THE WITNESS:  Are -- are, in fact, discrepant

23    with respect to the short-term impact on diabetes which

24    is mostly what the data that they were analyzing was

25    and, again, I -- I have -- I have my own personal doubts

215

1    as to whether or not the drug has any acute, specific to

2    the pancreas, toxic effect.  And that was the question

3    that people were talking about.  Some short-term studies

4    said yes, it does seem to increase insulin resistance,

5    pancreatic function, in the short term.  Other studies

6    said it didn't.

7         You know, honestly, it's my belief that it

8    probably doesn't.  But it does have the impact on weight

9    and the subsequent cascade that occurs as a consequence

10   of that.  So I -- the criticism I have of it is that

11   this -- this -- I think is interpreted as being --

12   interpreted and talked about in -- in -- in -- in an

13   improper fashion.  It's got an impact on weight.  It will

14   have an impact on diabetes.  Does it have a direct toxic

15   effect to the pancreas?  I don't think so.  Though, I

16   think we're talking about a couple of different things.

17       Q    And I think, as you described here, you say

18   here:

19         "The Table 4 provides a summary of the ADA/APA

20   Consensus panel findings regarding the relative risks of

21   atypical antipsychotic agents."

22       A    That's correct.

23         MR. FIBICH:  Where are you reading from?

24         MR. AUSTIN:  Page 8 the left-hand-side column.

25         THE WITNESS:  Yeah.  It would be more correct

216

1   to say it provides the table itself, but yeah.

2   BY MR. AUSTIN:

3      Q   But it was, in your view in 2006, that this

4   accurately represented the relative risks of the drug?

5      MR. FIBICH:  Object to form.

6   BY MR. AUSTIN:

7      Q   Relative metabolic risk of drugs.

8      MR. FIBICH:  Object to form.

9      THE WITNESS:  2006 did I think -- no, I -- I --

10  I -- I don't think in 2006 I would say that aripiprazole

11  deserves a plus/minus.  I think -- I think that

12  aripirazole is -- clearly gets a plus in my book.

13  BY MR. AUSTIN:

14     Q   On weight gain?

15     A   Yes, sir.

16     Q   Okay.

17     A   I may -- I may even be -- I may even be

18  inclined to give it two pluses.  Ziprazadone, I would --

19  I would -- I would agree with.  And, therefore, you know,

20  I -- you know, it wouldn't be an unknown risk for

21  diabetes and it wouldn't be an unknown risk for lipids.

22  It would go up.

23     Q   In terms of the risk for diabetes in 2006, you

24  were still, with regard to Seroquel, you were comfortable

25  with this labeling of discrepant as of 2006?

217

1      A    But, again, the discrepancy applies to the

2    short-term impact on pancreatic functioning.  It's true

3    to 2008.

4      Q    And the short-term affect of weight gain?

5      A    Well, yeah.  But -- yes, it's listed there as

6    having weight gain.

7      Q    But in terms of the impact of short-term weight

8    gain on diabetes, that risk is also unknown?

9      A    The short-term impact of weight gain on

10   diabetes is the same as the short-term impact of weight

11   gain on diabetes for anything else.

12     Q    Right.  Right.

13     A    It's -- it's not unknown.  It's somewhat

14   unpredictable, but it's not unknown.  It -- as we talked

15   about, you know, one percent -- 1 pound weight gain is a

16   4 percent gain in risk; 5 pound is a 25 percent increase

17   in risk.

18     Q    Across populations?

19     A    Across populations and across time.

20     Q    But not necessarily for any individual?

21     A    Absolutely.

22          MR. AUSTIN:  Okay.  Why don't we -- I'm pretty

23   much -- I'm kind of closing in on it, but why don't we

24   take a break.

25          MR. FIBICH:  Okay.

218

1          (Recess.)

2     BY MR. AUSTIN:

3          Q   Let's look at page 7 of your report, there at

4     the bottom.

5          A   (Witness complies.)

6          Q   You see where you talk about -- it says,

7     "Although the current label change"?

8          A   Uh-huh.

9          Q   Okay.  You with me there?

10              "The current label change

11              implemented in 2007 does

12              direct one to a new section

13              in the adverse events section

14              that documents, to a degree,

15              some of the measured increases

16              in new onset diabetes."

17              Do you see that?

18          A   Correct.

19          Q   Certainly you agree with me that from the very

20     first day that Seroquel went on the market, it has

21     contained a statement, separate statement, in the adverse

22     reaction section, talking about the weight gain seen in

23     the clinical trials?

24              MR. FIBICH:  Object to form.

25              THE WITNESS:  Correct.

219

1    BY MR. AUSTIN:

2        Q    The discussion about the 7 percent, 23 percent

3    was Seroquel versus 6 percent with placebo?

4        A    That's correct.

5        Q    Okay.  And are you critical, with that

6    statement, in terms of accuracy, as accurately reflecting

7    the data from the clinical trial?

8        A    As -- as far as I know, that's a -- that's a --

9    that's a defensible data point, about 25 percent of that

10   population meets that threshold.

11       Q    All right.  The majority don't?

12       A    The majority don't.  I mean, it's somewhat

13   less, as we talked about, for lower doses and somewhat

14   higher for the higher doses.

15       Q    Okay.  Are you -- are you critical of the

16   company's handling of the labeling in the original label

17   with regard to the -- its statement on weight?

18       A    Only so far as to where it is.  And that

19   continues to be my criticism of it.  I think it should be

20   a warning.  25 percent of your population gains --

21   develops a clinically significant toxicity.  That should

22   be a warning, and that's -- that's my only criticism.

23       Q    Okay.  So it's not so much the words that are

24   used with regard to weight.  It's where they're placed?

25       A    Oh, exactly right.

220

1      Q    Okay.  And I -- is there a threshold at which a

2    drug is associated with weight gain that you think it

3    needs to be in the warning section as opposed to the

4    adverse reaction section?

5      A    Okay.  Here's why -- and the answer to your

6    question is no, I have -- I have no specific -- specific

7    threshold.  However, if you look at the toxic

8    characteristics of the drug, you are hard-pressed to find

9    another single characteristic that -- significant,

10    serious characteristic that applies to 25 percent of the

11    population exposed to Seroquel.

12          The only other characteristic that even comes

13    close to that is sedation.  That wouldn't be what I would

14    consider serious.  So the fact that the single most

15    prominent and frequent characteristic is not in the

16    warning section, that's my criticism.

17      Q    You do recognize that the FDA has treated the

18    second generation drugs as a class in terms of their

19    labeling?

20          MR. FIBICH:  Object to form.

21          THE WITNESS:  I am aware of that.

22    BY MR. AUSTIN:

23      Q    Okay.

24      A    I'm not pleased with it but I am aware of it.

25      Q    Okay.  But there is -- but there is -- all

221

1   right.  Understood.

2          There is a regulatory, though, construct that

3   the manufacturers are operating under and that is that

4   the FDA has, since the outset, chosen to treat these

5   drugs as a class in terms of having a similar warning,

6   things of that nature?

7          MR. FIBICH:  Object to form.

8          THE WITNESS:  Yes.  I'm aware that they -- they

9   require as a class certain warnings but they don't

10  exclude you from -- from adding to those class labeling.

11  BY MR. AUSTIN:

12     Q    The -- well, if you look at the bottom of the

13  page here, you say, first, the class warning section on

14  endocrinologic toxicities is laced with generalities,

15  disclaimers, and distracting verbiage.

16     A    Absolutely.  It sucks.

17     Q    But that is the class warning that the FDA

18  imposed on everyone?

19     A    It does not suck anymore in your label than it

20  does in everyone else's label.

21     Q    All right.

22     A    I hated it from the very beginning.

23     Q    It talks about the cofounders that it occurs in

24  the general population.  It may occur with greater

25  frequency in the seriously mentally ill.

222

1          And that's the sort of verbiage you're talking

2     about?

3        A    Exactly.  I mean, it -- it -- it looks like it

4     was written -- pardon the expression.  It looks like it

5     was written by attorneys, and it -- it -- it -- I've

6     hated it from the very outset.

7        Q    But that language is the class warning that the

8     FDA has asked all of the manufacturers to put in its

9     inserts; correct?

10       A    Not quite.  I mean, that was the -- that was

11    the -- that was the ultimate negotiated compromised

12    back-and-forth language decision among all of the

13    interested parties that was decided upon, after -- after

14    substantial back-and-forth discussions.  And I'm still

15    critical of it.  It's -- it's -- and -- and -- and you --

16    you can say that the -- that the -- my criticism should

17    be more appropriately aimed at other parties.  Mia culpa.

18    Maybe So.  But it still does not convey in a meaningful

19    way the toxic potential of the drug and it's confusing.

20       Q    You were not involved in the discussions that

21    led to the 2004 label, class label change; correct?

22       A    No, absolutely not.  No.

23       Q    You've not been involved in discussions with

24    regard to anything stated in the labels for any of these

25    drugs?

223

1      A    In -- in the discussions, no.  I have, you

2    know, sent in my comments to the FDA as to what I think

3    should be done but --

4      Q    Have you sent in any comments to the FDA with

5    regard to Seroquel specifically?

6      A    Only in regards abuse -- abuse potential.  I

7    sent the FDA my recent -- recent reports and -- and --

8    and whatnot.

9      Q    Did you propose any specific language?

10     A    No.  I've -- I've -- I've not written

11   specifically, no.

12     Q    Okay.  And certainly you haven't corresponded

13   with the FDA or Astra Zeneca about specific changes that

14   you believe should be made to the label of Seroquel with

15   regard to metabolic issues?

16     A    To metabolic issues, no, sir.

17     Q    Okay.  And I -- and I take it you've never

18   worked with the FDA as part of your practice and

19   professional experience, have not drafted product labels

20   or worked with manufacturers or others to do that?

21     A    I have never worked with the FDA and I have no

22   intention of ever working with the FDA.

23     Q    And you've never really been involved in the

24   actual preparation of a label?

25     A    That's correct.

224

1      Q    Okay.  And well, certainly I -- you wouldn't

2   criticize the companies for putting the label in that the

3   FDA told them to put in in terms of what was stated in

4   the hyperglycemia statement in 2004?

5      A    Again, I would disagree with that because this

6   was a negotiated -- this was negotiated verbiage.  And I

7   would -- I would criticize the verbiage and say that the

8   people who were involved in that, the creation of that,

9   were the FDA and the company.  I would criticize them.

10     Q    Well, you were not involved in any of those

11  discussions?

12     A    I was not involved in any of those discussions

13     Q    And you don't know for a fact that anyone at

14  Astra Zeneca was involved in those discussions?

15     A    As a matter of fact, I do not know that.

16     Q    Okay.  And -- and so you don't know whether, in

17  fact, Astra Zeneca simply just received a letter from the

18  FDA that said you are going to put this warning in your

19  package insert?

20     A    That's correct.

21     Q    Okay.

22     A    My knowledge about the back and forth really

23  applies primarily to the --

24     Q    Right.  And we have to be careful not tar with

25  too long a brush here; correct?

225

1      A    Correct.

2      Q    And, in fact, sort of speaking of that, if we

3   look at the observational literature, the epidemiology

4   literature, were people trying to go back and look at

5   databases, VA databases and things of that nature and try

6   to look, you know, backward and see what they can divine

7   from the data.

8           It's correct, in the early days, olanzapine

9   really dominated the use, didn't it?  I mean, it was a

10  very heavily used drug in -- in the early years.

11     A    You're talking about which years?

12     Q    '97, '8, '9?

13     A    Absolutely.

14     Q    Okay.

15     A    It had -- it had the VA data.  It had about, in

16  those years, a parody to a little better than parody with

17  risperidone and much, much more with quetiapine.

18     Q    And I can show it to you if you'd like, in your

19  report that you did in Diproxal litigation, you said --

20  you mentioned the Cerniac Study, which is one of the Epi

21  studies.

