# TAB 4

929764.txt

1              UNITED STATES DISTRICT COURT

2               MIDDLE DISTRICT OF FLORIDA

3                   ORLANDO DIVISION

4


5  IN RE:  SEROQUEL PRODUCTS )
   LIABILITY LITIGATION      )
6                            )
   MDL DOCKET NO. 1769       )        NO. 6:07-CV-13234

7  _____)
                           )
8

9

10

11

12

13

14         DEPOSITION OF MOHAN NAIR, M.D.

15          Friday, September 26, 2008

16            Los Angeles, California

17

18

19

20

21

22

23
   Reported by
24 Terrie C. Barker
   CSR No. 12000
25 Job No. 929764

                                           1


1              UNITED STATES DISTRICT COURT

2               MIDDLE DISTRICT OF FLORIDA

3                   ORLANDO DIVISION

4

929764.txt

```
 5  IN RE:   SEROQUEL PRODUCTS )
    LIABILITY LITIGATION        )
 6                              )
    MDL DOCKET NO. 1769         )        NO. 6:07-CV-13234
 7                              )
    _____)
 8
 9
10
11
12
13       Deposition of MOHAN NAIR, M.D., taken on
14       behalf of Defendants, at 1999 Avenue of
15       the Stars, Suite 1700, Los Angeles, California,
16       beginning at 9:20 a.m. and ending at 4:55 p.m.,
17       on Friday, September 26, 2008, before
18       Terrie C. Barker, Certified Shorthand
19       Reporter No. 12000.
20
21
22
23
24
25
                                                        2
 1  APPEARANCES:
 2
 3       For Plaintiff:
 4           LAMINACK, PIRTLE & MARTINES, LLP
             BY:   RUSS M. BRUDNER, ESQ.
 5           5020 Montrose Boulevard, Ninth Floor
             Houston, Texas 77006
 6           713.292.2750
             russb@lpm-triallaw.com
 7
             LEVIN, SIMES, KAISER & GORNICK LLP
```

Page 2

929764.txt

```
 8         BY:  DENNIS J. CANTY, ESQ.
                  (Special Appearance)
 9         44 Montgomery Street, 36th Floor
           San Francisco, California 94104
10         415.273.8138
           dcanty@lskg-law.com
11

12      For AstraZeneca Pharmaceuticals LP and
        AstraZeneca LP:
13
           WILLIAMS & CONNOLLY LLP
14         BY:   DAVID S. BLATT, ESQ.
                 EDWARD C. REDDINGTON, ESQ.
15         725 Twelfth Street, N.W.
           Washington, D.C. 20005
16         202.434.5063
           dblatt@wc.com
17         ereddington@wc.com

18

19

20

21

22

23

24

25
```

3

```
 1                    INDEX

 2   WITNESS:                    EXAMINATION

 3   MOHAN NAIR, M.D.

 4

 5        BY MR. BLATT           6, 351, 358

 6        BY MR. CANTY              346, 357

 7

 8

 9     QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

10              Page        Line

11               40          13

12               69          25
```

Page 3

929764.txt

13

14                          EXHIBITS

15   EXHIBIT              DESCRIPTION              PAGE

16   1        NOTICE OF DEPOSITION              12

17   2        EXPERT OPINION REPORT             14

18   3        CD (DEPOSITION TRANSCRIPTS AND     14
             ADDITIONAL MEDICAL RECORDS)
19
     4        CD (MEDICAL RECORDS)              15
20
     5        CD (EXPERTS – SEROQUEL, PDRs,     15
21            TIMELINES)

22   6        CD (ADDITIONAL MEDIAL RECORDS)     16

23   7        CD (ADDITIONAL DEPOSITION TRANSCRIPT) 16

24   8        CD (SEROQUEL LIT REVIEW)          17

25   9        PROGRESS NOTES                    19

                                                        4


1                    EXHIBITS (Continued)

2   EXHIBIT              DESCRIPTION              PAGE

3   10       CURRICULUM VITAE                  22

4   11       CURRICULUM VITAE                  27

5   12       DR. NAIR TESTIMONY LIST           29

6   13       STIPULATE RE:   EXPERT DISCOVERY   72

7   14       INVOICE                           82

8   15       REFERENCE EXHIBIT LIST            99

9   16       CONSENSUS STATEMENT               230

10  17       SEROQUEL DESCRIPTION              351

11  19       PATIENT INFORMATION               278

12  20       PATIENT INFORMATION               281

13  21       SPECIMEN INQUIRY                  294

14  22       PSYCHIATRIC EVALUATION            308

15  23       DISCHARGE SUMMARY                 314

16  24       MEDICAL HISTORY FORM              318

17

929764.txt
18              (Exhibit 18 not marked)

19

20

21

22

23

24

25

                                                      5


 1  Los Angeles, California; Friday, September 26, 2008

 2                  9:20 a.m. - 4:55 p.m.

 3                       - - -

 4

 5                  MOHAN NAIR, M.D.,

 6  having been first duly sworn, testified as follows:

 7

 8                  EXAMINATION

 9  BY MR. BLATT:

10      Q.    Good morning, Doctor.

11      A.    Good morning, Mr. Blatt.

12      Q.    Can you please state your name.

13      A.    My first name is Mohan, M-o-h-a-n.  Last

14  name's Nair, that's spelled N-a-i-r.  And you say it

15  like Meyer.  Nair like Meyer.

16      Q.    Can you describe the nature of your current

17  practice, please?

18      A.    I'm a child and adult psychiatrist, and I do

19  a combination of doing forensic work, forensic

20  psychiatric work, and clinical work.

21      Q.    When you say, "forensic psychiatric work,"

22  what does that mean?

                          Page 5

929764.txt
```
23     A.    Well, I do pretty much any kind of civil or

24  criminal matters where there is -- where there's a

25  need for a psychiatric consultation or opinion.
```
                                                                6

```
 1     Q.    Approximately what percentage of your

 2  professional work is forensic psychiatric work

 3  currently?

 4     A.    At this point in time, it's about -- I'd say

 5  it's about 80 percent.

 6     Q.    And what's the remaining 20 percent?

 7     A.    It's clinical practice, seeing adults and

 8  children for all kinds of -- primarily for

 9  consultations and medications.

10     Q.    Do you have any particular specialty within

11  psychiatry?

12     A.    Well, I do -- other than forensic

13  psychiatry, not really.  I am a child psychiatrist.

14  I'm formally boarded in child psychiatry.  I'm

15  trained and boarded in child psychiatry.  I'm boarded

16  in forensic psychiatry.

17          I'm not forensically -- I didn't complete a

18  fellowship in forensic psychiatry, but I did take the

19  boards.

20          And I also have certifications in the

21  specialties of psychopharmacology and addiction

22  medicine and neuropsychiatry.

23     Q.    Approximately how many patients do you

24  currently treat a week as the treating psychiatrist?

25     A.    I'd say between maybe 25 and 40.
```
                                                                7

```
 1     Q.    And do those include people for whom you are
```
                             Page 6

929764.txt

2  performing consultations?

3      A.   Yes.

4      Q.   And those are where you're consulting for

5  someone else, another doctor?

6      A.   Yeah -- well, I might get a consult from a

7  primary care physician or a pediatrician or a

8  cardiologist that wants me to look at their patient

9  in terms of the psychiatric concept.

10          What I mean is I may see them and then

11  decide there's nothing that needs to be done from my

12  point of view, or that they need to be seen by a

13  therapist, or that their primary care doctor -- I may

14  make recommendations for what the primary care doctor

15  can do in terms of diagnose and treatment.   And

16  basically move them on.

17          And the others, I might see them in ongoing

18  medication treatment.

19      Q.   Currently, how many patients do you have in

20  which you are the treating psychiatrist in which you

21  see them for ongoing treatment?

22      A.   You know, I don't really -- have the

23  absolute numbers, but I'd say it's roughly between 25

24  and 40 patients a week.

25      Q.   Approximately how long have you seen that

                                                     8

1  number of patients as the treating psychiatrist

2  responsible for their ongoing psychiatric care?

3      A.   Well, it's kind of -- over the last five

4  years I would say -- actually, from 1998, it has gone

5  from being probably 100 percent -- from 1996 it has

6  gone from being 100 percent clinically oriented to, I

                        Page 7

929764.txt

7    would say, every year dropping by maybe 5 to

8    10 percent.

9         So for example, about two years back I was

10   seeing patients two days a week as opposed to a day

11   and a half or a day now.  So it's just gradually

12   decreased over time.

13   Q.    And now you see patients approximately one

14   day a week?

15   A.    Yeah, between a day and a day and a half.

16   Q.    Have you treated bipolar patients --

17   patients with bipolar disorder?

18   A.    Yes, I have.

19   Q.    Approximately how many?

20   A.    I mean, the real numbers, thousands.

21   Q.    How many bipolar patients do you currently

22   treat where you're the ongoing psychiatrist that's

23   responsible for their psychiatric care?

24   A.    I can't say.  I can't say.  I don't know.

25   Q.    Of the 25 to 40 patients that you currently

9

1    are the treating psychiatrist for where you provide

2    their ongoing psychiatric care, are any of them

3    bipolar patients?

4    A.    Yes, they are.

5    Q.    How many?

6    A.    You know, I'd be rough guessing, but it's

7    probably about 10 percent of my -- 10 percent of my

8    patients carry a diagnosis of bipolar disorder.

9    Q.    So approximately two to four patients?

10   A.    Yeah, easily.

11   Q.    In the past 12 months, how many new patients

Page 8

929764.txt

12  have you taken on where you've been the psychiatrist
13  responsible for their care -- their psychiatric care
14  on an ongoing basis?
15       A.   I don't know.  But I would say we probably
16  get at least two to three referrals a week.
17       Q.   I understand that you get referrals.  How
18  many new patients have you taken on in the last year
19  as the psychiatrist who's responsible for their
20  ongoing care where you see them on an ongoing,
21  routine basis?
22       A.   I don't know.
23       Q.   Can you estimate the number?  Is it on the
24  order of a hundred, on the order of ten?  Is it on
25  the order of two?

                                                      10

 1       A.   I would say probably between 50 and a
 2  hundred, yeah, in the last year.
 3       Q.   Have you ever treated a patient for
 4  diabetes?
 5       A.   No, I haven't treated a patient for
 6  diabetes.
 7       Q.   Have you ever issued the prescription for a
 8  medicine to treat diabetes?
 9       A.   No, I haven't.
10       Q.   Have you ever --
11       A.   I mean, let me restate that.  I may have
12  written medications for patients when I was a
13  resident or something, but not as -- not since I've
14  been practicing as a psychiatrist.
15       Q.   You were a resident approximately 30 years
16  ago?
                          Page 9

929764.txt

17      A.    That's correct.

18      Q.    In the past 30 years, have you ever treated

19 a patient for diabetes?

20      A.    No, I haven't.

21      Q.    Have you ever issued a new prescription for

22 a diabetes medication in the past 30 years?

23      A.    I have not.

24      Q.    Have you ever authorized a refill of an

25 existing prescription for a diabetes medication in

                                                        11

1 the past 30 years?

2       A.    No, I have not.

3       Q.    Have you ever diagnosed a patient as having

4 diabetes?

5       A.    Yes, I have.

6       Q.    How many times?

7       A.    I cannot say.  I mean, whenever I have had

8 concerns about elevated blood sugars, I refer them to

9 their primary care physician.  So it would just be a

10 tentative diagnosis.

11      Q.    How many patients have you been the person

12 to first make a definitive diagnosis of diabetes

13 with?

14      A.    I don't know.

15      Q.    Are there any?

16      A.    Probably.

17      Q.    Can you say how many?

18      A.    I can't.

19            (Exhibit 1 marked.)

20 BY MR. BLATT:

21      Q.    Let me hand you what's been marked as

929764.txt

22  deposition Exhibit 1.  This is a notice of your

23  deposition.

24          Did you see that before you came here

25  today?  Did you see that document, Exhibit 1, before

                                                        12

1   you came here today?

2       A.   Yes, I have.

3       Q.   And did you bring documents that were

4   responsive to the documents called for in that

5   notice?

6       A.   Yes.

7       Q.   And can you please identify those documents?

8       A.   Well, these are what it is.  And then all

9   the rest of the stuff, I thought that that was --

10          MR. BRUDNER:  This might be a good time for

11  me to lodge my objection, if you don't mind.  Russ

12  Brudner for Sandra Carter.

13          We are objecting to Requests No. 4, 5, 6,

14  and 10 of Schedule A to the notice of deposition of

15  Dr. Nair to the extent that they request information

16  regarding or from any other litigation.

17          We are also objecting to Request No. 11.

18  The basis of each of these objections is privilege

19  and protected material with no waiver.

20          MR. BLATT:  Okay.  All right.  Don't take my

21  silence to be assent to it.

22          MR. BRUDNER:  I didn't.

23          MR. CANTY:  Can you just give me one moment?

24          (Off the record.)

25  ///

                                                        13

929764.txt

 1  BY MR. BLATT:

 2      Q.   Let's identify and label what you did bring,

 3  if you don't mind.

 4      A.   Sure.  The report.

 5      Q.   Is that your copy of your report?

 6      A.   Yes.

 7      Q.   And have you marked it up in any way?

 8      A.   Well, I mean, I've highlighted things and

 9  tagged some pages.

10      Q.   Let's mark that as Exhibit 2 to the

11  deposition.  This is a -- your copy of your report;

12  okay?

13      A.   Okay.

14           (Exhibit 2 marked.)

15  BY MR. BLATT:

16      Q.   And then you have a group of CDs here.  Do

17  you want to identify each one and then we can --

18      A.   Sure.

19      Q.   Why don't we do it so that we put a tag on

20  the CD itself, and you can then identify it by

21  exhibit number as to what the content is.

22           (Exhibit 3 marked.)

23  BY MR. BLATT:

24      Q.   So handing you what's been identified as

25  Exhibit 3, it's a CD.  Can you identify what's on

                                                    14


 1  that CD?

 2      A.   Sure.  These are deposition transcripts and

 3  medical records of Sandra Carter.

 4      Q.   Who gave you that CD?

929764.txt

5      A.    This was given to me by Bailey, Perrin, and

6   Bailey.

7      Q.    When did you get that?

8      A.    I don't have a specific recall.

9      Q.    Let's mark the next CD as Exhibit 4 and let

10  me ask you to identify this CD and where you got it

11  from.

12     A.    This is also from Bailey, Perrin, and Bailey

13  and it's medical records on Ms. Carter.

14           (Exhibit 4 marked.)

15  BY MR. BLATT:

16     Q.    Let's mark the next CD as Exhibit 5, and if

17  you can identify what its contents are and where you

18  got it from.

19     A.    This is also from Bailey, Perrin, and Bailey

20  and these are some scholarly articles and internal

21  documents of the AstraZeneca company.

22           (Exhibit 5 marked.)

23  BY MR. BLATT:

24     Q.    Do you recall when you received that?

25     A.    No, I don't.

                                                          15


1      Q.    Did you receive it within the last month?

2      A.    Yes.

3      Q.    Did you receive it within the last two

4   weeks?

5      A.    I don't remember.

6      Q.    And let's mark as the next exhibit Exhibit 6

7   and ask if you can identify what's been marked as

8   Exhibit 6.

9      A.    Those are additional medical records on

                          Page 13

929764.txt

10  Sandra Carter.

11          (Exhibit 6 marked.)

12  BY MR. BLATT:

13      Q.   And that was sent to you by the --

14      A.   That was sent to me by Bailey, Perrin, and

15  Bailey.

16      Q.   Thank you.

17          MR. BLATT:  Off the record.

18          (Off the record.)

19  BY MR. BLATT:

20      Q.   Let's mark the next disc as Exhibit 7, and

21  if you can identify the contents of that and where it

22  came from.

23      A.   These are additional deposition transcripts

24  on Sandra Carter from Bailey, Perrin, and Bailey.

25          (Exhibit 7 marked.)

                                                    16

 1  BY MR. BLATT:

 2      Q.   Did all these discs from the law firm come

 3  to you within the last month?

 4      A.   I believe so.  I mean, I can't say if it was

 5  three weeks or a month.  I would say within the last

 6  month, yes.

 7      Q.   Did it come to you within the last three

 8  weeks?

 9      A.   I don't know.

10      Q.   And do you have any more discs?

11      A.   No, I don't.  Well, this last one is my own

12  disc.

13      Q.   Okay.  Let me actually mark it first before

14  you talk about it.

                    Page 14

929764.txt

15      A.    Okay.

16            (Exhibit 8 marked.)

17  BY MR. BLATT:

18      Q.    Thank you.  I'm handing you what's been

19  marked as Exhibit 8.  Can you identify that disc, the

20  contents of it, and how it came about into existence?

21      A.    Sure.  These are some of the files from

22  Sandra Carter that I downloaded because I could not

23  underline them when I was seeing them on the original

24  discs.  So these are some documents on Sandra Carter

25  that I downloaded while I was looking at them and

                                                            17

1   some of them are underlined.  They're here.

2       Q.    What do you mean "underlined"?

3       A.    What I thought that I -- I underlined them

4   in red and -- as I was reading them and thought

5   things to be important so I could refer to them

6   later.

7       Q.    Okay.

8       A.    And the remainder are Adobe PDF files of

9   Journal articles that I downloaded.  I looked at a

10  lot of Journal articles, but I downloaded some.  So

11  this is a partial representation of the scholarly

12  articles that I read and downloaded.  So these are

13  the ones that I actually downloaded, that I

14  actually -- for this case.

15      Q.    So those are the ones that you found for

16  this case?

17      A.    That's correct.

18      Q.    And that's on Exhibit 8?

19      A.    Yes.  I mean, I think there is some overlap

                              Page 15

929764.txt

20  of some of the -- but this is -- these are really

21  ones that I independently got, and there is some

22  overlap.

23      Q.   Those are the ones you found that you

24  considered most relevant to this case?

25      A.   Well, I mean, I can't say that there's one

                                                          18

1  article that's more relevant than others.  It's just

2  part of my trying to get up to steam for preparing

3  for this case.

4      Q.   I didn't ask whether one was more relevant

5  than the other.  I asked whether those are the

6  articles that you found that were most relevant to

7  this case, those -- what's contained on Exhibit 8.

8           MR. BRUDNER:  Objection.  Form.

9           THE WITNESS:  I don't know if they're most

10  relevant.

11  BY MR. BLATT:

12      Q.   Of the articles that you looked at, does

13  Exhibit 8 contain the articles that you found most

14  relevant to this case?

15      A.   I can't say that they're most relevant.

16  Depend upon -- I can't say that.  I don't know.

17      Q.   Were there articles that you looked at

18  but -- and that you thought were relevant but you

19  didn't download on Exhibit 8?

20      A.   Well, there's probably like lots and lots,

21  but I can't remember the names of all those

22  articles.  I mean, I just go to PubMed and look up

23  things, and some that I thought I wanted to save I

24  saved.  That's all.

                    Page 16

929764.txt

25          (Exhibit 9 marked.)

19

1  BY MR. BLATT:

2      Q.    Okay.   Handing you what's been marked as

3  Exhibit 9, can you identify what Exhibit 9 is?

4      A.    Sure.   These are the notes that I made

5  following my discussion with Mr. Russ (sic) and

6  Mr. Dennis Canty.

7      Q.    When did you make those notes?

8      A.    I made those notes day before yesterday

9  night.

10      Q.    And did you make them in the presence of the

11  two lawyers you just identified?

12      A.    No.   I had a telephone -- telephone

13  discussion with them prior to my meeting with them

14  yesterday, and so following that, I just went through

15  some more of the medical records and stuff.   And

16  these were my notes from that time.

17      Q.    Do these notes reflect things that the

18  lawyers alerted you to or identified to you?

19          MR. BRUDNER:   Objection.   Form.

20          You may answer.

21          THE WITNESS:   No.   I mean, I just -- I was

22  in preparation the whole time, and it was just things

23  that I felt that I needed to look up and be better

24  prepared.   That's all.

25  ///

20

1  BY MR. BLATT:

2      Q.    How long did you spend speaking with the

3  lawyers two nights ago?

Page 17

929764.txt

 4      A.    I think it was about half hour.

 5      Q.    And yesterday you met with the two lawyers

 6  here today?

 7      A.    That's correct.

 8      Q.    And how long did you meet with them for?

 9      A.    I met with them from, I believe, about --

10  yeah, noontime to about 5:00.  But I didn't meet with

11  them continuously during that time.

12            I also -- they were engaged in making phone

13  calls and talking amongst themselves, and I went and

14  checked my messages and took care of office

15  business.  But they were in my office from

16  approximately noontime till about 5:00 or 6:00.

17      Q.    Okay.  When did you download the documents

18  that are on Exhibit 8?

19      A.    I believe it was on day before yesterday

20  night.  Because I was told about the things that were

21  required by you.

22      Q.    The documents that are contained on

23  Exhibit 8 were downloaded by you after you had

24  finished preparing your report in this case?

25      A.    That's correct.

                                                    21


 1            MR. CANTY:  I just want to interject.  I

 2  think there may be some issue as to what the term

 3  "download" means.  I'll just throw that out there for

 4  you.

 5            (Exhibit 10 marked.)

 6  BY MR. BLATT:

 7      Q.    Let me hand you what's been marked as

 8  Exhibit 10 to your deposition and ask if you can

Page 18

929764.txt

9  identify that.

10      A.   This is a copy of my curriculum vitae.

11      Q.   And is that a current version of your CV?

12      A.   Yes, it is.

13      Q.   Does it accurately reflect your education,

14  your work experience, your research, and your

15  publications?

16      A.   Yes, it does.

17      Q.   Do you currently have any affiliation with

18  any university?

19      A.   Well, I'm on the clinical faculty at UCLA.

20      Q.   How long have you been on the clinical

21  faculty at UCLA?

22      A.   I've been on the clinical faculty since

23  1986.

24      Q.   Do you currently teach any courses there?

25      A.   Yes, I do.

                                                      22

1      Q.   What courses?

2      A.   I teach a course in forensic psychiatry to

3  the child fellows at Harbor-UCLA Medical Center,

4  which is one of the sister institutions.

5      Q.   Do you teach any other courses there

6  currently?

7      A.   No, I don't.

8      Q.   What other courses have you taught at UCLA?

9      A.   Well, I've taught -- I've taught forensic

10  psychiatry to UCLA fellows and forensic psychiatry in

11  the past.

12      Q.   Other than forensic psychiatry, have you

13  taught any courses at UCLA?

                         Page 19

929764.txt

14     A.     No, I've just supervised child fellows --

15 just general supervision.

16     Q.     And do you have a curriculum for that

17 course?

18     A.     For the forensic?  Then I do have a

19 curriculum.

20     Q.     I'd ask that you provide that curriculum.

21     A.     Okay.

22     Q.     Do you also have a list of reading materials

23 that you -- for that course?

24     A.     I just -- no, I don't.  I just taught at

25 that -- actually, this month.  So every time we meet,

                                                          23


1 prior to that, I organize material to e-mail to the

2 fellows.  So I would just have two sets of materials

3 that I've given so far.  I've had two meetings.

4     Q.     I'd ask for a copy of those materials as

5 well.

6     A.     Okay.

7     Q.     Do you currently perform any research?

8     A.     No, I don't.

9     Q.     Have you performed any research in the past

10 five years?

11     A.     No, I have not.

12     Q.     Have you performed any research in the past

13 20 years?

14     A.     I'm not sure what you mean by "research."

15     Q.     Well, do you -- have you participated in any

16 clinical trial?

17     A.     No, I have not.

18     Q.     Have you been paid to participate in any

929764.txt

19  type of study?

20      A.    No, I have not.

21      Q.    Have you received any grants from the

22  National Institute of Mental Health or National

23  Institutes of Health?

24      A.    No, I have not.

25      Q.    Have you ever applied for such a grant?

                                                        24


 1      A.    No, I have not.

 2      Q.    Have you ever written up a research proposal

 3  at any time?

 4      A.    No, I have not.

 5      Q.    Are you licensed to practice medicine in

 6  Florida?

 7      A.    Actually, let me restate.  I believe that I

 8  did submit a research proposal in 1982 when I was at

 9  the VA as a resident.

10      Q.    What did that relate to?

11      A.    It was a chart review of veterans in terms

12  of looking at different diagnoses.  So there was a --

13  I actually had to submit it along with my co-author

14  at the time.

15      Q.    Different diagnoses, those would be

16  psychiatric diagnoses?

17      A.    That's correct.

18      Q.    In the past 25 years, have you ever prepared

19  or submitted a proposal to perform research in the --

20  in any area?

21      A.    No, I have not.

22      Q.    Are you licensed to practice in Florida?

23      A.    No, I'm not.

                        Page 21

929764.txt

24      Q.    How many different versions of a curriculum
25  vitae do you have?

                                                            25


 1      A.    Well, I have the short version, which is
 2  this, and then I have --
 3      Q.    When you say, "this," you're referring to
 4  Exhibit 10?
 5      A.    That's correct.
 6      Q.    And that's the copy that was attached to
 7  your report?
 8      A.    That's correct.
 9      Q.    How many other versions of a curriculum
10  vitae do you have?
11      A.    There's probably two or three different
12  versions.
13      Q.    How did you determine to attach the short
14  version to your report?
15      A.    Well, I mean, this is the one that I
16  generally give out because there's no redundant
17  material, that's all.
18            The other one lists all the conference,
19  presentations, trivial stuff that I did, which I
20  don't think -- I just put down the scholarly
21  publications that I've had.
22      Q.    When did you prepare the CV that's marked as
23  Exhibit 10?
24      A.    This is one that I've had for the last
25  several years.  I just -- I mean, for example, when I

                                                            26


 1  took and passed the 2007 exam, I just added it to
                            Page 22

929764.txt

2   that.   So probably about the last three years.

3        Q.    Is this a CV that you generally provide when

4   you are involved in litigation matters?

5        A.    Yes.

6        Q.    Okay.

7        A.    Let me restate that.   There may be a case

8   that involves, for example, something that has to do

9   with sexual -- sexual harassment, sexual abuse,

10  sexual crimes.

11          Then I have a CV that's sort of -- that has

12  more of my expertise in that area.

13       Q.    Okay.   But other than for the sexual abuse

14  or sexual crimes cases, Exhibit 10 is the CV that you

15  generally submit in matters in which you are

16  testifying as an expert?

17       A.    That's correct.

18          (Exhibit 11 marked.)

19  BY MR. BLATT:

20       Q.    Let me hand you what's marked as

21  Exhibit 11.

22          MR. CANTY:   Do you have another one?

23          MR. BLATT:   Yes.   I have one more.

24  BY MR. BLATT:

25       Q.    Can you identify what Exhibit 11 is?

                                                    27


1        A.    It's one of my CVs.

2        Q.    And when was this CV prepared?

3        A.    I don't know.   It's been years, though.

4   It's been many years.

5        Q.    And does it reflect your current

6   professional activities?

                        Page 23

929764.txt

7    A.    No, it doesn't.

8    Q.    Okay.

9    A.    It doesn't.

10    Q.    It reflects your current activities?

11    A.    Yeah, it doesn't reflect my current

12 activities.

13    Q.    Is it an up-to-date CV?

14    A.    No, it's not.

15    Q.    Okay.  As of when was it up to date?

16    A.    Well, I have not been on the Forensic

17 Psychiatry Fellowship Program teaching since July.

18         And I have not actually had any students

19 from the Osteopathic College for many years now.  I'd

20 say at least three years.

21         And I don't actually -- yeah, and I have not

22 been doing evaluations for the criminal court for, I

23 would say, probably at least the last three years.

24    Q.    Okay.  As of three years ago, was this CV

25 current?

                                              28

1    A.    Yes.

2    Q.    And under -- you see there's a heading on

3 page 1 saying, "Current activities"?

4    A.    Yes.

5    Q.    As of three years ago, does this CV

6 accurately reflect your current activities?

7    A.    Yes.

8    Q.    Have you been deposed before?

9    A.    Yes, I have.

10    Q.    Approximately how many times?

11    A.    About -- maybe about 50 times.

                    Page 24

929764.txt

12      Q.     And have you ever testified in a courtroom?

13      A.     Yes, I have.

14      Q.     Approximately how many times?

15      A.     In excess of 50 times.

16      Q.     Have you testified in a courtroom in excess

17 of a hundred times?

18      A.     I don't know that.

19             (Exhibit 12 marked.)

20 BY MR. BLATT:

21      Q.     Okay.  Let me hand you what's been marked as

22 Exhibit 12.

23             Did you also attach to your report what's

24 been identified as Exhibit 12?

25      A.     Yes.

                                                29

1      Q.     Can you identify what Exhibit 12 is?

2      A.     This is a testimony list that's prepared by

3 my office.

4      Q.     And this was submitted with the report in

5 this case?

6      A.     That's correct.

7      Q.     And is this up-to-date?

8      A.     Yes.

9      Q.     And it reflects your testimony over the past

10 four years?

11      A.     That's correct.

12      Q.     And is this testimony both depositions and

13 trials?

14      A.     Yes.

15      Q.     So if one goes down each entry here and

16 counts the entries, one can figure out in the past

                          Page 25

929764.txt
17   four years how many deposition or trial testimonies

18   you've given?

19        A.   That's correct.

20        Q.   And do you have a list of testimony you've

21   given that goes back beyond four years?

22        A.   No, I don't.

23        Q.   Did you just begin providing testimony in

24   litigation four years ago?

25        A.   No.  It's been -- I mean, I -- no.  I have

                                                    30

1    been doing that from before that.

2         Q.   And approximately how long before that have

3    you been providing testimony either in deposition or

4    in court in litigation?

5         A.   Well, I've had them probably throughout my

6    career, at least from 1983.  But it would be very

7    infrequent prior to 1996.  But after 1996, it sort of

8    went up because I started doing more forensic work.

9         Q.   So starting in 1996 you began testifying

10   more frequently?

11        A.   That's correct.

12        Q.   Just in the past 12 months, approximately

13   how many different matters have you testified in

14   either in deposition or in court?  Do you know?

15        A.   Well, I'd say -- in the last 12 months?

16        Q.   Sure.

17        A.   Last 12 months, I've testified in court at

18   least about 10 to 15 times.

19        Q.   And in deposition?

20        A.   Maybe about three or four times.  In the

21   last 12 months, maybe 5 times.

                         Page 26

929764.txt

22      Q.    If you could look at what's been marked,

23  please, as Exhibit 11.

24      A.    Okay.

25      Q.    Under civil litigation, do you see that

                                                        31

 1  there's an entry next to civil litigation that says,

 2  "Defense and plaintiff evaluations for full range of

 3  civil litigation issues."

 4           Do you see that?

 5      A.    Yes.

 6      Q.    Have you performed evaluations for

 7  individuals for the full range of civil litigation

 8  issues?

 9      A.    I -- I believe so.

10      Q.    Okay.  And are the categories that's listed

11  under that heading of civil litigation the types of

12  cases in which you've testified?

13      A.    Yes.

14      Q.    So it includes sexual harassment cases;

15  correct?

16      A.    Yes.

17      Q.    Age and race discrimination cases?

18      A.    Yes.

19      Q.    Employment litigation cases?

20      A.    Yes.

21      Q.    Post-traumatic stress disorder, and

22  accidents, sexual and physical assaults?

23      A.    Yes.  I may not have testified on each of

24  these, but these are all cases that I have done or

25  believe that I have the ability to do.

                                                        32

                        Page 27

929764.txt

1     Q.    Well, have you been -- do these represent

2   cases in which you've been retained in as an expert?

3     A.    Yes.

4     Q.    Okay.  And so you've either testified or

5   been retained in all of the cases that are identified

6   under the heading of civil litigation?

7           MR. BRUDNER:  Objection.  Form.

8           You may answer.

9           THE WITNESS:  Yes.

10  BY MR. BLATT:

11    Q.    Okay.  And you've also testified in medical

12  malpractice cases?

13    A.    Yes.

14    Q.    You've also testified in product liability

15  cases?

16    A.    Yes.

17    Q.    Approximately how many?

18    A.    I haven't testified.  I've been deposed.  I

19  believe it was twice.

20    Q.    And what were the products in those cases?

21    A.    One was a -- one was exposure to carbon

22  monoxide with a small engine.  And the other was a

23  tobacco litigation.

24    Q.    And what was your opinion in the tobacco

25  litigation case?

                                                          33


1           MR. BRUDNER:  Objection.  Form.

2           THE WITNESS:  You know, actually, my opinion

3   was that the -- in that case was that the person was

4   not -- that the person was not addicted to tobacco;

5   that there was no clear indication that the person --

                        Page 28

929764.txt

6   my opinion was that the person chose to smoke

7   cigarettes when he smoked cigarettes and he chose not

8   to smoke cigarettes when he decided he didn't want to

9   smoke cigarettes.

10  BY MR. BLATT:

11      Q.   And on whose behalf were you an expert on

12  that case?

13      A.   On behalf of Philip Morris.

14      Q.   So you testified in deposition in a case on

15  behalf of Philip Morris that a person was not

16  addicted to cigarettes?

17      A.   No, that was an opinion -- actually, let me

18  correct myself.  I was not deposed.  I was -- I saw

19  the person and I prepared myself for it.  I was not

20  actually deposed, so it's just the small engine case.

21      Q.   Did you write a report in the Philip Morris

22  case?

23      A.   No, I did not.

24      Q.   The engine case was the AutoNation case?

25      A.   No.

                                                    34

1       Q.   You evaluated the individual in the Philip

2   Morris case?

3       A.   Yes.

4       Q.   And your opinion was that the person was not

5   addicted to smoking?

6       A.   That's correct.

7       Q.   And Philip Morris paid you for that opinion?

8       A.   Philip Morris didn't pay --

9            MR. BRUDNER:  Objection.  Form.

10  BY MR. BLATT:

                        Page 29

929764.txt

11      Q.      How much money did you receive in that case?

12      A.      I don't know.

13      Q.      Did you do it for free?

14      A.      No, I did not.

15      Q.      You charged a law firm for your time?

16      A.      Yes.

17      Q.      Okay.  And the law firm's client was Philip

18 Morris?

19      A.      That's correct.  I was retained by the law

20 firm.

21      Q.      You understood that the client law firm --

22 strike that.

23              You understood the law firm was representing

24 Philip Morris in the litigation?

25      A.      Oh, yes.

                                                          35

1      Q.      And the individual had sued Phillip Morris

2 for addiction to cigarettes?

3      A.      Yes.

4      Q.      Have you ever testified in a case involving

5 psychiatric medications?

6      A.      Yes.

7      Q.      How many cases?

8      A.      You know what?  I've not testified as an --

9 been deposed or testified, but I've been retained in

10 cases involving psychiatric medications.

11      Q.      So you've never testified in a case

12 involving psychiatric medications?

13      A.      I may have been deposed.  I'm not a hundred

14 percent sure at this point in time.

15      Q.      Okay.  Can you identify any case in which
                        Page 30

929764.txt

16   you've been deposed or testified at trial that

17   concerns psychiatric medications?

18       A.   No.

19       Q.   Have you ever testified about the adverse

20   affects of antidepressants?

21       A.   No.

22       Q.   If you could turn to page 2 of Exhibit 11,

23   please.   Actually, let me stay back on page 1.

24            You've also performed sex offender

25   evaluations?

                                                    36

1        A.   Yes.

2        Q.   That's for the State of California?

3        A.   That's correct.

4        Q.   How much money did you make last year doing

5    that?

6        A.   I was told that it's about $1 million -- or

7    $900,000.

8        Q.   $977,000?

9        A.   I don't remember the specific number.

10       Q.   So it's somewhere between $900,000 and

11   $1 million?

12       A.   Yes.

13       Q.   And that was just last year?

14       A.   That's what I understand.

15       Q.   Did you perform sex offender evaluations

16   prior to last year?

17       A.   Yeah, I've performed them from 2000.

18       Q.   And approximately -- strike that.

19            Has your income from the sex offender

20   evaluations been similar in prior years to what it

                     Page 31

929764.txt

21  was last year?

22      A.    No, it hasn't been.

23      Q.    In any prior year have you made more than a

24  half million dollars doing sex offender evaluations?

25      A.    No.

37

1       Q.    Approximately how many sex offender

2   evaluations did you perform last year?

3       A.    Well, I don't know about last year, but I

4   would say from 2007 up to May of 2008, I performed

5   about 150.

6       Q.    How long does an evaluation take?

7       A.    Might take anything from maybe 10 hours to

8   25 hours, depending upon the amount of -- that is not

9   including travel and things like that.  But between

10  10 and 25 hours depending upon the amount of records

11  to be reviewed.

12      Q.    If you could turn now to page 2 of

13  Exhibit 11, your curriculum vitae.  You've also

14  performed civil competency evaluations for impaired

15  physicians?

16      A.    Yes, I have.

17      Q.    And you've also performed criminal

18  responsibility evaluations?

19      A.    Yes, I have.

20      Q.    And you've also performed forensic

21  evaluations in civil and criminal competency cases in

22  the elderly?

23      A.    Yes, I have.

24      Q.    And evaluations of conservators and will and

25  estate litigation?

Page 32

929764.txt

38

1      A.    Yes, I have.

2      Q.    And you've also provided litigation support

3   and expert witness services in the area of

4   psychopharmacology?

5      A.    Yes, I have.

6      Q.    What have you done in that regard?

7      A.    Well, discuss -- some lawyers will call me

8   up and ask me about whether there is -- give me a set

9   of facts and see if it's something that -- whether

10   there is some relevance, if there's a case, things of

11   that nature, and cases that I'm currently involved

12   in, cases that I've done involving either plaintiff

13   or defense cases.

14     Q.    So lawyers will hire you and pay you to

15   evaluate cases?

16     A.    Yes.  I have had -- I mean, I have had cases

17   in the past and I do have cases right now.

18     Q.    Approximately how many do you have right

19   now?

20     A.    I believe I have three right now, not

21   including this one.

22     Q.    Okay.  What medicines did the other two

23   cases involve?

24     A.    Two of them involved antidepressants and one

25   of them involves antipsychotics.

39

1      Q.    Which antipsychotic?

2      A.    Risperdal.

3      Q.    And which antidepressants?

Page 33

929764.txt

```
 4    A.    Effexor.

 5    Q.    Have you written reports in either of those

 6  matters?

 7    A.    No.

 8    Q.    Have you told opinions orally to lawyers in

 9  either of those matters?

10    A.    No.

11    Q.    Do you have opinions in those matters?

12    A.    Yes.

13    Q.    And what are your opinions in the Risperdal

14  matter?

15    A.    I --

16          MR. BRUDNER:  Objection to form.  You don't

17  need to answer that.  I'm going to assert a

18  privilege.

19          MR. BLATT:  I'm not asking him to identify

20  the name of the case or anything.

21  BY MR. BLATT:

22    Q.    I'm asking about your opinions in the

23  Risperdal matter, about another drug.

24          MR. CANTY:  Not relevant.  May violate

25  privileges and confidentiality he has with other law
```

                                                          40

```
 1  firms.  It's not something he's going to answer.

 2          Instruct him not to answer.

 3  BY MR. BLATT:

 4    Q.    Do you have opinions about Risperdal?

 5          MR. CANTY:  Objection.  Vague.

 6          THE WITNESS:  I don't know what you mean.

 7  BY MR. BLATT:

 8    Q.    Do you have any opinions whatsoever about
```

                        Page 34

929764.txt

9   the drug Risperdal?

10      A.   I don't know what you mean.

11      Q.   What don't you understand?

12           MR. BRUDNER:   Objection.

13           THE WITNESS:   I'm not sure what you mean by

14   "opinion."

15   BY MR. BLATT:

16      Q.   Well, have you prescribed Risperdal?

17      A.   Yes, I have.

18      Q.   Okay.   Do you have any opinions about the

19   potential adverse effects of Risperdal?

20      A.   Yes.

21      Q.   What are those opinions?

22      A.   That Risperdal has some adverse effects.

23      Q.   What adverse effects?

24      A.   Well, the adverse effects include:

25   neuroleptic malignant syndrome, akathisia, tardive

                                                      41

1   dyskinesia, hypothermia reactions, galactorrhea.

2      Q.   Does it have any other adverse effects, in

3   your opinion?

4      A.   Weight gain.

5      Q.   Any other adverse effects?

6      A.   Again, the -- sort of building on the

7   elevated prolactin levels and causing bone density

8   problems, irregularities of -- mental

9   irregularities.   I did mention the weight gain.   And

10   hyperglycemia in some instances.

11      Q.   And diabetes?

12      A.   Diabetes, yeah.

13      Q.   And what's your opinions about the potential

                    Page 35

929764.txt
14  adverse effects of Effexor, an antidepressant?

15      A.    Well, I mean, you know, Effexor has side

16  effects and complications, like all medications do.

17      Q.    And what are those side effects?

18      A.    Well, there are a number of side effects.

19  Most prominent ones are problems like drowsiness;

20  agitation; nausea; headaches; and the

21  gastrointestinal problems; disruption of sleep

22  patterns; agitation, sometimes causing -- bringing on

23  mania or agitation; infrequently -- rarely causing

24  self-injurious behavior or violence.

25      Q.    Is one of the adverse effects of Effexor

                                                        42

1  weight gain?

2      A.    Yes.

3      Q.    Is one of the adverse effects hyperglycemia,

4  in your opinion?

5      A.    No.

6      Q.    Diabetes?

7      A.    Well, it's -- people -- I mean, do -- people

8  could gain weight on Effexor, yes.

9      Q.    Can people develop hyperglycemia on Effexor?

10      A.    They can.

11      Q.    Can they develop diabetes on Effexor?

12      A.    I don't know that that can be causally

13  related to Effexor.

14      Q.    Why not?

15      A.    I don't know that.  I mean, I don't have

16  enough knowledge to be able to make that kind of

17  connection.

18      Q.    Have you also testified about -- strike

                        Page 36

929764.txt

19    that.

20         Have you also testified about what are

21    called ADHD medications on page 3 of your curriculum

22    vitae?

23    A.    I haven't testified.

24    Q.    Have you been retained in cases involving

25    ADHD medications?

                                                          43

1     A.    Yes.

2     Q.    And do you have opinions concerning the

3     adverse effects of ADHD medications?

4     A.    Yes.

5     Q.    And approximately how many cases have you

6     been retained in involving ADHD medications?

7     A.    Two.

8     Q.    Which medications?

9     A.    I believe one was Ritalin and one was -- I

10    believe they were both Ritalin.

11    Q.    Is one of the potential adverse effects of

12    Ritalin hyperglycemia?

13    A.    Not that I'm aware of.

14    Q.    Okay.  On page 3 of your curriculum vitae,

15    you identify antipsychotic, antiagitation

16    medications:  Risperdal, Zyprexa, Seroquel, Abilify,

17    and Geodon.

18         Do you see that?

19    A.    Yes.

20    Q.    And your curriculum vitae indicates that you

21    have opinions about the adverse effects related to

22    those medicines?

23         MR. BRUDNER:  Objection.  Form.

                        Page 37

929764.txt
24          You may answer.
25          THE WITNESS:  Yes.

                                                    44

 1  BY MR. BLATT:
 2      Q.    Setting aside Seroquel, I'd like to ask
 3  you:  What the are the adverse effects, in your
 4  opinion, relating to olanzapine?
 5      A.    Olanzapine can cause weight gain; it can
 6  cause diabetes, hyperglycemia; and less frequently,
 7  dystonic reactions; tardive dyskinesia; hypothermia
 8  reactions; neuroleptic malignant syndrome;
 9  drowsiness.
10      Q.    What are the side effects, in your opinion,
11  of Abilify?
12      A.    Agitation, drowsiness, and extrapyramidal
13  symptoms of neuroleptic malignant syndrome.
14      Q.    Any others?
15      A.    Not off the top of my head.
16      Q.    What are the side effects, in your opinion,
17  about Geodon?
18      A.    The same as Abilify and the -- with the
19  Geodon there is a concern about QTc.
20      Q.    And that is a concern because it can lead to
21  sudden death?
22      A.    That's correct.
23      Q.    You've also indicated that you have opinions
24  about the adverse effects related to mood stabilizers
25  such as Depakote, lithium, Tegretol, Lamictal,

                                                    45

 1  Neurontin, and Topamax?
 2      A.    Yes.
                        Page 38

929764.txt

3      Q.    What are your opinions about the potential

4   side effects of those medications?

5      A.    I don't know which of them you mean.

6      Q.    Let's take Depakote.

7      A.    Depakote has problems with drowsiness.   The

8   most serious concerns are potential liver and

9   hematologic problems with the potential for

10  agranulocytosis, bone marrow depression, the bringing

11  on elevated ammonia levels and -- causing polycystic

12  ovarian disease, and, of course, more common things

13  like drowsiness, weight gain.

14     Q.    And hyperglycemia?

15     A.    Potentially.

16     Q.    Diabetes?

17     A.    Potentially.

18     Q.    Does lithium have the same side effects as

19  Depakote?

20     A.    Not the same side effects.   It doesn't cause

21  any hematologic problems, but it can cause -- well,

22  with lithium:   thyroid problems; kidney problems; and

23  having the immediate side effects -- because of the

24  narrow therapeutic range -- of people getting toxic

25  with gastrointestinal vomiting, diarrhea, lack of

                                                      46

1   coordination.

2      Q.    Is one of the potential side effects of

3   lithium hyperglycemia?

4      A.    I have no specific recall about

5   hyperglycemia being...

6      Q.    Or diabetes?

7      A.    Not as far as I -- not my best recall.

929764.txt

8      Q.    Okay.  On page 6 of Exhibit 11, does that

9   identify all of your publications to date?

10     A.    Well, there is -- there's one more

11  publication that I've done that's not here, and there

12  is one pending.

13     Q.    If I might give you Exhibit 10, which is the

14  other copy of your CV, does that list all the

15  publications that you've done today or have pending?

16     A.    Yes.

17     Q.    Okay.  Have you ever published anything

18  about diabetes?

19     A.    No, I have not.

20     Q.    Have you ever published anything about

21  Seroquel?

22     A.    No, I have not.

23     Q.    Have you ever published anything about

24  antipsychotics?

25     A.    No, I have not.

                                                  47

1      Q.    Have you ever published anything about

2   bipolar disorder?

3      A.    No, I have not.

4      Q.    Have you ever published anything about

5   depression?

6      A.    No, I have not.

7      Q.    Have you ever published anything about

8   anxiety?

9      A.    No, I have not.

10     Q.    Have you ever published anything about

11  insomnia?

12     A.    Actually, let me go back to the anxiety

                        Page 40

929764.txt

13   thing.  I have written a couple of chapters on

14   post-traumatic stress disorder, which is technically

15   one of the anxiety disorders.

16        Q.    Other than post-traumatic stress disorder,

17   have you ever published anything about anxiety?

18        A.    No, I have not.

19        Q.    Have you ever published anything about

20   insomnia?

21        A.    No, I have not.

22        Q.    Have you ever published anything about

23   substance abuse?

24        A.    No, I have not.

25        Q.    Have you ever published anything about

48

1   anorexia?

2        A.    No, I have not.

3        Q.    If you could turn to Exhibit 11, your longer

4   CV.  You see on the last page there's something

5   entitled "Forensic practice/research interest"?

6        A.    Yes.

7        Q.    Do you have any forensic practice or

8   research interest other than what's identified there,

9   the seven items?

10        A.    No.  I think that pretty much covers...

11        Q.    That's up to date?

12        A.    That's correct.

13        Q.    Okay.  Is there any identification here of a

14   forensic practice or research interest in diabetes?

15        A.    No.

16        Q.    Is there any indication here of a forensic

17   practice or research interest in antipsychotics?

929764.txt

18      A.    No.

19      Q.    Is there any indication of any forensic

20 practice or research interest in Seroquel?

21      A.    No.

22      Q.    Is there any indication here of any forensic

23 practice or research interest in bipolar disorder,

24 depression, or insomnia, or substance abuse, or

25 anorexia?

                                                    49

1            MR. BRUDNER:   Objection.   Form.

2            You may answer.

3            THE WITNESS:   No.

4 BY MR. BLATT:

5      Q.    How much money did you make last year total

6 in 2007 in legal-related work?

7            MR. BRUDNER:   Objection.   Form.

8            THE WITNESS:   I don't know.

9 BY MR. BLATT:

10      Q.    Was it more than $1 million?

11      A.    Yes.

12      Q.    Was it more than $2 million?

13      A.    No.

14      Q.    Okay.   Was it more than a million and a half

15 dollars?

16      A.    I don't know.

17      Q.    So somewhere between 1 and $2 million is the

18 amount of money you made in 2007 from work in any way

19 related to legal proceedings?

20            MR. BRUDNER:   Objection.   Form.

21            THE WITNESS:   That's my best guess.

22 BY MR. BLATT:

                        Page 42

929764.txt

23    Q.    And in the prior year, approximately how

24  much money -- now we're talking 2006 -- how much

25  money did you make in -- from work that was in any

                                                         50

 1  way related to legal proceedings?

 2    A.    I don't know.

 3    Q.    Was it more than $1 million?

 4    A.    I don't believe so.

 5    Q.    Was it more than $500,000?

 6    A.    I believe so.

 7    Q.    So somewhere between -- strike that.

 8          Was it more than $750,000?

 9    A.    I don't know.

10    Q.    So somewhere -- in the year 2006 you made

11  somewhere between 500,000 and $1 million from work

12  related to legal proceedings?

13          MR. BRUDNER:  Objection.  Form.

14          THE WITNESS:  I don't know.

15  BY MR. BLATT:

16    Q.    Well, it was more than 500,000, you've

17  testified to that; right?

18    A.    Yes.

19    Q.    Okay.  And it might be more than a million;

20  is that --

21    A.    No, I -- my best guess is that it was under

22  a million.

23    Q.    So in 2006 you made between 500,000 and

24  $1 million, in your best estimate, from work related

25  to legal proceedings?

                                                         51

929764.txt

1     A.     That's correct.

2     Q.     The prior year, 2005, approximately how much

3   money did you make from work related to legal

4   proceedings?

5     A.     I don't know.

6     Q.     Was it on the same order as in 2006?

7     A.     I don't know.

8     Q.     Do you know if it was less than $500,000?

9     A.     I don't know.

10    Q.     Okay.  What proportion of your total income

11  in 2007 derived from activities related to legal

12  proceedings?

13    A.     Probably between -- probably about

14  80 percent in 2007.

15    Q.     And in 2006?

16    A.     Probably about 75 percent.

17    Q.     And in 2005?

18    A.     I mean, all I can say is from 1996, it's

19  just progressively been more forensic arena.  That's

20  all.

21    Q.     From 1996 to the present, each year you've

22  been progressively making more money from work

23  related to legal proceedings?

24    A.     That's correct.

25    Q.     When did you first begin doing litigation

                                                    52

1   work?

2     A.     Well, I started doing work for the courts in

3   1996.

4     Q.     Prior to 1996, did you consult with any

5   lawyers about any case?

929764.txt
```
 6      A.    Yes, I did.  I mean, I did some -- I did

 7  some child custody cases and I did some workers'

 8  compensation cases which involved depositions and

 9  stuff, but I didn't -- I mean, they were just sort of

10  an offshoot of my -- of my clinical practice.

11      Q.    My question was:  When did you first begin

12  doing work related to litigation in any way?

13      A.    1996.

14      Q.    But before 1996, you consulted with

15  attorneys about litigation; correct?

16      A.    Yes.

17      Q.    So when was the first time, approximately,

18  if you can recall, that you began consulting with

19  attorneys about litigation-related work?

20      A.    Well, from 1983, when I started my practice.

21      Q.    Okay.  And do you recall who the lawyer was

22  who first retained you to consult with him or her

23  about litigation-related work?

24      A.    I have no idea.  I mean, I have no recall.

25      Q.    Approximately how many lawyers between 1983
```
                                                      53
```
 1  and the present have retained you to consult on

 2  litigation-related work?

 3      A.    Probably less than ten.

 4      Q.    Okay.  Can you identify them?

 5      A.    No, I cannot.

 6      Q.    Has any court ever ruled that an opinion

 7  that you intended to testify to was inadmissible?

 8      A.    No.

 9      Q.    Have you ever had your license revoked?

10      A.    No.
```
                          Page 45

929764.txt

11     Q.     Have you ever had a privilege -- privileges

12  at a hospital revoked?

13     A.     No.

14     Q.     Have you ever had them under review for some

15  reason?

16     A.     Yes.

17     Q.     And when was that?

18     A.     That was in 1985.

19     Q.     Why were they under review?

20     A.     Well, this is what happened:  I was at Del

21  Amo Hospital, which is a private psychiatric

22  hospital, and I was --

23     Q.     How do you spell Del Amo?

24     A.     D-e-l, one word, A-m-o, the second word.

25     Q.     Sorry.

                                                        54

1      A.     Anyway, Del Amo Hospital.  And after my two

2   years of being on staff when I should have been moved

3   to be a part of the formal -- where you get

4   formalized, they were not doing that and they gave as

5   a reason that I was doing a lot of sodium amytal

6   interviews at the time.  And --

7      Q.     What type of interview was that?

8      A.     Sodium amytal.

9      Q.     What is that?

10     A.     Sodium amytal is a process called

11  narcoanalysis, where you give people sodium amytal

12  and you talk to them.  It's a way of treating people

13  that may have trauma-induced disorders, things of

14  that nature.

15     Q.     So there was a concern at the hospital that

                         Page 46

929764.txt

16  you were using this method?

17      A.   That I was doing it a lot.

18      Q.   Why was it a concern that you were doing it

19  a lot?

20           MR. BRUDNER:   Object to the form, calls for

21  speculation.

22           You can answer, if you know.

23           THE WITNESS:   Well, they felt that I was

24  doing it more than some of the other physicians that

25  were doing it.

                                                    55

1  BY MR. BLATT:

2       Q.   Okay.   And did you have to go before a board

3  for a hearing?

4       A.   No, I did not.   What I did was I resigned

5  because I didn't want to -- I didn't want them to

6  tell me what I should be doing, and I continued my

7  practice in other hospitals.

8            A year later when I was up for my renewal at

9  one of the other hospitals, specifically at Little

10  Company of Mary Hospital where I did infrequent

11  consultations, they had sent a inquiry based on my

12  filling of the forms.

13           And Del Amo informed them that I had -- that

14  I had resigned and I don't remember the language.

15  But in any case, they said something that was not

16  favorable to me in terms of my leaving.   I don't

17  remember the language.

18      Q.   What did they say?

19      A.   I don't have a specific recall.

20      Q.   Generally?

                        Page 47

929764.txt
21    A.   I don't have a recall.  But I do know it was

22 not favorable.  So I sued Del Amo Hospital for that,

23 and there was a settlement.

24    Q.   How much did it settle for?

25    A.   I think it was just under $300,000.

56

1    Q.   And did Del Amo Hospital take any adverse

2 action against you?

3    A.   No.

4    Q.   Have you ever filed any other lawsuits?

5    A.   No.

6    Q.   Have you ever had a lawsuit filed against

7 you?

8    A.   Yes.

9    Q.   Approximately how many?

10    A.   Twice.

11    Q.   And were they individuals who sued you?

12    A.   Yes.

13    Q.   What were their names?

14    A.   You know, I don't recall the names.

15    Q.   When did they sue you?

16    A.   Two patients.  Both in 1989.

17    Q.   What did they sue you for?

18    A.   One sued me for putting her on a 72-hour

19 hold and giving her sleep medications.

20         And the other one sued me for putting her on

21 a 72-hour hold and having her put in restraints.

22    Q.   How were those cases resolved?

23    A.   The cases were dropped against me.  They

24 also sued the hospital.  They made some kind of

25 settlement against the hospital, but there was no --

Page 48

929764.txt

57

1  the case was dropped against me.

2      Q.   So the hospital ended up paying the patient?

3      A.   The hospital made some kind of settlement.

4      Q.   Do you know how much they paid?

5      A.   I don't.

6      Q.   Has a judgment ever been entered against you

7  in a case?

8      A.   No.

9      Q.   Have you ever operated through any companies

10  or partnerships or LLCs?

11          MR. BRUDNER:  Objection.  Form.

12          You may answer.

13          THE WITNESS:  I don't know.

14  BY MR. BLATT:

15      Q.   Well, has any company been the vehicle for

16  any of your consulting work or professional activity?

17      A.   Well, you know, yes.  I believe -- I don't

18  remember when we sort of wrapped it up, but Southern

19  California Neuropsychiatric Consultants.

20      Q.   That was a company in which you held a

21  controlling interest?

22      A.   My wife basically ran the company.

23      Q.   But it was -- was it a company that you

24  performed consulting services through?

25      A.   Well, it was -- we hired people.  We hired

58

1  people working for us.  It was a company.  It was a

2  psychiatric -- it provided psychiatric care and

3  inpatient and outpatient psychiatric care.  It did

4  sleep studies and things of that nature.

929764.txt

5      Q.    Were you the most senior psychiatrist in the
6   company?
7      A.    I don't know what you mean by "seniority."
8   There were other people than myself.
9      Q.    Were you the most experienced psychiatrist
10  in the company?
11     A.    No.
12     Q.    Did you hold any ownership stake in the
13  company?
14     A.    I was given a salary from my position as a
15  medical director.
16     Q.    Did you hold any other position other than
17  medical director of the company?
18     A.    No.
19     Q.    Did you have any shares in the company?
20     A.    No.  It wasn't like a company that had
21  shares and stuff.
22     Q.    Who owned the company?
23     A.    It was my wife.
24     Q.    She owned it solely?
25     A.    That's correct.

                                             59

1      Q.    At all times?
2      A.    Yes.
3      Q.    Are there any other companies that have been
4   a vehicle for your consulting or other professional
5   work?
6      A.    Not as far as I know.
7      Q.    Have you ever been a owner or employee of
8   Southern California Psychiatric Consultants?
9      A.    As I said, I was -- I was the medical
                     Page 50

929764.txt

10  director.

11      Q.   Have you ever been a principal, owner, or an

12  employee of Adult Survivors of Child Abuse?

13      A.   Yes.

14      Q.   And what was your ownership in that company?

15      A.   We ran it.  I don't know -- again, my wife

16  does -- all the nonclinical stuff is done by her.  So

17  everything having to do with governance and finance

18  is actually handled by her.

19      Q.   So you might have an ownership stake, you

20  just don't know?

21      A.   We -- basically that was an organization

22  that we owned.

23      Q.   Okay.  "We," meaning you and your wife?

24      A.   That's correct.

25      Q.   Jointly?

                                                      60

1      A.   Yeah.  I don't know if I was actually listed

2  as the owner, but my understanding, that is an

3  organization we started and operated.

4      Q.   What was your position in that?

5      A.   I was the medical director.

6      Q.   How about Phoenix Center?  Were you an owner

7  of that company?

8      A.   It was something that I started with some

9  colleagues of mine.

10      Q.   And what was your position in it?

11      A.   I don't know that I actually held a

12  position.  I might have been medical director.  I

13  don't have a specific recall.

14      Q.   Are there any other companies that you've

                        Page 51

929764.txt

15    held a position in or an ownership stake in?

16         A.    Not that I specifically recall.

17         Q.    How about Psych Choice, Inc.?

18         A.    Yes.   Yes.

19         Q.    What was your position there?

20         A.    You know, I don't know that I had a position

21    in Psych Choice itself.   But I believe that that was

22    the company that was -- we -- that I was involved in.

23         Q.    Did you and your wife jointly own that

24    company?

25         A.    No.

                                                              61

1          Q.    Did you have any ownership of that company?

2          A.    I believe I did.

3          Q.    What percentage ownership?

4          A.    I don't know.

5          Q.    Did you have -- are there any other

6     companies that you either have been an employee of or

7     had an ownership interest in?

8          A.    Not that I'm aware.

9          Q.    How about Daybreak?

10         A.    Yes.

11         Q.    Okay.   When did you -- strike that.

12               What was your position at Daybreak?

13         A.    I don't remember.   I mean, you know, these

14    are all companies that -- they were -- these were

15    entities that were basically started by myself and

16    people that I employed to market -- to provide

17    psychiatric services.

18         Q.    And were there any other companies other

19    than Daybreak and the other ones you already

                          Page 52

929764.txt

20  identified that you started or employed people in to

21  provide psychiatric services?

22      A.    We had a -- I'm not sure if it was a

23  separate entity or what, but -- doing sleep studies

24  and computerized EEGs.

25      Q.    That was the California Sleep Center?

62

1      A.    That's correct.

2      Q.    So you also had an ownership interest in the

3  California Sleep Center?

4      A.    I don't know exactly what my involvement was

5  with that.

6      Q.    What was your position there?

7      A.    I don't know that I had a position.  I don't

8  have a specific recall that I had a position.

9      Q.    Okay.  So you don't know whether you owned

10  it or had a position in it?

11      A.    That's correct.  I mean, I saw -- I was

12  aware of the operation and I sometimes screened

13  patients and stuff.

14      Q.    Any other companies?

15      A.    Not that I can recall.

16      Q.    How about the California Diagnostic Center?

17      A.    Well, I believe that that's -- that might be

18  the name of the company that actually -- that

19  operates my present business.

20      Q.    What's the title of your present business?

21      A.    I think that's what it is.  I'm not

22  100 percent sure.

23      Q.    California Diagnostic Center?

24      A.    I believe so.  I think it's Southern

929764.txt

25   California Diagnostic Center.

                                                            63

1        Q.    What's your position?

2        A.    I don't know that I have a formal position.

3        Q.    Do you own the company?

4        A.    No, I don't think so.  I don't think -- no,

5    I'm not aware that I own it.

6        Q.    Does your wife?

7        A.    I believe so.

8        Q.    Okay.

9        A.    Yes.

10       Q.    What about Southern California Hospital

11   Management?  Is that a company that you've either had

12   an ownership stake in or you have been employed by?

13       A.    That was a company that I was involved with

14   that provided psychiatric consultation and management

15   to, yeah.  This was in the -- I believe in the late

16   1980s.

17       Q.    What was your position with them?

18       A.    I don't know that I had a position.  I may

19   have had a position, I'm not sure.  It was basically

20   run by my wife.

21       Q.    She owned it?

22       A.    That's correct.

23       Q.    And what about Southern California Brain

24   Imaging Company?  Did your wife own that one too?

25       A.    Yes.

                                                            64

1        Q.    And that was a company in which you

2    performed psychiatric services through?

                        Page 54

929764.txt

3      A.    Yes.

4      Q.    And what about The Codependent Center?  Is

5  that a company your wife also owned?

6      A.    Yes.

7      Q.    And you performed services through that too?

8      A.    Yes.

9      Q.    So all of these companies were companies

10  that either you and your wife owned or you performed

11  services through that we've been talking about for

12  the last ten minutes?

13          MR. BRUDNER:  Objection.  Form.

14          THE WITNESS:  Yeah, I oversaw the clinical

15  and supervisory -- clinical supervisory activities.

16  BY MR. BLATT:

17      Q.    Have any of these companies that I've

18  identified or that you've identified been sued?

19      A.    I believe so, yeah.

20      Q.    Approximately how many times?

21      A.    I don't know.

22      Q.    Have any had a judgment entered against

23  them?

24      A.    I believe that -- they may have.  I don't

25  know the specifics of it because I -- I'm not the one

                                                    65

1  that dealt with it.

2      Q.    Okay.  Have any of those companies ever

3  declared bankruptcy?

4      A.    I don't know.

5      Q.    Have you ever advertised your ability as an

6  expert witness?

7      A.    Yes, I have.

                        Page 55

929764.txt

8      Q.    And starting when did you advertise your

9   availability as an expert witness?

10     A.    At least for the last five to six years.

11     Q.    Have you contributed your name to a database

12  as a potential expert witness?

13     A.    I believe so.

14     Q.    What database?

15     A.    I don't know, but my wife sort of tracks all

16  that.  I don't do that.

17     Q.    Approximately how many databases?

18     A.    I don't know.

19     Q.    Are you listed on any Internet websites as a

20  potential expert witness?

21     A.    I believe so.

22     Q.    Approximately how many?

23     A.    I don't know.

24     Q.    Do you know the names of any of them?

25     A.    No, I don't.

                                                    66

1      Q.    Have you ever signed a contract or retainer

2   with any person or entity by which legal cases are to

3   be brought to you?

4      A.    I don't know.  Again, it's something that --

5   I don't run that part of my practice.

6      Q.    Okay.  Well, I'm going to ask for documents

7   reflecting any retainers or contracts that you or

8   your -- the companies that you work through have had

9   by which legal cases are to be brought to you.

10           Do you have access to those?

11     A.    I'm sure I can -- this is -- if this was my

12  office, then I probably would have been able to

                        Page 56

929764.txt

13  provide answers for these things or we could have
14  somebody provide answers.
15      Q.    So somebody in your office can provide
16  answers?
17      A.    Yes.
18      Q.    And provide these documents?
19      A.    That's correct.
20      Q.    I would ask you to produce those documents.
21            Are you aware of the name of any company
22  that you or an entity through which you work has a
23  contract or retainer with such that forensic work
24  comes to you?
25      A.    I don't know.

                                                    67

1       Q.    Do you know the name of any individual at
2   any company that who's not a lawyer who sends
3   forensic work to you?
4       A.    Well, I mean, we get called by companies.
5   Like, for instance, we get referrals from Atrium.
6   I've had referrals from different groups in the
7   community -- getting referrals.
8       Q.    When were you first contacted by anybody
9   representing plaintiffs in litigation involving
10  antipsychotics?
11      A.    My best recall was that it was about six or
12  seven years ago.
13      Q.    Who contacted you?
14      A.    My office.
15      Q.    Who outside of your office contacted you
16  about potential litigation?
17      A.    Oh, no, that was actually the attorney that

929764.txt

18  called.

19      Q.   And who was that?

20      A.   I don't remember.  It was a neuroleptic

21  malignant syndrome case.

22      Q.   Involving what drug?

23      A.   Involving haloperidol, long-acting

24  haloperidol.

25      Q.   When was the next time you were contacted by

                                                      68

1  a person involving litigation involving

2  antipsychotics?

3           MR. CANTY:  To the extent that you can

4  answer and you're going to provide information about

5  a case in which you were disclosed as an expert, go

6  ahead and answer.

7           To the extent that you were retained by

8  anybody and were not disclosed as an expert, I

9  instruct you not to answer.

10          THE WITNESS:  My best recall is about two

11  cases.

12  BY MR. BLATT:

13      Q.   Involving what medicines?

14      A.   Two of them were involved -- one of them

15  involved haloperidol.  The other, I don't remember

16  the antipsychotic.  Either it was Prolixin or

17  haloperidol.

18      Q.   When were you -- strike that.

19          Have you been contacted by lawyers

20  representing plaintiffs in litigation involving

21  antipsychotics other than the two you just

22  mentioned?

                        Page 58

929764.txt
23     A.    Well, there's a case that I have that

24  involves antipsychotics and antidepressants.

25     Q.    That's the Risperdal case and the Effexor

                                                          69


 1  case?

 2          MR. CANTY:   Again, if there is a pending

 3  litigation which you've been retained, I instruct you

 4  not to answer.

 5          Can you answer the question without talking

 6  about a case in which you have currently been

 7  retained but not been disclosed?

 8          THE WITNESS:   No, I can't talk about it.

 9          MR. CANTY:   Okay.  Done.

10          MR. BLATT:   Are you instructing him not to

11  answer?

12          MR. CANTY:   I am instructing him not to

13  answer.

14  BY MR. BLATT:

15     Q.    When were you first contacted by anyone

16  representing plaintiffs in the Seroquel litigation?

17     A.    I don't remember the exact date, but I think

18  it was about -- probably about three months back,

19  maybe three or four months back.

20     Q.    Who contacted you?

21     A.    I actually went to David Gyepes, who runs

22  Atrium, and met with Glenda Granger.

23     Q.    What's Atrium?

24          MR. CANTY:   I sense a shift in questioning.

25  Is this a good time for a potty break?

                                                          70


 1          MR. BLATT:   Anytime is a good time for
                         Page 59

929764.txt

2    that.  Can we do it just not while we're in the

3    middle of a question?

4           MR. CANTY:  Right.  I didn't mean to

5    interrupt you.  I'm sorry.

6    BY MR. BLATT:

7       Q.   What's Atrium?

8       A.   Atrium is a group that connects experts to

9    attorneys, law firms.

10          MR. BLATT:  Okay.  Let's take a break.

11          (Off the record.)

12   BY MR. BLATT:

13      Q.   Did you talk to the plaintiff lawyers during

14   the break?

15      A.   Yes.

16      Q.   What did they say to you?

17          MR. BRUDNER:  I'm going to instruct you not

18   to answer that.  That's not something you can get

19   under the stipulation -- expert stipulation.

20          MR. BLATT:  I've never heard of a -- that

21   objection before.  You're instructing him not to

22   answer?

23          MR. BRUDNER:  I am.

24          MR. BLATT:  What provision of the expert

25   stipulation are you invoking?

                                                 71

1           MR. BRUDNER:  Let me find that.

2           Do you have it?

3           MR. BLATT:  For ease of taking it up with

4    the Court, I'll mark it Exhibit 13 -- let me first

5    give it to you.  Is that the expert stipulation

6    you're referring to, the two-page document?

                    Page 60

929764.txt

 7          MR. BRUDNER:  Yes.

 8          MR. BLATT:  Let's mark that Exhibit 13 and

 9  ask:  What provision are you invoking and instructing

10  him not to answer?

11          (Exhibit 13 marked.)

12          MR. BRUDNER:  Provision 2.  "Communications,

13  whether oral or written between experts and counsel

14  in connection with editing or commenting on draft

15  reports or affidavits in the Seroquel litigation

16  shall not be discoverable by any party in Seroquel

17  litigation, shall not be useable in the deposition

18  hearing or trial" -- well, wait a minute.  Maybe that

19  doesn't -- hold on just a minute.

20          I'll let him answer.

21  BY MR. BLATT:

22      Q.   What did they say to you?

23      A.   I'd like to -- I would like to talk to Russ.

24      Q.   There's a pending question.

25          MR. BRUDNER:  Go ahead and answer.

                                                72

 1          THE WITNESS:  He told me that I don't have

 2  to volunteer more than what you ask me.

 3  BY MR. BLATT:

 4      Q.   Okay.  What else did he say?

 5      A.   That's it.

 6      Q.   No other conversations?

 7      A.   No.

 8      Q.   Okay.  Did you say anything to him?

 9      A.   I told him that that is advice worth

10  repeating.

11      Q.   Anything else?

                         Page 61

929764.txt

12      A.    No.

13      Q.    How is it that you got in touch with Atrium

14  three or four months ago about the Seroquel

15  litigation?

16      A.    David Gyepes called me and asked me if I'd

17  be interested.

18      Q.    Who's David Gyepes?

19      A.    He is the person that runs Atrium.

20      Q.    Did you know him already?

21      A.    Yes.

22      Q.    How?

23      A.    He's a friend from a few years.

24      Q.    And has he referred other cases to you?

25      A.    Yes.

                                                    73

1      Q.    Approximately how many?

2      A.    I don't have a specific recall.

3      Q.    More than ten?

4      A.    In that neighborhood.

5      Q.    Do you have a contract with Atrium?

6      A.    I don't know about the contract.

7      Q.    Well, have you ever signed anything with

8  Atrium's name on it?

9      A.    I have no specific recall.

10      Q.    All right.   That's something could you get

11  from your office, though, if you had a contract with

12  Atrium or if your office had a contract with Atrium?

13      A.    If we have one, I can get it to you.

14      Q.    Thank you.   Great.

15            When did you meet with Atrium about Seroquel

16  for the first time?

                                Page 62

929764.txt

17      A.    It was -- I didn't meet with them.  I mean,

18  I was -- I went to their office and I met with Glenda

19  Granger.

20      Q.    And who's --

21      A.    Am I saying it correctly?  Glenda Granger.

22      Q.    Who is she?

23      A.    She is a RN that I believe is involved with

24  the law firms that -- that's working this case.

25      Q.    And the office out of Atrium that you met at

                                                              74

 1  is here in Los Angeles?

 2      A.    Yes.

 3      Q.    How long did you meet with Glenda Ranger

 4  (sic)?

 5      A.    I think I met with her for about an hour.

 6      Q.    And --

 7      A.    Maybe a half hour.  I don't have a specific

 8  recall.

 9      Q.    Was she basically interviewing you?

10      A.    Yes.

11      Q.    To see whether you would be a suitable

12  expert for them?

13            MR. BRUDNER:  Objection.  Form, calls for

14  speculation.

15            You may answer.

16            THE WITNESS:  I understood that she was

17  looking to see if I was someone that could -- that

18  could -- yeah, she was interviewing me to see if I

19  was somebody that they could use, I guess.

20  BY MR. BLATT:

21      Q.    And did you give her your opinions about

929764.txt

22  Seroquel?

23      A.    No, I did not.

24      Q.    What did she say to you?

25      A.    I don't -- all I -- my best recall is that

75

1   it involved Seroquel cases and that was pretty much

2   it.  It involved Seroquel cases and that I would have

3   to go through some records and stuff.

4       Q.    Did you make any notes of the meeting?

5       A.    No.

6       Q.    What was your next contact with anyone

7   concerning Seroquel cases?

8       A.    I believe they sent over bunch of -- some

9   kind of -- there was a retainer agreement sent, and I

10  believe at some point in time we got a bunch of CDs.

11      Q.    When was the retainer agreement sent to you?

12      A.    I don't know.

13      Q.    And the CDs are CDs we marked as exhibits in

14  this case?

15      A.    All except the one I put together.

16      Q.    Do you have a copy of that retainer

17  agreement?

18      A.    I don't have it with me.

19      Q.    But it's at your office?

20      A.    Whatever documentation took place before I

21  started working would be with the office.

22      Q.    Okay.  I'd ask that you provide us with that

23  retainer agreement.

24            What was your next contact with anyone

25  relating to the Seroquel lawsuit?

76

929764.txt

1      A.    I was told by my office that after reviewing

2  the material, I should write a report.

3      Q.    When were you told that?

4      A.    I don't remember.

5      Q.    Was it in the last month?

6      A.    Yeah.

7      Q.    Okay.  Prior to being told that, had you

8  conducted any research into the medical literature

9  concerning Seroquel?

10      A.    From the time that I was told that we were

11  retained, I started conducting literature reviews on

12  Seroquel.

13      Q.    When were you retained?

14      A.    I don't have a specific recall.

15      Q.    Prior to being retained, had you done any

16  literature review relating to Seroquel?

17      A.    Only in general terms of just looking up

18  the -- staying in touch with the overall literature

19  on medications.

20      Q.    Prior to being retained in this case, had

21  you conducted any review of the medical literature

22  relating to Seroquel?

23      A.    Yes.

24      Q.    Had you collected any articles?

25      A.    I have no specific recall.  I mean, I

                                                     77

1  collect tons of articles.  I don't have a specific

2  recall of Seroquel.

3      Q.    Okay.  When was the next time after you met

4  with Glenda Granger at Atrium you met with a lawyer

                        Page 65

929764.txt

5   or spoke with a lawyer concerning a Seroquel case?

6        A.    I don't know that -- I don't know that I --

7   you know, I have no specific recall.  I may have

8   spoken to, I believe -- I believe I may have talked

9   to one of the lawyers briefly.  I don't have a

10  specific recall, but I may have spoken briefly about

11  that.  But again, I'm not sure.

12       Q.    Okay.  Prior to your meeting two nights

13  ago -- strike that.

14             Prior to your speaking on the telephone two

15  nights ago with the plaintiff lawyers here, when was

16  the time before that that you last spoke with a

17  lawyer representing either Ms. Carter or anybody else

18  who had taken Seroquel?

19       A.    I'm not sure.  I'm not sure that I actually

20  talked -- I can't be sure, so I -- that's the best I

21  can say.  I don't know the -- I don't recall if I

22  talked to anybody.

23       Q.    When were you retained in the Carter case?

24       A.    I don't know.

25       Q.    When did you first look at any of her

                                                          78

1   medical records?  How long ago?

2             MR. BRUDNER:  Objection.  Form, asked and

3   answered.

4             You can answer.

5             THE WITNESS:  I -- I don't know.

6   BY MR. BLATT:

7        Q.    Was it within the last month?

8             MR. BRUDNER:  Same objection.

9             You may answer.

                        Page 66

929764.txt

10          THE WITNESS:   Could be.

11    BY MR. BLATT:

12      Q.    And the plaintiff lawyers sent you CDs

13    containing medical literature?

14      A.    There were some -- I believe there were some

15    scholarly articles that were part of the company

16    memos.  I don't know that they were just articles.  I

17    have no specific recall of specific articles.

18          My best sense is that they were references

19    to articles and possibly some -- I don't have a

20    specific recall if the whole articles were there.

21      Q.    Did anybody assist you in reviewing any

22    materials in this case?

23      A.    No.

24      Q.    Did anyone prepare a digest or summary or

25    index of the documents that you were sent by the

                                                    79

1    plaintiff lawyers?

2        A.    There was a listing of the things on the CD.

3        Q.    Do you have that listing with you?

4        A.    No, I don't have it with me.

5        Q.    Can you produce that?

6        A.    Yes.

7              MR. CANTY:   The listing is on the CD.

8              MR. BRUDNER:   Is it on the CD?

9              MR. CANTY:   The listing is on the CD.

10             MR. BLATT:   Thank you.

11    BY MR. BLATT:

12      Q.    Did you receive any depositions of any

13    AstraZeneca employees?

14      A.    No.

                    Page 67

929764.txt

15      Q.      Have you read any depositions of any

16  AstraZeneca employee?

17      A.      No, I have not.

18      Q.      Have the plaintiff lawyers told you anything

19  about anything that any AstraZeneca employee

20  testified to?

21      A.      No.

22      Q.      You're aware that you haven't reviewed all

23  of the AstraZeneca documents concerning Seroquel;

24  correct?

25      A.      I don't know.

                                                    80

1       Q.      Well, do you think you've reviewed all the

2   documents concerning Seroquel that AstraZeneca has?

3       A.      I wouldn't know.

4       Q.      Okay.  Have you ever asked the plaintiff

5   lawyers for additional documents?

6       A.      No.

7       Q.      Have you ever asked the plaintiff lawyers

8   for the depositions of the AstraZeneca employees?

9       A.      No, I have not.

10      Q.      Have you ever asked them for any documents

11  that AstraZeneca might use in support of its defense

12  in the case?

13          MR. BRUDNER:  Objection.  Form, calls for

14  speculation.

15          THE WITNESS:  I don't know.

16  BY MR. BLATT:

17      Q.      Have you ever asked the plaintiff lawyers to

18  send you documents that support AstraZeneca's defense

19  in the case?

929764.txt

20    A.    No.

21    Q.    Have you ever asked the plaintiff lawyers to

22   send you any documents that AstraZeneca has used at

23   depositions of its employees?

24    A.    No.

25    Q.    Have you ever asked the plaintiff lawyers to

81

1   send you any documents that would be contrary to the

2   opinions that you are rendering in this case?

3    A.    No.

4    Q.    Have you ever asked the plaintiff lawyers to

5   send you any documents that would tend to show that

6   Seroquel does not cause or contribute to

7   hyperglycemia or diabetes?

8    A.    No.

9    Q.    Let me mark as the next exhibit, Exhibit

10   14 -- oh.

11          And have the plaintiff lawyers ever told you

12   that they'll send you -- strike that.

13          Have the plaintiff lawyers ever told you

14   that they're sending you documents that support

15   AstraZeneca's position in the case?

16    A.    No.

17    Q.    I'm handing you Exhibit 14.   Can you

18   identify that?

19    A.    Okay.

20          (Exhibit 14 marked.)

21   BY MR. BLATT:

22    Q.    Can you identify it?

23    A.    I mean, I don't know if I've seen it.   I

24   have no specific recall of seeing this before.

Page 69

929764.txt
25      Q.    Okay.  Is this a -- strike that.

82

1           Is this an invoice that your office

2   prepared?

3       A.    You know, I don't know who prepared it.

4       Q.    Okay.  Is this in the form that your office

5   typically prepares invoices?

6       A.    I don't know.

7       Q.    Have you ever seen an invoice before from

8   your office?

9       A.    I may have, but I couldn't say what it looks

10  like.

11      Q.    Do you know, is this an invoice by Atrium

12  Psychological Group to the Bailey, Perrin, Bailey law

13  firm?

14      A.    I don't know.  Like I said, I haven't seen

15  this before, so...

16      Q.    Who do you send your hours to?

17      A.    My office person takes the hours from me.

18      Q.    Okay.  Who does that office person send the

19  hours to?

20      A.    It's Brady.  B-r-a-d-y.

21      Q.    Who does Brady send them to?

22      A.    I don't know what happens after that.  I

23  mean, I just give -- she asks me the hours, and I

24  give her the hours.

25      Q.    Okay.  We asked in our document request for

83

1   all documents reflecting time you've spent as an

2   expert witness in the Seroquel case, and I'm going to

3   ask that you provide all those documents.
                    Page 70

929764.txt

4          So I want to get all the documents that
5    Brady's prepared in connection -- reflecting your
6    time in the Seroquel case.
7          MR. CANTY:  There's been no testimony that
8    there is any documents that have been prepared in
9    connection with that.
10   BY MR. BLATT:
11      Q.   Do you know if there have been any
12   documents?
13      A.   I don't.
14      Q.   Your office would know?  Brady would know;
15   correct?
16      A.   That's correct.
17      Q.   And you would be able to find out when you
18   go back to your office; correct?
19      A.   That's correct.
20          MR. BLATT:  We're asking that any such
21   documents relating to -- that reflect hours that he's
22   worked be produced as requested in the deposition
23   notice, Item 4.
24   BY MR. BLATT:
25      Q.   Does Exhibit 14 reflect the hours that you

                                                    84

1    have worked on Seroquel matters through September 12,
2    2008?
3       A.   I don't know how many hours.  I mean, I
4    don't know if I can figure out how many hours are
5    listed here.
6       Q.   Well, if you'll look, you can see that on
7    September 12th, an Invoice No. 1508-3020 lists you as
8    having record review for 35 hours.
                        Page 71

929764.txt

9          Do you see that?

10    A.    Yeah.

11    Q.    Is that approximately the amount of hours

12  you spent reviewing the records of the Carter case?

13    A.    I mean, as of now, it's a lot more.

14    Q.    As of September 12th was that the amount of

15  time?

16    A.    Yes.

17    Q.    How much more is it now that you've spent

18  reviewing the records of the Carter case?

19    A.    I don't know.

20    Q.    Approximately?

21    A.    I don't know.

22    Q.    How much time have you spent in the last two

23  weeks on this case?

24    A.    I don't know.

25    Q.    More than 80 hours?

                                                        85

1     A.    I don't know.

2     Q.    Well, have you been working full-time on

3   this case for the last two weeks?

4     A.    No.

5     Q.    Okay.  Have you been working 40 hours a week

6   for the last two weeks on this case?

7     A.    No.

8     Q.    Have you been working 20 hours a week for

9   the last two weeks on this case?

10    A.    I don't know.

11    Q.    What's your best estimate of the amount of

12  time you've worked in the last two weeks on the case?

13    A.    I cannot give you an estimate.

                        Page 72

929764.txt

14    Q.    Okay.  As of September 12th -- strike that.

15          Prior to September 12th -- strike that.

16          This invoice also reflects that as of

17    September 12th, you'd spent six hours involved in

18    research with respect to this case?

19    A.    Yes.

20    Q.    As of September 12th, was that the number of

21    hours you had spent researching with respect to this

22    case?

23    A.    No.

24    Q.    Okay.  You spent time other than those six

25    hours?

                                                        86

1     A.    Yes.

2     Q.    How much time?

3     A.    I don't know.  I mean, in excess of six

4     hours.

5     Q.    Approximately how much?

6     A.    I don't know.

7     Q.    Have you spent more than 12 hours?

8     A.    I don't know.

9           MR. BLATT:  We're going to need these

10    documents, obviously, to reflect his time that's been

11    spent on the case.

12          MR. BRUDNER:  Okay.

13          MR. BLATT:  So I hate to say it, but I'm

14    going to have to come and examine him again on these

15    issues.

16          THE WITNESS:  I think I may have

17    misunderstood your question.  You asked me at the

18    time that the six hours is billed, if I spent more

                     Page 73

929764.txt

19   time.  Was that the question?

20   BY MR. BLATT:

21       Q.    My question is:  As of September 12, had you

22   spent more than six hours performing research

23   relating to this case?

24       A.    Yes.  But I don't have those hours and I

25   don't think that I'm going to be able to give you

87

1    those hours because it's not always possible for me

2    to draw a bright line between my general reading and

3    reading for the case.

4         So -- I mean, I read stuff, so this was --

5    the six hours is probably an underestimate of the

6    actual amount of time that I spent on reading once I

7    became involved with the case.

8        Q.    Well, how much time have you spent

9    researching since you've become involved with this

10   case?

11       A.    I cannot say.

12            MR. BRUDNER:  And David, just for the

13   record, it's my understanding we produced everything

14   that we have in the way of documents that reflect his

15   time.

16            I think the confusion lies in that he

17   doesn't actually create the documents, never sees

18   them.  He gives his hours to an assistant that puts

19   it together and sends it out.

20            MR. BLATT:  It's those documents that he or

21   she puts together and sends out that I need.

22            MR. BRUDNER:  I think you have them.

23            MR. BLATT:  I don't think this is the

929764.txt

24   only -- I don't think Exhibit 14 is the only document
25   that reflects how much time he's worked.

                                                        88

 1          MR. CANTY:  I don't want to make any
 2   representations about what does or does not happen
 3   until I understand it a little better.
 4          Again, I'm not trying to hide the ball, and
 5   I don't want to, in any way, influence the witness's
 6   testimony or tell you what's going on.  I just need
 7   to figure it out.  And if there's something that
 8   exists, I'll get it to you today if possible.
 9   BY MR. BLATT:
10      Q.   Are there any hours other than what's listed
11   here on this invoice dated September 22, 2008, that
12   you worked on this case, other than what's listed on
13   this September 22, 2008, invoice?
14      A.   No.
15      Q.   And the hours that are listed here are one
16   hour on August 1st; correct?
17      A.   If that's what it says.
18      Q.   Okay.  And also six hours on August 11th;
19   correct?
20      A.   If that's what it says.  I have no specific
21   recall.
22      Q.   And the other hours that are reflected on
23   here are 35 hours reviewing records; correct?
24      A.   If that's what it reflects.
25      Q.   And six hours of research; correct?

                                                        89

 1      A.   If that's what it reflects.
                     Page 75

929764.txt

2   Q.   And nine hours writing your report?

3   A.   If that's what it reflects.

4   Q.   Did it take nine hours to write your report?

5   A.   It probably took more.  It took a lot more.

6   Q.   How many hours did it take?

7   A.   I don't know.

8   Q.   What's your basis for saying it took more?

9   A.   You know, I -- I generally bill less than

10  the time I spend on reports because I want reports to

11  be a certain way.  I'm not -- when it comes to

12  research and writing reports, I'm generally going to

13  spend more time and not -- and keep it -- I don't

14  feel comfortable -- this is what I felt was

15  comfortable amount of time that I spent on the

16  report.

17  Q.   Okay.  And is this statement dated

18  September 22, 2008, an accurate reflection of the

19  time you've spent on the Carter case as of

20  September 22nd, 2008?

21  A.   Yes.

22  Q.   Okay.

23  A.   You said September 22?

24  Q.   Yes, the date of this statement.

25  A.   No, because it wouldn't give all of

                                                    90

1   information from after the 12th.

2   Q.   So is this statement an accurate reflection

3   of the hours that you spent on the Carter case in the

4   Seroquel litigation as of September 12th, 2008?

5   A.   That is correct.

6   Q.   And you've worked a certain number of hours

                        Page 76

929764.txt

7  since then?

8      A.   That's correct.

9      Q.   And you don't know how much it is?

10     A.   That's correct.

11     Q.   But it's less than 48 hours a week?

12     A.   I don't know how much it is.

13     Q.   Okay.  Before writing your report, did you

14  discuss the Carter case with any of the plaintiff

15  lawyers?

16     A.   I have no recall of talking to them about

17  it.

18     Q.   Okay.  Before writing your report, did you

19  discuss Seroquel with any of the plaintiff lawyers?

20     A.   I have no recall of talking to them.

21     Q.   Okay.  How many drafts did the report go

22  through?

23     A.   Just the -- what you have.

24     Q.   Did you ever send a draft to counsel -- to

25  the plaintiff lawyers before you signed it?

                                                      91

1      A.   No.

2      Q.   Okay.  Does your report state all of your

3  opinions in this case?

4      A.   Yes.

5      Q.   And does it identify all the bases for your

6  opinions in this case?

7      A.   Yes.

8      Q.   And is Exhibit 2 a copy of your report?

9      A.   Yes.

10     Q.   Are there any errors in your report you're

11  aware of?

                          Page 77

929764.txt

12     A.    Yes.

13     Q.    What are they?

14     A.    Well, there's several typos that I identify,

15 but nothing that would make a material difference, in

16 my opinion.

17     Q.    Okay.  And have you identified those by a

18 color of a tab on Exhibit 2?

19     A.    No.  I have -- in red ink, I have made some

20 corrections.  For example, for tidal, t-i-d-a-l, I

21 noticed it was written as t-i-t-l-e.

22     Q.    So you've made the corrections in hand on

23 Exhibit 2?

24     A.    Yes, I have.

25     Q.    Other than that, are you aware of any errors

                                                      92

 1 in your report?

 2     A.    No.

 3     Q.    Are there any bases for your opinions in

 4 this case that you have not identified in your

 5 report?

 6     A.    No.

 7     Q.    In your report, if you could turn, please,

 8 and on pages 4 and 5, you set forth a history of

 9 Ms. Carter.

10     A.    Yes.

11     Q.    And that's the history of Ms. Carter that

12 you found relevant to your opinions?

13     A.    Yes.

14     Q.    And on pages 5 to 7, that contains your

15 opinions in this case, the section labeled,

16 "Discussion" --

                    Page 78

929764.txt

17    A.    Yes.

18    Q.    -- "and conclusions"?

19    A.    Yes.

20    Q.    And starting at page 7 and going through

21  page 50, you list, in chronological order, certain

22  documents in this matter.

23    A.    Yes.

24    Q.    And did you prepare pages 7 to 50?

25    A.    Yes.

                                                    93

1     Q.    Okay.  Anyone else participate in this

2   preparation?

3     A.    No.

4     Q.    And most of the documents on pages 7 to 50

5   are internal AstraZeneca documents?

6     A.    Yes.

7     Q.    And many are dozens of pages long?

8     A.    Yes.

9     Q.    The plaintiff lawyers sent those documents

10  to you?

11    A.    Yes.

12    Q.    And you prepared a chronology of them?

13    A.    Yes.

14    Q.    And you commented on some of the documents?

15    A.    That's correct.

16    Q.    And most of the documents you simply either

17  quoted or paraphrased from the documents?

18    A.    Some.

19    Q.    Did the plaintiff lawyers highlight or mark

20  any passages of the documents?

21    A.    No.

929764.txt

22      Q.    Did you discuss the documents with the

23   plaintiff lawyers?

24            MR. BRUDNER:   I think that does fall within

25   the...

94

 1            MR. BLATT:   I'm not asking about preparation

 2   of the report; I'm asking about whether he discussed

 3   with you the documents, or with the plaintiff

 4   lawyers.

 5            MR. BRUDNER:   With the documents or the

 6   drafts of this?

 7            MR. BLATT:   Not a draft of report.  I'm

 8   asking about a --

 9            MR. BRUDNER:   The documents that we provided

10   to him?

11            MR. BLATT:   The documents that were

12   provided.

13   BY MR. BLATT:

14      Q.    Did you discuss those documents with the

15   plaintiff lawyers prior to drafting your report?

16      A.    No.

17      Q.    Have you reviewed any internal AstraZeneca

18   documents other than the documents that the plaintiff

19   lawyers gave you?

20      A.    No.

21      Q.    If you could turn, please, to page 50 to 56

22   of your report.

23            Do pages 50 to 56 of your report contain a

24   list of the published articles that you considered in

25   preparing your report?

95

929764.txt

1      A.    It's articles that I looked at.

2      Q.    Okay.  And these are articles that you have

3  cited as reference in your report under the heading,

4  "References"?

5      A.    Some of them, yeah.

6      Q.    Well, all of these articles are references

7  you cited in your report; correct?

8      A.    Yes, in the end, that's right.  I thought

9  you meant elsewhere.  These are all references that I

10 listed.

11     Q.    Okay.  And these are references that you

12 found sufficiently reliable to list as references at

13 the end of your report; correct?

14          MR. BRUDNER:  Objection.  Form.

15          You may answer.

16          THE WITNESS:   These are articles I looked

17 at.

18 BY MR. BLATT:

19     Q.    And is there any reference on here that you

20 found not to be a reliable study?

21     A.    I don't know.

22     Q.    Okay.  Do you believe these references that

23 you've listed on pages 50 to 56 support your opinions

24 in this case?

25     A.    Some do and some don't.  I don't know.

                                                      96

1  You'd have to ask me about specific articles.

2      Q.    Is there any published article that you

3  referred to in connection with the preparation of

4  your opinions in this case that are not listed on

5  pages 50 to 56 of your report?

                    Page 81

929764.txt

6      A.    I don't know.

7      Q.    Are you aware of any?

8      A.    No, I'm not.

9      Q.    Are you aware that the references that

10  you've listed on pages 50 to 56 of your report are

11  not the totality of the published articles reporting

12  data from studies of Seroquel?

13     A.    Yes.

14     Q.    You did not analyze the totality of the

15  scientific data concerning Seroquel and the incidence

16  of diabetes or hyperglycemia; correct?

17     A.    I don't know what you mean.  I don't

18  understand the question.

19     Q.    You did not read all of the medical

20  literature reporting data concerning Seroquel;

21  correct?

22     A.    Probably.

23     Q.    Okay.  You have not read all of the medical

24  literature reporting data concerning Seroquel and the

25  incidence of diabetes or hyperglycemia; correct?

                                                            97

1      A.    Yes.

2      Q.    Is that correct?

3      A.    That's correct.

4      Q.    There are articles that, for instance,

5  report glucose or blood sugar or weight data in

6  clinical trials involving Seroquel that you haven't

7  read yet; correct?

8      A.    I assume that there are.

9      Q.    And if I might, let me hand you what's been

10  marked as Exhibit 15 in this case.  Before I do that,

                    Page 82

929764.txt

11   though, let me ask you:  Do you know what proportion

12   of the medical literature concerning Seroquel you've

13   reviewed?

14        A.   No.

15        Q.   Okay.  You don't know whether, for instance,

16   you've only reviewed a fraction of the studies

17   concerning Seroquel?

18             MR. BRUDNER:  Object to the form.

19             THE WITNESS:  I don't.

20   BY MR. BLATT:

21        Q.   Okay.  Have you asked the plaintiff lawyers

22   to provide you with all of the clinical trial data

23   concerning Seroquel?

24        A.   No.

25        Q.   Have they ever told you they've provided you

                                                    98

 1   with all of the clinical trial data concerning

 2   Seroquel?

 3        A.   No.

 4        Q.   Have you ever asked the plaintiff lawyers to

 5   provide you with all of the observational

 6   epidemiological data concerning Seroquel?

 7        A.   No.

 8        Q.   Do you know whether they've done so?

 9        A.   I don't know.

10             (Exhibit 15 marked.)

11   BY MR. BLATT:

12        Q.   Let me hand you what's been marked as

13   Exhibit 15.  Have you ever seen that document before?

14        A.   Yes.

15        Q.   When did you first see it?

                        Page 83

929764.txt

16      A.    I don't know.  I don't remember.

17      Q.    Well, was it in the last couple of days?

18      A.    No.

19      Q.    Was it in the last month?

20      A.    Yes.

21      Q.    Did you prepare it?

22      A.    No.

23      Q.    Who prepared it?

24      A.    It was given to me -- I believe it was one

25 of the discs.

                                                          99

1      Q.    It's a document that was on a disc that was

2 sent to you by a law firm?

3      A.    Yes.

4      Q.    It's your belief that a law firm prepared

5 it?

6      A.    Yes.

7            MR. BRUDNER:  Objection.  Calls for

8 speculation.

9 BY MR. BLATT:

10      Q.    And have you ever looked through Exhibit 15

11 before?

12      A.    I mean, I've seen it.

13      Q.    Yes.  Have you ever gone through it to see

14 what documents are on it?

15      A.    Yes.

16      Q.    Do you know whether you reviewed any item on

17 Exhibit 15?

18      A.    I'm sure I have.

19      Q.    Internal AstraZeneca documents?

20      A.    Yes.

                              Page 84

929764.txt

21      Q.    Are you an epidemiologist?

22      A.    No, I'm not.

23      Q.    Do you hold yourself out as an expert in

24  epidemiology?

25      A.    No.

                                                      100

1      Q.    Are you a biostatistician?

2      A.    No, I'm not.

3      Q.    Do you hold yourself as an expert in

4  boistatistics?

5      A.    No, I do not.

6      Q.    Are you an endocrinologist?

7      A.    No, I'm not.

8      Q.    Do you hold yourself out as an expert in

9  endocrinology?

10      A.    No, I do not.

11      Q.    An endocrinologist is a doctor who

12  specializes in, among other things, diagnosing and

13  treating diabetes?

14      A.    Yes.

15      Q.    And hyperglycemia?

16      A.    Yes.

17      Q.    Are you an expert in the design or execution

18  of clinical drug trials?

19      A.    No, I'm not.

20      Q.    Have you ever been employed by a

21  pharmaceutical company?

22      A.    No.

23      Q.    Have you ever consulted with a

24  pharmaceutical company?

25      A.    No.

929764.txt

1     Q.     Have you ever published any articles on
2  pharmaceutical companies?
3     A.     No, I have not.
4     Q.     Have you ever read any studies or articles
5  or books about how pharmaceutical companies decide
6  what research to do?
7     A.     I've read articles.
8     Q.     What article?
9     A.     I don't have a specific recall.
10    Q.     Can you identify any article or study or
11 book that you recall reading concerning how
12 pharmaceutical companies decide what research to do?
13    A.     I cannot identify any specific articles.
14    Q.     Have you ever read any articles or studies
15 or books about pharmaceutical companies and what
16 research they published?
17    A.     Yes.
18    Q.     Can you identify?
19    A.     No.
20    Q.     How many?
21    A.     I mean, I -- you know, it's there in the
22 literature.  It keeps coming up.  That's all.
23    Q.     Have you ever undertaken to review articles
24 concerning pharmaceutical companies and how they
25 decide what research to do or to publish?

1     A.     No.
2     Q.     Are you a pharmacologist?
3     A.     I'm not sure what you mean.

929764.txt

4      Q.    Do you understand that there is a

5   subspecialty within medicine called "pharmacology"?

6      A.    Yes.

7      Q.    And do you hold yourself out as an expert in

8   that specialty in medicine?

9      A.    Not in pharmacology as a whole.  I do hold

10   myself out as an expert in psychopharmacology.

11      Q.    Are you aware that the American Psychiatric

12   Association and the American Diabetes Association

13   from time to time convene expert panels on various

14   topics?

15      A.    Yes.

16      Q.    And have you ever been asked to be on such a

17   panel?

18      A.    No.

19      Q.    Have you ever participated in such a panel?

20      A.    No.

21      Q.    Have you ever presented data to such a

22   panel?

23      A.    No.

24      Q.    Are you aware that the American Psychiatric

25   Association and the American Diabetes Association

103

1   convened in November of 2003 a consensus-developing

2   conference of experts on the subject of antipsychotic

3   drugs and diabetes?

4      A.    Yes.

5      Q.    Did you participate in that conference?

6      A.    No?

7      Q.    Were you asked to participate in that

8   conference?

Page 87

929764.txt

9       A.      No.

10      Q.      Have you ever participated in any conference

11  to discuss antipsychotic drugs and diabetes?

12      A.      No.

13      Q.      Have you ever participated in any conference

14  to discuss antipsychotic drugs and hyperglycemia?

15      A.      No.

16      Q.      Have you ever been asked to participate in

17  any such conference?

18      A.      No.

19      Q.      Have you ever been asked to participate in

20  the development of guidelines to advise physicians on

21  caring for people with mental illness?

22      A.      No.

23      Q.      Have you ever participated in the

24  development of any guidelines designed to advise

25  physicians on caring for people with mental illness?

                                                    104

1       A.      No.

2       Q.      Have you ever had to determine the cause of

3   a person's diabetes?

4       A.      No.

5       Q.      Have you ever had to determine the cause of

6   a person's hyperglycemia?

7       A.      I'm sure -- I'm sure, I mean, I run across

8   elevated blood sugars, fasting blood sugars in

9   patients that I see, and I have to wonder where it's

10  coming from.

11      Q.      What you do is you refer them to an

12  endocrinologist?

13      A.      Well, I'll repeat the labs.

929764.txt

14      Q.     Why?

15      A.     For one thing, to make sure that it is

16  not -- there could be -- it could be a single

17  reading.  It might be an error.  It might be an

18  artifact.

19      Q.     What do you mean, "an artifact"?

20      A.     Sometimes results get mixed up, things can

21  happen.  You don't want to depend on -- if there is

22  an abnormal finding, I want it repeated.

23      Q.     And an abnormal finding, for instance, could

24  be a result of a nonfasting lab; correct?

25      A.     Could be.

                                                          105

1       Q.     And one thing you want to do in repeating it

2   is take a fasting blood sugar?

3       A.     That's correct.

4       Q.     Because that's more reliable than a

5   nonfasting blood sugar --

6       A.     That's correct.

7       Q.     -- in determining whether someone has

8   hyperglycemia or diabetes?

9       A.     That's correct.

10      Q.     And when you find that someone, in fact,

11  does have an elevated reading in their blood sugar,

12  what you do is you refer them out to an

13  endocrinologist or to a primary care physician?

14      A.     To a primary care physician.

15      Q.     So that the primary care physician can

16  diagnose and treat whatever condition they have?

17      A.     That's correct.

18      Q.     And because it's not within your specialty

                        Page 89

929764.txt

19   to diagnose or treat that condition?

20        A.   I don't know if it's not within my -- as a

21   physician, I mean, if I'm confronted with someone

22   that's diabetic, then I'm going to diagnose

23   diabetes.   But I don't treat diabetes.

24        Q.   How many patients have you diagnosed

25   diabetes in?

                                                    106

1         MR. BRUDNER:   Object to the form, asked and

2    answered.

3         You may answer.

4         THE WITNESS:   I'm not sure -- I'm not

5    sure -- I have not diagnosed diabetes in recent times

6    as being the first person that diagnosed it.   I've

7    had patients that come to me that have the diagnosis

8    of diabetes and I will add that to the rest of the

9    diagnosis that I provide on that patient.

10   BY MR. BLATT:

11        Q.   But some other doctor made the diagnosis of

12   diabetes?

13        A.   That's correct.

14        Q.   And then that diabetic patient comes to you

15   for psychiatric care?

16        A.   That's correct.

17        Q.   You've never been the doctor who, in the

18   first instance, makes the diagnosis of diabetes of a

19   patient; correct?

20        A.   No.

21        Q.   I'm sorry.   That's correct?

22        A.   That's correct.

23        Q.   And in terms of determining the cause of

                          Page 90

929764.txt
24  diabetes in a patient, that is not something that you

25  do?  That's left to the primary care physician or the

                                                              107

 1  endocrinologist; correct?

 2          MR. BRUDNER:  Objection.  Asked and

 3  answered.

 4          You may answer.

 5          THE WITNESS:  That's correct.

 6  BY MR. BLATT:

 7      Q.   Have you ever published any paper or article

 8  on Seroquel?

 9      A.   No.

10      Q.   Have you ever published any paper or article

11  on atypical antipsychotics?

12      A.   No.

13      Q.   Have you ever published any paper or article

14  on conventional antipsychotics?

15      A.   No.

16      Q.   Have you ever published any paper or article

17  on diabetes or hyperglycemia?

18      A.   No.

19      Q.   Or any article or paper on the diagnosis or

20  treatment of diabetes?

21      A.   No.

22      Q.   Have you ever published a paper reporting

23  the results of a randomized clinical trial?

24      A.   No.

25      Q.   Or an observational study?

                                                              108

 1      A.   No.

 2      Q.   Or a med analysis?

                    Page 91

929764.txt

3       A.    No.

4       Q.    Have you ever published anything discussing

5    the proper methods for analyzing randomized clinical

6    trials or observational studies?

7       A.    No.

8       Q.    Have you ever published anything saying that

9    Seroquel causes or contributes to diabetes?

10      A.    No.

11      Q.    Have you ever published anything saying that

12   Seroquel caused -- causes or contributes to

13   hyperglycemia?

14      A.    No.

15      Q.    Have you ever been involved in a randomized

16   clinical trial or observational study in any

17   capacity?

18      A.    No.

19      Q.    Have you ever conducted any laboratory

20   research on Seroquel?

21      A.    No.

22      Q.    Have you ever been asked by a medical

23   journal to peer-review an article concerning Seroquel

24   or antipsychotics?

25      A.    No.

                                                      109


1       Q.    Have you ever taught a class on

2    antipsychotics?

3       A.    Yes.

4       Q.    When?

5       A.    Well, I mean, it's part of my supervision

6    and teaching of fellows over the years.  I have

7    taught them about antipsychotics.  That's one of the

929764.txt

8    topics that I addressed as a -- in my teaching.

9        Q.    Do you have course materials relating to
10   antipsychotics?

11       A.    No.

12       Q.    Have you ever served on an FDA advisory
13   committee?

14       A.    No.

15       Q.    Have you ever testified before one?

16       A.    No.

17       Q.    Have you ever filed an adverse event report?

18       A.    No.

19       Q.    Have you ever filed an adverse event report
20   indicating that a patient taking Seroquel got
21   diabetes or hyperglycemia?

22       A.    No.

23       Q.    Have you ever filed an adverse event report
24   indicating that a patient taking Seroquel gained
25   weight?

                                                    110

1        A.    No.

2        Q.    You're a psychiatrist; correct?

3        A.    Yes.

4        Q.    You're not an expert on a corporation's
5    conduct; correct?

6        A.    No, I'm not.

7        Q.    You're not an expert on the rules and
8    regulations that deal with the promotion, sale, or
9    marketing of prescription medicines; correct?

10       A.    No, I'm not.

11       Q.    Have you ever studied a drug before to
12   determine whether it increases the risk of diabetes?

929764.txt

13      A.    No.

14      Q.    Have you ever performed any research into

15 diabetes or hyperglycemia?

16      A.    No, I have not.

17      Q.    Do you hold yourself out as an expert on

18 diabetes or hyperglycemia?

19      A.    No, I do not.

20      Q.    Have you ever published research or --

21 research on glucose metabolism?

22      A.    No, I have not.

23      Q.    Do you hold yourself out as an expert on

24 glucose metabolism?

25      A.    No, I do not.

                                                        111

 1      Q.    Have you ever published -- strike that.

 2            Have you ever conducted research into the

 3 cause of diabetes or hyperglycemia?

 4      A.    No, I have not.

 5      Q.    Do you hold yourself out as an expert in the

 6 cause of diabetes or hyperglycemia?

 7      A.    No, I do not.

 8      Q.    You're not an expert in drug labeling;

 9 correct?

10      A.    No, I'm not.

11      Q.    Have you ever consulted for the FDA?

12      A.    No, I have not.

13      Q.    Have you ever advised the FDA on the

14 labeling of a medicine?

15      A.    No, I have not.

16      Q.    Have you ever advised a company on the label

17 of a medicine?

929764.txt

18      A.    No, I have not.

19      Q.    Have you ever participated in the drafting

20  of a label for a medicine?

21      A.    No, I have not.

22      Q.    Have you ever published anything concerning

23  the label of a medicine?

24      A.    No, I have not.

25      Q.    Have you ever asked by anyone -- strike

                                                            112

1  that.

2           Have you ever been asked by anyone to opine

3  in any way about what's appropriate for inclusion in

4  the label of a medicine?

5      A.    No, I have not.

6      Q.    Have you ever read the rules and regulations

7  governing the labeling of prescription medicine in

8  the United States?

9      A.    I don't know.

10      Q.    Well, have you ever undertaken to read the

11  federal rules and regulations governing labeling of

12  medicine?

13      A.    I don't know.

14      Q.    Are you aware of yourself having ever

15  undertaken to review those rules or regulations?

16      A.    I have not been formally asked to do any of

17  these things, but I cannot tell you that I may not

18  have read it -- read some of these things somewhere.

19      Q.    You've never undertaken to review the rules

20  and regulations governing the labeling of

21  prescription medicines; correct?

22      A.    That's correct.

                    Page 95

929764.txt

23      Q.    Do you have any knowledge concerning how the

24   FDA determines whether something should be in a

25   warning section, precaution section, or an adverse

113

1    event section in a label?

2       A.    Not specifically.

3       Q.    Are you aware that federal regulations

4    govern that?

5       A.    Yes.

6       Q.    But you don't know what those regulations

7    say; correct?

8       A.    That's correct.

9       Q.    Are you aware that the FDA ultimately

10   decides what data are placed on the label of a

11   medicine?

12      A.    I'm sorry?

13      Q.    Are you aware that the FDA ultimately

14   decides what data is placed on the label of a

15   medicine?

16           MR. CANTY:  Objection to form.

17           THE WITNESS:  Yes.

18   BY MR. BLATT:

19      Q.    Okay.  And where that date is placed?

20      A.    I don't understand the question.

21      Q.    Sure.  Are you aware that the FDA ultimately

22   decides where data are placed in the label of a

23   medicine?

24           MR. CANTY:  Objection.  Form.

25           THE WITNESS:  I don't know that I understand

114

Page 96

929764.txt

1   your questions.

2   BY MR. BLATT:

3       Q.   Are you aware that the FDA ultimately

4   decides what warnings, precautions, and adverse

5   events are placed in the label of a medicine?

6       A.   Yes.

7       Q.   You're not an expert in the marketing of

8   medicines; correct?

9       A.   I'm not.

10      Q.   And you've never advised the FDA or a

11  company about the marketing of medicine?

12      A.   No, I have not.

13      Q.   And you have -- have you ever participated

14  in an FDA advisory committee to evaluate the

15  marketing of a medicine?

16      A.   No, I have not.

17      Q.   Have you ever published anything or

18  conducted any research into the marketing of

19  medicine?

20      A.   No, I have not.

21      Q.   Have you undertaken at any time to search

22  the published literature concerning the marketing of

23  medicines?

24      A.   I don't know.

25      Q.   Are you aware of having ever undertaken to

                                                    115

1   do that?

2       A.   I mean, if your question is if I've -- I

3   don't know that I understand the question.  Have I

4   looked at these --

5       Q.   Let me reask the question if you don't

                          Page 97

929764.txt

6  understand it.

7          Have you ever undertaken to do a

8  comprehensive search of the published medical

9  literature concerning the marketing of medicines?

10     A.   No.

11     Q.   Have you ever before offered an opinion in a

12  lawsuit about the marketing of a medicine?

13     A.   No.

14     Q.   Have you ever undertaken to review the rules

15  and regulations governing the marketing of medicines

16  in the United States?

17     A.   No.

18     Q.   Have you ever participated in the

19  preparation of marketing materials for a medicine?

20     A.   No.

21     Q.   Are you aware that FDA regulations govern

22  what pharmaceutical sales representatives can say to

23  doctors?

24     A.   Yes.

25     Q.   And are you an expert in those regulations?

                                                        116

1      A.   No.

2      Q.   Do you hold yourself out as an expert in the

3  research or development of medicine?

4      A.   No.

5      Q.   Have you ever been hired to consult about

6  the development of a medicine?

7      A.   No.

8      Q.   Have you ever participated in the research

9  or development of a medicine?

10     A.   No.

                    Page 98

929764.txt

11       Q.     Have you ever published anything about how
12   medicines are researched and developed?
13       A.     No.
14       Q.     Have you ever undertaken to review the
15   published literature concerning how medicines are
16   researched and developed?
17       A.     Yes.
18       Q.     When did you do that?
19       A.     I mean, just as part of my general reading.
20       Q.     Okay.  Have you ever undertaken a
21   comprehensive review of published medical literature
22   concerning how medicines are researched and
23   developed?
24       A.     No.
25       Q.     Have you ever consulted with a company about

                                                    117

 1   its policies for funding studies?
 2       A.     No.
 3       Q.     Have you ever consulted with the FDA about
 4   the rules and regulations governing companies'
 5   funding of studies?
 6       A.     No.
 7       Q.     Have you ever reviewed the rules and
 8   regulations, to the best of your knowledge, governing
 9   companies' -- pharmaceutical companies' funding of
10   studies?
11       A.     I don't have a specific recall of what I've
12   read on that matter.
13       Q.     Are you aware that AstraZeneca ran all the
14   studies that the FDA required of it?
15       A.     I don't know.

                              Page 99

929764.txt
16      Q.    Are you aware of any requirements that

17   accompany fund studies once a medicine is on the

18   market?

19      A.    I'm sorry?

20      Q.    Are you aware of any requirement that a

21   company fund studies once a medicine is on the

22   market?

23      A.    No, I don't know.

24      Q.    Have you ever undertaken a study of the

25   internal documents of a pharmaceutical company

                                                        118

1    before?

2       A.    No.

3       Q.    Have you ever published any articles or

4    article discussing the internal documents of a

5    company before?

6       A.    No.

7       Q.    Have you ever before offered an opinion in a

8    lawsuit about the conduct of a company?

9       A.    Actually, I have to restate my previous

10   response.  I did look at what I believe was some

11   internal documents relating to the tobacco case --

12           MR. CANTY:  Before you answer -- okay.  With

13   the caveat that you should not disclose any work or

14   review that you've undertaken in a pending matter in

15   which you've been retained but not disclosed, go

16   ahead and answer the question.

17           MR. BLATT:  Well, I'm not asking about a --

18   him to disclose anything about a pending matter.

19   BY MR. BLATT:

20      Q.    I'm just asking generally, Doctor, have you

                              Page 100

929764.txt
21  ever before undertaken a study of the internal
22  documents of a pharmaceutical company?
23      A.   No.
24      Q.   Have you ever published any articles
25  about -- strike that.

                                                    119

 1           Have you ever published any articles
 2  discussing internal documents of a company?
 3           MR. BRUDNER:   Objection.   Asked and
 4  answered.
 5           THE WITNESS:   No.
 6  BY MR. BLATT:
 7      Q.   Have you ever before offered an opinion in a
 8  legal case about the conduct of a company?
 9      A.   No.
10      Q.   Have you reviewed any reports of any other
11  experts involving Seroquel?
12      A.   No.  I'm sorry.  Forgive me.  Everything
13  that's represented in my report.  Those are --
14      Q.   What I meant -- let me reask the question.
15           There are other experts that the plaintiffs
16  have retained in the litigation, and my question to
17  you is:  Have you reviewed any other litigation
18  expert report of the plaintiffs or for the plaintiffs
19  involving Seroquel?
20      A.   No, I have not.
21      Q.   Have you ever talked to an AstraZeneca
22  employee whose documents you reference in your
23  report?
24      A.   No, I have not.
25      Q.   And you've never read any of their

                        Page 101

929764.txt

120

1  depositions; correct?

2      A.   No, I have not.

3      Q.   So you don't purport to know what they were

4  thinking when they wrote a particular document;

5  correct?

6      A.   No, I don't.

7      Q.   And you don't know whether an individual was

8  speaking on behalf of himself or herself or was

9  expressing the views of AstraZeneca in connection

10  with any of the documents that you've reviewed;

11  correct?

12      A.   That's correct.

13      Q.   You don't know whether the person's view that

14  was expressed in a document that you cited was

15  preliminary or final; correct?

16      A.   I don't.

17      Q.   And you don't know whether the person whose

18  document you've cited ever changed their view;

19  correct?

20      A.   I don't.

21      Q.   Which antipsychotics have you prescribed?

22      A.   I prescribed all the antipsychotics.

23      Q.   Can you list them, please?

24      A.   Haloperidol, Prolixin, Navane, and

25  Stelazine, Trilafon, Moban, Zyprexa, and Clozaril,

121

1  Abilify, and Geodon, and Seroquel.

2      Q.   When did you start prescribing

3  antipsychotics?

4      A.   From 1978.

Page 102

929764.txt

5       Q.      Do you currently prescribe antipsychotics?

6       A.      Yes, I do.

7       Q.      Which ones?

8       A.      I prescribe all the atypical antipsychotics.

9       Q.      Do you currently prescribe Seroquel?

10      A.      Yes, I do.

11      Q.      When did you start prescribing Seroquel?

12      A.      I don't remember the specific date I started

13  prescribing Seroquel but probably as soon as it came

14  out.

15      Q.      In approximately the late 1990s?

16      A.      That's correct.

17      Q.      You've been prescribing Seroquel for at

18  least eight years?

19      A.      Yes.

20      Q.      What conditions have you prescribed Seroquel

21  for?

22      A.      Schizophrenia, bipolar disorder.

23      Q.      Any others?

24      A.      Agitation.

25      Q.      Any others?

                                                        122

1       A.      No.

2       Q.      Have you found it to be effective for

3  treating bipolar disorder?

4       A.      Yes.

5       Q.      Have you found it to be effective for

6  treating schizophrenia?

7       A.      Yes.

8       Q.      Have you found it to be effective for

9  treating agitation?

                        Page 103

929764.txt

10      A.    Sometimes.

11      Q.    Different patients have different responses

12 to it?

13      A.    That's correct.

14      Q.    Okay.  So for some patients it has been

15 effective in treating agitation?

16      A.    Yes.

17      Q.    Have you found it effective in treating

18 symptoms of depression?

19      A.    Not by itself.

20      Q.    As an adjunct therapy to another medicine,

21 have you found it to be effective in treating

22 symptoms of depression?

23      A.    Yes.

24      Q.    Have you found Seroquel to be effective in

25 treating mania?

                                                    123


1      A.    Yes.

2      Q.    Have you found Seroquel to be effective in

3 treating disruptive behavior?

4      A.    Yes.

5      Q.    Do you recall that in about 2001 or so you

6 started prescribing Seroquel for bipolar disorder?

7      A.    Yes.

8      Q.    You also prescribed Seroquel for anxiety?

9           MR. BRUDNER:  Objection.  Asked and

10 answered.

11           THE WITNESS:  I don't have a specific recall

12 of prescribing it for anxiety.

13 BY MR. BLATT:

14      Q.    But you may have?

                    Page 104

929764.txt

15      A.   I have no specific recall of prescribing it

16   for anxiety.

17      Q.   Fair enough.  Have you ever prescribed

18   Seroquel to treat insomnia?

19      A.   I have no specific recall of writing it for

20   insomnia.

21      Q.   Does Seroquel have a known sedative effect?

22      A.   Yes.

23      Q.   And is that beneficial for people who have

24   trouble sleeping?

25      A.   It could be.

                                                      124

1      Q.   Can insomnia be debilitating?

2      A.   Yes.

3      Q.   You've also prescribed Seroquel to children?

4      A.   Yes.

5      Q.   When did you start prescribing Seroquel to

6   children?

7      A.   I don't have a specific recall.

8      Q.   For most of the eight years that you've been

9   prescribing Seroquel, have you also been prescribing

10   it to children?

11      A.   Yes.

12      Q.   Do you currently have children who are on

13   Seroquel?

14      A.   Yes.

15      Q.   And have you recommended Seroquel as a

16   first-line agent for treating children with

17   psychosis?

18      A.   Yes.

19      Q.   Have you found it to be effective in

                         Page 105

929764.txt

20    treating children with psychosis?

21         A.    Yes.

22         Q.    Do you use Seroquel to treat other

23    conditions in children?

24         A.    Agitation.

25         Q.    Any other conditions?

                                                              125

1          A.    No.

2          Q.    Approximately how many patients have you

3     prescribed Seroquel to over the past eight or so

4     years?

5          A.    I couldn't say.

6          Q.    Is it on the order of dozens or hundreds or

7     more than that?

8          A.    Hundreds.

9          Q.    And approximately how many prescriptions of

10    Seroquel have you written?

11         A.    I don't know.

12         Q.    Is it on the order of scores or hundreds or

13    thousands?

14         A.    At least hundreds.

15         Q.    And what range of doses have you prescribed,

16    daily doses?

17         A.    From 12.5 to 1200.

18         Q.    Who did you prescribe 1200 milligrams a day

19    to?

20              MR. BRUDNER:  Objection.  Form.

21              MR. BLATT:  I don't mean to -- I'll strike

22    that.

23    BY MR. BLATT:

24         Q.    For what did you prescribe 1200 milligrams

                              Page 106

929764.txt

25   of Seroquel a day to -- for?

126

1       A.     Schizophrenia.

2       Q.     Approximately how many patients did you

3   prescribe that dose to?

4       A.     Probably less than a handful.

5       Q.     Did you find it effective in dealing with

6   their schizophrenia?

7       A.     I don't know the 1200 dose necessarily

8   helped.

9       Q.     But Seroquel did?

10      A.     Yes.

11      Q.     Were these patients who had failed other

12   medicines to treat their schizophrenia?

13      A.     Yes.

14      Q.     And you found that Seroquel was effective in

15   treating their schizophrenia?

16      A.     Actually, let me restate my answer.  I chose

17   Seroquel because they were having problems with some

18   other drugs.

19      Q.     What problems were they having?

20      A.     Dystonic reactions, akathisia.

21      Q.     What were the other drugs they were having

22   problems with?

23      A.     Well, Abilify, Geodon, the other

24   antipsychotics.

25      Q.     And you found that Seroquel worked better

127

1   for them?

2       A.     For some of them.

929764.txt

3      Q.      You've prescribed Seroquel as monotherapy to

4  some patients?

5      A.      Yes.

6      Q.      Which types?

7      A.      Schizophrenia and schizoaffective disorder.

8      Q.      Any others?

9      A.      No.

10      Q.      You prescribed Seroquel as adjunct therapy

11  for some patients?

12      A.      Yes.

13      Q.      And those would be the other patients that

14  you've listed as prescribing Seroquel to?

15      A.      That's correct.

16      Q.      When was the last time you wrote a

17  prescription for Seroquel?

18      A.      I think it was early this week.

19      Q.      And what type of patient did you write it

20  for?

21      A.      I believe it was a bipolar disorder,

22  schizoaffective patient.

23      Q.      What was the dose you wrote it for?

24      A.      I believe it was 200 milligrams.

25      Q.      Has Seroquel been your first choice

                                                    128

1  antipsychotic since about 2001?

2      A.      No.

3      Q.      Can you identify any antipsychotic that you

4  prescribed more than Seroquel in the last eight

5  years?

6      A.      No.

7      Q.      Seroquel's been the antipsychotic that you

                              Page 108

929764.txt

8   prescribed the most in the last eight years?

9       A.   No, I meant -- I cannot say which one I've

10  prescribed more or less.  I can't say that.

11      Q.   So it's possible that Seroquel's been the

12  antipsychotic you've prescribed the most in the last

13  eight years?

14      A.   I don't know.

15      Q.   Okay.  Sitting here, can you identify any

16  antipsychotic that you've prescribed more than

17  Seroquel in the last eight years?

18      A.   I don't know.

19      Q.   In the last eight years, has Seroquel been

20  your preferred medicine for treating chronic bipolar

21  disorder?

22      A.   No.

23      Q.   What has been your preferred medicine for

24  treating it?

25      A.   Well, I -- I'm going to try non-neuroleptics

                                        129

1   first, nonantipsychotics first like lithium,

2   Tegretol, Depakote.

3       Q.   If those don't work, is Seroquel the

4   antipsychotic that you'd choose first to treat

5   chronic bipolar disorder?

6       A.   No.

7       Q.   Okay.  Can you identify any medicine you've

8   used more than Seroquel to treat chronic bipolar

9   disorder?

10      A.   No, I cannot.

11      Q.   You testified you've prescribed Seroquel for

12  bipolar disorder since approximately 2001; correct?

                        Page 109

929764.txt

13    A.    That's correct.

14    Q.    And are you aware that it was not approved

15  for that use in 2001?

16    A.    Yes.

17    Q.    So your use of it was off-label?

18    A.    Yes.

19    Q.    And that was within your clinical judgment

20  to do that?

21    A.    Yes.

22    Q.    And each time you prescribe a medicine to a

23  person, you determine that its benefits outweigh its

24  risks for that particular patient?

25    A.    Yes.

                                                      130

1    Q.    Each time you prescribed Seroquel, you

2  determined that its benefits outweighed its risks for

3  that particular patient?

4    A.    Yes.

5    Q.    You testified you prescribed Abilify from

6  time to time?

7    A.    Yes.

8    Q.    Do you do that for patients for whom you

9  don't want the sedative effects of Seroquel?

10    A.    Sedative effect, weight gain.

11    Q.    You also have prescribed olanzapine?

12    A.    Yes.

13    Q.    And there came a time when you switched

14  patients off olanzapine and put them on Seroquel?

15    A.    I may have.

16    Q.    Approximately when did you start taking

17  patients off of olanzapine and switching them to

929764.txt

18   Seroquel?

19       A.   I have no -- I have no specific recall.  I

20   also did not conduct a kind of regular practice of

21   taking people off of Seroquel -- off of Abilify and

22   putting them on Seroquel.

23       Q.   Do you recall ever switching a patient off

24   of olanzapine and putting them on Seroquel?

25       A.   I may have.

                                                           131

1        Q.   You've done that for more than one patient?

2        A.   Yes.

3        Q.   Do you recall how many patients you've done

4    that for?

5        A.   No.

6        Q.   And the reason you did that was because

7    people gained weight on olanzapine; correct?

8        A.   Sometimes.

9        Q.   One of the reasons you switched people off

10   olanzapine to Seroquel was because they gained weight

11   on olanzapine; correct?

12       A.   In some instances.

13       Q.   And in other instances, you switched them

14   from olanzapine to Seroquel because olanzapine was

15   not effective in treating their condition; correct?

16       A.   Yes.

17       Q.   And with respect to weight gain, you have

18   found that for the people that you switched from

19   olanzapine to Seroquel, that they did better on

20   Seroquel in terms of their weight; correct?

21       A.   Yes.

22       Q.   Have you ever taken a patient off of

929764.txt

23    olanzapine because of their cholesterol level?

24         A.    Yes.

25         Q.    And you've placed them on Seroquel?

132

1          A.    I have no --

2                MR. BRUDNER:   Object to the form.

3                Go ahead.

4                THE WITNESS:   I have no specific recall.

5    BY MR. BLATT:

6          Q.    Have you ever taken a patient off of

7    olanzapine because of elevation in blood sugar?

8          A.    I may have.

9          Q.    And did you switch them to Seroquel?

10         A.    I have no specific recall.

11         Q.    Did you find that when you took them off of

12   olanzapine and put them on another medication, that

13   their blood sugars improved?

14         A.    I have no specific recall.

15         Q.    Have you ever prescribed clozapine?

16         A.    Yes.

17         Q.    That's Clozaril?

18         A.    Yes.

19         Q.    Have you avoided prescribing clozapine to

20   patients?

21         A.    Yes.

22         Q.    Why?

23         A.    Weight gain, the need for blood draws, just

24   a harder monitoring process.

25         Q.    Clozapine, you found, has been associated

133

1    with weight gain with patients?

Page 112

929764.txt

2    A.    Yes.

3    Q.    Have you taken people off clozapine and

4  switched them to Seroquel?

5    A.    I may have.

6    Q.    Blood draws with clozapine -- strike that.

7        When you prescribe a patient clozapine, you

8  have to take their blood weekly?

9    A.    I don't remember if it's weekly or every

10  other week, but you have to closely monitor -- I

11  don't prescribe it very often.

12    Q.    Because of the risks associated with it?

13    A.    That's correct.

14    Q.    Okay.  Have you ever taken a patient off of

15  a conventional antipsychotic and put them onto

16  Seroquel?

17    A.    Yes.

18    Q.    And one of the reasons you've done that is

19  because of the adverse side effects of the

20  conventional antipsychotic?

21    A.    Yes.

22    Q.    Approximately how many times have you taken

23  a patient off of a conventional antipsychotic because

24  of adverse side effects and put them onto Seroquel?

25    A.    Lots of times.

                       134

1    Q.    Have you found that the incidence of adverse

2  side effects goes down in the patients when you

3  switch them from the conventional antipsychotic to

4  Seroquel?

5    A.    Sometimes.  And sometimes it's simply that

6  you want to reduce the risk of tardive dyskinesia.

929764.txt

7      Q.    So in order to reduce the incidence of

8  adverse side effects, you will take a patient off of

9  a conventional antipsychotic and put them on

10  Seroquel?

11           MR. BRUDNER:   Object to form.

12           THE WITNESS:   Among others.

13  BY MR. BLATT:

14      Q.    And one another other reasons you switch a

15  patient from a conventional antipsychotic to Seroquel

16  is in order to -- strike that.

17           Another reason you switch a patient off of a

18  conventional antipsychotic onto Seroquel is because

19  of a lack of efficacy of the conventional

20  antipsychotic?

21      A.    It's been more for side effect profile.  I

22  would say it's been infrequently for efficacy.

23      Q.    And with respect to side effects, you have

24  found that in some patients, when you switch them

25  from the conventional antipsychotic to Seroquel, they

                                                         135

1  experience less adverse side effects?

2      A.    Yes.

3      Q.    And can you identify approximately how many

4  patients have -- that's occurred in?

5      A.    No.

6      Q.    Today, what percentage of your patients do

7  you prescribe conventional antipsychotics to versus

8  atypical antipsychotics?

9      A.    I would say it's probably about 99

10  percent -- 95 to 99 percent of atypicals.

11      Q.    And how long has that been the case?

                          Page 114

929764.txt

12     A.    I'd say at least the last maybe four years,
13   five years.
14     Q.    And of the patients who are on atypical
15   antipsychotics that you see, approximately what
16   percentage of them are on Seroquel?
17     A.    I don't know.
18     Q.    Is it more than 50 percent?
19     A.    I don't know.
20     Q.    Do you have any reason to believe it's less
21   than 50 percent?
22     A.    I don't know.
23     Q.    Okay.  In your own medical practice, have
24   you ever diagnosed a patient with diabetes and
25   written in the medical record that it was caused by

                                                        136

1   Seroquel?
2     A.    No, I've never written in the records that
3   it's caused by Seroquel.
4     Q.    Have you ever written in a record -- a
5   medical record of any patient that they became
6   diabetic or hyperglycemic because of Seroquel?
7     A.    Well, I have had elevated -- repeated
8   elevated blood sugars and weight gain and I stopped
9   the drug, and I've documented the reasons for
10   stopping the drug.
11     Q.    On patients on olanzapine, have you done
12   that?
13     A.    Yes.
14     Q.    And Haldol?
15     A.    No.
16     Q.    For all of the atypical antipsychotics that
                            Page 115

929764.txt

17  you prescribed, have you done that?

18      A.    No, I've only done that with olanzapine

19  and -- with olanzapine and quetiapine and Risperdal.

20      Q.    Is there any patient that you can -- strike

21  that.

22          Have you ever -- strike that.

23          Before drawing conclusions about whether a

24  medicine is harmful or helpful, should one consider

25  all of the available clinical trial data about the

                                                        137

1  medicine?

2      A.    Could you repeat your question?  I'm not

3  sure I understand it.

4      Q.    Sure.  Is it appropriate when determining

5  whether a medicine is -- strike that.

6          In assessing a medicine's risks and benefits,

7  is it appropriate to rely only on some data and

8  ignore other data?

9      A.    I don't understand what you mean.

10      Q.    Okay.  Are prospective randomized clinical

11  trials considered the most reliable form of

12  scientific evidence?

13      A.    No.

14      Q.    What is the most reliable form of scientific

15  evidence?

16      A.    Having double-blind studies and -- having

17  double-blind studies with large numbers.  Studies

18  involving a lot of people and whether there's

19  consistency in the population in looking at all of

20  the variables.

21          Again, I'm not a clinical trial person, but
                        Page 116

929764.txt

22  some studies are stronger than other studies.

23      Q.    Among the stronger studies are the

24  randomized controlled clinical trials?

25      A.    Yes.

138

1       Q.    And after that -- down from that is -- are

2   observational studies, retrospective observational

3   studies?

4       A.    Down from that.

5       Q.    And those are typically considered less

6   reliable than the randomized prospective clinical

7   trials?

8       A.    Yes.

9       Q.    Have you undertaken to review the randomized

10  clinical trial data concerning atypical

11  antipsychotics other than Seroquel?

12      A.    I'm not sure what you mean by -- I don't

13  think I understand your question.

14      Q.    Okay.  You would agree that for a person

15  with bipolar disorder, treating them with placebo is

16  not an option?

17      A.    That's correct.

18      Q.    Do you understand what a prespecified end

19  point in a randomized clinical trial is?

20      A.    Not as I sit here.

21      Q.    Okay.  Are you relying on observational

22  studies in connection with your opinions in this

23  case?

24      A.    I don't know that I understand your

25  question.

139

929764.txt

1      Q.    Okay.  Are you aware that in observational

2    studies involving medicines, that you don't

3    necessarily know, for instance, which patients had a

4    history of diabetes?

5      A.    I don't understand your question still.

6      Q.    Do you know what a meta-analysis is?

7      A.    Meta-analysis is looking at bunches of

8    studies.

9      Q.    And you're aware that certain statistical

10   rules govern whether a meta-analysis is appropriate?

11     A.    Yes.

12     Q.    You're not an expert in those rules;

13   correct?

14     A.    No, I'm not.

15     Q.    And after observational studies, in terms of

16   reliability, come basic science research, bench lab

17   studies?

18     A.    I mean, I don't know that basic science

19   would come in that order.  I don't know that.

20     Q.    You don't know that there is an order in

21   which people consider evidence in terms of

22   reliability in science?

23           MR. BRUDNER:  Objection.  Form.

24           THE WITNESS:  I don't know that that is the

25   order.  I don't.  I mean, I don't know that the basic

                                                        140

1    science comes after the other set that you mentioned.

2    BY MR. BLATT:

3      Q.    Okay.  Are you aware that observational

4    studies are generally considered

                            Page 118

929764.txt
5   hypothesis-generating, not conclusion-generating?

6        A.    Yes.

7        Q.    And are you aware that basic science

8   research into either humans or animals is also

9   considered hypothesis-generating and not

10  conclusion-generating?

11       A.    I don't know.

12       Q.    Are you aware that it's prospective

13  randomized clinical trials that are generally relied

14  on in order to draw conclusions about a medicine?

15       A.    Yes.

16       Q.    Do you understand what the statistical

17  significance is?

18       A.    Very vaguely.

19       Q.    What's your understanding?

20       A.    Well, I mean, if it is -- if the -- if

21  incidence of something or -- I don't know the point

22  that you're trying to make is meaningful.

23       Q.    So if something's not statistically

24  significant, it may be real or not; correct?

25            MR. BRUDNER:  Objection.  Form.

                                                    141

1            THE WITNESS:  I don't know.

2   BY MR. BLATT:

3        Q.    Well, if you give a medicine to somebody in

4   a randomized clinical trial and a result comes out

5   that's not statistically significant, you don't know

6   whether the result is a real result from the medicine

7   or not; correct?

8        A.    That's correct.

9        Q.    And what's generally the P value at which

                            Page 119

929764.txt

10    you measure statistical significance?  Do you know?

11        A.    I don't.

12        Q.    Do you know what a confidence interval is?

13        A.    I cannot define it --

14        Q.    Do you know --

15        A.    -- right now.

16        Q.    Do you know whether -- if a confidence

17    interval crosses 1, is it statistically significant

18    or not statistically significant?  Do you know?

19        A.    I can't answer that question right now.

20        Q.    Why not?

21        A.    I mean, I can't give you an answer to that

22    right now.

23        Q.    What would you need to do in order to give

24    an answer?

25        A.    Yeah, I -- I would have to -- I would have

                                                        142

1     to refer to some -- when I've had to speak what

2     conference interval and stuff, I usually read up on

3     it to get prepared for that.  I don't know that right

4     now.  I mean, I don't want to answer that question

5     right now.

6         Q.    I understand you don't want to, but I want

7     to know whether you know if a confidence interval

8     crosses 1, is it significant or not significant, the

9     result?

10        A.    I don't know at this time.

11        Q.    Are you aware that Seroquel was tested in

12    blinded, randomized clinical trials before being

13    approved by the FDA?

14        A.    Yes.

                          Page 120

929764.txt

15      Q.    And you're aware that the data from those

16  trials were submitted to the FDA before Seroquel was

17  approved?

18          MR. CANTY:  Objection to form.

19          THE WITNESS:  Yes.

20  BY MR. BLATT:

21      Q.    You're aware the FDA approved this data

22  before approving Seroquel?

23          MR. CANTY:  Objection to form.

24          THE WITNESS:  Yes.

25  ///

                                                        143

1  BY MR. BLATT:

2      Q.    Did you review all of the data AstraZeneca

3  submitted to the FDA before Seroquel was approved?

4      A.    I don't know.

5      Q.    Have you undertaken to review all the data

6  AstraZeneca submitted to the FDA prior to Seroquel

7  being approved?

8      A.    I don't know that I've seen it all.

9      Q.    Okay.  Approximately how many clinical

10  trials were done on Seroquel before the FDA approved

11  it?

12      A.    I don't know.

13      Q.    Approximately how many people took Seroquel

14  in clinical trials before the FDA approved it?

15      A.    I don't have a specific recall.

16      Q.    Generally?  Do you know if it was in the

17  hundreds or thousands?

18      A.    I don't.

19      Q.    Have you reviewed the integrated summary of

929764.txt

20  safety for Seroquel?

21      A.   If it's a specific document, I'd have to see

22  it.

23      Q.   Have you reviewed something called the NDA,

24  the new drug application, for Seroquel?

25      A.   I'd have to see it.  I mean, I saw a lot of

                                                        144

1  documents.

2      Q.   Do you have any recollection of having

3  reviewed anything called "the new drug application"

4  for Seroquel?

5      A.   I may have.

6      Q.   And if it's on pages 50 to 56 of your

7  report, it would be one of the documents that you

8  reviewed?

9      A.   It's not there.  I don't believe it's there

10  on 50 to 56.

11      Q.   Would that indicate to you that you didn't

12  review it?

13      A.   No.

14      Q.   I'm sorry?

15      A.   No, it wouldn't.

16      Q.   Okay.

17      A.   I can't say that I've reviewed it or I

18  haven't reviewed it.  I'd have to see the document to

19  know if I reviewed it or not.

20      Q.   Do you know approximately how many people,

21  total, have participated in randomized clinical

22  trials involving Seroquel?

23      A.   No.

24      Q.   Any idea?  Do you know if it's in the dozens

Page 122

929764.txt

25   or hundreds or thousands?

145

1        A.    No, I don't.

2        Q.    Do you know approximately how many people

3   have been in randomized clinical trials where

4   Seroquel was compared to placebo?

5        A.    No.

6        Q.    Do you know whether it's on the order of

7   dozens, hundreds, or thousands?

8        A.    I believe it's in the hundreds.

9        Q.    What's your basis for believing that?

10        A.    My -- after having read it.  I don't believe

11   it's in thousands.  It's based on my having read

12   through the literature.

13        Q.    Okay.  Do you know approximately how many

14   people have been in randomized clinical trials where

15   Seroquel was compared to another antipsychotic?

16        A.    No, I don't.

17        Q.    Do you know whether it's been in the dozens

18   or hundreds or thousands?

19        A.    No, I don't.

20        Q.    Can you identify any randomized clinical

21   trial where Seroquel had a statistically significant

22   increased risk of diabetes or hyperglycemia compared

23   to another antipsychotic?

24        A.    I'm aware of -- there are papers that show

25   that Seroquel is ranked third down from -- as

146

1   Zyprexa, Clozaril and Seroquel.

2        Q.    I'm not asking about rankings.  I'm asking

3   if you're aware of any randomized clinical trial

Page 123

929764.txt

4   where Seroquel was found to have a statistically

5   significant increased risk of diabetes or

6   hyperglycemia compared to another antipsychotic?

7       A.   No.

8       Q.   Can you identify any randomized,

9   placebo-controlled clinical trial prior to 2007 where

10  Seroquel was associated with a statistically

11  significant increased risk of diabetes or

12  hyperglycemia compared to placebo?

13      A.   Not as I sit here, no.

14      Q.   Did you identify any in your report?

15      A.   Well, I have identified all the -- I mean, a

16  number of reports that discuss that -- that atypicals

17  as a group have shown higher levels of hyperglycemia,

18  weight gain, and diabetes.

19      Q.   My question is:  Can you identify any

20  randomized, placebo-controlled clinical trial prior

21  to 2007 where Seroquel was associated with a

22  statistically significant increased risk of diabetes

23  or hyperglycemia compared to placebo?

24      A.   No.

25      Q.   One of your opinions in this case is that

                                                    147

1   Seroquel caused Ms. Carter to have hyperglycemia?

2       A.   The reasonable medical probability is that

3   the cause of her hyperglycemia is Seroquel.

4       Q.   And what's your basis for saying that?

5       A.   Well, I looked at the fact that prior to

6   being on Seroquel in April of 2002, Ms. Carter never

7   had a -- any elevated blood sugars, and since that

8   time, she has had a number of elevated blood sugars.

                        Page 124

929764.txt

9      Q.    Do you know whether you've reviewed all of

10  her medical records prior to April 2002?

11      A.    I don't know that I've reviewed all of her

12  medical records.  I looked at everything that I had

13  that was given to me.

14      Q.    Do you know whether she had an elevated

15  blood sugar prior to April 2002?

16      A.    I'm not aware of her having any elevated

17  blood sugar prior to April 2002.

18      Q.    You don't know if you've seen all her

19  medical records?

20      A.    No, I don't.

21          MR. BRUDNER:  Objection.  Asked and

22  answered.

23  BY MR. BLATT:

24      Q.    You're also critical of AstraZeneca for

25  publishing data showing that people with low body

148

1  mass indexes tended to gain weight on Seroquel and

2  people with high body mass index tended to lose

3  weight on Seroquel?

4      A.    I don't know that I have criticized that.

5  I've quoted the -- I have put the study in my

6  document.

7      Q.    Do you have an opinion concerning that?

8      A.    I think that if the -- I think to create an

9  impression to -- to create an impression that it is

10  generally true, I think, would not be accurate.

11      Q.    Any other opinions on that topic?

12      A.    Yeah, I think it's misinformation.

13      Q.    Okay.  You're also critical in your report

Page 125

929764.txt

14  of AstraZeneca for not funding certain studies?

15      A.   I'm making an observation based on the

16  internal documents.

17      Q.   Do you have an opinion about AstraZeneca's

18  decision to fund or not fund certain studies?

19      A.   Yes.

20      Q.   What's your opinion?

21      A.   Let me refer to my -- I'm going to refer to

22  my paper --

23      Q.   Well, if --

24      A.   -- to my report.

25      Q.   Other than what's in your report, do you

149

1   have an opinion on it?

2       A.   Other than my report, no.

3           MR. CANTY:   Would this be a good break

4   time?

5           MR. BLATT:   Almost.

6   BY MR. BLATT:

7       Q.   When did you first reach the opinions stated

8   in your report?

9       A.   After going through all the material that I

10  was given and reading up as best as I could.

11      Q.   All the material you were given by the

12  plaintiff lawyers?

13      A.   That's correct.

14      Q.   Can you describe the process or methodology

15  that you used to reach your opinions?

16      A.   Well, I looked at the documents that were

17  given, including the medical records on Ms. Carter,

18  and I looked at the company internal documents, and I
                            Page 126

929764.txt

19  also read -- I looked up the literature on atypical

20  antipsychotics, quetiapine in particular.

21          And taking all the data into question,

22  that's when I -- I weighed all the data that was

23  there, and it was my -- my opinion came out of that.

24      Q.   You're currently prescribing Seroquel to

25  patients?

                                                    150

 1      A.   Yes.

 2      Q.   I take it you believe that Seroquel is safe

 3  when you prescribe it to patients?

 4      A.   I don't know what you mean by "safe."

 5      Q.   You obviously believe that its benefits

 6  outweigh its risks for the patients you prescribe it

 7  to?

 8      A.   Yes.

 9      Q.   You're aware that Seroquel is one of the

10  most prescribed antipsychotics in America?

11      A.   Yes.

12      Q.   And you're aware that the FDA's determined

13  it to be safe and effective?

14          MR. BRUDNER:   Objection.   Form.

15          You may answer.

16          THE WITNESS:   My best sense is that the FDA

17  was critical of AstraZeneca and repeatedly got on

18  their case to change the way they were labeling it.

19  BY MR. BLATT:

20      Q.   Are you aware that the FDA has found --

21  strike that.

22          Is there any patient population for whom the

23  risks of Seroquel outweigh its benefit, in your

                        Page 127

929764.txt

24  view?

25      A.   I think it depends on a case-by-case basis.

                                                            151

1       Q.   Is there any duration of use for which

2  Seroquel's risks outweigh its benefits, or is that a

3  case-by-case determination as well?

4       A.   It would be a case-by-case determination.

5       Q.   Is there any dose of the recommended doses

6  for which you believe the risks of Seroquel outweigh

7  its benefits, or is that a case-by-case determination

8  as well?

9       A.   I'm not sure about your question.

10      Q.   Okay.  Am I correct that nowhere in your

11  report do you offer any opinion about the labeling of

12  Seroquel?

13      A.   I'm not sure I understand your question.

14      Q.   Do you have any opinion about the labeling

15  of Seroquel?

16      A.   I think what I have said in my report is

17  that in spite of -- in spite of evidence from their

18  own studies that Seroquel caused weight gain and that

19  there was early demonstration of possible pancreatic

20  problems with this drug, that the weight gain and

21  later the diabetes -- diabetes, hyperglycemia,

22  ketoacidosis data was not appropriately disclosed.

23      Q.   Is it your opinion that the label is

24  inadequate?

25      A.   Not at this time.

                                                            152

1          MR. BRUDNER:   Objection.

                    Page 128

929764.txt

2  BY MR. BLATT:

3      Q.    Was it inadequate at any time?

4      A.    Yes, it was.

5      Q.    When?

6      A.    Well, it was -- it was inadequate when it

7  first came out.

8      Q.    In 1997?

9      A.    Yes.

10      Q.    And at all times after?

11      A.    At all times until the most recent

12  disclosure of -- and the warning for hyperglycemia,

13  diabetes, diabetic ketoacidosis, and possible

14  metabolic syndrome, and diabetes -- sudden, severe

15  diabetes-resultant death.

16      Q.    When the warning was added to the label

17  concerning diabetes and hyperglycemia, was the label

18  adequate, in your view?

19      A.    I think it is adequate now.

20      Q.    Do you know when the label had a warning

21  added to it for hyperglycemia and diabetes?

22      A.    I believe it was in 2004.

23      Q.    And was that warning adequate?

24      A.    I believe that the -- 2005 is when the most

25  stringent clarification of the diabetes and weight

                                                      153

1  gain issue, including the fact that these problems

2  can arise during the course of treatment.

3      Q.    You're aware that that was added in January

4  2004 or not?

5      A.    I don't have a specific recall.

6      Q.    But whenever that warning was added about

                        Page 129

929764.txt

7  diabetes and hyperglycemia, it's your opinion that at

8  that point in time and only at that point was the

9  label adequate?

10     A.   That's correct.

11     Q.   Okay.  When did you first reach that

12  opinion?

13     A.   After I went through all the records of the

14  warnings as they went, that was when I came to that

15  opinion.  After I looked at all the data that was

16  there from the previous package inserts, what they

17  had been talking about in 1999 and 2000 and 2001.

18          When I looked at everything, I felt that the

19  full disclosure didn't happen until after 2004.

20     Q.   And you reached this opinion when you --

21  strike that.

22          You reviewed those things before the

23  plaintiff lawyers had sent them to you?

24     A.   That's correct.

25          MR. BRUDNER:  Objection.  Form.

                                                  154

1  BY MR. BLATT:

2     Q.   Was that in connection with this case and

3  your work in this case that you first reached that

4  opinion?

5     A.   I was not specifically asked for that

6  opinion, but I felt that -- I think -- in my opinion,

7  the literature that I read previously indicated

8  that -- that Seroquel carried the risk of weight gain

9  and hyperglycemia, like the other three atypicals.

10    Q.   Have you reviewed any correspondence between

11  the FDA --

929764.txt

12          MR. CANTY:  It's lunchtime now.

13          MR. BLATT:  Let me just get to the end of

14 this section.

15          MR. CANTY:  We did that ten minutes ago.

16 It's lunchtime now.

17          MR. BLATT:  Just the last question.

18 BY MR. BLATT:

19     Q.   Have you reviewed any correspondence between

20 FDA and AstraZeneca concerning Seroquel --

21          MR. CANTY:  Doctor, it's lunchtime now.

22          MR. REDDINGTON:  There is a question

23 pending.

24          MR. CANTY:  I stopped it when there wasn't a

25 question pending.  We're taking lunch break.

                                                    155

1          MR. BLATT:  Question pending.  This is the

2 last one before lunch break.

3 BY MR. BLATT:

4     Q.   Have you reviewed any correspondence between

5 FDA and AstraZeneca concerning Seroquel's label?

6          MR. CANTY:  I instruct you not to answer the

7 question.

8 BY MR. BLATT:

9     Q.   Have you reviewed any correspondence between

10 FDA and AstraZeneca concerning Seroquel's label?

11     A.   I'm going to respond to that after lunch.

12     Q.   There is a question pending.

13          MR. BRUDNER:  It wasn't pending when we

14 asked for lunch.  Do we really need to fight about

15 this?

16          MR. BLATT:  If it's pending, he should

Page 131

929764.txt

17   answer.

18           MR. BRUDNER:  It wasn't pending when we

19   asked to break for lunch.

20           MR. CANTY:  We don't need to argue about it.

21           MR. BRUDNER:  Why are we arguing over a

22   silly question?

23           MR. BLATT:  That's my point.

24   BY MR. BLATT:

25       Q.   Doctor, have you reviewed any correspondence

                                                    156

 1   between FDA and AstraZeneca concerning Seroquel's

 2   label?

 3       A.   I'm going to respond to it after lunch.

 4           MR. BLATT:  I'm going to object to that.

 5           MR. CANTY:  Let me hear the question one

 6   more time.

 7   BY MR. BLATT:

 8       Q.   Have you ever reviewed any correspondence

 9   between FDA and AstraZeneca concerning Seroquel's

10   label?

11           MR. CANTY:  Is this going to be the last

12   one?

13           MR. BLATT:  Yes.

14           MR. CANTY:  Go ahead.

15           THE WITNESS:  Yes.

16           (Lunch recess.)

17   BY MR. BLATT:

18       Q.   Doctor, has any partnership or entity or

19   organization that you've been an owner of or employed

20   by or medical director of ever declared bankruptcy?

21       A.   No.

929764.txt

22     Q.     And has any such entity ever had a judgment
23  entered against it?
24            MR. BRUDNER:  Objection.  Asked and
25  answered.

                                                          157

1             THE WITNESS:  I don't know.
2   BY MR. BLATT:
3      Q.     When you have prescribed atypical
4   antipsychotics, have you ever warned a patient that
5   the patient had an increased risk of developing
6   diabetes or hyperglycemia with the atypical?
7      A.     Yes.
8      Q.     And what have you said to the patient?
9      A.     I tell them that there is a risk of
10  developing hyperglycemia, diabetes, and damage to the
11  pancreas, and the weight gain.
12     Q.     And is that a warning you give with all
13  atypicals?
14     A.     Yes, but I really emphasize it with
15  Seroquel, Zyprexa, Clozaril and Risperdal.  And I
16  tell people that Abilify and Geodon don't carry the
17  same level of risk, as far as we know.
18     Q.     Since when have you been orally telling that
19  to patients?
20     A.     From at least from the early 2000s.
21     Q.     And that was based on your own knowledge of
22  the medical literature back then?
23     A.     That's correct.
24     Q.     And was it also based on the labeling for
25  the medicines back then?

                                                          158

                        Page 133

929764.txt

1          MR. BRUDNER:  Objection.  Form.

2          THE WITNESS:  No, it wasn't based on

3     labeling.

4     BY MR. BLATT:

5     Q.    All right.  And did what you say concerning

6     Seroquel, clozapine, risperidone, or olanzapine

7     differ in any way from what you would tell a patient

8     typically about Seroquel in that regard?

9     A.    No.

10    Q.    I take it -- am I correct that you don't

11    have any expert opinions concerning the marketing of

12    Seroquel?

13    A.    Other than what I've expressed in my report.

14    Q.    Okay.  Have you undertaken to determine what

15    doctors think about the label or marketing of

16    Seroquel?

17    A.    No.

18    Q.    Have you undertaken to determine what

19    doctors thought about the label in 2002 or 2004?

20    A.    No.

21    Q.    Do you have an expert opinion concerning

22    AstraZeneca's decision not to fund some studies?

23    A.    Just what I have expressed in my report.

24    Q.    Did you first reach that opinion in

25    connection with your work in this case?

                                                    159

1     A.    Specifically with AstraZeneca, yes.

2     Q.    Okay.  Are you aware of, to date, how many

3     clinical trials have been run on Seroquel?

4     A.    No.

5     Q.    Do you know whether it's been dozens or 50
                        Page 134

929764.txt

6  or a hundred or 300 or more?

7       A.   I don't.

8       Q.   Do you know how many clinical trials

9  AstraZeneca has funded involving Seroquel?

10      A.   No.

11      Q.   Do you know whether it's been 10 or 50 or a

12  hundred or 200 or 300?

13      A.   Well, it's more than ten and -- I know it's

14  more than ten.

15      Q.   But you don't know that --

16      A.   No, I don't know.

17      Q.   What number of clinical trials would you

18  deem sufficient?

19      A.   I don't know.

20      Q.   Do you know how many clinical trials

21  involving Seroquel metabolic data was collected in?

22      A.   No.

23      Q.   Do you know whether it was in 10 or 20 or 50

24  or a hundred or more?

25      A.   No, I don't.

                                              160

1       Q.   What number of clinical trials would you

2  deem sufficient involving the collection of metabolic

3  data for Seroquel?

4       A.   I don't know.

5       Q.   How many clinical trials involving Seroquel

6  monitored weight or body mass or waist

7  circumference?  Do you know?

8       A.   No.

9       Q.   Do you know whether it was 10 or 20 or 50 or

10 a hundred?

                        Page 135

929764.txt

11     A.    I don't.

12     Q.    And what number would you deem sufficient?

13     A.    I don't know.

14     Q.    How many clinical trials involving Seroquel

15  was glucose data collected?

16     A.    I don't know.

17     Q.    And do you know whether it was in 10 or 20

18  or 50 or more?

19     A.    No, I don't.

20     Q.    How many would you deem sufficient?

21     A.    I don't know.

22     Q.    How many clinical trials involving Seroquel

23  was fasting glucose data collected in?

24     A.    I don't know.

25     Q.    And how many would you deem sufficient in

                                                          161

 1  that regard?

 2     A.    I don't know.

 3     Q.    Are you aware of any peer-review publication

 4  that has stated that AstraZeneca engaged in a

 5  systematic deception of doctors and the public?

 6     A.    No.

 7     Q.    Or are you aware of any peer-reviewed

 8  publication where that opinion or anything like it

 9  has been expressed?

10     A.    Well, the New England Journal of Medicine

11  has -- there has been an ongoing concern for the last

12  several years that has been written up in medical

13  journals and many specialties about pharmaceutical

14  and product companies not informing the FDA about the

15  clinical trials that have been conducted, and

                        Page 136

929764.txt

16  basically deep-sixing the ones that aren't convenient

17  to them and only promoting ones that are favorable to

18  them or skewing the results in such a way that they

19  seem to be favorable.

20      Q.   Are you aware of any such article concerning

21  Seroquel?

22      A.   No, I'm not.

23      Q.   Are you aware of any such article concerning

24  AstraZeneca?

25      A.   I can't say.

162

1       Q.   Sitting here today --

2       A.   I don't know.

3       Q.   Are you -- so -- strike that.

4            Are you aware of any publication or letter

5  to an editor or any other writing that has criticized

6  the research performed by AstraZeneca on Seroquel?

7       A.   No.

8       Q.   Do you recall you wrote in your report that

9  AstraZeneca engaged in second-grade research?

10      A.   According to the internal documents, it

11  talks about -- it criticizes Dr. Brecher's article

12  from 2000 or 2001 talking about the -- about the

13  weight loss -- or the weight-losing abilities of

14  Seroquel, no weight-gain issue.

15           And there is criticism of Dr. Reinstein's

16  work within the -- talking about that he's not held

17  in high esteem by his colleagues.

18      Q.   You're not saying that AstraZeneca engaged

19  in second-grade research?

20      A.   I'm saying what is written in my report.

Page 137

929764.txt

21    Q.    I know.  I'm asking you about your opinion.

22          It's not your opinion that they engaged in

23  second-grade research, is it?

24    A.    No, it's not my opinion that it did engage

25  in second grade -- it's based on what I'm reading

                                                        163

 1  from the internal documents.

 2    Q.    You're reading an internal document;

 3  correct?

 4    A.    That's correct.

 5    Q.    I'm just asking:  Is it your opinion that

 6  AstraZeneca engaged in second-grade research?

 7    A.    Well, I think that the information that I

 8  have taken as a whole compels me to conclude that the

 9  research has been skewed in ways that -- that facts

10  and concerns that would have -- have been

11  misrepresented.

12    Q.    Was there any study that AstraZeneca did

13  that you considered to have been improperly done?

14    A.    I think that the conclusions of

15  Dr. Brecher's study, some of the essence of

16  Dr. Arvanitis' study, the way in which it has been

17  publicized, I think, in my opinion, represents

18  improper use of --

19    Q.    Can you identify any study --

20          MR. CANTY:  Did you finish your answer,

21  Doctor?

22          MR. BRUDNER:  I don't think he was finished.

23  BY MR. BLATT:

24    Q.    I'm sorry.  Were you finished?

25    A.    I lost my train of thought.

                        Page 138

929764.txt

164

1      Q.    Can you identify any study that AstraZeneca

2    performed that they shouldn't have done?

3      A.    No.

4      Q.    Can the FDA require a company to perform

5    studies at any time?  Do you know?

6      A.    I don't.

7      Q.    Are you aware of the FDA ever requiring

8    AstraZeneca to run a particular study concerning

9    Seroquel?

10     A.    I recall that they told AstraZeneca to do

11   large-scale studies involving HMO- and VA-type

12   situations so that they can establish or negate the

13   concerns that were being raised by -- as far as the

14   hyperglycemia, weight gain, diabetic ketoacidosis,

15   and diabetes-related deaths were concerned.

16     Q.    Are you aware of the FDA ever criticizing

17   AstraZeneca concerning any study that AstraZeneca

18   ran?

19     A.    No.  I have no specific recall of them

20   criticizing the study.

21     Q.    Have you ever published any of your opinions

22   concerning Seroquel?

23     A.    No.

24     Q.    Have you ever written any of your opinions

25   concerning Seroquel for a medical organization?

165

1      A.    No, I have not.

2      Q.    Have you ever written any of your opinions

3    concerning Seroquel to a hospital?

Page 139

929764.txt
```
4     A.    No, I have not.

5     Q.    Have you ever written any of your opinions

6 concerning Seroquel to the FDA?

7     A.    No, I have not.

8     Q.    Or AstraZeneca?

9     A.    No, I have not.

10     Q.    Or anyone?

11     A.    No.

12     Q.    Prior to participating in this lawsuit and

13 being hired by the plaintiff attorneys, have you ever

14 written down any of your opinions about Seroquel

15 before?

16     A.    No, I have not.

17     Q.    You're aware that the FDA is tasked by

18 Congress with determining the risks and benefits of

19 every medicine used in this country?

20     A.    Yes.

21     Q.    And it only approves a drug for marketing

22 after it's convinced that the benefits outweigh its

23 risks?

24     A.    Yes.

25     Q.    You know that the FDA is able to not only
```
                                                                166

```
1 review peer-review published literature, but all of

2 the clinical trial results and data from every

3 manufacturer?

4     A.    Yes.

5     Q.    And you haven't done that, have you?

6     A.    No, I haven't.

7     Q.    You agree that the FDA has reviewed more

8 data concerning Seroquel than you have?
```
                              Page 140

929764.txt

9      A.   I would think so.

10     Q.   And you agree it has more experience than

11  you in analyzing the risks of medicines?

12     A.   Yes.

13     Q.   And are you aware that the FDA has conducted

14  a risk/benefit analysis of Seroquel on at least six

15  separate occasions?

16     A.   I don't know the numbers.  I'm aware that

17  they have conducted risk/benefit...

18     Q.   And you're aware the FDA conducted a

19  risk/benefit analysis of Seroquel on numerous

20  occasions?

21     A.   Yes.

22     Q.   And you're aware that the FDA's concluded

23  each time that Seroquel was safe and effective?  Or

24  do you not know that?

25     A.   My understanding is that the FDA has

                                                      167

1  repeatedly indicated that AstraZeneca has not been --

2  has not provided adequate warnings and concerns to

3  clinicians in their packaging inserts and in their

4  marketing.

5      Q.   Well, the label's updated from time to time;

6  correct?

7      A.   Yes.

8      Q.   And you're aware that in order for a

9  medicine to be sold in the United States, the FDA has

10  to have determined that it's safe and effective?

11          MR. BRUDNER:  Objection.  Asked and

12  answered.

13          THE WITNESS:  Yes.

                        Page 141

929764.txt

14  BY MR. BLATT:

15      Q.    And you're aware that Seroquel is sold in

16  the United States; correct?

17      A.    Yes.

18      Q.    So you're aware, are you not, that the FDA's

19  determined that Seroquel is safe and effective?

20          MR. BRUDNER:  Objection.  Asked and

21  answered.

22          THE WITNESS:  The FDA considered it safe and

23  effective to be brought out onto the market.

24  BY MR. BLATT:

25      Q.    Are you aware that every time that Seroquel

                                                        168

1  is approved for a new indication for use that the FDA

2  has to make a determination that it is safe and

3  effective for that indication?

4      A.    Yes.

5      Q.    And you're aware that in 1997, Seroquel was

6  approved for treating manifestation of psychotic

7  disorders?

8      A.    Yes.

9      Q.    And you're aware that the FDA, in 1997,

10  found that Seroquel was safe and effective for

11  treating manifestation for psychotic disorders?

12      A.    Yes.

13      Q.    You're aware that the FDA approved Seroquel

14  for use for treating schizophrenia in 2001?

15      A.    Yes.

16      Q.    You're aware that the FDA in 2001 concluded

17  that Seroquel was safe and effective for treating

18  schizophrenia?

                        Page 142

929764.txt

19      A.    Yes.

20      Q.    You're aware that the FDA approved the use

21  of Seroquel in 2004 for treating acute manic episodes

22  associated with bipolar?

23      A.    Yes.

24      Q.    You're aware that the FDA concluded, in

25  2004, that Seroquel was safe and effective for

169

1  treating acute manic episodes associated with

2  bipolar I disorder?

3      A.    Yes.

4      Q.    You're aware that the FDA, in 2006, approved

5  Seroquel for treating depressive episodes associated

6  with bipolar I disorder?

7      A.    Yes.

8      Q.    And you're aware that the FDA, in 2006,

9  concluded that Seroquel was safe and effective for

10  treating depressive episodes associated with

11  bipolar I disorder?

12      A.    Yes.

13      Q.    You're aware that the FDA, in 2007, approved

14  Seroquel for treating -- strike that.

15          You're aware that the FDA, in 2007, approved

16  Seroquel XR for treating schizophrenia?

17      A.    Yes.

18      Q.    And you're aware that the FDA concluded in

19  2007 that Seroquel XR was safe and effective for

20  treating schizophrenia?

21      A.    Yes.

22      Q.    You're aware that the FDA concluded in 2007

23  that Seroquel XR was safe and effective for

Page 143

929764.txt

24  maintenance treatment of schizophrenia?

25      A.    Yes.

                                                        170

 1      Q.    Are you aware of the FDA ever concluding

 2  that Seroquel was not safe and effective?

 3      A.    I think they are two separate issues.   I

 4  think that the FDA has repeatedly raised concerns

 5  about the safety, and that is there in the FDA -- the

 6  documents between the FDA and AstraZeneca all the way

 7  up to 2006.

 8      Q.    Do you disagree with the determinations of

 9  the FDA in 1997, 2001, 2004, 2006, and 2007 that

10  Seroquel was safe and effective?

11      A.    No, I don't.

12      Q.    Can you identify any scientific data the FDA

13  did not consider but should have when approving

14  Seroquel was safe and effective in 1997 through 2007?

15      A.    I don't know.

16      Q.    Are you aware of any -- I asked you, "Can

17  you identify any scientific data?"  Are you aware of

18  any?

19      A.    Well, the adverse-effect data and the

20  warning data has been brought up.  I mean, you've

21  got --

22      Q.    Doctor?

23            MR. BRUDNER:  You don't have to interrupt

24  him.

25            MR. BLATT:  He's not answering the question.

                                                        171

 1            MR. BRUDNER:  He gets to answer it.

 2            MR. BLATT:  I withdraw the question.

                        Page 144

929764.txt

3   BY MR. BLATT:

4       Q.    Are you aware of any scientific data that

5   the FDA did not consider but should have considered

6   when approving Seroquel as safe and effective in

7   1997?

8       A.    No.

9       Q.    Or when it approved it in 2001?

10      A.    I don't know.

11      Q.    Okay.  Can you identify any scientific data

12  the FDA didn't consider but should have when it

13  approved Seroquel as safe and effective in 2004?

14      A.    I don't know.

15      Q.    Or in 2006 or in 2007?

16          MR. BRUDNER:  Objection.  Form.

17  BY MR. BLATT:

18      Q.    Okay.  Are you aware of the FDA ever

19  concluding that Seroquel caused diabetes?

20      A.    No.

21      Q.    Are you aware of the FDA ever concluding

22  that Seroquel caused hyperglycemia?

23      A.    No.

24          Are you aware of the FDA ever concluding

25  that the incidence of diabetes or hyperglycemia with

                                                    172

1   Seroquel was any higher than with any other atypical

2   antipsychotic?

3       A.    No.

4       Q.    Are you aware of the FDA ever concluding

5   that the risk of diabetes or hyperglycemia with

6   Seroquel outweighed its benefits?

7       A.    No.

                        Page 145

929764.txt

8      Q.    Are you aware of the FDA ever concluding

9  that the risks of Seroquel outweighed its benefit for

10  any type of patient?

11      A.    Yes.

12      Q.    What type of patient?

13      A.    They have -- my understanding is that the

14  FDA has said if someone has diabetes or who's at

15  serious risk for diabetes, shouldn't be put on these

16  medications.

17      Q.    Is it contraindicated?

18      A.    No, it's not.

19      Q.    Are you aware of the FDA ever concluding

20  that the risks of Seroquel outweighed its benefits

21  for patients with bipolar disorder?

22      A.    No.  I think the risks -- the warnings are

23  about specific patients.  It's not about the

24  medication not being effective or not being safe for

25  some people.  The whole issue is about adequate

                                                    173

1  warning.

2      Q.    Are you aware of any occurrence of diabetes

3  or hyperglycemia in any clinical trial involving

4  Seroquel that was not reported to the FDA?

5      A.    No.

6      Q.    Are you aware that the FDA must approve

7  every word on every label?

8      A.    I don't know.

9      Q.    I'm asking:  Are you aware?

10      A.    My previous answer was "I don't know" not

11  "No."

12      Q.    Let me ask you, can you identify any

                          Page 146

929764.txt

13  occurrence of diabetes or hyperglycemia in any

14  clinical trial involving Seroquel that was not

15  reported to the FDA?

16      A.    I don't know.

17      Q.    You're not aware of any?

18      A.    I'm not aware.

19      Q.    Are you aware the FDA must approve every

20  word in every label of every medicine sold in the

21  United States?

22      A.    I don't think so.

23      Q.    Okay.  Are you aware that if the FDA

24  believes a label should be changed in any way, it can

25  require a manufacturer to make that change?

                                                        174

1       A.    Yes.

2       Q.    Are you aware that the 1997 Seroquel label,

3   the one that came out when it was first introduced,

4   identified weight gain as an adverse event?

5       A.    Yes.

6       Q.    Are you aware that the 1997 label, the label

7   that accompanied Seroquel when it first came out,

8   stated that in placebo-controlled clinical trials,

9   there was a statistically significant greater

10  incidence of weight gain in people taking Seroquel

11  than people taking placebo?

12      A.    Yes.

13      Q.    Are you aware that the label in 1997 from

14  the first day that Seroquel came out indicated that

15  the incidence of people gaining more than 7 percent

16  of their weight was -- in a randomized clinical trial

17  was 23 percent on Seroquel and 6 percent on placebo?

929764.txt

18    A.    Yes.

19    Q.    Are you aware that the incidence of weight

20 gain with Seroquel has been stated in the label since

21 it was introduced in 1997?

22    A.    Yes.

23    Q.    And are you aware that the label also from

24 day one in 1997 listed hyperglycemia and diabetes as

25 adverse events?

175

1    A.    Yes.

2    Q.    Are you aware that the label from day one

3 with Seroquel reported that hyperglycemia and

4 diabetes occurred in some people taking Seroquel?

5    A.    Yes.

6    Q.    You're aware that in January 2004, a warning

7 was added about the potential for diabetes and

8 hyperglycemia to the Seroquel label?

9    A.    Yes.

10    Q.    And you're aware that the label, beginning

11 in January 2004, contained a warning that

12 hyperglycemia has been reported in patients treated

13 with atypical antipsychotics including Seroquel?

14    A.    Yes.

15    Q.    And you're aware that the label warned that

16 assessing the relationship between atypical

17 antipsychotic use and glucose abnormality is

18 complicated by the possibility of an increased

19 background risk of diabetes in patients taking the

20 medicine?

21    A.    Yes.

22    Q.    And you agree with that?

Page 148

929764.txt

23     A.    Yes.

24     Q.    You're aware that the label for Seroquel,

25   from January 2004 onwards, warned that given these

176

1    confounders, the relationship between atypical

2    antipsychotic use and hyperglycemia-related adverse

3    events is not completely understood?

4      A.    Yes.

5      Q.    And you agree with that?

6      A.    Yes.

7      Q.    You're aware that the label, since

8    January 1st, 2004, has warned that epidemiological

9    studies suggest an increased risk of

10   treatment-emergent, hyperglycemia-related adverse

11   events in patients treated with atypical

12   antipsychotics?

13     A.    Yes.

14     Q.    And you agree with that?

15     A.    Yes.

16     Q.    And you're aware that since January 2004 the

17   label advised that precise risk estimates about an

18   increased risk of treatment-emergent,

19   hyperglycemia-related adverse events in people

20   treated with atypical antipsychotic was not

21   available?

22     A.    But they did -- my understanding is that the

23   FDA indicated that the numbers like .01, as the

24   company claimed from post-marketing responses, were

25   not true estimates of risk.

177

929764.txt

1    Q.    Doctor, you're aware that the label, since

2  January 1st -- strike that.

3          You're aware that the label, since January

4  2004, has advised that there -- that precise risk

5  estimates of the risk of treatment-emergent,

6  hyperglycemia-related adverse event in patients

7  treated with atypical antipsychotics were not

8  available?

9    A.    Yes.

10   Q.    And you're aware that the -- all of these

11 items that were in the January 2004 label are

12 currently on the label today; correct?

13   A.    Yeah.

14   Q.    These things have continuously been on the

15 label since January 2004?

16   A.    I believe some things were changed in 2006.

17   Q.    Other things have been added, but all of

18 these things have been on the labels continuously

19 since January 2004; you're aware of that?

20   A.    Yes.

21   Q.    And you're aware that this warning about

22 diabetes/hyperglycemia was placed by the FDA on the

23 label of every atypical antipsychotic in the United

24 States?

25   A.    Yes.

                                                      178

1    Q.    And you're aware that the FDA has reached no

2  different conclusion about these matters today than

3  it did in 2004?

4    A.    Yes.

5    Q.    And you're aware that the language that was

929764.txt

6  added to the label in January 2004 is what the FDA

7  determined was the appropriate language to add to the

8  label of all atypical antipsychotics?

9       A.    Yes.

10      Q.    And you'd agree with the FDA's determination

11 that that language was appropriate?

12      A.    Well, the FDA itself says that -- that --

13 the marketing is still saying that hyperglycemia is

14 very rare.  And in 2006, they took objection to that

15 language.

16      Q.    Doctor, I'm talking about the label; okay?

17           Do you understand I'm talking about the

18 label right now?

19      A.    Yes.

20      Q.    Okay.  And my question was:  You'd agree

21 with the FDA's determination that the language that

22 it required of all atypical antipsychotics to be

23 added in 2004 was appropriate language for the

24 medicines?

25      A.    Yes.

                                                  179

1       Q.    Including Seroquel?

2       A.    Yes.

3       Q.    And you're aware that the label, since 2004,

4  has been changed to, among other things, add

5  additional data about, for example, weight gain?

6       A.    Yes.

7       Q.    And are you aware of any article published

8  before 2004 stating that the label of Seroquel was

9  inadequate?

10      A.    No.

                        Page 151

929764.txt

11        Q.    Are you aware of any article published since

12   2004 stating that the label of Seroquel is

13   inadequate?

14        A.    No.

15        Q.    Are you aware that the FDA has repeatedly

16   determined that weight-gain data are appropriately

17   placed in the adverse event section of the Seroquel

18   label?

19             MR. BRUDNER:   Objection.   Form.

20             THE WITNESS:   I don't know.

21   BY MR. BLATT:

22        Q.    You don't know whether weight-gain data is

23   contained in the Seroquel label?

24             MR. BRUDNER:   Objection.   Form.

25             THE WITNESS:   My understanding is it used to

                                                           180

1    be in the adverse effect data.   Now I believe it's in

2    the warning section now.

3    BY MR. BLATT:

4         Q.    Wherever the data is, you would not --

5    strike that.

6              Wherever the weight-gain data is in the

7    Seroquel label, you'd agree that -- strike that.

8              Wherever the weight-gain data is in the

9    Seroquel label, you would agree that it is

10   appropriately placed in that location?

11             MR. BRUDNER:   Objection.   Form.

12             THE WITNESS:   I don't know.

13   BY MR. BLATT:

14        Q.    You have no opinion on that?

15        A.    No.   That's not for me to decide.

                      Page 152

929764.txt

16      Q.    That's for the FDA to decide?

17      A.    That's correct.

18      Q.    And you have no basis for disagreeing with

19  where the FDA decides to put the weight-gain data on

20  the Seroquel label?

21      A.    Well, I may, but it's not my call.

22      Q.    That's right.  And it would be your personal

23  opinion?

24      A.    Yes.

25      Q.    And the same with the placement of

                                                        181

1  hyperglycemia and diabetes in the warnings section of

2  the Seroquel label since January 2004?  That's the

3  call of the FDA?

4      A.    Yes.

5      Q.    And you have no basis for disputing or

6  disagreeing with their call; is that correct?

7      A.    That's correct.

8      Q.    You're aware that the FDA has said that the

9  studies of atypical antipsychotics and diabetes are

10  confounded?

11      A.    Yes.

12      Q.    And you agree with that?

13      A.    Yes.

14      Q.    And that you're aware that -- strike that.

15            You're aware that the FDA, in fact, wrote to

16  AstraZeneca in 2006 and stated that an increased risk

17  of diabetes or hyperglycemia may be due to

18  confounding factors?

19      A.    I don't.  I'd have to look at that.  You

20  would have to give me the specific document that says

                        Page 153

929764.txt
21  that, unless I referenced it here.

22      Q.    If you can look to page 46 to 47 of your

23  report where you're quoting from the 2006 document,

24  do you see that the FDA states that "The increased

25  risk of treatment-emergent, hyperglycemia-related

182

1  adverse events in patients treated with atypical

2  antipsychotic may be due to confounding factors"?

3      A.    I'm sorry.  Could you -- I am on page 46.

4      Q.    If you can turn to 47.  46 is where the

5  document starts, but you can see that in the first

6  full paragraph on page 47 you're quoting the FDA as

7  telling AstraZeneca that "The increased risk of

8  treatment-emergent, hyperglycemia-related adverse

9  event in patients treated with atypical

10  antipsychotics may be due to confounding factors"?

11      A.    Yes.

12      Q.    And you agree with that?

13      A.    Yes.

14      Q.    You're not an expert in the regulatory

15  requirements by which drugs are approved, labeled, or

16  marketed in foreign countries?

17      A.    I'm not.

18      Q.    And you've never prepared a foreign label

19  for a medicine?

20      A.    No.

21      Q.    You don't know the regulatory requirements

22  by which medicines are approved, labeled, or marketed

23  in foreign countries?

24      A.    I don't.

25      Q.    Including Japan; correct?

929764.txt

1       A.      I don't.

2       Q.      Or the European Union?

3       A.      I don't.

4       Q.      New Zealand?

5       A.      I don't.

6       Q.      And the Netherlands or wherever the Dutch

7    authorities are?

8       A.      No, I do not.

9       Q.      Do you know if the regulatory requirements

10   governing the approval, labeling, and marketing of

11   medicines in foreign countries differs from that of

12   the United States?

13      A.      I would -- I would think so.

14      Q.      But you don't know?

15      A.      I don't know.

16      Q.      And if they differ, do you know how they

17   differ?

18      A.      No, I don't.

19      Q.      You don't know whether Japan, for example,

20   has different standards than the United States for

21   listing adverse event data?

22      A.      I don't know what the standards are.

23      Q.      You don't know what the different sections

24   are of the Japanese label?

25      A.      No, I don't.

184

1       Q.      Have you ever seen a foreign label for

2    Seroquel?

3       A.      Not that I recall.

4       Q.      Do you know whether the FDA received a copy

929764.txt

5  of the Japanese label for Seroquel?

6      A.   I don't know.

7      Q.   Do you know what percentage of people who

8  have taken Seroquel have been reported to have

9  diabetic ketoacidosis?

10      A.   Well, according to -- I don't know.  There's

11  a lot of numbers thrown, but I don't know.

12      Q.   Do you know what percentage of people who

13  have taken Seroquel have been reported to have a

14  diabetes-related fatality?

15      A.   I don't.

16      Q.   Do you know the order of magnitude of the

17  reported incidents of diabetic ketoacidosis with

18  Seroquel or with any atypical?

19      A.   No, I don't know the exact.  But there is

20  data like, for example, 130,000 people exposed to

21  Seroquel, and with that belief, either 17 or 20

22  hyperglycemic ketoacidosis and one death in Japan.

23      Q.   Do you know what the totality of the data

24  are?

25          MR. BRUDNER:  Objection.  Form.

185

1  BY MR. BLATT:

2      Q.   Out of the millions of people who have taken

3  Seroquel, do you know how many people have been

4  reported to have experienced diabetic ketoacidosis?

5      A.   No, I don't.

6      Q.   Do you know whether the incidence is 1 in

7  1,000 patients, 1 in 10,000 patients, 1 in 100,000

8  patients?

9      A.   No.

Page 156

929764.txt

10      Q.   If an event occurs in less than .1 percent

11  of people, in other words, 1 in 1,000 people, would

12  you consider that to be rare?

13      A.   I don't know what qualifies for rare in --

14  when it's referred in this context.

15      Q.   You don't know what the FDA considers to be

16  rare?

17      A.   Not off the top of my head, no.

18      Q.   Well --

19      A.   I don't know.

20      Q.   Off the top of your head or otherwise, do

21  you have any idea of what event rate the FDA

22  considers to be rare?

23      A.   What I'm aware of is that AstraZeneca's

24  premise that was on 0.01 percent, they did not

25  consider that as being an accurate representation.

                                                        186

1      Q.   Doctor, move to strike.

2           Do you know what the reported incident rate

3  of an adverse event is that the -- such that the FDA

4  considers it to be rare?

5      A.   No.

6      Q.   You don't know what the incident rate the

7  FDA considers as qualifying -- strike that.

8           Have you reviewed any depositions of

9  Ms. Carter's doctors?

10      A.   Yes, I have.

11      Q.   Can you recall anything they said you

12  disagreed with?

13      A.   Yes.

14           MR. BRUDNER:  Objection.  Form.

929764.txt

15  BY MR. BLATT:

16      Q.    What?

17      A.    I don't agree with Dr. Lado.  I believe it

18  was Dr. Lado who said that in spite of knowing all

19  that he -- in spite of the current level of warning,

20  that he would feel comfortable prescribing -- he

21  would do exactly the same thing.  I disagree with

22  that.

23      Q.    That's his opinion; right?

24      A.    That's his opinion.

25      Q.    Anything else that you disagreed with any of

187

1  the doctors in their testimony?

2              MR. BRUDNER:   Same objection.

3              You may answer.

4              THE WITNESS:  Yes.

5              MR. BRUDNER:  If you know what he's

6  asking...

7              THE WITNESS:  Yes.  Dr. -- I believe it was

8  Dr. Lokitus, L-o-k-i-t-u-s, had indicated that there

9  was no evidence -- that there was no evidence of

10  concern for elevated blood sugars.  And there is a

11  report from 11/8/2002, that shows a fasting blood

12  sugar taken at 6:00 in the morning that shows, I

13  believe, it's 127.

14              So I think that there is evidence of

15  elevated blood sugar -- fasting blood sugar that

16  either he didn't know about it, or if he knew, it

17  didn't take into account.

18  BY MR. BLATT:

19      Q.    Anything else that any doctor testified to
                        Page 158

929764.txt

20    that you disagreed with?

21          MR. BRUDNER:  Same objection.

22          THE WITNESS:  No, not that I can recall.

23    BY MR. BLATT:

24    Q.    I'm correct that you don't say anything in

25    your report about what Ms. Carter's psychiatrist knew

188

1     about the risk of Seroquel; correct?

2     A.    No.  I haven't commented on it.

3     Q.    You don't know whether any were aware of a

4     risk of weight gain or diabetes or hyperglycemia with

5     Seroquel?

6     A.    Well, my best recall is that they indicated

7     that -- I don't remember which ones, but I believe

8     one of them said that he knew that it could cause

9     weight gain and diabetes, but he didn't consider her

10    to be in the group that would be at risk.

11          MR. BLATT:  Nonresponsive.  Move to strike.

12    BY MR. BLATT:

13    Q.    Are you aware of whether -- strike that.

14          You have no basis for disputing that

15    Ms. Carter's psychiatrists who prescribed Seroquel

16    were aware of the risk of weight gain, diabetes, and

17    hyperglycemia with atypical antipsychotics?

18          MR. BRUDNER:  Objection.  Form.

19          THE WITNESS:  No.

20    BY MR. BLATT:

21    Q.    You have no basis for disputing that?

22    A.    No, I do.

23    Q.    Okay.

24    A.    The -- the deposition suggests that they

Page 159

929764.txt

25   were not aware of the weight issue.

189

1        Q.    Are you aware Dr. Caignet testified that,
2    when prescribing Seroquel to Ms. Carter, there was a
3    warning on the label concerning diabetes and
4    hyperglycemia?
5        A.    Yes.
6        Q.    Are you aware that Dr. Lado testified he
7    told patients like Ms. Carter about the potential for
8    diabetes or sugar problems?
9            MR. BRUDNER:   Objection.   Form, misstates
10   testimony.
11           THE WITNESS:   I don't have a specific recall
12   of what he says.
13   BY MR. BLATT:
14       Q.    Are you aware Dr. Lokitus testified he
15   considered the risk of possible weight gain and
16   hyperglycemia before prescribing Seroquel to
17   Ms. Carter?
18           MR. BRUDNER:   Objection.   Form.   Same
19   objection.
20           THE WITNESS:   I don't have a specific
21   recall.
22   BY MR. BLATT:
23       Q.    Okay.   Are you aware of any evidence that
24   Ms. Carter's psychiatrists were improperly influenced
25   by AstraZeneca or its sales representatives in

190

1    providing Seroquel?   Did any of them testify to that?
2        A.    No.

Page 160

929764.txt

3          MR. BRUDNER:  Objection.  Form.  I'm sorry,

4    that was two different questions.

5    BY MR. BLATT:

6          Q.    Did any of Ms. Carter's psychiatrists

7    testify that they felt they were improperly

8    influenced by AstraZeneca or AstraZeneca's sales

9    representatives to prescribe Seroquel?

10         A.    As far as AstraZeneca is concerned, the

11   information that was in the packaging in 2002 and up

12   to 2004 did not emphasize the seriousness of the

13   hyperglycemia and diabetes risk.

14         Q.    Did any testify that they were improperly

15   influenced?

16         A.    No.

17         Q.    We talked earlier about off-label use and

18   the prescription of medicines for off-label use.  Is

19   that common practice in psychiatry?

20         A.    Yes.

21         Q.    That's where doctors prescribe a medicine

22   for indications not yet approved by the FDA?

23         A.    Yes.

24         Q.    And you have done that yourself?

25         A.    Yes.

                                                      191

1          Q.    Including with respect to Seroquel?

2          A.    Yes.

3          Q.    And you're aware that the FDA is aware that

4    off-label use occurs?

5          A.    Yes.

6          Q.    And you're aware that the American

7    Psychiatric Association knows that atypical

                        Page 161

929764.txt

8  antipsychotics are used off-label?

9       A.    Yes.

10      Q.    And they've never said that that's improper;

11  correct?

12      A.    I don't know what that means.

13      Q.    Are you aware of the American Psychiatric

14  Association saying, "Stop using atypical

15  antipsychotics off-label"?

16      A.    No.

17      Q.    Are you aware of any medical organization or

18  authority or the FDA ever saying, "Don't use atypical

19  antipsychotics off-label"?

20      A.    No.

21      Q.    What's the half life of Seroquel?  Do you

22  know?

23      A.    I think it's about eight hours.

24      Q.    How long does it therefore mean that --

25  strike that.

                                                    192

1            How long does it therefore take for Seroquel

2  to clear through your body?

3       A.    Well, half of it's out in about six or eight

4  hours.  That's the premise for the double dosing.  I

5  would imagine its about three times as much.

6       Q.    So in about 24 hours Seroquel's cleared

7  through your body?

8       A.    That's my guess.

9       Q.    If its half life is 7 hours, it would be 21

10  hours for it to clear through?

11      A.    Right.

12      Q.    Half life means half of it's out in, say,

                      Page 162

929764.txt

13   seven hours, if that's the half life?

14        A.   Right.

15        Q.   And that half of that later, 10 1/2 hours

16   after you've taken Seroquel, it means that 75 percent

17   of it's out of your body?

18        A.   Yes.

19        Q.   You agree that doctors receive information

20   from a variety of sources about medicine?

21        A.   Yes.

22        Q.   Including from labels?

23        A.   Yes.

24        Q.   Conferences?

25        A.   Yes.

                                                      193

1        Q.   Colleagues?

2        A.   Yes.

3        Q.   Their own clinical experience?

4        A.   Yes.

5        Q.   Articles?

6        A.   Yes.

7        Q.   And you've spoken with sales representatives

8    from pharmaceutical companies?

9        A.   Yes.

10       Q.   Including AstraZeneca?

11       A.   Yes.

12       Q.   And can you recall the name of any

13   AstraZeneca sales representative that you've spoken

14   with?

15       A.   I have, but I don't think it's -- I don't

16   want to disclose it.  I don't see the point.

17       Q.   Okay.  And I take it you found the

                          Page 163

929764.txt

18  AstraZeneca sales representatives to be professional?

19      A.    Yes.

20            MR. BRUDNER:  Objection.  Form.

21  BY MR. BLATT:

22      Q.    And you found them to be courteous?

23      A.    Yes.

24      Q.    Including with you and your staff?

25      A.    Yes.

                                                  194

1       Q.    And you found them to be honest?

2       A.    No.

3       Q.    No?  Who have you not found to be honest?

4       A.    Well, you know, I mean, I start with the

5  premise that they are going to be saying what they

6  have been taught to say, so --

7       Q.    Doctor, my question is:  Who have you found

8  not to be honest?

9       A.    You mean one person?

10      Q.    Yes.

11      A.    I can say that all pharmaceutical detailing

12  people tend to engage in a certain level of

13  misinformation.

14      Q.    Can you identify anybody from AstraZeneca

15  who you think has been dishonest or given you

16  misinformation?

17      A.    Oh, yeah, sure.  Absolutely.  For years, the

18  pitch was --

19      Q.    Can you identify them?

20            MR. BRUDNER:  Wait a minute.  You're

21  interrupting him.  I understand that your objection

22  is that it's nonresponsive, but you don't get to jump

                         Page 164

929764.txt
23  on him and beat him.  All right?

24  BY MR. BLATT:

25      Q.    Can you identify the name of an AstraZeneca

195

1   sales representative who has not been, in your view,

2   honest?  And if so, please state the name.

3       A.    I'm not going to identify a person.  I can

4   only say that throughout the time that there has been

5   detailing, I think that they have provided

6   information that is not -- that is misleading.

7       Q.    What article or information?

8       A.    Well, I think about the -- about the weight

9   neutrality, the weight loss.

10      Q.    The Brecher article?

11      A.    The Brecher article for one.  But just the

12  pitch that this is a -- this is a weight losing --

13  and then the later, that it's weight neutral.  It

14  started out with the weight-losing story --

15      Q.    Who told you it was weight losing?

16      A.    The reps do.  I can't name a specific rep,

17  but there was clearly a pitch made that "This is a

18  drug that is going to help your patients not gain

19  weight."

20      Q.    Can you identify a single person who said

21  that --

22      A.    No.

23      Q.    -- by name?

24      A.    No.

25      Q.    Did there come a time when you told any

196

1   sales representatives of any company that you would
                    Page 165

929764.txt

2  not see them because you were reducing your patient

3  load in order to focus on forensic legal work?

4      A.   I did.

5      Q.   And when did that occur?

6      A.   I think it occurred about last year.

7      Q.   Okay.

8      A.   It wasn't just for AstraZeneca, though.

9      Q.   It was industrywide?

10     A.   Yeah, it was just in terms of conserving my

11  time.

12     Q.   Conventional antipsychotics have serious

13  side effects?

14     A.   Yes.

15     Q.   And you mentioned extrapyramidal side

16  effects?

17     A.   Yes.

18     Q.   Including dystonic reactions?

19     A.   Yes.

20     Q.   What's that?

21     A.   Dystonic reactions are where you have

22  asymmetrical -- or when muscle groups work in ways

23  that opposing muscle groups don't simultaneously

24  relax, causing muscle spasm and stiffness and posture

25  that can be painful.

                                              197

1      Q.   And conventional antipsychotics can also

2  result in Parkinsonism?

3      A.   Yes.

4      Q.   And what is that?

5      A.   Parkinsonism is the symptoms and signs of

6  loss of muscle control, muscle spasms, irregular

                    Page 166

929764.txt

7   movement, slowing down of movement, and having
8   irregular movements.
9        Q.    And conventional antipsychotics can also
10  result in akathisia?
11       A.    Yes.
12       Q.    And what is that?
13       A.    Akathisia is a subjective, and to a lesser
14  extent -- subjective and objective sense of extreme
15  restlessness, when a person mentally and physically
16  feels they are not at rest and feel to be in a
17  constant state of motion.
18       Q.    And conventional antipsychotics can also
19  result in tartive dyskinesia?
20       A.    Yes.
21       Q.    And that is involuntary movements?
22       A.    Tardive dyskinesia is where you get
23  involuntary movements that may be sustained.
24       Q.    Conventional antipsychotics also can result
25  in prolactinemia?

                                                        198

1        A.    Yes.
2        Q.    That would be elevated prolactin?
3        A.    Yes.
4        Q.    And also they can result in sexual
5   dysfunction?
6        A.    Yes.
7        Q.    And neuroleptic malignant syndrome?
8        A.    Yes.
9        Q.    Which is possibly fatal?
10       A.    Yes.
11       Q.    And they also can result in arrhythmias?
                          Page 167

929764.txt

12      A.      Yes.
13      Q.      And blindness?
14      A.      Yes.
15      Q.      And these side effects can make it
16  intolerable for some people to take conventional
17  antipsychotics?
18      A.      Yes.
19      Q.      Those side effects limit the use of
20  conventional antipsychotics?
21      A.      Yes.
22      Q.      And you warned people about those side
23  effects when you gave them conventional
24  antipsychotics?
25      A.      Yes.

                                                        199

1       Q.      The risk of those side effects led to the
2   development of second-generation atypical
3   antipsychotics?
4       A.      Yes.
5       Q.      Seroquel among them?
6       A.      Yes.
7       Q.      You agree that all medicines have side
8   effects?
9       A.      Yes.
10      Q.      Including Seroquel?
11      A.      Yes.
12      Q.      You agree that compared to other
13  antipsychotics, Seroquel has little to no
14  extrapyramidal side effects?
15      A.      Yes.
16      Q.      And including drug-induced Parkinsonism?
                        Page 168

929764.txt

17      A.      Yes.

18      Q.      And akathisia, tardive dyskinesia,

19  prolactinemia, and sexual disfunction?

20      A.      Yes.

21      Q.      All of those parameters are improved,

22  generally, with Seroquel than with other

23  antipsychotics?

24              MR. BRUDNER:   Objection to form.

25  ///

                                                        200

1  BY MR. BLATT:

2      Q.      I'll say it again.  All of those side

3  effects that are the side effects of conventional

4  antipsychotics, you find less of that, typically,

5  with patients who use Seroquel?

6      A.      Yes.

7      Q.      And you've told medical students for years

8  now that Seroquel is a good choice for an

9  antipsychotic?

10      A.      Only as much as I have -- I have said that

11  in general, the older antipsychotics have most side

12  effects and complications and tolerability issues,

13  and the newer ones are more tolerated.

14              I have never told anyone that this is the

15  best or that is the best.  I think that is an

16  individual -- I think it pertains to each individual

17  patient, what's going to be best for them.

18      Q.      You've told medical students that Seroquel

19  is among the antipsychotics they should consider when

20  choosing to prescribe an antipsychotic to an

21  individual patient?

                    Page 169

929764.txt

22    A.    Yes.

23    Q.    Compared to risperidone, Seroquel has less

24   extrapyramidal symptoms; correct?

25    A.    Yes.

201

1    Q.    Less prolactin elevation; correct?

2    A.    Yes.

3    Q.    And compared to clozapine, Seroquel does not

4   cause agranulocytosis?

5         MR. BRUDNER:   I'm going to object to that

6   pronunciation.

7         MR. BLATT:   That was the text

8   mispronunciation.

9   BY MR. BLATT:

10    Q.    How do you say the word?

11    A.    Agranulocytosis,

12   a-g-r-a-n-u-l-o-c-y--t-o-s-i-s.

13    Q.    And compared to clozapine, Seroquel doesn't

14   result in that?

15    A.    That's correct.

16    Q.    Or seizures?

17    A.    That's correct.

18    Q.    And you're aware that the randomized

19   clinical trial data indicate that people taking

20   clozapine gained significantly more weight that

21   people taking Seroquel?

22    A.    Yes.

23    Q.    And you're aware that the American

24   Psychiatric Association and the American Diabetes

25   Association have concluded that as well?

202

929764.txt

1     A.    Yes.

2     Q.    And you're aware that the American

3  Psychiatric Association and the American Diabetes

4  Association have concluded that the data consistently

5  show an increased risk for diabetes in patients

6  treated with clozapine?

7     A.    Yes.

8     Q.    You're aware that they concluded, also, that

9  the risk of diabetes in patients taking Seroquel is

10  less clear?

11    A.    Yes.

12    Q.    And you agree with that?

13    A.    Yes.

14    Q.    And they say the same thing about

15  olanzapine, that the -- the American Psychiatric

16  Association and the American Diabetes Association

17  have concluded that the data consistently show an

18  increased risk for diabetes in patients treated with

19  olanzapine?

20    A.    Yes.

21    Q.    And the risk of diabetes in patients taking

22  Seroquel is less clear?

23    A.    Yes.

24    Q.    You agree with that?

25    A.    Yes.

                                                    203

1     Q.    Am I correct that you have not reviewed all

2  of the data concerning weight gain or loss or weight

3  change in all of the randomized clinical trials

4  involving Seroquel?

                     Page 171

929764.txt

```
 5    A.    Yes.

 6    Q.    Is that correct?

 7    A.    Yeah.  That's an assumption that I make,

 8 that I haven't seen everything that's out there.

 9    Q.    How much weight do users of Seroquel gain,

10 on average?

11    A.    Well, there's different numbers that have

12 been given, all the way to some weight loss to, I

13 believe, 8 kilograms.

14    Q.    Do you know what the average is if you look

15 at all the data on weight gain?

16    A.    I think it's about 3 kilograms.

17    Q.    Okay.  Are you aware of what the randomized

18 clinical trials of Seroquel show in terms of what

19 percentage of people who take Seroquel gain weight?

20    A.    Yeah.  I believe it was 23 percent.

21    Q.    And -- well, that's the percent -- strike

22 that.

23          Do you know what percentage -- I'm sorry --

24 you're aware that was just one randomized clinical

25 trial?
```

204

```
 1    A.    Over time my understanding is roughly

 2 40 percent of the people gain weight.

 3    Q.    That's based on reviewing all the randomized

 4 clinical trial data?

 5    A.    I can't say that.

 6    Q.    So you don't know what the -- if you look at

 7 all the randomized clinical trial data, what the

 8 average weight gain is on Seroquel?

 9    A.    No.
```

929764.txt

10          Q.     And you don't know what percentage of people
11     end up gaining weight on Seroquel if you look at all
12     the randomized clinical trial data?
13          A.     No, I don't.
14          Q.     You're aware that not everyone who takes
15     Seroquel gains weight?
16          A.     I'm aware of that.
17          Q.     Are you aware that some studies show little
18     or no weight gain in Seroquel users?
19          A.     Yes.
20          Q.     And you agree there is a risk of weight gain
21     with all atypical antipsychotics?
22          A.     I think the risk is very little with Geodon
23     and Abilify.
24          Q.     Their labels identify weight gain as a
25     potential adverse effect.  You're aware of that?

                                                        205

1          A.     Yes.
2          Q.     And you're aware that weight gain is a
3     potential side effect of conventional antipsychotics?
4          A.     Yes.
5          Q.     And also of clozapine, risperidone, and
6     olanzapine?
7          A.     Yes.
8          Q.     And the risk of weight gain with
9     conventional antipsychotics has been known for
10     decades?
11          A.     Yes.
12          Q.     And the risk of weight gain with atypical
13     antipsychotics has been known since they were
14     introduced?

                        Page 173

929764.txt

15      A.    Yes.

16      Q.    Weight gain can be monitored and managed by

17  either a psychiatrist, like yourself, or the general

18  practitioner, the physician of the patient?

19      A.    Yes.

20      Q.    And for some patients, weight gain can

21  indicate improvement?

22      A.    Some patients.

23      Q.    For instance, a patient who has anorexia,

24  weight gain can indicate improvement?

25      A.    Yes.

                                                        206


1       Q.    Have you read any published studies by

2   Dr. Arvanitis?

3       A.    Yes.

4       Q.    Published studies?

5       A.    Yes.

6       Q.    Okay.  You're aware that Dr. Arvanitis, as

7   well as other AstraZeneca scientists, have published

8   trial results showing weight gain in people taking

9   Seroquel?

10      A.    Yes.

11      Q.    You're aware that Dr. Arvanitis published an

12  article in 1997, the year Seroquel came out,

13  reporting that clinically significant weight gain was

14  seen in greater proportions of Seroquel-treating

15  patients than patients taking Haldol or placebo?

16      A.    Yes.

17      Q.    You're aware that AstraZeneca employees

18  published articles as early as 1997 -- strike that.

19            You're aware that authors of a published

                        Page 174

929764.txt

20  article, after they present their methodology and

21  data from a clinical trial, they then typically give

22  their view of the data and its significance?

23      A.    Yes.

24      Q.    That's the way medical literature typically

25  reads:  methodology, results, discussion?

207

1      A.    Yes.

2      Q.    Okay.  And it's not -- it's not

3  inappropriate for authors to state their opinions in

4  the discussions section of an article?

5      A.    Yes.

6      Q.    Correct?

7      A.    Yes.

8      Q.    And if authors believe, for example, that

9  weight gain may reflect well-being resulting from

10  improvement in mental condition after taking a

11  medicine, there's nothing inappropriate for them to

12  say that if that's what they believe?

13      A.    That's correct.

14      Q.    Have you compared data concerning weight

15  gain with Seroquel to data for the other atypical

16  antipsychotics, specifically clozapine, olanzapine,

17  risperidone?

18      A.    My best understanding is that the clozapine

19  and olanzapine have more than Seroquel.

20      Q.    You're aware that multiple published

21  articles have indicated that the incidence and

22  severity of weight gain on Seroquel is less than that

23  which one finds with olanzapine and clozapine?

24      A.    That's correct.

Page 175

929764.txt
25      Q.    And you're aware that more than a dozen

                                                            208

1   randomized clinical trials have found no
2   statistically increased incidence of weight gain with
3   Seroquel compared either to placebo or other
4   antipsychotics?
5       A.    Yes.
6       Q.    You're aware that the American Psychiatric
7   Association and the American Diabetes Association
8   have concluded that clozapine and olanzapine produced
9   the greatest weight gain of the atypical
10  antipsychotics?
11      A.    Yes.
12      Q.    You agree with that?
13      A.    Yes.
14      Q.    You're aware that those organizations have
15  also concluded that the weight gain with Seroquel is
16  less than that with either clozapine or olanzapine?
17      A.    Yes.
18      Q.    And you don't dispute that conclusion of the
19  APA or the ADA?
20      A.    No, I don't.
21      Q.    Okay.
22      A.    That is what we have right now.
23      Q.    That's the common understanding among
24  physicians today?
25      A.    That's correct.

                                                            209

1       Q.    And you're aware that the American
2   Psychiatric Association and the American Diabetes
3   Association have concluded that the risk of weight
                            Page 176

929764.txt

4   gain with Seroquel is not distinguishable from

5   risperidone?

6        A.   Yes.

7        Q.   And you have no basis for disputing that

8   finding of the APA and ADA?

9        A.   Well, it's what they are saying.  I mean,

10  you know, there was a time when the general sense was

11  that risperidone was more weight-gaining than

12  Seroquel, but I think over time the overall data

13  suggests that Seroquel is more weight-gaining than

14  Risperdal.

15       Q.   Doctor, my question is:  Do you dispute the

16  conclusion of the American Psychiatric Association

17  and the American Diabetes Association that the risk

18  of weight gain with Seroquel is not distinguishable

19  from Risperdal?

20       A.   I can only agree to the fact that's what

21  they're saying.

22       Q.   My question is:  Do you dispute their

23  conclusion?

24       A.   No, I don't.

25       Q.   Are you aware of any scientific evidence

                                                    210

1   demonstrating that weight gain of approximately

2   3 kilograms is associated with an increased risk of

3   diabetes?

4        A.   No.

5        Q.   Have you looked at the data concerning

6   weight gain with atypical antipsychotics to see

7   whether weight change differs by a person's baseline

8   body mass index?

                    Page 177

929764.txt

9      A.    Could you repeat the question?

10     Q.    Have you looked at the data concerning

11  weight gain with atypical antipsychotics to see

12  whether weight change differs by a person's baseline

13  BMI, or body mass index?

14     A.    No, I haven't.

15     Q.    Are you aware that multiple published

16  articles have reported that weight change on Seroquel

17  varies depending on whether a person has a low BMI or

18  a high BMI?

19     A.    Yes.

20     Q.    You're aware that multiple published studies

21  report data indicating that persons with low BMI may

22  gain weight on Seroquel but persons with high BMI may

23  lose weight?

24     A.    Yes.

25     Q.    And you're aware that Dr. Brecher and others

                                                        211

1   who joined him in one article published, in 2000,

2   data suggesting that weight gain on Seroquel varied

3   depending on whether a person had a low or a high

4   BMI?

5      A.    Yes.

6      Q.    And you're aware the article was

7   peer-reviewed?

8      A.    Yes.

9      Q.    Are you aware of any article criticizing the

10  data or conclusions that are in that article?

11     A.    I believe there is internal -- I'm not aware

12  of any articles.

13     Q.    Are you aware of any published article

                        Page 178

929764.txt

14  criticizing Dr. Brecher's study, his data, or his

15  conclusions?

16      A.   No, I'm not.

17      Q.   Are you aware of any letter to an editor

18  criticizing Dr. Brecher's study, data, or

19  conclusions?

20      A.   No, I'm not.

21      Q.   Are you aware of any published literature

22  indicating Dr. Brecher and the others who joined him

23  as authors in that article pulled data

24  inappropriately?

25      A.   No.

                                                    212


1       Q.   You're aware that, among other things,

2   Dr. Brecher reported in the 2000 article that

3   patients with a BMI of less than 18 1/2 tended to

4   gain weight, while those who were very obese with a

5   BMI greater than 35 tended to lose weight with

6   Seroquel?

7       A.   Yes.

8       Q.   And Ms. Carter had a BMI of less than 18 1/2

9   when she started Seroquel?

10      A.   Yes.

11      Q.   And she gained weight after taking Seroquel?

12      A.   Yes.

13      Q.   And that's exactly what the data in the

14  Brecher article would suggest would happen to a

15  person who had an underweight BMI of less than

16  18 1/2?

17           MR. BRUDNER:  Objection.  Form.

18           THE WITNESS:  I don't know.

            Page 179

929764.txt

19  BY MR. BLATT:

20      Q.    The data that Brecher reported was that

21  people who have a BMI of less than 18 1/2 would tend

22  to gain weight?

23      A.    Just because Brecher says that doesn't mean

24  it is so.

25      Q.    Anybody reading the Brecher article, though,

213

1  if they were relying on the Brecher article published

2  in 2000 and they were giving Seroquel to an

3  underweight patient who was less than 18 1/2 BMI,

4  would take away from the article that there was a

5  chance that that patient could gain weight with

6  Seroquel?

7            MR. BRUDNER:  Objection.  Form.

8            THE WITNESS:  I don't know.

9  BY MR. BLATT:

10      Q.    Okay.  Are you aware of any evidence that

11  any doctor who treated Ms. Carter saw the Brecher

12  article?

13      A.    I don't.

14      Q.    Are you aware of any evidence that any

15  doctor who treated Ms. Carter relied on the Brecher

16  article for anything?

17      A.    No, I don't.

18      Q.    Are you aware that authors -- of the authors

19  who are not employed by AstraZeneca -- have observed

20  that weight loss may occur in severely obese patients

21  treated with Seroquel?

22      A.    I don't have a specific recall.

23      Q.    So sitting here, you're not aware of any

Page 180

929764.txt

24   such articles?

25      A.   I don't -- I cannot recall that.  I know

                                                    214

1    that there are articles that have described various

2    weight profiles with Seroquel --

3       Q.   My question is:  Are you aware that there

4    are people, other than AstraZeneca employees, who

5    have published articles indicating that weight loss

6    may occur in severely obese patients treated with

7    Seroquel?

8       A.   I don't know.

9       Q.   Okay.  Are you aware that authors not

10   employed by AstraZeneca have published articles

11   indicating that Seroquel is weight neutral overall?

12      A.   I'm aware of that.

13      Q.   And you're aware that, in fact, there is

14   more than one such article?

15      A.   Yes.

16      Q.   And you're aware that authors who are not

17   employed by AstraZeneca who have independently

18   evaluated the data have published articles indicating

19   that Seroquel is potentially weight-normalizing in

20   obese patients?

21      A.   Yes.

22      Q.   Okay.  You're aware of published data

23   indicating that in bipolar patients, weight gain with

24   Seroquel is lowest among those already overweight at

25   baseline?

                                                    215

1       A.   I don't have a specific recall of that.

929764.txt

2      Q.    Are you aware of published literature

3   indicating that with other atypical antipsychotics,

4   other than Seroquel, that weight gain has been found

5   to be greatest in those patients with a low BMI and

6   least in those patients with a high BMI?

7      A.    I don't know how robust, from my reading of

8   the data, that that finding is.

9      Q.    I didn't ask you whether the finding was

10  robust.  I'm asking if you are aware of published

11  literature reporting data -- not with Seroquel but

12  with other atypical antipsychotics -- that weight

13  gain is greatest in patients with a low BMI and least

14  in patients with a high BMI?

15     A.    I don't have a specific recall reading it.

16     Q.    It may be there, may not be there; you just

17  don't know if the literature reports that?

18     A.    That's correct.

19     Q.    You haven't reviewed all of the randomized

20  clinical trial data concerning Seroquel and the

21  incidence of diabetes and hyperglycemia; correct?

22     A.    That's correct.

23     Q.    And you don't know how much of an increase

24  in glucose users of Seroquel gain on average?

25     A.    No.

216

1      Q.    You don't know what percentage of people

2   taking Seroquel have increased blood sugar levels?

3      A.    No.

4      Q.    Am I correct?

5      A.    That's correct.

6      Q.    You're aware that not everybody who --

Page 182

929764.txt

7    strike that.

8            Not everyone who takes Seroquel has an

9    increase in their glucose levels; correct?

10       A.    That's correct.

11       Q.    You're aware that some studies show little

12   or no increase in glucose in people taking Seroquel?

13           MR. BRUDNER:  Objection.  Form.

14           THE WITNESS:  Yes.

15   BY MR. BLATT:

16       Q.    You're aware that more than one study has

17   shown that?

18           MR. BRUDNER:  Same objection.

19           THE WITNESS:  I have no specific recall of

20   the numbers.

21   BY MR. BLATT:

22       Q.    All right.  Have you undertaken to review

23   the randomized clinical trial data concerning

24   atypical antipsychotics generally and the incidence

25   of hyperglycemia and diabetes?

                                                         217

1        A.    No.

2        Q.    And so you don't know whether the -- from

3    the randomized clinical trial data, whether the

4    incidence of hyperglycemia or diabetes with Seroquel

5    is more or less than any other atypical

6    antipsychotic; is that correct?

7        A.    My best understanding is that the risk of

8    hyperglycemia is -- the existing data is that it's

9    more with Clozaril and Zyprexa.

10       Q.    And Zyprexa being olanzapine?

11       A.    That's correct.

929764.txt

12      Q.    And you're aware that multiple published

13   articles have reached that conclusion, that the risk

14   of the incidence of diabetes and hyperglycemia on

15   Seroquel is less than olanzapine and Clozaril?

16           MR. BRUDNER:   Objection.   Form.

17           THE WITNESS:   That's correct.

18   BY MR. BLATT:

19      Q.    And you're aware that fasting glucose levels

20   can vary daily by 10 milligrams per deciliter or more

21   due to circadian rhythms?

22      A.    Yes.

23      Q.    Are you aware of any data demonstrating mean

24   glucose shift with Seroquel greater than the daily

25   fluctuations in fasting glucose?

                                                    218

 1      A.    No.

 2      Q.    Are you aware that the American Psychiatric

 3   Association and the American Diabetes Association

 4   have concluded that the epidemiological data suggest

 5   an increased risk of prevalence of obesity, impaired

 6   glucose tolerance, and type 2 diabetes in people with

 7   psychiatrist illness?

 8      A.    Yes.

 9      Q.    And you agree with that?

10      A.    Yes.

11      Q.    Are you aware that the American Psychiatric

12   Association and the American Diabetes Association

13   have concluded that it's unknown whether this is a

14   function of the illness itself versus its treatment?

15      A.    Yes.

16      Q.    You agree with that?

                        Page 184

929764.txt

17     A.    No.

18     Q.    You disagree?

19     A.    Yes, because I think that -- I can't

20   remember specific articles, but my sense from the

21   literature is that independent of this vulnerability,

22   that Clozaril -- that the atypicals, the -- these

23   three atypicals, independent of that vulnerability,

24   bring a substantial risk of hyperglycemia, diabetes,

25   and weight gain.

                                              219


1     Q.    You're aware that in the consensus statement

2   from 2004, the American Diabetes Association, the

3   American Psychiatric Association concluded it's

4   unknown whether the increased prevalence of obesity,

5   impaired glucose tolerance, and type 2 diabetes in

6   people with psychiatric illness was a function of the

7   illness itself or its treatment?

8     A.    Yes.

9     Q.    And are you aware of the American

10   Psychiatric Association and American Diabetes

11   Association ever reaching a different conclusion?

12     A.    No.  You asked me if I agreed with it.

13     Q.    I understand.

14          You agree that there is a risk with any

15   person who's mentally ill and takes a conventional or

16   atypical antipsychotic, they may develop diabetes or

17   hyperglycemia?

18          MR. BRUDNER:  Objection.  Form.

19          THE WITNESS:  I don't know what you mean by

20   "may."

21   BY MR. BLATT:

                        Page 185

929764.txt

22    Q.    Okay.  You agree that there's a risk that a
23  person who's mentally ill and takes a conventional or
24  atypical antipsychotic, there's a risk they will
25  develop diabetes or hyperglycemia?

220

1            MR. BRUDNER:  Objection.  Form.
2            THE WITNESS:  Yes.
3  BY MR. BLATT:
4    Q.    There's a risk they may develop it without
5  even taking any antipsychotic?
6    A.    Yes.
7    Q.    You're aware that the American Psychiatric
8  Association and the American Diabetes Association
9  have found that the data concerning the risk of
10  diabetes with Seroquel is discrepant?
11    A.    Yes.
12    Q.    And you're aware that they have never
13  revised that finding; correct?
14    A.    I'm not sure who you mean, "they."
15    Q.    The American Psychiatric and American
16  Diabetes Associations, that's their latest word?
17    A.    Are you talking about the consensus --
18    Q.    Yes.
19    A.    Yes.
20    Q.    That consensus statement has not been
21  revised; right?
22    A.    That's correct.
23    Q.    That's the operable consensus statement from
24  2004 on from those organizations?
25    A.    That's correct.

221

Page 186

929764.txt

1    Q.    And you're aware that the American
2   Psychiatric Association and the American Diabetes
3   Association have found that while some studies show
4   an increased risk of diabetes with Seroquel, other
5   studies do not?
6    A.    Yes.
7    Q.    And you agree with that characterization of
8   the data?
9    A.    Yes.
10   Q.    And that's currently an accurate -- that is
11  currently an accurate characterization of the data?
12   A.    Yes.
13   Q.    Did you mention the 2004 consensus statement
14  of the American Psychiatric Association and American
15  Diabetes Association in your report?
16   A.    I believe I made reference to the consensus
17  statement.
18   Q.    Let me ask you, is that one of the documents
19  that's a reference on pages 50 to 56?
20   A.    I'd have to look at it.  No, it's not, no.
21  It's in the body -- I think I made reference to it in
22  the body of the report.
23   Q.    During the chronology that you prepared on
24  pages 8 to 49 or so?
25   A.    That's correct.

                                                      222

1    Q.    Okay.  Are you aware that the 2004 consensus
2   statement issued by the American Psychiatric
3   Association, the American Diabetes Association
4   reported on the results of a conference of experts in
5   the disciplines of psychiatry, diabetes, and obesity?

929764.txt

6       A.      Yes.

7       Q.      And more than a dozen experts in those

8   disciplines presented data at the conference?

9       A.      Yes.

10      Q.      And FDA officials also presented data?

11      A.      Yes.

12      Q.      Are you aware that the participants in the

13  conference reviewed most of the known peer-reviewed

14  English language clinical studies published in the

15  area as reported in the consensus statement?

16      A.      Yes.

17      Q.      As well as animal studies?

18      A.      Yes.

19      Q.      And you have not done that?

20      A.      No.

21      Q.      Am I correct?

22      A.      That's correct.

23      Q.      Are you aware of the American Psychiatric

24  Association or the American Diabetes Association

25  publishing anything that says Seroquel causes or

                                                    223

1   contributes to diabetes or hyperglycemia?

2       A.      I don't know that they have said that it

3   causes; I think that there is language that suggests

4   that it contributes to it.

5       Q.      Have they ever said that it contributes?

6       A.      I -- I have no specific recall.

7       Q.      What they said was the data was discrepant;

8   right?

9       A.      Yes.

10      Q.      And the data was less clear than with
                          Page 188

929764.txt

11  clozapine and olanzapine?

12      A.   Yes.

13      Q.   Are you aware of the FDA ever writing that

14  Seroquel causes diabetes or hyperglycemia?

15      A.   No.

16      Q.   Are you aware that other expert groups other

17  than the American Psychiatric Association and

18  American Diabetes Association have -- are you aware

19  that they've concluded that the evidence does not

20  establish causality between antipsychotics and

21  impaired glucose mechanism?

22      A.   Yes.

23      Q.   You're aware that those expert groups have

24  done so after reviewing the randomized clinical trial

25  data?

                                                        224


 1      A.   Yes.

 2           MR. BRUDNER:   Object to form.

 3  BY MR. BLATT:

 4      Q.   Are you aware of any expert panel that has

 5  published an opinion that Seroquel causes diabetes or

 6  impairs glucose metabolism?

 7      A.   No.

 8      Q.   Are you aware that the expert committees of

 9  the American Diabetes Association publish reports

10  concerning diabetes from time to time?

11      A.   Yes.

12      Q.   Have you ever read any of those?

13      A.   Yes.

14      Q.   And in those reports, they will include a

15  listing of the causes of diabetes; correct?

                        Page 189

929764.txt

16     A.    Yes.

17     Q.    You didn't review that in connection with

18 your work in this case, did you?

19     A.    I have no specific recall.  I mean, I did

20 read the American Diabetes Association's information.

21     Q.    Are you aware of the American Diabetes

22 Association, in any of its published reports, ever

23 writing or saying that atypical antipsychotics caused

24 diabetes or impaired glucose metabolism?

25     A.    No, not that I recall.

                                                    225


1     Q.    You have cited several studies in your

2 report in the reference section; correct?

3     A.    Yes.

4     Q.    And you found those sufficiently reliable to

5 include in your report?

6          MR. BRUDNER:  Objection.  Form.

7          THE WITNESS:  These are some of the studies

8 that I looked at.

9 BY MR. BLATT:

10     Q.    Did you determine that any of those studies

11 was unreliable?

12     A.    I'd have to look at it study by study.

13     Q.    The reference --

14     A.    I'd have to look at it.  I can't -- I cannot

15 give an opinion about them as a class or --

16     Q.    Okay.

17     A.    -- or as an individual study unless I

18 actually --

19     Q.    Did you offer any opinion in your report

20 that any study that you listed as a reference was not

                        Page 190

929764.txt

21  reliable?

22      A.   No, I did not.

23      Q.   All your opinions in this case are contained

24  in your report, or did you leave opinions out of your

25  report that you hold?

226

1       A.   No, I did not.

2       Q.   Are you aware that the studies cited in your

3   report find that atypicals such as clozapine and

4   olanzapine are associated with an increased risk of

5   diabetes?

6       A.   Yes.

7       Q.   Are you aware that studies that you cite in

8   your report find that Seroquel carries limited, if

9   any, risk of diabetes?

10      A.   I think some of them say that there is --

11  that there is a clear risk and some of them are

12  ambiguous about it.

13      Q.   Are you aware that any of the studies in

14  your report actually say that Seroquel carries

15  limited, if any, risk of diabetes?

16           MR. BRUDNER:  Objection.  Form.

17           THE WITNESS:  I don't know.

18  BY MR. BLATT:

19      Q.   Okay.

20           (Off the record.)

21  BY MR. BLATT:

22      Q.   Doctor, are you aware that multiple clinical

23  trials that you did not cite in your report have

24  found no significant increased incidence in diabetes

25  with Seroquel compared to placebo or other

Page 191

929764.txt

227

1  antipsychotics?

2      A.   I don't know about the ones I didn't read.

3      Q.   If they're not cited in your report, then --

4  strike that.

5           Are you aware that there are some trials

6  that were specifically designed to examine glucose

7  end points?

8      A.   Yes.

9      Q.   And did you read those trials?

10      A.   I don't have a specific recall.

11      Q.   Okay.  Do you know how those trials came out

12  in terms of whether those trials found an increased

13  incidence of diabetes with Seroquel compared to

14  placebo or other antipsychotics?

15      A.   I don't remember.

16      Q.   Are you aware that clinical trials

17  specifically designed to examine glucose end points

18  have found no significant increased risk in diabetes

19  with Seroquel compared to placebo or other

20  antipsychotics?

21      A.   I don't know.

22      Q.   Are you aware of any data demonstrating a

23  dose-response relationship between Seroquel and

24  diabetes or hyperglycemia?

25      A.   No.  I mean, there's -- the data's mixed, in

228

1  that there seems to be some that suggests that higher

2  doses seem to be associated with greater risk.

3      Q.   Well, are you aware of any data conclusively

Page 192

929764.txt
4  demonstrating a dose-response relationship?

5      A.   No.

6      Q.   Are you aware that expert groups have

7  concluded that the mechanism by which antipsychotics

8  may influence glucose metabolism is unknown?

9      A.   Yes.

10     Q.   You agree with that?

11     A.   Well, I think some things are known better

12  than others.

13     Q.   Well --

14     A.   I mean, I think that there is little

15  question about the antihistamine, histamine blocking,

16  I don't think that's contested.  The other things --

17  the three things that Seroquel share with clozapine

18  and olanzapine -- I mean, I think at least the

19  histamine blocking, that, I think, is an uncontested

20  source of weight gain, I think, generally.

21     Q.   Well, are you aware that the American

22  Psychiatric Association and the American Diabetes

23  Association have concluded that the mechanisms

24  responsible for weight gain associated with atypical

25  antipsychotic therapy are unknown?

229

1      A.   I don't -- I mean, I don't know -- I don't

2  remember the exact language.

3      Q.   Are you aware that's what they conclude in

4  the consensus statement in 2004?

5      A.   I don't exactly -- what the language was.

6      Q.   Do I need to point it out to you?  Here.

7      A.   I don't know exactly what the language was,

8  but these mechanisms are speculative.

Page 193

929764.txt

```
 9              (Exhibit 16 marked.)
10  BY MR. BLATT:
11      Q.    I'm going to hand you what's been marked as
12  Exhibit 16, the consensus statement of the American
13  Diabetes Association and the American Psychiatric
14  Association.  If you can turn to page 598, please.
15              You've reviewed this document before?
16  Doctor, you've reviewed this document before?
17      A.    Yes, I have.
18      Q.    Carefully?
19      A.    I read through it.
20      Q.    But you haven't reviewed it carefully?
21      A.    I mean, I can't remember it line by line.  I
22  would have to look at -- which --
23      Q.    The first full paragraph on page 598, do you
24  see that in here the American Diabetes Association
25  and the American Psychiatric Association are saying
```

                                              230

```
 1  that the mechanisms responsible for weight gain
 2  associated with SGA therapy are unknown?
 3              Do you see that?
 4      A.    Yes, I do.
 5      Q.    SGA, that's second-generation antipsychotic?
 6      A.    Yes.
 7      Q.    That would be atypical antipsychotics?
 8      A.    Yes.
 9      Q.    Like Seroquel?
10      A.    Yes.
11      Q.    And they're saying -- the American Diabetes
12  Association and the American Psychiatric
13  Association -- that the mechanisms responsible for
```

                        Page 194

929764.txt

14  weight gain associated with second-generation

15  antipsychotic therapy are unknown?

16          MR. BRUDNER:  Objection.  Asked and

17  answered.

18          THE WITNESS:  Yes.

19  BY MR. BLATT:

20      Q.   And do you agree with that?

21      A.   No.  I mean, I think that in 2008, there is

22  some sense of mechanisms that differentiate the

23  one -- the antipsychotics that tend to be more weight

24  gaining compared to the ones that seem to be less.

25      Q.   We're talking here about mechanism.

                                                        231

1           MR. BRUDNER:  Objection.  That's not a

2   question.

3   BY MR. BLATT:

4       Q.   You understand that my question had to do

5   with mechanism?

6       A.   Could you repeat the question?

7       Q.   Sure.  Do you disagree with the American

8   Psychiatric Association and the American Diabetes

9   Association that the mechanism responsible for weight

10  gain associated with second-generation antipsychotic

11  therapy are unknown?

12      A.   I don't know.  I don't know.

13      Q.   You don't have an opinion one way or the

14  other?

15      A.   My sense is that it's not -- it's not

16  completely unknown.

17      Q.   Are you aware of the American Psychiatric

18  Association or the American Diabetes Association ever

                        Page 195

929764.txt

19    expressing a different opinion than what's stated in

20    the consensus statement concerning whether the

21    mechanism responsible for weight gain associated with

22    second-generation antipsychotic therapy is unknown?

23        A.    No, I don't contest that's what it says.

24    But you asked me if I agree.  I don't.

25        Q.    My question, though, this time is:  Are you

                                                          232

1    aware of the ADA or APA ever coming out with a

2    different conclusion than what's stated in

3    Exhibit 16?

4        A.    No.

5        Q.    Can you cite any article, tell me what

6    article it is that you think establishes the

7    mechanism?

8        A.    I can't give you one particular article --

9        Q.    Any article, not even one particular.

10        A.    Stephen Stahl's book on psychopharmacology

11    talks about the -- at least three postulated

12    mechanisms.  For one, the antihistamine -- the

13    histamine blocking that these three antipsychotics

14    share is one strong possibility; and then there is

15    the serotonin blocking; and there is the muscarinic;

16    and there is what's -- what they describe as an M3 --

17    as an M3 receptor-blocking possibility.

18            So there's three mechanisms that seem to be

19    fairly strongly substantiated in these three

20    antipsychotics and a possible fourth.

21        Q.    And "postulated" means hypothetical?

22        A.    Yes.

23        Q.    Not proved?

                        Page 196

929764.txt

24      A.    Yeah, I don't know what the level of proof

25   is.

                                                              233

1       Q.    You're aware that expert groups have

2    concluded that the mechanism by which antipsychotics

3    may influence glucose metabolism is unknown?

4       A.    Yes.

5       Q.    And you agree with that?

6       A.    Yes.

7       Q.    Are you aware of any study of Seroquel that

8    found a correlation between weight gain and diabetes

9    or hyperglycemia?

10      A.    No.

11      Q.    Are you aware of any article stating that

12   it's scientifically established that Seroquel causes

13   diabetes or hyperglycemia?

14      A.    No.

15      Q.    Are you aware that -- strike that.

16            Does Claritin block histamine?

17      A.    It does.

18      Q.    It's an antihistamine; right?

19      A.    Yes.

20      Q.    Does it result in weight gain?

21      A.    No, it doesn't.

22      Q.    Are you aware many drugs can cause weight

23   gain but not cause diabetes?

24      A.    Yes.

25      Q.    For instance, drugs that are treated -- used

                                                              234

1    to treat diabetes, in fact, can cause weight gain;

2    right?

                         Page 197

929764.txt

3      A.    Yes.

4      Q.    But they don't cause diabetes; they treat

5  diabetes?

6      A.    Yes.

7      Q.    Like rosiglitazone?

8      A.    I'm not sure.  I'm not aware of it.

9      Q.    You'd have to ask an endocrinologist about

10  that?

11      A.    Yes.

12      Q.    The expert on diabetes?

13      A.    Yes.

14      Q.    Are you aware that weight changes in

15  mentally ill patients can be due to a host of

16  factors?

17      A.    Yes.

18      Q.    Including changes in lifestyle?

19      A.    Yes.

20      Q.    Or reduction in the symptoms of their mental

21  illness?

22      A.    Yes.

23      Q.    Are you aware that studies suggest there is

24  a 10- to 15-year delay between increases in body

25  weight and the onset of diabetes?

                                                    235


1      A.    Yes.

2      Q.    Are you aware that the APA and the ADA --

3  can I use APA and ADA as shorthand for American

4  Psychiatric Association and American Diabetes

5  Association?

6      A.    You may.

7      Q.    You understand what I'm talking about?

929764.txt

8        A.     Yes.

9        Q.     Are you aware that the APA and the ADA have

10   concluded that clozapine and olanzapine produced the

11   greatest increases in total cholesterol, LDL

12   cholesterol, and triglycerides of the atypical

13   antipsychotics?

14       A.     Yes.

15       Q.     And you agree with that?

16       A.     Yes.

17       Q.     And you're aware that the APA and the ADA

18   have concluded that Seroquel appears to have less of

19   an effect than clozapine and olanzapine on

20   cholesterol?

21       A.     Yes.

22       Q.     And you agree with that?

23       A.     Yes.

24       Q.     You're aware that the APA and the ADA have

25   concluded that atypical antipsychotics are typically

                                                        236

1    better tolerated and are more effective than

2    conventional?

3        A.     Yes.

4        Q.     And you agree with that?

5        A.     Yes.

6        Q.     Including Seroquel?

7        A.     Yes.

8        Q.     You're aware that the APA and the ADA have

9    concluded that atypical antipsychotics are of great

10   benefit to a wide variety of people with psychiatric

11   disorders?

12       A.     Yes.

                        Page 199

929764.txt

13      Q.    And you agree with that?

14      A.    Yes.

15      Q.    Including Seroquel?

16      A.    Yes.

17      Q.    Nowhere in your report, am I correct, do you

18  offer any opinion about the efficacy of Seroquel?

19      A.    No.

20      Q.    Am I correct about that?

21      A.    That's correct.

22      Q.    Okay.  But to be sure, you found Seroquel to

23  be an effective drug?

24      A.    Yes.

25      Q.    Including for treating bipolar disorder?

                                                         237

1      A.    Yes.

2      Q.    And also in reducing negative symptoms of

3  psychosis?

4      A.    Yes.

5      Q.    You'd agree that it's reasonable today for

6  psychiatrists to prescribe Seroquel in patients for

7  whom they believe the benefits outweigh the risks?

8      A.    Yes.

9      Q.    And you agree that many people with serious

10  mental diseases have, in fact, been helped by

11  Seroquel?

12      A.    Yes.

13      Q.    Including patients of yours?

14      A.    Yes.

15      Q.    Are you aware that, aside from clozapine,

16  that atypical antipsychotics have become first-line

17  agents for their indicated uses?

                                    Page 200

929764.txt

18      A.      Yes.

19      Q.      Including Seroquel?

20      A.      Yes.

21      Q.      And first-line agent means that they're the

22  first medicines or among the first medicines that

23  psychiatrists turn to to treat people with certain

24  conditions?

25      A.      Yes.

                                                    238


1       Q.      And are you aware of the American

2   Psychiatric Association or the American Diabetes

3   Association or the FDA ever criticizing the use of

4   atypical antipsychotics as first-line agents?

5       A.      No.

6       Q.      Are you aware of any of those organizations

7   ever criticizing the use of Seroquel as a first-line

8   agent?

9       A.      No.

10      Q.      Have you ever heard of the National

11  Institute For Health and Clinical Excellence?

12      A.      Yes.

13      Q.      And have you reviewed any of its clinical

14  guidelines for treating bipolar disorder?

15      A.      I have no specific recall.

16      Q.      Okay.  Are you aware that the National

17  Institute for Health and Clinical Excellence has

18  recommended Seroquel among other atypical

19  antipsychotics to normally be used to treat acute

20  mania?

21      A.      Yes.

22              MR. BRUDNER:  Objection to form.
                        Page 201

929764.txt

23  BY MR. BLATT:

24      Q.    Are you aware the National Institute for

25  Health and Clinical Excellence has recommended that

                                                    239


1  Seroquel be among the atypical antipsychotics

2  normally used to treat acute mania?

3      A.    Yes.

4      Q.    And do you agree with their recommendation?

5      A.    Yes.

6      Q.    Are you aware that the National Institute

7  for Health and Clinical Excellence has recommended

8  that for patients with moderate or severe depressive

9  symptoms, prescriber should normally consider, among

10  other things, adding Seroquel if the patient isn't

11  already on an antimanic medication?

12      A.    Yes.

13      Q.    You agree with that recommendation?

14      A.    I think it depends on a case-by-case basis.

15      Q.    But for some patients, that would certainly

16  be an appropriate recommendation?

17      A.    Yes.

18      Q.    And, in fact, with some patients you've,

19  yourself, done that?

20      A.    Yes.

21      Q.    And with good results?

22      A.    But I did mention earlier that I attempt to

23  favor not using -- using an antipsychotic as

24  first-line for treating bipolar.

25      Q.    Okay.  Because you try lithium first?

                                                    240

                        Page 202

929764.txt
1      A.    Well, lithium, Depakote, or one of the other

2   drugs.

3      Q.    If a person overdoses on lithium, can they

4   die?

5      A.    Yes.

6      Q.    Is that one of the risks of prescribing

7   lithium to someone who's bipolar -- with bipolar

8   disorder?

9      A.    That's one risk.

10      Q.    Has any patient of yours who's taken lithium

11   ever died?

12      A.    No.

13      Q.    You're a member of the American Academy of

14   Child and Adolescent Psychiatry?

15      A.    That's correct.

16      Q.    Does it issue any statements or office

17   actions or practice parameters from time to time?

18      A.    Yes.

19      Q.    Are you familiar with them?

20      A.    Somewhat.

21      Q.    And are you aware of whether it's issued any

22   statements or office actions, practice perimeters

23   endorsing the use of Seroquel?

24      A.    No.

25      Q.    You're aware or you don't believe it has?

241

1      A.    I'm not aware of them saying you cannot use

2   it.

3      Q.    Would it surprise you that they have issued

4   office actions, practice parameters, or statements

5   endorsing the use of Seroquel?

Page 203

929764.txt

6      A.    I don't have a specific recall.

7      Q.    Would it surprise you?

8      A.    I'm aware that Seroquel's been authorized

9   for treating bipolar.

10      Q.    So it wouldn't surprise you that the

11   American Academy of Child and Adolescent Psychiatry

12   has endorsed the use of Seroquel for treating, for

13   instance, bipolar patients?

14      A.    Yeah, I'm aware of that.

15      Q.    Okay.  You're aware that the American

16   Academy of Child and Adolescent Psychiatry has

17   actually endorsed the use of Seroquel for treating

18   bipolar patients?

19      A.    Yes.

20      Q.    And have you ever written to this

21   organization that you're a member of, the American

22   Academy of Child and Adolescent Psychiatry, saying

23   you think their recommendation or endorsement is

24   ill-conceived or unfounded?

25      A.    No, I haven't.

                                                        242

1      Q.    Have you ever written to them anything

2   negative about Seroquel?

3      A.    No, I haven't.

4      Q.    You're aware that the American Psychiatric

5   Association and American Diabetes Association have

6   concluded that even for those antipsychotic

7   medications associated with an increased risk of

8   metabolic side effects, the benefit to specific

9   patients could outweigh the potential risks?

10      A.    Yes.

                        Page 204

929764.txt

11      Q.    You agree with that?

12      A.    Yes.

13      Q.    And anywhere in your report do you say that

14   the risks of Seroquel outweighed its potential

15   benefits for Ms. Carter?

16      A.    No, I don't think I've said that.

17      Q.    Are you aware that the American Psychiatric

18   Association and American Diabetes Association have

19   concluded that because treatment response in many

20   conditions is heterogeneous and unpredictable,

21   physicians and patients can benefit from the

22   availability of a broad array of different

23   antipsychotics?

24            Are you aware that the APA and ADA have said

25   that?

                                                     243

1       A.    I don't have a specific recall of reading

2    that.

3       Q.    Well, if you can turn to Exhibit --

4       A.    I mean, I would agree with it.

5       Q.    Well, you don't recall that the ADA and APA

6    have said that, but if they have, you would agree

7    with it?

8       A.    That's correct.

9       Q.    Are you aware of the American Psychiatric

10   Association or American Diabetes Association anywhere

11   indicating that patients with serious mental illness

12   should not be given Seroquel?

13      A.    No.

14      Q.    Are you aware of any organization at any

15   time indicating that?

                            Page 205

929764.txt

16     A.    No.

17     Q.    Are you aware --

18     A.    Well, actually, let me restate that.   I

19  think the Japanese warnings come close to

20  contraindicating Seroquel in those that have a --

21  those that are at risk for developing diabetes.

22     Q.    Let me change my question.   Are you aware of

23  any organization in the United States of America that

24  has indicated that patients with serious mental

25  illness should not be given Seroquel?

                                                        244


1      A.    No.

2      Q.    Are you aware of any organization in Europe

3   that's concluded that?

4      A.    No.

5      Q.    In your report, you do not undertake to

6   analyze the randomized clinical trial data; is that

7   correct?

8      A.    That's correct.

9      Q.    You haven't formed your opinions based on an

10  analysis of the randomized clinical trial data in

11  toto; correct?

12     A.    That's correct.

13     Q.    You haven't undertaken to analyze the

14  retrospective observational studies concerning

15  Seroquel; correct?

16     A.    I haven't.

17     Q.    You haven't based your opinions based on the

18  observational studies of Seroquel; correct?

19     A.    That's correct.

20     Q.    Are you aware that the majority of

                              Page 206

929764.txt

21  observational studies involving Seroquel and diabetes

22  indicate no increased risk with Seroquel use?

23      A.    Yes.

24      Q.    The incidence of diabetes is known to be two

25  to four times higher in patients with mental illness,

                                                            245

 1  like bipolar disorder, than the general population,

 2  independent of drug use?

 3      A.    Yes.

 4      Q.    If you compared the incidence of diabetes in

 5  mentally ill people to the incidence in the general

 6  population, you would expect the mentally ill people

 7  to have a higher incidence of diabetes regardless of

 8  any medicine that they're taking?

 9      A.    Yes.

10      Q.    You're aware that the majority of

11  observational studies have found no difference in the

12  risk of diabetes or hyperglycemia as between Seroquel

13  and other typical or atypical antipsychotics?

14      A.    I don't know.  I mean, I think that some

15  studies have showed that.  I don't know.

16      Q.    Studies have gone either way and you don't

17  know which is the majority; is that correct?

18      A.    That's correct.

19      Q.    Are you aware that more than a dozen

20  observational studies have found no statistically

21  significant increased weight with Seroquel use?

22      A.    Yes.

23      Q.    Do you cite any meta-analyses in your

24  report?

25      A.    No.

                        Page 207

929764.txt

246

```
 1      Q.    Have you reviewed any meta-analyses of
 2  Seroquel?
 3      A.    I think the Newcomer article makes reference
 4  to multiple studies.
 5      Q.    He makes reference to various individual
 6  studies; right?
 7      A.    I'm not aware of meta-analysis.
 8      Q.    Meta-analysis is something different than a
 9  review article; right?
10      A.    Yes.
11      Q.    It actually pools data together from a
12  variety of studies, right, a meta-analysis does?
13      A.    That's correct.  I'm not sure -- there is a
14  study from England involving -- I don't remember if
15  it's a meta-analysis or not -- involving something
16  like 1700 individuals.  I don't recall if it was a --
17      Q.    That could have been --
18      A.    -- meta-analysis or not.
19      Q.    That could have been an observational study
20  or a randomized clinical trial?
21      A.    Right.
22      Q.    You're not aware of relying on any
23  meta-analysis for your opinions; correct?
24      A.    No.
25      Q.    Do you know what the largest published
```

247

```
 1  meta-analysis of Seroquel and diabetes is?
 2      A.    No.
 3      Q.    Do you know how many studies Dr. Borison did
 4  with Seroquel?
```

Page 208

929764.txt

```
5      A.    No, I don't.
6      Q.    Have you reviewed any data that he generated
7  concerning Seroquel?
8      A.    I did, but I don't have a specific recall of
9  it.
10      Q.    You don't know whether any data that was
11  generated in any study he was involved in was
12  erroneous --
13      A.    My --
14      Q.    -- concerning Seroquel?
15            Sorry.
16      A.    My understanding is that Dr. Borison's --
17  Dr. Borison's studies have been questioned --
18      Q.    Listen to my question --
19      A.    -- with suspect --
20      Q.    Listen to my question carefully.
21            Do you know whether any data from any study
22  that he was involved with concerning Seroquel was
23  found to be erroneous?
24      A.    No, I don't.
25      Q.    Are you aware that, in fact, his Seroquel --
```
                                                            248

```
1  the data from studies he was involved with relating
2  to Seroquel was reanalyzed by AstraZeneca?  Are you
3  aware of that?
4      A.    No.
5      Q.    Are you aware of any significant difference
6  in the study results that were generated by studies
7  in which he was involved when his studies were
8  reanalyzed?
9      A.    I don't have a specific recall.
```
                     Page 209

929764.txt

10     Q.    Are you aware of the FDA ever changing its

11  conclusions about Seroquel on account of anything

12  Dr. Borison did or did not do?

13     A.    No.

14     Q.    You quote an e-mail in your report about

15  Dr. Arvanitis and a "great smoke-and-mirrors job,"

16  quote/unquote.   Page 3 of your report.

17     A.    Yes.

18     Q.    Do you know what that study, what study that

19  e-mail -- strike that.

20         Do you know what study that e-mail related

21  to?

22     A.    I believe it was the one on biological

23  psychiatry.

24     Q.    You're not saying it related to the Brecher

25  study, are you?

                                                         249

1     A.    No.

2     Q.    The e-mail's from 1997; right?

3     A.    Yeah.   I meant the biological psychiatry

4  article written by Dr. Arvanitis.

5     Q.    You think that she wrote that about her own

6  study?

7     A.    No, no.   I mean that the reference is to

8  that article.

9     Q.    Okay.   Do you know whether the e-mail was

10  referring to efficacy data or safety data?

11     A.    I don't recall.

12     Q.    Do you know the number of trial it was

13  relating to, whether it was Trial 5 or 13 or 15 or

14  82?

                        Page 210

929764.txt

15        A.    No, I don't.

16        Q.    Are you aware that all the data from the

17   trial that the e-mail was referring to was submitted

18   to the FDA?

19        A.    Yes.

20        Q.    Are you aware that all that data was

21   submitted to the FDA before the FDA approved Seroquel

22   for use?

23        A.    Yes.

24        Q.    And you're aware that all adverse event data

25   from all trials have been submitted by AstraZeneca to

                                                        250

1    the FDA?

2         A.    I don't know that.

3         Q.    You have no basis for knowing one way or

4    another?

5         A.    Right.  I don't know that.

6         Q.    Okay.  You have no basis for saying that

7    data wasn't submitted?

8         A.    Well, I don't know about the Study 41, for

9    example.  I don't know that the data was submitted.

10   I don't.

11        Q.    You don't know one way or another?

12        A.    I don't.  I don't know.

13        Q.    Okay.  And you discuss in your report a

14   document inadvertently sent to Dutch regulatory

15   authorities.

16             Do you recall that?

17        A.    Yes.

18        Q.    You're aware that was a draft position paper

19   drafted by someone at AstraZeneca?

                          Page 211

929764.txt

20      A.    Yes.

21      Q.    And do you know if this document reflected

22  the collective views of AstraZeneca scientists after

23  reviewing all the clinical data?

24      A.    No, I don't.

25      Q.    Are you aware the risk of diabetes with

251

1   Seroquel was discussed at an AstraZeneca meeting of

2   scientists in 2000?

3       A.    I don't know.  If it's reflected in my

4   report...

5       Q.    Sitting here, you don't know whether it was

6   or not?

7       A.    I don't.

8       Q.    Are you aware that AstraZeneca scientists in

9   2000 found insufficient evidence to conclude that

10  Seroquel caused diabetes?

11      A.    Yes.

12      Q.    And you're aware that the APA and ADA four

13  years later, in 2004, concluded that the evidence

14  concerning Seroquel and diabetes was discrepant?

15      A.    Yes.

16      Q.    And you're aware that the FDA wrote to

17  AstraZeneca in 2006 that it's not been established

18  whether Seroquel can cause diabetes?

19      A.    Yes.

20      Q.    And you agree with that statement of the

21  FDA?

22      A.    Could you repeat?

23      Q.    Sure.  The FDA told AstraZeneca in 2006 that

24  it has not been established whether Seroquel can

929764.txt

25   cause diabetes.   And my question to you was whether

                                                          252

 1   you agree with that statement.

 2            MR. CANTY:   Objection to form.

 3            MR. BRUDNER:   Objection.   Asked and

 4   answered.

 5            THE WITNESS:   Yes.

 6   BY MR. BLATT:

 7       Q.   Are you aware of any proposed clinical trial

 8   that AstraZeneca declined to run on Seroquel where

 9   the proposed subject matter had not already been

10   studied or was not understudied?

11       A.   Well, I think that there is the Dwyer

12   reference -- Dr. Dwyer is looking at basic

13   mechanisms -- and the results of Dr. Gutey's -- the

14   correspondence with Dr. Gutey about looking at basic

15   mechanisms of weight gain that they decided was not

16   going to be funded because the marketing department

17   was going to decide where the funding should go.

18       Q.   And my question is:   Are you aware of any

19   proposed clinical trial, such as the ones you

20   mentioned, that AstraZeneca declined to run on

21   Seroquel where the proposed subject matter had not

22   already been studied or was understudied -- was not

23   already understudied?

24            MR. BRUDNER:   Objection.   Form.

25            MR. BLATT:   Strike that.   I'll say it again.

                                                          253

 1   BY MR. BLATT:

 2       Q.   Are you aware of any proposed clinical trial

                        Page 213

929764.txt

3    that AstraZeneca declined to run on Seroquel where

4    the proposed subject matter had not already been

5    studied or was not understudied?

6         A.    I would think that those two references

7    would constitute decisions of AstraZeneca not to

8    study.

9         Q.    Yes, my question is:  Do you know whether

10   the subject matter of those proposed studies had

11   already been studied by AstraZeneca?

12        A.    I don't know to what extent it had been

13   studied.

14        Q.    Do you know whether those subject matters

15   were already understudied by AstraZeneca?

16        A.    I don't.

17        Q.    When a product is being evaluated in

18   clinical trials in people, do you know whether it's

19   typical for a company to fund new clinical trials on

20   the medicine?

21        A.    Well, I think that if there is reasonable

22   concern about something that's being raised as an

23   issue, there probably is.

24        Q.    You're not a clinical trialist; correct?

25        A.    No, I'm not.

                                                      254


1         Q.    So you don't know what would be the norm or

2    custom or standard in the industry for deciding

3    whether to run preclinical trials on a medicine?

4              MR. BRUDNER:  Objection.  You asked him

5    knowing what his expertise is.  He's going to answer

6    it.

7              THE WITNESS:  I don't know.

                    Page 214

929764.txt
8  BY MR. BLATT:

9      Q.    Can you identify any medicine in the history

10 of medicine where it's being evaluated in clinical

11 trials in people and a company then funds a

12 preclinical trial on the medicine?

13     A.    I don't know.

14     Q.    Which is more likely to shed light on

15 whether Seroquel causes hyperglycemia or diabetes in

16 people, clinical trials in people or preclinical

17 trials in animals?

18     A.    I'm not qualified to answer that.

19     Q.    Fair enough.  Can you state your -- strike

20 that.

21          You'd agree that Ms. Carter doesn't have

22 diabetes?

23     A.    I agree.

24     Q.    You believe she has hyperglycemia or had

25 hyperglycemia?

                                                    255

1      A.    She has had hyperglycemia.

2      Q.    And her -- I'm sorry.  When was she

3 hyperglycemic?

4      A.    She was hyperglycemic -- the first record

5 that we have of her hyperglycemia is from November 8,

6 2002.

7      Q.    And when else was she hyperglycemic, in your

8 opinion?

9      A.    Well, there were a number of other -- some

10 other recordings of her being hyperglycemic.

11     Q.    Are those referenced in Exhibit 9, your

12 handwritten notes?

                        Page 215

929764.txt

13      A.    Yes.

14      Q.    And so they would -- the first one --

15      A.    They're not all hyperglycemic.

16      Q.    You have many different references of

17 glucose; right?

18      A.    That's correct.

19      Q.    Can you just identify the dates on which you

20 think she was hyperglycemic?

21      A.    Sure.   We have 2/6/2006.   And I'm not sure

22 if it's 101 or 131.   And that's a 10:37 a.m. draw.

23      Q.    Good.

24      A.    With a normal of 65 to 99.

25            And then we have an 8/2/2005, drawn at 10:51

                                                         256

1 that gives 117.   And that's the one that Dr. Caignet

2 was not sure if it's fasting.

3            And we have 11/8/2002, which I mentioned

4 earlier.

5      Q.    What was the number there?

6      A.    That was 127.

7      Q.    Any other times, in your opinion, that

8 Ms. Carter was hyperglycemic?

9      A.    No.

10      Q.    So based on the medical records you've

11 reviewed for the last 2 1/2 years, Ms. Carter has not

12 had any hyperglycemic episode; correct?

13      A.    That's correct.

14      Q.    And was her hyperglycemia transient?

15      A.    Yes.

16      Q.    And is she hyperglycemic today?

17      A.    I don't know.

                                 Page 216

929764.txt

18      Q.    Her latest readings indicate she's not
19  hyperglycemic; correct?
20      A.    That's correct.
21      Q.    Was she hyperglycemic at any time in 2007?
22      A.    I'm not aware.
23      Q.    You're unaware of any evidence that she had
24  hyperglycemia in 2007; correct?
25      A.    That's correct.

                                                        257


1      Q.    Based on the medical records you've
2  reviewed, there's no evidence of hyperglycemia in
3  2007 in Ms. Carter; correct?
4      A.    That's correct.
5      Q.    What are the various ways people's blood
6  sugar levels can be measured?
7      A.    Well, you can -- there's fasting blood sugar
8  and random blood draws.
9      Q.    Any others?
10      A.    Well, you can look at glycosylated
11  hemoglobin.
12      Q.    Hemoglobin A1c?
13      A.    That's correct.  And you can do a glucose
14  tolerance test.
15      Q.    And what's considered to be the most
16  reliable measure of a person's blood sugar levels?
17      A.    The fasting blood sugar.
18      Q.    And which test is considered to be the most
19  reliable test of it?
20      A.    I'm not sure what you mean.
21      Q.    Well, is it a test that looks at the glucose
22  level or a test that looks at the A1c level or a test

Page 217

929764.txt
23   that is an oral glucose tolerance test?
24        A.   They all give somewhat different
25   information.   The glycosylated hemoglobin gives you a

                                                  258

 1   sense of where the glucose -- if they've been
 2   hyperglycemic over a period of time.
 3        Q.   What period of time?
 4        A.   I think it's three months.
 5        Q.   That's the A1c test?
 6        A.   Yes.
 7        Q.   What is considered to be the most reliable
 8   indicator of a person's glycemic status?
 9        A.   My understanding is that it's the fasting
10   blood sugar and, secondly, the glucose tolerance
11   test.
12        Q.   I take it you would defer to an
13   endocrinologist in terms of an endocrinologist
14   determination of what the most reliable test is?
15        A.   Yes.
16        Q.   Because this is something that is typically
17   interpreted and done and interpreted by an
18   endocrinologist?
19        A.   Yes.
20        Q.   What's considered to be the upper limit for
21   a normal fasting blood sugar?
22        A.   It used to be 110, but I believe it's 100
23   now.
24        Q.   Do you know when it changed?
25        A.   I think it was about four years back.

                                                  259

 1        Q.   What's considered the range for impaired
                        Page 218

929764.txt

2   fasting blood sugar?

3        A.    I'm sorry?

4        Q.    What is the range for impaired fasting blood

5   sugar, impaired fasting glucose?

6        A.    I mean, if it's about -- if it is about 100

7   or about 110 previously.  It depends upon the range

8   that individual labs use.

9        Q.    What's the level of fasting blood sugar

10  that's considered diabetic?

11       A.    I believe it's if it's over 120.

12       Q.    But you would defer to an endocrinologist

13  for all of these levels and whether a -- what, for

14  instance, a fasting blood sugar level is such that

15  it's considered diabetes?

16       A.    Well, if I think somebody's diabetic or

17  needs a further work-up, I'm going to send him to an

18  internal medicine doctor.

19       Q.    You don't know whether 120 is the threshold

20  for determination of diabetes, do you?

21       A.    I'm not sure if it's 120 or 130.

22       Q.    And all of the levels that you have been

23  reciting are fasting levels; correct?

24       A.    That's my best understanding.

25       Q.    That means that a person can't eat or drink,

                                                      260

1   ingest anything for eight hours prior to the blood

2   being drawn?

3        A.    That's correct.

4        Q.    And if measurements are not fasting, if a

5   person has ingested anything in the eight hours

6   before their labs are taken and the blood is drawn,

                        Page 219

929764.txt

 7  these levels are not the levels that apply; correct?

 8      A.   That's correct.

 9      Q.   So for example, if a person has a 136

10  glucose level and the person's not fasting, that's a

11  perfectly normal glucose level for a nonfasting

12  reading?

13      A.   That's correct.

14      Q.   And the reason behind that is that if

15  somebody eats or drinks in the eight hours before

16  they have the lab drawn, that eating or drinking can

17  increase their blood sugars?

18      A.   Yes.

19      Q.   And if a glucose reading is nonfasting,

20  what's considered to be the upper limit of a normal

21  reading?

22      A.   I think the upper reading for a normal

23  reading is like 160 -- you mean for nonfasting?

24      Q.   Yeah, for nonfasting.

25      A.   For nonfasting, I believe it's -- I think

                                                        261

 1  it's 140 or 160.  I don't have a specific recall.

 2      Q.   You would again defer to an endocrinologist

 3  for determining that?

 4      A.   Well, I mean, I'm blocking on it right now.

 5  I should remember these numbers.

 6      Q.   Are you aware that it's common practice for

 7  a lab that takes a fasting blood sample to say on the

 8  face of the lab report if the person was fasting?

 9      A.   Yes.

10      Q.   And if the lab report does not say whether

11  the blood sample is fasting or not, we don't know

                     Page 220

929764.txt

12  whether or not the blood sugar is fasting or

13  nonfasting?

14      A.    Yes.

15      Q.    Is it fair to say that labs drawn from

16  people who show up in an emergency room typically are

17  not fasting blood sugars?

18      A.    It would depend.  I don't know.  I couldn't

19  say.  It depends upon the situation.

20      Q.    So you can't say one way or another, if

21  somebody shows up at an emergency room, whether the

22  lab is fasting or not unless the lab sheet says it?

23      A.    That's correct.

24      Q.    And is it fair to say that if a lab doesn't

25  indicate whether a blood sample is fasting and the

                                                    262

 1  blood's drawn after breakfast time, there is a

 2  significant chance that a lab is nonfasting?

 3      A.    Yes.

 4      Q.    You agree that a patient's treating physician

 5  who ordered a lab is probably in the best position to

 6  know whether or not his or her patient's lab results

 7  were fasting or nonfasting?

 8      A.    Yes.

 9      Q.    And is a -- do you know how an oral glucose

10  tolerance test is administered?

11      A.    You give the person a measured amount of

12  sugar to take, and then draw blood levels and measure

13  the sugar -- measure the glucose levels over a

14  five-hour period.

15      Q.    Have you ever done one?

16      A.    I've ordered it, yeah.

        Page 221

929764.txt

17      Q.    You've ordered one?

18      A.    Yeah.

19      Q.    How many times?

20      A.    Probably about 10 or 15 times through the

21  last 10 years.

22      Q.    And for an oral glucose tolerance test, how

23  long after you give them the sugar do you measure

24  their glucose?

25      A.    I don't have a specific recall.

                                                           263

1      Q.    Do you know what the cutoff is for normal

2  glucose for an oral glucose tolerance test?

3      A.    Not at this time.

4      Q.    Well, I mean, did you at some point know it?

5      A.    Again, I can't recall it right now.

6      Q.    Okay.  Are you aware that a nonfasting

7  glucose laboratory reading is not typically relied on

8  by endocrinologists to make a diagnose of diabetes or

9  impaired fasting glucose?

10      A.    Could you repeat that?

11      Q.    Are you aware that a nonfasting glucose

12  laboratory reading is not typically relied on by

13  endocrinologists to make a diagnosis of diabetes or

14  impaired fasting glucose?

15      A.    Yes.

16      Q.    Are you aware that endocrinologists rely on

17  fasting glucose measurements or oral glucose

18  tolerance tests to diagnose diabetes or impaired

19  fasting glucose?

20      A.    Yes.

21      Q.    I take it you'd defer to an

                        Page 222

929764.txt

22   endocrinologist's determination as to whether

23   Ms. Carter had hyperglycemia or diabetes?

24        A.    Yes.

25        Q.    That's the specialty within medicine that's

                                                              264

1    trained to make that determination?

2         A.    Yes.

3         Q.    Is a hemoglobin A1c the best measure of a

4    person's glucose levels over the preceding three

5    months?

6         A.    Yes.

7         Q.    And what level of A1c is considered normal?

8    When I say, "A1c," I'm talking about hemoglobin A1c.

9              Do you understand that?

10        A.    Yes.

11        Q.    What's the normal level of A1c?

12        A.    If it's below 6, then it's normal.

13        Q.    When an A1c level is below 6 but a

14   nonfasting blood sugar is in the 120s or 130s, do you

15   know how endocrinologists typically characterize that

16   person's glycemic status?

17        A.    My understanding is that the -- that they

18   wouldn't characterize it as hyperglycemia.

19        Q.    And you'd agree with that, I take it?  You

20   have no basis for disputing what the

21   endocrinologist -- strike that.

22             You have no basis for disputing what --

23   strike that.

24             How does hyperglycemia differ from

25   diabetes?

                                                              265

929764.txt

```
 1      A.    Well, you can be hyperglycemic or you can
 2  have elevated blood sugar levels without developing
 3  diabetes.
 4      Q.    In fact --
 5      A.    There are many reasons for people getting
 6  hyperglycemic in a transient kind of way.
 7      Q.    And are you aware that Ms. Carter was
 8  diagnosed as having bipolar disorder?
 9      A.    Yes.
10      Q.    That's a major psychiatric disorder?
11      A.    Yes.
12      Q.    It's a cyclical mood disorder involving
13  periods of significant disruptions in mood and
14  behavior interspersed with periods of, more or less,
15  full recovery?
16      A.    Yes.
17      Q.    Bipolar disorder requires medical
18  treatment.   That's the standard of care?
19      A.    Yes.
20      Q.    If untreated, it can be a devastating
21  illness?
22      A.    Yes.
23      Q.    And you don't dispute that Ms. Carter had
24  bipolar disorder?
25      A.    I don't know that she had or she didn't.
```

                                                    266

```
 1      Q.    Well, you know her psychiatrist diagnosed
 2  her as having it?
 3      A.    That's correct.
 4      Q.    Nowhere in your report do you question their
```

Page 224

929764.txt

5   determination of that; correct?

6       A.   I don't know.  I haven't commented on it one

7   way or the other.

8       Q.   You haven't formed opinions on that one way

9   or the other?

10      A.   That's correct.

11      Q.   That's because you haven't evaluated

12  Ms. Carter?

13      A.   Well, that's one of the factors.

14      Q.   Okay.  You have not personally seen

15  Ms. Carter; correct?

16      A.   Well, I haven't seen her and knew there

17  wasn't enough data to be conclusive about the

18  diagnosis.

19      Q.   You're aware her doctors testified they

20  thought she was bipolar years before 2007; correct?

21      A.   Yes.

22      Q.   And you're aware that her medical records

23  reflect a diagnosis of bipolar disorder as early as

24  2004?

25      A.   Yes.

                                                   267

1       Q.   And Seroquel is obviously approved for

2   treating bipolar disorder?

3       A.   Yes.

4       Q.   And one symptom of bipolar is depression;

5   correct?

6       A.   Yes.

7       Q.   And you're aware that Ms. Carter had been

8   diagnosed since at least 1995 for having depression?

9       A.   Yes.

                        Page 225

929764.txt

10      Q.      And another symptom of bipolar disorder is

11 racing thoughts?

12      A.      Yes.

13      Q.      And you're aware that Ms. Carter reported

14 racing thoughts as well since at least early April

15 2002?

16      A.      Yes.

17      Q.      Ms. Carter also had a history of drug

18 dependency for 20 years, since at least 1988?

19      A.      Yes.

20      Q.      And she'd been diagnosed as abusing drugs

21 since then?

22      A.      Yes.

23      Q.      And she was also diagnosed as a chronic drug

24 abuser?

25      A.      Yes.

                                                    268

1      Q.      You have no reason to differ on that --

2 those diagnoses; correct?

3      A.      No.

4      Q.      Is that correct?

5      A.      On the drug dependency, I don't.

6      Q.      You're aware that she also reported drinking

7 excessive amounts of alcohol?

8      A.      Yes.

9      Q.      Upwards of 6, 8, 12 beers a day?

10      A.      Yes.

11      Q.      And she also reported drinking hard liquor

12 like vodka also, at the same time?

13      A.      I don't have a specific recall, but I recall

14 that she was a heavy user of alcohol.

                        Page 226

929764.txt

15      Q.      And it wasn't just beer as alcohol.  It was

16  also hard liquor; correct?

17      A.      Yes.

18      Q.      You recall she also reported to -- with

19  respect to her drug abuse, to be taking multiple

20  pills of Xanax a day?

21      A.      Yes.

22      Q.      And multiple pills of Vicodin or Percocet or

23  Demerol or morphine each day?

24      A.      I don't know about the Demerol or morphine,

25  but I remember -- I don't remember specifically

269

1  Demerol and morphine, but she was abusing opiates.

2      Q.      She was abusing opiates, she was abusing

3  alcohol, and she was also abusing prescribed

4  medication like Xanax?

5      A.      Yes.

6      Q.      She also had a history of supraventricular

7  tachycardia since at least 1988?

8      A.      Yes.

9      Q.      And she had been prescribed medicine for

10  that since at least 1988?

11      A.      Yes.

12      Q.      So Seroquel didn't cause her to have

13  tachycardia; correct?

14      A.      No.

15      Q.      Is that correct?

16      A.      That's correct.  Not that I know of.  She

17  was taking the medication before the Seroquel.

18      Q.      Yes.  Well, for 15 years before Seroquel,

19  she was taking medication for tachycardia?

Page 227

929764.txt

20      A.      Yes.

21      Q.      Were you aware Ms. Carter had been diagnosed

22 with anxiety since at least 1988?

23      A.      Yes.

24      Q.      Are you aware she reported symptoms of

25 insomnia prior to taking Seroquel?

                                                            270

1       A.      Yes.

2       Q.      And you're aware that she complained to

3 medical professionals prior to taking Seroquel that

4 she was tired?

5       A.      Yes.

6       Q.      You're aware that she attempted to commit

7 suicide at least one time prior to ever taking

8 Seroquel?

9       A.      Yes.

10      Q.      And you're aware that three different

11 psychiatrists treated Ms. Carter?

12      A.      Yes.

13      Q.      Each one determined Seroquel was appropriate

14 for her?

15      A.      Yes.

16      Q.      You've never spoken to Ms. Carter?

17      A.      No, I haven't.

18      Q.      You've never treated Ms. Carter?

19      A.      No, I haven't.

20      Q.      Have you ever had to decide what medicine to

21 give her?

22      A.      No.

23      Q.      You have not performed an independent

24 medical examination of Ms. Carter?

                    Page 228

929764.txt

25      A.    No, I have not.

271

1       Q.    In your report, you do not offer any
2  opinions about the care that the psychiatrist gave to
3  Ms. Carter; am I correct?
4       A.    That's correct.
5       Q.    You're not intending to offer any opinions
6  in that regard; correct?
7       A.    I would say that characterizing -- the
8  characterization by their psychiatrist that -- that
9  he would do the same thing, today, I would disagree
10  with that.
11      Q.    You haven't been asked to comment on the
12  care rendered by Ms. -- to Ms. Carter by her doctors;
13  correct?
14      A.    No, I have not.
15      Q.    Okay.  And you are not critical of the care
16  that was given to Ms. Carter by any psychiatrist; am
17  I correct?  I mean, there's no opinion in your
18  report --
19      A.    That's correct.
20      Q.    -- about any care; correct?
21      A.    That's correct.
22      Q.    You have not formed an opinion about the
23  care given to Ms. Carter; correct?
24      A.    Not specifically by the psychiatrist.
25      Q.    And you have not expressed any criticism in

272

1  any way about any of the care given to Ms. Carter by
2  any of the psychiatrists?
3       A.    No, I haven't.

Page 229

929764.txt

4     Q.     And nowhere have you offered any opinion

5   that any doctor failed to treat her properly;

6   correct?

7     A.     No, I haven't.

8     Q.     Am I correct?

9     A.     Well, other than what I mentioned.  I didn't

10   put it in my report, but as I sit here today, the

11   characterization of her psychiatrist that he would do

12   the same thing, even with all the facts that he has,

13   I disagree with that.  And that's not reflected in

14   my -- it is not reflected in my report.

15     Q.     That's just disagreeing with an opinion of

16   his; right?

17     A.     That's correct.

18     Q.     You don't actually criticize, though, any

19   care rendered by any psychiatrist to Ms. Carter;

20   correct?

21     A.     No, I don't.

22     Q.     And you're not opining that any doctor

23   failed to treat her properly; correct?

24     A.     Well, I -- I would say that given the

25   evidence of weight gain and even a few samples of

                                                        273

1   elevated fasting blood sugar, I think, taken as a

2   whole in 2005, one would -- I would not support the

3   use of Seroquel in such a person with that kind of

4   weight gain.  So I would disagree with the --

5     Q.     Did any doctor violate the standard of care

6   in their treatment of Ms. Carter?

7     A.     No.

8     Q.     Was any prescription of any medicine not in

                          Page 230

929764.txt

9      accordance with the standard of care?

10      A.   No.

11      Q.   Would treating Ms. Carter with olanzapine

12   have been within the standard of care?

13      A.   Depends when.

14      Q.   At any time?

15           MR. BRUDNER:   Objection.   Form.

16           THE WITNESS:   I think it would have been

17   some of the time and would not have been at other

18   times.

19   BY MR. BLATT:

20      Q.   Had Ms. Carter been given an antipsychotic

21   other than Seroquel, she could have become

22   hyperglycemic?

23      A.   Yes.

24      Q.   Have you determined the risk that had she

25   been treated with any of the other antipsychotics,

274

1   she would or would not have developed hyperglycemia?

2      A.   The reasonable medical probability is that

3   if she had been treated with Abilify or Geodon, she

4   may not have developed the weight gain and the

5   episodic hyperglycemia.

6      Q.   If she had been treated with Abilify or

7   Geodon, she might have developed hyperglycemia?

8      A.   The chances were, as best as I understand,

9   would be a lot less than -- my understanding is that

10   the risk of weight gain, hyperglycemia, are

11   significantly more with Clozaril and Zyprexa and

12   Seroquel as compared to Abilify and Geodon.

13      Q.   But if she had been prescribed Abilify and

Page 231

929764.txt

14  Geodon, she could have become hyperglycemic?

15      A.    She could have, but the reasonable medical

16  probability would have been significantly less.

17      Q.    If she had been prescribed nothing at all,

18  she could have been become hyperglycemic?

19      A.    The reasonable medical probability would

20  have been less.

21      Q.    And if she was prescribed Geodon, she could

22  have also had prolonged QTc intervals?

23      A.    It's possible.

24      Q.    It could have caused a sudden death?

25      A.    It's within the range of possibilities.

                                                        275

1       Q.    It's warned about in the label?

2       A.    Yes.

3       Q.    Okay.  And there are people who you

4   prescribed Seroquel to instead of Abilify or Geodon;

5   right?

6       A.    Yes.

7       Q.    Are you aware of a single doctor taking care

8   of Ms. Carter who ever has diagnosed her as diabetic?

9       A.    No.

10      Q.    Are you aware that her treating doctors have

11  found her not to be diabetic?

12      A.    Yes.

13      Q.    Are you aware of any doctor taking care of

14  Ms. Carter who has diagnosed her as having

15  hyperglycemia?

16      A.    No.

17      Q.    Are you aware of any doctor taking care of

18  Ms. Carter who concluded that Seroquel caused her to
                    Page 232

929764.txt

19   become hyperglycemic or diabetic?

20       A.   No.

21       Q.   Are you aware of any doctor writing in any

22   medical record at any time that Seroquel caused

23   Ms. Carter to become hyperglycemic or diabetic?

24       A.   No.

25       Q.   Are you aware of any endocrinologist who has

276

1   diagnosed Ms. Carter as having hyperglycemia or

2   diabetes?

3       A.   No.

4       Q.   Are you aware of any endocrinologist

5   concluding that Seroquel caused or contributed to

6   Ms. Carter becoming hyperglycemic or diabetic?

7       A.   No.

8       Q.   When Ms. Carter's had her blood sugar

9   measured, the results were printed on lab sheets?

10       A.   Yes.

11       Q.   Did you see any lab results that

12   indicated -- that stated on the face of the lab

13   result that the blood was drawn after she had been

14   fasting?

15       A.   Yes.

16       Q.   Which one?

17       A.   The ones that -- my interpretation of the

18   printout was that it did say there was reference to

19   it being fasting.

20       Q.   And those were the ones of November 8th,

21   2002; August 2nd, 2005; and February 6th, 2006?

22       A.   I don't believe every one of them had it,

23   but I think a lot of them, there was an indication

Page 233

929764.txt

24    that it was fasting.

25        Q.   It's your recollection that the word

                                                      277

1    "fasting" was on the lab sheet?

2        A.   Yes.

3        Q.   Okay.  Let's take a look at the first one.

4    November 8th, 2002.

5        A.   No, that one didn't have.

6        Q.   Okay.  Let's take a look at the next one.

7    August 2nd, 2005.  Did that have "fasting" written on

8    the lab sheet?

9        A.   I'd have to look at it.

10       Q.   Okay.

11            (Exhibit 19 marked.)

12   BY MR. BLATT:

13       Q.   I'm handing you what's been marked

14   Exhibit 19.  Is this the August 2nd, 2005, lab

15   result?

16       A.   Yeah, this does say, "Fasting reference at

17   interval."

18       Q.   That's right, what's typed out there says,

19   "Fasting reference at interval."  Does it indicate

20   that the lab was drawn at a time when she was

21   fasting?

22       A.   I took this -- I took this to mean it was

23   fasting.

24       Q.   You don't know whether it was fasting or

25   not?

                                                      278

1        A.   No, I don't.

                        Page 234

929764.txt

2        Q.      You know that typically when you have a lab,

3   that it will say something on the top that indicates

4   whether it's fasting or not; correct?

5        A.      I took this to mean that it was fasting.

6        Q.      My question is:  You know that when you

7   typically receive a lab, there will be something on

8   the top part of the lab result that will say what the

9   fasting status is; right?

10       A.      I don't have a specific recall.

11       Q.      You don't know that?

12       A.      I mean, I can't remember lab sheets off the

13  top of my head.

14               MR. BRUDNER:   Objection.

15  BY MR. BLATT:

16       Q.      You realize the reference there to fasting

17  reference is over the intervals that appear below it;

18  correct?

19       A.      Yes.

20       Q.      It's telling the doctor what the fasting

21  reference interval is for a normal reading for each

22  of the items that are being measured; right?

23       A.      I don't know.

24       Q.      So for instance, you don't know that, for

25  instance, for -- let's take the second one,

                                                    279

1   creatinine, 0.8.  You see that that's the reading

2   that was from the lab for Ms. Carter on this day;

3   correct?

4        A.      Yes.

5        Q.      And the fasting reference interval is 0.5 to

6   1.2 milligrams per deciliter; right?

                        Page 235

929764.txt
```
 7    A.    Yes.

 8    Q.    That's the fasting reference interval for

 9  what would be normal for creatine; correct?

10    A.    Yes.

11    Q.    Similarly for potassium, her reading is 4.2;

12  right?

13    A.    Yes.

14    Q.    And the fasting reference interval is 3.5 to

15  5.3; correct?

16    A.    Yes.

17    Q.    That's what's normal for someone?

18    A.    Yes.

19    Q.    So if the fasting reference interval is

20  simply referring the doctor, the reader of this, to

21  what is the normal range for each item that's listed

22  on the left-hand side; correct?

23    A.    Yes.

24    Q.    It's not identifying whether or not the lab

25  itself was taken at a time when the individual had
```
                                                    280

```
 1  been fasting for eight hours; correct?

 2    A.    That's correct.

 3    Q.    Okay.  The last of the three that you

 4  mentioned was February 6, 2006.

 5          Do you know whether that result -- that lab

 6  result indicated whether it was fasting or not?

 7    A.    In my best sense, when I looked at it, was

 8  that it was fasting.  But I don't know that I looked

 9  at the writing on top.

10          (Exhibit 20 marked.)

11  BY MR. BLATT:
```
                       Page 236

929764.txt
12      Q.    Okay.  Let me hand you what's been marked as

13   Exhibit 20.  Is this the February 6, 2006, lab taken

14   of Ms. Carter?

15      A.    Yes.

16      Q.    And do you see that there is no indication

17   on the face of the lab document as to whether it was

18   taken of Ms. Carter when she was fasting or not

19   fasting?

20      A.    You know, I took the word "fasting" to be --

21   this to be fasting and the reference interval being a

22   separate reference, which means the reference

23   interval was relevant to the different values given

24   on the left-hand side and directly below, the 131 or

25   101 -- I'm not able to discern that -- made reference

281

1   to the fact that it was fasting.  That is how --

2   that's how I understood it.

3      Q.    You don't know whether that's correct or

4   not?

5      A.    I don't.

6      Q.    And you would defer to the doctor who

7   ordered the lab to determine whether it was fasting

8   or not?

9           MR. BRUDNER:  Objection.  Form.

10          THE WITNESS:  I'd want to ask the lab.

11   BY MR. BLATT:

12      Q.    So on these two exhibits, Exhibit 19 or 20,

13   you, in fact, don't know whether or not those were

14   fasting values that are reflected; correct?

15      A.    My understanding from the way the word

16   "fasting" is written is that it implies it was

Page 237

929764.txt

17  fasting.

18      Q.    But you don't know?

19      A.    No, I don't.

20      Q.    And what could be written there is the

21  fasting reference interval as three words together,

22  referencing what the appropriate interval is if the

23  person's fasting?

24      A.    I don't know that.

25      Q.    Okay.  You don't know one way or the other?

                                                        282

1       A.    No, I don't.

2       Q.    Okay.  Are you aware that Ms. Carter has

3   never had a nonfasting glucose over 150 or 140?

4            MR. BRUDNER:  Objection.  Form.

5   BY MR. BLATT:

6       Q.    Are you aware Ms. Carter has never had a

7   nonfasting glucose over 140?

8       A.    Yes.

9       Q.    Ms. Carter started taking Seroquel in April

10  2002?

11      A.    Yes.

12      Q.    And are you aware of her obtaining a

13  prescription for Seroquel when she -- strike that.

14           You're aware she started taking it when she

15  was hospitalized at The Willough's?

16      A.    Yes.

17      Q.    And are you aware of her obtaining a

18  prescription for Seroquel when she was discharged

19  from The Willough's?

20      A.    Yes.

21      Q.    Can you tell me where you found that she

                              Page 238

929764.txt

22  actually got a prescription of Seroquel upon

23  discharge from The Willough's?

24      A.    I'm not sure if I read it in the deposition

25  of Dr. Lado or in the progress notes of a discharge

283

1   from The Willough's.  I don't have a specific recall.

2       Q.    Have you gone over her prescription record?

3       A.    I have.

4       Q.    Have you gone over the pharmacy dispensing

5   records?

6       A.    I have.

7       Q.    Are you aware there is not a single

8   indication of her receiving a prescription of

9   Seroquel from a pharmacy prior to November 19, 2002?

10      A.    I don't.  But I do remember reading it.  I

11  don't know if it was the deposition or from the

12  records that she was given a month's supply when she

13  left The Willough's.

14      Q.    And she left in April or May of 2002?

15      A.    I believe she left on the 15th of April.

16      Q.    So by May 15th, if she were taking it every

17  day as she was told to, she would be out of Seroquel;

18  right?

19      A.    Yes.

20      Q.    Do you have any basis for believing she was

21  taking Seroquel in June of 2002?

22      A.    My understanding is that she was

23  periodically exposed to the Seroquel from April of --

24  she was not on it continuously.

25      Q.    Are you aware of her getting any

284

Page 239

929764.txt

1  prescription of Seroquel between May 1st, 2002, and

2  November 18th, 2002?

3      A.   I don't.

4      Q.   Do you have any -- is there any indication

5  in the medical records that in July of 2002 that she

6  was taking Seroquel?

7      A.   Let me go back.  I want to respond different

8  to your previous question.  There is a reference to

9  the November of 2002 that the doctor mentions that

10  she came to him having taken the medications.

11      Q.   Yes, having taking the medication in the

12  past; correct?

13      A.   Recently, is my understanding.

14      Q.   Is that from a medical record or from the

15  doctor's testimony?

16      A.   I don't have a specific recall, but there is

17  reference to it being recent.

18      Q.   Are you aware that when she was hospitalized

19  on November 5th, 2002, the medication she reported

20  taking were OxyContin and Percocet?

21      A.   Yes.

22      Q.   Are you aware that when she presented on

23  November 5th, 2002, she stated that she had a

24  couple -- strike that.

25          Are you aware that when she presented on

                                                        285

1  November 5, 2002, she said that she has done some

2  OxyContin and some Percocet?

3      A.   Yes.

4      Q.   Are you aware of medical records from

5  November 2002 indicating that she had just taken

Page 240

929764.txt

6  Seroquel prior to her hospitalization?

7      A.   No.

8      Q.   Her medical records from November of 2002

9  indicate that she said that she had previously been

10 given Seroquel at some point in time?

11     A.   I can't recall where I got that information

12 from, but I do recall that there was reference to her

13 having taking it recently.

14     Q.   But you don't know where that's from?

15     A.   Might have been from the deposition.

16     Q.   Okay.

17     A.   Or maybe from the pharmacy data.  I don't

18 have a specific recall.

19     Q.   In fact, you might be wrong about that?

20     A.   Well, I might be wrong about her having

21 taking it, but I'm not wrong about having read it in

22 one of these places.

23     Q.   Are you aware that Dr. Lokitus is the one

24 that treated her in November 2002?

25     A.   I may be mixing up Dr. Lado and Dr. Lokitus.

                                                    286

1      Q.   Are you aware it was Dr. Lokitus who treated

2  her in November 2002?

3      A.   Yes.

4      Q.   Do you have any direct evidence of

5  Ms. Carter taking Seroquel in September 2002?

6      A.   No.

7      Q.   Do you know whether she was taking it in

8  October 2002?

9      A.   No, I don't.

10     Q.   Do you know whether she was taking it in the
                        Page 241

929764.txt

11  first week of November 2002?

12      A.   No, I don't.  Without looking at the

13  pharmacy record, I mean, I couldn't say.

14      Q.   The pharmacy records would be the best

15  indication of whether Ms. Carter is filling

16  prescriptions for Seroquel?

17      A.   Right, but it wouldn't -- I don't know about

18  getting samples and things like that.

19      Q.   Well, are you aware of any indication in the

20  medical records that either in the summer or fall of

21  2002, she obtained samples of Seroquel?

22      A.   No, I don't.

23      Q.   Now, you are aware that she was on Seroquel

24  continuously from mid-November 2002 through March of

25  2003?

                                                      287

1       A.   Yes.

2       Q.   And you're aware that in February 2003 she

3   had normal glucose?

4       A.   Yes.

5       Q.   It was 94?

6       A.   Yes.

7       Q.   And she had already been on Seroquel for

8   almost four months; correct?

9       A.   Yes.

10      Q.   And you write in your report that you

11  believe Ms. Carter was diagnosed with hyperglycemia

12  on March 10, 2005; correct?  Turn to page 4 of your

13  report.

14      A.   That is a mistake.

15      Q.   That's an error in your report?

929764.txt

16     A.    Well, that's not an error -- that is a --

17  information that I took from Dr. Caignet's notes that

18  once I -- so that is an error in my report.   That is

19  an error in my report in that I'm aware that she was

20  not hyperglycemic on 3/5 --

21     Q.    3/10/05?

22     A.    -- 3/10/05, and I have not made that

23  correction.   But she had a blood glucose of 64 at the

24  time.

25     Q.    Are you aware that Dr. Caignet said that

                                                    288

1  that was a typo; he actually should have written

2  "hypoglycemia" there?

3     A.    Yes.

4     Q.    Low blood sugar?

5     A.    Yes.

6     Q.    Had you read Dr. Caignet's deposition at the

7  time you wrote your report?

8     A.    I read it before, but I did not recall it.

9     Q.    Are you aware that -- strike that.

10          One of the -- looking at Exhibit 19 in the

11  August 2nd, 2005, lab reading, you don't know whether

12  Ms. Carter had breakfast that morning, do you?

13     A.    No, I don't.

14     Q.    You don't know whether she had drunk 6 or 8

15  or 12 beers that evening?

16     A.    All I'd be going by is the fact that it's

17  written up as being fasting.

18     Q.    Meaning the fact that the three words

19  "fasting reference interval" are written?

20     A.    Well, I don't know if it's -- I don't know.

                           Page 243

929764.txt
21  That's what you're saying.  I mean, I --
22      Q.    You don't know one way or another?
23          MR. BRUDNER:  Objection.  Asked and
24  answered.
25          THE WITNESS:  I don't know.

                                                          289

 1  BY MR. BLATT:
 2      Q.    Okay.  And 117 doesn't qualify for diabetes;
 3  correct?
 4      A.    On this -- no, it doesn't qualify for
 5  diabetes.
 6      Q.    If she's not fasting, in fact, that's a
 7  perfectly normal glucose reading?
 8      A.    That's correct.
 9      Q.    And you're aware that the doctor who ordered
10  Ms. Carter's labs on this day of August 2nd, 2005,
11  has testified that it was not a fasting reading?
12      A.    He thinks that it might not have been.
13      Q.    You're aware he's testified that her
14  August 2nd, 2005, reading was a nonfasting specimen?
15      A.    If that's what it reads, that's what it
16  reads.  For some reason, I thought that he said that
17  he thought it was -- that he thought it was.
18      Q.    Okay.  And you're aware that Ms. Carter's --
19  that's from his deposition, his testimony; correct?
20      A.    Yes.
21      Q.    And you're aware that, in fact, at the time,
22  his medical record, he actually questioned whether
23  the August 2nd, 2005, labs were fasting or not?
24      A.    I believe that was my recall.
25      Q.    And that was why two weeks later, in fact,
                        Page 244

929764.txt

290

1  he administered another set of labs to Ms. Carter;

2  correct?

3      A.   Yes.

4      Q.   Just like your practice would have been if

5  you didn't know whether somebody was fasting or not

6  and they had a 117 glucose reading; correct?

7      A.   Yes.

8      Q.   The standard of care would be to administer

9  another lab to them to see what their fasting glucose

10  was?

11      A.   Yes.

12      Q.   And when that lab was administered to her,

13  her fasting blood sugar was 75?

14      A.   I don't have a specific recall.

15      Q.   You recall that it was normal?

16      A.   Yes.

17      Q.   And you recall that the A1c -- the

18  hemoglobin A1c there in that August 16, 2005, lab was

19  5.2?

20      A.   Yes.

21      Q.   Reflecting that her glucose levels over the

22  prior three months were normal?

23      A.   Well, my best understanding of the A1c's is

24  that it gives you a general sense about it, but it

25  doesn't tell you if they had three episodes of

291

1  hyperglycemia, if they have seven episodes.

2          My best understanding is that -- not being

3  an endocrinologist, is that it gives a person a

Page 245

929764.txt

4   general sense of whether the person had been sort of

5   persistently hyperglycemic as opposed to not.

6        Q.    Interpreting the A1c is something that you

7   would defer to an endocrinologist on?

8        A.    To my best understanding.

9        Q.    But the interpretation and significance of a

10  hemoglobin A1c is something that you, as a

11  psychiatrist, would defer to a doctor who is an

12  endocrinologist on?

13       A.    Yes.

14             MR. CANTY:  When you come to a good break

15  time...

16             MR. BLATT:  One minute.

17             MR. CANTY:  Sure.

18  BY MR. BLATT:

19       Q.    You are aware that Ms. Carter had been

20  restarted on Seroquel on August 1st, 2005?

21       A.    Yes.

22       Q.    And so two weeks after being started on

23  Seroquel, her glucose and her A1c are normal?

24       A.    Yes.

25       Q.    Based on your review of the medical records

                                          292

1   of Ms. Carter, has she ever had an abnormal

2   hemoglobin A1c value?

3        A.    No.

4        Q.    With respect to the February 2nd, 2006, labs

5   that -- that are reflected on August 20 -- sorry.

6             With respect to the February 2nd, 2006, labs

7   results that are reflected on Exhibit 20, are you

8   aware that her doctor, Dr. Caignet, C-a-i-g-n-e-t,

                        Page 246

929764.txt

9    are you aware that he testified that these lab

10   results also were not fasting?

11       A.   Yes.

12       Q.   And you have no personal knowledge one way

13   or another as to whether they were or not?

14       A.   I don't.

15       Q.   Are you aware Ms. Carter had a normal A1c

16   value on her February 2nd, 2006, lab results?

17       A.   Yes.

18       Q.   Telling you that her blood sugar in general

19   during the preceding three months was normal?

20       A.   Yes.

21           MR. BLATT:  Why don't we take a break.

22           (Off the record.)

23   BY MR. BLATT:

24       Q.   Doctor, are you aware that Ms. Carter has

25   had multiple normal glucose readings while she was

                                                   293

1    taking Seroquel?

2        A.   Yes.

3            (Exhibit 21 marked.)

4    BY MR. BLATT:

5        Q.   I'm handing you what's been marked

6    Exhibit 21.  Do you see that her glucose on May 27,

7    2006, was 105 and within what was identified as

8    normal?

9        A.   Yes.

10       Q.   And do you see that on the next page on

11   May 29, 2006, her glucose was 91 and normal?

12       A.   Yes.

13       Q.   This is after she's been on Seroquel for

                        Page 247

929764.txt

14    about nine months continuously?

15         A.    Yes.

16         Q.    And on June 20th, 2006, her glucose was 91

17    and normal?

18         A.    Yes.

19         Q.    And that was after being on Seroquel for

20    approximately ten months continuously?

21         A.    Yes.

22         Q.    And on July 10, 2006, her glucose was 79 and

23    normal; correct?

24         A.    Yes.

25         Q.    That's after being on Seroquel for

                                                          294

 1    approximately 11 months continuously?

 2         A.    Yes.

 3         Q.    And on July 21, 2006, her glucose was 87 and

 4    normal; correct?

 5         A.    Yes.

 6         Q.    That's after being on Seroquel for almost a

 7    year; correct?

 8         A.    Yes.

 9         Q.    On March 5, 2007, her glucose is 87;

10    correct?

11         A.    Yes.

12         Q.    That's normal too?

13         A.    Yes.

14         Q.    That's after being on Seroquel for more than

15    20 months continuously; correct?

16         A.    Yes.

17         Q.    And on September 4, 2007, her glucose was 89

18    and normal; correct?

929764.txt

19      A.    Yes.

20      Q.    That's after being on Seroquel for more than

21 two years continuously; correct?

22      A.    Yes.

23      Q.    You're aware that Ms. Carter's glucose

24 readings at times went down while she was taking

25 Seroquel; correct?

                                                              295

1      A.    Yes.

2      Q.    For instance, in June of 2006, she was 91

3 and she's still taking Seroquel, and a month later

4 her glucose is 79; correct?

5      A.    Yes.

6      Q.    And she's on Seroquel during that time?

7      A.    Yes.

8      Q.    Are you aware that Ms. Carter continued to

9 fill Seroquel prescriptions into 2008?

10      A.    Yes.

11      Q.    And you're aware that she's continued to

12 take Seroquel in 2008?

13      A.    Yes.

14      Q.    And are you aware that she filed her lawsuit

15 in, what, October 2006?

16      A.    I don't remember the specific time that

17 she --

18      Q.    Okay.  Well, you know that she filed it in

19 2006?

20      A.    Yes.

21      Q.    And she claimed Seroquel caused her to

22 become hyperglycemic?

23      A.    Yes.

                        Page 249

929764.txt

24      Q.    So we know that she's continued to taking
25  Seroquel even while believing that Seroquel caused

296

1  her to become hyperglycemic?
2      A.    Yes.
3      Q.    And you're aware that she has received from
4  the pharmacy, labeling about a possible side effects
5  of Seroquel?
6      A.    Yes.
7      Q.    Including that it -- including a side effect
8  of weight gain?
9      A.    Yes.
10      Q.    And do you know that she continued to take
11  Seroquel from August of 2005 through 2008 despite
12  being told that weight gain was among the possible
13  side effects of Seroquel?
14      A.    Yes.
15      Q.    And you're aware that in 2008 her glucose
16  has been normal as well?
17      A.    Yes.
18      Q.    In July 2008 it was 78, normal?
19      A.    Yes.
20      Q.    You're aware that she had a family history
21  of diabetes?
22      A.    Yes.
23      Q.    Are you aware of how many relatives she had
24  with diabetes?
25      A.    I know there is a family history of

297

1  diabetes.  I have no specific recall.
2      Q.    Do you recall whether it was her mother or
                     Page 250

929764.txt

3    father or both or neither?

4        A.    I can't recall.

5        Q.    Does having a family history of diabetes

6    significantly increase the risk of developing

7    diabetes or hyperglycemia?

8        A.    It increases the risk of diabetes.

9        Q.    Significantly?

10       A.    Yes.

11       Q.    And are you aware that a person who has both

12   parents with a history of diabetes is more likely

13   than not to develop diabetes regardless of whatever

14   else they do?

15       A.    I don't have -- I know that they would be

16   running a high risk of diabetes.  I don't know the

17   statistical risk.

18       Q.    You know there are studies that have looked

19   at folks who have both parents with diabetes; right?

20       A.    Yes.

21       Q.    And are you aware that those studies have

22   found a significant increased risk for someone whose

23   parents are diabetic of themselves becoming diabetic?

24       A.    Yes.

25       Q.    Are you aware that those studies have found

                                                              298

1    that it's more likely than not that a person who has

2    both parents diabetic will themselves become

3    diabetic?

4        A.    I don't have a specific recall.  I don't

5    have a specific recall of reading a study, but my

6    understanding is that if both parents are diabetic,

7    you have a high risk of developing diabetes.

                           Page 251

929764.txt

8     Q.    You just don't know if it reaches the level
9  of more likely than not or just a high risk?
10     A.    That's correct.
11     Q.    You're aware that alcohol can increase your
12  blood sugar levels?
13     A.    Yes.
14     Q.    That's because there is sugar in alcohol?
15     A.    Yes.
16     Q.    Like when you drink beer, there is
17  carbohydrates; right?
18     A.    Yes, in the alcohol itself.
19     Q.    In the alcohol itself.
20           And the carbohydrate turns to sugar; right?
21     A.    Yes.
22     Q.    So if you take your blood sugar after you
23  drink a lot of alcohol, you're going to have an
24  elevated blood sugar; right?
25     A.    Yes.

                                                    299

1     Q.    If you drink like 6 or 8 or 12 beers and
2  then a blood sugar is taken in the ensuing 12 hours,
3  it's a good chance you're going to have some elevated
4  glucose readings?
5           MR. BRUDNER:   Objection.
6           You may answer.
7           THE WITNESS:   You could.
8  BY MR. BLATT:
9     Q.    And you're aware that nitroglycerin also
10  contains sugar; right?
11     A.    Yes.
12     Q.    In particular, it contains dextrose; right?
                            Page 252

929764.txt

13      A.     Yes.

14      Q.     And you're aware that nitroglycerin also can

15 increase a person's blood sugar levels?

16      A.     Yes.

17      Q.     You're aware that epinephrine can increase a

18 person's blood sugar levels?

19      A.     Yes.

20      Q.     You're aware that cocaine can increase a

21 person's blood sugar levels?

22      A.     Yes.

23      Q.     You're aware Ms. Carter took cocaine?

24      A.     Yes.

25      Q.     You're aware that on some occasions when she

                                                              300

1 would have her blood sugar drawn, she also reported

2 to medical personnel that she had been taking

3 cocaine?

4       A.     Yes.

5       Q.     So you would expect someone who reports

6 having taken cocaine and shown up for a blood test

7 to, in fact, have their blood sugars raised; correct?

8       A.     It could happen.

9       Q.     Did you look in any of the medical records

10 to see whether any of the ones that you identified as

11 having an elevated glucose reading, whether -- when

12 they did a cocaine screen of Ms. Carter, whether she

13 had tested positive for cocaine?

14      A.     She has testified positive for cocaine on a

15 number of occasions.  I don't have a specific recall

16 of the dates when she's had the elevated blood sugar,

17 but she's been using drugs all along.  So she's had

                            Page 253

929764.txt

18  cocaine prior to exposure to the Seroquel and since

19  then.  But the elevated readings only started coming

20  up after she's been introduced to Seroquel.

21      Q.    The elevated readings come up when she's

22  also doing cocaine; correct?

23          MR. BRUDNER:  Objection.  Form.

24          THE WITNESS:  I don't know.

25  ///

301

1  BY MR. BLATT:

2      Q.    You don't know?  You didn't take a look at

3  that?

4      A.    What I saw was someone that's been using

5  drugs all along, but the elevated readings only start

6  once she's been introduced to Seroquel.

7      Q.    Not my question.  My question is:  Did you

8  take a look at the elevated readings that you found

9  and look for whether there was evidence of Ms. Carter

10  using cocaine at the time when she had the elevated

11  readings?

12          MR. BRUDNER:  Objection.  Asked and

13  answered.

14          THE WITNESS:  I don't have a specific

15  recall.

16  BY MR. BLATT:

17      Q.    My question isn't whether you recall.  My

18  question is did you.  Did you look to see whether she

19  was testing positive for cocaine at the same time

20  that she had any elevated reading of glucose?

21          MR. BRUDNER:  Objection.  Asked and

22  answered.

Page 254

929764.txt

```
23          THE WITNESS:  I don't recall.
24 BY MR. BLATT:
25     Q.    Okay.  How long does it take for cocaine to
```
                                                    302

```
 1 clear out of a person's bloodstream entirely?
 2     A.    It takes about 24 hours.
 3     Q.    Ms. Carter also was overdosing on opiates?
 4     A.    Yes.
 5     Q.    And those can also increase blood sugar
 6 levels?
 7     A.    Yes.
 8     Q.    And result in an elevated abnormal level?
 9     A.    Yes.
10     Q.    Smoking can also increase blood sugar
11 levels; correct?
12     A.    Yes.
13     Q.    And stress also can result in elevated sugar
14 levels; correct?
15     A.    Yes.
16     Q.    Stress increases cortisol; right?
17     A.    Yes.
18     Q.    And epinephrine levels?
19     A.    Yes.
20     Q.    Those, in turn, increase glucose levels?
21     A.    Yes.
22     Q.    So if a -- strike that.
23          High cholesterol is also associated with the
24 development of hyperglycemia and diabetes; correct?
25     A.    Yes.
```
                                                    303

929764.txt

1      Q.    A person with hypercholesterolemia is at

2   increased risk of developing hyperglycemia and

3   diabetes?

4      A.    Yes.

5      Q.    And Ms. Carter, of course, had high

6   cholesterol since at least 1987; correct?

7      A.    Yes.

8      Q.    It's not uncommon for a person to have

9   elevated cholesterol levels before being diagnosed

10  with hyperglycemia or diabetes?

11     A.    Yes.

12     Q.    And someone with elevated cholesterol like

13  Ms. Carter, and who's also a smoker and abusing

14  multiple prescription drugs and taking illegal drugs

15  and has bipolar disorder, it's not surprising to find

16  that she would develop hyperglycemia or diabetes at

17  some time in her life?

18          MR. BRUDNER:  Objection.  Form.

19          You may answer.

20          THE WITNESS:  Well, all of those risk

21  factors were present before she was exposed to

22  Seroquel.  And we see the persistent weight gain and

23  several -- what I -- what I have interpreted as

24  elevated fasting blood sugars only from after --

25  after the April exposure to Seroquel -- April 2002

                                                    304

1   exposure to Seroquel.

2          You don't see those -- even though she had

3   all those other risk factors before that, you don't

4   see it.

5   BY MR. BLATT:

                    Page 256

929764.txt

6      Q.    You know that diabetes takes years and years

7  and years to develop; right?

8            MR. BRUDNER:  Objection to form.

9  BY MR. BLATT:

10     Q.    You understand that hyperglycemia and

11 diabetes can take a decade to develop?

12     A.    Well, the -- that is true, but part of the

13 concern with these drugs is that it seems to

14 precipitate diabetes in relatively young people in

15 very short periods of time.

16     Q.    Does the risk that someone develops

17 hyperglycemia or diabetes increase as the person gets

18 older?

19     A.    Yes.

20     Q.    And so she only developed it as she got

21 older; right?

22     A.    There is a temporal relationship here

23 between a progressive weight gain and the finding

24 episodic hyperglycemic levels.

25     Q.    Having hypertension also increases the risk

                                                        305

1  a person will become hyperglycemic or diabetic?

2      A.    I'm sorry?

3      Q.    Hypertension also increases the risk that a

4  person will become hyperglycemic or diabetic?

5      A.    I don't remember the specific connection,

6  but that's one of the risk factors.

7      Q.    Ms. Carter had hypertension?

8      A.    Yes.

9      Q.    Long before Seroquel?

10     A.    Yes.

                       Page 257

929764.txt

11      Q.    Certain physical symptoms are associated

12   with diabetes; correct?

13      A.    Yes.

14      Q.    Like one of them is the need to urinate

15   frequently?

16      A.    Yes.

17      Q.    That's a sign a person might have

18   hyperglycemia or diabetes; right?

19      A.    Yes.

20      Q.    And it could be that a person -- strike

21   that.

22            Are you aware that Ms. Carter reported since

23   the 1990s that she needed to urinate frequently?

24      A.    I don't have a specific recall of that -- of

25   her saying that.

                                                          306

1       Q.    Are you aware if Ms. Carter in 2007 or 2008,

2    while she's taking Seroquel, having any physical

3    symptoms associated with diabetes or hyperglycemia?

4       A.    She mentioned feeling fatigued.

5       Q.    She was fatigued before she took Seroquel?

6       A.    Yes.

7       Q.    It's not surprising that somebody who is

8    on -- abusing illegal drugs, prescription medications

9    like Xanax and Percocet and Vicodin, opiates, and is

10   also drinking 6 or 8 or 12 beers a night with vodka

11   would feel fatigued?

12            MR. BRUDNER:  Objection.  Form.

13            THE WITNESS:  It's possible.

14   BY MR. BLATT:

15      Q.    You don't blame the fatigue on Seroquel in a

                        Page 258

929764.txt
16  case like this, do you?

17      A.   No.

18      Q.   You're aware that for most of the seven

19  years before she ever took Seroquel her weight was

20  approximately 125 to 130 pounds?

21      A.   Yes.

22      Q.   And you're aware that in April 2002 when she

23  presented to The Willough's she weighed 103 pounds?

24      A.   Yes.

25      Q.   And she reported at that time that she had

                                                        307

 1  lost 30 pounds in the six to eight months before

 2  April 2002; correct?

 3      A.   Yes.

 4      Q.   And she attributed the weight loss to her

 5  drug use; right?

 6      A.   Yes.

 7      Q.   You're aware that Ms. Carter was diagnosed

 8  with anorexia in April 2002?

 9      A.   I believe that was 2004.

10           (Exhibit 22 marked.)

11  BY MR. BLATT:

12      Q.   I'll hand you what's been marked as

13  Exhibit 22.

14           Do you see that this is a psychiatric

15  evaluation in connection with Ms. Carter's April 6,

16  2002, admission to The Willough's?

17      A.   Okay --

18      Q.   Do you see that that's the April 6th, 2002,

19  psychiatric evaluation in connection with

20  Ms. Carter's admission to The Willough's?

929764.txt

21     A.    Yes.   But I meant as a psychiatric diagnosis

22  of anorexia.   I see it in Axis 3, so I'm not sure if

23  the reference is just to her not having eaten for --

24  as a medical condition of not having eaten for a

25  period of time as opposed to suffering from anorexia,

308

1  as in anorexia nervosa, a psychiatric diagnosis.

2     Q.    Do you see that one of the provisional

3  diagnoses of her in April 2002 is anorexia?

4     A.    I mean, my understanding, again, was the

5  anorexia was a temporary -- as in she hadn't eaten

6  for some time as opposed to suffering from anorexia

7  nervosa.

8     Q.    My question is:   Do you see that in April

9  2002 one of the provisional diagnoses by the

10  psychiatrist who's treating Ms. Carter was anorexia?

11     A.    Conditions that are listed on Axis 3 are

12  general medical conditions, not psychiatric

13  conditions.

14     Q.    One of the medical conditions that she was

15  diagnosed with in April of 2002 was anorexia?

16     A.    Yes.

17     Q.    And anorexia is an illness?

18     A.    Anorexia can be a symptom or it can be an

19  illness.

20     Q.    Okay.   And you understand that Ms. Carter's

21  body mass index was considered abnormal when she was

22  admitted to The Willough's; correct?

23     A.    Yes.

24     Q.    It was a 17 BMI; correct?

25     A.    Yes.

Page  260

929764.txt

309

1    Q.    What's the threshold for a normal BMI?

2    A.    A 21.

3    Q.    Is weight gain considered beneficial for

4    someone who has anorexia and a 17 BMI?

5    A.    It's considered beneficial.

6    Q.    Are you aware of Ms. Carter went on Seroquel

7    ever -- when on Seroquel ever having a recorded

8    weight of more than where her BMI would be higher

9    than 25?

10   A.    No.

11   Q.    And 25 is the cutoff for being overweight;

12   correct?

13   A.    That's correct.

14   Q.    So at all times when Ms. Carter was on

15   Seroquel, it's your understanding that her weight was

16   in the normal range?

17   A.    That's true.

18   Q.    And prior to taking Seroquel, her --

19   immediately prior to taking Seroquel, her weight was

20   in the abnormal, underweight range?

21   A.    Yes.

22   Q.    Are you aware that after she had been taking

23   Seroquel for several months in 2003 that her weight

24   was 133?

25   A.    Yes.

310

1    Q.    And that's within five pounds of what her

2    weight had been in the seven years prior to 2002?

3    A.    Yes.

4    Q.    And it was also a BMI of approximately 22?

Page 261

929764.txt

5       A.    Yes.

6       Q.    Right in the middle of what's normal for

7   somebody her height?

8       A.    Yes.

9       Q.    And her highest weight on Seroquel that's

10  recorded in the medical records is approximately 144

11  pounds; correct?

12      A.    Well, she said she went up to 160, but the

13  records are of 144.

14      Q.    I'm talking about the records where a doctor

15  actually weighs her in the office.

16      A.    Yes.

17      Q.    So the actual recording of a weight by a

18  doctor in the office, the highest is approximately

19  144 pounds; correct?

20      A.    That's correct.

21      Q.    So that's a BMI of 24, correct --

22      A.    That's correct.

23      Q.    -- for someone her height?

24            And that would be normal?

25      A.    Yes.

                                                          311

1       Q.    And so on Seroquel, Ms. Carter went from an

2   underweight person diagnosed with a medical diagnosis

3   of anorexia to a person with a normal body mass

4   index?

5       A.    Well, she put on a significant amount of

6   weight for what had been her prior weight.

7       Q.    Well, her prior weight for several years had

8   been in the 125 to 130 range; right?

9       A.    That's correct.

                        Page 262

929764.txt

10      Q.    And for most of her time on Seroquel, she

11  was in the low 130s; right?

12      A.    Yes.

13      Q.    And you report that Ms. Carter was not on

14  Seroquel from January to September 2004; correct?

15      A.    Yes.

16      Q.    And do you recall that her weight in

17  September of 2004 was 110?

18      A.    Yes.

19      Q.    And that was a BMI of 18.3; right,

20  approximately?

21      A.    Yes.

22      Q.    That's abnormal; right?

23      A.    Yes.

24      Q.    It's underweight; correct?

25      A.    Yes.

                                                            312

1      Q.    So when she went off Seroquel in 2004, she

2  again became abnormally underweight?

3      A.    Well, I don't know if it's abnormally

4  underweight.  I think that the BMI -- some people,

5  they are just -- there's studies that show, for

6  example, that people that have the least amount of

7  mobility and mortality of people that are 15 percent

8  under the regular BMI level.

9            So I think that some of the BMI data is

10  not -- it's not -- just because you're somewhat below

11  the BMI data, doesn't mean that you are

12  pathologically underweight.

13            And it seems to me that Ms. Carter was --

14  her sort of optimal weight seems to have been more on

Page 263

929764.txt

15  the lower side, and then we have this sort of massive

16  weight increase when she gets on the medication.

17      Q.    Are you aware that for seven years prior to

18  taking Seroquel her normal weight was 125 to 130

19  pounds?

20      A.    Yes.

21      Q.    And that would result in a normal BMI,

22  something between 18 1/2 and 25?

23      A.    Yes.

24      Q.    So that was what was normal for Ms. Carter;

25  correct?

                                                        313

 1      A.    For that period of time.

 2      Q.    For those seven years prior to coming to The

 3  Willough's; right?

 4      A.    Yes.

 5      Q.    And when she came to The Willough's, she

 6  came because she was having a crisis; right?

 7      A.    Yes.

 8      Q.    She had lost 30 pounds in a month; correct?

 9      A.    Yes.

10      Q.    And so 103 pounds, being underweight, was

11  not her normal, was it?

12      A.    No.

13      Q.    And are you aware that, in fact, in 2002,

14  she was discharged from The Willough's with an Axis 1

15  determination of anorexia nervosa?

16      A.    Could I take a look at the --

17      Q.    Well, let me get it.

18            (Exhibit 23 marked.)

19  BY MR. BLATT:

                        Page 264

929764.txt

20      Q.    Let me hand you what's been marked as
21 Exhibit 23.  You see that on April 15, 2002, she was
22 discharged from The Willough's with a discharge
23 diagnosis Axis 1 of anorexia nervosa?
24      A.    Yes, you're right.
25      Q.    So not only did she have a medical diagnosis

314

1 of anorexia, but she had a psychiatric diagnosis of
2 anorexia nervosa; right?
3      A.    Yes.
4      Q.    In April of 2002?
5      A.    Yes.
6      Q.    And so that would indicate that she has the
7 psychiatric illness of anorexia?
8      A.    Yes.
9      Q.    And one of the things she needs to do in
10 order to treat that psychiatric illness is to gain
11 weight?
12      A.    Yes.
13      Q.    And could eating two small meals a day and
14 purging afterwards cause a person to lose weight
15 independent of any medicine they were taking?
16      A.    Yes.
17      Q.    Could a poor appetite from chemical
18 dependance and abuse cause a person to lose weight
19 independent of any medicine they were or were not
20 taking?
21      A.    Yes.
22      Q.    From November 2004 to August 2005, it's your
23 opinion that Ms. Carter was not taking Seroquel;
24 correct?

929764.txt

25     A.     Right.

315

1     Q.     And you're aware that during that time her
2     medical records reflect that her weight was
3     approximately 127, 128 pounds; correct?
4     A.     Yes.
5     Q.     Consistent with what her weight was in the
6     seven years before she began taking Seroquel;
7     correct?
8     A.     Yes.
9     Q.     And on August 1st, 2005, the medical records
10    reflect that her weight was 133 1/2 pounds; correct?
11    A.     I don't have that with me.
12           Okay.  I see it.  Yes.
13    Q.     And that's before she gets started on
14    Seroquel for that next two-year period; correct?
15    A.     That's correct.
16    Q.     And so off Seroquel in 2005 her normal
17    weight is 133 1/2 pounds?
18    A.     Yes.
19    Q.     And that's a perfectly normal weight for
20    someone of her size?
21    A.     Yes.
22    Q.     Okay.
23    A.     Could be.
24    Q.     It could be.  It's a BMI of somewhere in the
25    20, 22 range?

316

1     A.     Yes.
2     Q.     Are you aware that in the summer of 2005

Page 266

929764.txt

3  prior to taking Seroquel, she gained approximately

4  six pounds?

5      A.    Yes.

6      Q.    And you're aware that Ms. Carter's weight

7  actually went down at times when she was on Seroquel?

8      A.    Yes.

9      Q.    So for instance, on September 8th, 2004,

10  medical records reflect she was 126 pounds.  Are you

11  aware of that?

12      A.    Yes.

13      Q.    And she was taking Seroquel at the time?

14      A.    Yes.

15      Q.    And a month later October 4th, 2004, records

16  reflect she was 120 pounds; correct?

17      A.    Yes.

18      Q.    So on Seroquel, her weight between September

19  and October 2004 went down by six pounds?

20      A.    Yes.

21      Q.    And it's actually less than the weight that

22  she reported for the seven years prior to taking

23  Seroquel; correct?

24      A.    Yes.

25      Q.    And it was less than the weight that she was

                                                      317

1  in the summer of 2005 when she wasn't taking

2  Seroquel?

3      A.    Yes.

4      Q.    Ms. Carter also took Seroquel continuously

5  in 2007; correct?

6      A.    Yes.

7      Q.    And you recall that her weight in early

                      Page 267

929764.txt

8  September 2007 was 144?

9      A.   Yes.

10     Q.   That was the all-time high reported on

11 Seroquel?

12     A.   Yes.

13     Q.   And are you aware that a month later in

14 October 2007, her reported weight is 130 pounds?

15     A.   I don't have a specific recall of that.

16          (Exhibit 24 marked.)

17 BY MR. BLATT:

18     Q.   I'm handing you what's been marked as

19 Exhibit 24.  You see that her weight is reported as

20 130 pounds on October 1st, 2007?

21     A.   Yes.

22     Q.   So between September and October 2007 while

23 she's on Seroquel, Ms. Carter lost 14 pounds?

24     A.   Yes.

25     Q.   She also lost weight on Seroquel when she

                                              318

1  started on it in 2002.  You're aware of that;

2  correct?

3      A.   Yes.

4      Q.   In April of 2002, she weighed 109 pounds on

5  April 5th, correct?

6      A.   Yes.

7      Q.   And on April 12th, a week later, she weighed

8  106 pounds; correct?

9      A.   Yes.

10     Q.   And she's taking Seroquel during that time;

11 right?

12     A.   Yes.

                    Page 268

929764.txt
```
13     Q.    So during that week, she loses three pounds
14 taking Seroquel?
15     A.    Yes.
16     Q.    Okay.  So you would agree that on multiple
17 occasions Ms. Carter lost weight while taking
18 Seroquel?
19     A.    Yes, but on the whole, she has maintained a
20 higher weight than in the past.
21     Q.    Her last recorded weight on Seroquel is on
22 October 1, 2007?
23     A.    Yes.
24     Q.    130 pounds?
25     A.    Yes.
```
                                                              319

```
 1     Q.    So her last recorded weight on Seroquel was
 2 actually in the range of what her weight was in the
 3 seven years prior to taking Seroquel; correct?
 4     A.    Yes.
 5     Q.    And you're aware that a weight of 130 pounds
 6 for her is a BMI of approximately 21.6; correct?
 7     A.    Yes.
 8     Q.    And that's perfectly normal body mass index
 9 for someone her size?
10     A.    Yes.
11     Q.    Are you aware that her health care providers
12 testified and found that she -- strike that.
13           Are you aware that Ms. Carter's health care
14 providers found that she tolerated Seroquel well?
15     A.    Yes.
16     Q.    And they reported that she was getting good
17 sleep with Seroquel?
```
                            Page 269

929764.txt

18      A.      Yes.

19      Q.      They also reported that her thoughts stopped

20  racing with Seroquel?

21      A.      Yes.

22      Q.      Am I correct that you have not stated any

23  opinion in your report concerning the efficacy of

24  Seroquel for Ms. Carter?

25      A.      No, I haven't.

320

1       Q.      If someone is taking Seroquel and develops

2   diabetes or hyperglycemia, there is no way to know if

3   they got diabetes or hyperglycemia because of their

4   lifestyle of eating and exercising or because of

5   their cholesterol or because of their family history

6   of diabetes in their family as opposed to taking

7   Seroquel; correct?

8       A.      Unless there is some temporal connection

9   between some kind of exposure and then you start

10  seeing change.

11      Q.      You base your opinion that Seroquel caused

12  Ms. Carter's hyperglycemia on the medical literature,

13  some of which shows an association between Seroquel

14  and hyperglycemia, and the temporal relationship

15  between Ms. Carter taking Seroquel and having what

16  you think are elevated glucose readings?

17      A.      Right.  She had all these risk factors

18  before that, and it was only after exposure to

19  Seroquel that we see these readings.

20      Q.      It's your view that for anyone that took

21  Seroquel and developed diabetes and hyperglycemia who

22  didn't have it beforehand, that the Seroquel caused

Page 270

929764.txt

23  it?

24      A.    I think in this case, the -- my opinion is

25  the reasonable medical probability, taking everything

                                                    321

 1  into account, including other possible factors, is

 2  that the -- it is the Seroquel that -- that is a

 3  substantial factor in the onset of her hyperglycemic

 4  episodes.

 5      Q.    Her transient hyperglycemic episodes?

 6      A.    Transient hyperglycemic episodes.

 7      Q.    But you can't rule out other possible causes

 8  of her hyperglycemia?

 9      A.    No, I can only say with a reasonable medical

10  probability.

11      Q.    And you -- I'm sorry -- you can rule out her

12  extensive family history of diabetes, elevated

13  cholesterol, excessive alcohol use, illegal drug use,

14  narcotic abuse, smoking, and hypertension as causes

15  of her hyperglycemia?

16          MR. BRUDNER:   Objection.   Form.

17  BY MR. BLATT:

18      Q.    You've ruled all those out?

19      A.    I didn't rule it out, but they have all been

20  present before she started taking the Seroquel.   And

21  the hyperglycemic episodes only have been documented

22  since she's been on the Seroquel.

23      Q.    Well, prior to 1997, millions of Americans

24  had diabetes; right?

25      A.    Yes.

                                                    322

 1      Q.    Not a single one of them took Seroquel;

                            Page 271

929764.txt

2  right?

3      A.    That's correct.

4      Q.    And are there any tests that can identify

5  whether Seroquel caused someone to develop diabetes

6  or hyperglycemia?

7      A.    No.

8      Q.    Are there any published protocols for

9  determining whether someone's diabetes or

10 hyperglycemia was caused by Seroquel?

11     A.    No.

12     Q.    And you're aware that known risk factors for

13 diabetes or hyperglycemia do include a person's

14 family history of diabetes?

15     A.    Yes.

16     Q.    And also their lifestyle, such as eating

17 habits?

18     A.    That places all the more burden on someone

19 that has these known risk factors in terms of being

20 exposed to this drug.

21     Q.    And people who have risk factors for

22 diabetes and who aren't taking Seroquel prior to the

23 time they're diagnosed with diabetes, they have those

24 risk factors; correct?

25     A.    Yes.

                                                  323


1      Q.    And they, at some point, develop

2  hyperglycemia or diabetes?

3      A.    But she developed it after she took the

4  Seroquel.

5      Q.    Yes, and many people develop it without

6  taking Seroquel at all?

                    Page 272

929764.txt

7     A.    Yes.

8     Q.    Millions of people develop it -- diabetes or

9  hyperglycemia without taking Seroquel?

10    A.    Yes.

11    Q.    And diabetes and hyperglycemia don't leave

12  any signature or evidence indicating they were caused

13  by Seroquel as opposed to something else; correct?

14    A.    That's correct.

15    Q.    There's no direct evidence that one can

16  point to to say, "Ah-ha, that's the cause of the

17  hyperglycemia or diabetes"?

18          MR. BRUDNER:   Objection.  Form.

19          THE WITNESS:   Could you repeat the

20  question?

21  BY MR. BLATT:

22    Q.    Sure.  There's no direct evidence that you

23  can -- that -- strike that.

24          You'd agree that Ms. Carter did have an

25  extensive family history of diabetes, elevated

                                                    324

1  cholesterol, excessive alcohol use, illegal drug use,

2  narcotic abuse, smoking, and hypertension?

3          MR. BRUDNER:   Objection.  Asked and

4  answered.

5  BY MR. BLATT:

6    Q.    Any of which can result in hyperglycemia or

7  diabetes?

8    A.    I don't know if they can result in that, but

9  these are all seen as possible contributory or

10  associated factors.

11    Q.    Did you anywhere in your report evaluate the
                    Page 273

929764.txt

12    relative contribution of any of these factors -- her

13    family history of diabetes, her high cholesterol, her

14    excessive alcohol use, her illegal drug use, her

15    narcotic abuse, her smoking -- compared to Seroquel

16    in terms of the development of hyperglycemia?

17         A.   No, I did not.

18         Q.   Did you seek anywhere to determine the

19    relative contribution of each of these factors to

20    what you have found to be her transient

21    hyperglycemia?

22         A.   As I stated, all of these have been

23    continuously present, and it is only after she was

24    started on the Seroquel that we see these abnormal

25    blood sugar recordings.

                                                      325


1          Q.   My question is:  Did you seek to determine

2     the relative contribution of all of these factors

3     that are associated with an increased incidence of

4     hyperglycemia or diabetes compared to the Seroquel?

5          A.   I took it into account.  I took into

6     account -- I mean, I did not necessarily spell it out

7     in my report; however, my emphasis is that all of

8     these factors -- the drug history, the family

9     history, all of that was present, the smoking, and

10    the stress of her domestic violence and all of that

11    was present before and present after.  And the -- she

12    never had these episodes of hyperglycemia before and

13    she only had them after she had the Seroquel.

14         Q.   Well, stress can also cause elevated glucose

15    readings; correct?

16         A.   She's had a stressful life all along.
                        Page 274

929764.txt

17    Q.    And certain stressful events or days can
18 also result in a increase in blood sugars; correct?
19    A.    I'm not aware of studies that show direct
20 temporal link between -- well-established studies
21 that show direct temporal connection between stress
22 and the onset of diabetes.   Whereas there are --
23 there are -- there is a fairly significant data that
24 shows that people develop hyperglycemia,
25 ketoacidosis, diabetes, and death within short

                                                       326

 1 periods of exposure to atypical antipsychotics
 2 including Seroquel.
 3         MR. BLATT:   Objection.   Motion to strike,
 4 nonresponsive.
 5 BY MR. BLATT:
 6    Q.    Given her risk factors that she had of a
 7 family history of diabetes, high cholesterol,
 8 excessive alcohol, illegal drug use, narcotic abuse,
 9 smoking, you'd agree that it was more likely than not
10 that at some point Ms. Carter would develop
11 hyperglycemia or diabetes?
12    A.    I don't know.
13    Q.    She had an increased risk of developing
14 hyperglycemia or diabetes just by virtue of the fact
15 that she has bipolar disorder?
16    A.    Yes.
17    Q.    All of 2007 she's taking Seroquel but
18 doesn't have a single reading of elevated glucose;
19 correct?
20    A.    Yes.
21    Q.    And so whatever Seroquel's doing, we know in
                         Page 275

929764.txt

22  2007 it's not increasing her blood sugar according to

23  her labs; right?

24      A.   Yes.

25      Q.   And do you know whether her ingestion of

327

1  cocaine was different in two thousand and -- in 2004,

2  2005, 2006, compared to 2007?

3      A.   I don't know.

4      Q.   In people who took Seroquel, how do you

5  differentiate between those who would have gotten

6  diabetes or hyperglycemia regardless of the medicine

7  they took and those who got it from Seroquel?

8      A.   I don't know that we can, other than the

9  temporal associations and looking at the preexisting

10  factors and something new.

11      Q.   You'd agree there is a background rate of

12  the occurrence of diabetes or hyperglycemia; correct?

13      A.   Yes.

14      Q.   Certain people -- a certain number of people

15  will get it regardless of what medicine they're

16  taking; correct?

17          MR. BRUDNER:  Objection.  Asked and

18  answered.

19          You may answer.

20          THE WITNESS:  Ms. Carter didn't have

21  elevated blood sugars up to that point in time.  She

22  had those other factors.  Maybe she would have become

23  diabetic at 70, maybe she would have become diabetic

24  at 80 or developed hyperglycemic episodes and

25  significant weight gain increase over short periods

328

Page 276

929764.txt

1  of time, which is one of the risk factors for

2  developing diabetes.

3          That -- so that didn't happen before.   So

4  one can speculate that the combination of her

5  smoking, family history, hypertension, elevated

6  triglycerides, all of these may have caused it.

7          But what we do know is that from the time

8  that she started taking Seroquel, we start seeing

9  increased blood sugar findings.

10          MR. BLATT:  Move to strike.   Nonresponsive.

11          Can you read back the question, please?

12          (Record read.)

13          THE WITNESS:  Yes.

14  BY MR. BLATT:

15      Q.   If someone who's taking Seroquel came to you

16  and asked, "Will I get diabetes or hyperglycemia from

17  Seroquel based on the incidence reported in

18  randomized clinical trials," you'd have to say, "More

19  likely than not you won't"; right?

20      A.   That's correct.

21      Q.   It's possible Seroquel caused or contributed

22  to Ms. Carter's hyperglycemia, but it's also possible

23  she would have developed hyperglycemia even if she

24  didn't take Seroquel?

25      A.   It's possible.

                                                    329

1      Q.   Do you know what the rates of developing

2  diabetes or hyperglycemia were in the various

3  randomized clinical trials involving Seroquel?

4      A.   No.

                        Page 277

929764.txt

 5      Q.    Do you know whether they were higher or

 6   lower than the background rate of diabetes reported

 7   in the medical literature for people with bipolar

 8   disease?

 9      A.    They say it was the same, that there wasn't

10   an increased signal.

11      Q.    That's what the data reflected?

12      A.    Yeah.

13      Q.    That the rate of developing diabetes on

14   Seroquel in the randomized clinical trials was no

15   different than the background rate of diabetes

16   reported in the medical literature for people with

17   bipolar disease?

18      A.    Yes.

19      Q.    You're aware that diabetes is a chronic

20   disease that develops over 8 to 10 years before

21   manifesting itself?

22      A.    Yes.

23      Q.    And you can't rule out that Ms. Carter had

24   elevated fasting blood sugars before she began taking

25   Seroquel?

                                                        330

 1      A.    Well, she's had blood sugars in the past and

 2   we don't see a single elevated fasting blood sugar.

 3      Q.    Do all people who have hyperglycemia become

 4   diabetic?

 5      A.    No.

 6      Q.    You're aware that the majority of people who

 7   have hyperglycemia do not become diabetic?

 8      A.    Yes.

 9      Q.    Someone with 117 fasting blood sugar,

                          Page 278

929764.txt

10  assuming it's fasting, may or may not become

11  diabetic; correct?

12      A.    That's correct.

13      Q.    And a person can take steps to reduce their

14  blood sugar; correct?

15      A.    Yes.

16      Q.    They can exercise?

17      A.    Yes.

18      Q.    Eat properly?

19      A.    Yes.

20      Q.    Stop smoking?

21      A.    Yes.

22      Q.    Stop doing cocaine?

23      A.    Yes.

24      Q.    Stop abusing prescription medications?

25      A.    Yes.

                                                  331

1      Q.    Stop abusing opiates?

2      A.    Yes.

3      Q.    And they could help prevent a person who has

4  an elevated blood sugar reading from becoming a

5  diabetic?

6          MR. BRUDNER:  Objection.  Form.

7          THE WITNESS:  I don't know.

8  BY MR. BLATT:

9      Q.    Do you agree that whether Ms. Carter now

10  continues to have a normal fasting glucose and an A1c

11  is a function of her lifestyle, how she eats, how she

12  exercises, whether she stopped smoking?

13      A.    I think it would have significant

14  relevance.  I don't know that it -- I don't know

                                        Page 279

929764.txt

15  that -- I don't know for sure, but I don't know that

16  it is known that the exposure to the Seroquel may

17  have set in place a process that makes Ms. Carter

18  more likely over time.

19      Q.    Are you aware of any data from any

20  randomized clinical trial or observational study or

21  elsewhere indicating that a person who is off-drug

22  and stopping taking an atypical has a increased risk

23  of developing hyperglycemia or diabetes?

24      A.    There's case reports of people that have

25  been exposed and then have developed diabetes or

                                                        332

1   hyperglycemia after that -- after that exposure, even

2   though the medications have been stopped.

3       Q.    Are you aware of any randomized clinical

4   trial showing that there is an increased risk of

5   people developing diabetes or hyperglycemia once they

6   stop taking an atypical antipsychotic?

7       A.    No.

8       Q.    Are you aware of any evidence that there's

9   an increase risk of people developing hyperglycemia

10  or diabetes after they stop taking Seroquel?

11      A.    I don't know of any controlled studies.

12      Q.    Are you aware of any observational --

13  retrospective observational studies showing an

14  increased risk of developing hyperglycemia or

15  diabetes once a person stops taking an atypical

16  antipsychotic?

17      A.    I don't know that -- my understanding is

18  that if they have had -- if they developed diabetes

19  or hyperglycemia, it can persist even after they

                    Page 280

929764.txt

20  stopped taking it.

21      Q.    You cited a case report of that?

22      A.    Yes.

23      Q.    What case report is that?

24      A.    I think it's from the -- well, there is the

25  Japanese data, which talks about people developing --

                                                          333

1       Q.    That's on-drug?

2            MR. CANTY:   Is that a question?

3            MR. BRUDNER:    Objection.

4   BY MR. BLATT:

5       Q.    Is that on-drug or off-drug?

6       A.    Off drugs.   Now, my understanding is that an

7   exposure to atypical antipsychotics in this class can

8   trigger a process that can then continue even after

9   the medication's --

10      Q.    Are you aware of any observational study

11  that has --

12           MR. BRUDNER:    You got to let him finish.

13  BY MR. BLATT:

14      Q.    Are you finished?

15      A.    Yeah.

16      Q.    Are you aware of any observational study

17  that has evaluated whether there is an increased risk

18  of developing hyperglycemia or diabetes after a

19  person has stopped taking an atypical?

20      A.    No, I'm not aware of the risk increasing

21  after that.

22      Q.    Are you aware of any such study finding such

23  an increased risk with Seroquel?

24      A.    No.

                         Page 281

929764.txt

25      Q.    Are you aware of -- strike that.

334

1            Are you aware of the FDA indicating that
2       there is an increased risk for people after they
3       stopped taking an antipsychotic?
4       A.    I'm just going to check something.
5       Q.    Feel free.
6       A.    Well, on page 34, with reference to the
7       4/22/2004, McFadden File 5, there's reference to the
8       health care provider.  And what it says, in some
9       cases -- in some cases hyperglycemia is the result
10      when the atypical antipsychotic was discontinued;
11      however, some patients require continuation of
12      antidiabetic treatment despite discontinuation of the
13      suspected drug.
14      Q.    Okay.  And that is reflecting the warning
15      that is set forth in the label?
16      A.    Yes.
17      Q.    Are you aware of the American Diabetes
18      Association or American Psychiatric Association ever
19      concluding that there was an increased risk of
20      diabetes or hyperglycemia in patients who had stopped
21      taking atypical antipsychotics?
22      A.    Not that I recall.
23      Q.    And are you aware of the FDA ever coming to
24      the conclusion that there was an increased risk of
25      diabetes or hyperglycemia in patients after they

335

1       stopped taking atypical antipsychotics?
2       A.    Not that I recall.
3       Q.    Has Ms. Carter ever taken a diabetic

Page 282

929764.txt

4   medication?

5        A.    No.

6        Q.    People with bipolar disorder have marked

7   elevation in cortisol levels?

8        A.    Yes.

9        Q.    Patients with depression and mania have been

10  found to have abnormality in their thyroid?

11       A.    Yes.

12       Q.    And bipolar disorder can contribute to early

13  death?

14       A.    Yes.

15       Q.    The rate of premature death with people with

16  bipolar disorder is approximately twice that of the

17  general population?

18       A.    I can't tell you what numbers.

19             Do you know what the numbers are in the

20  literature in terms of what the increased incidence

21  of premature death are?

22             I know it's significantly higher.

23       Q.    In people with bipolar disorder?

24       A.    Yes.

25       Q.    Like Ms. Carter?

                                                    336

1        A.    Again, I don't know that Ms. Carter has

2   bipolar disorder.  If Ms. Carter has bipolar

3   disorder, then yes.

4        Q.    Are you aware of what numbers are reported

5   in the literature as being the average life span --

6   average that life span is reduced in bipolar

7   patients?

8        A.    No, I don't have a specific recall of the

                          Page 283

929764.txt

9  decrease.

10      Q.   Suicide results in the death of a

11 significant portion of bipolar patients?

12      A.   Yes.

13      Q.   Approximately what percentages?

14      A.   I can't tell you.

15      Q.   Lithium was the first drug to treat mania?

16      A.   Yes.

17      Q.   And conventional antipsychotics were then

18 used to treat mania?

19      A.   I'm sorry, could you repeat that?

20      Q.   Conventional antipsychotics have been used

21 to treat mania?

22      A.   They have been used as adjuncts, never as

23 first-line drugs.

24      Q.   Atypical antipsychotics have been used to

25 treat mania?

                                              337

1       A.   Yes.

2       Q.   You'd agree that atypical antipsychotics

3  have been a major advance in treating bipolar

4  disorder?

5       A.   I don't know.

6       Q.   Okay.  You agree that it's reported in the

7  literature that atypical antipsychotics are a major

8  advance in treating bipolar disorder?

9       A.   I think it's one more drug or drugs that can

10 be helpful in some patients.  I don't know that the

11 move to make it a primary first-line drug was

12 necessarily based on the best of evidence or having

13 it be free of nonscientific interest.

                 Page 284

929764.txt

14      Q.      Antidepressants have been used to treat

15    bipolar depression?

16      A.      With caution.

17      Q.      Because they're associated with a switch

18    into mania?

19      A.      Yes.

20      Q.      And Seroquel is effective in treating

21    bipolar depression without causing manic switches?

22      A.      That's correct.

23      Q.      Is any drug currently approved by the FDA

24    for treating bipolar depression other than Seroquel?

25      A.      Zyprexa.

                                                        338

1      Q.      That's olanzapine; right?

2      A.      Olanzapine.

3      Q.      So olanzapine and Seroquel are the only

4    drugs currently approved by the FDA for treating

5    bipolar?

6      A.      Recently, Abilify has been approved as well.

7      Q.      So three drugs are approved by the FDA for

8    treating bipolar depression?

9      A.      That's correct.

10      Q.      Abilify, olanzapine, and Seroquel?

11      A.      Right.

12      Q.      With respect to manic episodes, lithium is

13    used to prevent manic episodes?

14      A.      Yes.

15      Q.      Maintenance therapy of lithium has known

16    adverse side effects?

17      A.      Yes.

18      Q.      Including on the kidney?

                              Page 285

929764.txt

19      A.    Yes.

20      Q.    And what is the side effects that can occur,

21  including on the kidney, with lithium?

22            MR. BRUDNER:  Objection.  Asked and

23  answered.

24            You may answer.

25            THE WITNESS:  Lithium can reduce kidney

                                                    339

1  functioning over time.

2  BY MR. BLATT:

3      Q.    Is that how lithium can result in death?

4      A.    Well, lithium can contribute to its kidney

5  failure over time, especially if it's complicated

6  with other medical illnesses like diabetes and other

7  things.

8            But, I mean -- so what we know is that

9  the -- from the normal drop that we have in kidney

10  functioning if you're taking lithium, that drop is

11  going to be more precipitous.

12     Q.    When was Abilify approved by the FDA for

13  treating bipolar depression?

14     A.    I meant treating bipolar.  I'm not -- I

15  think I misunderstood your question.  I know that

16  it's approved for treating bipolar.

17     Q.    For treating bipolar depression, is there

18  any drug other than Seroquel that is currently

19  approved by the FDA for treating bipolar depression?

20     A.    No, there isn't.

21     Q.    It's the only drug in the United States of

22  America approved by the FDA as safe and effective for

23  treating bipolar depression, Seroquel is?

929764.txt

24      A.    Yes.

25      Q.    Depakote is also used as a mood stabilizer?

                                                            340

1       A.    Yes.

2       Q.    But it doesn't have an FDA indication for

3   maintenance treatment; correct?

4       A.    I don't have a specific recall, but my

5   understanding is that Depakote is -- it has been

6   continuously used for maintaining people with bipolar

7   problem.  I -- that's the best I can say.

8       Q.    That could be off-label use, thought, for

9   all you know?

10      A.    Yes.

11      Q.    Are you aware that among the atypicals, the

12  clinical trial data reflects that Seroquel is the

13  most effective in preventing recurrences of

14  depression?

15      A.    Are you asking me if I know about the

16  literature on that?

17      Q.    Yes.

18      A.    Yes.

19      Q.    And am I correct that Seroquel is the most

20  effective in preventing recurrences of depression?

21      A.    No, I don't know that that is something that

22  is necessarily true.  Just because you get an

23  indication, and you pull together some clinical

24  trials and get an indication, hardly means that that

25  is the -- that it's necessarily the best thing.

                                                            341

1          MR. CANTY:  Before the next question, I

                        Page 287

929764.txt

2  don't --

3           (Off the record.)

4  BY MR. BLATT:

5      Q.   You're aware that the clinical trial data

6  reflects that Seroquel is the most effective of the

7  atypicals in preventing recurrences of depression?

8      A.   Yes.

9      Q.   Is any medicine other than Seroquel approved

10 by the FDA as safe and effective for maintenance

11 treatment and for acute treatment of bipolar

12 depression?

13     A.   No.

14     Q.   Are you aware that the clinical trial data

15 indicates that Seroquel produces significant

16 improvement in depressed patients who have not

17 responded to standard antidepressants?

18     A.   Yes.

19     Q.   Are you aware that randomized control data

20 also demonstrate a significant beneficial effect of

21 Seroquel in treating generalized anxiety disorder?

22     A.   Yes.

23     Q.   Are you aware that increased rates of

24 insulin resistance in diabetes have been reported in

25 association with depression?

                                                342

1      A.   Yes.

2      Q.   Are you aware that studies have found a

3  consistently strong association between depression

4  and elevated hemoglobin?

5      A.   Yes.

6      Q.   Has science determined why serious mental

                        Page 288

929764.txt

 7  illness is associated with diabetes?

 8      A.   No.

 9      Q.   Does serious mental illness cause diabetes?

10      A.   We don't know.

11      Q.   You agree that in association with a result

12  is not the same as causation?

13      A.   Yes.

14      Q.   So bipolar depression is associated with

15  diabetes but it doesn't necessarily cause diabetes;

16  correct?

17      A.   Could you repeat that?

18      Q.   Bipolar depression is associated with

19  diabetes but it doesn't necessarily cause diabetes?

20      A.   That's correct.

21      Q.   And the conclusion of causation can't be

22  reached, even though there's a strong association?

23      A.   That's correct.

24      Q.   So if some studies define that Seroquel is

25  associated with diabetes, it doesn't necessarily mean

                                                        343


 1  that it causes diabetes?

 2      A.   No.  And I'm not making the case for it.

 3  All I'm saying is in this particular case, there is a

 4  substantial likelihood.

 5          MR. BLATT:  Could you read back the

 6  question, please?

 7          (Record read.)

 8          MR. BLATT:  I'll rephrase.

 9  BY MR. BLATT:

10      Q.   The fact that some studies find that

11  Seroquel is associated with diabetes does not

                        Page 289

929764.txt

12   necessarily mean that it causes diabetes; is that

13   correct?

14        A.    That's correct.

15        Q.    The potential causes of increased incidence

16   of diabetes with serious mental illness include

17   genetic factors?

18        A.    Yes.

19        Q.    You agree there is a strong genetic

20   component to diabetes?

21        A.    Yes.

22        Q.    And hypercortisolemia is also thought to be

23   responsible for an increased incident of diabetes

24   with serious mental illness?

25        A.    Yes.

                                                    344


1         Q.    The body's response to stress is mediated by

2    the endocrine system?

3         A.    Yes.

4         Q.    And the stress response causes increased

5    secretion of adrenalin and noradrenalin?

6         A.    Yes.

7         Q.    And these hormones produce hyperglycemic

8    effects?

9         A.    Yes.

10        Q.    And they stimulate glucose production?

11        A.    Yes.

12        Q.    And they limit glucose utilization?

13        A.    Yes.

14        Q.    And depression, anxiety, and stress are

15   associated with increases in cortisol?

16        A.    Yes.

                         Page 290

929764.txt

17      Q.      And elevated cortisol levels are associated
18  with depression?
19      A.      Yes.
20      Q.      And elevated cortisol levels also favor the
21  accumulation of visceral fat?
22      A.      Yes.
23              MR. BLATT:  Thanks.  Go ahead.
24  ///
25  ///

345

1                   EXAMINATION
2   BY MR. CANTY:
3       Q.      Doctor, would you prescribe Seroquel for
4   someone with diabetes?
5       A.      No.
6       Q.      Would you prescribe Seroquel for someone
7   with risk factors for diabetes?
8       A.      Yes.
9       Q.      Under what circumstances?
10      A.      If the other drugs that can be used -- I
11  would have to weigh all the risks and benefits, and
12  if the other drugs -- the other drugs for whatever
13  reason -- for reasons are not -- either they don't
14  work or they cause other kinds of side effects that
15  are intolerable and the person's psychiatric
16  condition is significant enough to where the risks
17  associated with the Seroquel would outweigh the --
18  would be less than the benefits coming from such
19  treatment, and informing the patient about the risk
20  so that they're in a position to choose whether they
21  want to take that risk, not just myself telling them

929764.txt

22  that -- not just making the decision for them but

23  also engaging them in the decision-making with the

24  full acknowledgment of the risks involved.

25      Q.    In the event that one of your patients made

346

1   the choice to take the Seroquel, would you take any

2   steps or recommend any steps to that patient as

3   they're taking Seroquel?

4       A.    If they're a known -- if I have someone with

5   significant risk factors, I would want them to be

6   under the care of a primary care physician or

7   internal medicine doctor.

8           And it's in addition to my doing fasting

9   blood sugars and glycosylated hemoglobin and weighing

10  the person regularly and taking their abdominal girth

11  and all of that, I would want them to be periodically

12  evaluated by an internal medicine or dermatologist.

13      Q.    In your review of the AstraZeneca documents

14  that you've been provided, is it your opinion that

15  AstraZeneca fairly apprised physicians of the need to

16  take the steps you just mentioned?

17          MR. BLATT:  Objection.  Foundation, form.

18          THE WITNESS:  No.

19  BY MR. CANTY:

20      Q.    I have, I think, one or two more questions

21  but I can't find the reference.  If you'll give me

22  one second.

23          While I'm looking, Doctor, we just talked

24  about some steps that you would take with patients,

25  some conditions under which you would prescribe the

347

929764.txt

1  drug.

2          Why is it that you would take those

3  precautions with Seroquel?

4          MR. BLATT:  Objection.  Form.

5          THE WITNESS:  Because I'm running the risk

6  of inflicting a chronic and life-threatening

7  condition with significant mortality, morbidity, and

8  physical distress if I was not to take that into

9  account.

10          So if somebody's going to have to deal with

11  a lifetime of kidney failure and neuropathy and

12  visual deficits and everything else that goes with

13  it, at the very least I want them to have a

14  fully-informed consenting process.

15  BY MR. CANTY:

16     Q.    In your mind, those potentialities are

17  associated with Seroquel?

18          MR. BLATT:  Objection.  Leading, form.

19          THE WITNESS:  That's correct.

20  BY MR. CANTY:

21     Q.    How do you know?

22          MR. BLATT:  Objection.  Foundation.

23          THE WITNESS:  Well, the data shows that

24  Seroquel is essentially in the same class as Clozaril

25  and Zyprexa/olanzapine, and not similar to Risperdal

                                                    348


1  and Abilify and Geodon.

2          And in that, both from the observation data

3  and -- that this is a drug that runs a significant --

4  there is temporal connection between people taking

5  this medication and developing hyperglycemia,

                    Page 293

929764.txt

6   diabetes, diabetic ketoacidosis, significant weight

7   gain, and diabetic coma and all of these things,

8   so...

9   BY MR. CANTY:

10      Q.    Doctor, I want to read from one of the

11  documents that you reviewed that contained --

12  contained in AstraZeneca's files.  This is from the

13  "Dear Doctor" letter that was sent to the Japanese

14  physicians in 2002.

15          The warning that's described there is --

16  described stated there:  "During administration of

17  this drug, the patient must be carefully observed and

18  blood glucose levels should be measured because

19  marked elevation of blood glucose after

20  administration may cause significant side effects

21  such as diabetic ketoacidosis; diabetic coma; and in

22  some cases, death may occur."

23          To your knowledge, has AstraZeneca provided

24  a warning like that to the physicians in the United

25  States?

349

1           MR. BLATT:  Objection.  Form, foundation.

2           THE WITNESS:  No.

3   BY MR. CANTY:

4       Q.    It also goes on to say, "Prior to

5   administration of the drug, sufficient explanation

6   should be provided to the patient and the family to

7   notify that the above side effects may occur.  They

8   should be advised to note abnormality such as thirst,

9   polydipsia, polyuria, an increased urinary frequency,

10  and also instructed to stop administration of the

Page 294

929764.txt

11  drug and visit the hospital if any of these symptoms

12  appear."

13        The question is:  Are you aware that

14  AstraZeneca has at any time provided that kind of a

15  warning to United States physicians?

16        MR. BLATT:  Objection.  Form, foundation.

17        THE WITNESS:  No.

18  BY MR. CANTY:

19   Q.   In your understanding, based on the

20  documents that you've reviewed and the literature

21  that you reviewed, is that a fair and adequate

22  warning of the risks associated with Seroquel?

23        MR. BLATT:  Objection.  Form, foundation.

24        THE WITNESS:  Yes.

25        MR. CANTY:  Nothing further.

                                                    350

 1        (Exhibit 17 marked.)

 2

 3              FURTHER EXAMINATION

 4  BY MR. BLATT:

 5   Q.   Doctor, let me hand you what's been marked

 6  Exhibit 17.  This is the January 2004 label for

 7  Seroquel.

 8   A.   Yes.

 9   Q.   Turn to page 11, please.

10        You see that -- you see that starting on

11  page 9, this is the section entitled "Warnings"?

12   A.   Yes.

13   Q.   And are you aware that this is the label

14  approved by the FDA for use in the United States

15  after January 2004?

929764.txt

16      A.     Yes.

17      Q.     Do you see that on page 11 there is a

18 section entitled "Hyperglycemia and diabetes

19 mellitus"?

20      A.     Yes.

21      Q.     Do you see the first sentence there?  It

22 states, "Hyperglycemia, in some cases extreme, and

23 associated with ketoacidosis or hyperosmolar coma or

24 death, has been treated in patients with atypical

25 antipsychotics including Seroquel"?

                                                    351

 1      A.     Yes, I do.

 2      Q.     Do you see that since January 2004 the label

 3 for Seroquel has warned that "hyperglycemia, in some

 4 cases extreme, and associated with ketoacidosis or

 5 hyperosmolar coma or death has been associated" --

 6 strike that.

 7             Do you see that since January 2004 that the

 8 label of Seroquel has contained a warning that

 9 "hyperglycemia, in some cases extreme, and associated

10 with ketoacidosis or hyperosmolar coma or death has

11 been reported in patients treated with atypical

12 antipsychotics including Seroquel"?

13      A.     Yes.

14      Q.     And in the next paragraph, do you see that

15 the label of Seroquel, in January of 2004 and

16 onwards, warned that "patients with an established

17 diagnosis of diabetes mellitus who are started on

18 atypical antipsychotics should be monitored regularly

19 for worsening of glucose control"?

20      A.     Yes.

                        Page 296

929764.txt

21      Q.    And that "patients with risk factors for

22   diabetes mellitus, (e.g. obesity, family history of

23   diabetes) who are starting treatment with atypical

24   antipsychotics should undergo fasting blood glucose

25   testing at the beginning of treatment and

                                                      352

 1   periodically during treatment"?

 2          Do you see that?

 3      A.    I misspoke.  I misspoke in reference to --

 4      Q.    First, do you see what I'm referring to?

 5      A.    Yes, I do.

 6      Q.    Now, you're now saying that you misspoke in

 7   responding to plaintiff counsel's questions about

 8   whether statements were made in labeling in the

 9   United States with respect to diabetic ketoacidosis

10   and with respect to monitoring?

11      A.    Yes.  From 2004 it's been there.

12      Q.    Yes.  That's what I thought.

13          MR. BRUDNER:  Object to sidebar.

14   BY MR. BLATT:

15      Q.    You see that the label for Seroquel after

16   January 2004 states that "any patient treated with

17   atypical antipsychotics should be monitored for

18   symptoms of hyperglycemia, including polydipsia,

19   polyuria, polyphagia, and weakness"?

20      A.    Yes.

21      Q.    You also misspoke with when you responded

22   plaintiff counsel's questions in that regard as well?

23      A.    Yes.  For the -- not after 2004.  After

24   2004, the disclosure has been there.

25      Q.    Yes.  And the disclosure also states in

                        Page 297

929764.txt

353

1  January 2004 and after that, that "patients who
2  develop symptoms of hyperglycemia during treatment
3  with atypical antipsychotics should undergo fasting
4  blood glucose testing"; correct?
5      A.    Yes.
6      Q.    Now, you also -- if you could turn to
7  Exhibit 16, the consensus statement, this is the
8  consensus statement issued by the American
9  Psychiatric Association, American Diabetes
10 Association; correct?
11     A.    Yes.
12     Q.    And do you see that there is a Table 2 on
13 page 597?
14     A.    Yes.
15     Q.    And do you see that the risk for diabetes is
16 positive for clozapine and olanzapine?
17     A.    Yes.
18     Q.    And under the -- in the notes it says
19 "positive equals increased effect"?
20     A.    Yes.
21     Q.    And so the conclusion of the American
22 Psychiatric Association and the American Diabetes
23 Association is that clozapine and olanzapine are
24 grouped together as having an increased effect for
25 risk of diabetes; correct?

354

1      A.    Yes.
2      Q.    And the conclusion of the American
3  Psychiatric Association and the American Diabetes

Page 298

929764.txt
4  Association is that risperidone and quetiapine --

5  that's Seroquel; right?

6      A.    Yes.

7      Q.    -- are grouped together for having

8  discrepant results with respect to the risk for

9  diabetes; correct?

10     A.    Yes.

11     Q.    So the determination of the American

12 Diabetes Association and the American Psychiatric

13 Association is not that clozapine, olanzapine, and

14 Seroquel are grouped together, it's that clozapine

15 and olanzapine are grouped together; correct?

16     A.    Yes.

17     Q.    And that risperidone and Seroquel are

18 grouped together?

19     A.    Yes.

20     Q.    That's with respect not only to diabetes;

21 right?  Strike that.

22           That's with respect to diabetes?

23     A.    Yes.

24     Q.    And it's also with respect to weight gain?

25     A.    Yes.

355


1      Q.    And it's also with respect to increases in

2  cholesterol?

3      A.    Yes.

4      Q.    It's the view of the American Psychiatric

5  Association and the American Diabetes Association

6  that the risk in patients taking risperidone and

7  Seroquel with respect to development of diabetes is

8  less clear than what they find for clozapine and

Page 299

929764.txt

9   olanzapine?

10      A.    Yes.

11      Q.    And that continues to be the view of the

12  American Psychiatric Association and the American

13  Diabetes Association?

14      A.    My sense is that the overall literature

15  would suggest that the new thinking or the more

16  recent thinking would be that clozapine and

17  olanzapine and quetiapine really come close together.

18      Q.    Are you aware of the American Psychiatric

19  Association and the American Diabetes Association

20  ever revising their conclusion?

21      A.    No, I'm not.

22      Q.    Can you identify for me one randomized

23  clinical trial in which Seroquel was found to have an

24  increased incidence of diabetes or hyperglycemia

25  compared to risperidone?

                                                          356

1       A.    I can't.

2       Q.    Can you identify for me one observational

3   study in which Seroquel was found to have an

4   increased incidence of diabetes or hyperglycemia

5   compared to risperidone?

6       A.    I can't.  I cannot at this time.

7       Q.    Okay.  That's it.  I have one clean-up

8   question.

9            MR. CANTY:  If you have one clean-up

10  question, can I get mine in?

11

12            FURTHER EXAMINATION

13  BY MR. CANTY:

                    Page 300

929764.txt
14      Q.    Doctor, if it were shown -- we talked a lot

15  about the ADA, APA consensus statement today.  If it

16  were shown that the -- that AstraZeneca actually paid

17  money toward the convening and the conduct of that

18  panel, if they made a presentation at that panel, if

19  they only presented short-term weight data and only

20  presented data which -- that showed the glucose

21  levels from clinical studies as being nonfasting, in

22  other words, if it were shown that they lied to the

23  ADA, is the ADA consensus statement worth the paper

24  it's written on?

25          MR. BLATT:  Objection.  Form, foundation.

                                                         357


1           THE WITNESS:  No.

2

3               FURTHER EXAMINATION

4   BY MR. BLATT:

5      Q.    Are you aware --

6           MR. BLATT:  Are you done?

7           MR. CANTY:  Go ahead.

8   BY MR. BLATT:

9      Q.    Are you aware of any evidence that

10  AstraZeneca lied to the ADA?

11     A.    I mean, I can't give specific examples, but

12  you've got like Study 41 that's shown all these

13  abnormal fasting values and stuff.  And so there is

14  seems to be a pattern of holding back data that puts

15  them in a bad light.

16          I mean, so I think I have given many

17  examples of that throughout the document that I've

18  prepared.

                        Page 301

929764.txt

19    Q.   I'm sorry.  What data do you specifically
20  believe that was withheld from the American Diabetes
21  Association or the American Psychiatric Association?
22    A.   I don't know a specific document.
23    Q.   Can you identify any data?
24    A.   Well, I don't know, but Study 41 was given
25  but it was not -- Study 41 was not given to the

358

1  Japanese, even though they kept begging for it in
2  September of 2002 when they were dealing with
3  these -- with the death and serious diabetic
4  ketoacidosis and diabetic coma and all these things.
5        MR. BLATT:   Objection.   Nonresponsive.
6  BY MR. BLATT:
7    Q.   Doctor, did my question mention the
8  Japanese?
9    A.   No.
10    Q.   My question was:   Can you identify any data
11  that was not submitted by AstraZeneca to the American
12  Diabetes Association or American Psychiatric
13  Association?
14    A.   I don't.
15    Q.   Can you identify any data whatsoever that
16  AstraZeneca has not provided to the FDA?
17    A.   I don't know.
18    Q.   Okay.   Now my one clean-up question.
19        Do you have the exhibit that's your report?
20        I just wanted to ask you, are these your
21  tabs, highlighting, and underlining in your report
22  Exhibit 2?
23    A.   They are.

Page 302

929764.txt
24     Q.    And what do they reflect?  Why did you

25  underline or highlight or tab certain parts?

359

1     A.    Those were so I could refer to them during

2  the course of this deposition as being the more

3  significant points.  Some of them I've highlighted,

4  some of them are boarded.  The boarding is the same

5  as what you should have.  It would just be the

6  difference in highlighting.

7     Q.    Okay.  Great.  Thank you.

8           (Off the record.)

9           MR. BLATT:  Back on the record.  One exhibit

10  tab, 18, was never used and so there will be a gap in

11  the exhibits.  There is no Exhibit 18.  So it will go

12  from 17 to 19.

13           (The deposition concluded at 4:55 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

360

1           I, MOHAN NAIR, M.D., do hereby declare under

2  penalty of perjury that I have read the foregoing

Page 303

929764.txt

3  transcript; that I have made any corrections as

4  appear noted, in ink, initialed by me; that my

5  testimony as contained herein, as corrected, is true

6  and correct.

7         Executed this _____ day of

8  _____, 2008, at _____,
                                        (City)

9  _____.
         (State)

10

11

12

13

14

15

16

17

18                    _____

19                    MOHAN NAIR, M.D.

20

21

22

23

24

25

                                                  361

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4      That the foregoing proceedings were taken before

5  me at the time and place herein set forth; that any

6  witnesses to the foregoing proceedings, prior to

7  testifying, were placed under oath; that a verbatim

Page 304

929764.txt

8   record of the proceedings were made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; further, that the foregoing is an

11  accurate transcription thereof.

12       I further certify that I am neither financially

13  interested in the action nor a relative or employee

14  of any attorney of any of the parties.

15       IN WITNESS WHEREOF, I have this date subscribed

16  my name.

17

18  Dated:  October 2, 2008

19

20

21       _____

22       Terrie C. Barker
         CSR No. 12000

23

24

25                                                    362