# TAB 5-1

bp100808.txt

1

1    08-I-99342 sh

2                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
3                         ORLANDO DIVISION

4
     IN RE:  Seroquel Products Liability Litigation
5    MDL DOCKET NO. 1769

6    This document relates to:

7    Janice Burns v. AstraZeneca LP, et al.   Case No. 6:07-cv-15959
     Connie Curley v. AstraZeneca LP, et al.  Case No. 6:07-cv-15701
8    Linda Guinn v. AstraZeneca LP, et al.   Case No. 6:07-cv-10291

9    ****************************************************************

10                       ORAL DEPOSITION OF

11                   BRUCE D. PERRY, M.D., Ph.D.

12                        October 8, 2008

13                           Volume 1

14   ****************************************************************

15                   ORAL DEPOSITION of BRUCE D. PERRY, M.D., Ph.D.,

16   produced as a witness at the instance of the Defendants, and

17   duly sworn, was taken in the above-styled and numbered causes

18   on the 8th of October, 2008, from 9:05 a.m. to 3:38 p.m.,

19   before Shanon M. Hair, CSR in and for the State of Texas,

20   reported by machine shorthand, at the office of Fibich,

21   Hampton & Leebron, L.L.P., 1401 McKinney Street, Suite 1800,

22   Houston, Texas  77010-9998, pursuant to the Federal Rules of

23   Civil Procedure and the provisions stated on the record or

24   attached hereto.

25

♀

2

1                             INDEX

bp100808.txt

2   Appearances..............................................5

3   BRUCE D. PERRY, M.D., Ph.D.

4       Examination by Mr. McConnell.........................6

5   Signature and Changes..................................267

6   Reporter's Certificate.................................269

7

8                           EXHIBITS
    NO.   DESCRIPTION                                    PAGE
9
10      1......................................................6
            Notice of Deposition of Bruce D. Perry, M.D.,
11          Ph.D.
        2......................................................6
12          Preliminary Summary of Opinions  (Curley)
        3......................................................6
13          Preliminary Summary of Opinions  (Burns)
        4......................................................6
14          Preliminary Summary of Opinions  (Guinn)
        5.....................................................54
15          08-21-00 document entitled "RE:  Mary Lou
            Hunter"
        6.....................................................94
16          Practice Guideline for the Treatment of
            Patients with Acute Stress Disorder and
17          Posttraumatic Stress Disorder
        7....................................................106
18          Article entitled "Effects of adjunctive
            antidepressant therapy with quetiapine on
19          clinical outcome, quality of sleep and daytime
            motor activity in patients with
20          treatment-resistant depression"
        8....................................................112
21          01-21-00 laboratory report  (Curley)
        9....................................................119
22          Article entitled "Effectiveness of Clozapine
            Versus Olanzapine, Quetiapine, and Risperidone
23          in Patients With Chronic Schizophrenia Who Did
            Not Respond to Prior Atypical Antipsychotic
24          Treatment"

25

1                            INDEX
                          (Continued.)
2
                           EXHIBITS
3   NO.   DESCRIPTION                                    PAGE

4       10...................................................119
            Article entitled "Effectiveness of Olanzapine,

Page 2

bp100808.txt

5      Quetiapine, Risperidone, and Ziprasidone in
       Patients With Chronic Schizophrenia Following
6      Discontinuation of a Previous Atypical
       Antipsychotic"

7      11.....................................................133
       Article entitled "Consensus Development
8      Conference on Antipsychotic Drugs and Obesity
       and Diabetes"

9      12.....................................................140
       01-05-03 Tampa General Hospital record
10     (Curley)

11     13.....................................................142
       03-30-04 Follow-Up Visit note  (Curley)

12     14.....................................................144
       01-07-03 Headache Patient Staffing Report
13     (Curley)

13     15.....................................................172
       Document entitled "Connie Marie Curley AKA
14     Gray - Seroquel Patient"

15     16.....................................................172
       Document entitled "Janice Elaine Burns AKA
16     Ashby, Scoggins - Seroquel Patient"

16     17.....................................................175
       05-27-98 Emerald Coast Psychiatric Care
17     Progress Notes  (Burns)

18     18.....................................................177
       12-28-98 Bay County Behavioral Health Center
       Physician's Progress Note  (Burns)

19     19.....................................................180
       10-14-98 Emerald Coast Psychiatric Care
20     Progress Notes  (Burns)

21     20.....................................................183
       12-21-98 Bay Medical Center Consultation
       (Burns)

22     21.....................................................192
       12-11-06 Application for Voluntary Admission
23     of an Adult  (Burns)

24     22.....................................................199
       08-01-02 Progress Note  (Burns)

25

1                          INDEX
                        (Continued.)
2
                         EXHIBITS
3   NO.  DESCRIPTION                                    PAGE

4      23.....................................................201
       1994 Physicians' Desk Reference listing for
5      Prozac

       24.....................................................206
6      10-14-02 Progress Note  (Burns)

       25.....................................................214
7      03-09-01 Disability Physical Done for
       Disability Determinations on Janice Burns

Page 3

bp100808.txt

8    26. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .215
          01-30-03 Progress Note  (Burns)
9    27. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .216
          04-24-03 Progress Note  (Burns)
10   28. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .217
          10-20-03 Initial Back Examination  (Burns)
11   29. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
          04-22-94 Discharge Cumulative Trend Report
12        (Burns)
          30. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .237
13        08-11-00 laboratory report  (Burns)
          31. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .238
14        12-29-00 laboratory report  (Burns)
          32. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .238
15        08-02-00 Progress Note  (Burns)
          33. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .240
16        08-25-00 Progress Note  (Burns)
          34. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .242
17        Document entitled "Medical History; Janice E.
          Ashby Burns"
18        35. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .244
          Document entitled "Medical History of Janice E.
19        Burns"
          36. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .263
20        01-15-08 Office History and Physical  (Burns)
          37. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .265
21        05-02-08 Brain & Spine Center, L.L.C., record
          (Burns)
22

23

24

25

♀

5

1                    A P P E A R A N C E S

2    FOR THE PLAINTIFFS:

3        Tommy Fibich, Esq.
         FIBICH, HAMPTON & LEEBRON, L.L.P.
4        1401 McKinney Street, Suite 1800
         Houston, Texas  77010-9998
5        (713) 751-0025, fax (713) 751-0030
         tfibich@fhl-law.com
6
     FOR THE DEFENDANTS:
7
         Stephen J. McConnell, Esq.
8        Lauren Cates, Esq.
         DECHERT LLP
9        Cira Centre
         2929 Arch Street
10       Philadelphia, Pennsylvania  19104-2808
         (215) 994-4000, fax (215) 994-2222
                    Page 4

bp100808.txt
11      stephen.mcconnell@dechert.com
        lauren.cates@dechert.com
12
                                -and-
13
        Robert C. "Mike" Brock, Esq.
14      RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
        184 Commerce Street
15      Montgomery, Alabama  36104
        (334) 206-3100, fax (334) 481-0801
16      rcb@rsjg.com

17

18

19

20

21

22

23

24

25

♀

                                                           6

1                   (Perry Exhibit No. 1 through 4 marked.)

2                   (9:05 a.m.)

3                    BRUCE D. PERRY, M.D., Ph.D.,

4       having been first duly sworn, testified as follows:

5                            EXAMINATION

6       BY MR. McCONNELL:

7           Q.    Good morning, Doctor.

8           A.    Good morning.

9           Q.    Could you please state your full name for the record?

10          A.    Bruce Duncan Perry.

11          Q.    Doctor, my name is Steve McConnell and I'm one of the

12      lawyers representing AstraZeneca in this litigation, and maybe

13      it would make sense for us to go around the table and have

                                Page 5

bp100808.txt

14    everybody introduce themselves.

15                     MS. CATES:  Lauren Cates, AstraZeneca.

16                     MR. BROCK:  Mike Brock for AstraZeneca.

17                     MR. FIBICH:  Tommy Fibich for plaintiffs.

18    Q.    (BY MR. McCONNELL)  Doctor, you've been deposed

19    before, haven't you?

20    A.    Yes, sir.

21    Q.    Approximately how many times?

22    A.    Probably somewhere between 10 and 12.

23    Q.    Fair to say that you're pretty familiar with the

24    procedures of a deposition?

25    A.    Yes, sir.

                                                        7

1     Q.    You don't need me to go through in mind-numbing

2     excruciating detail the rules?

3     A.    No, sir.

4     Q.    You know you're under oath, right?

5     A.    Yes.

6     Q.    You also know that if there's anything about my

7     questions that's in any way unclear, you have the right to ask

8     me to explain or rephrase the question?

9     A.    Yes, sir.

10    Q.    And you won't be shy about doing that, will you?

11    A.    No.

12    Q.    Good.  Have you ever testified before about diabetes?

13    A.    No, sir.

14    Q.    Have you ever testified before about hyperglycemia?

15    A.    No.

16    Q.    Have you ever testified before about Seroquel?

bp100808.txt

17        A.     No.

18        Q.     Have you ever testified before about any

19   second-generation antipsychotic?

20        A.     Not that I -- no, I don't think so.

21        Q.     Have you ever testified before about any

22   antipsychotic, any case involving an antipsychotic, where that

23   was relevant to the case?

24        A.     I've testified about psychopharmacology in context of

25   other issues, but not really in a psychopharmacology litigation

♀

8

1    case.

2         Q.     And just for the sake and to provide some mercy to

3    the jury, if you could explain what psychopharmacology is,

4    please, I'd appreciate it.

5         A.     Certainly.  Psychopharmacology is a broad term that

6    refers to the use of medications in the treatment of mental

7    health problems.

8         Q.     Okay.  And in some cases, the use of medications in

9    the treatment of mental health problems is perfectly

10   appropriate, true?

11        A.     Yes.

12        Q.     Okay.  In those cases where you have testified

13   regarding psychopharmacology, did any of those cases relate to

14   antipsychotics, as far as you know?

15        A.     Antipsychotics were not a central element of those

16   cases.

17        Q.     Okay.  Have you ever testified in any prior case

18   about weight gain resulting from psychopharmacology?

19        A.     No.

Page 7

bp100808.txt

20      Q.    All right.  What I'd ask now is that the court

21   reporter put before you what's been premarked as Perry

22   Exhibit 1.

23           Doctor, what's been placed before you as Exhibit

24   1 is the notice of deposition in this case.  Have you seen it

25   before?

9

1      A.    No.

2      Q.    Could you take a look at Schedule A?

3           (Sotto voce discussion.)

4      Q.    (BY MR. McCONNELL)  All right.  And my question is:

5   Have you seen this before?

6      A.    No.

7      Q.    Are you keeping a file for your work that you're

8   doing in these cases relating to these three plaintiffs?

9      A.    Yes, sir.

10      Q.    All right.  Do you have separate files for the three

11   plaintiffs?

12      A.    No, I don't.

13      Q.    What's in your file?

14      A.    I have letters of correspondence, I have a copy of

15   the letter of agreement, and I have a copy of the invoice to --

16   for services to date.

17      Q.    Do you have copies of any materials that you reviewed

18   to help you formulate your opinions in these cases?

19      A.    Not in the file, but I -- you know, I have CDs that

20   have those materials on them.

21      Q.    All right.  As generally as you can phrase it, what

22   do you have on those CDs?

Page 8

bp100808.txt

23        A.    The CDs include medical records for the three

24    plaintiffs, include depositions of the plaintiffs and many of

25    the treating physicians and Allied mental health professionals.

⚥

                                                                        10

1    There are depositions of several drug representatives from

2    AstraZeneca.   There's the deposition of -- I think he's the CEO

3    of AstraZeneca.

4        Q.    Do you recall his name?

5        A.    Brennan.  Is that correct?

6        Q.    Okay.

7        A.    I think that's it.   There are a number of e-mails and

8    memorandum regarding -- internal memorandum about weight gain

9    and there are a number of academic articles, including the

10   consensus statement about second-generation antipsychotics and

11   weight gain and diabetes.   There are -- gosh, trying to think

12   of what else.   That -- as far as I recall, that's sort of the

13   broad list of things.

14       Q.    How did you obtain these CDs?

15       A.    They were provided by the plaintiffs' attorneys.

16       Q.    How many CDs do you have?

17       A.    I -- probably 10 or 12.

18       Q.    Who was the particular attorney or attorneys who

19   provided you with these CDs?

20       A.    They -- I mean, I have the letters of correspondence,

21   if you want to look at those and see.   My assumption -- I was

22   working with Tommy, but there are other attorneys from a

23   different firm, Bailey Perrin & Bailey, I guess.

24       Q.    Where is it that you keep your file physically?

25       A.    In my office and -- I've got the CDs here if you'd

bp100808.txt

♀

11

1      like to see them.

2          Q.    Oh, okay.  Could you show them to us?  Great.

3                MR. FIBICH:  Who is deposing Mitch Young next

4      week?

5                THE REPORTER:  Do you want this on the record?

6                MR. BROCK:  No.

7                (Discussion off the record at 9:12 a.m.)

8          Q.    (BY MR. McCONNELL)  Just -- looking at what you just

9      put on the table, Doctor, let me just confirm -- I'll count the

10     CDs.  I'm counting about 20.  Does that seem about right?

11         A.    If that's what you got, that's -- I trust you.

12         Q.    All right.  And these CDs, they say on them -- it

13     says "Bailey Perrin Bailey" on them, correct?

14         A.    Correct.

15         Q.    They all do.  When did you receive these CDs?

16         A.    Starting in -- gosh.  I'd have to say around -- my

17     recollection's around February of the -- would it be of last

18     year?  Can I look --

19         Q.    Of course.  Absolutely.  You're free to look at

20     anything you need to help you testify, Doctor.

21         A.    Starting in February of '08.

22         Q.    Okay.  I take it then you didn't receive, for

23     example, all 20 of these CDs at the same time.  They came in

24     over time.  Is that fair to say?

25         A.    That's correct.

♀

12

bp100808.txt

```
 1        Q.    All right.  Just for the purpose of the record,  are
 2   you testifying in this litigation about just three plaintiffs,
 3   as far as you know?
 4                  MR. FIBICH:  Yeah.  Let me help you out.
 5                  THE WITNESS:  Yes.
 6                  MR. FIBICH:  There's only three plaintiffs that
 7   he's had so far.
 8                  MR. McCONNELL:  Okay.
 9        A.    That's correct.
10        Q.    (BY MR. McCONNELL)  And what are the names of those
11   three plaintiffs?
12        A.    Last names are Burns, Guinn, and Curley.
13        Q.    Okay.  And when were you first retained by
14   plaintiffs' counsel to testify in the cases of those three
15   plaintiffs?
16        A.    I was first contacted and retained in February on --
17   but I think it was a couple of months later that it was -- I
18   received materials on those plaintiffs.
19        Q.    Who contacted you in February?
20        A.    Mr. Fibich.
21        Q.    Okay.  And what did you discuss at that time of the
22   initial contact?
23        A.    He asked me if I would be willing to review some
24   cases where, you know, there were -- antipsychotics had been
25   used and there were issues of weight gain and diabetes and --
```

⚥

                                                              13


```
 1        Q.    All right.
 2        A.    -- so I said I would.
 3        Q.    Can I see that file for a second?  Or maybe you could
```
                           Page 11

bp100808.txt

4      just take a look at it, if you don't mind.  What I'd like to do
5      is very briefly go through Schedule A, and basically the
6      questioning is going to be:  Is the stuff on Schedule A -- is
7      there stuff that exists and is it contained in the materials
8      that you just provided to us?
9                  So, if you could just -- you could actually just
10     sort of read this to yourself instead of me belaboring the
11     record.  Just take a look and let me know as you go through
12     each category if you have materials that would be included
13     there.
14        A.    As far as I know, all the clinical materials and sort
15     of corporate materials and legal materials are included in
16     the -- in this.  There may be some articles that I've read and
17     referenced that I may bring up that I didn't specifically store
18     as part of that record.
19        Q.    If I can just jump in for a moment, is there any
20     material on any of these CDs that you stored as opposed to was
21     placed on the CD by the plaintiffs' counsel?
22        A.    No.
23        Q.    Okay.  You can continue.  Thanks.
24        A.    I don't have -- I don't -- I didn't take any notes.
25     I don't have any other sort of materials, you know,

♀

14

1      memorialized about previous expert testimony about
2      antipsychotics.  I think I did -- I haven't testified about
3      Seroquel or other antipsychotics.  There are e-mails that are
4      not -- you know, that are essentially communications about
5      scheduling, timing of reports and so forth that are not in the
6      record, and if -- I guess I can provide those, if that's
                        Page 12

bp100808.txt

7   something that --
8       Q.   Just to be clear, they're certainly not in the CDs,
9   right?
10      A.   That's correct.
11      Q.   And they're also not in the folder that you brought
12  today?
13      A.   That's correct.
14      Q.   Could you bring those in tomorrow?
15      A.   Yeah.  I think I could probably do that.
16      Q.   Okay.  Thanks.  Keep going.
17      A.   I've had no communications with the witnesses or
18  family members.  The -- I don't really know that I have -- that
19  there are independent medical examinations that I have access
20  to or that I was provided.  I haven't given any speeches or
21  presentations or written anything specifically about Seroquel
22  or antipsychotics.  My retainer agreement is in there.
23  Litigation -- I don't know what scientific evidence or med
24  expertise is.  And then I -- my CV, I think, was provide as --
25      Q.   Yes.

♀

15

1       A.   -- part of my reports.  And the two pay stub -- or
2   the check stubs for the checks I received are in the file.
3       Q.   Okay.  One of the items that's captured in these
4   categories is time records.  Do you have time records in this
5   case?
6       A.   I do.  I have a -- it's handwritten, and then it's --
7   there's a version of -- on the invoice, there's --
8       Q.   Oh, okay.  So -- and I'll -- I guess I should
9   probably try to make a copy of this.  I don't -- this is your
                          Page 13

bp100808.txt

10    original, right?

11         A.    Correct.

12         Q.    I don't want to take your original.  Maybe we can

13    find a way here to make a copy --

14                     MR. FIBICH:   Sure.

15         Q.    (BY MR. McCONNELL)  -- then we'll have this marked,

16    but -- I think as you just said, on the inside flap of the

17    yellow folder, it appears to be time records.

18         A.    Correct.

19         Q.    Is that right?

20         A.    Correct.

21         Q.    And I do see here -- it says -- I can -- you're a

22    doctor, so your writing is what it is, but I think it says

23    "Review Materials."  I see "Depositions."  I also see here

24    "Review Rosas."

25         A.    Correct, a separate case.

                                                                16

1          Q.    That's another case that you were working in?

2          A.    That's correct.

3          Q.    And so the numbers on the side -- you have a date and

4     then you have the number and the number reflects the number of

5     hours that you spent, correct?

6          A.    Correct.

7          Q.    And mostly what you were doing is you were --

8          A.    Reviewing materials.  I'm sorry.

9          Q.    I'm sorry for cutting you off.  If I ever -- by the

10    way, if I ever cut you off, let me know because you're entitled

11    to finish your answer --

12         A.    Sure.

                              Page 14

bp100808.txt

13      Q.    -- and I apologize.  And I just did it again.

14      A.    Sure.

15            MR. McCONNELL:  If we can get a copy of that,

16   I'd appreciate it.

17            MR. FIBICH:  Keep going.

18      Q.    (BY MR. McCONNELL)  In some of the other depositions

19   in this case some, of the witnesses received a timeline from

20   plaintiffs' counsel.  Did you receive any such timeline?

21      A.    There was sort of an abstract of the medical record

22   that was provided by Glenda Grainger, and that -- it -- I

23   believe that it's in -- if it's not on one of those CDs,

24   it's -- it's in one of the e-mails that was sent.

25      Q.    Okay.  And by the way, these CDs, these are also your

♀

17

1    original CDs?

2       A.    Correct.

3       Q.    So, we need to figure out a way we can get copies of

4    these things.  Maybe there's some service around here we could

5    do it, or I'll ask Tommy when he gets back.  Maybe you guys can

6    just send us copies.

7       A.    I'm not sure, but I was under the understanding that

8    that was -- they already provided copies of these.  I don't

9    know.

10      Q.    It's possible.  I kind of don't think so, but it's

11   possible.  We'll check.

12            With respect to the timeline, did you ever ask

13   Ms. Grainger what methodology she used to create that timeline?

14      A.    I didn't ask her, but I believe that it was just a

15   review of the medical records and abstracted information.  That

bp100808.txt

16     was my understanding.

17          Q.    And the timeline included references to certain

18     events in the medical history of these plaintiffs, correct?

19          A.    Correct.

20          Q.    I mean, it certainly wasn't a list of every event,

21     true?

22          A.    Correct.

23          Q.    Did you inquire as to what the selection process was

24     by Ms. Grainger as to what she chose to include and what she

25     chose to omit?

♀

18

1          A.    Well, no.  I -- I did not have any discussion with

2      her about her methods for putting that together.

3          Q.    Were you able to take the timeline and look at the

4      medical records and ascertain the extent to which the timeline

5      was accurate or complete?

6          A.    I did not -- I didn't do it for every single item,

7      but as I was reviewing the records, I looked at the timeline

8      and was, you know, essentially looking for correspondence

9      between what I was seeing in the report records and what she

10     had recorded in her Excel spreadsheet, and there appeared to be

11     good correspondence.

12          Q.    Okay.  Did the timeline include references to the

13     various weights of the plaintiffs?

14          A.    Yes, sir.

15          Q.    And did you check to see the extent to which those

16     references to the weights were accurate and complete and fairly

17     representative?

18          A.    I looked at -- I did not do that for every single

bp100808.txt

19   weight I did that for several representative weights and then,

20   you know, as I moved forward, I just was focussing on just

21   reviewing the charts and --

22       Q.   Did the timeline make reference to various blood

23   glucose measurements of the plaintiffs?

24       A.   In some cases, it did.

25       Q.   And, again, did you make any effort to see whether

♀

19

 1   the blood glucose references on the timeline were accurate and

 2   complete and fairly representative of the blood glucose

 3   measurements for that plaintiff?

 4       A.   Again, it was more of a sampling of -- when there was

 5   a clear indication of a finding in the medical record, I would

 6   check and look and see.   And as far as I recall, there was good

 7   correspondence.   It wasn't -- if -- I don't believe that that

 8   record included every single glucose or every single weight,

 9   but there appeared to be reasonable correspondence.

10       Q.   Well, one of the things that you say in your expert

11   report is that there was a temporal relationship between the

12   ingestion of Seroquel and certain consequences, right?

13       A.   Correct.

14       Q.   To what extent did you check the timeline against the

15   full record to see if such a temporal relationship was

16   confirmed or refuted?

17       A.   Well, I paid most attention to the medical record

18   around the onset of taking the Seroquel and looked at changes

19   in weights over time after the medication was started, and I

20   thought there was a solid temporal association between the

21   starting of the Seroquel and the changes in weights.   And it

Page 17

bp100808.txt

22    did correspond with what was in -- what had been recorded in

23    her timeline.

24         Q.    But to arrive at that conclusion of the temporal

25    relationship, wouldn't you also want to see what happened

                                                                    20

1     beforehand and also afterwards?

2          A.    Sure.

3          Q.    And did you do that?

4          A.    I did and I saw, you know, in some cases, waxing and

5     waning of weights and --

6          Q.    Uh-huh.

7          A.    Yeah.

8          Q.    Was that relevant to your opinions?

9          A.    Yeah.  To some degree, yeah, yes.

10         Q.    All right.  And we'll talk about that in more detail.

11    I also want to have placed in front of you, if you don't mind,

12    what's been premarked as Exhibits 2 through 4.  And what they

13    are is -- Exhibit 2 is your expert report for Curley, Exhibit 3

14    for Burns, and Exhibit 4 for Guinn; is that right?

15         A.    Yes, sir.

16         Q.    And you mentioned before that you had provided us

17    with your CV.  Is your CV, in fact, attached to each one of

18    these expert reports?

19         A.    Yes, I believe so.

20         Q.    And could you just confirm for us that that's your

21    current CV?

22         A.    There are some new things, but it's fairly

23    representative of a current CV.

24         Q.    Well, what are -- are there any new things that are
                                Page 18

bp100808.txt

25      relevant to this case?

♀

                                                        21

        1       A.   Not really.

        2       Q.   All right.  Nothing regarding antipsychotics or

        3   diabetes or hypertension or Seroquel?

        4       A.   No.

        5       Q.   All right.  What did you do to prepare for this

        6   deposition, if anything?

        7       A.   I went back and reviewed the records, read through

        8   the materials again and read a few -- you know, reread and

        9   reviewed several of the articles that I had reviewed previously

       10   and met with Mr. Fibich for about an hour yesterday and then

       11   for maybe 15 minutes this morning.

       12       Q.   What did you discuss yesterday?

       13       A.   Just talked about -- mostly about the deposition, you

       14   know, what to expect and, you know, things that might come up.

       15   There -- he shared with me -- and this is one thing that is not

       16   in the record -- a deposition of Dr. H. -- I forget his name.

       17   He was recently deposed.

       18           MR. FIBICH:  Wirsching, Bill Wirsching.

       19       Q.   (BY MR. McCONNELL)  So, you've read the Wirsching

       20   deposition?

       21       A.   I did.  I read it last night.

       22       Q.   Was there anything within the Wirsching deposition

       23   with which you disagreed?

       24           MR. FIBICH:  Object to form.  You can go ahead

       25   and answer that.

♀

                        Page 19

bp100808.txt

1       A.    Nothing jumps to mind that I sort of said, "Oh,

2    that's just not accurate."

3       Q.    (BY MR. McCONNELL)   Okay.

4       A.    Not that I recall.

5       Q.    Have you read any of the other depositions in this

6    case of the plaintiff experts; for example, Dr. Plunkett or

7    Dr. Nair?

8       A.    I don't think so.

9       Q.    Or Dr. Marks?

10       A.    No.   I don't think I read those.

11       Q.    Okay.   Do you recall in the Wirsching deposition that

12    Dr. Wirsching said that he believed AstraZeneca scientists

13    acted professionally and honestly?   Do you remember him saying

14    that?

15       A.    I do remember some discussion about ethics and that

16    he basically felt that -- you know, that the scientists had

17    acted in a reasonable way, yeah.

18       Q.    Do you disagree with Dr. Wirsching?

19       A.    No.

20       Q.    Do you recall Dr. Wirsching saying that Seroquel can

21    be an appropriate medicine for many patients with serious

22    mental illnesses?

23       A.    Yes.

24       Q.    And do you agree with that?

25       A.    Absolutely.

♀

23

1       Q.    Do you recall Dr. Wirsching testifying that Seroquel

Page 20

bp100808.txt

2    is a better choice than other second-generation atypical

3    antipsychotics for patients under many circumstances?

4          A.    I recall him saying that.

5          Q.    Do you agree with that?

6          A.    I have to say with the recent evidence that I

7    can't -- I don't agree with that necessarily.  I think that the

8    efficacy data is -- would suggest that it's equivalent and not

9    superior.  However, there are individual differences in the way

10   people respond to medications.  So, it may be that one patient

11   would be more responsive to one second-generation as opposed to

12   another; but, in general, I think that it's essentially been

13   demonstrated to be equally effective.

14         Q.    And when you say "equally effective," for what

15   indications do you mean?

16         A.    Well, for schizophrenia is essentially where that's

17   been looked at in most detail.

18         Q.    What about for bipolar disorder?  Hasn't there been

19   research showing that Seroquel can be superior than the other

20   SGAs?

21         A.    Well, I think that there is -- I think, yes, there's

22   been those, but not necessarily in other treatments for

23   bipolar.

24         Q.    What about for patients for whom the doctor believes

25   that a sedative effect would be beneficial?  Do you agree that

♀

24

1    the record shows that Seroquel can be superior to the other

2    SGAs?

3                MR. FIBICH:   Object to form.

4          A.    Well, I would certainly agree that Seroquel has a

Page 21

bp100808.txt

5   sedative effect.

6       Q.    (BY MR. McCONNELL)  And do you agree that that can be

7   beneficial for some patients?

8       A.    In some cases, yes.

9       Q.    Do you recall Dr. Wirsching in his deposition also

10  saying that Zyprexa and clozapine are associated with

11  substantially more weight gain than Seroquel?

12      A.    Yes, sir.

13      Q.    Do you agree with that?

14      A.    That's what the data seem to show.

15      Q.    And do you agree with Dr. Wirsching when he said that

16  Seroquel has a better profile for prolactin and EPS than other

17  antipsychotics?

18      A.    I recall him saying that.

19      Q.    Do you agree with that?

20      A.    I have to say my interpretation of what's out there

21  doesn't suggest that that's necessarily the case, so --

22      Q.    When you say it's not necessarily the case, can it be

23  the case for some patients?

24      A.    Well, it's very hard to -- I don't think that you can

25  go from that general data and say that just because a patient

♀

25

1   doesn't have that specific response, that it -- that it's

2   superior.  So, I -- you haven't done an individual case study

3   with a given clinical patient.  So, if you have a patient that

4   doesn't have that response, that's -- you know, that may be

5   fine.  It doesn't mean that it's -- that they wouldn't -- that

6   they would with another agent not have the same response also.

7       Q.    All right.  Do you agree that the studies overall

Page 22

bp100808.txt

8  show certainly that Seroquel is superior to first-generation

9  atypicals in terms of EPS and tardive dyskinesia?

10  A.  No.

11  Q.  You don't agree with that?

12  A.  That's not what the Katy study suggests.

13  Q.  All right.  We'll talk about that later.

14  In terms of the prolactin profile, do you agree

15  that the studies show that Seroquel is superior to risperidone

16  and Zyprexa?

17  A.  Well, I have to say I don't recall specifically about

18  that, but I -- if that's what the data show, that's what the

19  data show.

20  Q.  Okay.  Where is it that you currently work, Doctor?

21  A.  I work at the Child Trauma Academy.

22  Q.  And how long have you worked there?

23  A.  In one form or another, for 20 years.

24  Q.  What's your job title there?

25  A.  I am the senior fellow.

♀

26

1  Q.  And what are your responsibilities as senior fellow?

2  A.  I have a range of responsibilities that have to do

3  with teaching and program development and some clinical work,

4  but it's -- basically, it's a leadership role in a large

5  interdisciplinary working group.

6  Q.  Are you the owner of the Child Trauma Academies?

7  A.  No.  It's a not -- not-for-profit organization, so --

8  Q.  Do you report to anybody?

9  A.  Well, I'm -- have to report to my board and my

10  executive director.

bp100808.txt

11      Q.    All right.  I'll go very briefly through your

12  education.

13      A.    Sure.

14      Q.    You took your undergraduate degree from Amherst; is

15  that right?

16      A.    I never received the -- I never graduated from

17  college.

18      Q.    But you did graduate from medical school.

19      A.    Right.

20      Q.    How did you pull that off?

21      A.    Well, it's a long story.  I just applied -- I took

22  some time off as an undergrad.  And then when the time came to

23  apply to medical school with my -- sort of my cohort, I decided

24  I was going to apply to medical school and only filled out

25  applications to places that didn't ask me specifically if I was

♀

27

1  going to graduate, so I got in.

2      Q.    And that was at Northwestern?

3      A.    Correct.

4      Q.    In Chicago?

5      A.    Correct.

6      Q.    You later did a fellowship in child and adolescent

7  psychiatry at the University of Chicago; is that right?

8      A.    Yes, sir.

9      Q.    When was it that you developed an interest in

10  focussing on child and adolescent psychiatry?

11      A.    I was interested in development and developmental

12  issues from the time I was actually an undergraduate at

13  Stanford, so I -- it's -- I always had a sense that I would do

Page 24

bp100808.txt

14    something in development and work with kids probably.

15        Q.    You're currently licensed to practice medicine, I

16    take it.

17        A.    Yes.

18        Q.    And in what states are you licensed?

19        A.    In Texas.

20        Q.    Okay.  Are you licensed in Canada at this time?

21        A.    I have a -- it's -- I forget what they call it, but

22    it's kind of like a professorial license.  It's -- I can't -- I

23    forget the name of it, but I -- I'm not licensed to practice

24    medicine, but I can teach and provide consultation.

25        Q.    Have you ever been licensed to practice medicine in

♀

                                                          28

 1    Florida?

 2        A.    No.

 3        Q.    Has any of your -- have any of your medical licenses

 4    ever been revoked or suspended?

 5        A.    No.

 6        Q.    Have you ever been asked to leave a position?

 7        A.    No.

 8        Q.    These are pro forma questions.  I apologize.  There's

 9    no implication intended.

10              Have there ever been any investigations against

11    you?

12        A.    No.

13        Q.    Have you ever been sued for malpractice?

14        A.    No.

15        Q.    Have you ever been a defendant in a civil lawsuit?

16        A.    Yeah, I guess I have.  I have, yeah, yeah.

                            Page 25

bp100808.txt

17    Q.    Just tell me briefly about that.

18    A.    I actually was sued by a guy who was doing -- this is

19  a long story.  I was sued by a guy -- I was contacted by the

20  State of Colorado about somebody who was practicing therapy

21  with sexually abused boys by having them strip naked and

22  reenact the sexual act with dildos while he was there, and I

23  said -- I didn't know who it was, didn't know who the guy --

24  didn't know his name.  I said, "Well, that's not therapy.

25  That's abusive.  And if you were doing that in any other

♀                                                                29

1   context, you'd get reported to the police."

2                 And based upon that statement, he sued me for

3   defamation.  And basically ended up settling it, but I -- the

4   attorney general of Colorado had me as one of the key witnesses

5   in testifying against this person.  He had his license revoked

6   and -- but he -- and turned around and sued me.  It ended up

7   essentially being settled out, so --

8     Q.    Have you ever been a defendant in any other civil

9  lawsuit?

10    A.    No.

11    Q.    Have you ever been sued for malpractice?

12    A.    No.

13    Q.    Have you ever been a defendant in a criminal lawsuit?

14    A.    No.

15    Q.    You're currently board certified in psychiatry?

16    A.    Yes.

17    Q.    Are you board certified in anything else?

18    A.    Child and adolescent psychiatry.

19    Q.    That's a current board certification?

Page 26

bp100808.txt

20    A.    Yes.

21    Q.    It hasn't lapsed?

22    A.    No.

23    Q.    All right.  Are you board certified in endocrinology?

24    A.    No.

25    Q.    And you know what endocrinology is, right?

♀

30

1    A.    Yes.

2    Q.    Can you just tell the jury what it is?

3    A.    It's a field of medicine that focusses on

4  understanding the endocrine system and treating diseases of the

5  endocrine system.

6    Q.    Which would include diabetes, correct?

7    A.    Right.

8    Q.    Have you ever published any articles about

9  endocrinology?

10    A.    Actually, a lot of the articles that I've published

11  have to do with the stress response, have to do with the -- you

12  know, how stress influences hormones, including adrenaline;

13  which is a counterregulatory hormone, very important for

14  diabetes and a whole bunch of other disease processes.  So, you

15  know, I think -- tangentially, I think, yeah.  I mean, it's --

16  the work that I've done has -- could be considered

17  neuroendocrinology.

18    Q.    Stress can play a role with respect to blood glucose,

19  can't it?

20    A.    Certainly.

21    Q.    Are there any articles you've written that actually

22  talk specifically about diabetes?

bp100808.txt

23      A.   I've been a co-author in an article that was a large
24   epidemiological study on the impact of adverse childhood
25   experiences on the development of physical health problems,

♀

                                                                31

1   including diabetes, but it wasn't really focussed on diabetes.
2      Q.   Which -- if you have your CV in front of you, if you
3   could, just tell us which article or book chapter that is.
4      A.   It's the article that -- the first author is Bob
5   Anda.  It should be in there -- in here somewhere.  It's No. 46
6   on Page 14.
7      Q.   Okay.  "The enduring effects of childhood abuse and
8   related experiences: a convergence of evidence from
9   neurobiology and epidemiology."  Is that it?
10      A.   Uh-huh.
11      Q.   And it does discuss -- by the way, you said "uh-huh."
12   You mean "yes"?
13      A.   Yes.
14      Q.   And that does discuss diabetes?
15      A.   Diabetes is one of the adverse outcomes that is
16   tracked in that epidemiological set of studies.
17      Q.   Could you just briefly explain how that could be?
18      A.   How what could be?
19      Q.   How diabetes could actually be an adverse experience
20   from childhood abuse or childhood trauma?
21      A.   Well, the adverse experience is abuse, neglect,
22   chaos, or whatever happens in development.  And the outcomes
23   that are tracked are physical health outcomes, social
24   functioning outcomes, emotional functioning outcomes; and among
25   the outcomes that is increased risk following early
                            Page 28

bp100808.txt

♀

1    developmental trauma is diabetes.

2        Q.    You know, by the way, that some of the plaintiffs for

3    whom you're opining today are plaintiffs who have undergone

4    some degree of child abuse and trauma.

5        A.    Yes.

6        Q.    And would you say in those cases that that child

7    abuse and trauma is at least a risk factor for diabetes?

8        A.    Yes.

9        Q.    Okay.  To what extent?  Can you quantify that?

10       A.    I think that there are -- and I don't know them

11   offhand, but I think there are odds ratios about the increased

12   risk depending upon the number of adverse events.  But I

13   couldn't do that with these clients because, you know, I don't

14   have a quantification of their subject -- you know, their

15   subjective reporting of adverse experiences.

16       Q.    But if you were to try to quantify the increased --

17   the odds ratio of the relative risk, one of the variables that

18   would be relevant would be the number of abusive experiences?

19       A.    Yes.

20       Q.    How about also the extent of the abusive experience?

21       A.    Well, that can be a factor, but that wasn't something

22   that was -- in the adverse childhood experience studies, that

23   wasn't something that they tracked.  They probably should have,

24   but they didn't.

25       Q.    I mean, for example, rape by a relative would

♀

bp100808.txt

```
 1   certainly be a childhood abusive experience that would be
 2   pertinent in this regard, true?
 3        A.   Certainly.
 4        Q.   Are there any other articles or book chapters you've
 5   written that would specifically have addressed diabetes,
 6   whether as an adverse outcome or anything else?
 7        A.   Not specifically.
 8        Q.   Okay.  Same question with respect to hyperglycemia.
 9        A.   Nothing.
10        Q.   Same answer --
11        A.   Yes.
12        Q.   -- right?  Okay.  Have you ever taught any classes
13   about endocrinology?
14        A.   Well, I -- you know, I've certainly taught at the
15   medical school level about neuroendocrinology and, you know,
16   the HPA axis and the effects of different neuropsychiatric
17   conditions on endocrine profiles and so forth, but -- so --
18        Q.   Have you ever taught any class about how certain
19   medicines can affect endocrinology?
20        A.   No.
21        Q.   Do you hold yourself out as an expert in
22   endocrinology?
23        A.   I'm not a neuro -- I'm not an endocrinologist, but I
24   think that compared to, you know, Joe Public, I -- I would have
25   the expertise that a -- someone trained as a physician and
```

♀

                                                                34


```
 1   practices in my field would have.
 2        Q.   You're a doctor, so you know more about medicine that
 3   most non-doctors.
```
                              Page 30

bp100808.txt

4      A.     Usually.

5      Q.     Maybe all non-doctors.  All right.  Do you consider

6  yourself an expert in bariatrics?

