# TAB 5-2

```
                          bp100908.txt
0270
 1  08-I-99405 sh
 2                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 3                        ORLANDO DIVISION
 4
    IN RE:  Seroquel Products Liability Litigation
 5  MDL DOCKET NO. 1769
 6  This document relates to:
 7  Janice Burns v. AstraZeneca LP, et al.   Case No. 6:07-cv-15959
    Connie Curley v. AstraZeneca LP, et al.  Case No. 6:07-cv-15701
 8  Linda Guinn v. AstraZeneca LP, et al.    Case No. 6:07-cv-10291
 9  ********************************************************************
10                      ORAL DEPOSITION OF
11                 BRUCE D. PERRY, M.D., Ph.D.
12                       October 9, 2008
13                          Volume 2
14  ********************************************************************
15              ORAL DEPOSITION of BRUCE D. PERRY, M.D., Ph.D.,
16  produced as a witness at the instance of the Defendants, and
17  duly sworn, was taken in the above-styled and numbered causes
18  on the 9th of October, 2008, from 8:30 a.m. to 10:55 a.m.,
19  before Shanon M. Hair, CSR in and for the State of Texas,
20  reported by machine shorthand, at the office of Fibich,
21  Hampton & Leebron, L.L.P., 1401 McKinney Street, Suite 1800,
22  Houston, Texas  77010-9998, pursuant to the Federal Rules of
23  Civil Procedure and the provisions stated on the record or
24  attached hereto.
25
0271
 1                          INDEX
 2  Appearances.............................................272
 3  BRUCE D. PERRY, M.D., Ph.D.
 4      Examination by Mr. McConnell........................273
 5      Examination by Mr. Brock............................276
 6      Further Examination by Mr. McConnell................351
 7  Signature and Changes...................................355
 8  Reporter's Certificate..................................357
 9
10                         EXHIBITS
    NO.  DESCRIPTION                                     PAGE
11
        38.....................................................296
12              Document entitled "Linda Carol Guinn-Seroquel
                Patient"
13      39.....................................................299
                05-13-88 letter to Marie Husson from
14              Stephen A. Kotzen, M.D.
        40.....................................................303
15              09-26-94 doctor's notes
        41.....................................................306
16              06-19-02 Progress Note
        42.....................................................306
17              04-30-02 lab results
        43.....................................................309
18              01-19-00 Humana Priority Care Record
        44.....................................................309
19              09-07-01 Humana Priority Care Record
        45.....................................................309
20              10-15-01 Humana Priority Care Record
        46.....................................................346
21              10-18-07 medical record
22
                         Page 1
```

bp100908.txt

```
23
24
25
0272
 1                      A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3        Tommy Fibich, Esq.
          FIBICH, HAMPTON & LEEBRON, L.L.P.
 4        1401 McKinney Street, Suite 1800
          Houston, Texas  77010-9998
 5        (713) 751-0025, fax (713) 751-0030
          tfibich@fhl-law.com
 6
     FOR THE DEFENDANTS:
 7
          Stephen J. McConnell, Esq.
 8        Lauren Cates, Esq.
          DECHERT LLP
 9        Cira Centre
          2929 Arch Street
10        Philadelphia, Pennsylvania  19104-2808
          (215) 994-4000, fax (215) 994-2222
11        stephen.mcconnell@dechert.com
          lauren.cates@dechert.com
12
                            -and-
13
          Robert C. "Mike" Brock, Esq.
14        RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
          184 Commerce Street
15        Montgomery, Alabama  36104
          (334) 206-3100, fax (334) 481-0801
16        rcb@rsjg.com
17
18
19
20
21
22
23
24
25
0273
 1             (8:30 a.m.)
 2             BRUCE D. PERRY, M.D., Ph.D.,
 3   having been previously duly sworn, testified as follows:
 4                      EXAMINATION
 5   BY MR. McCONNELL:
 6        Q.   Good morning, Dr. Perry.  How are you?
 7        A.   Fine.  Thank you.
 8        Q.   Couple times yesterday you had referenced studies --
 9   peer-reviewed journal studies regarding Seroquel; is that
10   right?
11        A.   Yes.
12        Q.   And we talked a little bit yesterday about how those
13   studies pretty much always have a limitations section at the
14   end, correct?
15        A.   Correct.
16        Q.   And you certainly -- in formulating your opinions,
17   you're not trying to stretch any of those studies past the
18   limitations acknowledged by the authors, are you?
19        A.   No.
20        Q.   Okay.  Now, my question to you, which may help me cut
```

Page 2

bp100908.txt
```
21   through this as opposed to going through all these studies --
22   but let me start by asking you, can you name a single
23   peer-reviewed study where the authors of the study conclude
24   that they have shown that Seroquel causes diabetes?
25        A.   No.
0274
 1        Q.   Can you point to any study where there is evidence of
 2   a link between patients who gained weight on Seroquel and
 3   patients who acquired a diagnosis of diabetes?
 4        A.   No.  None of the studies I looked at, that I recall,
 5   made that analysis.
 6        Q.   Have you yourself ever filed an adverse event
 7   relating to Seroquel?
 8        A.   No.
 9        Q.   Now, you mentioned yesterday the Catie study.
10        A.   Yes.
11        Q.   Are you familiar with that study?
12        A.   Elements of it.  I mean, there are lots of
13   publications that have come out of that.
14        Q.   Okay.  And I think that came up in the context when I
15   was asking you yesterday if Seroquel had a better EPS profile
16   than first-generation atypicals; is that right?
17        A.   Correct.
18        Q.   Okay.  And you said you didn't think it did based on
19   Catie, correct?
20        A.   Well, compared to perphenazine, it was -- you know,
21   it didn't.
22        Q.   You absolutely anticipated my follow-up question.
23   Catie involved only one FGA, correct?
24        A.   Correct.
25        Q.   Do you know why the people who did the Catie study
0275
 1   chose just perphenazine as the FGA?
 2        A.   I don't know why they did.  I mean, I can imagine
 3   that -- the complexity of a study with multiple would have
 4   been, you know, even more difficult than that study already was
 5   to conduct, so -- I'm sure they had some process that they went
 6   through to make that choice, but I don't know what that was.
 7        Q.   Haloperidol's another FGA, isn't it?
 8        A.   Correct.
 9        Q.   In fact, do you agree that haloperidol's probably
10   more widely prescribed in this country among FGAs than
11   perphenazine?
12        A.   I don't know the data, but I would not -- I would be
13   surprised if it wasn't.
14        Q.   Okay.  Do you agree that haloperidol is associated
15   with relatively high rates of movement side effects called
16   extrapyramidal side effects?
17        A.   Than -- than what?
18        Q.   Okay.  No.  That's a fair question.  Would you agree
19   that haloperidol's associated with higher rates of EPS than
20   second-generation atypicals?
21        A.   My understanding is that, in general, it is.
22        Q.   All right.  Among the second-generation atypicals, do
23   you agree that Seroquel has a better EPS profile than Risperdal
24   or olanzapine?
25        A.   Again, I think that that's accurate based upon the
0276
 1   way they rank-ordered those side effects.
 2        Q.   Now, are you aware that in the Catie study there
 3   actually was an examination of metabolic syndrome, among other
 4   end points?
 5        A.   I knew that that was part of what they were looking
```
Page 3

bp100908.txt

```
 6    at, yeah.
 7         Q.    And isn't it the case that for Seroquel there were
 8    fewer patients with metabolic syndrome at three months than at
 9    baseline?
10         A.    Honestly, I don't know that for sure.  If you say
11    that that's accurate, I have no reason to doubt it.
12         Q.    I have no further questions.  Thanks, Doctor.  Turn
13    it over to Brock.  Thank you.
14               (8:34 a.m.)
15                         EXAMINATION
16    BY MR. BROCK:
17         Q.    Good morning again.
18         A.    Good morning.
19         Q.    And just for the record, we've met.  I'm Mike Brock.
20    I'm also one of the lawyers representing AstraZeneca.  I'm
21    going to try to move through Ms. Guinn's case as quickly as we
22    can today.
23         A.    Sure.
24         Q.    Many of the questions I will ask are similar to the
25    ones that you were asked yesterday, so shouldn't be any
0277
 1    surprises today.  But if I ask a question you don't understand
 2    or if I word it poorly, just let me know and I'll try to
 3    rephrase.  Just a few questions in terms of your background and
 4    your present practice before we get to Ms. Guinn.
 5               Could you just walk me through, at present, how
 6    you spend your time in a typical week?
 7         A.    Sure.  I think -- gosh.  A typical week would be --
 8    maybe one day would be on the road, going to some other
 9    community to teach.  Usually, that's an interdisciplinary group
10    that includes physicians of different sorts, social workers,
11    sometimes attorneys.  Most of the focus of that teaching is on
12    brain development, the impact of developmental trauma and so
13    forth on children and clinical interventions related to that.
14         Q.    When you say "brand development," are you talking
15    about the Child Trauma Academy brand or --
16         A.    Brand development?
17         Q.    I thought you said "brand development."
18               THE WITNESS:  Did I?
19               MR. FIBICH:  I think so.
20         A.    Brain development.
21         Q.    (BY MR. BROCK)  Brain.
22         A.    Brain development.
23         Q.    Brain.  Okay.  I thought you said "brand."  My
24    apologies.
25               MR. FIBICH:  North Dakota accent.
0278
 1         A.    My North Dakota accent.  Sorry.  Brain development.
 2    What the heck?
 3         Q.    (BY MR. BROCK)  All right.  Talking about brain
 4    development --
 5         A.    Brain development.  Sorry.
 6         Q.    -- and focussing on child and adolescent care.
 7         A.    Correct, correct.
 8         Q.    Yesterday, you mentioned that the $12,000 a day you
 9    would charge for appearing at trial was less than what you
10    received for speaking and teaching.
11         A.    Correct.
12         Q.    Is it this one-day-a-week activity that you're
13    talking about where you make $12,000 or more for speaking
14    engagements?
15         A.    That's one of the things that we do, yeah.
16         Q.    Okay.
```

Page 4

bp100908.txt

17      A.    It's my -- the typical honoraria is $18,000 a day,
18 $20,000 a day on weekends, although we negotiate with
19 communities based upon, you know, mission and other aspects.
20 So -- but it's roughly -- typically is around 15.
21      Q.    Okay.  In terms of the number of attendees at these
22 meetings, how many people will be there?
23      A.    Oh, it can range from 1200 to 250.  You know, some --
24 in some cases, there will be a more select clinical training,
25 sort of program development process, which is another way I
0279
1 spend my time with some of the organizations that we work with
2 that work with these children or -- whether it's, you know, the
3 Attorney General of California or the -- you know, the Ministry
4 of Children's Services in Alberta or -- sometimes it's a child
5 welfare organization that has a -- does a lot of work with
6 children who are in foster care, for example.
7      Q.    Okay.  Have the lawyers talked to you about appearing
8 at the trial of Ms. Guinn's case in February of 2009?
9      A.    Not directly, no.
10      Q.    Okay.  Let me just ask a question about your charges
11 for appearing at trial.  Just hypothetically --
12      A.    Sure.
13      Q.    -- if you were to fly to Orlando, say, on a
14 Wednesday --
15      A.    Right.
16      Q.    -- meet with the lawyers on Wednesday and then
17 testify on Thursday --
18      A.    Correct.
19      Q.    -- would your charge be $24,000 or $12,000?
20      A.    What I typically do is I'll use an hourly charge for
21 the travel day, and I don't usually include travel.  It will be
22 for whatever, you know, work I did for preparation and
23 meetings.  And then the day I testify, then I would give the
24 day charge.
25      Q.    Okay.
0280
1            MR. FIBICH:  He charges more for having to put
2 up with your questions.
3            MR. BROCK:  Probably an appropriate charge.
4      Q.    (BY MR. BROCK)  So, in the context of the typical
5 week that we're talking about, one day a week or so is spent on
6 the road traveling and teaching to community groups on the
7 issues of child and adolescent care?
8      A.    Roughly, yeah.
9      Q.    Okay.  All right.  Take me through the rest of the
10 typical week.
11      A.    Then the rest of the week will involve a variety of
12 activities, including doing web-based clinical and teaching
13 activities where I don't travel but we have people from various
14 sites participate in clinical training activities and --
15      Q.    Does this web-based clinical and teaching activity
16 include direct patient care, from your perspective?
17      A.    In some cases, there are the direct clinicians -- the
18 clinicians who are, you know, treating a child or working with
19 the family will present a case and talk about the child, talk
20 about some issue that they're struggling with, and we will, as
21 a group, have a discussion.  It's more like a clinical
22 consultation.
23            In most cases, it's framed -- you know, we have
24 training activities where the specific purpose of the activity,
25 even though it involves this clinical review and discussion, is
0281
1 to teach people about child development, neurodevelopment,
                              Page 5

