# TAB 8

Expert Report of Bruce D. Perry, M.D., Ph.D.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation
MDL DOCKET NO. 1769

This Document Relates to:

Guinn v. AstraZeneca LP, et al.
[Linda Guinn 6:07-cv-10291]

Preliminary Summary of Opinions

September 4, 2008

RE: Linda Guinn 6:07-cv-10291

My name is Bruce Duncan Perry, M.D., Ph.D. I am a Board-certified general psychiatrist and a Board-certified child and adolescent psychiatrist. I am the Senior Fellow of the ChildTrauma Academy, a Houston-based organization dedicated to research and education in the area of child trauma and maltreatment. In addition I serve as a Senior Consultant to the Ministry of Children's Services for the Province of Alberta. From 1992 to 2001, I served as the Chief of Psychiatry at Texas Children's Hospital and the Thomas S. Trammell Research Professor in the Department of Psychiatry and Behavioral Sciences at Baylor College of Medicine. Prior to that I was on the faculty of the Departments of Pharmacology and Psychiatry at the University Of Chicago School Of Medicine from 1988 to 1991. My curriculum vitae is produced as an attachment to this report.

I am being paid $500/hr for review, preparation of reports, potential testimony and all other activity related to this review.

Qualifications and Basis for Opinions

My opinions relate to my field of expertise. I have extensive clinical and research experience in the area of psychopharmacology. I have a Ph.D. in pharmacology and focused on the clinical neurosciences and central nervous system pharmacology in my training and subsequent research. I founded the Pediatric Psychopharmacology Clinic at Texas Children's Hospital and ran this clinic for more than six years and have treated hundreds of children with a range of neuropsychiatric problems. I founded and ran the Trauma Recovery Program at the Houston VAMC and have participated in clinical trials of psychotropic medications with adults. I serve and have served on many academic panels, review boards, study sections and committees focusing directly or indirectly on the key issues in psychopharmacology. I have taught in this area for many years and continue to teach at a post-graduate level in the areas of treatment of high-risk children with various neuropsychiatric problems. This work includes teaching about the use of psychotropic medications, including atypical antipsychotics, in off label situations. I have served on the psychopharmacology panel for the United States Pharmacopoeia (USP).

Expert Report of Bruce D. Perry, M.D., Ph.D.

The basis for my opinions comes from this research and clinical experience; from knowledge of the peer reviewed literature and academic studies in this area; and my knowledge, training and clinical and research experience as a physician, and Board Certified general and a Board Certified child and adolescent psychiatrist. Based upon this and the review of available medical and mental health records, legal records, industry records provided by the plaintiff's attorneys, I provide the following opinions with reasonable degree of medical certainty:

General Comments and Opinions

The use of psychotropic medications has increased dramatically in the last ten years. Much of this increase is due to use of neuroleptic or antipsychotic agents. This increase is well beyond any documented increase in neuropsychiatric disorders and beyond any documented "discovery" of a profound increased efficacy of any new neuroleptic agent. Much of this increase appears to be related to increased polypharmacy and use of neuroleptics for non-indicated purposes (off-label use). All of this is despite the documentation of serious and significant risks associated with the use of many neuropsychiatric medications (e.g., weight gain, diabetes, cardiac effects, and increased risk for suicide).

A major contributing factor to increased use of psychotropic medications in my opinion is the aggressive marketing and promotion practices by pharmaceutical companies such as Astra Zeneca's in the case of Seroquel. Identifying key "influencers" in psychiatric practice, funding their research, hiring them as consultants, paying them as part of the pharmaceutical companies "speaker's bureau", funding their professional meetings and CEU events – all have the potential to distort the dissemination of important emerging information required for any practicing physician to make fully-informed decisions regarding safe and effective prescribing. Decisions regarding use of a newer, more expensive medication vs. an older, generic medication with equal efficacy can be unduly influenced; side effect profiles can be misrepresented; use for non-indicated purposes can be over-promoted, all of which occurred with Seroquel as a result of Astra Zeneca's conduct.

Furthermore, pharmaceutical representatives visiting physician's offices to promote their products are typically given limited training in psychopharmacology and in the specific uses and risks of the products they then go promote as well as financial incentives for increasing prescription rates and dosages prescribed by their physician clients. Again, these practices can influence prescribing practices in ways that compromise a physician's capacity to make optimal and safe prescribing decisions.

