# TAB 9

# EXHIBIT 9

DECLARATION OF JEFFREY KOPLAN

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

**MDL DOCKET NO. 1769**

This document relates to:

| | |
|---|---|
| Linda Guinn | 6:07-cv-10291 |
| Janice Burns | 6:07-cv-15959 |
| Richard Unger | 6:07-cv-15812 |
| Connie Curley | 6:07-cv-15701 |
| Linda Whittington | 6:07-cv-10475 |
| Eileen McAlexander | 6:07-cv-10360 |
| ~~Sandra Carter~~ | ~~6:07-cv-13234~~ |
| ~~Clemmie Middleton~~ | ~~6:07-cv-10949~~ |
| ~~Hope Lorditch~~ | ~~6:07-cv-12657~~ |
| David Haller | 6:07-cv-15733 |
| ~~Charles Ray~~ | ~~6:07-cv-11102~~ |
| ~~William Sarmiento~~ | ~~6:07-cv-10425~~ |

## DECLARATION OF JEFFREY P. KOPLAN, M.D., M.P.H.

1.

My name is Jeffrey P. Koplan.  I am over twenty-one years of age, am of sound mind,

have never been convicted of a felony, and am otherwise competent to make this Declaration.  I

have personal knowledge of all factual statements contained herein and all such factual statements

are true and correct as outlined herein.

## QUALIFICATIONS

2.

I received my bachelor's degree from Yale College, attended the Mt. Sinai School of

Medicine where I obtained my medical degree, and received a master's degree from the Harvard

School of Public Health.  I am currently the Vice President for Global Health and Director of the Global Health Institute at Emory University.  I began my public health career in the early 1970's as one of the CDC's Epidemic Intelligence Service (EIS) Officers.  From 1994 to 1998, I developed and led the Prudential Center for Health Care Research (The Prudential Insurance Co.), a nationally recognized health services research organization.

3.

From 1998 to 2002, I served as the Director of the Centers for Disease Control and Prevention (CDC).  In this position, I oversaw all aspects of the CDC, the premiere health promotion, prevention, and preparedness agency of the United States and a global leader in public health.  In particular, I supervised the Divisions of Nutrition and Diabetes Translation, and the National Center for Health Statistics, overseeing the work of many prominent scientists in the field of obesity and diabetes, including Drs. William Dietz, Ali Mokdad, Venkat Narayan, Earl Ford, and David Williamson.

4.

I have worked as a physician and epidemiologist on numerous major public health issues over the past 30 years, including infectious diseases such as smallpox, SARS, pandemic influenza and HIV/AIDS, environmental issues such as the Bhopal chemical disaster, and the health toll of tobacco and chronic diseases, both in the United States and around the globe.  I am a Master of the American College of Physicians and was elected to membership in the Institute of Medicine (IOM) of the National Academies, where I serve on the Governing Council.

5.

I have worked extensively in the field of obesity research.  In 1999, I co-authored a seminal paper published in the *Journal of the American Medical Association* on the epidemic of

obesity in the United States.  Since 2003, I have chaired the Institute of Medicine's committee on preventing childhood obesity, which published the IOM Reports: "Progress in Preventing Childhood Obesity: How Do We Measure Up?" and "Preventing Childhood Obesity: Health in the Balance."  I am presently chair of the IOM's Standing Committee on Childhood Obesity and consult with the U.S. Congress and the World Health Organization on this subject.

6.

I have served on many advisory groups and consultancies in the U.S. and overseas and have written more than 200 peer-reviewed, scientific papers.  I am a trustee of Yale University, The Marcus Family Foundation, HealthMPowers, and the Kaiser Foundation Health Plan of Georgia, Inc.

7.

In recent years, I have served on the Commission on Macroeconomics and Health for the Caribbean Region, the China Medical Board, the Advisory Board for Chronic Diseases for Pakistan, the Research Assessment Exercise (RAE, UK), the Hong Kong SARS Commission, and the International Commission on Education for Development, Policy and Practice (Columbia University's Earth Institute).  I am a reviewer and a contributing writer for the *Journal of the American Medical Association.*  I am also a co-founder and President of the International Association of National Public Health Institutes (IANPHI).  For the past 35 years I have consulted regularly with the World Bank and the World Health Organization.

- 3 -

## DIABETES MELLITUS

### 8.

The Centers for Disease Control has characterized the rapid increase in diabetes in the United States as an epidemic.[1]  According to the Centers for Disease Control, in 2007 there were 23.6 million cases of diabetes in the United States; this represents approximately 7.8% of the total U.S. population.  The CDC estimates that 5.7 million of those cases were undiagnosed.[2]

### 9.

Diabetes mellitus is a syndrome characterized by disordered glucose metabolism and abnormally high blood sugar (hyperglycemia) resulting from insufficient levels of the hormone insulin.  The medical specialty responsible for the care and treatment of diabetes is endocrinology.

### 10.

There are two main forms of diabetes: type I and type II.  Type I diabetes is usually due to autoimmune destruction of the pancreatic beta cells.  Type II diabetes is characterized by insulin resistance, which means that higher levels of insulin are required to stimulate the body's cells to take up glucose from the blood.  In response, the pancreas produces increasingly high amounts of insulin.  Diabetes develops when the insulin-producing beta cells of the pancreas cannot meet this demand and begin to wear out.

### 11.

About 90–95% of all North American cases of diabetes in the United States are type II.

---

[1] Centers for Disease Control. Diabetes: Disabling Disease to Double by 2050 (February 14, 2008), available at http://www.cdc.gov/nccdphp/publications/aag/pdf/diabetes.pdf.
[2] National Diabetes Fact Sheet, 2007, available at: http://www.cdc.gov/diabetes/pubs/pdf/ndfs_2007.pdf.

## SLOW ONSET

### 12.

Type II diabetes develops slowly, over many years, with progressive increase of insulin resistance gradually resulting in pancreatic beta cell dysfunction. As a result, the natural history of type II diabetes includes a long asymptomatic phase.[3] An evidence review for the U.S. Preventive Services Task Force concluded, on the basis of the progression of macrovascular complications, that the asymptomatic phase precedes diagnosis by 10-12 years.[4] Nearly 25% of cases of diabetes in the United States are undiagnosed.[5] The long-term UK Prospective Diabetes Study (UKPDS) has shown definitively that at the time of diagnosis around half of all subjects have diabetes-related tissue damage.[6]

## KEY EPIDEMIOLOGIC PRINCIPLES

### 13.

The science of epidemiology involves the study of disease in populations, focusing on associations. Epidemiologists conduct scientific studies, which, among other things, are designed to test hypotheses. In order to test the hypothesis, for example that a particular drug is a cause of a particular disease, an epidemiologist must first determine whether an association exists between the drug and the disease in question.

### 14.

An epidemiologic study commonly reports its results using terms such as relative risk, odds ratio or hazard ratio, hereinafter for convenience referred to as "relative risk". A relative

---

[3] Harris et al. Review of the Evidence: Screening Adults for Type 2 Diabetes, available at http://www.ahrq.gov/clinic/3rduspstf/diabscr/diabrev.htm.
[4] Norris et al. Screening Adults for Type 2 Diabetes: A Review of the Evidence for the U.S. Preventative Services Task Force. *Ann. Int. Med.* 2008; 148:855-868.
[5] National Diabetes Fact Sheet, 2007, available at: http://www.cdc.gov/diabetes/pubs/pdf/ndfs_2007.pdf.
[6] The Oxford Centre for Diabetes, Endocrinology, and Metabolism, Diabetes Trials Unit. Fasting Hyperglycemia Study, available at http://www.dtu.ox.ac.uk/index.php?maindoc=/fhs/protocol.php.

risk greater than 1.0 suggests that there may be an association between the drug and the disease, if the elevation above 1.0 is not due to chance, bias or confounding.[7]

15.

A relative risk is typically reported along with a confidence interval and/or a p-value. In this context, the confidence interval (using the generally accepted 95% level) reflects a range of values within which there is a 95% likelihood that the relative risk falls. For example, a relative risk of 1.5 with a confidence interval of 0.5 to 2.5 commonly would be expressed as 1.5 (0.5 - 2.5). A p-value represents the likelihood that the difference observed between those exposed to the drug and those unexposed occurred purely by chance. If a confidence interval includes 1.0 or the p-value is greater than 0.05, the result is not considered statistically significant. No conclusion regarding association or causation can be drawn on the basis of a non-statistically significant relative risk, because the scientific community has accepted statistical significance as essential to ruling out chance as an explanation for an association.

16.

Epidemiologists calculate the power of a study before it begins, based upon, among other things, the number of subjects to be included. A power calculation predicts how likely it is that the study will achieve a statistically significant result. After the study is completed, the reported relative risk from the study will either have attained statistical significance or not. Regardless of whether the study was adequately powered at its inception, if the result is not statistically significant, it is impossible to rule out the possibility that the result of the study is due to chance alone.

---

[7] A relative risk of 1.0 suggests no association between the exposure and the disease while a relative risk below 1.0 suggests that the risk of disease in the exposed group is reduced below that found in the unexposed group.

17.

The presence of an association does not in and of itself establish that the drug increases the risk of the disease. The association may be solely due to chance, as explained above, or due to bias or confounding.

18.

**Bias** is any systematic error in an epidemiologic study that results in an incorrect estimate of the association between exposure and risk of disease. There are many types of biases. A selection bias occurs, for example, when the exposed group differs from the comparison group in some important way or when the control population is not representative of the population from which the cases were chosen. **Confounding** occurs when there are factors that independently affect the risk of the disease but are not controlled for in the study design. Alternately, **confounding** can also occur when the study does not account for a factor that does not cause the disease but is associated with or more frequently seen in the exposed population; for example, smokers are more likely to have yellow-stained fingers, but yellow fingers do not cause lung cancer.

19.

In determining whether reported associations suggest a cause and effect relationship, scientists apply analytical guidelines such as the guidelines developed by the British statistician, Sir Austin Bradford Hill. The Hill Criteria of causation include: (1) strength of association; (2) consistency of findings among different studies; (3) dose-response relationship (also known as biological gradient); (4) coherence; (5) biologic plausibility; (6) specificity of association; (7) experimental evidence; (8) analogy; and (9) temporality. A fundamental predicate to such an analysis is a review of all of the relevant scientific literature. Valid conclusions cannot be drawn

without such a review.

20.

Of the various types of study designs for evaluating the presence of an association, randomized clinical trials are the best for assessing the relationship between an agent, such as a particular drug, and a particular disease. A randomized clinical trial is an experimental study in which participants are prospectively, randomly assigned to one of two groups: one that is exposed to the agent being studied and one which is not; after a set period of time, the groups are evaluated for the presence of a disease or health outcome. Randomization reduces or eliminates confounding or bias.

21.

Observational epidemiologic studies, on the other hand, examine groups or look at populations of people and compare the rates of a particular disease or health outcome to the rates of exposure to a particular agent; observational epidemiologic studies are not randomized. Confounding, bias and the role of chance must be taken into account in analyzing observational epidemiologic studies as well as randomized clinical trials.

## REVIEW OF SCIENTIFIC DATA ON SEROQUEL

22.

I have reviewed over 100 published articles on the potential relationship between Seroquel, weight gain and type II diabetes.[8] In addition to the published literature, I have reviewed relevant unpublished data sets from over seventy clinical trials of Seroquel aggregated for submission to the FDA[9] and data from AstraZeneca Study 125[10] and Studies 126/127.[11] These clinical trials have produced an extensive set of glucose and weight data.[12]

---

[8] These articles are included on my reliance list, attached as Exhibit 2.
[9] See AstraZeneca, *Metabolic Parameters Response*, FDA Submission, Jun. 26, 2008 ("FDA Submission").

23.

AstraZeneca's Study 125 was specifically designed to evaluate any potential relationship
between Seroquel and glucose metabolism. The design of the study is especially strong in light
of the fact that subjects were randomized on the basis of their body mass index, were
hospitalized to ensure fasting, and the gold standard-validated oral glucose tolerance testing
(OGTT) was used to assess the primary endpoint. Using the most rigorous recommended
clinical measure of glucose tolerance, Study 125 showed that Seroquel did not cause a
statistically significant change in the results of the OGTT.[13]

24.

AstraZeneca's Studies 126/127 were primarily designed to evaluate the efficacy of
Seroquel as adjunct therapy (in combination with a mood stabilizer) for treatment of bipolar
disorder. Both studies collected data on glucose and showed a small, clinically insignificant
increase in blood glucose over 104 weeks. Unlike Study 125, these studies were not designed to
specifically evaluate glucose metabolism. In addition, a significant number of the subjects in the
study were diabetic at baseline; in fact, of the 17 subjects in the two studies who had a reported

---

[10] Study 125's complete title is: A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised,
Parallel-Group Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and
Risperidone, in the Treatment of Patients with Schizophrenia.
[11] Studies 126 and 127 share the same title: A Multicenter, Randomized, Parallel-group, Double-blind, Phase III
Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided
Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment
of Bipolar I Disorder in Adult Patients.
[12] *See e.g.*, AstraZeneca, *Metabolic Parameters Response*, FDA Submission, Jun. 26, 2008 ("FDA Submission")
(The FDA Submission includes data from 20,021 adult patients treated with Seroquel. Mean fasting glucose change
was 2.4 mg/dL for Seroquel vs. 1.6 mg/dL for placebo at about 8 weeks, a difference that is not clinically
significant. Mean change in weight was 2.6 pounds for Seroquel vs. 0.44 pounds for placebo at about 6 weeks.).
*See also* my report, attached as Exhibit 1, at 19.
[13] *See also* my report at 20.

glucose value over 200 mg/dL during the study period, 14 were diabetic at baseline.[14]  Studies

126/127 provide no scientifically reliable evidence that Seroquel causes diabetes.[15]

25.

There are twenty observational epidemiologic studies examining Seroquel and diabetes.

Twelve of these studies (bolded below) show no statistically significantly increased risk for

Seroquel and diabetes.  The studies are:[16]

1.   **Lamberti, JS, et al. Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs.** *J Clin Psychiatry* **2004; 65: 702-706.**

2.   **Gianfrancesco F, et al. Antipsychotic-induced type 2 diabetes:  Evidence from a large health plan database.** *J Clin Psychopharmacology* **2003 (Aug); 23[4]: 328-335.**

3.   **Gianfrancesco F, et al. Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population:  Sensitivity to study design.** *Am J Health-Syst Pharm* **2006 (Mar 1); 63: 431-41.**

4.   **Gianfrancesco F, et al. The influence of study design on the results of pharmacoepidemiologic studies of diabetes risk with antipsychotic therapy.** *Ann Clin Psychiatry* **2006; 18[1]: 9-17.**

5.   **Barnett M, et al. A regional comparison of developing diabetes among VA patients exposed to typical and atypical antipsychotics relative to corticosteroids and proton pump inhibitors.** *Ann Clin Psychiatry* **2006; 18[1]: 1-7.**

6.   Buse JB, et al.  A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States.  *J Clinical Epidemiology* 2003; 56: 164-170.

7.   Feldman PD, et al.  Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States.  *JAMDA* 2004 (Jan-Feb); 5: 38-46.

8.   **Ostbye T, et al. Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population:  A retrospective cohort study.** *Pharmacoepidemiology and Drug Safety* **2005; 14: 407-415.**

---

[14] *See* June 2007 SERM Discussion Document, Table 12.
[15] *See also* my report at 17.
[16] Two additional studies examined atypical antipsychotics generally and diabetes.

- 10 -

9.  Sacchetti E, et al. Incidence of diabetes in a general practice population:  A database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure. *Int Clin Psychopharmacol* 2005; 20: 33-37.

**10.  Barner JC, et al. Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among central Texas veterans.** *Pharmacotherapy* **2004; 24[11]: 1529-1538.**

11.  Citrome L, et al. Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients. *Psychiatric Services* 2004 (Sept); 55[9]: 1006-1013.

12.  Guo JJ, et al. Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: A retrospective, population-based, case-control study. *J Clin Psychiatry* 2006; 67: 1055-1061.

13.  Guo JJ, et al. Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid patients with bipolar disorder: A nested case-control study. *Pharmacotherapy* 2007; 27[1]: 27-35.

**14.  Lambert BL, et al. Antipsychotic exposure and type 2 diabetes among patients with schizophrenia:  A matched case-control study of California Medicaid claims.** *Pharmacoepidemiology and Drug Safety* **2005, in press.**

15.  Lambert B, et al. Diabetes risk associated with use of Olanzapine, Quetiapine and Risperidone in Veterans Health Administration patients with schizophrenia. *Am J Epidemiology* 2006; 164[7]: 672-681.

**16.  Lambert MT, et al. New-onset type-2 diabetes associated with atypical antipsychotic medications.** *Progress in Neuro-Psychopharmacology & Biological Psychiatry* **2006; 30: 919-923.**

17.  Sernyak MJ, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. *Am J Psychiatry* 2002; 159: 561-566.

**18.  Leslie DL, et al. Incidence of newly diagnosed diabetes attributable to atypical antipsychotic medications.** *Am J Psychiatry* **2004; 161: 1709-1711.**

**19.  Miller EA, et al. Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness. Evidence from a privately insured population.** *J Nervous and Mental Disease* **2005 (June); 193 [6]: 387-395.**

20.     **Ollendorf DA, et al. Rate of new-onset diabetes among patients treated with atypical or conventional antipsychotic medications for schizophrenia.** *Medscape General Medicine* 2004; 6[1]: 1-12.

