# EXHIBIT 43

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation

MDL DOCKET NO. 1769

This Document Relates to:

Haller v. AstraZeneca, LP, et al
[David Haller 6:07-cv-15733]

Miami, Florida

July 15, 2008

10:05 o'clock a.m.

- - - - - - - - - -

VIDEOTAPED DEPOSITION

OF

DAVID HALLER

- - - - - - - - - -

JOB NO: 944396
Reported By:
Ellen J. Fehr, RPR
Notary Public, State of Florida
Esquire Deposition Services
Fort Lauderdale Office
Phone 954-331-4400

### Page 110

1  been going real good at home doing such and such and
2  such. Keep it up, you're doing real well. Five minutes
3  later, I'm out of the office and done.
4      Most people are doing 30 minutes with the
5  psychiatrist, and they have case managers that work with
6  them on an everyday basis. I didn't have that. They
7  said I was not qualified for such a case manager.
8      So, I don't - I don't - I don't want to give
9  these medications of Seroquel, or whatever the
10 medication is, any, any, you know, pat on the back, say
11 you're doing a wonderful job, medication, keep it up,
12 they won't have no more episodes of agitation, they
13 won't have no more mood swings.
14     I'll always have mood swings and it will never
15 change.
16     MR. BARRINGER: Mr. Haller, let's get back to
17 the deposition. Let Mr. - the attorney for
18 AstraZeneca to ask his questions.
19     MR. ELLISON: Do you need a break, sir?
20     THE WITNESS: No
21 BY MR. ELLISON:
22 Q  All right. Let - let -- You told me what you
23 think of your medications. Let's look at what your
24 health care provider thought of your medications. We've
25 already gone over it, but apparently a reminder is

### Page 111

1  warranted.
2      It says: He has been doing remarkably well on
3  the current medication with no exacerbation of symptoms
4  since I started seeing him in 2005.
5      Did I read that right?
6  A  I don't even know where you're at.
7  Q  Second line, sir, we just read it.
8  A  Okay.
9  Q  Further down it says: He is more stable now
10 than he has been in several years.
11     Did I read that correctly?
12 A  Yes.
13 Q  He was strongly advised to remain on his
14 medication due to its effectiveness.
15     Did I read that correctly?
16 A  Yes
17 Q  That's what Nicole Keene told you, correct?
18 A  Correct.
19 Q  And that's what she told you she thought your
20 medications were doing for you, correct? Correct, sir?
21 A  Correct.
22 Q  All right. Let's jump back.
23     You -- You've told me a number of different
24 things about the conversation that you had with Nicole
25 Keene about the lawyers telling you you needed to get

### Page 112

1  off Seroquel if you wanted to win a settlement, and I
2  just want to make sure I have them straight.
3      It's your testimony that you were exaggerating
4  to Nicole Keene and that the lawyer just told you it
5  might help your case if you tried to get off Seroquel,
6  is that right?
7  A  Correct.
8  Q  And that's your sworn deposition testimony --
9  A  Yes.
10 Q  -- is that correct?
11     You really didn't say you had no chance of
12 getting a settlement, but that it would help your case
13 if you stopped taking Seroquel, correct?
14 A  Yes.
15 Q  And he told you that it would hurt your case
16 if you stayed on Seroquel, correct?
17 A  Yes.
18 Q  And which lawyer told you that?
19 A  I don't know. I don't remember.
20 Q  I want you to look at the camera.
21 A  I do not know who the attorney was, and if I
22 did know the attorney's name, I could not remember today
23 because it was so long ago we talked about -- We're
24 talking about 2007 of November.
25     A lot of things go on in my days, so I don't

### Page 113

1  remember names or places or things all the time. I
2  don't recall.
3  Q  Well, are you --
4  A  So how about - how about getting to a true
5  question you're trying to ask. Let's get to the true
6  question.
7  Q  Well, the true question is --
8  A  Why would you tell someone that when you get -
9  when I'm on a telephone. People says things on the
10 station --
11     MR. ELLISON: Counsel, your client's voice is
12 agitated. His arms are moving around.
13     THE WITNESS: Because he's beating  he's been
14 beating his question like a dead dog.
15     MR. ELLISON: He's talking over me and he
16 needs to take a break.
17     THE WITNESS: He's beating his question like a
18 dead dog.
19     MR. ELLISON: Do you need to take a break?
20     MR. BARRINGER: Let's take a break.
21     MR. ELLISON: Let's go off the record.
22     THE VIDEOGRAPHER: Going off video record.
23 11:57 a.m.
24     THE WITNESS: He's beating his question like a
25 dead dog.

CERTIFICATE OF OATH

STATE OF FLORIDA   )
                   ) SS.
COUNTY OF BROWARD  )

I, the undersigned authority, certify that DAVID HALLER personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 24th day of July 2008.

---

ELLEN J. FEHR, CSR, RPR, Notary Public - State of Florida at Large.
My Commission No. DD738209
Expires: 1/11/2012

```
                                                                    128
```

```
1              CERTIFICATE
2      STATE OF FLORIDA   )
                          ) SS.
3      COUNTY OF BROWARD  )
4          I, ELLEN J. FEHR, RPR, do hereby certify that
       pursuant to Notice of Taking Deposition in the
5      above-styled cause, that I was authorized to and did
       stenographically report the foregoing deposition as
6      hereinabove shown, and the testimony of said witness was
       reduced to computer transcription under my personal
7      supervision.
8          I further certify that the said deposition was
       taken at the time and place specified hereinabove, and
9      that I am neither of counsel nor solicitor to either of
       the parties in said suit nor interested in the event of
10     the cause.
11         I further certify that I have delivered the
       original copy of said deposition to Robert Barringer,
12     Esquire, to be retained by him pending further order of
       the court.
13
           WITNESS my hand and official seal in the City of
14     Fort Lauderdale, County of Broward, State of Florida,
       this 24th day of July, 2008.
15
16
17
18
19
       _____
20     ELLEN J. FEHR, RPR.
21
22
23
24
25
```