# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: Seroquel Products Liability Litigation**

Case No. 6:06-md-1769-Orl-22DAB

_____

## ORDER

This cause comes before the Court for consideration of AstraZeneca's Motion to Compel Discovery Deposition of Plaintiffs' Expert Donna Arnett, Ph.D. (Doc. 1280), to which Plaintiffs have not responded.

AstraZeneca requests an order from the Court compelling Plaintiffs to produce Dr. Arnett for a second deposition in light of new opinions set forth in a declaration she filed in November 2008, approximately one month after her first deposition. As the Court stated at a hearing on February 18, 2009, a second deposition would be permitted only upon a showing that Dr. Arnett has set forth new opinions going beyond her November declaration. No such showing has been made. Furthermore, the Court has scheduled a *Daubert* hearing for Dr. Arnett on April 7, 2009, at which Defendants may question her regarding any new opinions she holds. Therefore, the Court will not compel Plaintiffs to produce Dr. Arnett for a second deposition.

Based on the foregoing, it is **ORDERED** that AstraZeneca's Motion to Compel Discovery Deposition of Plaintiffs' Expert Donna Arnett, Ph.D. (Doc. 1280) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge