**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION** <br> This document relates to: <br> *Linda Guinn*, No. 6:07-CV-10291 <br> *Janice Burns*, No. 6:07-CV-15959 <br> *Richard Unger*, No. 6:07-CV-15812 <br> *Connie Curley*, No. 6:07-CV-15701 <br> *Linda Whittington*, No. 6:07-CV-10475 <br> *Eileen McAlexander*, No. 6:07-CV-10360 <br> *David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:** <br> **6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT ALLEGED GHOSTWRITING**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits to their Response in Opposition to the Motion *in Limine* to Exclude Evidence and Argument About Alleged Ghostwriting (Doc. 1227) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about January 8, 2009, attaching the Exhibits listed below.

1

**Ghostwriting Motion In Limine Response Exhibits (Doc. 1227)**

| Exhibit No. | Document Description |
|---|---|
| C | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Nodal |
| D | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Billingsley |
| E | AstraZeneca's disclosure regarding Plaintiff's prescriber /treater Nurse Practitioner Malcolm |
| F | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Cabada |
| G | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Nurse Saleh |
| H | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Inaganti |
| I | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Cases |
| J | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Wilson |
| K | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Lavian |
| L | AstraZeneca's disclosure regarding Burke |

DATED:  March 10, 2009

Respectfully submitted,

By:     /s/ Robert W. Cowan
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT ALLEGED GHOSTWRITING with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan
Robert W. Cowan