# EXHIBIT C – Part 2

CONFIDENTIAL



| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_DATE | SUMMARY_DEL IVER_DATE | CALL_TYPE | CALL_NOTES | | PRODUCT | MESSAGE |
| REDACTED | | | | | | | | | | | | | | |

Page 41 of 64

MDL-GuinnL-0710291
0000156-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 1 | REDACTED | | | | | | | | | | | |
| 938 | | | | | | | | | | | | |
| 939 | | | | | | | | | | | | |
| 940 | | | | | | | | | | | | |
| 941 | | | | | | | | | | | | |
| 942 | | | | | | | | | | | | |
| 943 | | | | | | | | | | | | |
| 944 | | | | | | | | | | | | |
| 945 | | | | | | | | | | | | |
| 946 | | | | | | | | | | | | |
| 947 | | | | | | | | | | | | |
| 948 | | | | | | | | | | | | |
| 949 | | | | | | | | | | | | |
| 950 | | | | | | | | | | | | |
| 951 | | | | | | | | | | | | |
| 952 | | | | | | | | | | | | |
| 953 | | | | | | | | | | | | |
| 954 | | | | | | | | | | | | |
| 955 | | | | | | | | | | | | |
| 956 | | | | | | | | | | | | |

MDL-GuinnL-0710291
0000157-CONFIDENTIAL



CONFIDENTIAL

MDL-GuinnL-0710291
0000158-CONFIDENTIAL



MDL-GuinnL-0710291
0000159-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DEL IVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |

REDACTED

MDL-GuinnL-0710291
0000160-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DEL_IVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| REDACTED | | | | | | | | | | | | |

Page 46 of 64

MDL-GuinnL-0710291
0000161-CONFIDENTIAL

CONFIDENTIAL



Page 47 of 64

MDL-GuinnL-0710291
0000162-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | BILL_CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |

REDACTED

Page 48 of 64

MDL-GuinnL-0710291
0000163-CONFIDENTIAL



MDL-GuinnL-0710291
0000164-CONFIDENTIAL

CONFIDENTIAL



Page 50 of 64

MDL-GuinnL-0710291
0000165-CONFIDENTIAL



CONFIDENTIAL

Page 51 of 84

MDL-GuinnL-0710291
0000166-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | G | H | I | J | K | L | | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DEL IVER_DATE | DEL | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 1 | REDACTED | | | | | | | | | | | | |

Page 52 of 64

MDL-GuinnL-0710291
0000167-CONFIDENTIAL



CONFIDENTIAL

MDL-GuinnL-0710291
0000168-CONFIDENTIAL



MDL-GuinnL-0710291
0000169-CONFIDENTIAL

CONFIDENTIAL



MDL-GuinnL-0710291
0000170-CONFIDENTIAL



CONFIDENTIAL

Page 56 of 64

MDL-GuinnL-0710291
0000171-CONFIDENTIAL

CONFIDENTIAL



Page 57 of 64

MDL-GuinnL-0710291
0000172-CONFIDENTIAL

CONFIDENTIAL



Page 59 of 64

MDL-GuinnL-0710291
0000173-CONFIDENTIAL



MDL-GuinnL-0710291
0000174-CONFIDENTIAL

CONFIDENTIAL



MDL-GuinnL-0710291
0000175-CONFIDENTIAL



CONFIDENTIAL

MDL-GuinnL-0710291
0000176-CONFIDENTIAL



MDL-GuinnL-0710291
0000177-CONFIDENTIAL

CONFIDENTIAL



Page 63 of 64

MDL-GuinnL-0710291
0000178-CONFIDENTIAL

CONFIDENTIAL



Page 64 of 64

MDL-GuinnL-0710291
0000179-CONFIDENTIAL

## EXHIBIT B

CONFIDENTIAL

| | A VENDOR NUMBER | B VENDOR NAME | C STREET ADDRESS | D CITY | E ST | F ZIP | G DOCUMENT TYPE | H G/L ACCOUNT | I ACCOUNT NAME | J DOCUMENT HEADER / PURCHASE ORDER TEXT | K POSTING DATE | L DOCUMENT NUMBER | M LIFNR | N AMOUNT | O PL | P COST CENTER | Q COST CENTER NAME | R | S SGTX1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40083208 | GUIDO NODAL | 1835 W 48TH ST #201 | HIALEAH | FL | 33012 | RN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | HONOR-MAROOSH-032102 | 05/00/02 | 51862891 | 40083208 | $ 150.00 | 23 | 567715 | CNS TAMPA I | - | .FLN. |
| 2 | 40083208 | GUIDO NODAL | 1835 W 48TH ST #201 | HIALEAH | FL | 33012 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 05/07/02 | 42269940 | 40083208 | $ (150.00) | | 000000 | | | |
| 3 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | 0041691991 015 DT 08022002 | 09/10/02 | 58375813 | 93109554 | $ 300.00 | 23 | 567715 | CNS TAMPA I | - | XXN. |
| 4 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 09/12/02 | 42334201 | 93109554 | $ (300.00) | | 000000 | | | |
| 5 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | 0000016201 304 DT 00142003 | 04/04/03 | 58441422 | 93109554 | $ 250.00 | 23 | 567505 | CNS SPECIAL TYII-TAMPA SOUTH | - | .FLN. |
| 6 | | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | 0000016201 304 DT 00142003 | 04/08/03 | 42420410 | 93109554 | $ (250.00) | | 000000 | | - | |
| 7 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZN | 41011900 | TRAVEL-TRANSPORTATION | 0000016201 304 DT 05142003 | 07/24/03 | 58486597 | 93109554 | $ 7.20 | 23 | 567505 | CNS SPECIAL TYII-TAMPA SOUTH | - | .FLN. |
| 8 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 07/28/03 | 42454499 | 93109554 | $ (7.20) | | 000000 | | | |
| 9 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | 0000031289 111 DT 02122004 | 02/04/04 | 58576835 | 93109554 | $ 300.00 | 23 | 567505 | CNS SPECIAL TYII-TAMPA SOUTH | - | .FLN. |
| 10 | 93109554 | GUIDO NODAL | 900 W 49 ST STE 204 | HIALEAH | FL | 33012 | ZA | 23817240 | CHECKS ISSUED-#BUS-BANK OF AMERICA | | 02/20/04 | 42623860 | 93109554 | $ (300.00) | | 000000 | | - | |
| 11 | | | | | | | | | | | | | | | | | | | |

