# EXHIBIT G – Part 1

 AstraZeneca

**Medical Resources Quality Assurance Survey**

Inquiry Number: 474673

Product: SEROQUEL

Dear Dr. Mohamed Saleh,

We hope that the data provided to you proved useful. Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations. This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/ with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (800) 640-5886 OR (302) 885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE 19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1. Did the response answer your question?  ☐ Completely   ☐ Partially ☐ Not at all

   If you checked "Partially" or "Not at all", please explain:

   _____

   _____

2. Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is balanced | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was handled in a reasonable amount of time / timely response | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3. Overall, I was satisfied with the quality of the information I received.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

4. In general, how do the responses from AstraZeneca compare to those of other companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5. What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6. Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

   _____

   _____

May 09, 2005 – timminsa

Thank you for taking the time to complete the survey.  We hope to use this information to continually improve our services.
©2004 AstraZeneca

MDL-WhittingtonL-0710475
0000151-CONFIDENTIAL

# Use of Quetiapine in Elderly Patients

## Pierre N. Tariot, M.D., and M. Saleem Ismail, M.D.

Behavioral problems associated with psychosis in the elderly have a significant negative impact on patients' quality of life and can lead to placement in a nursing home. Because of their decreased propensity to produce extrapyramidal symptoms, atypical antipsychotics such as quetiapine hold promise in the treatment of these vulnerable patients. Quetiapine may, in theory, be particularly advantageous in this regard because of its lack of anticholinergic activity and its relatively loose binding to dopamine receptors. This article reviews the somewhat limited number of clinical studies of the use of quetiapine in treating older patients with schizophrenia and other psychotic disorders, patients with psychosis associated with Alzheimer's disease or dementia with Lewy bodies, and patients with Parkinson's disease and drug-induced psychosis.    *(J Clin Psychiatry 2002;63[suppl 13]:21–26)*

Psychotic symptoms are surprisingly common in older adults, with a lifetime incidence of nearly 25%[1] and prevalences ranging from 0.2% to 4.7% in community-based samples to 10% to 63% in nursing home populations.[2] The main categories of late-life psychoses include dementia with psychotic symptoms, late-onset schizophrenia, delusional disorder, early-onset psychotic disorders persisting to late life, late-onset mood disorders, psychotic disorders caused by medical conditions or medications, and delirium.[3] Agitation and aggressiveness are associated with psychosis in the elderly and frequently are the precipitating reasons for psychiatric consultation.[1]

At the same time, treatment of psychiatric disorders in the elderly is complicated by a high frequency of comorbid medical illnesses and concomitant medications, risk of side effects, and age-related changes in pharmacodynamics and pharmacokinetics.[4] Typical adverse effects of antipsychotics in this population include sedation, orthostatic hypotension, and extrapyramidal symptoms (EPS).[5] There is also evidence that antipsychotics, by virtue of their inhibitory effects on dopaminergic, cholinergic, and histaminergic neurotransmission, may produce deleterious cognitive effects in some elderly patients.[6] Compared with the use of typical antipsychotics, the use of atypical antipsychotics is generally associated with a reduction in the frequency of acute EPS and a reduced need for concomitant antiparkinsonian drugs.[7]

*From the Department of Psychiatry, University of Rochester School of Medicine, Rochester, N.Y.*
*Supported by AstraZeneca Pharmaceuticals, L.P.*
*Dr. Tariot has been a consultant for AstraZeneca; has received grant/research support from AstraZeneca; and has received honoraria from AstraZeneca.*
*Corresponding author and reprints: Pierre N. Tariot, M.D., University of Rochester School of Medicine, Monroe Community Hospital, 435 E. Henrietta Rd., Rochester, NY 14620 (e-mail: pierre_tariot@urmc.rochester.edu).*

The various atypical antipsychotics possess different neurotransmitter receptor binding properties that may translate into treatment advantages for different patient populations. Antipsychotics that block dopamine receptors in the striatum in a manner that allows dopamine to maintain its physiologic neurotransmitter role, such as quetiapine, could theoretically be advantageous when used for conditions associated with diminished dopamine function, for example, Parkinson's disease.[6] Similarly, drugs with weak anticholinergic effects, such as quetiapine and risperidone, could be advantageous for treating patients with impaired cholinergic function, for example, Alzheimer's disease. This article reviews the clinical evidence (Table 1) regarding the use of quetiapine in treating various populations of elderly patients. Some of the evidence results from open-label, as well as placebo-controlled clinical trials addressing specific hypotheses, while other results from case series, chart reviews, or subanalyses of larger studies. While some reports have been published in peer-reviewed journals, many have not. For these reasons, while trends emerge across these studies, caution is warranted in interpreting this review.

## PARKINSON'S DISEASE AND DRUG-INDUCED PSYCHOSIS

Psychotic symptoms occur in up to 40% of patients with Parkinson's disease and other degenerative parkinsonian disorders.[8] Psychotic symptoms affect the quality of life for patients with Parkinson's disease and their families and may lead to placement in a nursing home.[8] These psychotic symptoms occur because of both the underlying neuropathology of Parkinson's disease and the adverse effects associated with chronic antiparkinsonian drug administration.[9] Although the addition of antipsychotic drugs or the withdrawal of antiparkinsonian drugs

MDL-WhittingtonL-0710475
0000152-CONFIDENTIAL

Tariot and Ismail

**Table 1. Summary of Reports of Quetiapine in the Treatment of Elderly Patients[a]**

| Clinical Trial | N | Duration | Type of Study | Overall Efficacy | Safety and Tolerability |
|---|---|---|---|---|---|
| **Parkinson's Disease** | | | | | |
| Evatt et al, 1996[20] | 10 | 3 mo | Open-label | Improvement in BPRS scores | Improvement in UPDRS motor scores |
| Juncos et al, 1998[16] | 15 | 52 wk | Open-label | Improvement in BPRS scores | Improvement in UPDRS motor scores |
| Parsa and Bastani, 1998[19] | 2 | 52 wk | Open-label | Psychotic symptoms controlled | No worsening of motor function |
| Friedman et al, 1999[21] | 44 | 1 mo | Open-label | Improvement in cognition | Improvement in cognition |
| Juncos et al, 1999[17] | 40 | 52 wk | Open-label (subgroup from larger study) | BPRS and CGI-S improved significantly | Improvement in motor function |
| Fernandez et al, 1999[13] | 35 | 4 wk | Open-label | Improvement in psychosis (20/24) | No decline in motor function; 3/24 withdrew due to side effects |
| Menza et al, 1999[18] | 3 | 3–6 mo | Open-label | Behavioral improvement | No increase in parkinsonism |
| Fernandez et al, 2000[23] | 15 | 2 mo | Open-label | Improvement in BPRS scores | Improvement in UPDRS motor scores |
| Targum and Abbott, 2000[14] | 11 | 52 wk | Open-label (subgroup from larger study) | Controlled visual hallucinations (6/10); less effective for paranoia or delusions | 6 patients withdrew; no exacerbation of parkinsonism |
| Juncos et al, 2001[22] | 29 | 24 wk | | Improvement in BPRS total and CGI-S scores Improvement in cognition (memory, sustained attention) | Improvement in UPDRS motor scores |
| Roberts et al, 2001[12] | 25 | 24 wk | Open-label, placebo-controlled | Improvement in psychotic symptoms and cognition | No deterioration in motor symptoms |
| Fernandez et al, 2002[24] | 87 (PD) 11 (DLB) | NA | Open-label, retrospective chart review | Partial to complete resolution of psychosis in 80% (70/87) of patients with PD and 90% (10/11) of patients with DLB | Motor worsening noted in 32% (28/87) of patients with PD and 27% (3/11) of patients with DLB |
| Juncos et al, 2002[15] | 27 | 36 mo | Retrospective chart review, quetiapine vs clozapine | Both clozapine and quetiapine significantly reduced hallucinations and agitation | 63% still on quetiapine 50% still on clozapine |
| **Dementia** | | | | | |
| Schneider et al, 1999[41] | 78 | 52 wk | Open-label (subgroup from larger study) | Improvement in BPRS total score and BPRS hostility subscale score | Improvement in motor function (SAS score); no change in mean AIMS score |
| Juncos et al, 2000[45] | 10 | 21 ± 10 mo | Open-label | Significant improvement in BPRS anxiety, hallucinations, and agitation subscale scores | Most patients did not experience serious adverse events or significant EPS |
| Parsa et al, 2001[44] | 10 | 52 wk | Open-label | All patients showed improvement in BPRS scores | No significant worsening in motor function or cognitive status |
| Parsa et al, 2001[47] | 30 | NA | Retrospective chart review of quetiapine plus donepezil | All patients showed improvements in symptoms | No worsening of motor function |
| Elliot and Elliott, 2001[42] | 3 | 12 wk | Open-label | Improvement in psychotic symptoms (3/3) and cognitive function (2/3) | No increase in EPS |
| Tariot et al, 2002[40] | 284 | 10 wk | Double-blind, placebo-controlled; quetiapine and haloperidol | All treatment groups showed improvement on BPRS total scores | Quetiapine patients had fewer EPS than haloperidol and placebo patients |
| Baskys and Davis, 2002[43] | 5 | 6 wk | Open-label | Significant improvement in some psychotic symptoms | No increase in EPS |
| **Schizophrenia[b]** | | | | | |
| Vinogradov et al, 2000[31] | 32 | 52 wk | Open-label (subgroup from larger study) | Significant improvement in BPRS and CGI-S | EPS improved |
| Tariot et al, 2000[10] | 184 | 52 wk | Open-label | Significant improvement in BPRS and CGI-S | 52% withdrew; EPS (13%), somnolence (31%), dizziness (17%), postural hypotension (15%) |
| Mintzer et al, 2001[29] | 92 | 4 mo | Open-label; quetiapine vs risperidone | Both quetiapine and risperidone improved psychotic symptoms | EPS generally less in quetiapine vs risperidone |
| Madhusoodanan et al, 2000[32] | 7 | 12–42 d | Open-label | 4/7 responded with decrease in positive and negative symptoms | EPS decreased in 3 patients; transient hypotension and somnolence (2/7) |

[a]Abbreviations: AIMS = Abnormal Involuntary Movement Scale, BPRS = Brief Psychiatric Rating Scale, CGI-S = Clinical Global Impressions-Severity of Illness scale, DLB = dementia with Lewy bodies, EPS = extrapyramidal symptoms, NA = not available, PD = Parkinson's disease, SAS = Simpson-Angus Scale, UPDRS = Unified Parkinson's Disease Rating Scale.
[b]Includes studies with multiple categories of patients in addition to patients with schizophrenia.

MDL-WhittingtonL-0710475
0000153-CONFIDENTIAL

may improve the behavioral problems, these strategies usually worsen the motor difficulties. The tendency of typical antipsychotics to produce EPS is exacerbated in these patients. Consequently, the treatment of Parkinson's disease may provide the most stringent test of an antipsychotic's freedom from inducing parkinsonian motor symptoms,[10] with atypical antipsychotics better in this respect than typical antipsychotics.[5,11]

### Efficacy

In a 24-week trial conducted by Roberts et al.,[12] 25 patients with Parkinson's disease received a maximum of 400 mg/day of quetiapine. Treatment was effective in lessening psychotic symptoms, as demonstrated by significant improvement in both Brief Psychiatric Rating Scale (BPRS) total and Clinical Global Impressions-Severity of Illness (CGI-S) scale scores, which was maintained throughout the entire 24 weeks. Quetiapine treatment also appeared to have beneficial effects on cognition, with significant improvement seen in Unified Parkinson's Disease Rating Scale (UPDRS) mental subscale scores and in memory tests. Specifically, patients treated with quetiapine exhibited significant improvement in recall and nominal improvement in sustained attention, whereas a control group of 25 nonpsychotic patients with Parkinson's disease not treated with quetiapine exhibited no change in recall and a significant decline in sustained attention over 6 months. These results suggested that quetiapine might improve both cognitive function and psychotic symptoms in these patients.

In a short-term (4-week), open-label pilot study of 35 patients with Parkinson's disease who were treated for psychosis, treatment with quetiapine at a mean dose of 40 mg/day produced a clinically and statistically significant improvement in the mean BPRS total scores.[13] Improvement of psychosis was noted in 20 of 24 neuroleptic-naive patients.

Several long-term, open-label studies in patients with Parkinson's disease have been reported.[12,14–17] In the study by Targum and Abbott,[14] 11 patients with Parkinson's disease and acute psychosis received doses of quetiapine between 25 and 300 mg/day. Nine of the patients completed at least 12 weeks of treatment, and 5 completed the 52 weeks of the study. Quetiapine improved psychotic features in 7 of 10 patients.

In a subanalysis of 40 patients with advanced Parkinson's disease who were part of a larger 1-year trial of quetiapine in elderly patients with psychosis (N = 169),[17] quetiapine at a mean dose of 75 mg/day was effective in improving psychotic symptoms, as demonstrated by significant improvement in BPRS total and CGI-S scores. The improvement was clinically evident in virtually all of these patients and was maintained throughout the entire 52 weeks of the trial.

In other studies and case reports,[18–21] treatment with quetiapine produced significant improvement in psychotic symptoms in patients with Parkinson's disease. In a 24-week study,[22] quetiapine was effective in 29 patients who had failed previous treatment with other atypical antipsychotics.[22] In another study,[23] 12 of 15 patients with Parkinson's disease were successfully switched from clozapine to quetiapine without observable loss of antipsychotic effect or significant worsening of parkinsonian symptoms.[23]

A retrospective chart review of 27 patients with Parkinson's disease and hallucinations who were treated with quetiapine (N = 23) or clozapine (N = 4) for an average of 36 months[15] found that both quetiapine and clozapine caused a sustained reduction in hallucinations (100% to 59%, p < .01) and a trend toward reduced agitation (37% to 19%, p < .06). In another retrospective chart review of 87 patients with Parkinson's disease and drug-induced psychosis,[24] quetiapine treatment (mean dose = 58 mg/day) for a mean duration of 14 months produced partial to complete resolution of psychosis in 80% of the patients.[24] These results support the view that both quetiapine and clozapine may have long-term benefits in patients with Parkinson's disease and drug-induced psychosis.

### Safety and Tolerability

In the 24-week study by Roberts et al.,[12] there was no deterioration in motor symptoms of Parkinson's disease, along with no clinically important effects on mean vital signs, weight, clinical laboratory tests, and electrocardiograms. In the 4-week, open-label study by Fernandez et al.,[13] no decline in motor function occurred. Three of 24 antipsychotic-naive patients were unable to tolerate quetiapine because of orthostatic hypotension, headache, nausea, and persistence of hallucinations. In the 52-week, open-label study by Targum and Abbott,[14] quetiapine was well tolerated in all but 1 patient who became dizzy during the first week and withdrew from the study. Quetiapine did not exacerbate parkinsonian symptoms, but there was a gradual worsening of motor dysfunction consistent with the progression of Parkinson's disease, as measured by the UPDRS. In the subanalysis of 40 patients with Parkinson's disease,[17] treatment with quetiapine did not worsen the motor symptoms of Parkinson's disease. On the contrary, a significant initial improvement was noted through week 12. In the long-term retrospective chart review study by Juncos et al.,[15] the percentage of patients who were still taking their initial antipsychotic was 63% for quetiapine and 50% for clozapine. These continuation rates suggest that the antipsychotics were well tolerated by the patients. In the retrospective chart review by Fernandez et al.,[24] motor worsening was noted in 32% of the patients with Parkinson's disease and 10 patients discontinued quetiapine because of increased parkinsonism. However, some of the increase in parkinsonism may have been due to disease progression.

### SCHIZOPHRENIA

Elderly patients with schizophrenia can experience either new-onset disease or the progression of earlier-onset

MDL-WhittingtonL-0710475
0000154-CONFIDENTIAL

Tariot and Ismail



disease. Patients with early-onset or late-onset schizophrenia have similar characteristics such as family history of schizophrenia, presence of minor physical anomalies, early childhood maladjustment, severity of positive symptoms, overall pattern of neuropsychological deficits, and qualitative response to antipsychotic medications.[25] The clinical presentation of elderly patients with late-onset schizophrenia shows a lower prevalence of premorbid dysfunction, negative symptoms, and formal thought disorder.[26] For patients with early-onset schizophrenia, the prevalent symptoms change as the patients mature, with both delusions and hallucinations becoming less common and less frightening.[27] At the same time, patients with late-onset schizophrenia tend to respond to lower doses of antipsychotic medications,[25] and there is the suggestion that they may respond better to all antipsychotics.[27]

## Efficacy

A subanalysis of elderly patients (≥ 65 years of age) enrolled in an open-label study (Quetiapine Experience with Safety and Tolerability [QUEST])[28] examined the relative efficacy, safety, and tolerability of quetiapine and risperidone.[29] Of the 92 patients, 65 received quetiapine (median dose = 200 mg/day) and 27 received risperidone (median dose = 3 mg/day). Treatment with both quetiapine and risperidone significantly improved psychotic symptoms versus baseline (p < .01), as assessed using the Positive and Negative Syndrome Scale.[29] There was no significant difference between the 2 treatments in the degree of improvement of psychotic symptoms.

The effects of long-term (52-week) administration of quetiapine to elderly patients (≥ 65 years of age) were explored in an open-label trial in 184 patients with psychotic disorders, as defined by the *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition.[30] Most of the patients (72%) had psychotic disorders due to medical conditions such as Alzheimer's disease, and 28% had schizophrenia or other psychotic disorders. In a subanalysis of the 32 patients with schizophrenia,[31] a median quetiapine dose of 150 mg/day was achieved for a median duration of 319 days. Clinically significant improvement at endpoint was achieved by 47% of the patients, and, furthermore, progressive improvements in BPRS and CGI-S scores were noted.

In an open-label study of quetiapine treatment of 7 hospitalized patients (aged 61 to 72 years) with psychosis,[32] 2 of 4 patients with schizophrenia, 1 of 2 with schizoaffective disorder, and 1 with bipolar disorder showed marked improvement.[32] All 7 patients had previously failed treatment with conventional antipsychotics or other atypical antipsychotics.

## Safety and Tolerability

In the analysis of the elderly subgroup from the QUEST trial,[29] "substantial" EPS (requiring dosage adjustment or EPS medication) occurred significantly less often in patients treated with quetiapine (p < .03). Furthermore, quetiapine was significantly less likely than risperidone to cause akathisia or hypertonia. In the 52-week, open-label study by Tariot et al.,[30] the most common adverse events in the overall sample were somnolence (31%), dizziness (17%), and postural hypotension (15%), but these adverse events rarely resulted in withdrawal from therapy. An analysis of these events over time showed that they generally occurred during the first weeks of the study. Finally, EPS-related adverse events occurred in 13% of the patients, including those with Parkinson's disease. In the subanalysis of 32 patients with Alzheimer's disease who were treated for 52 weeks with quetiapine,[31] the most common drug-related adverse events were somnolence (6 patients; 19%), dizziness (4 patients; 13%), and postural hypotension (4 patients; 13%).[31] At the same time, motor function improved as evidenced by decreases in Simpson-Angus Scale and Abnormal Involuntary Movement Scale scores early in the trial, consistent with effects of withdrawal from prior therapy and lack of worsening with new treatment. In all of these studies, quetiapine was effective in reducing psychotic symptoms and was not associated with significant adverse effects.

# DEMENTIA

Psychotic and behavioral symptoms are common in patients with dementia and include delusions and hallucinations, aggression and combativeness, sleep disorders, anxiety, and depression.[33] Behavioral disorders, rather than cognitive disorders, are the main precipitant of nursing home admission.[34] Antipsychotics are moderately effective for the treatment of agitation or psychosis in patients with dementia who require medication.[35–37] Management of psychosis and behavioral disturbances associated with dementia, however, is difficult because of the risk of worsening EPS and anticholinergic side effects.

These side effects are of a concern in all patients with dementia, including those with Alzheimer's disease, the most common dementia diagnosis. Dementia with Lewy bodies (DLB) may be the second most common cause of dementia, accounting for between 12% to 20% of cases in the elderly.[38] DLB is a progressive disorder associated with fluctuating levels of cognitive impairment, prominent visual hallucinations, spontaneous motor features characteristic of Parkinson's disease, and repeated unexplained falls.[39] The psychotic symptoms associated with DLB pose an especially difficult management problem because of the risk of adverse effects, particularly severe EPS or orthostatic hypotension, which may result in an increased risk of falls as well as other adverse outcomes.[38]

## Efficacy

A subanalysis was reported recently in abstract form of a subset of 284 patients with Alzheimer's disease who

24

MDL-WhittingtonL-0710475
0000155-CONFIDENTIAL

were part of a larger group of elderly patients (N = 378) with dementia and psychosis enrolled from 46 nursing homes.[40] In this double blind, placebo-controlled, 10-week, randomized trial, flexible dosing of quetiapine and haloperidol was used. Ninety-one patients were randomly assigned to quetiapine (median daily dose = 96.9 mg; range, 25.0–275.7 mg), 94 to haloperidol (median daily dose = 1.9 mg; range, 0.5–3.5 mg), and 99 to placebo. All treatment groups improved from baseline on BPRS total scores without any treatment affecting psychotic symptoms. However, patients treated with quetiapine and haloperidol showed significantly more improvement on the BPRS agitation subscale than patients treated with placebo. Patients in the quetiapine group also had significantly better functional status as assessed by the BPRS anergia factor, the Physical Self-Maintenance Scale, and the Multidimensional Observation Scale for Elderly Subjects compared with patients treated with haloperidol.

In a subanalysis of 78 patients with Alzheimer's disease who were part of a larger 1-year, open-label trial of quetiapine in elderly patients with psychosis (N = 189),[41] patients received a median dose of quetiapine of 100 mg/day. Significant improvement over baseline score occurred at all time points for BPRS total, BPRS Factor V (mean of hostility, suspiciousness, uncooperativeness), the BPRS hostility item, and BPRS hostility cluster (mean of anxiety, tension, hostility, suspiciousness, uncooperativeness, excitement) scores. Significant improvement in the BPRS positive symptom cluster score was seen at weeks 12 and 24 for Alzheimer's disease patients. Regression analysis suggested that some of the improvement in hostility scores was independent of the improvement in positive symptoms. These results suggest that quetiapine treatment may produce improvement in symptoms of hostility in patients with psychoses related to Alzheimer's disease.

Quetiapine has also been studied in patients with DLB.[24,42–45] By way of example of these preliminary reports, in an open-label, 21 ± 10-month study in 10 patients with clinically probable DLB,[45] psychotic symptoms ranged from drug-induced hallucinations to fixed delusions and agitation. The median final dose of quetiapine was 50 mg/day (range, 12.5–400 mg/day). Anxiety, hallucinations, and agitation, as assessed by the BPRS, remained significantly improved throughout the study. In another open-label, 52-week trial in 10 patients with DLB,[44] all of the patients showed marked improvement in psychosis as measured by the BPRS with good tolerability. In a retrospective chart review of 11 patients with DLB,[24] quetiapine treatment (mean dose = 69 mg/day) produced partial to complete resolution of psychosis in 90% of the patients.[24]

## Safety and Tolerability

In the subanalysis of patients with Alzheimer's disease who were residing in nursing homes,[40] patients treated

with quetiapine experienced statistically significantly fewer EPS adverse events than patients treated with haloperidol or placebo. Of the treatment-emergent adverse events, somnolence occurred statistically more often during treatment with quetiapine and haloperidol than with placebo. Patients treated with either quetiapine or haloperidol experienced fewer anticholinergic effects such as dry mouth or constipation than did patients treated with placebo. Fewer patients receiving quetiapine experienced falls or fractures than did patients in the other treatment groups. No increase in EPS was noted in most of the other studies of patients with DLB being treated with quetiapine.[42–44] In the study of patients with DLB by Juncos et al.,[45] 3 patients (30%) developed EPS and discontinued treatment with quetiapine; however, there was no change in the measures of EPS in the remaining 7 patients (70%). No worsening of cognition was noted for patients enrolled in a prospective, open-label, 12-week pilot study of outpatients with Alzheimer's disease.[46] In the retrospective chart review of quetiapine plus donepezil by Parsa et al.,[47] no worsening of motor function was reported for any patients. In the retrospective chart review of 11 patients with DLB,[24] motor worsening was noted in 27% of the patients; however, none of the patients discontinued treatment due to motor worsening.[24] These findings underscore the safety and tolerability of quetiapine in elderly patients with dementia.

## SUMMARY

Behavioral problems associated with psychosis in the elderly can occur across multiple diagnoses, can have a significant negative impact on the patient's quality of life, and can result in institutionalization. Atypical antipsychotics are less likely to produce EPS than typical antipsychotics and are therefore promising treatment options for this vulnerable patient population. Quetiapine may be particularly advantageous in these vulnerable diagnostic groups because of its good efficacy and tolerability profile.

Data from rigorously controlled randomized clinical trials are generally lacking in this population. Data from open-label studies suggest that quetiapine may be both effective and well tolerated in elderly patients with schizophrenia, dementia, or drug-induced psychosis associated with Parkinson's disease. Details from these large, placebo-controlled trials in dementia have not been published yet.[40] The available data suggest that quetiapine is unlikely to cause worsening of EPS and has generally good overall tolerability, making it an attractive candidate for the treatment of psychotic symptoms in elderly patients.

*Drug names:* clozapine (Clozaril and others), donepezil (Aricept), haloperidol (Haldol and others), quetiapine (Seroquel), risperidone (Risperdal).

MDL-WhittingtonL-0710475
0000156-CONFIDENTIAL

Tariot and Ismail

## REFERENCES

1. Targum SD, Abbott JL. Psychoses in the elderly: a spectrum of disorders. J Clin Psychiatry 1999;60(suppl 8):4–10
2. Zayas EM, Grossberg GT. The treatment of psychosis in late life. J Clin Psychiatry 1998;59(suppl 1):5–10
3. Soares JC, Gershon S. Therapeutic targets in late-life psychoses: review of concepts and critical issues. Schizophr Res 1997;27:227–239
4. Chan YC, Pariser SF, Neufeld G. Atypical antipsychotics in older adults. Pharmacotherapy 1999;19:811–822
5. Maixner SM, Mellow AM, Tandon R. The efficacy, safety, and tolerability of antipsychotics in the elderly. J Clin Psychiatry 1999;60(suppl 8):29–41
6. Byerly MJ, Weber MT, Brooks DL, et al. Antipsychotic medications and the elderly: effects on cognition and implications for use. Drugs Aging 2001;18:45–61
7. Caroff SN, Mann SC, Campbell EC, et al. Movement disorders associated with atypical antipsychotic drugs. J Clin Psychiatry 2002;63(suppl 4):12–19
8. Peyser CE, Naimark D, Zuniga R, et al. Psychoses in Parkinson's disease. Semin Clin Neuropsychiatry 1998;3:41–50
9. Juncos JL. Management of psychotic aspects of Parkinson's disease. J Clin Psychiatry 1999;60(suppl 8):42–53
10. Friedman JH, Factor SA. Atypical antipsychotics in the treatment of drug-induced psychosis in Parkinson's disease. Mov Disord 2000;15:201–211
11. Tarsy D, Baldessarini RJ, Tarazi FI. Effects of newer antipsychotics on extrapyramidal function. CNS Drugs 2002;16:23–45
12. Roberts VJ, Juncos JL, Wood CD, et al. Quetiapine for psychosis in patients with Parkinson's disease. Presented at the 32nd annual meeting of the American Society of Consultant Pharmacists Senior Care; Nov 7–10, 2001; Chicago, Ill
13. Fernandez HH, Friedman JH, Jacques C, et al. Quetiapine for the treatment of drug-induced psychosis in Parkinson's disease. Mov Disord 1999;14:484–487
14. Targum SD, Abbott JL. Efficacy of quetiapine in Parkinson's patients with psychosis. J Clin Psychopharmacol 2000;20:54–60
15. Juncos JL, Jewart RD, Neparidze N, et al. Long-term prognosis of hallucinating Parkinson's disease patients treated with quetiapine or clozapine. Presented at the 54th American Academy of Neurology Annual Meeting; April 13–20, 2002; Denver, Colo
16. Juncos JL, Evatt ML, Jewart D. Long-term effects of quetiapine fumarate in parkinsonism complicated by psychosis [abstract]. Neurology 1998;50 (suppl 4):A70–A71
17. Juncos JL, Yeung PP, Sweitzer D, et al. Quetiapine improves psychotic symptoms associated with Parkinson's disease. Presented at the 7th International Congress on Schizophrenia Research; April 17–21, 1999; Santa Fe, NM
18. Menza MM, Palermo B, Mark M. Quetiapine as an alternative to clozapine in the treatment of dopaminergic psychosis in patients with Parkinson's disease. Ann Clin Psychiatry 1999;11:141–144
19. Parsa MA, Bastani B. Quetiapine (Seroquel) in the treatment of psychosis in patients with Parkinson's disease. J Neuropsychiatry Clin Neurosci 1998;10:216–219
20. Evatt ML, Jewart DR, Juncos JL. "Seroquel" (ICI 204,636) treatment of psychosis in parkinsonism [abstract]. Mov Disord 1996;11:595
21. Friedman J, Fernandez HH, Jacques C. Quetiapine for the treatment of dopaminergic psychosis in Parkinson's disease. Presented at the 152nd annual meeting of the American Psychiatric Association; May 15–20, 1999; Washington, DC
22. Juncos JL, Roberts VJ, Evatt ML, et al. Long-term improvement in psychotic symptoms and cognition with quetiapine in Parkinson's disease patients who failed treatment with other atypical antipsychotic agents. Presented at the 14th annual meeting of the American Association for Geriatric Psychiatry; Feb 24–26, 2001; San Francisco, Calif
23. Fernandez HH, Lannon MC, Friedman JH, et al. Clozapine replacement by quetiapine for the treatment of drug-induced psychosis in Parkinson's disease. Mov Disord 2000;15:579–581
24. Fernandez HH, Trieschmann ME, Burke MA, et al. Quetiapine for psychosis in Parkinson's disease versus dementia with Lewy bodies. J Clin Psychiatry 2002;63:513–515
25. Palmer BW, McClure FS, Jeste DV. Schizophrenia in late life: findings challenge traditional concepts. Harv Rev Psychiatry 2001;9:51–58

26. Wynn Owen PA, Castle DJ. Late-onset schizophrenia: epidemiology, diagnosis, management and outcomes. Drugs Aging 1999;15:81–89
27. Salzman C, Tune L. Neuroleptic treatment of late-life schizophrenia. Harv Rev Psychiatry 2001;9:77–83
28. Mullen J, Jibson MD, Sweitzer D. A comparison of the relative safety, efficacy, and tolerability of quetiapine and risperidone in outpatients with schizophrenia and other psychotic disorders: the Quetiapine Experience with Safety and Tolerability (QUEST) study. Clin Ther 2001;23:1839–1854
29. Mintzer J, Mullen J, Sweitzer D. Extrapyramidal symptoms in elderly patients treated with quetiapine or risperidone. Presented at the 9th International Congress of the International Psychogeriatric Association; Sept 9–14, 2001; Nice, France
30. Tariot PN, Salzman C, Yeung PP, et al. Long-term use of quetiapine in elderly patients with psychotic disorders. Clin Ther 2000;22:1068–1085
31. Vinogradov S, Salzman C, Pultz JA, et al. Long-term safety, tolerability and clinical improvement with quetiapine in elderly patients with schizophrenia. Presented at the 10th Biennial Winter Workshop on Schizophrenia; Feb 5–11, 2000; Davos, Switzerland
32. Madhusoodanan S, Brenner R, Alcantra A. Clinical experience with quetiapine in elderly patients with psychotic disorders. J Geriatr Psychiatry Neurol 2000;13:28–32
33. Tariot PN. Treatment of agitation in dementia. J Clin Psychiatry 1999;60 (suppl 8):11–20
34. Stoppe G, Brandt CA, Staedt JH. Behavioural problems associated with dementia: the role of newer antipsychotics. Drugs Aging 1999;14:41–54
35. Rosenquist K, Tariot PN, Loy R. Treatment for behavioral and psychological symptoms in Alzheimer's disease. In: Ames D, Burns A, O'Brien J, eds. Dementia. 2nd ed. London, England: Chapman & Hall; 2000:571–601
36. Doody RS, Stevens JC, Beck C, et al. Practice parameter: management of dementia (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001; 56:1154–1166
37. Kindermann SS, Dolder CR, Bailey A, et al. Pharmacological treatment of psychosis and agitation in elderly patients with dementia: four decades of experience. Drugs Aging 2002;19:257–276
38. McKeith I, Fairbairn A, Perry R, et al. Neuroleptic sensitivity in patients with senile dementia of Lewy body type. Br Med J 1992;305:673–678
39. McKeith IG, Galasko D, Kosaka K, et al. Consensus guidelines for the clinical and pathologic diagnosis of dementia with Lewy bodies (DLB): report of the Consortium on DLB International Workshop. Neurology 1996; 47:1113–1124
40. Tariot P, Schneider L, Katz IR, et al. Quetiapine in nursing home residents with Alzheimer's dementia and psychosis [poster]. Presented at the 15th annual meeting of the American Association for Geriatric Psychiatry; Feb 24–27, 2002; Orlando, Fla
41. Schneider L, Yeung PP, Sweitzer D, et al. Quetiapine may reduce hostility in patients with psychoses related Alzheimer's disease. Presented at the 7th International Congress on Schizophrenia Research; April 17–21, 1999; Santa Fe, NM
42. Elliot T, Elliott A. Quetiapine in the management of psychosis in dementia with Lewy bodies: preliminary findings of a pilot study. Presented at the Montreux meeting; June 20–21, 2001; Montreux, Switzerland
43. Baskys A, Davis P. Atypical antipsychotic quetiapine in the treatment of the psychosis associated with Lewy body dementia. Presented at the 8th International Conference on Alzheimer's Disease and Related Disorders; July 20–25, 2002; Stockholm, Sweden
44. Parsa M, Greenway H, Bastani B. Quetiapine in the treatment of psychosis in patients with Parkinson's disease and dementia (Lewy body disease variant). Presented at the annual meeting of the American Neurological Association; Sept 30–Oct 3, 2001; Chicago, Ill
45. Juncos JL, Jewart DR, Gearing M, et al. Quetiapine treatment of psychotic symptoms in Lewy body dementia: long-term experience in ten patients with three pathologically confirmed cases. Presented at the 125th annual meeting of the American Neurological Association; Oct 15–18, 2000; Boston, Mass
46. Scharre DW, Chang SI. Cognitive and behavioral effects of quetiapine in Alzheimer disease patients. Alzheimer Dis Assoc Disord 2002;16:128–130
47. Parsa MA, Poggi EV, Barte L, et al. Treatment of dementia patients with psychotic and behavioral symptoms with quetiapine and donepezil. Presented at the 154th annual meeting of the American Psychiatric Association; May 5–10, 2001; New Orleans, La

MDL-WhittingtonL-0710475
0000157-CONFIDENTIAL



**AstraZeneca**

**Medical Resources**

May 09, 2005

Mohamed Saleh, M.D.
1408 San Marco Blvd
Jacksonville, FL 32207-8536

Dear Dr. Saleh:

Your Medical Information Scientist, Jannifer Johnson, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL-Use in Adolescents and Children**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. Prescription drugs used outside of their approved indication may not be eligible for reimbursement by any third-party payors, including Medicaid, Medicare, or similar federal or state programs. AstraZeneca does not recommend the use of SEROQUEL in any manner other than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Amy Timmins, Pharm.D.*

Senior Medical Information Manager

INQ 474674

---

**AstraZeneca LP**                                                    Tel 800 236 9933
                                                                      Fax 302 885 1400
Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437   www.astrazeneca-us.com

MDL-WhittingtonL-0710475
0000158-CONFIDENTIAL

### SEROQUEL–Use in Adolescents and Children

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

SEROQUEL is indicated:

- for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- for the treatment of schizophrenia.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

As noted in the enclosed prescribing information, the safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Clinical Data**

A search of the biomedical literature located clinical trials in addition to several case reports describing the use of quetiapine in patients under the age of 18. Case reports describe the use of quetiapine in children and adolescents with the following disorders: schizophrenia, mania, autism, attention deficit, Tourette's, bipolar, and psychotic depression. Retrospective chart reviews have also been conducted to evaluate weight gain associated with quetiapine therapy in this age group. These data are summarized below.

Psychotic Disorders

McConville et al[2] investigated the multiple-dose pharmacokinetics, tolerability, and efficacy of quetiapine in adolescent patients with selected psychotic disorders. Ten female and male patients aged 12.3 to 15.9 years were enrolled in this open-label trial. Treatment with other antipsychotics was discontinued on day 1, before quetiapine was initiated. Patients received quetiapine 25 mg orally twice daily on day 3, and continued with fixed, stepwise increases, reaching a maximum of 400 mg twice daily on day 21. A final dose of 400 mg was given the morning of day 23.

The UKU Side Effect Rating Scale was used to evaluate the relative tolerability of quetiapine. Neurologic status was evaluated using the Simpson-Angus Scale (SAS), the Abnormal Involuntary Movement Scale (AIMS), and the Barnes Akathisia Scale (BAS). Psychiatric assessments were conducted using the Brief Psychiatric Rating Scale (BPRS), the Clinical Global Impressions-Severity of Illness scale (CGI-S) and Global Improvement Scales (CGI-I), and the Modified Scale for the Assessment of Negative Symptoms (SANS). Both neurologic and psychiatric assessments were evaluated the morning of day 2 and approximately 2 hours after the morning dose of quetiapine on days 8, 14, and 20.

MDL-WhittingtonL-0710475
0000159-CONFIDENTIAL

The mean age of patients enrolled was 13.6 years. Seven patients were diagnosed with
schizoaffective disorder and 3 were diagnosed with bipolar disorder with psychotic features. All
patients enrolled completed the trial.

No significant differences were observed between quetiapine regimens of 100 mg and 400 mg
bid for total body clearance, dose-normalized area under the plasma-concentration time curve, or
dose-normalized pre-morning or post-morning trough plasma values obtained under steady-state
conditions after multiple dose regimens.

No patients withdrew from quetiapine treatment because of adverse events. The most common
adverse events were postural tachycardia (9 patients), initial insomnia (5 patients), and decreased
total thyroxine (4 patients). Hematology and clinical laboratory test results revealed no clinically
important variations over time. Plasma prolactin concentrations decreased from baseline to day
23 for girls and remained relatively unchanged for boys. Six patients gained weight during the
trial, with a mean weight gain of 1.5 kg. The mean PR interval, QRS complex, QT interval, and
QTc revealed minimal change after quetiapine therapy. No unexpected side effects occurred
during quetiapine therapy. Quetiapine did not induce EPS; rather, SAS and BAS scores
decreased significantly from baseline to day 20 (p=0.02). Changes in the AIMS score were
minimal.

BPRS total score and CGI-S scores decreased significantly from baseline to day 20 (p≤0.001),
indicating an improvement in psychotic symptoms in patients with either schizoaffective or
bipolar disorders with psychotic features. The CGI-I score also decreased from baseline.
Negative symptoms improved, as demonstrated by a significant (p=0.0006) decrease from
baseline to day 20 in the mean SANS summary score.

The authors concluded quetiapine pharmacokinetics were dose proportional in adolescents and
were similar to those previously reported for adults. Quetiapine was well tolerated and effective
in the adolescents studied.

McConville et al[3] evaluated the extended use of quetiapine in a 88-week, open-label, single-site
study which included 5 males and 5 females (ages 12.3-15.9 years) with schizoaffective (n = 7)
or bipolar disorder (n = 3). The patients had completed a 23-day pharmacokinetic study[2], during
which the dosage of quetiapine was increased from 25 mg bid to a maximum of 400 mg bid (800
mg/day). In the extended use study[3], quetiapine was titrated according to clinical response and
tolerability, with ending dose ranges from 300 mg/day to 800mg/day. Concomitant medications
were allowed.

Efficacy was measured using the BPRS, CGI Severity of Illness score and the modified SANS.
Safety and tolerability were evaluated from neurologic assessments, hematological tests, thyroid
and liver function tests, ECG and ophthalmic examination. The duration of treatment was 145-
619 days and the dosage range given for quetiapine was 333-695 mg.

Psychotic symptoms showed improvement during the trial with a decrease in BPRS scores from
35.8 to 7.0, CGI scores from 5.0 to 3.5 and SANS scores from 12.9 to 5.8 (significant at all times
for BPRS and CGI to week 64, and to week 52 for SANS). No additional antipsychotics were

MDL-WhittingtonL-0710475
0000160-CONFIDENTIAL

required. Four patients discontinued the trial (two lost to follow-up, one patient did not comply with protocol and one withdrew due to lack of efficacy). In the four patients who withdrew before week 64, three showed improvement form baseline to their last visit.

The SAS scores decreased, which indicated an improvement in EPS, and no patient required EPS medication during the trial. There was little change in AIMS total score from baseline ranging from 0.25 to -0.5.

The most common adverse events were somnolence (n = 6), headache (n = 5) and pharyngitis (n = 4), and were mild-to-moderate in intensity. One patient experienced severe headache and amblyopia due to intracranial hypertension following administration of minocycline (prescribed by an independent dermatologist), which promptly resolved after discontinuing minocycline. The same patient later experienced fever and vomiting related to a severe influenza-like illness. The patient recovered fully and did not withdraw from the study. Three ECG abnormalities were found (2 patients had intermittent, asymptomatic, mild QT prolongation and 1 patient had intermittent first-degree atrioventricular block with possible ventricular hypertrophy which was present at the start of the trial and improved throughout). The mean body mass index increased from $25.75 \pm 1.4$ kg/m$^2$ to $27.11 \pm 3$ kg/m$^2$ over 64 weeks and to $28.06 \pm 2.4$ kg/m$^2$ ( n=2) at week 88. Slit lamp and other ophthalmologic exams showed no evidence of lenticular opacities or other ocular abnormalities.

The authors concluded that quetiapine improved positive and negative symptoms in these patients and demonstrated a favorable long-term safety and tolerability profile, and appears promising as a first-line treatment for adolescents with psychotic disorders.

Shaw and colleagues[4] evaluated the efficacy and tolerability of quetiapine in adolescents with psychotic disorders in an 8-week, open-label trial. Fifteen adolescents (aged 13-17 years, mean age 15 years) were enrolled. Patients received quetiapine 25 mg bid on day 1; 50 mg bid on day 2; 100 mg bid on day 3; and 200 mg bid on day 4. Dosage could then be increased as needed with a limit of 800 mg/day. Efficacy was assessed using the Young Mania Rating Scale (YMRS), BPRS, Positive and Negative Syndrome Scale (PANSS), CGI, and CGI-Severity of Illness scales. The SAS, BAS, and AIMS were used to measure neurologic symptoms.

The average final treatment dose was 467 mg/day. Quetiapine therapy significantly reduced psychotic and manic symptoms at endpoint relative to baseline, as indicated by decreases in the BPRS, PANSS, YMRS, and CGI-Severity of Illness scores. Treatment with quetiapine also significantly reduced positive and negative symptoms as assessed by the PANSS (p<0.001). No subjects withdrew from the trial secondary to adverse events. The adverse events reported during the trial were mild to moderate and included somnolence (n=4), headache (n=4), and agitation (n=1). Average weight gain was 4.1 kg. No significant findings were noted on electrocardiogram parameters, extrapyramidal symptom measures, or ophthalmologic exams. The authors concluded, "quetiapine is suggested to be effective treatment of youths with psychotic disorders and to have a favorable side-effect profile."

MDL-WhittingtonL-0710475
0000161-CONFIDENTIAL

Schizophrenia

Szigethy et al[5] described a case report involving an adolescent patient with childhood-onset schizophrenia who demonstrated a marked response to quetiapine following failure with therapeutic trials of both risperidone and olanzapine. This 14-year-old male patient had a history of auditory hallucinations which first began at age 8 and additional symptoms of visual hallucinations, thought broadcasting, ideas of reference, and paranoid delusions which developed over the subsequent 4 years. The patient underwent an initial psychiatric evaluation at age 12 where symptoms of blunted affect, disorganized thinking, and difficulties with executive functioning along with symptoms of psychosis were also present. A diagnosis of paranoid schizophrenia was made and the patient began treatment with risperidone, which was titrated over a 6-month period to a dose of 6 mg daily. The authors noted moderate improvement in symptoms of thought disorganization and blunted affect but only minimal remission of command hallucinations and delusions with risperidone treatment. The patient experienced a 6.8 kg weight gain while on risperidone (baseline body weight, 57.4 kg). Due to the nature of the patient's response to risperidone, it was gradually withdrawn and olanzapine was initiated with titration over a 2-week period to a dose of 10 mg daily. The authors noted within 1 month a rapid and marked improvement in all symptoms of psychosis. Remission was maintained for the next 8 months. The only side effects noted with olanzapine treatment consisted of mild sedation and a 4.5 kg weight gain, although the authors noted that the patient had grown in height during this time. The patient began to re-experience over the next 2 months, auditory hallucinations, apathy, delusions, and blunted affect and the dose of olanzapine was titrated up to 20 mg daily with only partial efficacy. At the olanzapine dose of 20 mg daily the patient experienced akathisia and parkinsonism unresponsive to benztropine or clonazepam. An additional 7.7 kg weight gain also occurred during this 2-month period. Due to lack of improvement and development of side effects, olanzapine was tapered off and the patient was started on quetiapine. Quetiapine was titrated over a 2-week period to a dose of 200 mg daily. The authors noted a rapid, marked response, with improvements in both positive and negative symptoms and no detectable side effects. Prior to treatment with quetiapine the patient's BPRS score was 34; following 2 months of treatment with quetiapine the BPRS score was 21. The authors concluded that this was the first case report documenting the potential usefulness of quetiapine for the treatment of childhood schizophrenia.

Healy et al[6] described the case of a 15-year-old girl, diagnosed with acute onset schizophrenia-like psychosis, who developed akathisia on risperidone 6 mg and who demonstrated rapid improvement with quetiapine.

Two days after witnessing a fatal road traffic accident, the patient developed persecutory delusions and auditory hallucinations. The patient at this time also became self-absorbed and socially withdrawn. These symptoms waxed and waned and became more marked following her return to school 5 weeks later. The patient presented for evaluation to the authors with persistent persecutory delusions, catatonia, blunted affect and social withdrawal. After a diagnosis of acute schizophrenia-like psychosis was made, the patient was started on risperidone 1 mg bid increasing after 2 days to 2 mg bid. Catatonic symptoms resolved and there was a reduction in delusions and a normalization of affect. Risperidone was increased to 3 mg bid when the patient relapsed after 4 weeks; an acute dystonic reaction and marked akathisia were seen within a day

MDL-WhittingtonL-0710475
0000162-CONFIDENTIAL

of the increased dose. Risperidone was subsequently discontinued and therapy with quetiapine started at 50 mg bid increasing to 100 mg bid on the second day of treatment. The positive and negative symptoms resolved within a week of quetiapine treatment and the patient returned to her premorbid self. The patient has continued to receive quetiapine 100 mg for 4 months and remains asymptomatic and free of adverse effects. The authors noted that the rapid clinical response and low frequency of adverse effects in this and other cases suggests quetiapine may have advantages over other antipsychotics in adolescents and children and they suggest that open-label trials comparing quetiapine with typical and atypical agents are needed.

Hayden[7] described a case report involving a 14-year-old girl with schizophrenia on long-term successful treatment with quetiapine. The patient presented for admission following suicidal gestures, paranoid and bizarre ideation directed toward her mother and the family cat, and increasingly bizarre behavior. She also reported chronic auditory. The patient did admit to marijuana use and had also tried other recreational drugs. She had been admitted to the hospital in the past year for suicidal gestures related to autonomy conflicts with her. The patient had a previous history of close-headed injury at 18 months in addition to previous 3-year treatment for obsessive-compulsive symptoms with fluvoxamine.

The patient was admitted to the hospital and placed on risperidone titrated to 1 mg bid in addition to the 100 mg/day fluvoxamine that she had previously been taking. Two weeks later she was discharged to the partial hospital program. After a week in this program, she was readmitted into the inpatient unit for 5 days due to another suicide attempt. After re-entering the partial program, her risperidone was tapered due to complaints of sedation and lethargy. Quetiapine was then started at 50 mg bid and titrated to a dose of 200 mg qam and 300 mg qhs over a 2 -month period Patient began to demonstrate consistent progress in overall psychosocial functioning. Within 8 months her bizarre ideation had subsided. Improvement in her positive symptoms continued to be seen as long as 8 months into treatment, with negative symptoms continuing to improve at 18 months. No apparent adverse effects were noted at 28 months of treatment. The authors concluded that this case demonstrates the long-term recovery of an adolescent patient from a severe psychotic episode while undergoing treatment with quetiapine.

Mania

A case report of the use of quetiapine for refractory mania in a child has been described by Schaller and Behar.[8] The case involved a 9-year-old girl with a family history of mood disorders, eccentric irritability, rages, and suicide. The patient's symptoms began with sadness, crying, increased sleep and fatigue, decreased appetite, slowed concentration, anhedonia, and suicidal ideation. The patient's symptoms were consistent with criteria for major depression. The patient also reported auditory, mood-congruent hallucinations. At that time sertraline was initiated and increased to a dose of 75 mg.

Two-weeks later, a striking personality change with profound agitation, uncontrollable laughter, and euphoric grandiosity developed. Occasional severe irritability, impulsive dancing and running, decreased need for sleep (5 to 6 hours daily), rapid thoughts, excess energy, and homicidal ideation were also present. Due to command auditory hallucinations telling the patient to attack others, the patient had attacked others on a daily basis. At this time, sertraline was

MDL-WhittingtonL-0710475
0000163-CONFIDENTIAL

discontinued and olanzapine 2.5 mg was started and increased to a dose of 15 mg over a 2-week period.

The patient subsequently became more agitated, aggressive, and euphoric. With the addition of a trial of risperidone, started at 0.25 mg and increased to 3.5 mg daily, the patient experienced an increase in frequency of assault and an increase in grandiosity and distractibility. Treatment with risperidone was discontinued and haloperidol was initiated, gradually increased to 15 mg, and later combined with mesoridazine (up to 250 mg/day in divided doses) for 2 weeks. The addition of the typical antipsychotics was considered due to concern that the atypical antipsychotic medications, risperidone and olanzapine, were worsening mania secondary to activation of the serotonin system. The patient also received in parallel with antipsychotic medication, valproic acid, lithium, carbamazepine, gabapentin, valproic acid with lithium, and lithium with gabapentin for 2 to 3 weeks each at maximum, acute, therapeutic levels.

Following many months of intractable manic symptoms, clozapine was recommended by consultants. However, while the patient was being treated with valproic acid with moderate serum concentrations (72 ng/mL), the patient was tried on quetiapine 25 mg bid, which was rapidly increased to 150 mg tid over 6 days. The patient tolerated the increase of quetiapine with only 1 to 2 days of mild sedation. Following 3 days of treatment with quetiapine at 450 mg/day, the patient had a complete remission of manic symptoms. Since that time, the patient has not had a relapse of psychiatric symptoms with the exception of mild depression that was successfully treated with sertraline. The authors concluded by posing several questions on the role of atypical antipsychotic medications for the treatment of mood disorders in children.

Developmental Disorders

Martin et al[9] evaluated the safety and efficacy of quetiapine in 6 male children and adolescents, aged 6 to 15 years, with autistic disorder in a 16-week, open-label trial. Behavioral ratings were assessed at baseline and at 4-week intervals. Doses ranged from 100 to 350 mg/day (mean, 225 $\pm$ 108 mg/day). Only two patients completed the trial; the remainder withdrew due to lack of response (n=4), sedation (n=3), behavioral activation (n=1), possible seizure (n=1), increased appetite (n=4,) and weight gain (n=4). The authors note that although weight gain was substantial in 4 patients (0.9 to 8.2 kg), there was no obvious association between quetiapine and weight gain. Overall there were no statistical differences in behavior between baseline and endpoint for the group as a whole; 4 patients were considered non-responders and 2 were considered responders. Clinical global improvement was "very much improved" in 1 patient; "much improved" in 1 patient; unchanged in 1 patient; "minimally worse" in 2 patients; and "much worse" in 1 patient. The authors gave details of 2 case reports of a responder and a non-responder. The authors concluded, "SEROQUEL was poorly tolerated and associated with serious side effects in this clinical population." They noted, however that there are methodological limitations associated with the study, such as the small sample size and the open-label design without a placebo control group.

Hardan and colleagues[10] evaluated the efficacy and safety of quetiapine in children and adolescents with developmental disabilities (autism and/or mental retardation) in a retrospective chart review. Fourteen patients were identified and 9 were found to be responders based on the

MDL-WhittingtonL-0710475
0000164-CONFIDENTIAL

Clinical Global Impression-Global Improvement (CGI-GI) scale. Quetiapine was usually initiated at a dosage of 25 mg twice per day and was increased by 25 or 50 mg twice a day every 4 to 7 days according to clinical response and tolerability.  Overall improvement was assessed using the CGI-GI (improvement in symptomatology was defined as a CGI-GI score of 1 or 2) and the Connors Parent Scale (CPS, completed by the same parent before and after treatment). CGI-GI scores were determined retrospectively by the investigators.

The 14 patients were divided into two subgroups: those with autism and those with mental retardation.  The mental retardation subgroup consisted of four children and adolescents, mean age, 15.5 ± 4.0 years (range, 10–19 years) with a mean duration of treatment of 21 weeks (SD=3.8 weeks; range, 16–24 weeks), and the mean dosage of quetiapine of 675 ± 189 mg/d. Three of the 4 patients were receiving other medications, and their doses were stabilized during the trial period. According to the CGI-GI scores, 3 of 4 (75%) patients were judged to be responders. A statistically significant change (P≤0.05) was seen in the conduct component of the CPS. No differences were observed in the other CPS subscale scores. The mean weight change was a decrease of 2.05 ± 4.83 kg (range, −9.09 to+1.82 kg).

The autism subgroup consisted of ten children and adolescents, mean age, 12.0 ± 5.1 years (range, 5–19 years) with a mean duration of treatment of 22 weeks ([SD] 10.1 weeks; range, 10–48 weeks), and a mean quetiapine dose of 477 ± 212 mg/d. Six of the 10 patients were receiving other medications, and no changes in the doses of these agents occurred during the trial period. Six of the 10 (60%) patients were receiving assessments of 1 or 2 on the CGI-GI and were judged to be responders. Treatment with quetiapine led to statistically significant changes (P≤ 0.05) between baseline and endpoint in scores on the CPS subscales of conduct, inattention, and hyperactivity. No differences were observed on the learning, psychosomatic, and anxiety subscale scores. Sedation was the most common adverse event, reported in 2 patients.  The mean weight change was an increase of 1.0 ± 4.73 kg (range, −9.55 to +7.27 kg). No patients discontinued treatment because of adverse events.

The authors commented on the contrasting results obtained in this study versus the one by Martin and colleagues,[9] summarized above.  They theorized that the difference in average daily dose (477 ± 212 mg/day in the current study versus 225 ± 108 mg/day in the Martin study) or rate of titration of quetiapine may account for the differences in the results.  Additionally, the authors cited several methodological limitations of the current study, including a small number of patients with a broad range of cognitive functioning and co-morbidities, the open-label, retrospective nature of the trial, and use of concomitant medications throughout the trial. Nevertheless, the authors concluded that quetiapine may be beneficial to individuals with developmental disorders; however, larger double-blind, placebo-controlled trials using more comprehensive assessment scales are warranted to further assess the safety and efficacy of quetiapine in this population.

Attention Deficit Hyperactivity Disorder (ADHD)

Robertson and colleagues[11] described treatment of a 12-year-old boy with DSM-IV diagnosed conduct disorder and ADHD with quetiapine 1000 mg/day.  The patient also demonstrated mania and aggressive behavior.  At initial evaluation by the authors, the patient was receiving an

MDL-WhittingtonL-0710475
0000165-CONFIDENTIAL

amphetamine-based product dosed at 60 mg/day and imipramine 75 mg/day. The patient's height and weight were 56 inches and 74 lb. Imipramine was discontinued and olanzapine was added at doses up to 15 mg/day over 6 weeks. The amphetamine-based product was subsequently discontinued but had to be restarted secondary to increased ADHD symptoms. Valproate 750 mg/day was added to this patient's medication regimen over an 8-week time period with no significant improvement in the patient's symptoms, but a weight increase to 93 lb was noted (height unchanged). Then the olanzapine dose was decreased to 10 mg/day; the patient demonstrated increased violence, so the olanzapine dose was increased to 20 mg/day and lithium (up to 1125 mg/day over 8 weeks) was started. A weight gain of 32 lb was noted in addition to a mild tremor; therefore, lithium therapy was discontinued.

Because of weight gain and only minimal improvement in symptoms, quetiapine was substituted for olanzapine. Initiated at a dose of 50 mg/day, the quetiapine dose was increased to 300 mg/day. Symptoms of aggression continued, therefore, the quetiapine dose was increased gradually to 400 mg administered in the morning and 600 mg given in the evening. At the same time, the amphetamine-based product was decreased to 45 mg/day. The patient's symptoms improved with no side effects noted. At the time of this report, the patient's weight was stabilized at 105 lb (height of 60.5 inches) and the patient had received high-dose quetiapine therapy at 1000 mg/day for 90 days. The authors concluded that dose titration of quetiapine to a high dose may be a valuable strategy for treatment of psychiatric symptoms.

Please note, the safety of SEROQUEL doses above 800 mg/day has not been evaluated in clinical trials.[1]

Reimherr[12] evaluated the use of quetiapine (75 to 600 mg/day) in 10 adolescent patients diagnosed with bipolar disorder and ADHD who achieved only limited success when treated with standard therapies. These patients also displayed symptoms including major depression, auditory hallucinations, disorganized thinking, irritability, hyperactivity, and episodes of rage. All 10 patients experienced substantial relief from their psychotic symptoms when given quetiapine at doses of 75 to 600 mg/day. Quetiapine was also well tolerated.

In an open-label, uncontrolled, prospective trial, Kehoe and Schorr[13] studied the use of quetiapine for aggression in children and adolescents with ADHD who had an inadequate response to psychostimulants. Ten children (age 6-14 years) were enrolled. Quetiapine was initially dosed at 25 mg at bedtime and titrated as tolerated to a maximum of 200 mg/day. The primary outcome measure was change in the aggression score on the Child Behavior Checklist (CBCL) after a minimum of 4 weeks of treatment. Changes in "externalizing" (aggression and delinquency) and "internalizing" (withdrawn, social and attention problems) scores on the CBCL were secondary outcome measures. The addition of quetiapine to psychostimulant therapy resulted in significant reductions in aggression scores (25%, p=0.033). Externalizing and internalizing behaviors were also significantly reduced (by 27% and 23%, respectively). No serious side effects necessitating treatment discontinuation were reported. The most frequent side effects were sedation and fatigue, which were reported in 3 patients. The authors concluded, quetiapine was effective for reducing aggression in children and adolescents with ADHD when psychostimulants were inadequate, and was well tolerated.

MDL-WhittingtonL-0710475
0000166-CONFIDENTIAL

Tourette's Disorder

Parraga and Parraga[14] reported the use of quetiapine in 2 children (ages not revealed) with Tourette's syndrome previously treated with neuroleptic agents (names of neuroleptic agents not identified). Prolonged therapy with these neuroleptics resulted in weight gain. The therapeutic response to previously used agents was not discussed. Both children had motor tics and vocal tics and were diagnosed with Tourette's syndrome based on DSM-IV criteria. Quetiapine 25 mg twice daily was administered as a starting dose to both patients. The quetiapine dose was gradually increased to 150 mg daily in one patient and 100 mg daily in the other patient by day 21. Response to therapy was tested for tic frequency and intensity with the Yale Global Tic-Severity Scale (YGTSS) and for dyskinetic symptoms with the Extrapyramidal Symptom Rating Scale (ESRS).

By the third week of treatment with quetiapine, both patients had decreased frequency and severity of motor tics and vocal tics. The YGTSS scores for both patients decreased during the study; 1 patient's YGTSS dropped from 79 at referral to 38 after 3 weeks of therapy, while the other patient's score decreased from 75 to 36 after 3 weeks of quetiapine treatment. As measured by the ESRS, no extrapyramidal adverse events were detected. Initially, reports of drowsiness and decreased appetite were reported by both patients; however, these adverse events disappeared during the remainder of the study. Both patients lost weight during the study. Weight loss was attributed to a return to normal eating patterns in both patients, not the quetiapine therapy.

The authors cautioned the interpretation of the results of their study, because data from 2 patients are not sufficient to determine efficacy of quetiapine for Tourette's syndrome and Tourette's syndrome symptoms tend to wax and wane. Explanations for the efficacy of quetiapine for Tourette's syndrome in these patients included the unique receptor profile of quetiapine, specifically at the dopamine $D_4$ and serotonin 5-HT$_6$ receptors, and selective inactivation of the neurons of the mesolimbic cortical region. The authors concluded that controlled trials evaluating quetiapine therapy in patients with Tourette's syndrome are needed.

Mukaddes and Abadi[15] investigated the short-term safety and effectiveness of quetiapine in an 8-week, open-label trial in the treatment of children and adolescents with Tourette's disorder. A total of 12 subjects were recruited with an average age of $11.4 \pm 2.4$ years including 11 boys and 1 girl with a diagnosis of Tourette's based on the DSM-IV criteria. Patients had to have tic symptoms that were severe enough to warrant treatment. Subjects had previous trials of medications including haloperidol (with or without methylphenidate), pimozide, fluoxetine, fluvoxamine, and risperidone. These medications were discontinued due to side effects. There was a minimum wash-out period of four weeks before entry into the study in which subjects were free of psychotropic medication.

A dose of 25 mg/day quetiapine was initiated with a maximum of 75 mg/day for patients under 12 and 100 mg/day for older patients. Patients were evaluated for drug response and adverse effects on a weekly basis. Weight was measured at baseline, 4, and 8 weeks and side effects were rated using the modified version of the Dosage Record Treatment Emergent Symptom Scale. The primary efficacy assessment tool used was the Turkish version of the Yale Global Tic Severity

MDL-WhittingtonL-0710475
0000167-CONFIDENTIAL

Scale (YGTSS) total tic score assessed at baseline, 4, and 8 weeks. A significant reduction in tic scores ranging from 30-100% as assessed by the YGTSS was found in all subjects. The mean dose of quetiapine at the end of the study was $72.9 \pm 22.5$ mg/day. Three patients complained of adverse effects although not severe and reportedly resolved at week 2 of treatment. No significant weight gain or extrapyramidal symptoms occurred during the study.

The authors concluded that quetiapine may be an effective choice of therapy for children and adolescents with symptoms of motor and phonic tics diagnosed with Tourette's disorder.

Bipolar Disorder

DelBello and colleagues[16] evaluated the efficacy, tolerability, and safety of quetiapine as adjunctive therapy to divalproex sodium (DVP) in adolescents with bipolar disorder. Thirty adolescents (12-18 years old) with manic or mixed bipolar I disorder were enrolled in this 6-week, parallel-group, double-blind, placebo-controlled study. All patients received an initial DVP dose of 20 mg/kg and were randomized to quetiapine (n=15) or placebo (n=15). Quetiapine was initiated at 25 mg bid, and titrated to 450 mg/day by day 7. Efficacy, safety, and tolerability were assessed weekly using the YMRS, Childhood Depression Rating Scale (CDRS), Positive and Negative Syndrome Scale (PANSS), CGI-Bipolar (CGI-BP), Simpson Angus Scale (SAS), Barnes Akathisia Scale (BAS), Abnormal Involuntary Movement Scale (AIMS), laboratory tests, and vital signs.

Mean dosage of quetiapine was 432 mg/day and mean DVP level was 102 g/mL and 104 g/mL in the DVP + placebo and DVP + quetiapine groups, respectively. Manic, depressive, and psychotic symptoms were significantly reduced from baseline in both treatment groups; however, a greater reduction in these parameters was noted in the DVP + quetiapine group compared to the DVP + placebo group. Response rate (defined as a reduction of 50% from baseline in YMRS last observation carried forward) was significantly greater in the DVP + quetiapine group than in the DVP + placebo group (87% versus 53%, respectively; Fisher exact test, p=0.05). Furthermore, subjects in the DVP + quetiapine group demonstrated an overall greater reduction in YMRS scores over time than did the DVP + placebo group (p<0.01). The most common adverse events in the DVP + placebo and DVP + quetiapine groups were sedation (33% versus 80%), nausea (40% versus 27%), and headache (47% vs. 47%). The authors concluded this preliminary data suggests that quetiapine is effective, safe, and well tolerated when used as adjunctive therapy with DVP for adolescents with bipolar disorder. In addition, they stated quetiapine in combination with DVP is more effective at reducing manic, depressive, and psychotic symptoms associated with bipolar disorder than DVP alone.

Psychotic Depression

Padla described the use of quetiapine in an adolescent with psychotic depression.[17] The patient, a 15-year-old boy with no prior history of psychiatric illness, presented with tactile hallucinations and disturbing auditory hallucinations of approximately 1-year duration. The patient denied manic symptoms or suicidal ideation but did state he felt depressed for a long time. Additionally, he reported decreased energy, early morning awakening, and psychomotor retardation, and rated his mood as a 2 on a 10-point scale (10 being the highest). The patient was

MDL-WhittingtonL-0710475
0000168-CONFIDENTIAL

diagnosed with first-episode major depression with psychotic features. Therapy with quetiapine 100 mg every morning and 200 mg at bedtime and fluoxetine 20 mg qd was initiated. Within 2 weeks, the patient reported that his hallucinations were occurring only half as often and his mood improved slightly. Six weeks after starting treatment, he reported a marked decrease in hallucinations, his grades improved, and he rated his mood as a 7. The patient was continued on quetiapine 200 mg bid and 6 weeks later, he no longer experienced hallucinations, he rated his mood as an 8.5, and his sleep and appetite were good. Quetiapine was gradually discontinued after the patient had been without hallucinations for several months. After discontinuing quetiapine, the patient met weekly with a counselor and continued to deny any auditory or tactile hallucinations, and he rated his mood as a 9. The author stated that fluoxetine 40 mg qd was going to be continued indefinitely.

<u>Weight Gain</u>

Took and colleagues[18] evaluated the effect on weight of switching from risperidone to quetiapine in children and adolescents (average age, 11.7 years; range, 4 to 18 years) who experienced weight gain on risperidone. The subjects were patients at an outpatient pediatric psychiatry clinic. Charts of the first 24 children and adolescents who had an increase in BMI greater than 1 kg/m$^2$ on risperidone and were subsequently switched to quetiapine were reviewed. The primary outcome measures of body weight and BMI were determined at baseline, at the end of risperidone therapy, and at the end of quetiapine therapy.

The mean daily dose of risperidone was 1.25 mg (range, 0.5 to 3.5 mg) and the mean duration of treatment was 11.5 months (range, 2 to 27 months). The mean daily dose of quetiapine was 278 mg (range, 75 to 900 mg) and the mean duration of treatment was 11.6 months (range, 3 to 18 months). While on risperidone, both the mean increase in weight (16.0 ±11.5 kg) and the mean increase in BMI (5.6 ± 3.5 kg/m$^2$) were statistically significant (p<0.001) from baseline. During treatment with quetiapine, the mean weight increase (5.8 ± 3.4 kg) was statistically significant (p=0.01) vs. risperidone, but the mean increase in BMI (1.2 ± 1.2 kg/m$^2$) was not. The authors concluded that these results suggest that children and adolescents with excessive weight gain on risperidone have a slowing in their weight gain after switching to quetiapine. Although weight gain was seen after switching from risperidone to quetiapine, when normal growth was taken in to account by utilizing BMI, there was no significant change while taking quetiapine. The authors noted that further prospective studies comparing the adverse effects of risperidone and quetiapine in adolescents and children are needed.

Grcevich et al[19] compared weight gain and other side effects associated with the use of risperidone (Risperdal®, Janssen Pharmaceutica), quetiapine, and olanzapine (Zyprexa®, Eli Lilly and Co.) in children and adolescents. Medical records of 97 patients treated in an outpatient mental health clinic were retrospectively reviewed. Seventy-five patients were treated with risperidone, 25 with quetiapine, and 16 with olanzapine. Mean duration of treatment was 408.3 days, 176.8 days, and 119.8 days with risperidone, olanzapine, and quetiapine, respectively. Mean maximum daily dosage was risperidone 2.61 mg, olanzapine 13.3 mg, and quetiapine 210.3 mg. Mean weight gain after 3 months of treatment was 8.6 lb with risperidone, 7.2 lb with quetiapine, and 14.6 lb with olanzapine. Patients treated with quetiapine were less likely to gain >10 lb during the first 3 months of therapy compared to those on olanzapine (p<0.05). Weight

MDL-WhittingtonL-0710475
0000169-CONFIDENTIAL

gain was not dose dependent for any agent at 3 months.  EPS were observed in 14 patients on risperidone, 1 patient on olanzapine, and 1 patient on quetiapine.

Enclosure(s):

- SEROQUEL Prescribing Information.

Reference(s):

1.  SEROQUEL Prescribing Information.

2.  McConville B, Arvanitis LA, Thyrum PT, et al. Pharmacokinetics, tolerability, and clinical effectiveness of quetiapine fumarate: an open-label trial in adolescents with psychotic disorders. *J Clin Psychiatry*. 2000;61(4):252-260.

3.  McConville B, Carrero L, Sweitzer D, et al. Long-term safety, tolerability, and clinical efficacy of quetiapine in adolescents: An open-label extension trial. *J Child Adolesc Psychopharmacol*. 2003;13(1):75-82.

4.  Shaw JA, Lewis JE, Pascal S, Sharma RK, Rodriguez RA, Guillen R, Pupo Guillen M. A study of quetiapine: Efficacy and tolerability in psychotic adolescents. *J Child Adolesc Psychopharmacol*. 2001;11(4):415-24.

5.  Szigethy E, Brent S, Findling RL. Quetiapine for refractory schizophrenia. *J Am Acad Child Adolesc Psychiatry*. 1998;37(11):1127-1128.

6.  Healy E, Subotsky F, Pipe R. Quetiapine in adolescent psychosis [Letter]. *J Am Acad Child Adolesc Psychiatry*. 1999;38(11):1329. Access #AN56424

7.  Hayden F. Long-term remission of schizophrenia in an adolescent treated with quetiapine. *J Child Adolesc Psychopharmacol*. 2001;11(3):289-93.

8.  Schaller JL, Behar D. Quetiapine for refractory mania in a child. *J Am Acad Child Adolesc Psychiatry*. 1999;38(5):498-499.

9.  Martin A, Koenig K, Scahill L, et al. Open-Label Quetiapine in the Treatment of Children and Adolescents with Autistic Disorder. *J Child Adolesc Psychopharmacol*. 1999;9(2):99-107. Access #AN55462

10.  Hardan A, Roger J, Handen B. Quetiapine open-label trial in children and adolescents with developmental disorder. [poster]. Presented at: the 156th Annual Meeting of the American Psychiatric Association; May 17-22, 2003; San Francisco, CA

11.  Robertson JB, Treosti L, Walker KD. Successful use of high dose quetiapine in a patient with a psychiatric disorder resistant to olanzapine [abstract]. *Eur Neuropsychopharmacol*. 2000;10 (Suppl 3):S319-S320 Abs P.2.096. Access #AN60365

MDL-WhittingtonL-0710475
0000170-CONFIDENTIAL

12.    Reimherr JP. Quetiapine effectively treats bipolar disorder and attention-deficit hyperactivity disorder in adolescent patients [poster]. Presented at: the APA Institute on Psychiatric Services, October 10-14, 2001, Orlando, FL.

13.    Kehoe WA, Schorr RB. An open-trial of quetiapine for aggression in children and adolescents with attention deficit hyperactivity disorder [abstract]. *Pharmacother.* 2002;22(10):1368.

14.    Parraga HC, Parraga MI. Quetiapine treatment in patients with tourette syndrome. *Can J Psychiatry.* 2001;46(2):184-185.

15.    Mukaddes NM, Abali O. Quetiapine treatment of children and adolescents with Tourette's disorder. *J Child Adolesc Psychopharmacol.* 2003;13(3):295-9.

16.    DelBello MP, Schwiers ML, Rosenberg HL, Strakowski SM. A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry.  2002;41(10):1216-23.

17.    Padla D. Quetiapine resolves psychotic depression in an adolescent boy.  *J Child Adol Psychopharmacol.* 2001;11:207-208.

18.    Took KJ, Buck BL, Paradise NF, et al. The effect on weight of switching from risperidone to quetiapine in children and adolescents who experience excessive weight gain on risperidone [poster]. Presented at: the 2001 International Congress on Schizophrenia Research; April 28-May 2, 2001; Whistler, British Columbia.

19.    Grcevich S, Melamed L, Richards R, et al. Side effects associated with atypical neuroleptic use in children and adolescents [poster]. Presented at: the 52nd Institute on Psychiatric Services, American Psychiatric Association; October 25-29, 2000; Philadelphia, PA.

MDL-WhittingtonL-0710475
0000171-CONFIDENTIAL

222207        Rev 07/04

# Seroquel®
## (quetiapine fumarate)



Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (round, peach), 100 mg (round, yellow), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hypromellose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2•C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

## CLINICAL PHARMACOLOGY
### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50s}$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50s}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $α_1$ and $α_2$ receptors ($IC_{50s}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).

The mechanism of action of SEROQUEL, as with other drugs having efficacy in the treatment of schizophrenia and acute manic episodes associated with bipolar disorder, is unknown. However, it has been proposed that this drug's efficacy in schizophrenia is mediated through a combination of dopamine type $D_2$ ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $α_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of approximately 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

Absorption: Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

Distribution: Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

Metabolism and Elimination: Following a single oral dose of $^{14}$C-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

### Population Subgroups:
Age: Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

Gender: There is no gender effect on the pharmacokinetics of quetiapine.

Race: There is no race effect on the pharmacokinetics of quetiapine.

Smoking: Smoking has no effect on the oral clearance of quetiapine.

Renal Insufficiency: Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m², n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 m², n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

Hepatic Insufficiency: Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

Drug-Drug Interactions: In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

### Clinical Efficacy Data
#### Bipolar Mania
The efficacy of SEROQUEL in the treatment of acute manic episodes was established in 3 placebo-controlled trials in patients who met DSM-IV criteria for bipolar I disorder with manic episodes. These trials included patients with or without psychotic features and excluded patients with rapid cycling and mixed episodes. Of these trials, 2 were monotherapy (12 weeks) and 1 was adjunct therapy (3 weeks) to either lithium or divalproex. Key outcomes in these trials were change from baseline in the Young Mania Rating Scale (YMRS) score at 3 and 12 weeks for monotherapy and at 3 weeks for adjunct therapy. Adjunct therapy is defined as the simultaneous initiation or subsequent administration of SEROQUEL with lithium or divalproex.

The primary rating instrument used for assessing manic symptoms in these trials was the YMRS, an 11-item clinician-rated scale traditionally used to assess the degree of manic symptomatology (irritability, disruptive/aggressive behavior, sleep, elevated mood, speech, increased activity, sexual interest, language/thought disorder, thought content, appearance, and insight) in a range from 0 (no manic features) to 60 (maximum score).

The results of the trials follow:

##### Monotherapy
In two 12-week trials (n=300, n=299) comparing SEROQUEL to placebo, SEROQUEL was superior to placebo in the reduction of the YMRS total score at weeks 3 and 12. The majority of patients in these trials taking SEROQUEL were dosed in a range between 400 and 800 mg per day.

##### Adjunct Therapy
In this 3-week placebo-controlled trial, 170 patients with bipolar mania (YMRS ≥ 20) were randomized to receive SEROQUEL or placebo as adjunct treatment to lithium or divalproex. Patients may or may not have received an adequate treatment course of lithium or divalproex prior to randomization. SEROQUEL was superior to placebo when added to lithium or divalproex alone in the reduction of YMRS total score.

The majority of all patients in this trial taking SEROQUEL were dosed in a range between 400 and 800 mg per day. In a clinically designed trial (n=200), SEROQUEL was associated with an improvement in YMRS scores but did not demonstrate superiority to placebo, possibly due to a higher placebo effect.

#### Schizophrenia
The efficacy of SEROQUEL, in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 mg/day were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE
### Bipolar Mania
SEROQUEL is indicated for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients initially hospitalized for up to 7 days for acute mania (See CLINICAL PHARMACOLOGY). Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy and 3 weeks in adjunct therapy. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term risks and benefits of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

### Schizophrenia
SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS
SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS
### Neuroleptic Malignant Syndrome (NMS)
A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including SEROQUEL. Rare cases of NMS have been reported with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

### Tardive Dyskinesia
A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

### Hyperglycemia and Diabetes Mellitus
Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

## PRECAUTIONS
### General:
Orthostatic Hypotension: SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $α_1$-adrenergic antagonist properties. Syncope was reported in 1% (23/2567) of the patients treated with SEROQUEL, compared with 0% (0/617) on placebo and about 0.4% (2/527) on active control drugs.

MDL-WhittingtonL-0710475

0000172-CONFIDENTIAL

**SEROQUEL®** (quetiapine fumarate) Tablets

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

**Cataract:** The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

**Seizures:** During clinical trials, seizures occurred in 0.6% (18/2722) of patients treated with SEROQUEL compared to 0.2% (1/637) on placebo and 0.7% (4/527) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

**Hypothyroidism:** Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (10/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of the patients with TSH increases needed replacement thyroid treatment. In the mania adjunct studies, where SEROQUEL was added to lithium or divalproate, 12% (24/198) of SEROQUEL treated patients compared to 7% (15/203) of placebo treated patients had elevated TSH levels. Of the SEROQUEL treated patients with elevated TSH levels, 3 had simultaneous low free T4 levels.

**Cholesterol and Triglyceride Elevations:** In schizophrenia trials, SEROQUEL treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in patients.

**Hyperprolactinemia:** Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vivo, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

**Transaminase Elevations:** Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. In schizophrenia trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. In acute bipolar mania trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 12-week placebo-controlled trials were approximately 1% for both SEROQUEL and placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

**Potential for Cognitive and Motor Impairment:** Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In schizophrenia trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. In acute bipolar mania trials (using SEROQUEL as monotherapy, somnolence was reported in 16% of patients on SEROQUEL compared to 4% of placebo patients. In acute bipolar mania trials using SEROQUEL as adjunct therapy, somnolence was reported in 34% of patients on SEROQUEL compared to 9% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Priapism:** One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

**Body Temperature Regulation:** Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

**Dysphagia:** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

**Use in Patients with Concomitant Illness:** Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited. SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

**Information for Patients**

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

**Orthostatic Hypotension:** Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

**Interference with Cognitive and Motor Performance:** Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Pregnancy:** Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

**Nursing:** Patients should be advised not to breast feed if they are taking SEROQUEL.

**Concomitant Medication:** As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

**Alcohol:** Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

**Heat Exposure and Dehydration:** Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

**Laboratory Tests**

No specific laboratory tests are recommended.

**Drug Interactions**

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents. SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

**The Effect of Other Drugs on Quetiapine**

**Phenytoin:** Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

**Divalproex:** Coadministration of quetiapine (150 mg tid) and divalproex (500 mg bid) increased the mean maximum plasma concentration of quetiapine at steady state by 17% without affecting the extent of absorption or mean oral clearance.

**Thioridazine:** Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

---

**SEROQUEL®** (quetiapine fumarate) Tablets

**Cimetidine:** Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

**P450 3A Inhibitors:** Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

**Fluoxetine, Imipramine, Haloperidol, and Risperidone:** Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

**Effect of Quetiapine on Other Drugs**

**Lorazepam:** The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

**Divalproex:** The mean maximum concentration and extent of absorption of total and free valproic acid at steady state were decreased by 10 to 12% when divalproex (500 mg tid) was administered with quetiapine (150 mg tid). The mean oral clearance of total valproic acid (administered as divalproex 500 mg bid) was increased by 11% in the presence of quetiapine (150 mg tid). The changes were not significant.

**Lithium:** Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

**Antipyrine:** Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Carcinogenesis:** Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m2 basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m2 basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m2 basis and in male rats at doses of 250 mg/kg or 3.0 times the maximum human dose on a mg/m2 basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m2 basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasia have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vitro mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vitro chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m2 basis. Drug-related effects included decreases in interval to mate and in number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m2 basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m2 basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m2 basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m2 basis.

**Pregnancy**

**Pregnancy Category C:**
The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m2 basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m2 basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m2 basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m2 basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and in rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis in both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m2 basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean fetal weight at 150 mg/kg, or 2.0 times the maximum human dose on a mg/m2 basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS**

The information below is derived from a clinical trial database for SEROQUEL consisting of over 3000 patients. This database includes 405 patients exposed to SEROQUEL for the treatment of acute bipolar mania (monotherapy and adjunct therapy) and approximately 2600 patients under normal-subjects exposed to 1 or more doses of SEROQUEL for the treatment of schizophrenia.

Of these approximately 3000 subjects, approximately 2700 (2300 in schizophrenia and 405 in acute bipolar mania) were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 914.3 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

**Bipolar Mania:** Overall, discontinuations due to adverse events were 5.7% for SEROQUEL vs. 5.1% for placebo in monotherapy and 3.6% for SEROQUEL vs. 5.9% for placebo in adjunct therapy.

MDL-WhittingtonL-0710475
0000173-CONFIDENTIAL

**SEROQUEL® (quetiapine fumarate) Tablets**

**Schizophrenia:** Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

**Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL-Treated Patients in Short-Term, Placebo-Controlled Trials:** The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy of schizophrenia (up to 6 weeks) and bipolar mania (up to 12 weeks) in 1% or more of patients treated with SEROQUEL. (doses ranging from 75 to 800 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

**Table 1. Treatment-Emergent Adverse Experience Incidence in 3- to 12-Week Placebo-Controlled Clinical Trials[1] for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)**

| Body System/ Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 21% | 14% |
| Pain | 7% | 5% |
| Asthenia | 5% | 3% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| **Cardiovascular** | | |
| Tachycardia | 6% | 4% |
| Postural Hypotension | 4% | 1% |
| **Digestive** | | |
| Dry Mouth | 9% | 3% |
| Constipation | 8% | 3% |
| Vomiting | 6% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 0% |
| Gamma Glutamyl | | |
| Transpeptidase Increased | 1% | 0% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| **Nervous** | | |
| Agitation | 20% | 17% |
| Somnolence | 18% | 8% |
| Dizziness | 11% | 5% |
| Anxiety | 4% | 3% |
| **Respiratory** | | |
| Pharyngitis | 4% | 3% |
| Rhinitis | 3% | 1% |
| **Skin and Appendages** | | |
| Rash | 4% | 2% |
| **Special Senses** | | |
| Amblyopia | 2% | 1% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: accidental injury, akathisia, chest pain, cough increased, depression, diarrhea, extrapyramidal syndrome, hostility, hypertension, hypertonia, hypotension, increased appetite, infection, insomnia, leukopenia, malaise, nausea, nervousness, paresthesia, peripheral edema, sweating, tremor, and weight loss.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (8%), SGPT increased (5%), weight gain (5%), and dyspepsia (5%).

Table 2 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during therapy (up to 3-weeks) of acute mania in 5% or more of patients treated with SEROQUEL (doses ranging from 100 to 800 mg/day) used as adjunct therapy to lithium and divalproex where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

**Table 2. Treatment-Emergent Adverse Experience Incidence in 3-Week Placebo-Controlled Clinical Trials[1] for the Treatment of Bipolar Mania (Adjunct Therapy)**

| Body System/ Preferred Term | SEROQUEL (n=196) | Placebo (n=203) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| **Cardiovascular** | | |
| Postural Hypotension | 7% | 2% |
| **Digestive** | | |
| Dry Mouth | 19% | 3% |
| Constipation | 10% | 5% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 6% | 3% |
| **Nervous** | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 6% |
| Tremor | 8% | 7% |
| Agitation | 6% | 4% |
| **Respiratory** | | |
| Pharyngitis | 6% | 3% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: akathisia, diarrhea, insomnia, and nausea.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (34%), dry mouth (19%), asthenia (10%), constipation (10%), abdominal pain (7%), postural hypotension (7%), pharyngitis (6%), and weight gain (6%).

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

**Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials**

**Dose-related Adverse Events:** Spontaneously elicited adverse event data from a study of schizophrenia comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

**Extrapyramidal Symptoms:** Data from one 6-week clinical trial of schizophrenia comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | 75 mg | 150 mg | SEROQUEL 300 mg | 600 mg | 750 mg |
|---|---|---|---|---|---|---|
| Parkinsonism | 0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In six additional placebo-controlled clinical trials (trials (3 in acute mania and 3 in schizophrenia) using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

**Vital Signs and Laboratory Studies**

**Vital Sign Changes:** SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

**Weight Gain:** In schizophrenia trials the proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%). In mania monotherapy trials the proportions of patients meeting the same weight gain criterion were 21% compared to 7% for placebo and in mania adjunct therapy trials the proportion of patients meeting the same weight criterion were 13% compared to 4% for placebo.

**Laboratory Changes:** An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

**ECG Changes:** Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials for the treatment of schizophrenia revealing a 7% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. In acute (monotherapy) bipolar mania trials the proportions of patients meeting the criteria for tachycardia were 0.5% (1/192) for SEROQUEL compared to 0% (0/178) incidence for placebo. In mania adjunct trials the same criteria was 0.6% (1/165) for SEROQUEL compared to 0% (0/171) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

**Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL:**

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses > 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients treated for schizophrenia. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Nervous System:** Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

**Body as a Whole:** Frequent: flu syndrome; Infrequent: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

**Digestive System:** Frequent: anorexia; Infrequent: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, haematemesis, intestinal obstruction, melena, pancreatitis.

**Cardiovascular System:** Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

**Respiratory System:** Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: hiccup, hyperventilation.

**Metabolic and Nutritional System:** Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperglycemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hyperlipemia; Rare: glycosuria, gout, hand edema, hypokalemia, water intoxication.

**Skin and Appendages System:** Frequent: sweating; Infrequent: pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

**Urogenital System:** Infrequent: dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; Rare: gynecomastia*, nocturia, polyuria, acute kidney failure.

**Special Senses:** Infrequent: conjunctivitis, abnormal vision, dry eye, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

**Musculoskeletal System:** Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

**Hemic and Lymphatic System:** Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

**Endocrine System:** Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

*adjusted for gender

**Post Marketing Experience:** Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include: leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

Other adverse events reported since market introduction, which were temporally related to SEROQUEL therapy, but not necessarily causally related, include the following: agranulocytosis, anaphylaxis, hyponatremia, rhabdomyolysis, syndrome of inappropriate antidiuretic hormone secretion (SIADH), and Steven-Johnson syndrome (SJS).

**DRUG ABUSE AND DEPENDENCE**

**Controlled Substance Class:** SEROQUEL is not a controlled substance.

**Physical and Psychologic Dependence:** SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

MDL-WhittingtonL-0710475
0000174-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

**OVERDOSAGE**

**Human experience:** Experience with SEROQUEL in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block. In post-marketing experience, there have been very rare reports of overdose of SEROQUEL alone resulting in death, coma or QTc prolongation.

**Management of Overdosage:** In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

**DOSAGE AND ADMINISTRATION**

**Bipolar Mania**

**Usual Dose:** When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in BID doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in BID divided doses. Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicates that the majority of patients responded between 400 to 800 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Schizophrenia**

**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg/day by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval off SEROQUEL, titration of SEROQUEL to not required and the maintenance dose may be reinstated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

**HOW SUPPLIED**

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, intagliated with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

**ANIMAL TOXICOLOGY**

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in nonpart-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.
© AstraZeneca 2004

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64251-00
Rev 07/04


AstraZeneca



**Medical Resources Quality Assurance Survey**

Inquiry Number: 474674

Product: SEROQUEL

Dear Dr. Mohamed Saleh,

We hope that the data provided to you proved useful. Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations. This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/ with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (800) 640-5886 OR (302) 885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE 19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1. Did the response answer your question?     ☐ Completely     ☐ Partially ☐ Not at all

   If you checked "Partially" or "Not at all", please explain:

   _____

   _____

2. Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is balanced | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was handled in a reasonable amount of time / timely response | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3. Overall, I was satisfied with the quality of the information I received.

| Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

4. In general, how do the responses from AstraZeneca compare to those of other companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5. What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6. Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

   _____

   _____

May 09, 2005 - timminsa

**Thank you for taking the time to complete the survey.  We hope to use this information to continually improve our services.**
©2004 AstraZeneca

MDL-WhittingtonL-0710475
0000176-CONFIDENTIAL



**AstraZeneca**

**Medical Resources**

May 09, 2005

Mohamed Saleh, M.D.
1408 San Marco Blvd
Jacksonville, FL 32207-8536

Dear Dr. Saleh:

Your Medical Information Scientist, Jannifer Johnson, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL–Occurrence of Cerebrovascular Adverse Events**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. Prescription drugs used outside of their approved indication may not be eligible for reimbursement by any third-party payors, including Medicaid, Medicare, or similar federal or state programs. AstraZeneca does not recommend the use of SEROQUEL in any manner other than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Amy Timmins, Pharm.D.*

Senior Medical Information Manager

INQ 474675

---

**AstraZeneca LP**                                    Tel 800 236 9933
                                                      Fax 302 885 1400
Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437   www.astrazeneca-us.com

MDL-WhittingtonL-0710475
0000177-CONFIDENTIAL

### SEROQUEL–Occurrence of Cerebrovascular Adverse Events

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

<u>Indications</u>

SEROQUEL is indicated:

- for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- for the treatment of schizophrenia.

<u>Adverse Events</u>

As stated in the enclosed prescribing information, cerebral ischemia and cerebrovascular accident were reported as infrequent adverse events in patients receiving SEROQUEL therapy during clinical trials.  Infrequent was defined as occurring in 1/100 to 1/1,000 patients.  It is important to note that, although these events were reported during therapy with SEROQUEL, they were not necessarily caused by it.  In addition, these adverse event reports were taken from the general premarketing study population as a whole, and were not specific to elderly patients enrolled in those trials.

Please see the enclosed prescribing information for complete product information.

**Clinical Data**

AstraZeneca reviewed cerebrovascular adverse events (CVAEs) in patients with dementia who received quetiapine.[2] Data from 5 completed clinical trials (3 of which involved open label extensions) were reviewed. During the original and open label-phases of these trials, a total of 787 patients with dementia were treated with quetiapine, 213 patients were treated with placebo, and 171 were treated with haloperidol. Clinical trial data showed that there is no increased risk of CVAEs in patients taking quetiapine, compared to those taking placebo.  There was no apparent influence of patient factors (age, gender, type of dementia, and baseline Mini Mental State Evaluation scores) on the incidence of CVAEs in patients with dementia who were treated with quetiapine.  The numbers of patients with CVAEs who had a previous CVAE were small and among these patients, there were no meaningful differences in incidence rates between quetiapine and placebo-treated patients. Thus, previous CVAE seemed to have no effect on the incidence of a new CVAE in patients with dementia who were treated with quetiapine.

Gill and colleagues[3] conducted a population-based, retrospective cohort study to compare the incidence of hospital admissions for stroke among elderly patients with dementia receiving atypical or typical antipsychotics.  A total of 32,710 adults ≥65 years old with dementia (17,845 treated with atypical antipsychotics and 14,865 treated with a typical antipsychotic between

MDL-WhittingtonL-0710475
0000178-CONFIDENTIAL

April 1, 1997 and March 31, 2002) and no prior history of antipsychotic drug use were identified from administrative healthcare databases in Ontario, Canada.  Two cohorts were identified from this population:  new users of any of three atypical antipsychotics (risperidone, n=13,503; olanzapine, n=3459; and quetiapine, n=883) and new users of typical antipsychotics (n=14,865). Patients receiving non-oral antipsychotics and patients with other psychotic disorders that might affect their pattern of drug use were excluded.  The primary outcome measure was hospital admission with a most responsible diagnosis (defined as the single most important condition responsible for admission) of ischemic stroke (based on ICD-9 codes).

Baseline characteristics were similar between the two cohorts.  After adjustment for confounding factors, patients treated with atypicals showed no significant increase in ischemic stroke risk compared with those receiving typical antipsychotics (adjusted hazard ratio 1.01, 95% confidence interval, 0.81 to 1.26).  Subgroup analyses were all consistent with the main analysis: the risk of stroke in patients treated with risperidone (adjusted hazard ratio 1.04, 0.82 to 1.31), olanzapine (0.91, 0.62 to 1.32), and quetiapine (0.78, 0.38 to 1.57) was not significantly different from that of patients treated with typical antipsychotics; patients dispensed 2 or more consecutive prescriptions for atypicals were not at increased risk compared with chronic users of typicals; and the risk of stroke in the subgroup of patients enrolled between April 2000 and March 31, 2002 (analyses conducted to address major shifts in prescribing of atypicals and typicals between 1997 and 2002) was not significantly different between the subgroups.  The authors concluded, "Older adults with dementia who take atypical antipsychotics have a similar risk of ischemic stroke to those taking atypical antipsychotics."  The authors stated the observational nature and use of administrative data for this study may not have allowed for adequate adjustment for minor baseline differences between the cohorts, important risk factors for stroke, and other important confounders that may have been unmeasured or unrecognized.  In addition, strokes that did not lead to hospital admission or if they lead to immediate death may not have been captured.

**Internal Safety Database and/or Clinical Trials Database**

It is AstraZeneca policy to provide adverse event information to health care professionals from the Prescribing Information and the published literature for our marketed products.  We do not provide specific adverse event information from the AstraZeneca Safety database (which includes data from Clinical Trials and post-marketing reports).  However, key clinical findings, including safety information, form the basis for the Prescribing Information.  We do not provide specific adverse event information from the AstraZeneca Safety database because of the inherent limitations of spontaneous reports.  Such limitations include, but are not limited to, adverse event recognition, underreporting, biases, estimation of patient exposure, report quality, and the lack of established causality of these events.  These reports are monitored continuously, and the Prescribing Information is updated when new safety issues are established.

**Adverse Event Reporting**

In order to monitor the safety of SEROQUEL, we encourage clinicians to report suspected adverse events to AstraZeneca at 1-800-236-9933.

MDL-WhittingtonL-0710475
0000179-CONFIDENTIAL

Enclosure(s):

- SEROQUEL Prescribing Information.

Reference(s):

1.      SEROQUEL Prescribing Information.

2.      In-house data, AstraZeneca Pharmaceuticals, LP. January 2005.

3.      Gill SS, Rochon PA, Herrmann N, et al. Atypical antipsychotic drugs and risk of ischaemic stroke: population based retrospective cohort study. *Brit Med J.* 2005;330(7489):445-448B.

MDL-WhittingtonL-0710475
0000180-CONFIDENTIAL

222207                                                                 Rev 07/04



Seroquel®
(quetiapine fumarate)

**DESCRIPTION**

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All atoms and tabled strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hypromellose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

**CLINICAL PHARMACOLOGY**

**Pharmacodynamics**

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50s}$=717 & 148 nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50s}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50s}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).

The mechanism of action of SEROQUEL, as with other drugs having efficacy in the treatment of schizophrenia and acute manic episodes associated with bipolar disorder, is unknown. However, it has been proposed that this drug's efficacy in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

**Pharmacokinetics**

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

*Absorption:* Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

*Distribution:* Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not alter the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

*Metabolism and Elimination:* Following a single oral dose of $^{14}$C-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

*Population Subgroups:*

*Age:* Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

*Gender:* There is no gender effect on the pharmacokinetics of quetiapine.

*Race:* There is no race effect on the pharmacokinetics of quetiapine.

*Smoking:* Smoking has no effect on the oral clearance of quetiapine.

*Renal Insufficiency:* Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m², n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 m², n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

*Hepatic Insufficiency:* Hepatically impaired subjects (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects, in two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since certiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

*Drug-Drug Interactions:* In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

**Clinical Efficacy Data**

**Bipolar Mania**

The efficacy of SEROQUEL in the treatment of acute manic episodes was established in 3 placebo-controlled trials in patients who met DSM-IV criteria for bipolar I disorder with manic episodes. These trials included patients with or without psychotic features and excluded patients with rapid cycling and mixed episodes. Of these trials, 2 were monotherapy (12 weeks) and 1 was adjunct therapy (3 weeks) to either lithium or divalproex. Key outcomes in these trials were change from baseline in the Young Mania Rating Scale (YMRS) score at 3 and 12 weeks for monotherapy and at 3 weeks for adjunct therapy. Adjunct therapy is defined as the simultaneous initiation or subsequent administration of SEROQUEL with lithium or divalproex.

The primary rating instrument used for assessing manic symptoms in these trials was the YMRS, an 11-item clinician-rated scale traditionally used to assess the degree of manic symptomatology (irritability, disruptive/aggressive behavior, sleep, elevated mood, speech, increased activity, sexual interest, language/thought disorder, thought content, appearance, and insight) in a range from 0 (no manic features) to 60 (maximum score).

The results of the trials follow:

*Monotherapy*

In two 12-week trials (n=300, n=299) comparing SEROQUEL to placebo, SEROQUEL was superior to placebo in the reduction of the YMRS total score at weeks 3 and 12. The majority of patients in these trials taking SEROQUEL were dosed in a range between 400 and 800 mg per day.

**Adjunct Therapy**

In this 3-week placebo-controlled trial, 170 patients with acute bipolar mania (YMRS ≥ 20) were randomized to receive SEROQUEL or placebo as adjunct treatment to lithium or divalproex. Patients may or may not have received an adequate treatment course of lithium or divalproex prior to randomization. SEROQUEL was superior to placebo when added to lithium or divalproex alone in the reduction of YMRS total score.

The majority of patients in this trial taking SEROQUEL were dosed in a range between 400 and 800 mg per day. In a similarly designed trial (n=200), SEROQUEL was associated with an improvement in YMRS scores but did not demonstrate superiority to placebo, possibly due to a higher placebo effect.

**Schizophrenia**

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 mg/day were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

**INDICATIONS AND USAGE**

**Bipolar Mania**

SEROQUEL is indicated for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients initially hospitalized for up to 7 days for acute mania (See CLINICAL PHARMACOLOGY). Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy and 3 weeks in adjunct therapy. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term risks and benefits of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

**Schizophrenia**

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

**CONTRAINDICATIONS**

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

**WARNINGS**

**Neuroleptic Malignant Syndrome (NMS)**

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including SEROQUEL. Rare cases of NMS have been reported with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

**Tardive Dyskinesia**

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

**Hyperglycemia and Diabetes Mellitus**

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

**PRECAUTIONS**

**General:**

*Orthostatic Hypotension:* SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (23/3265) of the patients treated with SEROQUEL, compared with 0% (0/637) on placebo and 0.4% (2/527) on active control drugs.

MDL-WhittingtonL-0710475
0000181-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

SEROQUEL® (quetiapine fumarate) Tablets

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

**Cataracts:** The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

**Seizures:** During clinical trials, seizures occurred in 0.6% (18/2792) of patients treated with SEROQUEL, compared to 0.2% (1/657) on placebo and 0.7% (4/527) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

**Hypothyroidism:** Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TSH were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (12/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of the patients with TSH increases needed replacement thyroid treatment. In the mania adjunct studies, where SEROQUEL was added to lithium or divalproex, 12% (24/196) of SEROQUEL treated patients compared to 7% (15/203) of placebo treated patients had elevated TSH levels. Of the SEROQUEL treated patients with elevated TSH levels, 3 had simultaneous low free T4 levels.

**Cholesterol and Triglyceride Elevations:** In schizophrenia trials, SEROQUEL treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL treated patients.

**Hyperprolactinemia:** Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

**Transaminase Elevations:** Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. In schizophrenia trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL, compared to 1% for placebo. In acute bipolar mania trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 12-week placebo-controlled trials were approximately 1% for both SEROQUEL and placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

**Potential for Cognitive and Motor Impairment:** Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In schizophrenia trials, somnolence was reported in 18% of patients on SEROQUEL, compared to 11% of placebo patients. In acute bipolar mania trials using SEROQUEL as monotherapy, somnolence was reported in 16% of patients on SEROQUEL compared to 4% of placebo patients. In acute bipolar mania trials using SEROQUEL as adjunct therapy, somnolence was reported in 34% of patients on SEROQUEL compared to 9% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Priapism:** One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

**Body Temperature Regulation:** Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

**Dysphagia:** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

**Suicide:** The possibility of a suicide attempt is inherent in bipolar disorder and schizophrenic; close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

**Use in Patients with Concomitant Illness:** Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

**Information for Patients**

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

**Orthostatic Hypotension:** Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

**Interference with Cognitive and Motor Performance:** Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Pregnancy:** Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

**Nursing:** Patients should be advised not to breast feed if they are taking SEROQUEL.

**Concomitant Medication:** As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

**Alcohol:** Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

**Heat Exposure and Dehydration:** Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

**Laboratory Tests**

No specific laboratory tests are recommended.

**Drug Interactions**

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents. SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

**The Effect of Other Drugs on Quetiapine**

**Phenytoin:** Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

**Divalproex:** Coadministration of quetiapine (150 mg bid) and divalproex (500 mg bid) increased the mean maximum plasma concentration of quetiapine at steady state by 17% without affecting the extent of absorption or mean oral clearance.

**Thioridazine:** Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

SEROQUEL® (quetiapine fumarate) Tablets

**Cimetidine:** Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

**P450 3A Inhibitors:** Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

**Fluoxetine, Imipramine, Haloperidol, and Risperidone:** Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

**Effect of Quetiapine on Other Drugs**

**Lorazepam:** The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

**Divalproex:** The mean maximum concentration and extent of absorption of total and free valproic acid at steady state were decreased by 10 to 12% when divalproex (500 mg bid) was administered with quetiapine (150 mg bid). The mean oral clearance of total valproic acid (administered as divalproex 500 mg bid) was increased by 11% in the presence of quetiapine (150 mg bid). The changes were not significant.

**Lithium:** Concomitant administration of quetiapine (250 mg bid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

**Antipyrine:** Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Carcinogenesis:** Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m2 basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m2 basis (rats). There was statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m2 basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m2 basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m2 basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vitro mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vitro chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m2 basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m2 basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m2 basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m2 basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m2 basis.

**Pregnancy**

**Pregnancy Category C:**

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m2 basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m2 basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m2 basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m2 basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis for both species). There was an increased incidence of a minor soft tissue anomaly (supplemental foramen) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m2 basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m2 basis.

There are no adequate and well-controlled trials in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see PHARMACOKINETICS and DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS**

The information below is derived from a clinical trial database for SEROQUEL consisting of over 3000 patients. This database includes 405 patients exposed to SEROQUEL for the treatment of acute bipolar mania (monotherapy and adjunct therapy) and approximately 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL for the treatment of schizophrenia.

Of these approximately 3000 subjects, approximately 2700 (2300 in schizophrenia and 405 in acute bipolar mania) were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 914.3 patient-years. The conditions and duration of treatment with SEROQUEL, varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

Bipolar Mania: Overall, discontinuations due to adverse events were 5.7% for SEROQUEL vs. 5.1% for placebo in monotherapy and 3.6% for SEROQUEL vs. 5.9% for placebo in adjunct therapy.

MDL-WhittingtonL-0710475
0000182-CONFIDENTIAL

**SEROQUEL® (quetiapine fumarate) Tablets**

Schizophrenia: Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL-Treated Patients in Short-Term, Placebo-Controlled Trials: The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy of schizophrenia (up to 6 weeks) and bipolar mania (up to 12 weeks) in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 800 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

**Table 1. Treatment-Emergent Adverse Experience Incidence in 3- to 12-Week Placebo-Controlled Clinical Trials†† for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)**

| Body System/ Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 21% | 14% |
| Pain | 7% | 5% |
| Asthenia | 5% | 3% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| **Cardiovascular** | | |
| Tachycardia | 6% | 4% |
| Postural Hypotension | 4% | 1% |
| **Digestive** | | |
| Dry Mouth | 5% | 3% |
| Constipation | 8% | 3% |
| Vomiting | 5% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 0% |
| Gamma Glutamyl Transpeptidase Increased | 1% | 0% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| **Nervous** | | |
| Agitation | 20% | 17% |
| Somnolence | 18% | 8% |
| Dizziness | 11% | 5% |
| Anxiety | 4% | 3% |
| **Respiratory** | | |
| Pharyngitis | 4% | 3% |
| Rhinitis | 3% | 1% |
| **Skin and Appendages** | | |
| Rash | 4% | 2% |
| **Special Senses** | | |
| Amblyopia | 2% | 1% |

†† Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: accidental injury, akathisia, chest pain, cough increased, depression, diarrhea, extrapyramidal syndrome, hostility, hypertension, hypertonia, hypotension, increased appetite, infection, insomnia, leukopenia, malaise, nausea, nervousness, paresthesia, peripheral edema, sweating, tremor, and weight loss.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (8%), SGPT increased (5%), weight gain (5%), and dyspepsia (5%).

In these studies, the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during therapy (up to 3-weeks) of acute mania in 5% or more of patients treated with SEROQUEL (doses ranging from 100 to 800 mg/day) used as adjunct therapy to lithium and divalproex where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

**Table 2. Treatment-Emergent Adverse Experience Incidence in 3-Week Placebo-Controlled Clinical Trials† for the Treatment of Bipolar Mania (Adjunct Therapy)**

| Body System/ Preferred Term | SEROQUEL (n=196) | Placebo (n=203) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| **Cardiovascular** | | |
| Postural Hypotension | 7% | 2% |
| **Digestive** | | |
| Dry Mouth | 19% | 3% |
| Constipation | 10% | 5% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 6% | 3% |
| **Nervous** | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 6% |
| Tremor | 8% | 7% |
| Agitation | 6% | 4% |
| **Respiratory** | | |
| Pharyngitis | 6% | 3% |

† Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: akathisia, diarrhea, insomnia, and nausea.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (34%), dry mouth (19%), asthenia (10%), constipation (10%), abdominal pain (7%), postural hypotension (7%), pharyngitis (6%), and weight gain (6%).

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials

Dose-related Adverse Events: Spontaneously elicited adverse event data from a study of schizophrenia comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

Extrapyramidal Symptoms: Data form one 6-week clinical trial of schizophrenia comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | SEROQUEL | | | | |
|---|---|---|---|---|---|
| | Placebo | 75 mg | 150 mg 300 mg | 600 mg | 750 mg |
| Parkinsonism | 0.5 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In six additional placebo-controlled clinical trials (3 in acute mania and 3 in schizophrenia) using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

Vital Signs and Laboratory Studies

Vital Sign Changes: SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

Weight Gain: In schizophrenia trials the proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%). In mania monotherapy trials the proportions of patients meeting the same weight gain criterion were 21% compared to 7% for placebo and in mania adjunct therapy trials the proportions of patients meeting the same weight criterion were 13% compared to 4% for placebo.

Laboratory Changes: An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

ECG Changes: Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials for the treatment of schizophrenia revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. In acute (monotherapy) bipolar mania trials the proportions of patients meeting the criteria for tachycardia was 0.5% (1/192) for SEROQUEL compared to 0% (0/178) incidence for placebo. In acute bipolar mania (adjunct) trials the proportions of patients meeting the same criteria was 0.6% (1/185) for SEROQUEL compared to 0% (0/171) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients treated for schizophrenia. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

Nervous System: Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

Body as a Whole: Frequent: flu syndrome; Infrequent: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

Digestive System: Frequent: anorexia; Infrequent: increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

Cardiovascular System: Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

Respiratory System: Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: hiccup, hyperventilation.

Metabolic and Nutritional System: Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; Rare: glycosuria, gout, hand edema, hypokalemia, water intoxication.

Skin and Appendages System: Frequent: sweating; Infrequent: pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

Urogenital System: Infrequent: dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; Rare: gynecomastia*, nocturia, polyuria, acute kidney failure.

Special Senses: Infrequent: conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

Musculoskeletal System: Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

Hemic and Lymphatic System: Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

Endocrine System: Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

*adjusted for gender

Post Marketing Experience: Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include: leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

Other adverse events reported since market introduction, which were temporally related to SEROQUEL therapy, but not necessarily causally related, include the following: agranulocytosis, anaphylaxis, hyponatremia, rhabdomyolysis, syndrome of inappropriate antidiuretic hormone secretion (SIADH), and Steven-Johnson syndrome (SJS).

DRUG ABUSE AND DEPENDENCE

Controlled Substance Class: SEROQUEL is not a controlled substance.

Physical and Psychologic Dependence: SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

MDL-WhittingtonL-0710475
0000183-CONFIDENTIAL

**SEROQUEL® (quetiapine fumarate) Tablets**

## OVERDOSAGE

Human experience: Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block. In post-marketing experience, there have been very rare reports of overdose of SEROQUEL alone resulting in death, coma or QTc prolongation.

Management of Overdosage: In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

## DOSAGE AND ADMINISTRATION

### Bipolar Mania

Usual Dose: When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in BID doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in BID divided doses. Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicates that the majority of patients responded between 400 to 800 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

### Schizophrenia

Usual Dose: SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

### Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

Maintenance Treatment: While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**SEROQUEL® (quetiapine fumarate) Tablets**

Reinitiation of Treatment in Patients Previously Discontinued: Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

Switching from Antipsychotics: There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

## HOW SUPPLIED

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, integrated with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

## ANIMAL TOXICOLOGY

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study to quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.
© AstraZeneca 2004

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64251-00
Rev 07/04



MDL-WhittingtonL-0710475
0000184-CONFIDENTIAL



Medical Resources Quality Assurance Survey

Inquiry Number: 474675

Product: SEROQUEL

Dear Dr. Mohamed Saleh,

We hope that the data provided to you proved useful. Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations. This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/ with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (800) 640-5886 OR (302) 885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE 19850-5437

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

1. Did the response answer your question?          ☐ Completely          ☐ Partially ☐ Not at all

   If you checked "Partially" or "Not at all", please explain:

   _____

2. Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is balanced | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was handled in a reasonable amount of time / timely response | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3. Overall, I was satisfied with the quality of the information I received.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

4. In general, how do the responses from AstraZeneca compare to those of other companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5. What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other | |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | |

6. Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

   _____
   _____

May 09, 2005 - timminsa

Thank you for taking the time to complete the survey. We hope to use this information to continually improve our services.
©2004 AstraZeneca

MDL-WhittingtonL-0710475
0000185-CONFIDENTIAL



AstraZeneca

Medical Resources

March 29, 2006

Mohamed Saleh, M D.
1408 San Marco Blvd
Jacksonville, FL  32207-8536

Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Deborah Grissett, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- SEROQUEL – Diabetes/Hyperglycemia/Blood Glucose

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. Prescription drugs used outside of their approved indication may not be eligible for reimbursement by any third-party payors, including Medicaid, Medicare, or similar federal or state programs. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Richard K. Stamer, RPh, MS*

Senior Medical Information Manager

INQ 540192

MDL-WhittingtonL-0710475
0000186-CONFIDENTIAL

## SEROQUEL– Diabetes/Hyperglycemia/Blood Glucose

**Summary**

- Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL.[1]

- Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control.[1]

- Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment.[1]

- The Clinical Antipsychotic Trials of Intervention Effectiveness-Schizophrenia (CATIE-SZ) found that a significant difference among treatment groups in changes from baseline in glycosylated hemoglobin ($HbA_{1c}$) (p=0.01), with olanzapine associated with a greater increase in $HbA_{1c}$ (+0.4%) than the other groups (quetiapine, risperidone, ziprasidone, and perphenazine), even after adjustment for duration of treatment. Quetiapine was associated with a +0.04% change from baseline in $HbA_{1c}$.[4]

- Analysis of blood glucose data from the pooled short-term placebo controlled trials and the long-term comparison with haloperidol showed no statistically significant difference between quetiapine and placebo or between quetiapine and haloperidol.[6]

- Analysis of the long-term (>6 weeks) controlled database, that included 260 patients who received quetiapine (84.5 patient-years), identified no patients who experienced hyperglycemia, diabetes mellitus, diabetic ketoacidosis (DKA), or hyperosmolar coma.[6]

- Additional post-marketing data, retrospective studies, and case reports of diabetes mellitus and DKA are summarized below.

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

Indications

SEROQUEL is indicated:

- for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- for the treatment of schizophrenia.

MDL-WhittingtonL-0710475
0000187-CONFIDENTIAL

<u>Warnings</u>

*Hyperglycemia and Diabetes Mellitus*

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of antidiabetic treatment despite discontinuation of the suspect drug.

<u>Adverse Events</u>

As noted in the enclosed prescribing information, hyperglycemia, hypoglycemia, and diabetes mellitus were infrequently reported adverse events during clinical trials with SEROQUEL. Glycosuria, nocturia, and polyuria were rarely reported adverse events during clinical trials with SEROQUEL. Infrequent adverse events are those occurring in 1/100 to 1/1000 patients. Rare events are those occurring in less than 1/1000 patients. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they do not establish causation.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

**Background Information**

Schizophrenia has been associated with diabetes, impaired glucose tolerance and insulin resistance.[2] In a study of 719 patients with schizophrenia (conducted before the widespread use of novel antipsychotic agents), 10.8% (n=78) of the patients were found to have diabetes at the

MDL-WhittingtonL-0710475
0000188-CONFIDENTIAL

time of the study, and the lifetime prevalence of diabetes in the sample was 14.9% (n=107).[2]
This compares to a U.S. prevalence of diabetes in the general population of 6.3%.[3]

**Clinical Data**

*Randomized Controlled Studies*

The Clinical Antipsychotic Trials of Intervention Effectiveness-SchiZophrenia (CATIE-SZ) was
a multicenter, randomized, controlled, 3-phase study including 1493 patients with *Diagnostic
and Statistical Manual of Mental Disorders-fourth edition (DSM-IV)* diagnosed schizophrenia.[4]
In phase 1, patients were randomized, in double-blind fashion, to receive one of the atypical
antipsychotics, quetiapine (n=337), olanzapine (n=336), risperidone (n=341), or ziprasidone
(n=185), or the typical antipsychotic, perphenazine (n=261). All medications were flexibly
dosed within their FDA labeled dosing, except for olanzapine, which was dosed up to 30 mg/day
(150% of the current FDA approved maximum dose). The primary outcome measure was all
cause treatment discontinuation. Safety and tolerability, including changes in laboratory
parameters were assessed at months 1, 3, 6, 9, 12, 15, and 18. The mean modal doses were 543.4
mg/day for quetiapine, 20.1 mg/day for olanzapine, 3.9 mg/day for risperidone, 112.8 mg/day for
ziprasidone, and 20.8 mg/day for perphenazine. Overall, 74% (1061 of the 1432 patients who
received at least 1 dose) discontinued treatment before the 18-month study endpoint (median, 6
months).

Olanzapine was associated with more discontinuations of treatment due to weight gain or
metabolic effects compared to the other treatments (9% vs. 1% to 4%; p<0.001). A significant
difference among treatment groups in changes from baseline in $HbA_{1c}$ (p=0.01) was observed.
Olanzapine was associated with a greater increase in $HbA_{1c}$ than the other groups, even after
adjustment for duration of treatment (TABLE I).

**TABLE I. Glucose Parameter Change From Baseline Results\*** (Adapted from Lieberman JA, et al. *N Engl J
Med* 2005;353:1209-23.)

| Parameter[†] | OLZ N=330 | QTP N=329 | RIS N=333 | PER N=257 | ZIP N=183 |
|---|---|---|---|---|---|
| Blood glucose[†] (mg/dL) Exposure-adjusted mean ± SE | 13.7 ±2.5 | 7.5 ±2.5 | 6.6 ±2.5 | 5.4 ±2.8 | 2.9 ±3.4 |
| Glycosylated hemoglobin ($HbA_{1c}$) (%) Exposure-adjusted mean ± SE | 0.40 ±0.07 | 0.04 ±0.08 | 0.07 ±0.08 | 0.09 ±0.09 | 0.11 ±0.09 |

PER = perphenazine; OLZ = olanzapine; QTP = quetiapine; RIS = risperidone; ZIP = ziprasidone
\*Statistically significant results are reviewed in text.
[†]Patients were instructed to fast; non-fasting results were not excluded

Emsley et al[5] compared the effects of quetiapine and haloperidol on body mass index (BMI) and
glycemic control in schizophrenic patients in a 12-month investigator-blinded, parallel-group,
randomized trial. The patients enrolled were diagnosed with *DSM-IV* schizophrenia or
schizoaffective disorder and tardive dyskinesia. Patients were randomly assigned to receive
either quetiapine (n=22) or haloperidol (n=23). The starting doses of quetiapine and haloperidol
were titrated over 7 days to quetiapine 400 mg/day and haloperidol 10 mg/day. Thereafter,
flexible dose adjustment was allowed at the discretion of the investigator up to maximum doses

MDL-WhittingtonL-0710475
0000189-CONFIDENTIAL

of quetiapine 800 mg/day and haloperidol 20 mg/day. The mean endpoint doses were 400 ± 147.7 mg/day for quetiapine and 8.5 ± 5.6 mg/day for haloperidol.

Neither the BMI (p=0.1) nor the HbA$_{1c}$ levels (p=0.3) were significantly different between the two groups at any time points. Significant changes in BMI from baseline were not observed with either group. Reduction in HbA$_{1c}$ from baseline was observed in both groups. The reduction was statistically significant for haloperidol (-1.5%; p=0.04) but not quetiapine (-0.3%; p=0.5). In the quetiapine group, 50% (11 of 22) of the patients had elevated HbA$_{1c}$ (>6.1%) at baseline compared to 41% (9 of 22) at endpoint. In the haloperidol group, 52% (12 of 23) had elevated HbA$_{1c}$ at baseline compared to 30% (7 of 23) at endpoint.

<u>Pooled Analyses and Pharmacovigilance</u>

The following are summaries of data from controlled and uncontrolled quetiapine trials and post-marketing data.

Data pertaining to blood glucose level, diabetes, and related adverse events were analyzed from controlled and uncontrolled quetiapine clinical trials and from the post-marketing database (ClinTrace).[6] Random blood glucose concentrations were measured in patients enrolled in 3 short-term placebo-controlled clinical trials (≤6 weeks; quetiapine, n=230; placebo, n=143), and a long-term comparison with haloperidol (52-week; quetiapine, n=170; haloperidol, n=35). Blood glucose concentrations were also measured in 3 additional placebo-controlled trials: one in elderly patients (quetiapine, n=80; placebo, n=80) and 2 in patients with acute mania (quetiapine, n=195; placebo, n=183).

From the pooled databases of uncontrolled and controlled Phase II/III clinical trials, adverse events possibly related to changes in glucose metabolism (thirst, polyuria, urinary frequency, weight gain, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, hyperosmolar coma) were recorded. Long-term weight changes were assessed in an open-label extension (OLE) of 6 phase III studies.

Analysis of blood glucose data from the pooled short-term placebo controlled trials and the long-term comparison with haloperidol showed no statistically significant difference between quetiapine and placebo or between quetiapine and haloperidol. Measurement from the placebo-controlled trials conducted in elderly patients and in patients with acute mania showed mean decreases in blood glucose concentration.

The uncontrolled Phase II/III trial database included 1640 quetiapine-treated patients, with a total of 894 patient-years of quetiapine treatment. Hyperglycemia was reported in 8 (0.5%) patients and diabetes mellitus was reported in 5 (0.3%) patients. There were no reports of diabetic ketoacidosis or hyperosmolar coma.

The short-term controlled Phase II/III trial database included 1925 patients receiving quetiapine, 206 receiving placebo, 279 receiving haloperidol, and 230 receiving chlorpromazine. The total patient-year exposure in each group was as follows: 171.3, 14.6, 24.8, and 29.0 patient-years,

MDL-WhittingtonL-0710475
0000190-CONFIDENTIAL

respectively. There were no reports of hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma in patients treated with quetiapine.

The long-term (>6 weeks) controlled database included 260 patients receiving quetiapine (84.5 patient-years) and 41 treated with haloperidol (17.8 patient-years). Again, no patients treated with quetiapine experienced hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma.

From the post-marketing data, diabetes mellitus and hyperglycemic events were very rare (defined as occurring in <0.01%) in patients treated with quetiapine. Limitations of post-marketing data include, but are not limited to, adverse event recognition, underreporting, biases, estimation of patient exposure, report quality, and the lack of established causality of these events. These reports are monitored continuously, and the Prescribing Information is updated when new safety issues are established.

Koller et al[7] conducted a pharmacovigilance survey of spontaneously reported adverse events in quetiapine treated patients, using Med Watch reports (Jan 1, 1997-July 31, 2002) and published case reports. Reports were identified using the terms hyperglycemia, diabetes, acidosis, ketosis and ketoacidosis. Forty-six reports of quetiapine-associated hyperglycemia or diabetes were identified and were included in the analysis. Nine cases of acidosis (not related to or did not occur in the setting of hyperglycemia) were also identified but were excluded. Newly diagnosed diabetes was defined on the basis of fasting blood glucose ≥126 mg/dL or random glucose of ≥200 mg/dL, or elevated glycohemoglobin values; and/or the presence of frank ketoacidosis or ketosis; and /or physician institution of an antidiabetic drug. Thirty-four of the cases were newly diagnosed hyperglycemia, 8 had exacerbation of preexisting diabetes mellitus, and 4 could not be classified. Twenty-three of the newly diagnosed cases met the glucose or glycohemoglobin criteria for diagnosis, 5 had antidiabetic therapy instituted, and 6 were reported as being hyperglycemic or diabetic without documentation.

The mean age ± SD of patients was 35.3 ±1.2 years, 9 were under 19 years of age, male:female ratio was 1.9 (N=43). Ethnicity was available for 19 patients: African American N=13, and white, N=6. The reports analyzed did not provide systematic information on risk factors for diabetes. Body weight data was available for 27 patients; two-thirds of these patients were overweight or sustained a weight gain. Most cases appeared within 6 months of start of quetiapine therapy. Doses of quetiapine ranged from 12.5 to 1000 mg/day (N=37). Concomitant medications included the following (N=39): Risperidone (N=6), clozapine (N=1), olanzapine (N=1), valproate (N=11), chlorpromazine (N=2), other reported drugs were lithium, benztropine, paroxetine, sertraline, lorazepam, haloperidol, gabapentin and clonidine. Eleven deaths were reported in quetiapine patients, 7 occurred in patients with newly diagnosed hyperglycemia; 1 in a patient with preexisting diabetes after a rechallenge. Five of the patients who died had glucose levels > 900 mg/dL. Pancreatitis was reported in 2 patients, valproate was used by 1. Two reports were suggestive of neuroleptic malignant syndrome (NMS) or central serotonin syndrome. There were 21 reports of diabetic acidosis or ketosis. An additional 23 cases of hyperglycemia were identified subsequent to submission of the manuscript for publishing through November 2003.

MDL-WhittingtonL-0710475
0000191-CONFIDENTIAL

Retrospective Analyses:

A search of our internal database of published biomedical literature identified several
retrospective analyses and are referenced for your review.[8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18]

Published Case Reports

*Diabetes Mellitus*

Sobel et al[19] described a case report of possible quetiapine-associated diabetes mellitus.  The
patient, a 42-year-old man with a history of bipolar disorder, had no prior history of glucose
intolerance or hyperglycemia, and a negative family history for diabetes.  Four months before his
admission to the hospital, the results of his random blood glucose tests were 126 and 107 mg/dL.
The patient did have hypertriglyceridemia, which had been present for at least a year prior to his
admission.  His bipolar disorder was managed with lithium, gabapentin, clonazepam, and
venlafaxine.  Quetiapine, titrated to 200 mg at bedtime, was added to his regimen 1 month before
admission.  The patient presented to the hospital after several days of nausea, vomiting, polyuria,
and confusion.  At admission, he had a blood glucose level of 607 mg/dL, and was started on
intravenous fluids and sliding-scale insulin.  After discharge, his quetiapine dosage was reduced
and discontinued over a 9-day period.  Since discontinuing quetiapine, the patient's insulin
requirements decreased markedly and the insulin was eventually discontinued 5 months later.

A report of possible quetiapine-associated diabetes mellitus was described by Procyshyn and
colleagues.[20]  The patient was a 30-year-old male receiving quetiapine therapy for
schizoaffective disorder.  Approximately 2 weeks after quetiapine initiation, routine laboratory
monitoring revealed a random fasting blood glucose concentration of 6.4 mmol/L (normal range:
3.6 to 6.1 mmol/L).  The patient had no family history of diabetes and had no history of
hyperglycemia or glucose intolerance.  He was receiving a quetiapine dosage of 400 mg daily at
this time.  The patient was started on quetiapine 200 mg/day and titrated to a maximum dose of
700 mg daily over 5.5 weeks.  After reaching a dose of quetiapine 700 mg/day, the patient was
maintained on this regimen for 8 weeks.  By week 14, the patient was receiving a maintenance
dose of quetiapine 300 mg daily.  Concomitant medications included: divalproex 1500 mg/day,
loxapine 50 mg/day, clonazepam 2.5 mg/day and fluphenazine depot injections.  During week 16
of therapy, the patient developed nausea, vomiting, polyuria, and polydipsia.  And complained of
urinary incontinence over the previous week.  A fasting plasma glucose concentration at this
time was 21.2 mmol/L and a HbA$_{1c}$ value was 13.3% (normal < 6.5%).  The patient also had a 5
kg weight gain.  Quetiapine and loxapine treatment were discontinued 1 month later.  The
hyperglycemia was treated with sliding-scale insulin and oral hypoglycemic agents.  The authors
noted their patient was of African-American descent and was obese with a baseline weight of
100 kg, height of 176 cm, and body mass index of 32.3.

Domon and Cargile[21] reported the case of possible quetiapine-associated hypertriglyceridemia
and hyperglycemia in a 17-year-old African American female.  At the time of presentation, the
patient was maintained on divalproex 1500 mg/day (for > 8 months), quetiapine 600 mg/day (for
>3 months), and paroxetine 20 mg/day (for 1 day).  Two to 3 months prior to presentation, the
patient was diagnosed with type 2 diabetes and was started on a 2000 calories/day diet and

MDL-WhittingtonL-0710475
0000192-CONFIDENTIAL

metformin 1000 mg twice daily. She had not experienced significant weight gain during the 3 months of quetiapine therapy. Admission laboratory assessments revealed the following: serum glucose, 144 mg/dL; serum cholesterol, 235 mg/dL; and serum triglyceride, 456 mg/dL (all fasting). Quetiapine was tapered and discontinued over 1 week because she had not responded as effectively as hoped and because the hyperglycemia and hypertriglyceridemia apparently developed after quetiapine initiation. Serum cholesterol and triglyceride levels within 1 week of discontinuation of quetiapine were 196 and 167 mg/dL, respectively. Six weeks later, serum cholesterol was 226 mg/dL and triglyceride level was 163 mg/dL. The patients fasting serum glucose level also normalized within a week and metformin was eventually discontinued. Fasting serum glucose levels ranged between 99 and 170 mg/dL over the next month.

Sneed and Gonzalez[22] reported the occurrence of type 2 diabetes mellitus in a 45-year old female with a history of bipolar disorder, hypertension, hyperlipidemia, and obesity. She initially presented at a screening clinic with polyuria, blurred vision, general malaise, and a blood glucose level of 375 mg/dL when she was encouraged to seek emergency care. At an urgent care clinic 2 hours later, she presented with dizziness, blurred vision, and polyuria with a blood glucose measurement of 600 mg/dL. Her hyperglycemia was managed with insulin and a combination of glyburide (5 mg BID) and metformin (500 mg BID). Her blood glucose remained elevated for 3 more days when she again presented to an emergency department and her glyburide was increased to 10 mg in the morning and 5 mg in the evening and her metformin was increased to 1000 mg in the morning and 500 mg in the evening. After this medication increase, her blood glucose levels were still in the 300 mg/dL range and the glyburide was increased to 10 mg BID and the metformin was increased to 1000 mg BID. Her primary care physician noted that she had been receiving both risperidone and quetiapine with quetiapine initiated just prior to the onset of diabetes. She then started receiving 15 units of insulin glargine at bedtime while tapering off the quetiapine (decreased by one-half every 2 days until discontinued). The glucose levels decreased as the quetiapine dosage decreased and 2 weeks after her diabetes diagnosis her blood glucose was 111 mg/dL and the insulin was discontinued.

*Diabetic Ketoacidosis (DKA)*

Wilson and colleagues[23] reported the occurrence of DKA in a 64-year-old white male being treated with quetiapine. The patient had a history of chronic obstructive pulmonary disease, prostate cancer, schizophrenia, and a positive family history and unclear personal history of diabetes mellitus. During his hospital admission, he was taking risperidone 2 mg/day and propranolol 40 mg/day and his fasting blood glucose was 120 mg/dL. Twelve days after admission, he was switched from risperidone to quetiapine monotherapy 50 mg/day, which was increased to 100 mg in the morning and 300 mg at night. Two months later, he was found unresponsive after breakfast and was transferred to a tertiary care center with a diagnosis of DKA. The patient was then lost to follow-up. No other details were provided by the author about this patient's therapy while in the hospital or after discharge.

Meyer and colleagues[24] reported a case of metabolic acidosis in a 48-year old white male with long-standing, variably diagnosed, schizophrenia or schizoaffective disorder bipolar type, poor medication adherence, and frequent hospitalization. The patient previously received haloperidol at an average dose of 20 mg/day and had gained almost 12 lb and developed increased fasting

MDL-WhittingtonL-0710475
0000193-CONFIDENTIAL

plasma glucose (112 mg/dL). After being lost to follow-up, a period of receiving no treatment, a 35 lb weight loss, and continued fasting plasma glucose impairment (113 mg/dL), the patient was re-medicated under court order and received haloperidol 5 mg BID and quetiapine titrated to 400 mg BID. The patient had an initial 8 lb weight increase over the first 2-weeks on this regimen and then his weight decreased to his admission weight by week 4, despite good oral intake. Four days after returning to his baseline weight, the patient began to be confused and lethargic. Laboratory analysis revealed a random glucose measurement of 859 mg/dL, a glycosylated hemoglobin of 12.1%, and possible metabolic acidosis (sodium 126 and chloride 86). The patient was treated with insulin and hydration in the intensive care unit. Once stabilized, the quetiapine was discontinued and the patient was treated with haloperidol monotherapy. Later the patient was treated with risperidone and lithium. The patient reportedly regained the weight that he lost during his period of presumed diabetes and his insulin requirement decreased over a period of 2 months. Upon discharge, the patient's glucose intolerance was managed with metformin and sliding-scale insulin.

Takahashi and colleagues[25] reported a case of DKA in a 72-year old Asian male. The patient had a medical history that included a 50-year history of alcohol use (4 year abuse ethanol equivalent of 100-150 g/day) and familial hyperlipidemia. He presented to the hospital with hyperactivity and irritability with a reported 6-month period of no alcohol intake. The patient was euphoric and confabulatory with a mini-mental state examination score of 14/30. He also had short-term memory and time and place orientation impairment with relative preservation of his spatial cognition and judgment. Laboratory analysis revealed a 2-hour post-lunch glucose level of 132 mg/dL. Bicarbonate, renal function, and hepatic enzymes were all within normal ranges. Magnetic Resonance Imaging (MRI) revealed moderate diffuse brain atrophy without ischemic changes and he was subsequently diagnosed with dementia with Korsakoff findings. He began treatment with tiapride 50 mg/day that was titrated to 200 mg/day, which was reportedly not efficacious. Quetiapine was then added to his treatment regimen at a dose of 50 mg/day. His sleep and behavior had improved by day 8 and by day 11 he was somnolent. The patient was again hospitalized on day 15 unable to answer questions, although he could be roused. Laboratory analysis revealed an osmolality of 410 mOsm/kg, glucose 973 mg/dL, serum ketone level higher than 40 mg/dL, and arterial blood gas with a pH 7.294, $HCO_3$ 16.7mEq/L, and base excess −8.8 mEq/L. His hyperosmolarity and diabetic ketoacidosis were managed with hydration and insulin. His therapy was then changed to glibenclamide 1.25 mg/day and his glucose was well controlled within a week of the switch. Agitation was controlled using haloperidol 3 mg/day and valproate 400 mg/day. He was discharged after 4 months with his agitation controlled only by valproate 300 mg/day. The glibenclamide was stopped soon after with good control of his glucose level.

**Internal Safety Database**

It is AstraZeneca policy to provide adverse event information to health care professionals from the Prescribing Information and the published literature for our marketed products. We do not provide specific adverse event information from the AstraZeneca Safety database (which includes data from Clinical Trials and post-marketing reports). However, key clinical findings, including safety information, form the basis for the Prescribing Information. We do not provide specific adverse event information from the AstraZeneca Safety database because of the inherent

MDL-WhittingtonL-0710475
0000194-CONFIDENTIAL

limitations of spontaneous reports.  Such limitations include, but are not limited to, adverse event recognition, underreporting, biases, estimation of patient exposure, report quality, and the lack of established causality of these events.  These reports are monitored continuously, and the Prescribing Information is updated when new safety issues are established.

**Adverse Event Reporting**

In order to monitor the safety of SEROQUEL, we encourage clinicians to report suspected adverse events to AstraZeneca at 1-800-236-9933.

Enclosure(s):

• SEROQUEL Prescribing Information.

Reference(s):

[1] SEROQUEL Prescribing Information.
[2] Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. *Schizo Bulletin*. 2000; 26:903-912.
[3] Centers for Disease Control and Prevention.  National Diabetes Fact Sheet: General Information and National Estimates on Diabetes in the United States, 2003.  Atlanta, GA: U.S. Department of Health and Human Services Centers for Disease Control and Prevention; 2003.  Accessed at www.cdc.gov/diabetes/pubs/factsheet.htm on February 13, 2006.
[4] Lieberman JA, Stroup TS, McEvoy MPH, et al.  Effectiveness of antipsychotic drugs in patients with chronic schizophrenia. *N Engl J Med*. 2005;353:1209-23.
[5] Emsley R, Turner HJ, Schronen J, Botha K, Smit R, Oosthuizen PP.  Effects of quetiapine and haloperidol on body mass index and glycemic control: a long-term, randomized, controlled trial. *Int J Neuropsychoph.* 2005;8:175-182.
[6] Data on File (S0089). AstraZeneca Pharmaceuticals LP. Wilmington, DE.
[7] Koller E, Weber J, Doraiswamy P, et al.  A survey of reports of quetiapine-associated hyperglycemia and diabetes mellitus. *J Clin Psychiatry* 2004;65:857-863.
[8] Feldman PD, Hay LK, Kennedy JS, et al.  Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States [abstract]. *J Clin Psychiatry*. 2002; 63:11.
[9] Gianfrancesco F, White RE, Yu E.  Antipsychotic-induced type 2 diabetes:  evidence from a large health plan database [poster].  Presented at: the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 19-23, 2002
[10] Sernyak MJ, Leslie DL, Alarcon RD, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. *Am J Psychiatry*. 2002; 159:561-566.
[11] Wirshing DA, Boyd JA, Meng LR, et al. The effects of novel antipsychotics on glucose and lipid levels. *J Clin Psychiatry*. 2002; 63:856-865.
[12] Reinstein M, Sonnenberg J, Sangarapillai M, et al.  Use of quetiapine to manage patients who experienced adverse effects with clozapine.  *Clin Drug Invest*.  2003; 23(1): 63-67.
[13] Buse JB, Cavazzoni P, Hornbuckle K, et al.  A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United States. *J Clin Epidemiol*. 2003;56:164-70.
[14] Citrome L, Jaffe A, Levine J, Allingham B, Robinson J.  Relationship between antipsychotic medication treatment and new cases of diabetes among psychiatric inpatients.  *Psychiatr Serv*.  2004;55(9):1006-1013.
[15] Lamberti SJ, Crilly JF, Maharaj K, et al.  Prevalence of diabetes mellitus among outpatients with severe mental disorders receiving atypical antipsychotic drugs.  *J Clin Psychiatry*.  2004;65(5):702-706.
[16] Ostbye T, Curtis LH, Masselink LE, et al.  Atypical antipsychotic drugs and diabetes mellitus in a large outpatient population:  a retrospective cohort study. *Pharmacoepidem Dr S*. 2005;14:407-415.
[17] Lambert BL, Chou CH, Chang KY, Tafesse E, Carson W.  Antipsychotic exposure and type 2 diabetes among patients with schizophrenia: a matched case-control study of California medicaid claims.  *Pharmacoepidem Dr S*. 2005;14:417-425.

MDL-WhittingtonL-0710475
0000195-CONFIDENTIAL

[18] Sacchetti E, Turrina C, Parrinello G, Brignoli O, Stefanini G, Mazzaglia G.  Incidence of diabetes in a general practice population: a database cohort study on the relationship with haloperidol, olanzapine, risperidone, or quetiapine exposure. *Int Clin Psychopharmacol*. 2005;20:33-37.

[19] Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. *J Clin Psychiatry*. 1999; 60:556-557.

[20] Procyshyn RM, Pande S, Tse G. New-onset diabetes associated with quetiapine. *Can J Psychiatry*. 2000; 45(7): 668-669.

[21] Domon SE, Cargile CS. Quetiapine associated hyperglycemia and hypertriglyceridemia. *J Am Acad Child Adolesc Psychiatry*. 2002; 41:5.

[22] Sneed KB, Gonzalez EC.  Type 2 diabetes mellitus induced by an atypical antipsychotic medication. *J Am Board Fam Pract*. 2003;16:251-254.

[23] Wilson DR, D'Souza L, Sarkar N, Newton M, Hammond C. New-onset diabetes and ketoacidosis with atypical antipsychotics. *Schizophr Res*. 2003; 59(1): 1-6.

[24] Meyer JM, Leckband SG, Loh C, Moutier CY.  Quetiapine-induced diabetes with metabolic acidosis. *Int Clin Psychopharmacol*.  2004;19:169-171.

[25] Takahashi M, Ohishi S, Katsumi C, Moriya T, Miyaoka H.  Rapid onset of quetiapine-induced diabetic ketoacidosis in an elderly patient. *Pharmacopsychiatry*.  2005;38:183-184.

MDL-WhittingtonL-0710475
0000196-CONFIDENTIAL

236174

Rev 12/05



# Seroquel®
## (quetiapine fumarate)

**Increased Mortality in Elderly Patients with Dementia-Related Psychosis**

Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. Analyses of seventeen placebo-controlled trials (modal duration of 10 weeks) in these patients revealed a risk of death in the drug-treated patients of between 1.6 to 1.7 times that seen in placebo-treated patients. Over the course of a typical 10 week controlled trial, the rate of death in drug-treated patients was about 4.5%, compared to a rate of about 2.6% in the placebo group. Although the causes of death were varied, most of the deaths appeared to be either cardiovascular (eg, heart failure, sudden death) or infectious (eg, pneumonia) in nature. SEROQUEL (quetiapine) is not approved for the treatment of patients with Dementia-Related Psychosis.

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:



Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (round, peach), 50 mg (round, white), 100 mg (round, yellow), 200 mg (round, white), 300 mg (capsule-shaped, white), and 400 mg (capsule-shaped, yellow) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hypromellose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50}s$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50}s$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50}s$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50}s$>5000 nM).

The mechanism of action of SEROQUEL, as with other drugs having efficacy in the treatment of schizophrenia and acute manic episodes associated with bipolar disorder, is unknown. However, it has been proposed that this drug's efficacy in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

**Absorption:** Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

**Distribution:** Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

**Metabolism and Elimination:** Following a single oral dose of $^{14}C$-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

**Population Subgroups**

**Age:** Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

**Gender:** There is no gender effect on the pharmacokinetics of quetiapine.

**Race:** There is no race effect on the pharmacokinetics of quetiapine.

**Smoking:** Smoking has no effect on the oral clearance of quetiapine.

**Renal Insufficiency:** Patients with severe renal impairment (Clcr=30 mL/min/1.73 m², n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 m², n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

**Hepatic Insufficiency:** Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

**Drug-Drug Interactions:** (In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

### Clinical Efficacy Data

#### Bipolar Mania

The efficacy of SEROQUEL in the treatment of acute manic episodes was established in 3 placebo-controlled trials in patients who met DSM-IV criteria for Bipolar I Disorder with manic episodes. These trials included patients with or without psychotic features and excluded patients with rapid cycling and mixed episodes. Of these trials, 2 were monotherapy (12 weeks) and 1 was adjunct therapy (3 weeks) to either lithium or divalproex. Key outcomes in these trials were change from baseline in the Young Mania Rating Scale (YMRS) scores at 3 and 12 weeks for monotherapy and at 3 weeks for adjunct therapy. Adjunct therapy is defined as the simultaneous initiation or subsequent administration of SEROQUEL with lithium or divalproex.

The primary rating instrument used for assessing manic symptoms in these trials was the YMRS, an 11-item clinician-rated scale traditionally used to assess the degree of manic symptomatology (irritability, disruptive/aggressive behavior, sleep, elevated mood, speech, increased activity, sexual interest, language/thought content, thought content, appearance, and insight) in a range from 0 (no manic features) to 60 (maximum severity).

The results of the trials follow:

**Monotherapy**

In two 12-week trials (n=300, n=299) comparing SEROQUEL to placebo, SEROQUEL was superior to placebo in the reduction of the YMRS total score at weeks 3 and 12. The majority of patients in these trials taking SEROQUEL were dosed in a range between 400 and 800 mg per day.

**Adjunct Therapy**

In this 3-week placebo-controlled trial, 170 patients with acute bipolar mania (YMRS ≥ 20) were randomized to receive SEROQUEL or placebo as adjunct treatment to lithium or divalproex. Patients may or may not have received an adequate treatment course of lithium or divalproex prior to randomization. SEROQUEL was superior to placebo when added to lithium or divalproex alone in the reduction of YMRS

---

total score.

The majority of patients in this trial taking SEROQUEL were dosed in a range between 400 and 800 mg per day. In a similarly designed trial (n=200), SEROQUEL was associated with an improvement in YMRS scores but did not demonstrate superiority to placebo, possibly due to a higher placebo effect.

**Schizophrenia**

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 mg/day were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

### Bipolar Mania

SEROQUEL is indicated for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients (see CLINICAL PHARMACOLOGY). Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy and 3 weeks in adjunct therapy. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term risks and benefits of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

### Schizophrenia

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

**Increased Mortality in Elderly Patients with Dementia-Related Psychosis**

Elderly patients with dementia-related psychosis treated with atypical antipsychotic drugs are at an increased risk of death compared to placebo. SEROQUEL (quetiapine) is not approved for the treatment of patients with dementia-related psychosis (See Boxed Warning).

**Neuroleptic Malignant Syndrome (NMS)**

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including SEROQUEL. Rare cases of NMS have been reported with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical conditions for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

**Tardive Dyskinesia**

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

**Hyperglycemia and Diabetes Mellitus**

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

## PRECAUTIONS

### General

**Orthostatic Hypotension:** SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (23/2567) of the patients treated with SEROQUEL, compared with 0% (0/637) on placebo and about 0.4% (2/527) on active control drugs.

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

**Cataracts:** The development of cataracts was observed in association with quetiapine fumarate treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or

MDL-WhittingtonL-0710475
0000197-CONFIDENTIAL

**SEROQUEL® (quetiapine fumarate) Tablets**

appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

Seizures: During clinical trials, seizures occurred in 0.6% (18/2792) of patients treated with SEROQUEL compared to 0.2% (1/697) on placebo and 0.7% (4/527) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

Hypothyroidism: Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (12/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of the patients with TSH increases needed replacement thyroid treatment. In the manic adjunct studies, where SEROQUEL was added to lithium or divalproex, 12% (24/196) of SEROQUEL treated patients compared to 7% (15/203) of placebo treated patients had elevated TSH levels. Of the SEROQUEL treated patients with elevated TSH levels, 3 had simultaneous low free T4 levels.

Cholesterol and Triglyceride Elevations: In schizophrenia trials, SEROQUEL treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL treated patients.

Hyperprolactinemia: Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase to mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin-dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

Transaminase Elevations: Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. In schizophrenia trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. In acute bipolar mania trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 12-week placebo-controlled trials were approximately 1% for both SEROQUEL and placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

Potential for Cognitive and Motor Impairment: Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In schizophrenia trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. In acute bipolar mania trials using SEROQUEL as monotherapy, somnolence was reported in 16% of patients on SEROQUEL compared to 4% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Priapism: One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

Body Temperature Regulation: Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

Dysphagia: Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Suicide: The possibility of a suicide attempt is inherent in bipolar disorder and schizophrenia; close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

Use in Patients with Concomitant Illness: Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

Information for Patients

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

Orthostatic Hypotension: Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

Interference with Cognitive and Motor Performance: Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Pregnancy: Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

Nursing: Patients should be advised not to breast feed if they are taking SEROQUEL.

Concomitant Medication: As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

Alcohol: Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

Heat Exposure and Dehydration: Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

Laboratory Tests

No specific laboratory tests are recommended.

Drug Interactions

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents. SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

The Effect of Other Drugs on Quetiapine

Phenytoin: Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

Divalproex: Coadministration of quetiapine (150 mg bid) and divalproex (500 mg bid) increased the mean maximum plasma concentration of quetiapine at steady-state by 17% without affecting the extent of absorption or mean oral clearance.

Thioridazine: Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

Cimetidine: Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

P450 3A Inhibitors: Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

Fluoxetine, Imipramine, Haloperidol, and Risperidone: Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

Effect of Quetiapine on Other Drugs

Lorazepam: The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

Divalproex: The mean maximum concentration and extent of absorption of total and free valproic acid at steady-state were decreased by 10 to 12% when divalproex (500 mg bid) was administered with quetiapine (150 mg bid). The mean oral clearance of total valproic acid (administered as divalproex 500 mg bid) was increased by 11% in the presence of quetiapine (150 mg bid). The changes were not significant.

Lithium: Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

Antipyrine: Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

---

**SEROQUEL® (quetiapine fumarate) Tablets**

Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis: Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m² basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m² basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m² basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m² basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m² basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipyschotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

Mutagenesis: The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vitro mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vivo chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

Impairment of Fertility: Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in intervals to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m² basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at oral doses of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m² basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m² basis.

Pregnancy

Pregnancy Category C:

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m² basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m² basis. There was, however, evidence of embryofetal toxicity. Delays in skeletal ossification were detected in rats at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m² basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m² basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m² basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m² basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Labor and Delivery: The effect of SEROQUEL on labor and delivery in humans is unknown.

Nursing Mothers: SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

Pediatric Use: The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

Geriatric Use: Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

ADVERSE REACTIONS

The information below is derived from a clinical trial database for SEROQUEL consisting of over 3000 patients. This database includes 405 patients exposed to SEROQUEL for the treatment of acute bipolar mania (monotherapy and adjunct therapy) and approximately 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL for the treatment of schizophrenia.

Of these approximately 3000 subjects, approximately 2700 (2300 in schizophrenia and 405 in acute bipolar mania) were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 914.3 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

Adverse Findings Observed in Short-Term, Controlled Trials

Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials

Bipolar Mania: Overall, discontinuations due to adverse events were 5.7% for SEROQUEL vs. 5.1% for placebo in monotherapy and 3.6% for SEROQUEL vs. 5.9% for placebo in adjunct therapy.

Schizophrenia: Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials: The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

Table 1 enumerates the incidence, recorded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy of schizophrenia (up to 6 weeks) and acute bipolar mania (up to 12 weeks) in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 800 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

SEROQUEL® (quetiapine fumarate) Tablets

Table 1. Treatment-Emergent Adverse Experience
Incidence in 3- to 12-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)

| Body System/ Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| Body as a Whole | | |
| Headache | 21% | 14% |
| Pain | 7% | 5% |
| Asthenia | 5% | 3% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| Cardiovascular | | |
| Tachycardia | 6% | 4% |
| Postural Hypotension | 4% | 1% |
| Digestive | | |
| Dry Mouth | 9% | 3% |
| Constipation | 8% | 3% |
| Vomiting | 6% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 0% |
| Gamma Glutamyl Transpeptidase Increased | 1% | 0% |
| Metabolic and Nutritional | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| Nervous | | |
| Agitation | 20% | 17% |
| Somnolence | 18% | 8% |
| Dizziness | 11% | 5% |
| Anxiety | 4% | 3% |
| Respiratory | | |
| Pharyngitis | 4% | 3% |
| Rhinitis | 3% | 1% |
| Skin and Appendages | | |
| Rash | 4% | 2% |
| Special Senses | | |
| Amblyopia | 2% | 1% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: accidental injury, akathisia, chest pain, cough increased, depression, diarrhea, ecchymosis, hypertonia, insomnia, leukopenia, malaise, nausea, nervousness, paresthesia, peripheral edema, sweating, tremor, and weight loss.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (8%), SGPT increased (5%), weight gain (5%), and dyspepsia (5%).

Table 2 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during therapy (up to 3-weeks) of acute mania in 5% or more of patients treated with SEROQUEL (doses ranging from 100 to 800 mg/day) used as adjunct therapy to lithium and divalproex where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

Table 2. Treatment-Emergent Adverse Experience
Incidence in 3-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Bipolar Mania (Adjunct Therapy)

| Body System/ Preferred Term | SEROQUEL (n=196) | Placebo (n=203) |
|---|---|---|
| Body as a Whole | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| Cardiovascular | | |
| Postural Hypotension | 7% | 2% |
| Digestive | | |
| Dry Mouth | 19% | 3% |
| Constipation | 10% | 5% |
| Metabolic and Nutritional | | |
| Weight Gain | 8% | 3% |
| Nervous | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 6% |
| Tremor | 8% | 7% |
| Agitation | 6% | 4% |
| Respiratory | | |
| Pharyngitis | 6% | 3% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: akathisia, diarrhea, insomnia, and nausea.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (34%), dry mouth (19%), asthenia (10%), constipation (10%), postural hypotension (7%), pharyngitis (6%), and weight gain (8%).

Explorations for interactions on the basis of gender, age, and race did not reveal any meaningful differences in the adverse event occurrence on the basis of these demographic factors.

Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials

Dose-related Adverse Events: Spontaneously elicited adverse event data from a study of schizophrenia comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

Extrapyramidal Symptoms: Data from one 6-week clinical trial of schizophrenia comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | SEROQUEL 75mg | SEROQUEL 150mg | SEROQUEL 300mg | SEROQUEL 600mg | SEROQUEL 750mg |
|---|---|---|---|---|---|---|
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In six additional placebo-controlled clinical trials (3 in acute mania and 3 in schizophrenia) using variable doses of SEROQUEL, there were no differences between the SEROQUEL, and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

Vital Signs and Laboratory Studies

Vital Sign Changes: SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

Weight Gain: In schizophrenia trials the proportions of patients meeting a weight gain criterion of 7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%). In mania monotherapy trials the proportions of patients meeting the same weight gain criterion were 21% compared to 7% for placebo and in mania adjunct therapy trials the proportions of patients meeting the same weight criterion was 13% compared to 4% for placebo.

Laboratory Changes: An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL, and placebo.

ECG Changes: Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials for the treatment of schizophrenia revealing a 1% (4/299) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. In acute (monotherapy) bipolar mania trials the proportions of patients meeting the criteria for tachycardia was 0.5% (1/192) for SEROQUEL compared to 0% (0/178) incidence for placebo. In acute bipolar mania (adjunct) trials the proportions of patients meeting the same criteria was 0.6% (1/166) for SEROQUEL compared to 0% (0/171) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients treated for schizophrenia. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

Nervous System: Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesia, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

Body as a Whole: Frequent: flu syndrome; Infrequent: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

Digestive System: Frequent: anorexia; Infrequent: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

Cardiovascular System: Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

Respiratory System: Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: hiccup, hyperventilation.

Metabolic and Nutritional System: Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; Rare: glycosuria, gout, hand edema, hypokalemia, water intoxication.

Skin and Appendages System: Frequent: sweating; Infrequent: pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

Urogenital System: Infrequent: dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; Rare: gynecomastia*, nocturia, polyuria, acute kidney failure.

Special Senses: Infrequent: conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

Musculoskeletal System: Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

Hemic and Lymphatic System: Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

Endocrine System: Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

*adjusted for gender

Post Marketing Experience: Adverse events reported since market introduction which were temporally related to SEROQUEL, therapy include: leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

Other adverse events reported since market introduction, which were temporally related to SEROQUEL therapy, but not necessarily causally related, include the following: agranulocytosis, anaphylaxis, hyponatremia, rhabdomyolysis, syndrome of inappropriate antidiuretic hormone secretion (SIADH), and Stevens Johnson Syndrome (SJS).

DRUG ABUSE AND DEPENDENCE

Controlled Substance Class: SEROQUEL is not a controlled substance.

Physical and Psychologic dependence: SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

OVERDOSAGE

Human experience: Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block. In post-marketing experience, there have been very rare reports of overdose of SEROQUEL, alone resulting in death, coma or QTc prolongation.

Management of Overdosage: In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

DOSAGE AND ADMINISTRATION

Bipolar Mania

Usual Dose: When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in BID doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in BID divided doses. Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicates that the majority of patients responded between 400 to 800 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

Schizophrenia

Usual Dose: SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady-state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

MDL-WhittingtonL-0710475
0000199-CONFIDENTIAL