# EXHIBIT G – Part 4

**<u>EXHIBIT C</u>**

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Full Name | Alternate 1 Address | Delivery Address | City | State | ZIP+4 | Delivery Point | First Name | Last Name | MD/DO | SPEC 1 | ME NUMBER | CRRT | Walk / Seguri fice |
| 1 | | | | | | | | | | | | | | |
| 2 | Mohamed Omar Saleh MD | | 1408 San Marco Blvd | Jackso nville | FL | 32207- 08 8536 | | Mohamed | Saleh | MD | P | 5610790156 | C008 | |

Page 1 of 2

MDL-WhittingtonL-0710475
000075-CONFIDENTIAL

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOT | Return Code | Record Type | Foot note | COA Match Flag | COA Move Date | COA Move Type | COA/DSF Processing Date | NCOALink Footnote | DPV CMRA | DPV Confirmation | Old Address 1 | Old Address2 | OldCity | Old State Code | OldZip Code |
| 1 | | | | | | | | | | | | | | | | |
| | 0001A | 31 | S | 0 | | | | 06/29/2005 | 00 | | | | 1408 San Marco Blvd | Jacksonville | FL | 32207-8536 |
| 2 | | | | | | | | | | | | | | | | |

Page 2 of 2

MDL-WhittingtonL-0710475
000076-CONFIDENTIAL

AZP 11/2006 Dear Doctor / Dear Health Care Provider Distribution List

|  | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | NAME | ADDR1 | ADDR2 | CITY | ST | ZIP | FNAME | LNAME | MD/DO | SPEC | MENUMBER |
| 1 |  |  |  |  |  |  |  |  |  |  | 56101790156 |
| 2 | Mohamed Omar Saleh MD |  | PO Box 10339 | Jacksonville | FL | 32247-0339 | Mohamed | Saleh | MD | P |  |

Page 1 of 1

MDL-WhittingtonL-0710475
000077-CONFIDENTIAL

**EXHIBIT D**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

REDACTED

REDACTED

**EXHIBIT E**

Created 10/8/97, dmz
11/18/98, edited per SOP, can
February 29, 2000


MOHAMED O SALEH MD
1408 SAN MARCO BLVD
JACKSONVILLE, FL 32207

DEAR DR. SALEH:

Your AstraZeneca Psychiatric Care Representative, Edwin Rocker, has forwarded your
request for information regarding the use of SEROQUEL® (quetiapine fumarate) Tablets
in patients with bipolar disorder and concomitant psychosis.

SEROQUEL, an atypical antipsychotic, is indicated for the management of the
manifestations of psychotic disorders, including schizophrenia.

SEROQUEL has not been systematically evaluated for the treatment of patients with
bipolar disorders and concomitant psychosis and is currently not indicated for the
management of this disorder.  A search of our internal data base of published medical
literature did locate a few studies with SEROQUEL in which patients with bipolar
disorder were included.

The efficacy, safety and tolerability of SEROQUEL in elderly patients has been
investigated in a multicenter, 52-week open-label trial.[1]  Five patients in this trial had a
diagnosis of bipolar disorder.

The trial was divided into two segments to allow for an interim point for data analysis at
12 weeks.  Segment A was 12 weeks (week 0 to week 12) and segment B was 40 weeks
(week 14 to week 52).  The interim analysis performed at 12 weeks with results from 151
patients has been published in the *Journal of Clinical Psychiatry*.[2]  Key findings from
this 12-week analysis are summarized below and a poster presentation at the 1999
Annual Meeting of the American Psychiatry Association of the 52-week results from the
study is enclosed for your review.

A total of 151 men and women, ≥65 years of age (or ≥50 years for patients with
Parkinson's disease ) who met DSM-IV criteria for any of the diagnoses listed in Table 1
below were eligible for entry into the study.

MDL-WhittingtonL-0710475
000088-CONFIDENTIAL

Table 1 (DSM-IV Diagnosis of Patients Eligible for Study Entry)

| Idiopathic psychoses | Organic Psychoses |
|---|---|
| Schizophrenia | Dementia |
| Schizophreniform disorder |    Alzheimer's type |
| Schizoaffective disorder |    Vascular |
| Delusional disorder |    Due to head trauma |
| Shared psychotic disorder |    Due to Parkinson's disease |
| Major depressive disorder |    Due to Pick's disease |
| Bipolar disorder | Psychotic disorder due to Parkinson's disease |

Patients were also eligible for entry into the study if the presence of active, chronic, or recurrent psychotic symptoms were severe enough to require antipsychotic medication. Patients enrolled into the study were either hospitalized or resided in domiciliary facilities such as nursing homes, or lived in private homes under the supervision of a reliable family member or sponsor.

All antipsychotics and medications to treat EPS were discontinued at the onset of segment A. No concomitant antipsychotic medications were permitted during the study. Patients initiated treatment with quetiapine with a 25 mg dose, either once daily or twice daily as tolerated. Doses were escalated in 25 mg to 50 mg increments every 1 to 3 days, up to 800 mg daily, according to patient tolerance and clinical response.

Efficacy was assessed using the 18-item Brief Psychiatric Rating Scale (BPRS) using 0-6 scoring, and the Clinical Global Impressions (CGI) scale. Both efficacy assessments were performed at baseline (week 0) and at weeks 2, 4, 8, and 12. Response rates at the endpoint were also assessed with response defined as the proportion of patients with a decrease from baseline in BPRS total score of 20%, 40%, 60%, and 80%. Adverse events were assessed for severity and relationship to treatment by the investigator. Abnormal involuntary movements and EPS were assessed at baseline, and weeks 2, 4, 8, and 12 using the Simpson-Angus Neurologic Rating Scale and the Abnormal Involuntary Movement Scale (AIMS).

The mean age of patients entered into the trial was 76 years (range 62-94). Forty-five patients (30%) were diagnosed with psychotic disorders and the majority of patients with organic psychotic disorders, 106 patients (70%). A total of 80 patients were diagnosed with psychoses related to Alzheimer's disease, schizophrenia (n=27), Parkinson's disease (n=17), vascular dementia (n=11), delusional disorder (n=7), schizoaffective disorder (n=6), bipolar disorder (n=4), and major depressive disorder (n=-1).

The mean total daily quetiapine dose was 100 mg/day (range 13-400 mg/day) and was similar in patients with idiopathic psychoses (median 75 mg/day; range 25-400 mg/day),

MDL-WhittingtonL-0710475
000089-CONFIDENTIAL

and in patients with organic psychoses (median 100 mg/day; range 13-375 mg/day).

With regard to efficacy assessments, BPRS total score improved progressively throughout the trial. The improvements were statistically significant (p<0.01) at all time points measured (weeks 2, 4, 8, and 12). CGI Severity of Illness scores also improved significantly (p<0.01) throughout the trial at all time points. Improvements were comparable between patients with idiopathic psychoses and organic psychoses. Mean CGI Global Improvement scores ranged from 2.8 to 3.3 at weeks 2, 4, 8, and 12. Overall, 52% of patients (48% of patients with idiopathic psychosis and 54% of patients with organic psychoses) had at least a 20% decrease in BPRS total score at end point, from baseline.

During the study SEROQUEL was well tolerated with no major safety concerns. The most common adverse events reported were somnolence (32%), dizziness (14%), and postural hypotension (13%). Most adverse events were rated as mild or moderate in intensity. Accidental injury (fall, fracture, laceration) occurred in 12% of patients but was not attributed to quetiapine in any patient. Thirteen patients (9%) were withdrawn due to adverse events; adverse events leading to withdrawal that occurred in two or more patients were somnolence (3), dizziness (2), and pneumonia (2).

EPS improved during the course of the trial, as indicated by a progressive decrease in Simpson-Angus Scale scores. Mean total scores on the Simpson-Angus Scale and the Abnormal Involuntary Movement Scale decreased at end point. EPS adverse events occurred infrequently (6%) and at a lower rate than in previous placebo-controlled quetiapine trials where EPS for quetiapine and placebo-treated patients was 7% and 12%, respectively. EPS events consisted of akathisia (n=5), tremor (n=2), neck rigidity (n=1), and extrapyramidal syndrome (n=1); no dystonia was reported during the study. All EPS events were rated as mild with the exception of 1 case of akathisia which was rated as moderate. Concomitant anticholinergic medication for EPS was used in 17 (11%) patients, usually for short durations (3 days or less); similar rates were reported in previous placebo-controlled trials (9% for quetiapine, 13% for placebo). Anticholinergic adverse events reported during the study were all rated as mild and consisted of constipation and dry mouth in 12 patients (8%) and 6 patients (4%), respectively.

There were no clinically significant effects on hematology or clinical chemistry measurements, ECG or vital signs. Mean changes in cardiac intervals from baseline to endpoint were 0.000 seconds for $QT_c$ intervals, 0.000 seconds for PR intervals, and -0.006 seconds for QT intervals. Clinically significant postural changes in both systolic blood pressure and pulse were reported in

(5%) patients. Overall, no increase in mean body weight was reported during the trial. The mean change in weight from baseline to endpoint was +0.78 kg. Clinically significant increases in weight (increase from baseline of 7% or greater) occurred in 9 patients (6%).

MDL-WhittingtonL-0710475
000090-CONFIDENTIAL

The investigators concluded quetiapine was well tolerated in the elderly patient which warrants further controlled clinical trials in this population.

Fleming et al[3] evaluated the neurocognitive effects of SEROQUEL in two trials. Eighteen men meeting the DSM-IV criteria for schizophrenia, schizoaffective disorder or bipolar disorder received placebo tid for 4 to 9 days, then SEROQUEL 25 to 250 mg tid for 8 to 10 days. A computerized neurocognitive test battery was given 0.5 hours before and 1.5 hours after the last morning placebo and SEROQUEL doses. Patients receiving SEROQUEL showed a significant improvement in test performance with respect to tests of attention and learning, speed and set shifting, conflict-reaction-time measures, necessitating the inhibition of a predominant response, and response rate to an external stimulus. The investigators concluded that SEROQUEL "significantly improved certain psychomotor and complex cognitive measures."

The efficacy and tolerability of quetiapine and risperidone have been compared in 751 adult outpatients with psychotic disorders in a 4-month, multicenter, open-label trial called QUEST (Quetiapine Experience with Safety and Tolerability). Patients were randomized in a 3:1 ratio (quetiapine: risperidone) and were flexibly dosed. A total of 553 patients were randomized to treatment with quetiapine and 175 patients to treatment with risperidone. Patients with psychosis as defined by DSM-IV were eligible for inclusion in the study. The largest number of patients in the study had a diagnosis of schizophrenia, followed by schizoaffective disorder, bipolar I disorder, and major depressive disorder. There were 78 patients (14.1%) with bipolar I disorder randomized to treatment with quetiapine compared with 19 (10.9%) patients with bipolar I disorder randomized to treatment with risperidone.

The primary objective of the trial was to compare safety and tolerability of quetiapine to those of risperidone in a broad outpatient population of individuals with psychotic disorders. The secondary trial objective was to compare efficacy, quality of life, and healthcare utilization measures between patients treated with quetiapine and risperidone. Analyses of specific demographic and diagnostic subsets have not been completed at this time.

The results of the QUEST trial were recently presented in poster format at the Annual Meeting of the American Psychiatric Association.[4] A copy of the poster presentation is enclosed as a professional courtesy for your review and consideration.

The above information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information.

Thank you for your interest in SEROQUEL.  If I may be of further assistance to you, please contact AstraZeneca at 302-886-3838.

Sincerely,


AMY A. FETCHKO PHARMD
MEDICAL KNOWLEDGE PRODUCT SCIENTIST

AAF/ACC/142143/S40602

Enclosures:

- SEROQUEL Professional Information Brochure

- Tariot P, Salzman C, Yeung P, et al. Clinical improvement and tolerability is maintained in elderly patients with psychotic disorders treated with SEROQUEL (quetiapine) [poster]. Presented at: the American Psychiatric Association Annual Meeting; May 15-20, 1999; Washington, D.C.

- Reinstein M, Bari M, Ginsberg L, Sandler N, and  Mullen J.  Quetiapine and risperidone in outpatients with psychotic disorders: Results of the QUEST Trial [poster]. Presented at: the 152nd Annual Meeting of the American Psychiatric Association, Washington, DC, May 15-20, 1999.

References:

1. Tariot P, Salzman C, Yeung P, et al. Clinical improvement and tolerability is maintained in elderly patients with psychotic disorders treated with SEROQUEL (quetiapine) [poster]. Presented at: the American Psychiatric Association Annual Meeting; May 15-20, 1999; Washington, D.C.


2. McManus DQ, Arvanitis LA, Kowalcyk BB, for the SEROQUEL Trial 48 Study Group. Quetiapine, a novel antipsychotic: experience in elderly patients with psychotic disorders. *J Clin Psychiatry.* 1999;60(5):292-298.

3. Fleming K, Kahali A, Yeh C, et al. Neurocognitive effects of 'Seroquel' (ICI 204,636) [abstract]. Presented at: the 10th World Congress of Psychiatry. 1996;2:305. Access #AN42799

MDL-WhittingtonL-0710475
000092-CONFIDENTIAL

4.   Reinstein M, Bari M, Ginsberg L, Sandler N, and  Mullen J.  Quetiapine and risperidone in outpatients with psychotic disorders: Results of the QUEST Trial [poster]. Presented at: the 152nd Annual Meeting of the American Psychiatric Association, Washington, DC, May 15-20, 1999.

MDL-WhittingtonL-0710475
000093-CONFIDENTIAL



MDL-WhittingtonL-0710475
000094-CONFIDENTIAL

# Quetiapine And Risperidone In Outpatients With Psychotic Disorders: Results Of The QUEST Trial NR630

Michael Reinstein[1], Mohammad Bari[2], Lawrence Ginsberg[3], Nat Sandler[4], and Jamie Mullen[5]
[1]Reed Foundation, Chicago, IL; Synergy Clinical Research Institute, Chino Hills CA; Red Oak Psychiatry Associates PA, Houston TX
[5]University of Kentucky, Lexington, KY; Zeneca Pharmaceuticals, Wilmington, DE

## Abstract

In a 4-month, multicenter, open-label trial, the tolerability and efficacy of quetiapine (SEROQUEL) and risperidone were compared in 751 adult outpatients with psychotic disorders. Patients were randomized in a 3:1 ratio (quetiapine:risperidone) and were flexibly dosed. Assessments included the Extrapyramidal Symptoms (EPS) Checklist, the Hamilton Rating Scale for Depression (HAMD), the Clinical Global Impression (CGI), the Positive and Negative Syndrome Scale (PANSS), and the Drug Attitude Inventory (DAI-10). At the end of the trial the mean quetiapine dose was 317 mg and the mean risperidone dose was 4.5 mg. EPS events in both treatment groups declined over the 4-month treatment period, with no significant differences between groups in the overall occurrence of EPS. Patients in the risperidone group were more likely to have an EPS event and more likely (p<0.001) to have EPS that required adjustment of study medication or addition of anti-EPS medication than were patients in the quetiapine group. EPS symptoms rated as "at least moderate" occurred more frequently at each visit in risperidone patients. The quetiapine and risperidone groups had improvements in all efficacy measures. The quetiapine group had significantly (p=0.0280) greater improvement in HAMD than the risperidone group relative to the baseline. At the completion of the trial the mean quetiapine dose was 317 mg and the mean risperidone dose was 4.5 mg. In summary, quetiapine was less likely than risperidone to be associated with EPS or concurrent anti-EPS medication, was more effective than risperidone in treating depressive symptoms, and was as effective in treating the positive and negative symptoms of outpatients with psychosis.

## Objective

- To compare the tolerability and efficacy of quetiapine and risperidone in adult patients with psychotic disorders

## Methods

### Trial Design

- 4-month, multicenter, open-label trial.
- Patients with psychosis as defined by DSM-IV, no evidence of medically significant disorders, no current treatment with clozapine or hypersensitivity or nonresponsiveness to clozapine, and no history of drug-induced agranulocytosis.
- Patients were randomized in a 3:1 ratio of quetiapine to risperidone.
- Both quetiapine and risperidone were flexibly dosed.
  - Recommended starting doses were 25 mg twice daily for quetiapine and 1 mg twice daily for risperidone.
- Efficacy (HAMD, CGI, PANSS, DAI-10) were rated at visits on Weeks 1 and 2, and Months 1, 2, 3, and 4.

FUNDED BY ZENECA PHARMACEUTICALS

## Tolerability Assessment

- Extrapyramidal Symptoms (EPS) Checklist at each visit.

### Efficacy Assessments

- Hamilton Rating Scale for Depression (HAMD) at Months 0, 2, and 4.
- Clinical Global Impression (CGI) at each visit.
- Positive and Negative Syndrome Scale (PANSS) at Months 0, 2, and 4.
- Drug Attitude Inventory (DAI-10) at Months 0, 2, and 4.

## Results

### Patient Population

**Table 1. DSM-IV Diagnosis**

| | Risperidone (n=176) | Quetiapine (n=563) |
|---|---|---|
| Schizophrenia | 34% | 35% |
| Schizoaffective disorder | 33% | 28% |
| Bipolar I disorder | 11% | 14% |
| Major depressive disorder | 11% | 10% |
| Delusional disorder | 2% | 2% |
| Alzheimer's dementia | 1% | 1% |
| Other | 8% | 8% |

### Exposure

- The mean dose at week 16 was 317 mg for quetiapine and 4.5 mg for risperidone.

### Tolerability

**Figure 1. Moderate or greater EPS**



- EPS events in both treatment groups declined over the 4-month treatment period. The quetiapine group had less moderate-severe EPS than the risperidone group at each visit after screening.

## Figure 2. Patients requiring change in antipsychotic dose or addition of anti-EPS medication



- The odds of a risperidone-treated patient having a treatment-emergent EPS event that required adjustment of medication or addition of anti-EPS medication were 5.6 times greater than for a quetiapine-treated patient (p<0.001).

## Figure 3. Cumulative percent of patients requiring additional EPS medication

- By week 16, 19.6% of patients receiving risperidone required the addition of anti-EPS medication for treatment-emergent EPS. In contrast, 4.5% of quetiapine-treated patients required the addition of anti-EPS medication.

### Efficacy

**Figure 4. Mean change in Hamilton Rating Scale for Depression (HAMD) scores**

- The mean change in HAMD was significantly (p=0.0280) greater in the quetiapine group than in the risperidone group. Baseline mean HAMD was 15.5 for both groups.

## Figure 5. Patients having "much" or "very much" improvement on CGI

- A higher percentage of patients in the quetiapine group relative to the risperidone group had improvement in CGI at each visit.

## Figure 6. Change in PANSS scores*

*Adjusted for differences in baseline
**non-significant difference

- No statistically significant differences between groups were evident in the PANSS positive score, negative score, general psychopathology score, or total score.

**Table 2. Change in DAI-10 relative to baseline**

| | Quetiapine (n=99) | Risperidone (n=30) | Quetiapine Risperidone Difference (95% CI) | 95% CI | p-value |
|---|---|---|---|---|---|
| Pooled baseline mean LS mean (SD) | 47.8 5.7 (0.15) | 14.0 5.4 5.5 (0.27) | 0.2 (0.17) | -0.4, 0.0 | 0.6550 |

DAI-10: Drug Attitude Inventory 10. Confidence Interval: LS Least squares.

- The change in DAI-10 relative to baseline was similar between the quetiapine and risperidone groups.

## Conclusions

- Quetiapine therapy was associated with a lower occurrence of moderate to severe EPS events.
- There was less use of anti-EPS medication and less need to adjust treatment medication for treatment-emergent EPS with quetiapine.
- Quetiapine produced greater improvement in depressive symptoms, as measured by the HAMD, than risperidone.
- Quetiapine and risperidone were equally effective in reducing positive and negative symptoms as assessed using the PANSS scale.

MDL-WhittingtonL-0710475
000095-CONFIDENTIAL

December 12, 2001


Mohamed Saleh, M.D.
Attn:  Dan Marcolm
1408 San Marco Boulevard
Jacksonville, FL 32207


Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Nancy J. White, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets.  Your inquiry concerned the use of quetiapine in post-traumatic stress disorder (PTSD).

SEROQUEL, an antipsychotic drug belonging to the dibenzothiazepine chemical class, is indicated for the treatment of schizophrenia.  SEROQUEL is not approved for treatment of PTSD.

A search of our internal database of published medical literature identified one citation discussing the use of quetiapine in PTSD.  Hamner and colleagues[1] assessed the use of quetiapine as add-therapy to antidepressant agents in 20 veterans with a DSM-IV diagnosis of PTSD.  Patients were stabilized on their current antidepressant therapy for at least 1 month before initiation of quetiapine therapy, then started on quetiapine 25 mg at bedtime with titration up to 300 mg/day based on clinical response. Patients were treated with quetiapine for 6 weeks in this open-label study.  Antidepressant therapy and other psychotropic medications (antipsychotic agents were not allowed) were maintained at a constant dose throughout the study.  Primary efficacy was assessed by the Clinician Administered PTSD Scale (CAPS).  Secondary efficacy measures included the Positive and Negative Syndrome Scale (PANSS), Clinical Global Impression (CGI), and Hamilton Rating Scale for Depression (HAMD).  Tolerability was evaluated by routine monitoring of vital signs and the assessment of movement disorders using the Abnormal Involuntary Movement Scale (AIMS), the Simpson-Agnus Scale (SAS), and the Barnes Akathisia Scale (BAS).

The average dose of quetiapine used was $100 \pm 70$ mg/day (range, 25 to 300 mg/day).  Two patients received quetiapine as monotherapy.  Efficacy results were presented for 19 of the 20 patients enrolled; tolerability data were available for 18 patients.  A significant decrease from baseline in the CAPS was noted at weeks 2, 4, and 6 ($p<0.002$, $p<0.0005$, and $p<0.0005$, respectively).  A clinically significant response, defined as a 20% or greater reduction in CAPS, was noted in 12 (63%) patients (the patients receiving quetiapine monotherapy were among the significant responders).  Decreases in CGI ratings were noted for 11 of 19 patients and PANSS

scores decreased significantly during the study.  Eighteen patients completed the full 6 weeks of quetiapine therapy.  One patient complained that increased sleep exacerbated his back pain and did not return for the first follow-up visit; another patient missed his week 6 appointment.  The most common adverse event was sedation (n=7; 36.8%), which the authors noted as a desirable effect.  Other adverse events included dizziness (n=3; 15.8%), dry mouth (n=3; 15.8%), hypersalivation (n=1; 5.3%), diarrhea (n=1; 5.3%), headache (n=1; 5.3%), and amblyopia (n=1; 5.3%).  The authors concluded that adjunctive quetiapine therapy showed improvement in core PTSD symptoms. Positive and negative symptoms and depressive symptoms also improved. Additional studies are needed to establish a role for quetiapine in treating PTSD.  A copy of this poster presentation is enclosed for your review.

The above information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions.  AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information.

Thank you for your interest in SEROQUEL.  If I may be of further assistance to you, please contact AstraZeneca.

Sincerely,

*Amy A. Fetchko, Pharm.D.*
Medical Information Manager

INQ 237109

Enclosure(s):

- SEROQUEL Prescribing Information

- Hamner MB, Deitsch SE, Ulmer HG, et al. Quetiapine treatment in posttraumatic stress disorder: a preliminary open trial of add-on therapy [poster]. Presented at: the NCDEU 41st Annual Meeting; May 28-31, 2001; Phoenix, AZ.

Reference(s):

1. Hamner MB, Deitsch SE, Ulmer HG, et al. Quetiapine treatment in posttraumatic stress disorder: a preliminary open trial of add-on therapy [poster]. Presented at: the NCDEU 41st Annual Meeting; May 28-31, 2001; Phoenix, AZ.

MDL-WhittingtonL-0710475
000097-CONFIDENTIAL

0                                                                                                      0

| AstraZeneca | **Medical Resources QA Survey** | Medical Resources |
| --- | --- | --- |

Dear Dr. Saleh:                                    December 12, 2001

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.

1.  Did the response answer your question?   @   Not at   @   Partiall   @

If you checked "Partially" or "Not at all", please explain in the space below:

|  |
| --- |
|  |

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca

|  | Stronly Disagree | Disagree | No Opinion | Agree | Strongly Agree |
| --- | --- | --- | --- | --- | --- |
| a) The information is useful/helpful | @ | @ | @ | @ | @ |
| b) The information is clear and logical/understandable | @ | @ | @ | @ | @ |
| c) The information is scientifically balanced | @ | @ | @ | @ | @ |
| d) Our response to your inquiry was handled in a reasonable amount of time/timely manner | @ | @ | @ | @ | @ |

3.  Overall, I was satisfied with the quality of information I received   @   @   @   @   @

4.  If you received articles with your inquiry request, was the number sent satisfactory?   @   @   @   @   @

   a)  If you disagree with the above statement, do you feel that the number of articles was unsatisfactory?   @ Too   @ Too Few

   b)  If you did not receive articles to support the response to your inquiry, do you feel that articles should have been included or would have improved the overall quality of the response?   @ Yes   @ No   @ No

5.  In general, how do the responses from AstraZeneca compare to those of other companies?   @ Not enough experience to compare   @ Inferior   @ Below Average   @ Average   @ Above Average   @ Superior

6.  What is your profession?   @ Physician   @ Pharmacist   @ Nurse   @ Dentist   @ Other

7.  Please provide any suggestions for changes or improvement in the medical information services provided by AstraZeneca in the space below:

|  |
| --- |
|  |

Thank you for taking time to complete the survey.
We hope to use this information to continually improve our services.

**237109**                    **SEROQUEL**                    **fetchkoa**

5   005                                                                              0   1

MDL-WhittingtonL-0710475
000098-CONFIDENTIAL

# Quetiapine Treatment in Posttraumatic Stress Disorder: A Preliminary Open Trial of Add-On Therapy

MB Hamner, SE Deitsch, HG Ulmer, PS Brodrick, JP Lorberbaum
Mental Health Service, Ralph H. Johnson VA Medical Center, Charleston, SC

## Abstract

## Introduction

## Objective

## Methods

### Study Design

### Dosage of Quetiapine

### Efficacy Assessments

### Tolerability Assessments

### Statistical Analyses

## Results

### Demographics and Dosage

### Efficacy

### Tolerability

## Conclusions

## References

MDL-WhittingtonL-0710475
000099-CONFIDENTIAL

December 12, 2001

Mohamed Saleh, M.D.
Attn:  Rebecca Michaels
1408 San Marco Boulevard
Jacksonville, FL 32207

Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Nancy J. White, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets.  Your inquiry concerned the use of quetiapine in patients with mood disorders, specifically bipolar disorder.

SEROQUEL, an antipsychotic drug belonging to the dibenzothiazepine chemical class, is indicated for the treatment of schizophrenia.

A search of the published medical literature identified several studies and case reports, summarized below, relevant to the use of quetiapine in patients with bipolar disorder.

Ghaemi and Katzow[1] performed a retrospective chart review of patients with bipolar disorder who received quetiapine.  Charts of patients who were treated at an outpatient clinic and a large psychopharmacology private practice between July 1997 and July 1998 were reviewed to identify those who received quetiapine and were diagnosed with bipolar disorder, type I, by DSM-IV criteria.  Treatment response was rated retrospectively at the time of chart review using the Clinical Global Impression-Bipolar Disorder (CGI-BP) scale.  A patient with moderate to marked response score on any CGI-BP subscale was identified as a responder. Six patients, 2 males and 4 females (ages $40 \pm 16$ years, range 19-60) were included in the review.  The mean dose of quetiapine treatment was $100 \pm 82.2$ mg/d (range 25-200) for $8.3 \pm 6.5$ weeks (range 1-16).  Two of the six patients, one experiencing rapid cycling episodes and the other experiencing mixed mania, were "very much improved" after quetiapine treatment.  In one patient, quetiapine treatment of a severe depression led to a much worse depression.  Three patients experienced minimal improvement, and two of the six patients who also received concomitant mood-stabilizing medications, experienced no response to quetiapine treatment.  The most common side effect was mania (4/6).  Weight gain, akathisia, headache, dry mouth, and vomiting were also noted.  Induction of mania or hypomania by quetiapine did not occur.

Sajatovic et al[2] evaluated quetiapine in a prospective, open-label trial in patients with neuroleptic dependent serious mood disorders.  Patients with bipolar (n=9) or schizoaffective disorder (n=7) who, on the basis of clinical history, required both mood stabilizing and antipsychotic

MDL-WhittingtonL-0710475
0000100-CONFIDENTIAL

medication for at least 6 months with a demonstrated inability to wean off neuroleptic
medication were enrolled in this trial.  Patients were given add-on quetiapine therapy to existing
medication regimen; quetiapine was initiated at 25 mg twice daily and was increased as clinically
tolerated to a therapeutic dosage (possible range, 25 to 800 mg/day).  Conventional antipsychotic
medications were tapered and discontinued as tolerated during the first month of the trial.
Quetiapine therapy was continued for 12 weeks.

The mean daily maintenance dose in this trial was $154.7 \pm 115.5$ mg/day (range 25-400 mg/day).
Overall, patients demonstrated significant improvements in the Brief Psychiatric Rating Scale
(BPRS) (P=0.0001), Young Mania Rating Scale (p=0.008), and Hamilton Depression Rating
Scale (HDRS) (P=0.003) compared with baseline.  Simpson-Angus scores (SAS) decreased from
a baseline score of $5.5 \pm 4.7$ to an end point score of $2.5 \pm 4.1$ (P=0.075).  The authors concluded
quetiapine may be beneficial for some patients with serious mood disorders.  A copy of the
poster presentation of this data is enclosed for your review.

Zarate et al[3] conducted a retrospective chart review to evaluate whether patients with psychotic
mood disorders would respond better to quetiapine than patients without these features.  Men and
women included in the trial were aged 18 years and older, newly treated with quetiapine, and
were diagnosed as having bipolar disorder (manic, mixed, or depressive type), major depression
with psychotic features, schizophrenia, schizoaffective disorder (bipolar or depressive type),
delusional disorder, or psychosis not otherwise specified (NOS).  Response to quetiapine was
assessed on a 4-point scale:  0=no response, 1=minimal improvement with slight reduction in
symptoms and mild improvement in social or vocational functioning; 2=moderate improvement
with significant but incomplete reduction in symptoms and allowing return to premorbid social
or vocational functioning; 3=marked improvement with virtual or complete remission of
symptoms allowing return to premorbid social or vocational functioning.  Hospital records were
reviewed to determine response.  Responders were defined as patients having a moderate to
marked response (score= 2-3) and nonresponders were defined as patients having no to minimal
response (score =0-1).

Of the 2856 admissions during the study period, 145 consecutive patients (5%) were newly
treated with quetiapine.  This group consisted of 37 patients (26%) with bipolar disorder (19
manic, 13 mixed, and 5 depressed type); 37 (26%) with major depression with psychotic
features; 31 (21%) with schizoaffective disorder (22 bipolar, 9 depressive type); 19 (13%) with
schizophrenia, 19 (13%) with psychosis NOS; and 2 (1%) with delusional disorder.  Twenty
patients (14%) discontinued therapy due to lack of efficacy; however, these patients were still
included in the analyses.

Twenty-nine patients (20%) received quetiapine as monotherapy, while the other patients were
taking other psychoactive drugs concomitantly.  Patients with a diagnosis of bipolar disorder
(mixed, depressive, or manic) or schizoaffective disorder bipolar type had higher response rates
(74%) compared with patients with schizophrenia.  However, this finding was not statistically
significant.

Of the 145 patients treated with quetiapine, 37% had previously discontinued risperidone, 43%
had discontinued olanzapine, and 17% had discontinued clozapine because of either lack of

_____ 3

efficacy or intolerance.  A history of non-response or intolerance to any of these drugs did not predict response or lack of response to quetiapine.  Seventy-six percent (110/145) of these patients subsequently responded to quetiapine.

Thirty-five percent (n=51) of patients experienced at least one adverse event; however, no patient discontinued quetiapine because of intolerable side effects.  The adverse events were as follows: sedation (15%), dizziness (6%), hypotension (4%), dyspepsia (4%), headache (3%), tremor (1%), and akathisia (<1%).  The authors concluded that quetiapine may be a useful alternative or adjunctive treatment for patients with bipolar and schizoaffective disorders.

*Use in Adolescents*

Catapano-Friedman[4] reported the case of an 18-year-old male successfully treated with quetiapine for bipolar disorder (mixed type).  The patient had a history of sexual abuse, substance abuse, psychiatric hospitalizations, depression, and suicide attempts.  The patient underwent in-patient drug rehabilitation and was treated as an outpatient with lithium, risperidone, and paroxetine.  Despite treatment, his violent episodes, suicidality, depression, auditory hallucinations, and nightmares continued.  The patient also described the existence of an evil "self" named Po, who was responsible for the violence.  The patient was treated unsuccessfully with a regimen of lithium, paroxetine, and risperidone – mood fluctuations, aggressive behavior, suicidal and homicidal ideation, depression, and psychomotor agitation persisted.  The patient was again hospitalized and treated with divalproex sodium (250 mg tid), olanzapine (7.5 mg at bedtime), and fluoxetine (40 mg in the morning), which replaced lithium, risperidone, and paroxetine, respectively.  The patient showed some improvement on this regimen; however, he often experienced derealization and poor sleep, and "Po" was still urging self-harm.  Increased doses of divalproex sodium (250 mg tid) and olanzapine (20 mg/day) did not resolve these symptoms.  Olanzapine was replaced with quetiapine, which was titrated to 600 mg/day.  His sleep promptly improved and the derealization and hallucinations, including Po, disappeared.  The patient did not experience any side effects from quetiapine and he remained free of psychotic manifestations, paranoia, mania, and behavioral difficulties for at least one year.  Relationships with family, peers, and adults also improved.  The patient was discharged to a group home and now lives independently.  The authors concluded quetiapine, titrated to a relatively high dose, provided a well-tolerated and effective therapy for a disabling psychiatric illness in this patient that was resistant to an alternative drug in this class.

DelBello and colleagues[5] evaluated the efficacy, tolerability, and safety of quetiapine as adjunctive therapy to divalproex sodium (VPA) in adolescents with bipolar disorder.  Thirty adolescents with manic or mixed bipolar I disorder were enrolled in this 6-week, double-blind, placebo-controlled study.  All patients received an initial VPA dose of 20 mg/kg and were randomized to quetiapine (n=15) or placebo (n=15).  Quetiapine was initiated at 25 mg bid, and titrated to 450 mg/day by day 7.  Efficacy, safety, and tolerability were assessed weekly using the YMRS, CDRS, PANSS, CGI/CGI-C, SAS, Barnes Akathisia Scale (BAS), Abnormal Involuntary Movement Scale (AIMS), laboratory tests, and vital signs.

Mean dosage of quetiapine was 432 mg/day and mean VPA level was 102 μg/mL and 104 μg/mL in the VPA + placebo and VPA + quetiapine groups, respectively.  Manic, depressive,

MDL-WhittingtonL-0710475
0000102-CONFIDENTIAL

4

and psychotic symptoms were significantly reduced from baseline in both treatment groups; however, a greater reduction in these parameters was noted in the VPA + quetiapine group compared to the VPA + placebo group.  Response rate (defined as a reduction of ≥ 50% from baseline in YMRS last observation carried forward) was significantly greater in the VPA + quetiapine groups vs. the VPA + placebo group.  The most common adverse events in the VPA + placebo and VPA + quetiapine groups were sedation (33% versus 80%), nausea (40% versus 27%), and headache (47% vs. 47%).  The authors concluded this preliminary data suggests that quetiapine is effective, safe, and well tolerated when used as adjunctive therapy with VPA for adolescents with bipolar disorder.  In addition, they stated quetiapine in combination with VPA is more effective at reducing manic, depressive, and psychotic symptoms associated with bipolar disorder than VPA alone.   A copy of the poster presentation of this data is enclosed for your review.

*Use in Elderly*

Madhusoodanan et al[6] reported their clinical experience with quetiapine in 7 elderly patients between the ages of 61 and 72 years who were diagnosed with schizophrenia (n=4), schizoaffective disorder (n=2), or bipolar disorder (n=1).  These patients were treated in an inpatient geropsychiatric unit after demonstrating an inadequate response or treatment resistance to their previous antipsychotic treatment.  The mean age of the patients was 65.1 years.  The mean duration of quetiapine treatment was 21.3 ± 11 days and the mean dose of quetiapine was 325 mg/day for responders and 566 mg/day for non-responders.  Four patients responded to quetiapine treatment; treatment was discontinued in 2 patients due to lack of response.  Five patients had preexisting extrapyramidal symptoms (EPS); these symptoms diminished in three patients without the addition of antiparkinson medications.  One patient developed mild new onset EPS and required antiparkinson medication.  The author provided a detailed case report, summarized below, on the patient diagnosed with bipolar disorder-manic type (patient 5).

Patient 5, a 62-year-old male nursing home resident, was hospitalized secondary to being grandiose, elated, delusional, and hostile.  The patient had a history of bipolar disorder, hypertension, atherosclerotic heart disease, peptic ulcer disease, fractured hip, and a 2-year psychiatric hospitalization 6 months before this admission.  He was maintained on a regimen of haloperidol 2 mg bid, valproic acid liquid 250 mg tid, and lithium citrate 600 mg in the morning and at bedtime.  At admission, the patient's lithium level was within the therapeutic range and his valproic acid level was low; however, these medications were continued at preadmission dosages.  Haloperidol was discontinued and quetiapine was started at 50 mg bid, increasing to 100 mg bid after 1 week.  Side effects of quetiapine consisted of dizziness, hypotension, and somnolence, all of which were transient and resolved within a few days.  The patient showed improvement in 2 weeks, and by day 18 he was calm and no longer grandiose, elated, or delusional.  The patient was discharged back to the nursing home.

*Use as Adjunctive Therapy with Mood Stabilizers*

Dunayevich and Strakowski[7] reported the use of quetiapine as adjunctive therapy to lithium in a 39-year-old woman with treatment-resistant bipolar disorder.  The patient was diagnosed with bipolar disorder during her 20s, at which time she responded well to lithium carbonate.

MDL-WhittingtonL-0710475
0000103-CONFIDENTIAL

However, after several relapses, the patient began experiencing breakthrough symptoms, and valproic acid and antipsychotic agents were added. Therapy with both conventional and atypical antipsychotics (olanzapine and risperidone) was poorly tolerated and electroconvulsive therapy was only minimally effective. The patient was most recently hospitalized for worsening mania precipitated by a reduction in her trifluoperazine dose from 15 to 12 mg/day. Presenting symptoms included insomnia, racing thoughts, sexual preoccupation, impulsivity, irritability, increased energy, pressured speech, flight of ideas, paranoid ideations, auditory hallucinations, and suicidal ideation. In addition to trifluoperazine, she was taking valproic acid 2000 mg/day and lithium carbonate 1200 mg/day. Quetiapine, titrated to 75 mg tid, was started at admission, while maintenance therapy with valproic acid, lithium carbonate, and trifluoperazine 6 mg/day were continued. On this regimen, her manic symptoms rapidly improved and she experienced minimal sedation. Ten days after discharge, the patient was readmitted with an exacerbation of mania because she was unable to immediately follow up with outpatient treatment. On readmission, quetiapine was increased to 150 mg bid and 200 mg at bedtime over a period of four days. Trifluoperazine and valproate doses were decreased to 4 mg and 1500 mg at bedtime, respectively. The patient was discharged 8 days later with full remission of her mania and psychotic symptoms. Trifluoperazine and valproic acid were gradually tapered and discontinued over the subsequent 6 months. Her quetiapine dose was adjusted to 200 mg in the morning and 400 mg at bedtime, resulting in weight loss and sedation. On this combination regimen of lithium and quetiapine, the patient has remained clinically stable.

Chisholm et al[8] retrospectively evaluated the effectiveness and tolerability of quetiapine as an adjunctive treatment in patients with bipolar disorder. The charts of 45 consecutive patients with bipolar disorder who had quetiapine added to their medication regimens for clinical symptoms were reviewed. Response to quetiapine was assessed over a minimum of 2 weeks and up to a 6-month period using the YMRS, Inventory of Depressive Symtomatology (IDS), and CGI-BP.

Twenty-six patients were excluded from the analysis for reasons such as insufficient data, substance abuse, or inadequate exposure to quetiapine. Fifteen patients were prescribed quetiapine for symptoms including disrupted sleep, hypomania/mania, mood lability, psychosis, or as an alternative to a previous antimanic agent. Four patients were prescribed quetiapine for as needed (PRN) use. Quetiapine as add-on treatment reduced symptoms in most patients with few side effects. Sedation was the most commonly reported side effect. The authors concluded, "quetiapine add-on treatment resulted in decreased symptoms for most patients and controlled studies of the acute and long-term efficacy and tolerability of quetiapine in bipolar disorder appear warranted." A copy of the poster presentation of this data is enclosed for your review.

*Use in Rapid Cycling Bipolar Disorder*

Demopulos and colleagues[9] presented retrospective data comparing various atypical antipsychotics as adjunctive treatment to mood stabilizers in patients with rapid-cycling bipolar disorder. This information was presented in abstract form. The charts of patients with rapid-cycling bipolar disorder were reviewed for atypical antipsychotic agent, gender and age of the patient, and history of psychotic symptoms. Six patients (24%) were taking quetiapine at a mean dose of 162.5 mg ± 130.5 mg for an average of 20.0 ± 17.4 weeks. Changes in baseline and endpoint measurements of CGI and Global Assessment of Functioning (GAF) scores were

MDL-WhittingtonL-0710475
0000104-CONFIDENTIAL

calculated.  Improvement in the GAF score was statistically significant and improvement in the CGI score trended toward significance for quetiapine and the other atypical agents evaluated.  A history of psychosis was documented in 36% of patients.  The authors concluded that atypical antipsychotic agents improved the course of patients with rapid-cycling bipolar disorder.  Further studies with more patients with rapid-cycling bipolar disorder are needed.

Ghaemi and colleagues[10] presented pilot data on the effectiveness of quetiapine in patents with rapid-cycling bipolar disorder.  The study, designed to recruit 40 bipolar I rapid-cycling patients, has recruited 16 subjects to date.  In addition to meeting DSM-IV criteria for bipolar disorder, rapid cycling, patients also had to still be experiencing either subthreshold or threshold mood episodes while on their standard treatment, which had to include conventional mood stabilizers (lithium, divalproex, carbamazepine, or lamotrigine).  Quetiapine (open-label and nonrandomized) was dosed at 25 mg bid for 3 days, then 50 mg bid for 3 days, then 50 mg every morning plus 100 mg at bedtime.  Further dosage titration occurred at 50 mg/week as needed.  The target dosage was 150 to 200 mg/day, with a maximum of 600 mg/day.  Effectiveness was evaluated using the YMRS, HDRS, CGI for bipolar disorder, Global Assessment of Functioning, and Scale to Assess Unawareness of Mental Disorder (SUMD).

The 22 patients enrolled were assessed for the preliminary analysis.  Of these, 8 patients received quetiapine monotherapy.  Mean dosage of quetiapine was $188.1 \pm 152.4$ mg/day for an average duration of $14.1 \pm 13.2$ weeks.  Mean dosage in patients on quetiapine monotherapy was $159.4 \pm 113.3$ mg/day; the average duration of treatment was $11.4 \pm 11.8$ weeks.  In the 10 patients with a 12-week minimum follow-up, 60% were responders (defined as demonstrating at least 50% improvement in either HDRS or YMRS ratings).  CGI-BP ratings indicated improvement in both manic and depressive symptoms from week 2 onwards, with statistical significance for manic symptoms at week 4 and overall bipolar illness at weeks 4 and 8.  Side effects were minimal and more than half of patients reported no side effects.  The authors stated that early indications are that quetiapine improves rapid-cycling symptoms in bipolar disorder.  A copy of the poster presentation of this data is enclosed for your review.

*Use in Bipolar Disorder and Concomitant Substance Abuse*

Brown and colleagues[11] evaluated whether the use of quetiapine would improve mood symptoms and reduce drug use and cravings in patients with bipolar disorder and cocaine dependence.  Twelve patients (10 with bipolar I and 2 with bipolar II disorder) were enrolled in this 12-week, open-label study.  Each subject was evaluated at baseline by a structured clinical interview, HDRS, YMRS, BPRS, a 10-item version of the Cocaine Craving Questionnaire (CCQ), urine toxicology screen, and a self-report of drug use, including dollar amount spent on drugs during the past week.  After the initial baseline visit, patients received quetiapine in the range of 50 to 100 mg.  Subsequently, patients were flexibly dosed, and doses were titrated upward on a weekly basis.

The mean maximum daily dose of quetiapine was $312.5 \pm 95.6$ mg/day, and a total of 12 patients completed at least 4 weeks of the study.  HDRS, YMRS, and BPRS scores were significantly reduced during the course of quetiapine therapy ($P \leq 0.003$).  Drug cravings also significantly decreased from baseline, as indicated by CCQ assessments ($P < 0.05$).  In the 8 patients who

completed all 12 weeks of the study, an 87% reduction from baseline in the dollar amount spent on cocaine was observed (P=0.043). Quetiapine was well tolerated, and no patients discontinued treatment secondary to side effects. The authors concluded improvement in mood and drug cravings were found in this pilot study, and larger, controlled studies are needed to confirm these preliminary observations. A copy of the poster presentation of this data in enclosed for your review.

*Compared with Other Atypical Antipsychotics*

Mullen et al[12] presented data on the efficacy of quetiapine and risperidone against depressive symptoms demonstrated during the Quetiapine Experience with Safety and Tolerability (QUEST) trial, a 4-month, multicenter, open-label trial. Patients were randomized in a 3:1 ratio (quetiapine: risperidone) and were flexibly dosed. A total of 554 patients were randomized to treatment with quetiapine and 175 patients were randomized to treatment with risperidone. Patients with a variety of psychoses as defined by DSM-IV were eligible for inclusion in the study. A total of 83 (15%) and 20 (11%) patients randomized to the quetiapine and risperidone groups, respectively, were diagnosed with bipolar disorder.

The mean dose of medication at week 16 was 317 mg for quetiapine and 4.5 mg for risperidone. The mean change in HDRS scores was significantly greater in the quetiapine group than in the risperidone group (p=0.0280). The baseline mean HDRS score was 15.5 for both groups. Quetiapine produced a greater improvement in HDRS scores than risperidone in patients with primary mood disorders and in patients with non-mood disorders. While in patients with a high baseline HDRS score ($\geq$20), quetiapine produced a significantly greater reduction than risperidone in HDRS, both drugs were equally efficacious in patients with moderate baseline HDRS scores (10 to <20). Neither drug showed significant improvement in patients with low baseline HDRS scores (<10). A copy of the poster presentation of this data is enclosed for your review.

Additional clinical trials onvolving quetiapine have enrolled patients with bipolar disorder; however, results of these trials were reported for the patient group as a whole, and not based on individual diagnoses.[13,14]

The above information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information.

MDL-WhittingtonL-0710475
0000106-CONFIDENTIAL

_____  **8**

Thank you for your interest in SEROQUEL.  If I may be of further assistance to you, please contact AstraZeneca.

Sincerely,

*Amy A. Fetchko, Pharm.D.*
Medical Information Manager

INQ 237110

Enclosure(s):

- SEROQUEL Prescribing Information

- Sajatovic M, Brescan D, Perez D, et al. Quetiapine fumarate in the treatment of neuroleptic dependent serious mood disorders [poster].  Presented at: the 152nd Annual Meeting of the American Psychiatric Association; Washington, DC; May 15-20, 1999.

- Mullen JA, Sajatovic M, Sweitzer D. Efficacy of quetiapine and risperidone against depressive symptoms in outpatients with psychotic disorders [poster]. Presented at: the Annual Meeting of the American Psychiatric Association, Chicago, IL; May 13-18, 2000.

- DelBello MP, Schwiers ML, Rosenberg HL, and Strakowski SM. Quetiapine as adjunctive treatment for adolescent mania [poster].  Presented at: the APA Institute on Psychiatric Services; October 10-14, 2001; Orlando, FL.

- Chisholm K, Dennehy E, Suppes T. Clinical response to quetiapine add-on for treatment of refractory bipolar disorder [poster]. Presented at: the Fourth International Conference on Bipolar Disorder; June 14-16, 2001; Pittsburgh, PA.

- Ghaemi SN, Goldberg JF, Ko JY, McNally EE.  Quetiapine treatment of rapid-cycling bipolar disorder: an open prospective study [poster]. Presented at: the APA Institute on Psychiatric Services; October 10-14, 2001; Orlando, FL.

- Brown ES, Nejtek VA, Perantie DC, Bobadilla L.  Quetiapine in patients with bipolar disorder and cocaine dependence [poster]. Presented at: the Fourth International Conference on Bipolar Disorder; June 14-16, 2001; Pittsburgh, PA.

Reference(s):

1. Ghaemi SN, Katzow JJ. The use of quetiapine for treatment-resistant bipolar disorder: a case series. *Ann Clin Psych.* 2000;11(3):137-140.

2. Sajatovic M, Brescan D, Perez D, et al. Quetiapine fumarate in the treatment of neuroleptic dependent serious mood disorders [poster].  Presented at: the 152nd Annual Meeting of the American Psychiatric Association; Washington, DC; May 15-20, 1999.

MDL-WhittingtonL-0710475
0000107-CONFIDENTIAL

3.  Zarate CA, Rothschild A, Fletcher KE, et al. Clinical predictors of acute response with
    quetiapine in psychotic mood disorders. *J Clin Psych*. 2000;61(3):185-189. Access
    #AN58622.

4.  Catapano-Friedman LK. Successful management with quetiapine (600 mg/day) of a
    teenage patient with psychotic symptoms resistant to risperidone. *Int J
    Neuropsychopharmacol*. 2000;3 Suppl 1:S156 Abs P.01.238. Access #AN59569.

5.  DelBello MP, Schwiers ML, Rosenberg HL, et al.  Quetiapine as adjunctive treatment for
    adolescent mania [poster]. Presented at: the APA Institute on Psychiatric Services;
    October 10-14, 2001; Orlando, FL.

6.  Madhusoodanan S, Brenner R, Alcantra A. Clinical experience with quetiapine in elderly
    patients with psychotic disorders. *J Geriatr Psychiatry Neurol*. 2000;13 (1):28-32.
    Access #AN58286.

7.  Dunayevich E, Strakowski SM. Quetiapine for treatment-resistant mania. *Am J
    Psychiatry*. 2000;157 (8):1341. Access #AN59985.

8.  Chisholm K, Dennehy E, Suppes T. Clinical response to quetiapine add-on for treatment
    of refractory bipolar disorder [poster]. Presented at: the Fourth International Conference
    on Bipolar Disorder; June 14-16, 2001; Pittsburgh, PA.

9.  Demopulos CM, Ghaemi SN, Yildiz A, Sachs G. Comparison of atypical antipsychotic
    agents as an adjunct to mood stabilizers in rapid-cycling bipolar disorder [abstract]. In:
    Abstracts of the 153rd Annual Meeting of the American Psychiatric Association; May 13-
    18, 2000; Chicago, IL. Abs NR510. Access #AN58729.

10. Ghaemi SN, Goldberg JF, Ko JY, McNally EE.  Quetiapine treatment of rapid-cycling
    bipolar disorder: an open prospective study [poster]. Presented at: the APA Institute on
    Psychiatric Services; October 10-14, 2001; Orlando, FL.

11. Brown ES, Nejtek VA, Perantie DC, Bobadilla L.  Quetiapine in patients with bipolar
    disorder and cocaine dependence [poster]. Presented at: the Fourth International
    Conference on Bipolar Disorder; June 14-16, 2001; Pittsburgh, PA.

12. Mullen JA, Sajatovic M, Sweitzer D. Efficacy of quetiapine and risperidone against
    depressive symptoms in outpatients with psychotic disorders [poster]. Presented at: the
    Annual Meeting of the American Psychiatric Association, Chicago, IL; May 13-18, 2000.

13. Tariot PN, Salzman C, Yeung PP, et al. Long-term use of quetiapine in elderly patients
    with psychotic disorders. *Clin Ther*. 2000;22(9):1068-1084.

14.    McConville BJ, Arvanitis LA, Thyrum PT, et al. Pharmacokinetics, tolerability, and clinical effectiveness of quetiapine fumarate: an open-label trial in adolescents with psychotic disorders. *J Clin Psychiatry*. 2000;61(4):252-260. Access #AN58286.

MDL-WhittingtonL-0710475
0000109-CONFIDENTIAL

0                                                                                           0

| AstraZeneca | **Medical Resources QA Survey** | *Medical Resources* |

Dear Dr. Saleh:                                   December 12, 2001

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.

1.  Did the response answer your question?    @ Not at    @ Partially    @

If you checked "Partially" or "Not at all", please explain in the space below:

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca

|   | | Strongly Disagree | Disagree | No Opinion | Agree | Strongly Agree |
|---|---|---|---|---|---|---|
| a) | The information is useful/helpful | @ | @ | @ | @ | @ |
| b) | The information is clear and logical/understandable | @ | @ | @ | @ | @ |
| c) | The information is scientifically balanced | @ | @ | @ | @ | @ |
| d) | Our response to your inquiry was handled in a reasonable amount of time/timely manner | @ | @ | @ | @ | @ |

3.  Overall, I was satisfied with the quality of information I received    @  @  @  @  @

4.  If you received articles with your inquiry request, was the number sent satisfactory?    @  @  @  @  @

  a)  If you disagree with the above statement, do you feel that the number of articles was unsatisfactory?    @ Too    @ Too Few

  b)  If you did not receive articles to support the response to your inquiry, do you feel that articles should have been included or would have improved the overall quality of the response?    @ Yes    @ No    @ No

5.  In general, how do the responses from AstraZeneca compare to those of other companies?    @ Not enough experience to compare    @ Inferior    @ Below Average    @ Average    @ Above Average    @ Superior

6.  What is your profession?    @ Physician    @ Pharmacist    @ Nurse    @ Dentist    @ Other

7.  Please provide any suggestions for changes or improvement in the medical information services provided by AstraZeneca in the space below:

**Thank you for taking time to complete the survey.**
**We hope to use this information to continually improve our services.**

**237110**            **SEROQUEL**                **fetchkoa**

5   005                                                                      0   1

MDL-WhittingtonL-0710475
0000110-CONFIDENTIAL

# Quetiapine Fumarate in the Treatment of Neuroleptic Dependent Serious Mood Disorders

Martha Sajatovic, MD[1]; Debra Brescan MD[2]; Dalia Perez MD[3]; Sue DiGiovanni MD[4]; and Helen Hattab, MD[5]

[1]Northcoast Behavioral Healthcare, Cleveland, Ohio and Cleveland VA, Case Western Reserve University Department of Psychiatry, Cleveland, Ohio

## Abstract

**Objective:** Quetiapine fumarate (quetiapine, Seroquel[R]) is an effective novel antipsychotic with mixed serotonergic and dopaminergic activity. Clinically, it is a novel antipsychotic, which has been extensively tolerated, with a low extrapyramidal adverse effect profile. This is an exploratory, open-label trial of quetiapine therapy in patients with neuroleptic dependent mood disorders.

**Methods:** Patients with bipolar or schizoaffective disorder who, on the basis of clinical indication, required both mood stabilizing and neuroleptic medications for a least 6 months, were given add-on quetiapine therapy to existing medication regimen. Other antipsychotic medication was gradually discontinued. Psychopathology was evaluated with the Brief Psychiatric Rating Scale (BPRS), the Young Mania Rating Scale (YMRS), and the Hamilton Depression Scale (HAM-D). Abnormal movements were assessed with the Simpson Angus Neurological Rating Scale (SA).

**Results:** 16 patients (11 with bipolar disorder and 7 with schizoaffective disorder), received quetiapine therapy for a mean of 60.8 weeks at a mean maintenance dosage of 155 mg/day. The mean age of the group was 49.9 years. Overall, patients did very well on quetiapine therapy, with significant improvement in BPRS score (p<0.0001), YMRS score (p<0.005) and HAM-D score (p<0.0003) compared with previous antipsychotic medication therapy. SA scores decreased from a baseline score of 5.8 to an endpoint score of 2.5 but failed to reach statistical significance (p<0.075).

**Conclusion:** Quetiapine is an effective antipsychotic agent with both significant mood and movement symptom improvement noted. Preliminary findings should be explored in large controlled trials.

## Introduction

Bipolar disorder is a major public health problem with significant morbidity and mortality. Many patients with bipolar disorder experience both persistent symptoms and poor outcomes. In one study, Mukherjee et al reported that 34% of bipolar patients treated with neuroleptic medications either intermittently or long-term may be at risk for tardive dyskinesia. An alternative antipsychotic therapy for patients who have responded suboptimally to standard mood stabilizing agents.

Quetiapine is an effective novel antipsychotic with mixed serotonergic (5HT$_2$) and dopaminergic (D$_2$) activity. Clinically, it appears to be generally well tolerated with a relatively low adverse-event profile as well as a low risk of neurologic adverse effects in patients with affective disorder compared with other antipsychotics. Its novel antipsychotic may prove to be a particularly interesting therapy in bipolar disorder with affective disorder regarding antipsychotic medication. In the present study, we describe our experience with quetiapine in the treatment of patients with neuroleptic dependent serious mood disorders.

## Methods

Eligible participants in the study were inpatients of outpatients at the Cleveland VA, with a DSM-IV diagnosis of bipolar or schizoaffective disorder. Participants had to have been maintained on a mood stabilizer (lithium, carbamazepine, or valproate) and antipsychotic medication for at least 6 months, and to have a documented inability to wean off neuroleptic medication. Baseline psychopathology was evaluated with the Brief Psychiatric Rating Scale (BPRS), the Young Mania Rating Scale (YMRS), and the Hamilton Depression Scale (HAM-D). Involuntary movements were evaluated using the Simpson Angus Neurological Rating Scale (SA). Patients who agreed to participate in the study and who met the entry criteria received open-label quetiapine 25 mg twice daily as add-on therapy. Quetiapine was increased as clinically determined to a therapeutic dosage (possible range, 25 to 800 mg/day). Conventional antipsychotic medication was tapered off and eventually discontinued as tolerated during the first 4 weeks of the study. Quetiapine therapy was then continued for a mean of 12 weeks. Psychopathology and abnormal involuntary movement scale ratings were repeated weekly for the first 4 weeks, then again at week 8, and at week 12 (end of study). Data were analyzed using a paired t-test to compare baseline psychopathology and abnormal movement scores with endpoint scores.

## Results

In this interim report, sixteen patients, 16 males and 0 females, received quetiapine therapy for a mean duration of 60.8 weeks (SD ± 22), range 4 to 12 weeks) at a mean dosage of 155.7 mg/day (SD ± 11.5, range 25 to 800 mg/day). The group included 9 patients with bipolar disorder and 7 patients with schizoaffective disorder. The mean age of the group was 49.9 years, (SD ± 10.3, range 38 to 74 years).

Overall, patients improved on quetiapine therapy. Figures 1 to 3 illustrate the significant change in mean duration endpoint for BPRS score, YMRS score, and HAM-D score. The SA score decreased from 5.8 (SD ± 4.1), to an endpoint score of 2.5 (SD ± 4.1), but this change failed to reach statistical significance (p<0.075).

Overall, quetiapine was well tolerated by patients with serious mood disorders. Three patients dropped out within 1 week of beginning the study. These included 1 patient who began drinking alcohol, 1 patient who was noncompliant with study medication, and 1 patient who developed agitation that resolved with the discontinuation of quetiapine therapy.

## Discussion

Although limited by its small size, open-label design, and relatively brief treatment duration, this study suggests that quetiapine therapy may be a useful agent to consider in the treatment of patients with serious mood disorders who are neuroleptic-dependent. Overall, patients in the study did well while receiving quetiapine therapy, with significant improvement noted in BPRS, YMRS and HAM-D scales, Improvement in the SA scale, while not as

both positive and negative symptoms in 18 adolescents with psychotic mood disorders (3 with bipolar disorders and 7 with psychotic mood disorders) who were treated with quetiapine. In a recent report by Ciccatelli et al, quetiapine was effective in stabilizing mood symptoms in aggressive mood, guilt feelings, somatic concern, and anxiety) on the BPRS in patients who were administered quetiapine.

Quetiapine was generally well tolerated in this study population, with only 1 patient withdrawing because of a treatment-related adverse event. This was consistent with safety and tolerability reports of quetiapine therapy. It is notable that the low incidence of extrapyramidal effects are minimal.

The mean quetiapine dosage administered in this study was moderate, low (155 mg/day). It is possible that the effective dose of quetiapine required for patients with mood disorders may be lower than that the effective dose reported for patients with schizophrenia.

## Conclusions

1. Quetiapine may be beneficial for some patients with neuroleptic dependent serious mood disorders.

2. These preliminary findings should be explored in large controlled trials.

## REFERENCES

1. DelBello MP, Schwartz KL, Halse RE. A review of bipolar disorder among adults. Psychiatric Services 1999;50:321-9.
2. Chengappa KN, et al. Oxford University Press; 1999:55-6.
3. Zarate CA, Rothschild A, Fletcher K, Madrid A, Zablocki J. Clinical predictors of acute response of mania. J Clin Psychiatry 1999;60:59-62.
4. Bauer MS, Calabrese JM, Dunner DL, Post R, Whybrow PC, et al. Multisite data reanalysis: the role of diagnosis in predicting response from the Department of Veterans Affairs. J Clin Psychiatry 1994;55:41-8.
5. Bowden CL. Treatment options for bipolar disorder. Am J Psychiatry 1999;156(suppl 12):1-36.
6. Ghaemi SN, Katzow JJ. The use of quetiapine for treatment-resistant bipolar disorder: a case series. Annals of Clinical Psychiatry 1999;11:137-140.
7. Sajatovic M, et al. Quetiapine for the treatment of bipolar mania. J Affect Disord 2000.
8. Schultz SC, Anand A, Wilson W, et al. Pharmacokinetics, safety, and tolerability of quetiapine in schizophrenia. Paper presented at the 39th annual meeting of the New Clinical Drug Evaluation Unit, June 10-13, 1999.
9. Ciccatelli A. Quetiapine formumarate: Effects on mood stabilization in patients with bipolar disorder. Presented at the XX annual Collegium Internationale Neuro-Psychopharmacologicum Congress, June 9-13, 2000.
10. Marsh P. Quetiapine (Seroquel) in adolescent psychotic mania. Paper presented at the 1997 annual meeting.
11. Hirschfeld RMA, Vila W. Efficacy, safety and tolerability of Seroquel (quetiapine fumarate) in bipolar disorder. Poster presented at the International Congress on Schizophrenia Research, April 2001.
12. Rosenheck WM, Link GSA, Hurst BC. 124605 International data, February 1999. Astra Zeneca Plc; 1999.
13. Flowerdew WM, Link GSA, Hurst BC phase III trials. Seroquel Plc 1998;18:32s-42s-V2.2.

Figure 1. Change in Brief Psychiatric Rating Scale (BPRS) Score

p=0001
df=27
t=1.7



Figure 2. Change in Young Mania Rating Scale (YMRS) Score

p=008
df=23
t=1.7



Figure 3. Change in Hamilton Depression Scale (HAM-D) Score

p=0003
df=23
t=1.7

This study was supported by a grant from Zeneca Pharmaceuticals. Seroquel is a trademark, the property of Zeneca Limited.

MDL-WhittingtonL-0710475
0000111-CONFIDENTIAL



# NR442: Efficacy of Quetiapine and Risperidone Against Depressive Symptoms in Outpatients with Psychotic Disorders

MDL-WhittingtonL-0710475
0000112-CONFIDENTIAL



MDL-WhittingtonL-0710475
0000113-CONFIDENTIAL

# Clinical Response to Quetiapine Add-on for Treatment of Refractory Bipolar Disorder

K Chisholm, MS, LMSW; E Dennehy, PhD; T Suppes, MD, PhD
Department of Psychiatry, University of Texas Southwestern Medical Center, Dallas, TX

## Abstract

**Introduction:** A retrospective evaluation of the effectiveness and tolerability of quetiapine as an adjunctive treatment in 45 patients with bipolar disorder.

**Methods:** In this case series, response to quetiapine was assessed over a minimum of 2 weeks and up to a 6-month period using symptom ratings for depression (Inventory of Depressive Symptomatology), mania (Young Mania Rating Scale), and the Clinical Global Impressions Scale modified for Bipolar Illness (CGI-BP). Patients' other psychotropic medications were required to remain stable during the study period, except for decreases due to side effects.

**Results:** The charts of 45 consecutive patients with bipolar disorder (1997–2000) who had quetiapine added to their medication regimens for clinical symptoms were reviewed. Twenty-six patients identified from the chart audit were excluded for reasons such as insufficient data, substance abuse, or inadequate exposure to quetiapine. Patients received monthly prospective ratings for symptoms of bipolar disorder. These ratings and monthly evaluation of side effects were collated retrospectively. The majority of patients started on quetiapine had bipolar I disorder. Quetiapine was initiated for a broad spectrum of symptoms including hypomania, mood lability, psychotic symptoms, and decreased sleep. The quetiapine dosage ranged from 25–400mg/d. The most common side effect was sedation.

**Conclusions:** Quetiapine add-on treatment resulted in decreased symptoms for most patients. Quetiapine demonstrated acute and long-term efficacy studies. Quetiapine's acute and long-term efficacy and tolerability in bipolar disorder appear warranted.

## Objective

- To observe the efficacy and tolerability of quetiapine as an adjunctive medication for the treatment of psychiatric symptoms in patients with bipolar disorder.

## Methods

### Study Design

- Retrospective study conducted by chart audit of patients enrolled in the Dallas site of the Stanley Foundation Bipolar Network.
- 45 patients identified who were prescribed quetiapine for the treatment of psychiatric symptoms.
- Monthly symptom ratings and report of somatic complaints were collected from medical records for those patients who met inclusion criteria.

## Inclusion Criteria

- Age between 18-65 years
- Diagnosis of bipolar I or II disorder
- Quetiapine added to medication regimen
- At least 2 visits on quetiapine without other significant medication change

### Exclusion Criteria

- Insufficient visits while on quetiapine without change for other medications
- Hispanic
- Quetiapine treatment initiated prior to collection of monthly rating scales
- Inadequate trial of quetiapine
- Significant substance abuse

### Assessments

- Young Mania Rating Scale (YMRS)
- Inventory of Depressive Symptomatology (IDS)
- Clinical Global Impression-Bipolar Version (CGI-BP)

## Results

### Patient Demographics

- The majority of patients (26/45) identified from the chart audit were excluded for reasons such as insufficient data, substance abuse, or inadequate exposure to quetiapine (Table 1).

**Table 1. Patients prescribed quetiapine**

| | |
|---|---|
| Number of patients prescribed quetiapine | 45 |
| Number who met inclusion criteria | 19 |
| Number of patients who met exclusion criteria | 26 |
| Sex | |
| Male | 7 |
| Female | 19 |
| Reasons for Exclusion | |
| Insufficient visits on quetiapine without change of other medications | 9 |
| Quetiapine treatment initiated prior to data collection | 8 |
| Inadequate trial of quetiapine | 6 |
| Significant substance abuse | 3 |

- 15 patients (QUET group) were prescribed quetiapine as part of routine medical management of bipolar disorder for symptoms including disrupted sleep, hypomania/mania, mood lability, psychosis, or as an alternative to a previous anti-manic agent (Table 2).
- 4 eligible patients (PRN group) were prescribed quetiapine for PRN use only (Table 2).

**Table 2. Sample characteristics (patients who met inclusion criteria, n=19)**

| | QUET (n=15) | PRN (n=4) |
|---|---|---|
| Sex | | |
| Male | 4 | 1 |
| Female | 11 | 3 |
| Age, y (mean±SD) | 45.07 (9) | 41.25 (6.65) |
| Race | | |
| African American | 0 | 1 |
| White | 14 | 3 |
| Hispanic | 1 | 0 |
| Diagnosis* | | |
| Bipolar I disorder | 15 | 3 |
| Bipolar II disorder | 0 | 1 |
| Baseline Symptom Scores | | |
| YMRS (SD) | 6.60 (2.62) | 7.25 (6.34) |
| IDS (SD) | 23.40 (16.92) | 17.00 (8.29) |
| Peak mean dose of quetiapine (mg/d) | 161.67 | 25.00 |
| Mean duration of quetiapine (days) (SD) | 134.47 (98.8) | 130.50 (114.49) |

*All diagnoses confirmed by SCID; dosage for DSM-IV at time of enrollment and SFBN research mfd.

**Table 3. Psychotropic medications prescribed at time of quetiapine addition**

| Medication | Number of patients |
|---|---|
| Lithium | 4 |
| Divalproex | 3 |
| Gabapentin | 3 |
| Topiramate | 7 |
| Lamotrigine | 4 |
| Fluoxetine | 4 |
| Bupropion | 3 |
| Sertraline | 2 |
| Fluvoxamine | 3 |
| Olanzapine | 2 |
| Citalopram | 2 |
| Trazodone | 2 |

One patient each on carbamazepine, venlafaxine, citalopram, clonazepam, imipramine, methylphenidate, sertraline, acamprosate, dextroamphetamine, Omega-3, lorazepam.

### Assessments

- Changes in YMRS, IDS, and CGI-BP over the course of quetiapine treatment are demonstrated in Figure 1.

### Side Effects

- Overall, patients reported few side effects (Figure 2).
- Sedation was the most commonly reported side effect, consistent with other reports.



**Figure 1. Change in symptom measures over course of quetiapine treatment (QUET group, n=15)**



**Figure 2. Somatic complaints**

## Conclusions

- There were no complaints of weight gain from patients in either the QUET or PRN group.
- Overall, patients in the QUET group experienced reduction in symptoms during the course of quetiapine treatment, and reported few somatic complaints.
- The magnitude of improvement in the QUET group patients varied.
- This retrospective trial is limited by the number of patients that require exclusion criteria, varied reasons for quetiapine addition and dosing, and missing data due to retrospective design.
- The current small number of patients in the PRN group makes a meaningful assessment of efficacy.
- These data support further examination of the role of quetiapine in the treatment of patients with bipolar disorder.

This research presented was supported by AstraZeneca Pharmaceuticals.
Thanks to the Ted and Vada Stanley Foundation for support of the Bipolar Network.
Presented at the Fourth International Conference on Bipolar Disorder.
June 14–6, 2001, Pittsburgh, Pennsylvania.

MDL-WhittingtonL-0710475
0000114-CONFIDENTIAL

# Quetiapine Treatment of Rapid-Cycling Bipolar Disorder: An Open Prospective Study

SN. Ghaemi,[1] JF. Goldberg,[2] JY. Ko,[1] EE. McNally[1]

[1]Bipolar Disorder Research Program, Cambridge Hospital, Cambridge, MA; [2]Bipolar Disorders Research Clinic, New York Presbyterian Hospital, New York, NY

## Abstract

**Objective:** To provide pilot data on the effectiveness of quetiapine in patients with rapid-cycling bipolar disorder.

**Method:** This study is designed to recruit 40 bipolar I and rapid-cycling subjects; to date, we have recruited 10 subjects. Subjects were started at 25 mg/day quetiapine treatment, with a mean dose of quetiapine of 154 mg/day. To date, we have recruited 10 subjects (10 male/6 female; 13 white) treated as an add-on to mood stabilizer. We assessed monotherapy with quetiapine.

**Results:** The mean dosage of quetiapine was 154.4±161.4 mg/d. Placebo response in patients, it received improvement in both HDRS and YMRS ratings. At week 8, depressive symptom change was statistically significant at weeks 4 and 12. CGI-BP ratings indicated improvement for manic symptoms at week 4, and overall bipolar illness at weeks 4 and 8. Depression and manic ratings showed the most improvement at weeks 4 and 12.

**Conclusions:** In this preliminary analysis of a partially recruited study, quetiapine appears effective as add-on treatment of rapid-cycling symptoms in bipolar disorder.

## Introduction

- Quetiapine is an atypical antipsychotic, FDA-approved for schizophrenia.
- Atypical antipsychotics, such as risperidone and olanzapine, have been shown to be effective in the treatment of acute mania in bipolar disorder.
- These medications are mainly used as adjunctive treatment for outpatients with bipolar disorder.
- There have been few studies documenting the usefulness of an atypical antipsychotic agent in the treatment of rapid-cycling bipolar disorder.

## Objective

To determine if quetiapine is effective as add-on treatment of rapid-cycling bipolar disorder in the outpatient setting.

## Methods

### Patients and Study Design

- Patients met DSM-IV criteria for bipolar disorder, rapid-cycling.
- Patients were still experiencing either subthreshold or threshold mood episodes while on their standard clinical treatment, which had to be any mood stabilizer (lithium, divalproex, carbamazepine, or lamotrigine).
- Quetiapine was added open-naturalistically to treatment.
- Patients with symptoms severe enough to warrant medication were started at 25 mg BID.
- The recommended starting dosage of quetiapine was 25 mg BID for 3 days, and then 50 mg BID for 3 days, then 50 mg BID or 100 mg BID, and increased by 50 mg/d or 100 mg/d as needed. The target dosage was 150 to 300 mg/d. Higher dosages were allowed.
- Patients completed either visit at baseline, weekly for the first 2 weeks, and then every other week.
- At the initial visit, patients received a physical examination, including laboratory examination.

### Assessment of Effectiveness

- Hamilton Depression Rating Scale-17 (HDRS-17) at each visit
- Young Mania Rating Scale (YMRS) at each visit
- Clinical Global Impression for bipolar disorder (CGI-BP) at each visit
- Scale to Assess Unawareness of Mental Disorder (SUMD) at each visit

### Assessment of Tolerability

- Patients were queried at each visit about possible side effects.

### Statistics

- For this interim analysis, scores for the different rating scales were compared at different time points.
- Responders were defined as patients having at least a 50% improvement in either HDRS or YMRS scores at 12 weeks.
- The analysis was performed on the patients who received monotherapy with quetiapine.

## Results

### Demographics

- 16 patients were enrolled and assessed for this preliminary analysis.
- Of the 16 enrolled patients, 6 received quetiapine monotherapy.

**Table 1. Demographics**

| Demographic | All patients (n=16) | Patients receiving quetiapine monotherapy (n=6) |
|---|---|---|
| Age, mean (±SD) | 41.6 (13.2) | 37 (26) |
| Race | | |
| White | 13 | 5 |
| Black | 3 | 2 |
| Hispanic | — | — |
| Sex | | |
| Female | 8 | 3 |
| Male | 8 | 3 |
| Diagnosis | | |
| Bipolar type I | 13 | 5 |
| Bipolar type II | 3 | 1 |
| Reason for treatment | | |
| Mania | 2 | — |
| Hypomania | 6 | 3 |
| Mixed | 3 | 1 |
| Depression | 5 | 3 |
| Concurrent medications | | |
| Mood stabilizers | 7 | N/A |
| lithium, divalproex, lamotrigine | | |
| Antipsychotic (baseline) | | |
| Other | | |
| Clonazepam | 4 | 2 |
| Trazodone | 2 | 1 |
| Ergopyridomorphine | 3 | 1 |
| Gabapentin | 3 | 1 |
| Oxcarbazepine | 3 | 1 |

### Dosing

- The mean dosage of quetiapine was 158.4±161.6 mg/d (±SD; n=16)
- The average dose of quetiapine was 12.7±11.3 weeks.
- For the patients receiving quetiapine monotherapy, the mean dosage was 153.3±132.2 mg/d (range, 25–500 mg/d). The average duration of treatment was 9.3±8.6 weeks.

**Table 2. Disposition of Patients**

| Category | All patients | Patients receiving quetiapine monotherapy |
|---|---|---|
| Enrolled in study | 16 | 6 |
| Completed study | 7 | 3 |
| Remain in study | 7 | 3 |

### Effectiveness

- Of the 6 patients with a 12-week minimum follow-up, 5 (83%) were responders, showing at least a 50% improvement in either HDRS or YMRS scores at 12 weeks.
- The scores for the YMRS gradually declined during the study, with the improvement statistically significant for the former at weeks 4 and 12 (Figure 1).

**Figure 1.** YMRS scores for patients receiving quetiapine monotherapy (n=6)



**Figure 2.** CGI-BP scores for patients receiving quetiapine therapy

**Figure 3.** YMRS and HDRS scores for patients receiving quetiapine monotherapy (n=6)

- The CGI-BP rating scale scores for patients receiving quetiapine therapy improved during the study, with the improvement statistically significant at week 4 and for the overall score and at week 4 for the CGI-BP mania subset (Figure 2).

**Table 3. Patient scores on the SUMD**

| | Week 1 | Week 12 |
|---|---|---|
| Symptoms | 1.2±0.8 | 1.8±1.1 |
| Social consequence (lack of insight into the side of bipolar symptoms) | 2.3±0.7 | 1.8±0.8 |
| Social consequence (lack of insight into need to recognize bipolar symptoms) | 2.3±0.1 | 6±1.1 |

- No significant effect of treatment with quetiapine was observed on insight as assessed by the SUMD (Table 3).

## Tolerability

- Over half of the patients in this pilot study completed 12 weeks.
- More than half of the patients (9 of 16 [56%]) reported no side effects. Common side effects are listed in Table 4.

**Table 4. Side effects reported by the patients during the study**

| Side effect | All patients (n=16) | Patients receiving monotherapy (n=6) |
|---|---|---|
| Sedation | 9 (56%) | 4 (67%) |
| Cognitive impairment | 5 (31%) | 2 (33%) |
| Constipation | 2 (13%) | |
| Dry mouth | 2 (13%) | |
| Nightmares | 1 (6%) | |
| Akathisia | 1 (6%) | |
| Weight gain | 1 (6%) | 1 (17%) |
| Sugar cravings | 1 (6%) | |
| Dizziness | 1 (6%) | |

**Figure 4.** CGI-BP scores for patients receiving quetiapine monotherapy (n=6)

- For 7 patients with sufficient weight data, mean initial and final weights were 193.3±39.3 lb and 192.1±41.4 lb, respectively, at 14.6±8.2 weeks of follow-up (mean change 1.3 lb). For the patients who received quetiapine monotherapy and completed the study, mean initial and final weights were 192.3 lb and 194.6±24.5 lb, respectively, at 12.7±11.0 weeks of follow-up (mean change 1.3 lb).

## Conclusions

- Quetiapine was effective for the treatment of rapid-cycling bipolar disorder in more than half of the patients who completed 12 weeks of study.
- Quetiapine appeared to be effective in monotherapy as well.
- Side effects were limited and were completely absent in more than half of the patients.
- Quetiapine had negligible effects on the mean measured weight of patients in the study.
- Controlled studies of quetiapine's acute and long-term efficacy in rapid-cycling bipolar disorder are needed.
- This is an interim analysis of an ongoing study, and the conclusions are preliminary.

### References
1. Paul Mai, et al. Biomed Sharm. 2002;130-h.
2. Ghaemi SN, Goldberg JF, et al. Poster presented at:
3. Ghaemi SN, Open Clin Psych Mag. 2000;134-h.
4. Ghaemi SN, Open Psych. 2002;134-h.

This research was supported by AstraZeneca Pharmaceuticals. Presented at the Fourth International Conference on Bipolar Disorder, June 14–16, 2001, Pittsburgh, Pennsylvania.

MDL-WhittingtonL-0710475
0000115-CONFIDENTIAL

# Quetiapine in Patients With Bipolar Disorder and Cocaine Dependence

ES Brown, PhD, MD; VA Nejtek, PhD; DC Perantie, BS; L Bobadilla, BA

Department of Psychiatry, University of Texas Southwestern Medical Center, Dallas, Texas

## Abstract

**Background:** Bipolar disorder may be associated with the highest rates of substance abuse of any psychiatric illness. Therefore, treatments which improve mood and decrease drug use or cravings are of great interest. We examined the use of open-label quetiapine in 12 outpatients with bipolar disorder and cocaine dependence.

**Methods:** Each subject was given a baseline evaluation which included a structured clinical interview, Hamilton Depression Rating Scale (HDRS), Young Mania Rating Scale (YMRS), Brief Psychiatric Rating Scale (BPRS), a 10-item version of the cocaine craving questionnaire (CCQ), a urine toxicology screen, and self-report of drug use including dollar amount spent on drugs during the past week. The subjects, consisting of 5 men and 7 women, 10 with bipolar I and 2 with bipolar II disorders, with a mean age of 35.4±8.2 years, returned every two weeks for 12 weeks for assessments. Mean maximum quetiapine dose was 312.5±95.6 mg/d.

**Results:** Using last observation carried forward (LOCF) analysis, significant improvement from baseline to exit was observed in HDRS, YMRS, and BPRS scores, and cravings on the CCQ (P<0.05). Percent positive urine screens and dollar amount spent on cocaine did not decrease significantly from baseline to exit. However, the 4 subjects who completed all 12 weeks of the study showed an 87% reduction in amount spent on cocaine (P<0.043). The medication was well tolerated with no subjects discontinuing due to side effects.

**Conclusions:** Improvement in mood and drug cravings was found in this pilot study. Larger, controlled studies are needed to confirm these preliminary observations.

## Objective

### Study Design
▲ To observe if quetiapine would improve mood symptoms and reduce drug use and cravings in patients with bipolar disorder and cocaine dependence.

## Methods

### Study Design
▲ 12-week, open-label study.
▲ 17 patients with bipolar disorder and cocaine dependence volunteered to participate.

▲ At baseline, a structured clinical interview for DSM-IV (SCID) (clinician version)[1] was conducted to confirm diagnoses.

▲ After the initial baseline visit, patients received quetiapine in the range of 50 to 100 mg with a weekly upward titration.

▲ A flexible dosing schedule was used.

### Inclusion Criteria
▲ Age between 18-65 years.
▲ Diagnosis of bipolar I, II, or NOS disorder.
▲ Current cocaine dependence.

### Exclusion Criteria
▲ Pregnancy or nursing.
▲ Severe or life-threatening medical illness.
▲ History of allergic reactions to quetiapine.
▲ Those judged to be medication noncompliant based on clinic history.

### Assessments
**Psychiatric symptoms**
▲ Hamilton Depression Rating Scale (HDRS).
▲ Young Mania Rating Scale (YMRS).
▲ Brief Psychiatric Rating Scale (BPRS).

**Cocaine cravings**
▲ 10-item version of the Cocaine Craving Questionnaire (CCQ).[2]

**Drug use**
▲ Determined by self-report of the dollar amount spent on drugs in the past week.
▲ Urine samples for urine drug screens (UDS) were collected.

### Statistical Analysis
▲ Changes from baseline to exit for all patients finishing at least 4 weeks of active quetiapine therapy were calculated using a LOCF analysis.
▲ Differences between baseline and exit scores were determined with paired Student's t-tests.
▲ Relationships between baseline and drug cravings and usage were examined with a Pearson correlation matrix using change scores from baseline to exit.

## Results

▲ A total of 12 patients completed at least 4 weeks in the study.

**Table 1. Patient demographics**

| Characteristic | Value |
|---|---|
| Number of patients (n) | 12 |
| Sex (n) | |
| Male | 5 |
| Female | 7 |
| Age, years (mean±SD) | 35.4±8.2 |
| Race | |
| African American | 4 |
| White | 7 |
| Hispanic | 1 |
| Diagnosis | |
| Bipolar I disorder | 6 |
| Bipolar I disorder with psychotic features | 4 |
| Bipolar II disorder | 2 |
| Comorbid disorders | |
| Anxiety disorder NOS | 1 |
| Posttraumatic stress disorder | 6 |
| Specific phobia | 1 |

▲ All participants had a diagnosis of cocaine dependence.

▲ "Crack" inhalation was the most common method of delivery (n=8).

▲ Additional concurrent substance-related disorders included amphetamine dependence (n=1), opioid dependence (n=1), alcohol dependence (n=3), and alcohol abuse (n=3).

▲ Participants continued to take the medications they were using when they entered the study.

▲ Quetiapine was well tolerated. No patients dropped out of the study secondary to side effects.

▲ The mean maximum dose of quetiapine was 312.5±95.6 mg/d.

▲ Differences between baseline and exit assessment scores using paired Student's t-tests and the LOCF technique are shown in Figure 1.



**Figure 1.** Psychiatric symptom measures and cravings at baseline and exit (n=12)

▲ HDRS, YMRS, and BPRS scores were significantly reduced during the course of quetiapine therapy (P≤0.003).

▲ Drug cravings significantly decreased as indicated by the CCQ assessment (P<0.05).

▲ Patients (n=8) who completed all 12 weeks of the study showed an 87% reduction from baseline in the dollar amount spent on cocaine (P<0.043).

▲ Using the change in scores from baseline to exit, a significant correlation was found between the HDRS and CCQ (n=0.61; P<0.03).

## Conclusions

▲ Both depressive and manic symptoms significantly improved over the 12-week, open-label quetiapine therapy.

▲ Quetiapine was associated with reduction in cravings for cocaine in patients studied.

▲ Using a LOCF analysis, there was no significant reduction in the dollar amount spent on drugs or percent positive UDS during this study; however, in the 8 subjects who completed all 12 weeks of the study, a significant reduction in amount spent on cocaine was observed.

▲ Quetiapine did not exacerbate drug use.

▲ The findings from this pilot study are promising and suggest that larger, controlled studies of quetiapine in this population are needed.

## References

1. First, M.B., Structured Clinical Interview for DSM-IV Axis I Disorders. New York, NY, American Psychiatric Press. 1995.
2. Tiffany S.T., et al, Drug Alcohol Depend. 1993;34:19-28.

The research presented was supported by AstraZeneca Pharmaceuticals. Presented at the Fourth International Conference on Bipolar Disorder. June 14-16, 2001. Pittsburgh, Pennsylvania.

MDL-WhittingtonL-0710475
0000116-CONFIDENTIAL



**Medical Resources**

September 19, 2002

Mohamed Saleh, M.D.
1408 San Marco Boulevard
Jacksonville, FL 32207

Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Deborah Grissett, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. Your inquiry concerned the use of quetiapine for the management of depression either as monotherapy or as adjunctive therapy. A search of our internal database of published medical literature did not identify any studies or case reports describing the use of quetiapine for the adjunctive treatment of depression. However, the following information relevant to this subject is attached for your review:

- **SEROQUEL-Use for Depression/Affective Symptoms**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Tiffany Gall, Pharm.D.*

Medical Information Manager

INQ 281596

**AstraZeneca LP**

725 Chesterbrook Blvd Wayne PA 19087-5677

Tel 800 236 9933
Fax 610 695 1400
www.astrazeneca-us.com

MDL-WhittingtonL-0710475
0000117-CONFIDENTIAL

**SEROQUEL-Use for Depression/Affective Symptoms**

**Prescribing Information[1]**

SEROQUEL, an atypical antipsychotic, is indicated for the treatment of schizophrenia.

**Clinical Data**

SEROQUEL is not indicated for the management of depression. The efficacy of quetiapine in the management of depression has not been systematically evaluated in clinical studies; however, data relevant to this subject are summarized below.

A reanalysis of two large clinical studies in patients with acute exacerbation of chronic or subchronic schizophrenia was performed to determine the efficacy of quetiapine in the treatment of affective symptoms.[2] The first study, a six-week, randomized, double-blind multicenter, placebo-controlled trial in 361 patients with acute exacerbation of chronic or subchronic schizophrenia, investigated five fixed doses of quetiapine (75, 150, 300, 600 or 750 mg/day), haloperidol 12 mg/day, or placebo. The second trial compared a high dose regimen of quetiapine (up to 750 mg/day), a low dose regimen (up to 250 mg/day) and placebo in a six week randomized, multicenter, double-blind trial of 286 hospitalized patients with chronic or subchronic schizophrenia. Efficacy was assessed using the 18-item Brief Psychiatric Rating Scale (BPRS) and the Clinical Global Impression (CGI). Affective symptoms were assessed using BPRS Factor I score (mean of depressive mood, guilt feelings, somatic concern, anxiety) and a BPRS mood cluster score (mean of depressive mood, guilt feelings, anxiety, tension). Overall, quetiapine was found to be more effective than placebo in both trials in improving affective symptoms, as assessed by BPRS Factor I and BPRS mood cluster scores, while in trial 1, haloperidol was not.

Mullen et al[3] presented data on the efficacy of quetiapine and risperidone against depressive symptoms, demonstrated during the Quetiapine Experience with Safety and Tolerability (QUEST) trial, a 4-month, multicenter, open-label trial. Patients were randomized in a 3:1 ratio (quetiapine: risperidone) and were flexibly dosed. A total of 554 patients were randomized to treatment with quetiapine and 175 patients to treatment with risperidone. Patients with a variety of psychoses as defined by DSM-IV were eligible for inclusion in the study. A total of 83 (15%) and 20 (11%) patients randomized to the quetiapine and risperidone groups, respectively, were diagnosed with bipolar disorder.

The mean dose of quetiapine at week 16 was 317 mg for quetiapine and 4.5 mg for risperidone. The mean change in HAMD scores was significantly greater (p=0.0280) in the quetiapine group than in the risperidone group. The baseline mean HAMD score was 15.5 for both groups. Quetiapine produced a greater improvement in HAMD scores than risperidone in patients with primary mood disorders and in patients with non-mood disorders. While in patients with a high baseline HAMD score (≥20), quetiapine produced a significantly greater reduction than risperidone in HAMD, both drugs were equally efficacious in patients with moderate baseline HAMD scores (10 to <20). Neither drug showed significant improvement in patients with low baseline HAMD scores (<10).

MDL-WhittingtonL-0710475
0000118-CONFIDENTIAL

Khouzam[4] presented data on two patients with schizophrenia and depressive mood who experienced remission in both psychotic and depressive symptoms during treatment with quetiapine. Patient 1, a 32-year-old male with a history of chronic paranoid schizophrenia, presented with a chief complaint of sadness and loss of interest in pleasurable activities. His symptoms had been present for two weeks, and met *the Diagnostic and Statistical Manual of Mental Disorders Fourth Edition* (DSM-IV) criteria for a depressive disorder not otherwise specified. The patient's psychosis had been treated with chlorpromazine, haloperidol, and thiothixene, all of which he discontinued because they aggravated his depressed mood. Clozapine successfully treated the psychotic and depressive symptoms; however, it had to be discontinued after 2 weeks because the patient developed agranulocytosis. Three weeks later, quetiapine 25 mg/day was initiated, increasing by 25 mg every third day, until a dose of 50 mg tid was reached. This dose was changed to 150 mg at bedtime, secondary to somnolence. After 24 days of treatment, the somnolence subsided and the psychotic symptoms remained in remission; however, his depressive symptoms persisted. The quetiapine dose was increased to 200 mg at bedtime, and 12 days later, the patient reported complete resolution of his depressive symptoms without any adverse events to quetiapine. Six months after starting quetiapine, the patient remained free of psychotic and depressive symptoms, was able to hold a part-time job, and had not developed any side effects.

Patient 2, a 43-year-old male with a 15-year history of chronic disorganized schizophrenia, complained of depression that started 3 months after a heavy storm destroyed his home. The patient experienced early morning awakenings, feelings of guilt, and an inability to enjoy pleasurable activities; he met DSM-IV criteria for depressive disorder not otherwise defined. The patient had been non-compliant with haloperidol decanoate, and although he denied current hallucinations, he did experience delusional beliefs. Quetiapine 150 mg/day was initiated and increased weekly by 150 mg until a dose of 150 mg tid was achieved. To enhance compliance, this dose was later changed to 450 mg at bedtime. After approximately 3 weeks of treatment, he noticed a marked improvement in his way of thinking and his delusions subsided; however, he still experienced depressive symptoms. He also had developed a well-tolerated mild headache. The quetiapine dose was increased to 500 mg at bedtime, and within 8 weeks of starting quetiapine therapy, the mild headache and the depressive symptoms subsided. The patient continued to do well on quetiapine and had not had any exacerbations of psychotic or depressive symptoms for at least 5 months.

Enclosure(s):

- SEROQUEL Prescribing Information

Reference(s):

1. SEROQUEL Prescribing Information

2. Arvanitis LA, Miller BG, Kowalcyk BB. Efficacy of 'SEROQUEL' (quetiapine fumarate) in affective symptoms of schizophrenia [abstract]. Presented at: the American College of Neuropsychopharmacology; Hawaii, December 7-12, 1997.

MDL-WhittingtonL-0710475
0000119-CONFIDENTIAL

3. Mullen JA, Sajatovic M. Sweitzer D. Efficacy of quetiapine and risperidone against depressive symptoms in outpatients with psychotic disorders [poster]. Presented at: the American Psychiatric Association Annual Meeting; Chicago, IL, May 13-18, 2000.

4. Khouzam HR. Treatment of depressive mood in schizophrenia with the atypical antipsychotic quetiapine. *Depression and Anxiety*. 2000;11 (2):80-82. Access #AN58766.

MDL-WhittingtonL-0710475
0000120-CONFIDENTIAL