# EXHIBIT G – Part 5

 

 **AstraZeneca** | **Medical Resources Quality Assurance Survey** | Inquiry Number: 281596

Product: SEROQUEL

Dear   DR. MOHAMED SALEH

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.  This survey can be:
- Completed online at http://mrsurvey.astrazeneca-us.com/with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (610)578-8204.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources
  AstraZeneca LP
  725 Chesterbrook Blvd
  Wayne, PA 19087-9237

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1.  Did the response answer your question?  ☐ Completely   ☐ Partially   ☐ Not at all

If you checked "Partially" or "Not at all", please explain:

---

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

|  | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is unbiased | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was received promptly enough to meet your needs | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3.  Overall, I was satisfied with the quality of the information I received.   ☐  ☐  ☐  ☐  ☐  ☐

4.  In general, how do the responses from AstraZeneca compare to those of other pharmaceutical companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5.  What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6.  Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

---

Thank you for taking the time to complete the survey.   We hope to use this information to continually improve our services.
©2002 AstraZeneca LP

 002

 

MDL-WhittingtonL-0710475
0000121-CONFIDENTIAL

203346   7/01

# Seroquel®
## (quetiapine fumarate)
### TABLETS

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (peach), 100 mg (yellow), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hydroxypropyl methylcellulose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_{2}$ ($IC_{50}$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50}$s>5000 nM).

The mechanism of action of SEROQUEL, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's therapeutic activity in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

Absorption: Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

Distribution: Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

Metabolism and Elimination: Following a single oral dose of $^{14}C$-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

Population Subgroups

Age: Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

Gender: There is no gender effect on the pharmacokinetics of quetiapine.

Race: There is no race effect on the pharmacokinetics of quetiapine.

Smoking: Smoking has no effect on the oral clearance of quetiapine.

Renal Insufficiency: Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 $m^2$, n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 $m^2$, n=8), but plasma quetiapine concentrations in the subjects with renal impairment were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

Hepatic Insufficiency: Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

Drug-Drug Interactions: In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine. Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

Clinical Efficacy Data

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75,

150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects at doses of 150 to 750 were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose-response comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

### Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs. Two possible cases of NMS (202367 [0.1%]) have been reported in clinical trials with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

### Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increases. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

## PRECAUTIONS

### General

Orthostatic Hypotension: SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (202/0.02) of the patients treated with SEROQUEL, compared with 0% (0/209) on placebo and about 0.4% (2/429) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications).

Cataracts: The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

Seizures: During clinical trials, seizures occurred in 0.6% (10/2387) of patients treated with SEROQUEL, compared to 0.5% (1/209) on placebo and 1% (4/429) on active comparator drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

Hypothyroidism: Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine ($T_4$) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of $T_3$ were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free $T_4$, irrespective of the duration of treatment. About 0.4% (10/2386) of SEROQUEL patients did experience TSH increases. Six of the patients with TSH increases needed replacement thyroid treatment.

Cholesterol and Triglyceride Elevations: In a pool of 3- to 6-week placebo-controlled trials, SEROQUEL-treated patients had increases from baseline in cholesterol and triglycerides of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL-treated patients.

Hyperprolactinemia: Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see CARCINOGENESIS). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither chronic elevation of prolactin levels can be unknown for most patients. Neither chronic administration of SEROQUEL epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

Transaminase Elevations: Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. The proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL, compared to 1% for placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

Potential for Cognitive and Motor Impairment: Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo-controlled trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Priapism: One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

Body Temperature Regulation: Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

Dysphagia: Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Suicide: The possibility of a suicide attempt is inherent in schizophrenia and close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

Use in Patients with Concomitant Illness: Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (See Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

Information for Patients

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

Orthostatic Hypotension: Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

Interference with Cognitive and Motor Performance: Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Pregnancy: Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

Nursing: Patients should be advised not to breast feed if they are taking SEROQUEL.

Concomitant Medication: As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

Alcohol: Patients should be advised to avoid consuming alcohol while taking SEROQUEL.

Heat Exposure and Dehydration: Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

Laboratory Tests

No specific laboratory tests are recommended.

Drug Interactions

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychosis disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents.

SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

The Effect of Other Drugs on SEROQUEL

Phenytoin: Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

Thioridazine: Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

Cimetidine: Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

P450 3A Inhibitors: Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

Fluoxetine, Imipramine, Haloperidol, and Risperidone: Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

Effect of Quetiapine on Other Drugs

Lorazepam: The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg bid dosing.

Lithium: Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

Antipyrine: Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis: Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (600 mg/day) on a mg/m² basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m² basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m² basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m² basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m² basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rat liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (See Hyperprolactinemia in PRECAUTIONS, General).

MDL-WhittingtonL-0710475
0000122-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

Mutagenesis: The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vivo mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vivo chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

Impairment of Fertility: Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m² basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m² basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m² basis.

Pregnancy
Pregnancy Category C
The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected at oral doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m² basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m² basis. There was, however, evidence of embryofetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m² basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m² basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at 0, 1, 10, and 20 mg/kg, or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m² basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m² basis. There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Labor and Delivery: The effect of SEROQUEL on labor and delivery in humans is unknown.

Nursing Mothers: SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

Pediatric Use: The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

Geriatric Use: Of the approximately 2400 patients in clinical studies with SEROQUEL, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see PHARMACOKINETICS under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

ADVERSE REACTIONS
The premarketing development program for SEROQUEL included over 2500 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL. Of these 2500 subjects, approximately 2300 were patients who participated in multiple-dose effectiveness trials, and their experience corresponded to approximately 805 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind studies, inpatient and outpatient studies, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

Adverse Findings Observed in Short-Term, Controlled Trials
Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials
Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials: Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater and observed at a rate at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%).

Table 1. Treatment-Emergent Adverse Experience
Incidence in 3- to 6-Week Placebo-Controlled Clinical Trials[a]

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| Body as a Whole | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| Nervous System | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| Digestive System | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 1% |
| Dyspepsia | 6% | 2% |
| Cardiovascular System | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 4% |
| Metabolic and Nutritional Disorders | | |
| Weight gain | 2% | 0% |
| Skin and Appendages | | |
| Rash | 4% | 2% |

SEROQUEL® (quetiapine fumarate) Tablets

| Respiratory System | | |
|---|---|---|
| Rhinitis | 3% | 1% |
| Special Senses | | |
| Ear pain | 1% | 0% |

[a] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypertension, hypokinesia, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection.

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials
Dose-related Adverse Events: Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were examined for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

Extrapyramidal Symptoms: Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus EPS total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | 75mg | 150mg | 300mg | 600mg | 750mg |
|---|---|---|---|---|---|---|
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.0 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 12% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications.

Vital Sign Changes: SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

Weight Gain: The proportions of patients meeting a weight criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significant greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

Laboratory Changes: An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).
An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

ECG Changes: Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials resulting a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute observed with placebo. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL
Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

Nervous System: Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased[*], urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased[*], neuralgia, stuttering, subdural hematoma.

Body as a Whole: Frequent: flu syndrome; Infrequent: neck pain, pelvic pain[*], suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

Digestive System: Frequent: anorexia; Infrequent: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, tooth caries, fecal incontinence, gastrointestinal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

Cardiovascular System: Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave inverted, ST depressed, increased QRS duration.

Respiratory System: Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: aspiration pneumonia, hiccup, hyperventilation.

Skin and Appendages System: Frequent: sweating; Infrequent: pruritus, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

Urogenital System: Infrequent: dysmenorrhea[*], vaginitis[*], urinary incontinence, metorrhagia[*], impotence[*], dysuria, vaginal moniliasis[*], abnormal ejaculation[*], cystitis, urinary frequency, amenorrhea[*], female lactation[*], leukorrhea[*], vaginal hemorrhage[*], vulvovaginitis[*]; Rare: gynecomastia[*], nocturia, polyuria, acute kidney failure.

Special Senses: Infrequent: conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

Musculoskeletal System: Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

Hemic and Lymphatic System: Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

Endocrine System: Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

[*] adjusted for gender

Post Marketing Experience: Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include the following: rarely leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

DRUG ABUSE AND DEPENDENCE
Controlled Substance Class: SEROQUEL is not a controlled substance.
Physical and Psychologic dependence: SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such

SEROQUEL® (quetiapine fumarate) Tablets

patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

OVERDOSAGE
Human experience: Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.

Management of Overdosage: In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

DOSAGE AND ADMINISTRATION
Usual Dose: SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using bid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

Dosing in Special Populations
Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

Maintenance Treatment: While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

Reinitiation of Treatment in Patients Previously Discontinued: Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval off of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinstated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

Switching from Other Antipsychotics: There are no systematically collected data to specifically address switching patients with schizophrenia from other antipsychotics to SEROQUEL, or concerning concomitant administration with other antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

HOW SUPPLIED
25 mg tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, intagliated with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) (See USP).

ANIMAL TOXICOLOGY
Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-2.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose and carcinogenicity studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

All trademarks are the property of the AstraZeneca group
©AstraZeneca 2001

64154-01                                                              Rev 1/01

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA



MDL-WhittingtonL-0710475
0000123-CONFIDENTIAL



**AstraZeneca**

**Medical Resources**

August 12, 2004

Mohamed Saleh, M.D.
1408 San Marco Boulevard
Jacksonville, FL 32207

Dear Dr. Saleh:

Your Pharmaceutical Sales Specialist, Nancy White, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL-Effect on Diabetes/Blood Glucose/Hyperglycemia**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Frederick W. Kohler Jr., R.Ph., Ph.D.*

Senior Medical Information Manager

INQ 423266

**AstraZeneca LP**

Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437

Tel 800 236 9933
Fax 302 885 1400
www.astrazeneca-us.com

MDL-WhittingtonL-0710475
0000124-CONFIDENTIAL

**SEROQUEL-Effect on Diabetes/Blood Glucose/Hyperglycemia**

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

Indications

SEROQUEL is indicated:

- For the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- For the treatment of schizophrenia.

Warnings

*Hyperglycemia and Diabetes Mellitus*

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of antidiabetic treatment despite discontinuation of the suspect drug.

MDL-WhittingtonL-0710475
0000125-CONFIDENTIAL

<u>Adverse Events</u>

As noted in the enclosed prescribing information, hyperglycemia, hypoglycemia, and diabetes mellitus were infrequently reported adverse events during clinical trials with SEROQUEL. Glycosuria, nocturia, and polyuria were rarely reported adverse events during clinical trials with SEROQUEL. Infrequent adverse events are those occurring in 1/100 to 1/1000 patients. Rare events are those occurring in less than 1/1000 patients. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they do not establish causation.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

**Background Information**

Schizophrenia has been associated with impaired glucose tolerance and insulin resistance.[2] In a study of 719 patients with schizophrenia (conducted before the widespread use of novel antipsychotic agents), 10.8% (n=78) of patients were found to have diabetes at the time of the study, and the lifetime prevalence of diabetes in the sample was 14.9% (n=107).[2] This compares to a prevalence of diabetes in the general population of 10%.[3]

**Clinical Data**

Prospective, controlled clinical trials designed to evaluate the relationship between quetiapine and occurrence of diabetes, glucose dysregulation, or insulin resistance have not been conducted. However, a search of the published medical literature identified several relevant retrospective analyses and case reports, summarized below. In addition, AstraZeneca conducted a review of data from controlled and uncontrolled quetiapine trials and postmarketing data; these findings are also described below.

Data pertaining to blood glucose level, diabetes, and related adverse events were analyzed from controlled and uncontrolled quetiapine clinical trials and from the postmarketing database (ClinTrace).[4] Random blood glucose concentrations were measured in patients enrolled in 3 short-term placebo-controlled clinical trials (≤6 weeks; n=230, quetiapine; n=143, placebo), and a long-term comparison with haloperidol (52-week; n=170, quetiapine; n=35, haloperidol). Blood glucose concentrations were also measured in 3 additional placebo-controlled trials: one in elderly patients (n=80, quetiapine, n=80, placebo) and 2 in patients with acute mania (n=195, quetiapine; n=183, placebo). From the pooled databases, adverse events possibly related to changes in glucose metabolism (thirst, polyuria, urinary frequency, weight gain, hyperglycemia, diabetes mellitus, diabetic ketoacidosis, hyperosmolar coma) were recorded. Long-term weight changes were assessed in an open-label extension (OLE) of 6 phase III studies.

Analysis of blood glucose data from the pooled short-term placebo controlled trials and the long-term comparison with haloperidol showed no statistically significant difference between quetiapine and placebo or between quetiapine and haloperidol. Measurement from the placebo-controlled trials conducted in elderly patients and in patients with acute mania showed mean decreases in blood glucose concentration. The uncontrolled Phase II/III trial database included

MDL-WhittingtonL-0710475
0000126-CONFIDENTIAL

1640 quetiapine-treated patients, with a total of 894 patient-years of quetiapine treatment. Hyperglycemia was reported in 8 (0.5%) patients and diabetes mellitus was reported in 5 (0.3%) patients. There were no reports of diabetic ketoacidosis or hyperosmolar coma. The short-term controlled Phase II/III trial database included 1925 patients receiving quetiapine, 206 receiving placebo, 279 receiving haloperidol, and 230 receiving chlorpromazine. The total patient-year exposure in each group was as follows: 171.3, 14.6, 24.8, and 29.0 patient-years, respectively. There were no reports of hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma in patients treated with quetiapine. The long-term (>6 weeks) controlled database included 260 patients receiving quetiapine (84,5 patient-years) and 41 treated with haloperidol (17.8 patient-years). Again, no patients treated with quetiapine experienced hyperglycemia, diabetes mellitus, diabetic ketoacidosis, or hyperosmolar coma. From the postmarketing data, diabetes mellitus and hyperglycemic events were very rare (defined as occurring in <0.01%) in patients treated with quetiapine. A total of 178 patients were included in the long-term weight analysis (OLE). The mean treatment duration was 18.6 months. Overall weight change was minimal after treatment with quetiapine. There was no overall effect on weight across the BMI spectrum (the 95% confidence intervals included zero when all BMI groups were considered together, and for all individual BMI categories except severely obese, where the upper 95% confidence limit did not reach zero).

<u>Retrospective Analyses</u>

Reinstein and colleagues[5] conducted a retrospective analysis of quetiapine as an adjunctive treatment to clozapine in patients who experienced adverse events while receiving clozapine monotherapy. The charts of 1000 adult patients with diagnoses of schizophrenia or schizoaffective disorder were reviewed for changes in weight, diabetes mellitus, hypersalivation, constipation, clinical improvement and efficacy after having quetiapine added to their current treatment regimen. A protocol-based augmentation strategy was utilized to add quetiapine to an established clozapine regimen. The clozapine dose was reduced by 25% and augmented with quetiapine at a ratio of clozapine 1 mg to quetiapine 2 mg. The rate of titration ranged from 2-14 days in the evaluated patients.

Overall, the addition of quetiapine to an established clozapine regimen was successful. Of the 1000 charts reviewed, 65 patients had experienced weight gain (defined as 7% of baseline weight) within 6 months of initiating clozapine therapy (200-800 mg/d). Following 10 months of quetiapine-clozapine combination therapy, weight gain halted in all 65 patients. Moreover, greater than half of the patients lost weight, with an average weight loss of 4.2 kg (range 0.4-18.6 kg) after 10 months of combination therapy.

Six months after starting clozapine, the occurrence of diabetes mellitus increased by 2.8% in the sample population. Diagnoses were obtained through monthly monitoring of fasting blood sugars and glycosylated hemoglobin (HbA$_{1c}$). However, within 10-months of initiating the combination protocol, a subsequent increase in control of diabetes mellitus was noted. Additionally, cessation of insulin therapy was observed in 5 patients after receiving this regimen.

The effects of antipsychotics on inducing type 2 diabetes were evaluated in a retrospective analysis of a large healthcare plan database.[6] A total of 6,582 patients with psychosis who

MDL-WhittingtonL-0710475
0000127-CONFIDENTIAL

received antipsychotic treatment were compared to a control group of 10,296 patients with psychosis who were not treated with antipsychotics.  Treatment groups were divided into 4 categories of risperidone, olanzapine, quetiapine and conventional antipsychotics.  Claims for patients in the treatment groups were observed during and 30 days after cessation of antipsychotic therapy to capture diabetes diagnosed post-therapy. The control group was observed for an average of 1 year.  Logistic regression analysis was used to predict the likelihood of patients developing type 2 diabetes and antipsychotic exposure was assessed by duration and dose of therapy.

Analysis of medical claims revealed that type 2 diabetes was more prevalent in patients treated with antipsychotics, as well as in those observed over a longer period of time.  Quetiapine and risperidone patients had numerically lower odds of receiving treatment for type 2 diabetes than those who were not treated with antipsychotics, while conventional antipsychotic treatments yielded similar results to the control group.  Olanzapine-treated patients had significantly greater odds of receiving treatment for type 2 diabetes ($p<0.05$) compared to untreated patients.  Using regression analysis to convert estimated odds ratios of 1 month of antipsychotic treatment to 12 months, olanzapine exhibited the highest likelihood, 42.6%, of inducing type 2 diabetes compared to untreated patients.  Estimated odds ratios of newly reported type 2 diabetes for all treatment groups at 12 months compared to those not treated with antipsychotics were as follows:  risperidone=0.652 (95% CI, 0.306-1.393); olanzapine=1.426 (95% CI, 1.049-1.945); quetiapine=0.953 (95% CI, 0.408-2.227); and conventional antipsychotics=1.024 (95% CI, 0.669-1.564).  The authors concluded that this study supports prior case report data that implicate olanzapine as exacerbating type 2 diabetes, while few have implicated quetiapine and risperidone.

Sernyak and colleagues[7] conducted a retrospective analysis of Veterans Affairs (VA) administrative databases to evaluate the relationship between antipsychotic treatment and diabetes.  All outpatients with schizophrenia treated with typical or atypical antipsychotic agents over a 4-month period in 1999 were included.  Patients with a diagnosis of diabetes were identified using ICD-9 codes.  A total of 38,632 patients were included: 15,984 (41.4%) received typical antipsychotics and 22,648 (58.6%) received atypical antipsychotics.  Among the atypical antipsychotic group 1,207 (5.3%) received clozapine; 10,970 (48.4%) received olanzapine; 955 (4.2%) received quetiapine; and 9,903(43.7%) received risperidone.  Patients who received atypical antipsychotics had a 9% greater chance of having diabetes than those who received typical antipsychotics.  Across the whole age group, the odds of having a diagnosis of diabetes were significantly greater for patients receiving any atypical, and specifically, for those receiving clozapine, olanzapine, or quetiapine.

Subsequent to the publication of this paper, 2 letters to the editor were published addressing these results.[8,9]  The letters cited several limitations of the study that may have skewed the results:  diabetes status was not determined at baseline; no matched comparison subjects were used; a history of alcoholism was more prevalent in the atypical group than in the typical group (alcohol-induced pancreatitis may have accounted for some of the higher prevalence of diabetes in the atypical group); numbers of patients taking each agent varied widely; exclusive use of ICD-9 codes to identify diabetes mellitus (presence of diabetes is more definitely determined if there is treatment); and the study did not control for differences in treatment duration among the

MDL-WhittingtonL-0710475
0000128-CONFIDENTIAL

various antipsychotic agents. Gianfrancesco[9] noted that the preceding medication a patient was treated with also could have affected the results. For example, in 49% of quetiapine-treated patients, another agent, often olanzapine, immediately preceded quetiapine treatment; whereas, treatment with risperidone, olanzapine, and typical neuroleptics was preceded by another neuroleptic in only 16%, 18%, and 13% of patients, respectively.

Wirshing and colleagues[10] analyzed charts of 590 patients taking selected antipsychotics, of which 215 met the inclusion criteria. In order to be included, patients had to have had at least 1 laboratory value (glucose) before initiation of the antipsychotic and ≥1 measurement at least 1 week after initiation. Only those measurements taken in the morning were included, as these were presumed to be fasting measurements. Patients were receiving the following antipsychotics: clozapine (n=39), olanzapine (n=32), risperidone (n=49), quetiapine (n=13), haloperidol (n=41), and fluphenazine (n=41). Patients on clozapine, olanzapine, and haloperidol showed a significant increase in glucose level from baseline. Following initiation of clozapine, 5 patients (13%) required initiation of a glucose-lowering agent. While no olanzapine-treated patients required addition of a glucose-lowering agent, 2 patients (6%) who were previously controlled on glucose-lowering agents required an increased dose to maintain glucose control after starting olanzapine. No patients in the risperidone, haloperidol, fluphenazine, or quetiapine groups required an intervention.

Feldman and colleagues[11] evaluated the risk of developing diabetes mellitus among elderly patients treated with antipsychotics. New prescription claims data for antihyperglycemic agents in the AdvancePCS database was analyzed for patients who initiated antipsychotic therapy within a 3-month period. The following cohorts were included: an elderly reference population (no antipsychotics used, n=1,836,799); all conventional antipsychotics (n=11,546); haloperidol (n=6481); thioridazine (n=1658); all atypical antipsychotics (n=19,407); clozapine (n=117); olanzapine (n=5382); quetiapine (n=1664); and risperidone (n=12,244). The incidence of diabetes was higher in every antipsychotic cohort than in the general reference population. However, the risk was not different overall between the atypical and typical antipsychotic cohorts. Among the individual antipsychotics, the risk was highest for thioridazine and lowest for quetiapine. Among atypicals, only patients treated with risperidone had a significantly higher risk than haloperidol. Conclusions about clozapine were difficult to draw because of the small number of patients.

Lambert and colleagues[12] assessed the risk of developing new onset diabetes in patients with schizophrenia treated with clozapine, olanzapine, risperidone, quetiapine, and various typical antipsychotics using a matched case control design. Data were collected from the California Medicaid database; 3102 cases were identified. Results showed that exposure to clozapine, olanzapine, or quetiapine increased the risk of developing diabetes compared with the conventional antipsychotics.

Case Reports

Sobel et al[13] described a case report of possible quetiapine-associated diabetes mellitus. The patient, a 42-year-old man with a history of bipolar disorder, had no prior history of glucose intolerance or hyperglycemia, and a negative family history for diabetes. Four months before his

MDL-WhittingtonL-0710475
0000129-CONFIDENTIAL

admission to the hospital, the results of his random blood glucose tests were 126 and 107 mg/dL. The patient did have hypertriglyceridemia, which had been present for at least a year prior to his admission. His bipolar disorder was managed with lithium, gabapentin, clonazepam, and venlafaxine. Quetiapine, titrated to 200 mg at bedtime, was added to his regimen 1 month before admission. The patient presented to the hospital after several days of nausea, vomiting, polyuria, and confusion. At admission, he had a blood glucose level of 607 mg/dL, and was started on intravenous fluids and sliding-scale insulin. After discharge, his quetiapine dosage was reduced and discontinued over a 9-day period. Since discontinuing quetiapine, the patient's insulin requirements decreased markedly and the insulin was eventually discontinued 5 months later.

A report of possible quetiapine-associated diabetes mellitus was described by Procyshyn and colleagues.[14] The patient was a 30-year-old male receiving quetiapine therapy for schizoaffective disorder. Approximately 2 weeks after quetiapine initiation, routine laboratory monitoring revealed a random fasting blood glucose concentration of 6.4 mmol/L (normal range: 3.6 to 6.1 mmol/L). The patient had no family history of diabetes and had no history of hyperglycemia or glucose intolerance. He was receiving a quetiapine dosage of 400 mg daily at this time. The patient was started on quetiapine 200 mg/day and titrated to a maximum dose of 700 mg daily over 5.5 weeks. After reaching a dose of quetiapine 700 mg/day, the patient was maintained on this regimen for 8 weeks. By week 14, the patient was receiving a maintenance dose of quetiapine 300 mg daily. Concomitant medications included: divalproex 1500 mg/day, loxapine 50 mg/day, clonazepam 2.5 mg/day and fluphenazine depot injections. During week 16 of therapy, the patient developed nausea, vomiting, polyuria, and polydipsia. And complained of urinary incontinence over the previous week. A fasting plasma glucose concentration at this time was 21.2 mmol/L and a hemoglobin $A_{1c}$ value was 13.3% (normal < 6.5%). The patient also had a 5 kg weight gain. Quetiapine and loxapine treatment were discontinued 1 week later. The hyperglycemia was treated with sliding-scale insulin and oral hypoglycemic agents. The authors noted that patient was of African-American descent and was obese with a baseline weight of 100 kg, height of 176 cm, and body mass index of 32.3.

Domon and Cargile[15] reported the case of possible quetiapine-associated hypertriglyceridemia and hyperglycemia in a 17-year-old African American female. At the time of presentation, the patient was maintained on divalproex 1500 mg/day (for > 8 months), quetiapine 600 mg/day (for >3 months), and paroxetine 20 mg/day (for 1 day). Two to 3 months prior to presentation, the patient was diagnosed with type 2 diabetes and was started on a 2000 calories/day diet and metformin 1000 mg twice daily. She had not experienced significant weight gain during the 3 months of quetiapine therapy. Admission laboratory assessments revealed the following: serum glucose, 144 mg/dl; serum cholesterol, 235 mg/dl; and serum triglyceride, 456 mg/dl (all fasting). Quetiapine was tapered and discontinued over 1 week because she had not responded as effectively as hoped and because the hyperglycemia and hypertriglyceridemia apparently developed after quetiapine initiation. Serum cholesterol and triglyceride levels within 1 week of discontinuation of quetiapine were 196 and 167 mg/dl, respectively. Six weeks later, serum cholesterol was 226 mg/dl and triglyceride level was 163 mg/dl. The patients fasting serum glucose level also normalized within a week and metformin was eventually discontinued. Fasting serum glucose levels ranged between 99 and 170 mg/dl over the next month.

MDL-WhittingtonL-0710475
0000130-CONFIDENTIAL

Wilson and colleagues[16] reported the occurrence of diabetic ketoacidosis (DKA) in a 64-year-old white male being treated with quetiapine. The patient had a history of chronic obstructive pulmonary disease, prostate cancer, schizophrenia, and a positive family history and unclear personal history of diabetes mellitus. During his hospital admission, he was taking risperidone 2 mg/day and propranolol 40 mg/day and his fasting blood glucose was 120 mg/dL. Twelve days after admission, he was switched from risperidone to quetiapine monotherapy 50 mg/day, which was increased to 100 mg in the morning and 300 mg at night. Two months later, he was found unresponsive after breakfast and was transferred to a tertiary care center with a diagnosis of DKA. The patient was then lost to follow-up. No other details were provided by the author about this patient's therapy while in the hospital or after discharge.

**Internal Safety Database**

It is AstraZeneca policy to provide adverse event information to health care professionals from the Prescribing Information and the published literature for our marketed products. We do not provide specific adverse event information from the AstraZeneca Safety database (which includes data from Clinical Trials and post-marketing reports). However, key clinical findings, including safety information, form the basis for the Prescribing Information. We do not provide specific adverse event information from the AstraZeneca Safety database because of the inherent limitations of spontaneous reports. Such limitations include, but are not limited to, adverse event recognition, underreporting, biases, estimation of patient exposure, report quality, and the lack of established causality of these events. These reports are monitored continuously, and the Prescribing Information is updated when new safety issues are established.

**Adverse Event Reporting**

In order to monitor the safety of SEROQUEL, we encourage clinicians to report suspected adverse events to AstraZeneca at 1-800-236-9933.

Enclosure(s):

* SEROQUEL Prescribing Information.

Reference(s):

1. SEROQUEL Prescribing Information.

2. Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. *Schizo Bulletin*. 2000; 26:903-912.

3. Mokdad AH, Bowman BA, Ford ES, et al. The Continuing Epidemics of Obesity and Diabetes in the United States. *JAMA*. 2001: 286(10); 1195-1200.

4. Data on File (S0089). AstraZeneca Pharmaceuticals LP. Wilmington, DE.

5. Reinstein M, Sonnenberg J, Sangarapillai M, et al. Use of quetiapine to manage patients who experienced adverse effects with clozapine. *Clin Drug Invest*. 2003; 23(1): 63-67.

MDL-WhittingtonL-0710475
0000131-CONFIDENTIAL

6. Gianfrancesco F, White RE, Yu E.  Antipsychotic-induced type 2 diabetes:  evidence from a large health plan database [poster].  Presented at: the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 19-23, 2002.

7. Sernyak MJ, Leslie DL, Alarcon RD, et al. Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia. *Am J Psychiatry*. 2002; 159:561-566.

8. Geller WK, MacFadded W. Diabetes and atypical neuroleptics. *Am J Psychiatry*. 2003; 160:388.

9. Gianfrancesco FD. Diabetes and atypical neuroleptics. *Am J Psychiatry*.2003; 160:388-389.

10. Wirshing DA, Boyd JA, Meng LR, et al. The effects of novel antipsychotics on glucose and lipid levels. *J Clin Psychiatry*. 2002; 63:856-865.

11. Feldman PD, Hay LK, Kennedy JS, et al.  Retrospective cohort study of diabetes mellitus and antipsychotic treatment in a geriatric population in the United States [abstract]. *J Clin Psychiatry*. 2002; 63:11.

12. Lambert B, Chou CH, Chang KY, et al. Assessing the risk of antipsychotic-induced type II diabetes among schizophrenics: a matched case-control study [abstract]. Eur Neuropsychopharmacol. 2002; 12(suppl 3): S307-S308.

13. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. *J Clin Psychiatry*. 1999; 60:556-557. Access #AN55689

14. Procyshyn RM, Pande S, Tse G. New-onset diabetes associated with quetiapine. *Can J Psychiatry*. 2000; 45(7): 668-669. Access #AN60989

15. Domon SE, Cargile CS. Quetiapine associated hyperglycemia and hypertriglyceridemia. *J Am Acad Child Adolesc Psychiatry*. 2002; 41:5.

16. Wilson DR, D'Souza L, Sarkar N, Newton M, Hammond C. New-onset diabetes and ketoacidosis with atypical antipsychotics. *Schizophr Res*. 2003; 59(1): 1-6.

MDL-WhittingtonL-0710475
0000132-CONFIDENTIAL

 

 AstraZeneca

| | | |
|---|---|---|
| **Medical Resources Quality Assurance Survey** | Inquiry Number: | 423266 |
| | Product: | SEROQUEL |

Dear   DR. MOHAMED SALEH

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.  This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (302)885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE  19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1.  Did the response answer your question?        ☐ Completely    ☐ Partially    ☐ Not at all

   If you checked "Partially" or "Not at all", please explain:

_____

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is unbiased | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was received promptly enough to meet your needs | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3.  Overall, I was satisfied with the quality of the information I received.

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|

4.  In general, how do the responses from AstraZeneca compare to those of other pharmaceutical companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5.  What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6.  Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

_____

MIM:  kohlerfw     8/12/2004

**Thank you for taking the time to complete the survey.  We hope to use this information to continually improve our services.**
©2002 AstraZeneca LP

 002

 

MDL-WhittingtonL-0710475
0000133-CONFIDENTIAL

# Seroquel®
## (quetiapine fumarate)



**DESCRIPTION**

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed in milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

The fumarate salt is a white to off-white crystalline powder which is moderately soluble in water.

**CLINICAL PHARMACOLOGY**

**Pharmacodynamics**

**Pharmacokinetics**

**Special Populations**

**INDICATIONS AND USAGE**

Bipolar Mania

**CONTRAINDICATIONS**

**WARNINGS**

Neuroleptic Malignant Syndrome (NMS)

**Clinical Efficacy Data**

Bipolar Mania

Monotherapy

Adjunct Therapy

The results of the trials follow:

# Seroquel®
## (quetiapine fumarate)

64251-00

Rev 07/04

F.P.O.

MDL-WhittingtonL-0710475
0000134-CONFIDENTIAL

MDL-WhittingtonL-0710475
0000135-CONFIDENTIAL

# SEROQUEL® (quetiapine fumarate) Tablets

Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials. The prescriber should be aware that the figures in the tables and discussions cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the adverse event incidence in the population studied.

In the acute therapy of schizophrenia trials, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (8%), ALT increased (5%), weight gain (5%), and dyspepsia (6%).

### Table 1: Treatment-Emergent Adverse Experience Incidence in 3 to 6 Week Placebo-Controlled Clinical Trials for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)

| Body System/Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 21% | 14% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| **Cardiovascular** | | |
| Tachycardia | 7% | 4% |
| Postural Hypotension | 7% | 5% |
| **Digestive** | | |
| Dry Mouth | 7% | 1% |
| Constipation | 6% | 3% |
| Vomiting | 6% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 1% |
| Transaminases Increased | 1% | — |
| **Metabolic and Nutritional** | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| **Nervous** | | |
| Agitation | 20% | 16% |
| Somnolence | 18% | 11% |
| Dizziness | 11% | 5% |
| **Respiratory** | | |
| Rhinitis | 3% | 1% |
| **Skin and Appendages** | | |
| Rash | 4% | 2% |
| **Special Senses** | | |
| Postural Hypotension | 7% | — |

In these tables, the most commonly occurring adverse event associated with the use of SEROQUEL at an incidence of 5% or greater and observed at a rate on SEROQUEL at least twice that of placebo.

### Table 2: Treatment-Emergent Adverse Experience Incidence in 3-Week Placebo-Controlled Clinical Trials for the Treatment of Bipolar Mania (Adjunct Therapy)

| Body System/Preferred Term | SEROQUEL (n=200) | Placebo (n=203) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| **Cardiovascular** | | |
| Postural Hypotension | 7% | 2% |

### Table 3: Treatment-Emergent Adverse Experience Incidence in a 3 to 6 Week Placebo-Controlled Clinical Trial for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)

| Body System/Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| Dry Mouth | 19% | 3% |
| Constipation | 11% | 6% |
| Weight Gain | 6% | 3% |
| **Nervous** | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 4% |
| Tremor | 8% | 6% |
| **Respiratory** | 5% | 3% |

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL.

| Dose Group | Placebo | 75mg | 150mg | 300mg | 600mg | 750mg |
|---|---|---|---|---|---|---|
| Postural Hypotension | 0.6 | 1.0 | 1.2 | 1.4 | 0.8 | — |
| EPS total | — | 4% | 4% | 8% | 12% | 6% |
| Anticholinergic | 14% | 11% | 10% | 8% | 8% | — |

### DOSAGE AND ADMINISTRATION

Usual Dose. When used as monotherapy or adjunct therapy...

MDL-WhittingtonL-0710475
0000136-CONFIDENTIAL



**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Rehabilitation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address rechallenge of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL, is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

**HOW SUPPLIED**

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, imprinted with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F). [See USP].

**ANIMAL TOXICOLOGY**

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose on a mg/m² basis, respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose-related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64631-00
Rev 07/04
© AstraZeneca 2004

AstraZeneca

MDL-WhittingtonL-0710475
0000137-CONFIDENTIAL



**Medical Resources**

May 09, 2005

Mohamed Saleh, M.D.
1408 San Marco Blvd
Jacksonville, FL 32207-8536

Dear Dr. Saleh:

Your Medical Information Scientist, Jannifer Johnson, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL–Use in Elderly Patients**
- **SEROQUEL–Mortality in Elderly Patients with Dementia-Related Psychosis**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. Prescription drugs used outside of their approved indication may not be eligible for reimbursement by any third-party payors, including Medicaid, Medicare, or similar federal or state programs. AstraZeneca does not recommend the use of SEROQUEL in any manner other than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Amy Timmins, Pharm.D.*

Senior Medical Information Manager

INQ 474673

**AstraZeneca LP**

Tel 800 236 9933
Fax 302 885 1400
www.astrazeneca-us.com

Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437

MDL-WhittingtonL-0710475
0000138-CONFIDENTIAL

## SEROQUEL–Use in Elderly Patients

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

Indications

SEROQUEL is indicated:

- For the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- For the treatment of schizophrenia.

Geriatric Use

Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30-50% in elderly patients when compared to younger patients.[2]

Precautions

As stated in the *Precautions* section, esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Dosing

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, and in patients who are debilitated or who have a predisposition to hypotensive reactions. When indicated, dose escalation should be performed with caution in these patients.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

**Clinical Data**

Tariot and colleagues[3] evaluated the long-term tolerability, safety, and clinical benefit of quetiapine in elderly patients with various psychotic disorders in a 52-week, multicenter, open-

SR #26275              Information Provided By AstraZeneca LP                          1

MDL-WhittingtonL-0710475
0000139-CONFIDENTIAL

label, uncontrolled trial. All antipsychotics and medications to treat extrapyramidal symptoms (EPS) were discontinued at the onset of quetiapine therapy, and no concomitant antipsychotic medications were permitted during the study. Quetiapine treatment was initiated at 25 mg once or twice daily, as tolerated. Doses were escalated in 25 to 50 mg increments every 1 to 3 days, up to 800 mg daily, according to patient tolerance and clinical response. Psychiatric symptomatology was assessed using the 18-item Brief Psychiatric Rating Scale (BPRS) and the Clinical Global Impressions (CGI) scale. Both efficacy assessments were performed at baseline (week 0) and at weeks 2, 4, 8, 12, 24, 36, and 52 (or time of withdrawal). Investigators assessed adverse events for severity and relationship to treatment. Abnormal involuntary movements and EPS were assessed using the Simpson-Angus Scale (SAS) and the Abnormal Involuntary Movement Scale (AIMS).

Of the 184 patients who entered the trial, 132 (72%) had psychotic disorders due to general medical conditions, such as Alzheimer's disease, and 52 (28%) had other psychotic disorders, most commonly, schizophrenia. The mean age of patients was 76.1 years (range 54 to 94 years). Overall, 89 (48%) patients completed the entire 52 weeks of the study. The main reasons for study withdrawal were lack of efficacy (19%), adverse event or intercurrent illness (15%; adverse events alone, 11%), and failure to return for follow-up (13%). Median total daily dose was 137.5 mg (range, 12.5 to 800 mg).

BPRS total scores improved progressively throughout the trial; changes from baseline were statistically significant (p<0.001) for observed and last observation carried forward (LOCF) data at all time points. Significant improvement (p≤0.001) was also demonstrated for the BPRS positive and negative symptoms clusters. CGI Severity of Illness scores improved significantly (p<0.002) from baseline at all time points (observed and LOCF data). Overall, 49% (n=170) of patients had at least a 20% decrease in BPRS total score at week 52.

During the study, quetiapine was well tolerated with no major safety concerns. The most common adverse events reported were somnolence (31%), accidental injury (24%), dizziness (17%), agitation (16%), and postural hypotension (15%). EPS occurred in 13% of patients and improved during the course of the trial, as indicated by a progressive decrease in SAS scores. Changes in AIMS scores from baseline were negligible. EPS events included akathisia (3%), tremor (3%), and dyskinesia (3%). Nine patients required benztropine for EPS. In seven of these patients, EPS were present at baseline. No clinically significant effects on hematology or clinical chemistry measurements, ECG parameters, or vital signs were observed. Mean weight change was +0.3 ± 5.7 kg (observed) and +0.2 ± 5.6 kg (LOCF). On an individual basis, weight gains of ≥ 7% were seen in 42 (23%) patients.

The investigators concluded that in this patient population, "an initial dose of 25 mg/day with incremental increases in dose to a target of 100 to 150 mg is reasonable, with individualized adjustments as needed. The results also suggest that quetiapine has potential for long-term use in elderly patients with psychosis."

The efficacy and tolerability of quetiapine and risperidone were compared in 751 adult outpatients with psychotic disorders in a 4-month, multicenter, open-label trial called QUEST (QUetiapine Experience with Safety and Tolerability).[4] Both quetiapine and risperidone,

SR #26275                    Information Provided By AstraZeneca LP                    2

MDL-WhittingtonL-0710475
0000140-CONFIDENTIAL

randomized in a 3:1 ratio (quetiapine:risperidone), were flexibly dosed:  the recommended starting doses were 25 mg twice daily for quetiapine and 1 mg twice daily for risperidone. Tolerability was evaluated at each visit using the EPS Checklist.  A subanalysis of the QUEST trial, presented by Mintzer et al, provides preliminary data regarding EPS in geriatric patients.[5] From a total of 92 patients between 60 and 80 years of age (mean age 67), 65 patients received quetiapine (final median dose of 200 mg) and 27 patients received risperidone (final median dose of 3 mg).  After 4 months of treatment, 3.4% of quetiapine-treated patients and 16% of risperidone-treated patients had substantial EPS (p=0.003), defined as requiring dosage adjustment or the addition of anti-EPS medication.  Quetiapine was significantly less likely than risperidone to cause akathisia (p=0.02) or hypertonia (p=0.01).

Zhong and colleagues[6] compared the efficacy, safety, and tolerability of quetiapine to placebo in the treatment of agitation associated with dementia in elderly patients residing in long term care facilities.  Patients were randomized to treatment with quetiapine 100 mg/day (n=124), quetiapine 200 mg/day (n=117), or placebo (n=92) in this 10-week multicenter, double-blind, fixed-dose trial.  Quetiapine was initiated at 25 mg/day and titrated by 25 mg/day increments to reach target doses of either 100 mg/day by day 4 or 200 mg/day by day 8 (given as 50 mg bid or 100 mg bid).  Inclusion criteria were as follows: $\geq$ 55 years of age; residence in a long term care facility for $\geq$14 days; a diagnosis of dementia consistent with probable or possible AD, vascular dementia, or mixed dementia; clinical symptoms of agitation (Cohen-Mansfield and Billig criteria) requiring treatment with antipsychotic medication in addition to behavioral intervention, and a score of $\geq$ 14 on the Positive and Negative Syndrome Scale-Excitement Component (PANSS-EC), with one of the 5 items scored as $\geq$ 4.  Stable doses of antidepressants, hypnotics, benzodiazepines, and cholinesterase inhibitors were permitted throughout the trial, while concomitant treatment with antipsychotics, anticonvulsants, and mood stabilizers were prohibited.

The primary efficacy endpoint was mean change from baseline to endpoint on the PANSS-EC (hostility, excitement, tension, uncooperativeness, and poor impulse control).  Secondary efficacy measures included CGI of Change (CGI-C) and response rates (defined as the percentage of patients rated as "much" or "very much" improved on the CGI-C, and the percentage of patients with $\geq$ 40% reduction in PANSS-EC).  Tolerability measures included the incidence of adverse events, EPS-related clinically significant changes in laboratory tests and EKG parameters, and SAS, AIMS, and Mini Mental State Examination (MMSE) scores.  Results were analyzed using intent to treat (ITT, n=326) and per protocol (PP, n=294) populations using both observed cases (OC) and last observation carried forward (LOCF).

A total of 219 (66%) patients completed the study.  Completion rates at the end of the 10 week period were similar across all treatment groups: 63%, 65%, and 65% for quetiapine 200 mg/d, 100 mg/d, and placebo, respectively.  Quetiapine 200 mg/d showed significantly greater reductions in PANSS-EC compared to placebo in 3 analyses (PP populations both OC and LOCF and ITT population for OC; p<0.05) and the improvement in PANSS-EC score approached statistical significance in the fourth analysis (ITT population, LOCF analysis; p=0.065).  A significant reduction in PANSS-EC score with quetiapine 200 mg/d versus placebo was observed in the PP population starting at week 2 (p<0.05), and the improvement was sustained at weeks 4,

MDL-WhittingtonL-0710475
0000141-CONFIDENTIAL

8, and 10; in the ITT population the reduction in the PANSS-EC score with quetiapine 200 mg/d versus placebo approached statistical significance at week 10 (p=0.065). Quetiapine 200 mg/d significantly improved the CGI-C scores compared to placebo in all four analyses. The significant improvement in CGI-C with quetiapine 200 mg/d versus placebo was evident at week 2 (p<0.05) and was sustained at weeks 8 and 10 in both the ITT and PP populations. A significantly greater percentage of patients in the quetiapine 200 mg/day group versus the placebo group were considered responders: 57% vs 32%, respectively, based on a rating of "much" or "very much" improved on the CGI-C, and 42% vs 27%, respectively, based on PANSS-EC score reductions of $\geq 40\%$.

The incidence of adverse events and serious adverse events were similar in each treatment group. The percentages of patients who discontinued the study due to adverse events were 7.3%, 12.0%, and 7.6% in the quetiapine 100 mg/day, 200 mg/day and placebo groups, respectively. No specific pattern of adverse events leading to withdrawal was observed. No cerebrovascular adverse events were reported in quetiapine-treated patients. The incidence of the most common adverse events was similar in all treatment groups, except for somnolence/sedation, which was more common in the quetiapine groups: 17.9% (200 mg/d), 11.3% (100 mg/d), and 6.5% (placebo). Ninety-four percent of patients who experienced somnolence/sedation rated it as mild to moderate in severity and only 4 patients (1.2%) discontinued the study due to its occurrence. The incidence of postural hypotension was low and the incidence of falls and hip fractures was comparable among treatment groups. The incidence of EPS-related adverse events was low and similar in all treatment groups: 5%, 5% and 4% for the quetiapine 200 mg/d, 100 mg/d, and placebo groups, respectively. There were no significant differences among the treatment groups in the mean change in SAS and AIMS scores, fasting plasma glucose levels, or mean weight change. The mean change in MMSE at study endpoint was 0 for all treatment groups. The authors concluded quetiapine was generally well tolerated in this patient population and quetiapine 200 mg/d reduced agitation in patients with dementia and demonstrated significant improvement in clinical global rating in patients with dementia.

Jaskiw and colleagues[7] conducted a 27-day, open-label, rising multiple-dose, pharmacokinetics and tolerability study of quetiapine in elderly patients (n=12, age range 63-85 years) diagnosed with schizophrenia, schizoaffective disorder, or bipolar disorder. Key assessments were made with respect to plasma concentrations (maximum observed plasma concentration [$C_{max}$], time to $C_{max}$ [$t_{max}$], minimum plasma concentration [$C_{min}$], terminal half life [t ½], area under the curve within an 8-hour dose administration interval [$AUC_8$], apparent oral clearance [CL/f], and apparent volume of distribution [Vz/f]), and neurological and safety evaluations. Any ongoing treatment with antipsychotics was discontinued on day 1 and treatment with quetiapine began on day 3. Quetiapine doses were initiated at 25 mg every 8 hours (tid) and titrated up in a fixed step-wise fashion reaching 100 mg tid on day 15 to a maximum of 250 mg tid on day 21. Other medications known to alter or induce metabolic enzymes were not permitted within 6 weeks of trial entry.

To determine quetiapine plasma concentrations at 100 and 250 mg tid, blood samples were drawn on days 15 and 23 just prior to drug administration, and at 0.25, 0.5, 1, 1.5, 2, 4, 6, 8, 12, 18 and 24 hours after drug administration, with additional sample collection at 30, 36 and 48 hours after the 250 mg dose on day 23. Blood samples were also collected prior to the first dose

MDL-WhittingtonL-0710475
0000142-CONFIDENTIAL

of quetiapine on day 3 to obtain a baseline assay, on days 3, 6, 9, 12, 14, 21, and 22 to determine the $C_{min}$ at the end of the dose administration intervals (25, 50, 75, 100, 150, 200, and 250 mg doses, respectively).

Nine of the 12 enrolled patients (mean age = 71.8 years) completed the trial and three withdrew due to adverse events (tachycardia, intermittent postural hypotension, and dizziness).  The results of the pharmacokinetic parameters at 100 mg tid vs. 250 mg tid showed no significant difference in $t_{max}$, and dose-normalized $C_{min}$ and $AUC_8$.  $C_{max}$ values were less than dose proportional.  CL/f, Vz/f and t ½ values did not significantly change as a function of dose.

**TABLE I:  Mean (standard error) values for pharmacokinetic parameters by dose.** Clin Pharmacokinet 2004; 43 (14):1030.

| Dose q8h (mg) | $C_{min}$ (µg/L) | $C_{max}$ (µg/L) | $AUC_8$ (µg·h/L) | $T_{max}$ (h) [range] | T ½ (h) | CL/f (L/h) | Vz/f (L) |
|---|---|---|---|---|---|---|---|
| 100 (day 15) | 146 (30.1) | 507 (43.1) | 2132 (243) | 0.5 – 3 | 6.2 (0.38) | 51.5 (5.92) | 471 (72.9) |
| 250 (day 23) | 355 (45.3) | 1079 (122) | 4942 (504) | 1 - 3 | 6.8 (0.56) | 54.7 (5.23) | 513 (25.8) |

The authors discussed the comparison of quetiapine pharmacokinetics reported for younger adults who received similar dosages with the results of the elderly population in this trial.  It was revealed that the mean CL/f values for the elderly group were approximately 30-50% lower than the younger comparator group.  An assessment was made that "This reduced clearance must be taken into account when deciding on a drug titration schedule and maximum dose in the elderly".

The most common adverse events were postural hypotension (n=6), dizziness (n=5), and somnolence (n=4).  A slight but statistically significant mean decreases in hemoglobin, which was attributed to frequent blood sampling, developed by day 18 to the end of the trial.  There were also intermittent significant drops in neutrophils, lymphocytes, monocytes and basophils, but these were not considered clinically significant. There was a significant drop from baseline to study end for free thyroxin ($T_4$) (-5.58pmol/L) and total $T_4$ (-34.18 nmol/L) but these changes were not associated with an increase in TSH to values outside the normal range.  Prolactin levels were not affected by quetiapine.  Nine patients had clinically significant decreases in systolic blood pressure but there were no clinically important changes in QTc intervals. Results of neurological and cognitive assessments showed that most patients improved or remained the same.  The authors concluded; "These results indicate that the pharmacokinetics of quetiapine were linear in the elderly population studied."

A chart review conducted by Sicuro[8] assessed the use of quetiapine at higher-doses in elderly patients.  The charts of 28 patients aged ≥ 65 years (mean age = 78.5 years) and receiving at least 200 mg of quetiapine were analyzed for both efficacy and safety parameters.  The primary reasons for admission into the inpatient psychiatric unit were agitation and/or aggression and most common diagnoses were dementia with psychosis (82%) and dementia complicated by depression (50%).  Data available for analysis included, age, sex, primary and secondary diagnoses, quetiapine dosing schedules, concomitant medications, rate of falls, sedation, and EPS symptoms as recorded by nursing staff.  Clinical Global Impression (CGI) ratings were assigned retrospectively to assess changes in psychiatric condition.  The mean quetiapine dose at discharge was 450 mg/day (range: 0-900 mg/day) with an average dose increase during admission of 262 mg/day.  The majority of patients newly started on quetiapine (83%) reached

MDL-WhittingtonL-0710475
0000143-CONFIDENTIAL

200 mg within 4 days of therapy initiation.   Patients with a diagnosis of comorbid depression required a 49% higher dosage of quetiapine than those without depression (539 mg/day vs 361 mg/day, respectively).

Quetiapine appeared to be efficacious in this patient population as noted by improvement in mean CGI scores from moderately-markedly ill to much improved.  Safety assessments revealed ten patients who experienced falls during hospitalization, for a total of 20 episodes.  Eighteen fall episodes were associated with use of a second antipsychotic and/or benzodiazepine and 4 episodes occurred while the patient was off quetiapine.  Only 1 patient experienced a fall while taking quetiapine alone.  Quetiapine doses for patients experiencing no falls during hospitalization were higher than doses used in patients experiencing fall episodes (discharge doses were 473 mg/day vs 342 mg/day, respectively).  Transient sedation was noted in 5 patients, 3 of the cases were temporally related to quetiapine initiation.  EPS developed in 2 patients while taking quetiapine; however, both patients were also receiving routine doses of haloperidol.   The author concluded that quetiapine was efficacious and generally well tolerated in the elderly demented patient with psychosis and agitation.  However, he suggested further prospective studies be conducted to validate the results of this retrospective review.

Additional information on the use of quetiapine in elderly patients with varying diagnoses has been published.  Tariot and Ismail have summarized the data pertaining to the use of quetiapine in elderly patients, including patients with Alzheimer's disease, Parkinson's disease, and schizophrenia.[9]  A copy of this review article is enclosed as a professional courtesy.  Wijnen et al.[10] presented the results of quetiapine efficacy in two elderly patients who required treatment for parkinsonism and psychosis. Both patients had failed previous antipsychotic medications due to continued psychotic behavior and unwanted side effects.  The authors concluded that quetiapine treatment resulted in a "marked antipsychotic effect that coincided with a decrease in parkinsonian symptoms and an improvement of general motor functioning."

Enclosure(s):

- SEROQUEL Prescribing Information.

- Tariot PN, Ismail S. Use of quetiapine in elderly patients. *J Clin Psychiatry*. 2002; 63(suppl 13): 21-26.

Reference(s):

1.   SEROQUEL Prescribing Information.

2.   Thyrum PT, Jaskiw G, Fuller M, et al. Multiple-dose pharmacokinetics of ICI 204,636 in elderly patients with selected psychotic disorders [abstract]. *Psychopharmacol Bull*. 1996;32(3):524.

3.   Tariot PN, Salzman C, Yeung PP, et al.  Long-term use of quetiapine in elderly patients with psychotic disorders. *Clin Therapeutics*. 2000; 22(9); 1068-1084.

MDL-WhittingtonL-0710475
0000144-CONFIDENTIAL

4.    Reinstein M, Bari M, Ginsberg L, et al.  Quetiapine and risperidone in outpatients with psychotic disorders: Results of the QUEST Trial [poster]. Presented at: the 152nd Annual Meeting of the American Psychiatric Association; Washington, DC, May 15-20, 1999.

5.    Mintzer JE, Yeung PP, Mullen JA, et al.  Extrapyramidal symptoms in elderly outpatients treated with either quetiapine or risperidone [poster]. Presented at: the Annual Meeting of the American Psychiatric Association; Chicago, IL, May 13-18, 2000.

6.    Zhong K, Tariot P, Minkwitz MC, et al. Quetiapine for the treatment of agitation in elderly institutionalized patients with dementia: a randomized, double-blind trial. [poster]: Presented at 9th International Conference on Alzheimer's Disease and Related Disorders, July 17-22, 2004;  Philadelphia, PA

7.    Jaskiw GE, Thyrum PT, Fuller MA, et al. Pharmacokinetics of quetiapine in elderly patients with selected psychotic disorders. *Clin Pharmacokinet* 2004;43(14):1025-35.

8.    Sicuro F.  Use of higher-dose quetiapine in elderly inpatients:  a chart review study [poster].  Presented at:  the 16th Annual Meeting of the American Association of Geriatric Psychiatry; March 1-4, 2003; Waikiki, Oahu, Hawaii.

9.    Tariot PN, Ismail S. Use of quetiapine in elderly patients. *J Clin Psychiatry*. 2002; 63(suppl 13): 21-26.

10.   Wijnen HH, van der Heijden FMMA, van Schendel FME, et al. Quetiapine in the elderly with parkinsonism and psychosis. European Psychiatry (Paris) 2003;18(7):372-3.

MDL-WhittingtonL-0710475
0000145-CONFIDENTIAL

**SEROQUEL-Mortality in Elderly Patients with Dementia-Related Psychosis**

**Prescribing Information**[1]

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

SEROQUEL is indicated:

1.     for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

2.     for the treatment of schizophrenia.

Please see the enclosed SEROQUEL Prescribing Information for complete product information.

AstraZeneca received notice on April 11, 2005 of the US Food and Drug Administration (FDA) request that the product labeling for all atypical antipsychotics, including SEROQUEL® (quetiapine fumarate), be updated to include a boxed warning noting the increased risk of mortality in elderly patients with dementia-related psychosis taking these drugs, compared to patients taking placebo.  The FDA proposed boxed warning also notes that these drugs are not approved for treatment of elderly patients with dementia-related psychosis.

AstraZeneca is currently reviewing the FDA request.

For further information on this subject please refer to the FDA Public Health Advisory and Talk Paper at http://www.fda.gov/cder/drug/advisory/antipsychotics.htm.

Enclosure(s):

-     SEROQUEL Prescribing Information

Reference(s):

1.     SEROQUEL Prescribing Information

MDL-WhittingtonL-0710475
0000146-CONFIDENTIAL

222267                                                                                           Rev 07/04

# Seroquel®
## (quetiapine fumarate)

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (round, peach), 100 mg (round, white), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hypromellose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50}s=717$ & 148 nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50}s=1268$ & 329 nM respectively), histamine $H_1$ ($IC_{50}=30$ nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50}s=94$ & 271 nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50}s>5000$ nM).

The mechanism of action of SEROQUEL, as with other drugs having efficacy in the treatment of schizophrenia and acute manic episodes associated with bipolar disorder, is unknown. However, it has been proposed that this drug's efficacy in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

**Absorption:** Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

**Distribution:** Quetiapine is widely distributed throughout the body with an apparent volume of distribution of $10\pm4$ L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

**Metabolism and Elimination:** Following a single oral dose of $^{14}$C-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

**Population Subgroups:**

**Age:** Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

**Gender:** There is no gender effect on the pharmacokinetics of quetiapine.

**Race:** There is no race effect on the pharmacokinetics of quetiapine.

**Smoking:** Smoking has no effect on the oral clearance of quetiapine.

**Renal Insufficiency:** Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m², n=8) had a 25% lower mean oral clearance than normal subjects (Clcr = 80 mL/min/1.73 m², n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

**Hepatic Insufficiency:** Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

**Drug-Drug Interactions:** In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

### Clinical Efficacy Data

**Bipolar Mania**

The efficacy of SEROQUEL in the treatment of acute manic episodes was established in 3 placebo-controlled trials in patients who met DSM-IV criteria for bipolar I disorder with manic episodes. These trials included patients with or without psychotic features and excluded patients with rapid cycling and mixed episodes. Of these trials, 2 were monotherapy (12 weeks) and 1 was adjunct therapy (3 weeks) to either lithium or divalproex. Key outcomes in these trials were change from baseline in the Young Mania Rating Scale (YMRS) scores at 3 and 12 weeks for monotherapy and at 3 weeks for adjunct therapy. Adjunct therapy is defined as the simultaneous initiation or subsequent administration of SEROQUEL with lithium or divalproex.

The primary rating instrument used for assessing manic symptoms in these trials was the YMRS, an 11-item clinician-rated scale traditionally used to assess the degree of manic symptomatology (irritability, disruptive/aggressive behavior, sleep, elevated mood, speech, increased activity, sexual interest, language/thought disorder, thought content, appearance, and insight) in a range from 0 (no manic features) to 60 (maximum score).

The results of the trials follow:

**Monotherapy**

In two 12-week trials (n=300, n=299) comparing SEROQUEL to placebo, SEROQUEL was superior to placebo in the reduction of the YMRS total score at weeks 3 and 12. The majority of patients in these trials taking SEROQUEL were dosed in a range between 400 and 800 mg per day.

---

**Adjunct Therapy**

In this 3-week trial, 170 patients with acute bipolar mania (YMRS ≥ 20) were randomized to receive SEROQUEL or placebo as adjunct treatment to lithium or divalproex. Patients may or may not have received an adequate treatment course of lithium or divalproex prior to randomization. SEROQUEL was superior to placebo when added to lithium or divalproex alone in the reduction of YMRS total score.

The majority of patients in this trial taking SEROQUEL were dosed in a range between 400 and 800 mg per day. In a similarly designed trial (n=200), SEROQUEL was associated with an improvement in YMRS scores but did not demonstrate superiority to placebo, possibly due to a higher placebo effect.

**Schizophrenia**

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 mg/day were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

### Bipolar Mania

SEROQUEL is indicated for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients initially hospitalized for up to 7 days for acute mania (See CLINICAL PHARMACOLOGY). Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy and 3 weeks in adjunct therapy. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term risks and benefits of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

### Schizophrenia

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

### Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including SEROQUEL. Rare cases of NMS have been reported with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

### Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

### Hyperglycemia and Diabetes Mellitus

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (e.g., obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

## PRECAUTIONS

### General:

**Orthostatic Hypotension:** SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (23/2567) of the patients treated with SEROQUEL, compared with 0% (0/507) on placebo and about 0.4% (2/527) on active control drugs.

MDL-WhittingtonL-0710475
0000147-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

Cataract: The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients receiving SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

Seizures: During clinical trials, seizures occurred in 0.6% (19/2782) of patients treated with SEROQUEL compared to 0.2% (1/607) on placebo and 0.7% (4/527) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

Hypothyroidism: Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (10/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of the patients with TSH increases needed replacement thyroid treatment. In the mania adjunct studies, where SEROQUEL was added to lithium or divalproex, 12% (24/196) of SEROQUEL treated patients compared to 7% (15/203) of placebo treated patients had elevated TSH levels. Of the SEROQUEL treated patients with elevated TSH levels, 3 had simultaneous low free T4 levels.

Cholesterol and Triglyceride Elevations: In schizophrenia trials, SEROQUEL treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were evenly related to the increases in weight observed in SEROQUEL treated patients.

Hypoprolactinemia: Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vivo, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

Transaminase Elevations: Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. In schizophrenia trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL, compared to 1% for placebo. In acute bipolar mania trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 12-week placebo-controlled trials were approximately 1% for both SEROQUEL and placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

Potential for Cognitive and Motor Impairment: Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL especially during the 3-5 day period of initial dose-titration. In schizophrenia trials, somnolence was reported in 18% of patients on SEROQUEL, compared to 11% of placebo patients. In acute bipolar mania trials using SEROQUEL as monotherapy, somnolence was reported as 16% of patients on SEROQUEL compared to 4% of placebo patients. In acute bipolar mania trials using SEROQUEL as adjunct therapy, somnolence was reported in 34% of patients on SEROQUEL compared to 5% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Priapism: One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

Body Temperature Regulation: Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

Dysphagia: Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Suicide: The possibility of a suicide attempt is inherent in bipolar disorder and schizophrenia; close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

Use in Patients with Concomitant Illness: Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

Information for Patients
Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

Orthostatic Hypotension: Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

Interference with Cognitive and Motor Performance: Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Pregnancy: Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

Nursing: Patients should be advised not to breast feed if they are taking SEROQUEL.

Concomitant Medication: As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

Alcohol: Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

Heat Exposure and Dehydration: Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

Laboratory Tests
No specific laboratory tests are recommended.

Drug Interactions
The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.
Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents.
SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

The Effect of Other Drugs on Quetiapine
Phenytoin: Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be needed to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).
Divalproex: Coadministration of quetiapine (150 mg bid) and divalproex (500 mg bid) increased the mean maximum plasma concentration of quetiapine at steady state by 17% without affecting the extent of absorption or mean oral clearance.
Thioridazine: Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

Cimetidine: Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

P450 3A Inhibitors: Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

Fluoxetine, Imipramine, Haloperidol, and Risperidone: Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

Effect of Quetiapine on Other Drugs
Lorazepam: The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.
Divalproex: The mean maximum concentration and extent of absorption of total and free valproic acid at steady state were decreased by 10 to 12% when divalproex (500 mg bid) was administered with quetiapine (150 mg bid). The mean oral clearance of total valproic acid (administered as divalproex 500 mg bid) was increased by 11% in the presence of quetiapine (150 mg bid). The changes were not significant.
Lithium: Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

Antipyrine: Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

Carcinogenesis, Mutagenesis, Impairment of Fertility
Carcinogenesis: Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m² basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m² basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m² basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m² basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m² basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

Mutagenesis: The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vitro mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vitro chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

Impairment of Fertility: Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m² basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m² basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m² basis. Drug-related effects included increases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m² basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m² basis.

Pregnancy
Pregnancy Category C
The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m² basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m² basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg and in rabbit fetuses at the maximum human dose on a mg/m² basis; however, the maximum human dose on a mg/m² basis. Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis for both species). The presence of an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m² basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m² basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Labor and Delivery: The effect of SEROQUEL on labor and delivery in humans is unknown.

Nursing Mothers: SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

Pediatric Use: The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

Geriatric Use: Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

ADVERSE REACTIONS
The information below is derived from a clinical trial database for SEROQUEL consisting of over 3000 patients. This database includes 405 patients exposed to SEROQUEL for the treatment of acute bipolar mania (monotherapy and adjunct therapy) and approximately 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL for the treatment of schizophrenia.
Of these approximately 3000 subjects, approximately 2700 (2300 in schizophrenia and 405 in acute bipolar mania) were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 914.3 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included participation in (acutely antipsychotic) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.
Adverse events during exposure were obtained primarily by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.
The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

Adverse Findings Observed in Short-Term, Controlled Trials
Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials
Bipolar Mania: Overall, discontinuations due to adverse events were 5.7% for SEROQUEL vs. 5.1% for placebo in monotherapy and 3.6% for SEROQUEL vs. 5.9% for placebo in adjunct therapy.

MDL-WhittingtonL-0710475
0000148-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

**Schizophrenia:** Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related.

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

**Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials:** The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy of schizophrenia (up to 6 weeks) and bipolar mania (up to 12 weeks) in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 800 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

Table 1. Treatment-Emergent Adverse Experience
Incidence in 3- to 12-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)

| Body System/ Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 21% | 14% |
| Pain | 7% | 5% |
| Asthenia | 5% | 3% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| **Cardiovascular** | | |
| Tachycardia | 6% | 4% |
| Postural Hypotension | 4% | 1% |
| **Digestive** | | |
| Dry Mouth | 9% | 3% |
| Constipation | 6% | 3% |
| Vomiting | 6% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 0% |
| Gamma Glutamyl Transpeptidase Increased | 1% | 0% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| **Nervous** | | |
| Agitation | 20% | 17% |
| Somnolence | 18% | 8% |
| Dizziness | 11% | 5% |
| Anxiety | 4% | 3% |
| **Respiratory** | | |
| Pharyngitis | 4% | 3% |
| Rhinitis | 3% | 1% |
| **Skin and Appendages** | | |
| Rash | 4% | 2% |
| **Special Senses** | | |
| Amblyopia | 2% | 1% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: accidental injury, akathisia, chest pain, cough increased, depression, diarrhea, extrapyramidal syndrome, hostility, hypertonia, hypertension, hyperkinesia, increased appetite, infection, insomnia, leukopenia, malaise, nausea, nervousness, paresthesia, peripheral edema, sweating, tremor, and weight loss.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (6%), SGPT increased (5%), weight gain (5%), and dyspepsia (5%).

Table 2 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during therapy (up to 3-weeks) of acute mania in 5% or more of patients treated with SEROQUEL (doses ranging from 100 to 800 mg/day) used as adjunct therapy to lithium and divalproex where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

Table 2. Treatment-Emergent Adverse Experience
Incidence in 3-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Bipolar Mania (Adjunct Therapy)

| Body System/ Preferred Term | SEROQUEL (n=196) | Placebo (n=203) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| **Cardiovascular** | | |
| Postural Hypotension | 7% | 2% |
| **Digestive** | | |
| Dry Mouth | 19% | 3% |
| Constipation | 10% | 5% |
| **Metabolic and Nutritional** | | |
| Weight Gain | 6% | 3% |
| **Nervous** | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 6% |
| Tremor | 8% | 7% |
| Agitation | 6% | 4% |
| **Respiratory** | | |
| Pharyngitis | 6% | 3% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: akathisia, diarrhea, insomnia, and nausea.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (34%), dry mouth (19%), asthenia (10%), abdominal pain (7%), postural hypotension (7%), pharyngitis (6%), and constipation (6%).

---

SEROQUEL® (quetiapine fumarate) Tablets

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

**Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials**
**Dose-related Adverse Events:** Spontaneously elicited adverse event data from a study of schizophrenia comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

**Extrapyramidal Symptoms:** Data from one 6-week clinical trial of schizophrenia comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hyperkinesia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | 75 mg | 150 mg | 300 mg | 600 mg | 750 mg |
|---|---|---|---|---|---|---|
| | | | | SEROQUEL | | |
| Parkinsonism | 0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In six additional placebo-controlled clinical trials trials (3 in acute mania and 3 in schizophrenia) using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

**Vital Signs and Laboratory Studies**
**Vital Sign Changes:** SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

**Weight Gain:** In schizophrenia trials the proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%). In mania monotherapy trials the proportions of patients meeting the same weight gain criterion were 21% compared to 7% for placebo and in mania adjunct therapy trials the proportion of patients meeting the same weight criterion was 13% compared to 4% for placebo.

**Laboratory Changes:** An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

**ECG Changes:** Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials for the treatment of schizophrenia revealing a 1% (4/399) incidence for SEROQUEL, compared to 0.6% (1/156) incidence for placebo. In acute (monotherapy) bipolar mania trials the proportions of patients meeting the criteria for tachycardia was 0.5% (1/192) for SEROQUEL, compared to 0% (0/178) incidence for placebo. In acute bipolar mania (adjunct) trials the proportions of patients meeting the same criteria was 0.6% (1/166) for SEROQUEL, compared to 0% (0/171) incidence for placebo. SEROQUEL was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

**Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL**
Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the Introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL, at multiple doses > 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients treated for schizophrenia. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Nervous System:** Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

**Body as a Whole:** Frequent: flu syndrome; Infrequent: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

**Digestive System:** Frequent: anorexia; Infrequent: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, haematemesis, intestinal obstruction, melena, pancreatitis.

**Cardiovascular System:** Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

**Respiratory System:** Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: hiccup, hyperventilation.

**Metabolic and Nutritional System:** Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; Rare: glycosuria, gout, hand edema, hypokalemia, water intoxication.

**Skin and Appendages System:** Frequent: sweating; Infrequent: pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

**Urogenital System:** Infrequent: dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; Rare: gynecomastia*, nocturia, polyuria, acute kidney failure.

**Special Senses:** Infrequent: conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

**Musculoskeletal System:** Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

**Hemic and Lymphatic System:** Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

**Endocrine System:** Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

*adjusted for gender

**Post Marketing Experience:** Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include: leukopenia/neutropenia. In a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

Other adverse events reported since market introduction, which were temporally related to SEROQUEL therapy, but not necessarily causally related, include the following: agranulocytosis, anaphylaxis, hyponatremia, rhabdomyolysis, syndrome of inappropriate antidiuretic hormone secretion (SIADH), and Steven Johnson syndrome (SJS).

**DRUG ABUSE AND DEPENDENCE**
**Controlled Substance Class:** SEROQUEL is not a controlled substance.

**Physical and Psychologic Dependence:** SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

MDL-WhittingtonL-0710475
0000149-CONFIDENTIAL

SEROQUEL® (quetiapine fumarate) Tablets

**OVERDOSAGE**

**Human experience:** Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block. In post-marketing experience, there have been very rare reports of overdose of SEROQUEL alone resulting in death, coma or QTc prolongation.

**Management of Overdosage:** In case of acute overdose, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

**DOSAGE AND ADMINISTRATION**

**Bipolar Mania**

**Usual Dose:** When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in BID doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in BID divided doses. Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicates that the majority of patients responded between 400 to 800 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Schizophrenia**

**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

---

SEROQUEL® (quetiapine fumarate) Tablets

**Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinstated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

**HOW SUPPLIED**

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, imprinted with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

**ANIMAL TOXICOLOGY**

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.

© AstraZeneca 2004

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64251-00
Rev 07/04



MDL-WhittingtonL-0710475
0000150-CONFIDENTIAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket NO. 1769

This Document Relates to:

Linda Whittington v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-10475

---

## AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation for Pursuant to Case Management Order Nos. 4 and 5 for Linda Whittington

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide available case specific discovery information and documentation for

Plaintiff Linda Whittington's prescribing physician pursuant to Case Management Order

Nos. 4 and 5 as follows.

AstraZeneca is providing seven categories of information and/or documents based on

a query of its relevant databases and systems.  The categories are: (1) Call Note Information;

(2) Account Payable Information; (3) Dear Doctor or Dear Healthcare Provider Letters; (4)

Prescriber-Level IMS Data; (5) Professional Request Information; (6) Sample Information;

and (7) Speaker Program Information.  AstraZeneca has run search queries and provided

information and documents as part of this Disclosure based upon the information provided

by the Plaintiff's Fact Sheet ("PFS").  If the PFS is incorrect, inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.

It is not anticipated that the AstraZeneca counsel responsible for deposing the Plaintiff's prescribing physician will have any information or documentation from AstraZeneca's databases and systems about the prescriber beyond the information and documents identified and provided in this Disclosure.

## I.   <u>Call Note Information</u>

AstraZeneca has searched its sales call note databases for Plaintiff's prescribing physician, as reflected in the information provided by the PFS.

AstraZeneca found call notes related to Seroquel for "Mohamed O. Saleh."  The call notes are attached hereto as **Exhibit A**, and are also being produced in electronic form as an Excel spreadsheet.

## II.   <u>Account Payable Information</u>

AstraZeneca has searched its accounts payable database for Plaintiff's prescribing physician as well as for any institution or entity identified in the PFS as affiliated with the prescribing physician, without regard to whether the payment to such institution or entity relates in any way to the prescribing physician.

AstraZeneca found account payable information for "Mohamed O. Saleh."  The account payable information is attached hereto as **Exhibit B**, and is also being produced in electronic form as an Excel spreadsheet.

## III.   Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca has searched for the prescribing physician's name, as provided in the PFS, in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters.  AstraZeneca states that there is no specific physician-identifying information on such "Dear Doctor" or "Dear Healthcare Provider" letters.  Those letters were previously produced as part of the MDL document production, and will not be reproduced here.

If AstraZeneca has a record that a particular prescribing physician was sent one or more of the May 20, 2002, January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstraZeneca will provide the relevant information in this section of the Disclosure.  AstraZeneca has not yet located the distribution list for the May 20, 2002 letter and will supplement this disclosure if that distribution list is located and is accessible.

AstraZeneca found the name "Mohamed O. Saleh" on the distribution lists for the July 7, 2005 and November 6, 2006 letters.  **Exhibit C** sets forth the contact information as it appears on the distribution lists.

## IV.   Prescriber-Level IMS Data

AstraZeneca has received consent from IMS Health, Inc. ("IMS") to produce certain prescription data relating to Plaintiff's prescribing physician.  Use of IMS prescription data is subject to the terms of IMS' consent.

IMS data related to "Mohamed O. Saleh" dating to March 1999 is attached hereto as **Exhibit D**, and is also being produced in electronic form as an Excel spreadsheet.

## V.     Professional Information Request Information

AstraZeneca has searched its Professional Information Request ("PIR") database for Plaintiff's prescribing physician, as reflected in the information provided by the PFS. To the extent AstraZeneca has records of a written response being sent to Plaintiff's prescribing physician, the documents and data about such response will be provided in this section of the Disclosure.

AstraZeneca found the following records related to PIRs received from "Mohamed O. Saleh":

| DATE | QUESTION | COMMENT |
|------|----------|---------|
| 12/12/2001 | STANDARD mail delivery - - Do you have information on how seroquel is used for PTSD? | INSITE INQUIRY NUM: 20120175-39100819 NOTES: This is for his ARNP-------------DAn Marcolm. 1 of 2 from same HCP |
| 12/12/2001 | STANDARD mail delivery - - Do you have information on how seroquel is used in Bipolar and Deptression? | INSITE INQUIRY NUM: 21120175-39100819 NOTES: This is for Rebecca Michaels, ARNP - 2 of 2 from same HCP |
| 9/19/2002 | Please send Dr. Saleh information about the efficacy of Seroquel in treating depressive symptoms as well as in treating depression either as monotherapy or as adjunctive therapy. Thank you. | |
| 8/12/2004 | Is there a contraindication for putting a patient with diabetes on seroquel? | With patients on zyprexa who develop diabetes, this doctor is switching them to another psychotorpic. |
| 5/9/2005 | Please send information re: use of Seroquel in the elderly. | Thank you! Jann |
| 5/9/2005 | Please send info re: use of Seroquel in children and adolescents. | Thanks! Jann |

| 5/9/2005 | Please send  info re: Seroquel and occurrence of CVAEs. | Thanks much! Jann |
| 3/29/2006 | Please send Dr. Saleh information about the safety of and the prevalence of diabetes in patients taking Seroquel. Thank you. | |
| 2/29/2000 | WHAT DATA IS THERE TO SUPPORT THE USE OF SEROQUEL IN PATIENTS WITH BIPOLAR? | |

AstraZeneca also found letters addressed to "Mohamed O. Saleh."  Copies of the letters are attached as **Exhibit E**.

## VI.   Sample Information

AstraZeneca has searched is Sample database for Plaintiff's prescribing physician, as reflected in the information provided in the PFS.

Information from this database related to "Mohamed O. Saleh" is attached as **Exhibit F** and is also being produced in electronic form as an Excel spreadsheet.

## VII.   Speaker Program Information

AstraZeneca has searched is Speaker databases for Plaintiff's prescribing physician, as reflected in the information provided in the PFS.

Information from these databases for "Mohamed O. Saleh" is attached as **Exhibit G**, and is also being produced in Electronic form as an Excel spreadsheet.

Dated: <u>January 30, 2008</u>

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
E-Mail:  rstewart@faegre.com
         nmalik@faegre.com


Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2008, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Esq., Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail.  Service on Plaintiffs' Liaison Counsel constitutes service on all  unrepresented plaintiffs.

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
303-607-3500

*Counsel for Defendants AstraZeneca*
*Pharmaceuticals LP and AstraZeneca LP*

fb.us.2553570.01

7

# EXHIBIT A

| ACT ID | ACTDATE | | REGISTER DATE | UNIQID | ACCTV PIE | TERRITORY YID | | REP LAST NAME | REP FIRST NAME | NEID | HCP LAST NAME | | HCP NAME | HCP ADDRESS | HCP CITY | HCP STATE | PROD ID | PRODUCT | PROD NAME | PRODUCT | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 241700374 | 12/06/07 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699291 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241700375 | 12/06/07 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699450 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241700506 | 01/10/08 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699450 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241700507 | 01/10/08 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699540 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | Hasn't seen NCQ rebellion as 1st line use. |
| 241700622 | 02/12/08 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699543 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | IS A GUEST INVESTIGATOR SUPPORTER OF ZEN HE NEEDS HIGH DOSES OF SEROQUEL. NCQ TALK ABOUT THESE HIGH DOSES AND IF HE PAUSES AT 300 FOR AT LEAST A WEEK. |
| 241700872 | 03/11/08 | 72/11/21 | 417107 | 25448 | PROF | 13220 | Kevin | Kinella | B | 241699545 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701110 | 04/07/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241699087 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701163 | 04/22/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241699945 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701215 | 05/14/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700064 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701324 | 06/10/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700088 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701377 | 06/25/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700110 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701406 | 06/25/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700111 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701426 | 07/22/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700041 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701554 | 08/01/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700132 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241701556 | 08/01/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700088 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241702083 | 08/14/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700089 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241702139 | 09/00/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700138 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241702078 | 09/02/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241700138 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241702298 | 09/02/08 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241701303 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 27TM | Seroquel Major | Psychotic Disorders | |
| 241703105 | 03/00/09 | 72/11/21 | 47422 | 25448 | PROF | 51030 | Kevin | Kinella | S | 241701303 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | WENT OVER GUEST DATA, DR. FEELS SEROQUEL NOT POTENT NCQ TALKS ABOUT THE NEED TO DEFINATELY BE IN THE 400-800 AND HIGHER RANGE TO GET OPTIMAL RESULTS. |
| 118777472 | 01/04/09 | | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118774035 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | he was one of the original investigators who said the child see the efficacy like the others. he talked about dosing and titrating it high. |
| 118777492 | 01/18/09 | | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118774786 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio HE NEEDS TO BE CONVINCED OF EFFICACY |
| 118777692 | 02/16/09 | | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118774404 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio, I ALWAYS HAVE TO REMIND HIM OF DOSING UP AND TITRATE UPWARDS |
| 118777692 | 02/23/09 | 118017515 | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118774533 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio, HE MENTIONED DOSING AND OTHER AREAS TO USE SEROQUEL. HE SAID SLEEP DISORDERS AND DR. BELIEVES IN USING IT FOR AGOING O WERE USING ON CHILDREN, WE TALKED ABOUT BIPOLAR AND INCREASING THE DOSE OF SEROQUEL. |
| 118777503 | 03/09/09 | 118017515 | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118774703 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio, he still has a problem with dosing very high and the titration |
| 118777503 | 02/27/09 | 118017515 | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118775072 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio, he finally convinced to using seroquel more, but he still is dosing and |
| 118777274 | 03/10/09 | 118017515 | 118017515 | 38878 | PROF | 64002 | Edwin | Rucker | | 118775144 | MOHAMED | SALEH | 0 | SALEH, M – Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi bio, he has used but doesnt think about it as first line. |

Page 1 of 2

MDL-WhittingtonL-0710475
00001-CONFIDENTIAL

| A ACTID | B ACTDATE | C ACCID | D USERDATE | E USERID | F ACTIVTYPE | G DETAILID | H REP_FIRST_NAME | I REP_LAST_NAME | J NOTES_NAME | K HCP_FIRST_NAME | L HCP2_MIDDLE_INIT_NAME | M HCP_LAST_NAME | N HCP2_LNK_SPEC | O HCP_NAME | P HCP_ADDRESS1 | Q HCP_CITY | R HCP2B_STATE | S PRODUCT_CODE | T | U | V MessageIndication | W | X NOTES_TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1167775304 | 05/02000 | 72711221 | 1160170157 | 38878 | PROF | S40002 | Edwin | Rooker | 1160776385 MOHAMED | MOHAMED | SALEH | O | SALEH, M - Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 33237 | | | | | lett complete pi info |
| 1167775406 | 05/02000 | 72711221 | 1160170157 | 38878 | PROF | S40002 | Edwin | Rooker | 1160773353 MOHAMED | MOHAMED | SALEH | O | SALEH, M - Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 33237 | | | | | lett complete pi info |
| 1167775550 | 06/10200 | 72711221 | 1160170157 | 38878 | PROF | S40002 | Edwin | Rooker | 1167775416 MOHAMED | MOHAMED | SALEH | O | SALEH, M - Phv, Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 33237 | | | | | lett complete pi info |

Page 2 of 2

MDL-WhittingtonL-0710475
00002-CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 1 | | | | | | | | | | | | | |
| 2 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Foshee-Geer, Sandra | 10/29/2001 20:53 | Stand-Up Call | first bsal intro and good call, loved brain narcy left.It left one more for aftica. very plod, not real interested in cust solut-unless got wrttne concep, can't come to program-going to kentucky. reviewed benfits of S and he definitly agrees. (no sg wt gain, no EPS or prolactin level inc.) therefore best choice. but kept saying NEEDS to be in mg advisory board so can learn more and be ASSURED)) sending E-mail to jim tonight. NCO: Any study reinforcing benefits. | Seroquel | EPS Differentiation |
| 3 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Foshee-Geer, Sandra | 10/29/2001 20:53 | Stand-Up Call | first bsal intro and good call, loved brain narcy left.It left one more for aftica. very plod, not real interested in cust solut-unless got wrttne concep, can't come to program-going to kentucky. reviewed benfits of S and he definitly agrees. (no sg wt gain, no EPS or prolactin level inc.) therefore best choice. but kept saying NEEDS to be in mg advisory board so can learn more and be ASSURED)) sending E-mail to jim tonight. NCO: Any study reinforcing benefits. | Seroquel | Minimal Weight Gain |
| 4 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Foshee-Geer, Sandra | 10/29/2001 20:53 | Stand-Up Call | first bsal intro and good call, loved brain narcy left.It left one more for aftica. very plod, not real interested in cust solut-unless got wrttne concep, can't come to program-going to kentucky. reviewed benfits of S and he definitly agrees. (no sg wt gain, no EPS or prolactin level inc.) therefore best choice. but kept saying NEEDS to be in mg advisory board so can learn more and be ASSURED)) sending E-mail to jim tonight. NCO: Any study reinforcing benefits. | Seroquel | Safety and Tolerability |
| 5 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Foshee-Geer, Sandra | 10/29/2001 20:53 | Stand-Up Call | first bsal intro and good call, loved brain narcy left.It left one more for aftica. very plod, not real interested in cust solut-unless got wrttne concep, can't come to program-going to kentucky. reviewed benfits of S and he definitly agrees. (no sg wt gain, no EPS or prolactin level inc.) therefore best choice. but kept saying NEEDS to be in mg advisory board so can learn more and be ASSURED)) sending E-mail to jim tonight. NCO: Any study reinforcing benefits. | Seroquel | Seroquel Efficacy |
| 6 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/11/2002 18:24 | Medical Solutions | Kris Stuford reviewed logo choices with him. Were able to discuss Seroquel afterwards. Using mainly Risperdol and Seroquel. Does not like safety with Geodon and wil gain with Zyprexa. Recent speaker for Zyprexa stated that wt gain was genetic, not due to med and Dr. Saleh walked out. Using higher doses now (600-800mg) with better efficacy than with lower doses. Reviewed cognition better too. Will write. | Seroquel | Dosing and Titration |
| 7 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/11/2002 18:24 | Medical Solutions | Kris Stuford reviewed logo choices with him. Were able to discuss Seroquel afterwards. Using mainly Risperdol and Seroquel. Does not like safety with Geodon and wil gain with Zyprexa. Recent speaker for Zyprexa stated that wt gain was genetic, not due to med and Dr. Saleh walked out. Using higher doses now (600-800mg) with better efficacy than with lower doses. Reviewed cognition better too. Will write. | Seroquel | Minimal Weight Gain |
| 8 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/11/2002 18:24 | Medical Solutions | Kris Stuford reviewed logo choices with him. Were able to discuss Seroquel afterwards. Using mainly Risperdol and Seroquel. Does not like safety with Geodon and wil gain with Zyprexa. Recent speaker for Zyprexa stated that wt gain was genetic, not due to med and Dr. Saleh walked out. Using higher doses now (600-800mg) with better efficacy than with lower doses. Reviewed cognition better too. Will write. | Seroquel | Safety and Tolerability |
| 9 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/11/2002 18:24 | Medical Solutions | Kris Stuford reviewed logo choices with him. Were able to discuss Seroquel afterwards. Using mainly Risperdol and Seroquel. Does not like safety with Geodon and wil gain with Zyprexa. Recent speaker for Zyprexa stated that wt gain was genetic, not due to med and Dr. Saleh walked out. Using higher doses now (600-800mg) with better efficacy than with lower doses. Reviewed cognition better too. Will write. | Seroquel | Seroquel Efficacy |
| 10 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 03/11/2002 17:43 | Sit down Call | Kris Stuford followed-up with logo and Dr. Saleh picked one of prods. Attended Speaker's Bureau last weekend. Learned more about contracts (post marketing info) and safety profile, dosing recommendations etc. Will continue to write higher doses of Seroquel. | Seroquel | Seroquel Efficacy |
| 11 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/03/2002 16:39 | Stand-Up Call | Reminder on 300mg strength. Interested in Virtual Dinner CD Rom. | Seroquel | Dosing and Titration |
| 12 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/03/2002 16:39 | Stand-Up Call | Reminder on 300mg strength. Interested in Virtual Dinner CD Rom. | Seroquel | Seroquel Efficacy |
| 13 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/23/2002 18:08 | Sit down Call | Gave CS logo. Really liked it. His wife's parents were in car accident over the weekend and her father died and mother is seriously hurt so he was obviously upset and distracted. Using Seroquel at higher doses and said does not waste his time with lower doses anymore. Will write. | Seroquel | Dosing and Titration |

MDL-WhittingtonL-0710475
00003-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | STATE | ZIP | J REP_NAME | K DUE_SUMMARY DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/23/2002 16:05 | Sit down Call | Gave CS figs. Really liked it. His wife's parents were in a car accident over the weekend and her father died and mother is seriously hurt so he was obviously upset and distracted. Using Seroquel at higher doses and said does not waste his time with lower doses anymore. Will write. | Seroquel | Seroquel Efficacy |
| 15 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/22/2002 16:31 | Sit down Call | Said using alot more Seroquel. Using low doses for elderly and adjunctively in depression. Using up to 800mg in many pts and gaining more experience and confidence. Writing less Zyprexa and more Ser. but little change in Risp. Kapur and transient D2 theory. He said the Seroquel should be the best after at higher doses. Will write. | Seroquel | Dosing and Titration |
| 16 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/22/2002 16:31 | Sit down Call | Said using alot more Seroquel. Using low doses for elderly and adjunctively in depression. Using up to 800mg in many pts and gaining more experience and confidence. Writing less Zyprexa and more Ser. but little change in Risp. Kapur and transient D2 theory. He said the Seroquel should be the best after at higher doses. Will write. | Seroquel | Elderly |
| 17 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/22/2002 16:31 | Sit down Call | Said using alot more Seroquel. Using low doses for elderly and adjunctively in depression. Using up to 800mg in many pts and gaining more experience and confidence. Writing less Zyprexa and more Ser. but little change in Risp. Kapur and transient D2 theory. He said he is not using it as much but again said gaining confidence at higher doses. Will write. | Seroquel | Minimal Weight Gain |
| 18 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/22/2002 16:31 | Sit down Call | Said using alot more Seroquel. Using low doses for elderly and adjunctively in depression. Using up to 800mg in many pts and gaining more experience and confidence. Writing less Zyprexa and more Ser. but little change in Risp. Kapur and transient D2 theory. He said the Seroquel should be the best after at higher doses. Will write. | Seroquel | Seroquel Efficacy |
| 19 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 06/25/2002 21:22 | Access Meal | Imp of higher doses for long term control. Onset of action; 1 week vs 6 week efficacy. Will write. | Seroquel | Well - Seroquel Efficacy |
| 20 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 06/25/2002 21:22 | Access Meal | Imp of higher doses for long term control. Onset of action; 1 week vs 6 week efficacy. Will write. | Seroquel | Well Accepted - Dosing and Titration / Accepted - Safety and Tolerability |
| 21 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy psps (some navy pts). Will write. | Seroquel | Merck-Medco Pull Through |
| 22 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy psps (some navy pts). Will write. | Seroquel | Well - Seroquel Efficacy |
| 23 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy psps (some navy pts). Will write. | Seroquel | Well Accepted - Dosing and Titration |
| 24 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/26/2002 14:42 | Sit down Call | Initial meeting with CSM, Shea. Discussed ideas for his practice. He liked info for pts on compliance, sleep hygiene and also anatomical models of brain, pathophysiology, etc. Able to discuss higher doses with him. Says titrating straight to higher doses and normal to really a prob - actually good for them to sleep. Wants to get for efficacy quickly. Will write. | Seroquel | Seroquel Efficacy |
| 25 | | | | | | | | | | | | | |

MDL-WhittingtonL-0710475
00004-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/28/2022 16:42 | Sit down Call | Initial meeting with CSM, Shea. Discussed doses for his practice. He liked info for pts on compliance, sleep hygiene and also anotomical models of brain, pathophysiology, etc. Able to discuss higher doses with him. Says titrating straight to higher doses and seminol no really a prob - actually good for them to sleep. Wants to get to efficacy quickly. Will write. | Seroquel | Well Accepted - Dosing and Titration |
| 26 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2022 16:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Accepted - EPS Differentiation |
| 27 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2022 16:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Accepted - Favorable Weight Profile |
| 28 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2022 16:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Accepted - Safety and Tolerability |
| 29 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2022 16:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Well - Seroquel Efficacy |
| 30 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2022 16:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Well Accepted - Dosing and Titration |
| 31 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/11/2022 00:00 | Stand-Up Call | Set up time for Dr. Rankupalli to stop in with me on Oct 7. Interested in dosing titration, efficacy and safety of high doses. Will write Seroquel. | Seroquel | Accepted - Safety and Tolerability |
| 32 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/11/2022 00:00 | Stand-Up Call | Set up time for Dr. Rankupalli to stop in with me on Oct 7. Interested in dosing titration, efficacy and safety of high doses. Will write Seroquel. | Seroquel | Well - Seroquel Efficacy |
| 33 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/11/2022 00:00 | Stand-Up Call | Set up time for Dr. Rankupalli to stop in with me on Oct 7. Interested in dosing titration, efficacy and safety of high doses. Will write Seroquel. | Seroquel | Well Accepted - Dosing and Titration |
| 34 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/17/2022 00:00 | Sit down Call | He asked about priprism - showed him the PI. Had a pt that has had priprism for over 2 years and was recently started on Seroquel- he said obviously not due to Seroquel but wanted to know what info was available so he was not worsening the condition. Pt is requesting med that will make him important b/c can no longer tolerate problem. Also, asked about use in depression - will do PRE. Planning on meeting with video people (CSM soln) on Friday at Tenbrook. Reminded him of Dr. Rankupalli's visit in October. Will write Seroquel. | Seroquel | Accepted - Safety and Tolerability |
| 35 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/17/2022 00:00 | Sit down Call | He asked about priprism - showed him the PI. Had a pt that has had priprism for over 2 years and was recently started on Seroquel- he said obviously not due to Seroquel but wanted to know what info was available so he was not worsening the condition. Pt is requesting med that will make him important b/c can no longer tolerate problem. Also, asked about use in depression - will do PRE. Planning on meeting with video people (CSM soln) on Friday at Tenbrook. Reminded him of Dr. Rankupalli's visit in October. Will write Seroquel. | Seroquel | Well - Seroquel Efficacy |
| 36 | | | | | | | | | | | | | |

MDL-WhittingtonL-0710475
00005-CONFIDENTIAL

| A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/17/2002 00:00 | Sit down Call | He asked about physican – showed him the Pt. I had a pt that has had physican for over 2 years and was recently started on Seroquel- he said obviously not due to Seroquel but wanted to know what info was available so he was not worsening the condition. Pt is requesting med that will make him important tab can no longer tolerate problem. Also, asked about use in depression - will do PIR. Planning on meeting with video people (CSM eqn) on Friday at Teriterack. Reminded him of Dr. Rankupalli's visit in October. Will write Seroquel. | Seroquel | Well Accepted - Dosing and Titration |
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/20/2002 00:00 | Stand-Up Call | CSM (Shelli) and video crew videoed Dr. Saleh at Teriterack on resistant techniques. AZ committed to patient and provider education. Gave him more Naz books for his Jamaican conference. Web site may have some info too. | Seroquel | Well – Seroquel Efficacy |
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankupalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankupalli discussed dosing at 6PM and then at 6PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with prob with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 6 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for tw TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathesia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bid on/off D2 (unlike Risp). | Seroquel | Accepted - EPS Differentiation |
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankupalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankupalli discussed dosing at 6PM and then at 6PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with prob with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 6 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for tw TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathesia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bid on/off D2 (unlike Risp). | Seroquel | Accepted - Favorable Weight Profile |
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankupalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankupalli discussed dosing at 6PM and then at 6PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with prob with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 6 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for tw TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathesia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bid on/off D2 (unlike Risp). | Seroquel | Accepted – Safety and Tolerability |
| 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankupalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankupalli discussed dosing at 6PM and then at 6PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with prob with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 6 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for tw TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathesia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bid on/off D2 (unlike Risp). | Seroquel | Well – Seroquel Efficacy |

MDL-WhittingtonL-0710475
00006-CONFIDENTIAL

| A CONTRACT_ID | B FULL_NAME | C CONTRACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankapalli as visiting professorship. Discussion on how he titrate to higher doses and side effects to look for. Dr. Rankapalli discussed dosing at 8PM and then at 8PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with probs with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 8 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for low TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathisia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bc cutoff D2 (unlike Risp). | Seroquel | Well Accepted - Dosing and Titration |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankapalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankapalli discussed dosing at 8PM and then at 8PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with probs with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 8 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for low TD, Parkinson's ptr, dementia. Also, thinks aripiprzole may have more akathisia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well bc cutoff D2 (unlike Risp). | Seroquel | Well Accepted - Elderly |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/08/2002 00:00 | Stand-Up Call | Appreciated meeting yesterday with Dr. Rankapalli. Shea Doughton (CSM) gave him video and he will watch this evening and get back to Nancy/Shea ASAP for changes. Gave him invitation for program with Jann Johnson but he will be out of country. | Seroquel | Well - Seroquel Efficacy |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/25/2002 13:26 | Stand-Up Call | Gave him and ARNP's invitation to upcoming program. Set appt for Wed for more time. | Seroquel | Well - Seroquel Efficacy |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/27/2002 15:52 | Sit down Call | Valligan study. Said he has not really noticed cognitive changes in his pts. Said he is using Dr. Rankapalli's titration to 600mg quickly and also to dose some pts at 8pm and then again at 8pm - working great. Trip to Africa went very well overall. He will have picture on website after Monday. One picture will have the African healthcare workers holding the Seroquel bags filled with the Naz book and pamlehc. Appreciated our support. | Seroquel | Well - Seroquel Efficacy |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/27/2002 15:52 | Sit down Call | Valligan study. Said he has not really noticed cognitive changes in his pts. Said he is using Dr. Rankapalli's titration to 600mg quickly and also to dose some pts at 8pm and then again at 8pm - working great. Trip to Africa went very well overall. He will have picture on website after Monday. One picture will have the African healthcare workers holding the Seroquel bags filled with the Naz book and pamlehc. Appreciated our support. | Seroquel | Well Accepted - Dosing and Titration |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article. Impressed with efficacy and said that is what he already does. Reviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would have least TD- reviewed Jbsen/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would xerox the info and put into the chart when he makes the changes to Seroquel!!! NCO. Goes to DaySprings ALF in Nassau (7) county - bring pt educ videos, cope video, EPS etc. | Seroquel | Accepted - EPS Differentiation |
| 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article. Impressed with efficacy and said that is what he already does. Reviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would have least TD- reviewed Jbsen/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would xerox the info and put into the chart when he makes the changes to Seroquel!!! NCO. Goes to DaySprings ALF in Nassau (7) county - bring pt educ videos, cope video, EPS etc. | Seroquel | Accepted - Safety and Tolerability |

Page 5 of 68

MDL-WhittingtonL-0710475
00007-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | I ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:29 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. REviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would have least TD- reviewed Jason/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO. Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, opps video, EPS etc. | Seroquel | Well - Seroquel Efficacy |
| 51 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:28 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. REviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would have least TD- reviewed Jason/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO. Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, opps video, EPS etc. | Seroquel | Well Accepted - Dosing and Titration |
| 52 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Copp videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Accepted - EPS Differentiation |
| 53 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Copp videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Well - Seroquel Efficacy |
| 54 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Copp videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Well Accepted - Dosing and Titration |
| 55 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/24/2003 17:29 | Sit down Call | Followed up with his question about pricing. Showed him approximated pricing with Seroquel similar to Risp but much less than Zyprexa. Said many formularies are questioning Zyprexa b/c too expensive. Asked about hospital pricing and medicaid but not in my realm. Efficacy of Seroquel at higher doses. Will be out of town for three weeks. | Seroquel | Well - Seroquel Efficacy |
| 56 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/24/2003 15:23 | Sit down Call | Followed up with his question about pricing. Showed him approximated pricing with Seroquel similar to Risp but much less than Zyprexa. Said many formularies are questioning Zyprexa b/c too expensive. Asked about hospital pricing and medicaid but not in my realm. Efficacy of Seroquel at higher doses. Will be out of town for three weeks. | Seroquel | Well Accepted - Dosing and Titration |
| 57 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 16:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probabtability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart and how to eliminate poor choices and then select from there. Seroquel never a poor choiice and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off as long-term tolerability is very imp. Premised to write more. Notified of approval for grant - will use money to dub over current tape in three languages. Will be out of country for 1 week. | Seroquel | Accepted - EPS Differentiation |
| 58 | 71138100 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 16:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probabtability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart and how to eliminate poor choices and then select from there. Seroquel never a poor choiice and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off as long-term tolerability is very imp. Premised to write more. Notified of approval for grant - will use money to dub over current tape in three languages. Will be out of country for 1 week. | Seroquel | Accepted - Favorable Weight Profile |
| 59 | | | | | | | | | | | | | |

MDL-WhittingtonL-0710475
00008-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 59 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 16:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probatibility as well as cost, but then asked how choose from the others. Discussed NA2 book and chart on how to eliminate poor choices and then selct from there. Seroquel never a poor choice and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most rarer come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to do over current taps in three languages. Will be out of country for 1 week. | Seroquel | Accepted - Safety and Tolerability |
| 60 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 16:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probatibility as well as cost, but then asked how choose from the others. Discussed NA2 book and chart on how to eliminate poor choices and then selct from there. Seroquel never a poor choice and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most rarer come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to do over current taps in three languages. Will be out of country for 1 week. | Seroquel | Well - Seroquel Efficacy |
| 61 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 16:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probatibility as well as cost, but then asked how choose from the others. Discussed NA2 book and chart on how to eliminate poor choices and then selct from there. Seroquel never a poor choice and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most rarer come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to do over current taps in three languages. Will be out of country for 1 week. | Seroquel | Well Accepted - Dosing and Titration |
| 62 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/01/2003 00:00 | Lunch and Learn | Attended program with Dr. Hegarty - aggitation, aggression and dangerousness. Seroquel her top choice b/c least side effects and also sleep/calming benefit for these pts. Reviewed different approaches to these pts based upon existing pts questions about situation - treat for safety first and then treat problem after determine root cause of aggression and then classify type of aggression. Atypicals for many of these pts and then why Seroquel best choice. | Seroquel | Accepted - EPS Differentiation |
| 63 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/01/2003 00:00 | Lunch and Learn | Attended program with Dr. Hegarty - aggitation, aggression and dangerousness. Seroquel her top choice b/c least side effects and also sleep/calming benefit for these pts. Reviewed different approaches to these pts based upon existing pts questions about situation - treat for safety first and then treat problem after determine root cause of aggression and then classify type of aggression. Atypicals for many of these pts and then why Seroquel best choice. | Seroquel | Accepted - Favorable Weight Profile |
| 64 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/01/2003 00:00 | Lunch and Learn | Attended program with Dr. Hegarty - aggitation, aggression and dangerousness. Seroquel her top choice b/c least side effects and also sleep/calming benefit for these pts. Reviewed different approaches to these pts based upon existing pts questions about situation - treat for safety first and then treat problem after determine root cause of aggression and then classify type of aggression. Atypicals for many of these pts and then why Seroquel best choice. | Seroquel | Accepted - Safety and Tolerability |
| 65 | 7113B1004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/01/2003 00:00 | Lunch and Learn | Attended program with Dr. Hegarty - aggitation, aggression and dangerousness. Seroquel her top choice b/c least side effects and also sleep/calming benefit for these pts. Reviewed different approaches to these pts based upon existing pts questions about situation - treat for safety first and then treat problem after determine root cause of aggression and then classify type of aggression. Atypicals for many of these pts and then why Seroquel best choice. | Seroquel | Well - Seroquel Efficacy |
| 66 | | | | | | | | | | | | | |

MDL-WhittingtonL-0710475
00009-CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | ADDRESS_LINE_1 | G CITY | H STATE | ZIP | J REP_NAME | K DUE_SUMMARY_DELIVER_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/01/2003 00:00 | Lunch and Learn | Attended program with Dr. Hegarty - agitation, aggression and dangerousness. Seroquel her top choice b/c least side effects and also sleep/calming benefit for these pts. Reviewed different approaches to these pts based upon asking pts questions about situation - treat for safety first and then treat problem after determine root cause of aggression and then classify type of aggression. Atypicals for many of these pts and then why Seroquel best choice. | Seroquel | Well Accepted - Dosing and Titration |
| 68 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/05/2003 15:01 | Sit down Call | Loved Dr. Hegarty program last week. Thought it was outstanding and applicable to him because sees many agitated and aggressive pts at several different venues w/thing Jax. Said she did not give strong enough message why Seroquel best choice though she chooses it as such. Said he is finds Seroquel a great choice for these pts and gets high dose on board quickly - thinks some sleepiness is actually beneficial. Also, said will start using his script paid at hospital so AZ will know just how much more he is writing!!! (Let's hope so!). Cannot attend Dr. Trotsch program b/c will be in Hawaii. | Seroquel | Accepted - Safety and Tolerability |
| 69 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/05/2003 15:01 | Sit down Call | Loved Dr. Hegarty program last week. Thought it was outstanding and applicable to him because sees many agitated and aggressive pts at several different venues w/thing Jax. Said she did not give strong enough message why Seroquel best choice though she chooses it as such. Said he is finds Seroquel a great choice for these pts and gets high dose on board quickly - thinks some sleepiness is actually beneficial. Also, said will start using his script paid at hospital so AZ will know just how much more he is writing!!! (Let's hope so!). Cannot attend Dr. Trotsch program b/c will be in Hawaii. | Seroquel | Well - Seroquel Efficacy |
| 70 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/05/2003 15:01 | Sit down Call | Loved Dr. Hegarty program last week. Thought it was outstanding and applicable to him because sees many agitated and aggressive pts at several different venues w/thing Jax. Said she did not give strong enough message why Seroquel best choice though she chooses it as such. Said he is finds Seroquel a great choice for these pts and gets high dose on board quickly - thinks some sleepiness is actually beneficial. Also, said will start using his script paid at hospital so AZ will know just how much more he is writing!!! (Let's hope so!). Cannot attend Dr. Trotsch program b/c will be in Hawaii. | Seroquel | Well Accepted - Dosing and Titration |
| 71 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/05/2003 17:16 | Stand-Up Call | Took Quiddel item (Schizo brochure) by the Healthy 2000 office. Dr. Salah is head of the mental health coalition - they want AZ to sponsor chairmen dinner in Nov. Not sure of benefit from this and not big priority for Dr. Salah. | Seroquel | Accepted - EPS Differentiation |
| 72 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/27/2003 17:31 | Sit down Call | Recapped Dr. Trotsch program. Agreed increasing dose of product just masks TD and then worse over time. Said has been switching some pts to Seroquel in this case. Asked about the treatments that Dr. Trotsch is using for various TD manifestations - not really able to answer this b/c different based upon specific manifestations but relayed definitely switching to Seroquel. Would like to know more about his treatments. Will have him order Payellink video when available. | Seroquel | Accepted - Safety and Tolerability |
| 73 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/27/2003 17:31 | Sit down Call | Recapped Dr. Trotsch program. Agreed increasing dose of product just masks TD and then worse over time. Said has been switching some pts to Seroquel in this case. Asked about the treatments that Dr. Trotsch is using for various TD manifestations - not really able to answer this b/c different based upon specific manifestations but relayed definitely switching to Seroquel. Would like to know more about his treatments. Will have him order Payellink video when available. | Seroquel | Well - Seroquel Efficacy |
| 74 | 711381004 | Salah, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/27/2003 17:31 | Sit down Call | Recapped Dr. Trotsch program. Agreed increasing dose of product just masks TD and then worse over time. Said has been switching some pts to Seroquel in this case. Asked about the treatments that Dr. Trotsch is using for various TD manifestations - not really able to answer this b/c different based upon specific manifestations but relayed definitely switching to Seroquel. Would like to know more about his treatments. Will have him order Payellink video when available. | Seroquel | |

MDL-WhittingtonL-0710475
000010-CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 75 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 08/16/2003 16:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Abilify as third choice. Not writing Zyprexa anymore and had it removed from TenBroeck's formulary. Also, not going to renew as Medical Director for Baptist after his term is up and will focus more on TenBroeck then. Well, accepted balance of Seroquel. | Seroquel | Accepted - EPS Differentiation |
| 76 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 08/16/2003 16:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Abilify as third choice. Not writing Zyprexa anymore and had it removed from TenBroeck's formulary. Also, not going to renew as Medical Director for Baptist after his term is up and will focus more on TenBroeck then. Well, accepted balance of Seroquel. | Seroquel | Accepted - Safety and Tolerability |
| 77 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 08/16/2003 16:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Ability as third choice. Not writing Zyprexa anymore and had it removed from TenBroeck's formulary. Also, not going to renew as Medical Director for Baptist after his term is up and will focus more on TenBroeck then. Well, accepted balance of Seroquel. | Seroquel | Well - Seroquel Efficacy |
| 78 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 10/06/2003 16:37 | Sit down Call | Said using high doses of Seroquel. Goes to 600-800mg right away. Upset with ability reps b/c signed Dan up for clinical study without Dr. Saleh's consent and then Dan entered about it mentally retarded pts into study w/o guardian consent and now big issue for him - goes against the rights of MR pts. Also, concerned about payments to Dan and can be inducement for scripts b/c paying so much. Will pass this along to Nancy. | Seroquel | Well - Seroquel Efficacy |
| 79 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 10/06/2003 16:37 | Sit down Call | Said using high doses of Seroquel. Goes to 600-800mg right away. Upset with ability reps b/c signed Dan up for clinical study without Dr. Saleh's consent and then Dan entered about it mentally retarded pts into study w/o guardian consent and now big issue for him - goes against the rights of MR pts. Also, concerned about payments to Dan and can be inducement for scripts b/c paying so much. | Seroquel | Well Accepted - Dosing and Titration |
| 80 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 10/06/2003 16:39 | Stand-Up Call | Spoke for brighter beginnings event at TenBroeck. | Seroquel | Well - Seroquel Efficacy |
| 81 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 12/03/2003 16:14 | Lunch and Learn | EPS Video Interview at TenBroeck. Good discussion about how to recognize and role in helping physician know pt is having these side effects. | Seroquel | Accepted - EPS Differentiation |
| 82 | 71138100d | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grisset, Deborah | 12/03/2003 16:14 | Lunch and Learn | EPS Video Interview at TenBroeck. Good discussion about how to recognize and role in helping physician know pt is having these side effects. | Seroquel | Accepted - Safety and Tolerability |
| 83 | REDACTED | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | |

MDL-WhittingtonL-0710475
000011-CONFIDENTIAL