# EXHIBIT K

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket NO. 1769

This Document Relates to:

Eileen McAlexander v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-10360

_____

<u>AstraZeneca's Disclosure of Available Case Specific Discovery
Information and Documentation for Dr. Manoucher Lavian Pursuant to
Case Management Order Nos. 4 and  5</u>

_____

      Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide available case specific discovery information and documentation for

"Manoucher Lavian."

      AstraZeneca is providing eight categories of Seroquel-related information and/or

documents based on a query of its relevant databases and systems.  The categories are: (1)

Call Note and Detail Information; (2) Account Payable Information; (3) Dear Doctor or Dear

Healthcare Provider Letters; (4) Prescriber-Level IMS Data; (5) Professional Information

Request; (6) Sample Information; (7) AstraZeneca Sponsored Events – Attendance and

Speaker Program Reports; and (8) Clinical Investigator Information.  AstraZeneca ran search

queries to locate information and documents for this Disclosure by relying upon spelling and

contact information provided in the Plaintiff's Fact Sheet or by Plaintiff's counsel.  If

spelling and contact information is incorrect, inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.

It is not anticipated that the AstraZeneca counsel who will depose Manoucher Lavian will have any information or documentation from AstraZeneca's databases and systems beyond the information and documents identified and provided in this Disclosure or contained within the database productions.

## I.    Call Note and Detail Information

AstraZeneca searched its call note and detail databases for "Manoucher Lavian."

AstraZeneca's search returned Seroquel-related call notes made by PSSs or Seroquel-related details recorded by RSMs with "Manoucher Lavian" attached as **Exhibit A,** and also produced in electronic form as an Excel spreadsheet.

## II.    Account Payable Information

AstraZeneca searched its accounts payable database for "Manoucher Lavian."

AstraZeneca's search did not return any Seroquel-related payments or any payments to "Manoucher Lavian" which could not be definitively determined as unrelated to Seroquel.

## III.    Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca searched for "Manoucher Lavian" in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters.  AstraZeneca has not located the distribution list for the May 20, 2002 letter and will supplement this disclosure if found. There is no specific physician-identifying information on "Dear Doctor" or "Dear Healthcare Provider" letters.  Copies of the standard letters were previously provided to Plaintiff's counsel.

If AstraZeneca has a record that a particular prescribing physician was sent one or more of the January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstraZeneca will provide the relevant information in this section of the Disclosure.

AstraZeneca's search returned the name "Manoucher Lavian" on the Dear Doctor distribution lists, attached as **Exhibit B,** which sets forth the name as it appears there.

## IV.   Prescriber-Level IMS Data

AstraZeneca received consent from IMS Health, Inc. ("IMS") to produce certain prescription data.  Use of IMS prescription data is subject to the terms of IMS' consent. AstraZeneca searched for the name "Manoucher Lavian" in its databases with available IMS information.

AstraZeneca's search returned IMS data for "Manoucher Lavian," attached as **Exhibit C**, and also produced in electronic form as an Excel spreadsheet.

## V.   Professional Information Request Information

AstraZeneca searched its Professional Information Request ("PIR") database for "Manoucher Lavian."

AstraZeneca's search returned database information for PIRs received from "Manoucher Lavian" and available written responses sent to "Manoucher Lavian," attached as **Exhibit D**, and database information is also produced in electronic form as an Excel spreadsheet.

## VI.   Sample Information

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from its Sample database.  AstraZeneca again searched the database for information related to "Manoucher Lavian."

AstraZeneca's search returned information from this database related to "Manoucher Lavian," attached as **Exhibit E** for the convenience of counsel, and is also produced in electronic form as an Excel spreadsheet.

## VII.   AstraZeneca Sponsored Events – Attendance and Speaker Program Reports

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from ViewPoint, Compass/Prep, and Lecture Bureau Express databases.  AstraZeneca again searched those databases for information related to "Manoucher Lavian."

AstraZeneca's search returned information from these databases related to "Manoucher Lavian,"  attached as **Exhibit F**, and is also produced in electronic form as an Excel spreadsheet.

## VIII.   Clinical Investigator Information

AstraZeneca searched the IMPACT database and other potential sources for information regarding U.S.-based Seroquel-related clinical trials conducted or supported by AstraZeneca ("Seroquel Trials") to determine if "Manoucher Lavian" served as a clinical investigator in a Seroquel trial.  AstraZeneca does not maintain a central repository for all information relating to Seroquel Trials, which have been conducted over a long period of time and by different entities.  The level of detail available to AstraZeneca about particular Seroquel Trials varies, and the identity of all clinical investigators involved in each trial is

4

not always available to the company.  Certain Seroquel-related studies are conducted by third parties not associated with AstraZeneca, which limits the information available to AstraZeneca to that communicated by AstraZeneca to those third parties.

Based on a reasonable and diligent search of information available to AstraZeneca concerning the identity of clinical investigators for Seroquel Trials, AstraZeneca has not located information indicating that "Manoucher Lavian" served as a clinical investigator in a Seroquel Trial.

Dated: June 9, 2008

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-Mail: rstewart@faegre.com
nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-Mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th of June, 2008, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Esq., Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail.  Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
(303) 607-3500

*Counsel for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP*

fb.us.2956775.01

7

**EXHIBIT A**

CONFIDENTIAL

| ACCID | ACCSTATE | ACCID | USERSTERN USERID | ACCTT TYPE | TERMID | HCP_ID | HCP_FIRST_NAME | | REP_MID ... | HCP_MID NOTIFIED | HCP_LAST_NAME | HCP_MD_NAME | HCP_MD REL_NAM | HCP_NAME | HCP_ADDRESS | HCP_CITY | HCP_STATE | HCP_ZIP | PROD_CODE | PRODUCT | PRODUCT | PROD_Message/Reprint/Promo Items | NOTETEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74224X28 | 0000016T | 72716637 | 47145G | 37053 | PROF | 116306 | Paid | Mater | | | 74224X07 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | Seroquel Major | Psychotic Disorders | Profile Call | He was at lunch. Will fix. |
| 74223X22 | 1316019T | 72716637 | 47145G | 37053 | PROF | 116306 | Paid | Mater | | | 74223X15 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | He was at the back. |
| 74224X38 | 0107018X | 72716637 | 47145G | 37053 | PROF | 116306 | Paid | Mater | | | 74224X43 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X65 | 0311019X | 72716637 | 47145G | 37053 | PROF | 116306 | Paid | Mater | | | 74224X26 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X82 | 0315018M | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X04 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X20 | 0402018W | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X33 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X81 | 0420018W | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X06 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X78 | 0501018W | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X09 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X57 | 0522019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X09 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X90 | 0602018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X07 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X58 | 0603018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X11 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X52 | 0623019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X14 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X36 | 0701019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X41 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X54 | 0800019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X33 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X66 | 1002019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X45 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X41 | 0810018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X65 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X71 | 1103019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X11 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X26 | 1207019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X39 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X07 | 0104018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X10 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X09 | 0115018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X30 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X13 | 0223019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X11 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X06A | 0225019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X42 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X06 | 0310019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X42 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X09 | 0515019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X04 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74224X09 | 0000019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X97 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74225X55 | 0715019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X69 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74225X06 | 0724019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X42 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74226X06 | 0804019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X28 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74225X33 | 0925019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mete | | | 74224X97 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | |
| 74225X28 | 1004019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74224X97 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | 27146 | Seroquel Major | Psychotic Disorders | | They are wrong. He has some patients on seroquel at both, and will be left about at occupations. He knows to go to both clinics. Left 2 sample boxes at the front. |
| 74225X38 | 0021018X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74225X12 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | Seroquel Major | Psychotic Disorders | | Showed him the small book by Dr sanders that supports the dosing of 4m. Reminded quiet and the 4 pts of only 6 lbs. |
| 74225X44 | 1005019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74225X12 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | Seroquel Major | Psychotic Disorders | | Saw him by MR. He told me that he is an example and that a part of his work that we do on ADDDrug. I told him to keep doing it and to work which. |
| 74225X55 | 1008019X | 72716637 | 47207X | 37053 | PROF | 510306 | Paid | Mater | | | 74225X19 | MANDCHDHR | LAWAN | | LAWAN M - PAc Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | Seroquel Major | Psychotic Disorders | | Dosing is going well. He is going up in dose. He said that he will take the 4m on the TC and try and participate at home. |

MDL-McAlexanderE-0710360
000181-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTID | ACTDATE | ACCTID | VERIFIER INSTID | USERID | ACCTTYPE | TERMITD INSTID | HCP_PRI_ST_NAME | HCP_MIDDLE_NAME | HCP_MID DLE_NA ME | HCP_ID NOTES | HCP_FIRST_NAME | HCP_LAST_NAME | HCP_MID DLE_NAM | HCP_NAME | HCP_ADDRESS 01 | HCP_CITY | HCP_STAT | HCP_ZIP | PRODUCT CODE | PROD_CODE | PROD_Message indication | Reptited Promo Items | NOTETEXT |
| 40 | 74026816 | 10/26/1999 | 72110657 | 436874 | 37063 | PROF | 510206 | Paul | Meter | | 74026935 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | He was at the lunch. He is still having good results. I asked him to really be in this look out for patients that are having some trouble with what they are on and to switch them to seroquel - He said ok. |
| 41 | 74026843 | 10/14/1999 | 72110657 | 436874 | 37063 | PROF | 510206 | Paul | Meter | | 74026945 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | He is having good results. He said that gain is a problem with zyprexa. He said that he has been using more seroquel because of that. |
| 42 | 74026843 | 12/14/1999 | 72110657 | 436874 | 37063 | PROF | 510206 | Paul | Meter | | 74026978 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | Saw him at conjoations. Discussed the resistare to eat. He agreed that the at least is important. He said that he would try to use seroquel more than this. |
| 43 | 74026903 | 12/22/1999 | 72110657 | 436874 | 37063 | PROF | 524204 | Paul | Meter | | 74026978 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | He started someone on seroquel today. |
| 44 | 74026905 | 02/00/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026956 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | Reminded spend efficacy with out the side effce. Showed him the function study. |
| 45 | 74026901 | 07/00/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026961 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | |
| 46 | 74026902 | 02/25/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026975 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | Saw at midtown when I was doing the lunch with jony. |
| 47 | 74026910 | 02/24/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026970 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | Reiterate that. |
| 48 | 74026911 | 03/07/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026911 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | 11 GLEN DR | GOSHEN | NY | 10924 | | | | | He is using at both locations. |
| 49 | 74026925 | 03/14/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026984 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | He now has someone on 1100mg at midhuston. |
| 50 | 74026925 | 03/25/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026917 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | Lunch. He knows to go up in case. He said that DR Smith schedule accepted him. |
| 51 | 74026940 | 04/26/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026900 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | He is putting up in. He said that 600mg is working . Reminded that. |
| 52 | 74026945 | 05/25/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026915 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | Gavad for efficacy. |
| 53 | 74026902 | 05/02/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026905 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | The right dos asamplad. Does to efficary. |
| 54 | 74026981 | 05/05/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026902 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | done N |
| 55 | 74026915 | 06/05/2000 | 72110657 | 118017006 | 37063 | PROF | 524204 | Paul | Meter | | 74026932 | MANDUSCHEHR | LAVIAN | | LAVIAN, M - Priv. Practice | Occasions Inc | GOSHEN | NY | 10924 | | | | | lunch |

MDL-McAlexanderE-0710360
000182-CONFIDENTIAL



MDL-McAlexanderE-0710360
000183-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |

REDACTED

MDL-McAlexanderE-0710360
000184-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| REDACTED | | | | | | | | | | | | | |

Page 3 of 25

MDL-McAlexanderE-0710360
000185-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 1 | REDACTED | | | | | | | | | | | | |

Page 4 of 26

MDL-McAlexanderE-0710360
000186-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| REDACTED | | | | | | | | | | | | | |

Page 5 of 26

MDL-McAlexanderE-0710360
000187-CONFIDENTIAL

CONFIDENTIAL



Page 6 of 26

MDL-McAlexanderE-0710360
000188-CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| | REDACTED | | | | | | | | | | | | |

Page 7 of 26

MDL-McAlexanderE-0710360
000189-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |

REDACTED

Page 8 of 28

MDL-McAlexanderE-0710360
000190-CONFIDENTIAL

CONFIDENTIAL

REDACTED

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 06/03/2003 16:05:46 | Lunch and Learn | DLK on EPS at Mid Hudson. Differentiating Seroq. from the pack based on SE profile. set up Pharm Invc | Seroquel | Accepted - EPS Differentiation |
| 225 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 06/03/2003 16:05:46 | Lunch and Learn | DLK on EPS at Mid Hudson. Differentiating Seroq. from the pack based on SE profile. set up Pharm Invc | Seroquel | Well - Seroquel Efficacy |
| 226 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 16:51:57 | Lunch and Learn | dinner l/service on EPS and pts improv/ing/with Serq | Seroquel | Accepted - EPS Differentiation |
| 227 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 16:51:57 | Lunch and Learn | dinner l/service on EPS and pts improv/ing/with Serq | Seroquel | Well - Seroquel Efficacy |
| 228 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 16:51:57 | Lunch and Learn | dinner l/service on EPS and pts improv/ing/with Serq | Seroquel | Well Accepted - Dosing and Titration |

REDACTED

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 251 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 12/02/2003 17:02:04 | Sit down Call | nice call w docs, they agree to using seroq for many types of symptoms and using up doses up to 400 mg avg.safely. waiting for bipolar and depression info | Seroquel | Accepted - Safety and Tolerability |
| 252 | 705081004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 12/02/2003 17:02:04 | Sit down Call | nice call w docs, they agree to using seroq for many types of symptoms and using up doses up to 400 mg avg.safely. waiting for bipolar and depression info | Seroquel | Well - Seroquel Efficacy |

MDL-McAlexanderE-0710360
000191-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 253 | 705091004 | Lavian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 12/02/2003 17:02:04 | Sit down Call | nice call w docs, they agree to using serq for many types of sympitms and using w doses up to 400 mg avg,safely, waiting for bipolar and depression info | Seroquel | Well / Accepted - Dosing and Titration |
| 254 | 705091004 | Lavian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 03/05/2003 13:40:35 | Stand-Up Call | Zyprexa user and some Seroq, cont to probe | Seroquel | Well - Seroquel Efficacy |
| 251 | 705091004 | Lavian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 02/25/2003 16:39:47 | Stand-Up Call | disc Seroq usage and probed w Joan | Seroquel | Well - Seroquel Efficacy |
| 224 | 705091004 | Lavian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 04/02/2003 16:04:00 | Stand-Up Call | disc pt types and probed to dosing amounts, disc conversions | Seroquel | Well - Seroquel Efficacy |

REDACTED

MDL-McAlexanderE-0710360
000192-CONFIDENTIAL

CONFIDENTIAL

| | A<br>CONTACT_ID | B<br>FULL_NAME | C<br>CONTACT_TYPE | D<br>ADDRESS_LINE_1 | E<br>ADDRESS_LINE_2 | F<br>CITY | G<br>STATE | H<br>ZIPCODE | I<br>REP_NAME | J<br>CALL_DATE | K<br>CALL_TYPE | L<br>CALL_NOTES | M<br>PRODUCT | N<br>PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | REDACTED | | | | | | | | | | | | |
| 296 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 08/19/2003 13:37:35 | Stand-Up Call | disc using higher doses to obtain appr dosing for many types of pts and to push to therap level before adding | Seroquel | Accepted - Safety and Tolerability |
| 297 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 08/19/2003 13:37:35 | Stand-Up Call | disc using higher doses to obtain appr dosing for many types of pts and to push to therap level before adding | Seroquel | Well - Seroquel Efficacy |
| 298 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 08/19/2003 13:37:35 | Stand-Up Call | disc using higher doses to obtain appr dosing for many types of pts and to push to therap level before adding | Seroquel | Well Accepted - Dosing and Titration |
| | | REDACTED | | | | | | | | | | | | |
| 297 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 11/11/2003 11:40:53 | Stand-Up Call | fu to disc with doc about capturing pt symptoms and dosing approp for that type of pt, disc broad spectrum use | Seroquel | Accepted - EPS Differentiation |
| 298 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 11/11/2003 11:40:53 | Stand-Up Call | fu to disc with doc about capturing pt symptoms and dosing approp for that type of pt, disc broad spectrum use | Seroquel | Accepted - Safety and Tolerability |
| 299 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 11/11/2003 11:40:53 | Stand-Up Call | fu to disc with doc about capturing pt symptoms and dosing approp for that type of pt, disc broad spectrum use | Seroquel | Well - Seroquel Efficacy |
| 300 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 08/19/2003 13:40:24 | Stand-Up Call | fu to doc conv w treatment of pts with higher doses and efficacy equiv | Seroquel | Well - Seroquel Efficacy |
| 301 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 08/19/2003 13:40:24 | Stand-Up Call | fu to doc conv w treatment of pts with higher doses and efficacy equiv | Seroquel | Well Accepted - Dosing and Titration |
| 302 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 02/14/2003 17:09:20 | Stand-Up Call | intro myself | Seroquel | Well Accepted - Dosing and Titration |
| 303 | 705091004 | Levian, Manouchah | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/21/2003 15:55:47 | Stand-Up Call | Invitation and disc sero high doses and side effects | Seroquel | Well - Seroquel Efficacy |

MDL-McAlexanderE-0710360
000193-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 304 | | | | | | | | | | 05/21/2003 16:58:47 | Stand-Up Call | Initiation and disc serq high doses and side effects | Seroquel | Well Accepted! - Dosing and Titration |
| | REDACTED | | | | | | | | | | | | | |
| 311 | 705061004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 10/22/2003 12:26:06 | Stand-Up Call | no samples, in fact to many. disc with doc about capturing pt symptoms and dosing approp and good disc w doc on safely / which doses. | Seroquel | Accepted! - Safety and Tolerability |
| 312 | 705061004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 10/22/2003 12:26:06 | Stand-Up Call | no samples, in fact to many. disc with doc about capturing pt symptoms and dosing approp and good disc w doc on safely / which doses. | Seroquel | Well - Seroquel Efficacy |
| 313 | 705061004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 10/22/2003 12:26:06 | Stand-Up Call | no samples, in fact to many. disc with doc about capturing pt symptoms and dosing approp and good disc w doc on safely / which doses. | Seroquel | Well Accepted! - Dosing and Titration |
| 314 | 705061004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 07/30/2003 14:58:06 | Stand-Up Call | reminded doc the profile involving serq and EPS info as shown in PRIZE and disc sent dosing. remember seroquel | Seroquel | Well - Seroquel Efficacy |
| | REDACTED | | | | | | | | | | | | | |

MDL-McAlexanderE-0710360
000194-CONFIDENTIAL

REDACTED

CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE | E ADDRESS_LINE | CITY | F STATE | H ZIPCODE | REP_NAME | CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 | 705081004 | Levian, Manoucheh | | | | | | | Brown, Thomas | 04/17/2001 16:14:02 | Stand-Up Call | starting to use ser higher doses w success | Seroquel | Wellt - Seroquel Efficacy |
| 335 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 03/07/2001 00:00:00 | Food for Thought Call | Gain Access to Physicians, Video on EPS-A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | Dosing and Titration |
| 336 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 03/07/2001 00:00:00 | Food for Thought SAM | Gain Access to Physicians, Video on EPS-A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | EPS Differentiation |
| 337 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 03/07/2001 00:00:00 | Food for Thought SAM | Gain Access to Physicians, Video on EPS-A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | Seroquel Efficacy |
| 338 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Minimal Weight Gain |
| 339 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Safety and Tolerability |
| 340 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Seroquel Efficacy |
| 341 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Minimal Weight Gain |
| 342 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Safety and Tolerability |
| 343 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Seroquel Efficacy |
| 344 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | EPS Differentiation |
| 345 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | Seroquel Efficacy |
| 346 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | Seroquel Efficacy |
| 347 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 06/00/2001 00:00:00 | Stand-Up Call | Weight gain issues addressed. Considering monitoring patient weight on all Atypicals. | Seroquel | Minimal Weight Gain |
| 348 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 06/00/2001 00:00:00 | Stand-Up Call | Weight gain issues addressed. Considering monitoring patient weight on all Atypicals. | Seroquel | Seroquel Efficacy |
| 349 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Minimal Weight Gain |
| 350 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Safety and Tolerability |
| 351 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Seroquel Efficacy |
| 352 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing, weight neutral. Psych link program schedule discussed. NBel: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Dosing and Titration |
| 353 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing, weight neutral. Psych link program schedule discussed. NBel: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Minimal Weight Gain |
| 354 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing, weight neutral. Psych link program schedule discussed. NBel: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Seroquel Efficacy |
| 355 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 16:58:47 | Lunch and Learn | DISCUSSED AD OF SER IN PRISON POPULLON FOCUSED ON PROLACTIN AND LACKOF AKATHISIA. | Seroquel | Safety and Tolerability |
| 356 | 705081004 | Levian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 16:58:47 | Lunch and Learn | DISCUSSED AD OF SER IN PRISON POPULLON FOCUSED ON PROLACTIN AND LACKOF AKATHISIA. | Seroquel | Seroquel Efficacy |

MDL-McAlexanderE-0710360
000195-CONFIDENTIAL

CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 357 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:22:02 | Lunch and Learn | HAD LUNCH WITH DR. TING, DR. AKKALU, AND HER ASSIST KATHY.DR.LAVIAN, DISCUSSED DOSING AND ADVANTAGES REGARDING WEIGHT | Seroquel | Dosing and Titration |
| 358 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:22:02 | Lunch and Learn | HAD LUNCH WITH DR. TING, DR. AKKALU, AND HER ASSIST KATHY.DR.LAVIAN, DISCUSSED DOSING AND ADVANTAGES REGARDING WEIGHT | Seroquel | Seroquel Efficacy |
| 359 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 16:16:38 | Lunch and Learn | MD CAME TO LUNCH, AT CHRISTMES, SOUNDS HE LIKES ZYPREXA, HAS USED SEROQUEL UP TO 600, WOULDNT GIVE TTCM MUCH AWAY, REMINDED HIM OF MAJORITY NEED HIGH 400-800, NO PROLACTIN OR EPS AND HE AGREED THEY WERE ALL EQUAL EFFECTIVE, INDIV PT RESPONSE MAY VARY.GAVE HIM CXIING BOOK, WILL SEE HIM NEXT WEEK | Seroquel | Dosing and Titration |
| 360 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 16:16:38 | Lunch and Learn | MD CAME TO LUNCH, AT CHRISTMES, SOUNDS HE LIKES ZYPREXA, HAS USED SEROQUEL UP TO 600, WOULDNT GIVE TTCM MUCH AWAY, REMINDED HIM OF MAJORITY NEED HIGH 400-800, NO PROLACTIN OR EPS AND HE AGREED THEY WERE ALL EQUAL EFFECTIVE, INDIV PT RESPONSE MAY VARY.GAVE HIM CXIING BOOK, WILL SEE HIM NEXT WEEK | Seroquel | Seroquel Efficacy |
| 361 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVIEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNIGTION AND AVOIDING SEDAVTION, MD LAVIAN USING IT MORE | Seroquel | Accepted - Favorable Weight Profile |
| 362 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVIEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNIGTION AND AVOIDING SEDAVTION, MD LAVIAN USING IT MORE | Seroquel | Well - Seroquel Efficacy |
| 363 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVIEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNIGTION AND AVOIDING SEDAVTION, MD LAVIAN USING IT MORE | Seroquel | Well Accepted - Dosing and Titration |
| 364 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | bnxce in pharm with ellen, showed eps video discused 300 mg use reviewed who laudn t and anget should be reg weight gain, diabetes, pharm conries said we use tons of glucophteasgs, dont see eps with zyprexa, use cogentin, oh yes, use these two angles | Seroquel | Dosing and Titration |
| 365 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | bnxce in pharm with ellen, showed eps video discused 300 mg use reviewed who laudn t and anget should be reg weight gain, diabetes, pharm conries said we use tons of glucophteasgs, dont see eps with zyprexa, use cogentin, oh yes, use these two angles | Seroquel | EPS Differentiation |
| 366 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | bnxce in pharm with ellen, showed eps video discused 300 mg use reviewed who laudn t and anget should be reg weight gain, diabetes, pharm conries said we use tons of glucophteasgs, dont see eps with zyprexa, use cogentin, oh yes, use these two angles | Seroquel | Seroquel Efficacy |
| 367 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch reminded of dosing wanted reponse and long term ef, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Dosing and Titration |
| 368 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch reminded of dosing wanted reponse and long term ef, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Minimal Weight Gain |
| 369 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch reminded of dosing wanted reponse and long term ef, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Seroquel Efficacy |
| 370 | 705091004 | Lavian, Manoocheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | med data and keppra data, discussed needed to doess between 800 and 600 mg as he are in rockland county where they are having great insite with seroquel and surrounded that anger had agreed to come over and bring him samples las t week and never showed up. We ordered for him. he said he did alrady seen the eps video, must make up for some irritaiton caused by anger | Seroquel | Dosing and Titration |

MDL-McAlexanderE-0710360
000196-CONFIDENTIAL

CONFIDENTIAL

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_... | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | md attended lavna paul meier and i reviewed Pros data and kapur data, discussed needed to doses between 800 and 600 mg as he saw in rockland county where they are having great results with seroquel and commented that omar i had agreed to come over and bring him samples last week and never showed up. We ordered for him , he said he ahd already seen the spa video, must make up for some irritation caused by omar | Seroquel | EPS Differentiation |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | md attended lavna paul meier and i reviewed Pros data and kapur data, discussed needed to doses between 800 and 600 mg as he saw in rockland county where they are having great results with seroquel and commented that omar i had agreed to come over and bring him samples last week and never showed up. We ordered for him , he said he ahd already seen the spa video, must make up for some irritation caused by omar | Seroquel | Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | md came to lravoa late , ser dosing up to 600 | Seroquel | Dosing and Titration |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | md came to lravoa late , ser dosing up to 600 | Seroquel | Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | EPS Differentiation |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | Minimal Weight Gain |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 08/27/2002 17:27:40 | Stand-Up Call | SAW MD IN ADMIN BULDING 300 MG REMINDER, EFFIC AT HIGHER DOSE, SAID HE WAS COMING TO DLN BUT DNS | Seroquel | Well! - Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 08/27/2002 17:27:40 | Stand-Up Call | SAW MD IN ADMIN BULDING 300 MG REMINDER, EFFIC AT HIGHER DOSE, SAID HE WAS COMING TO DLN BUT DNS | Seroquel | Well! Accepted! - Dosing and Titration |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 12/02/2002 16:39:10 | Stand-Up Call | calendar for dr. hogan and stamp for dr. bakhian, seroqu dosing and white | Seroquel | Well! - Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 12/02/2002 16:39:10 | Stand-Up Call | calendar for dr. hogan and stamp for dr. bakhian, seroqu dosing and white | Seroquel | Well! Accepted! - Dosing and Titration |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 16:31:03 | Stand-Up Call | md twice discussed pt with good success and no re , has pt on 1000 mg, we discussed other facilities having similar success with such doses | Seroquel | Dosing and Titration |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 16:31:03 | Stand-Up Call | md twice discussed pt with good success and no re , has pt on 1000 mg, we discussed other facilities having similar success with such doses | Seroquel | Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/08/2002 00:00:00 | Stand-Up Call | md cr with omar in administration bld, md needed samples and omar said he would be over today with samples. He ran into Dr. ahivashankar and had her sign for samples for that office and asked her to share with dr. Lavian | Seroquel | Dosing and Titration |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/08/2002 00:00:00 | Stand-Up Call | md cr with omar in administration bld, md needed samples and omar said he would be over today with samples. He ran into Dr. ahivashankar and had her sign for samples for that office and asked her to share with dr. Lavian | Seroquel | Seroquel Efficacy |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 10/25/1999 00:00:00 | Appt. - Sit Down Detail | Dosing is going well. He is getting up to dose. He said that he will take this info on the TG and try and participate at home. | Seroquel | Psychotic Disorders |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/23/2000 00:00:00 | Appt. - Sit Down Detail | Gevat for efficacy. | Seroquel | Psychotic Disorders |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 04/26/2000 00:00:00 | Appt. - Sit Down Detail | He is getting up in . the and that 600mg is working . Reminded dot | Seroquel | Psychotic Disorders |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/10/1999 00:00:00 | Appt. - Sit Down Detail | He is having good results. He said that wt gain is a problem with zyprexa. He said that he has been using more seroquel because of that | Seroquel | Psychotic Disorders |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/14/2000 00:00:00 | Appt. - Sit Down Detail | He now has someone on 1100mg at midnoxium. | Seroquel | Psychotic Disorders |
| 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 02/08/2000 00:00:00 | Appt. - Sit Down Detail | Reminded equal efficay with out the side effica. Showed him the traindoc. | Seroquel | Psychotic Disorders |

MDL-McAlexanderE-0710360
000197-CONFIDENTIAL

CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE 1 | E ADDRESS_LINE 2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 392 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 10/08/1999 00:00:00 | Appt. - Sit Down Detail | Saw him by Mid hudson he said that he is ok on samples and that most of his patients are on 400-500mg. I told him to keep going and he was okay. | Seroquel | Psychotic Disorders |
| 393 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 02/25/2000 00:00:00 | Appt. - Sit Down Detail | Saw at midhudson while I was doing the lunch with phry. | Seroquel | Psychotic Disorders |
| 394 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/14/1999 00:00:00 | Appt. - Sit Down Detail | Saw him at occupations. Discussed the reinstein is aid, He agreed that the wt issue is important . He said that he would try to use seroquel more often. | Seroquel | Psychotic Disorders |
| 395 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/03/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose. Reminded them all to keep Abba , eventhough I am leaving | Seroquel | First Line Positioning |
| 396 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/03/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose. Reminded them all to keep Abba , eventhough I am leaving | Seroquel | Safety and Tolerability |
| 397 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/03/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose, Reminded them all to keep Abba , eventhough I am leaving | Seroquel | Seroquel Efficacy |
| 398 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/21/1999 00:00:00 | Appt. - Sit Down Detail | Showed him the small book by Dr sanders that supports the dosing of 4x4. Reminded quest and the wt gain of only 5 lbs. | Seroquel | Psychotic Disorders |
| 399 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 05/03/2000 00:00:00 | Appt. - Sit Down Detail | The right dos epomphlet. Dose to efficacy. | Seroquel | Psychotic Disorders |
| 400 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 08/14/1999 00:00:00 | Appt. - Sit Down Detail | They are using. He has some patients on seroquel at both mid hudson and at occupations. He knows to go up in dose. Left him tendon slim Jim | Seroquel | Psychotic Disorders |
| 401 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | dinner fu | Seroquel | Psychotic Disorders |
| 402 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/16/2000 00:00:00 | Appt. - Sit Down Detail | lunch | Seroquel | Psychotic Disorders |
| 403 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/07/2000 00:00:00 | Appt. - Sit Down Detail | He is using at both locations. | Seroquel | Psychotic Disorders |
| 404 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/22/1999 00:00:00 | Luncheon | He started someone on seroquel today. | Seroquel | Psychotic Disorders |
| 405 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/30/1999 00:00:00 | Luncheon | He was at the lunch. He is still having good results. I asked him to really be in the look out for patients that are having some trouble with what they are on so to switch them to seroquel . He said ok | Seroquel | Psychotic Disorders |
| 406 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/06/2000 00:00:00 | Luncheon | He was at the program that DSR Shivkhankar put on where she spoke about receptor occupancy He is using. | Seroquel | Dosing and Titration |
| 407 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 01/24/2000 00:00:00 | Luncheon | Lunch. He knows to go up in dose, He said that DR Smith actually supported him. | Seroquel | Psychotic Disorders |
| 408 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 01/28/2000 00:00:00 | Luncheon | Reinstein 4x4. | Seroquel | Psychotic Disorders |
| 409 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 11:34:43 | Stand-Up Call | He has been using higher dosages. He has patients on seroquel at N sprivate practice and at the hospital and at mid hudson. He just put someone on 600mg. He pointed her out as she was leaving the clinic. He also has a patient with HV who is no clear enough in thought to stand trial and is at work duty | Seroquel | Dosing and Titration |
| 410 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 11:34:43 | Stand-Up Call | He has been using higher dosages. He has patients on seroquel at N sprivate practice and at the hospital and at mid hudson. He just put someone on 600mg. He pointed her out as she was leaving the clinic. He also has a patient with HV who is no clear enough in thought to stand trial and is at work duty | Seroquel | Safety and Tolerability |
| 411 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 17:41:22 | Stand-Up Call | He has several patients on seroquel at both private practice and in the clinic and hospital. He said that he has several o n 600mg per day | Seroquel | EPS Differentiation |
| 412 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 06/27/2000 00:00:00 | Stand-Up Call | He is using and said that he is using, at the clinic, private practice and the hospital and all places he is getting up to 600mg per day. | Seroquel | Core Via Aid |
| 413 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/02/2000 16:16:39 | Stand-Up Call | He was at the lunch. He is getting up in dose. He has a few patients on 600mg per day. He stayed for most of the Right Drug Video. | Seroquel | First Line Positioning |
| 414 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - 9AM | Nancy Hardy del. Seroquel. | Seroquel | Dosing and Titration |

MDL-McAlexanderE-0710360
000198-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 416 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det, Seroquel, | Seroquel | EPS Differentiation |
| 417 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det, Seroquel, | Seroquel | First Line Positioning |
| 418 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det, Seroquel, | Seroquel | Minimal Weight Gain |
| 419 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det, Seroquel, | Seroquel | Safety and Tolerability |
| 420 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down | Nancy Hardy DET Seroquel, | Seroquel | Seroquel Efficacy |
| 421 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down | Nancy Hardy DET Seroquel, | Seroquel | EPS Differentiation |
| 422 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy DET Seroquel, | Seroquel | Elderly |
| 423 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy DET Seroquel, | Seroquel | First Line Positioning |
| 424 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy DET Seroquel, | Seroquel | Minimal Weight Gain |
| 425 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy DET Seroquel, | Seroquel | Safety and Tolerability |
| 426 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 09/06/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy DET Seroquel, | Seroquel | Seroquel Efficacy |
| 427 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | Dosing and Titration |
| 428 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | EPS Differentiation |
| 429 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | Elderly |
| 430 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | First Line Positioning |
| 431 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | Safety and Tolerability |
| 432 | 705091004 | Levian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER23 | 07/25/2000 00:00:00 | Appt. - Sit Down / Detail | Nancy Hardy Det, Seroquel | Seroquel | Seroquel Efficacy |

REDACTED

Page 17 of 26

MDL-McAlexanderE-0710360
000199-CONFIDENTIAL

CONFIDENTIAL



Page 18 of 26

MDL-McAlexanderE-0710360
000200-CONFIDENTIAL



MDL-McAlexanderE-0710360
000201-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |

REDACTED

Page 20 of 26

MDL-McAlexanderE-0710360
000202-CONFIDENTIAL

CONFIDENTIAL



Page 21 of 26

MDL-McAlexanderE-0710360
000203-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REF_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 555 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Accepted! - EPS Differentiation |
| 556 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Accepted! - Favorable Weight Profile |
| 556 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Accepted! - Safety and Tolerability |
| 557 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 558 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Well Accepted! - Dosing and Titration |
| 559 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 12/11/2003 00:26:00 | Access Meal | Great hit at Occupations. Dr'a agreed that Sero, was eff. and had the lowest SE-reviewed dosing and there seemed to be little prob.Some concern over Diabetes-reviewed what we knew and they all said they have not seen probs clinically. MIS or Dr. Zimmeti to see Dr. Kottpalla on Thurs. Called Ellen and Jim for assist. | Seroquel | Well Accepted! - Elderly |
| 560 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 08/03/2003 16:27:55 | Lunch and Learn | DLXI on EPS at Mid Hudson. Good success on really differentiating Seroq. from the pack based on SA profile. Dr. Aakula asked us to do some other programs after July 15th. Changes on the way! Seem to be making progress. NCO-Address cataract Issue. | Seroquel | Accepted! - EPS Differentiation |
| 561 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 08/03/2003 16:27:55 | Lunch and Learn | DLXI on EPS at Mid Hudson. Good success on really differentiating Seroq. from the pack based on SA profile. Dr. Aakula asked us to do some other programs after July 15th. Changes on the way! Seem to be making progress. NCO-Address cataract Issue. | Seroquel | Accepted! - Safety and Tolerability |
| 562 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 08/03/2003 16:27:55 | Lunch and Learn | DLXI on EPS at Mid Hudson. Good success on really differentiating Seroq. from the pack based on SA profile. Dr. Aakula asked us to do some other programs after July 15th. Changes on the way! Seem to be making progress. NCO-Address cataract Issue. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 563 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 08/03/2003 16:27:55 | Lunch and Learn | DLXI on EPS at Mid Hudson. Good success on really differentiating Seroq. from the pack based on SA profile. Dr. Aakula asked us to do some other programs after July 15th. Changes on the way! Seem to be making progress. NCO-Address cataract Issue. | Seroquel | Well Accepted! - Dosing and Titration |
| 564 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 07/08/2003 16:14:21 | Lunch and Learn | Inservice at Mid Hudson covered dosing-again and lined up some more programs-really pushed dosing up. | Seroquel | Accepted! - Safety and Tolerability |
| 565 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 07/08/2003 16:14:21 | Lunch and Learn | Inservice at Mid Hudson covered dosing-again and lined up some more programs-really pushed dosing up. | Seroquel | Well Accepted! - Seroquel Efficacy |
| 566 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schachermeher n, Brian | 07/08/2003 16:14:21 | Lunch and Learn | Inservice at Mid Hudson covered dosing-again and lined up some more programs-really pushed dosing up. | Seroquel | Well Accepted! - Dosing and Titration |

REDACTED

MDL-McAlexanderE-0710360
000204-CONFIDENTIAL

CONFIDENTIAL

REDACTED

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 571 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/25/2003 13:59:21 | Sit down Call | No samples needed in Goshen-Nice chat as usual w/Dr. L. Said he is primarily using dual therapy for his BP pts. Abjns up front and then adding lithium or Depkt. Would stay away from Lith. if possible. Webb/coppled message for tolerability to dift. ourselves from those drugs. Waiting for data on Seroq. for monotherapy. Reviewed dosing and titration. Said he will continue using seroq. more as approp. pts. come in. NCO-follow up w/approp. pts. | Seroquel | Accepted - Favorable Weight Profile |
| 572 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/25/2003 13:59:21 | Sit down Call | No samples needed in Goshen-Nice chat as usual w/Dr. L. Said he is primarily using dual therapy for his BP pts. Abjns up front and then adding lithium or Depkt. Would stay away from Lith. if possible. Webb/coppled message for tolerability to dift. ourselves from those drugs. Waiting for data on Seroq. for monotherapy. Reviewed dosing and titration. Said he will continue using seroq. more as approp. pts. come in. NCO-follow up w/approp. pts. | Seroquel | Accepted - Safety and Tolerability |
| 573 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/25/2003 13:59:21 | Sit down Call | No samples needed in Goshen-Nice chat as usual w/Dr. L. Said he is primarily using dual therapy for his BP pts. Abjns up front and then adding lithium or Depkt. Would stay away from Lith. if possible. Webb/coppled message for tolerability to dift. ourselves from those drugs. Waiting for data on Seroq. for monotherapy. Reviewed dosing and titration. Said he will continue using seroq. more as approp. pts. come in. NCO-follow up w/approp. pts. | Seroquel | Well! Accepted - Dosing and Titration |
| 574 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/25/2003 13:59:21 | Sit down Call | No samples needed in Goshen-Nice chat as usual w/Dr. L. Said he is primarily using dual therapy for his BP pts. Abjns up front and then adding lithium or Depkt. Would stay away from Lith. if possible. Webb/coppled message for tolerability to dift. ourselves from those drugs. Waiting for data on Seroq. for monotherapy. Reviewed dosing and titration. Said he will continue using seroq. more as approp. pts. come in. NCO-follow up w/approp. pts. | Seroquel | Well! Accepted - Seroquel Efficacy |
| 575 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 08/02/2003 20:34:21 | Sit down Call | Really nice hit on both Docs. Reviewed dosing, SE and variety of pt. types that they are using seroq. for. Nice success stories. Dr. L no longer at Mid Hudson. | Seroquel | Accepted - EPS Differentiation |
| 576 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 08/02/2003 20:34:21 | Sit down Call | Really nice hit on both Docs. Reviewed dosing, SE and variety of pt. types that they are using seroq. for. Nice success stories. Dr. L no longer at Mid Hudson. | Seroquel | Accepted - Favorable Weight Profile |
| 577 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 08/02/2003 20:34:21 | Sit down Call | Really nice hit on both Docs. Reviewed dosing, SE and variety of pt. types that they are using seroq. for. Nice success stories. Dr. L no longer at Mid Hudson. | Seroquel | Accepted - Safety and Tolerability |
| 578 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 08/02/2003 20:34:21 | Sit down Call | Really nice hit on both Docs. Reviewed dosing, SE and variety of pt. types that they are using seroq. for. Nice success stories. Dr. L no longer at Mid Hudson. | Seroquel | Well! Accepted - Seroquel Efficacy |
| 579 | 70508100( | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 08/02/2003 20:34:21 | Sit down Call | Really nice hit on both Docs. Reviewed dosing, SE and variety of pt. types that they are using seroq. for. Nice success stories. Dr. L no longer at Mid Hudson. | Seroquel | Well! Accepted - Dosing and Titration |

REDACTED

MDL-McAlexanderE-0710360
000205-CONFIDENTIAL

CONFIDENTIAL

REDACTED

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/04/2003 18:04:06 | Stand-Up Call | Really nice call w/Dr-sat down and discussed dosing &eroq. to eff. and low SE profile. Dr. said he had great results at 800+mg along w/Dr.Meyers. Very happy to be gone from MHPCP. Too much bureaucracy and politics. | Seroquel | Accepted - EPS Differentiation |
| 597 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/04/2003 18:04:06 | Stand-Up Call | Really nice call w/Dr-sat down and discussed dosing &eroq. to eff. and low SE profile. Dr. said he had great results at 800+mg along w/Dr.Meyers. Very happy to be gone from MHPCP. Too much bureaucracy and politics. | Seroquel | Accepted - Safety and Tolerability |
| 598 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/04/2003 18:04:06 | Stand-Up Call | Really nice call w/Dr-sat down and discussed dosing &eroq. to eff. and low SE profile. Dr. said he had great results at 800+mg along w/Dr.Meyers. Very happy to be gone from MHPCP. Too much bureaucracy and politics. | Seroquel | Well - Seroquel Efficacy |
| 599 | 705091004 | Lavian, Manouchehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Schemmerhorn, Brian | 11/04/2003 18:04:06 | Stand-Up Call | Really nice call w/Dr-sat down and discussed dosing &eroq. to eff. and low SE profile. Dr. said he had great results at 800+mg along w/Dr.Meyers. Very happy to be gone from MHPCP. Too much bureaucracy and politics. | Seroquel | Well Accepted - Dosing and Titration |

REDACTED

MDL-McAlexanderE-0710360
000206-CONFIDENTIAL

CONFIDENTIAL

REDACTED

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | F CITY | G STATE | H ZIPCODE | I REP_NAME | J CALL_DATE | K CALL_TYPE | L CALL_NOTES | M PRODUCT | N PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 611 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 10/30/2002 00:00:00 | Lunch and Learn | Presented Psyclink program & went over dosing & titration with most MDs after program was over...In a different room. Biggest problem is they are dosing too low. | Seroquel | Accepted - EPS Differentiation |
| 612 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 10/30/2002 00:00:00 | Lunch and Learn | Presented Psyclink program & went over dosing & titration with most MDs after program was over...In a different room. Biggest problem is they are dosing too low. | Seroquel | Accepted - Safety and Tolerability |
| 613 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 10/30/2002 00:00:00 | Lunch and Learn | Presented Psyclink program & went over dosing & titration with most MDs after program was over...In a different room. Biggest problem is they are dosing too low. | Seroquel | Well / Seroquel Efficacy |
| 614 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 10/30/2002 00:00:00 | Lunch and Learn | Presented Psyclink program & went over dosing & titration with most MDs after program was over...In a different room. Biggest problem is they are dosing too low. | Seroquel | Well Accept - Dosing and Titration |
| 615 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/17/2002 14:58:39 | Lunch and Learn | Spoke to approx 20 Drs & Rns and staff about the minimal weight gain with Seroquel. Presented the Brecher reprint. | Seroquel | Dosing and Titration |
| 616 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/17/2002 14:58:39 | Lunch and Learn | Spoke to approx 20 Drs & Rns and staff about the minimal weight gain with Seroquel. Presented the Brecher reprint. | Seroquel | EPS Differentiation |
| 617 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/17/2002 14:58:39 | Lunch and Learn | Spoke to approx 20 Drs & Rns and staff about the minimal weight gain with Seroquel. Presented the Brecher reprint. | Seroquel | Minimal Weight Gain |
| 618 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/17/2002 14:58:39 | Lunch and Learn | Spoke to approx 20 Drs & Rns and staff about the minimal weight gain with Seroquel. Presented the Brecher reprint. | Seroquel | Seroquel Efficacy |
| 619 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Accepted - EPS Differentiation |
| 620 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Accepted - Favorable Weight Profile |
| 621 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Accepted - Safety and Tolerability |
| 622 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Well / Seroquel Efficacy |
| 623 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Well Accepted - Dosing and Titration |
| 624 | 705081004 | Levin, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 07/12/2002 14:47:50 | Lunch and Learn | | Seroquel | Well Accepted - Elderly |

MDL-McAlexanderE-0710360
000207-CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LI NE 1 | ADDRESS_LINE_ 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 628 | 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/13/2002 15:31:21 | Stand-Up Call | Well accepted message. Discussed getting up avg daily dose. | Seroquel | Dosing and Titration |
| 629 | 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/13/2002 15:31:21 | Stand-Up Call | Well accepted message. Discussed getting up avg daily dose. | Seroquel | Safety and Tolerability |
| 630 | 705091004 | Lavian, Manoochehr | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Silberman, Ellen H | 05/13/2002 15:31:21 | Stand-Up Call | Well accepted message. Discussed getting up avg daily dose. | Seroquel | Seroquel Efficacy |

REDACTED

MDL-McAlexanderE-0710360
000208-CONFIDENTIAL

**EXHIBIT B**

AZP 4/2004 Dear Doctor/ Dear Health Care Provider Distribution List

|  | A FULL NAME | B COMPANY | C ALTRNT ADD1 | D ALTRNT ADDR1 | E ALTRNT 2 ADD | F ALTRNT1 ADD | G DLVRY ADDRS | H CITY | I STATE1 | J ZIP4 | K DLVR YPNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | Manouchehr Lavian MD | | | | | | 11 Glen Dr | Goshen | NY | 10924-1005 | 11 |

Page 1 of 1

MDL-McAlexanderE-0710360
000209

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | A Full Name | B Alternate 1 Address | C Delivery Address | D City | E State | F ZIP+4 | G Delivery Point | H First Name | I Last Name | J MD/DO | K SPEC | L ME NUMBER | M CRRT | N Walk Seque nce |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manouchehr Lavian MD | | 11 Glen Dr | Goshen | NY | 10924-11005 | | Manouc hehr | Lavian | MD | P | 51703660103 | C004 | |
| 2 | | | | | | | | | | | | | | |

Page 1 of 2

MDL-McAlexanderE-0710360
000210

AZP 7/2005 Dear Doctor / Dear Health Care Provider Distribution List

| | O LOT | P Return Code | Q Record Type | R Foot note | S COA Match Flag | T COA Move Date | U COA Move Type | V COA/DSF Processing Date | W NCOALink Footnotes | X DPV CMRA | Y DPV Confir- mation | Z Old Address 1 | AA Old Address 2 | AB Old City | AC Old State Code | AD Old Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | 0056D-31 | S | | 0 | | | | 06/29/2005 | 00 | | | | 11 Glen Dr | Goshen | NY | 10924-1005 |

MDL-McAlexanderE-0710360
000211

AZP 1/2004 Dear Doctor/ Dear Health Care Provider Distribution List

| | A FULL NAME | B COMPANY | C ALTRNTA DD1 | D ALTRNT ADDR | E ALTRNT 2ADD | F ALTRNT1ADD | G DLVRYADDRS | H CITY | I STATE1 | J ZIP4 | K DLVR YPNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manouchehr Lavian MD | | | | | | 11 Glen Dr | Goshen | NY | 10924-1005 | 11 |
| 2 | | | | | | | | | | | |

Page 1 of 1

MDL-McAlexanderE-0710360
000212

AZP 11/2006 Dear Doctor / Dear Health Care Provider Distribution List

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | ADDR1 | ADDR2 | CITY | ST | ZIP | FNAME | LNAME | MD/DO | SPEC1 | ME NUMBER |
| 1 | Manouchehr Lavian MD | | 11 Glen Dr | Goshen | NY | 10924-1005 | Manouche hr | Lavian | MD | P | 51703660103 |
| 2 | | | | | | | | | | | |

Page 1 of 1

MDL-McAlexanderE-0710360
000213

**<u>EXHIBIT C</u>**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

**EXHIBIT D**

CONFIDENTIAL

| | Enclosure Inquiry IDs | Inquiry Number | Meta Data Info | Letter Id | Drug Name | HCP Full Name | HCP Last Name | HCP First Name | HCP Middle Initial | Close Date | Comments | Delivery Option | Drug Description | HCP Address1 | HCP Address2 | HCP Address3 | HCP City | HCP Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
| 1 | | | | | | | | | | | | | | | | | | |
| Y1 | | 427097 | | | 407846 SEROQUEL | Lavian, Manoucheh | Lavian | Manoucheh | | 9/9/2004 | Dr. has a 65 year old pt. on Seroquel and Paxil that developed involuntary mandibular movements. | FAX | (quetiapine fumarate) Tablets | Occupations 1197 Inc. | 1997 Rt. 17 M | | Goshen | |
| 2 | | | | | | | | | | | | | | | | | | |

Page 1 of 2

MDL-McAlexanderE-0710360
000226-CONFIDENTIAL

CONFIDENTIAL

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HCP Fax | HCP Specialty | HCP State | HCP Telephone | HCP Title | HCP Zip | IMA Notes | MIM Notes | Question | Received Date | Response Date | Response Type Code | Standard Response List | Template ID |
| 1 | (845)342-5210 | Psychiatry | NY | (845)294-6165 | M.D. | 10924 | | | Dr. would like to know if there are case reports of tardive dystonia or tardive diskinesia associated with the use of Seroquel. | 9/8/2004 05:31:15 AM | 9/8/2004 | W | 26404 | |
| 2 | | | | | | | | | | | | | | |

Page 2 of 2



AstraZeneca

**Medical Resources**

September 08, 2004

Manoucheh Lavian, M.D.
Occupations Inc.
1997 Rt. 17 M
Goshen, NY 10924

Dear Dr. Lavian:

Your Pharmaceutical Sales Specialist, Brian Schermerhorn, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL–Occurrence of Tardive Dyskinesia**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Linda J. Ziemba, Ph.D.*

Senior Medical Information Manager

INQ 427897

**AstraZeneca LP**

Tel 800 236 9933
Fax 302 885 1400

Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437   www.astrazeneca-us.com

**MDL-McAlexanderE-0710360**
**000228**

**SEROQUEL-Occurrence of Tardive Dyskinesia**

**Prescribing Information[1]**

SEROQUEL is a psychotropic agent belonging to the dibenzothiazepine chemical class.

<u>Indications</u>

SEROQUEL is indicated:

- For the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

- For the treatment of schizophrenia.

<u>Warnings</u>

Tardive dyskinesia, a syndrome of potentially irreversible, involuntary, dyskinetic movements, may develop in patients treated with antipsychotic medications. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict at the inception of antipsychotic treatment which patients are likely to develop the syndrome. Whether antipsychotic medications differ in their potential to cause TD is unknown.

The risk of developing TD and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic medications administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

No known treatment for established cases of TD exists, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these conditions, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of TD. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that is known to respond to antipsychotic medications and for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do not require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of TD appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

MDL-McAlexanderE-0710360
000229

Adverse Events

As stated in the enclosed prescribing information, TD was reported as an infrequent adverse event during clinical trials.  Infrequent is defined as occurring in 1/100 to 1/1000 patients.  It is important to note that, although these events occurred during treatment with quetiapine, they were not necessarily caused by it.

**Clinical Data**

Data regarding the long-term (up to 2 years) safety, tolerability, and efficacy of quetiapine have been evaluated in patients with chronic or subchronic schizophrenia enrolled in ongoing, open-label extensions to 11 international Phase III clinical and clinical pharmacology trials.[2]  No cases of TD were reported by the investigators.

Yeung and Liu[3] analyzed data from 1447 patients with acute exacerbations of schizophrenia or schizoaffective disorder from three phase III clinical trials of quetiapine.  Data from a trial of quetiapine in elderly patients (n=184) with psychotic disorders were also analyzed.  The incidence of TD was assessed using the Abnormal Involuntary Movement Scale (AIMS) and the appearance of TD was analyzed using the Schooler-Kane criteria.  The results of this analysis suggest that the incidence of persistent TD in patients treated with quetiapine was considerably lower than has been reported with conventional antipsychotics.  The results also suggest that in a population that is sensitive to TD, such as the elderly, the probability of developing persistent TD with quetiapine is very low.  A copy of this poster presentation is enclosed for your review.

Ghelber and Belmaker[4] have described a case-report of TD with quetiapine that involved a 44-year-old woman with treatment-resistant schizophrenia and chronic active psychosis. The patient had been previously treated for many years with clotiapine, haloperidol, perphenazine, thioridazine and penfluridol, and these treatments had been associated with severe akathisia and Parkinsonism.  Quetiapine was first started at 300 mg/day but was reduced to 150 mg/day due to a strong sedative effect.  During 6 months of treatment with quetiapine, the patient's negative and psychotic symptoms resolved.  She was able to return to her role as homemaker and renew social connections.  After 6 months of treatment with quetiapine, involuntary choreiform movements of the tongue and jaw appeared, and a few weeks later, involuntary movements of the fingers appeared which were diagnosed as TD. These involuntary movements persisted after quetiapine was discontinued.  Following discontinuation of quetiapine, the patient relapsed into a severe psychotic episode.  Improvements were seen in her mental status and TD after starting treatment with clozapine.  The authors concluded that this case suggests quetiapine can cause TD although the frequency is unknown and may be more rare than with conventional antipsychotics.  The authors note that as with cases of clozapine-induced TD, this case may be due to the late effect of the previous treatment with classical neuroleptics.

Ghaemi and  Ko[5] have described a case report of TD with quetiapine that involved a 25-year-old woman with type I bipolar disorder.  The patient was previously treated for 4 years with a combination of mood stabilizers, anticonvulsants, and atypical antipsychotic agents. These medications included lithium, carbamazepine, divalproex sodium, lamotrigine, fluoxetine,

MDL-McAlexanderE-0710360
000230

bupropion, gabapentin, and topiramate but did not include a typical neuroleptic medication. She received gabapentin, 4400 mg/day, and lithium, 900 mg/day as treatment for persistent rapid cycling mood episodes. She received olanzapine for 1 month, which was discontinued due to weight gain, and risperidone for less than 1 week, which was discontinued due to rash. Quetiapine was started in place of olanzapine. Her quetiapine dose was increased gradually to 125 mg/day. Within 6 weeks of starting quetiapine therapy, repetitive involuntary jaw movements were reported and persisted at a decreased dose. Quetiapine was discontinued after 13 weeks due to repetitive involuntary jaw movements. Ten months after the initiation of quetiapine her jaw movements remained but were reported as mild. Her mood symptoms had improved with 4400 mg/day of gabapentin, 900 mg/day of lithium, and 200 mg/day of topiramate. No other involuntary movements were reported.

Sharma[6] reported 6 cases of tardive dyskinesia (TD) associated with quetiapine treatment for refractory mood disorders and current and/or past histories of additional Axis I disorders. Patient 1, a 55-year-old man, was treated with quetiapine 150 mg/day for 8 weeks, and was also receiving nefazodone 450 mg. Patient 2, a 30-year-old woman, was treated with quetiapine 150 mg/day for 7 weeks, and was also receiving divalproex sodium 1500 mg and clonazepam 2.5 mg. Patient 3, a 48-year-old woman, was treated with quetiapine 225 mg/day for 12 weeks, and was also receiving lithium 300 mg, and carbamazepine 600 mg. Patient 4, a 54-year-old woman, was treated with quetiapine 300 mg/day for 10 weeks, and was also receiving lithium 750 mg, carbamazepine 1200 mg and clonazepam 1.5 mg. Patient 5, a 47-year-old man, was treated with quetiapine 125 mg/day for 8 weeks, and was also receiving zopiclone 7.5 mg and t-Tryptophan 4 g. Patient 6, a 61-year-old woman, was treated with quetiapine 75 mg/day for 4 weeks, and was also receiving levothyroxine 125 mg, clonazepam 2 mg, mirtazapine 30 mg and lithium 600 mg. The starting quetiapine dose was 25 mg to 50 mg, and it was increased in increments of 25 mg every 2 to 3 days, depending on the response and tolerability. The involuntary movement scale was used to rate the involuntary movements. The abnormal involuntary movements occurred in the orofacial region in all of the patients. Three of these patients also had movements of the upper and lower limbs. The TD resolved with discontinuation of quetiapine treatment in all cases. Three of the patients had a prior history of TD. The author notes that the differences in illness severity, gender distribution, previous history of TD and EPS, and a cumulative exposure to neuroleptics may explain the inconsistency between these cases and the lack of reports of TD in clinical trials.

Enclosure(s):

- SEROQUEL Prescribing Information.

- Yeung PP, Liu S. Low incidence of persistent tardive dyskinesia with quetiapine [poster]. Presented at: the Institute on Psychiatric Services Meeting, October 25-29, 2000; Philadelphia, PA.

Reference(s):

1. SEROQUEL Prescribing Information.

MDL-McAlexanderE-0710360
000231

2.      Data on file, AstraZeneca Pharmaceuticals LP, Wilmington, DE.

3.      Yeung PP, Liu S. Low incidence of persistent tardive dyskinesia with quetiapine [poster].
        Presented at: the Institute on Psychiatric Services Meeting, October 25-29, 2000;
        Philadelphia, PA.

4.      Ghelber D, Belmaker RH. Tardive dyskinesia with quetiapine [letter]. *Am J Psychiatry.*
        1999; 156(5): 796-797. Access #AN53700

5.      Ghaemi SN, Ko JY. Quetiapine-related tardive dyskinesia [letter]. *Am J Psychiatry.*
        2001; 158(10): 1737.

6.      Sharma V. Treatment-emergent tardive dyskinesia with quetiapine in mood disorders. *J
        Clin Psychopharm.* 2003; 23 (4): 415-7.

MDL-McAlexanderE-0710360
000232



 AstraZeneca

**Medical Resources Quality Assurance Survey**

Inquiry Number:  427897

Product:  SEROQUEL

Dear   DR. MANOUCHEH LAVIAN

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.  This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (302)885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  P.O. Box 15437
  Wilmington, DE 19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1.  Did the response answer your question?     ☐ Completely     ☐ Partially     ☐ Not at all

If you checked "Partially" or "Not at all", please explain:

_____

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

|  | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is unbiased | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was received promptly enough to meet your needs | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3.  Overall, I was satisfied with the quality of the information I received.     ☐ ☐ ☐ ☐ ☐ ☐

4.  In general, how do the responses from AstraZeneca compare to those of other pharmaceutical companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5.  What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6.  Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

_____

MIM:  ziemba     9/8/2004

Thank you for taking the time to complete the survey.   We hope to use this information to continually improve our services.
©2002 AstraZeneca LP

 002

 

MDL-McAlexanderE-0710360
000233

222207                                                                                 Rev 07/04



Seroquel®
(quetiapine fumarate)

SEROQUEL® (quetiapine fumarate) Tablets

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is a psychotropic agent belonging to a chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:



Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (round, peach), 100 mg (round, yellow), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hypromellose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50}s=717$ & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50}s=1268$ & 329nM respectively), histamine $H_1$ ($IC_{50}=30nM$), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50}s=94$ & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50}s>5000$ nM).

The mechanism of action of SEROQUEL, as with other drugs having efficacy in the treatment of schizophrenia and acute manic episodes associated with bipolar disorder, is unknown. However, it has been proposed that this drug's efficacy in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

Absorption: Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

Distribution: Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vitro, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

Metabolism and Elimination: Following a single oral dose of $^{14}C$-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

Population Subgroups:

Age: Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

Gender: There is no gender effect on the pharmacokinetics of quetiapine.

Race: There is no race effect on the pharmacokinetics of quetiapine.

Smoking: Smoking has no effect on the oral clearance of quetiapine.

Renal Insufficiency: Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 $m^2$, n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 $m^2$, n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

Hepatic Insufficiency: Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

Drug-Drug Interactions: In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

### Clinical Efficacy Trials

Bipolar Mania

The efficacy of SEROQUEL in the treatment of acute manic episodes was established in 3 placebo-controlled trials in patients who met DSM-IV criteria for bipolar I disorder with manic episodes. These trials included patients with or without psychotic features and excluded patients with rapid cycling and mixed episodes. Of these trials, 2 were monotherapy (12 weeks) and 1 was adjunct therapy (3 weeks) to either lithium or divalproex. Key outcomes in these trials were change from baseline in the Young Mania Rating Scale (YMRS) score at 3 and 12 weeks for monotherapy and at 3 weeks for adjunct therapy. Efficacy is defined as the simultaneous initiation or subsequent administration of SEROQUEL with lithium or divalproex.

The primary rating instrument used for assessing manic symptoms in these trials was the YMRS, an 11-item clinician-rated scale traditionally used to assess the degree of manic symptomatology (irritability, disruptive/aggressive behavior, sleep, elevated mood, speech, increased activity, sexual interest, language/thought disorder, thought content, appearance, and insight) in a range from 0 (no manic features) to 60 (maximum score).

The results of the trials follow:

Monotherapy

In two 12-week trials (n=300, n=299) comparing SEROQUEL to placebo, SEROQUEL was superior to placebo in the reduction of the YMRS total score at weeks 3 and 12. The majority of patients in these trials taking SEROQUEL were dosed in a range between 400 and 800 mg per day.

---

### Adjunct Therapy

In this 3-week placebo-controlled trial, 170 patients with acute bipolar mania (YMRS ≥ 20) were randomized to receive SEROQUEL or placebo as adjunct treatment to lithium or divalproex. Patients may or may not have received an adequate treatment course of lithium or divalproex prior to randomization. SEROQUEL was superior to placebo when added to lithium or divalproex alone in the reduction of YMRS total score.

The majority of patients in this trial taking SEROQUEL were dosed in a range between 400 and 800 mg per day. In a similarly designed trial (n=200), SEROQUEL was associated with an improvement in YMRS scores but did not demonstrate superiority to placebo, possibly due to a higher placebo effect.

Schizophrenia

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 mg/day were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a tid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

### Bipolar Mania

SEROQUEL is indicated for the treatment of acute manic episodes associated with bipolar I disorder, as either monotherapy or adjunct therapy to lithium or divalproex.

The efficacy of SEROQUEL in acute bipolar mania was established in two 12-week monotherapy trials and one 3-week adjunct therapy trial of bipolar I patients (see CLINICAL PHARMACOLOGY). Effectiveness has not been systematically evaluated in clinical trials for more than 12 weeks in monotherapy and 3 weeks in adjunct therapy. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term risks and benefits of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

### Schizophrenia

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically reevaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

### Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs, including SEROQUEL. Rare cases of NMS have been reported with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

### Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

### Hyperglycemia and Diabetes Mellitus

Hyperglycemia, in some cases extreme and associated with ketoacidosis or hyperosmolar coma or death, has been reported in patients treated with atypical antipsychotics, including SEROQUEL. Assessment of the relationship between atypical antipsychotic use and glucose abnormalities is complicated by the possibility of an increased background risk of diabetes mellitus in patients with schizophrenia and the increasing incidence of diabetes mellitus in the general population. Given these confounders, the relationship between atypical antipsychotic use and hyperglycemia-related adverse events is not completely understood. However, epidemiological studies suggest an increased risk of treatment-emergent hyperglycemia-related adverse events in patients treated with the atypical antipsychotics. Precise risk estimates for hyperglycemia-related adverse events in patients treated with atypical antipsychotics are not available.

Patients with an established diagnosis of diabetes mellitus who are started on atypical antipsychotics should be monitored regularly for worsening of glucose control. Patients with risk factors for diabetes mellitus (eg, obesity, family history of diabetes) who are starting treatment with atypical antipsychotics should undergo fasting blood glucose testing at the beginning of treatment and periodically during treatment. Any patient treated with atypical antipsychotics should be monitored for symptoms of hyperglycemia including polydipsia, polyuria, polyphagia, and weakness. Patients who develop symptoms of hyperglycemia during treatment with atypical antipsychotics should undergo fasting blood glucose testing. In some cases, hyperglycemia has resolved when the atypical antipsychotic was discontinued; however, some patients required continuation of anti-diabetic treatment despite discontinuation of the suspect drug.

## PRECAUTIONS

### General:

Orthostatic Hypotension: SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (23/3265) of the patients treated with SEROQUEL, compared with 0% (0/607) on placebo and about 0.4% (2/527) on active control drugs.

MDL-McAlexanderE-0710360
000234

**SEROQUEL® (quetiapine fumarate) Tablets**

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications). The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

**Cataracts:** The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

**Seizures:** During clinical trials, seizures occurred in 0.6% (19/2792) of patients treated with SEROQUEL, compared to 0.2% (1/607) on placebo and 0.7% (4/527) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

**Hypothyroidism:** Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (10/2791) of SEROQUEL patients did experience TSH increases in monotherapy studies. Six of the patients with TSH increases needed replacement thyroid treatment. In the manic adjunct studies, where SEROQUEL was added to lithium or divalproex, 12% (24/196) of SEROQUEL treated patients compared to 7% (15/203) of placebo treated patients had elevated TSH levels. Of the SEROQUEL treated patients with elevated TSH levels, 3 had simultaneous low free T4 levels.

**Cholesterol and Triglyceride Elevations:** In schizophrenia trials, SEROQUEL treated patients had increases from baseline in cholesterol and triglycerides of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL treated patients.

**Hyperprolactinemia:** Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

**Transaminase Elevations:** Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. In schizophrenia trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. In acute bipolar mania trials, the proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 12-week placebo-controlled trials were approximately 1% for both SEROQUEL and placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

**Potential for Cognitive and Motor Impairment:** Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In schizophrenia trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. In acute bipolar mania trials using SEROQUEL as monotherapy, somnolence was reported in 16% of patients on SEROQUEL compared to 4% of placebo patients. In acute bipolar mania trials using SEROQUEL as adjunct therapy, somnolence was reported in 34% of patients on SEROQUEL vs 9% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Priapism:** One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to the drug has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical treatment.

**Body Temperature Regulation:** Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

**Dysphagia:** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

**Use in Patients with Concomitant Illness:** Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited. SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

**Information for Patients**

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

**Orthostatic Hypotension:** Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

**Interference with Cognitive and Motor Performance:** Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Pregnancy:** Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

**Nursing:** Patients should be advised not to breast feed if they are taking SEROQUEL.

**Concomitant Medication:** As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

**Alcohol:** Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

**Heat Exposure and Dehydration:** Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

**Laboratory Tests**

No specific laboratory tests are recommended.

**Drug Interactions**

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents. SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

**The Effect of Other Drugs on Quetiapine**

**Phenytoin:** Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

**Divalproex:** Coadministration of quetiapine (150 mg tid) and divalproex (500 mg bid) increased the mean maximum plasma concentration of quetiapine at steady state by 17% without affecting the extent of absorption or mean oral clearance.

**Thioridazine:** Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

---

**SEROQUEL® (quetiapine fumarate) Tablets**

**Cimetidine:** Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

**P450 3A Inhibitors:** Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

**Fluoxetine, Imipramine, Haloperidol, and Risperidone:** Coadministration of fluoxetine (60 mg once daily), imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

**Effect of Quetiapine on Other Drugs**

**Lorazepam:** The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

**Divalproex:** The mean maximum concentration and extent of absorption of total and free valproic acid at steady state were decreased by 10 to 12% when divalproex (500 mg bid) was administered with quetiapine (150 mg bid). The mean oral clearance of total valproic acid (administered as divalproex 500 mg bid) was increased by 11% in the presence of quetiapine (150 mg bid). The changes were not significant.

**Lithium:** Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

**Antipyrine:** Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Carcinogenesis:** Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m2 basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m2 basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m2 basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m2 basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m2 basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

**Mutagenesis:** Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in PRECAUTIONS, General).

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six in vitro bacterial gene mutation assays and in an in vitro mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one Salmonella typhimurium tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an in vitro chromosomal aberration assay in cultured human lymphocytes or in the in vivo micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m2 basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m2 basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m2 basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m2 basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m2 basis.

**Pregnancy**

**Pregnancy Category C:**

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m2 basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m2 basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m2 basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m2 basis). Fetal body weight was reduced in rat fetuses at doses of 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m2 basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m2 basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m2 basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 3400 patients in clinical studies with SEROQUEL, 7% (232) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS**

The information below is derived from a clinical trial database for SEROQUEL consisting of over 3000 patients. This database includes 405 patients exposed to SEROQUEL for the treatment of acute bipolar mania (monotherapy and adjunct therapy) and approximately 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL for the treatment of schizophrenia.

Of these approximately 3000 subjects, approximately 2700 (2300 in schizophrenia and 405 in acute bipolar mania) were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 914.3 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

**Bipolar Mania:** Overall, discontinuations due to adverse events were 5.7% for SEROQUEL vs. 5.1% for placebo in monotherapy and 3.6% for SEROQUEL vs. 5.9% for placebo in adjunct therapy.

MDL-McAlexanderE-0710360
000235

SEROQUEL® (quetiapine fumarate) Tablets

Schizophrenia: Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials: The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy of schizophrenia (up to 6 weeks) and bipolar mania (up to 12 weeks) in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 800 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

Table 1. Treatment-Emergent Adverse Experience
Incidence in 3- to 12-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Schizophrenia and Bipolar Mania (monotherapy)

| Body System/ Preferred Term | SEROQUEL (n=719) | Placebo (n=404) |
|---|---|---|
| Body as a Whole | | |
| Headache | 21% | 14% |
| Pain | 7% | 5% |
| Asthenia | 5% | 3% |
| Abdominal Pain | 4% | 1% |
| Back Pain | 3% | 1% |
| Fever | 2% | 1% |
| Cardiovascular | | |
| Tachycardia | 6% | 4% |
| Postural Hypotension | 4% | 1% |
| Digestive | | |
| Dry Mouth | 9% | 3% |
| Constipation | 8% | 3% |
| Vomiting | 6% | 5% |
| Dyspepsia | 5% | 1% |
| Gastroenteritis | 2% | 0% |
| Gamma Glutamyl | | |
| Transpeptidase Increased | 1% | 0% |
| Metabolic and Nutritional | | |
| Weight Gain | 5% | 1% |
| SGPT Increased | 5% | 1% |
| SGOT Increased | 3% | 1% |
| Nervous | | |
| Agitation | 20% | 17% |
| Somnolence | 18% | 8% |
| Dizziness | 11% | 5% |
| Anxiety | 4% | 3% |
| Respiratory | | |
| Pharyngitis | 4% | 3% |
| Rhinitis | 3% | 1% |
| Skin and Appendages | | |
| Rash | 4% | 2% |
| Special Senses | | |
| Amblyopia | 2% | 1% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: anxiety, akathisia, chest pain, cough increased, depression, diarrhea, extrapyramidal syndrome, hostility, hypertension, hypertonia, hypotension, increased appetite, infection, insomnia, leukopenia, malaise, nausea, nervousness, paresthesia, peripheral edema, sweating, tremor, and weight loss.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (18%), dizziness (11%), dry mouth (9%), constipation (8%), SGPT increased (5%), weight gain (5%), and dyspepsia (5%).

Table 2 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during therapy (up to 3 weeks) of acute mania in 5% or more of patients treated with SEROQUEL (doses ranging from 100 to 800 mg/day) used as adjunct therapy to lithium and divalproex where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

Table 2. Treatment-Emergent Adverse Experience
Incidence in 3-Week Placebo-Controlled Clinical Trials[1]
for the Treatment of Bipolar Mania (Adjunct Therapy)

| Body System/ Preferred Term | SEROQUEL (n=196) | Placebo (n=203) |
|---|---|---|
| Body as a Whole | | |
| Headache | 17% | 13% |
| Asthenia | 10% | 4% |
| Abdominal Pain | 7% | 3% |
| Back Pain | 5% | 3% |
| Cardiovascular | | |
| Postural Hypotension | 7% | 2% |
| Digestive | | |
| Dry Mouth | 19% | 3% |
| Constipation | 10% | 5% |
| Metabolic and Nutritional | | |
| Weight Gain | 6% | 3% |
| Nervous | | |
| Somnolence | 34% | 9% |
| Dizziness | 9% | 6% |
| Tremor | 8% | 7% |
| Agitation | 6% | 4% |
| Respiratory | | |
| Pharyngitis | 6% | 3% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: akathisia, diarrhea, insomnia, and nausea.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were somnolence (34%), dry mouth (19%), asthenia (10%), constipation (10%), abdominal pain (7%), postural hypotension (7%), pharyngitis (6%), and weight gain (6%).

---

SEROQUEL® (quetiapine fumarate) Tablets

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials

Dose-related Adverse Events: Spontaneously elicited adverse event data from a study of schizophrenia comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

Extrapyramidal Symptoms: Data from one 6-week clinical trial of schizophrenia comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | SEROQUEL | | | | |
|---|---|---|---|---|---|---|
| | | 75 mg | 150 mg | 300 mg | 600 mg | 750 mg |
| Parkinsonism | 0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In six additional placebo-controlled clinical trials trials (3 in acute mania and 3 in schizophrenia) using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

Vital Signs and Laboratory Studies

Vital Sign Changes: SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

Weight Gain: In schizophrenia trials the proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%). In mania monotherapy trials the proportions of patients meeting the same weight gain criterion were 21% compared to 7% for placebo and in mania adjunct therapy trials the proportions of patients meeting the same weight criterion were 13% compared to 4% for placebo.

Laboratory Changes: An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

ECG Changes: Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials for the treatment of schizophrenia revealing a 1% (4/203) incidence for SEROQUEL compared to 0.6% (4/156) incidence for placebo. In acute (monotherapy) bipolar mania trials the proportions of patients meeting the criteria for tachycardia was 0.3% (1/192) for SEROQUEL, compared to 0% (0/178) incidence for placebo. In acute bipolar mania (adjunct) trials the proportions of patients meeting the same criteria was 0.6% (1/166) for SEROQUEL, compared to 0% (0/171) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see PRECAUTIONS).

Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients treated for schizophrenia. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

Nervous System: Frequent: hypertonia, dysarthria; Infrequent: abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; Rare: aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euthasia, libido decreased*, neuralgia, stuttering, subdural hematoma.

Body as a Whole: Frequent: flu syndrome; Infrequent: neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; Rare: abdomen enlarged.

Digestive System: Frequent: anorexia; Infrequent: increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; Rare: glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

Cardiovascular System: Frequent: palpitation; Infrequent: vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; Rare: angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

Respiratory System: Frequent: pharyngitis, rhinitis, cough increased, dyspnea; Infrequent: pneumonia, epistaxis, asthma; Rare: hiccup, hyperventilation.

Metabolic and Nutritional System: Frequent: peripheral edema; Infrequent: weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; Rare: glycosuria, gout, hand edema, hypokalemia, water intoxication.

Skin and Appendages System: Frequent: sweating; Infrequent: pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; Rare: exfoliative dermatitis, psoriasis, skin discoloration.

Urogenital System: Infrequent: dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; Rare: gynecomastia*, nocturia, polyuria, acute kidney failure.

Special Senses: Infrequent: conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; Rare: abnormality of accommodation, deafness, glaucoma.

Musculoskeletal System: Infrequent: pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

Hemic and Lymphatic System: Frequent: leukopenia; Infrequent: leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; Rare: hemolysis, thrombocytopenia.

Endocrine System: Infrequent: hypothyroidism, diabetes mellitus; Rare: hyperthyroidism.

*adjusted for gender

Post Marketing Experience: Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include: leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

Other adverse events reported since market introduction, which were temporally related to SEROQUEL therapy, but not necessarily causally related, include the following: agranulocytosis, anaphylaxis, hyponatremia, rhabdomyolysis, syndrome of inappropriate antidiuretic hormone secretion (SIADH), and Steven Johnson syndrome (SJS).

DRUG ABUSE AND DEPENDENCE

Controlled Substance Class: SEROQUEL is not a controlled substance.

Physical and Psychologic dependence: SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

MDL-McAlexanderE-0710360
000236

SEROQUEL® (quetiapine fumarate) Tablets

SEROQUEL® (quetiapine fumarate) Tablets

## OVERDOSAGE

**Human experience:** Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block. In post-marketing experience, there have been very rare reports of overdose of SEROQUEL alone resulting in death, coma or QTc prolongation.

Management of Overdosage: In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

## DOSAGE AND ADMINISTRATION

### Bipolar Mania

**Usual Dose:** When used as monotherapy or adjunct therapy (with lithium or divalproex), SEROQUEL should be initiated in BID doses totaling 100 mg/day on Day 1, increased to 400 mg/day on Day 4 in increments of up to 100 mg/day in BID divided doses. Further dosage adjustments up to 800 mg/day by Day 6 should be in increments of no greater than 200 mg/day. Data indicates that the majority of patients responded between 400 to 800 mg/day. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

### Schizophrenia

**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg/day by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using bid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL, is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from antipsychotics to SEROQUEL, or concerning concomitant administration with antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

## HOW SUPPLIED

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '25' on one side and plain on the other side, are supplied in bottles of 100 tablets and 1000 tablets, and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with 'SEROQUEL' and '100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with 'SEROQUEL' and '200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, imprinted with 'SEROQUEL' on one side and '300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

## ANIMAL TOXICOLOGY

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose-related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholesterol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

SEROQUEL is a trademark of the AstraZeneca group of companies.

© AstraZeneca 2004

AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
Made in USA

64251-00
Rev 07/04



AstraZeneca

MDL-McAlexanderE-0710360
000237

# #36: Low Incidence Of Persistent Tardive Dyskinesia With Quetiapine

Paul P. Yeung, MD, MPH; Sherry Liu
AstraZeneca, Wilmington, DE, USA

## Abstract

Tardive dyskinesia (TD) is often a serious side effect of antipsychotic drug treatment because these involuntary, hyperkinetic, abnormal movements are potentially irreversible. Ethnic patients are particularly susceptible to TD, patients over 45 years old are at particular risk. This analysis examined the incidence of persistent TD in patients younger than 65. However, the relationship of TD and aging remains controversial. Additional well-controlled trials are needed to elucidate the relationship of the incidence and development of TD. Quetiapine, an atypical antipsychotic, has been prospectively shown to have low incidence of extrapyramidal symptoms (EPS) as well as low incidence of treatment-emergent TD in three clinical trials in the later development of TD. Conclusion: An atypical antipsychotic, is associated with a low incidence of TD at various stages and dose ranges. Therefore, quetiapine may be less likely to result in TD than conventional antipsychotics. The current analysis examined the incidence of persistent TD associated with quetiapine in three clinical trials. The incidence of persistent TD with quetiapine is low.

## Introduction

Tardive dyskinesia (TD) is a serious and sometimes irreversible motor side effect of antipsychotic treatment that has been traditionally associated with conventional neuroleptics. The incidence of TD in patients than in younger patients.[1] Jeste et al (1999) showed that the risk of TD in older patients was 3.4% at 1 month, 5.9% at 3 months, and up to 30.8% at 12 months, using Schedule-Kane criteria for TD.

Quetiapine is an atypical antipsychotic with a low incidence of acute extrapyramidal symptoms that is no different from placebo (even at high therapeutic doses).[2] TD has been reported infrequently as an adverse event in clinical trials with quetiapine.[3] The following analysis was undertaken to estimate the incidence rate of persistent TD during the first year of quetiapine use among schizophrenia with no history of TD.

## Methods

- Patients from 3 phase III clinical trials were assessed: trials A, B, and C.
- After completion of the main protocol, patients were allowed to enter an open-label extension of the trial and to continue receiving quetiapine (flexibly dosed) for more than 1 year.

### Trial A

- Multicenter, randomized, double-blind, parallel-group, 6-week trial comparing 3 dosing regimens of quetiapine in hospitalized patients with acute exacerbation of subchronic or chronic schizophrenia.

### Trial B

- Multicenter, randomized, double-blind, placebo-controlled, 6-week trial comparing 5 fixed doses of quetiapine with haloperidol in hospitalized patients with acute exacerbation of subchronic or chronic schizophrenia.

### Trial C

- Multicenter, randomized, double-blind, parallel-group, 6-week trial comparing quetiapine with haloperidol (both flexibly dosed) in hospitalized patients with acute exacerbation of subchronic or chronic schizophrenia.

### Trial D

- This was a multicenter, open-label, 52-week trial.
- All antipsychotic and anti-EPS medications were discontinued at trial onset.
- Patients began quetiapine with a 25-mg dose, either qd or bid. Doses were escalated in 25- to 50-mg increments every 1 to 3 days up to 800 mg/day, according to patient tolerability and clinical response.

- Patients were men and women, 65 years and older, who met DSM-IV criteria for any of the disorders listed in Table 2.

## Patient selection

- Patients with TD at baseline (according to Glazer-Morgenstern (G-M) criteria) or a history of TD were omitted from the trial. G-M criteria require a total AIMS Scale score ≥3 in at least 1 AIMS item or a score ≥2 in at least 2 AIMS items.
- Patients who withdrew from the trial due to TD (according to G-M criteria) within 4 weeks of entry were excluded.
- Patients who had baseline AIMS assessed and at least 2 postbaseline AIMS assessments were included.
- The patients assessed for TD were a subset of the larger study population (n = 184).
- 85 patients met the criteria for TD analysis.

## Outcome assessments

- Primary Assessment was done using the Abnormal Involuntary Movement Scale (AIMS) items 1 through 7 (facial and oral movements, extremity movements, and trunk movements).
- The appearance of TD was assessed using Schedule-Kane (S-K) RD-TD criteria:
  - at least 2 AIMS items 2 or
  - at least 1 AIMS items 2 or 3
- Patient TD defined as meeting the S-K criteria at 2 consecutive postbaseline visits.
- TD was assessed at (or near) the following postbaseline visits: 1,5, 3, 6, 9, and 12 months.

## Analysis

- The Kaplan-Meier method was used to estimate the 1-year risk of TD.

# Results

### Table 1. Demography Trials A, B, C

|  | n (%) |
|---|---|
| Total patients | 301 (100) |
| Age (y) | 36 (19-69)* |
| Race: | |
|   White | 277 (92) |
|   Other | 24 (8) |
| Sex: | |
|   Women | 108 (36) |
|   Men | 193 (64) |
| Schizophrenia diagnosis: | |
|   Paranoid | 181 (60) |
|   Undifferentiated | 59 (19) |
|   Disorganized | 30 (10) |
|   Catatonic | 26 (9) |
|   Missing | 26 (9) |

*mean (range)

- The mean total daily dose of quetiapine was 475 mg.

### Table 2. Demography Trial D

|  | n (%) |
|---|---|
| Total patients | 85 (100) |
| Age (y) | 76.7 (54-96)* |
| Race: White | 79 (93) |
|   Other | 6 (7) |
| Sex: Women | 43 (51) |
|   Men | 42 (49) |
| DSM-IV Diagnosis: | |
| Schizophrenia: | |
|   paranoid | 11 (13) |
|   residual | 5 (6) |
| Delusional disorder | 7 (8) |
| Psychosis of dementia: | |
|   due to Alzheimer's disease | 50 (59) |
|   due to Lewy body disease | 3 (4) |
|   vascular | 1 (1) |
| Psychotic disorder in Parkinson's disease | 8 (9) |

*mean (range)

- The median total daily dose of quetiapine was 125 mg.
- The median duration of treatment was 365 days.

## Incidence of persistent TD

### Table 3. Kaplan-Meier estimation of 1-year probability of developing TD

| Trial | Probability | SE |
|---|---|---|
| Trials A, B and C | 0.0074 | 0.007 |
| Trial D | 0.0272 | 0.019 |

## Conclusions

- The results of this analysis suggest that the incidence of persistent TD in patients treated with quetiapine was considerably lower than has been reported with conventional antipsychotics.
- These results also suggest that in a population that is sensitive to TD, such as the elderly, the probability of developing persistent TD with quetiapine is very low.

REFERENCES

MDL-McAlexanderE-0710360
000238

# **EXHIBIT E**

CONFIDENTIAL

| | SHIPPED_YEAR | SHIP_DATE | REP_NAME | SAMPLE_CARD_ID | CONTACT_ID | FULL_NAME | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE_PROVINCE_CD | POSTAL_CODE_FIVE | PRODUCT_ID | PRODUCT_DESCRIPTION | PRODUCT_QUANTITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2000 | 07/25/2000 00:00:00 | Meter, Paul | 2020838 | 7050810014 | Levien, Maroucheh | 1997 Route 17 N (700) | | Goshen | NY | 10924 | 27295 | Seroquel 25mg 2x10 20 Tabs | 12 |
| 3 | 2000 | 07/25/2000 00:00:00 | Meter, Paul | 2020838 | 7050810014 | Levien, Maroucheh | 1997 Route 17 N (700) | | Goshen | NY | 10924 | 27195 | Seroquel 100mg 2x10 20 Tabs | 16 |
| 4 | 2000 | 07/25/2000 00:00:00 | Meter, Paul | 2020838 | 7050810014 | Levien, Maroucheh | 1997 Route 17 N (700) | | Goshen | NY | 10924 | 27235 | Seroquel 200mg 1x4 4 Tabs | 24 |
| 5 | 2000 | 09/28/2000 00:00:00 | Meter, Paul | 2047784 | 7050810014 | Levien, Maroucheh | 700 Rt 17M | | Goshen | NY | 10924 | 27660 | Seroquel Titration Pk 1x6(25mg) 1x6(100mg) 11 Tabs | 12 |
| 6 | 2000 | 09/28/2000 00:00:00 | Meter, Paul | 2047784 | 7050810014 | Levien, Maroucheh | 700 Rt 17M | | Goshen | NY | 10924 | 27295 | Seroquel 25mg 2x10 20 Tabs | 12 |
| 7 | 2002 | 01/22/2002 00:00:00 | Margolin, Joan | 105399100274 | 7050810024 | Levien, Maroucheh | 129 Wickham Ave | | Middletown | NY | 10940 | 27195 | Seroquel 100mg 2x10 20 Tabs | 24 |
| 8 | 2002 | 01/22/2002 00:00:00 | Margolin, Joan | 105399100274 | 7050810024 | Levien, Maroucheh | 129 Wickham Ave | | Middletown | NY | 10940 | 27295 | Seroquel 25mg 2x10 20 Tabs | 24 |
| 9 | 2002 | 01/22/2002 00:00:00 | Margolin, Joan | 105399100274 | 7050810024 | Levien, Maroucheh | 129 Wickham Ave | | Middletown | NY | 10940 | 27235 | Seroquel 200mg 1x4 4 Tabs | 48 |
| 10 | 2003 | 09/25/2003 00:00:00 | Bowen, Thomas | 105760100028 | 7050810024 | Levien, Maroucheh | 1997 State Rte 17 M | Bldg 700 Ste 205 | Goshen | NY | 10924 | 27235 | Seroquel 200mg 1x4 4 Tabs | 24 |
| 11 | 2003 | 09/25/2003 00:00:00 | Bowen, Thomas | 105760100028 | 7050810024 | Levien, Maroucheh | 1997 State Rte 17 M | Bldg 700 Ste 205 | Goshen | NY | 10924 | 27494 | SEROQUEL 300mg 1x4 4 Tabs | 24 |
| 12 | 2003 | 09/25/2003 00:00:00 | Bowen, Thomas | 105760100028 | 7050810024 | Levien, Maroucheh | 1997 State Rte 17 M | Bldg 700 Ste 205 | Goshen | NY | 10924 | 27295 | Seroquel 25mg 2x10 20 Tabs | 24 |
| 13 | 2003 | 09/03/2003 00:00:00 | Schermerhorn, Brian | 105137107097 | 7050810024 | Levien, Maroucheh | 123 Wickham Ave | | Middletown | NY | 10940 | 27195 | Seroquel 100mg 2x10 20 Tabs | 24 |
| 14 | 2003 | 09/03/2003 00:00:00 | Schermerhorn, Brian | 105137107097 | 7050810024 | Levien, Maroucheh | 123 Wickham Ave | | Middletown | NY | 10940 | 27285 | Seroquel 300mg 1x4 4 Tabs | 15 |
| 15 | 2003 | 09/03/2003 00:00:00 | Schermerhorn, Brian | 105137107097 | 7050810024 | Levien, Maroucheh | 123 Wickham Ave | | Middletown | NY | 10940 | 27295 | Seroquel 25mg 2x10 20 Tabs | 20 |
| 16 | 2003 | 09/16/2003 00:00:00 | Thomas, Melissa | 105760100565 | 7050810024 | Levien, Maroucheh | 67 Windsor Hwy | | New Windsor | NY | 12553 | 27285 | Seroquel 300mg 1x4 4 Tabs | 15 |
| 17 | 2003 | 09/16/2003 00:00:00 | Thomas, Melissa | 105760100565 | 7050810024 | Levien, Maroucheh | 67 Windsor Hwy | | New Windsor | NY | 12553 | 27295 | Seroquel 25mg 2x10 20 Tabs | 14 |
| 18 | 2003 | 08/19/2003 00:00:00 | Thomas, Melissa | 105760100668 | 7050810024 | Levien, Maroucheh | 67 Windsor Hwy | | New Windsor | NY | 12553 | 27660 | Seroquel Titration Pk 1x6(25mg) 1x6(100mg) 11 Tabs | 6 |
| 19 | 2003 | 08/19/2003 00:00:00 | Thomas, Melissa | 105760100565 | 7050810024 | Levien, Maroucheh | 67 Windsor Hwy | | New Windsor | NY | 12553 | 27195 | Seroquel 100mg 2x10 20 Tabs | 12 |

REDACTED

MDL-McAlexanderE-0710360
000239-CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIPPED_YEAR | SHIP_DATE | REP_NAME | SAMPLE_CARD_ID | CONTACT_ID | FULL_NAME | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE_POSTAL_CODE | POSTAL_CODE_FIVE | PRODUCT_ID | PRODUCT_DESCRIPTION | PRODUCT_QUANTITY |
| REDACTED | | | | | | | | | | | | | |

MDL-McAlexanderE-0710360
000240-CONFIDENTIAL

**EXHIBIT F**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Activity Title | Activity ID | Activity Type Code | Venue Name | Venue Type | City | State | Program Start Date | Program End Date |
| 2 | Manoucheh | | Lavian | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL_1 | 818305 | SP | Saffron | REST | Middletown | NY | 4/21/2007 17:00 | 4/21/2007 20:00 |

Page 1 of 1

MDL-McAlexanderE-0710360
000241-CONFIDENTIAL

## Professional Detail Report

ViewPoint

### Person Details

**Manoucheh Lavian**

**SFA ID:** 705081004

**Person Type:** Professional

**Languages:**

### Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 705081004 | |
| AZ Customer ID | 812205 | |
| DEA | BL0184464 | |
| HMSID | PIAAVHWJW9 | |
| IMS DR | 0842918 | |
| ME NUMBER AS PROVIDED BY AMA. 11 DIGITS | 51703660103 | |
| Medical Education Number | 5170366010 | |
| MEDICARE UNIQUE PHYSICIAN IDENTIFIER NUMBER | D93252 | |
| State License Number | 0000163228 | New York |

### Brand Snapshot

| Brand | KOL Level | : Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|

No data available

### Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| Occupations Inc. | 1997 Rt. 17 M | Goshen | NY | 10924 | US | LBX |

### Contact Numbers

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL-McAlexanderE-0710360
000242-CONFIDENTIAL

## Professional Detail Report

ViewPoint

**Number**          **Type**                    **Contact**
No data available

## Email Addresses

**Email Address**
No data available

## Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|-------|--------------|---------------|--------------|------|---------|----------|
| Seroquel | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL. 1 | 4/21/2007 5:00:00 PM | | Attendee | Yes | Yes |

## Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|------|--------|------|---------|---------|
| No data available | | | | |

## Indications and Interests

**Topic**                                      **Role**
No data available

## Specialties

**Specialty Name**                             **Specialty Type**
No data available

## Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|------|-----------|----------|------|-------------|-----------------|
| No data available | | | | | |

## Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|------|-----------|----------|------|-------------|
| No data available | | | | |

## Trials & Investigations

MDL-McAlexanderE-0710360
000243-CONFIDENTIAL

## Professional Detail Report                                   ViewPoint

| Study Code | Short Description | Type | Compound | Status |
|---|---|---|---|---|
| No data available | | | | |

## Secondary Publications

| Title | Target Audience | Start Date | Submiss-ion Date | Publicat-ion Date | Status | Target Journal | Type | Primary Author |
|---|---|---|---|---|---|---|---|---|
| No data available | | | | | | | | |

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL-McAlexanderE-0710360
000244-CONFIDENTIAL