22     A    Sure.

23     Q    And I think you know that there like 48 percent

24  of the patients were on olanzapine in that study.

25          And to the extent -- and I think you told us

226

1    that olanzapine has a greater weight gain liability than

2    the other drugs in the class?

3        A    Compared to quetiapine, has another 50 percent

4    increase.

5        Q    And to the extent we're looking at these

6    databases, they're adopted or are heavily olanzapine

7    data, you're going to see data that's heavily driven by

8    olanzapine; correct?

9        A    That's absolutely true.

10       Q    And it's going to be difficult to extrapolate

11   that data from the other drugs?

12           MR. FIBICH:  Object to form.

13           THE WITNESS:  Absolutely.  The other drugs

14   have -- have a different risk.

15   BY MR. AUSTIN:

16       Q    Right.

17           Which is why when you're looking at the

18   observational studies, you've got to look at and see to

19   what extent you've controlled like what drug are they on,

20   what sort of patient population you're looking at, things

21   of that nature?

22       A    Of course.

23       Q    And some studies they do that better than

24   others?

25       A    In some studies it's possible, some studies

227

1   it's not.

2      Q    Right.

3           And a lot of the times it's just not possible?

4      A    Sure.

5      Q    Okay.  So while you don't like the verbiage in

6   the class warning, you certainly accept the obligation of

7   the companies to comply with the FDA as to what they want

8   you to say?

9      A    Of course.

10     Q    And the FDA, in 2004, when it was looking at

11  this issue, had data from not just quetiapine, they had

12  data from the other manufacturers as well?

13     A    They did.

14     Q    And, of course, they would have had the

15  olanzapine data?

16     A    They did.

17     Q    That would have been data that, you know, for

18  the most part, except to the extent it's been published,

19  wouldn't have been available to Astra Zeneca?

20     A    Correct.

21     Q    Okay.  So in terms of what was sort of driving

22  the FDA in 2004, they -- they may well have been driven

23  by the olanzapine data as well?

24          MR. FIBICH:  Object to form.

25          THE WITNESS:  Yeah.  Yeah.  I wasn't quite

228

1    following up until that moment.  Yes, I suppose that's

2    true; but if it is true, then -- then this really sucks.

3    I mean, then this is profoundly bad because the

4    olanzapine data is clear that this is olanzapine.  It's

5    not like maybe it might be olanzapine.  This is

6    olanzapine.

7    BY MR. AUSTIN:

8        Q   Okay.

9        A   And so the -- I think it -- the -- the problem

10   with trying to do a class labeling is that some people in

11   the class aren't that bad, some people in the class are

12   awful.  Quetiapine is not awful.  Quetiapine is not

13   ziprazadone.  But in trying to -- trying argue across all

14   of those and -- and make them all equivalent, that's why

15   they ended up with this mess.  If they were just trying

16   to describe olanzapine, then it would have been clear.

17   At least it should have been clear.

18       Q   And if the data that existed in 2004 had been

19   sort of broken down and presented on a drug-by-drug

20   basis, I take it, that olanzapine would accurately have

21   been described as having a greater metabolic liability

22   than quetiapine?

23       A   Absolutely.  Greater than all of the other

24   drugs.

25       Q   Back to your report, at the very top of page 8,

229

1    when you talked about the generality and disclaimers and

2    talking about that class labeling section.

3    A   Yes.

4    Q   It says:

5       "It fails completely to state

6        the measured increases in new

7        onset diabetes that are specific

8        to quetiapine and that are detailed

9        in the adverse experiences section."

10   A   Correct.

11   Q   So, again, your criticism, the -- the measured

12   increases specific to Seroquel were detailed in the

13   Seroquel label in the adverse event section.

14   A   Yeah, in 2007, correct.

15   Q   Well, and the -- the data on weight gain was

16   detailed in the 2004 section labeling?

17   A   Even earlier.

18   Q   Right.  And even earlier.

19       And your criticism is just that it should have

20   been in the warning section?

21   A   Correct.  That's correct.

22   Q   Okay.  And, again, you don't know anything

23   about the discussions about how it ended up where it

24   ended up?

25   A   Not quite true, that I don't know anything

230

1    about the discussions.  I mean, I do -- I do have the --

2    the company documents where they go, that they went back

3    and forth to the FDA.  The FDA asked them, "Don't we need

4    to have a warning about this?"  And the company's

5    response was "No, we've pretty much got this covered in

6    the adverse experiences section, wherein we do say that

7    there is a significant weight gain in a certain number of

8    patients."

9        Q    Can you direct me specifically to any

10   correspondence that said what you just said?

11       A    I knew you were going to ask me that.  It was

12   from Wayne Geller, G-e-l-l-e-r.  It's going to take me a

13   little while to find it.  As I recall, it was from Wayne

14   Geller and it was -- was 2000.

15       Q    And this is correspondence with the FDA?

16       A    Yeah, that's what I recall.

17       Q    What is your memory of --

18       A    My memory of it is that -- is that there -- the

19   question was is this adequate.  And the response was yes,

20   it's -- it's adequate where it is.  It does -- our label

21   does state that there is -- there was -- what was the --

22   I quoted it in my report.  There is sometimes.  I quoted

23   it from here.  Sometimes associated with increases in

24   body weight in the -- in the adverse experiences section.

25       Q    Well, I mean, in all fairness, it said more

231

1   than that from the beginning, didn't it?

2        A    No.  I was quoting from what he said.

3        Q    Okay.  Because that's not what the label said.

4   The label talked about the -- using the 7 percent cutoff.

5   That's the convention that the FDA and other researchers

6   use and it gave a percentage?

7        A    23 percent.  Exactly.

8        Q    So it said more than just, hey, it sometimes

9   happens?

10       A    Yeah, but, again, only in the adverse

11  experience section.

12       Q    So we're talking, again, you're not critical of

13  the content.  You're critical of the placement?

14       A    Correct.

15       Q    Okay.

16       A    Correct.  My point in trying to find this

17  correspondence was this was a conscious decision to leave

18  it in the adverse experiences section.

19       Q    And your recollection is that the FDA said,

20  "Should we put this in the warning section?"  And you're

21  saying that Astra Zeneca told them no?

22       A    Yeah, that -- that the response was "No, it's

23  adequate where it is."

24       Q    Okay.  And -- and we can't find it --

25       A    Well --

232

1      Q     -- but you think there was some correspondence

2    between Wayne Geller and the FDA?

3      A     That's what I recall.

4      Q     All right.

5      A     I'll see if I can dig it up.

6      Q     And you're looking at one of these notebooks

7    that's entitled "Document Timeline" --

8      A     That's correct.

9      Q     -- that the attorneys provided you?

10     A     That's correct.  I think that's what it was.

11   I'll search away and you can ask me.  There's one

12   document from Wayne dated 26 September 2003.  It says --

13   that can't be quite right.  But it says:

14            "There is reasonable evidence to

15            suggest that Seroquel therapy can

16            produce significant weight gain

17            in selected individuals.  Seroquel

18            CDS mentions the possibility of

19            'limited,' quote, unquote, weight

20            gain associated with Seroquel

21            treatment.  However, consideration

22            should be given to removing qualifier

23            'limited' based upon the post-marketing

24            of clinical safety trials."

25     Q     Do you know what the CDS is they're referring

233

1   to?

2       A    No.

3       Q    And do you know whether the label for Seroquel

4   as it appeared in the United States ever used the term

5   "limited" with regard to weight gain?

6       A    No.

7       Q    You do not know or you know it didn't?

8       A    I do not know that it did.

9       Q    Okay.

10      A    But it's in this area.  It's going to take me a

11  little while to find it.  But in it's this area.

12      Q    The document that you are looking at has a

13  deposition exhibit sticker on it?

14      A    Yeah, it has a 15, 1-5.

15      Q    To Geller?

16      A    5/7/08.

17      Q    Did you review Dr. Geller's deposition?

18      A    Yeah.

19      Q    Okay.  Was there anything in particular from

20  Dr. Geller's deposition that jumped out at you?

21          MR. FIBICH:  Object to form.

22  BY MR. AUSTIN:

23      Q    If somebody asked you what did Dr. Geller had

24  to say, what would you tell them?

25          MR. FIBICH:  Object to form.

234

1          THE WITNESS:  Oh, Dr. Geller, I think, had

2     three days of deposition, and he said -- he said a heck

3     of a lot.

4     BY MR. AUSTIN:

5          Q    Is there anything that you have particularly

6     relied upon in your -- forming your opinions here?

7          A    No.  No.  No.  His -- his name I simply

8     remembered as associated with this response.

9          Q    All right.

10         A    That's all.  He was -- he's a very bright guy,

11    did a lot of work -- did a lot work with the compound

12    over a lot of years.

13         Q    All right.  Let's go back to your report.

14         A    Okay.

15         Q    All right.  We'll be up there at the top of

16    page 8.

17         A    Yes.

18         Q    And you see the sentence that starts,

19    "Secondly"?

20         A    I do.

21         Q    "Secondly"?

22         A    Yeah.

23         Q    And we're talking about the current label;

24    correct?

25         A    Correct.

235

1      Q    And it says:

2            "Secondly, it fails to make

3            the known connection between

4            increases in adiposity and

5            subsequent changes in glucose.

6            regulation."

7      A    Correct.

8      Q    And do you -- what is your criticism there?

9      A    Okay.  It's -- the -- similar to what we talked

10  about earlier.  But the percentage of people that you

11  would expect to see, even in a one-year study, expect to

12  see changes in glucose regulation, frank diabetes, they

13  would be a very small percentage, even in a population

14  who was gaining significant amounts of weight.

15          My -- my -- my point is that the label suggests

16  that 2 to 4 percent of the people exposed to Seroquel are

17  at risk for developing diabetes because that's what we

18  observed, when, in fact, about a quarter of the

19  population is going to be exposed to significant risk of

20  developing diabetes.  So a ten-fold greater number.

21          And it's the -- it's something that all the

22  companies have done and it's -- it's dishonest, in my

23  opinion, because we're not talking about

24  endocrinologists.  We're talking about psychiatrist, my

25  colleague.  And, again, it gives -- just as I said, it

236

1    gives the impression that this is an unusual side effect;

2    when, in fact, it's a highly predictable, common

3    consequence if you're going to expose a population to a

4    drug that's just going to shift their weight by ten

5    pounds.

6        Q    Okay.  Well, let's talk about the sentence that

7    says:

8            "The known connection between

9            increases in adiposity and

10           subsequent changes in glucose

11           regulation."

12       A    Correct.

13       Q    That's the truncal adiposity we're talking

14   about earlier?

15       A    Well, that's the most -- the most specific one

16   but the statistic are just for simple changes in weight.

17   Like the Framingham Heart Study that I mentioned, was

18   just simple shifts in weight.

19       Q    Though it is truncal obesity that's the issue?

20       A    That is the worst.

21       Q    Okay.  And you're not saying that Seroquel has

22   any unique propensity to cause truncal adiposity?

23       A    Not that I know of apart from what we discussed

24   earlier.

25       Q    All right.  So in terms of -- there -- there's

237

1   no data that would suggest that the Seroquel label ought

2   to say that Seroquel has some unique propensity to cause

3   truncal adiposity?

4      A   No.

5      Q   Okay.  So then what we move on to is the number

6   that they use -- you quote here is 2 to 4 percent.  And

7   that's from some specific studies?

8      A   That's correct.

9      Q   Okay.  And you say the number is closer to

10  what?

11         MR. FIBICH:  What number?

12  BY MR. AUSTIN:

13     Q   I'll read it.  It says:

14         "That the risks of diabetes only

15         apply to a decidedly minor (circa

16         2 to 4 percent) portion of treated

17         patients when, in fact, nearly

18         one third of the patients treated

19         with standard doses for as little

20         as a year are decidedly increased

21         risk of glucose disregulation."

22     A   That's correct.

23     Q   Okay.  What is -- first, the numbers are

24  actually used in the label come from Astra Zeneca

25  studies?

238

1      A    Right.

2      Q    And you're not quarrelling, I take it, with the

3    accuracy of the presentation of the data?

4      A    I am not.

5      Q    So you're not saying that they mischaracterized

6    the data or that the numbers are different --

7      A    No.

8      Q    -- than Astra Zeneca presented them?

9      A    No.

10     Q    Okay.  Where do you get the number that you get

11   of one-third?

12     A    That's the number of people that will gain

13   clinically significant amount of weight during a one-year

14   trial.  And that pop- -- anybody that gains that much

15   weight, they're at an increased risk.  They don't develop

16   it necessarily and, as we've talked about it, a good

17   number of people, irrespective of the amount of weight

18   they gain, will not develop diabetes.

19     Q    Right.

20     A    But the population that gains weight is at

21   increased risk; that's what I'm saying.

22     Q    Okay.  Actually, and it's not a third.  If

23   you -- it's really closer to the 23 percent that's in the

24   label; right?

25     A    Well, the 23 percent is an average figure.

239

1    Average across both low and higher doses.  The higher

2    doses is the one I was quoting.

3        Q    All right.

4        A    So up above 300, it's a third.

5        Q    All right.  So what you're saying is that a

6    certain percentage of patients will gain clinically

7    significant weight?

8        A    Correct.

9        Q    The label accurately, based on the data, based

10   on the testimony, it says 23 percent; correct?

11       A    Yeah.

12       Q    You say more like a third, if you look at the

13   high-dose studies?

14       A    Correct.

15       Q    And what's your basis for that?

16       A    The data.

17       Q    Which data?

18       A    The data that's been around since the -- the

19   very beginning.  You know, above 300 milligrams, it's a

20   little north of 30 percent; below 300 milligrams, it's --

21   it's 18 to 20 percent.  So averaged across, it's, you

22   know, 23 percent but, again -- but again, it's

23   dose-related, as we've talked about.

24       Q    Whatever the number is, those people who gain

25   weight, the majority of those people will not develop

240

1    diabetes?

2        A    That's correct.

3        Q    Because that's true with the population in

4    general?

5        A    Absolutely.

6        Q    Most -- most people who are obese don't have

7    diabetes?

8        A    That's correct.

9        Q    Do you know what the percentage is?

10       A    Yeah.  I don't know the -- the exact

11   percentage.  But I can -- I can tell you that

12   approximately 50 percent of our population is obese, and

13   on average we have -- we have a diabetes rate of about 15

14   percent.  So you'd say 30 percent of the population who

15   is obese seems to be at the risk.  So that's kind of a

16   rough number.

17       Q    So 7 out of 10 people who are obese will not

18   get diabetes?

19       A    That's right.

20       Q    So of this percentage here of people who gain

21   weight on Seroquel, 70 percent of them are, in fact, not

22   actually at an increased risk of diabetes?

23       A    Yeah.  About two-thirds, right.

24       Q    So then what you're talking about is --

25       A    They're increased risk, but they won't develop

241

1    it -- they won't develop it.

2        Q    And certain percentage of the people who gain

3    weight on Seroquel, do not gain it in terms of truncal

4    adiposity; correct?

5        A    Yeah.  One would presume.  I have no idea what

6    that number is.

7        Q    It's sort of going to be the same as it is in

8    the general population.  The number of people who eat

9    hamburgers who have truncal adiposity versus those who

10   don't?

11       A    Yeah, but --

12            MR. FIBICH:  Object to form.

13            THE WITNESS:  Yeah, but the problem with the

14   reasoning is that the -- is that the number one-third of

15   your obese population, they are disproportionately the

16   population that gets truncal adiposity.  So you can't --

17   you can't fraction both.

18   BY MR. AUSTIN:

19       Q    Well, is that because of the mental illness?  I

20   mean, what is it -- whether or not intake of calories

21   contributes to truncal adiposity, as opposed to adiposity

22   somewhere else, there's nothing unique about Seroquel in

23   that connection?

24       A    Not as far as we know.  I mean, there may be

25   but not as far as we know.

242

1      Q    Is there anything unique about people with

2    serious mental illness in that connection?

3      A    Not as far as I know.

4      Q    Okay.  So --

5      A    Some gender issues and some genetic issues and

6    some -- some ethnic issues.

7      Q    Right.

8           So the weight gain that's associated with

9    Seroquel is going to be the same as -- in the Seroquel

10   same sort of influence across population in terms of its

11   propensity to cause truncal obesity as food in general?

12     A    One would presume.

13     Q    Okay.  So the point is you can't really -- even

14   if you narrow it down to this 30 percent who gain weight

15   on Seroquel, who might be at risk for diabetes, the

16   percentage of patients who don't get truncal obesity --

17   truncal adiposity, they're not going to be at risk --

18         MR. FIBICH:  Object to form.

19   BY MR. AUSTIN:

20     Q    -- for diabetes?

21     A    Again, it's going to be about two-thirds.

22     Q    Okay.  Well, but there's even -- no.

23         There's -- there's also people who gain weight,

24   who gain truncal adiposity, who never get diabetes?

25     A    And there's also people who gain just regular

243

1   adiposity who get diabetes.  So the one-third, I mean,

2   it's about one-third.  Those are the people that are at

3   risk.  And that one-third has more truncal adiposity,

4   than not, but it's got a whole bunch of other people in

5   it too.

6       Q   So -- so, again, this is just -- you're not

7   quibbling with the accuracy of the data.  You're just

8   critical of --

9       A   The way it's presented.

10      Q   -- the way it's presented?

11          And then you go on to say that:

12          "The company personnel have opined

13          in depositions that the details of

14          quetiapine's measured risk of diabetes

15          and related endocrinologic disturbances

16          were unknown until the results of

17          these later done studies were completed."

18          Do you see that?

19      A   Correct.

20      Q   Tell me what is your basis that the company

21  actually said that?

22      A   Several of the guys said, "We didn't know what

23  the -- we didn't have studies to confirm specifically

24  what the measured rate of diabetes was.  We put it in a

25  label when we knew it.

244

1    Q    And have you reviewed the later studies that

2    they're referring to?

3    A    For these 2 to 4 percent?

4    Q    Yes.

5    A    Sure.

6    Q    Do you remember the numbers of the studies?

7    A    No.

8    Q    All right.

9    A    I think it's -- I think it's actually in the

10   label.

11   Q    All right.  Have you reviewed the metabolic

12   submission that the FDA -- that the company made to the

13   FDA this year?  Was that among the materials that was

14   provided to you?

15   A    This year?

16   Q    It would be a compilation of monotherapy

17   studies that was put together at the request of the FDA

18   and provided to them earlier this year.  I'll tell you I

19   didn't see it on your reliance.

20   A    Doesn't ring a bell.

21   Q    Okay.  All right.  And what is your criticism

22   of the company, looking at this statement, about the

23   later done studies?

24   A    Again, that it -- it's dishonest to say that we

25   didn't know what the risk of diabetes was because it

245

1    hadn't been measured, when we knew what the weight gain

2    was.  It's -- it's -- it's technically correct, yes, you

3    didn't know what the specific rate of treatment emergent

4    diabetes compared to, say, placebo; true.  But you are

5    aware of these general observations about weight gain and

6    diabetes.  Those -- those are known, just as you said,

7    well, you gain weight, you're going to develop diabetes.

8         Q    Did -- do you believe that the company

9    inaccurately --

10        A    It's known.

11        Q    -- represented the frequency with which

12   diabetes was seen in its clinical trials?  You're not

13   critical --

14        A    To Astra Zeneca?

15        Q    Yes.

16        A    No, not that I know of.

17        Q    Okay.  And -- and diabetes was listed as a

18   potential adverse reaction from the clinical trials from

19   the very beginning; right?

20        A    As an adverse reaction, yes.

21        Q    Right.

22             So I mean, from the very beginning that the

23   drug went on the market, it was disclosed that, in our

24   clinical trial program, we saw diabetes at -- at a given

25   rate, depending on where it fell on the table?

246

1      A    That's correct.

2      Q    Okay.  And you're not saying that was an

3    inaccurate statement?

4      A    That's not.  However, the company personnel

5    have said blatantly in deposition that it doesn't cause

6    diabetes.  And that -- it's -- it's -- it continues to

7    boggle my mind.

8      Q    But in terms of -- and then you're aware that

9    the company did go forward and has done clinical trials

10   where they looked at fasting glucose and then ultimately

11   did a study, one study, where they used OGTT testing?

12   Familiar with that?  That's the one you're pointing to.

13     A    That's the one -- that's the one they reference

14   in the -- on the label.

15     Q    Are you critical of Astra Zeneca in terms of

16   the types of studies that they did to look at this issue?

17     A    No.  No.  No.  I think they're -- no, I think

18   that -- I think it was -- it was not too bad in terms of

19   its timing, not to bad in terms of its development.  This

20   was a construct in evolution and, no, I don't think

21   that -- I don't think they did a bad job.

22     Q    Okay.  And then what they have done as they've

23   done the studies is reported what they're seeing from

24   those studies in terms of reports of diabetes; correct?

25     A    That's correct.

247

1    Q   And you're not critical of that reporting?

2    A   No.

3    Q   Okay.  What you're really saying is that the

4    company should sort of extrapolate beyond what it says --

5    it says and sort of extrapolate to sort of the general

6    relationship between weight gain and diabetes?

7    A   That's correct.

8    Q   Okay.  And that -- that relationship is not

9    unique to Seroquel-induced weight gain?

10   A   It most certainly is not.

11   Q   It's equally applicable to cheeseburger-induced

12   weight gain; correct?

13   A   Correct.

14   Q   So what you're really saying, at the end of the

15   day, is that Astra Zeneca should have just, in its label,

16   essentially given a primer on the -- the relationship

17   between just ordinary weight gain and diabetes; correct?

18   A   Correct.

19   Q   And I assume that the same criticism could be

20   made of McDonald's and foods, just about every food

21   product we have; correct?

22   A   To the extent those organizations market

23   pharmaceutical agents, yes.

24   Q   But the same process is going on; correct?

25   A   Exactly.

248

1     Q    So the process that you're identifying here for

2  Seroquel is no different than the process that goes on

3  when somebody goes -- goes to the grocery store and buys

4  some food and takes it home and eats it?

5     A    Except that the amount a person eats and the

6  weight that they gain is due to the drug that they

7  consume.

8     Q    Just like --

9     A    It's still -- the weight gain is a consequence

10  of the consumption of the drug.

11     Q    Just like it's a consequence of the consumption

12  of food?

13     A    Not quite, not quite.  The -- the drug

14  obviously doesn't cause the weight gain.  The drug

15  changes consumption patterns which causes weight gain.

16  So it's not quite the same thing.

17     Q    And as -- and as you've told us before, there

18  are a wide variety of drugs that have the same effect?

19     A    Absolutely.

20     Q    Okay.  And I take it you would say that all of

21  their labels are inadequate as well, unless they do a

22  primer on the general impact of weight gain on the risk

23  of diabetes?

24     A    Yeah.  I mean, I have -- I have had -- I have

25  had similar criticism, I think you well know, of

249

1   virtually all of them.

2       Q    But I'm talking about in the nonantipsychotics.

3   I'm talking about every drug.

4       A    To drugs that cause this degree of weight gain,

5   absolutely.  Absolutely.  That's -- that's a very

6   significant clinical problem.

7       Q    Let's go to the next paragraph.  It says:

8           "Additionally, the label is

9           virtually silent (or at least

10          it is decidedly unclear) about

11          quetiapine's ability to induce

12          massive changes in circulating

13          triglycerides."

14          Correct?

15      A    Correct.

16      Q    I guess, let's pin it down.

17          Is it silent or decidedly unclear?

18      A    It says that triglyceride elevations can occur,

19  but you can't tell the magnitude of those.

20      Q    Okay.  I mean, you do acknowledge that the --

21  the Seroquel label, from the very beginning, has

22  contained a statement about triglycerides?

23      A    Absolutely.  There's two different processes.

24      Q    Triglycerides --

25          MR. FIBICH:  Were you through with your answer?

250

1          THE WITNESS:  No.  Two different processes that

2     occur.

3     BY MR. AUSTIN:

4          Q    Yeah.  Go ahead.

5          A    One, triglyceride elevation that occurs is a

6     consequence of simply gaining weight as your body

7     transports more lipids to and from various tissues,

8     storage places.  It's an ordinary kind of increase.  And

9     then the other one that I'm talking about, which is a

10    very significant, potentially lethal problem.

11         Q    And that is what?

12         A    Where the triglycerides, out of proportion to

13    all other lipid stores, become massively elevated, and

14    this occasionally leads to pancreatitis.

15         MR. AUSTIN:  This is exhibit what?  7?

16         THE WITNESS:  Yes.  Exhibit 7.

17         (Exhibit 7 was marked for

18          identification by the court reporter

19          and is attached hereto.)

20    BY MR. AUSTIN:

21         Q    And this is another one of your articles that

22    was published one in --

23         A    In 2002, October.

24         Q    Okay.  And it's entitled, "The Effects of Novel

25    Antipsychotics on Glucose and Lipid Levels."

251

1    A    Correct.

2    Q    Correct?

3    A    Yeah.

4    Q    And if you look over on 857, which is the

5    second page of reprint.

6    A    Right.

7    Q    And you go over to the right-hand column, it

8    says:

9         "Very little published information

10        exists regarding elevated triglycerides."

11   A    Right.

12   Q    You see that?

13        And then you say:

14        "Most of the available information

15        arises from premarketing clinical

16        drug trials or package inserts."

17   A    Correct.

18   Q    Right?

19   A    Right.

20   Q    And then you say Janssen has sort of one small

21   reference to it in their label; correct?

22   A    Right.

23   Q    But then you go on to quote from the Seroquel

24   package insert, which has -- I take it you'd agree --

25   reasonable -- reasonably lengthy discussion of what was

252

1   seen in the clinical trials; correct?

2      A   Correct.

3      Q   And certainly you're not saying that this

4   statement was an inaccurate portrayal of the data?

5      A   No.

6      Q   And certainly when you wrote this article, you

7   were able to find it and report it to your readers?

8      A   Correct.

9      Q   Okay.  Are you critical of the language that's

10  used here?

11     A   No, this is --

12        MR. FIBICH:  May I object.  When you say "used

13  here," you mean used in the label?

14  BY MR. AUSTIN:

15     Q   Well, are you critical -- that's fair.

16        Are you critical of the language used in the

17  label as you reported it here?

18     A   Not with respect to this particular issue, no.

19     Q   Okay.  What issue then are we -- is the issue?

20     A   Okay.  The two problems with triglycerides:

21  One is this ordinary problem that's talked about in the

22  label, and it's talked about in fine fashion.  And I have

23  no particularly -- particular problem with that.

24        A drug which causes 25 percent of the

25  population to gain weight; 17 percent of those

253

1    demonstrated an increase in triglycerides.  Absolutely

2    believable association.

3            What I'm talking about is the triglyceride

4    elevation, which is unrelated to increases in weight, and

5    is -- is a -- is, one would presume, a consequence of an

6    impairment of like one of the early lipid management

7    enzymes in the liver.  It's a patotoxic effect.  It's not

8    occur -- it doesn't occur in people that are massively

9    obese.  It doesn't accumulate over time.  It's a sudden

10   significant problem.  It wasn't in the -- in the -- I

11   don't think it emerged at all in the clinical trials, but

12   it was -- it's a postmarketing observation.

13       Q    How does it present?

14       A    It -- it -- it presents with -- oftentimes with

15   signs of pancreatitis because the massive elevation of --

16   in -- in triglycerides causes the pancreas basically,

17   which is the major organ involved in mulcification of

18   fats in your gut, to -- to just became quite

19   disregulated.  So you get all the consequences of

20   inflammation of the pancreas, pancreatic psuedosis,

21   hemorrhragic pancreatitis, very, very serious and

22   significant problem.  It occurs rarely, unpredictably,

23   and, as far as I know, has only emerged postmarketing.

24       Q    Are you aware of any clinical trials that have

25   reported statistically significant incidence of this

254

1    event?

2        A    No.  You wouldn't -- you wouldn't expect that.

3    This is -- this is an unusual toxicity.

4        Q    And this is -- so you're strictly going on case

5    reports?

6        A    That's correct.  That's where the weird

7    toxicities occur.

8        Q    All right.

9        A    That's where they come up.

10       Q    And so I take it, since you're looking at case

11   reports alone, you're not able to say there's a causal

12   association?

13       A    You know, it gets easier with pancreatitis.

14   Pancreatitis has -- unlike adiposity, unlike diabetes,

15   pancreatitis has a very limited number of causes.  When

16   you see a passive elevation in triglycerides and

17   subsequent pancreatitis, pancreatitis is due to the

18   triglyceride elevation.  And then when you ask the

19   question, well, what caused the triglycerides elevation,

20   you're down to -- you're down to drugs.

21       Q    What are some of the causes of pancreatitis?

22       A    Pancreatitis, in this country, has three

23   causes:  One is drugs, two is alcoholism and three is

24   stones, gallstones.

25           MR. FIBICH:  Gallstones?

255

1          THE WITNESS:  Yes.  And there's a list of drugs

2    that cause it.  But by far and away the most common in

3    this country are alcoholism and gallstones.

4    BY MR. AUSTIN:

5        Q    Have you done any particular research on this

6    phenomenon that you're talking about?

7        A    And by research you mean?

8        Q    Studies.

9        A    I've written about it.

10       Q    In this article I just handed you, do you

11   report that phenomenon?

12       A    No.  None of these patients actually had that.

13       Q    Okay.  So --

14       A    It's a different process.

15       Q    Right.

16            So have you -- have you published anything on

17   Seroquel -- what do we call this?  What do we call this?

18       A    I was calling it a massive tri- --

19   triglyceridemia to distinguish it from this ordinary kind

20   of boring increase in triglycerides.

21       Q    And have you published on this hyper?

22       A    Yes.

23       Q    With Seroquel?

24       A    Yes.  With -- with -- it occurs with

25   olanzapine, it occurs with clozapine, and it occurs with

256

1    quetiapine.  Jonathan Meyer has a couple of articles on

2    it.  And I wrote, actually, a Lily monograph that they

3    paid for in the Physician Postgraduate Press.  I wrote

4    about this effect in -- in 2003.

5        Q    So, again, there are case reports with each of

6    these medications?

7        A    Yeah.  Yeah.  I think -- I think probably

8    olanzapine is the most notorious.

9        Q    And so what should the label say, that there

10   have been reports of pancreatitis or --

11       A    Yeah.  Due to the -- due to -- to -- to this --

12   to this effect.

13       Q    It's your belief -- even though all you have is

14   case reports, you believe you can draw a causal effect?

15       A    And -- and it's because there are so many fewer

16   culprits in the room, if you will.  The number of

17   suspects is massively reduced compared to the other

18   things we've been talking about.  These are unusual

19   events.  These are triglyceride levels, literally, that

20   go occasionally over 2,000.  And that just doesn't --

21   that just doesn't happen.  That's just too weird for

22   words.

23          This kind of 17 percent increases in

24   triglycerides, that happens, like you say, when you eat a

25   McDonald's cheeseburger.

257

1    Q    But when you say -- are these temporary

2    increases?  Do they stay at 2,000 for a prolonged period

3    of time?

4        A    If you continue the drug, they do; if you stop

5    the drug, they tend to disappear and that's --

6        Q    How many of these reports do you think there

7    are with quetiapine?

8        A    I don't know.  A couple dozen.

9        Q    And how many with the other drugs?

10       A    It's probably 50 with -- with olanzapine, if

11   not more; reports to the FDA, I would probably say it's

12   up in the hundreds.

13       Q    And really, as we go on through your report,

14   this paragraph really just describes this mechanism --

15       A    That's correct.

16       Q    -- you were talking about?  Okay.  We've talked

17   about the addictive potential.

18           Let's go ahead and mark this as the next

19   exhibit.

20           (Exhibit 8 was marked for

21            identification by the court reporter

22            and is attached hereto.)

23   BY MR. AUSTIN:

24       Q    That's Exhibit 8.

25       A    It is.

258

1      Q    And that, as I understand it, is the letter

2    that you wrote about a case that you had, and it's the

3    one that's currently pending publication?

4      A    Correct.

5      Q    Okay.  Did you -- have you shared this with the

6    company?

7      A    Yes.

8      Q    Astra Zeneca?

9      A    Yes.

10      Q    I have not had a chance to read it carefully,

11    but my memory of your description of it was it was a

12    patient who had been abusing Seroquel, but then stopped

13    and is now using Seroquel in an appropriate manner.

14      A    That's correct.

15      Q    And that's unusual, you said, because for

16    something that is truly addictive, it's uncommon that

17    people can go from abusing it to not abusing it?

18      A    That's correct.

19      Q    Certainly that case would suggest that Seroquel

20    is not conventionally addictive?

21      A    That was -- that was my point.  I'd written two

22    other articles specifically pointing to the conventional

23    addictive characteristics of quetiapine.  And so my

24    point, in bringing this up, is that this is weird.  This

25    is unusual.

259

1     Q    So you've reported other cases where it appears

2   that people were abusing the drugs and here's a case

3   where you say, well, that cycle of abuse appeared, at

4   least this patient broke it and has continued to use it

5   properly without abuse.

6     A    Yeah.  And that's weird.  That's interesting

7   and that's unusual.  That was my point.  The American

8   Journal did not share my interest, but we'll send it to

9   somebody else and see who does.

10    Q    Then it says that this observation is sort

11  of -- "is without precedent in our pantheon of addictive

12  substances and hints that quetiapine's addictive

13  characteristics may be unique."

14    A    Correct.

15    Q    So I understand the addiction, quetiapine is

16  often used to -- just to put it in an ill-conceived

17  basis, in simple layman's term, is to help people feel

18  better when they're sort of going through that rough time

19  of transition off of a drug of abuse; correct?

20    A    Good enough.

21    Q    That's good enough.

22         And it works in the sense that, gee, it makes a

23  really tough time better?

24    A    It works in the sense that they don't complain

25  as much, makes it easier for everybody, themselves

260

1    included.

2         Q    And I guess what I'm trying to get at is the

3    thinking behind using it is not irrational?

4         A    Absolutely not.

5         Q    Okay.  And there's certainly literature that

6    suggests it really does work in a way that folks are

7    trying to do, which is help ease these people through a

8    time when they may, well, without that, relapse to the

9    drug you're trying to get them off?

10        A    Yeah.  I -- that hasn't been demonstrated but,

11   you know, that it helps with some of the withdrawal

12   stuff, yeah.

13        Q    Right.  Right.

14             In other words, it doesn't necessarily prevent

15   relapse in a pharmacologic sense, but in terms of just

16   making it easier to get through the tough time, it helps

17   them get through the tough time?

18        A    Yeah, that's true.  The concern, of course, is

19   that if it does have addictive potential, it will do just

20   the opposite of what you originally suggested, which

21   would rekindle the addiction.

22        Q    And there could well be simply the fact that

23   the thing that gets them through the tough time, they

24   like?

25        A    That's right.

261

1     Q   Okay.  And so that's not necessarily true

2   addiction?

3     A   It's going in the direction, but it's not

4   necessarily true addiction.

5     Q   Right.

6         It's not an addiction in the sort of

7   pharmacologic sense?

8     A   Yeah, not -- not -- not with only that

9   characteristic, no.

10    Q   Right.

11        And -- and what you're describing with

12   quetiapine, we really don't know if it's a true

13   pharmacologic addition?

14    A   It -- it -- based on what we know about the

15   affinity binding profiles of quetiapine, you would bet

16   that it's going to be abused by certain populations of

17   patients, not many, but you would bet that.  You would

18   predict it.  You would certainly be silly not to

19   anticipate it.

20        My point, in talking about all of this stuff,

21   is it really does have some addictive liability that

22   these doctors, who are assuming it's none, are wrong.

23   And you've got to be careful using this.  Kids are

24   selling it in schools.  I can tell you what the price is.

25   It is -- it is -- it has cigarette value in prison, as we

262

1    talked about.  It has some limited addictive potential.

2    And that's all my point is is to get over the fallacy,

3    the erroneous belief, that it is devoid of it.  That's --

4    that's magical thinking on our clinical parts to think

5    that.

6        Q    As compared to the benzodiazepines, how would

7    you describe its addictive potential?

8        A    Benzodiazepines will be abused by 10 percent of

9    the population.

10       Q    Seroquel?

11       A    Seroquel, a fifth of that, so one -- 20

12   percent, one-fifth of the addictive potential, using kind

13   of those numbers.

14       Q    And the abuse, as you've seen it, is in

15   patients with substance abuse?

16       A    No, that's -- that's -- it's -- it's -- it's

17   in -- like any substance abuse, it's in -- it's a

18   spectrum of people.  That's the folks that I'm most

19   concerned about it in, but I've had people with

20   schizophrenia abuse it.  There's -- it's -- State of

21   California recently made Medi-Cal co-prescriptions of two

22   atypicals, can't -- illegals, sorry -- can't do that

23   anymore.  So it requires what we call a Tar, which is

24   specific regulatory paperwork that you have to go to in

25   order to get permission to use two drugs in the same

263

1    class.

2          And that is because quetiapine is co-prescribed

3    with other atypicals very commonly and, you know, I

4    made -- I completely agree with that decision.  And I --

5    I actually was one of the ones that encouraged them to do

6    that.  One of my predictions was that when you give a

7    patient a choice, which one of these do you want to keep,

8    that they will disproportionately choose quetiapine.  And

9    that's actually what has occurred, because they're able

10   to identify the subjective effects of the drug.

11       Q    Is liking something because it works bad?

12       A    No.  It's not liking something because it

13   works.  Patients don't use this because it's a good

14   antidepressant, because it's a good antipsychotic; that's

15   not what they're identifying.  They use the drug because

16   of its toxicity.  That's what they're identifying.

17   They're abusing this for the same reasons they abuse an

18   antihistamine drug or an anticholinergic drug.

19       Q    What toxicity is that?

20       A    It's sedation, sedation and intoxication.

21       Q    Well, why are you calling sedation a toxicity?

22       A    It's an undesirable toxicity.

23       Q    Well, is sedation a beneficial characteristic

24   in a patient in whom you want sedation?

25       A    I -- I suppose the answer is obviously correct.

264

1   Q   Yeah?

2   A   Yeah.

3   Q   And there are mental illnesses where sedation

4   would be a -- certainly a goal, anxiety?

5   A   Not necessarily.  I don't -- I don't want to,

6   say, sedate a person with anxiety.  I want to make them

7   not anxious.  I can think of virtually no condition in

8   which I want you to be more sedated during the day.  You

9   might argue, okay.  Well, maybe mania, I kind of want you

10   more sedated.  But no, I don't.  I want you more normal.

11   I don't want you more sedated.

12   Q   Is sedation in the evening okay?

13   A   Sedation at -- at -- at night is -- is -- is --

14   it's not bad.  In the evening, it's not great.  At

15   bedtime when it's time to sleep, it's okay.

16   Q   Okay.  But I guess it is fair to say that the

17   sedative, the sedating propensities of Seroquel are not

18   universally a toxic effect.  I mean, in some instances it

19   would be a desirable effect.

20   A   It may be desirable, but I would still argue

21   that it's toxicity.

22   Q   All right.

23   A   I mean, it's not its primary effect.  It's not

24   a sedative.

25   Q   But as you pointed out, one of the very unique

265

1    things about quetiapine is it has an awful lot of other

2    effects that go beyond the garden-variety antipsychotic?

3        A    Right.

4        Q    That it has an anxiolytic effect?

5        A    And that's distinct from sedation.

6        Q    No, I understand.

7        A    Okay.

8        Q    And it has a sedative effect?

9        A    Yeah.

10       Q    And it has an antidepressive effect?

11       A    Correct.

12       Q    And that has made it relatively unique in the

13   world of atypical antipsychotics, doesn't it?

14       A    Relatively.

15       Q    And which is why you now see it used so heavily

16   in bipolar disorder and in mania and in simple depression

17   and in anxiety?

18       A    And in things like insomnia.

19       Q    Okay.  And, I mean, that sort of wide-ranging

20   effect, in fairness, that, at least in part, explains why

21   the drug has been used off-label over the years?

22       A    In large part.

23       Q    Yeah.

24           I mean, you've read the depositions where folks

25   at the company are saying that once the drug was on the

266

1   market, the doctors are coming back to them and saying,

2   "Hey, you know, it really works in these areas outside of

3   psychosis"; correct?

4         MR. FIBICH:  Object to form.

5   BY MR. AUSTIN:

6       Q    I mean, you remember seeing that?

7       A    I know that they -- it is used tremendously.

8   And I know that there is -- is -- is a strong belief that

9   it has -- it has utility in those domains, absolutely.

10      Q    And as time has gone on and the company's done

11  more study, we actually now have data to back-up most of

12  those off-label uses; correct?

13      A    Well, not the largest one, which is in sleep.

14      Q    And we talked earlier about, sort of, you don't

15  hold yourself out as expert, definitive expert, on what

16  the data shows on quetiapine and sleep?

17      A    As a definitive expert, no.

18      Q    Yes.  Or, in fact, or even who's done the

19  studies?

20      A    No.  I think the studies have not been

21  adequately done at all, as a matter of fact.

22      Q    But my question was who really was doing the

23  studies?  You really --

24      A    No.

25      Q    -- don't know.  Okay.

267

1        What is your -- you said, in your report, on

2   page 9 -- and we really are closing in on your report.

3   You with me?  The very -- under "Off Label Use," it says:

4        "Current estimates are about

5         two thirds of the prescriptions

6         are off-label."

7   A   Correct.

8   Q    What is your basis for that?

9   A    Data I've cruised through.

10  Q    Okay.

11  A    I think -- I -- I think the number was

12  literally something like 67 percent but --

13  Q    Today?

14  A    Today.

15  Q    Okay.

16  A    With 50 percent of it being for sleep.

17  Q    All right.  Is that unusual?

18  A    Oh, yes, that's quite unusual.  That's -- the

19  only closest one to that is olanzapine, and olanzapine's

20  off-label use has dropped remarkably since 2004.

21  Q    Are you critical of Astra Zeneca simply because

22  that number is as high as it is?

23  A    Absolutely not.

24  Q    Okay.  What would be a more typical off-label

25  use percentage in this area, if there is such a thing?

268

1      A    Well, for -- for -- if -- if you're asking

2    about conventional drugs, about 5 percent.

3      Q    Yeah.

4           What about the other second generation?

5      A    For -- for risperidone, it's under 20; for --

6    for olanzapine -- olanzapine, since 2004, it's dropped

7    down to about a third.

8      Q    Off-label use just, in general, is relatively

9    common in psychiatry, isn't it?

10     A    It's relatively common in medicine, period.

11     Q    But certainly in psychiatry, we have more

12   disease than we have medicine?

13     A    I don't know.

14     Q    That's fair, isn't it?

15     A    We have more disease than we have adequate

16   medicine; that's true.

17     Q    And isn't it true, in most instances, where

18   Seroquel is being used off-label, it's being used in

19   place of another drug that was being used off-label?

20          MR. FIBICH:  Object to form.

21          THE WITNESS:  Yeah.  With regards to sleep, no.

22   BY MR. AUSTIN:

23     Q    What's the number one sleep agent?

24     A    In this population?

25     Q    No.  Just what's the number one sleep agent?

269

1    A    My guess would -- I don't know.  I would have

2    to guess.  My guess would -- my guess would be zolpidem.

3    Q    Is Trazodone approved for sleep?

4    A    Absolutely not.

5    Q    It's an antidepressant?

6    A    Well, it's a putative antidepressant.

7    Q    Would it surprise you to know it's also the

8    number one prescribed sleep agent?

9    A    Wouldn't -- wouldn't -- wouldn't surprise me.

10   Doesn't work.

11   Q    All right.

12   A    Doesn't decrease sleep lates.  It doesn't

13   increase sleep time.  Doesn't increase sleep efficiency.

14   Doesn't increase daytime attention.

15   Q    Let's go to the very next sentence.

16   A    Sure.

17   Q    We really are closing in.

18        "I am of the opinion that primary

19        among the reasons for this

20        disproportionate off-label use

21        are the facts that quetiapine is

22        sedating and highly subjectively

23        tolerable."

24        Correct?

25   A    Yes, sir.

270

1    Q    What do you mean by highly subjectively

2    tolerable?

3    A    Well, it's a nice way of saying the patients

4    like it.

5    Q    Hard to measure but it makes -- it seems to

6    work; correct?

7    A    They seem to like it.

8    Q    Well, certainly a lot of these things that

9    we're talking about, anxiety, that's a difficult thing to

10    measure efficacy?

11    A    It's -- it's somewhat difficult.  There are

12    plenty of fine rating scales for measuring anxieties.

13    My -- my point is quibbling here is that patients are

14    gravitating toward what I consider to be this

15    intoxicating effect of the compound, this sedating effect

16    of the compound.  It's not its impact on some

17    psychopathologic construct.  And that's not that I have

18    this most effective drug; no, you have a drug which has a

19    little bit of abuse potential in it.  That's my opinion.

20    Q    All right.  Let me find -- I need to ask you

21    about this, just so I understand it.  Help me find --

22    there we go.

23         It's about a third of the way down in that same

24    paragraph.  It says:

25              "Their officials have stated

271

1          repeatedly in depositions that

2          AZ endeavored to provide label

3          support of these 'passively

4          observed' prescriptive habits

5          by investing heavily in

6          confirmatory studies."

7          Correct?

8     A   That's true.

9     Q   I take it you don't quibble with the fact that

10   Astra Zeneca has contributed substantial monies after the

11   drug was first approved --

12    A   I do not quibble with that.

13    Q   -- to do new studies?

14    A   I do not quibble with that.

15    Q   Okay.  I take it you're not critical of it,

16   either?

17    A   No.  It's a prudent thing to do.

18    Q   Right.

19          "Though many such studies were

20          performed, I consider the claim

21          largely dishonest."

22          Correct?

23    A   Correct.

24    Q   And what is your -- let's -- what are you

25   saying there?  Why is it dishonest, if, in fact, they did

272

1    the studies and it was a good idea to do the studies?

2        A    Because the largest off-label use was in sleep.

3    And if you had done an off-label -- if you had done the

4    study, which would have been trivial to do, to support

5    that -- that off-label use, you would have determined, as

6    I think it will be shown, in fact, it's not as good as

7    people think.  That it actually impairs daytime sedation

8    and attention; that it doesn't substantially increase to

9    improve sleep architecture; and that it would be a -- an

10   indictment of the clinical practice.  And the studies

11   would reject, rather than support, the off-label use.

12   That's my belief.

13       Q    Okay.  A belief without having actually done

14   that study?

15       A    Of course.

16       Q    And, again, just so I can be clear, are you

17   talking about in patients with another -- with an

18   underlying mental illness, or are you talking about just

19   for strict insomnia?

20       A    The latter.

21       Q    Okay.  Okay.  I think the last thing, very last

22   paragraph there -- sentence there in that paragraph:

23           "While their behavior may

24           have been in fact been

25           technically within the

273

1        'letter of the law,' it was

2        and continues to be

3        irresponsible, improper, and

4        ethically indefensible?"

5        Correct?

6    A   Correct.

7    Q   What do you mean within the letter of the law?

8    A   I don't think that they illegally marketed the

9  drug off-label.

10   Q   Okay.

11   A   I don't think -- I can point to any number of

12  instances on any day of any week when Lily did it.  And,

13  honestly, in my personal experience and in my review of

14  the data, I can't find the smoking gun, let alone any

15  bullet wounds.

16   Q   All right.

17   A   So I don't think that they did it.

18       MR. AUSTIN:  Okay.  Why don't we take a break?

19       (Recess.)

20

21              EXAMINATION

22  BY MR. LEONE:

23   Q   All right.  Dr. Wirshing, my name is Frank

24  Leone.  I'm just going to ask you a few questions as we

25  wind down today.

274

1          One thing I don't think we've discussed today

2    is metabolic syndrome.

3          What is metabolic syndrome?

4      A    Metabolic syndrome is -- is a constellation of

5    abnormalities involving lipids, glucose and certain

6    weight parameters and -- and -- and hypertension that --

7    that people manifest.

8      Q    Is one of the parameters the visceral adiposity

9    that we have talked about today?

10     A    Specific measures of -- of waist circumference,

11   yes, different for males and females.

12     Q    Okay.

13     A    Males are 40 inches and females are 35 inches.

14     Q    Have studies found that metabolic syndrome is

15   more common in people with schizophrenia than healthy

16   populations?

17     A    That's correct.

18     Q    Okay.  And I think in one of your articles --

19   oh, yeah -- as marked earlier, Exhibit No. 6, states

20   that:

21          "There is evidence that people

22           with schizophrenia may have an

23           inherent predisposition towards

24           the metabolic syndrome."

25     A    Correct.



275

1    Q   Do you recall that?

2    A   Yes.

3    Q   And you believe that?

4    A   Yes.

5    Q   Okay.  Now, you're not an epidemiologist;

6    correct?

7    A   No.

8    Q   And your opinions, in this case, are they based

9    on epidemiology -- epidemiological evidence?

10   A   Sometimes.

11   Q   And that would -- that would include your

12   opinions on weight gain?

13   A   Weight gain is more direct than epidemiologic

14   evidence.  I mean, we have direct clinical studies.

15   Epidemiology would be just measuring patients at large.

16   Q   Okay.

17   A   The opinions that we've talked about largely

18   refer to clinical studies.  So that's not epidemiological

19   data; that's direct, measured, specific data.

20   Q   Okay.  And the association between obesity and

21   diabetes, you testified that obesity is a risk factor for

22   diabetes --

23   A   Correct.

24   Q   -- correct?

25       And that's how you would describe it, as -- as

276

1    a risk factor for diabetes?

2        A    That's correct.

3        Q    Okay.  You wouldn't say that obesity directly,

4    necessarily, causes diabetes, but that obesity is a risk

5    factor; right?

6        A    I would say that diabetes does not directly

7    cause diabetes.

8        Q    Okay.  That -- that obesity does not cause

9    diabetes?

10       A    It does not directly cause diabetes; that's

11   correct.

12       Q    And you mentioned studies that you were basing

13   that opinion, on the Framingham study --

14       A    Correct.

15       Q    -- I believe, where the studies of Framingham

16   population?

17       A    Correct.

18       Q    Do you have a specific citation for that?

19       A    Oh, I mean, there's hundreds of -- of reports

20   that came out of that incredibly huge study.

21       Q    There are?

22       A    Not off the top of my head, no, but there's a

23   gazillion publications.

24       Q    Do you know if the reference list that was

25   provided with your expert report in this case identifies

277

1    any of those specific studies?

2       A    From the Framingham Heart Study?

3       Q    Yes.

4       A    Probably not.

5       Q    Okay.  And in forming your opinions in this

6    case, did you not apply the Bradford Hill criteria, which

7    an epidemiologist would do, in forming your opinions;

8    correct?

9       A    Correct.

10      Q    And the studies we -- we talked about studies

11   that the ADA/APA conference looked at concerning the SPA

12   and diabetes.

13          You don't -- is it correct to say that you

14   don't believe there's any study -- any of those

15   observational epidemiological studies that show that

16   Seroquel causes diabetes; is that correct?

17      A    Most of those were not epidemiologic studies.

18   And in consideration for that discrepancy, those were

19   mostly short-term experimental trials.

20      Q    Okay.  Go ahead.

21      A    The epidemiologic ones, I didn't think they

22   were largely considered, even if -- in -- in that

23   meeting.

24      Q    Okay.  Well, let me ask you the question then.

25          Do you think there are any observational

278

1    epidemiological studies that showed that Seroquel causes

2    diabetes?

3        A    Directly, absent its effect on weight?

4        Q    Right.

5        A    Absolutely not.

6        Q    Okay.  And are there any studies where you've

7    got Seroquel, weight and diabetes, that put them all

8    together as -- that -- to demonstrate that Seroquel

9    causes diabetes through weight gain?

10       A    Well, as AZ stated, that they quote in their

11   label, where they show a 2 to 4 percent rate of diabetes

12   over the fairly short period of time exposed to the

13   drugs, and those patients had gained weight; so to a

14   degree, yes.

15       Q    All right.  Now, I think my question or my

16   question was meant to be in terms of the observational

17   epidemiology, as opposed to Seroquel studies.

18            There's no observational epidemiology that puts

19   it all together?

20       A    Yeah, that's true, as far as I know.

21       Q    Okay.  And the -- the studies that are referred

22   to in the label report the incidence of diabetes in those

23   studies?

24       A    That's correct.

25       Q    Do you know that they necessarily reached

279

1   causal determination about the diabetes in the studies?

2       A    Do I know that they reached causal

3   determination?

4       Q    Or are they just reporting study results?

5       A    As far as I -- as far as I -- my reading of it

6   is that they were saying the drug did result in an

7   increased rate of diabetes as a consequence of the drug.

8       Q    Okay.

9       A    That's -- and, again, my presumption is that

10  it's true we can make the ordinary mechanism that we

11  talked about, not through some specific effect of the

12  pancreas.

13      Q    And the studies there, that you're referring

14  to, are the ones that are specifically identified in the

15  label; correct?

16      A    In the adverse experience section, correct.

17      Q    Now, let me ask you:  In your clinical

18  practice, do people with depression typically or often

19  have weight cycling where weight goes up and down over --

20  over time?

21      A    Weight goes up and down over time?  Some of

22  them do, some of them don't.  In general, the weight of a

23  person with depression reflects the weight of the general

24  population, which tends to be inflexible downward.  It

25  tends to go up.

280

1    Q    Does it -- does -- does the weight change,

2    depending on mood, aside from -- from -- from drugs that

3    are being given?

4    A    In -- in a person with severe major depressive

5    illness, weight loss occasionally does occur, depending

6    on the age and circumstances of the -- of the patient.

7    Looked at over the population of depressed people,

8    though, about the same number of people gain weight.  We

9    call this an atypical pattern, but it's almost 50

10   percent.  So when you look at the whole group, you kind

11   of go, well, they're sort of -- they're sort of

12   drifting -- drifting around.  Weight loss or weight gain

13   can be associated with a depressive episode.

14   Q    Okay.  How about -- how about people with

15   schizophrenia?  Do they tend to cycle in terms of their

16   weight?

17   A    They do not.  They tend to --

18   Q    Just increase?

19   A    -- to go up, like the rest of us.

20   Q    Okay.  You mentioned the -- strike that.

21        Let me mark the next exhibit.

22        And this is Exhibit 8?

23        THE REPORTER:  9.

24        MR. LEONE:  9.

25        (Exhibit 9 was marked for

281

1          identification by the court reporter

2          and is attached hereto.)

3    BY MR. LEONE:

4        Q    Okay.  I'm showing you Exhibit 9.  This is one

5    of the documents that was listed in your reference list.

6    It's an article by Haupt, H-a-u-p-t, on "Differential

7    metabolic effects of antipsychotic treatments."

8          And on the -- do you recall the study, first of

9    all?

10       A    Uh-huh.

11       Q    And on the second page, it has a chart:

12          "Figure 1, which is a schematic

13          representation of the potential

14          weight change with atypical

15          antipsychotics."

16       A    Correct.

17       Q    And it shows here the -- it's kind of a dotted

18   line, third or fourth from the bottom --

19       A    Uh-huh.

20       Q    -- which is quetiapine.

21       A    Quetiapine.

22       Q    Quetiapine, yes.

23          And it shows a -- an increase to about eight

24   weeks and then a plateau, which is consistent with what

25   you were testifying to earlier today; correct?

282

1      A    Correct.

2      Q    But the change, from baseline weight here, is

3   given around two kilograms; whereas, the numbers for

4   olanzapine are considerably higher here.

5          Are you aware that there are a number of

6   studies that show weight gain associated with Seroquel

7   is -- is more in the two to three to four kilogram range,

8   rather than the, I guess, four and a half that you were

9   suggesting?

10      A    Yeah.  Again, here as we talked about, it's

11   dose dependent.  So studies that have a lower dose are

12   going to have -- going to have lower rates.  We talked

13   about that's distinct from olanzapine, distinct from

14   risperidone, which tend not to share that clear

15   dose-response relationship.

16      Q    And what's the basis for your opinion that

17   there's a dose-response relationship?

18      A    Just the data that has shown -- AZ's data from

19   the very beginning -- you have -- you have a lower weight

20   gain liability at the lower dose.  You have a higher

21   weight gain liability at the higher dose.

22      Q    Can you identify any of the studies, from the

23   ones that you reviewed, that -- that talk about a

24   dose-response relationship?

25      A    Sure.  In it's -- in it's original labeling, it

283

1    talks about --

2        Q    There -- there is a reference in the label.

3            Do you know if there have been other studies

4    which have not shown a dose-response relationship?

5        A    Oh, yes.  There have been studies that haven't

6    shown a dose-response relationship, absolutely.

7        Q    Now, people with schizophrenia and serious

8    mental illness, do they smoke more than the health

9    population, smoke cigarettes?

10       A    They smoke at about almost three times the

11   rate.  They smoke almost ten times the amount of

12   cigarettes as the non-schizophrenia population.

13       Q    Is cessation of smoking associated with weight

14   gain?

15       A    To a certain degree.

16       Q    Okay.  And in your clinical practice, though,

17   you would never -- do you advise your patients to quit

18   smoking?

19       A    No.  I advise them all to keep smoking as much

20   as they possibly can.  Yes, of course.

21           MR. AUSTIN:  I thought we had you there.

22   BY MR. LEONE:

23       Q    Even though quitting smoking can cause weight

24   gain?

25       A    Absolutely, but the health advantage of

284

1    quitting is very substantial.

2        Q    As part of undergoing treatment with

3    antipsychotics --

4        A    Right.

5        Q    -- do people who have schizophrenia sometimes

6    quit smoking as well?

7        A    They do.  Unfortunately, at a tragically low

8    rate.  It's just one of my pet interests in smoking and

9    people with schizophrenia, trying to get them to quit

10   smoking, man, that's a tough one.  But they do on

11   occasion.

12       Q    And any given case, if somebody quit smoking at

13   the same time they're taking an MSGA, it would be hard

14   for you to identify a cause of weight gain?

15       A    It would be difficult to apportion it.  I would

16   presume that the cause would be both of them.

17       Q    Weight gain is not the same thing as obesity;

18   right?

19       A    Not necessarily, no.  I mean, you can gain

20   water weight.  You can gain muscle weight.  You can gain

21   bone weight.  You can gain fat weight.

22       Q    Do you think lithium causes diabetes?

23       A    Lithium causes -- shifts the population half a

24   dozen pounds.  So clearly that half a dozen pound

25   increase in fat is going to be associated with an

285

1    increased rate of diabetes.

2        Q    You talked about the warning, the class

3    warning, on the label and you wrote an -- you were

4    co-author of an article back in 2004.  And we can pull it

5    out, if you like.  But it states:

6            "This labeling is consistent with

7            the FDA's actions in the past to

8            label all medications of a particular

9            group or class with the same warning.

10           The FDA philosophy is conservative,

11           reflecting the notion that it is

12           better irrespective to be overinclusive

13           than underinclusive."

14           Does that sound familiar?

15       A    It does.

16       Q    And you still agree with that statement?

17       A    Yeah.  It's a critical statement.  It's not a

18   laudatory statement, but yes.

19       Q    All right.

20           Let me just take a break for a minute.  I think

21   I'm done.

22           You have anything?

23           MR. AUSTIN:  I'll just go through these

24   documents and just have a couple of questions, and then

25   I'm done.

286

1                      FURTHER EXAMINATION

2    BY MR. AUSTIN:

3        Q    Doctor, I want to go through the boxes here.

4    And, trust me, I'm not going to go through every

5    document.  And I -- but I just want to get the

6    categories.

7            This -- first, let's go through this the

8    depositions that you've reviewed.  Okay?

9            We have Wayne Geller; correct?

10       A    Yes.

11       Q    And as I look at it, you have the transcripts

12   but not the exhibits.

13       A    There were no exhibits.

14       Q    Okay.  Then we have Joseph Calabrese.

15       A    It says Joseph Calabrese but I believe that's

16   Martin Brecher.

17       Q    You're right.  Martin Brecher.

18           Again, transcript, no exhibits?

19       A    No exhibits.

20       Q    Then we have another binder labeled "Martin

21   Brecher," which is actually Joseph Calabrese's

22   deposition.

23       A    Correct.

24       Q    Okay.  And, again, transcript with no exhibits.

25       A    That's also correct.

287

1    Q    And then we have Jeffrey, J-e-f-f-r-e-y,

2    Goldstein.  Transcript, no exhibits.

3         MR. FIBICH:  There was an exhibit at -- I think

4    it's right here.

5         MR. AUSTIN:  Right here.  Maybe two exhibits.

6         THE WITNESS:  No, there was --

7         MR. FIBICH:  Yeah.  And a small graft paper.

8         THE WITNESS:  This one.

9         MR. AUSTIN:  Okay.

10   Q    What you have is Goldstein Exhibit No. 40,

11   Goldstein Exhibit No. 41, and Goldstein Exhibit No. 49;

12   correct?

13   A    Yes.

14        MR. FIBICH:  Right.

15   BY MR. AUSTIN:

16   Q    And then you have -- when we walked in today,

17   you had Goldstein Exhibit No. 39 with you.

18        What is this study and what's the significance

19   of it to you?

20   A    Oh, yeah, I had it with me because I was

21   getting it Xeroxed.

22   Q    Okay.

23        MR. FIBICH:  What is it?

24        THE WITNESS:  But this is a -- doctor --

25   Dr. Small's -- I think it was 2000 -- 1999 monograph on

288

1    quetiapine.  I don't believe it was ever published.

2    BY MR. AUSTIN:

3        Q    Quetiapine and what aspect of it?

4        A    Efficacy, toxicity, sort of a general -- this

5    is very early, early publication on the drug, talking

6    about its profile, it's metabolic, it's toxic, it's

7    efficacious, et cetera.

8        Q    All right.  Is there anything in particular

9    that you found significant about this study?

10       A    No.  It -- it detailed -- detailed the

11   toxicities that had been observed, talked about the

12   logical metabolic cascade that one would anticipate from

13   a drug, you know, that causes increased weight gain of

14   certain ordinary kinds of discussion.  He was scholarly,

15   thorough, appropriate.

16       Q    And at least, in terms of the profile of the

17   drugs, consistent with the things we discussed here

18   today?

19       A    Exactly right.  I think it's pertinent because

20   it talks about it at a very early time in history but

21   that's all.  It's nothing earth shaking or surprising or

22   startling about it.

23       Q    Okay.  I don't see them but you said you

24   reviewed the deposition of Geoffrey Birkett.

25       A    Did -- that was on (indicating.)

289

1      Q    Okay.  And the deposition of David Brennan,

2   also on the disc?

3      A    Yes.  That's correct.

4      Q    Any other depositions on the disc?

5      A    No, I don't think so.  I think it was just

6   those two.  I don't know why but those were just the only

7   two.

8      Q    Here's what I'm trying to figure out, is -- is

9   this -- I'm just wondering if we should make a copy of

10  the disc.

11         MR. FIBICH:  I thought the disc had been

12  provided to you.  Is that not right?

13         MR. AUSTIN:  Tommy, I just can't say.  You know

14  what?  Let's just be safe.  Let's just mark that envelop

15  as the next exhibit.

16         THE WITNESS:  Make sure I don't have any notes

17  to myself on there.

18         MR. AUSTIN:  We'll do that at the end of the

19  day so you don't have to mess with it.

20      Q    I missed one deposition.  There's also the

21  deposition of Jack Schwartz.

22      A    Schwartz, yeah.

23      Q    And, again, transcript, no exhibits?

24      A    As far as I remember, there's no exhibits.

25      Q    All right.  Then we have -- and I think I am

290

1    going to mark some of these and get the court reporter to

2    copy them.

3        We have a notebook here called "Off-Label

4    Sleep"; correct?

5    A    It is.

6    Q    And it has some e-mails and things in it.

7        Is this something you put together?

8    A    No.

9    Q    Is it something you requested be put together?

10   A    No.

11   Q    Okay.  It's just something you requested be put

12   together?

13   A    No.

14       MR. AUSTIN:  All right.  Let's go ahead and

15   mark this as the next exhibit and I think you have to

16   take and make a copy of it.

17       (Exhibit 11 was marked for

18        identification by the court reporter

19        and is attached hereto.)

20       THE WITNESS:  There's not much there.

21   BY MR. AUSTIN:

22   Q    We have four binders here that are entitled

23   "Document Timeline"; correct?

24   A    They are.

25   Q    And, again, these are not materials you put

291

1    together?

2        A    No, sir.

3        Q    The attorneys put them together for you?

4        A    Yes.  Certainly.  I actually got these from

5    Dennis.

6        Q    Dennis?

7        A    Canty.

8        Q    Okay.

9            There are four volumes.  Let's mark them, if we

10   could?

11       A    They're not numbered but they have -- the tabs

12   are in numerical order.

13           MR. AUSTIN:  And I think what we'll have you do

14   is mark them like 4-A, B, C and D.

15           (Discussion off the record.)

16           (Exhibits 10A, 10B, 10C

17            and 10D were marked for

18            identification by the court reporter

19            and is attached hereto.)

20           MR. AUSTIN:  We have marked the binder

21   entitled, "Off-Label Sleep" as Exhibit 11.  And we've

22   marked the four binders entitled "Document Timeline" as

23   Exhibits 10A through D.

24           And then the last two things I have there are

25   two binders here, "Seroquel Medical Literature Binder 2

292

1    and 3."

2           THE WITNESS:  Correct.

3    BY MR. AUSTIN:

4       Q    Is there a binder 1?

5       A    Not that I know of.

6       Q    Okay.  I mean, I don't see it here.  And as far

7    as you recollect, it's just these two?

8       A    No.  As far as I remember, it was just the two.

9       Q    Okay.

10      A    And honestly, I don't know why the heck you

11   sent it to me.

12      Q    Again, it's just more material that was pulled

13   together and provided to you by counsel?

14      A    That's correct.  I didn't -- didn't ask him for

15   it.  It just showed up on the list and, obviously, all

16   the standard studies and ordinary things.

17          MR. AUSTIN:  Let's mark these as Exhibits 12A

18   and B and handle them as we did the others.

19          (Exhibits 12A and 12B were marked for

20           identification by the court reporter

21           and is attached hereto.)

22          THE WITNESS:  I will say that they were very

23   nicely organized.

24   BY MR. AUSTIN:

25      Q    Just a few things, Doctor, and then we'll wrap

293

1   up.

2       A   Yes, sir.

3       Q   Are you -- do you have any criticism of the use

4   of Seroquel in pediatric populations, recognizing that it

5   is off-label?

6           MR. FIBICH:  Object to form.

7   BY MR. AUSTIN:

8       Q   Just any, do you have any criticisms of doctors

9   who use Seroquel in children?

10          MR. FIBICH:  Object to form.

11          THE WITNESS:  It depends on the details.

12   BY MR. AUSTIN:

13      Q   Sure.  Right.  Obviously, it would depend.

14          But you don't have a blanket belief that

15   Seroquel should not be used in the pediatric population?

16      A   That is correct.

17          MR. FIBICH:  Object to the form of that

18   question.

19   BY MR. AUSTIN:

20      Q   And there are -- it is common in medicine,

21   generally, but certainly in psychiatry, to use

22   medications in children that are not -- have not been

23   approved in children?

24          MR. FIBICH:  Object to form.

25          THE WITNESS:  Again, there are very few

294

1    medicines that actually have been approved in child-range

2    populations.

3    BY MR. AUSTIN:

4        Q    Right.

5             Do you treat adolescent patients?

6        A    Treat down to 14.

7        Q    Okay.  And you use the same roster of

8    medications, again, for the appropriate patient, with

9    those folks, even down to age 14?

10            MR. FIBICH:  Object to form.

11            THE WITNESS:  No.  I mean, in general when --

12   when dealing with a developing human, you resort to

13   medications later.  I mean, it is -- it is something you

14   resort to downstream from where you would resort to it in

15   an adult population.

16            There are also certain medications that you

17   tend to avoid in the adolescent population because they

18   don't seem to work as well.  Notably, the antidepressants

19   should work but they don't.  They also seem to be

20   associated with an increased risk of completed suicide in

21   that population.  So you tend to use them with great

22   trepidation, not forbidden, not contraindicated, but used

23   with great trepidation.  So we use the same drugs but in

24   different circumstances, in different doses, different

25   schedules.

295

1    BY MR. AUSTIN:

2        Q    Certainly.  I mean, the dosing will be

3    different, but have you used and prescribed Seroquel in

4    adolescent patients?

5        A    Unusually, rarely, but yes.

6        Q    And, in fact, the EPS profile of Seroquel does

7    make it an attractive drug for use for children, does it

8    not?

9            MR. FIBICH:  Object to form.

10           THE WITNESS:  Yeah.  It's not -- the younger

11   patients are relatively resistant to Parkinsonian

12   toxicity.  Younger patients are relatively sensitive to

13   akathisia, a-k-a-t-h-i-s-i-a.  Younger patients are

14   significantly, disproportionately at greater risk for

15   developing dystonias.  Younger patients are at

16   significantly reduced risk for developing tardive

17   dyskinesia.

18           So, yeah, it -- it is nice to have a drug with

19   a low EPS profile, but EPS is -- is a variable entity in

20   the young population.

21   BY MR. AUSTIN:

22       Q    But you've actually written that the low EPS

23   profile of quetiapine makes it an attractive choice for

24   use in children?

25           MR. FIBICH:  Object to form.

296

1          THE WITNESS:  An -- an attractive choice for

2    use in any population, but absolutely.

3    BY MR. AUSTIN:

4        Q    Okay.  The prolactin, the low effect on

5    prolactin would also make it a drug that, again, in

6    adolescents might make it an attractive drug to use,

7    versus other that -- for example, versus risperdal?

8        A    Oh, yeah.  Prolactin in -- in the adolescent

9    population is particularly problematic, as we talked

10   about earlier, absolutely.

11         And of the non-clozapine options, quetiapine is

12   the next safest in that regard.

13       Q    Is there anything about the quetiapine molecule

14   that you believe is defective or makes the product --

15   makes quetiapine amounts defective?

16         MR. FIBICH:  I'm sorry.  Did you say

17   "defective"?

18         MR. AUSTIN:  Defective.

19         MR. FIBICH:  Object to the form.

20         THE WITNESS:  About the molecule?

21   BY MR. AUSTIN:

22       Q    Yes.

23       A    Most -- most certainly not.  I would love to be

24   able to have a discussion at that level of detail but

25   that's beyond my abilities.

297

1    Q   All right.

2        MR. FIBICH:  It would be over his head too.

3   BY MR. AUSTIN:

4    Q   And I've just -- I've been through your CV.

5        Did you -- is the only quetiapine study that

6   you've done was the case study in the high dose that

7   you've published?

8    A   You're excluding case reports and stuff?

9    Q   Yeah.  I'm talking about studies.

10   A   Okay.  Yeah.  The -- the only studies that we

11  did, quote unquote, that involved quetiapine were the

12  high-dose study and the various post hoc epidemiologic,

13  you know, I think we talked about one of them today.

14   Q   Your novel antipsychotics and lipids article?

15   A   Correct.  And, you know, a few of our -- a few

16  of our other articles had a quetiapine arm kind of thing

17  in it, but it -- it was more observational stuff.

18   Q   When you were at the VA and UCLA, did you do

19  clinical trials on some of the other second-generation

20  antipsychotics?

21   A   All of them.

22   Q   All of them, except quetiapine?

23   A   Correct.  The quetiapine was the only one we

24  didn't do a study on prior to -- prior to its marketing.

25   Q   All right.  Let me just -- you left the VA

298

1    when?

2        A    2006.  2007.

3        Q    And why?

4        A    I was asked to leave.

5        Q    And what were the circumstances?

6        A    I think my boss finally got -- finally got sick

7    of me complaining to every regulatory agency from

8    Congress to -- to our local city panel that he was doing

9    bad things with regards my patients.

10       Q    Okay.  Can you be a little bit more specific?

11       A    I mean, I -- I -- I butted heads with the chief

12   of staff for years and I didn't like the way he treated

13   our patients.  I was quite vocal about it and was kind of

14   a rabble rouser.  And I think basically he got sick of it

15   and discharged me on bogus reasons.  And that's now the

16   subject of a federal lawsuit.

17       Q    What was his name?

18       A    Dean Norman, N-o-r-m-a-n.

19       Q    And your concerns about the way he treated the

20   patients was what?

21       A    Oh, all right.  Let's get comfy.  Just -- just

22   about everything.  He -- he --

23           MR. FIBICH:  Well, generically, healthcare

24   concerns; right?

25           THE WITNESS:  Yeah.  Yeah.  Just the -- the --

299

1    it's so many different, so many different --

2    BY MR. AUSTIN:

3        Q    General quality of care?

4        A    It was just disrespectful and caged them in --

5    in -- in small rooms in the emergency room.  He -- he

6    dehumanized their -- their -- their treatment in the --

7    in-patient ward that I was running, micromanaged what I

8    could and couldn't do with patients.  It was absolutely

9    maddening.  It was just -- obviously, I'm very passionate

10   about it.

11       Q    Understood.

12            Has there ever been a time when you had less

13   than a full and unrestricted medical license?

14       A    No.

15       Q    Has there ever been a time when you have been

16   restricted from prescribing any class of medication?

17       A    No.

18       Q    Have you lost any prescribing privileges of any

19   kind?

20       A    Have I lost any prescribing privileges?

21       Q    Yes.

22       A    No.  My latest DEA I didn't ask for Schedule 2

23   narcotics but I -- but I recently applied for a special

24   certificate to do Schedule 3 narcotics:  Subboxone,

25   S-u-b-b-o-x-o-n-e, and Subtex, S-u-b-t-e-x.  But other

300

1    than those few changes, no.

2        Q    DEA, you said, category two narcotics?  I may

3    not be using the right term.

4        A    Yeah, you did.  There's -- I -- I used to

5    get -- just ask for everything, and I don't have a reason

6    to ask for Schedule 2 narcotics.  I have Schedule 2 but

7    not Schedule 2 narcotics.

8        Q    And what are Schedule 2 narcotics?  Give me

9    some examples of Schedule 2 narcotics.

10       A    Dilaudid, hydromorphone, morphine, codeine and

11   whatnot, in unmodified formulations.  You can have all

12   those in modified formulations like with acetaminophen,

13   for instance.  Those are Schedule 3.

14       Q    Is there any particular reason that you've not

15   requested -- is it a renewal?

16       A    Yeah.  I just never use them.  And I -- I

17   even -- I even, initially when I applied for it last

18   year, I didn't even ask for Schedule 2 at all.  I changed

19   my mind and asked for that down the road.  But,

20   initially, I didn't even want to do Schedule 2 at all.

21   It's just -- it's -- it's too much of a nuisance.  And

22   the truth is I just never prescribe them.  And I -- I

23   find it easier, when patients come in and ask for drugs

24   that they shouldn't be getting, to just say, "Look, I

25   can't even prescribe that.  Even if I wanted to, I

301

1    couldn't give it to you."

2        Q    All right.

3        We said we'd shut it down.  I think there's an

4    awful lot of documents here that are not on his reliance

5    list that was produced.  So I'm not -- it's not your

6    deal.  I'm not going to say that we are concluded with

7    his deposition.  I'm willing to say we're done for the

8    day, but we do reserve the right to reopen after we have

9    a chance to look through the documents.

10        MR. FIBICH:  Well, I have a few questions for

11    Dr. Wirshing and I, too, had planned on doing a direct

12    but given the lateness, I'm going to be very, very quick.

13

14            EXAMINATION

15    BY MR. FIBICH:

16        Q    Dr. Wirshing, I'm Tommy Fibich and I'm one of

17    the lawyers that have retained you to work in this

18    lawsuit on behalf of the plaintiffs.  Is that correct?

19        A    That is.

20        Q    And I want to go over a little bit of your

21    background, but how old of a man are you?

22        A    Just like Jack Benny, I'm 39.  52.

23        Q    Thank you.

24        And are you a parent?

25        A    I am.

302

1    Q    And how many children do you have?

2    A    I have three.

3    Q    Okay.  And the two youngest are twins?

4    A    They are.

5    Q    With respect to your educational background,

6    would you tell the members of our jury where you attended

7    undergraduate school and your course of study.

8    A    A couple of different places.  I started at the

9    University of California at San Diego and then ended up

10   at the University of California, Berkeley.  I got my

11   degree in electrical engineering and computer science

12   with a subspecialization in bioelectronic systems.

13   Q    And did you graduate with any honors?

14   A    Yes.  I graduated with highest honors.

15   Q    And what was your GPA for that field of study?

16   A    For the field of study, my GPA was a 4.0.  I

17   got a B during my freshman year in Comparative American

18   Histories.

19   Q    And were you elected to any honorary

20   memberships --

21   A    I was.

22   Q    -- or societies?

23   A    I was.

24   Q    What are those?

25   A    As an undergraduate, it was phi beta kappa and

303

1    tau beta pi.  Phi beta kappa being the traditional

2    letters in science, kind of an honor society.  And the

3    tau beta pi is analogous with honor society in

4    engineering.  Most -- most people in engineering don't

5    take a sufficient number of science, liberal arts courses

6    to qualify for -- for phi beta kappa; that's why I had

7    the additional.

8        Q    And following your graduation from the

9    University of Berkeley with highest honors, did you then

10   go to medical school?

11       A    I did.

12       Q    Where did you go to medical school?

13       A    UCLA.

14       Q    And did you graduate medical school on time?

15       A    I did.

16       Q    And, again, what honors, if any, were you given

17   to -- in your schooling in medical school?

18       A    In medical school, they -- they -- the honor

19   society there is another three Greek letters:  alpha,

20   omega, alpha.  And I was given, at graduation, a Sandos

21   award for excellence in behavioral sciences.

22       Q    And how does one get that award?

23       A    You have the highest GPA in the class.

24       Q    And with respect to your grades in medical

25   school, what was your final GPA?

304

1      A    Yeah.  I got -- I got straight "A"s except

2    for -- I'm embarrassed to tell you but I got -- I got a

3    "B" in one section of my internal medicine rotation,

4    which is still embarrassing to me.

5      Q    Would you tell the jury what internships and

6    residences you did?

7      A    Yeah.  I did a combined internship at UCLA and

8    the VA in neurology, pediatrics and -- and medicine, that

9    was kind of a one year -- what they call categorical

10   internship.  And then did three years of residency in

11   psychiatry, ostensibly at UCLA but the vast majority of

12   it was at the VA.  I'm quite fond of that population.  I

13   really liked working there.

14     Q    Okay.  And in the course of your profession,

15   have you published?

16     A    I have.

17     Q    And in -- let me just show you --

18          Let me mark this as Exhibit No. 13, I believe

19   it is.

20          (Exhibit 13 was marked for

21           identification by the court reporter

22           and is attached hereto.)

23   BY MR. FIBICH:

24     Q    And, Dr. Wirshing, let me hand you what the

25   court reporter has marked as Exhibit 13, and ask if

305

1   that's a current copy of your resume or your curriculum

2   vitae?

3       A   It is.

4       Q   And does it list the publications in which you

5   have been one of the authors?

6       A   It does.

7       Q   And the other research that you have done?

8       A   It does.

9       Q   Dr. Wirshing, let me get the court reporter --

10  or this has already been marked as Exhibit 5 -- is that

11  correct? -- your report?

12          MR. AUSTIN:  That's right.

13  BY MR. FIBICH:

14      Q   Let's me show you what's previously been marked

15  as Exhibit 5 to your deposition, and ask you if that is a

16  report that you prepared in conjunction with this

17  litigation?

18      A   It is.

19      Q   And are the opinions and conclusions that you

20  have reached in that report based on a reasonable degree

21  of medical certainty?

22      A   They are.

23      Q   And with respect to the areas in which you have

24  expressed opinions and conclusions, do you feel that you

25  have the necessary expertise, either through training,

306

1    education or experience, to reach those conclusions and

2    opinions?

3       A    I do.

4          MR. FIBICH:  I think we're out of time for our

5    seven hours.  I have other questions that I would have

6    asked if we had more time.  But for now, I'm going to

7    pass the witness.

8          MR. AUSTIN:  All right.  And we'll go home and

9    enjoy the weekend and we'll talk about another day about

10   whether and when to reconvene.

11         THE WITNESS:  I would argue on the record,

12   however, that seven hours is not exactly accurate.

13         MR. FIBICH:  Why is that?

14         MR. AUSTIN:  Off the record.

15   //

16   //

17

18

19

20

21

22

23

24

25

307

1

2

3

4

5          I, WILLIAM C. WIRSHING, M.D., do hereby declare

6    under penalty of perjury that I have read the foregoing

7    transcript of my deposition; that I have made such

8    corrections as noted herein, in ink, initialed by me, or

9    attached hereto; that my testimony as contained herein,

10   as corrected, is true and correct.

11       EXECUTED this _____ day of _____,

12

13   20_____, at _____, _____.

14              (City)                (State)

15

16       _____

     WILLIAM C. WIRSHING, M.D.
17   Volume 1

18

19

20

21

22

23

24

25

308

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby certify:

5          That the foregoing proceedings were taken

6    before me at the time and place herein set forth; that

7    any witnesses in the foregoing proceedings, prior to

8    testifying, were placed under oath; that a verbatim

9    record of the proceedings was made by me using machine

10   shorthand which was thereafter transcribed under my

11   direction; further, that the foregoing is an accurate

12   transcription thereof.

13         I further certify that I am neither financially

14   interested in the action nor a relative or employee of

15   any attorney of any of the parties.

16         IN WITNESS WHEREOF, I have this date subscribed

17   my name.

18

19   Dated: _____

20

21

22   _____
           MARIA A. HASAKIAN
23         CSR No. 8469

24

25