7      A.     Again, I don't -- you know, I'm not a bariatric

8  physician, but I -- you know, I have a -- I think a physician's

9  understanding of the issues related to weight gain and weight

10  loss.  I have a -- you know, there are aspects of the

11  neurobiology of that that are of interest to our group and,

12  again, related to how satiety and eating and feeding problems

13  are part of the constellation of issues that are impacted by

14  developmental trauma and stress.

15      Q.     And have you concluded that childhood trauma can have

16  an effect on the extent to which people feel satiety or the

17  extent to which they have eating disorders?

18      A.     Well, it's something that we are looking at and

19  something we talk about, think about, and -- yeah, but I -- you

20  know, it's a very complex set of issues, but we're very

21  interested in satiety, what makes people actually seek out food

22  as a form of reward.

23      Q.     All right.  Do you hold yourself out as an expert in

24  toxicology?

25      A.     Well, I -- I have a Ph.D. in pharmacology and studied

♀

                                                                35

1  prenatal exposure to a variety of agents.  So, yeah, I think I

2  have expertise in neurotoxicology, you know, what makes

3  neurons, you know, impacted by various factors, including

4  classic toxic agents.

5      Q.     Are you board certified in toxicology?

6      A.     No.

Page 31

bp100808.txt

```
 7      Q.    Are you board certified in pharmacology?
 8      A.    I'm not aware that there is -- and there may be a
 9   clinical pharmacology board, but I don't think they have board
10   certification in pharmacology.
11      Q.    If they do, you don't have it.
12      A.    I don't.
13      Q.    Okay.  Dr. Perry, do you sit on the editorial boards
14   of any medical journals?
15      A.    I do.
16      Q.    Which ones?
17      A.    I'm on the editorial board of the Journal of Child
18   and Adolescent Trauma.  I'm on the editorial board of the
19   Cultic Studies Journal, which really isn't a medical journal,
20   but it's got some medical issues.  And those are the editorial
21   boards that I'm on.
22      Q.    What medical journals do you read on a regular basis?
23      A.    I read the Journal of the American Academy of Child
24   and Adolescent Psychiatry.  I generally read the Green Journal,
25   you know, the American Journal of Psychiatry.  I will --
```

♀

                                                          36

```
 1   depending on the -- I read science, nature.  There's a Journal
 2   of Traumatic Stress Studies, the -- and then I will --
 3   typically, I have a process that searches various publications
 4   for issues -- for articles that are relevant to my primary area
 5   of research.
 6      Q.    Are those typically Medline searches?
 7      A.    They're like Medline searches, yeah.
 8      Q.    Have you done Medline searches or any similar sort of
 9   search to help you develop your opinions in these cases?
```

bp100808.txt

10          A.    Well, I didn't do a specific Medline search, but I

11   did look at a few articles, did do a few searches for

12   quetiapine and -- just to see that the articles that were

13   provided to me were representative of what was out there.

14          Q.    What key words did you use to undertake those

15   searches?

16          A.    You know, I used "Seroquel," and then look at

17   Seroquel and diabetes, Seroquel and weight gain.  And, you

18   know, usually by doing that, you can go from article to

19   article.

20          Q.    You certainly would agree, wouldn't you, that you

21   haven't read every article ever written about Seroquel?

22          A.    I would certainly agree on that, yes.

23          Q.    And is it also fair to say that you have not read

24   every article about Seroquel and glucose disregulation?

25          A.    That's fair.


♀

                                                              37


1          Q.    Do you have any idea what percentage of the

2   literature you have read in that area?

3          A.    Oh, gosh.  I probably read 10 percent.  That's -- you

4   know, and maybe even less.  I mean, I know that there are -- so

5   many of the articles -- I mean, there's a lot of articles.  I

6   feel like I've read the key articles and representative

7   reviews.

8          Q.    How would you know that?

9          A.    Just by looking at the references and the citations

10   in the articles that I read, which appear to be very

11   comprehensive.  And, you know, I don't think I need to read the

12   eight case reports that, you know, were published in the

bp100808.txt

13      early -- you know, from 1998 to 2005 if they're adequately

14      summarized in a good review.

15          Q.    We were talking about the things that you typically

16      read.   Do you typically read the PDR?

17          A.    I'll read the PDR when it -- you know, there's a

18      medication that I'm about to prescribe that I'm either

19      unfamiliar with or feel like I need to get updated on.

20          Q.    Do you look at any online journals, medical journals?

21          A.    Well, a lot of the journals that I read are available

22      online, so that's what I'll -- I frequently use that mechanism.

23          Q.    Do you typically consult websites, such as the FDA or

24      the National Institute of Mental Health?

25          A.    I do on occasion, yeah.

♀

                                                                    38


1          Q.    Are you a member of the AMA?

2          A.    No, I'm not actually.

3          Q.    Are you a member of the APA?

4          A.    No.

5          Q.    Just for the record, can you tell the jury what the

6      APA is?

7          A.    The American Psychiatric Association.

8          Q.    I guess I'm a little surprised you're not a member of

9      that.   Is there any reason why?

10         A.    I was a member of the APA and, when I started

11      practicing in Canada, there were -- you know, they had a -- I

12      think -- I can't remember exactly, but it's basically that

13      there was residency differences and I had to pay X -- you know,

14      large amount of money.   I said, "Just forget it.   I'll just get

15      the journal."'

                                Page 34

bp100808.txt

16       Q.    Are you a member of the American Diabetes
17  Association?
18       A.    No.
19       Q.    Have you ever been?
20       A.    No.
21       Q.    I had asked you a couple of questions about the Child
22  Trauma Academy.  Can you just very briefly tell us what the
23  mission of the Child Trauma Academy is?
24       A.    It's a not-for-profit organization that is focussed
25  on trying to develop and disseminate innovations in the area of

♀

                                                                39

1   child maltreatment.
2        Q.    And you were a founder of it, weren't you?
3        A.    Essentially, yeah.
4        Q.    Do you draw a salary from the Child Trauma Academies?
5        A.    The way it's set up is that I'm an independent
6   contractor, and that just was the easiest way for us to set it
7   up in the beginning.  I'm essentially an independent contractor
8   and if I do, you know, a service and that generates revenue for
9   the Child Trauma Academy, then I'll take some portion of that.
10       Q.    What amount of money did you receive last year from
11  the Child Trauma Academy?
12              MR. FIBICH:  Hold on.  Hold on.  I don't think
13  that that's an appropriate question.  Tell me why you need to
14  know that.
15              MR. McCONNELL:  Well, I sort of need the
16  denominator to then ask the numerator about how much he's made
17  as an expert witness to see the extent to which being an expert
18  witness is playing a big role in terms of Dr. Perry's financial
                            Page 35

bp100808.txt

19    situation.

20              MR. FIBICH:  Dr. Perry, I don't know that this

21    is something you need to tell.  I think -- if that's your

22    inquiry, I'd rather do it on a percentage basis as opposed to

23    asking --

24              MR. McCONNELL:  That's fine.

25         Q.   (BY MR. McCONNELL)  Right now, this year, in 2008,

♀

                                                            40

1     what percentage of your income comes from serving as an expert

2     witness?

3          A.   Probably less than 5 percent.

4              MR. McCONNELL:  But just so the record's clear,

5     you did instruct not to answer on that; is that right?

6              MR. FIBICH:  Yes.

7          Q.   (BY MR. McCONNELL)  Okay.  Are you still a senior

8     consultant at the Alberta Ministry of Children's Services?

9          A.   Yes.

10         Q.   And what's your role in that position?

11         A.   I provide program development input, consultation on

12    specific high-profile cases, teaching, participate in policy

13    revision process with the minister and all of the ministers --

14    people that work within the ministry.

15         Q.   Are you a resident in Canada for some portion of the

16    year?

17         A.   I'm not given -- I'm essentially deemed a

18    nonresident, although I spend a lot of time up there.

19         Q.   In the summer?

20         A.   In the summer.

21         Q.   Do you draw a salary from that post?

bp100808.txt

22        A.    Again, I'm an independent contractor with them and

23    I -- I will get paid based upon the amount of work that I'll

24    do.

25        Q.    And I'll again ask the question, how much you made

⚥

                                                        41

 1    from them last year.

 2                MR. FIBICH:  I mean --

 3        A.    I don't know.  I think it was maybe 75, $80,000.

 4                MR. McCONNELL:  Well, if he answered for that,

 5    why can't he answer for the Child Trauma Academy here in

 6    Houston?

 7                MR. FIBICH:  Well, I just think it's a little

 8    personal and a little invasive.  I don't think it bears upon

 9    the questions.  I'm going to give you great latitude today to

10    ask questions.  I personally don't think these experts ought to

11    be asked what they make, so --

12                MR. McCONNELL:  I've got to tell you, I agree

13    with you, it is personal.  And I don't particularly like this

14    aspect, but a lot of personal questions were asked about our

15    people about what they made, and I think for a paid witness

16    it's even more pertinent.

17                And, also, you can mark this as confidential,

18    but -- I mean, if that's your instruction, that's your

19    instruction.  That's fine.  I'm not going to argue with you

20    about it, although I just did.  But I'm done, all right?

21        Q.    (BY MR. McCONNELL)  Doctor, do you do any teaching

22    currently?

23        A.    I do.  I do.

24        Q.    What percentage of your time do you spend teaching?
                          Page 37

bp100808.txt

25          A.    Probably spend about 15 to 20 percent of my time

♀

42

1    teaching in one form or another.

2          Q.    And have you ever taught regarding diabetes or

3    hyperglycemia?

4          A.    Not specifically, no.

5          Q.    Have you ever taught regarding the use of Seroquel?

6          A.    Not specifically, no.

7          Q.    All right.   How about generally?

8          A.    I do teach about psychopharmacology quite a bit and

9    the use of medications in neuropsychiatric disorders.

10          Q.    Have you taught regarding the use of

11    second-generation antipsychotics?

12          A.    As part of that overall process of agents that may be

13    used in specific situations, yes, but never -- I've never

14    really, you know, had a lecture or been asked to come and

15    specifically talk about, you know, second-generation

16    antipsychotics.

17          Q.    Do you have any course syllabus or any materials

18    written up that would contain, in summary fashion, your

19    discussion of second-generation antipsychotics?

20          A.    No.

21          Q.    Do you have tenure for teaching?

22          A.    I did have tenure, but I -- that organization that

23    I -- you know, it's not a conventional academic organization,

24    so they don't -- we don't have tenure.

25          Q.    All right.   Just going backwards from where you are

♀

bp100808.txt

43

1   now to when you got out of medical school, if you could just
2   summarize the various employment positions you've had.
3        A.    Sure.   Prior to my current position, I was the chief
4   of psychiatry at Texas Children's Hospital and the vice
5   chairman for research in the department of psychiatry at Baylor
6   College of Medicine.   Prior to that, I was an assistant
7   professor at the University of Chicago in the departments of
8   pediatrics, pharmacology, and psychiatry.   And prior to that, I
9   was a fellow at -- in child psychiatry at Yale University.
10       Q.    All right.   Is it fair to say you specialize in child
11   psychiatry?
12       A.    Yes.
13       Q.    All right.   Do you recall you were deposed in a case
14   involving somebody named Laura Tee vs. Baylor?
15       A.    I do.
16       Q.    And you were asked what it is you do, and you said
17   you are a child adolescent psychiatrist.   Is that a fair
18   statement?
19       A.    Yes.
20       Q.    Still true?
21       A.    Yes.
22       Q.    Just for the jury, can you explain what it means to
23   be a child adolescent psychiatrist?
24       A.    I think I probably said child and adolescent
25   psychiatrist, but --

♀

44

1        Q.    Some court reporters miss words.   This one never does

Page 39

bp100808.txt

2  though.

3       A.    A child and adolescent psychiatrist is someone who

4  has specialized training in working with children and families

5  with -- where the child or adolescent has mental health issues

6  and -- that -- I'm not sure I need to elaborate too much more.

7       Q.    Is it fair to say, Dr. Perry, that you've made it

8  your life's work to understand how trauma affects children and

9  to develop innovative ways to help them cope with it?

10      A.    I --

11            MR. FIBICH:   Object to form.

12      A.    You know, I think that's at the core of what I do,

13  yes.

14      Q.    (BY MR. McCONNELL)  Did that phrase sound familiar to

15  you at all?

16      A.    Yeah.

17      Q.    All right.  Is it from your book, "The Boy Who Was

18  Raised As a Dog"?

19      A.    It very well may be.

20      Q.    Yes.  Do you currently see patients?

21      A.    I do.

22      Q.    How often?

23      A.    Well, it's -- I see patients probably once a week and

24  I do consultation with colleagues about patients where I'm part

25  of a treatment group also probably two or three -- probably at

                                                                45

1  least -- probably the best way to do it is by month, but maybe

2  six or seven new case per month.

3       Q.    How many patients are you currently treating?

4       A.    Well, as the only clinician, probably 20, 25.  Our

                              Page 40

bp100808.txt

 5    practice model is very different than a conventional clinical

 6    setting though.  We have -- usually work with families and

 7    children as an interdisciplinary group where I will be part of

 8    a team that is working with the child and family.  So, if you

 9    take that into consideration, there's probably maybe 80 or 90

10    active cases.

11        Q.    Are all of your patients children or adolescents?

12        A.    No, no.

13        Q.    How many adult patients do you have?

14              MR. FIBICH:   Currently?

15              MR. McCONNELL:   Yes.   Thank you.

16        A.    I'd say four or five.

17        Q.    (BY MR. McCONNELL)  Okay.   How is child psychiatry

18    different from adult psychiatry?  And you can't answer by

19    saying one deals with children and one deals with adults.

20        A.    Well, I think the major difference is that when you

21    do child psychiatry, you actually have to deal with the whole

22    family, which means you end up dealing with the child and the

23    adults who are part of the child's life.  And even though the

24    adults may not be the identified client, very often you do as

25    much mental health work with them as you do with the child.


                                                        46


 1        Q.    Is it fair to say that the overwhelming majority of

 2    articles and book chapters you've written pertain to child or

 3    adolescent psychiatry?

 4        A.    That's correct.

 5        Q.    Have you ever done any speaking for a pharmaceutical

 6    company?

 7        A.    I have given presentations -- I've given grand rounds

                          Page 41

bp100808.txt

8    where the major sponsors have been pharmaceutical companies,

9    but I haven't been -- you know, I've been approached by several

10   pharmaceutical companies to be part of their speakers bureau

11   and I've basically turned them down, so --

12        Q.   What company-sponsored the grand rounds speaking

13   tours that you did?

14        A.   Tell you the truth, I've done it so many times that I

15   wouldn't -- I can't -- I have no idea.

16        Q.   Okay.   Have you ever done any speaking engagement

17   specifically about second-generation antipsychotics?

18        A.   No.

19        Q.   All right.   Have you ever done a speech on diabetes

20   or hyperglycemia?

21        A.   No.

22        Q.   If you look at your CV at Page 31, Doctor, there's a

23   reference under Training/Education (local) --

24        A.   Yeah.

25        Q.   I'm sorry.

♀

47

1                MR. McCONNELL:   Which one is this, schizophrenia

2    one.

3         Q.   (BY MR. McCONNELL)   I'm sorry.

4    National/international.   You were an invited speaker -- this is

5    for The Discovery Channel -- Recent Advances in the Treatment

6    of Schizophrenia, 1991.   Do you see that?

7         A.   Yeah.

8         Q.   Just generally, what was that about?

9         A.   To tell you the truth, what they wanted was somebody

10   who was good at communicating.

Page 42

bp100808.txt

```
11      Q.    Right.
12      A.    And since I was viewed as good teacher, I was part of
13  a panel with a number of other people who were more
14  fundamentally, you know, focussed -- whose clinical work was
15  more fundamentally in work with schizophrenia.  But, you know,
16  I -- as it's -- I've had experience working with people who
17  have schizophrenia and it's not unusual -- at the time I was --
18  you know, I've worked with -- actually, on occasion, still do
19  work with individuals that have schizophrenia, so --
20      Q.    Did you talk in that speech at all about the
21  psychopharmacology of schizophrenia?
22      A.    You know, I may have.  I may have, you know, but I
23  don't think it was anything specific about -- my understanding
24  and my recollection, this was more for the general population
25  as opposed for my colleagues.
```

♀

                                                              48

```
 1      Q.    Did it actually appear on The Discovery Channel?
 2      A.    I have -- I hate to -- I'm embarrassed to say, but I
 3  have no -- I can't remember.
 4            MR. FIBICH:  It was 17 years ago.
 5      A.    I've been on TV so much, I don't have a clue.
 6      Q.    (BY MR. McCONNELL)  All right.  I had asked you
 7  before about when you were retained as an expert in this case,
 8  and I think you said February of 2008; is that right?
 9      A.    Correct.
10      Q.    How do you see your role as an expert?  And by that,
11  what I mean is do you see yourself as being charged with a duty
12  to be impartial or do you see yourself taking a side in these
13  cases?
```

                            Page 43

bp100808.txt

14        A.    Well, I'd like to -- you know, I try to be as

15   impartial as I can.  I think it's important for the process

16   that the experts, you know, try to fairly judge the material

17   that comes before them.

18        Q.    And do you think it's important for you to try to

19   look at a fair representation of the material and not to look

20   at just material supporting one side as opposed to another

21   side?

22        A.    Sure, yeah.

23        Q.    I mean, you haven't tried, have you, in this case

24   just to look at information that's helpful to the plaintiffs,

25   have you?


                                                              49


1         A.    No.  I mean, I -- you know, I feel that the academic

2    articles and the research articles I read were -- they were not

3    generated, you know, with the intention of being part of this

4    process.

5         Q.    Is it fair to say -- we'll get to the articles more

6    specifically later.  But, for example, on issues of weight gain

7    associated with Seroquel, is it fair to say that there are

8    articles on both sides?

9         A.    Well, you know, there were articles where there were

10   sort of not as robust changes in weight.  But from what I could

11   see, the majority of them -- and, you know, from what I saw

12   from the internal documents from AstraZeneca, that weight gain

13   was a significant issue.

14        Q.    Are you saying that you saw no articles finding that

15   there was no statistically significant change in weight gain

16   between a placebo and Seroquel?

                          Page 44

bp100808.txt

17        A.    I have to say I don't recall reading those, no.

18        Q.    Okay.   Same question with respect to effects on

19   glucose.   Did you see articles that found no effect on glucose

20   blood tests from the use of Seroquel as compared with placebos?

21        A.    I saw them referred to in articles, you know, that

22   the -- as part of the -- you know, commenting about the

23   meta-analysis of studies about that, but I didn't read those

24   articles.

25        Q.    Why not?

♀

                                                        50


1         A.    Because the -- you know, if they're incorporated in

2    the meta-analysis and, you know, I -- you know, I -- you could

3    read 25 articles and if there's sort of equivocal findings,

4    it's easier to look at the review and see where the consensus

5    of the data has gone.

6         Q.    Did you yourself perform a meta-analysis in this

7    case?

8         A.    No.

9         Q.    You were also an expert in the fen-phen litigation

10   weren't you?

11        A.    I was in some, yeah.

12        Q.    All right.   And do you agree that before diagnosing

13   and treating patients, doctors must perform a thorough

14   assessment of that particular patient's individual history and

15   condition?

16        A.    I'm sorry.   Could you repeat that?   Before what?

17        Q.    Diagnosing and treating patients, doctors must

18   perform a thorough assessment of that particular patient's

19   individual history and condition.

                          Page 45

bp100808.txt

20        A.    I think for diagnosis and treatment, yes, that's
21   important.
22        Q.    All right.  And in order to assess a mental or
23   neurological disorder, do you agree that there has to be a
24   detailed inquiry into the presenting symptoms and complaints,
25   including their onset, duration, exacerbating circumstances,

♀

51

1    response to treatment, and other particulars?
2         A.    Sure.
3         Q.    All right.  And do you think that a doctor should
4    perform a mental status examination to evaluate cognitive
5    status, attention, concentration, quality of thought, affect,
6    and other mental functions?
7         A.    As part of their clinical evaluation of someone,
8    sure.
9         Q.    Right.  And do you think that a doctor should
10   undertake an inquiry into the patient's general medical
11   conditions?
12        A.    Again, all these questions are as part of a clinical
13   assessment?  Is that --
14        Q.    Right.  Well, before diagnosing and treating a
15   patient.
16        A.    Yeah.  I think that would be useful.
17        Q.    All right.  Well, do you believe in this case that
18   you've furnished a diagnosis of any of these plaintiffs?
19        A.    No.
20        Q.    All right.  You're not -- so, you're not purporting
21   to undertake a diagnosis?
22        A.    No, nor to treat them.

Page 46

bp100808.txt

```
23       Q.    Right.  Well, I was going to ask you that.  You're
24   not in the process of treating any of these plaintiffs, are
25   you?
```

♀

52

```
 1       A.    No.
 2       Q.    Have you asked to do that?
 3       A.    No.
 4       Q.    Have they asked you?
 5       A.    No.
 6       Q.    And you haven't met any of these plaintiffs, correct?
 7       A.    Correct.
 8       Q.    Have you talked with any of their doctors?
 9       A.    No.
10       Q.    Typically when you do diagnose a plaintiff, you
11   actually examine that particular plaintiff, don't you?
12       A.    If I'm being asked to diagnose -- give a diagnosis,
13   yes.
14       Q.    Have you ever been an expert witness in another case
15   where you did not actually meet the party at issue?
16       A.    I've been asked in some -- at times to provide
17   opinions about some issue in a case where I did not see the
18   plaintiff, so I'd have to say yes.
19       Q.    Have you ever testified about a plaintiff's condition
20   and what caused that condition without having examined the
21   plaintiff?
22       A.    Yeah.  I mean, I have taught -- I have actually given
23   opinions about a factor or an element of a person's clinical
24   presentation or problem, you know, based upon the assessments
25   and the clinical work of other people.
```

Page 47

bp100808.txt

⚲

1      Q.    Which cases were those?

2      A.    Well, there was a case -- there was a whole series of

3   cases in Australia, children who were in a -- essentially, in a

4   cult and I was asked to provide input about the -- you know,

5   the mental health issues that they may be struggling with and

6   what the role of some of the manipulative and abusive practices

7   of the group might have been on their current mental status,

8   without -- and I didn't see them.

9            MR. FIBICH:   When you get to a stopping point, I

10  need a bathroom break.

11           MR. McCONNELL:   Right now.

12           MR. FIBICH:   Okay.

13           (Recess from 10:06 a.m. to 10:15 a.m.)

14     Q.    (BY MR. McCONNELL)  Doctor, we were talking about

15  some of the other work that you've done as an expert.  I was

16  asking you questions about what sort of work you do in order to

17  formulate your opinions in cases typically.  You recall that,

18  just generally?

19     A.    Yes.

20     Q.    There have been cases in the past where you've been

21  an expert witness and you had to make a determination as to

22  whether there was a causal link between the drug at issue and

23  the plaintiff's alleged injury, true?

24     A.    Yes, I think so.

25     Q.    All right.  And do you agree that before even

⚲

bp100808.txt

```
 1    considering a causal link between the drug at issue and the
 2    plaintiff's alleged injury, that you need clear documentation
 3    that no other potential cause is present?
 4         A.   If you're considering it as the only cause.
 5         Q.   Is that right, even if it's -- if the consideration
 6    is just whether there is a causal link, you don't think that
 7    you need clear documentation that no other potential cause is
 8    present?
 9         A.   Well, a lot of -- there are a lot of -- well, it
10    depends on the outcome.  But if there is an outcome where there
11    are multiple potential factors involved, I think that, you
12    know, it's useful to know those potential factors, but that
13    doesn't exclude -- you know, it doesn't -- you know, the
14    presence of one risk factor doesn't exclude the impact of
15    another risk factor.
16              MR. McCONNELL:  Can we get this marked as the
17    next exhibit, please, Exhibit 5?
18              (Perry Exhibit No. 5 marked.)
19              MR. FIBICH:  Exhibit 5, because this was 2, 3,
20    and 4?
21              MR. McCONNELL:  Yeah.  The expert reports were
22    2, 3, and 4.
23         Q.   (BY MR. McCONNELL)  Doctor, what's been placed in
24    front of you as Exhibit 5 is a document at the top that says
25    "RE:  Mary Lou Hunter," dated August 21, 2000, and which bears
```

⚥

```
 1    your signature on the second page; is that correct?
 2         A.   Yes.
 3         Q.   All right.  And do you recall in what respect you
```

bp100808.txt

4    gave this report?

5         A.    I think it was a case about mental health problems

6    following the use of fenfluramine.

7         Q.    Right.  And did you give a causality opinion in that

8    case?

9         A.    I did.

10        Q.    And --

11        A.    Well, I gave a preliminary report.

12        Q.    Right.  And this is your report, Exhibit 5?

13        A.    It looks like it is.

14        Q.    All right.  And if we could look at the second page,

15   you wrote that determining causality for neuropsychiatric

16   symptoms is a complex process, correct?

17        A.    Yes.

18        Q.    And do you stand by that statement?

19        A.    Yes.

20        Q.    And you say, "Documentation of normal pre-drug

21   emotional, cognitive, social, and behavioral functioning and

22   clear documentation that no other potential cause (for example,

23   other medications drugs of abuse, endogenous neuropsychiatric

24   disorder, traumatic or psychosocial stressors) of

25   neuropsychiatric disorder are present are required before even

♀

                                                    56

1    considering a causal link between use of any neuroactive drug

2    and chronic neuropsychiatric symptom."

3              Do you see that?

4         A.    Yes, I do.

5         Q.    And do you stand by that statement?

6         A.    I do, for neuropsychiatric symptoms and chronic

bp100808.txt

7    neuropsychiatric symptoms.

8         Q.    All right.  But you don't think that that applies if

9    you're talking about a symptom such as weight gain or blood

10   glucose disregulation?

11        A.    I think the general principle of incorporating all

12   other risk factors as part of the consideration should be taken

13   into consideration, yes, but I don't think -- again, I don't

14   think that that -- that you can exclude the -- another risk

15   factor as not being part of that process.

16        Q.    In this case, did you attempt to determine whether

17   there were other potential causes of weight gain or diabetes or

18   hyperglycemia for these particular plaintiffs?

19        A.    I have to say that my recollection is that I looked

20   at their clinical records and -- but I can't -- honestly, I

21   don't recall beyond that.  I don't believe that I evaluated

22   this person.

23        Q.    Okay.  In the case of the plaintiffs in this case,

24   Burns, Curley, and Guinn --

25        A.    Yes.

♀

                                                              57

1         Q.    -- did you identify whether or not there were other

2    potential causes for the weight gain or hyperglycemia or

3    diabetes?

4         A.    Well, I certainly saw the presence of other risk

5    factors.

6         Q.    And is that true for all three plaintiffs?

7         A.    To a varying degree, yes.

8         Q.    All three had multiple alternate risk factors for

9    weight gain and diabetes and hyperglycemia, did they not?

                              Page 51

bp100808.txt

10    A.    Well, for diabetes --

11    Q.    Okay.

12    A.    -- and -- yeah.

13    Q.    Not for weight gain?

14    A.    Well, it's -- I mean, to the degree that review of

15    the history could document the fact that they were already

16    overweight and -- you know, I didn't see an extensive review of

17    their physical activity, aside from the fact that they were --

18    their physicians recommended that they exercise; but the risk

19    factors that I saw were risk factors for the development of

20    diabetes.

21    Q.    And we'll talk about those in more detail as we go

22    through the plaintiffs.

23    A.    Right.

24    Q.    In this case, in the case of Mary Lou Hunter, you

25    talked about needing to exclude other potential causes before

♀

58

1    even considering a causal link between use of any neuroactive

2    drug and chronic neuropsychiatric symptoms.  I just want to

3    focus on your phrase "even considering a causal link."

4            What did you mean by "causal link"?

5    A.    I meant that -- the claim that the use of this

6    medication alone caused a very complex neuropsychiatric symptom

7    and --

8    Q.    Is that right, that in this fen-phen case all that

9    you were testifying was that the fen-phen couldn't have alone

10   caused it; or were you, in fact, not being asked to opine that

11   it could not be said that the fen-phen played a causal role at

12   all?

Page 52

bp100808.txt

13        A.    I'm sorry.  Can you clarify?  I'm --

14        Q.    I'll try, and I apologize for that.  I just want to

15   ascertain -- based upon what you just said, you're making it

16   sound like all that you were saying in this fen-phen case is

17   that it wasn't fen-phen alone that caused the injury.  Is that

18   right?  Is that what you're saying?

19        A.    No.  I was saying that I don't believe in this

20   situation that the -- given the other factors that were

21   present, that fen-phen caused this woman's problems.

22        Q.    And just to put a finer point on it, in this fen-phen

23   case where you rendered an opinion, you were saying, were you

24   not, that it could not be concluded that fen-phen played any

25   causal role in causing the injury at issue?


♀

                                                            59


1         A.    In this case and based upon my review of this

2    individual plaintiff and my awareness of the mechanism of

3    action of fen-phen and what was known about what it does to the

4    brain.

5         Q.    All right.  Did you actually examine Ms. Hunter?

6         A.    I do not believe I did.

7         Q.    Did you know what the mechanism of action was for

8    fen-phen?

9              MR. FIBICH:   Fen-phen?

10             MR. McCONNELL:   Yeah.

11        Q.    (BY MR. McCONNELL)  I'm not asking you to describe --

12   the question is "yes" or "no."  Did you know in this case what

13   the mechanism of action was?

14        A.    Well, we -- I knew a little bit about the

15   neurotoxicity and the impact of fen-phen on the serotonergic

                              Page 53

bp100808.txt

16   systems in the brain.

17        Q.    Do you know what the mechanism of action is for

18   Seroquel?

19        A.    Not -- well, I know that it -- again, I -- on a

20   microchemical level, we know a little bit about what it does at

21   certain receptor sites, but the specific mechanism of action is

22   not understood.

23        Q.    With respect to the expert reports that you prepared

24   in this case -- and they're before you -- did you write these

25   reports?

♀

                                                          60

1        A.    Yes.

2        Q.    All right.   And you reviewed them before you signed

3   them, correct?

4        A.    Yes.

5        Q.    You paused there.   Why did you pause, Doctor?

6        A.    Seems like an odd question.

7        Q.    Well, let me elaborate a little bit.   Did you review

8   them to make sure that they were accurate and complete?

9        A.    Yeah.   I mean, I may have made a typo or I may have

10   made a -- you know, but I did kind of go -- you know, I did go

11   through them, yeah.

12        Q.    And as somebody who's been an expert witness in other

13   cases, you have an understanding as to what the role of an

14   expert report is, do you not?

15        A.    Well, I think I do.

16        Q.    Tell me what you think it is.

17        A.    I think it's to provide a summary of my opinions in a

18   specific case.

                         Page 54

bp100808.txt

19          Q.    And you understand it's to provide people like me

20    fair notice of what your opinions in this case are likely to

21    be, right?

22          A.    Yes.

23          Q.    Okay.  You didn't omit anything on purpose from your

24    expert report, did you, that you would intend to opine about at

25    trial?

♀

61

1          A.    Nothing unless somebody asks me about some other area

2    or some issue that I didn't write on here.

3          Q.    Are there any errors in your reports that you're

4    aware of?

5          A.    Not that I -- you know, not that I know right now.  I

6    mean --

7          Q.    But you seem eager to get to them.

8          A.    Yes.  I'm sure that you found errors in my report, so

9    let's go.

10          Q.    I don't know if this is an error.  I actually wanted

11    to ask you about the reference exhibit list that's attached at

12    the end of these expert reports.

13          A.    Yes.

14          Q.    You see that?  It looks like it's actually in some

15    sort of table format.

16          A.    Yes.

17          Q.    Is this a document that you prepared?

18          A.    No.  This was a document that was prepared by

19    Ms. Grainger, I believe.

20          Q.    Does it fairly capture what it was that you referred

21    to in forming your opinions in these cases?

bp100808.txt

22      A.    Yeah.   This is -- looks like a fair review of the

23   majority of things that I had an opportunity to look at.

24      Q.    Have you read everything that's listed in this

25   reference exhibit list?

♀

                                                                62


 1      A.    No, but my understanding was that this was supposed

 2   to be a list of things that I would potentially draw upon to

 3   form my opinions.

 4      Q.    Can you indicate perhaps -- on Exhibit 2 perhaps

 5   indicate by a -- drawing a line across those documents that you

 6   did not review?

 7      A.    How about if I review things that I know for sure

 8   that I reviewed.

 9      Q.    That's even better.   You want to just check --

10   perhaps you could, with a pen, check the things that you did

11   review that are on this reference exhibit list.

12      A.    I would be happy to do that.

13      Q.    Thank you.

14            THE WITNESS:   May I borrow a pen?   Thank you.

15      A.    Do you want me to do it with a pen or a marker?

16      Q.    (BY MR. McCONNELL)   Whatever you feel more

17   comfortable with.

18      A.    Okay.   So, if you make copies with this, this won't

19   show up.

20      Q.    Use a pen.   Thank you.

21      A.    All right.   So, I did -- all these PDR versions, I

22   did look at.   I did look at this.   I didn't -- I'm not sure

23   this was the article that I read, but I read something about

24   that study.

                              Page 56

bp100808.txt

25          Q.    Which one are you on?

♀

                                                                63

1          A.    I'm at the Antipsychotic-Induced Diabetes in Veteran
2     Schizophrenic Patients.   I'm not sure if that was the article I
3     read or whether it was --
4          Q.    What page are you on, Doctor?
5          A.    2 of 17.
6          Q.    Okay.
7          A.    I don't think I read that whole thing.
8          Q.    All right.
9                MR. McCONNELL:   Can we just go off the record
10    for a minute?
11                (Recess from 10:28 a.m. to 10:31 a.m.)
12         A.    Gosh, I don't know.   Some of these, I don't think
13    I've -- there may be some of these things that I don't recall
14    reviewing that might -- I don't think they're in those
15    materials because I -- but there's a lot of these things that I
16    don't -- I did not get, a lot of these internal e-mail -- I
17    think I only got a couple of those internal e-mails, so I don't
18    really -- then I think I got all of this plaintiffs' records
19    stuff.
20         Q.    (BY MR. McCONNELL)   What page are you on, Doctor?
21         A.    17.
22         Q.    Okay.
23         A.    16 and 17.   So, I mean, I got -- as I look through
24    some of this stuff, I have to say I don't recall reviewing a
25    lot of these things, particularly -- I didn't look at a lot of

♀

                              Page 57

bp100808.txt

64

1   the clinical study report synopses.  Some of the articles, most
2   of the e-mail, internal e-mails and -- but -- I think this is a
3   fair representation, but there may be a few things that I
4   didn't check that are in the records.  If they're in the
5   records, I did look at them at some point, even though I may
6   not remember specifically the title of the document.
7              So, here's --
8       Q.   Okay.   Thank you.
9       A.   Sure.
10      Q.   There is a listing on this reference list of
11  depositions of people from AstraZeneca -- it's on -- you can
12  actually look at your other report.  It's on Page 9 -- and it
13  looks like you checked that you had read the depositions of
14  Brennan and then the two volumes of Geoffrey Birkett; is that
15  right?
16      A.   Right.
17      Q.   But you did not read the deposition of Jeffrey
18  Goldstein, correct?
19      A.   That's correct.
20      Q.   Okay.   Did you read any other depositions of
21  AstraZeneca personnel?
22      A.    I do believe that in -- that there were some other
23  drug representatives that were -- whose depositions I did
24  review and I don't recall their names offhand, but they should
25  be in those disks.

♀

65

1       Q.   Is it fair to say if they're not in the disks, you

Page 58

bp100808.txt

2  didn't read them?

3      A.    Correct.

4      Q.    Did you read the deposition of Martin Brecher?

5      A.    I don't remember that.

6      Q.    Okay.  Did you read any articles that were provided

7  to you by the plaintiffs' counsel where you ended up either

8  disagreeing with the article's conclusion or thinking that the

9  methodology was insufficiently robust?

10     A.    Well, you know, all articles have, you know, some

11 methodological issues.  That's just part of the process.  So --

12 not that I had any major objections.  I tried to read them as

13 they were presented and, you know, tried to take into

14 consideration the context within which they were doing the

15 work, what data they had available at the time, you know, the

16 methodological limitations, what was a reasonable conclusion

17 based upon what they could look at and so forth.

18     Q.    In a good article in a peer-reviewed journal,

19 typically the authors are very forthcoming at the end about

20 whatever limitations exist for that article, correct?

21     A.    Typically, yes.

22     Q.    And you took that into account in formulating your

23 opinions in these cases, correct?

24     A.    I did.

25     Q.    Did you ask the plaintiffs' lawyers for any

⚲

66

1  additional materials after you received whatever it was you

2  received from them?

3      A.    No, not that, you know -- no.

4      Q.    I'll just ask a couple of more specific --

Page 59

bp100808.txt

5      A.    Yeah.

6      Q.    -- questions as a follow-up, even though they may be

7  unnecessary based on what you just said, but just to see if I

8  can prompt your memory.

9      A.    Right.

10     Q.    Did you ask for any additional clinical trial data

11 concerning Seroquel?

12     A.    No.

13     Q.    Did the plaintiffs' lawyers represent to you that

14 they had to provided you with all of the clinical trial data

15 concerning Seroquel?

16     A.    No, I don't think so.  I mean, that would be volumes

17 and volumes of material.

18     Q.    It would be a lot to read, wouldn't it?

19     A.    Yeah.

20     Q.    Have you read the IND for Seroquel?

21     A.    I'm sorry?

22     Q.    Do you know what an IND is?

23     A.    If you say it out loud -- I mean, if you --

24     Q.    Investigative new drug application.

25     A.    Oh, yeah, I know what those are.  No, I did not read

♀

                                                              67

1  it.

2      Q.    Did you read the NDA in this case?

3      A.    No.

4      Q.    And you know what the NDA is, right?

5      A.    Yeah.

6      Q.    Just for the purposes of the jury, what's an NDA?

7      A.    That's the -- what -- what do you call it?

bp100808.txt

8      Q.    New drug application.

9      A.    Right.

10     Q.    So, you didn't read that in this case?

11     A.    No.

12     Q.    And do you have an understanding what the volume of

13     that would be?

14     A.    It would be huge.  I mean, it would be -- I mean, it

15     takes groups of people months to review and -- so --

16     Q.    Right.  Have you read any of the SNDAs regarding

17     Seroquel?

18     A.    No.

19     Q.    Do you know how many SNDAs there are for Seroquel?

20     A.    I would be surprised if it wasn't dozens, but I --

21     you know.

22     Q.    I want to ask you about your experience as a doctor

23     in prescribing antipsychotics.  Have you ever done that?

24     A.    Yes.

25     Q.    In fact, you have prescribed Zyprexa, haven't you?

♀

68

1      A.    Yes.

2      Q.    During what time period did you or are you

3      prescribing Zyprexa?

4      A.    You mean in the years that I --

5      Q.    Correct.

6      A.    I probably -- you know, from now -- from this -- I'm

7      not doing -- I don't have anybody on Zyprexa currently, but I

8      probably -- you know, starting six, seven years ago, you know,

9      on occasion.  The way I typically end up with having patients

10     that are on medications like Zyprexa is that because we're a

Page 61

bp100808.txt

11  tertiary care center, children and adolescents or adults get

12  referred to us and they usually come to us on medication.  You

13  know, they've -- other prescribing physicians usually have

14  started the medication and we will typically -- until we get to

15  know the client and know the situation, we'll maintain them on

16  whatever they come in on.  So, that's generally where we've had

17  clients that are on Zyprexa.

18      Q.    What was the most recent occasion on which you

19  prescribed Zyprexa?

20      A.    Oh, I -- it's probably been seven or eight years ago.

21      Q.    Okay.  When you prescribed Zyprexa, were you aware

22  that it could cause weight gain?

23      A.    I have to say at the time I don't think it was a big

24  consideration in -- you know, it wasn't one of the things that

25  I was most concerned about.  I mean, I was most concerned

♀

69

1   about, you know, the other -- you know, EPS and, you know, the

2   potential for NMS and things that are more serious than -- at

3   that point.

4       Q.    Were you at least aware at the time, even seven or

5   eight years ago, that antipsychotics showed some sort of

6   association with weight gain, potential weight gain?

7       A.    Yes, yes.

8       Q.    Okay.  You've also prescribed Risperdal?

9       A.    I have.

10      Q.    And during what time period generally did you do

11  that?

12      A.    Kind of the same time period, you know, the last

13  eight -- seven or eight years.

Page 62

bp100808.txt

14      Q.      Your risk-benefit analysis that you sort of alluded

15   to a few moments ago, was it the same for Risperdal as Zyprexa?

16      A.      Well, I mean, in general, the population that we work

17   with is adolescents and children and we try to have a very,

18   very high threshold for actually resorting to the use of

19   antipsychotics, just because of the side effect profile and the

20   lack of known efficacy in those populations.  But there -- as I

21   said, there have been children who have come to us and the

22   parents are, you know, absolutely convinced that this -- the

23   medication works and we try to give that a fair reading and --

24   but typically when we -- we usually have a period every year

25   with a client where we taper them off whatever medication

♀

                                                                    70

1   they're on, just to see whether or not there is a difference

2   between their functioning on or off the medication, and we very

3   often find that the children are able to manage without the

4   medication.

5      Q.      But that isn't always the case though, is it?

6      A.      No, it's not always the case.

7      Q.      And you said that typically the prescriptions that

8   you've written for Zyprexa and Risperdal were in the form of

9   maintenance prescriptions, true?

10      A.      Correct.

11      Q.      But that wasn't always the case, was it?

12      A.      No.   There have been times when we've actually

13   started people on those medications ourselves.

14      Q.      And when you've done that -- you've been talking in

15   the first person plural --

16      A.      Right.

                            Page 63

bp100808.txt

17      Q.      -- but I want to ask you about first person

18  singular --

19      A.      Sure.

20      Q.      -- what you yourself have done.

21              When you have done that, when you've written

22  prescriptions for Zyprexa or Risperdal, what generally has been

23  the risk-benefit analysis that you've undertaken?

24      A.      Well, in the few cases where we have -- and I say

25  "we" because I have always practiced as part of a group.   When

♀

71

1   I was at Texas Children's, it was typically a resident who was

2   the -- being supervised by me in the psychopharmacology clinic

3   or there was other -- another clinician who was part of the

4   group, but when that has been used as a primary medication,

5   it's been after other medications have failed to manage

6   whatever the target symptom is.

7               Typically, with the children that we've done

8   this with, there's been some sort of acute psychosis, acute

9   psychotic symptom, and accompanied typically by very

10  significant behavioral disturbance.   So, aggressive behaviors

11  and combative behaviors.   Kids that are unmanageable in the

12  home, for example, would have to be brought to the ER or

13  brought into the hospital.

14              And, you know, sometimes -- and so that has

15  usually been the situation, very, very significant symptoms

16  that are within the plausible range of something that this

17  medication has been shown to be effective for in adult

18  population or with other children in, you know, open case

19  reports; and then you weigh that against the potential risks

Page 64

bp100808.txt

20    which can go along with whatever the medication is.

21         Q.    Fair to say that that sort of risk-benefit

22    analysis -- even though I've asked you to state it in general

23    terms, it's actually case by case.  It's specific, isn't it?

24         A.    Yes.

25         Q.    And there have been some cases where you deemed it

⚥

                                                              72

1     appropriate and I take it there were some cases where you

2     deemed it not appropriate?

3          A.    Correct.

4          Q.    Do you typically find that the person in the best

5     position to make that decision is the person who actually is

6     treating the patient?

7          A.    Well, if the person treating the patient, you know,

8     understands the true risks and the true benefits, yes; but

9     sometimes the prescribing physician is not aware of, you know,

10    the plausible mechanisms, you know, real -- you know, actual

11    risks, actual efficacy and so forth.  So, there are -- and I --

12    you know, and I don't want to be broadly critical of my

13    colleagues, but, you know, the practice of psychopharmacology

14    is something that takes a lot of diligence and I think that

15    there are times that -- you know, and there are clinicians who

16    don't go through that process as carefully as others.

17         Q.    Let me jump ahead real quick.  This was an issue I

18    was going to get to later, but with respect to the three

19    plaintiffs that you're opining about here today, are you

20    offering an opinion that their prescribing physicians engaged

21    in malpractice?

22         A.    No.

Page 65

bp100808.txt

23      Q.      You're not saying that those prescribing physicians
24  did not undertake the appropriate risk-benefit calculation, are
25  you?

♀

                                                                73

1       A.      No.   I'm basically saying that I don't believe that
2   they had all of the information that would have allowed them to
3   make that analysis.
4       Q.      Okay.   Well, I mean, you -- certainly you haven't
5   asked them that, have you?
6       A.      No.
7       Q.      But you have read their depositions, haven't you?
8       A.      I have.
9       Q.      Okay.   We'll talk about that later.   Their
10  depositions do speak to what it was that they knew and
11  understood at the time, don't they?
12      A.      Exactly.
13      Q.      Okay.   You alluded to this a little bit before, that
14  when you did prescribe Zyprexa and Risperdal, you were
15  typically doing it for children, correct?
16      A.      Adolescents or children, yes.
17      Q.      Whether it's adolescents or children, that would be
18  considered an off-label prescription, correct?
19      A.      Exactly.
20      Q.      And there's nothing wrong with that, is there?
21      A.      Well, no.   Off-label use of medications is something
22  that is not uncommon and, if practiced prudently, is
23  appropriate.
24      Q.      All right.   Let me -- what you seem to suggest in
25  your expert reports -- and we'll get to this in more detail --
                              Page 66

bp100808.txt

♀

1    is that that may be a role -- the off-label nature maybe a

2    consideration in the risk-benefit analysis but it doesn't --

3    certainly doesn't halt the risk-benefit analysis.

4        A.    Exactly.

5        Q.    And there are cases where, if you engage in an

6    appropriate risk-benefit analysis, that an off-label

7    prescription of an antipsychotic can be perfectly appropriate.

8        A.    Yes.

9        Q.    Have you ever prescribed Seroquel?

10       A.    I have.

11       Q.    And what was the time period during which you

12   prescribed Seroquel?

13       A.    Again, the last seven or eight years I've had

14   patients on Seroquel.

15       Q.    Were they all maintenance prescriptions or were there

16   some that you initiated the Seroquel prescription?

17       A.    I have to say I do not think that I've actually ever

18   really taken a new client in and said, "Let's start this child

19   on Seroquel."

20       Q.    Approximately how many cases roughly have you

21   furnished maintenance prescriptions for Seroquel?

22       A.    Probably half a dozen.

23       Q.    And for those half a dozen cases, have you made a

24   decision that for those patients Seroquel was an appropriate

25   pharmacologic treatment?

♀

bp100808.txt

1          A.    I made the decision that it -- at present, that the

2     client was not exhibiting any of the major risk issues and the

3     family was convinced that the medication was helpful.  And I

4     have to say honestly that in essentially all cases except one,

5     we've tapered the person off -- the clients off of Seroquel and

6     have been able to manage in about half the cases with no

7     medication and in other cases with alternative medications.

8          Q.    And that's a similar experience that you've

9     encountered with other antipsychotics as well, correct?

10         A.    Yes.

11         Q.    Before for those Seroquel cases, what sorts of

12    indications were being treated?

13         A.    Most of the children that we inherited -- and we -- I

14    still have -- in fact, I did a consultation on a child that was

15    on Seroquel last week, and almost all of them are given

16    Seroquel for punitive bipolar disorder.  Some of them have been

17    given Seroquel for management of disruptive behavior that was

18    felt to be potentially part of a pre-bipolar presentation.

19         Q.    All right.  And was Seroquel effective for those

20    indications?

21         A.    It's not clear actually.  The behaviors -- you know,

22    the reason they ended up getting referred to us is that the

23    problems essentially persisted, so --

24         Q.    Did those particular patients experience weight gain?

25         A.    Some of them did, yes.

♀

                                                                76

1          Q.    Not all?

2          A.    No, not all.

3          Q.    Have you ever prescribed Geodon?
                                Page 68

bp100808.txt

4          A.     No.

5          Q.     Is there any particular reason why you haven't

6     prescribed Geodon?

7          A.     Well, when we use antipsychotics, we typically start

8     with a first-generation antipsychotic at a very low dose and

9     we'll move, you know, to other antipsychotics if that first

10    step in the process is ineffective.  And, honestly, that

11    doesn't happen that much, so --

12         Q.     Do you have any concerns about Geodon in particular

13    in terms of sudden death QT interval?

14         A.     Well, not -- you know, that's not why we haven't

15    selected it, but we just haven't had any need to use many of

16    the second-generation antipsychotics.

17         Q.     Have you ever prescribed Abilify?

18         A.     No, but we've had, again, clients who have been on

19    Abilify that we have inherited or consulted to.

20         Q.     When you prescribed Seroquel to your patients, were

21    there any particular warnings that you provided to those

22    patients or their family?

23         A.     You know, talked with them about EPS, talked with

24    them about NMS, talked with them about weight gain and that

25    they needed to track the weight gain and work with their

♀

                                                                    77

1     pediatrician to track their glucose.

2          Q.     For these patients, would you expect that their PCPs

3     would basically administer blood tests in any event?

4          A.     Well, typically, they wouldn't be -- normally be

5     seeing their pediatrician or their personal physicians, and so

6     we ask them to do that and have these things checked out.
                              Page 69

bp100808.txt

7        Q.    Have you yourself ever diagnosed diabetes in any of

8    your patients?

9        A.    Gosh.  Well, I do remember -- I remember when I was

10   at Texas Children's Hospital, there were -- you know, there

11   were consultations on children that we were asked to come see

12   where their neuropsychiatric problems were essentially a

13   manifestation of undiagnosed or uncontrolled diabetes.  But we

14   didn't really diagnose it.  We just basically were part of a

15   clinical team and said that this is -- "This isn't classical

16   neuropsychiatric problems.  You need to check out some of these

17   other things."

18       Q.    Would you -- for purposes of diabetes, would you

19   defer to some other doctor on the team?

20       A.    Yes.

21       Q.    Okay.  Endocrinologist or a GP?

22       A.    Well, a lot of the times, it was just a general

23   practice pediatrician.

24       Q.    Okay.  I just want to follow up on the time period

25   when you prescribed Seroquel.  You said over the -- was it over

♀

                                                              78


1    the last seven or eight years that you've been prescribing

2    Seroquel?

3        A.    In general, yeah.

4        Q.    Okay.  So, certainly you've been prescribing Seroquel

5    at least -- certainly after 2004, correct?

6        A.    Correct.

7        Q.    All right.  When you say you warned the patients

8    about weight -- possible weight gain, what is it that you would

9    say to them?

                              Page 70

bp100808.txt

10          A.    I'd say that this is a medication that people
11    typically gain weight on and that if that happens, just -- you
12    know, let's track it and we'll -- you know, let me know and
13    we'll -- just weigh yourself on a regular basis, talk with your
14    pediatrician, make sure they're in the loop on this process.
15          Q.    Did you provide the same warning about possible
16    weight gain for prescriptions of Zyprexa and risperidone?
17          A.    Honestly, it's part of the -- you know, we have a
18    consent and an assent form that we have parents and kids sign
19    as part of the -- you know, if they're -- if we're going to put
20    them on medications and it's in there and -- and we usually, in
21    addition to giving them this thing to sign, will talk with them
22    about these specific things.  So, I -- it was broadly the same.
23          Q.    So, it's broadly the same for all the SGAs that you
24    prescribed?
25          A.    Yeah, about those major, you know, potential effects,

♀

                                                                      79


1    yes.
2          Q.    You also said that you typically start off by
3    prescribing small doses of first-generation antipsychotics,
4    true?
5          A.    Yes.
6          Q.    Like clozapine?
7          A.    No.  Well -- no.  You know --
8          Q.    All right.  Which ones do you mean?
9          A.    Well, we'll use -- sometimes we'll use Haldol,
10    sometimes we'll use perphenazine.  But, you know, it's -- I
11    have to say, we do not use antipsychotics that much.  We try to
12    target the symptoms with using other more specific agents.

bp100808.txt

13      Q.    For those cases where you would prescribe the

14   first-generation atypicals, would you also give a possible

15   weight gain warning?

16      A.    Yeah.  I think that's part of the --

17      Q.    Same form?

18      A.    You know, part of the form.  I mean, it's -- it is

19   something that happens with some of the antipsychotics,

20   first-generation.

21      Q.    I had asked you before if you had ever diagnosed

22   diabetes in any of your patients, and I think what you said is

23   for that you'd defer to somebody else.

24      A.    Yeah.  We've certainly seen the manifestations of

25   undiagnosed diabetes and referred them to our colleagues or

♀

80

1   walked them down the hall and said, "Listen, I think this

2   kid's, you know, in diabetic crisis."

3      Q.    Have you ever treated diabetes in any of your

4   patients?

5      A.    No.

6      Q.    It's not what you do.

7      A.    Correct.

8      Q.    Do you have a marketing degree?

9      A.    A marketing degree?

10      Q.    Marketing degree.

11      A.    Huh.  No.

12      Q.    Do you have an MBA?

13      A.    No.

14      Q.    Have you ever published any articles about the

15   marketing of pharmaceuticals?

bp100808.txt

16          A.    No.

17          Q.    Have you ever worked for a marketing company?

18          A.    No.

19          Q.    Have you ever designed a marketing plan for any

20     product, including a pharmaceutical drug?

21          A.    No.

22          Q.    These answers are not surprising, Doctor.

23          A.    Okay.

24          Q.    The questions may be, but the answers are not.

25                Have you ever worked in the marketing department

♀

81

1      of a pharmaceutical company or any company?

2           A.    No.

3           Q.    Do you hold yourself out as an expert in FDA

4      regulations?

5           A.    No.

6           Q.    Do you hold yourself out as an expert in the

7      regulatory requirements of drug-related agencies in foreign

8      countries?

9           A.    No.

10          Q.    Okay.  Have you ever written a peer-reviewed article

11     where you tried to interpret internal pharmaceutical company

12     documents?

13          A.    No.

14          Q.    All right.  Do you agree that if you were to try to

15     determine what a pharmaceutical company was doing or intending

16     to do, that you'd want to know the full context of whatever the

17     issue is?

18          A.    Well, obviously, whenever you know the full context

Page 73

bp100808.txt

19   and have all the data available, you can make better decisions.

20        Q.    You said, for example, earlier that you've looked at

21   some internal company e-mails; is that right?

22        A.    Correct.

23        Q.    Would you want to know what the response, for

24   example, to those e-mails was?

25        A.    Sure.  If you have it, I'm happy to look at it.

♀

                                                                    82

1         Q.    Well, did you ask for such things from the

2    plaintiffs' lawyers?

3         A.    No.

4         Q.    Would you want to know whatever was actually done by

5    the pharmaceutical company in response to whatever e-mail or

6    internal communication was that you were looking at?

7         A.    Sure.

8         Q.    Would you want to know if the document was a draft,

9    for example, as opposed to a final document?

10        A.    That might be helpful.

11        Q.    You certainly know that you have not read all of the

12   internal AstraZeneca documents regarding Seroquel and weight

13   gain or glucose, fair?

14        A.    That's very fair, yes.

15        Q.    How do you know that what you looked at was a fair

16   representation?

17        A.    Well, I assume it wasn't a fair representation.  I

18   mean, I assume that it was -- I mean, I -- you know, when you

19   do this, you know that the materials provided to you are

20   provided for a purpose and you just keep that in mind.

21        Q.    All right.  What rate are you charging for your
                                Page 74

bp100808.txt

22      expert opinions in these cases?

23          A.    I get -- I charge $500 an hour.

24          Q.    And does that cover review of documents as well as

25      testimony?

♀

83

1           A.    Yes.

2           Q.    All right.  What rate do you charge when you testify

3       at trial?

4           A.    Essentially, the same thing.  If I have to go

5       someplace for a day and be gone, you know, I ask for $12,000 a

6       day, plus expenses.

7           Q.    Okay.

8           A.    Which, by the way, is actually less than I get paid

9       to go teach.  So, it's not like I'm -- truth is doing legal

10      work is a loss for the --

11          Q.    It's a hardship for you.

12          A.    It's a pain.  No.  It is not comfortable, that's for

13      sure.

14          Q.    How much have you billed thus far in these three

15      cases?

16          A.    I guess I would have to fairly sort of take out of

17      this a lot of the initial work because it was on that other

18      case, and I think it probably -- I think -- and this doesn't

19      include in the last month or so, but it -- I'd say it --

20      probably about $30,000.

21          Q.    That's $30,000 for the Burns, Curley, and Guinn

22      cases, correct?

23          A.    Yeah, I think that's correct.

24          Q.    I asked that because I saw an invoice in the amount

bp100808.txt

25    of $41,500.

84

1         A.    Right.  There were -- I spent about 20 hours on the

2    initial case and reviewing materials for the Rosas case.

3         Q.    Now, you said that the $30,000 would not include work

4    that you've done over the last month; is that right?

5         A.    The last date that I billed for was, like, 9-6 and

6    I've done work since -- about 10, 20 -- about 20 hours up to

7    today, 20 additional hours.

8         Q.    So, that would be another $10,000 approximately?

9         A.    Roughly, yeah.

10        Q.    So, that means, as we sit here today, we're around

11   $40,000 for these three cases?

12        A.    Correct.

13        Q.    Do you have people working for you on these cases,

14   some sort of research assistant or somebody who helps you out?

15        A.    Not me, but I -- you know, Ms. Grainger has -- you

16   know, she provided that abstracted spreadsheet for the cases,

17   but that's about it.

18        Q.    Is the spreadsheet the same thing as the timeline

19   that we talked about?

20        A.    Correct, correct.

21        Q.    And those are timelines that are specific to each of

22   these three particular plaintiffs, correct?

23        A.    Correct.

24        Q.    Have you received any other information?  I'm not

25   talking about primary documents or articles from plaintiffs'

bp100808.txt

1    counsel, but any other information from them.

2        A.    No.   I -- is there -- of what sort?

3        Q.    I don't have anything particular in mind, Doctor.

4        A.    No, no.

5        Q.    Open-ended question.

6        A.    No, I don't believe so.

7        Q.    Great.   You've testified as an expert in court

8    before; is that right?

9        A.    I have.

10        Q.    Have you testified in the past for Mr. Fibich or his

11    firm?

12        A.    I have.

13        Q.    Have you testified before for Mr. Bailey's firm or

14    Mr. Blizzard's firm?

15        A.    No.

16        Q.    Have you worked with Glenda Grainger in the past?

17        A.    No, no.

18        Q.    All right.   Has your testimony as an expert ever been

19    rejected by any court?

20        A.    Actually, in Canada, I was -- I wasn't rejected as an

21    expert, but my testimony was disallowed because the judge

22    perceived that what I was going to testify about was common

23    sense, which -- I don't know if that's the same thing, but --

24        Q.    It may be rejection, but it's kind of praise, too,

25    isn't it?

♀

1        A.    I guess.

bp100808.txt

```
 2      Q.    Have you ever written on -- hang on a second.

 3            Have you ever written anything on epidemiology?

 4      A.    No, no.

 5      Q.    Do you hold yourself out as an expert in

 6   epidemiology?

 7      A.    No.

 8      Q.    All right.  I want you to focus on your expert

 9   report, please, for Connie Curley, which I believe is Exhibit

10   2.

11            MR. BROCK:  Can we take, like, one minute, just

12   give me one minute?

13            MR. McCONNELL:  Sure.

14            (Recess from 11:02 a.m. to 11:03 a.m.)

15            MR. FIBICH:  What exhibit number is Curley?

16            THE WITNESS:  Two.

17            MR. McCONNELL:  Two.

18      Q.    (BY MR. McCONNELL)  Doctor, do you have Exhibit 2 in

19   front of you?

20      A.    Yes, sir.

21      Q.    And I want you to look at Page 3 of your report.

22   Actually, I don't think the pages are numbered, but it's the

23   third page of the report.  It's Paragraph No. 2.  Do you see

24   that?

25      A.    Yes.
```

♀

87

```
 1      Q.    And you say, "Seroquel was prescribed for an

 2   off-label use in the case of Connie Curley.  Ms. Curley was

 3   prescribed Seroquel for sleep and headaches.  Primary

 4   neuropsychiatric symptoms were not the target symptoms for
```

bp100808.txt

 5    Seroquel."
 6              My question for you is:  Do you agree that
 7    Ms. Curley does, in fact, suffer from psychiatric issues?
 8         A.    Yes.
 9         Q.    In your opinion, based upon your review of the
10    medical records and the depositions, what do you believe are
11    Ms. Curley's psychiatric issues?
12         A.    Well, I think -- you know, I mean, if I had to put a
13    label on it, I think she's got some posttraumatic stress
14    symptoms.  She was exposed to domestic violence.  I think she
15    has -- you know, I'm not sure I can give it a diagnosis, but I
16    think affect regulation problems.  That's kind of the -- what
17    came out at --
18         Q.    You're done?
19         A.    That's -- I'm -- I mean, I -- you know, it's -- based
20    upon what I read, there were lots of things that were in there,
21    but -- you know, it's --
22         Q.    Well, let me ask you, do you believe that she suffers
23    from depression?
24         A.    Well, that's kind of an affect regulation problem,
25    yeah.  It sounds -- she does sound like she has depressive

♀

                                                            88


 1    symptoms.
 2         Q.    Do you agree that she suffers from major depressive
 3    disorder?
 4         A.    You know -- I mean, if that's one of the diagnostic
 5    labels that her clinicians have given her, I think that's
 6    probably pretty accurate, although I don't -- that was not, to
 7    my recollection, why she was given the Seroquel though.

                            Page 79

bp100808.txt

8      Q.    No.  At this point, I'm just asking you what
9   psychiatric issues you think she has.
10      A.    Yeah.  Okay.
11      Q.    So, you agree that she has major depressive disorder?
12      A.    Well, I think she certainly has affect regulation
13   problems, which may meet criterion for major depression.
14      Q.    Does Ms. Curley suffer from anxiety?
15      A.    I would say that that's one of her symptoms, yeah.
16      Q.    Did she ever report having several anxiety attacks
17   per day?
18      A.    As I recall, she did.  And I think she also even used
19   the term "panic attack," but --
20      Q.    And she'd actually hyperventilate?
21      A.    As I recall, yeah, that was one of the things that
22   she would do.
23      Q.    You mentioned that you think that Ms. Curley has
24   posttraumatic stress disorder.
25      A.    Well, symptoms.  I mean, I -- you know, like I -- I

♀

                                                              89


1   don't feel comfortable giving her a diagnosis, but I think that
2   based upon the review of her history and the symptoms that
3   she's presenting with and that are throughout -- sort of
4   peppered throughout the records, that that's consistent with a
5   posttraumatic set of symptoms.
6      Q.    I mean, as you said earlier in the deposition,
7   actually to diagnose somebody, you'd want to see them, right?
8      A.    Correct.
9      Q.    Is it fair to say that at least her clinicians
10   diagnosed her as having PTSD?
                            Page 80

bp100808.txt

11      A.      Yes, I think so.

12      Q.      Is it fair to say she's had symptoms of PTSD since at

13  least her 1998 car accident?

14      A.      I think that's where she traces that back to.

15      Q.      Okay.   Can PTSD affect sleep habits?

16      A.      Yes.

17      Q.      Did Ms. Curley complain of nightmares?

18      A.      To my recollection, that was one of the -- she

19  complained about a lot of stuff.

20      Q.      And nightmares was one of them?

21      A.      Was one of them, yes.

22      Q.      Can nightmares be a symptom of PTSD?

23      A.      Yes.

24      Q.      Isn't it a fact that PTSD can lead to obesity?

25      A.      Well, people who have posttraumatic stress disorder

♀

                                                                90

1   can have a host of physical health problems, including weight

2   gain.

3       Q.      I mean, you've written to that effect, haven't you?

4       A.      Well, you know, weight gain.   I mean, I don't believe

5   that I've ever written that posttraumatic stress disorder

6   causes obesity, but definitely stress can influence the way

7   people eat and the way people self-sooth and so forth using

8   food.

9       Q.      You've actually published quite a lot about PTSD,

10  haven't you?

11      A.      Yeah.

12      Q.      And is PTSD classified in the DSM as an anxiety

13  disorder?

                                Page 81

bp100808.txt

```
14        A.     Yes.

15        Q.     All right.  Typically with PTSD, was there some sort

16   of exposure to a traumatic event, a stressor?

17        A.     Yes.

18        Q.     And then there's a persistent reexperience in the

19   form of flashbacks or nightmares?

20        A.     That's part of the constellation of symptoms, yes.

21        Q.     You're familiar with the DSM constellation, right?

22        A.     Yeah.

23        Q.     And you agree with them, right?

24        A.     Yeah.  It is what it is.

25        Q.     Okay.  Do you agree that PTSD can result in
```

♀

91

```
 1   significant impairment in social, occupational, or other

 2   important areas of functioning?

 3        A.     Yes.

 4        Q.     All right.  And typically for PTSD, how long do the

 5   symptoms last?

 6        A.     They can be chronic and last a lifetime.

 7        Q.     And in Ms. Curley's case, is it fair to say it

 8   appears to be chronic?

 9        A.     From my review of the records, the symptoms are

10   pretty persistent.

11        Q.     Is disrupted sleep a symptom of PTSD?

12        A.     It can be, yes.

13        Q.     Also a sense of unreality?

14        A.     That can be as well, yes.

15        Q.     Heightened startled response?

16        A.     Can be, yes.
```

bp100808.txt

17    Q.    Hypervigilance?

18    A.    Can be, yes.

19    Q.    Does that sort of fit with what you saw in the

20  medical records for Ms. Curley?

21          MR. FIBICH:  Object to form.

22    A.    I did see throughout the record elements of, you

23  know, different posttraumatic symptoms such as you've just

24  articulated.

25          MR. McCONNELL:  Do we have the book here?

♀

                                                              92

1          MS. CATES:  Yes.

2    Q.    (BY MR. McCONNELL)  I'm just going to read you

3  something from your book, which I'm sure is always a pleasant

4  experience.  Must be nice to have people do responsive readings

5  from your own words.

6          MR. FIBICH:  We're just glad you bought it.

7          MR. McCONNELL:  That's right.  I've already made

8  my contribution.

9    Q.    (BY MR. McCONNELL)  It's a good book.

10          Anyway, Page 3, you write the following and I

11  just want to see if you stand by this.  You say "Roughly

12  one-third of children who are abused will have some clear

13  psychological problems as a result and research continues to

14  show how even seemingly purely physical problems, like heart

15  disease, obesity, and cancer, can be more likely to affect

16  traumatized children later in their lives."

17          It's down there, if you want to take a look.

18    A.    Yeah.  No.  I believe you.

19    Q.    You still agree with that?  Your views haven't

Page 83

bp100808.txt

20      changed since you wrote that, right?

21           A.    Sure, sure.

22           Q.    My question to you is:  How is it that children who

23      are abused or exposed to some trauma -- how is it that that can

24      actually result in seemingly purely physical problems, like

25      heart disease, obesity, and cancer?

♀

                                                                93

1            A.    You want to know the mechanism?  I mean, is that --

2            Q.    This won't take hours, will it?

3            A.    It could.

4            Q.    Briefly, if you can.

5            A.    Well, the systems in the brain that are involved in

6       mediating the stress response are also the systems that are

7       involved in regulating the autonomic nervous system and the

8       neuroendocrine system and they influence the way your body's

9       physiology works.  So, people who have alterations and abnormal

10      stress response systems in the brain also will have altered

11      physiological regulation in the rest of the body, and that can

12      manifest in a lot of different ways.

13           Q.    And how can it manifest in terms of obesity, which is

14      the word that you used in your book?

15           A.    Well, it's -- one of the things that is potentially

16      involved in individuals who gain weight following traumatic

17      events is that they use food to sooth themselves, to calm

18      themselves, and so that's -- you know, that's one of the

19      suggested mechanisms.  It's essentially an observation, you

20      know, that there is an increased incidence of obesity in

21      individuals who have had developmental trauma.  So, the

22      mechanism is -- it's probably multiple mechanisms, but one is

                                Page 84

bp100808.txt

23   potentially the -- using food to self-sooth.

24       Q.    Do you believe that PTSD can be a serious condition?

25       A.    Yes.

♀

                                                                  94

1        Q.    Can it be appropriate to treat PTSD with

2    pharmaceuticals?

3        A.    Sure.

4        Q.    Which ones?

5        A.    Well, a lot of it depends upon the constellation of

6    symptoms that somebody presents with.  If they have sleep

7    problems, you can use a narcoleptic.  If they have depressive

8    symptoms, you can use an antidepressant with good efficacy

9    sometimes.  Some people us antianxiety agents if the anxiety is

10   one of the prominent symptoms.

11       Q.    Are you familiar with the APA's recommendation for

12   what pharmaceuticals can be used in treating PTSD?

13       A.    I'm familiar with the API -- APA guidelines, but I

14   haven't -- I don't know the list of medications that they're

15   putting in there.  I suspect it's pretty -- sure it includes

16   sertraline.

17             MR. McCONNELL:  Can we get this marked?

18             (Perry Exhibit No. 6 marked.)

19       Q.    (BY MR. McCONNELL)  Doctor, what's been placed before

20   you as Exhibit 6 is the APA's practice guideline for the

21   treatment of patients with acute stress disorder and

22   posttraumatic stress disorder, correct?

23       A.    Yes.

24       Q.    And feel free to flip through as much of this as you

25   need to if you need context, but I am going to direct your

                          Page 85

bp100808.txt

♀

1    attention to Page 13.

2         A.    Okay.

3         Q.    Heading 4 says "Specific Treatment Strategies," and

4    letter (a) is psychopharmacologies.  So, we're talking about

5    medicines in that case, right?

6         A.    Yes.

7         Q.    If you look at the last paragraph, it says "In

8    addition to being indicated in patients with comorbid psychotic

9    disorders, second-generation antipsychotic medications (for

10   example, olanzapine, quetiapine, and risperidone) may be

11   helpful in individual cases with PTSD."  Do you see that?

12        A.    Yes.

13        Q.    Do you agree with that statement by the APA?

14        A.    No.   Basically, what they're saying is that if

15   there's a comorbid psychotic disorder, that those

16   antipsychotics agents can be helpful.  And as far as I could

17   tell, Ms. Curley didn't have a comorbid psychotic disorder.

18        Q.    You're reading the APA to say that it would be

19   appropriate to prescribe SGAs only if there's a comorbid

20   disorder?  That's how you read that?

21        A.    That's what it says.

22        Q.    Isn't it saying that second-generation antipsychotic

23   medications, in addition to being indicated in patients with

24   comorbid psychotic disorders, can also be helpful in patients

25   with PTSD?

♀

bp100808.txt

1        A.    Well, I mean, that's -- my interpretation of that is

2   that they're suggesting that if you have comorbid psychotic

3   disorders, that that would be a useful agent.  I have to say

4   that there are absolutely no controlled studies demonstrating

5   the efficacy of those agents in PTSD.

6        Q.    Now, Ms. Curley did receive psychiatric treatment for

7   PTSD and depression, didn't she?

8        A.    Yes, I believe she did.

9        Q.    She actually had relatively few psychiatric visits in

10  her medical history, true?

11       A.    That's correct.

12       Q.    Only five visits in 2000 and 2001?

13       A.    I don't remember the number, but I remember that she

14  was -- did not have a very significant mental health history,

15  treatment history.

16       Q.    She certainly had several psychiatric visits before

17  she ever took Seroquel, true?

18       A.    I think that's true, yes.

19       Q.    And it was before she ever took Seroquel that she was

20  diagnosed with depressive disorder.  Do you agree with that?

21       A.    I think that's true.

22       Q.    And we talked before about having problems sleeping.

23  You agree that Ms. Curley has a history of having problems

24  sleeping?

25       A.    Correct.

♀

                                                             97

1        Q.    And, in fact, her psychiatrist actually prescribed

2   medicine to help her sleep, right?

3        A.    Honestly, I don't recall, but I trust your -- if

bp100808.txt

4    that's --

5        Q.    Well, let's not go crazy here, but -- you don't have

6    to trust me.  I'll show you the records if you want.  I'm just

7    going to ask if you recall whether she was ever prescribed

8    trazodone for sleep.  Does that ring a bell?

9        A.    That does actually, yeah.

10       Q.    Can it be important when treating a patient with

11   psychiatric problems to try to help them get sleep?

12       A.    Sure.

13       Q.    Can helping them get sleep and improving their sleep

14   architecture play some role in addressing their more serious

15   psychiatric symptoms?

16       A.    Sure, but -- trazodone wouldn't be the drug to do

17   that, but --

18       Q.    Well, I mean, it -- Dr. Marlene Hart did, in fact,

19   prescribe trazodone for sleep.

20       A.    Correct.

21       Q.    If that's -- do you think that was a mistake?

22       A.    I think that the use of trazodone for sleep is not

23   effective.  Trazodone doesn't really -- doesn't change latency

24   to onset of sleep, doesn't increase REM sleep.  It really --

25   with all of the available effective narcoleptics, it seems odd

                                                              98

1    that people would use trazodone for --

2        Q.    And, in fact, in the case of Ms. Curley, you're

3    exactly right.  The trazodone didn't really help her sleep, did

4    it?

5        A.    That's -- that's correct.

6        Q.    Before she got the prescription, she was sleeping

                                Page 88

bp100808.txt

7      only able four hours per night, Ms. Curley was.   Does that seem

8      right to you?

9          A.    That sounds accurate.   That's --

10         Q.    Dr. Hart increased Ms. Curley's trazodone, and that

11     didn't work either.

12         A.    Correct.

13         Q.    Dr. Hart then prescribed Paxil to Ms. Curley.   Do you

14     remember that?

15         A.    I do.

16         Q.    All right.   And did the Paxil work?

17         A.    Not very effectively, no.

18         Q.    Do you recall whether Ms. Curley was ever prescribed

19     Prozac?

20         A.    Honestly, I don't recall.

21         Q.    Let me just go through this list.   I'll just

22     represent to you -- so, you don't recall whether she was

23     prescribed Prozac, but you do recall she was prescribed Paxil,

24     correct?

25         A.    I do.

♀

                                                                    99

1          Q.    And we mentioned trazodone.   Do you also remember

2      that she was prescribed Xanax?

3          A.    Do remember that, yes.

4          Q.    How about Zoloft?

5          A.    Gosh, I have to say, I didn't memorize her treatment

6      history, but I remember she was tried on a lot of different

7      antidepressant medications.

8          Q.    How about Zoloft?   Do you remember her being

9      prescribed Zoloft?

bp100808.txt

10      A.   If you represent that that's accurate, I trust you.

11      Q.   All right.  In fact, let me go through this.  I'll

12  represent to you this is a list of medications that I know were

13  prescribed --

14      A.   Sure.

15      Q.   -- to Ms. Curley, and they are:  Prozac, Paxil,

16  trazodone, Xanax, Zoloft, Elavil -- I don't know if I've got

17  that right.  Elavil?

18      A.   Elavil, correct.

19      Q.   And Vistaril.

20      A.   Yeah.

21      Q.   All of those medications have side effects, don't

22  they?

23      A.   Correct.

24      Q.   And haven't every one of those medications has been

25  associated with, among other things, potential weight gain?

♀

100

1       A.   Honestly, I don't know how much they have been.  I

2   have to say, I don't know about the weight gain with Prozac.

3   In our experience with Zoloft, I think it's relatively minor,

4   but --

5       Q.   Let me rephrase it.  Do you know whether weight gain

6   is listed in the labels of all those drugs as a potential side

7   effect?

8       A.   I think it is, and I think it probably is listed as a

9   potential side effect in 60 percent of the neuropsychiatric

10  medications.

11      Q.   Okay.  Is it possible to rule out that some or all or

12  some subset of all those drugs could have played some role in

Page 90

bp100808.txt

13    attributing to Ms. Curley's weight gain?

14        A.    Well, it's my understanding of the course of

15    medication -- treatment with those agents that they -- she was

16    not concurrently taking them when she started on the Seroquel.

17        Q.    I mean, that's a good point.   She took some of those

18    drugs before she took Seroquel, correct?

19        A.    Correct.

20        Q.    And you mentioned in your expert report that you

21    identified a temporal relationship between Ms. Curley's taking

22    of Seroquel and weight gain, correct?

23        A.    Correct.

24        Q.    Did you look to see if there was any temporal

25    relationship between her ingestion of any of those other drugs

♀

101

1    and weight gain?

2        A.    Not specifically, no.

3        Q.    Has Ms. Curley ever attempted suicide?

4        A.    I think so.

5        Q.    How many times?

6        A.    I can't recall.

7        Q.    Just to see if this refreshes your recollection, do

8    you recall that she attempted suicide in 1977 and the year

9    2001?

10        A.    I knew there was an earlier one and one that was just

11    before the time that she started on Seroquel.

12        Q.    Her suicide attempts did not occur while she was

13    taking Seroquel, did they?

14        A.    No.

15        Q.    Do you agree that suicide attempts reflect an

Page 91

bp100808.txt

16    impaired mental state?

17         A.    Yes.

18         Q.    Do you think that suicide attempts are a significant

19    part of one's medical history?

20         A.    Yes.

21         Q.    All right.  Do you recall after she attempted suicide

22    in 1977 that she was hospitalized, Ms. Curley was, for 30 days

23    for that attempt?

24         A.    I didn't recall the specific days, but I know that

25    she was hospitalized for --

♀

102

1         Q.    Does that seem out of bounds?

2         A.    Not really.

3         Q.    And she was diagnosed with a likely personality

4    disorder after the suicide attempt in 1977.  Do you recall

5    that?

6         A.    Yes.

7         Q.    And isn't it the case that on September 11th, 2001,

8    Ms. Curley took four 100-milligram trazodone pills, three to

9    four hours ago, she said, in an attempt to kill herself while

10   in distress over her boyfriend.  Do you recall that from the

11   medical records?

12        A.    Yes.

13        Q.    And that as she was being brought to the hospital,

14   she tried to strangle herself on the gurney.  I mean, that is

15   something you'd remember from the medical record, isn't it?

16        A.    Yes.

17        Q.    Would you characterize those suicide attempts as

18   being serious?

Page 92

bp100808.txt

19          A.    Yes.

20          Q.    You don't mention Ms. Curley's suicide attempts at

21    all in your report.  Is it -- do you?  Is it referred to

22    anyplace there?

23          A.    No, I don't believe I did.

24          Q.    In your expert report on Page 3, Paragraph 2, you

25    say, "Seroquel is not indicated for use for either of these

♀

                                                              103

1     problems," and you're talking about Ms. Curley's problems,

2     sleep and headaches.   "Off-label use of medications is not

3     unusual in medicine."  You agree with that right, obviously?

4          A.    Correct.

5          Q.    You wrote it, you say it.   "However, use of any

6     psychiatric medication should be based upon either documented

7     or plausible efficacy."

8                 And my question to you is:   What do you mean by

9     "documented efficacy"?

10          A.    Well, a documented efficacy would be, you know, a

11    case report that says we tried this medication for sleep and,

12    you know, it really helps and it's -- you know.   And plausible

13    efficacy is something similar to what I talked about earlier,

14    that a non-indicated -- for example, using a medication in a

15    population that -- like children; it's plausible that a

16    medication that has been documented to be effective in adults

17    may work in children.   That's a plausible -- plausible thing.

18          Q.    What about -- I'm sorry.   I want you to finish.

19          A.    I mean -- and so you want to have some rationale to,

20    you know, try the medication.

21          Q.    What about the prescribing doctor's own clinical

bp100808.txt

22    experience?  Would that give rise to plausible efficacy?

23         A.    It can.

24         Q.    Okay.  Do you recall who the doctor was who

25    prescribed most of Ms. Curley's Seroquel?

♀

104

1          A.    My recollection, it was a -- I want to say

2     neurologist.

3          Q.    Right.  Do you remember the name?

4          A.    No.

5          Q.    Maria Wilson?

6          A.    Okay.

7          Q.    Did you read Maria Wilson's deposition?

8          A.    I did.

9          Q.    Okay.  I'll just read to you something she said.  And

10    we can get it out if you want for -- to see more context or

11    anything, but the question was to Dr. Wilson:  "You prescribe

12    atypical antipsychotics for some of your patients?"

13                Answer:  "I do prescribe atypical antipsychotics

14    for a lot of our patients."

15                Question:  "And why is that?"

16                Answer:  "The reasons is atypical

17    antipsychotics -- and this is an off-label indication -- has

18    shown in the medical literature to be effective in a variety of

19    situations for patients with headaches."

20                My question to you is:  Do you agree or disagree

21    with that statement by Dr. Wilson?

22         A.    You know, I have no doubt that there have been case

23    reports that people have used these things for people that have

24    headaches.

                        Page 94

bp100808.txt

25        Q.    And then she says about Seroquel, "It was a good drug

♀

105

1    with a good hypnotic effect for those patients that have

2    intractable insomnia that have difficulty either falling asleep

3    or staying asleep at night."

4            My question is:  Do you agree or disagree with

5    that statement of Dr. Wilson's?

6        A.    Well, if she made it, you know, that's her

7    experience.

8        Q.    I mean, if that was her experience, wouldn't that

9    constitute plausible efficacy, at least in that particular case

10   for that doctor with that patient?

11           MR. FIBICH:   Object to form.

12       A.    Yeah.  I mean, I think that -- you know, I'm not

13   critical that she made that choice.   That's her choice.

14       Q.    (BY MR. McCONNELL)  Do you agree that Seroquel is

15   known for having a sedative effect?

16       A.    Yes.

17       Q.    And does Seroquel's sedative effect help with sleep

18   in patients who have not had success with traditional sleep

19   medications?

20       A.    Well, I know people have reported that.  I don't know

21   that that's been demonstrated in studies.   And I -- you know,

22   part of the challenge that we have in clinical work is that

23   people assign, you know, efficacy to things that may not, in

24   fact, be what is really causing the -- you know, the effect.

25   So, it's hard to say.

♀

Page 95

bp100808.txt

1              MR. McCONNELL:  I'm on Page 78.  Can you give me
2    the weight gain article, Folder 19?
3         Q.   (BY MR. McCONNELL)  While we're getting that, I'm
4    just going to tell you how this works.  I'm going to put an
5    article in front of you.  I have no idea if you've seen it
6    before, so we're going to show it to you and you can tell us if
7    you've seen it before.
8         A.   Sure.
9         Q.   Thank you.
10             (Perry Exhibit No. 7 marked.)
11        Q.   (BY MR. McCONNELL)  Doctor, what's been placed before
12   you as Exhibit 7 is an article.  It's from a journal called
13   Human Psychopharmacology.  It's an article about the effects of
14   adjunctive antidepressant therapy with quetiapine on clinical
15   outcome, quality of sleep, and daytime motor activity in
16   patients with treatment-resistant depression," and the authors
17   include Buane, Caliskan, and Todder, correct?
18        A.   Correct.
19        Q.   Have you seen this article before?
20        A.   No, I have not.
21        Q.   Are you familiar with the journal?
22        A.   I've heard of the journal.  I don't read it on a
23   routine basis.
24        Q.   By the way, it uses the word "quetiapine" in the
25   title.  You know quetiapine's the same thing as Seroquel,

♀

1    right?

bp100808.txt

2       A.    Yes.

3       Q.    Okay.  And feel free to look at as much of this

4   article as you want, but since you haven't seen it, I'm not

5   really going to ask you much about it.  But I do want you to

6   take a look at Page 7 because it references other articles, and

7   I don't know if you've seen them.

8       A.    Okay.

9       Q.    If you look at Page 7 on the right column, the second

10  full paragraph that begins "Another strong possibility of

11  action," do you see that?

12      A.    Yes.

13      Q.    It says "Another strong possibility of action is that

14  adding an atypical antipsychotic may have addressed unmet and

15  untreated residual psychopathology of depressed patients.  For

16  example, atypical antipsychotics, including quetiapine, are

17  shown to normalize sleep architecture," and it then cites three

18  articles.  "And, furthermore, atypical antipsychotics improve

19  quality of sleep by increasing slow wave sleep and continuity

20  in selective serotonin reuptake inhibitor-resistant depressed

21  patients," then cites the Sharpley article that was cited

22  above.  "It is very likely that improving the quality of sleep

23  of these depressed patients may have contributed to their

24  improved mental and physical wellbeing."

25              My question is, I guess, if you flip to the back

                                                            108

1   to the references:  Have you seen any of those articles, either

2   the two articles by Sharpley or the article by Cohrs?

3       A.    No, I have not.

4       Q.    And, again, flip through as much of this as you need.

                          Page 97

bp100808.txt

5   Do you have any basis to disagree or challenge what was said in

6   that article or the citations?

7                   MR. FIBICH:   Object to form.

8        A.   No.   I mean, I would certainly want to know -- for

9   example, I'd like to see the articles about how sleep

10  architecture is normalized and what population they do that in

11  and stuff like that, but I have no -- you know, looks like a

12  solid report.

13       Q.   (BY MR. McCONNELL)   How important, Doctor, is it, in

14  your judgment for mentally ill patients to get an adequate

15  amount of sleep?

16       A.   I think it can be very important.

17       Q.   Can lack of sleep cause health problems?

18       A.   I think lack of sleep is associated with health

19  problems, yes.

20       Q.   Can lack of sleep actually play a role in glucose

21  disregulation?

22       A.   I think it does actually, it can.

23       Q.   Now, Dr. Wilson testified that she used a low dose of

24  Seroquel for Ms. Curley.   Do you recall that?

25       A.   Yes.

                                                          109

1        Q.   Do you recall what the dose was?

2        A.   I think she started out with 25.

3        Q.   Right.   And the most she got up to was about a

4   hundred?

5        A.   Yeah, not very much.

6        Q.   Okay.   Dr. Wilson testified that if you use a low

7   dose, you're going to be dealing with less side effects.   First

                              Page 98

bp100808.txt

 8   of all, do you remember her saying something to that effect?

 9        A.   I don't remember that she said that, but I don't

10   dispute that.

11        Q.   Right.  I mean, you agree with that, right?

12        A.   In general, yeah.

13        Q.   Okay.  And do you agree that -- you do agree that a

14   hundred milligrams or less of Seroquel is a low dose for

15   Seroquel?

16        A.   Correct.

17        Q.   And do you understand that Seroquel's FDA approved

18   for doses as high as 800 milligrams?

19        A.   Yes.

20        Q.   And we're going to get into the studies a little bit

21   more later on, the studies relating to weight gain and glucose

22   disregulation, but my question to you is:  In all the studies

23   you've looked at, have you seen any studies, any peer-reviewed

24   study, showing that Seroquel at that dose, a hundred

25   milligrams, is associated with weight gain or hyperglycemia or

♀

                                                           110

 1   diabetes?

 2        A.   No.  I don't think any of the studies actually use

 3   doses that low.

 4        Q.   Do you have any basis to challenge the decisions by

 5   Dr. Wilson and -- there was another doctor -- Dr. Cases that

 6   their off-label use of Seroquel for Ms. Curley was appropriate?

 7        A.   No.  You know, from their perspective, where they

 8   were at that point --

 9        Q.   If you look at Page 2 of your report, Doctor,

10   Paragraph 1, near the bottom, you say that "Ms. Curley was

bp100808.txt

11    initially prescribed Seroquel by a neurologist in January of

12    2003.  At this time, she had a normal blood glucose.  She

13    continued on Seroquel through 2006."

14              Is the date of initial prescription important to

15    you opinions?

16        A.    Yeah.  I mean, I think it's -- to try and make an

17    association between the medication and the onset of diabetic

18    symptoms.

19        Q.    All right.  And Ms. Curley was admitted to the

20    hospital on January 5th, 2003, to participate in an inpatient

21    headache rehabilitation program, right?

22        A.    I'm sorry?

23        Q.    You recall that Ms. Curley -- you referenced January

24    2003 in your report, and what I'm saying is isn't it true that

25    in early January 2003 she participated in an inpatient headache

♀

                                                        111

1    rehabilitation program?

2        A.    I think that that's -- yeah, I think that's right.

3        Q.    Okay.  Now, what you said though was at that time she

4    had a normal blood glucose, and my question to you is first:

5    What do you mean by "normal blood glucose"?

6        A.    It's my understanding that her blood glucose was

7    within, you know, the acceptable range.

8        Q.    Which would be what?

9        A.    Basically, you know, 100 and less and -- maybe up to

10   110.

11       Q.    So, are you saying anything over 110 is bad?

12       A.    No, just that, you know, if you have a resting blood

13   sugar that gets to be above 110, you need to -- you know,

Page 100

bp100808.txt

14     that's something that is -- something that needs to be followed

15     or tracked or --

16          Q.    What blood glucose test are you referring to in your

17     report when you say, "At this time, she had a normal blood

18     glucose"?

19          A.    I can't recall actually.  I believe it was the value

20     that was in the records when she was tested at that time,

21     and --

22          Q.    Are you saying that prior to January of 2003 that

23     Ms. Curley's blood glucose measurements were normal?

24          A.    No.  I'm -- I believe that what I'm commenting on is

25     at the time that she started, around that time, that she had

♀

112

1     normal blood glucose values.

2          Q.    Isn't it a fact that before 2003, for years, she had

3     many blood glucose measurements that were way above normal?

4          A.    I do recall that she had some values that were above,

5     you know, 100.

6          Q.    Do you remember in the year 2000 that Ms. Curley had

7     a blood glucose measurement of 133, which was even designated

8     on the form by Dr. Acampo as being high?

9          A.    Yeah.  I didn't -- I don't -- I didn't recall it was

10    that high, but I remember that there was some values that were

11    above normal.

12                (Perry Exhibit No. 8 marked.)

13          Q.    (BY MR. McCONNELL)  Doctor, what's been placed before

14    you as Exhibit 8 is a lab report.  It says "SmithKline

15    Beecham," and looks like the date is -- of the report is --

16    looks like December of -- January 20th of 2000.

bp100808.txt

17      A.    Correct.   21st.

18      Q.    Thank you.

19      A.    Or -- yeah.

20      Q.    Thank you.   And there's a glucose measurement there.

21   It's one of the out-of-range measurements, correct?

22      A.    Uh-huh.

23      Q.    And -- that's a "yes"?

24      A.    I'm sorry.   Yes.

25      Q.    That's okay.   You've done well so far.

♀

                                                                 113

1              And it's 133, and that's high, isn't it?

2       A.    Yes.

3       Q.    Do you know why her glucose was high at the time of

4    this test?

5       A.    I do not know.   I do not know.

6       Q.    Okay.

7       A.    And that -- it may have been that she -- really

8    wasn't a fasting -- you know, I don't know.

9       Q.    Okay.

10      A.    She may have just eaten something.   Who knows?

11      Q.    And there were other glucose tests in the year 2000

12   where she had high glucose measurements, weren't there?

13      A.    Yes.

14      Q.    All right.   And, in fact, wasn't she diagnosed in the

15   year 2000 with hyperglycemia?

16      A.    I think so, yes.

17      Q.    And that's before she ever used Seroquel, isn't it?

18      A.    Correct.

19      Q.    Don't you think in forming your opinions in this case

                              Page 102

bp100808.txt

20  that the fact that she was diagnosed with hyperglycemia three

21  years before she ever used Seroquel is kind of important?

22      A.   Well, I certainly think that, you know, her obesity

23  and her hyperglycemia are risk factors for the development of

24  diabetes, yeah, and should have been taken into consideration

25  when the doctor was trying to decide what to use for her sleep

ꝗ

114

1   and headaches.

2       Q.   But isn't it also true you can't rule out her

3   preexisting hyperglycemia and her preexisting obesity as causal

4   factors for her diabetes?

5       A.   Well, I would assume that they are contributory

6   factors to her development of diabetes.

7       Q.   Couldn't the preexisting hyperglycemia by itself have

8   given rise to her diabetes?

9       A.   It's -- I suppose that's possible.

10      Q.   Can you say for sure that if Ms. Curley had never

11  taken Seroquel, that she would not have gotten diabetes?

12      A.   I can't say for sure, but I think that adding an

13  additional risk factor is certainly not a wise thing to do and

14  played a causal -- was a causal factor, just like her

15  hyperglycemia and her obesity and inactivity and other

16  things -- other risk factors.

17      Q.   But they could have done it on their own.  For all we

18  know, her sedentary lifestyle by itself could have given rise

19  to diabetes, couldn't it?

20              MR. FIBICH:   Object to form.

21      A.   I'm sure that's possible.

22      Q.   (BY MR. McCONNELL)  In your report, you say that she

Page 103

bp100808.txt

23    continued on Seroquel through 2006.   And why did you put that

24    date in there?  Why is it important as to when she stopped

25    taking Seroquel?

♀

115

1         A.    Why is it important when she stopped?

2         Q.    Yes.

3         A.    I think I was just making a notation of the duration

4    of her taking -- you know, that she was on Seroquel.

5         Q.    Because, I mean, the fact is she actually stopped in

6    2005, didn't she?

7         A.    I'd have to look at the record.  I thought it was

8    2006.

9         Q.    Yeah.  She --

10        A.    I thought she stopped once and then she was put back

11   on it.

12        Q.    She asked to be tapered off in June of 2005.

13        A.    Right.  And then later on, she was given Seroquel --

14   she took Seroquel later on in 2006.

15        Q.    Do you have -- can you tell me what record says that?

16   Because I've got her off as of June and July of 2005.

17        A.    I'd have to go back and look.

18        Q.    Would you agree that she completed her tapering off

19   from Seroquel in July of 2005?

20        A.    Right.  She did taper off Seroquel.  There is,

21   however, another notation in the record that someone prescribed

22   Seroquel for her later on at a higher dose than she had been

23   put on before.

24        Q.    Could you do me a favor, before tomorrow, maybe find

25   that record?

Page 104

bp100808.txt

♀

116

1       A.    I will.

2       Q.    Okay.  Why did Ms. Curley stop taking Seroquel in

3    2005?

4       A.    I'm not exactly positive.  I seem to recall that she

5    had the sense that Seroquel might have been involved in the

6    development of her diabetes.

7       Q.    Is that right?  Didn't she actually stop taking

8    Seroquel because she thought it gave her a rash?

9       A.    I may be -- I'm sorry.  I may be missing -- it --

10   that may be.  I thought that someone had told her that Seroquel

11   was involved in her developing diabetes and they tapered her

12   off of it.

13      Q.    Can you find that medical record, too, if there is

14   one?  I haven't -- because I'm representing to you that the

15   medical records that I've seen is she asked to go off because

16   of an allergy and a rash.  She never said anything about weight

17   gain or diabetes.

18      A.    Okay.  Well, I knew that later on she said that she

19   had an allergy to it.

20      Q.    Well, do you remember when it was that Ms. Curley was

21   diagnosed with diabetes?

22      A.    I think it was between June and September of '05.

23      Q.    Right.  It was September 13th of 2005.  Does that

24   seem right?

25      A.    Yeah.

♀

117

bp100808.txt

1        Q.    So, if she was diagnosed with diabetes in September

2   of 2005, she wasn't stopping in June of '05 because of

3   diabetes.

4        A.    Okay.  I must have gotten my recollection of that

5   mixed up.

6        Q.    Okay.  Now, you do say on Page 3 of the report -- you

7   say that you conclude that Seroquel was a causative factor in

8   the development of diabetes in Connie Curley, correct?

9        A.    Correct.

10       Q.    You actually used pretty much the same statement for

11  Ms. Burns and Ms. Guinn, right?

12       A.    Correct.

13       Q.    And can you tell us by what mechanism Seroquel causes

14  diabetes, in your opinion?

15       A.    I don't think anybody knows the exact mechanism by

16  which it causes diabetes.  People speculate that it might have

17  to do with influencing the -- you know, insulin resistance.  It

18  may have to do -- be an indirect factor related to the increase

19  in weight.  I don't think the mechanism's completely

20  understood.

21       Q.    What's the average glucose increase that you believe

22  Seroquel causes?

23       A.    I would only be guessing at that.

24       Q.    What percentage of people taking Seroquel have

25  increased blood sugar levels?

♀

                                                              118

1        A.    I don't know.  I don't -- it's -- I think that it's

2   probably less than 15 to 20 percent.

3        Q.    Do you agree that not everyone who takes Seroquel

bp100808.txt

```
 4    gets diabetes?

 5        A.    Yes.

 6        Q.    And certainly not everyone who gets diabetes has

 7    taken Seroquel, right?

 8        A.    Correct.

 9        Q.    In fact, most people who get diabetes have not taken

10    Seroquel.

11        A.    Correct.

12        Q.    Are you aware -- well, I asked you before -- I'm

13    sorry.  I asked you about whether you were aware of studies

14    showing little or no increase in glucose in people taking

15    Seroquel.

16        A.    Yes.

17        Q.    And I think your answer was you don't -- you haven't

18    seen those studies?

19        A.    No.  I'm aware that there are studies where there

20    were minor and equivocal findings in increases in weight and

21    glucose.

22        Q.    Have you read the McEvoy study from 2006?

23        A.    I've -- what journal was it in?

24        Q.    We're about to tell you.  I'll show it to you.

25        A.    Okay.
```

♀

119

```
 1              MR. McCONNELL:  Let me get this marked.

 2              (Perry Exhibit No. 9 marked.)

 3        A.    Thank you.  I did not read this study.

 4        Q.    (BY MR. McCONNELL)  Okay.  All right.  How about the

 5    Stroup study from 2006?  Have you read that?  We'll mark it.

 6        A.    Yeah.  I'd have to see it to remember it.
```

Page 107

bp100808.txt

```
 7              (Perry Exhibit No. 10 marked.)
 8     A.    Thank you.  So, these are interrelated articles.
 9     Q.    (BY MR. McCONNELL)  Right.  And have you seen the
10  Stroup article before?
11     A.    No.
12     Q.    Are you aware that there have been multiple published
13  studies that have found that the incidence of hyperglycemia and
14  diabetes is significantly greater with clozapine and olanzapine
15  than with Seroquel?
16     A.    Yes.
17     Q.    Would you agree that people with psychiatric
18  disorders are at a higher risk of diabetes than the general
19  population?
20     A.    I think that that's what the data show.
21     Q.    And that was true before there even were
22  first-generation atypicals or second-generation atypicals,
23  true?
24     A.    Yes.
25     Q.    Would you agree that the causes of diabetes are
```

⚲

120

```
 1  multifactorial?
 2     A.    Yes.
 3     Q.    Can family history play a role as a risk factor for
 4  diabetes.
 5     A.    Yes.
 6     Q.    Same with obesity?
 7     A.    Yes.
 8     Q.    Same with diet?
 9     A.    Yes.
```

Page 108

bp100808.txt

10      Q.   Same with lack of exercise?

11      A.   Yes.

12      Q.   Same with high cholesterol?

13      A.   Yes.

14      Q.   Same with high blood pressure?

15      A.   Yes.

16      Q.   Would you agree that the fact that a person ingested

17   Seroquel and became diabetic does not by itself mean that the

18   Seroquel caused the diabetes?

19      A.   As the only causative factor, yeah, I think that

20   that's -- I don't think that you can conclude that necessarily.

21      Q.   Well, I -- what I think I hear you saying is you

22   can't exclude the Seroquel, true, in that situation?

23      A.   Correct.

24      Q.   But my question to you is:  If all you've got is the

25   fact that a plaintiff took Seroquel and sometime after they

♀

                                                              121

1    took Seroquel they became diabetic, those are all the facts

2    you've got, that that is not enough to permit you to say to a

3    reasonable degree of medical certainty that the Seroquel was

4    even a cause of the diabetes, forget about only cause.

5       A.   Well, I guess the question is -- this is a

6    hypothetical question, right?

7       Q.   It is.

8       A.   So, you have somebody -- you're asking me whether or

9    not if you know that someone goes on this medication and then

10   they later develop diabetes, you have no basis to say anything?

11   That's what you're asking me to say?

12      Q.   No.  I'm saying that based on those facts alone, you

bp100808.txt

13    cannot say to a reasonable degree of medical certainty that the

14    Seroquel was a causal factor in getting diabetes.

15         A.    But I think based upon all of the studies that we

16    have looked at the increased risk from that, I don't see how

17    you couldn't say that it was a potential causal factor.

18         Q.    But there are people that get diabetes who never took

19    Seroquel, right?

20         A.    Sure.

21         Q.    So, let's say one of those persons alters their life

22    story in one way; they take Seroquel.   Now they get diabetes.

23    They might have gotten the diabetes anyway, right?

24         A.    Right, but if you -- the very definition of something

25    increasing risk is that it increases risk, that there -- you

♀

122

1    know, you can't call it a risk factor if there's not some

2    potential increased probability that that agent will be

3    involved in the development of a disorder.

4         Q.    Right.   But something can be a risk factor without

5    actually causing you to sustain the injury, correct?   There are

6    people who smoke who don't get lung cancer.

7         A.    Sure.   But you could never, ever then say that

8    someone who smokes and got lung cancer -- in their case,

9    smoking wasn't a risk factor.

10         Q.    Right.   But you can't say -- and I don't want to

11    linger on the smoking analogy too much, but in that case, you

12    can't say for sure without knowing more that it was the smoking

13    that caused the lung cancer.

14         A.    Well, what you can say for sure is that the smoking

15    is a likely causative factor because it's already been

Page 110

bp100808.txt

16    demonstrated as a risk factor.

17        Q.    Right, in general, but you can't say for the

18    particular person.  That's what I'm talking about.  You can't

19    say -- now let's go back to Seroquel.  You can't say -- just

20    because they took Seroquel and they later got diabetes, you

21    can't say it was the Seroquel that caused the diabetes.

22        A.    Well, you can't make that statement because it's

23    highly likely to be multiple factors involved in the

24    development of whatever the -- let's say diabetes.

25        Q.    Right.

                                                          123

1         A.    So, I mean, I think it's -- in any given individual,

2     you -- we are not able to trace specifically the direct action

3     and mechanism of action that leads to an individual development

4     of diabetes unless there's some well-documented genetic element

5     that's present, and --

6         Q.    Well, you're familiar with confounding factors,

7     right?

8         A.    Yes.

9         Q.    I mean, there can be a confounding factor in a

10    particular case, right?

11        A.    Sure.

12        Q.    For example, when you have somebody -- as is the case

13    with these particular plaintiffs, if you have somebody who had

14    a family history of diabetes and they're obese and they have a

15    bad diet --

16        A.    Right.

17        Q.    -- and they don't exercise --

18        A.    Right.

                                Page 111

bp100808.txt

19      Q.      -- and they have high cholesterol --

20      A.      Exactly.

21      Q.      -- and they have high blood pressure --

22      A.      Exactly.

23      Q.      -- and they take Seroquel, you don't know which among

24      those factors was what actually caused the diabetes.

25      A.      Well, what you do know is that the last thing that

♀

                                                                124

1       you should do to somebody who has all those risk factors is add

2       another risk factor unnecessarily.

3       Q.      Agreed.  Agreed.  But now we're after the fact that

4       they have gotten the diabetes.  When you have that relatively

5       long list of risk factors, all of which are risk factors, as

6       you say, if that's the case -- but when it's post hoc now and

7       you're trying to come up with what was the cause, you can't say

8       for sure.

9       A.      Well, but you can say with pretty good confidence if

10      there is a temporal association with the taking of the

11      medication and the increase in weight, alterations in -- and,

12      you know, the development of the -- you know, diabetes in a --

13      that appears to be temporarily associated with it, I think that

14      you can say that it's a causative factor, it's played a role in

15      this process.

16      Q.      But I thought you also said before though that in

17      such a case, it's possible that the obesity by itself could

18      have caused the diabetes.

19      A.      It is possible that somebody who never -- who never

20      took that medication and had all of those risk factors -- it is

21      possible that over time they would have developed diabetes.

Page 112

bp100808.txt

22      Q.    Accepting, as you say, that Seroquel is a risk factor
23    for getting diabetes, what is -- I don't know if we already
24    went over this before, but what is the relative risk?  If you
25    take Seroquel, how much does that increase your risk of getting

♀

125

1    diabetes?
2        A.    Well, you know, depending upon the way you want to
3    interpret some of these meta-analyses, in some populations,
4    they would suggest that one-third of the new cases of diabetes
5    in a psychiatric population could be attributable to the
6    medication.  The way other people talk about it is risk is
7    increased between one-and-a-half and two times what you'd
8    expect under normal circumstances.
9        Q.    Okay.  So, let's take one-and-a-half to two times.
10    How about obesity?  If you have a BMI in excess of 30, doesn't
11    that increase your risk of diabetes by a factor of 50?
12        A.    I don't know if it's 50, but it increases it
13    significantly.  But in these cases, those risk factors were
14    present, and so -- you know, the -- I don't want to talk about
15    all the cases at once, but if you have all the risk factors
16    present and then there is the addition of another risk factor
17    and there's a temporal association, then increasing weight and
18    onset of diabetes, I think it's fair to say that that
19    additional risk factor played a causative role.
20        Q.    Well, you're familiar with the Bradford Hill
21    criteria, of course, right?  You're cited them in some of your
22    work.
23        A.    I don't know if I've cited them, but I'm familiar
24    with them.
Page 113

bp100808.txt

25      Q.   Right.  And temporal association is one element.

1       A.   Right.

2       Q.   But it's only one element, correct?

3       A.   It is one element, right.

4       Q.   There's --

5       A.   There are multiple elements, plausibility --

6       Q.   Coherence.

7       A.   It is plausible that this is played a role.  It is

8  coherent with the existing data.  You know, the strength of

9  effect -- you know, in this ones, you know, the available data

10 would suggest that there is some element of dose dependence.

11 So, I mean, I think that --

12      Q.   Well --

13      A.   -- reversibility is something that is -- you know,

14 that's not something that you can look at in this case

15 necessarily.

16      Q.   You just mentioned the -- first of all, you mentioned

17 the coherence.  There actually is discrepant data -- that's

18 what the ADA says -- in terms of the connection between

19 Seroquel and weight gain and Seroquel and hyperglycemia,

20 correct?

21      A.   But the ADA didn't have all the data available that

22 AstraZeneca had.  I mean, from what I can tell of reading the

23 internal memos, they themselves demonstrated weight gain, and

24 persistently gain beyond the first initial weight gain that was

25 statistically significant.  So, you know, I do think that at --

bp100808.txt

127

1   since 2004, there's probably more evidence that it's -- I don't

2   think there would be -- a reconvening of the same group

3   probably wouldn't conclude, given all the available information

4   now, that it -- you know, Seroquel didn't cause weight gain.

5        Q.   Well, talking about the data that AZ had -- we'll go

6   into more detail on that later -- but can you name a single

7   piece of data that AstraZeneca had that was not produced to the

8   FDA relating to weight gain or glucose?

9        A.   I can't say that.  I don't know that they had access

10  to all the internal analysis of the weight gain data.

11       Q.   And -- but you don't know, right?  You can't name

12  anything that was withheld.

13       A.   I don't know.

14       Q.   Now, with respect to the ADA --

15       A.   Right.

16       Q.   -- you talk about the data that the ADA did not have.

17  I mean, what -- name a specific piece of data that you would

18  rely upon in making an epidemiological judgment that was

19  withheld.  What clinical trial, what study was not provided?

20       A.   Well, AstraZeneca did not go and say to that panel,

21  as far as I'm aware -- and they may have, but I'm not aware

22  that they went and said, "Hey, we've done this analysis and

23  there is this weight gain with this drug and it continues up to

24  a full year and, you know, include that in your analysis."

25       Q.   Did you read the Brecher articles from 2000 and 2007?

♀

128

1        A.   I don't -- you would have to -- I don't remember them

Page 115

bp100808.txt

2    by the name of first author, so --

3        Q.    We were talking about the different risk factors.

4    And you know that there are models, aren't there, for looking

5    at various risk factors that a person has for diabetes and

6    trying to work out the ways in which it will increase that

7    person's risk of diabetes?

8        A.    I'm sure there are, yeah.

9        Q.    Have you applied such a model to any of the

10    plaintiffs in this case?

11        A.    No.

12        Q.    I mean, if you had a case where a person had all

13    these other risk factors and the relative risk associated with

14    those other risk factors -- like obesity, for example, or

15    preexisting hyperglycemia -- is really high --

16        A.    Right.

17        Q.    -- you know, 20 times whatever -- and then in the mix

18    you have Seroquel and it's -- the relative risk is 1.6, for

19    example -- that's my hypothetical, all right?  So, this person

20    has obesity which increases their risk, you know, a lot, bad

21    diet, lack of exercise, high cholesterol, preexisting

22    hyperglycemia, and then at the tail end you have Seroquel with

23    an RR of 1.6.

24            Are you saying in that case you could still say

25    to a reasonable degree of medical certainty that the Seroquel

♀

129

1    necessarily played a role in causing the diabetes?

2            MR. FIBICH:  Object to form.

3        A.    Well, I would say that I would still feel comfortable

4    saying that it is a causative factor.  I mean, even if it's a

bp100808.txt

5    small causative factor, it's --

6         Q.   (BY MR. McCONNELL)  For that person.  Not in general,

7    but for that person.

8         A.   Yeah.  How could you not?  I mean, how could you say,

9    "Well, in this case, this person has whatever makeup they have,

10   that they're not going to be impacted by the risk."

11        Q.   Well, wouldn't you say in that case, "I don't know.

12   They've got all these other risk factors.  I don't know what

13   did it.  Could have been any of these things"?

14        A.   Well -- but I'd feel very comfortable saying that it

15   is a causative factor.

16        Q.   All right.

17        A.   I didn't put any value on how much of a causative

18   factor.  I said it's a causative factor.

19        Q.   It could be -- well, what percent would you say in

20   Ms. Curley's case?

21             MR. FIBICH:  Object to form.

22        A.   I don't think I could really guesstimate what impact,

23   but I -- you know, as you point out, she's had lots of other

24   risk factors.

25        Q.   (BY MR. McCONNELL)  I want to add one other thing to

○
╥

                                                               130

1    the case of Ms. Curley because you sort of mentioned it before

2    when you were talking about dose response relationship, and

3    that is that in the case of Ms. Curley, she was taking a very

4    low dose of Seroquel.

5         A.   Very low.

6         Q.   How does that affect your calculation?

7         A.   Well, in general, I would think that higher doses

                              Page 117

bp100808.txt

8       would put you at greater risk.

9           Q.    But what about the fact, as you said before, that

10      there isn't a single study out there showing that Seroquel, at

11      the dose that Ms. Curley was taking, has any connection with

12      weight gain or diabetes?  How can you then say it's necessarily

13      a causative factor for her?

14          A.    Well, because I think of the temporal association

15      between taking it and the onset of diabetes.

16          Q.    I mean, you're familiar with the concept of post hoc

17      ergo proctor hoc?

18          A.    Yes.

19          Q.    Right.  Just because something happens after

20      something else doesn't mean it was caused by the earlier thing,

21      right?

22          A.    No, it doesn't.  But in this case, the thing that she

23      took, you know, the medication, has been shown to be a risk

24      factor for the development of diabetes.

25          Q.    All right.  With respect to the ADA consensus

♀

131

1       statement, that's something that you've read in this case,

2       right?

3           A.    Yes.

4           Q.    All right.  And we can go through the charts, but you

5       agree that the --  that the ADA did differentiate between the

6       risk posed by clozapine and olanzapine with respect to weight

7       and hyperglycemia versus Seroquel, correct?

8           A.    Correct.

9           Q.    Do you agree with that distinction?

10          A.    I think that the data appear to bear that out, yeah.

Page 118

bp100808.txt

11    Q.   All right.  Did you play any role at all with respect

12  to the ADA consensus statement?

13    A.   No.

14    Q.   Were you invited to do so?

15    A.   No.

16    Q.   Now, the ADA consensus statement reported on the

17  results of a conference of experts in psychiatry, diabetes, and

18  obesity, correct?

19    A.   That's my understanding, yes.

20    Q.   And are you aware that more than a dozen experts in

21  those disciplines presented data at the conference?

22    A.   Yes.

23    Q.   It wasn't just AstraZeneca presenting at that

24  conference, true?

25    A.   True.

♀

132

1    Q.   And weren't there also FDA officials who presented

2  data at the conference?

3    A.   I'm not surprised.  I didn't know who people were

4  affiliated with, but I'm not surprised.

5    Q.   Now, the participants in the conference reviewed most

6  of the known peer-reviewed English language clinical studies

7  published in the area, correct?

8    A.   That's my understanding.

9    Q.   Including the animal studies?

10    A.   Correct.

11    Q.   And you certainly haven't reviewed all those

12  materials, have you?

13    A.   No.

bp100808.txt

14      Q.      The ADA consensus statement said that the risk in

15   patients taking risperidone and quetiapine -- that is,

16   Seroquel -- is less clear and some studies show an increased

17   risk for diabetes while others do not.   That's what they said

18   at that time, right?

19      A.      Correct.

20      Q.      And that was a true statement, wasn't it?

21      A.      At the time, yeah.

22      Q.      Okay.   And at the time, the ADA consensus panel

23   describes the studies of Seroquel and diabetes as having

24   discrepant results, correct?

25              MR. FIBICH:   Can you show him the document?

♀

                                                                133

1              MR. McCONNELL:   Sure, sure.

2      A.      I think it described it as discrepant results in the

3   table.

4      Q.      (BY MR. McCONNELL)  Right.   Table 2, right.

5      A.      But I don't remember them saying that in the text.

6      Q.      Okay.

7              (Perry Exhibit No. 11 marked.)

8      Q.      (BY MR. McCONNELL)  You're right.   It's the Table 2

9   on Page 597, right, Doctor?

10      A.      Correct.

11      Q.      What does "discrepant" mean?

12      A.      My understanding is that it means that there were

13   some studies that showed an effect and some that didn't.

14      Q.      Okay.   I don't remember if I had asked you about all

15   the relative risks -- stop me if I have -- but I know we talked

16   about obesity, the extent to which a BMI of over 30 would

                              Page 120

bp100808.txt

17    increase your risk of diabetes.

18         A.    Right.

19         Q.    And you don't recall exactly what it is, but it's

20    large.

21         A.    Correct, it is large.

22         Q.    It's higher than the relative risk of -- we were

23    talking about cigarettes before -- of cigarettes for lung

24    cancer, isn't it?

25         A.    You know, it may be.  I don't -- I don't know the

♀

                                                                  134


1     relative risk for cigarettes.

2          Q.    To what extent does having a parent with diabetes

3     increase the risk of diabetes in the offspring?

4          A.    Significantly.

5          Q.    Ball-park number?

6          A.    I think it's --

7                MR. FIBICH:  Object to form.

8          A.    I think it's like 20 percent.

9                MR. McCONNELL:  Fair objection.

10         Q.    (BY MR. McCONNELL)  Can the risk caused by two risk

11    factors combined be quantified?

12         A.    I know that people, like I said, do modeling on that

13    stuff.  I know that it's -- typically the combination of risk

14    factors increases risk.

15         Q.    And I know we said before that a preexisting mental

16    illness can be a risk factor for diabetes, correct?

17         A.    Well, I don't know that it's considered a classic

18    risk factor, but it is known that in sample populations of the

19    mentally ill, that diabetes occurs with higher frequency.

                              Page 121

bp100808.txt

20      Q.      Sedentary lifestyle, what's the risk factor for that

21  for diabetes, if you know?

22      A.      I don't know the number but, I know that it's -- I'd

23  guess 10 to 12 percent.

24      Q.      Does smoking increase the risk of diabetes?

25      A.      You know, I think indirectly, but I don't know that

♀

                                                        135

1   it's considered one of the key risk factors.

2       Q.      We were talking before about confounding factors and

3   I know -- you've looked at some of the epidemiologic studies

4   connecting Seroquel with hyperglycemia and diabetes, correct?

5       A.      Correct.

6       Q.      Can you name a single epidemiologic study that you

7   looked at that controls for the confounding factors that we've

8   just talked about; obesity, family history, sedentary lifestyle

9   smoking?  Is there a single case-controlled study out there

10  that does that?

11      A.      Well, I mean, I may have misread some of what their

12  methods were, but it was my understanding that they were

13  attempting to control for some of those confounds.

14      Q.      Can you identify a single case-controlled study that

15  controlled for obesity?

16      A.      No.

17      Q.      All right.  On weight gain, how much weight do people

18  gain on Seroquel on average?

19      A.      I think across the whole population it's 6 to 8

20  pounds, something like that.  I don't think it's -- that's my

21  recollection.

22      Q.      Over what period of time?

Page 122

bp100808.txt

23      A.   My understanding is that the majority of the weight

24   gain is in the initial few months.

25      Q.   You'd agree that not everyone who takes Seroquel

♀

                                                            136

1   gains weight, right?

2      A.   Yes.

3      Q.   And do you agree that some studies show little or no

4   weight gain while on Seroquel?

5      A.   Yes.

6      Q.   And you agree there's a risk of weight gain with all

7   atypical antipsychotics, right?

8      A.   To some degree, more or less, yeah.

9      Q.   And you do write prescriptions, antipsychotics, for

10   people.  I mean, you wouldn't decide not to prescribe Seroquel

11   to somebody because of the weight gain concern if the

12   alternative is olanzapine or risperidone, right?

13      A.   Right, if that were the alternative.  I mean, if this

14   was somebody who had a lot of risk factors and already had

15   weight problems, I would try to avoid anything that would

16   increase weight if the alternative could be found.

17      Q.   And you agree that weight gain is a potential side

18   effect of first-generation antipsychotics, right?

19      A.   Correct.

20      Q.   It's also, weight gain is, a potential side effect of

21   many other psychiatric drugs, true?

22      A.   Correct.

23      Q.   And is it also true that the risk of weight gain from

24   first-generation antipsychotics has been known for decades?

25      A.   Correct.

bp100808.txt

♀

1          Q.     And the risk of weight gain for atypical

2     antipsychotics has been known since they were introduced?

3          A.     Yes.

4          Q.     I know this is an odd question, but for some

5     patients, can it be true that weight gain can be an

6     improvement?

7          A.     Well, I mean, there are people who are -- you know,

8     there are individuals who are nutritionally underweight that --

9     part of their neuropsychiatric syndrome is they're

10    malnourished, they don't eat appropriately.  So, changes in

11    appetite and increases in weight can be sometimes positive.

12         Q.     Can weight gain also signify an improvement in an

13    underlying psychiatric illness?

14         A.     Sometimes, if someone is very depressed and they

15    haven't been eating.

16         Q.     You're aware that multiple published articles have

17    indicated that the incidence in severity of weight gain on

18    Seroquel is less than that associated with clozapine and

19    olanzapine, right?

20         A.     Yes.

21         Q.     Do you agree that weight gain is something that a

22    doctor can monitor?

23         A.     Yes.

24         Q.     Can weight gain be managed?

25         A.     Well, you can try to manage it.

♀

bp100808.txt

1                    MR. FIBICH:   I've been trying for a long time.

2          Q.    (BY MR. McCONNELL)   Doctor, you agree there are many

3    reasons why people gain weight?

4          A.    Yes.

5          Q.    Poor eating habits can be a reason why people gain

6    weight?

7          A.    Yes.

8          Q.    Like eating high-fat foods or fried foods?

9          A.    Yes.

10         Q.    Can a sedentary lifestyle cause people to gain

11   weight?

12         A.    Yes.

13         Q.    Can limited exercise cause people to gain weight?

14         A.    Yes.

15         Q.    Can stress or depression cause people to gain weight?

16         A.    For some people, yes.

17         Q.    All right.   So, now I'm going to try it again.

18                Would you agree that the simple fact that a

19   patient ingested Seroquel and subsequently gained weight would

20   not by itself prove to a reasonable degree of medical certainty

21   that it was the Seroquel that caused the weight gain?

22         A.    Well, if all those other factors have been present

23   and maintained and then the only thing that -- that appears to

24   be changing is the addition of that medication, then there is a

25   temporal association with -- in weight gain, you know, you'd

♀

                                                             139

1    have to consider that the medication is contributing to that

2    process.

3          Q.    Would you still say that if even before the person

                               Page 125

bp100808.txt

4    took Seroquel that they actually had periods of skyrocketing

5    weight gain, then it drops down, just -- on an elevator, going

6    up and down, before they took Seroquel and after they took

7    Seroquel?

8        A.   Well, you'd have to look at the baseline.  I mean,

9    people always have ups and downs.  But if the ups and downs are

10   higher and there's a temporal association, then, again, you

11   know, it's reasonable to conclude that the medication played a

12   role in some of that.

13       Q.   All right.  I want to talk about Ms. Curley's weight

14   gain.  You say in the report -- on Page 3, you say, "The

15   temporal relationship between the start of Seroquel, her weight

16   gain, and subsequent manifestations and diagnosis of diabetes

17   lead me to conclude that Seroquel was a causative factor in her

18   weight gain and diabetes," right?

19       A.   Correct.

20       Q.   Okay.  Now, how -- just tell me, how was it a

21   temporal relationship in the case of Ms. Curley between the

22   Seroquel usage and her weight gain?

23       A.   Well, it looks to me as she started taking the

24   medication, that her weight started to go up, and --

25       Q.   Well, you mentioned a baseline before.  What was the

♀

140

1    baseline that you used?

2        A.   Well, the baseline that I could see was about 130

3    pounds.

4        Q.   Right.  You say that -- at the top of Page 3 of your

5    report, you talk about "A weight prior to starting Seroquel was

6    from three months earlier, in September of 2002, when she was

bp100808.txt

 7   approximately 130 pounds," right?

 8       A.   Correct.

 9       Q.   All right.  What's the most that Ms. Curley ever

10   weighed before she took Seroquel, if you know?

11       A.   I don't know.

12       Q.   What's the most that she ever weighed while she was

13   on Seroquel?

14       A.   I think that she got up to about 170 pounds.

15       Q.   Okay.  Now, you said her closest documented weight

16   prior to starting Seroquel was from three months earlier, in

17   September of 2002, when she was approximately 130 pounds.  But,

18   in fact, wasn't she -- wasn't her weight recorded the day she

19   entered the hospital and she started going on Seroquel?

20       A.   It may have been.  I don't recall what it was.

21            MR. McCONNELL:  Can we take a look at that?

22   It's Folder 13.  Thank you.

23            (Perry Exhibit No. 12 marked.)

24       A.   Her weight's 144.

25       Q.   (BY MR. McCONNELL)  Right.  So, this is closer to the

♀

                                                    141

 1   time when she started taking Seroquel, correct?

 2       A.   Correct.

 3       Q.   So, the baseline isn't 130.  It's really 144, true?

 4       A.   That's correct.

 5       Q.   Does that fact by itself cause you to revisit your

 6   opinion of the temporal relationship?

 7       A.   Well, I mean, she still does gain weight.  She

 8   doesn't gain as much weight, but she still gains weight.

 9       Q.   Well, you wrote in your report -- the next sentence,
                            Page 127

bp100808.txt

10   you said "By January 14th, '03, she was 143 pounds," right?

11       A.   Correct.

12       Q.   Which in your report it makes it look like she gained

13   13 pounds from the baseline, but isn't the fact that she

14   actually lost a pound?  After a week or so on Seroquel, she

15   actually dropped a pound.

16       A.   I guess you could look at it that way, yeah, but

17   that's -- I'd consider that roughly equivalent weights.

18       Q.   Okay.  Then you write in your report "By November

19   16th, 2004, she was 151 pounds."  So, that would actually be a

20   gain of weight of about 7 pounds over baseline from January '03

21   to November '04.  So, not quite two years, gain of 7 pounds.

22           Does that show a temporal relationship, in your

23   judgment?

24       A.   It's a weak temporal association.

25       Q.   Okay.  What about the intervening weights?  Did you

♀

                                                              142

1    look at the intervening weights to see what happened to

2    Ms. Curley's weight while she was on Seroquel?

3        A.   My recollection is that I think she went up and down.

4        Q.   Okay.  I think that's right.  Can we go through the

5    record and see about that?

6            (Perry Exhibit No. 13 marked.)

7        Q.   (BY MR. McCONNELL)  Doctor, what's been placed before

8    you as Exhibit 13 is another medical record for Ms. Curley,

9    correct?

10       A.   Correct.

11       Q.   And it's dated March 30th, 2004?

12       A.   Yep.

                         Page 128

bp100808.txt

13      Q.    And what's her weight at this time?

14      A.    126.

15      Q.    So, she's now lost 18 pounds from when she started

16   Seroquel to March 30th, 2004, correct?

17      A.    Correct.

18      Q.    How'd she do that?

19      A.    Obviously, she -- I don't know.  She lost weight.

20   She didn't eat as much as she had been before.

21      Q.    I mean, is it possible that Ms. Curley is one of

22   those people who does not gain weight on Seroquel?

23      A.    I suppose that's possible.

24      Q.    And would you agree that losing 18 pounds for someone

25   who's 4-feet-9 is significant?

♀

143

1      A.    Yes.   That's a significant weight loss.

2      Q.    Do you recall whether or not Ms. Curley had some

3   problems in terms of her poor eating habits?

4      A.    Well, that's -- I don't recall specifically.

5      Q.    Do you remember if, as a result of depression or

6   stress, there were times when she would not eat until she

7   became nauseous, got a headache, and became shaky, and

8   testified that she ate only once a day during this time period

9   and didn't eat until she felt nauseous and shaky?

10      A.    Yeah, I do recall that.

11      Q.    Could her mental state have played a role in how she

12   lost weight?

13      A.    Possibly.

14      Q.    And it's not good, is it?

15      A.    Her mental state and the way she was depressed?

Page 129

bp100808.txt

16        Q.    Yeah, and the way she ate.

17        A.    No.

18        Q.    Did Ms. Curley also admit that she had, at times, a

19   high-fat, high-fried diet?

20        A.    Yes.

21        Q.    So, she sometimes ate not nearly enough and sometimes

22   ate in excess, correct?

23        A.    Correct.

24        Q.    What caused that, if you have an opinion?

25        A.    I couldn't say.

⚲

                                                                    144

1         Q.    Could her dysfunctional eating habits have played a

2    role in her weight fluctuations?

3         A.    Certainly.

4               MR. McCONNELL:   Can we see the one from Folder

5    17.

6               MS. CATES:   Yes.

7               (Perry Exhibit No. 14 marked.)

8         Q.    (BY MR. McCONNELL)   Doctor, take a look at this.

9    It's Exhibit 14.   It's dated January 7th, 2003, from Tampa

10   General Hospital.   It's another medical record relating to

11   Connie Curley, isn't it?

12        A.    Correct.

13        Q.    Now, she does -- under social history, she admits --

14   it says "positive cocaine use."   Do you see that?

15        A.    Yes.

16        Q.    Does that potentially play any role with respect to

17   weight fluctuations or, for that matter, hyperglycemia?

18        A.    Sure.

bp100808.txt

19          (Sotto voce discussion.)

20          Q.   (BY MR. McCONNELL)  If you look, Doctor -- thank

21     you -- the third page from the back, under -- there's a

22     biofeedback section and there's a summary and there's Nos. 1

23     through 9.

24          A.   Yes.  Okay.

25          Q.   No. 7 says "Poor nutrition, one to two meals maximum

145

1      per day"; No. 8 says "Limited exercise"; and No. 9 says

2      "Sedentary greater than 16 hours per day."  Do you see that?

3           A.   Yes, sir.

4           Q.   Sedentary greater than 16 hours per day is about as

5      sedentary as you can get, isn't it?

6           A.   Yes.  It's sedentary.

7           Q.   Pretty much means -- one's whole waking day, one

8      isn't really exercising, true?

9           A.   Correct.

10          Q.   Could that play a role with respect to her occasional

11     weight gains?

12          A.   Yes.

13          Q.   You're not saying, are you, that Seroquel is the

14     reason why she gained weight over time?

15          A.   No.

16          Q.   She has many risk factors for gaining weight, doesn't

17     she?

18          A.   Yes.

19          Q.   Have you reviewed Ms. Curley's --

20               (Phone ringing.)

21               MR. McCONNELL:  Can we go off the record for a

bp100808.txt

22    second?

23              (Discussion off the record from 12:18 p.m. to

24              12:19 p.m.)

25    Q.   (BY MR. McCONNELL)  Doctor, in -- did you look at

♀

146

1    Ms. Curley's weight from earlier time periods, say, from 1998,

2    2000, 2001?

3    A.   I read those records that were provided and I -- so

4    I'm sure I saw the weights.  I didn't memorize them.

5    Q.   Now, given that she is -- she's 4-feet-9, right?

6    She's quite short.

7    A.   Right.

8    Q.   And her baseline weight when she -- before she

9    started Seroquel was 144 pounds, right?

10    A.   Correct.

11    Q.   Any idea what the BMI is of a 4-foot-9 woman who

12    weighs 144 pounds?

13    A.   It's probably pretty high.

14    Q.   I'll represent to you that our calculations suggest

15    that it's 31.2.  Seem about right?

16    A.   I wouldn't be surprised.

17    Q.   And that puts her in the obese category; is that

18    right?

19    A.   I believe so, yes.

20          MR. FIBICH:  Your calculation is based on a

21    height of 4'-9" and a weight of what, 144?

22          MR. McCONNELL:  144, yes.

23    Q.   (BY MR. McCONNELL)  Isn't it true if you looked at

24    her -- and we can go through the records, but I just want to

bp100808.txt

25    see if you can confirm this or not.  But if you start in 1998,

☞

147

1     from 1998 up until 2003, she averaged gaining about 10 pounds a

2     year.  Does that seem right to you?

3         A.    If that's -- I'll take your word for it.

4         Q.    Okay.

5         A.    I know that she was all over the place, so -- started

6     out much lower.

7         Q.    Right.  And -- but if she's gaining 10 pounds a year

8     over time and then she starts on Seroquel, loses weight in the

9     first 15 months, but then proceeds to gain about 10 pounds a

10    year, how is that a temporal relationship between taking

11    Seroquel and gaining weight?

12        A.    Good point.

13        Q.    Doctor, what's the incidence of diabetes in patients

14    taking Seroquel?

15        A.    The incidence of people with diabetes -- gosh, I

16    don't know.

17        Q.    What percent of people taking Seroquel have gotten

18    diabetes?

19        A.    I don't know.

20        Q.    What's the incidence of diabetes in adults in the

21    U.S.?

22        A.    I don't know for sure.

23        Q.    Okay.  What's the incidence of diabetes in adults who

24    have been diagnosed with schizophrenia?

25        A.    I don't know.

☞

bp100808.txt

148

1      Q.    What's the incidence of diabetes in adults who have

2   been diagnosed with severe mental illness of any type?

3      A.    I don't know.

4      Q.    Does Ms. Curley have a family history of diabetes?

5      A.    As I recall, she did.  I think she had a risk -- a

6   family history risk, yeah.

7      Q.    Didn't she say that her mother died from diabetes

8   complications?

9      A.    That's right, at age 68 or something.

10      Q.    Did she have high blood pressure?

11      A.    I think so.

12      Q.    Did she smoke?

13      A.    Yes.

14      Q.    She still smokes, doesn't she?

15      A.    I don't know, but I know she smoked.

16      Q.    Are you familiar with the concept of pack years?

17      A.    Yes.

18      Q.    Do you have any idea how many pack years Ms. Curley

19   has behind her?

20      A.    No, but I -- probably considerable.

21      Q.    Something like 80 pack years?

22      A.    Yeah.

23      Q.    Does that sound right based on your review of the

24   medical records?

25      A.    Yeah, that sounds fair.

149

1      Q.    Is that really significant?

bp100808.txt

2          A.    That's a lot.

3          Q.    Can smoking be part of metabolic syndrome?

4          A.    You know, the -- I'm not sure how they define it, but

5    I do -- I'm not -- wouldn't be surprised at all some of the --

6    that it's a contributing risk factor.  And the factors that I'm

7    aware of, I don't recall seeing smoking, but I wouldn't be

8    surprised at all if that was part of the constellation.

9          Q.    I showed you the medical record that referenced that

10   she was positive for cocaine use.  Do you recall that she also

11   testified that she smoked marijuana off and on from the mid

12   Seventies to the late Nineties?

13         A.    Yeah.

14         Q.    Does that play any potential role with respect to

15   weight or diabetes?

16         A.    I don't really know about diabetes, but I --

17   certainly weight can be impacted by smoking marijuana.

18         Q.    Has Ms. Curley taken other medications that can

19   increase blood sugar?

20         A.    I think that a number of the medications that she's

21   been on have the potential of influencing blood sugar.

22         Q.    She took -- I may mispronounce this.  I'm sorry --

23   Clinoril for a while?

24         A.    Yeah.

25         Q.    And she took that well before she took Seroquel,

♀

                                                                150

1    didn't she?

2          A.    Correct.

3          Q.    And hasn't that been correlated with a potential

4    increase in blood sugar?

bp100808.txt

```
 5        A.    I'll take your word for it, but I would -- you know,
 6   I don't know that much about Clinoril.
 7        Q.    She took Prempro for a while, didn't she?
 8        A.    I -- I don't recall that, but it -- if you say she
 9   did, I believe you.
10        Q.    Can Prempro play a role with respect to blood sugar?
11        A.    I think so.
12        Q.    She took Neurontin for her fibromyalgia for a while,
13   didn't she?
14        A.    Right.
15        Q.    Has Neurontin been related to potential blood
16   sugar --
17        A.    I think in some people it can influence blood sugar.
18        Q.    She took Depacon for migraine pain for a while?
19        A.    Depacon.
20        Q.    Depacon?  Sorry.  Do you remember that?
21        A.    Yeah.
22        Q.    Can that also have an effect on blood sugar?
23        A.    In some instances, I think, yeah.
24        Q.    She took Axert for migraine pain in the year 2003.
25   Do you remember that?
```

♀

151

```
 1        A.    I know she took migraine medications.
 2        Q.    Can Axert play any role in affecting blood sugar?
 3        A.    That I don't know.
 4        Q.    She took baclofen, b-a-c-l-o-f-e-n, muscle relaxant,
 5   in 2004, '05, '06, and '08, correct?
 6        A.    I don't know the dates, but I show she took baclofen.
 7        Q.    Can that have an effect on one's blood sugar?
```

bp100808.txt

```
 8      A.    I think it's reported that it's possible, yeah.

 9      Q.    She took hydrochlorothiazide?

10      A.    Right.

11      Q.    Did I even come close to getting that right?

12      A.    That's pretty good.

13      Q.    For hypertension, right?

14      A.    Yeah.

15      Q.    In fact, she's still taking it.  From 2005 to the

16 present, she's been taking it, right?

17      A.    Yeah.

18      Q.    Can that have an effect on blood sugar?

19      A.    You know, honestly, I don't know.  I don't think it

20 would be a huge effect, but I wouldn't be surprised if it's

21 reported as a possible effect.

22      Q.    Given that Ms. Curley had -- now I'm going to list --

23 a history of obesity, a family history of diabetes, a history

24 of high blood pressure, a history of smoking, a history of drug

25 use, use of other medications that can cause hyperglycemia,
```

♀

152

```
 1 would you agree that based on your analysis you certainly

 2 cannot rule out those factors as causative agents for her

 3 diabetes?

 4      A.    Well, I -- of course, I agree.  In fact, I would

 5 assume that they're part of the causative process.

 6      Q.    All right.  So, you haven't ruled out -- you

 7 certainly haven't ruled out all of them and you haven't ruled

 8 out any of them as causative factors, true?

 9            MR. FIBICH:  Object to form.

10      A.    Well, I would anticipate that they would contribute
```

Page 137

bp100808.txt

11  to her vulnerability and the development of diabetes.

12      Q.    (BY MR. McCONNELL)  Can you -- have you done any

13  analysis as to the relative risk factors from those facts in

14  Ms. Curley's medical background versus her Seroquel ingestion

15  with respect to either weight gain or diabetes?

16      A.    In terms of doing any specific analysis of that, no.

17      Q.    Okay.  Were Ms. Curley's treating physicians able to

18  rule out any of those alternative causes?

19              MR. FIBICH:  Object to form.

20      A.    Not that I'm aware.

21      Q.    (BY MR. McCONNELL)  Okay.  I mean, you read the

22  depositions of the doctors, right?

23      A.    Yeah.

24      Q.    Dr. Acampo is Ms. Curley's current PCP, right?

25      A.    That's -- I think that's correct, yeah.

♀

153

1       Q.    Now, did you read Dr. Acampo's deposition?

2       A.    I think I did.

3       Q.    Okay.  Now, Dr. Acampo said, "Well, I think, for me,

4   the most likely causes for her will be more her weight and her

5   age and her family history," right?

6              Do you agree with Dr. Acampo?

7       A.    I think that there are -- the risk associated with

8   those things is greater than with the medication.

9       Q.    Okay.  Now, Dr. Wilson was Ms. Curley's primary

10  Seroquel prescriber, right, her neurologist?

11      A.    Correct.

12      Q.    And Dr. Wilson is another person whose deposition

13  you've read, right?

Page 138

bp100808.txt

14      A.      Yes.

15      Q.      And she was asked, "Would you suspect that her

16  Seroquel use caused her to have diabetes?"

17              And Dr. Wilson said, "I don't think anyone can

18  say 100 percent for sure whether Seroquel caused it or whether

19  it was a contributor."

20              Do you agree with that so far?

21      A.      Yeah.

22      Q.      And then Dr. Wilson says, "I would put it low in the

23  list.  I would put the family history as a more important

24  factor.  I would put her inactivity, her poor dietary habits.

25  And, ultimately, the low-dose Seroquel, I cannot say with

♀

                                                            154

1  certainty that it wouldn't, I don't think anyone can, but I

2  would put it low in the list of risk factors."

3              Do you agree with what Dr. Wilson said?

4      A.      That's what all the -- yes.  All the data suggests

5  that.

6      Q.      Okay.  Is there any scientific methodology that you

7  know of that would allow you to say whether Ms. Curley would

8  have gotten diabetes had she never taken Seroquel?

9      A.      Not that I'm aware of.

10      Q.      Now, I want to ask you about her prognosis because

11  you do mention that in your report.  And what you say in the

12  next-to-last paragraph on Page 3, Doctor, is -- you say that

13  Ms. Curley's diabetes will likely result in significant

14  complications and increased medical care and expense, and my

15  question to you is:  What significant complications are you

16  referring to?

Page 139

bp100808.txt

17          A.    Well, I think that people with diabetes, you know,

18    have problems with circulation, they have problems with a

19    variety of end-organ issues that can result in complex and

20    difficult-to-manage medical conditions, ranging from renal

21    problems to circulatory problems to, you know, visual problems.

22          Q.    Okay.  Anything else?  Sorry.

23          A.    Well, those are sort of the -- three of the most

24    common that come to mind with -- you know, complications of

25    long-term diabetes.

♀

                                                                    155

 1          Q.    Can you say for certain that Ms. Curley will have

 2    renal problems?

 3          A.    No.

 4          Q.    Can you say for certain that she'll have circulatory

 5    problems?

 6          A.    No.

 7          Q.    Can you say for certain she'll have visual problems?

 8          A.    No.  And I hope she has none of them.  I hope she's

 9    well-managed and doesn't have any complications.

10          Q.    Do you agree that diabetes -- it's sometimes been

11    called a lifestyle disease?  Have you heard that?

12          A.    Yes.

13          Q.    What's that mean?

14          A.    That means that if you change the way you eat and the

15    way you exercise and are very vigilant about managing your

16    sugars, you can avoid some of the complications.

17          Q.    Do you agree that if one is diagnosed with diabetes,

18    one's probably had it for four seven years?

19          A.    I think that that's what the ADA estimates based

bp100808.txt

20    upon -- I don't know what, but that's what they estimate.

21        Q.    Do you agree or disagree with it?

22        A.    I think that it's likely.  You know, I think it's

23    less likely that that's the situation in people who are

24    actively involved in the medical system where, you know, you're

25    more quickly going to have things picked up.

♀

156

1         Q.    Is Ms. Curley currently taking medication to control

2     her diabetes?

3         A.    I believe she is.

4         Q.    Okay.  What would you tell Ms. Curley to do to avoid

5     sequelae of diabetes?

6         A.    Pretty much the same stuff everybody else tells her

7     about, you know, eating better and exercising and, you know,

8     avoiding things that will exacerbate her condition.

9         Q.    You'd tell her to quit smoking, too, wouldn't you?

10        A.    Sure.

11        Q.    Have you reviewed the deposition of Ms. Curley?

12        A.    I have.

13        Q.    Now, she said that her blood sugar's under control,

14    didn't she?

15        A.    She did.  I don't know if that was accurate, but she

16    said that.

17        Q.    She said, "My sugar is 100 and my A1C number is 6,"

18    right?

19        A.    Correct.

20        Q.    I mean, if true, those are good numbers, aren't they?

21        A.    Yes.

22        Q.    Have you reviewed the testimony of Dr. Acampo

bp100808.txt

23     regarding Ms. Curley's prognosis?

24          A.     I read his deposition, yeah.

25          Q.     And he said that her diabetes -- the question was:

♀

157

1     "Has her diabetes been under control for at least the time

2     since she's seen you?"

3                         And his answer was:   "Yes."

4                         Do you disagree with that?

5          A.     No.

6          Q.     And he says he's pleased with her progress with her

7     blood sugar, right?

8          A.     Correct.

9          Q.     Okay.   Almost done with Ms. Curley, and I'll try to

10    do that real fast.

11                        On Page 3 of your report, again, the

12    next-to-last paragraph, you say, "Further, the practices of

13    AstraZeneca related to the aggressive marketing and selective

14    inadequate disclosure to known risks of Seroquel contributed to

15    Connie Curley developing diabetes."

16                        Have you reviewed Dr. Wilson's testimony

17    regarding the extent to which he was influenced in any way or

18    not by Seroquel's marketing?

19         A.     "She" you mean, I think.

20         Q.     Dr. Wilson.  I'm sorry.  I'm getting her confused

21    with Dr. Acampo.  Dr. Wilson.  You're right.

22         A.     Yeah, and I think that she minimized the impact of --

23    that any representative had on her.

24         Q.     She said, she didn't, that she didn't make

25    prescribing decisions based on what sales rep say, right?

Page 142

bp100808.txt

⚲

1      A.    Correct.

2      Q.    Do you have any reason to disbelieve her?

3      A.    No.

4      Q.    She said she relies on her own judgment and her

5  review of studies.

6      A.    Correct.

7      Q.    Do you disbelieve her?

8      A.    No.

9      Q.    And didn't Dr. Wilson also say that AZ sales reps

10  never talked to her or promoted to her about off-label uses of

11  Seroquel?

12      A.    She did say that.

13      Q.    And you don't disbelieve her on that, do you?

14      A.    No.

15      Q.    Dr. Wilson said it was her own decision to use

16  Seroquel for sleep.  I think we actually read some of that

17  testimony before.  You remember that, don't you?

18      A.    Correct.

19      Q.    And you're not challenging that, are you?

20      A.    No.

21      Q.    Now, Dr. Case (sic) testified he was aware that since

22  2004 atypical antipsychotics, like Seroquel, contained a

23  warning about diabetes and hyperglycemia, right?

24      A.    That's my recollection.

25      Q.    And you don't disbelieve him when he says that, do

⚲

bp100808.txt

1    you?

2        A.    No.

3        Q.    Dr. Case (sic) also said he still stands by his

4    Seroquel prescription for Ms. Curley.  Do you remember that?

5    He was asked that question.

6        A.    Yeah.

7        Q.    And do you challenge him in that regard?

8              MR. FIBICH:   Object to form.

9        A.    No, I don't challenge him.

10       Q.    (BY MR. McCONNELL)  And Dr. Case (sic) also said he

11   was never detailed by AZ sales reps to use Seroquel off-label,

12   didn't he?

13       A.    Correct.

14       Q.    And you don't disagree with that, do you?

15       A.    No.

16       Q.    All right.  You said in Page 2, the last full

17   paragraph of your report -- when you were talking about AZ's

18   conduct, their marketing and internal documents, you say they

19   reflect that the market of Seroquel involved

20   misrepresentations -- that is, the weight neutral claim -- in

21   the face of evidence that, in fact, that Seroquel caused weight

22   gain, right?

23       A.    Correct.

24       Q.    And what vehicle was that weight neutral claim made

25   such that it would affect any prescriber?

♀

160

1        A.    My recollection of the deposition of the -- one of

2    the AZ individuals talked about the development of a slide pack

3    where there were -- used in teaching that had weight neutral

Page 144

bp100808.txt

4    comparisons to other antipsychotics and tried to make -- you

5    know, tried to create a favorable profile relative to other

6    antipsychotics.

7              And -- and I believe that that was further -- I

8    think that he testified -- I may be recalling this

9    inaccurately, but I believe that he testified that he told his

10   people that he had contact with that it was a weight neutral --

11   so, I think that that's basically where I got that information.

12   Q.   On the weight neutral claim, Doctor, aren't there, in

13   fact, multiple published articles reporting that the weight

14   change on Seroquel varied depending upon whether the person had

15   a low BMI or a high BMI?

16   A.   I know that there were studies that looked at that

17   and -- but I also know that AZ apparently internally was aware

18   of the weight gain and the continuing weight gain past the

19   first few weeks and -- so, I think that it was a

20   misrepresentation to say that it was weight neutral when their

21   own findings suggested that it caused weight gain.

22   Q.   Well, I guess I'm asking you to consider weight

23   neutrality in a different sense, and that is that there were

24   articles, weren't there -- I'll just be more specific than I

25   was in my last question.  There were articles showing that

♀

161

1    people with low BMI gained weight on Seroquel or could gain

2    weight on Seroquel while people with high BMI may lose weight.

3    There were articles that found that, weren't there?

4    A.   I trust you that there were.  I did not read those

5    articles.

6    Q.   All right.  If that's the case -- I'm just saying --

bp100808.txt

7    I understand your point about the overall weight gain --
8         A.    Right.
9         Q.    -- but if it's the case that there's data showing
10   that people with low BMI gained weight and people with high BMI
11   lost weight, I mean, can't you understand how, in terms of
12   semantics, you could call that "weight neutrality"?
13        A.    Well, that would be a semantic manipulation of that
14   data that wouldn't be the way it would be typically presented
15   to a prescribing physician.
16        Q.    Well, when you say it's manipulation, aren't you kind
17   of reading people's minds at that point?  I mean, can you say
18   for sure that there was nobody at the company who thought that
19   "weight neutrality" was a fair way to characterize that
20   phenomenon of low BMI coming up and high BMI coming down?
21             MR. FIBICH:   Object to form.
22        A.    I'm not saying that they weren't trying to come up
23   with some way to represent that, but I do know that internally
24   there was an awareness that there was overall weight gain and
25   that -- you know, it's a business.  The job of AstraZeneca is

♀

                                                                  162


1    to make money.  It's -- and I believe that there were efforts
2    to make their product look as favorable as possible, which --
3    and, again, I don't -- that's what -- there's nothing
4    necessarily wrong with that, if you don't misrepresent the
5    facts in a way that could potentially be detrimental to
6    patients.
7         Q.    (BY MR. McCONNELL)  If you really do have data
8    showing low BMI comes up and high BMI comes down, what's
9    another phrase you could come up with that accurately describes
                              Page 146

bp100808.txt

10     that?  What's better than "weight neutrality"?  Low comes up

11     and high comes down, what's another way to --

12             MR. FIBICH:   Object to form.

13        A.   Well, as you pointed out, I don't have a degree in

14     marketing, so --

15        Q.   (BY MR. McCONNELL)  Now, with respect to that weight

16     neutrality marketing piece that you mentioned before, did any

17     of the doctors who worked on Ms. Curley's case ever see that?

18        A.   Did they ever see -- I'm sorry.  Did they ever see

19     what?

20        Q.   Any marketing piece that referenced weight

21     neutrality.

22        A.   Not that I'm aware of.

23        Q.   Now, you mentioned other misrepresentations here.

24     I'll just -- for this point, just so I can end the Curley

25     section, just with respect to the doctors who treated

                                                              163

1      Ms. Curley, the prescribing doctors and the treating doctors --

2         A.   Right.

3         Q.   -- can you name -- especially based upon the depo

4      testimony that you read, name a single misrepresentation by AZ

5      with respect to Seroquel and weight gain or glucose that any of

6      those doctors were exposed to?

7         A.   Well, I -- a misrepresentation?  Well, I guess the

8      key one is that -- the degree of risk associated with the

9      prescribing of Seroquel, and I think it was underpresented

10     and --

11        Q.   In what way?

12        A.   Well, I think the labeling is softer than it should

                               Page 147

bp100808.txt

13    be.  I think that the -- it should be a -- something that a

14    prescribing physician should pay more attention to and probably

15    would if the labeling in the U.S. was similar, for example, to

16    the labeling for Seroquel in Japan where, in 2002, they

17    actually represented Seroquel -- someone with diabetes as being

18    contraindicated for prescribing.

19              So, I mean, I -- again, I think that the

20    balancing of risk and benefit is something that depends upon a

21    fair representation of both the benefit and the risk and --

22    Q.   Well, aside from the labeling -- I'm sorry.  I didn't

23    mean to cut you off.

24    A.   Go ahead.

25    Q.   Aside from the labeling -- I'm just actually

♀

164

1    referring to what you said in your report.  You said that the

2    internal documents reflect that the marketing of Seroquel

3    involved misrepresentations.  I hear what you're saying about

4    the label.  I'll ask you a couple questions to wrap that up,

5    but I just want to know, are there any misrepresentations --

6    putting aside the label, any marketing piece that you can say

7    you know of that Ms. Curley's doctors saw and relied upon?

8    A.   Well, not that they relied upon.  I mean, I think

9    that the issue is that there were things that weren't

10    represented that they should have relied upon.

11    Q.   Okay.  And you're talking about the label?

12    A.   Correct.

13    Q.   All right.  Now, with respect to the label, you

14    understand that that's -- the FDA is tasked with determining

15    the risks and benefits of every medication approved for use in

Page 148

bp100808.txt

16    the U.S., right?

17         A.    That's my understanding.

18         Q.    And the FDA approves a drug for marketing only after

19    it's convinced the benefits of the drug outweigh the risks.

20         A.    Correct.

21         Q.    And you know the FDA, when they make that decision,

22    they review not only peer-reviewed published literature but

23    also the clinical trial data.

24         A.    Correct.

25         Q.    And you'd agree the FDA has reviewed more data about

⚥

                                                              165

1     Seroquel than you have, right?

2          A.    Yes.

3          Q.    And you'd agree that the FDA has more experience than

4     you in analyzing the risks of medications.

5          A.    Correct.

6          Q.    And each time a drug is approved for a new

7     indication, which happened several times with Seroquel, the FDA

8     makes a determination that the drug is safe and effective for

9     that indication, right?

10         A.    Correct, for that indication.

11         Q.    And as you've testified before, you're aware the FDA

12    has determined that Seroquel is safe and effective on at least

13    six separate occasions, right?

14               MR. FIBICH:   Object to form.

15         A.    I don't know about the six.  I know of three.

16         Q.    (BY MR. McCONNELL)  Okay.  Go through them real

17    quick.  1997 label, what was the indication for Seroquel?

18         A.    Schizophrenia.
                         Page 149

bp100808.txt

19      Q.   Well, wasn't it actually manifestations of psychotic

20   disorders?

21      A.   Okay.   That's fair.

22      Q.   What's that mean?

23      A.   That means active psychotic symptoms.

24      Q.   Okay.   Would that include schizophrenia?

25      A.   Yeah.

♀

                                                              166

1      Q.   Schizoaffective disorder?

2      A.   Potentially.

3      Q.   Delusional disorder?

4      A.   Yeah.

5      Q.   Brief psychotic disorder?

6      A.   Could.

7      Q.   Shared psychotic disorder?

8      A.   Whatever that is.   I'm not sure what that is.

9      Q.   Okay.   Substance-induced psychotic disorder?

10      A.   You know, I don't know if that's included, but it

11   wouldn't be inappropriate, I don't think.

12      Q.   All right.   And we can go through the labels, but you

13   maybe just know this:   You know that in the 1997 Seroquel label

14   that weight gain was included as an adverse event, right?

15      A.   Right.   I mean -- and I -- and as you-all know, and I

16   think anybody who's ever looked at the PDR, that the list of

17   adverse -- potential adverse affects is, you know, long and

18   certainly not something that would jump out to the attention of

19   a prescribing physician.

20      Q.   But you -- as a doctor, you read it.   It's long and

21   it may be boring, but you read it, right?

                            Page 150

bp100808.txt

22        A.    Well, you read it and you look at it and it has the

23    same meaning as, you know, may get a rash, may get headache,

24    may lose weight, may do all kinds of stuff, and it -- there's

25    nothing distinctive in that designation that makes a

♀

                                                            167

1    prescribing physician say, "This is really something I need to

2    pay attention to and monitor.

3        Q.    But the fact is the 1997 label for Seroquel did state

4    that in controlled clinical trials, there was a statistically

5    significant greater incidence of weight gain in people taking

6    Seroquel than people taking placebo, right?

7        A.    Correct.

8        Q.    And didn't it, in fact, specify that in a randomized

9    clinical trial, the incidence of people gaining more than 7

10    percent of their weight was 23 percent for people taking

11    Seroquel and 6 percent for people taking placebo, right?

12        A.    Correct.

13        Q.    And you're not saying those numbers were false, are

14    you?

15        A.    No.

16        Q.    That was an accurate report.  And isn't hyperglycemia

17    included in the 1997 Seroquel label as an adverse event?

18        A.    I think it is.

19        Q.    And isn't diabetes included in the 1997 Seroquel

20    label as an adverse event?

21        A.    I think it is.

22        Q.    Now, 2001, the label was changed from "manifestations

23    of psychotic disorders" to "schizophrenia," right?

24        A.    I trust you if that's what it was, yeah.

                              Page 151

bp100808.txt

25      Q.    Okay.  Not to repeat all the questions, but, once

♀

168

1    again, weight gain and hyperglycemia and diabetes were all
2    listed as adverse events on that label, right?
3         A.    Correct.
4         Q.    Okay.  2004, the label was changed to reflect that
5    Seroquel was approved for use as monotherapy in the treatment
6    of acute manic episodes associated with Bipolar 1 disorder and
7    as adjunctive therapy with mood stabilizers in treating acute
8    manic episodes in Bipolar 1 disorder, correct?
9         A.    Correct.
10        Q.    And, obviously, the FDA concluded that Seroquel was
11   safe and effective for treating acute bipolar mania in 2004,
12   right?
13        A.    Correct.
14        Q.    You don't challenge that decision by the FDA, do you?
15        A.    No.
16        Q.    And weight gain was, again, included in the 2004
17   Seroquel label as an adverse event, right?
18        A.    Yes.
19        Q.    And hyperglycemia was included in the warning section
20   in 2004, wasn't it?
21        A.    I think it was moved to the warning section.
22        Q.    And diabetes was in the warning section in 2004,
23   correct?
24        A.    Yes.
25        Q.    Okay.  Is it your opinion that the 2004 label was

♀

bp100808.txt

169

1   inadequate?

2       A.    Well, you know, given the fact that there were

3   reports of potential deaths that were, you know, associated

4   with diabetic ketoacidosis and -- you know, I -- again, I don't

5   think it's inappropriate that it was in the warning area.   I

6   would have -- you know, I would think maybe a black box warning

7   would have been more appropriate, but that's not my -- you

8   know, I can tell you that I think that the regular prescribing

9   physician is probably not going to be as aware of the potential

10  risks, even though they're articulated to some degree in that

11  section.

12      Q.    I mean, do you think -- do you feel that you've got a

13  basis to rewrite what the 2004 label said, which -- you want to

14  offer that as an expert opinion as to how it should have been

15  rewritten?

16      A.    No.

17            MR. FIBICH:   Object to form.

18      A.    No.   But I do want to tell you that -- as a

19  prescribing physician, that when you read through those things,

20  that, you know, you really -- it becomes mind-numbing when --

21  something that's in the adverse section and there's 10 -- you

22  know, 25 different things that are exactly the same from drug

23  to drug to drug to drug, and that -- I do believe -- and, you

24  know, this is -- that it would be -- it's very important to pay

25  attention to something that has the potential adverse effects

⚲

170

1   that this does.

Page 153

bp100808.txt

2      Q.   (BY MR. McCONNELL)  It almost sounds like what you're

3   saying is that what can make a warning hard to read is if

4   there's too much information, it would almost be better if

5   there was less.

6                MR. FIBICH:   Object to form.

7      A.   Well, the effect of having some of that stuff is

8   white noise.  And I think that's why, for example, the FDA

9   says, "In some cases, we have to pull something out and

10   actually designate it as really special."

11      Q.   (BY MR. McCONNELL)  You were mentioning before

12   foreign labels.  I mean, do you think that if the FDA says a

13   label should say a certain thing but there are foreign

14   regulatory agencies all over the world that come up with

15   different warnings, that a company should just take all --

16   every statement, every warning, every adverse event required by

17   every other foreign label and dump it all into the FDA label?

18      A.   No, but I do think that if a foreign country --

19   multiple foreign countries come to the conclusion that the risk

20   is so serious that they need to make a black box designation,

21   that that should be seriously considered.

22      Q.   Well, what if the -- sorry.

23      A.   But, again, as you said, I'm not an expert on the FDA

24   or their labeling.

25      Q.   Okay.  In 2006, Seroquel was approved for the use and

♀

171

1   the treatment of major depressive episodes associated with

2   bipolar disorder, right?

3      A.   That's correct.

4      Q.   And do you disagree with the FDA's conclusion that

Page 154

bp100808.txt

5    Seroquel was safe and effective for treating bipolar depression

6    in 2006?

7         A.    No.

8         Q.    2007, Seroquel XR was approved for treating

9    schizophrenia, correct?

10        A.    Correct.

11        Q.    Do you disagree with the FDA's determination that

12   Seroquel XR was safe and effective for treating schizophrenia?

13        A.    No.

14        Q.    Are you offering an opinion in this case that

15   Seroquel's a bad drug?

16        A.    No.

17        Q.    Okay.  In fact, for some people, it's a good drug.

18        A.    Certainly.

19             MR. McCONNELL:  Okay.  I have no further

20   questions on Ms. Curley.  I don't know if you want to do lunch

21   now or --

22             MR. FIBICH:  Yeah.  Why don't we take a short --

23   I think we've got lunch here.  Let me check on that.

24             (Recess from 12:51 p.m. to 1:27 p.m.)

25        Q.    (BY MR. McCONNELL)  Just to sort of wrap things up

♀

                                                              172

1    and put a little ribbon on it to end the Curley discussion, I

2    did want to just mark as an exhibit Exhibit 15, which we'll put

3    in front of you, and I'm just going to ask you to confirm that

4    that's the timeline that plaintiffs -- Glenda Grainger prepared

5    and sent to you that you used in forming your opinions in this

6    case.

7             (Perry Exhibit No. 15 marked.)

bp100808.txt

```
 8        A.    Excuse me.   Yes, it looks like it is.
 9                  MR. McCONNELL:   Okay.   Why don't we mark this
10    the next one.
11                  (Perry Exhibit No. 16 marked.)
12        Q.    (BY MR. McCONNELL)  Doctor, what's been placed in
13    front of you as Exhibit 16 is a document entitled "Janice
14    Elaine Burns AKA Ashby, Scoggins, Seroquel patient."  You see
15    that?
16        A.    Yes.
17        Q.    And could you tell the jury what Exhibit 16 is?
18        A.    Excuse me.   This is a spreadsheet prepared, I
19    believe, by Glenda Grainger about this client.
20        Q.    Okay.   Now, when you received this spreadsheet --
21    similar question to what I asked you before about Ms. Curley --
22    did you take a look at the medical records and just sort of
23    check to see if this was an accurate and fair representation of
24    the medical records?
25        A.    I did.   I checked several of the entries against what
```

♀

173

```
 1    I was reading in the medical records and kept it kind of up on
 2    the screen while I was reading the other stuff and --
 3        Q.    Did you check to see -- it sounds like what you just
 4    said is that you checked and you saw that what was listed in
 5    this timeline, Exhibit 16, did match things that you saw in the
 6    records that you were looking at, correct?
 7        A.    Yeah, in general.
 8        Q.    And -- sorry.
 9        A.    And -- but I didn't go through item by item and sort
10    of document exactly where it came from, but it -- whenever I
```

bp100808.txt

11  had the medical record in front of me and I would see

12  something, I could sort of cross-reference it with what she had

13  entered on this spreadsheet and it was -- every time I did

14  that, it was pretty accurate.

15      Q.    Were there occasions when you looked at medical

16  records and they seemed relevant to you and they just weren't

17  reflected on this timeline at all?

18      A.    Well, there -- you know, when I read medical records,

19  you know, the mental health things that I would focus on are

20  things that might be of interest to me.  She might not have put

21  them in; but, again, they may not have been germane

22  specifically to the issue in the case.

23      Q.    All right.  Now, in talking about the case of

24  Ms. Burns, let's start at the beginning and start with the

25  psychiatric issues.  What are Ms. Burns' serious psychiatric

♀

174

1   issues, as you understand them?

2       A.    Well, my understanding is that she had -- has

3   significant affect -- affective disorder, major depression.

4   The issue of posttraumatic stress disorder, I thought that was

5   raised at some point.  I can't -- I don't see it listed in

6   here, but she did have -- well, there it is, PTSD related to

7   earlier abuse.  She had anxiety disorder.  Those were the main

8   neuropsychiatric conditions that I saw in the records.

9       Q.    Has Ms. Burns ever attempted suicide?

10      A.    Yes.

11      Q.    How many times?

12      A.    Offhand, I don't recall, but I know she had one very

13  serious suicide attempt.

Page 157

bp100808.txt

14      Q.      Okay.  Do you recall that there were about four

15    suicide attempts?

16      A.      That sounds roughly accurate, yeah.

17      Q.      And breaking it down more specifically, do you recall

18    that there were two suicide attempts before Ms. Burns ever took

19    Seroquel and then there were two suicide attempts after she

20    stopped taking Seroquel?

21      A.      Yeah, that sounds about right.

22      Q.      Was Ms. Burns on Prozac for several years?

23      A.      I think the list of medications that she had been

24    tried on was pretty considerable.

25      Q.      Was Prozac on that list?

♀

175

1       A.      It was one of the agents.

2                       MR. McCONNELL:  All right.  If we can get a look

3     at Folder 1, please.

4                       MS. CATES:  Yes.

5                       MR. McCONNELL:  Thank you.

6                       (Perry Exhibit No. 17 marked.)

7                       MR. FIBICH:  I'm sorry.  This is number what?

8                       THE REPORTER:  17.

9                       MR. McCONNELL:  17.

10      Q.      (BY MR. McCONNELL)  Is this a medical record for

11    Ms. Burns that you've seen before?

12      A.      Yes.

13      Q.      And it does say in the handwritten progress notes in

14    the initial evaluation that she was on Prozac for ten years for

15    depression and had been diagnosed with PTSD; is that right?

16      A.      Correct.

Page 158

bp100808.txt

17    Q.    And then it says "bad experiences" in quotes; is that

18    right?

19    A.    Yes.

20    Q.    And do you have an understanding from this record or

21    from any of the records that you looked at as to what was the

22    source of Ms. Burns' PTSD?

23    A.    My recollection is that she was -- I think it was a

24    family member that she had been abused by.  I don't remember

25    exactly what relation it was, but I think it was that she had

♀

176

1    been abused by a family member.

2    Q.    There was an allegation of sexual abuse?

3    A.    Correct.

4    Q.    Rape by a great granduncle?

5    A.    Yeah, something like that.

6    Q.    Okay.  Did she have problems sleeping?

7    A.    As I recall, yes.

8    Q.    Do you recall what Ms. Burns' profession was?

9    A.    She was a nurse, I believe.

10    Q.    And she said that she -- it says here that she stays

11    awake with nightmares of anxiety; is that right?

12    A.    If that's what it says.

13         MR. FIBICH:  Yeah.  Can you point it out to us?

14    You're misreading it and I'd like to follow it here.

15         MR. McCONNELL:  And I may be misreading it

16    because I can't read this all that well.

17    Q.    (BY MR. McCONNELL)  It's about here, about

18    three-quarters of the way down on this page, Doctor.  In fact,

19    I can't tell if that's "stays awake" or "stays away."

Page 159

bp100808.txt

20      A.      "Avoids people, stays away."

21      Q.      "Nightmares of anxiety" --

22      A.      -- "of anxiety themes."

23      Q.      And what are the themes?

24      A.      Falling, something outside of the refrigerator --

25      falling.  That must be an example.  And then I think that

                                                        177

1       they're suggesting that milk outside of the refrigerator at the

2       store triggers an intrusive traumatic memory of seeing

3       something, an ex-something at the hospital where she worked,

4       evokes reaction.

5       Q.      Okay.

6       A.      So --

7       Q.      Did she have sleep apnea?

8       A.      Yes.

9       Q.      And it does appear on the second page there's a

10      reference to some other medications she was on, including

11      Zoloft; is that right?

12      A.      I think there was somewhere -- yeah, she had been

13      tried on multiple things.  I thought that she had said that she

14      had a pretty good response on Prozac for a while.  She stopped

15      Zoloft.

16      Q.      And it lists on the second page not only that she was

17      a nurse but it says here "former critical care nurse."

18      A.      Correct.

19      Q.      What's that?

20      A.      I assume that she worked in an ICU or a critical care

21      setting.

22      Q.      Okay.

bp100808.txt

23          (Perry Exhibit No. 18 marked.)

24     Q.   (BY MR. McCONNELL)  Doctor, is this another medical

25   record for Ms. Burns that you reviewed while you were

♀

                                                    178

1   formulating your opinions in this case?

2     A.   Yes, sir.

3     Q.   And in this instance on December 27th, 1998,

4   Ms. Burns was admitted on a voluntary basis at the Bay County

5   Behavioral Health Center for her first psychiatric admission

6   following a suicide attempt by drug overdose; is that right?

7     A.   Correct.  That's what it says.

8     Q.   And she says she had an extremely difficult situation

9   at a former job; is that right?

10    A.   Yes.

11    Q.   And this also then refers to the severe physical,

12   sexual, and emotional abuse by her maternal grandmother.

13    A.   Correct.

14    Q.   And then it says "leading to her going into treatment

15   was nightmares, shaking, problems with her balance, problems

16   with her memory, and coordination"; is that right?

17    A.   Yes.

18    Q.   And then it describes what it was that prompted her

19   to take, as she says, a bunch of bills; is that right?

20    A.   Yes.

21    Q.   220 Tranxene, a month's supply of Tenormin, and a

22   month's supply of Vasotec.  What are those drugs?

23    A.   They're for hypertension, I think.  The Tenormin

24   essentially is a beta blocker.  I think that's what they're

25   for, for hypertension.

Page 161

bp100808.txt

♀

179

1      Q.    Okay.   Now, on the next page, Page 2, she talks about
2  her appetite being down and she has lost a total of 30 pounds.
3  Do you see that?   Sorry.   Second line --
4      A.    Yes.
5      Q.    -- on Page 2.   We're going to go through the weight
6  numbers again with Ms. Burns.   Was it fair to say that, as with
7  Ms. Curley, Ms. Burns' weight fluctuated significantly, didn't
8  it?
9      A.    Yes.
10     Q.    If you look at Page 3, the section on emotional,
11 physical, sexual abuse history, the document says "She does
12 give history of abuse by the maternal grandmother physically
13 beating her with soap in a sock, putting her hand on a hot
14 iron, and also sexual abuse, although I did not go into details
15 of that."   Do you see that?
16     A.    Yes.
17     Q.    Was this consistent with a potential case of PTSD, in
18 your judgment?
19     A.    Sure.
20     Q.    All right.   On Page 4, for developmental history, it
21 says "Significant for her being premature and weighing 2 pounds
22 at birth."   Do you see that?
23     A.    Yes.
24     Q.    Is -- being premature and low birth weight, has that
25 been found to be a risk factor for diabetes or hyperglycemia?

♀

180

bp100808.txt

1      A.    You know, I don't -- I do not know.  It may -- I

2  wouldn't be surprised if it has, but I don't know that

3  specifically.

4      Q.    All right.  Now, in this initial psychiatric

5  evaluation, the doctor didn't go into any details about the

6  sexual abuse; is that true?

7      A.    Correct.

8      Q.    Is that typical for an initial psychiatric

9  evaluation?

10      A.    It can be, you know, if you -- if the client clearly

11  is upset and it's very emotionally-charged content, you just

12  leave it for another time to explore.

13              (Perry Exhibit No. 19 marked.)

14      Q.    (BY MR. McCONNELL)  Doctor, this is a medical record.

15  It says "Emerald Coast Psychiatric Care."  The date at the top

16  is 10-14-98, and then there are other dates and other entries

17  below that, correct?

18      A.    Yes.

19      Q.    So, this is subsequent to the record we just looked

20  at, right?

21      A.    I think it's prior.

22      Q.    Sorry.  Prior.

23      A.    Yeah.

24      Q.    Okay.  Now, in this case, there was a discussion with

25  the patient, Ms. Burns, about her sexual abuse early on; is

♀

181

1  that right?

2      A.    I --

3      Q.    I'm looking at the entry for 10-22-98.

Page 163

bp100808.txt

4        A.    Well, okay.  Yeah.

5        Q.    She says -- it says "Patient reports" -- there's an

6    up arrow.

7        A.    Right.

8        Q.    What does that mean?

9        A.    Probably means increasing.

10       Q.    -- "emergence of memories and dreams of being raped.

11   Now remembers it.  States she did not remember it in past.  Has

12   memory being raped between ages five through seven by the great

13   uncle, grandmother's brother."

14              In your experience with PTSD, is this something

15   that happens occasionally with people, they -- memories emerge?

16       A.    On occasion, yes.

17       Q.    Now, in addition to the problems that Ms. Burns had

18   when she was quite young, did she also report problems with her

19   work environment?

20       A.    Yes.  I think she had some trouble at work.

21       Q.    Do you recall what those troubles were?

22       A.    My recollection is that -- I mean -- and this may be

23   inaccurate, but I thought she was accused or she felt she was

24   being accused of substance abuse problems or -- that's my

25   recollection, that they reported her, she had to go through

♀

                                                                182

1    some process of seeing whether she was an impaired health care

2    provider.

3        Q.    Do you recall also her reports of being constantly

4    bullied at work?

5        A.    Right.  She didn't get along with her supervisor.

6        Q.    And subsequent to this period of time into the years

bp100808.txt

7    '99 and 2000, is it fair to say that Ms. Burns reported having

8    almost constant suicidal ideations?

9         A.    They were an element of almost all of her mental

10   health records, yeah.

11        Q.    Do you recall she was also involved in a lawsuit

12   against the health care agency she was previously employed for?

13        A.    Yeah.  Excuse me.  Yes, I do.

14        Q.    And that seemed to be acting as a stressor for

15   Ms. Burns?

16        A.    I think that's fair, although I didn't -- you know,

17   that wasn't anything I really keyed on.

18        Q.    Well, let me follow up.  When you say you keyed on,

19   when you were looking at these cases -- and I'll just focus on

20   Ms. Burns now -- were you keying more on the psychiatric issues

21   or the endocrinological issues?

22        A.    I was looking at -- just trying to review the medical

23   records, focussing on the mental health issues and trying to

24   get a sense of the context within which the medication was

25   prescribed and --

♀

183

1         Q.    Ms. Burns did receive psychiatric treatment for her

2    conditions over a period of several years, but beginning as

3    early as 1998, right?

4         A.    Correct.

5         Q.    And do you agree that during that period of time she

6    really was in need of psychiatric care?

7         A.    Yes.

8         Q.    And do you agree that the suicide attempts also --

9    well, first of all, do you agree that those were serious

Page 165

bp100808.txt

10    suicide attempts, based on what you read in the medical

11    records?

12         A.    Yes.

13               (Perry Exhibit No. 20 marked.)

14         Q.    (BY MR. McCONNELL)  We looked at a medical record

15    from December 1998 before from Ms. Burns and I just wanted to

16    look at another one from 1998 that talks a little bit more

17    about how it was she was trying to commit suicide.  This is a

18    document you've looked at, right?

19         A.    If it's in her medical records, yeah.

20         Q.    Okay.  You read all the medical records, right?  You

21    didn't skip any?

22         A.    I read what was sent, yeah.

23         Q.    Okay.

24         A.    I didn't memorize it, that's for sure.  There's a lot

25    of stuff.

⚲

184

1          Q.    And you didn't take any notes when you were going

2    through the medical records?

3          A.    No.  What I typically do is the first time I get

4    them, I read them, just sort of as they come.  And then when

5    I'm asked to either prepare for deposition or write a report,

6    I'll sort of go back and revisit and hone in on the elements

7    that I think are important.

8          Q.    When you treat patients and you go through medical

9    records, do you take notes?

10         A.    On occasion, yeah, I do.

11         Q.    I read one deposition in another case where you

12    discussed the difference between how you -- your practice in

Page 166

bp100808.txt

13    taking notes when you're acting as a doctor and when you're in
14    a forensic situation.
15         A.    Right.
16         Q.    Do you recall that?
17         A.    I don't know if I recall it, but, you know, I do take
18    notes differently when I'm doing clinical work.
19         Q.    And why is that?
20         A.    Well, the first time -- you know, I don't do this
21    stuff very often even though.  I -- you know, over the course
22    of many years, I've done it a few.  The first time I was
23    deposed, you know, I'd taken all these voluminous notes and had
24    stickers everywhere.  I mean, literally, the deposition took
25    hours and hours and hours and hours to literally go over

♀

185

1     nothing, and about half of the questions were:  "And what is
2     the significance of this" -- "you know, this mark on the
3     paper?" and, you know, "Why did you underline that word?"
4               So, I said, you know, I'm not going to do that
5     anymore, so I don't do that.  Once in a while, I'll take, you
6     know, organizational notes to just sort of tell me where things
7     are, but that's --
8          Q.    But you made a good point though that the medical
9     records are very extensive.  They're particularly extensive in
10    the case of Ms. Burns, aren't they?
11         A.    Right.
12         Q.    And given that, how is it that you're able to sort of
13    keep all these various facts and various issues in mind to
14    enable you to formulate your opinions?
15         A.    Well, the abstracted medical record was helpful.  It
                        Page 167

bp100808.txt

16    was helpful.  And the scope of the issue was pretty narrow.  It
17    wasn't -- I wasn't really commenting on the quality of mental
18    health or psychiatric notetaking or diagnosing or quality of
19    selection of medications.  It wasn't about the quality of the
20    care that she received from all those multiple individuals.  It
21    was more about, you know, this woman's history, the presence of
22    risk factors associated with the development of, you know, her
23    diabetes, and the context within which the medication was
24    prescribed and -- so, that -- the focus was narrower.
25         Q.    Okay.  In this record, it's reflected, is it not,

♀

                                                              186

1     that Ms. Burns admitted that she had been trying to commit
2     suicide in 1998, right?
3          A.    I -- I don't know if it is in this record, but if --
4     you know.
5          Q.    Well, take a look.  First paragraph.  Says "She's had
6     a prior history of depression managed by psychiatrists at Fort
7     Walton Beach."
8          A.    Yeah.
9          Q.    She admits she was trying to commit suicide.
10         A.    Yeah.
11         Q.    And you take that at face value?
12         A.    Sure.
13         Q.    Did -- do you recall if she later verbalized anger
14    over the hospital's success at saving her from suicide during
15    her overdose in 1998?
16         A.    I don't specifically recall that.
17         Q.    Okay.
18         A.    But I -- you know, that's -- would not be an uncommon
                              Page 168

bp100808.txt

19    thing for people that are depressed.

20         Q.    That was the suicide attempt in 1998.   And the next

21    suicide attempt was in December 2000, correct?

22         A.    Yeah.   I mean, if that's --

23         Q.    Are the -- I didn't mean to cut you off.   Are the

24    suicide attempts listed in the -- what you call the abstract or

25    the timeline that the plaintiffs' lawyers' nurse provided to

♀

                                                              187

1     you?

2          A.    Yeah.   There's one in 4 of '07.   And as I recall, you

3     know, the major admissions and diagnostic labels and

4     pharmacology changes were put in that -- in the middle column

5     or on the right-hand column.

6          Q.    But we just saw that there was a suicide attempt by

7     Ms. Burns in December of 1998, and we know that there was also

8     one in December of 2000.   Neither of those suicide attempts is

9     reflected in Exhibit 16, the Burns timeline, correct?

10         A.    No.   It's at the bottom of the first page; major

11    depression, single episode, psychotic features, suicidal

12    ideation, 12-98.

13         Q.    Right.   Says "suicidal ideations."   People have lots

14    of suicidal ideations without trying to commit suicide, right?

15         A.    Yes.

16         Q.    But it doesn't say that there actually was a suicide

17    attempt, does it?

18         A.    No, not there.

19         Q.    Does it say -- is there anywhere in this abstract,

20    any reference to any suicide attempts by Ms. Burns?

21         A.    There is.   I mean, in four -- 4-07, there's a
                              Page 169

bp100808.txt

22    notation about a suicide attempt.  I think that's when it was.

23        Q.    Okay.   What about the suicide -- the three other

24    suicide attempts?  Is there any reference to them at all?

25        A.    I don't see them.

♀

188

1        Q.    All right.  I mean, if you want an abstract that

2    really is an abstract that fairly summarizes a person's medical

3    history, don't you think that suicide attempts are significant?

4        A.    Well, I do think they're significant and -- you know,

5    but they were also a pretty prominent part of the medical

6    record, so it's -- I could see them and -- you know, this

7    was -- as I said, I read the medical record.  This was a

8    supplement to it and this is an abstraction of elements of the

9    medical record that were helpful in helping me organize, you

10    know, the materials.

11        Q.    But isn't it the case that if I were working for you

12    at the Child Trauma Academy --

13        A.    Right.

14        Q.    -- and you asked me to prepare an abstract of

15    somebody's medical history -- you're still going to look at the

16    medical records --

17        A.    Sure.

18        Q.    -- but you want me to prepare an abstract for you --

19    and I prepare an abstract and I leave off three of the person's

20    four suicide attempts, wouldn't you come talk to me and say,

21    "This was not such a great abstract"?

22              MR. FIBICH:  Object to form.

23        A.    Well, you know, I -- again, I don't believe that this

24    was a mental-health-only review.  I think that -- I can't speak

Page 170

bp100808.txt

25      for what, you know, Ms. Grainger was completely focussing on,

☿                                                                          189

1       but the way -- what she did abstract was helpful for me.

2           Q.   (BY MR. McCONNELL)  But there was some significant

3       omissions.

4           A.   Well, you know, in terms of documentation of every

5       aspect, even important aspects of the mental health

6       presentation, sure, but that's -- you know, the columns are

7       weight, lab values, treatment with antipsychotics.  It's not

8       mental health and -- it's about treatment with antipsychotics

9       and diagnoses, and then there was some -- and then there's a

10      comment section and -- so --

11          Q.   I mean, you're saying it's not just mental health,

12      but I guess my question to you is:  It isn't mental health at

13      all, this abstract, if you're excluding a person's suicide

14      attempts.  It's just really about the weight and the claims in

15      the case, isn't it?

16          A.   Well, that's -- that's what this abstract is about,

17      yeah.  It's about the issues that they're focussed on, yeah.

18          Q.   It's a litigation abstract, right?

19          A.   Yeah.  This isn't a clinical -- you know, a thorough

20      clinical abstract of the medical records.

21          Q.   And if you were in a clinical context, this is not

22      what you would want for Ms. Burns.

23          A.   Correct.  I wouldn't really have as much concern

24      about every single weight on every single date and --

25          Q.   And you'd have, rather, more concern about her

☿                                  Page 171

bp100808.txt

190

1  suicide attempts.

2      A.    Correct.

3      Q.    Do you recall what the details were of Ms. Burns'

4  December 2000 suicide attempt?

5      A.    I think it was -- that was the very serious suicide

6  attempt.  I think she had to be in the ICU and intubated and --

7  actually, I don't know if she was intubated, but she was in the

8  ICU for quite a while.

9      Q.    Well, in 1998, she attempted to commit suicide by

10  taking lots and lots of pills, right?

11      A.    Right.

12      Q.    In 2000, she tried to commit suicide by slashing her

13  wrist --

14      A.    Right.

15      Q.    -- and, in fact, had to be Baker-Acted, right?

16      A.    Right.

17      Q.    Could you tell the jury what that means, to be

18  Baker-Acted?

19      A.    It's basically -- you have to be certified to be

20  hospitalized and treated against your will because you're of

21  imminent threat to yourself or others.

22      Q.    If you thought, by the, way that somebody was an

23  imminent threat to themselves or others, they wouldn't be

24  released, would they?

25      A.    No.

♀

191

1      Q.    All right.  Now, both of those suicide attempts that

Page 172

bp100808.txt

2    we talked about from 1998 and from 2000 -- first of all, they

3    both occurred in December, didn't they?

4        A.    Yeah, I guess so.

5        Q.    Which is not uncommon, is it?

6        A.    Well, I think the holidays is -- people have

7    increases in suicidal ideation, yeah.

8        Q.    And both of those suicide attempts took place before

9    Ms. Burns ever took Seroquel, correct?

10       A.    Correct.

11       Q.    Now, during what period of time did Ms. Burns take

12   Seroquel?

13       A.    I think she started in 2002.  I'll have to check to

14   make sure, but --

15       Q.    And just for the record, you're looking at the

16   abstract, Exhibit 16?

17       A.    Correct.

18       Q.    Okay.

19       A.    And it looks like she started in June of 2002.

20       Q.    And stopped when?

21       A.    She was taking it all the way through 2005 and, I

22   think, maybe a little bit into 2006.  I'm not sure.

23       Q.    Okay.  Well, she certainly stopped before December

24   2006, didn't she?

25       A.    I think so.

♀

                                                    192


1        Q.    And that was the time of her next suicide threat,

2    December 2006, correct?

3        A.    As I recall.

4        Q.    And do you remember that she was voluntarily admitted

bp100808.txt

5   to the psych unit at Bay Behavioral Health Center in 2006,

6   again, in December?

7       A.   I didn't recall the specifics, but I trust you on

8   that.

9       Q.   Do you remember what her suicide threat was

10  specifically?

11      A.   No.

12           MR. McCONNELL:  Can we see Folder 9?

13           (Perry Exhibit No. 21 marked.)

14      Q.   (BY MR. McCONNELL)  Doctor, you've looked at this

15  medical record before, haven't you?

16      A.   If I had it.  I don't know if -- I don't recall

17  this.  I think this must have been part of the appendix of the

18  hospital record.

19      Q.   She says -- Ms. Burns signed for voluntary admission

20  to the adult facility, correct?

21      A.   Right.

22      Q.   She says, "My daughter and son-in-law beat me and

23  screened calls," right?  Actually says "scream calls,"

24  s-c-r-e-a-m, right?

25      A.   Yeah.  It looks like it, yeah.

♀

193

1       Q.   And then her suicide threat is she says, "I want a

2   .22-guage gun to put in my mouth and point up.  It should make

3   my brain scrambled eggs," right?

4       A.   Right.

5       Q.   Do you think it was appropriate to regard that as a

6   serious suicide threat, especially given Ms. Burns' history?

7       A.   Sure.

bp100808.txt

8        Q.    And do you recall what Burns's next suicide attempt

9    was?

10       A.    No, I don't.

11       Q.    Was it -- well, just see if this refreshes your

12   recollection:  You recall that in April of 2007 she, again,

13   engaged in a drug overdose?  That's the one that's in the

14   abstract.

15       A.    Right.

16       Q.    If you were a treater, what would be the significance

17   to you of Ms. Burns' various suicide attempts?

18             MR. FIBICH:   Object to form.

19       A.    I would take that as an indication that she's a very

20   seriously disturbed person.

21       Q.    (BY MR. McCONNELL)  Would those suicide attempts

22   affect your diagnosis of what it was that she has?

23       A.    Well, it would certainly be incorporated into, you

24   know, the process of coming up with a diagnosis.

25       Q.    And the suicide attempts might affect your treatment

⚥

                                                          194

1    of Ms. Burns?

2        A.    Sure.

3        Q.    Would they affect your prognosis for Ms. Burns?

4        A.    Sure.

5        Q.    In what way?

6        A.    Well, the past history of serious suicide attempts is

7    a good predictor -- is one of the better predictors of future

8    suicide attempts and success.

9        Q.    Now, you don't refer to any of Ms. Burns' suicide

10   attempts in your expert report, do you?

                            Page 175

bp100808.txt

11      A.    No.

12      Q.    Why not?

13      A.    I wasn't commenting on the affects of Seroquel on her

14   mental health.

15      Q.    You do agree that Ms. Burns' mental health issues

16   certainly affected the quality of her life.

17      A.    Yes.

18      Q.    They affected her ability to work?

19      A.    Of course.

20      Q.    They just affected her ability to live on a

21   day-to-day basis.

22      A.    I think that's fair.

23      Q.    And do you agree that some mental health issues are

24   very hard to treat?

25      A.    Yes.

⚥

195

1       Q.    Dr. Billingsly was one of Ms. Burns' doctors, right?

2       A.    Correct.

3       Q.    And you read his depositions?

4       A.    I did.

5       Q.    He was deposed twice, right?

6       A.    Yeah.

7       Q.    He said that Ms. Burns' major depression is a severe

8    illness.  Do you agree with that?

9       A.    Yes.

10      Q.    He also testified about the disabling nature of PTSD,

11   including sleep-related events.   We went over some of that with

12   Ms. Curley.  But you agree with that, right?

13      A.    Yes.

Page 176

bp100808.txt

14       Q.    And Dr. Billingsly, didn't he testify that sleep

15   problems interfered with Ms. Burns' ability to function?

16       A.    Yes.

17       Q.    And do you agree with that?

18       A.    Sure.

19       Q.    Was it Dr. Billingsly who prescribed Seroquel for

20   Ms. Burns?

21       A.    I believe it was.

22       Q.    All right.  And -- and that happened in around June

23   of 2002, correct?

24       A.    To start with, yes.

25       Q.    And what were Dr. Billingsly's reasons for

♀

                                                                   196

 1   prescribing Seroquel to Ms. Burns?

 2       A.    My understanding at the time was that it was to help

 3   with her sleep and affect regulation.

 4       Q.    And when you say "affect regulation," you're talking

 5   about depression?

 6       A.    Right.

 7       Q.    Okay.

 8       A.    Right.

 9       Q.    Was there also an issue with Ms. Burns being very

10   agitated?

11       A.    Yeah, and that's kind of part of that constellation

12   of symptoms that go with mood disorder.

13       Q.    Now -- and, again, we went over this before, so I'm

14   not going to linger on it, but you agree sleep difficulty can

15   be a very serious problem?

16       A.    Yes.

bp100808.txt

17      Q.    And it can be resistant to efforts to treat sleep

18   problems, right?

19      A.    Can be.

20      Q.    Did Dr. Billingsly try different medications and

21   levels of medications to help Ms. Burns sleep over time?

22      A.    I think he did.

23      Q.    In 1998, after the initial suicide attempt, he

24   prescribed 50 milligrams of trazodone for her, correct?

25      A.    Correct.  I don't know if that's the dose, but he did

♀

                                                        197

1   prescribe trazodone.

2      Q.    Is trazodone the same drug that we saw was prescribed

3   for Ms. Curley?

4      A.    Correct.

5      Q.    And I think you said you didn't think that was so

6   great for sleep.

7      A.    It's -- even though it's used -- I think it's

8   probably one of the most commonly-used medications for sleep,

9   which is odd since it's not really effective for sleep.  So --

10      Q.    But we have seen in both the Curley and Burns cases

11   that doctors did prescribe trazodone for sleep, so -- and both

12   times it didn't really work --

13      A.    Correct.

14      Q.    -- so it sounds like you're right; both, number one,

15   it's commonly thought of being effective and, number two, it's

16   not always effective.  Fair?

17      A.    I think that's fair, yeah.

18      Q.    Did Dr. Billingsly subsequently prescribe Ambien to

19   Ms. Burns?

bp100808.txt

20      A.   I think he did.

21      Q.   And, yet, even after that, Ms. Burns still had

22  trouble getting to sleep, true?

23      A.   That's correct.

24      Q.   And when she would get to sleep, she'd wake up during

25  the middle of the night?

♀

198

1       A.   Correct.

2       Q.   Dr. Billingsly's plan in 2001 was to start

3   prescribing Desyrel, D-e-s-y-r-e-l?

4       A.   Correct.

5       Q.   What's that?

6       A.   It's an antidepressant.

7       Q.   And is that sometimes prescribed to try to help

8   people sleep?

9       A.   I think that it's not uncommon for psychiatrists or

10  physicians to try a whole host of medications that might not

11  normally be the typical narcoleptics when they have clients

12  that can't sleep, so --

13      Q.   Now, when Dr. Billingsly prescribed the Seroquel to

14  Ms. Burns, how did it work for her in terms of sleep?

15      A.   I don't recall actually.

16           MR. McCONNELL:   Folder 18.

17      Q.   (BY MR. McCONNELL)  And while we're getting that, do

18  you recall Dr. Billingsly testifying that they struggled over

19  the years to help find the right medicines for her that would

20  help her achieve a higher level of functioning?

21      A.   Yes.

22      Q.   And based on what you saw in the medical records, was

bp100808.txt

23      it fair to say he was trying different things?

24          A.    I agree.

25          Q.    And we were talking before about this issue of the

♀

199

1       risk-benefit analysis and when you prescribe a

2       second-generation antipsychotic, and I think you were saying

3       that you might want to try other things first, right?

4           A.    Correct.

5           Q.    And Dr. Billingsly tried, didn't he?

6           A.    Yes.

7                 (Perry Exhibit No. 22 marked.)

8           Q.    (BY MR. McCONNELL)  Doctor, Exhibit 22 is a medical

9       record from the office of Dr. Billingsly, correct?

10          A.    Yes.

11          Q.    It's dated August 1, 2002?

12          A.    Correct.

13          Q.    It's a progress note.  And under the subjective

14      category where Ms. Burns reports how she's feeling, she says

15      she feels okay.  "She states she's still under a lot of stress

16      from legal issues and has her good days and her bad days.  She

17      finds that the Seroquel, taking 400 milligrams at night, works

18      very well for helping her sleep.  She has not had to use the

19      Desyrel.  She does not feel hung over in the morning and it

20      does seem to agree with her."

21                So, from that, doesn't it sound like the

22      Seroquel was working pretty well for her?

23          A.    Yeah, it does.

24          Q.    Do you quarrel with Dr. Billingsly's decision to

25      prescribe Seroquel to Ms. Burns in this context?

Page 180

bp100808.txt

♀

200

1        A.    I don't quarrel with him, no.

2        Q.    Now, some of the other medications that are used to

3    address sleep problems can be addictive, can't they?

4        A.    Yeah.   They can be habit-forming, yeah.

5        Q.    There's no evidence that Seroquel is addictive

6    though, is there?

7        A.    Well, I have to say that guy -- what's that guy?

8    What's the guy yesterday?  I read that deposition.   What's his

9    name?

10       Q.    Wirsching.

11       A.    Yeah.

12       Q.    Aside from Wirsching --

13       A.    He may disagree.

14       Q.    Right.   Aside from Wirsching saying what he said,

15   have you seen any evidence anywhere that Seroquel's addictive?

16       A.    No.

17       Q.    Is it common in trying to treat PTSD or major

18   depression for doctors to try multiple medications to treat

19   symptoms?

20       A.    It is common.

21       Q.    Okay.   Now, I want to ask about the other medications

22   that were used with Ms. Burns over time, sort of as we did with

23   Ms. Curley.

24       A.    Sure.

25       Q.    I'm just going to ask about the side effects.   We

♀

201

bp100808.txt

1    know that Ms. Burns was on Prozac for about eight years,

2    correct?  I'm sorry.  Twelve years, correct?

3        A.    Correct.

4        Q.    And Prozac has on its label adverse events for weight

5    and for blood glucose disregulation, correct?

6        A.    If it says that, I believe you.

7        Q.    Okay.

8              MR. McCONNELL:  Want to get the label?

9              MS. CATES:  Sure.

10       Q.    (BY MR. McCONNELL)  I don't want you just accepting

11   what I say.  I don't know how far that will take me in a case.

12   Somebody may say you were just being nice.

13       A.    No.  Too trusting.

14       Q.    I'm going to show you that your trust was

15   well-placed.

16             (Sotto voce discussion.)

17             MR. FIBICH:  At least on this issue.

18             MR. McCONNELL:  On this issue.

19             (Perry Exhibit No. 23 marked.)

20       Q.    (BY MR. McCONNELL)  Doctor, this is the 1994 PDR

21   entry for Prozac, isn't it?

22       A.    Yes.

23       Q.    And you can see the -- the bottom -- after the cover

24   on the first page, the bottom left, you can see it's Prozac,

25   right?

                                                        202

1        A.    Yes.

2        Q.    Okay.  And if you then look at Page -- 879 is the

3    number on the top right.

                    Page 182

bp100808.txt

    4        A.    Yes.

    5        Q.    This is the -- most of this page is about adverse

    6   reactions, right?

    7        A.    Correct.

    8        Q.    And then if you look in the middle column, first,

    9   under digestive system, it says frequent adverse reaction,

   10   increased appetite.  Do you see that?

   11        A.    Yes.

   12        Q.    Which could lead to weight gain, couldn't it?

   13        A.    It can, yeah.

   14        Q.    And then under metabolic and nutritional, couple

   15   entries down, it actually lists hyperglycemia, doesn't it?

   16        A.    And it also lists frequent weight loss.

   17        Q.    Right.  Well, the Seroquel label lists frequent

   18   weight loss -- not "frequent."  It lists weight loss, too,

   19   doesn't it?

   20        A.    Yes, and this -- I think in the potential adverse

   21   effects.

   22        Q.    Right.  And, in fact, we know some people on Seroquel

   23   have lost weight.

   24        A.    I think that's probably true.

   25        Q.    All right.  So, that's Prozac.  I want to ask about

♀

                                                                203


    1   Elavil, also fondly known as amitriptyline.

    2        A.    Amitriptyline.

    3        Q.    Amitriptyline.  Thank you.  Has -- is it not the case

    4   that Elavil in its label also has an adverse reaction --

    5   potential adverse reaction, elevation or lowering of blood

    6   sugar levels?

                              Page 183

bp100808.txt

```
 7      A.    Yes.

 8      Q.    We talked about trazodone.  We actually talked about

 9   that before.  That's also been associated with weight gain, and

10   that's listed in the label, isn't it?

11      A.    Yes, I think so.

12      Q.    Ms. Burns was on Zoloft in 1998, right?

13      A.    Yeah.

14      Q.    Okay.  And Zoloft has in its label references to

15   potential weight gain, pancreatitis, and hypoglycemia, correct?

16      A.    Correct.

17      Q.    What's Remeron, R-e-m-e-r-o-n?

18      A.    It's another -- isn't -- I think it's another

19   second-generation antipsychotic.

20      Q.    It's also in its label got references to weight gain

21   and diabetes, doesn't it?

22      A.    Probably does.

23      Q.    What's Sinequan?

24      A.    It's another sort of atypical antidepressant, I

25   think.
```

♀

204

```
 1      Q.    And Sinequan, doesn't that also have references in

 2   its label to weight gain or effects on blood sugar?

 3      A.    You know, I haven't looked at that; but, again, I

 4   trust that it does.

 5      Q.    All right.

 6      A.    It --

 7      Q.    What about Wellbutrin?

 8      A.    I think it probably does, yeah.

 9      Q.    That also has references to weight gain and --
```
                              Page 184

bp100808.txt

10      A.      Yeah.

11      Q.      What's glycosuria?

12      A.      That's sugar in your urine.

13      Q.      Okay.   And obviously -- you know that Ms. Burns was

14  on Zyprexa, too, wasn't she?

15      A.      Correct.

16      Q.      And Zyprexa has been associated with weight gain and

17  diabetes, so I hear; is that true?

18      A.      That's what I hear.

19      Q.      All right.   What's Celexa?

20      A.      It's, again, kind of an antidepressant, atypical

21  pharmacology.

22      Q.      And it's prescribed for depression?

23      A.      Correct.

24      Q.      And has Celexa also got references in its label to

25  potential adverse reactions of weight gain, glucose

♀

                                                                    205


1   intolerance, and pancreatitis?

2       A.      I don't use it that much, but I wouldn't be surprised

3   if it does.

4       Q.      Okay.   The last one, mercifully, is lithium.

5   Ms. Burns was on lithium in the year 2000, right?

6       A.      At some point, she was, yeah.

7       Q.      And hasn't lithium got in its label references to

8   potential adverse reactions regarding weight gain or diabetes?

9       A.      Yes.

10      Q.      All right.   So, you agree that Seroquel was helpful

11  to Ms. Burns, don't you?

12      A.      She certainly subjectively reported it was good for
                            Page 185

bp100808.txt

13    her sleep.

14        Q.   Didn't she also report that it was helping her with

15    respect to the pain in her hip?

16        A.   Right.  She did say that.  I don't know what that

17    means, but that's -- she attributed it to the Seroquel.

18        Q.   Well, she states that she's pretty sure that's what

19    it is because there was nothing else that changed at the time,

20    right?

21        A.   That's what she says, yeah.

22        Q.   Was she noting a temporal relationship between the

23    use of Seroquel and the diminishment of pain in her hip?

24        A.   She was.

25        Q.   All right.  And you agree with that observation?

♀

206

1        A.   I think, you know, from her perspective, that was not

2    an unreasonable association.

3                 MR. McCONNELL:   Can we look at Folder 20,

4    please?

5                 (Perry Exhibit No. 24 marked.)

6        Q.   (BY MR. McCONNELL)  Doctor, let me know if this is a

7    medical record you've looked at before for Ms. Burns.

8        A.   I believe it is.

9        Q.   And what is it that Ms. Burns reports about her

10    reaction to Seroquel?

11        A.   It's the greatest thing she's ever been on.

12        Q.   That's a pretty good rave review from a patient,

13    isn't it?

14        A.   Certainly is.

15        Q.   Did you read Ms. Burns' deposition?

Page 186

bp100808.txt

16      A.    I did.

17      Q.    Didn't she say it was very effective in helping her

18  sleep and relieve her anxiety?

19      A.    Yes.

20      Q.    And Dr. Billingsly believed overall that Seroquel was

21  having a beneficial effect on her life, wasn't it?

22      A.    Yes, I think so.

23      Q.    Now, Ms. Burns is not taking Seroquel anymore, is

24  she?

25      A.    Not that I'm aware of.  I don't think so.

⚲

                                                              207

1       Q.    All right.  Do you know when she stopped taking

2   Seroquel?

3       A.    Again, I thought sometime at late 2005.  I can --

4       Q.    Do you agree that when she stopped taking Seroquel in

5   late 2005, it had nothing to do with weight gain or

6   hyperglycemia or diabetes?

7       A.    Honestly, don't recall why she stopped.

8       Q.    Well, do you recall that she thought that her

9   son-in-law was trying to overdose her?

10      A.    I do remember that she had some ideations about her

11  family, yeah, but I didn't know that was why she wasn't going

12  to take it anymore.

13      Q.    As you sit here, do you have any reason to believe

14  that Ms. Burns stopped using Seroquel because of anything to do

15  with weight gain or diabetes?

16      A.    Not that I can recall.

17      Q.    Okay.  Now, Ms. Burns no longer uses Seroquel.  How's

18  she doing in terms of being able to sleep?

bp100808.txt

19        A.    My understanding is that she's continuing to have
20    pretty much the same mental health issues that she's had on and
21    off.
22        Q.    Well, the sleep problems that seemed to go away while
23    she was on Seroquel have returned since she stopped using
24    Seroquel, true?
25        A.    True.

♀

208

1        Q.    And even today, Dr. Billingsly is continuing to try
2    different combinations to help Ms. Burns sleep, right?
3        A.    Correct.
4        Q.    He's gone back to trying Ambien, for example, right?
5        A.    Correct.
6        Q.    He also, in December 2007, said that he is going to
7    try her on prazosin, p-r-a-z-o-s-i-n, for nightmares and
8    flashbacks.
9        A.    Right.
10        Q.    Do you recall that?
11        A.    Uh-huh.
12        Q.    What's prazosin?
13        A.    That's -- and, actually, I thought it was a very
14    interesting choice.  It's an Alpha 1 adrenergic receptor
15    blocker that's typically used in hypertension, and it is more
16    typically used for certain situations with high blood pressure,
17    but it's been found -- in some cases, there have been case
18    reports that it's been helpful for people with trauma-related
19    nightmares.
20        Q.    Now, again, as with Ms. Curley, in your report on
21    Ms. Burns, you make reference to the prescribing decision.

Page 188

bp100808.txt

22    This is in your little Paragraph No. 2 on the third page --

23         A.    Right.

24         Q.    -- where you, again, say, "was prescribed for an

25    off-label use in the case of Ms. Burns."  And that's true,

♀

209

1    isn't it?

2         A.    I think that was, yes.

3         Q.    And Ms. Burns was being treated for PTSD and major

4    depression, right?

5         A.    Correct.

6         Q.    She was also being -- one of the goals of

7    Dr. Billingsly was to help her sleep, too, right?

8         A.    Yeah, and I -- yes.

9         Q.    And you say, "Seroquel was not indicated for use in

10    either of these disorders when they were prescribed.  Off-label

11    use of medications is not unusual in psychiatry; however, use

12    of any psychiatric medication should be based upon either

13    documented or plausible efficacy."

14              The same thing that you said for Ms. Curley,

15    right?

16         A.    Correct.

17         Q.    And here, if Dr. Billingsly's goal was to do whatever

18    he could to help Ms. Burns sleep, there was plausible efficacy

19    for that issue.

20         A.    I'm sure drawing upon what he's heard from colleagues

21    or his previous experiences with sleep, that's -- you know, I'm

22    sure that he thought that that was one of the potential

23    effects.

24         Q.    In his deposition when Dr. Billingsly was asked why

Page 189

bp100808.txt

25    he prescribed Seroquel, he said, "There was several reasons.

♀

210

 1    One of the ones was that I tried her on various things for

 2    sleep and she had not slept and Seroquel is known to be very

 3    sedating."  He also said, "Additionally, part of her problem is

 4    very severe anxiety that, as I said, was related to the PTSD;

 5    and antipsychotics, in general, tend to reduce anxiety

 6    symptoms."

 7              He's right about that, isn't he?

 8        A.    Some kinds of anxiety symptoms, yeah.

 9        Q.    Well, what about the anxiety symptoms at issue here?

10        A.    Yeah.  I mean, I think -- you know, like I said, I

11    don't have any issue with him thinking that there's a

12    plausibility that this might work.

13        Q.    He also said, Dr. Billingsly, that when he makes a

14    decision to use a drug like Seroquel for off-label purposes,

15    that he looks at case reports in the literature, discussion

16    with colleagues, "what I perceive to be the benefits and risks

17    of the medication to the patient, the alternatives available,

18    and how severely the patient's symptoms are."

19              That's not a bad risk-benefit analysis, is it?

20        A.    No.

21        Q.    And he says he's looked at articles in medical

22    journals, reviews, and looking up things on PubMed, right?

23    Does it sound to you like Dr. Billingsly was pretty diligent?

24        A.    Sure.

25        Q.    Now, you say in your report -- again, on Page 3, you

♀

Page 190

bp100808.txt

211

1    say, "The use of neuroleptic medications should be considered
2    in only the most extreme situations when active symptoms known
3    to be responsive to neuroleptics are present and after other
4    interventions have proven to be ineffective."
5              That's the case with Ms. Burns, isn't it?
6         A.   Well, you know, I'm -- I don't know that he
7    completely exhausted every other non-neuroleptic
8    psychopharmacological choice or non-psychopharmacological
9    choice.   I mean, here's a woman with posttraumatic stress
10   disorder and could have done cognitive behavioral
11   interventions, could have done a variety of other interventions
12   that are known to be effective with PTSD.   So, again, the
13   target of my -- you know, him thinking that there was some
14   plausible rationale, I think, is -- was reasonable.
15        Q.   And this is a woman with, you know, multiple suicide
16   attempts, so there's a certain degree of urgency involved with
17   this patient, isn't there?
18        A.   She's seriously disturbed, yeah.
19        Q.   Now, I want to go to the weight issue with Ms. Burns.
20   On the bottom of Page 2 to the top of Page 3 in your report,
21   you wrote "Her psychiatrist initially prescribed Seroquel in
22   June of 2002."   Then you go on to say, "Within six months, she
23   gained 20 pounds.   Within the first year of starting Seroquel,
24   she's gained over 40 pounds and developed diabetes."
25             What do you base your statement on that she

9

212

1    gained 20 pounds within the first six months?

bp100808.txt

2      A.   It was the weight gain -- you know, again, I used the

3  case abstract materials that were provided and looked at the

4  weights that were documented during that time.

5      Q.   Right.   What's the closest weight to the time she

6  started on Seroquel that was available?

7      A.   Well, there's a weight that's in this chart that's

8  178 on December of 2000, but I don't see any other weights

9  prior to that -- over the next year and a half.

10      Q.   All right.   So, you're going from the -- to get to

11  that 20-pound increase in six months, then 40 pounds in a year,

12  what's the baseline weight that you're using?

13      A.   I think I'm going with, like -- well, she was in the

14  200s at times in 1998 and down to 90 -- to 176 in '99 and 200

15  in 2000, 178 in December of 2000; and I think that's the weight

16  I was using.

17      Q.   What's -- I'm sorry.   So, your baseline was what?

18      A.   Was the earliest previous weight, which was --

19      Q.   Or latest previous weight.

20      A.   Yeah, the most available previous weight, 178.

21      Q.   So, you choose the 178 as the latest weight before

22  the use of Seroquel, which was June of '02, correct?

23      A.   Yeah.   And I think if you look at from '98 to 2000,

24  you know, the weights are between 200 and 176, 196, 200, 207.

25  So, you know, she -- within six months, she gained -- 20-pound

♀

213

1  weight gain.   If even if you consider her baseline 200, that's

2  about right.

3      Q.   Yeah.   As you pointed out, in 1998 -- we'll go

4  through some of these weights -- but she was pretty

Page 192

bp100808.txt
```
 5   consistently in the 210s, 211, right?
 6      A.   Yeah.  And then, you know, that's -- as the years
 7   went by, it appears that her basal weight went down a little
 8   bit.
 9      Q.   Now, to say that the 178-pound weight, December 26 of
10   2000, is the latest weight before she started using Seroquel,
11   you're -- that's what this abstract, Exhibit 16, says, right?
12      A.   Yeah.
13      Q.   All right.  Are you sure it's accurate?
14      A.   That 178 is accurate?
15      Q.   Well, no.  That that weight is the weight that
16   actually is closest in time before she started using Seroquel.
17      A.   You know, I don't know.  I mean, there may be
18   available earlier more proximate weights, but --
19      Q.   Right.  And that would be relevant though, wouldn't
20   it, to your opinion as to whether there was a temporal
21   relationship between the use of Seroquel and weight gain?
22      A.   Yeah.  Well, I mean, the medical record, the
23   clinician's medical record itself says that there's a 30-pound
24   weight gain in the past four months.
25      Q.   Well, that's him reporting what she said, isn't it?
```

                                                    214

```
 1   That's not based on actual weight gain.
 2      A.   You know, I don't know.  I mean, I -- I don't know.
 3              MR. McCONNELL:  Can we look at -- is it Folder
 4   2?
 5              (Perry Exhibit No. 25 marked.)
 6      Q.   (BY MR. McCONNELL)  Doctor, is this a medical record
 7   for Ms. Burns that you've reviewed prior to formulating your
```
                            Page 193

bp100808.txt

8     opinions in this case?

9          A.    If it was in the records, yeah.

10         Q.    Okay.  What's the date of this document?

11         A.    March 2001.

12         Q.    All right.  So, this is subsequent to the December

13    26, 2000, entry in the abstract where the weight is recorded as

14    178 pounds, right?

15         A.    Right.

16         Q.    And it's still though before Ms. Burns started using

17    Seroquel, right?

18         A.    Correct.

19         Q.    So, why wouldn't this be referenced as a baseline or

20    just at least referenced in the abstract?

21         A.    Just wasn't put in.

22         Q.    This is kind of a material omission, isn't it?

23         A.    I don't know if it's an omission by anything but, you

24    know, accident, but --

25         Q.    I'm not talking about intention.  I didn't mean to

⚲

                                                          215


1     suggest that.  I mean, I actually know Ms. Grainger, respect

2     her.  I'm not talking about that.  I'm just talking about it's

3     a useful piece of information.

4          A.    Yeah.  This would be helpful.

5          Q.    And, in fact, her weight is recorded -- Ms. Burns'

6     weight is recorded in this document, isn't it?

7          A.    Correct.

8          Q.    And it -- what is it?

9          A.    197.

10         Q.    So --

                                Page 194

bp100808.txt

11      A.    Which is -- you know.

12      Q.    It's almost 20 pounds -- let's be exact.  It's 19

13  pounds more.

14      A.    Well, I did -- you know, I said she had gained 20

15  pounds within this first six months.  So, if her baseline's 197

16  and by the -- you know, after six months of taking Seroquel,

17  it's 220 roughly, that's about 20 pounds.

18      Q.    Right.  Yeah.

19            MR. McCONNELL:  Can we look at Folder 27,

20  please?

21            (Perry Exhibit No. 26 marked.)

22      Q.    (BY MR. McCONNELL)  Doctor, you were talking about

23  your basis for saying that Ms. Burns gained weight, and this

24  is -- this may -- I guess this is the document you probably

25  were relying on, you tell me, where she says her sleep is okay

♀

216

1   using 600 milligrams of Seroquel and it does seem that that

2   also continues to help her pain.  "Unfortunately, she's also

3   gained weight which may be associated with that to the amount

4   of about 20 pounds," right?

5       A.    Yeah.  I mean, that's consistent with what I recall.

6       Q.    Right.  Now -- but she wasn't actually weighed at the

7   this doctor visit, was she?

8       A.    No.  I don't see that she was.

9       Q.    Right.  This was a self-report.  And didn't Ms. Burns

10  in her deposition say she wasn't weighed by Dr. Billingsly

11  during this visit?

12      A.    Correct.  I don't think it was a routine part of

13  their clinical contact.

bp100808.txt

14          MR. McCONNELL:  May I see 28, please?

15          (Perry Exhibit No. 27 marked.)

16      Q.    (BY MR. McCONNELL)  If you look at this progress

17    note, this is from April 24th, 2003, right, Doctor?

18      A.    Yes.

19      Q.    And, again, it's at Dr. Billingsly's office?

20      A.    Correct.

21      Q.    And here under the objective section, Ms. Burns

22    says -- "She told me" -- told Dr. Billingsly -- "that she's

23    gained 30 pounds in the past three or four months and it does

24    look like she's gained some, although I could not quantify it."

25      A.    Correct.

♀

                                                                217

1       Q.    That confirms that he wasn't actually weighing her.

2     This is self-report, correct?

3       A.    Correct.

4           MR. McCONNELL:  Okay.  See the next one.

5           (Perry Exhibit No. 28 marked.)

6       Q.    (BY MR. McCONNELL)  And, Doctor, this is an October

7     20th initial back examination, October 20th, 2003, for

8     Ms. Burns; is that right?

9       A.    That's the date, yes.

10      Q.    And she complains of back pain?

11      A.    Correct.

12      Q.    If you look at the second page -- actually, if you

13    look at the bottom under current medications, she's on a number

14    of medications, correct?

15      A.    Correct.

16      Q.    Including Prozac, as we mentioned before, right?

Page 196

bp100808.txt

17      A.      Right.

18      Q.      She's also on prednisone.  Do you see that?

19      A.      I do.

20      Q.      What's prednisone?

21      A.      It's a steroid.

22      Q.      Does that have an effect on blood sugar?

23      A.      Yeah, it can.

24      Q.      Now, if you look at the top of this page, same page,

25      under general, it says "The patient states she's overweight

♀

218

1       with weakness and weight gain of 20 pounds in the past year."

2                       Do you see that?

3       A.      Yes.

4       Q.      All right.

5                       MR. FIBICH:  I'm sorry.  Tell me where it is.

6                       MR. McCONNELL:  It's the top of Page 2.

7       Q.      (BY MR. McCONNELL)  So, looking at these documents

8       together, this and the one that we just looked at, is it fair

9       to say that in April 2003, Ms. Burns self-reports that she

10      gained 30 pounds in the last three to four months; and in

11      October 2003, she reports that she gained 20 pounds in the past

12      year, correct?

13      A.      Correct.

14      Q.      Does that mean -- or wouldn't that mean that between

15      April and October 2003, she lost 10 pounds?

16      A.      That would imply it.  And she was weighed on that

17      visit and she weighed 212, so that would be consistent with

18      what she's reporting.

19      Q.      Okay.  Now -- and I think you alluded to this

Page 197

bp100808.txt

20    before -- you're aware that Ms. Burns has a long history of
21    weight fluctuations before she ever took Seroquel, right?
22         A.    Yes.
23         Q.    Do you mention those fluctuations in your expert
24    report anywhere?
25         A.    No.

♀

219

1          Q.    I mean, aren't those fluctuations relevant to this
2    temporal relationship between Seroquel usage and weight gain?
3          A.    Potentially.
4          Q.    If you look at the abstract that you're relying upon,
5    Exhibit 16, we do see the references from 1998 to Ms. Burns'
6    weight being in excess of 210 pounds, right?
7          A.    Correct.
8          Q.    All throughout 1998, looks like it's 210 or 211
9    pounds, right?
10         A.    Yes.
11         Q.    Was her weight ever steady for a six-month period, as
12    far as you could tell?
13         A.    Well, it looks like it was relatively steady in that
14    year, 1998.  You know, all of those values for six months are
15    within one pound of each other.
16         Q.    So, the one time it was steady was when she was
17    around 210 or 211 pounds, right?
18         A.    Correct.
19         Q.    What was the most she ever weighed before she took
20    Seroquel?
21         A.    Looks like it was 211.
22         Q.    And what was the most she ever weighed while she was

bp100808.txt

23    on Seroquel?

24         A.   I want to say 223, 224.   And there's a weight of 223

25    on the -- April of '03.


♀

                                                                    220


1         Q.   So -- and she took Seroquel for how many years?

2         A.   Three or more, but -- I think.

3         Q.   Three or four years, from '02 to '06?

4         A.   Yeah, yeah, about three years, three-and-a-half.

5         Q.   So, let's say over a three- or four-year period,

6    you're talking about a total weight gain -- if you're comparing

7    highest to highest, you're talking about a difference of about

8    12 pounds?

9         A.   Yeah.

10        Q.   In September of 1998, looking at the abstract,

11   Ms. Burns weighed 207-and-a-half pounds, right?

12        A.   Correct.

13        Q.   And then in December of 1998, she weighed 179 pounds,

14   right, still looking at the abstract?

15        A.   Correct.

16        Q.   So, that's a loss of 28.5 pounds in three-months,

17   right?

18        A.   Something happened between the 12th and the 27th of

19   December.  She was 192 on the 12th -- 11th of December.  So,

20   you know -- I mean, this -- I don't know if this is when she

21   was in the hospital or --

22        Q.   It was a suicide attempt, wasn't it?

23        A.   Yeah, yeah.

24        Q.   And that would account for that dramatic weight loss

25   wouldn't it?

bp100808.txt

♀

221

1        A.    Right.  But, you know, a whole year later, she's up
2    at essentially 202, 207, 200 in 2000.  So, after she gets out
3    of the hospital, all through '99 and -- as far as I can see,
4    she maintains her weight somewhere around 200, 178.
5        Q.    Well, June -- if you look at June of 1999, she was up
6    to 196 pounds, right?
7        A.    Right.  That's what I said, around 200 pounds.
8        Q.    So -- well, certainly between April of 1999 and June
9    of 1999, she gained 20 pounds, right, just looking at your
10   abstract?
11       A.    Yeah.
12       Q.    Right?  Why was it that she gained the 20 pounds
13   during that two-month period?
14       A.    Don't know.
15       Q.    There could be lots of reasons, right?
16       A.    Could.
17       Q.    It would just be speculation at this point.
18       A.    Sure.
19       Q.    Okay.  Then in October of 1999, looking again at the
20   abstract, she weighed 207 pounds, correct?
21       A.    Correct.
22       Q.    So, that's an 11-pound weight gain in less than four
23   months, right?
24       A.    Correct.
25       Q.    And this is all before she takes Seroquel, correct?

♀

222

bp100808.txt

1      A.   Correct.

2      Q.   Why did she gain those 11 pounds in less than four

3   months?

4      A.   I don't know.

5      Q.   I mean, that 11-pound -- that's a significant weight

6   gain in four months.   Don't you agree?

7      A.   Sure.

8      Q.   Okay.   Then December of 2000, her weight is back down

9   to 178 pounds, right?

10     A.   Correct.

11     Q.   And, again, that's related to a suicide attempt,

12  isn't it?

13     A.   Correct.

14     Q.   All right.   And then in March of '01 -- well, you

15  don't have -- well, now I look at this, there's no reference to

16  a March '01 -- there's no reference to a 2001 weight anywhere

17  on this abstract, is there?

18     A.   No.

19     Q.   Any idea why?   Why was the year 2001 omitted?

20     A.   I have no idea.

21     Q.   Okay.

22     A.   But -- but I did see the March 2001 weight --

23     Q.   Right.

24     A.   -- that you pointed out to me, which was 197.

25     Q.   Right.   So, she gained -- between December of 2000

♀

                                                            223

1   and March of 2001, Ms. Burns gained 19 pounds, right?

2      A.   Correct.

3      Q.   How'd she do that?

                            Page 201

bp100808.txt

```
  4      A.   I don't know.
  5      Q.   All right.  So, now let's talk about the period when
  6  Ms. Burns was on Seroquel.  If you look at the abstract,
  7  there's an entry for April 10th, 2003, where it lists Ms. Burns
  8  as weighing 223 pounds, right?
  9      A.   Correct.
 10      Q.   And that's sort of the high watermark, isn't it, for
 11  purposes of your analysis in this case?
 12      A.   Looks like it, yeah.
 13      Q.   All right.  But she continued to take Seroquel after
 14  she weighed 223 pounds, right?
 15      A.   That's correct.
 16      Q.   I mean, you agree it wouldn't be fair to sort of
 17  cherry-pick, take the highest number that she was on with
 18  Seroquel, and ignore the subsequent history, would it?
 19      A.   No.
 20      Q.   All right.  I mean, you want to look at the whole
 21  picture, don't you?
 22      A.   Yeah.  And, you know, she's consistently 219, 220,
 23  218, 212, 210, 212.  So, I mean, I think --
 24      Q.   Well, but what was she in -- how about August 20th of
 25  2003, which is listed in the abstract?
```

♀

                                                                    224


```
  1      A.   206.
  2      Q.   Okay.  So, that means between April and August of
  3  2003 while she's on Seroquel, she's lost 17 pounds, correct?
  4      A.   That's correct.
  5      Q.   How'd she do that?
  6      A.   I'm not sure.  Maybe she's living a healthier life.
```
                              Page 202

bp100808.txt

7      Q.   Well, you're right.  It's -- by living a healthier

8   life, you really can affect your weight gain, can't you?

9      A.   Yeah.

10      Q.   Seroquel didn't stop her from losing those 17 pounds,

11   did it?

12      A.   No.

13      Q.   All right.  Now, going to April of '04, she's at 207

14   pounds, right?

15      A.   Correct.

16      Q.   But in March of '04, she was at 212, correct, just

17   going by the abstract?

18      A.   Yeah.

19      Q.   You accept these weights as accurate, correct?

20      A.   Yeah.

21      Q.   I mean, insofar as they're listed here, they're

22   accurate?

23      A.   Yeah.

24      Q.   How'd she lose the five-and-a-half pounds between

25   March of '04 and April of '04, little bit more than a month?

♀

                                                           225


1      A.   I'm not sure.

2      Q.   Okay.  And then if you look at August 23rd, 2004,

3   again, reflected in the abstract, there's a weight of 195

4   pounds, right?

5      A.   Correct.

6      Q.   And, again, Ms. Burns is still on Seroquel at this

7   point, isn't she?

8      A.   She is.

9      Q.   So, from April of '04, where she'd already lost 11

                                Page 203

bp100808.txt

10    pounds from eight months prior -- but from April of '04 where
11    she weighed 217 to August of '04, just four months later,
12    Ms. Burns lost 22 pounds, correct?
13        A.    Looks like it, yeah.
14        Q.    How'd she do that?
15        A.    It may be that she started to get her diabetes in
16    control.  I mean, it could be a number of things.  I hope it's
17    that she's taking better care of herself.
18        Q.    But my point is if you're going to compare her
19    weights on Seroquel with her weights before Seroquel, you've
20    got a lot to weights to choose from, right?
21        A.    Correct.
22        Q.    And if you want to talk about a temporal
23    relationship, if you had picked different numbers during the
24    time when she was on Seroquel, you could end up with a result
25    that shows no temporal relationship, true?

♀

226

1        A.    Well, I think if I took the mean of the two years
2    before and the mean of the two years after, there would be an
3    increase in weight.
4        Q.    Have you done that?
5        A.    No, but I can do it by tomorrow morning, if you want.
6        Q.    It's totally up to you, Doctor.  Do you think that
7    would be a fair way of doing it?
8        A.    I -- it may be, yeah.
9        Q.    I mean, you have to admit it would be absolutely
10    unfair, wouldn't it -- if you were trying to opine to somebody
11    the effect of Seroquel on Ms. Burns' weight and if you were to
12    go in and say to a jury, "I'm going to pick the lowest amount

bp100808.txt

13    she weighed before she was on Seroquel" -- which is absurd

14    because I'm not talking about when she was a kid, but a few

15    years before that, pick the lowest, and then compare it with

16    the highest she weight when she was on Seroquel, that's --

17          A.    That would not be particularly useful.

18          Q.    If you go to January of '05 -- let's say January

19    10th -- Ms. Burns is now back up to 208 pounds, right?

20          A.    Correct.

21          Q.    And why did she gain that weight, do you know?  Why

22    did she gain -- she was 195 August of '04, and now she's up to

23    208 in January of '05.  Why did she gain that weight?

24          A.    Not sure.

25          Q.    Okay.  And now in May of '05 -- May 23rd of '05, at

♀

227

1    the bottom of Page 29, she's at 181 pounds, which is -- for her

2    is pretty low, isn't it?

3          A.    Correct.

4          Q.    And she's still on Seroquel, isn't she?

5          A.    She is.

6          Q.    So, she lost 27 pounds in four months, correct?

7          A.    That's what it looks like, yeah.

8          Q.    Could that be because of the Seroquel?  Could the

9    Seroquel somehow have helped her lose that weight?  I mean,

10    weight loss is actually listed in the label, right?

11          A.    I think that since she had been on Seroquel roughly

12    at the same dosages during that time -- I don't know.  I mean,

13    she's actually taking less Seroquel from -- you know, it looks

14    like at some point in the middle of 2005 or early 2005, she

15    started taking less Seroquel and her weight went down.  She --
      Page 205

bp100808.txt

16    in March, she reported that she thought she'd gotten some EPS

17    with the Seroquel, so she went off of it, and then she claims

18    her EPS resolved and that she now is back up to 200.  So, I'm

19    not sure whether he weight loss during that period of time

20    might have been related to that.

21              And then March, she went back on it at a lower

22    dose, taking 200 instead of -- I guess she was up at 600

23    previously.  Then she says she wants to increase it in May and

24    her weights go up a little bit.  Now she's taking 800 in April

25    of '05 and her weights start to creep back up.  I don't know.

                                                              228

1     I'm not sure whether there's any dose relationship, but could

2     be.

3          Q.   From this data, can you tell to a reasonable degree

4     of medical certainty?

5          A.   No.

6          Q.   I mean, you agree that just as Ms. Burns had major

7     weight fluctuations before she took Seroquel, she actually had

8     major weight fluctuations while she was on Seroquel.

9          A.   Correct.

10         Q.   What about after she stopped taking Seroquel?  Didn't

11    she also have weight fluctuations?

12         A.   Yes.

13         Q.   If we look in the year 2006, for January 19th, 2006,

14    she weighed 186 pounds, right?

15         A.   Yes.

16         Q.   And then in August 10th of 2006, she's way down to

17    164 pounds, right?

18         A.   Yep.

                        Page 206

bp100808.txt

19      Q.    And then December 27th, 2006, she's back up to 178
20   pounds, right?

21      A.    Correct.

22      Q.    So, she gained -- from August of '06 to December of
23   '06, she gained 14 pounds, right?

24      A.    Correct.

25      Q.    What was the cause of that?

♀

                                                             229


1       A.    I don't know.

2       Q.    It certainly wasn't the Seroquel, right, because
3    she's off?

4       A.    Correct.

5       Q.    All right.  Then --

6       A.    What is clear though is her baseline appears to be
7    lower.

8       Q.    Well, let's keep going.  Wait.  Before we keep going,
9    are you sure about that?

10      A.    At least for that five-, six-month period.

11      Q.    All right.  But you've looked at all the medical
12   records, right?  Are you going to say her baseline is now
13   lower?

14      A.    Well, I know she gets back up to 200, but there's a
15   significant period of time where -- a full year where she's
16   between 180 and 160.

17      Q.    Well, if you look at March of '07 --

18      A.    Right.

19      Q.    March 16th of '07, she's back up at 210, right?

20      A.    Yeah.  Well, she's 180 in January of '07, and that's
21   the highest weight she has for -- you know, essentially, the
                           Page 207

bp100808.txt

22   highest weight she has is 186 for a full year after she

23   stopped -- the full year after she stopped Seroquel, her

24   highest weight was 186.  She got down to -- as you said

25   earlier, 164.

°

230

1        Q.   Then she goes back up to 210.

2        A.   Yeah.

3        Q.   Why'd she gain that weight?

4        A.   I don't know.

5        Q.   Again, that couldn't have had anything to do with

6   Seroquel, right?

7        A.   No, no.

8        Q.   All right.  Now, throughout all this time, even

9   without all the weight fluctuations, even when she went down --

10   even when she went down to her lowest weight, she was always

11   obese, wasn't she?

12       A.   Correct.

13       Q.   All right.  You talked about the drop in her weight

14   after she went off Seroquel.  Now, we saw earlier, didn't we,

15   that pretty much whenever Ms. Burns attempted suicide, her

16   weight dropped precipitously, right?

17       A.   In those Decembers, yeah, she -- apparently at the

18   bottom of her severe depressive episodes.

19       Q.   Right.  What about after she went off of Seroquel and

20   she had her two suicide attempts then?

21       A.   She was symptomatic then.

22       Q.   She dropped weight then, too, right?

23       A.   Yeah, but I don't think that she was actively

24   suicidal for a full year.

bp100808.txt

25          Q.    Do you agree that Ms. Burns had many other risk

♀

231

1     factors for obesity besides what you're saying is the temporal

2     relationship with Seroquel, such as poor eating habits, poor

3     diet, sedentary lifestyle, limited exercise --

4          A.    Yes.

5          Q.    -- depression, PTSD, and other life events?

6          A.    Yes.

7          Q.    All right.  You read Ms. Burns' deposition, haven't

8     you?

9          A.    Yes.

10         Q.    And when she was asked what she'd been able to do to

11    bring her weight down those times that she's been able to get

12    down significantly, what did she say?

13         A.    My recollection is that she talks about, you know,

14    trying to be more active and trying to eat better.

15         Q.    All right.  She attributed her weight fluctuations to

16    her diet and her exercise, correct?

17         A.    Correct.

18         Q.    Do you have any way of ruling out the other causes of

19    weight gain for the times when Ms. Burns gained weight when she

20    was on Seroquel?

21         A.    No.

22         Q.    Did Dr. Billingsly ever attribute Ms. Burns' weight

23    gain to Seroquel?

24         A.    I think that he charted -- acknowledged that she

25    reported weight gain and he observed weight gain, but I don't

♀

bp100808.txt

232

1    know that he directly attributed it to the Seroquel.

2        Q.    He never did, did he?  He never said in his

3    depositions --

4        A.    That he thought it was from it, no.

5        Q.    Now, you say in your expert report on Page 2 -- you

6    say, "Janice Burns gained weight and developed diabetes

7    following the use of Seroquel.  In my opinion, Seroquel played

8    a significant role in the development of diabetes."

9              Is it your testimony that prior to Ms. Burns'

10   use of Seroquel, that she never had glucose readings in excess

11   of 126?

12       A.    No.

13       Q.    You know that she did, right?

14       A.    Correct.

15       Q.    Well, let me ask you this:  This is going to sound

16   like kind of a silly question, but looking at your opinion that

17   Seroquel played a significant role in the development of

18   diabetes, would that opinion be the same if Ms. Burns had

19   diabetes before she ever took Seroquel?

20       A.    No.  I mean, she -- but she had -- no.

21       Q.    It couldn't be, right?  And that's just logically

22   silly, right?

23       A.    Right.

24       Q.    I mean, if she had diabetes before she took Seroquel,

25   it wasn't the Seroquel that caused her diabetes.  Fair?

♀

233

1        A.    Correct.

Page 210

bp100808.txt

2      Q.     Let's talk a little bit about her glucose readings

3    before she ever started Seroquel.

4                   MR. McCONNELL:  Can we look at folder 44,

5    please?

6                   (Perry Exhibit No. 29 marked.)

7      Q.    (BY MR. McCONNELL)  Doctor, Exhibit 29, these are

8    medical records for Ms. Burns.  They're from Bay Medical Center

9    and they're dated April 25th of 1994, correct?

10     A.     Correct.

11     Q.     And if you look at the next-to-last page, there's a

12   chemistry profile.  It says "Discharge Cumulative Trend Report"

13   from April 16th, 1994, to April 21st, 1994.  You see that?

14     A.     Yes.

15     Q.     So, it looks like she was taking a lot of blood tests

16   during this period, right?

17     A.     Correct.

18     Q.     Why would that be?  Do you have an opinion?

19     A.     They were probably trying to do some sort of

20   evaluation.

21     Q.     Okay.  Now, if you look at her glucose result from

22   April 21, the time of the blood draw is 08:00, right?

23     A.     Correct.

24     Q.     Is that suggestive to you of fasting?

25                   MR. FIBICH:  Object to form.

⚲

                                                              234

1      A.     You know, it could be.  I mean, it's in the morning.

2      Q.    (BY MR. McCONNELL)  Right.  And what's the glucose

3    reading for that day and that time?

4      A.     118.

bp100808.txt

5      Q.    And it says "H."  Does that mean it's high?

6      A.    Correct.

7      Q.    And I think you said earlier today that you thought

8   glucose readings over a hundred would at least get somebody's

9   attention.

10      A.    Right.

11      Q.    And you -- you know for a definition of diabetes, you

12   have two fasting readings in excess of 126, right?

13      A.    Correct.

14      Q.    Okay.  The day before, on April 20th, Ms. Burns had a

15   blood draw at 8:15 in the morning, right?

16      A.    At -- yeah, on the 20th, correct.

17      Q.    And what was her glucose reading for that day?

18      A.    144.

19      Q.    All right.  That's quite high, isn't it?

20      A.    Yes.

21      Q.    And then two days before that, on April 18th, she had

22   a blood draw at 6:55 in the morning, right?

23      A.    Correct.

24      Q.    And what was her glucose reading for that?

25      A.    148.

♀

235

1      Q.    All right.  If she has two readings in excess of 126

2   and they're fasting, she's got diabetes, doesn't she?

3            MR. FIBICH:  Object to form.

4      Q.    (BY MR. McCONNELL)  And this is in 1994.

5      A.    Correct.

6      Q.    All right.  And the day before, on April 17th, she

7   had a glucose reading of 133, correct?

Page 212

bp100808.txt

8      A.    Correct.

9      Q.    Are these glucose readings in the medical abstract

10    that Ms. Grainger provided to you?

11     A.    I'm not sure.  I know that there were a number of

12    elevated glucoses that were present before she took Seroquel.

13    There's one in 1998 that was 157; 113 in '98; 134 in 2000, for

14    example; 127 in 2000.

15     Q.    Yeah.  Those are all pretty high, aren't they?

16     A.    Correct.

17           MR. FIBICH:  Let's take a short break when you

18    get a chance, whenever you --

19           MR. McCONNELL:  Yeah.

20           MR. FIBICH:  -- get to a stopping point.

21           MR. McCONNELL:  I'm just -- five more minutes

22    and I'll --

23           MR. FIBICH:  Finish up.

24     Q.    (BY MR. McCONNELL)  Doctor, I note that the abstract

25    that was prepared for you commences January of 1998; is that

♀

236

1     right?

2      A.    Correct.

3      Q.    It -- so, it certainly wouldn't include these glucose

4     readings from 1994, correct?

5      A.    Correct.

6      Q.    Do you know why the abstract started in 1998 and

7     didn't go back further in time?

8      A.    No.

9      Q.    Did you instruct the plaintiffs' lawyers or the nurse

10    to not go back before 1998?

Page 213

bp100808.txt

11      A.   No.

12      Q.   I mean, is there any valid reason that you can think

13   of why you wouldn't go back before 1998 if you want to get a

14   real sense of Ms. Burns' medical history?

15               MR. FIBICH:   Object to form.

16      A.   No.

17      Q.   (BY MR. McCONNELL)  All right.   The reading that you

18   referenced that is in the abstract on May 28th, 1998, a glucose

19   reading of 157, Doctor, isn't it true even if that were not a

20   fasting draw, that is suggestive of some sort of glucose issue?

21      A.   Exactly.

22      Q.   And then if you look at, let's see, August 2000 --

23   and this is in the abstract -- there's a glucose reading of

24   134, correct?

25      A.   Correct.

♀

237

1      Q.   So, that's over the 126 figure, correct?

2      A.   Correct.

3      Q.   Do you know whether or not that was a fasting draw?

4      A.   I don't.

5               MR. McCONNELL:   Can we get a look at Folder 48,

6   please?

7               (Perry Exhibit No. 30 marked.)

8      Q.   (BY MR. McCONNELL)  Is this a report that you've seen

9   before?

10      A.   It's in the records.

11      Q.   And what time was this blood draw?

12      A.   7:30 in the morning.

13      Q.   Okay.   Look at the -- below that, to the left, does

Page 214

bp100808.txt

14        it list what the fasting hours are?

15            A.    Says nine.

16            Q.    Nine hours fasting, right?  So, that's a real fasting

17        draw, isn't it?

18            A.    Yep.

19            Q.    And it's a reading of 134?

20            A.    Correct.

21                  MR. McCONNELL:  And can we get Folder 49?

22            Q.    (BY MR. McCONNELL)  And you can look at the abstract

23        while we round this up, but there's a reference to December 26,

24        2000.  Do you see a glucose reading of 127?

25            A.    Yep.


♀

                                                                    238


1                    (Perry Exhibit No. 31 marked.)

2            Q.    (BY MR. McCONNELL)  Do you see the glucose reading of

3        127 at the top of this lab result?

4            A.    Yes, sir.

5            Q.    And if you look at the top left for the time of the

6        specimen draw, what time is it?

7            A.    It's 6:30 in the morning.

8            Q.    Right.  Wouldn't that suggest to you likely a fasting

9        draw?

10                  MR. FIBICH:  Object to form.

11           A.    Certainly.

12           Q.    (BY MR. McCONNELL)  Isn't it true that if you look

13        through the medical records of Ms. Burns and go back as far as

14        1994, you will find at least nine separate glucose readings

15        that appear to be fasting and they're in excess of 126?

16                  MR. FIBICH:  Object to form.

Page 215

bp100808.txt

17    A.   I can't -- you know, if that's the count.   I
18  certainly was aware that she had lots of abnormal glucose
19  values before she took Seroquel.
20              MR. McCONNELL:   Can we get Folder 50?
21              (Perry Exhibit No. 32 marked.)
22    Q.   (BY MR. McCONNELL)  Doctor, you know that Dr. Green
23  was one of Ms. Burns' treating physicians?
24    A.   Yes.
25    Q.   And this is a progress note dated April 2nd -- I'm

♀

                                                          239

1   sorry -- August 2nd, 2000, for Ms. Burns, correct?
2     A.   Correct.
3     Q.   And do you see where he says -- this is Dr. Green
4   writing this, in the third sentence -- "If I understand her
5   correctly, she also states she has had a new onset of diabetes
6   recently."  Do you see that?
7     A.   Yes.
8     Q.   He's quoting Ms. Burns.
9     A.   Correct.
10    Q.   Who was a nurse.
11    A.   Correct.
12    Q.   All right.  Do you have any reason to doubt
13  Ms. Burns?
14              MR. FIBICH:  Object to form.
15    A.   No.  I mean, I don't doubt that she said that to him.
16    Q.   (BY MR. McCONNELL)  Do you have any reason to --
17  especially based on the glucose readings that we just saw, do
18  you have any reason to doubt that that's an accurate statement?
19    A.   That she thought that she had a new onset of
                          Page 216

bp100808.txt

20   diabetes?

21        Q.    No, that she had new onset of diabetes, the fact that

22   she had diabetes.

23        A.    You know, I think -- you know, this sort of sits as

24   it is.  I don't know what to say about it.  I think that her --

25   from what I could see, her other internal medicine folks hadn't

⚬

                                                                    240

1    given her that diagnosis.  But, you know, if she had

2    self-diagnosed it, she thought she had diabetes.  I -- I don't

3    know what else to say.

4         Q.    Well, let me just -- let me change the question.

5              Based on the glucose numbers that you saw, is

6    there any basis for you to say that is an incorrect statement

7    by Ms. Burns, that she had new onset of diabetes?

8              MR. FIBICH:  Object to form.

9         A.    Well, I certainly think that she had all the

10   prediabetic indicators and -- but I -- you know, aside from

11   what she says here, I didn't see anything in the record in 2000

12   that said she had the diagnosis of diabetes mellitus.

13        Q.    (BY MR. McCONNELL)  She said it again just a weeks

14   later to Dr. Green, didn't she, that she reported that she had

15   pain, diabetes, and overall psychological issues?

16             MR. FIBICH:  Are you reading from the same

17   document?

18             MR. McCONNELL:  No.  It's another document.

19        Q.    (BY MR. McCONNELL)  I'll put the document in front of

20   you.

21             (Perry Exhibit No. 33 marked.)

22        Q.    (BY MR. McCONNELL)  And, Doctor, this is another

                            Page 217

bp100808.txt

23    medical record from Dr. Green, correct?

24        A.    Correct.

25        Q.    It's dated August 25th, 2000, so it's about three

♀

241

 1    weeks after the progress note we just look at, right?

 2        A.    Correct.

 3        Q.    And Ms. Burns says, "Out of nowhere, patient" --

 4    well, the doctor writes "Out of nowhere, patient," being

 5    Ms. Burns, "stated she has assigned power of attorney over to

 6    her daughter 'just in case something happened to me.'  When

 7    asked if she implied she might be suicidal, she said, 'No.

 8    It's just I don't want my son getting involved in anything and

 9    to protect my daughter from him.'  Other reported reasons were

10    associated with her pain, diabetes, and overall psychological

11    well-being," right?

12        A.    Correct.

13        Q.    You've read this medical record before today, right?

14        A.    I did.

15        Q.    I mean, did you go -- after reading these documents,

16    did you go through the medical records for Ms. Burns to see if

17    this was true or not, that she had diabetes before she ever

18    took Seroquel?

19        A.    I looked at her -- you know, the Axis 3 labels that

20    were given to her and looked at her other medical records and I

21    did not see that she had been given by a physician the

22    diagnosis of diabetes.

23        Q.    But you certainly saw the glucose readings, right?

24        A.    Absolutely, and I knew that she had all the risk

25    factors and all the prediabetic indicators.

Page 218

bp100808.txt

♀

242

1      Q.    Well -- and we've been talking a little bit about the
2   timeline that was provided by the plaintiffs' nurse.  You know,
3   don't you, in this case that Ms. Burns herself prepared
4   timelines?
5      A.    I don't know that.
6      Q.    Had you ever seen any timelines in this case that
7   Ms. Burns prepared?
8      A.    From her?
9      Q.    Yeah.
10      A.    I don't think so.
11      Q.    Okay.
12             (Perry Exhibit No. 34 marked.)
13      Q.    (BY MR. McCONNELL)  Doctor, you ever seen this
14   document before?
15      A.    It looks familiar.  I mean, I can't -- but I don't --
16   it doesn't -- I don't know exactly where.
17      Q.    I'll represent to you this is a document Ms. Burns
18   herself prepared.  I think it may have been put into her
19   medical history, so I think it's something you should have seen
20   in reviewing her medical records.  You can check that.
21      A.    Do you know which -- where it was?  Was it in her
22   psychiatric records?
23      Q.    Well, if you look at the bottom left, it says "J.
24   Burns, The Family Clinic."  I don't know if that would tell
25   you, but --

♀

243

bp100808.txt

1      A.   I guess I can go back and look --

2      Q.   Yeah.

3      A.   -- but I don't -- yeah.

4      Q.   If you go back and look and you don't find it,

5   tomorrow, just tell us.

6      A.   Okay.

7      Q.   But if you look at the reference near the bottom,

8   about eight lines up or so, it says "2000, elevated fasting

9   blood sugar and ketones in urine, Accu-Cheks 120 to 190,

10  confirmed by lab on multiple occasions."

11     A.   Right.

12     Q.   See that?

13     A.   And that's consistent with what's in here.

14     Q.   And it's true, isn't it, that if you have elevated

15  fasting blood sugar and you're in the range of 120 to 190 on

16  multiple occasions, that gives rise to a diagnosis of diabetes?

17     A.   Well, not being an endocrinologist and knowing the

18  specific criterion, I certainly know that this is abnormal,

19  this is consistent with prediabetic situation.  I don't know

20  that that's, you know, the threshold for giving the diagnosis

21  of diabetes mellitus.

22     Q.   I mean, do you -- as you sit here, do you have your

23  understanding as to what does permit a diagnosis of diabetes?

24     A.   You know, I think that there is, you know, a

25  recollection about a certain values and certain scores on a

♀

1   glucose tolerance test and certain fasting blood levels that

2   are present, and that's it.

3      Q.   Do you know whether or not Ms. Burns understood what
                              Page 220

bp100808.txt

4      the factors were to support a diagnosis of diabetes?

5          A.   I don't know.

6          Q.   Okay.

7                (Perry Exhibit No. 35 marked.)

8          Q.   (BY MR. McCONNELL)  Doctor, this is another timeline

9      prepared by Ms. Burns -- actually, looks kind of similar to the

10     other one, but it's not exactly the same.

11               MR. FIBICH:  Let me ask you a question because

12     you're holding these out as prepared by her.  Did she so

13     testify at her deposition?  I mean, what's your basis for

14     saying she prepared them?

15               MR. McCONNELL:  I think -- let me get back to

16     you.  I think the answer is yes, but I want to be sure about

17     that.  I don't remember.  We do have information that was

18     prepared by her, I don't know if she said it or the doctor said

19     it or both.

20         Q.   (BY MR. McCONNELL)  If you look at this, do you see a

21     similar entry near the bottom, 2000, says "Elevated blood

22     sugar" -- and now says "ketenes" -- "in urine.  Accu-Cheks 120

23     to 190, confirmed by lab on multiple occasions."

24               Do you see that?

25         A.   Correct.

⚲

                                                               245

1          Q.   I've got one more document before the break --

2          A.   I also see that in 2000 -- she actually specifically

3      articulates diabetes in 2003, so apparently she does know the

4      difference or is making some distinction between the diagnosis

5      and those lab values.

6          Q.   All right.

                    Page 221

bp100808.txt

7             MR. McCONNELL:  Would you get the next one,

8    which is Folder 2?

9             MS. CATES:  It's already been marked.

10            MR. McCONNELL:  Oh, it has?  What exhibit number

11   is it, do you know?  Is this the Social Security Disability

12   physical?

13            MS. CATES:  It's 25.

14   A.    25.

15   Q.    (BY MR. McCONNELL)  Exhibit 25?  Thank you.

16            You see Exhibit 25, Doctor, which is the

17   disability physical done for the disability determination for

18   Ms. Burns?

19   A.    Yes.

20   Q.    And this makes reference to her application for

21   disability because of psychiatric problems.  She claims PTSD,

22   correct?

23   A.    Correct.

24   Q.    And she talks about her December 2000 suicide attempt

25   where she tried to cut her right wrist with a scalpel; is that

♀

                                                        246


1    right?

2    A.    Correct.

3    Q.    Okay.  If you look at the next page, under review of

4    systems, for diabetes -- there's an entry for diabetes, isn't

5    there?

6    A.    Sure.  That's -- right.

7    Q.    And it says "In 2000, her fasting blood sugars" --

8    that's F -- "FBS" is what it says, right?

9    A.    Right.

                    Page 222

bp100808.txt

10        Q.    -- "her FBS ranged from 120 to 190.  She's presently

11   on no diet or medications for that and does not check her

12   sugars."  Do you see that?

13        A.    Yes.  Do you know how these are generated?

14        Q.    The Social Security determinations?

15        A.    Right.

16        Q.    I assume based on what she said.

17        A.    Right.  Well, they're -- they have a review of

18   systems.  There's a whole bunch of things where -- just because

19   they have a heading called "Diabetes," I'm not sure that that

20   means that they're giving her that designation.

21        Q.    Do you know for sure?

22        A.    No, but I -- you know, it's --

23        Q.    Do you have any reason to believe that Ms. Burns was

24   inaccurate in her reports of her fasting blood sugar

25   measurements?

♀

                                                              247


1                  MR. FIBICH:  Object to form.

2         A.    No, no.

3         Q.    (BY MR. McCONNELL)  Okay.  Any reason to believe she

4    gave any inaccurate information to her doctors?

5                  MR. FIBICH:  Object to form.

6         A.    No.

7         Q.    (BY MR. McCONNELL)  I mean, you're not in a position

8    to say for certain self-reports, you believe those, but you

9    don't believe others, are you?

10        A.    No.  I -- I am making the point, however, that this

11   is highly likely generated from a template form where these

12   headings are preexisting --

                            Page 223

bp100808.txt

13        Q.    Right.

14        A.    -- and where people just fill in relevant information

15    related to diabetes as opposed to saying that she has

16    diabetes --

17        Q.    Right.

18        A.    -- or that she has -- you know, they have a column

19    for joints.  If she had heart disease, they'd have a heart

20    disease column.

21        Q.    Right.  There's a heading that says "Diabetes."  And

22    if she didn't have diabetes, it could just have said "Not

23    Applicable."

24        A.    Right.  And she gave them information that was

25    relevant to diabetes, but she didn't say, "I have diabetes

♀

                                                              248


1    mellitus."

2        Q.    Right.  But she said she had multiple fasting blood

3    sugars in excess of 120.

4        A.    Right, which is exactly what we've been talking

5    about.

6              MR. McCONNELL:  Take a break now?

7              MR. FIBICH:  Please.

8              (Recess from 3:08 p.m. to 3:16 p.m.)

9        Q.    (BY MR. McCONNELL)  Doctor, I'm going to try to clean

10    the record up.  I had asked you this question, but inartfully

11    apparently:  If Ms. Burns had diabetes before she ever took

12    Seroquel, then logically it is not possible to say that her

13    Seroquel caused her diabetes, correct?

14              MR. FIBICH:  Objection.  Asked and answered.

15        A.    Correct.

                          Page 224

bp100808.txt

16     Q.    (BY MR. McCONNELL)  All right.  As a doctor and now

17   having seen the medical records for Ms. Burns, isn't it true as

18   you sit here today you can't say for sure that she didn't have

19   diabetes before she ever took Seroquel?

20     A.    Well, I can say that she certainly had prediabetic --

21   you know, all the prediabetic elements present before she took

22   Seroquel.

23     Q.    And -- okay.  But she might have had diabetes.

24     A.    You know, from my reading of the record, it looks

25   like other physicians who know about diabetes saw her during

⚲

                                                                249

1   that time and didn't give her that diagnosis, so -- you know,

2   and I'm -- again, at times when she was in the care of

3   physicians who had access to that same information, she wasn't

4   given that diagnosis, so I'm not in a position to say that

5   they're wrong.

6     Q.    Well, let me rephrase it a little bit.

7             Can you say today, sitting here, to a reasonable

8   degree of medical certainty that Ms. Burns did not have

9   diabetes before she took Seroquel?

10     A.    I can say within a reasonable degree of medical

11   certainty that she had not been given a diagnosis by a

12   physician before she took Seroquel.

13     Q.    I'll take that, but I'll also take the answer to my

14   question.

15     A.    No.

16     Q.    You can't say it?

17     A.    No.  I mean, I -- you know, I can't fly back in time

18   and do the tests and make the determination.

                          Page 225

bp100808.txt

19      Q.    In your report on Ms. Burns on Page 2, the middle of
20  the third paragraph --
21              (Sotto voce discussion.)
22      Q.    (BY MR. McCONNELL)  I'm sorry.  It's Page 3,
23  Paragraph 3.
24      A.    Okay.
25      Q.    You said, "At the time of initial prescribing of

♀

                                                        250


1   Seroquel, Ms. Burns' psychiatrist was unaware of the
2   relationship between Seroquel and either weight gain or
3   diabetes."  Do you see that?
4       A.    Yes.
5       Q.    What do you base that on?
6       A.    I base it upon what I presume was his ability to have
7   access to the information about those relationships based upon,
8   you know, the labeling and the available data.
9       Q.    Well, you know that Dr. Billingsly testified in his
10  deposition that he was aware of the relationship between
11  antipsychotics and weight gain --
12      A.    Correct.
13      Q.    -- when he first prescribed Seroquel, correct?
14      A.    Correct.
15      Q.    And, in fact, Dr. Billingsly even warned Ms. Burns
16  about weight gain when he prescribed Seroquel to her.
17      A.    I know he said that, yeah.
18      Q.    And he also said she already had abnormal blood
19  sugars and high enough to be diagnosed as having diabetes prior
20  to that.  He said that, didn't he?
21      A.    He said that.
                                Page 226

bp100808.txt

22        Q.    So, going back to the question I was asking you

23    before about what her physician's saying, didn't

24    Dr. Billingsly, in fact, say that she may have had diabetes

25    before she ever took Seroquel?

♀

251

1         A.    He said that in deposition.  He didn't chart that in

2    his records.

3         Q.    Do you disbelieve Dr. Billingsly in his deposition

4    testimony under oath?

5         A.    No.  I -- but I know that if he really felt that she

6    had diabetes, he probably would have charted that in his

7    records.

8         Q.    Well, he -- Dr. Billingsly says -- now, under oath,

9    he's saying that she already had abnormal blood sugars, high

10    enough to be diagnosed as having diabetes, before she ever took

11    Seroquel.

12        A.    And I don't doubt that he said that.

13        Q.    Do you disagree with him?

14        A.    No.  I mean, I don't have any way to disagree with

15    his opinion on that.

16        Q.    Okay.  And Dr. Billingsly testified he knew that

17    weight gain can lead to glucose disregulation, didn't he?

18        A.    Yes.

19        Q.    And he said he took that into account when making

20    prescribing decisions.

21        A.    He did say that.

22        Q.    Are you aware that Dr. Billingsly testified he

23    received the dear health care provider letters sent out by

24    AstraZeneca that warned of diabetes risk?

Page 227

bp100808.txt

25        A.    Yes.

♀

                                                        252

1         Q.    And isn't it true also that Dr. Billingsly testified

2    that he had read the ADA consensus statement released in early

3    2004?

4         A.    Correct, yes.

5         Q.    And he said he knew of the risks and continued to

6    prescribe Seroquel for Ms. Burns because she was receiving

7    benefit.

8         A.    Correct.

9         Q.    So, even after there was the -- the warning in the

10   label of diabetes, Dr. Billingsly still thought -- even with

11   that, given the benefit that Ms. Burns was getting from this,

12   it was still sensible to prescribe this for her.

13        A.    Correct.   That's his opinion.

14        Q.    Do you disagree with his opinion?

15        A.    I would not have done that, but he did.

16        Q.    You would have taken her off the Seroquel?

17        A.    I would have tried to find another agent that

18   wouldn't have the same impact on weight, blood sugar, and would

19   try to address the symptoms.

20        Q.    And, in fact, after -- Dr. Billingsly tried to do

21   that and wasn't able to succeed, right?

22        A.    Correct.

23        Q.    I mean, it may be that for some people like

24   Ms. Burns, Seroquel is the best drug for her.

25                    MR. FIBICH:   Object to form.

♀

                              Page 228

bp100808.txt

253

1     A.    That may be.

2     Q.    (BY MR. McCONNELL)  Wouldn't you agree -- and this is

3  not entirely abstract.  You're somebody who deals with extreme

4  cases, right?

5     A.    Right.

6     Q.    Aren't there going to be some people out there that

7  even diabetes, as bad as it is, diabetes is not as bad as some

8  of the mental infirmities that they're dealing with.

9          MR. FIBICH:  Object to form.

10    A.    I would imagine in some cases that's so, yeah.

11    Q.    (BY MR. McCONNELL)  I mean, if the choice is between

12 diabetes, which is manageable, and suicide attempts, it might

13 actually make sense to risk the diabetes.

14    A.    Well, if that was the only drug out of all of the

15 potential medications that were out there, I could say that,

16 but I think that even though he -- many of the medications that

17 are available were tried, I'm not sure that there was a

18 completely exhaustive clinical trial with all the potential

19 medications that could have worked with her.

20    Q.    You're certainly not saying that Dr. Billingsly

21 committed malpractice by continuing to prescribe the Seroquel

22 after 2004, are you?

23    A.    No.

24    Q.    Now, Ms. Burns has other risk factors for diabetes,

25 correct?

254

1     A.    Correct.

bp100808.txt

```
 2       Q.    Obesity is a risk factor?

 3       A.    Yes.

 4       Q.    Not just obesity, but central adiposity is a

 5  particularly strong risk factor for diabetes.

 6       A.    Correct.

 7       Q.    And she had that, right?

 8       A.    I'm assuming that she had that, that's -- people -- I

 9  haven't seen her, but --

10       Q.    She also had high blood pressure?

11       A.    Yes.

12       Q.    Which is a risk factor for diabetes, isn't it?

13       A.    Correct.

14       Q.    High cholesterol and triglycerides, which are also

15  risk factors?

16       A.    Correct.

17       Q.    Can age be a risk factor for diabetes?

18       A.    Yes.

19       Q.    In what sense?

20       A.    The older you get, the higher the risk.

21       Q.    Okay.  And was Ms. Burns' age a risk factor for

22  diabetes?

23       A.    I think he she might have crossed over a threshold

24  where it becomes a risk factor.  I think -- what is it, 45

25  or -- so -- I'm not sure what that age was at that time.  I
```

♀

255

```
 1  suppose we can figure it out.

 2       Q.    And we've also seen that she took a variety of

 3  medications that have been linked with hyperglycemia, correct?

 4       A.    Correct.
```

Page 230

bp100808.txt

```
 5        Q.    Now, Ms. Burns is about 5 feet 7 inches tall,

 6   correct?

 7        A.    I didn't memorize that, but I trust you.

 8        Q.    Okay.  Now, we did look at her last weight -- that we

 9   have from the medical records anyway -- prior to starting

10   Seroquel, and that was that March 2001 record showing a weight

11   of 197, correct?

12        A.    Correct.

13        Q.    So, before she takes Seroquel, she's 5-feet-7, weighs

14   197 -- and Mr. Fibich can challenge my math on this again, but

15   we calculate that as a BMI of about 30.85.  Seem about right?

16        A.    Yes.

17        Q.    Let's say 30.  That would be obese, right?

18        A.    Correct.

19        Q.    And Ms. Burns had a long history of obesity, didn't

20   she?

21        A.    Yes, she did.

22        Q.    In 1994, she weighed 198.  So, she was obese then,

23   correct?

24        A.    Correct.

25        Q.    And do you recall Ms. Burns in her deposition
```

♀

256

```
 1   describing her body shape as being that of a certain fruit?

 2        A.    I don't.  I don't remember.

 3        Q.    All right.  It wasn't -- she said she was not

 4   pear-shaped.  Do you recall what shape she said she was?

 5        A.    No.

 6        Q.    She said she was apple-shaped.

 7        A.    Apple-shaped, right.  That's what it was.
```

Page 231

bp100808.txt

8      Q.    And do you agree that obese people with an

9    apple-shaped body type are more likely to develop diabetes?

10      A.    Yes, that's correct.

11      Q.    And do you agree that Ms. Burns was obese at least

12    eight years before taking Seroquel?

13      A.    Yes.

14      Q.    I think we said this before.  She does have

15    hypertension, correct?

16      A.    Correct.

17      Q.    And she had hypertension at least nine years before

18    being diagnosed with diabetes?

19      A.    I'm not sure it was nine years, but many years

20    before.

21      Q.    Okay.  And she has high cholesterol, correct?

22      A.    Correct.

23      Q.    In fact, I don't know if it's in the abstract, but --

24    are cholesterol measurements in the abstract that Ms. Grainger

25    did for you?

⚥

257

1      A.    Sometimes, yep.

2      Q.    Well, if you look in the abstract, there is a

3    reference to February 19th, 1998, 211-and-a-half pounds; and it

4    says blood test was remarkable for high cholesterol and high

5    triglycerides, right?

6      A.    Yeah.

7      Q.    So, that was noted by Ms. Grainger.

8      A.    Correct.

9      Q.    I want Ms. Grainger to read this transcript and

10    realize I've said very nice things about her and her abstract.

Page 232

bp100808.txt

11                 All right.  So, this was several years before
12   Ms. Burns ever took Seroquel, correct?
13        A.    Correct.
14        Q.    All right.  Ms. Burns was born November 5th, 1953.
15   That seem right to you?
16        A.    Correct.
17        Q.    Okay.  We were talking about the age --
18        A.    Couple years older than I am, yeah.
19        Q.    Right.  So, that would place her -- in 1998, that
20   would make her 45.  So, she would be at that risk factor,
21   correct?
22        A.    She would be, correct.
23        Q.    Okay.  I will just very quickly go through this list.
24   Given that Ms. Burns took Prozac, Elavil, Remeron, Sinequan,
25   Zyprexa, Wellbutrin, Celexa, lithium, prednisone -- those are

♀

258

1   all drugs that have been associated with glucose disregulation,
2   correct?
3        A.    Correct.
4        Q.    Were you able to rule out all these alternative
5   causes -- risk factors for diabetes for Ms. Burns; namely, the
6   obesity, the central adiposity, hypertension, high cholesterol,
7   high triglycerides, and age?
8        A.    Rule them out?
9        Q.    Right.
10        A.    No.
11        Q.    All right.  Were you able -- similar question as with
12   Ms. Curley.  I'll try to get through this fast.  Were you able
13   to quantify the extent to which they elevated Ms. Burns' risk

Page 233

bp100808.txt

14    for diabetes?

15         A.    No.

16         Q.    Do you agree that any one of those factors that we

17    just listed that Ms. Burns had could have caused diabetes on

18    its own?

19         A.    Yes.

20         Q.    You haven't gone through the model, the risk model

21    for diabetes, and quantified the extent to which these together

22    would have increased her risk of diabetes, have you?

23         A.    No, I have not.

24         Q.    Would you agree, putting aside Seroquel, that given

25    Ms. Burns' obesity, central adiposity, hypertension, high

♀

                                                          259


1     cholesterol, high triglycerides, and age, as well as use of

2     other medications that can raise glucose levels, that all of

3     those together dramatically increased her risk of diabetes?

4          A.    Yes.

5          Q.    Can you say for certain that Ms. Burns would not have

6     gotten diabetes if she had not taken Seroquel?

7          A.    No.

8          Q.    Is there any scientific methodology that would permit

9     you to say when she would have gotten diabetes if she had not

10    taken Seroquel?

11         A.    No.

12         Q.    Again, in your report, just as with Ms. Curley, you

13    made some references to the practices of AstraZeneca related to

14    the aggressive marketing and selective inadequate disclosure of

15    the known risks of Seroquel and you say that contributed to

16    Janice Burns developing diabetes, right?

                        Page 234

bp100808.txt

17    A.    Yes.

18    Q.    We talked before about the weight neutral piece.  Are

19    there other particular marketing pieces that you have in mind

20    when you say that?

21    A.    Well, the -- no, not really.  I mean, it's the way

22    it's presented as weight neutral and -- I think that's it.

23    Q.    Now, Dr. Billingsly was asked questions about the

24    extent to which he relied on sales reps to make prescribing

25    decisions, right?

♀

                                                              260

1    A.    Correct.

2    Q.    First of all, didn't Dr. Billingsly testify under

3    oath that the sales reps from AstraZeneca talked to him only

4    about on-label uses of Seroquel?

5    A.    Yes, he did.

6    Q.    Do you have any reason to doubt his veracity?

7    A.    No.

8    Q.    Dr. Billingsly also said that his decision to

9    prescribe Seroquel was not influenced by AstraZeneca's

10    marketing, didn't he?

11    A.    That's what he said, yes.

12    Q.    Do you have any reason to disbelieve him?

13    A.    No.

14    Q.    Did Dr. Billingsly ever see the weight neutral claim?

15    A.    I can't say.  I don't know.

16    Q.    Okay.  Now, I want to end with the prognosis issue.

17    And you say that Seroquel was a causative factor in the

18    development of diabetes in Janice Burns, a disease that will

19    likely result in significant complications and increased

                          Page 235

bp100808.txt

20    medical care and expense.  What significant complications are

21    you referring to for Ms. Burns?

22        A.    They're very similar to, you know, the typical

23    complications of poorly-managed diabetes; circulation problems,

24    diabetic retinopathy, potential renal problems, you know,

25    cardiac risks.

⚲

261

1         Q.    Can you say for certainty today that she'll

2    experience cardiac problems as a result of diabetes?

3         A.    No.

4         Q.    Can you say for certainty as you sit here today that

5    she'll experience renal problems?

6         A.    No.

7         Q.    Can you say for certain she'll experience circulatory

8    problems?

9         A.    No.

10        Q.    Dr. Randles is also one of Ms. Burns' doctors, isn't

11    he?

12        A.    Correct.

13        Q.    He testified, didn't he, that some diabetes can be

14    treated by diet and exercise alone?

15        A.    Yes.

16        Q.    Is he right about that?

17        A.    Yes.

18        Q.    So, not all diabetics need to be on medication?

19        A.    Correct.

20        Q.    Does Ms. Burns take any medication to control her

21    diabetes?

22        A.    I think she was taking an antiglycemic.

bp100808.txt

23      Q.    Do you know whether she's taking metformin?

24      A.    It's -- I'd have to check, but I knew she was taking

25   something.

♀

                                                                    262

1       Q.    Do you know what Cymbalta is?

2       A.    Cymbalta is a psychostimulant.

3       Q.    Do you know why she's taking Cymbalta?

4       A.    No.

5       Q.    Okay.  Has the metformin been effective for

6    Ms. Burns?  Is her glucose under control as a result of taking

7    metformin?

8       A.    My understanding is it's under pretty good control.

9       Q.    Have you looked at Ms. Burns' most recent lab

10   reports?

11      A.    If they were in the records, I looked at them, but I

12   it wasn't a focus of what I was looking at.

13      Q.    If you look at the abstract that Ms. Grainger very

14   helpfully prepared, Page 44 --

15      A.    Yeah.

16      Q.    -- there's an entry for June 15th, 2007.  Do you see

17   that?

18      A.    Yeah.

19      Q.    And her blood glucose is 95, correct?

20      A.    That's correct.

21      Q.    That's pretty good, isn't it?

22      A.    Yeah.

23      Q.    And her A1C is 6.0, which is the also good, isn't it?

24      A.    It's good, yeah.  It's getting -- it's right on the

25   edge there, but it's pretty good.

                                Page 237

bp100808.txt

♀

263

1      Q.    It's at least under control, right?

2      A.    That's correct.

3      Q.    When you talked about the complications -- the

4   significant complications, you said in your answer you were

5   talking about the typical complications of poorly-managed

6   diabetes, right?

7      A.    Yes.

8      Q.    Is there any evidence at this point that Ms. Burns'

9   diabetes is being poorly managed?

10      A.    No.

11            MR. McCONNELL:  Can I see Folder 63, please?

12            (Perry Exhibit No. 36 marked.)

13      Q.    (BY MR. McCONNELL)  Doctor, this is a medical record

14   for Ms. Burns.  It's with Dr. Laura -- looks like Yauch.  It's

15   dated January 15th, 2008.  Have you seen this document before?

16      A.    I've read Dr. Yauch's records, yeah.

17      Q.    Okay.  Now, in the bottom of the past history

18   paragraph, Dr. Yauch says, "She's also noted her sugars have

19   been in the 110 to 130 range, with her glycin hemoglobins below

20   7.  So, managed not tremendous, but managed, right?

21      A.    Correct.

22      Q.    Okay.  Earlier in this paragraph, by the way, does

23   Dr. Yauch not say, "In 2000, diagnosed with diabetes.  Also

24   placed on disability secondary to PTSD"?

25      A.    Yes, I see that.

♀

264

bp100808.txt

```
 1        Q.    Any reason to disbelieve what Dr. Yauch is saying
 2   here?
 3        A.    I'm not sure whether that's -- where that came from,
 4   but -- might have been from the patient, might have been
 5   from -- I -- it -- I did not see that in any of the medical
 6   records I reviewed in 2000.
 7        Q.    Right.  But you see it in this medical record that
 8   you reviewed, right?
 9        A.    Right, that she is retrospectively saying that she
10   was given that diagnosis.
11        Q.    Right.
12        A.    I'm not sure where that came from.
13        Q.    But as you sit here, you have no reason to challenge
14   what Dr. Yauch's saying?
15        A.    No.  Someone told her that or she read that
16   somewhere.
17        Q.    Well, certainly that is consistent with Ms. Burns'
18   self-report of diabetes before she ever took Seroquel, right?
19        A.    It's consistent that Ms. Burns might say that she had
20   diabetes in 2000 to another clinician.
21        Q.    There are times, are there not, when -- in the recent
22   years, when Ms. Burns has occasionally taken a lower dose of
23   metformin than she's supposed to?  Do you recall reading that
24   in the medical records?
25        A.    Honestly, I may have read that.  I don't -- I don't
```

265

```
 1   remember that.
 2        Q.    To a certain degree, the prognosis for Ms. Burns is
 3   based upon a certain degree of compliance, correct?
```
                              Page 239

bp100808.txt

4      A.    On her behavior, correct.

5            MR. McCONNELL:   Folder 64.

6            (Perry Exhibit No. 37 marked.)

7      Q.    (BY MR. McCONNELL)  Doctor, this is another medical

8    record for Ms. Burns.  It's more recent.  It's May 2nd, 2008,

9    from The Brain and Spine Center.   The doctor appears to be

10   Dr. Elzawahry.  Have you seen this medical record before?

11     A.    If it was in the records that they were sent, you

12   know, I did, when it came in, initially scan it.

13     Q.    Okay.  And if you look at the second page under plan,

14   Item 8, it says "Her blood sugar is under good control."  See

15   that?

16     A.    Yes.

17     Q.    Do you agree with that statement?

18     A.    I have no reason to not agree with it.

19     Q.    Okay.  What would you tell Ms. Burns to do to avoid

20   sequelae of diabetes?

21     A.    Eat right, exercise, listen to the directions your

22   doctors give you about using your medications, and --

23     Q.    Okay.

24     A.    -- pretty much live a good, clean life.

25     Q.    Thank you.  I have -- we can all take that advice,

♀

266

1    Doctor.  Thank you, and I have completed my questioning with

2    respect to Ms. Burns.  I don't know if Mr. Brock has a few

3    things to end the day with.

4            MR. BROCK:  You want me to do 25 minutes and

5    then break or do you want to go ahead and --

6            MR. FIBICH:  It's your choice.

bp100808.txt

```
 7                    THE WITNESS:   The truth is I'd like to break
 8   because I have a --
 9                    THE REPORTER:   Is this off the record?
10                    MR. BROCK:   Yes, off the record.
11                    (Deposition recessed at 3:38 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

♀

267

```
 1                         CHANGES AND SIGNATURE
 2   PAGE      LINE      CHANGE                    REASON
 3   _____
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
```

Page 241

bp100808.txt

```
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24          I, BRUCE D. PERRY, M.D., Ph.D., have read the
25  foregoing deposition and hereby affix my signature that same is
```

⚥

268

```
1   true and correct, except as noted above.
2                    _____
3                    BRUCE D. PERRY, M.D., Ph.D.
4
5   THE STATE OF _____)
6   COUNTY OF     _____)
7          Before me, _____, on this day
8   personally appeared BRUCE D. PERRY, M.D., Ph.D., known to me
9   (or proved to me under oath or through _____) to
10  be the person whose name is subscribed to the foregoing
11  instrument and acknowledged to me that they executed the same
12  for the purposes and consideration therein expressed.
```

Page 242

bp100808.txt

```
13              Given under my hand and seal of office this _____ day
14   of _____, _____.

15

16

17                                    _____
18                                    NOTARY PUBLIC IN AND FOR
19                                    THE STATE OF _____
20

21

22

23

24

25
```

♀

269

```
 1   STATE OF TEXAS
     COUNTY OF HARRIS
 2
                 I, the undersigned certified shorthand reporter
 3   in and for the State of Texas, certify that the facts stated in
     the foregoing pages are true and correct.
 4
                 I further certify that I am neither attorney or
 5   counsel for, nor related to or employed by, any of the parties
     to the action in which this deposition is taken and, further,
 6   that I am not a relative or employee of any counsel employed by
     the parties hereto, or financially interested in the action.
 7
                 The amount of time used by each party at the
 8   deposition is as follows:

 9            STEPHEN J. McCONNELL, ESQ. - 5:35

10               SUBSCRIBED AND SWORN TO under my hand and seal
     of office on this the _____ day of _____, 2008.
11

12

13
                                  _____
14                                SHANON M. HAIR, CSR
                                  Certified Shorthand Reporter
15                                In and for the State of Texas
                                  Page 243
```

bp100808.txt

```
16
        Certificate No. 6513
17      Expiration Date:  12-31-09
        Firm Registration No. 03
18

19

20

21

22

23

24

25
```

♀