bp100908.txt

```
 2   advances in working with children who've been maltreated and so
 3   forth.  So, we are not really part of the clinical team, but we
 4   have -- you know, we give recommendations on occasion to the
 5   clinicians.
 6       Q.    Okay.
 7       A.    And then there are other activities where we have
 8   more direct relationships with a site where the input is -- you
 9   know, our -- the family and the patient are aware that we are
10   part of -- you know, they're seeking our clinical input about
11   something and that we are essentially going to be a consultant
12   to the treatment group.
13       Q.    Okay.
14       A.    So, that will be maybe another -- I'll typically do
15   one or two of those a week.  And then there are a range of
16   activities.  You know, there's some direct patient care,
17   there's -- I do a lot of writing and essentially analysis of
18   data, meeting with people who are part of our clinical group
19   and so forth on -- you know, discussing different projects and
20   things like that.
21       Q.    Okay.  You mentioned yesterday that you have direct
22   care responsibility for approximately 20 to 25 patients.  Do
23   you remember saying that yesterday?
24       A.    Correct.
25       Q.    Are any of those patients adults?
0282
 1       A.    Several of them are adults, yes.
 2       Q.    And how is it that adults come to be seen in the
 3   Child Trauma Academy?
 4       A.    Well, there's a couple ways.  One is that they are
 5   people that I've been working with since they were adolescents
 6   and they're now young adults.  And the second way is that many
 7   of the people who are maltreated or traumatized when they're
 8   young end up having neuropsychiatric symptoms that persist into
 9   adult life, and so there will be occasions when I will do work
10   with adults who have had earlier developmental trauma.
11       Q.    Okay.  How many of the present 25 are adults?  Can
12   you give me your best judgment about that?
13       A.    I would say -- there's a number that I am part of
14   that treatment team process where, you know, maybe once a month
15   I'll give an update and hear how things are going.  I won't be
16   the one who's doing direct therapy, but I have -- I think
17   there's two -- three -- maybe three or four where I'm the
18   direct -- sort of the main clinical person.  We will have other
19   people that get involved in the care, but they would identify
20   me as their therapist.
21       Q.    Okay.  The three or four that you're referencing at
22   this point are three or four out of the 20 or 25 for which you
23   give primary care, primary psychiatric care?
24       A.    Yeah.
25       Q.    Okay.  Do you presently have privileges at any
0283
 1   hospitals in the Houston area?
 2       A.    No.
 3       Q.    Do you have privileges at any hospitals in Canada?
 4       A.    No.
 5       Q.    So, you don't regularly admit or see patients in a
 6   hospital setting?
 7       A.    Correct.
 8       Q.    You don't regularly prescribe medicines for diabetes,
 9   do you?
10       A.    No.
11       Q.    You don't regularly or as part of your practice
12   manage diabetes for any of your patients, do you?
```

Page 6

bp100908.txt

```
13       A.   No.
14       Q.   You don't routinely monitor patients for diabetes, do
15  you?
16       A.   No.
17       Q.   When did you start telling patients about the risk of
18  weight gain and glucose disregulation with respect to
19  antipsychotics?
20       A.   Well, I probably started talking about that directly
21  with patients -- I think we started talking about the potential
22  for weight gain, you know, early in 2000s.  And I think -- you
23  know, I have to say, as I said yesterday, we so rarely
24  prescribe antipsychotics that when we do we have a consent form
25  that has a list of all of the potential effects and the
0284
1   warnings and we sit down and talk with people.
2        Q.   Right.
3        A.   So, I'm assuming that, you know -- and I have to go
4   back and look at some of that stuff, but by 2004 when the Dear
5   Doctor warning came out, I'm pretty sure we incorporated that
6   into the template we have for --
7        Q.   Did you prescribe any first- or second-generation
8   antipsychotics in the decade of the Nineties?
9        A.   Sure, yeah.
10       Q.   Did you prescribe first-generation antipsychotics in
11  the decade of the Eighties?
12       A.   Yes.
13       Q.   With respect to the first-generation antipsychotics
14  that you prescribed in the Eighties and Nineties, did you
15  advise patients about any of the issues relating to weight gain
16  and glucose disregulation?
17       A.   In the Eighties and Nineties?
18       Q.   Yes.
19       A.   Probably not, not that I recall.  Most of what we
20  focussed on -- the things that we were targeting were EPS and
21  NMS and --
22       Q.   Beginning in the early 2000s when you began to tell
23  patients about issues concerning weight gain and glucose
24  disregulation, did you have a standard presentation that you
25  made to the patient, regardless of the antipsychotic that you
0285
1   were prescribing?
2        A.   Well, we didn't have a -- my recollection of all of
3   that is that we talked -- when someone was going to go on an
4   antipsychotic, we talked about EPS, we talked about tardive
5   dyskinesia, talked about the possibility of NMS; and then based
6   upon the specific profile of the medication, we would add in
7   whatever other elements were a particular feature of that
8   medication.
9        Q.   Have you written in any publication anywhere a
10  statement to the effect that you believe that second-generation
11  antipsychotics are related to the development of glucose
12  disregulation?
13       A.   Have I written that?
14       Q.   Yes.
15       A.   In a paper?
16       Q.   In a paper.
17       A.   I don't think so.
18       Q.   Or otherwise.
19       A.   No.
20       Q.   Other than your expert report in this case.
21       A.   Right, right.  Not that I'm aware of.
22       Q.   Okay.  So, the only place you have ever written that
23  second-generation antipsychotics may contribute to the
```

Page 7

bp100908.txt

```
24   development of glucose disregulation or weight gain is the
25   expert report that you've submitted in this litigation?
0286
 1        A.   Correct.
 2        Q.   Okay.  We talked about your typical week here in
 3   Houston and I need to understand a little better your practice
 4   in Canada, if that's okay.
 5        A.   Sure, sure.
 6        Q.   So, what months do you usually spend in Canada during
 7   the year?
 8        A.   Currently, it's variable.  I will go up probably
 9   every couple of months for four to five days, depending upon
10   the requests -- various requests from the province.  And
11   sometimes I won't be able to make it to one of the things they
12   want me to do and I'll participate by phone or we'll use
13   another web-based communication model.  But, typically, I'm up
14   there every couple months for three or four days.
15        Q.   Okay.  And is there an extended period of time in the
16   summer that you go to Canada to live and work?
17        A.   I try to.  I try to go up and incorporate sort of
18   holiday time, writing time, with my time up in Alberta.
19        Q.   Okay.  And a typical summer, how many weeks will you
20   spend in the Alberta, Canada, area?
21        A.   Oh, I don't know.  Six maybe.
22        Q.   Okay.  And describe for me, if you would, please,
23   your practice in Alberta.  What do you do up there?
24        A.   Basically, I teach and I provide consultation to
25   people in both government and people working with government
0287
 1   who are trying to help children who are maltreated and
 2   traumatized.  I will work with -- you know, when I originally
 3   went up there, I was working with multiple ministries.  I
 4   continue to work with them, but I'm contracted with the
 5   Ministry of Children's Services.  So --
 6        Q.   Do you provide direct patient care in Canada?
 7        A.   No.  I'm asked, on occasion, to help them review a
 8   difficult clinical situation.  I help set up a complex case
 9   review process for the province for the Department of
10   Children's Services, but I don't provide direct care.
11        Q.   Are you licensed to provide direct patient care in
12   Canada?
13        A.   I was.  I'm not.  I haven't been for the last two
14   years since I don't do it.
15        Q.   Did you at one time provide direct patient care in
16   Canada?
17        A.   I did for a few of the really difficult challenging
18   kids, yeah.
19        Q.   And those were all either children or adolescents?
20        A.   Correct.
21        Q.   All right.  Let's talk a little bit about Ms. Guinn.
22   Did you go back and look at any of her records between the
23   conclusion of the deposition yesterday and this morning?
24        A.   I looked at the -- that spreadsheet that Ms. Grainger
25   had provided, but I had other work I had to do because --
0288
 1        Q.   I understand.
 2        A.   So, I didn't realize -- preparation didn't seem to be
 3   of much use.
 4        Q.   No.  It's no problem.  I was just trying to get a
 5   sense for if you did anything sort of to help get ready for
 6   today different than what you did to get ready for the other
 7   two cases you were asked about yesterday.
 8        A.   No.  I sort of just told myself this would be a
```

Page 8

bp100908.txt

```
 9  continuation of the same extremely pleasurable experience.
10      Q.   Thank you.  Let me run through a few things with you
11  about Ms. Guinn and see if we have agreement about these
12  matters.  I probably have records here for most of the things
13  I'll ask you about.  If you want to see something, just let me
14  know and I'll see if I can find it.
15      A.   Okay.
16      Q.   And I don't know if you -- do you have any of her
17  records here today?
18      A.   I didn't bring -- all my records were on those CDs,
19  so I don't have them in paper form.
20      Q.   All right.  Let's just see if we agree about this:
21  Presently, Ms. Guinn is a 60-year-old female who has a
22  longstanding history of affective disorder, having been
23  diagnosed with major depression in 1987, major depression with
24  psychotic features in '97, and schizophrenia probably in the
25  Eighties but certainly by May of 2002.
0289
 1      A.   That sounds correct, sounds accurate, based upon what
 2  I recall.
 3      Q.   She has a significant medical history, including a
 4  diagnosis of hypertension in 1991, hypercholesteremia that was
 5  noted in 1989 for which she's been treated since 2001, and she
 6  is a long-term smoker of a pack-and-a-half a day for 37 years.
 7      A.   Correct.
 8      Q.   She has a longstanding history of obesity.
 9      A.   Correct.
10      Q.   Do you agree that her maximum weight prior to taking
11  Seroquel was 208 pounds?
12      A.   I don't recall that offhand, but I would not be
13  surprised and I trust you if that's what you say.
14      Q.   Okay.  The records that I've looked at show that she
15  has recorded weights of 208 pounds in 1994 and, again, of 208
16  pounds in 2000.  Do you agree with that?
17      A.   That sounds consistent with what I recall.
18      Q.   Okay.  She's also been diagnosed with chronic
19  obstructive pulmonary disease which is likely secondary to
20  smoking, and that diagnosis was made in 2000, correct?
21      A.   I know she had COPD.  I don't know the exact date she
22  was given that diagnosis.
23      Q.   A diagnosis of COPD would be consistent with her
24  extensive smoking history, correct?
25      A.   Correct.
0290
 1      Q.   Now, she has a significant family history for the
 2  development of diabetes, correct?
 3      A.   That -- I honestly didn't recall that, but I'm not
 4  surprised.
 5      Q.   Okay.  And when you say you're not surprised, why is
 6  that?
 7      A.   Just because I'm not surprised.  I mean, that -- I
 8  don't recall that as a something that she said.  In fact, for
 9  some reason, I think she said at some point that she didn't
10  have a history of diabetes in her family, but I may be wrong.
11  I may be misrecalling the way -- what she said in her
12  deposition, but --
13      Q.   See if this helps you.  I have seen in the medical
14  records that I've looked at that her family history for
15  diabetes is significant in that her father, two grandparents,
16  and a paternal uncle all have diabetes mellitus.
17      A.   That would be significant.
18           MR. FIBICH:  Object to form.
19      Q.   (BY MR. BROCK)  That would be significant, correct?
```

Page 9

bp100908.txt

```
20      A.    Yes.
21      Q.    Now, in evaluating Ms. Guinn's case, is it correct
22  that you did not note that she had a significant family history
23  for the development of diabetes mellitus?
24      A.    You know, at the time that I was reviewing the
25  medical records, I probably did note that, but I didn't recall
0291
1   it just now.
2       Q.    All right.  Now, when you say that having a family
3   history of a parent, two grandparents, and a paternal uncle as
4   having diabetes mellitus is significant, why do you say that?
5       A.    Because that's a risk factor for the development of
6   diabetes in the individual.
7       Q.    All right.  Now, did you also note in the medical
8   records that Ms. Guinn had elevated glucose readings as early
9   as 1992 that was 109, which was a fasting measurement, and 1997
10  which was 114 and was also a fasting measurement?
11      A.    I remember that she had mildly-elevated blood sugars
12  prior to taking Seroquel.
13      Q.    Okay.  When you see a patient who has elevated blood
14  glucose readings in the prediabetic range, does that tell you,
15  as a physician, that if the patient doesn't take good care of
16  herself, that she is on the road to the development of
17  diabetes?
18      A.    Well, it certainly tells me that she's got
19  prediabetic indicators and is at risk.
20      Q.    Okay.  Based on elevated glucose readings of 109
21  fasting in 1992 and 114 fasting in 1997, would you agree that
22  Ms. Guinn was prediabetic?
23      A.    Yes.
24      Q.    Okay.  And when you, as a physician, use the term
25  "prediabetic," what does that refer to?
0292
1       A.    It means that they're beginning to show signs of
2   difficulty regulating glucose.
3       Q.    Okay.  Do you agree that the development of diabetes
4   in any individual patient is a long process?
5       A.    Well, I think it -- I think it's a physiological
6   process that -- and those usually have relatively long
7   timelines, yeah.
8                 MR. FIBICH:  I object to the form of that
9   question, too.
10      Q.    (BY MR. BROCK)  Okay.  Now, when you say that it's a
11  relatively long process, what are you referring to there?
12      A.    Well, physiological systems have built-in homeostatic
13  mechanisms to try and keep, you know, the regulation of certain
14  key chemicals within a certain range; and as systems unwind or
15  become overloaded, it usually takes time for that homeostasis
16  to be sort of broken up.  So, usually, it takes time.
17      Q.    Okay.  So -- we talked yesterday about the idea that
18  age is a risk factor for the development of diabetes, correct?
19      A.    Correct.
20      Q.    Does Ms. Guinn carry the risk factor of age for the
21  development of diabetes?
22      A.    Yes.
23      Q.    And did she carry that risk factor at the time that
24  she started taking Seroquel in May of 2002?
25      A.    Yes.
0293
1       Q.    Is one reason that age is a risk factor for the
2   development of diabetes is that the more time that passes, the
3   more at risk one becomes for the development of diabetes
4   because of this long process that you described?
```

Page 10

bp100908.txt

```
 5         A.    Well, I -- I mean, you could speculate that that's
 6   the -- one of the mechanisms related to that, but I -- you
 7   know, I can't say that there's been an -- you know, I am
 8   unaware of people being able to look at the mechanism that's
 9   related to that, but that's a reasonable speculation.
10         Q.    All right.  In terms of what we understand about the
11   development of diabetes, it certainly can be said that one
12   explanation for the development of diabetes in an individual
13   patient is the passage of time.
14         A.    Well, I -- may I rephrase kind of what you're saying?
15         Q.    Sure.
16         A.    I think it is accurate to say that the length of time
17   that the system is strained or burdened by some of the
18   challenges that would push it out of homeostasis is a factor.
19         Q.    Okay.  So, then is what I said correct, that the
20   passage of time is one of the explanations for the development
21   of diabetes in some patients?
22         A.    Well, the passage in time in the presence of risk
23   factors that would overload the homeostatic mechanisms.
24         Q.    Okay.
25         A.    So -- but the passage of time, if those weren't
0294
 1   present, you know, that wouldn't put a strain on the
 2   homeostasis for glucose regulation.
 3         Q.    For Ms. Guinn, with the risk factors that we've
 4   already talked about --
 5         A.    Yes.
 6         Q.    -- the passage of time would be an explanation for
 7   the development of diabetes in her, correct?
 8         A.    I wouldn't want to --
 9               MR. FIBICH:  Object to form.
10         A.    -- use the word "explanation," but it's -- I would
11   say that it's a factor involved in the development of diabetes.
12         Q.    (BY MR. BROCK)  Okay.  The passage of time was a
13   factor in Ms. Guinn in the development of diabetes, true?
14               MR. FIBICH:  Object to form.
15         A.    I think that that's a reasonable comment, yeah.
16         Q.    (BY MR. BROCK)  Okay.  When was the last time that
17   you regularly treated adults with schizophrenia and major
18   depressive disorder?
19         A.    Oh, I -- actually, I've got adults that I work with
20   right now who have major depressive disorder.
21         Q.    Okay.  So, included within the patient set that you
22   described for me earlier would be patients that would be in
23   this category?
24         A.    That -- well, not -- that don't have schizophrenia
25   but have major affective disorder, sort of -- one has bipolar,
0295
 1   one as major depression and -- so, I'm currently working with
 2   adults that have some of those problems.
 3         Q.    Okay.  At any time in your practice, have you
 4   considered yourself to be a primary psychiatric provider for a
 5   large adult population?
 6         A.    No.
 7         Q.    Now --
 8         A.    Well, actually, may I -- actually, may I -- actually,
 9   I have, and if -- when I first came to Baylor College of
10   Medicine, I directed and ran the trauma recovery program at the
11   VA, and those were all adults.  Many of them had comorbid
12   schizophrenia, bipolar disorder, and the volume of patients was
13   quite high, and I did that for probably five to six years.
14         Q.    Okay.  And what period of time was that?
15         A.    Oh, I have to look at my CV.  I think when I came
```

Page 11

bp100908.txt
```
16  down here was 1991 or 2, so --
17       Q.   In the early Nineties?
18       A.   Yeah.  Early through mid Nineties, yeah.
19       Q.   Okay.  So, it's been over ten years since you have
20  regularly treated a large adult population as a primary
21  psychiatric provider, true?
22       A.   Correct.
23       Q.   Okay.  Now, Ms. Guinn's weight has historically
24  fluctuated, correct?
25       A.   Yeah.  My -- that's my recollection, yeah.
0296
1        Q.   All right.  Let me show you, if I could, the summary
2   that was furnished to us yesterday.
3                 (Perry Exhibit No. 38 marked.)
4        Q.   (BY MR. BROCK)  I'm going to show you Perry 38.  And
5   is this the summary that you received with regard to Ms. Guinn?
6        A.   This -- yeah.  I think this is it.
7        Q.   And did you utilize this summary in preparing the
8   expert report with regard to Ms. Guinn that was submitted to
9   us?
10       A.   Yes.  This is part of what I used.
11       Q.   Okay.
12                MR. FIBICH:  Mike, give me one minute.  I just
13  thought of something I've got to get out this morning.
14                MR. McCONNELL:  No problem.
15                (Recess from 9:05 a.m. to 9:10 a.m.)
16       Q.   (BY MR. BROCK)  Do you have in front of you now
17  Exhibit 4 --
18       A.   Yes.
19       Q.   -- and Exhibit 38?
20       A.   38, yes.
21       Q.   Okay.  And for the record, Exhibit 4 is your report
22  with regard to the Guinn case, correct?
23       A.   Correct.
24       Q.   And Exhibit 38 is the medical records summary that
25  was furnished to you through plaintiffs' counsel and on which
0297
1   you relied to prepare, in part, your expert report.
2        A.   Correct.
3        Q.   Now, if you turn to Page 2 of the summary, do you see
4   that the summary that was provided to you begins in September
5   of 2001?
6        A.   Correct.
7        Q.   All right.  And there is a -- there's no weight or
8   laboratory information indicated there, but there is a comment
9   about Lescol being dispensed.  Do you see that --
10       A.   Right.
11       Q.   -- if you read across to the right?  And what is
12  Lescol?
13       A.   It's a medication that helps manage lipid regulation.
14       Q.   Okay.  And that would be for the hypercholesteremia
15  that had been diagnosed earlier that we talked about a few
16  minutes ago?
17       A.   Correct.
18       Q.   Now, in understanding whether Seroquel might have
19  contributed to Ms. Guinn's weight gain, is it important to know
20  her weight history from early adulthood to the point of time
21  when she started taking Seroquel?
22       A.   It would be helpful, yes.
23       Q.   And it would be important to know if she's a patient
24  that cycles with regard to her weight, correct?
25       A.   Correct.
0298
```

bp100908.txt

```
 1        Q.    When we use the term "cycle," we mean a patient who
 2   goes up and down over her life-span, correct?
 3        A.    Correct.
 4        Q.    And that's something that patients with schizophrenia
 5   often do, correct?
 6        A.    That's something that people of all sorts tend to do.
 7        Q.    Right.  But you've seen that in your practice and it
 8   is recorded in the medical literature that folks with
 9   schizophrenia, because of irregular lifestyle and that type of
10   things, do have a tendency to cycle with their weight, correct?
11        A.    Correct.
12        Q.    Now, do you know what Ms. Guinn's lowest reported
13   weight is in adulthood?
14        A.    No.
15        Q.    Would it surprise you to know that her lowest
16   recorded weight in adulthood is 110 pounds?
17              MR. FIBICH:  Object to the form.
18        A.    Yeah, that would be surprising.
19        Q.    (BY MR. BROCK)  All right.  And why would you say
20   that that is surprising?
21        A.    Because the majority of the weights that I saw, you
22   know, for a long time period was that she was quite heavy.
23        Q.    Now, if a patient has a tendency to cycle with regard
24   to weight over their life-span, would that be evidence that
25   would tend to show that Seroquel did not cause weight gain
0299
 1   during the period of time of ingestion?
 2        A.    It could be.
 3              (Discussion off the record at 9:14 a.m.)
 4              (Perry Exhibit No. 39 marked.)
 5        Q.    (BY MR. BROCK)  I'm going to hand you Exhibit 39,
 6   just to keep us going.  We'll staple it in a minute, if that's
 7   okay.
 8        A.    Sure.
 9        Q.    This is a letter that is written by Dr. Stephen
10   Kotzen of North Miami Beach, Florida, dated May 13th, 1988.  Do
11   you see that?
12        A.    I do.
13        Q.    And if you turn to the last page, you'll see that he
14   has signed that letter, correct?
15        A.    Correct.
16        Q.    All right.  And do you see on the second page he is
17   recording some information about physical examination?
18        A.    Correct.
19        Q.    And he records that height is 64-and-a-half inches
20   and weight is 166 pounds, correct?
21        A.    Correct.
22        Q.    For her height and weight, she would be considered
23   obese at that point of time?
24        A.    I think so, yeah.
25        Q.    Now, if you turn back a page, do you see in the
0300
 1   second full paragraph, about three-quarters of the way down,
 2   there is a sentence that begins "She was divorced
 3   one-and-a-half years ago"?  Do you see that?
 4        A.    Yes.
 5        Q.    "And went back to work during the separation after a
 6   hiatus of ten years."  Do you see that?
 7        A.    Yes.
 8        Q.    All right.  If you come down just a little bit more
 9   to the last paragraph, do you see that she says -- let me start
10   over.
11              If you come down to the last paragraph, do you
```

Page 13

bp100908.txt

```
12    see that it is recorded by the physician that at the time of
13    her divorce, she weighed 111 pounds?
14         A.    Correct.
15         Q.    Do you have any reason to believe that any of this
16    information is not accurate?
17         A.    What I know is that apparently she was actually
18    weighed in the doctor's office; and, you know, I would
19    interpret this as her reporting to him that that's what she
20    weighed.  So, I don't know whether he weighed her at the time
21    of her divorce or whether she's reporting that.  If she's
22    reporting that, I would -- it would sound less -- I think you
23    just have to take that into consideration as what she said.  I
24    don't think it carries the same weight as if she had been
25    weighed by him.
0301
1         Q.    All right.  Do you see that at the -- in that
2    sentence, if you finish it out, "At the time of her divorce,
3    she weighed 111 pounds, and has been gaining weight since."
4              Do you see that?
5         A.    Yes.
6         Q.    So, if this is her self-reporting what she weighed a
7    year and a half earlier, she's also giving the narrative
8    summary that since the time of her divorce, that her weight has
9    been steadily gaining, correct?
10        A.    Correct.
11        Q.    Do you have any information about her weight in 1987
12    that is different about her report of being 111 pounds on May
13    13th, 1988?
14        A.    No.
15        Q.    As far as you know, if we look at all the records
16    that we have on Ms. Guinn, the most accurate record that we
17    have about her weight in 1986 or 1987 is the report that we
18    have here which records a weight of 111 pounds.
19        A.    That -- yeah.  Her self-report of 111, correct.
20        Q.    Now, in the context of practicing medicine, you
21    understand that physicians take a history and physical -- a
22    history from the patient in order to evaluate their condition,
23    correct?
24        A.    Correct.
25        Q.    And it would be appropriate to record information
0302
1    that the patient gives to the physician about weight gain in
2    past years, correct?
3         A.    Certainly.
4         Q.    Do you have any reason to dispute Ms. Guinn's
5    statement that she weighed 111 pounds at the time of her
6    divorce?
7         A.    No.
8         Q.    Do you dispute that she had significant weight gain
9    from the time of her divorce in 1987 to her visit with
10   Dr. Kotzen on May 13th, 1988?
11        A.    No.  Excuse me.  No.
12        Q.    Can you give the jury an explanation as to why she
13   gained 55 pounds during that period of time?
14        A.    No.
15        Q.    Certainly wasn't related to Seroquel.
16        A.    Not as far as I can see.
17        Q.    Now, do you know when Seroquel was first introduced
18   to the market in the United States?
19        A.    I want to say late Nineties, '97 -- is that --
20        Q.    Yeah.  So, certainly in the early 1980s she wasn't
21   taking Seroquel, was she?
22        A.    No.
```

Page 14

bp100908.txt
```
23        Q.   All right.   Now, are you aware of the fact that by
24   1994, Ms. Guinn's weight had increased to 208 pounds?
25        A.   By 1994?
0303
 1        Q.   Yes.
 2        A.   I -- you know, I knew that her weight was high.  I
 3   didn't remember the specific number.
 4                  (Perry Exhibit No. 40 marked.)
 5        Q.   (BY MR. BROCK)  I'm going to show you Exhibit 40,
 6   which is a 09-26-94 office record of Dr. Eugene Ramsay with
 7   regard to Linda Guinn, and I'd ask you to look at the
 8   examination portion of the document and confirm for the jury,
 9   if you would, please, that her weight is recorded as 208.
10        A.   Certainly.
11                  MR. FIBICH:   You got any more copies?
12                  MR. BROCK:  Maybe.  I do.  I'll get you one in
13   just a second.
14                  MR. FIBICH:   If it's going to slow you down,
15   I'll just read along with the witness.
16        Q.   (BY MR. BROCK)  Is that correct?
17        A.   That's correct.
18        Q.   In 1994, her weight was 208?
19        A.   Correct.
20        Q.   Now, that weight of 208 is not recorded in your
21   medical records summary, nor is it recorded in your expert
22   report, correct?
23        A.   Correct.
24        Q.   You also don't record the 55-pound weight gain
25   between '86 and '88, do you?
0304
 1        A.   No.
 2        Q.   What caused Ms. Guinn's weight gain of -- from 166
 3   pounds to 208 pounds between 1988 and 1994?
 4                  MR. FIBICH:   Object to form.
 5        A.   I -- I don't know.
 6        Q.   (BY MR. BROCK)  Now, if you will look at your report
 7   quickly -- do you have that there?
 8        A.   Yes.
 9        Q.   And if you'll come to the second page of the report,
10   there's a paragraph at the bottom that begins "Linda Guinn
11   appears to have developed diabetes following the use of
12   Seroquel."  Do you see that?
13        A.   Yes.
14        Q.   And then if you turn the page, you'll see that you
15   have stated, about five lines down, "Her closest documented
16   weight at the start of taking Seroquel in June of 2002 when she
17   weighed" -- "was in June of 2002 when she weighed 155 pounds."
18                  Do you see that?
19        A.   Correct.  Yes, I do.
20        Q.   Now, the 155 that you reference there, is that a
21   weight that you took from the medical records summary on Page
22   3?
23        A.   Yes, it is.
24        Q.   Do you see that there is a weight recorded there of
25   155 pounds?
0305
 1        A.   Yes.
 2        Q.   Do you know that there was also a weight taken of
 3   Ms. Guinn while she was in the hospital in May and that that
 4   weight was 160 pounds?
 5        A.   I didn't -- I didn't recall that specifically, no.
 6        Q.   Well, that would be important to know, wouldn't it?
 7        A.   Potentially, yes.
```
                                Page 15

bp100908.txt
```
 8         Q.    Because it will impact on what is happening with
 9    Ms. Guinn in the early months of her treatment on Seroquel,
10    correct?
11         A.    Correct.
12         Q.    And it's your belief that if Seroquel contributes to
13    weight gain, that that most likely happens in the early stages
14    of treatment, correct?
15         A.    Well, it's my understanding that the -- in general,
16    that the weight gains happened in the first five to six months
17    and then there's a slow increase, continuing weight gain, that
18    happens at a slower rate after that.
19         Q.    Right.  I believe you actually said yesterday that
20    the reports show that there is some weight gain that is seen in
21    some of the studies in the first three to three-and-a-half
22    months, correct?
23         A.    Early, correct.
24         Q.    Right.  That's what you said yesterday, right?
25         A.    That's my recollection, yes.
0306
 1         Q.    Now -- so, the baseline weight for Ms. Guinn, if
 2    we're trying to evaluate what happened in the early months of
 3    treatment, is important, isn't it?
 4         A.    Yes.
 5               (Perry Exhibit No. 41 marked.)
 6         Q.    (BY MR. BROCK)  Is Exhibit 41 the note of June 19th,
 7    2002, that shows a weight of 155?
 8         A.    Yes.  That looks like that's what it is.
 9               (Perry Exhibit No. 42 marked.)
10         Q.    (BY MR. BROCK)  I'm going to show you Exhibit 42,
11    which is a record from the Palmetto General Hospital.  The
12    record I'd like to direct your attention to is dated 04-29-02,
13    and I'll ask you to confirm for the jury that the recorded
14    weight on 04-29-02 is 160 pounds.  It's on about the fourth
15    page.
16         A.    Looks like she grew 2 inches, too.  She has -- she's
17    5'-6" in this one and this one says she's 5'-4".  So, maybe she
18    does -- those extra 2 inches added those 5 pounds.  Sorry.
19         Q.    Will you answer my question?
20         A.    Yes.  I'm sorry.  Yes.
21         Q.    Does the record of the Palmetto General Hospital
22    record that she weighs 150 -- 160 pounds --
23         A.    60.
24         Q.    -- at the time of admission?
25         A.    Yes, sir.
0307
 1         Q.    And that is the closest weight that we have in
 2    proximity to her beginning Seroquel, correct?
 3         A.    Yeah.  I think that's correct.
 4         Q.    And so between early May when she started taking
 5    Seroquel and the June note that you referenced in your expert
 6    report, the medical records reflect that she actually lost 5
 7    pounds, correct?
 8         A.    Correct.
 9         Q.    And you did not note that in your expert report, did
10    you?
11         A.    No.
12         Q.    And that was not noted in the medical records summary
13    that was furnished to you, was it?
14         A.    No.
15         Q.    Now, by July of 2002, her weight was recorded as 161
16    pounds, correct?
17         A.    Correct.
18         Q.    And then in August, her weight was 166 pounds,
```
Page 16

bp100908.txt
```
19  correct?
20       A.    Correct.
21       Q.    So, between the time she began Seroquel in early May
22  and July 9th of 2002, the medical record does not reflect
23  weight gain, does it?
24       A.    To July, no.  It looks like it's roughly the -- she's
25  around the same weight.
0308
 1       Q.    You would say that it would be roughly equivalent,
 2  correct?
 3       A.    Correct.
 4       Q.    So, in the early periods of treatment, Ms. Guinn,
 5  according to the medical records, did not gain weight.
 6       A.    That looks accurate, yes.
 7       Q.    Let me run through a few pre-Seroquel weights with
 8  you and see if these are consistent with your recollection of
 9  the -- of your review of the chart.  On 9-24 of '94, she
10  weighed 208 pounds.  And that's the record we looked at a few
11  minutes ago, correct?
12       A.    Correct.
13       Q.    The Citrus Health Network records reflect that in
14  February of 1995, her weight was down to 180 pounds.  Do you
15  recall that?
16       A.    I don't recall that specifically, but I do recall
17  fluctuations of weight.
18       Q.    Do you dispute that her weight was down to 180 by
19  February of 95?
20       A.    No.
21       Q.    Then the records show that by March of 1999, her
22  weight was back up to 194 pounds.  Do you agree with that?
23       A.    I'm -- I trust your summary of the record.
24       Q.    Okay.  And then in January of 2000, she's back again
25  to her all-time high of 208 pounds, correct?
0309
 1       A.    If -- again, I have no -- I trust your representation
 2  of the summary.
 3             (Perry Exhibit No. 43 marked.)
 4       Q.    (BY MR. BROCK)  Exhibit 43 is a Humana record from
 5  1-19 of 2000, and does it record a weight of 208?
 6       A.    Yes, sir.
 7       Q.    Then in the period predating her Seroquel use, she
 8  shows in September of 2001 a weight of 173, October of '01 of
 9  174, and January of '02 of 174.  Is that consistent with your
10  recollection?
11       A.    Again, my recollection was that her weight
12  fluctuated, but I didn't memorize specific weights at specific
13  dates.
14       Q.    Okay.
15             (Perry Exhibit No. 44 marked.)
16       Q.    (BY MR. BROCK)  Just for completeness so you'll have
17  the background for it, I'll show you Perry Exhibit 44.  And
18  tell the jury if that records a weight on September 7th of 2001
19  of 173.
20       A.    Yes, it does.
21             (Perry Exhibit No. 45 marked.)
22       Q.    (BY MR. BROCK)  And is Exhibit 45 a record of 10-15
23  of 2001 that records a weight of 174?
24       A.    Yes, it does.
25       Q.    All right.  So, you agree with me generally that this
0310
 1  is a patient whose weight has cycled over time prior to
 2  beginning the initiation of Seroquel therapy, correct?
 3       A.    Yes.
```
                              Page 17

bp100908.txt
```
 4         Q.    And there have been wide swings in her weight during
 5    her adult life, correct?
 6         A.    Correct.
 7         Q.    There have been times when she's been up over 200
 8    pounds and times when she's been in the 175 range and times
 9    when she's been in the 160 range.
10         A.    Correct.
11         Q.    But we've seen that there are times when she has
12    dramatic weight gain or loss over a short period of time.
13         A.    Apparently so, yes.
14         Q.    Now, people in the United States gain weight without
15    regard to the ingestion of antipsychotic medications, correct?
16         A.    Correct.
17         Q.    And we've seen from Ms. Guinn's history that her
18    weight was cycling pretty dramatically even before she started
19    taking Seroquel, correct?
20         A.    Correct.
21         Q.    And do you have the point of view as you sit here
22    today that Ms. Guinn's weight gain on Seroquel is associated
23    with the ingestion of the medicine?
24         A.    Well, part of what I obviously need to do is
25    reevaluate an analysis of these weights, but I do think that
0311
 1    it's highly likely that it contributed to her weight gains
 2    while she was on the medication.
 3         Q.    All right.  You're familiar with the concept of
 4    placebo-controlled randomized clinical trials, correct?
 5         A.    Correct.
 6         Q.    And just to work through a few basics of that
 7    concept, "randomized" means that you're trying to organize
 8    patient populations that are similar, correct?
 9         A.    Correct.
10         Q.    In other words, if you're going to do a randomized
11    study against placebo, you want the patients that are in the
12    active medicine to have characteristics that are similar to the
13    patients that are on placebo, correct?
14         A.    Correct.
15         Q.    And it's that randomization that helps you understand
16    if there's an effect of the medicine, correct?
17         A.    Correct.
18         Q.    Because -- if you take the issue of weight gain, we
19    know that people, especially schizophrenics, are going to
20    sometimes cycle with their weight up and down, whether they're
21    taking an antipsychotic or not, correct?
22         A.    Correct.
23         Q.    So, the issue that you need to get at as you look at
24    this case -- that is, Ms. Guinn's case -- is the issue of did
25    Seroquel cause the weight gain or is this just something that
0312
 1    is part of her continuing pattern of cycling, correct?
 2         A.    Correct.
 3         Q.    Now, when we talk about placebo-controlled trials,
 4    the reason that we have a placebo control is that we want to
 5    understand what the background rate is in a similar population,
 6    correct?
 7         A.    Correct.
 8         Q.    And you agree, do you not, that there is a background
 9    weight -- rate for weight gain in schizophrenic patients?
10         A.    I'm sorry.  Could you repeat that again?
11         Q.    Some schizophrenics will gain weight whether they're
12    on an antipsychotic or not, correct?
13         A.    Correct.
14         Q.    I mean, we've seen Ms. Guinn gain weight and lose
```
Page 18

bp100908.txt

15  weight when she was not on an antipsychotic, correct?
16      A.   Correct.
17      Q.   All right.
18      A.   And, you know, just to clarify, you keep referring to
19  her as having schizophrenia.  I'm not sure that's the current
20  working diagnosis that her clinicians are using, but -- just to
21  clarify.
22      Q.   In her life, she has carried the diagnosis of
23  schizophrenia, correct?
24      A.   She was given that diagnosis at one time, correct,
25  and carried it for a while.  Again, my understanding is that's
0313
1  been modified to be some form of bipolar affective disorder,
2  but --
3      Q.   All right.  Patients with bipolar disorder will cycle
4  with regard to their weights, correct?
5      A.   People with no diagnosis with cycle with respect to
6  their weight.
7      Q.   Right.  So, one of the things that you will be --
8  that you're doing in this case is you're trying to understand
9  is Ms. Guinn's weight gain something that is naturally
10  occurring and consistent with her cycling pattern or is it
11  something that's caused by the medicine, correct?
12      A.   Something that's impacted by the medicine, yeah.
13      Q.   Now, you mentioned a minute ago that you thought it
14  might be wise for you to sort of reevaluate Ms. Guinn's
15  situation, given what you know now about the dramatic swings
16  that she's had in weight.  That's what you said just a minute
17  ago, correct?
18      A.   Well, I said that I will go back and reevaluate these
19  cycles in the weights as I move forward in this process.
20      Q.   So, you agree, don't you, that you can't state as you
21  sit here right now to a reasonable degree of medical and
22  scientific certainty that Ms. Guinn's weight gain during the
23  period of time that she was ingesting Seroquel was related to
24  the medicine?
25      A.   Currently, correct, yes.
0314
1      Q.   And if that's the case, you would also have to agree
2  that you could not state to a reasonable degree of medical or
3  scientific certainty that the development of diabetes in this
4  patient is related to Seroquel.
5      A.   No.  I don't think that they're the same thing
6  necessarily.  I'm -- the mechanism of the difficulty regulating
7  glucose and the onset of diabetes is -- may not, in fact, be
8  directly related to the weight issue.
9      Q.   All right.
10      A.   As you earlier pointed out, no studies have actually
11  made that connection.
12      Q.   Now, it's correct, is it not, that you do not have
13  the expertise to explain to the court or to the jury the
14  mechanism through which Seroquel might contribute to the
15  development of diabetes; is that true?
16          MR. FIBICH:  Object to form.
17      A.   No.  I actually have the expertise that -- the
18  information is just not known to the field.
19      Q.   (BY MR. BROCK)  Okay.
20      A.   I could certainly explain -- you know, if there was a
21  known mechanism of action, I could certainly explain the
22  physiology to the jury.
23      Q.   Okay.  As you sit here today, you can't say that
24  Ms. Guinn's weight gain caused or contributed to the
25  development of diabetes in her, correct?
                              Page 19

bp100908.txt

0315
1          A.    I can't say that it's the weight gain, correct.
2          Q.    Now, if we take weight gain out of the picture, you
3    would agree with me, would you not, that in your expert report
4    the only possible mechanism that you identified that possibly
5    led to the development of diabetes in Ms. Guinn was the
6    mechanism of weight gain?
7          A.    No, that's not correct.  I didn't -- I did not talk
8    about mechanism in my report.  And I think as we discussed
9    yesterday, the mechanisms are not known.
10          Q.    All right.  So, do you agree that you can't state to
11    a reasonable degree of medical certainty that there's a
12    mechanism other than weight gain that causes diabetes in
13    patients?
14          A.    Well, I could state within a reasonable degree of
15    medical certainty that there is an increased risk for the
16    development of diabetes by taking Seroquel --
17          Q.    In --
18          A.    -- and that the mechanism is unknown.
19          Q.    All right.  In Ms. Guinn's case, what you identified
20    in your expert report as the item that was causally related to
21    the development of diabetes was the issue of weight gain,
22    correct?
23          A.    I don't think that that's the way I describe that.
24          Q.    Can you tell me as you sit here now when you say
25    that -- let's strike that.
0316
1                When you say that you need to reconsider the
2    weight gain issue in light of the things that we've just
3    discussed --
4          A.    Yes.
5          Q.    -- is it correct that the reconsideration of the
6    weight gain issue may also mean that Seroquel did not
7    contribute to the development of diabetes in this patient?
8          A.    I -- I guess -- I'm sorry.  Can you say that again?
9          Q.    I'll try to.  I'll try to.
10          A.    I'm trying to --
11          Q.    You have said that you can't state to a reasonable
12    degree of medical certainty today that Seroquel contributed to
13    Ms. Guinn's weight gain, correct?
14          A.    Correct.
15          Q.    That being the case, you can't state today that
16    Seroquel caused or contributed in any way to the development of
17    diabetes in Ms. Guinn, true?
18          A.    No.  I -- they're -- they're two different
19    phenomenon, and they very well may be interrelated.  But as I
20    said before, it's -- the mechanism by which Seroquel causes
21    diabetes may very well be a direct action on, you know,
22    adrenergic receptors and pancreatic cells that are involved in
23    the regulation of glucose as opposed to, you know, some
24    indirect effect through weight gain.
25                So, I still believe and feel that there is a
0317
1    temporal association with her taking Seroquel and her
2    developing diabetes, I still believe that it is a contributing
3    factor, and I think that, you know, the data that are out there
4    about the increased risk support that conclusion.
5          Q.    Okay.  Now, you have said to Mr. McConnell that you
6    couldn't identify a placebo-controlled clinical trial that
7    reflects an increased risk for the development of diabetes in
8    patients, correct?
9          A.    No.  I said that I couldn't identify a
10    placebo-controlled controlled study that was able to document
                              Page 20

bp100908.txt
11  that it caused diabetes.
12      Q.    Fair enough.  Fair enough.
13            All right.  Now, do you agree that as you sit
14  here today you can't state to a reasonable degree of medical
15  certainty any specific mechanism that may have caused or
16  contributed to the development of diabetes in Ms. Guinn?
17      A.    I -- I don't have any unusual expertise that
18  everybody else in the field has, so, no.
19      Q.    So, let me make sure I got a good question and a good
20  answer to this one.  So, you can't state to a reasonable degree
21  of medical certainty as you sit here today a mechanism through
22  which Ms. Guinn acquired diabetes that would be related to
23  Seroquel.  That's true, isn't it?
24      A.    What is true is that I can tell you that there is not
25  a known mechanism that anyone can state with a reasonable
0318
 1  degree of medical certainty how this increased risk comes
 2  about.  There are a number of plausible explanations, but I
 3  don't think there's any evidence that supports one versus the
 4  other.
 5      Q.    Right.
 6      A.    And my understanding is the mechanism has not been
 7  determined.
 8      Q.    Right.  So, I want to just get right now what
 9  Dr. Perry knows, okay?
10      A.    Okay.
11      Q.    So, it's true, is it not, that Dr. Perry cannot state
12  to a reasonable degree of medical or scientific certainty a
13  mechanism through which Seroquel causes or contributes to
14  diabetes?  That's true, isn't it?
15      A.    Are you asking me whether I know any plausible
16  mechanisms --
17      Q.    No.
18      A.    -- or whether I know the mechanism?
19      Q.    I'm asking you if you can give to the jury
20  information -- expert information that you know the mechanism
21  through which Seroquel may contribute to the development of
22  diabetes.
23            MR. FIBICH:  Object to form.
24      Q.    (BY MR. BROCK)  Or is it, as you say, no one knows
25  that?
0319
 1      A.    My understanding is that that is something that's
 2  under investigation, but nobody knows that.
 3      Q.    What is it that you think you need to do to better
 4  understand Ms. Guinn's cycling issue in terms of whether
 5  Seroquel may have contributed to her weight gain?
 6      A.    I think I'll probably do a much more detailed
 7  dose-weight analysis and then look carefully at the other
 8  weights that you've identified and see whether there are
 9  factors that could potentially contribute to weight gain and
10  try to get an understanding of what her equilibrium factors
11  were at the time she started.
12      Q.    All right.  Let me turn my attention now to the
13  benefit that Ms. Guinn derived from the medicine.  Did you look
14  at the hospital records from Palmetto that relate to her
15  admission of May of 2002?
16      A.    Yes.
17      Q.    And you agree, do you not, that she presented to the
18  hospital in a state in which she was confused and agitated and
19  hallucinating?
20      A.    Correct.
21      Q.    And she was appropriately worked up in the emergency
                              Page 21

bp100908.txt

22   department and admitted to the intensive care unit, correct?
23        A.   That's my understanding.
24        Q.   And that would be an appropriate thing to do for a
25   patient that was agitated and confused, correct?
0320
1        A.   Correct.
2        Q.   You saw that there was an evaluation done on her that
3   related to her admission to the hospital that basically stated
4   that Ms. Guinn, if released from the hospital, could be a
5   threat to herself?
6        A.   Correct.
7        Q.   And we know that because she had already attempted
8   suicide.
9        A.   Correct.
10       Q.   Did you see in the medical records where there were
11   times when she was in the hospital where she actually had to be
12   put in four-point restraints?
13       A.   Yes.
14       Q.   And so the jury understands, four-point restraints
15   means they've tied your arms and your legs basically to the bed
16   but in soft restraints so that you can't do self-harm.
17       A.   Correct.
18       Q.   Or harm to others.
19       A.   Correct.
20       Q.   And from your review of the records and depositions,
21   do you agree that it was appropriate to protect her from
22   herself by putting her in four-point restraints?
23       A.   From what I could see, yes.
24       Q.   Now, in the period of time leading up to her
25   admission to Palmetto Hospital in May of 2002, do you agree
0321
1   that she had been given a number of other antipsychotics and
2   they weren't working?
3        A.   I know that she was given other antipsychotics and
4   she still had a psychotic break.
5        Q.   Right.  One of the diagnoses that was made of her on
6   her admission to Palmetto Hospital was paranoid schizophrenic,
7   correct?
8        A.   Correct.
9        Q.   And based on the information the physicians had at
10   that time -- that is, May of 2002 -- you don't have any basis
11   for disagreeing with that diagnosis?
12       A.   Well, I would not have given her that diagnosis, but,
13   you know, that's -- I can see why they gave that diagnosis.
14       Q.   All right.  Given the presentation that you -- that
15   was made to the physicians in May of 2002, do you agree that it
16   was reasonable for them to conclude that the patient suffered
17   from paranoid schizophrenia?
18       A.   Again, I would not have given that diagnosis.  I
19   think that it was much more consistent with an acute psychotic
20   episode that could have been part of a very severe depression;
21   but, again, I can see why they gave that diagnosis.
22       Q.   Okay.  You agree that you weren't there to see the
23   patient and evaluate the patient hands-on, correct?
24       A.   Correct.
25       Q.   So, they were in a better position in that way to
0322
1   make that evaluation than you would be here several years
2   later, correct?
3        A.   At that point, sure.
4        Q.   Yeah.  Do you think they committed malpractice in --
5   or negligence in terms of their evaluation of the patient as
6   being paranoid schizophrenic?
Page 22

bp100908.txt

```
 7       A.    No.
 8       Q.    Okay.
 9       A.    That's -- these diagnostic -- you know, giving
10  someone a diagnostic label is something that -- you know, it --
11  this happens all the time.
12       Q.    All right.  So, it's reasonable --
13       A.    As you said, I have the hindsight of seeing that she
14  had a long history of affective disorder before and, since,
15  she's had a long history of affective symptoms, so it's more
16  consistent with a different disorder.
17       Q.    With what they were presented with in May of 2002,
18  you'd agree the diagnosis was appropriate.
19       A.    It was reasonable.  Again, it's not something I would
20  have given, but it's reasonable.
21       Q.    All right.  And the patient was started on Seroquel
22  therapy while in the hospital, correct?
23       A.    Correct.  That's my understanding.
24       Q.    The psychiatric community, when it admits a patient
25  to a hospital and puts a patient on antipsychotic therapy, the
0323
 1  goal is to get the patient to a place where they can care for
 2  themselves where they're not a risk to themselves or others and
 3  can be released from the hospital, correct?
 4       A.    Correct.
 5       Q.    And you saw that in the hospital record there were
 6  treatment goals like that for this patient.
 7       A.    Yes.
 8       Q.    And through the initiation of Seroquel therapy, this
 9  patient was able to be released from the four-point restraints
10  and actually return to the activities of daily living.
11       A.    Correct.  Seroquel -- excuse me.  Seroquel was part
12  of the intervention process.
13       Q.    Sure.  And do you agree that for this patient at this
14  point in time that Seroquel provided great benefit?
15             MR. FIBICH:  Object to form.
16       A.    I have every reason to believe that it was helpful in
17  decreasing her psychotic symptoms, yes.
18       Q.    (BY MR. BROCK)  It's recorded in the notes that she
19  was actually hallucinating and was out of touch with reality.
20  Is that something that's sometimes seen in patients with
21  psychosis?
22       A.    That's kind of the definition of psychosis.
23       Q.    It is?  Okay.  And that's a very serious thing to the
24  patient, is it not?
25       A.    Yes.
0324
 1       Q.    And second-generation antipsychotics are an effective
 2  means for treating those conditions, correct?
 3             MR. FIBICH:  Object to form.
 4       A.    Yes.
 5       Q.    (BY MR. BROCK)  Okay.  And in this particular case,
 6  the second-generation antipsychotic was helpful to this patient
 7  in relieving those symptoms --
 8             MR. FIBICH:  Object to form.
 9       Q.    (BY MR. BROCK)  -- from your view?
10       A.    Yes.
11       Q.    Okay.  Now, you saw in the record that before this
12  patient was released from the hospital, there was actually a
13  counseling session conducted with the patient about the
14  medicines that she would be taking upon discharge, correct?
15       A.    I recall something like that, yeah.
16       Q.    And do you recall the testimony of Dr. Nodal that he
17  had been prescribing first-generation antipsychotics since the
```

Page 23

bp100908.txt

```
18  early Eighties and that he then began to prescribe SGAs when
19  they became available?
20      A.   Yes.
21      Q.   And that he had a pretty standard speech that he gave
22  to patients who would be taking those medicines about the
23  risk-benefit profile, correct?
24      A.   He -- I remember him -- in his deposition, he said
25  that, yes.
0325
1       Q.   All right.  And that's an appropriate thing to do for
2   a physician, correct; that is, to advise of the risks of the
3   medicine?
4       A.   Correct.
5       Q.   And what he testified to is that he told patients who
6   took antipsychotics, whether they be first-generation or
7   second-generation, that they should watch their weight, they
8   should report to him immediately if they had hallucinations,
9   that they should watch for movement-type disorders, and that
10  type of thing, correct?
11           MR. FIBICH:  Object to form.
12      Q.   (BY MR. BROCK)  That's what he testified to?
13           MR. FIBICH:  Object to form.
14      A.   I don't remember the specific things he said.  I know
15  that he listed the classic -- you know, EPS and -- you know,
16  and he did say that he talked about weight, so --
17      Q.   (BY MR. BROCK)  And as you sit here today, I mean, do
18  you have any basis for challenging the credibility of Dr. Nodal
19  on that point?
20      A.   Well, I have to say his deposition struck me that he
21  was -- he said that he's always been giving the same -- exact
22  same warning, independent of what the drug was, as long as it
23  was a second-generation antipsychotic.  And I -- I may be
24  recalling this inaccurately, but I remember being struck by the
25  fact that he also said that he was warning about weight gain
0326
1   and hyperglycemic things even before it was something that was
2   generally shared with the physician population, so --
3       Q.   There's been information about weight gain and
4   hyperglycemia on the antipsychotics going back into the
5   Eighties though, correct?
6            MR. FIBICH:  Object to form.
7       A.   In some form, yeah.
8       Q.   (BY MR. BROCK)  Okay.  But in any event, I mean, his
9   testimony is that he advised about weight gain and the other
10  things that we've talked about.  And in terms of his
11  credibility on that point, you don't know him, you don't have
12  any reason to say that it's not true.
13           MR. FIBICH:  Object to form.
14      A.   No.  I don't have any reason to say that it's not
15  true.
16      Q.   (BY MR. BROCK)  Now, upon her discharge from the
17  hospital, she continued to do well on Seroquel, didn't she?
18      A.   I -- it's my understanding that it helped manage her
19  symptoms, yes.
20           MR. FIBICH:  Take a bathroom break while you're
21  getting your stuff together.
22           MR. BROCK:  That's fine.
23           (Recess from 10:01 a.m. to 10:07 a.m.)
24      Q.   (BY MR. BROCK)  By November of 2002, Ms. Guinn was
25  being seen by physicians and nurses at The Circle of Care,
0327
1   correct?
2       A.   Correct.
```

Page 24

bp100908.txt

```
 3        Q.    All right.
 4        A.    Right.
 5        Q.    In November of 2002, Ms. Guinn consulted with a nurse
 6   practitioner, Lana Meyer.  Do you remember seeing those
 7   records?
 8        A.    And I reviewed the records, but I -- there were --
 9   she actually had so many people that she saw there that I
10   couldn't remember all the names.
11        Q.    Well, she saw Lana Meyer for about a year, and then
12   Nurse Thompson --
13        A.    Nurse Thompson.
14        Q.    -- for a long period.
15        A.    And then there was also physicians that were kind of
16   in and out -- "in and out" might not be the right word -- that
17   were also part of that team, so --
18        Q.    Right.  Now, you agree that a patient has the right
19   to provide input as to decisions that are made regarding health
20   care, correct?
21        A.    Certainly.
22        Q.    And I believe you testified yesterday that it's many
23   times the case when the difficult cases come to you where you
24   practice that you will continue patients on the medicines that
25   they're on for a period of time if they say they're doing well
0328
 1   on that medicine, correct?
 2        A.    Correct.
 3        Q.    And then for cases where you initiate medicine
 4   therapy when the patient would come back, one of the things you
 5   would do as a physician would be to try to evaluate that, say,
 6   "How are you doing," right?
 7        A.    Correct.
 8        Q.    And that response that the patient gives you is
 9   important to your evaluation as to whether the medicine is
10   working or not, correct?
11        A.    Yes, sir.
12        Q.    If the patient comes in and says, "I'm not sleeping,"
13   or, "I'm hearing voices," and they're on a medicine that you've
14   prescribed, you would think about prescribing something else to
15   see if you could find another therapy that might work.
16        A.    Correct.
17        Q.    Or if there are other modalities that are available
18   to you other than medicine, you might consider those also.
19        A.    Correct.
20        Q.    All right.  For Ms. Guinn, consistently over a long
21   period of time, she reported to her health care providers that
22   Seroquel was working very well for her, correct?
23        A.    Correct.
24        Q.    In fact, by November of 2002, she reported to her
25   health care provider that she was not having any side effects
0329
 1   from Seroquel, no akathisia, dystonia, neuroleptic-induced
 2   Parkinson's, or tardive dyskinesia, correct?
 3        A.    Correct.
 4        Q.    And at that point, she says it's doing a fairly good
 5   job of controlling the psychotic symptoms, correct?
 6        A.    Correct.
 7        Q.    Now, when we talk about psychotic symptoms, what are
 8   they?
 9        A.    You may recall when she -- in her testimony in her
10   deposition, she talked about hearing voices in her head and
11   feeling like she was losing touch with reality and -- it's --
12   those are examples of psychotic symptoms.  Essentially, it's
13   when the normal, linear, rational form of processing sensory
```

Page 25

bp100908.txt

14    information breaks down and influences the way you perceive
15    things and the way you think and the way you process
16    information and you actually -- your brain starts to play
17    tricks on you both, sensory tricks and cognitive tricks.  You
18    have odd thoughts and you hear and perceive and sometimes even
19    see things that are really not there.
20        Q.   Okay.
21        A.   So --
22        Q.   Does medicine understand what causes those things to
23    happen?
24        A.   Well, I -- again, there are multiple -- it depends
25    upon your level of understanding.  There are mechanisms that
0330
1     people understand certain systems are involved in those
2     symptoms.  What exactly happens in those systems to cause those
3     problems is not well understood.  Again, there are a number of
4     plausible mechanisms that are suggested, but nobody knows for
5     sure.
6         Q.   Okay.  To be clear, these side effects of akathisia,
7     dystonia, neuroleptic-induced Parkinson's, tardive dyskinesia,
8     those are very serious side effects of medicines, correct?
9         A.   They can be, yes.
10        Q.   And it is generally considered that the
11    second-generation antipsychotics are an improvement over the
12    first-generation antipsychotics with regard to those
13    conditions.
14        A.   Well, it's -- it had generally been believed that,
15    and I think that that's being reevaluated with the Catie study,
16    but --
17        Q.   And we've talked about that.
18        A.   Correct.
19        Q.   But amongst the physician community, it's generally
20    felt, is it not, that the second-generation antipsychotics were
21    an improvement with regard to movement disorders?
22        A.   Correct.  That's the perception.
23        Q.   By her visit of December 12th, 2002, with Nurse
24    Meyer, she was denying any auditory hallucinations, she had no
25    evidence of psychosis, and she wasn't suicidal, correct?
0331
1         A.   Correct.
2         Q.   She reported that the combination of medicines she is
3     taking right now have been very helpful, correct?
4         A.   That's my recollection, yes.
5         Q.   Okay.  The point being that if we compare her
6     condition in May of 2002 when she was admitted to the hospital
7     to her condition in December of 2002, we can see dramatic
8     improvement from a mental health perspective, correct?
9         A.   Correct.
10        Q.   And you would attribute that, in part, to the use of
11    Seroquel?
12        A.   Yes, I would.
13        Q.   The prescriptions that Dr. Nodal and Nurse Meyer, if
14    she -- I think she did renew them some.  Was Seroquel an
15    appropriate medicine to be prescribed for Ms. Guinn, given her
16    presentation in May and her improvement with the medicine over
17    time up through December of 2002?
18        A.   Well, I think that Seroquel definitely improved her
19    symptoms.  I also think that someone with her preexisting
20    medical condition should not have been given Seroquel, with
21    what was known about the impact of Seroquel on increasing risk
22    for diabetes and the impact that it has on -- in some cases on
23    the management of glucose.
24        Q.   Okay.  From the perspective of Nurse Meyer and

Page 26

bp100908.txt

25   Dr. Nodal, do you believe that they made appropriate
0332
1    prescribing decisions based on their description of what they
2    understood about the medicine?
3        A.   Yeah.  I believe they -- based upon what they knew,
4    they were -- those were reasonable decisions.
5        Q.   Okay.  Now, if we go over to January of 2003, she is
6    reporting that Seroquel has seemed to be helping her a lot and
7    that there's a consideration given at this point to possibly
8    decreasing the dosage of Seroquel at follow-up, correct?
9        A.   I don't remember that specifically, but I -- I trust
10   your reading of the notes.
11       Q.   Okay.  Now, by February of 2003, she is reporting to
12   Nurse Meyer that she's doing excellent on her medication.  "She
13   said she has never felt better.  She denies any depressive
14   symptoms.  She is sleeping and eating all right.  In fact, she
15   has lost 6 pounds because she has been working on it," correct?
16       A.   I don't know that specific notation, but I know that
17   she was -- actually reported multiple times in multiple notes
18   that she was doing well and that the Seroquel was part of that
19   improvement.
20       Q.   Now, for Ms. Guinn on this weight issue, is it
21   correct that when a patient starts feeling better, that they're
22   more likely to eat on a regular basis?
23       A.   Well, I mean, that may be.  I mean, it's -- different
24   people manage that differently depending on the nature of their
25   symptoms.  Some people eat, as we talked about yesterday, to
0333
1    sooth themselves when they're anxious or tense.  So, when they
2    get better, they don't eat as badly or eat at much junk.  Some
3    people actually increase their motor activity or physical
4    activity and burn more calories when they feel better, so both
5    of those are involved in weight gain.
6        Q.   Now, for Ms. Guinn on the issue of weight gain, we
7    also have the issue that she lived a pretty sedentary
8    lifestyle, correct?
9        A.   Correct.
10       Q.   And one of the reasons for that is that she had
11   progressive arthritis as well as some pretty serious back
12   problems.
13       A.   Correct.
14       Q.   And those were manifesting themselves during the
15   period of time that she was taking Seroquel, correct?
16       A.   And before.
17       Q.   Yeah.  And so one explanation for weight gain is
18   eating more and exercising less, correct?
19       A.   Certainly.
20       Q.   Eating more and being less active.
21       A.   Correct.
22       Q.   And as to Ms. Guinn, she did have health problems
23   that significantly affected her ability to exercise.
24       A.   Correct.
25       Q.   Did you, in your review of the records, make note of
0334
1    the fact that she was taking medications that would increase
2    the risk of the development of diabetes?
3        A.   I knew that she was on a number of medications that
4    can influence glucose handling.
5        Q.   Do you know what Depo-Medrol is?
6        A.   It's a steroid.
7        Q.   Right.  Is it referred to as a glucocorticoid?
8        A.   I believe it is, yes.
9        Q.   Does the glucocorticoid Depo-Medrol cause problems
Page 27

bp100908.txt
```
10    with glucose?
11         A.    It can.
12         Q.    Do you know how many injections of that medicine or
13    what dosage she received between July of 2003 and February of
14    2005?
15         A.    I don't.
16         Q.    Do you know that she received any?
17         A.    I recall that she received some.  I don't -- you
18    know, I didn't chart that.
19         Q.    Okay.  If she received intramuscular injections on at
20    least eight occasions between July of 2003 and February of
21    2005, would you agree that those injections would be
22    significant risk factors to the development of glucose
23    disregulation?
24              MR. FIBICH:  Object to form.
25         A.    Well, I -- they would certainly influence glucose
0335
1     disregulation, yes.
2          Q.    (BY MR. BROCK)  Did you consider those when you
3     thought about this particular case?
4          A.    Well, I tried to look at a number of the risk factors
5     that were present in this woman's life and --
6          Q.    The reason I ask is it wasn't in your report and it's
7     not in the summary, as I recall.  It may be, but I don't recall
8     it being there.
9              MR. FIBICH:  I think you interrupted him, too.
10         Q.    (BY MR. BROCK)  I'm sorry.  I do apologize.  Go ahead
11    and finish your answer.
12         A.    No, it's not in my report, but I did consider those
13    things as potential factors.  And I think as you would recall,
14    my report does not ever say Seroquel is the only cause or the
15    only contributing factor.  I just believe it was a causative
16    element in this process.
17         Q.    Okay.  If Ms. Guinn came to you in 2005 and you took
18    a history from her and knew that she was prediabetic going back
19    to the early 1990s, had been obese since at least the early
20    1990s, had a significant family history for the development of
21    diabetes, suffered from hypercholesteremia, it wouldn't be
22    surprising at all to you if you took a fasting blood sugar and
23    found that she was in the diabetic range, correct?
24              MR. FIBICH:  Object to form.
25         A.    No, I wouldn't be surprised by that.
0336
1          Q.    (BY MR. BROCK)  All right.  And that would be because
2     with that many risk factors, the likelihood that the patient
3     will develop diabetes is pretty substantial, whether or not the
4     patient is on a medicine that may contribute to that disease
5     process, correct?
6          A.    Correct.
7              MR. FIBICH:  Object to form.
8          A.    Correct.  It would be -- there would be significant
9     risk for the development of diabetes, independent of any
10    medications she's on.
11         Q.    (BY MR. BROCK)  Right.  Do you know a Dr. Marks who
12    practices endocrinology in the Miami area?
13         A.    No.
14         Q.    Have you seen Dr. Marks' expert report?
15         A.    I don't think so.  I don't -- I really wasn't
16    provided any expert reports.
17         Q.    Okay.  Dr. Marks was asked to review the Guinn file,
18    among others, and gave a deposition earlier this week and I'm
19    going to read to you something that she testified to and see if
20    you agree with this.
```
                                Page 28

bp100908.txt
```
21        A.    Okay.
22        Q.    She was asked a question, "And would you agree that
23   her combination of long-term obesity and a strong family
24   history of diabetes made it very likely that she would develop
25   Type 2 diabetes, whether she took Seroquel or not?
0337
1                    Answer:  "Yes, I do."
2                    Do you agree with that?
3                    MR. FIBICH:  Object to form.
4         A.    I do, and I actually think my previous answer was
5    consistent with that.
6         Q.    (BY MR. BROCK)  Okay.  "More likely than not, in
7    fact, right?"
8                    And she said, "Probably."
9                    "More likely than not to a reasonable degree of
10   medical probability?"
11                   Answer:  "Yes."
12                   MR. FIBICH:  Object to form.
13        Q.    (BY MR. BROCK)  So, do you agree with that?
14        A.    I can't say that -- you know, I can't disagree with
15   that, but I can't say that I would be able to say for sure that
16   she -- you know, that they're 50 percent -- that 50 percent of
17   the time she's going to get it and 51 percent she's not.  I
18   couldn't say that.
19        Q.    Right.  But to the concept that somewhere in her
20   life, whether she took Seroquel or not, she was likely to
21   develop diabetes, do you disagree with Dr. Marks on that?
22                   MR. FIBICH:  Object to form.
23        A.    I don't disagree that she's at great risk for the
24   development of diabetes.
25        Q.    (BY MR. BROCK)  Okay.  And can you tell the jury, if
0338
1    she had not taken Seroquel, when that disease process would
2    have manifested itself?
3                    MR. FIBICH:  Object to form.
4         A.    No.
5         Q.    (BY MR. BROCK)  You can't exclude obesity as the
6    cause of Ms. Guinn's diabetes, correct?
7         A.    Well, when you talk about -- are you talking about
8    the direct mechanism or the only -- the causative factor?
9         Q.    Well, I'm talking about -- obesity is a risk
10   factor --
11        A.    Correct.
12        Q.    -- in the development of diabetes, correct?
13        A.    Correct.
14        Q.    Do you believe that obesity contributed to
15   Ms. Guinn's diabetes?
16        A.    I think it's highly likely, yes.
17        Q.    Okay.  More likely than not, you can't exclude
18   obesity as the cause of the diabetes, correct?
19                   MR. FIBICH:  Object to form.
20        A.    I think that it's -- that there are probably multiple
21   causative factors that contributed to the final -- whatever the
22   final physiological mechanism is that get -- got her to become
23   diabetic.  I think there were probably multiple factors
24   involved.
25        Q.    (BY MR. BROCK)  Okay.  I'm -- I need to see if I can
0339
1    get an answer to this question.
2         A.    Okay.
3         Q.    More likely than not, was obesity a cause of
4    Ms. Guinn's diagnosis of diabetes?
5         A.    Can I modify it a little bit?
```
                              Page 29

bp100908.txt

```
 6        Q.     Sure.
 7        A.     I think, more likely than not, it was a causative
 8   factor in her diabetes, yes.
 9        Q.     Okay.  So, coming back to my original question, you
10   can't exclude diabetes as a cause -- excuse me.  Coming back to
11   my question, you can't exclude obesity as a cause of
12   Ms. Guinn's diabetes, correct?
13                 MR. FIBICH:  Object to form.
14        A.     Correct.
15        Q.     (BY MR. BROCK)  All right.  Same question for family
16   history.  You can't exclude family history as a cause of
17   Ms. Guinn's diabetes.
18        A.     Correct.
19        Q.     And does family history take into account the genetic
20   component of the risk of diabetes?
21        A.     Yes.  I mean, obviously, there are multiple factors
22   that are involved in that family history.
23        Q.     So, knowing that she had a family history, you would
24   say that she was genetically predisposed to the illness --
25        A.     Correct.
0340
 1        Q.     -- of diabetes, correct?
 2        A.     Correct.
 3        Q.     Okay.  Did the steroid injections, more likely than
 4   not, play a causal role in the development of diabetes in
 5   Ms. Guinn?
 6                 MR. FIBICH:  Object to form.
 7        A.     I think it's likely they were a causative factor.
 8        Q.     (BY MR. BROCK)  When I was asking you about obesity,
 9   you understood that I was asking you about obesity that existed
10   over her life before she started taking Seroquel, correct?
11        A.     Correct.
12        Q.     Okay.  Did her smoking history of one to
13   one-and-a-half packs per day for 37 years, more likely than
14   not, contribute to the development of diabetes?
15        A.     I have to say, I don't -- I do not know those
16   relationships -- I mean, it very well may be.  I do think that
17   it contributed to some of her other health factors that may be
18   related to the development of diabetes.
19        Q.     Okay.
20        A.     So, either -- again, I don't know that it's a
21   specific risk factor, but --
22        Q.     Knowing that she was prediabetic before she ever took
23   Seroquel tells us that she had glucose disregulation issues
24   before ingestion of the medicine, correct?
25        A.     Correct.
0341
 1        Q.     Let me ask you the same question about hypertension
 2   and hypercholesteremia.  Did hypertension and
 3   hypercholesteremia, more likely than not, cause Ms. Guinn to
 4   have diabetes?
 5        A.     More likely than not, they were causative factors in
 6   her development of diabetes.
 7        Q.     When do you say that Ms. Guinn developed diabetes?
 8        A.     I'd have to look.  I -- November of 2002, there was
 9   the suspicion of -- apparently, there were some concerns about
10   potential diabetes.
11        Q.     She didn't have a diagnosis of diabetes in November
12   of 2002 though, did she?
13        A.     No.  She was given the diagnosis -- from my
14   recollection or what I've written and what I recall, was in
15   February of 2006.
16        Q.     Okay.  Now, let me ask this question:  Assuming that
```

Page 30

bp100908.txt
17    she had the diagnosis of diabetes in February of 2006, how can
18    you say that she wouldn't have developed diabetes at that point
19    in time even if she had not been taking Seroquel?
20         A.    I can't.
21         Q.    You testified yesterday about sales and marketing
22    activity with regard to AstraZeneca and Seroquel.   You remember
23    that?
24         A.    A little bit, yes.
25         Q.    And you talked a little bit about the weight neutral
0342
 1    claim that was made in some of the documents that you looked
 2    at, correct?
 3         A.    Correct.
 4         Q.    Now, you've looked at the health care provider
 5    depositions in this case, correct?
 6         A.    I have.
 7         Q.    You have seen that none of the health care providers
 8    in this case say that anyone made misrepresentations to them
 9    about weight gain, correct?
10         A.    Not to their recollection, no.
11         Q.    And so if we think about a statement of weight
12    neutral being made in a document, as far as you know for
13    Ms. Guinn, a claim of weight neutral didn't influence any
14    prescribing decisions, correct?
15         A.    Not that they -- not that the prescribers said.
16         Q.    All right.   Well, that's really what we have to go
17    on, right, is what they testified to, correct?
18         A.    To some degree, sure, but people's behavior -- I
19    mean, even in his own deposition, Dr. Nodal didn't even
20    remember, you know, certain meetings with drug reps.   You know,
21    the influence -- you know, advertising, for example, works on
22    us without us consciously being aware that it's having an
23    impact.
24         Q.    Right.   New --
25         A.    Drug rep visits are done for a purpose and --
0343
 1         Q.    With Dr. Nodal, you saw that Dr. Nodal actually
 2    wanted to be a speaker for AstraZeneca.   Did you see that?
 3         A.    Yeah.   He was a little huffy that he wasn't.
 4         Q.    Yeah.   He got moved down on the list actually, right?
 5         A.    That's correct.
 6         Q.    And, yet, continued to prescribe Seroquel because he
 7    thought it was beneficial to his patients, correct?
 8                   MR. FIBICH:   Object to form.
 9         A.    That was -- yeah.   He felt it was very effective for
10    his patients.
11         Q.    (BY MR. BROCK)   Now, you don't contend, do you, that
12    after you're off Seroquel, that it can in some ways continue to
13    cause weight gain, do you?
14         A.    No.
15         Q.    And you saw in the records, did you not, that
16    Ms. Guinn had pretty significant weight gain after she came off
17    Seroquel.
18         A.    It's -- I trust you on that, but I did not note that.
19         Q.    Okay.   When did Ms. Guinn come off Seroquel?
20         A.    I think it was -- I think that there was an intention
21    to taper her off in 2006.
22         Q.    Which concluded in December of 2006?
23         A.    Yes, something like that.   There was initially an
24    attempt to taper her off, but I think for some reason -- trying
25    to figure this out.   I know they transitioned her to Abilify
0344
 1    in -- it actually looks like it was in 2007.
                              Page 31

bp100908.txt
```
 2       Q.    Do you know when she last took Seroquel?
 3       A.    I don't know for sure, but it looks like the last --
 4  there's a notation that -- in March of '07 that she was taking
 5  Seroquel, but also in March she was on Abilify.  So, that might
 6  have been the time when they were weaning her off Seroquel and
 7  starting her on Abilify, although earlier there was a notation
 8  that they were going to taper her in June of '06.
 9             So, this is -- actually, yesterday, when I
10  had -- I misrecalled the discontinuation of Seroquel with
11  Ms. Curley, this was the situation that was -- I was really
12  recalling, that there was an intention to taper her off
13  medications -- off Seroquel in June of '06, but apparently that
14  did not take place and she stayed on it until '07.
15       Q.    So that we'll have a date that is -- that we can work
16  from, let me just ask you to assume that the patient
17  discontinued Seroquel in December of 2006.
18       A.    Okay.
19       Q.    If it turns out to be early 2007, if there's a record
20  that supports that, then we can look at that when we get to
21  trial, but --
22       A.    Sure.
23       Q.    -- let's assume that she came off of Seroquel in late
24  '06 or within the first month or two of '07.  Is that fair --
25       A.    That's fair.
0345
 1       Q.    -- for purpose of our discussions?
 2       A.    Sure.
 3       Q.    Her weight on 1-4 of '07 is shown to be 188 pounds.
 4  Is that consistent with your review of the records?  Do you
 5  have that --
 6       A.    I've got 190 in March of '07.
 7       Q.    Well, actually, by March the 5th of '07, she's up to
 8  196.  Do you have that one?
 9       A.    I've got 190 on March 13th, but I don't have a weight
10  for that visit on March 5th.
11       Q.    Okay.  Assuming she's off Seroquel in early January
12  of '07 and she's at 188 -- or assuming she's at 190 in March,
13  somewhere in the 188 to 190 range, can you tell the jury what
14  her highest weight was off Seroquel?
15             MR. FIBICH:  Object to form.
16       Q.    (BY MR. BROCK)  And when I say "off Seroquel," I mean
17  after the medicine was discontinued.
18       A.    Yeah.  I mean, I would -- from what I have here, it
19  looks look like it's about 194.
20       Q.    So, your review of the records didn't uncover the
21  record of 10-18 of '07 where she weighed 206 pounds?
22       A.    That -- there's a visit recorded, but not a weight,
23  and I didn't recall that weight.  As I said, I read these when
24  they came in and didn't memorize them.
25       Q.    It's not a memory test.  I'll show you the record.
0346
 1             (Perry Exhibit No. 46 marked.)
 2       Q.    (BY MR. BROCK)  Perry 46 reflects a weight of 206
 3  pounds, correct?
 4       A.    Yes, sir.
 5       Q.    That's not in your nurse's chart, nor is it in your
 6  expert report, is it?
 7       A.    No.
 8       Q.    And on this issue of weight cycling, it is important
 9  that she's had significant weight gain after being off
10  Seroquel, correct?
11       A.    Correct.
12       Q.    And that's another fact that you didn't take into
```
Page 32

bp100908.txt
13    account when you evaluated this case from the perspective of
14    determining if Seroquel had, in some way, contributed to weight
15    gain, correct?
16        A.    Well, that specific weight, no.
17        Q.    Well, you didn't even evaluate the concept that she
18    had gained significant weight after transitioning to Abilify,
19    correct?
20        A.    Again, in my recollection of reviewing the records,
21    she had very similar kinds of ups and downs in her weight on
22    Abilify and after -- the similar cycles that she had had
23    when -- that I saw when she was on Seroquel.
24        Q.    If she's cycling before Seroquel and she's cycling
25    after Seroquel and there are dramatic weight changes occurring
0347
1     before and after ingestion of the medicine, those are important
2     considerations to the evaluation of any relationship between
3     Seroquel and weight gain, correct?
4         A.    Correct.   And as I said, a reevaluation of that will
5     take place.
6         Q.    I'm not going to redo all the questions that
7     Mr. McConnell asked yesterday.  I just want to ask one of them.
8         A.    Sure.
9         Q.    You understood that when you prepared this report,
10    signed it, and submitted it in this litigation that it was
11    important that you be accurate and that you give the bases for
12    the opinions that you had in the report, correct?
13        A.    Correct.
14        Q.    And you understood that today was our opportunity to
15    ask you about the opinions that you had formed and the bases
16    for those opinions, correct?
17        A.    Correct.
18        Q.    Now, Ms. Guinn has been receiving medication for
19    diabetes since that diagnosis was made, correct?
20        A.    That's my understanding, yeah.
21        Q.    And her diabetes is pretty well controlled with the
22    use of those medicines, correct?
23        A.    Yes, I think so.
24        Q.    I mean, fortunately for her, she has had a good
25    response to the diabetes medications that have been prescribed
0348
1     for her, correct?
2         A.    Correct.
3         Q.    You can't testify to a reasonable degree of medical
4     certainty that she will have any long-term problems associated
5     with the diagnosis of diabetes, correct, specific to her?
6         A.    No.  Not specific to her, no.
7         Q.    Okay.  You gave some testimony yesterday about the
8     product labels.  Do you remember that?
9         A.    Yes.
10        Q.    Now, you've never read any of the federal regulations
11    as relates to the labeling of medicines in the United States,
12    have you?
13        A.    Not that I recall, no.
14        Q.    You couldn't cite for the -- for us the ones that
15    would be applicable to the label change that took place with
16    regard to Seroquel in 2004, correct?
17        A.    Correct.
18        Q.    You understand that the FDA controls the placement of
19    language in the label; that is, whether it goes in warnings or
20    precautions or adverse events, correct?
21            MR. FIBICH:  Object to form.  Leading.
22        A.    Yeah.  I understand the FDA's ultimately responsible
23    for that.
                        Page 33

bp100908.txt
```
24        Q.    (BY MR. BROCK)  And the criteria that the FDA employs
25   to decide whether something goes in a warning or a precaution
0349
 1   or an adverse event, you're not an expert on those regulations
 2   or the placement of information in the label as relates to
 3   that, correct?
 4        A.    Correct.
 5                 MR. FIBICH:  Object to form.
 6        Q.    (BY MR. BROCK)  Now, with regard to how physicians
 7   learn about medicines, the label is not the only place that
 8   physicians routinely go to to learn about medicines, correct?
 9        A.    Correct.
10        Q.    They learn about medicines through talking to
11   colleagues, correct?
12        A.    On occasion.
13        Q.    By attending conferences?
14        A.    Correct.
15        Q.    By reviewing the peer-reviewed literature?
16        A.    Correct.
17        Q.    By looking at a medicine company's website as to what
18   information might be available on the website?
19        A.    Correct.
20        Q.    And it is true though that physicians, when they
21   prescribe medicines, are responsible to know the entire content
22   of the label, correct; that is, all of the indications, all of
23   the risk-benefit profile?
24                 MR. FIBICH:  Object to form.
25        A.    It -- that would be ideal.
0350
 1        Q.    (BY MR. BROCK)  All right.  Well, I guess what I'm
 2   asking is in terms of prescribers in this particular case, you
 3   can't say that the placement of information about diabetes in
 4   the warning section as opposed to making a black box -- putting
 5   it in a black box would have made any difference, correct?
 6        A.    Not with some of these people.
 7        Q.    Okay.  You think you could say as to some of the
 8   people, or are you saying as to the specific physicians
 9   involved here?
10        A.    Well, I believe that there are some physicians who,
11   if that had been in the black box, would have changed their
12   prescribing practice.
13        Q.    Right.  And that's a general statement and I
14   understood you to say that yesterday.
15        A.    Correct.
16        Q.    I'm drilling down just a little bit to physicians in
17   this case.
18        A.    In this case.
19        Q.    You can't say that anything would have changed in
20   this case if the placement had been different.
21        A.    Not from reviewing their depositions.
22        Q.    Okay.  You did see where each of the physicians and
23   nurse practitioners testified in the Guinn case that they felt
24   like that they made appropriate prescribing decisions, correct?
25        A.    Correct.
0351
 1        Q.    And we've already talked about that and I won't re-go
 2   over that, but they were also asked the question of knowing
 3   everything you know today and looking back on the situation in
 4   hindsight, do you still feel like you made the right decision,
 5   and they all said they did.
 6        A.    Correct.
 7                 MR. BROCK:  Give me about a two-minute break.
 8                 MR. FIBICH:  All right.
```
                                Page 34

```
                            bp100908.txt
 9                  (Recess from 10:46 a.m. to 10:51 a.m.)
10       Q.   (BY MR. BROCK)  Thank you for your time.
11                  MR. FIBICH:  You through?
12                  MR. BROCK:   (Nods head affirmatively.)
13                  MR. FIBICH:  Okay.  We'll reserve our questions
14   until later.
15                  MR. McCONNELL:  Actually, have a couple
16   follow-ups based on a few things Mr. Brock brought up.  Two
17   minutes.
18                  MR. FIBICH:  Sure.
19                  (10:51 a.m.)
20                            EXAMINATION
21   BY MR. McCONNELL:
22       Q.   Dr. Perry, Mr. Brock asked you a couple of questions
23   about weight cycling --
24       A.   Correct.
25       Q.   -- and I wanted to sort of pose the same questions
0352
 1   for Ms. Burns and Ms. Curley.  They both also had histories of
 2   weight cycling prior to using Seroquel, didn't they?
 3       A.   Correct.
 4       Q.   And they also had histories of weight cycling while
 5   they were on Seroquel.
 6       A.   Correct.
 7       Q.   And also after they were on Seroquel, correct?
 8       A.   As far as I recall.
 9       Q.   Given that history of cycling -- I'll start with
10   Ms. Curley.  Do you agree that given that history of cycling,
11   it's not possible to say to a reasonable degree of medical
12   certainty that the weight gained by Ms. Curley while she was on
13   Seroquel was caused by the Seroquel?
14       A.   At this time, I can't say that.
15       Q.   Same question for Ms. Burns.
16       A.   Correct.
17       Q.   Same answer?
18       A.   Same answer.
19       Q.   Okay.  And now I want to ask a similar question to
20   the question that Mr. Brock asked about Ms. Guinn, again, for
21   both Ms. Burns and Ms. Curley, and I'll start with Ms. Curley.
22   Given the constellation of risk factors that Ms. Curley had for
23   diabetes that we discussed yesterday, including the family
24   history of diabetes, the age, the other drugs she used, the
25   preexisting obesity, and the high cholesterol -- you recall all
0353
 1   those for Ms. Curley, correct?
 2       A.   Yes, sir.
 3       Q.   Given that, isn't it true that it is likely that
 4   whether or not Ms. Curley ever took Seroquel, at some point in
 5   her life, she would have come down with diabetes?
 6                  MR. FIBICH:  Object to form.
 7       A.   I think it is likely, yes.
 8       Q.   (BY MR. McCONNELL)  Same question for Ms. Burns.
 9       A.   Yes.
10       Q.   Same answer?
11       A.   Yes.
12       Q.   Okay.  And then the last question is a labeling
13   question, and that is -- given your discussion yesterday about
14   the Seroquel label and changes that you would have suggested,
15   my question to you is:  Based upon your review of the
16   depositions of the doctors for Ms. Curley, as well as the
17   medical records, is it possible to say to a reasonable degree
18   of medical certainty whether any change to the Seroquel label
19   would have made any difference to the prescribing decisions by
                            Page 35
```

bp100908.txt

20  Ms. Curley's doctors?
21           MR. FIBICH:  Object to form.
22       A.   I really couldn't speak for, you know, what they
23  would have done.  But, honestly, in reviewing the way some of
24  those treaters were circumspect about weighing benefits and
25  risks, I suspect that some of them may have selected a
0354
1  different agent to use for those cases.
2       Q.   (BY MR. McCONNELL)  Well, let me ask specifically
3  about Ms. Curley's doctors.  Can you say based upon what you
4  saw with respect to them that they would have made any
5  different prescribing decision had there been any revision to
6  the Seroquel label?
7       A.   I think it's possible that the neurologist who -- she
8  would have selected something different.  I think -- but
9  that -- again, I'm only speculating.  She would really be the
10  person to be able to answer that question.
11       Q.   Same question for Ms. Burns' doctors.  Would it be
12  possible for you to say to a reasonable degree of medical
13  certainty that they would have made a different prescribing
14  decision if the Seroquel label had been revised?
15           MR. FIBICH:  Object to form.
16       A.   I can't really speak for that, no.
17       Q.   (BY MR. McCONNELL)  And as Mr. Brock did, I
18  appreciate your time.  Thank you.
19       A.   Thank you.
20           (Deposition concluded at 10:55 a.m.)
21
22
23
24
25
0355
1                    CHANGES AND SIGNATURE
2  PAGE     LINE     CHANGE               REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24       I, BRUCE D. PERRY, M.D., Ph.D., have read the
25  foregoing deposition and hereby affix my signature that same is
0356
1  true and correct, except as noted above.
2                              _____
3                              BRUCE D. PERRY, M.D., Ph.D.
4
                              Page 36

bp100908.txt

```
 5   THE STATE OF _____)
 6   COUNTY OF  _____)
 7            Before me, _____, on this day
 8   personally appeared BRUCE D. PERRY, M.D., Ph.D., known to me
 9   (or proved to me under oath or through _____) to
10   be the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed the same
12   for the purposes and consideration therein expressed.
13            Given under my hand and seal of office this _____ day
14   of _____, _____.
15
16
17
18                        _____
                          NOTARY PUBLIC IN AND FOR
19                        THE STATE OF _____
20
21
22
23
24
25
0357
 1   STATE OF TEXAS
     COUNTY OF HARRIS
 2
 3            I, the undersigned certified shorthand reporter
     in and for the State of Texas, certify that the facts stated in
     the foregoing pages are true and correct.
 4
 5            I further certify that I am neither attorney or
     counsel for, nor related to or employed by, any of the parties
     to the action in which this deposition is taken and, further,
 6   that I am not a relative or employee of any counsel employed by
     the parties hereto, or financially interested in the action.
 7
 8       The amount of time used by each party at the
     deposition is as follows:
 9       STEPHEN J. McCONNELL, ESQ. - 0:08
         ROBERT C. "MIKE" BROCK, ESQ. - 2:01
10
11            SUBSCRIBED AND SWORN TO under my hand and seal
     of office on this the _____ day of _____, 2008.
12
13
14                        _____
                          SHANON M. HAIR, CSR
15                        Certified Shorthand Reporter
                          In and for the State of Texas
16
17   Certificate No. 6513
     Expiration Date:  12-31-09
18   Firm Registration No. 03
19
20
21
22
23
24
25
```

Page 37