The collective result of these industry practices can be the development of individual physician prescribing practices that are not fully or accurately informed; the consequences of can be disastrous for an individual patient. It is my opinion that this was the case with Linda Guinn as Astra Zeneca failed to communicate warnings of diabetes and metabolic side effects of the drug to physicians in a timely manner. Internal documents reflect that the marketing of Seroquel involved misrepresentations, ie the "weight neutral" claim in the face of evidence that, in fact, Seroquel caused weight gain. Further, the Seroquel product labeling failed to communicate a warning of diabetes for years after the company was aware of the association and risk.

1) Linda Guinn appears to have developed diabetes following the use of Seroquel. Seroquel use is temporally associated with the development of her weight gain and diabetes. Ms. Guinn was initially prescribed Seroquel by her psychiatrist in May of 2002. At this time she had high cholesterol, was being treated for this and she had a family history of diabetes. Her prescribing

Expert Report of Bruce D. Perry, M.D., Ph.D.

physician at that times claims to have known that there was a relationship between Seroquel and increased risk for weight gain and development of diabetes though there was no warning about either condition in the product labeling at this time. She continued on Seroquel through 2006. Her closest documented weight at the start of taking Seroquel was in June of 2002 when she weighed 155 lbs. By September of 2002, she weighed 177 lbs and was diagnosed with hypertension; by November of 2002 she was being evaluated for suspicion of diabetes. A confirmed diagnosis appears in February 2006 at which time oral hypoglycemic agents were initiated. In July of 2003 she weighed 191 lbs. The temporal relationship between the start of Seroquel, her weight gain and subsequent manifestations and diagnosis of diabetes, and the documented relationship between Seroquel and risk for developing diabetes, lead me to conclude that Seroquel was a causative factor in her weight gain and her diabetes. Diabetes is associated with long-term multi-organ complications and this disease will impact the need for and cost of her health care and will likely result in increased need for monitoring, hospitalizations at increased cost of care and treatment.

2) Linda Guinn was started on Seroquel despite having clear medical risk factors that would currently be considered relative contraindications to use. The clear and evolving medical risk factors (e.g., high cholesterol, hypertension and obesity) present at the beginning of her course with Seroquel should have been clear contraindications to her prescribing physician and to the prescribing physicians in subsequent years. The potential gain from using this medication should have been weighed against documented or plausible risks. Her initial prescribing physician was a frequent client of AstraZeneca representatives and in deposition he continues to minimize the relationship between Seroquel and increased risk of developing serious medical problems including hyperglycemia, obesity and diabetes. His understanding of the risks associated with Seroquel use appear to reflect the influence of minimizing input and misrepresentations from AstraZeneca representatives of the true risks of known to the company rather than serious cautions resulting from statements issued by professional organizations, the FDA and controlled research studies.

3) Rational and safe prescribing of Seroquel depends upon weighing potential benefits against the potential risks. Prior to 2004 evidence existed of the relationship between Seroquel and increased risk for weight gain and the development of diabetes evidenced in internal Astra Zeneca documents. Astra Zeneca did not make this key information known to prescribing physicians until 2004. In 2004 several professional groups (including the American Psychiatric Association) issued warnings based upon consensus panel reviews that there was a clear association between use of several second-generation neuroleptics including Seroquel and the development of obesity and diabetes. Recommendations to prescribing physicians included careful monitoring of weight, blood glucose, lipids and other pre-diabetic symptoms, signs and laboratory findings – recommendations that should have been in the Seroquel label but were not. By this time, Ms. Guinn's treating physicians documented suspicion of diabetes. She continued on Seroquel until 2006.

In summary, I conclude that Seroquel was a causative factor in the development of diabetes in Linda Guinn, a disease that will likely result in significant complications and increased medical care and expense. And further, that the practices of AstraZeneca related to the aggressive marketing and selective, inadequate disclosure of the known risks of Seroquel contributed to Linda Guinn developing diabetes.

Expert Report of Bruce D. Perry, M.D., Ph.D.

These opinions are based upon the materials reviewed, my professional experience and my knowledge of the field. Should further information be provided, I reserve the right to modify or amend my opinions.

Respectfully submitted,

*[signature]*

Bruce D. Perry, M.D, Ph.D.