The observational epidemiologic studies assessing the relationship between Seroquel and diabetes have inconsistent results, with some studies showing a statistically significant association and others showing no statistically significant association. This observational literature is severely confounded.[17] The majority of the studies relied on administrative or claims databases for their data; such databases often lack critical information about the study subjects. For example, all but one of the studies did not control for baseline body mass index. Failure to control for body mass index in a study of diabetes is a very serious flaw given the strong relationship between long term obesity and diabetes. A failure to control for obesity in a study of diabetes would be akin to studying lung cancer without controlling for smoking. The Barner study,[18] which controlled for body mass index, reported no statistically significant association between Seroquel use and diabetes. Many of the studies did not control for family history or ethnicity or other confounding factors. Moreover, in studies that rely on administrative or claims databases, it is impossible to determine whether the study subjects had diabetes prior to taking Seroquel. The extensive confounding and inconsistent results in the observational epidemiologic studies do not provide a scientifically reliable basis to draw any conclusion about the relationship between Seroquel and diabetes.

---

[17] *See* my report at 11 for further discussion of the limitations of the observational epidemiologic literature.
[18] Barner et al. Frequency of new-onset diabetes mellitus and use of antipsychotic drugs among central Texas veterans. *Pharmacotherapy* 2004; 24[11]: 1529-1538.

- 12 -

26.

Two separate consensus reports have concluded that the available scientific evidence does not establish that Seroquel causes type II diabetes.  In 2004, a consensus opinion from the American Diabetes Association, the American Psychiatric Association, the American Association of Clinical Endocrinologists and the North American Association for the Study of Obesity concluded that the data regarding the relationship between Seroquel and diabetes is discrepant.[19]  The same year a consensus report from a meeting of a group of international psychiatry and diabetic medicine experts, published in *The British Journal of Psychiatry* (the official journal of The Royal College of Psychiatrists) concluded that the available evidence does not establish that antipsychotics cause impaired glucose metabolism.[20]

27.

Based on my review of the available data, I do not find scientifically reliable evidence to support the conclusion that Seroquel causes type II diabetes.  My opinions are set forth in greater detail in my report attached hereto as Exhibit 1.

## OVERWEIGHT/OBESITY AND DIABETES

28.

The relationship between obesity and type II diabetes is overwhelmingly strong, and obesity is generally accepted as the primary cause of type II diabetes in the United States.  The risk associated with chronic overweight/obesity dwarfs all other known risk factors for diabetes.  At higher levels of body mass index (BMI),[21] the risk of developing diabetes as a result of

---

[19] Consensus Development Conference on Antipsychotic Drugs and Obesity and Diabetes. *Diabetes Care* 2004; 27:596-601.

[20] 'Schizophrenia and Diabetes 2003' Expert Consensus Meeting, Dublin, 3–4 October 2003: consensus summary. *The British Journal of Psychiatry* (2004) 184: s112-s114.

[21] Body Mass Index (BMI) refers to a person's relative weight for height.  BMI can be used to assess overweight and obesity, and to measure change in body weight.  The Centers for Disease Control define overweight as a body mass index (BMI) between 25 mg/kg$^2$ and 29.9 mg/kg$^2$ in an adult; obesity is defined as a BMI over 30 mg/kg$^2$ in an

obesity dwarfs even the risk of developing lung cancer as a result of smoking.[22]  Compared to the

risk of developing lung cancer in a heavy smoker, the risk for a woman with BMI over 35 kg/m$^2$

of developing diabetes is almost four times higher (RR of 93.2 vs. ~25).

29.

Chronic overweight (BMI>25) and obesity (BMI>30) present in middle adulthood is the

single most established and important predictor of diabetic risk.

30.

Based on current trends in obesity, nearly 20% of males with a body mass index (BMI)

between 18.5 and 25 at age 18 will go on to develop diabetes during their lifetime.[23]  Of males

with a BMI between 30 and 35, 57.0% will develop diabetes during their lifetime, while of those

with a BMI over 35, 70.3% will become diabetic. [24]  A similar trend is seen in women.[25]  Thus,

individuals who are obese in early adulthood are more likely than not to develop diabetes

independent of any other risk factors.

31.

Analysis of data from well-designed epidemiologic studies performed by top quality

government and academic scientists has indicated that the relative risk of developing diabetes as

a result of chronic overweight/obesity is:  for BMI >29, 27.6 for women and 6.7 for men; for

---

adult. For example, a woman who is 5'4" tall and weighs 131 pounds would have a BMI of 22.5 kg/m$^2$; a woman
who is 5'4" tall weighing 204 pounds would have a BMI of 35 kg/m$^2$.
[22] Neuberger, JS, et al. Risk Factors for Lung Cancer in Iowa Women: Implications for Prevention, *Cancer
Detection and Prevention*, 2006; 30(2):158–167.
[23] Narayan V, et al. Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States. *Diabetes
Care* June 2007, 30(6):1562-6. Epub March 19, 2007.
[24] *Id.*
[25] *Id.*

BMI>33, 54.0 for women and 21.3 for men; and for BMI ≥35, 93.2 for women and 42.1 for men (as compared to persons with BMI ≤22.5).[26]

## WEIGHT GAIN AND DIABETES

### 32.

Weight gain is a complicated, multi-factorial process. The cause of weight gain in a particular person is difficult to establish due to the numerous factors that affect weight. Weight gain is almost always due to the combination of overeating and relative physical inactivity.

### 33.

Many mental health disorders are associated with disturbances in eating patterns, physical activity and subsequently weight.[27] Severe mental illness in particular is associated with overweight and obesity. Multiple studies establish the association of overweight/obesity with severe mental illness, including schizophrenia and affective disorders.[28]

### 34.

Short-term weight gain (less than 3 years) is not associated with an increased risk of type II diabetes. [29]

---

[26] Colditz, G. et al. Weight gain as a risk factor for clinical diabetes mellitus in women. *Ann Intern Med* 1995; 122:481-486; Chan, J. et al. Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men. *Diabetes Care* 1994; 17:961-969.
[27] McCreadie, R. et al. Dietary intake of schizophrenic patients in Nithsdale, Scotland: case-control study. *BMJ* 1998; 317:784-785; Brown, S. et al. The unhealthy lifestyle of people with schizophrenia. *Psychological Medicine* 1999; 29:697-701.
[28] Dickerson, F. et al. Obesity among individuals with serious mental illness. *Acta Psychiatrica Scandinavica* 2005; 113(4):306-313; Susce, M. et al. Obesity and associated complications in patients with severe mental illnesses: a cross-sectional survey. *J Clin Psychiatry* February 2005; 66(2):167-173; Evette Weil, B. et al. Obesity Among Adults With Disabling Conditions. *JAMA* 2002; 288:1265-1268; Suvisaari, J. et al. Metabolic syndrome among persons with schizophrenia and other psychotic disorders in a general population survey. *J Clin Psychiatry* 2007; 68:1045-1055.
[29] Mishra, G. et al. Short-term Weight Change and the Incidence of Diabetes in Midlife. *Diabetes Care* 2007; 30:1418-1424.

- 15 -

35.

Weight gain of more than 5 kg that is maintained over the long-term (8-20 years) is associated with increased risk of type II diabetes.  However, the impact of long-term weight gain on diabetes risk is much less than the overwhelming impact of chronic overweight and obesity. Furthermore, a maintained weight gain over 8 years of up to 20 kg (44 pounds) does not appreciably change the risk of developing type II diabetes in persons who are overweight or obese in middle adulthood (BMI≥27).[30]  Long-term weight gain in persons with BMI>37 does not increase the risk of developing type II diabetes.[31]

## OTHER RISK FACTORS FOR DEVELOPING DIABETES

36.

Other known risk factors for diabetes include age, diet, family history, ethnicity, hypertension, sedentary lifestyle, tobacco use, antihypertensive medications, and severe mental illness (including schizophrenia and bipolar disorder).

37.

**AGE:**  The prevalence[32] of diabetes in the United States increases dramatically with age. Based on data derived from the National Health Interview Survey (NHIS) and the Third National Health and Nutrition Examination Survey (NHANES III), the CDC estimated that, in 2007, the percentage of adults with diabetes was 2.6% among 20 to 39 year-olds, 10.8% among 40 to 59 year-olds, and 23.8% among those over 60.  This translates to a relative risk of 4.15 for 40 to 59 year-olds and 9.15 for those over 60 years-old, as compared to 20 to 39 year olds.[33]

---

[30] Colditz, GA. Weight as a Risk Factor for Clinical Diabetes in Women, *American Journal of Epidemiology*, 1990; 132:501-13.
[31] Resnick et al. Relation of weight gain and weight loss on subsequent diabetes risk in overweight adults. *J Epidemiology Community Health* 2000; 54:596-602.
[32] Prevalence of a disease in a population is simply the percentage of the population that has the disease.
[33] National Diabetes Fact Sheet , 2007. available at: http://www.cdc.gov/diabetes/pubs/pdf/ndfs_2007.pdf.

- 16 -

38.

**DIET:** A low-fiber diet with a high glycemic index[34] has been associated with an increased risk of diabetes. In a study of 65,173 US women between 40 and 65 years of age, a combination of a high glycemic load and a low cereal fiber intake increased the risk of diabetes more than two-fold (RR=2.50, 95% CI, 1.14-5.51) when compared with a low glycemic load and high cereal fiber intake.[35] Similar results were found in a study of 42,759 men without NIDDM or cardiovascular disease, between the ages of 40 and 75.[36]

39.

**FAMILY HISTORY:** Type II diabetes is believed to have a strong genetic component (stronger than type I diabetes).[37] Results of prospective cohort studies suggest that persons with a family history of diabetes have a 2.0-2.3 relative risk of developing type II diabetes.[38]

40.

**ETHNICITY:** Ethnic background increases diabetic risk for many minority groups. Data from The Nurses' Heath Study, a prospective cohort study including 78,419 women, found that, compared with whites, the age-and-BMI adjusted relative risks (RRs) for type II diabetes was 2.26 (1.70–2.99) for Asians, 1.86 (1.40–2.47) for Hispanics, and 1.34 (1.12–1.61) for blacks.[39]

---

[34] Food with a high glycemic index rapidly raises glucose levels after consumption; examples of foods with high glycemic index include: bread, potatoes, and sugar.
[35] Salmeron, J. et al. Dietary fiber, glycemic load, and risk of non-insulin-dependent diabetes mellitus in women. *JAMA* 1997; 277:472-477.
[36] RR = 2.17, 95% CI, 1.04-4.54; Salmeron et al. Dietary fiber, glycemic load, and risk of NIDDM in men. *Diabetes Care* 1997; 20:545-550.
[37] Holt, R, Diagnosis, Epidemiology and Pathogenesis of Diabetes Mellitus: an Update for Psychiatrists, *British Journal of Psychiatry* 2004; 184:S55-S63.
[38] Chan, JM, Obesity, Fat Distribution, and Weight Gain as Risk Factors for Clinical Diabetes in Men, *Diabetes Care* 1994; 17:961-969; Colditz, GA. Weight as a Risk Factor for Clinical Diabetes in Women, *American Journal of Epidemiology* 1990; 132:501-13.
[39] Shai I, et al., Ethnicity, Obesity, and Risk of Type 2 Diabetes in Women: a 20-year Follow-up Study. *Diabetes Care* 2006; 29(7):1585-1590.

41.

**HYPERTENSION:** Hypertension is a known risk factor for diabetes.[40] Forty-eight percent to 67% of persons newly diagnosed with diabetes have hypertension.[41] In a study of 12,550 U.S. adults aged 45 to 64, the incidence of diabetes in persons with hypertension was found to be over two times that of persons without hypertension (RR 2.43 [CI 2.16 - 2.73], absolute risk 29.1 vs. 12.0/1000 person-years).[42]

42.

**INACTIVITY:** Physical inactivity is an established risk factor for type II diabetes. Physical inactivity is associated with increased insulin resistance and poorer glycemic control independent of body weight.[43] Based on the results of the Medical Expenditure Panel Survey (MEPS) of over 68,500 U.S. adults, inactive adults are 1.52 to 1.65 times more likely to develop type II diabetes.[44]

43.

**SMOKING:** Smoking increases the risk of developing diabetes independent of other risk factors. A meta-analysis published in 2007 in the *Journal of the American Medical Association* showed a consistent finding of increased diabetes incidence associated with active cigarette smoking with an overall relative risk of 1.44 (CI 1.31-1.58). Heavy smokers ($\geq$ 20

---

[40] Cleveland Clinic, Diabetes and Smoking, available at: http://my.clevelandclinic.org/healthy_living/smoking/hic_diabetes_and_smoking_-_another_reason_to_quit.aspx.
[41] Harris MI, Undiagnosed NIDDM: Clinical and Public Health Issues, *Diabetes Care* 1993; 16:642-652; Leiter LA, et al., Diabetes Screening in Canada (DIASCAN) Study: Prevalence of Undiagnosed Diabetes and Glucose Intolerance in Family Physician Offices, *Diabetes Care* 2001; 24:1038-1043.
[42] Gress TW, et al., Hypertension and Antihypertensive Therapy as Risk Factors for Type 2 Diabetes Mellitus. Atherosclerosis Risk in Communities Study, *New England Journal of Medicine* 2000; 342:905-12.
[43] Sigal, RJ, et al., Physical Activity/Exercise and Type 2 Diabetes. *Diabetes Care* 2004; 27:2518–2539.
[44] Sullivan PW, et al., Obesity, inactivity, and the prevalence of diabetes and diabetes-related cardiovascular comorbidities in the U.S., 2000-2002, *Diabetes Care* 2005; 28(7):1599-1603.

cigarettes per day) had an even higher relative risk of developing diabetes, RR 1.61 (1.43-1.80).[45]

44.

**MEDICATIONS:**  Beta-blockers and thiazide diuretics are commonly used to treat hypertension.  Thiazide diuretics appear to worsen glycemic control in a dose-dependent fashion by reducing insulin secretion and peripheral insulin sensitivity.[46]  Therapy with beta-blockers has been shown to inhibit pancreatic insulin secretion and peripheral glucose utilization.  The multivariate relative risk of symptomatic diabetes in participants taking a thiazide diuretic or beta-blocker compared with participants not taking a thiazide or beta-blocker ranges from 1.20-1.51 and 1.21-1.25, respectively.[47]

45.

**SEVERE MENTAL ILLNESS:**  Severe mental illness, including schizophrenia and bipolar disorder are associated with an increased risk of type II diabetes.[48]  Persons with schizophrenia have a 2- to 4-fold increased prevalence of type II diabetes.[49]  Similarly, persons with bipolar disorder have a 2- to 3-fold higher prevalence for type II diabetes then the general population.[50]

---

[45] Willi, C, et al., Active Smoking and the Risk of Type 2 Diabetes: A Systematic Review and Meta-analysis. *Journal of the American Medical Association* 2007; 298(22):2654-2664.
[46] Stump, C. et al. Effect of Antihypertensive Agents on the Development of Type 2 Diabetes Mellitus. *Mayo Clin Proc.* 2006; 81(6):796-806.
[47] Taylor, E. et al. Antihypertensive medications and the risk of incident type 2 diabetes. *Diabetes Care* 29:1065–1070, 2006.
[48] American College of Physicians, ACP Internist, October 2008. Two-Pronged Plan to Attack Pre-Diabetes. available at http://www.acpinternist.org/archives/2008/10/prediabetes.htm.
[49] 'Schizophrenia and Diabetes 2003' Expert Consensus Meeting, Dublin, 3-4 October 2003: Consensus Summary. *British Journal of Psychiatry* 2004: 184:S112-S114.
[50] *Id.*

46.

I hold additional relevant opinions as set forth in my expert report in this matter, which is attached hereto and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2 day of November 2008.

Jeffrey P. Koplan, M.D., M.P.H.

- 20 -

# EXHIBIT # 1

JEFFREY P. KOPLAN, M.D., M.P.H.

## I. QUALIFICATIONS

I have been asked to give my scientific opinion as an epidemiologist as to whether a relationship exists between quetiapine (Seroquel) use and type II diabetes.

I received my bachelor's degree from Yale College, attended the Mt. Sinai School of Medicine where I obtained my medical degree, and received a master's degree from the Harvard School of Public Health. I am currently the Vice President for Global Health and Director of the Global Health Institute at Emory University.

I began my public health career in the early 1970's as one of the CDC's Epidemic Intelligence Service (EIS) Officers. From 1994 to 1998, I developed and led the Prudential Center for Health Care Research (The Prudential Insurance Co.), a nationally recognized health services research organization. From 1998 to 2002, I served as the Director of the Centers for Disease Control and Prevention (CDC). In this position, I oversaw all aspects of the CDC, the premiere health promotion, prevention, and preparedness agency of the United States and a global leader in public health.

I have worked as a physician and epidemiologist on numerous major public health issues over the past 30 years, including infectious diseases such as smallpox, SARS, pandemic influenza and HIV/AIDS, environmental issues such as the Bhopal chemical disaster, and the health toll of tobacco and chronic diseases, both in the United States and around the globe. Since 2003, I have chaired the Institute of Medicine (IOM) of the National Academies' committee on preventing childhood obesity, which published the IOM Report on Preventing Childhood Obesity.

I am a Master of the American College of Physicians and was elected to membership in the Institute of Medicine, where I serve on the Governing Council. I have served on many advisory groups and consultancies in the U.S. and overseas, and have written more than 200 scientific papers. I am a trustee of Yale University, The Marcus Family Foundation, HealthMPowers, and the Kaiser Foundation Health Plan of Georgia, Inc.

In recent years, I have served on the Commission on Macroeconomics and Health for the Caribbean Region, the China Medical Board, the Advisory Board for Chronic Diseases for Pakistan, the Research Assessment Exercise (RAE, UK), the Hong Kong SARS Commission, and the International Commission on Education for Development, Policy and Practice (Columbia University's Earth Institute). I am also a co-founder and President of the International Association of National Public Health Institutes (IANPHI). For the past 35 years I have consulted regularly with the World Bank and the World Health Organization.

## II. BASIS FOR OPINION

I have undertaken a critical, analytic review of the relevant scientific literature, AstraZeneca's Submission to the FDA, and the unpublished relevant data sets. This review was consistent with sound epidemiologic principles, including application of the criteria for assessing causal relationships[1] and evaluation of the relative quality of data on the basis of a hierarchy of methodology.

---

[1] Bradford Hill A. "The Environment and Disease: Association or Causation?". Proc, Royal Soc. Med. 1966, Vol. 58.

## III. DIABETIC RISK FACTORS

Because of the prevalence and potential severity of the disease, type II diabetes has undergone intense epidemiologic study for many decades.

The most consistent conclusion that has been drawn from multiple studies is that, while there are many risk factors for type II diabetes, the most prominent and powerful risk factor is overweight and obesity. The powerful association between baseline overweight/obesity and subsequent diabetes has been established and re-validated by multiple studies using different populations and data sets from many countries and over many decades.

The data relied upon in reaching this conclusion includes well-designed cohort studies performed by top quality government and academic scientists. Analysis of data from two such large, well-designed, long-term cohort studies at Harvard, the Nurses' Health Study and the Health Professionals Follow-up Study, has indicated that the relative risk of developing diabetes is: for baseline BMI >29, 27.6 for women and 6.7 for men; for baseline BMI>33, 54.0 for women and 21.3 for men; and for baseline BMI ≥35, 93.2 for women and 42.1 for men (as compared to persons with BMI ≤22).[2] The risk associated with baseline overweight/obesity dwarfs all other known risk factors for diabetes and is in the range of relative risks seen in the relationship between smoking and lung cancer.

*Other known risk factors for diabetes and the range of relative risks for those factors are listed in the table below:*

---

[2] Colditz GA, et al. "Weight gain as a risk factor for clinical diabetes mellitus in women". Ann Intern Med 1995, 122:481-486; Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men". Diabetes Care 1994, 17:961-969.

- 3 -

| RISK FACTOR | RELATIVE RISK | COMMENTS |
|---|---|---|
| OVERWEIGHT/OBESITY (W) | BMI 25-31: RR 8-27<br>BMI 31-35: RR 40-54<br>BMI >35: RR 93 | Colditz GA, et al. "Weight gain as a risk factor for clinical diabetes mellitus in women". Ann Intern Med 1995, 122:481-486. |
| OVERWEIGHT/OBESITY (M) | BMI 25-31: RR 2-7<br>BMI 31-35: RR 11-21<br>BMI >35: RR 42 | Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men". Diabetes Care 1994, 17:961-969. |
| AGE | 40-59 y.o.: RR 4.15<br>60+ y.o. : RR 9.15 | Versus those 20-39 in age. Based on the National Health Interview Survey (NHIS) and the Third National Health and Nutrition Examination Survey (NHANES III)<br>CDC, National Diabetes Fact Sheet, 2007 |
| PCOS | RR 5-10 | Ehrmann DA, et al. "Prevalence of impaired glucose tolerance and diabetes in women with polycystic ovary syndrome". Diabetes Care 1999, 22:141-146. |
| DIET | RR 2.50 | Combination of a high glycemic load and a low cereal fiber when compared with a low glycemic load and high cereal fiber. Salmerón J, et al. "Dietary fiber, glycemic load, and risk of non-insulin-dependent diabetes mellitus in women". JAMA 1997, 277:472-477. |
| FAMILY HISTORY | 2.0-2.3 | Chan JM. "Obesity, Fat Distribution, and Weight Gain as Risk Factors for Clinical Diabetes in Men". Diabetes Care 1994, 17:961-969.<br>Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of Epidemiology 1990, 132:501-513. |
| ETHNICITY | ASIAN: RR 2.26<br>HISPANIC: RR 1.86<br>BLACK: RR 1.34 | BMI adjusted. Based on The Nurses' Heath Study.<br>Shai I, et al. "Ethnicity, Obesity, and Risk of Type 2 Diabetes in Women: a 20-year Follow-up Study". Diabetes Care 2006, 29(7):1585-1590. |
| HTN | RR 2.4 | Gress TW, et al. "Hypertension and Antihypertensive Therapy as Risk Factors for Type 2 Diabetes Mellitus, Atherosclerosis Risk in Communities Study". New England Journal of Medicine 2000, 342:905-912. |

| INACTIVTY | RR 1.52-1.65 | Medical Expenditure Panel Survey (MEPS) Sullivan PW, et al. "Obesity, inactivity, and the prevalence of diabetes and diabetes-related cardiovascular comorbidities in the U.S., 2000-2002". Diabetes Care 2005, 28(7):1599-1603. |
| TOBACCO | RR 1.4-1.6 | Willi, C, et al. "Active Smoking and the Risk of Type 2 Diabetes: A Systematic Review and Meta-analysis". Journal of the American Medical Association 2007, 298(22):2654-266. |
| ANTI-HYPERTENSIVE MEDICATIONS | THIAZIDES: RR 1.2-1.51 BETA BLOCKERS: RR 1.21-1.25 | Nurses' Health Study; Health Professionals Follow-Up Study Taylor EN, et al. "Antihypertensive medications and the risk of incident type 2 diabetes". Diabetes Care 2006, 29:1065–1070. |

*In addition, gestational diabetes (GDM) has a demonstrated relative risk of 9-10.[3] Similarly, the relative risk for Impaired Glucose Tolerance/Impaired Fasting Glucose is 4-7.[4] Rather than demonstrating a casual relationship, these relative risks likely demonstrate a predisposition to later development of type II diabetes.

## IV. OVERWEIGHT/OBESITY IN ADULTHOOD DRIVES DIABETES RISK

Studies of prevalence of obesity[5] conducted by the CDC demonstrate that the United States is experiencing an epidemic of obesity.  Consistent with the increased incidence of obesity and the fact that baseline overweight/obesity in adulthood is the primary cause of type II diabetes, the incidence of type II diabetes in the U.S. is also increasing.

My review of the epidemiologic data on type II diabetes shows a consistent effect of overweight/obesity in adulthood on diabetic risk across scientific studies.  This effect

---

[3] Calculated based on 18.9% rate of developing DM within 9 years, as compared to 2% in women without GDM. Feig DS, et al. "Risk of development of diabetes mellitus after diagnosis of gestational diabetes". CMAJ July 29, 2008, 179(3):229-234.

[4] Based on meta-analysis of the unadjusted annualized RR for progression to DM. "Diagnosis, Prognosis, and Treatment of Impaired Glucose Tolerance and Impaired Fasting Glucose". Agency for Healthcare Research and Quality, U.S. Department of Health and Human Services.

[5] CDC, U.S. Obesity Trends 1985-2007, available at http://www.cdc.gov/nccdphp/dnpa/obesity/trend/maps/index.htm.

is dose-dependent; in other words, higher baseline weight translates to a higher relative risk of diabetes.

Based on current trends in obesity, nearly 20% of males with a BMI between 18.5 and 25 at age 18 will go on to develop diabetes during their lifetime.[6] Of males with a BMI between 30 and 35, 57.0% will develop diabetes during their lifetime, while of those with a BMI over 35, 70.3% will become diabetic.[7] A similar trend is seen in women.[8] Thus, individuals who are obese in early adulthood are more likely than not to develop diabetes independent of any other risk factors.

The effect of obesity on the risk of developing type II diabetes is also duration-dependent; the impact of carrying excess weight develops over time, with increased risk developing gradually over years of being overweight or obese.[9]

Furthermore, the association between obesity and type II diabetes is very strong, as reflected in the large increase in relative risk associated with even moderate levels of overweight. In a recent study based on data from the Nurses' Health Study, the authors concluded that among women with a BMI >33, 98 percent of diagnoses of diabetes were attributable to baseline weight.[10]

Finally, the relationship between overweight/obesity and diabetes is biologically plausible, meaning that the observed outcome (type II diabetes) is consistent with our understanding of the biologic actions of obesity.

---

[6] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[7] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[8] Narayan V, et al. "Effect of Body Mass Index on Lifetime Risk for Diabetes Mellitus in the United States". Diabetes Care June 2007, 30(6):1562-6. Epub March 19, 2007.
[9] Scheen, et al. "From Obesity to Diabetes: Why, When and Who?". Acta Clinica Belgica 2000; 55[1]: 9-15.
[10] Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of Epidemiology 1990, 132:501-513.

Based on these facts, my review of the scientific literature, and particularly the epidemiologic studies related to overweight/obesity and type II diabetes, I conclude that the relationship between baseline overweight/obesity in adulthood and type II diabetes is causal.

## V. MENTAL ILLNESS AND WEIGHT

Many mental health disorders are associated with disturbances in eating patterns, physical activity and subsequently weight. [11] Overweight and obesity in particular are associated with severe mental illness. Multiple studies establish the association of overweight/obesity with severe mental illness, including schizophrenia and affective disorders. [12]

## VI. WEIGHT GAIN

Weight gain is a complicated, multi-factorial process. The cause of weight gain in a particular person is difficult to establish due to the numerous factors that affect weight.

Weight gain is caused by factors that promote caloric intake in excess of caloric expenditure. Increased caloric intake in simple terms means overeating; however, overeating can be caused by a host of behavioral, environmental and genetic factors.

---

[11] McCreadie R, et al. "Dietary intake of schizophrenic patients in Nithsdale, Scotland: case-control study". BMJ 1998, 317:784-785; Brown S, et al. "The unhealthy lifestyle of people with schizophrenia". Psychological Medicine 1999, 29:697-701.

[12] Dickerson FB, et al. "Obesity among individuals with serious mental illness". Acta Psychiatrica Scandinavica 2005, 113(4):306-313; Susce MT, et al. "Obesity and associated complications in patients with severe mental illnesses: a cross-sectional survey". J Clin Psychiatry February 2005, 66(2):167-173; Evette Weil BA, et al. "Obesity Among Adults With Disabling Conditions". JAMA 2002, 288:1265-1268; Suvisaari JM, et al. "Metabolic syndrome among persons with schizophrenia and other psychotic disorders in a general population survey". J Clin Psychiatry 2007, 68:1045-1055.

Examples of factors causing overeating include: eating out of the home, dependency on fast food, family and cultural eating patterns, environmental cues, increasing portion size, endocrine disorders (including diabetes), tobacco cessation, stress, depression, and other psychiatric illness.

Similarly, numerous factors can affect caloric expenditure; for example, physical inactivity/sedentary lifestyle, aging, thyroid disorders, occupation, etc.

Additionally, weight gain can be caused by medical conditions unrelated to caloric intake and metabolism. For example, significant weight gain can be seen with fluid retention related to heart failure.

## VII. SHORT-TERM WEIGHT GAIN AND DIABETES

When addressing the relationship between overweight/obesity and the development of type II diabetes, it is important to distinguish between baseline overweight/obesity and short-term weight gain. Short-term weight gain (2-3 years) is not associated with an increased risk of Type II diabetes.[13] Even weight gain in excess of 5% of baseline weight annually over a 2-3 year period does not statistically increase the risk of developing Type II diabetes.[14]

Weight gain in adults who are already overweight or obese does not have the same effect on diabetes risk as weight gain in normal weight adults. Significant weight gain (>5kg) maintained over the long-term (8-10 years) in normal weight individuals

---

[13] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care 2007, 30:1418-1424; Black E, et al. "Long-term Influences of Body-weight Changes, Independent of the *Attained Weight, on Risk of Impaired Glucose Tolerance and Type 2 Diabetes*". *Diabetic Medicine 2005*, 22:1199–1205.

[14] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care 2007, 30:1418-1424; Black E, et al. "Long-term Influences of Body-weight Changes, Independent of the Attained Weight, on Risk of Impaired Glucose Tolerance and Type 2 Diabetes". Diabetic Medicine 2005, 22:1199–1205.

increases diabetic risk, but similar weight gain does not appreciably change the risk of developing type II diabetes in persons who are overweight or obese in middle adulthood.[15]

Furthermore, weight gain over a prolonged period in late adulthood (40-55 yrs.) appears to have less of an effect on diabetic risk. A person's body mass index (BMI) at baseline is the strongest predictor of diabetic risk.[16]

## VIII. SEROQUEL AND WEIGHT GAIN

Seroquel is associated with a modest (2-5 kg) weight gain, the majority of which occurs in the first 12 weeks of use and plateaus by the end of the first six months of treatment.[17]

Reviewing the observational epidemiology, controlled cohort studies, long-term epidemiologic studies, and specific randomized controlled trials, most of the data reinforce a common set of findings. The mean weight gain in most studies in between 2-5 kg, although some patients lose weight and some gain more weight (10% - >25% gained more than 7% of baseline weight). Across the studies, subjects whose baseline BMI was <25 kg/m$^2$ were more likely to gain weight. Subjects who were overweight or obese at baseline experienced significantly less weight gain than those who were normal

---

[15] Colditz GA. "Weight as a Risk Factor for Clinical Diabetes in Women". American Journal of Epidemiology 1990, 132:501-513, Table 3.A weight gain of 6.00 to 9.99 kg over 8-10 years has been shown to increase the risk of diabetes by a relative risk of 2.1 with baseline BMI <22.0, 1.7 with baseline BMI 22.0-24.9, 2.6 with baseline BMI 25.0-26.9, 1.3 with baseline BMI 27.0-28.9, 1.1 with baseline BMI 29.0-31.9, and 1.2 with baseline BMI ≥32.0.[15]

[16] Mishra GD, et al. "Short-term Weight Change and the Incidence of Diabetes in Midlife". Diabetes Care 2007, 30:1418-1424; Hanson RL. "Rate of Weight Gain, Weight Fluctuation, and Incidence of NIDDM". Diabetes 1995, 43:261-66.

[17] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603.

weight at baseline.[18] The studies that included longitudinal data going out to 52-104 weeks further suggest that the majority of weight gain associated with Seroquel occurs in the first twelve weeks of treatment.[19] Furthermore, in the range of therapeutic doses, there does not seem to be a consistent dose dependent relationship.[20]

## IX. SEROQUEL AND NEW-ONSET DIABETES

I have reviewed the scientific literature and randomized controlled trial data that has attempted to determine whether an association exists between Seroquel use and type II diabetes.

On the basis of this review, taking the data as a whole and applying established scientific principles of epidemiology, I conclude that the scientific literature and data does not support a conclusion that Seroquel is a cause or a substantial contributing factor to the development of Type II diabetes.

---

[18] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603; Kopala LC, et al. "Treatment of a first episode of psychotic illness with quetiapine: an analysis of 2 year outcomes". Schizophr Res January 1, 2006, 81(1):29-39.

[19] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603.

[20] Brecher M, et al. "Quetiapine and long-term weight change: a comprehensive data review of patients with schizophrenia". J Clin Psychiatry April 2007, 68(4):597-603; Newcomer JW. "Second-generation (atypical) antipsychotics and metabolic effects: a comprehensive literature review". CNS Drugs 2005, 19(Supp. 1):1-93; Thase ME, et al. "Efficacy of quetiapine monotherapy in bipolar I and II depression: a double-blind, placebo-controlled study (the BIPOLAR II study)". J Clin Psychopharmacol December 2006, 26(6): 600-609; Calabrese JR, et al. "A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression". Am J Psychiatry July 2005, 162(7):1351-60.

A. Observational Epidemiology

*General Comments:*

There is a body of observational epidemiologic literature examining the relationship between Seroquel and Type II diabetes. The vast majority of this literature is severely confounded and of limited use in assessing the relationship between Seroquel and diabetes.

As a threshold issue, all but one of the observational studies failed to properly control for baseline weight or body mass index.[21] Because baseline obesity is such a powerful determinant of diabetic risk, any study that did not control for baseline weight cannot produce reliable conclusions regarding the relationship between Seroquel and diabetes. *Similarly, any study that did not control for other established risk factors for diabetes*, such as family history, sedentary lifestyle, gestational diabetes, etc., is of limited value in assessing any associations between Seroquel and type II diabetes.

Furthermore, several of the observational studies involve populations that are referred to as "claims data sets." Claims data sets were designed largely for financial and administrative purposes of health insurers and not for asking epidemiologic or health questions. This study population in a claims data set is a subset of people who sought or were provided reimbursement by the insurer rather than a population scientifically chosen to answer a scientific question. Moreover, because of the nature of claims data, important information relevant to answering the scientific question in the study often is not available to the investigators. For example, none of the claims data sets in this *literature contained information on weight, family history, or glucose levels of the*

---

[21] See Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.

- 11 -

subjects. Because of the significant limitations of the claims data sets, no reliable conclusion can be drawn regarding the relationship between Seroquel and diabetes on the basis of a study relying on such data.

A further subset of the observational studies compared subjects on Seroquel with non-mentally ill controls. Because of the different background rates of diabetes seen in mentally ill patients, one would expect to see a higher rate of diabetes in the Seroquel group compared to the control group, regardless of whether Seroquel had any effect on diabetic risk. Accordingly, no conclusion can be drawn regarding the relationship between Seroquel and diabetes on the basis of such studies.

Still other observational studies are nothing more than case reports or series. These reports, while of provocative interest, contribute little information to scientific conclusions about a health problem and certainly cannot demonstrate an association.

To contribute scientifically meaningful information about the association between an exposure and an outcome, an epidemiologic study should: (i) use a cohort of individuals selected with the particular question in mind at the start of the study and (ii) should have available all data relevant to the endpoint in question collected initially and at regular intervals throughout the course of the study. In some instances, a retrospective cohort may be used that was not chosen specifically to answer the particular question, but only when there has been rich data collection that includes all data relevant to the *endpoint being studied.*

*Specific Examples:*

I have illustrated below some examples of the types of critical study design errors present in the majority of the observational epidemiology I have reviewed.

- 12 -

In Sacchetti et al. 2005,[22] the authors conclude that subjects treated with Seroquel had a relative risk of 33.7 of developing diabetes compared to untreated subjects. The study had numerous significant design flaws, which the authors themselves identify. Specifically, the authors did not control for baseline diabetic risk factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.); compared mentally-ill patients to a cohort of normal subjects; did not control for severity or duration of mental illness; did not use standardized diagnostic criteria; only had 109 patients on Seroquel; and relied on a database of thousands of Italian general practitioners whose methods of practice, standards of care, and sophistication in data collection are not uniform. For those reasons, this study does not provide scientifically reliable information upon which a conclusion can be reached about any potential association between Seroquel and type II diabetes.

In two studies published in 2006 and 2007, Guo et al.[23] concluded that bipolar subjects treated with Seroquel had an increased risk of developing diabetes compared to those treated with first generation antipsychotics. Both studies were based on the same managed-care claims database and exhibited multiple design errors. Specifically, the authors did not control for most baseline diabetic risk factors (family history, sedentary lifestyle, gestational diabetes, etc.), failed to properly control for weight (despite an effort at a complicated post-hoc adjustment), failed to define relevant terms (such as "weight gain") causing the data to be uninterpretable, and relied on a database not designed to

---

[22] Sacchetti E, et al. "Incidence of diabetes in a general practice population: A database cohort study on the relationship with haloperidol, olanzapine, risperidone or quetiapine exposure". Int Clin Psychopharmacol 2005, 20:33-37.

[23] Guo JJ, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: A retrospective, population-based, case-control study". J Clin Psychiatry 2006, 67:1055-1061; Guo JJ, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among Medicaid patients with bipolar disorder: A nested case-control study". Pharmacotherapy 2007, 27(1):27-35.

answer the types of questions they were attempting to address. Neither study provides scientifically reliable information upon which a conclusion can be reached about any potential association between Seroquel and type II diabetes.

Similarly in Citrome et al. 2004,[24] the authors conclude that subjects treated with Seroquel had a relative risk of 3.09 of developing diabetes compared to those treated with first generation antipsychotics. The study failed to control for baseline diabetic risk factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.) and relied on a prescription database for its study data. This study also does not provide scientifically reliable information upon which a conclusion can be reached about any potential association between Seroquel and type II diabetes. Notably, in a 2007 review article, Citrome et al.[25] looked at the range of studies comparing Seroquel to first generation antipsychotics and found no difference in risk of diabetes.

Again in Lambert et al. 2006,[26] the authors relied on VA pharmacy and patient care databases and failed to control for baseline diabetic risk factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.) in concluding that Seroquel use was associated with a 1.67 relative risk of developing diabetes when compared to haloperidol, a first generation antipsychotic. For the reasons stated above, this study also does not provide scientifically reliable information upon which a conclusion can be reached about any potential association between Seroquel and type II diabetes. Interestingly, the only

---

[24] Citrome L, et al. "Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients". Psychiatric Services September 2004, 55(9):1006-1013.
[25] Citrome LL, et al. "Risk of treatment-emergent diabetes mellitus in patients receiving antipsychotics". The Annals of Pharmacotherapy October 2007, 41: 1-11
[26] Lambert BL, et al. "Diabetes risk associated with use of Olanzapine, Quetiapine, and Risperidone in Veterans Health Administration patients with schizophrenia". Am J Epi 2006, 164(7):672-681.

study that properly controlled for baseline weight was also a VA study and showed no increased risk of Seroquel as compared to first generation antipsychotics.[27]

In Buse et al. 2003, [28] the authors again used a prescription claims database, failed to control for baseline diabetic risk factors (weight, family history, sedentary lifestyle, gestational diabetes, etc.), and compared mentally ill patients to normal controls. Buse et al. 2003 similarly does not provide scientifically reliable information upon which a conclusion can be reached about any possible association between Seroquel and type II diabetes.

In addition to the literature I have reviewed in detail above, there are multiple observational studies that find little or no association between Seroquel use and type II diabetes.[29]  Although some of that literature suffers from flaws similar to those discussed above, the inconsistent results in all of that available studies further confirms the lack of a scientifically valid association.

*Conclusions Based on Observational Epidemiologic Studies:*

The presence of inconsistent results and the significant flaws in the studies make it impossible to draw any conclusion regarding the relationship between Seroquel and Type II diabetes on the basis of the observational epidemiology available at this time.

---

[27] Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs Among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.
[28] Buse JB, et al. "A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States". J Clinical Epidemiology 2003, 56:164-170.
[29] See, for example, Gianfrancesco F, et al. "Antipsychotic-induced type 2 diabetes: Evidence from a large health plan database". J Clin Psychopharmacology August 2003, 23(4):328-335.
Gianfrancesco F, et al. "Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: Sensitivity to study design". Am J Health-Syst Pharm March 1, 2006, 63:431-41.
Barner, JC, et al. "Frequency of New-Onset Diabetes Mellitus and Use of Antipsychotic Drugs Among Central Texas Veterans". Pharmacotherapy 2004, 24(11):1529-1538.

B. CATIE Study

The CATIE (Clinical Antipsychotic Trials of Intervention Effectiveness) trial was a randomized, double-blind study that compared the efficacy of antipsychotic drugs in the treatment of schizophrenia. Both the primary study and several follow-on studies collected data on metabolic parameters, although those parameters were not the primary endpoint of the study.[30] In the primary study, 337 subjects were randomized to treatment with Seroquel; 12% of subjects randomized to Seroquel were diabetic at baseline.[31] Despite the large percentage of patients with pre-existing diabetes, the changes in glucose and hemoglobin A1c were small and clinically non-significant.[32] The mean exposure-adjusted change in glucose was 7.5 mg/dL and in hemoglobin A1c was 0.04%. Much smaller changes in glucose were observed in follow-on arms of the CATIE trial.[33] As a whole, these findings were consistent with data collected in randomized trials conducted

---

[30] Lieberman JA, et al. "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia". NEJM September 22, 2005, 353(12): 1209-23; McEvoy JP, et al. "Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment". Am J Psychiatry April 2006, 163(4):600-610; Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, risperidone, and ziprasidone in patients with chronic schizophrenia following discontinuation of a previous atypical antipsychotic". Am J Psychiatry April 2006, 163(4):611-622; Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia after discontinuing perphenazine: A CATIE study". Am J Psychiatry 2007, 164:415-427.

[31] Lieberman JA, et al. (CATIE Investigators). "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia". NEJM September 22, 2005, 353(12):1209-23.

[32] Scientific literature and clinical experience suggests that small glucose changes (5-10 mg/dL) between glucose tests are normal and not clinically significant. For example, a study based on data from the NHANES III cohort showed that there was a normal variation between morning and afternoon blood sugars; subjects had glucose values 5 mg/dL higher in the morning than in the afternoon. Troisi RJ, et al. "Diurnal Variation in Fasting Plasma Glucose: Implications for Diagnosis of Diabetes in Patients Examined in the Afternoon". JAMA 2000, 284:3157-3159. Furthermore, serum glucose values vary from day to day in newly diagnosed diabetics by an average of 15%. Ollerton R, et al. "Day to day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects". Diabetes Care 1999, 22:394 -398.

[33] Fasting glucose change: -23.3 mg/dL, McEvoy et al., Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment. Am J Psychiatry 2006 (Apr); 163[4]: 600-610.; Fasting glucose change: -0.2 mg/dL, Stroup et al., Effectiveness of olanzapine, quetiapine, risperidone, and ziprasidone in patients with chronic schizophrenia following discontinuation of a previous atypical antipsychotic. Am J Psychiatry 2006 (Apr); 163[4]: 611-622; Fasting glucose change: 3.3 mg/dL, Stroup et al., Effectiveness of olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia after discontinuing perphenazine: A CATIE study. Am J Psychiatry 2007; 164: 415-427.

by AstraZeneca. Although changes in glucose and hemoglobin A1c can only be viewed as surrogates for determining the effect of Seroquel on diabetes risk, the absence of significant changes in glucose metabolism in the CATIE study further supports the conclusion that Seroquel is not a cause or substantial contributing factor to the development of type II diabetes.

C. Study 126/Study 127

Studies 126 and 127 are clinical trials conducted by AstraZeneca. These studies were designed to test efficacy and were not randomized to address glucose metabolism and diabetes endpoints. Looking at those endpoints requires a post hoc approach to the data. As a result, using these studies to evaluate the relationship between Seroquel and diabetes involves methodologic problems similar to the methodologic problems in observational cohort studies. For example, at baseline, the cohorts in studies 126 and 127 were not randomized by BMI, the single most important risk factor for diabetes. Moreover, studies 126 and 127 were not monotherapy trials; the subjects were given either Seroquel or placebo in combination with a mood-stabilizing drug. Studies using more than one drug have the obvious problem of trying to determine which drug or combination of drugs might have caused any observed effects. When the FDA asked AstraZeneca for all information about metabolic endpoints, the FDA specifically requested that studies 126 and 127 be omitted because they were adjunct therapy trials. Furthermore, analysis of the studies is complicated by the fact that, due to a higher drop out rate, on average, the placebo group had a 40% shorter treatment duration in the two trials combined. Accordingly, studies 126 and 127 do not provide a valid basis for

assessing any potential association between Seroquel and type II diabetes. At best the studies may be used for hypothesis generation.

With this reservation in mind, studies 126 and 127 suggest that Seroquel is associated with a small, non-clinically significant increase in plasma glucose values from baseline during a 104-week study period. Subjects on Seroquel experienced on average an increase in serum glucose from baseline of 5.00 mg/dL.[34] The serum glucose levels were highly variable both among the Seroquel and the placebo cohorts. In the context of the significant variability, the small increase in glucose in Seroquel treated subjects is unlikely to be clinically significant. There is no scientific basis to conclude that Seroquel is associated with clinically significant changes in serum glucose in the study populations of studies 126 and 127.

Like the majority of studies included in the FDA Submission, studies 126 and 127 did not directly assess the relationship between Seroquel and diabetes; while data on the frequency of elevated glucose values was collected, a single elevated glucose value is not diagnostic for diabetes. Among subjects who were non-diabetic at baseline, a greater number of subjects on Seroquel experienced a single, fasting glucose greater than 126 mg/dL than on placebo (5.9% vs. 2.4%).[35] This number exaggerates any actual effect, however, because subjects on Seroquel had, on average, a 40% longer duration of treatment. Furthermore, no similar effect was seen in non-diabetic subjects with respect to glucose over 200 mg/dL and hemoglobin A1c> 7.5%.[36] At most, it can be said that there was a modest association between Seroquel and increased glucose values in a small subset of patients during long-term treatment. The inconsistency of this effect, the lack

---

[34] 2007 SERM, Table 4.
[35] 2007 SERM, Table A6.
[36] 2007 SERM, Table A6.

- 18 -

of randomization of the cohorts by baseline BMI, and the study design make this

association difficult to interpret and prevent me from reaching any conclusion on the

relationship between Seroquel and diabetes on the basis of these studies, particularly in

light of study 125, discussed below.

D. FDA Submission

The FDA Submission on Metabolic Effects of Seroquel was produced by

AstraZeneca at the request of the FDA and includes data collected in randomized

controlled trials of Seroquel conducted by the company.[37]  The Submission was intended

to provide specific data sets requested by the FDA, and studies with varying

methodologies and data sources were combined to respond to the FDA's questions.

Taken as whole, the data suggests that while Seroquel use is associated with a

small change in fasting serum glucose, this change is not clinically significant.  After a

mean exposure of 54 days, subjects taking Seroquel saw an increase in fasting serum

glucose of 2.4 mg/dL as compared to 1.6 mg/dL in the placebo group.[38]  These numbers

were consistent in subsets of the study population exposed to Seroquel for a longer period

of time: 2.9 mg/dL at 71.0 days[39] and 3.0 mg/dL at 168 days[40].  When broken down by

pre-treatment glucose status, no statistically significant difference was seen between

Seroquel and placebo in subjects who were normal at baseline,[41] high at baseline,[42] or

---

[37] Trials shorter than six weeks and Studies 126 and 127 were excluded at the request of the FDA.
[38] FDA Submission, Table 329
[39] FDA Submission, Table 390.
[40] FDA Submission, Table 350; Table 370.
[41] FDA Submission, Table 331
[42] FDA Submission, Table 333

impaired at baseline.[43]  Furthermore, when comparing glucose shifts ≥10mg/dL, no statistically significant difference was seen between Seroquel and placebo.[44]

Looking across all trials, approximately 2.4% of patients with normal baseline glucose had at least one measured glucose value greater than 126 mg/dL while taking Seroquel; a statistically significant finding.[45]  There was no consistent relationship between dose and duration of exposure to Seroquel and shifts from normal glucose to glucose greater 126 mg/dL: 2.4% (328mg/55 days)[46]; 2.4% (600mg/168 days)[47]; 3.1% (377mg/71 days)[48]; and 2.3% (180mg/56 days)[49].  Also, no difference was seen between placebo and Seroquel in the percentage of patients with impaired glucose tolerance at baseline who had at least one fasting glucose value greater than 126 mg/dL.[50]  Moreover, there was no statistically significant difference in the percentage of patients on Seroquel and placebo who shifted from fasting glucose <126 mg/dL to ≥126 mg/dL at any time during treatment.[51]

E. Study 125

Study 125 was a randomized trial comparing alternative atypical antipsychotics conducted by AstraZeneca with the express intention of evaluating the effect of Seroquel on glucose metabolism.  The primary endpoint of the study was to assess the change in the area under the curve (AUC) of glucose over a two-hour period after an oral glucose

---

[43] *FDA Submission, Table 335*
[44] FDA Submission, Table 340
[45] FDA Submission, Tables 339, 360, 380, 400
[46] FDA Submission, Table 339
[47] FDA Submission, Tables 360, 380
[48] FDA Submission, Table 400
[49] FDA Submission, Table 450
[50] FDA Submission, Table 339
[51] FDA Submission, Table 339

- 20 -

tolerance test (OGTT) from baseline to week 24 of the study.  The 2-hour AUC post-OGTT was chosen because it is the most sensitive way of identifying changes in glucose metabolism.  The study design was further strengthened by selecting a cohort that was naïve to the study drugs, by using monotherapy, and by requiring subjects to be hospitalized prior to having lab work drawn to ensure fasting status.  Despite the strong design, the study did have some limitations; specifically, the study was not placebo controlled and was subject to a significant drop out rate.  Nonetheless, the study provides the best data available on the relationship between Seroquel and glucose metabolism.

The results of Study 125 do not support a valid scientific conclusion that Seroquel is consistently and reliably associated with the development of type II diabetes.  Looking at the primary endpoint of the study, subjects taking Seroquel had no statistically significant change from baseline to week 24 in the AUC post OGTT.[52]  There was also no statistically significant change in mean glucose after 2-hour OGTT (based on a mean exposure of 167 days at 592 mg).[53]  A small, clinically-insignificant increase in AUC was seen in the baseline non-diabetic population at 24-weeks (0.967 mmol/L*h); small, statistically non-significant decreases were seen in the diabetic and at risk populations (-1.42 mmol/L*h and -0.22 mmol/L*h, respectively).[54]

None of the subjects taking Seroquel had any reported adverse events related to diabetes.[55]  Subjects taking Seroquel had a small increase in fasting glucose from baseline (3.19 mg/dl at 24 weeks), but the change of only 3.19 mg/dL is not clinically

---

[52] Study 125, Table 55.
[53] Study 125, Table 58.
[54] Study 125, Table 11.3.7.1-17.
[55] Study 125, Table 53.

significant.[56]  Small, increases in insulin resistance and decreases in insulin production were seen in the Seroquel cohort; with the exception of c-peptide, none of these changes were statistically significant.[57]

Significant variability was seen in the glucose values across all treatment groups. In the Seroquel group, 2 subjects with normal glucose at baseline and 2 subjects with impaired glucose at baseline had fasting glucose >126 mg/dL or 2-hour glucose >200 mg/dL during the study; at the same time, 14 subjects with impaired glucose at baseline shifted to normal values during treatment.[58]  Similarly, 20.7% and 9.3%, respectively, of subjects shifted to a higher fasting glucose or 2-hour glucose category; however, 55.0% and 61.1%, respectively, shifted to a lower fasting glucose or 2-hour glucose category.[59] Also, while 18.8% of subjects on Seroquel shifted from <3 to >3 metabolic risk factors, 41.2% moved from >3 to <3 metabolic risk factors.[60]  In summary, Study 125 is the only randomized trial designed to investigate the relationship between Seroquel and glucose metabolism.  As such, it provides the best data available for assessment of an association, and the data in study 125 provide no scientifically reliable evidence of a consistent and reliable association between Seroquel and type II diabetes.

F. Summary of Opinion on Seroquel and New-Onset Diabetes

As discussed in detail above, I have reviewed the observational epidemiology, the randomized controlled trials, and AstraZeneca's clinical trials for scientifically-reliable evidence establishing a causal relationship between Seroquel and diabetes.  I do not find

---

[56] *Study 125, Table 58.*
[57] Study 125, Table 67.
[58] Study 125, Table 11.3.7.1-22.
[59] Study 125, Table 62.
[60] Study 125, Table 75.

- 22 -

scientifically reliable evidence to support the conclusion that Seroquel is more likely than not a cause or a substantial contributing factor to the development of type II diabetes.

## X. CASE-SPECIFIC OPINIONS

I also have been asked to review the medical records in the individual cases in order to assess whether plaintiffs' claims are supported by epidemiologic evidence. The opinions below are limited to an assessment of the claims in light of the epidemiologic evidence and do not address all of the specific medical issues in these cases, which will be addressed by other experts. As set forth below, the epidemiologic evidence does not support the claim that Seroquel caused or contributed to plaintiffs' alleged injuries:

- **Eileen McAlexander:** Ms. McAlexander had a BMI of approximately 40 prior to starting Seroquel, which conferred an immense risk of developing type II diabetes (RR 92.1). In light of her obesity, the other risk factors that Ms. McAlexander had prior to taking Seroquel, including family history and tobacco abuse, it cannot be said that Seroquel more likely than not caused or significantly contributed to her developing type II diabetes. The fact that Ms. McAlexander had lab values consistent with a diagnosis of diabetes only 6 to 9 months after taking Seroquel further confirms the lack of epidemiologic support for her claims.

- **Janice Burns:** Based solely upon her baseline obesity (in 1994, Ms. Burns weighed 200 pounds (BMI 31.3)) and abnormal glucose values, Ms. Burns either had undiagnosed diabetes prior to using Seroquel or was at a very high risk for developing diabetes prior to taking Seroquel. In light of her obesity, other risk factors that Ms. Burns had prior to taking Seroquel,

- 23 -

including age and hypertension, and her abnormal glucose values prior to starting Seroquel, it cannot be said that Seroquel more likely than not caused or significantly contributed to her development of type II diabetes.

- _Connie Curley:_ _Ms. Curley had multiple risk factors for type II diabetes._ Prior to starting treatment with Seroquel, which included overweight, age (over 50 years old), a family history of diabetes, sedentary lifestyle, hypertension, and tobacco abuse since the age of 13.  Ms. Curley was at very high risk for developing diabetes prior to taking Seroquel.  In light of her pre-existing risk factors, it cannot be said that Seroquel more likely than not caused or significantly contributed to her developing type II diabetes.

- Richard Unger:  Mr. Unger was obese (BMI 32.3) prior to starting Seroquel, and his relative risk of developing diabetes was 42.1.  In light of his obesity and other risk factors that Mr. Unger had prior to taking Seroquel, including age (53 years old), sedentary lifestyle, tobacco abuse (1.5 PPD over 30 years), hypertension, and using thiazide diuretics and beta-blockers, it cannot be said that Seroquel more likely than not caused or significantly contributed to him developing type II diabetes.

- Linda Guinn:  Prior to starting Seroquel, Ms. Guinn was already at significantly increased risk for developing type II diabetes.  In January of 2000, Ms. Guinn weighed 208 pounds (BMI 33.6), and, even following some weight loss, she continued to be overweight in the months prior to beginning treatment with Seroquel.  Ms. Guinn had multiple other risk

- 24 -

factors for type II diabetes, including age (54 years old), sedentary lifestyle, tobacco abuse (over 30 years), hypertension, and a family history of diabetes. Ms. Guinn also had evidence of abnormal glucose metabolism prior to starting treatment with Seroquel. In light of her weight history, her abnormal glucose values prior to starting Seroquel, and her significant other risk factors, it cannot be said that Seroquel more likely than not caused or significantly contributed to her developing type II diabetes.

- Linda Whittington: Prior to starting Seroquel, Ms. Whittington was already at significantly increased risk for developing type II diabetes. Ms. Whittington had evidence of abnormal glucose metabolism as early as 1993, indicating that Ms. Whittington was highly predisposed to developing type II diabetes. In addition, Ms. Whittington had a BMI of approximately 33.9 prior to starting Seroquel, putting her at immense risk for developing type II diabetes (RR 54.0). In addition to her obesity, Ms. Whittington had numerous other risk factors for type II diabetes: she was 45 years old, had a history of tobacco abuse, and had a strong family history of diabetes (mother and grandmother). In light of her obesity and the significant other risk factors that Ms. Whittington had prior to taking Seroquel, it cannot be said that Seroquel more likely than not caused or significantly contributed to her developing type II diabetes.

- David Haller: Prior to starting Seroquel, Mr. Haller was already at significantly increased risk for developing type II diabetes. Mr. Haller had

laboratory tests that suggest that he may have been diabetic or had impaired glucose metabolism before he started Seroquel. In addition, Mr. Haller had a baseline BMI of approximately 37.1, which conferred a 42-fold risk of developing diabetes as compared to a man with a BMI ≤22. Mr. Haller also had other known risk factors for type II diabetes. Prior to starting treatment with Seroquel, he was inactive, had a history of tobacco abuse, had hypertension, and had used thiazide diuretics. Given his baseline obesity and multiple other diabetic risk factors, it cannot be said that Seroquel more likely than not caused or significantly contributed to him developing type II diabetes.

- <u>Sandra Carter</u>: Ms. Carter's medical records do not appear to contain any elevated confirmed fasting glucose values. Accordingly, there is no epidemiologic evidence which could support a claim that Seroquel caused her any harm.

Exhibit A contains a brief summary of the medical facts related to the opinions expressed above. The summaries in Exhibit A are not intended to be complete summaries of plaintiffs' medical histories or of all medical facts that might be relevant to these claims. Rather, Exhibit A summarizes the facts—focusing primarily on diabetes risk factors, glucose levels and weights—I considered in evaluating whether the epidemiologic evidence supports plaintiffs' claims.

## XI. CERTIFICATION

I hold all of the opinions included in this report to a reasonable degree of medical and scientific certainty.

_____          Oct. 10, 2008
Jeffrey P. Koplan, M.D., M.P.H.                          Date

<u>Exhibit A</u>

<u>A. Eileen McAlexander</u>

Eileen McAlexander is a 48-year-old white female. She was on Seroquel for treatment of depression and insomnia from approximately August 2001 until August 2006. She was diagnosed with type II diabetes in September 2003. However, based on her laboratory values, Ms. McAlexander probably had diabetes by February 2002 (fasting glucose 146) or at least May 2002 (fasting glucose 127). Her dose from August 2001 until February 2002 was 75 mg or less, and, from February 2002 forward, her dose was between 300-600 mg.

Ms. McAlexander has been morbidly obese since at least 1996. In August 2001, immediately before starting Seroquel, Ms. McAlexander weighed 260 pounds (BMI 39.5), and her BMI had been above 40 multiple times during the five-year period prior to 2001. Prior to starting treatment with Seroquel, she was 42 years old, had a history of tobacco abuse, had hypertension, had a family history of diabetes (mother), had been taking thiazide diuretics and beta-blockers, and reported having elevated glucose values during pregnancy.

Ms. McAlexander gained approximately 34 pounds in the two years between the time she started Seroquel and the time of her diagnosis with type II diabetes in September 2003. Between the time she started Seroquel and the time her laboratory values demonstrated the likely presence of diabetes in February 2002, she had gained approximately 27 pounds. In May 2002, when additional values demonstrate the likely

presence of diabetes, she weighed 22 pounds more than her pre-Seroquel weight.  The cause of her weight gain is difficult to identify, especially given her prior weight history.

<u>B. Janice Burns</u>

Ms. Janice Burns is a 54-year old female and was on Seroquel from June 2002 until December 2005 for treatment of depression, PTSD, and insomnia.  She was initially diagnosed with type II diabetes in August 2003.  At the time of her initial diagnosis, she had been on Seroquel for approximately 14 months at an average dose between 200-800 mg.

*Prior to starting treatment with Seroquel, Ms. Burns was 49 years old and had* hypertension for which she was taking beta-blockers.  Ms. Burns had symptoms of diabetes, including elevated blood sugars and frequent urination, as far back as April 1994.  In 1994, Ms. Burns was 5'7" tall and weighed 200 pounds (BMI 31.3).  Between 1994 and February 1999—more than four years prior to taking Seroquel—Ms. Burns' BMI fluctuated between 30.1 and 33.2, based on significant gains and losses of weight but always above the obesity threshold.  Ms. Burns has a consistent history of weight cycling pre, during and post Seroquel use.  She lost 35 pounds between April 1998 and February 1999, gained 31 pounds between February 1999 and October 1999, gained 18 *pounds between February 2003 and April 2003, and lost 17 pounds between April 2003* and August 2003.  She both lost and gained more than 30 pounds during the two years after coming off of Seroquel.

C. Connie Curley

Ms. Connie Marie Curley is a 55-year-old female who was on Seroquel from January 2003 until July 2005 (according to the medical records) for treatment of insomnia and headaches at an average dose of 25mg to 100mg. Ms. Curley was formally diagnosed with type II diabetes in September/October 2005.

Ms. Curley had elevated blood glucose and complained of frequent urination, both consistent with diabetes, at least as far back as January 2000. Ms. Curley requested to be tested for type II diabetes in April 2001 because of her family history of diabetes—two years prior to taking Seroquel.

In 1992 and 1993, Ms. Curley was reported to have central adiposity and was significantly overweight. Ms. Curley is 4'10" tall and her weight cycled between 100 and 140 pounds between 1992 and January 2003 (BMI ranges 21.2 and 29.3). Ms. Curley had a net weight gain of 29 pounds in the three years prior to taking Seroquel and lost weight within the first year of taking Seroquel (between April 2003 and March 2004). Prior to starting treatment with Seroquel, Ms. Curley was over 50 years old, had a family history of diabetes, sedentary lifestyle, hypertension, and tobacco abuse since the age of 13.

D. Richard Unger

Richard Unger is a 59-year-old white male and was on Seroquel from October 2002 until October 2006. He was diagnosed with type II diabetes in September 2005, after presenting with an episode of hyperosmolar, non-ketotic state. At the time of his

- 30 -

diagnosis, he had been on Seroquel for approximately two years at an average dose between 100-400 mg.

Mr. Unger was obese prior to starting Seroquel. In January of 2001, eighteen months prior to starting Seroquel, Mr. Unger weighed 260 pounds (BMI 37.3). Despite losing 35 pounds over the following year, Mr. Unger continued to be obese (BMI 32.3) in the months prior to beginning treatment with Seroquel.

Mr. Unger had numerous other known risk factors for type II diabetes. Prior to starting treatment with Seroquel, he was 53 years old, was inactive, had a history of tobacco abuse (1.5 PPD over 30 years), hypertension, and had used thiazide diuretics and beta-blockers.

Mr. Unger gained approximately 100 pounds in the three years between the time he started Seroquel and his diagnosis of type II diabetes, which occurred at the same time as a decline in Mr. Unger's medical condition. Mr. Unger had a severe back injury dating back to 1997; from January 2001, his back pain progressively worsened leading him to be placed on disability in December 2004. As a result of the injury, Mr. Unger was unable to walk without the use of a walker or a scooter and spent the vast majority of his time watching television and sleeping. During this time period, Mr. Unger also developed significant lower extremity edema.

E. Linda Guinn

Linda Guinn is a 60-year-old white female and took Seroquel from May 2002 until December 2006 for treatment of schizophrenia, major depressive disorder, and bipolar affective disorder. She was diagnosed with type II diabetes in February 2006, but

- 31 -

probably had diabetes by December 2005.  At the time of her diagnosis, she had been on Seroquel for approximately three and a half years at an average dose between 200-800 mg.

Ms. Guinn had a history of significant weight cycling including prolonged periods of obesity prior to starting Seroquel.  Ms. Guinn has been overweight or obese since at least 1988.  In January of 2000, Ms. Guinn weighed 208 pounds (BMI 33.6).  Despite losing 48 pounds over the following two years, Ms. Guinn continued to be overweight in the months prior to beginning treatment with Seroquel.

Ms. Guinn had multiple other known risk factors for type II diabetes.  Prior to starting treatment with Seroquel, she was 54 years old, was inactive, had a history of tobacco abuse (over 30 years), had hypertension, and had a family history of diabetes. Ms. Guinn also had evidence of abnormal glucose metabolism for many years prior to starting treatment with Seroquel.  As early as July 30, 1992, she had a fasting serum glucose test that met the ADA criteria for impaired fasting glucose.

Ms. Guinn gained approximately 41 pounds in the four years between the time she started Seroquel and her diagnosis of type II diabetes.  This weight gain occurred during a period of time when Ms. Guinn suffered a fall that caused her to use a walker and crutches to move around and underwent a lumbar laminectomy.  Both of these events limited her mobility and activity and likely contributed to her weight gain.

Ms. Guinn has a history of weight cycling: she gained 55 pounds between 1986 and 1988, gained 42 pounds between 1988 and 1994, lost 28 pounds between September 1994 and February 1995, gained 28 pounds between 1995 and 2000, lost 48 pounds between 2000 and 2002, and gained 21 pounds between October 2002 and December

2005. Her weight in April 2008, a year and a half after stopping Seroquel, was 204 pounds, 16 pounds higher than her weight at the time she discontinued Seroquel.

## F. Linda Whittington

Linda Whittington is a 51-year-old white female who was on Seroquel from October 2001 until February 2006 for treatment of schizophrenia/insomnia. She was diagnosed with type II diabetes in February 2006, although the results of her two-hour OGTT were below the ADA criteria for diagnosis of diabetes. At the time of her diagnosis, she had been on Seroquel for approximately four and a half years at an average dose between 25-50 mg.

Ms. Whittington has been obese since at least 1994. In September 2001, immediately before starting Seroquel, Ms. Whittington weighed 204 pounds (BMI 33.9). In addition to her obesity, Ms. Whittington had numerous other known risk factors for type II diabetes, including age (45 years old), tobacco abuse, and a strong family history of diabetes (mother and grandmother).

Ms. Whittington had evidence of abnormal glucose metabolism for many years prior to starting treatment with Seroquel. As early as September 1993, she had an elevated fasting serum glucose test suggestive of pre-diabetes.

Ms. Whittington gained approximately 40 pounds in the four and a half years between the time she started Seroquel and her diagnosis of type II diabetes. Given that Ms. Whittington had a BMI of approximately 33.9 prior to starting Seroquel, her weight gain of 40 pounds provides minimal additional risk to the immense risk conferred by her baseline obesity.

- 33 -

Ms. Whittington has a history of weight cycling: she gained 49 pounds between 1990 and 1996, lost 27 pounds between August 2004 and February 2005, gained 44 pounds between February 2005 and February 2006, lost 44 pounds between February 2006 and October 2007, and gained 55 pounds between October 2007 and March 2008. Her weight in March 2008, two years after stopping Seroquel, was 255 pounds, higher than at anytime while she was on Seroquel.

G. David Haller

David Haller is a 46-year-old white male who was on Seroquel from October 2002 until at least June 2008. He was diagnosed with type II diabetes in August 2004. At the time of his diagnosis, he had been on Seroquel for approximately two years at an average dose between 400-600 mg.

Mr. Haller was overweight since at least 1992 and was obese since August 2000. In January of 2001, the last time a weight was recorded in the medical records prior to initiating Seroquel, Mr. Haller weighed 230 pounds (BMI 37.1). Prior to being diagnosed with diabetes in August 2004, Mr. Haller's weight had decreased on Seroquel, as compared to his baseline of January 2001.

In September 1998, he had a fasting serum glucose of 128. The presence of abnormal glucose values as early as 1998 suggests that Mr. Haller was highly predisposed to developing type II diabetes.

Mr. Haller gained approximately 6 pounds during the six years he has been treated with Seroquel. Given that Mr. Haller had a BMI of approximately 37.1 prior to

- 34 -

starting Seroquel, his weight gain of 6 pounds confers no additional risk of developing diabetes over the very large risk of his baseline obesity.

In addition to his obesity, Mr. Haller had other known risk factors for type II diabetes. Prior to starting treatment with Seroquel, he was inactive, had a history of tobacco abuse, had hypertension, and had used thiazide diuretics.

*H. Sandra Carter*

Sandra Carter is a 58-year-old white female who alleges that she developed hyperglycemia as a result of using Seroquel. Ms. Carter was on Seroquel on and off from October 2002 through 2008 for a diagnosis of bipolar disorder/insomnia. Her average Seroquel dose was 400 mg.

Ms. Carter's records do not appear to contain any elevated, confirmed fasting glucose values. She had numerous glucose readings that were normal, including many such readings in 2006-2008. Ms. Carter did have several glucose readings that were above 100, but none was confirmed fasting and all were normal for random glucose values. For example, on November 8, 2002, she had a blood glucose of 127 mg/dL, which was collected while admitted for a suicide attempt involving an overdose with ethanol (2 bottles), crack cocaine, heroin and benzodiazepines (all documented by elevated urinary levels). This is not a confirmed fasting value and is normal for a random glucose level. Medical records also do not reveal her taking Seroquel at this time.

Another blood glucose of 117 mg/dL was recorded on August 2, 2005, but there is no indication this was fasting, and it is a normal value for a random glucose test. Two

- 35 -

weeks later, Ms. Carter's glucose was 75 mg/dL, well within normal limits, and she had a hemoglobin A1c of 5.2%, also well within normal limits.

Ms. Carter had a glucose of 131 mg/dL on February 6, 2006, but there is no indication that this was a fasting value, and it is a normal value for a random glucose test. A hemoglobin A1c drawn on the same day was 5.6%, again well within normal limits.

# EXHIBIT # 2

**Seroquel Litigation**

**Materials Provided to Dr. Jeffrey Koplan**

1.  5/2008 Seroquel Package Insert

2.  ADA/APA, et al. "Consensus development conference on antipsychotic drugs and obesity and diabetes." Diabetes Care 2004 (Feb); 27[2]: 596-601.

3.  Black E, et al. "Long-term influences of body-weight changes, independent of the attained weight, on risk of impaired glucose tolerance and Type 2 diabetes." Diabetes Med 2005; 22: 1199-1205.

4.  Willett WC, et al. "Guidelines for healthy weight." NEJM 1999 (Aug 5); 341[6]: 427-434.

5.  Hanson RL, et al. "Rate of weight gain, weight fluctuation, and incidence of NIDDM." Diabetes 1995 (Mar); 44: 261-266.

6.  Ford ES, et al. "Weight change and diabetes incidence: Findings from a National Cohort of US adults." Am J Epidemiology 1997; 146: 214-22.

7.  Holbrook TL, et al. "The association of lifetime weight and weight control patterns with diabetes among men and women in an adult community." Int J Obesity 1989; 13: 723-729.

8.  Field AE, et al. "Weight cycling and the risk of developing Type 2 diabetes among adult women in the United States." Obesity Research 2004 (Feb); 12[2]: 267-274.

9.  Koh-Banerjee P, et al. "Changes in body weight and body fat distribution as risk factors for clinical diabetes in US men." Am J Epidemiology 2004; 159[12]: 1150-1159.

10.  Mishra GD, et al. "Short-term weight change and the incidence of diabetes in midlife." Diabetes Care 2007 (June); 30[6]: 1418-1424.

11.  Chan JM, et al. "Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men." Diabetes Care 1994 (Sept); 17[9]: 961-696.

12.     Wannamethee SG, et al. "Weight change and duration of overweight and obesity in the incidence of Type 2 diabetes." Diabetes Care 1999 (Aug); 22[8]: 1266-1272.

13.     Resnick HE, et al. "Relation of weight gain and weight loss on subsequent diabetes risk in overweight adults." J Epidemiology Community Health 2000; 54: 596-602.

14.     Wannamethee SG, et al. "Overweight and obesity and weight change in middle aged men: Impact on cardiovascular disease and diabetes." J Epidemiology Community Health 2005: 59: 134-139.

15.     Williams PT, et al. "Weight-related increases in hypertension, hypercholesterolemia, and diabetes risk in normal weight male and female runners." Arterioscler Thromb Vasc Biol 2007; 27: 1811-1918.

16.     Carey VJ, et al. "Body fat distribution and risk of non-insulin-dependent diabetes mellitus in women. The Nurses' Health Study." Am J Epidemiology 1997; 145: 614-19.

17.     Gregg EW, et al. "The relative contributions of different levels of overweight and obesity to the increased prevalence of diabetes in the United States: 1976-2004." Prev Med 2007; 45: 348-352.

18.     Colditz GA, et al. "Weight as a risk factor for clinical diabetes in women." Am J Epidemiology 1990; 132 [3]: 501-13.

19.     Buse JB, et al. "A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States." J Clinical Epidemiology 2003; 56: 164-170.

20.     Cunningham F, et al. "Antipsychotic induced diabetes in veteran schizophrenic patients." (Abstract). Pharmacoepidemiology and Drug Safety 2003; 12: S1-S189

21.     Citrome L, et al. "Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients." Psychiatric Services 2004 (Sept); 55[9]: 1006-1013.

22.     Feldman PD, et al. "Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States." JAMDA 2004 (Jan-Feb); 5: 38-46.

23.     Guo JJ, et al. "Risk of diabetes mellitus associated with atypical antipsychotic use among patients with bipolar disorder: A retrospective,

population-based, case-control study." J Clin Psychiatry 2006; 67: 1055-
1061.

24.   Guo JJ, et al. "Risk of diabetes mellitus associated with atypical
      antipsychotic use among Medicaid patients with bipolar disorder: A
      nestled case-control study." Pharmacotherapy 2007; 27[1]: 27-35.

25.   Lambert B, et al. "Assessing the risk of antipsychotic-induced type II
      diabetes among schizophrenics: A matched case-control study.
      (Abstract). European Neuropsychopharmacology 2002; 12: S307-S308.

26.   Lambert B, et al. "Diabetes risk associated with use of Olanzapine,
      Quetiapine and Risperidone in Veterans Health Administration patients
      with schizophrenia." Am J Epidemiology 2006; 164[7]: 672-681.

27.   Sacchetti E, et al. "Incidence of diabetes in a general practice population:
      A database cohort study on the relationship with haloperidol, olanzapine,
      risperidone or quetiapine exposure." Int Clin Psychopharmacol 2005; 20:
      33-37.

28.   Sernyak MJ, et al. "Association of diabetes mellitus with use of atypical
      neuroleptics in the treatment of schizophrenia." Am J Psychiatry 2002;
      159: 561-566.

29.   Barner JC, et al. "Frequency of new-onset diabetes mellitus and use of
      antipsychotic drugs among central Texas veterans." Pharmacotherapy
      2004; 24[11]: 1529-1538.

30.   Cunningham F, et al. "Diabetes associated with antipsychotic use in
      veterans with schizophrenia." Powerpoint Presentation.

31.   Lambert MT, et al. "New-onset type-2 diabetes associated with atypical
      antipsychotic medications." Progress in Neuro-Psychopharmacology &
      Biological Psychiatry 2006; 30: 919-923.

32.   Leslie DL, et al. "Incidence of newly diagnosed diabetes attributable to
      atypical antipsychotic medications." Am J Psychiatry 2004; 161: 1709-
      1711.

33.   Ollendorf DA, et al. "Rate of new-onset diabetes among patients treated
      with atypical or conventional antipsychotic medications for
      schizophrenia." Medscape General Medicine 2004; 6[1]: 1-12.

34.   Gianfrancesco F, et al. "Antipsychotic-induced type 2 diabetes: Evidence
      from a large health plan database." J Clin Psychopharmacology 2003
      (Aug); 23[4]: 328-335.

35.   Gianfrancesco F, et al. "The influence of study design on the results of pharmacoepidemiologic studies of diabetes risk with antipsychotic therapy." Ann Clin Psychiatry 2006; 18[1]: 9-17.

36.   Gianfrancesco F, et al. "Assessment of antipsychotic-related risk of diabetes mellitus in a Medicaid psychosis population: Sensitivity to study design." Am J Health-Syst Pharm 2006 (Mar 1); 63: 431-41.

37.   Lambert BL, et al. "Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: A matched case-control study of California Medicaid claims." Pharmacoepidemiology and Drug Safety 2005, in press.

38.   Miller EA, et al. "Incidence of new-onset diabetes mellitus among patients receiving atypical neuroleptics in the treatment of mental illness. Evidence from a privately insured population." J Nervous and Mental Disease 2005 (June); 193 [6]: 387-395.

39.   Ostbye T, et al. "Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population: A retrospective cohort study." Pharmacoepidemiology and Drug Safety 2005; 14: 407-415.

40.   Henderson DC, et al. "Elevated hemoglobin A1c as a possible indicator of diabetes mellitus and diabetic ketoacidosis in schizophrenia patients receiving atypical antipsychotics." J Clin Psychiatry 2007; 68: 533-541.

41.   Brecher M, et al. "The long-term effect of quetiapine (Seroquel) monotherapy on weight in patients with schizophrenia." Int J Psych Clin Pract 2000; 4: 287-291.

42.   Gianfrancesco F, et al. "Hospitalization risks in the treatment of schizophrenia. Comparison of antipsychotic medications." J Clin Psychopharmacology 2006 (Aug); 26[4]: 401-404.

43.   Gianfrancesco F, et al. "Hospitalisation risks in the treatment of schizophrenia in a Medicaid population: Comparison of antipsychotic medications." J Clin Practice 2006 (Nov); 60: 1419-1424.

44.   Gianfrancesco F, et al. "Hospitalization risks in the treatment of bipolar disorder: Comparison of antipsychotic medications." Bipolar Disorders 2007; 9: 252-261.

45.   Koller EA, et al. "A survey of reports of Quetiapine-associated hyperglycemia and diabetes mellitus." J Clin Psychiatry 2004 (June); 65[6]: 857-863.

46.    Wirshing DA, et al. "The effects of novel antipsychotics on glucose and lipid levels." J Clin Psychiatry 2002 (Oct); 63[10]: 856-865.

47.    Citrome LL, et al. "Risk of treatment-emergent diabetes mellitus in patients receiving antipsychotics." Annals of Pharmacotherapy 2007 (Oct); 41 (in press).

48.    Barnett M, et al. "A regional comparison of developing diabetes among VA patients exposed to typical and atypical antipsychotics relative to corticosteroids and proton pump inhibitors." Ann Clin Psychiatry 2006; 18[1]: 1-7.

49.    Kelly DL, et al. "Six-month review of weight and metabolic parameters in patients receiving Clozapine, Risperidone, Olanzapine, or Quetiapine." J Clin Psychiatry 2003 (Sept); 64[9]: 1133-1134.

50.    Brecher M, et al. "Quetiapine and long-term weight change: A comprehensive data review of patients with schizophrenia." J Clin Psychiatry 2007 (Apr); 68[4]: 597-603.

51.    Kopala LC, et al. "Treatment of a first episode of psychotic illness with quetiapine: An analysis of 2 year outcomes." Schizophrenia Research 2006; 81: 29-39.

52.    Newcomer JW. "Metabolic considerations in the use of antipsychotic medications: A review of recent evidence." J Clin Psychiatry 2007; 68(Supp 1): 20-27.

53.    Newcomer JW, et al. "The metabolic effects of antipsychotic medications." Can J Psychiatry 2006 (Jul); 51[8]: 480-491.

54.    Newcomer JW. "Second-generation (Atypical) antipsychotics and metabolic effects: A comprehensive literature review." CNS Drugs 2005; 19 (Supp 1): 1-93.

55.    Dixon L, et al. "Prevalence and correlates of diabetes in national schizophrenia samples." Schizophrenia Bulletin 2000; 26[4]: 903-912.

56.    Newcomer JW, et al. "Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia." Arch Gen Psychiatry 2002 (Apr); 59: 337-345.

57.    Nasrallah H. "A review of the effect of atypical antipsychotics on weight." Psychoneuroendocrinology 2003; 28: 83-96.

58.   Bobes J, et al. "Weight gain in patients with schizophrenia treated with risperidone, olanzapine, quetiapine or haloperidol: Results of the EIRE study." Schizophrenia Research 2003; 62: 77-88.

59.   Gupta S, et al. "Hyperglycemia and hypertriglyceridemia in real world patients on antipsychotic therapy." Am J Therapeutics 2003; 10: 348-355.

60.   McIntyre RS, et al. "Risk of weight gain associated with antipsychotic treatment: Results from the Canadian National Outcomes Measurement Study in schizophrenia." Can J Psychiatry 2003 (Nov); 48[10]: 689-694.

61.   Dossenbach M, et al. "Effectiveness of antipsychotic treatments for schizophrenia: Interim 6-month analysis from a prospective observational study (IC-SOHO) comparing Olanzapine, Quetiapine, Risperidone, and Haloperidol". J Clin Psychiatry 2004; 65: 312-321.

62.   Cavazzoni P, et al. "Summary description of errors and corrections for "Retrospective analysis of risk factors in patients with treatment-emergent diabetes during clinical trials of antipsychotic medications."" Br J Psychiatry 2004; 47: S94-S101.

63.   Cavazzoni, P, et al. "Retrospective analysis of risk factors in patients with treatment-emergent diabetes during clinical trials of antipsychotic medications." Br J Psychiatry 2005; 185 (Supp 47): S94-S101

64.   Lamberti JS, et al. "Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs." J Clin Psychiatry 2004; 65: 702-706.

65.   Mackin P, et al. "Prevalence of obesity, glucose homeostasis disorders and metabolic syndrome in psychiatric patients taking typical or atypical antipsychotic drugs: a cross-sectional study." Diabetologia 2005; 48: 215-221.

66.   Henderson DC, et al. "Glucose metabolism in patients with schizophrenia treated with olanzapine or quetiapine: A frequently sampled intravenous glucose tolerance test and minimal model analysis." J Clin Psychiatry 2006 (May); 67[5]: 789-797.

67.   Twaites BR, et al. "The safety of quetiapine: Results of a post-marketing surveillance study on 1728 patients in England." J Psychopharmacology 2006, in press.

68.   Dumouchel W, et al. "Antipsychotics, glycemic disorders, and life-threatening diabetic events: A Bayesian data-mining analysis of the FDA

adverse event reporting system (1968-2004)." Ann Clin Psychiatry 2008; 20[1]: 21-31.

69.  Etminan M, et al. "Exploring the association between atypical neuroleptics agents and diabetes mellitus in older adults." Medscape 2003; 23[11]: 1411-1415.

70.  Smith M, et al. "First- v. second-generation antipsychotics and risk for diabetes in schizophrenia: Systematic review and meta-analysis." Br J Psychiatry 2008; 192: 406-411.

71.  Fabre LF, et al. "ICI 204,636, a novel, atypical antipsychotic: Early indication of safety and efficacy in patients with chronic and subchronic schizophrenia." Clinical Therapeutics 1995; 17[3]: 366-378.

72.  Borison RL, et al. "ICI 204,636, an atypical antipsychotic: Efficacy and safety in a multicenter, placebo-controlled trial in patients with schizophrenia." J Clin Psychopharmacology 1996; 16[2]: 158-169.

73.  Small JG, et al. "Quetiapine in patients with schizophrenia. A high- and low-dose double blind comparison with placebo." Arch Gen Psychiatry 1997; 54: 549-557.

74.  Arvanitis LA, et al. "Multiple fixed doses of "Seroquel" (Quetiapine) in patients with acute exacerbation of schizophrenia: A comparison with haloperidol and placebo." Biol Psychiatry 1997; 42: 233-246.

75.  Peuskens J, et al. "A comparison of quetiapine and chlorpromazine in the treatment of schizophrenia." Acta Psychiatr Scand 1997; 96: 265-273.

76.  King DJ, et al. "A comparison of bd and tid dose regimens of quetiapine (Seroquel) in the treatment of schizophrenia." Psychopharmacology 1998; 137: 139-146.

77.  Copolov DL, et al. "A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia." Psychological Med 2000; 30: 95-105.

78.  Emsley RA, et al. "A comparison of the effects of quetiapine ('Seroquel') and haloperidol on schizophrenic patients with a history of and a demonstrated, partial response to conventional antipsychotic treatment." Int Clin Psychopharm 2000; 15: 121-131.

79.  Tariot PN, et al. "Long-term use of quetiapine in elderly patients with psychotic disorders." Clin Therapeutics 2000; 22[9]: 1068-1084.

80. Mullen J, et al. "A comparison of the relative safety, efficacy, and tolerability of quetiapine and risperidone in outpatients with schizophrenia and other psychotic disorders: The quetiapine experience with safety and tolerability (QUEST) study." Clin Ther 2001; 23[11]: 1839-1854.

81. De Nayer A, et al. "Efficacy and tolerability of quetiapine in patients with schizophrenia switched from other antipsychotics." Int J Psy Clin Prac 2003; 7: 59-66.

82. A single-blind, randomized trial comparing quetiapine and haloperidol in the treatment of tardive dyskinesia." J Clin Psy 2004 (may); 65[5]: 696-701.

83. Gupta S, et al. "Weight decline in patients switching from olanzapine to quetiapine." Schizophrenia Res 2004; 70: 57-62.

84. Buckley PF. "Efficacy of quetiapine for the treatment of schizophrenia: A combined analysis of three placebo-controlled trials." Curr Med Res Opin 2004; 20[9]: 1357-1363.

85. Mintzer JE, et al. "A comparison of extrapyramidal symptoms in older outpatients treated with quetiapine or risperidone." Curr Med Res Opin 2004; 20[9]: 1483-1491.

86. Yatham LN, et al. "Quetiapine versus placebo in combination with lithium or divalproex for the treatment of bipolar mania." J Clin Psychopharm 2004 (Dec); 24[6]: 599-606.

    Erratum: J Clin Psychopharm 2005 (Feb); 25[1]: 103
    Erratum: J Clin Psychopharm 2005 (Apr); 25[2]: 201

87. Bowden CL, et al. "A randomized, double-blind, placebo-controlled efficacy and safety study of quetiapine or lithium as monotherapy for mania in bipolar disorder." J Clin Psych 2005; 66: 111-121.

88. Vieta E, et al. "Quetiapine monotherapy for mania associated with bipolar disorder: Combined analysis of two international, double-blind, randomized, placebo-controlled studies." Curr Med Res Opin 2005; 21[6]: 923-934.

89. Emsley R, et al. "Effects of quetiapine and haloperidol on body mass index and glycemic control: a long-term, randomized, controlled trial." Int J Neuropsychopharmacology 2005; 8: 175-182.

90.   Calabrese JR, et al. "A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression." Am J Psychiatry 2005 (Jul); 162[7]: 1351-1360.

91.   Dettling M, et al. "Antipsychotic drugs and schizophrenia." Letter to the Editor. NEJM 2006 (Jan 19); 354[3]: 298-300.

92.   Lieberman JA, et al. "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia." NEJM 2005 (Sept 22); 353[12]: 1209-23.

93.   McIntyre RS, et al. "Quetiapine or haloperidol as monotherapy for bipolar mania—a 12 week, double-blind, randomized, parallel-group, placebo-controlled trial." Eur Neuropsychopharmacology 2005; 15: 573-585.

94.   McEvoy JP, et al. "Prevalence of the metabolic syndrome in patients with schizophrenia: Baseline results from the Clinical Antipsychotic Trials of Intervention and Effectiveness (CAITE) schizophrenia trial and comparison with national estimates from NHANES III." Schizophrenia Res 2005; 80: 19-32.

95.   McEvoy JP, et al. "Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment." Am J Psychiatry 2006 (Apr); 163[4]: 600-610.

96.   Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, risperidone, and ziprasidone in patients with chronic schizophrenia following discontinuation of a previous atypical antipsychotic." Am J Psychiatry 2006 (Apr); 163[4]: 611-622.

97.   Zhong KX, et al. "Comparison of quetiapine and risperidone in the treatment of schizophrenia: A randomized, double-blind, flexible-dose, 8-week study." J Clin Psychiatry 2006; 67: 1093-1103.

98.   Tariot PN, et al. "Quetiapine treatment of psychosis associated with dementia: A double-blind, randomized, placebo-controlled clinical trial." Am J Geriatr Psychiatry 2006 (Sept); 14[9]: 767-776.

99.   Thase ME, et al. "Efficacy of quetiapine monotherapy in bipolar I and II depression." J CLin Psychopharmacology 2006 (Dec); 26[6]: 600-609.

100.  Stroup TS, et al. "Effectiveness of olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia after discontinuing perphenazine: A CAITE study." Am J Psychiatry 2007; 164: 415-427.

101.   Newcomer JW, et al. "Differential effects of quetiapine, olanzapine and risperidone on glucose metabolism in patients with schizophrenia: Results from a 24-week, randomized study." Abstract.

102.   Ratner RE, et al. "Glucose metabolism and insulin sensitivity: Differential changes in patients with schizophrenia taking quetiapine, olanzapine or risperidone." Abstract.

103.   McEvoy JP, et al. "Efficacy and tolerability of olanzapine, quetiapine, and risperidone in the treatment of early psychosis: A randomized, double-blind 52-week comparison." Am J Psychiatry 2007 (Jul); 164[7]: 1050-1060.

104.   Keefe RSE, et al. "Effects of olanzapine, quetiapine and risperidone on neurocognitive function in early psychosis: A randomized, double-blind 52-week comparison." Am J Psychiatry 2007 (Jul); 164[7]: 1061-1071.

105.   Peuskens J, et al. "Prevention of schizophrenia relapse with extended release quetiapine fumarate dosed once daily: A randomized, placebo-controlled trial in clinically stable patients." Psychiatry 2007 (Nov): 34-50.

106.   Meyer JM, et al. "Change in metabolic syndrome parameters with antipsychotic treatment in the CATIE schizophrenia trial: Prospective data from phase I." Schizophrenia Research 2008, in press.

107.   Meyer JM, et al. "The Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) schizophrenia trial: Clinical comparison of subgroups with and without the metabolic syndrome." Schizophrenia Research 2005; 80: 9-18.

108.   Goff DC, et al. "A comparison of ten-year cardiac risk estimates in schizophrenia patients from the CATIE study and matched controls." Schizophrenia Research 2005; 80: 45-53.

109.   Essok SM, et al. "Effectiveness of switching antipsychotic medications." Am J Psychiatry 2006; 163: 2090-2095.

110.   Khan RS, et al. "Efficacy and tolerability of once-daily extended release quetiapine fumarate in acute schizophrenia: A randomized, double-blind, placebo-controlled study." J Clin Psychiatry 2007 (Jun); 68[6]: 832-842.

111.   Vieta E, et al. "Efficacy and safety of quetiapine in combination with lithium or divalproex for maintenance of patients with bipolar I disorder (international trial 126)." J Affective Disorders 2008; 109: 251-263.

112.   Colditz GA, et al. "The Nurses' Health Study: 20-Year Contribution to the Understanding of Health Among Women." Journal of Women's Health 1997 (Nov); 6 [1]:49-62.

113.   Colditz GA, et al. "Weight Gain as a Risk Factor for Clinical Diabetes Mellitus in Women." Annals of Internal Medicine 1995 (Apr); 122 [7]: 481-486.

114.   CD – Seroquel LitigationClinical Study Report D1441C00125

   1. Clinical Study Report D1447C00125
      A 24-week, International, Multi-centre, Open label, Flexible dose, Randomized, Parallel group, Phase IV Study to Compare the Effect of Glucose metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia. AstraZeneca Clinical Study Report 2006 (Jun); 1: AZSER12441945 -- AZSER12446526

   2. Clinical Study Report D1447C00126
      A Multi-centre, Randomized, Parallel Group, Double Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. AstraZeneca Clinical Study Report 2007 (Jun); AZSER12744448 – AZSER12750582

      D1447C00126 Appendices
      AZSER12750583 – AZSER12772673

   3. Clinical Study Report D1447C00127 and Appendices
      A Multi-centre, Randomized, Parallel Group, Double Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. AstraZeneca Clinical Study Report 2007 (Jun): AZSER12772674 – AZSER12779107

      D1447C00127 Appendices
      AZSER12779108 – AZSER12811553

115.   CD – 144 MDD & GAD Clinical Study Report Privilege and Confidential

   1. A Multicenter, Double-blind, Randomized-withdrawal, Parallel-group, Placebo-controlled phase III Study of the Efficacy and Safety of

Quetiapine Fumarate Extended Release (SEROQUEL XR™) as Monotherapy in the Maintenance of Patients with Major Depressive Disorder Following an Open-Label Stabilization Period (Amethyst Study). AstraZeneca 2008 (Jan): AZSER 25196103-D1448C00005

2. An International, Multicenter, Randomized, Double-blind, Parallel-Group, Placebo-controlled, Active-controlled Study of the Efficacy And Safety of Sustained-release Quetiapine Fumarate (Seroquel SR™) In the Treatment of Generalized Anxiety Disorder (Silver Study). 2008 (March): AZSER 25245598-D1448C00011

3. A Multicenter, Randomized, Double-blind, Parallel group, Placebo-Controlled Study of the Efficacy and Safety of Sustained-release Quetiapine Fumarate (Seroquel®) Compared with Placebo in the Treatment of Generalized Anxiety Disorder (Titanium Study). 2008 (March): AZSER25249062-D1448C00009

4. A Multi-Center, Double-Blind, Randomized, Parallel-Group Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained Release (Seroquel XR™) as Monotherapy in the Treatment of Elderly Patients with Generalized Anxiety Disorder (Chromium Study) 2008 (April):D339-L01109330-D1448C00015

5. A Multicenter, Double-bling, Randomized, Parallel-group, Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (Seroquel®) as Monotherapy in the Treatment of Patients with Major Depressive Disorder (Moonstone Study) 2007 (Nov): D339-L01122497-D1448C00001

6. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled and Active-controlled Phase III Study of the Efficacy and Safety of quetiapine Fumarate Extended release (SEROQUEL®) as Monotherapy in the Treatment of Patients with Major Depressive Disorder (Diamond Study) 2007 (Dec): D339-L01122418-D1448C00002

7. A Multicenter, Double-Blind, Randomized, Parallel-Group, Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR) as Mono-Therapy in the Treatment of Adult Patients with Major Depressive Disorder (Opal Study) 2008 (Jan): D339-L01122419-D1448C00003

8. A Multi-Centre, Double-Blind, Randomised, Parallel Group, Placebo-Controlled and Active Controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended Release (SEROQUEL XR™) as Mono-Therapy in the Treatment of Adult Patients with Major

Depressive Disorder (Amber Study) 2007 (Nov): D339-L01122420-D148C00004

9. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Extended-release (SEROQUEL XR™) in Combination with an Antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (Pearl Study) 2007 (Dec): D339-L00112422-D1448C00006

10. A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetipaine Fumarate Extended-release (SEROQUEL XR™) in Combination with an antidepressant in the Treatment of Patients with Major Depressive Disorder with Inadequate Response to an Antidepressant Treatment (Onyx Study) 2007 (Nov): D339-L00112423-D1448C00007

11. A Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Active-controlled Study of the Efficacy and Safety of Sustained-release Quetiapine Fumarate (SEROQUEL®) Compared with Placebo in the Treatment of Generalized Anxiety Disorder (Gold Study) 2008 (March): D339-L01124065-D1448C00010

12. Multicenter, Randomized, Parallel-group, Double-blind, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetipaine Fumarate and Lithium as Monotherapy for up to 104 Weeks Maintenance Treatment of Bipolar I Disorder in Adult Patients 2008 (April): D339-L001124072-D1447C00144

13. A Multicenter, Double-blind, Randomized-Withdrawal, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetipaine Fumarate Sustained Release (SEROQUEL SR™) as Monotherapy in the Maintenance Treatment of Patients with Generalized Anxiety Disorder Following an Open-Label Stabilization Period (Platinum Study) 2008 (April): D339-L001124830-D1448C00012

14. A Multi-Center, Double-Blind, Randomized, Parallel-Group, Placebo-Controlled Phase III Study of the Efficacy and Safety of Quetipaine Fumarate Extended-Release (SEROQUEL XR™) as Mono-Therapy in the Treatment of Elderly Patients with Major Depressive Disorder (SAPPHIRE STUDY) 2008 (April): D339-L001125905-D1448C14

116. APA Poster presentations, Washington, DC, USA

1. MDD 1 (Moonstone):

Extended release quetiapine fumarate (quetiapine XR) monotherapy For major depressive disorder (MDD): a double-blind, placebo-controlled study (Weisler)

2. MDD 6 (Pearl):
   Adjunctive extended-release quetiapine fumarate (quetiapine XR) in patients with major depressive disorder and inadequate antidepressant response (El-Khalili)

3. MDD 5 (Amethyst):
   Double-blind study of extended release quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of major depressive disorder (MDD) (Datto)

4. GAD 9 (Titanium):
   Efficacy and safety of extended release quetiapine fumarate (quetiapine XR) monotherapy in patients with generalized anxiety disorder (GAD) (Joyce)

5. GAD 12 (Platinum):
   Double-blind study of extended release quetiapine fumarate (quetiapine XR) monotherapy for maintenance treatment of generalized anxiety disorder (Katzman)

117. "Changes in metabolic parameters of body weight, lipids and glucose in Patients receiving quetiapine." AstraZeneca Clinical Study: Reply to FDA on Metabolic Parameters 2008 (June): 1-1152.

118. Lieberman JA, Stroup TS, McEvoy JP, Swartz MS, Rosenheck RA, Perkins DO, Keefe RSE, Davis SM, Davis CE, Lebowitz BD, Severe J, Hsiao JK (CATIE Investigators). "Effectiveness of antipsychotic drugs in patients with chronic schizophrenia." NEJM 2005 (sep 22); 353[12]: 1209-23.

119. McEvoy JP, Lieberman JA, Stroup TS, Davis SM, Meltzer HY, Rosenheck RA, Swartz MS, Perkins DO, Keefe RSE, Davis CE, Severe J, Hsiao JK, (CATIE Investigators). "Effectiveness of Clozapine versus olanzapine, quetiapine, and risperidone in patients with chronic schizophrenia who did not respond to prior atypical antipsychotic treatment." Am J Psychiatry 2006 (Apr); 163[4]: 600-610

120. Swartz MS, Stroup TS, McEvoy JP, Davis SM, Rosenheck RA, Keefe RSE, Hsiao JK, Lieberman JA. "What CATIE found: Results from the schizophrenia trial." Psychiatric Services 2008 (may); 59[5]: 500-506.

121. Everhart JE, Pettitt DJ, Bennett PH, Knowler WC. "Duration of obesity increases the incidence of NIDDM." Diabetes 1992 (Feb); 41: 235-40.

122. Weyer C, Bogardus C, Mott DM, Pratley RE. "The natural history of insulin secretory dysfunction and insulin resistance in the pathogenesis of type 2 diabetes." The J Clin Investigation 1999 (Sep); 104[6]: 787-794.

123. Sakurai Y. "Duration of obesity and risk of non-insulin-dependent diabetes mellitus." Biomed & Pharmacother 2000; 54: 80-4.

124. Brancati FL, Wang NY, Mead LA, Liang KY, Klag MJ. "Body weight patterns from 20 to 49 years of age and subsequent risk for diabetes mellitus." Arch Intern Med 1999 (May 10); 159: 957-963

125. Erdmann J, Kallabis B, Oppel U, Sypchenko O, Wagenpfeil S, Schusdziarra V. "Development of hyperinsulinemia and insulin resistance during the early stage of weight gain." Am J Physiol Endocrinol Metab 2008; 294: E568-E575

126. Sowell MO, Mukhopadhyay N, Cavazzoni P, Shankar S, Steinberg HO, Breier A, Beasley Jr. CM, Dananberg J. "Hyperglycemic clamp assessment of insulin secretory responses in normal subjects treated with olanzapine, risperidone, or placebo." J Clin Endocrin & Metab 2002; 87[6]: 2918-2923.

127. Sowell M, mukhopadhyay N, Cavazzoni P, Carlson C, Mudaliar S, Chinnapongse S, Ray A, Davis T, Breier A, Henry RR, Dananberg J. "Evaluation of insulin sensitivity in healthy volunteers treated with olanzapine, risperidone, or placebo: A prospective, randomized study using the two-step hyperinsulinemic, euglycemic clamp." J Clin Endocrin & Metab 2003; 88[12]: 5875-5880.

128. Ohannesian JP, Marco CC, Najm PS, Goldstein BJ, Caro JF, Kolaczynski JW. "Small weight gain in not associated with development of insulin resistance in healthy, physically active individuals." Horm Metab Res 1999; 31: 323-325.

129. Meigs JB, Muller DC, Nathan DM, Blake DR, Andres R. "The natural history of progression from normal glucose tolerance to type 2 diabetes in the Baltimore longitudinal study of aging." Diabetes 2003 (June); 52: 1475-1484.

130. Gress TW, Nieto FJ, Shahar E, Wofford MR, Brancati FL. "Hypertension and antihypertensive therapy as risk factors for type 2 diabetes mellitus." NEJM 2000 (Mar 30); 342[13]: 905-12.

131.   Nichols GA, Hillier TA, Brown JB.  "Progression from newly acquired impaired fasting glucose to type 2 diabetes."  Diabetes Care 2007 (Feb); 30[2]: 228-233.

132.   Buchanan TA.  "Pancreatic beta-cell loss and preservation in type 2 diabetes." Clin Ther 2003; 25[Supp B]: B32-B46.

133.   Osei K, et al.  "Impaired insulin sensitivity, insulin secretion, and glucose effectiveness predict future development of impaired glucose tolerance and type 2 diabetes in pre-diabetic African Americans."  Diabetes Care 2004 (Jun); 27[6]: 1439-1446.

134.   Martin BC, et al.  "Role of glucose and insulin resistance in development of type 2 diabetes mellitus:  Results of a 25-year follow-up study."  The Lancet 1992 (Oct 17); 340[8825]: 925-929.

119.   Warram JH, et al.  "Slow glucose removal rate and hyperinsulinemia precede the development of type 2 diabetes in the offspring of diabetic parents."  Ann Internal Med 1990; 113: 909-915. Multiple Authors. Letters to the Editor.  Diabetes Care 2004 (Aug); 27[8]: 2084-2096.

120.   Harris MI, et al.  "Onset of NIDDM occurs at least 407 yr before clinical diagnosis." Diabetes Care 1992 (Jul); 15[7]: 815-819.

121.   Dickerson FB, et al.  "Obesity among individuals with serious mental illness."  Acta Psychiatr Scand 2006; 113: 306-313

122.   Basu R, et al.  "The prevalence of the metabolic syndrome in patients with schizoaffective disorder- bipolar subtype."  Bipolar Disorders 2004; 6: 314-318

123.   Suvisaari JM, et al.  "Metabolic syndrome among persons with schizophrenia and other psychotic disorders in a general population survey." J Clin Psychiatry 2007; 68: 1045-1055

124.   Pontiroli AE, et al.  "Duration of obesity is a risk factor for non-insulin-dependent diabetes mellitus, not for arterial hypertension or for hyperlipidaemia." Acta Diabetol 1998; 35: 130-136.

125.   Van Gaal LF.  "Long-term health considerations in schizophrenia: Metabolic effects and the role of abdominal adiposity."  Eur Neuropsychopharmacology 2006; 16: S142-S148.

126.   Tuomilehto J, et al.  "Prevention of type 2 diabetes mellitus by changes in lifestyle among subjects with impaired glucose tolerance."  NEJM 2001 (May 3); 344[18]: 1343-50.

127. Hamman RF, et al. "Effect of weight loss with lifestyle intervention on risk of diabetes." Diabetes Care 2006 (Sept); 29[9]: 2102-2107.

128. Modan M, et al. "Effect of past and concurrent body mass index on prevalence of glucose intolerance and type-2 (non-insulin-dependent) diabetes and on insulin response." Diabetologia 1986; 29: 82-89.

129. Hu G, et al. "Physical activity, body mass index, and risk of type 2 diabetes in patients with normal or impaired glucose regulation." Arch Intern Med 2004 (Apr 26); 164: 892-896.

130. National Heart Foundation of Australia. "Detailed review of intervention studies: How do we best address the issues of overweight, obesity and cardiovascular disease?" 2004, 52 pages.

131. Schulze MB, et al. "Primary prevention of diabetes: What can be done and how much can be prevented?" Annu Rev Public Health 2005; 26: 445-67.

132. Brown WJ, et al. "Identifying the energy gap: Magnitude and determinants of 5-year weight gain in midage women." Obesity Research 2005 (Aug); 13[8]: 1431-1441.

133. Booth ML, et al. "Retest reliability of recall measures of leisure-time physical activity in Australian adults." Int J Epidemiol 1996; 25[1]: 153-159.

134. Folsom AR, et al. "Is fasting insulin concentration inversely associated with rate of weight gain? Contrasting findings from the CARDIA and ARIC study cohorts." Int J Obesity 1998; 22: 48-54.

135. Ball K, et al. "Who does not gain weight? Prevlaence and predictors of weight maintenance in young women." Int J Obesity 2002; 26: 1570-1578.

136. Sakurai Y, et al. "Relationship between weight change in young adulthood and the risk of NIDDM." Diabetes Care 1997 (June); 20[6]: 978-982.

135. French SA, et al. "Weight loss maintenance in young adulthood: Prevalence and correlations with health behavior and disease in a population-based sample of women aged 55-69 years." Int J Obesity 1996; 20: 303-310.

136.   Multiple Authors.  Letters to the Editor.  Diabetes Care 2004 (Aug); 27[8]: 2084-2096.

137.   Newcomer JW.  "Metabolic risk during antipsychotic treatment."  Clin Ther 2004; 26[12]: 1936-1946.

138.   Kelly DL, et al.  "First-episode schizophrenia.  A focus on pharmacological treatment and safety considerations."  Drugs 2005; 65[8]: 1113-1138.

139.   Wirshing DA, et al.  "Novel antipsychotics:  Comparison of weight gain liabilities."  J CLin Psychiatry 1999 (Jun); 60[6]: 358-363.

140.   Ananth J, et al.  "Atypical antipsychotic induced weight gain: Pathophysiology and management."  Ann CLin Psychiatry 2004; 16: 75-85.

141.   Casey DE, et al.  "Antipsychotic-induced weight gain and metabolic abnormalities:  Implications for increased mortality in patients with schizophrenia."  J Clin Psychiatry 2004; 65[Supp 7]: 4-18

142.   Dossenbach M, et al.  "Response and relapse in patients with schizophrenia treated with Olanzapine, Risperidone, Quetiapine, or haloperidol:  12 month follow-up of the Intercontinental Schizophrenia Outpatient Health Outcomes (IC-SOHO) study."  J Clin Psychiatry 2005 (Aug); 66[8]: 1021-1030.

143.   Lieberman J, et al.  "Comparison of atypicals in first-episode psychosis: A randomized, 52-week comparison of olanzapine, quetiapine, and risperidone. (Abstract)"  Eur Neuropsychopharmacology 2005; 15[Supp 3]: S525

144.   Allison DB, et al.  "Antipsychotic-induced weight gain:  A comprehensive research synthesis."  Am J Psychiatry 1999 (Nov); 156[11]: 1686-1696.

145.   Tandon R, et al.  "Efficacy of newer generation antipsychotics in the treatment of schizophrenia."  Psychoneuroendocrinology 2003; 28: 9-26.

146.   Complete set of medical records available on Record Trak as of 9/5/08 for Trial Pool 1 Plaintiffs (Whittington, Guinn, Unger, Curley, McAlexander, Carter, Haller, Burns)

147.   Eaton WW, et al.  "Depression and risk for onset of Type II diabetes.  A prospective population-based study."  Diabetes Care 1996 (Oct); 19[10]: 1097-1102.

148.   Rouillon F, et al. "Schizophrenia and diabetes: Epidemiological data." European Psychiatry 2005; 20: S345-S348.

149.   Subramaniam M, et al. "Diabetes mellitus and impaired glucose tolerance in patients with schizophrenia." Can J Psychiatry 2003 (Jun); 48[5]: 345-347.

150.   Regenold WT, et al. "Corrigendum to 'Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use' [J Affect Disord 2002; 70: 19-26". J Affect Disord 2003; 73: 301-302.

151.   Regenold WT, et al. "Increased prevalence of type 2 diabetes mellitus among psychiatric inpatients with bipolar I affective and schizoaffective disorders independent of psychotropic drug use." J Affect Disord 2002; 70: 19-26.

152.   2007 SERM

153.   FDA New Drug Application.

154.   Mukherjee S, et al. "Family History of Type 2 Diabetes In Schizophrenic Patients". The Lancet 1989 (March); 1: 495.

155.   Mukherjee S, et al. "Diabetes Mellitus in Schizophrenic Patients". Comprhensive Psychiatry 1996 (Jan-Feb); 37: 68-73.

156.   Spelman LM, et al. "Impaired glucose tolerance in first-episode drug-naïve patients with schizophrenia". Diabetic Medicine 2007; 24: 481-485.

157.   Holt RI, et al. "Diabetes and schizophrenia 2005: are we any closer to understanding the link? Journal Psychophaarmacology 2005; 56-65.

158.   Eberhardt MS, et al. "Prevalence of Overweight and Obesity Among Adults with Diagnosed Diabetes—United States, 1988—1994 and 1992—2002". CDC MMWR 2004 (Nov) 53(45): 1066-1068.

159.   Holt RI, et al. "Diagnosis, epidemiology and pathogenesis of diabetes mellitus: an update for psychiatrists". British Journal of Psychiatry 2004; 184: s55-s63.

160.   Leonard J. Jr., et al. "Aging Americans and diabetes-A public health and clinical response". Geriatrics 2004 (April); 59: 14-17.

161.   Harris Russell, MD, et al. "Screening Adults for Type 2 Diabetes."

162.     American Diabetes Association. "Screening for Type 2 Diabetes."
         Diabetes Care 2004 (Jan); 27: s11-s14.

163.     Expert Group. "Schizophrenia and Diabetes 2003' Expert Consensus
         Meeting, Dublin, 3-4 October 2003: consensus summary." British Journal
         of Psychiatry 2004; 184: s112-s114.

164.     CDC. National Diabetes Fact Sheet: General Information 2005.

165.     Diabetes Trial Unit. Fasting Hyperglycaemia Study. The Oxford Centre
         for Diabetes. Endocrinology & Metabolism.

166.     Liebson C, et al. "Temporal Trends in BMI Among Adults With
         Diabetes." Diabetes Care 2001 (Sept); 24: 1584-1589.

167.     Stein CJ, et al. "The Epidemic of Obesity." The Journal of Clinical
         Endocrinology & Metabolism 89(6): 2522-2525.

168.     Hu, FB, et al. "Diet, Lifestyle, And The Risk of Type 2 Diabetes Mellitus
         In Women." The New England Journal of Medicine 201 (Sept) 345: 790-
         797.

169.     Narayan KMV, et al. "Effect of Body Mass Index On Lifetime Risk For
         Diabetes Mellitus In The United States." Diabetes Care In Press 2006
         (Dec); 1-12.

170.     Yan LL, et al. "Midlife Body Mass Index and Hospitalization and
         Mortality in Older Age." JAMA 2006 (Jan); 296: 190-198.

171.     Fabricatore AN, et al. "Psychological Functioning of Obese Individuals."
         Diabetes Spectrum 2003; 16: 245-252.

172.     Schienkiewitz A, et al. "Body Mass Index History and Risk of Type 2
         Diabetes: Results From The European Prospective Investigation Into
         Cancer and Nutrition (EPIC)-Potsdam Study." Am J Clin Nur 2006; 84:
         427—433.

173.     Annis AM, et al. "Family History, Diabetes, and Other Demographic and
         Risk Factors Among Participants of the National Health and Nutrition
         Examination Survey 1999-2002." Preventing Chronic Disease: Public
         Health Research, Practice, and Policy 2005 (April); 2: 1-12

174.     Rewers M, et al. "Risk Factors for Non-Insulin Dependent Diabetes."
         (Summary)

175.   Shai I, et al. "Ethnicity, Obesity, and Risk of Type 2 Diabetes in
       Women." Diabetes Care 2006 (July); 29: 1585-1590.

176.   Willi C, et al. "Active Smoking and the Risk of Type 2 Diabetes: A
       systematic Review and Meta-analysis." JAMA 2007 (Dec); 298: 2654-
       2664.

177.   "Gestational Diabetes Mellitus." American Diabetes Association 2003
       (Jan); 1: s103-s105.

178.   Kim C, et al. "Gestational Diabetes and the Incidence of Type 2
       Diabetes." Diabetes Care 2002 (Oct); 25: 1862-1868.

179.   Sigal RJ, et al. "Physical Activity/Exercise and Type 2 Diabetes."
       Diabetes Care (2004); 27: 2518-2539.

180.   Taylor, EN, et al. "Antihypertensive Medications and the Risk of Incident
       Type 2 Diabetes." Diabetes 2006 (May); 29: 1065-1070.

181.   Legro RS, et al. "Prevalence and Predictors of Risk for Type 2 Mellitus
       and Impaired Glucose Tolerance in Polycystic Ovary Syndrome: A
       Prospective, Controlled Study in 254 Affected Women." Journal of
       Clinical Endocrinology and Metabolism 1999; 1 165-169.

182.   Ehrmann DA, et al. "Prevalence of Impaired Glucose Tolerance and
       Diabetes in Women With Polycystice Ovary Syndrome." Diabetes Care
       1999 (Jan); 1: 141-146.

183.   Ryan MCM, et al. "Impaired Fasting Glucose Tolerance in First-Episode,
       Drug-Naïve Patients With Schizophrenia." Am J Psychiatry 2003 (Feb);
       160:2, 284-289.

184.   Peet M, et al. "Diet, Diabetes and Schizophrenia: Review and
       Hypothesis." British Journal of Psychiatry 2004, 184: s102-s105.

185.   "Diabetes: Disabling Disease To Double by 2050." U.S. Department of
       Health and Human Services, Centers For Disease Control and Prevention,
       Coordinating Center For Health Promotion 2008 (Jan).

186.   Stump CG, et al. "Effect of Antihpertensive Agents on the Development
       of Type 2 Diabetes Mellitus." Mayo Clinic Proc. 2006 (June); 81(6):796-
       806.

187.   Astrup A, et al. "Redfining Type 2 Diabetes: 'Diabesity' or 'Obesity
       Dependent Diabetes Mellitus'?" The International Association for the
       Study of Obesity 2000; 1: 57-59.

188.   Liu DP, et al. "Retinopathy in a Chinese Population With Type 2 Diabetes: Factor Affecting The Presence Of This Complication At Diagnosis of Diabetes." Diabetes Research and Clinical Practice 2002; 56: 125-131.

189.   Thompson TJ, et al. "The Onset of NIDDM and its Relationship To Clinical Diagnosis In Egyptian Adults." Diabetic Medicine 1996; 13: 337-340.

190.   Salmeron J, et al. "Dietary Fiber, Glycemic Load, and Risk of Non-insulin-dependent Diabetes Mellitus in Women." JAMA 1997 (Feb); 277(6): 472-477.

191.   Troisi RJ, et al. "Diurnal variation in fasting plasma glucose: Implications for diagnosis of diabetes in patients examined in the afternoon." JAMA 2000; 284[24]: 3157-3159.

192.   Ollerton RL, et al. "Day-to-day variability of fasting plasma glucose in newly diagnosed type 2 diabetic subjects." Diabetes Care 1999 (Mar); 22[3]: 394-398.

193.

Depositions and Exhibits in the Burns case:
- Burns Deposition 2/15/08
- Dr. Billingsley Deposition 3/26/08
- Dr. Billingsley Deposition Vol. I and II 7/28/08
- Dr. Green Deposition 8/04/08
- Dr. Randles Deposition 2/19/08
- Dr. Yauch Deposition 6/11/08
- Dr. Ramirez Deposition 6/18/08
- Dr. Bataineh Deposition 6/26/08
- Dr. Moya Deposition 7/25/08
- Dr. Elzawahry Deposition 8/10/08

Depositions and Exhibits in the Carter case:
- Carter Deposition 2/12/08
- Dr. Caignet Deposition 2/29/08
- Dr. Lokitus 3/26/08
- Dr. Lado 8/05/08

Depositions and Exhibits in the Curley case:
- Curley Deposition Vol. I and II 2/11/08
- Curley Deposition Vol. I and II 7/31/08
- Dr. Wilson Deposition 4/03/08
- Dr. Cases Deposition 8/14/08

- Dr. Sisodia Deposition 4/02/08
- Dr. Ocampo Deposition 7/13/08
- Dr. Shama Deposition 7/22/08
- Dr. Mennen Deposition 7/24/08
- Dr. Hart Deposition 8/11/08

Depositions and Exhibits in the Guinn case:
- Guinn Deposition 2/18/02
- Nancy Thompson Deposition 2/22/08
- Dr. Velasco Deposition 6/13/08
- Dr. Ragsdale Deposition 7/31/08
- Dr. Nodal Deposition 8/12/08
- Dr. Dhruv Deposition 3/07/08

Depositions and Exhibits in the Haller case:
- Haller Deposition 2/11/08
- Haller Deposition 7/15/08
- Dee Burke Deposition 8/09/08
- Dr. Sreenath Deposition 2/29/08
- Dr. Sondhi Deposition 8/26/08
- Nicole Keene 3/29/08
- Don Davis 7/19/08

Depositions and Exhibits in the Lorditch case:
- Lorditch Deposition 8/16/07
- Dr. Toth Deposition 1/17/08
- Dr. Wexler Deposition 8/29/07
- Dr. Pinero-Pilona Deposition 7/24/08
- Dr. Bohensky Deposition 7/31/08
- Dr. Reddy Deposition 8/09/08
- Dr. Sanders Deposition 8/15/08
-
Depositions and Exhibits in the McAlexander case:
- McAlexander Deposition Vol. I and II 11/01/07
- McAlexander Deposition 7/08/08
- Dr. Velisetty Deposition 11/30/07
- Dr. Lavian Deposition 8/07/08
- Dr. Helfin Deposition 12/07/07
- Dr. Helfin Deposition 8/29/08
- Dr. Henderson Deposition 7/18/08
- Dr. Schneider Deposition 7/31/08
- Dr. Umana Deposition 8/08/08

Depositions and Exhibits in the Middleton case:

- Middleton Deposition Vol. I and II 2/18/08
- Middleton Deposition 6/25/08
- Dr. Pino Deposition 3/25/08
- Dr. Gavin Deposition 3/13/08
- Dr. Leythem Deposition 6/24/08
- Dr. Amiel 7/12/08

Deposition and Exhibits in the Ray case:
- Ray Deposition 11/13/07
- Dr. Bobes Deposition 8/22/08
- Dr. Easterling Deposition 11/27/07
- Dr. Geddie Deposition 1/25/08
- Dr. Douyon Deposition 7/16/08

Deposition and Exhibits in the Sarmiento case:
- Sarmiento Deposition 2/19/08
- Sarmiento Deposition 8/30/08
- Dr. Napolitano Deposition 3/26/08
- Dr. Rasul Deposition 8/05/08
- Dr. Perez Deposition 4/09/08
- Dr. Lee Deposition 6/27/08
- Dr. Vasquez 7/11/08

Depositions and Exhibits in the Unger case:
- Unger Deposition 2/16/08
- Dr. Romero Deposition 3/17/08
- Dr. Quintero Deposition 2/26/08
- Dr. Zager Deposition 7/16/08
- Dr. Mas Deposition 8/22/08

Deposition and Exhibits in the Whittington case:
- Whittington Deposition 2/15/08
- Dr. Saleh Deposition 03/04/08
- Dr. Saleh Deposition 7/22/08
- Dr. Haddad Deposition 3/21/08
- Dr. Haddad Deposition 7/25/08
- Dr. Boyd Deposition 7/31/08