Page 1 of 1

MDL-GuinnL-0710291
0000180-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vendor | Vendor Name | City | St | PostalCode | Street | CoCd | DocumentNo | Invoice Amt | Reference | Document Header Text | Doc. Type | Doc. Date | Jurisdict. | Juris Cde | Cst Ctr CC | Cst Ctr Ju | Cst Ctr St | Patng Date | Clearing | Clrng doc. | G/L |
| 1 | 94022024 | GUIDO NODAL | HIALEAH | FL | 33012 | 900 W 49 ST STE 204 | 4315 | 510123656 | 300 | 50101304 | *000004910130 4 DT 0420200 | ZD | 4/14/2005 | 100250510 1 | FLORIDA | 4315 | 800301001 | DELAWAR E | 4/26/2005 | 4/26/2005 | 500042492 | 6451050 |
| 2 | | | | | | | | | | | | | | | | | | | | | | |

Page 1 of 2

MDL-GuinnL-0710291
0000181-CONFIDENTIAL

CONFIDENTIAL

| | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|
| | G/L acct add. text | Cost Ctr | WBS Element | WBS Description | Profit Ctr | Year | To Check N | Text |
| 1 | | | | | | | | |
| 2 | Fees-Educational Services | 567505 | K4G14120.0412.999 999 | Preceptorships-Seroquel-999999 | 567505 | 2005 | 1500041263 | Speaker PGM |

MDL-GuinnL-0710291
0000182-CONFIDENTIAL

**EXHIBIT C**

AZP 1/2004 Dear Doctor/ Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FULL_NAME | COMPANY | ALTRNTA DD1 | ALTRNT ADDR | ALTRNT 2ADD | ALTRNT1ADD | DLVRYADDRS | CITY | STATE1 | ZIP4 | DLVR YPNT |
| 1 | Guido F Nodal Jr MD | | | | | | 900 W 49th St Ste 503 | Hialeah | FL | 33012-3488 | 28 |

Page 1 of 1

MDL-GuinnL-0710291
0000183

AZP 4/2004 Dear Doctor/ Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FULL_NAME | COMPANY | ALTRNT ADD1 | ALTRNT ADDR | ALTRNT A2ADD | ALTRNT1ADD | DLVRYADDRS | CITY | STATE | ZIP4 | DLVR YPNT |
| 1 | | | | | | | | | | | |
| 2 | Guido F Nodal Jr MD | | | | | | 900 W 49th St Ste 503 | Hialeah | FL | 33012-3488 | 28 |

Page 1 of 1

MDL-GuinnL-0710291
0000184

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Full Name | Alternate 1 Address | Delivery Address | City | State | ZIP+4 | Delivery Point | First Name | Last Name | MD DO | SPEC | ME NUMBER | CRRT | Walk Seque nce |
| 1 | | | | | | | | | | | | | | |
| 2 | Guido F Nodal Jr MD | | 900 W 49th St Ste 503 | Hialeah | FL | 33012-28 3488 | | Guido | Nodal | MD | P | 30803812698 | C018 | |

Page 1 of 2

MDL-GuinnL-0710291
0000185

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOT | Return Code | Record Type | Foot note | COA Match Flag | COA Move Date | COA Move Type | COA/DSF Processing Date | NCOALink Footnote | DPV CMRA | DPV Confirmation | Old Address 1 | Old Address 2 | Old City | Old State | Old Zip Code |
| 1 | 0044A 31 | H | | 0 | | | | 06/29/2005 | 00 | | | | 900 W 49th St Ste 503 | Hialeah | FL | 33012-3488 |
| 2 | | | | | | | | | | | | | | | | |

MDL-GuinnL-0710291
0000186

AZP 11/2006 Dear Doctor / Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | ADDR1 | ADDR2 | CITY | ST | ZIP | FNAME | LNAME | MD/DO | SPEC1 | ME NUMBER |
| 1 | Guido F | | 900 W 49th St Ste 503 | Hialeah | FL | 33012-3488 | Guido | Nodal | MD | P | 30803812698 |
| 2 | Nodal Jr MD | | | | | | | | | | |

Page 1 of 1

MDL-GuinnL-0710291
0000187

**EXHIBIT D**

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED