# **EXHIBIT L**

(Plaintiffs' Response in Opposition to AstraZeneca's Motion in Limine to Exclude Evidence and Argument about Ghostwriting)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket NO. 1769

This Document Relates to:

David Haller v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-15733

### AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation for DEE BURKE Pursuant to Case Management Order Nos. 4 and  5 for David Haller

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide available case specific discovery information and documentation for

"Dee Burke."

AstraZeneca is providing eight categories of Seroquel-related information and/or

documents based on a query of its relevant databases and systems.  The categories are: (1)

Call Note and Detail Information; (2) Account Payable Information; (3) Dear Doctor or Dear

Healthcare Provider Letters; (4) Prescriber-Level IMS Data; (5) Professional Information

Request; (6) Sample Information; (7) AstraZeneca Sponsored Events – Attendance and

Speaker Program Reports; and (8) Clinical Investigator Information.  AstraZeneca ran search

queries to locate information and documents for this Disclosure by relying upon spelling and

contact information provided in the Plaintiff's Fact Sheet or by Plaintiff's counsel.  If

spelling and contact information is incorrect, inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.

It is not anticipated that the AstraZeneca counsel who will depose Dee Burke will have any information or documentation from AstraZeneca's databases and systems beyond the information and documents identified and provided in this Disclosure or contained within the database productions.

**I.**     **Call Note and Detail Information**

AstraZeneca searched its call note and detail databases for "Dee Burke."

AstraZeneca's search returned Seroquel-related call notes made by PSSs or Seroquel-related details recorded by RSMs with "Dee Burke," attached as **Exhibit A,** and also produced in electronic form as Excel spreadsheets.

**II.**    **Account Payable Information**

AstraZeneca states that because of data limitations in the Accounts Payable system for reporting payment data, payments to physicians cannot always be reliably linked to a specific product or therapeutic area.  Accordingly, to the extent that such payment information is provided in response to this portion of the Disclosure, it, in whole or in part, is not necessarily related to Seroquel.  In addition, AstraZeneca states that the report provided in response to this portion of the Disclosure is generated directly from AstraZeneca's systems maintaining payments to physicians and tracks standard bookkeeping and accounting conventions.

AstraZeneca has searched its Accounts Payable databases for "Dee Burke" and is producing Accounts Payable information attached as **Exhibit B**, and also produced in electronic form as an Excel spreadsheet.

### III.   Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca searched for "Dee Burke" in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters.  AstraZeneca has not located the distribution list for the May 20, 2002 letter and will supplement this disclosure if found.  There is no specific physician-identifying information on "Dear Doctor" or "Dear Healthcare Provider" letters.  Copies of the standard letters were previously provided to Plaintiff's counsel.

If AstraZeneca has a record that a particular prescribing physician was sent one or more of the January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstraZeneca will provide the relevant information in this section of the Disclosure.

AstraZeneca's search did not return the name "Dee Burke" on the Dear Doctor distribution lists.

### IV.   Prescriber-Level IMS Data

AstraZeneca received consent from IMS Health, Inc. ("IMS") to produce certain prescription data.  Use of IMS prescription data is subject to the terms of IMS' consent. AstraZeneca searched for the name "Dee Burke" in its databases with available IMS information.

AstraZeneca's search returned IMS data for "Dee Burke," attached as **Exhibit C**, and also produced in electronic form as an Excel spreadsheet.

**V.    Professional Information Request Information**

AstraZeneca searched its Professional Information Request ("PIR") database for "Dee Burke."

AstraZeneca's search returned database information for PIRs received from "Dee Burke," and available written responses sent to "Dee Burke."  Any database information and written responses found are attached as **Exhibit D,** while the database information is also produced in electronic form as an Excel spreadsheet.

**VI.    Sample Information**

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from its Sample database.  AstraZeneca searched the database for information related to "Dee Burke."

AstraZeneca's search returned information from this database related to "Dee Burke," attached as **Exhibit E,** and is also produced in electronic form as an Excel spreadsheet.

**VII.    AstraZeneca Sponsored Events – Attendance and Speaker Program Reports**

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from ViewPoint, Compass/Prep, and Lecture Bureau Express databases.  AstraZeneca searched those databases for information related to "Dee Burke."

AstraZeneca's search returned information from these databases related to "Dee Burke," attached as **Exhibit F,** and is also produced in electronic form as Excel spreadsheets.

**VIII.    Clinical Investigator Information**

AstraZeneca searched the IMPACT database and other potential sources for information regarding U.S.-based Seroquel-related clinical trials conducted or supported by

AstraZeneca ("Seroquel Trials") to determine if "Dee Burke" served as a clinical investigator in a Seroquel trial.  AstraZeneca does not maintain a central repository for all information relating to Seroquel Trials, which have been conducted over a long period of time and by different entities.  The level of detail available to AstraZeneca about particular Seroquel Trials varies, and the identity of all clinical investigators involved in each trial is not always available to the company.  Certain Seroquel-related studies are conducted by third parties not associated with AstraZeneca, which limits the information available to AstraZeneca to that communicated by AstraZeneca to those third parties.

Based on a reasonable and diligent search of information available to AstraZeneca concerning the identity of clinical investigators for Seroquel Trials, AstraZeneca has not located information indicating that "Dee Burke" served as a clinical investigator in a Seroquel Trial.

Dated: <u>August 7, 2008</u>

_Russell O. Stewart_

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado  80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
E-Mail:  rstewart@faegre.com
           nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222
E-Mail:  fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals
LP and AstraZeneca LP*

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of August, 2008, I caused to be served a true

and correct copy of the foregoing on K. Camp Bailey, Esq., Plaintiffs' Counsel, and Larry

Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail.  Service on

Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
(303) 607-3500

*Counsel for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP*

## EXHIBIT A

CONFIDENTIAL

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 11/2/2001 | Stand-Up Call | Long disc on Sql. She was with Dr Hauser in Tampa and used a lot of it then. Treats many Pkn and Alz pts. Showed Pkn Psych paper. disc Alz and will do PIR. 5mg Zmt. showed vis std. She wanted smpls. Diff of Triptans. | Seroquel | Dosing and Titration |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 11/2/2001 | Stand-Up Call | Long disc on Sql. She was with Dr Hauser in Tampa and used a lot of it then. Treats many Pkn and Alz pts. Showed Pkn Psych paper. disc Alz and will do PIR. 5mg Zmt. showed vis std. She wanted smpls. Diff of Triptans. | Seroquel | EPS Differentiation |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 11/2/2001 | Stand-Up Call | Long disc on Sql. She was with Dr Hauser in Tampa and used a lot of it then. Treats many Pkn and Alz pts. Showed Pkn Psych paper. disc Alz and will do PIR. 5mg Zmt. showed vis std. She wanted smpls. Diff of Triptans. | Seroquel | Elderly |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 11/2/2001 | Stand-Up Call | Long disc on Sql. She was with Dr Hauser in Tampa and used a lot of it then. Treats many Pkn and Alz pts. Showed Pkn Psych paper. disc Alz and will do PIR. 5mg Zmt. showed vis std. She wanted smpls. Diff of Triptans. | Seroquel | Safety and Tolerability |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZD, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | Dosing and Titration |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZD, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | EPS Differentiation |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert. F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZD, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | Elderly |
| 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Crivello, Linda Marie | 12/6/2001 | Stand-Up Call | did not realize I had met doc at Tampa General when she was doing her fellowship w/Dr. Hauser. Excited about the nasal spray, reviewed ZNS info, and Sero, said she uses Sero alot b/c of her movement disorder pts. Used to treat schizophrenics, as familiar with Sero. Caught Dr. Pappas briefly on her way in. Needed 2.5mg samples but out of stock. | Seroquel | Weill – Seroquel Efficacy |
| 637311015 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | Suite 230 | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR. Discussed success story with Sero and bipolar pt, said pt was so sedated initially but Dee convinced her to hold out and now on 600mg of Sero and thrilled with the med. | Seroquel | Accepted1 - Favorable Weight Profile |
| 637311015 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | Suite 230 | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR. Discussed success story with Sero and bipolar pt, said pt was so sedated initially but Dee convinced her to hold out and now on 600mg of Sero and thrilled with the med. | Seroquel | Accepted1 - Safety and Tolerability |

REDACTED

MDL_HallerD_0715733
0000030_CONFIDENTIAL

CONFIDENTIAL

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | E ADDRESS_LINE_2 | G CITY | H STATE | I ZIPCODE | J REP_NAME | K CALL_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain. Sent PIR. Discussed success story with Sero and bipolar pt, said pt was so sedated initially but Dee convinced her to hold out and now on 600mg of Sero and thrilled with the med. | Seroquel | Well-Seroquel Efficacy |
| 22 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain. Sent PIR. Discussed success story with Sero and bipolar pt, said pt was so sedated initially but Dee convinced her to hold out and now on 600mg of Sero and thrilled with the med. | Seroquel | Well Accepted-Dosing and Titration |
| 23 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 11/4/2003 | Stand-Up Call | Invited Dr. Zenel to Troxch program, he said he remembered him and once was enough. Had to reschedule lunch bic they will all be at Psych congress in Orlando. | Seroquel | Well Accepted-Dosing and Titration |
| 24 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/2/2003 | Stand-Up Call | met with ARNP, Carol Correll and others, said they are using a lot of Sero. Dee requested 200mg and 300mg, told them we were out, so sent entire 100mg. Switches to Sero lots of weight gain. | Seroquel | Well Accepted-Dosing and Titration |
| 25 | | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers.  Call Laura and confirm the number of attendees to order stuff through quiotist, Having pts. doing very well on high doses of seroquel, many pts. are success stories because they were unable to function before being on sol.  Using a lot of sql with ability,  Seeing a lot of akathesia at high doses of ability, so only using smaller doses and in some cases with sql high doses. | Seroquel | Accepted-- Safety and Tolerability |
| 26 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers.  Call Laura and confirm the number of attendees to order stuff through quiotist, Having pts. doing very well on high doses of seroquel, many pts. are success stories because they were unable to function before being on sol.  Using a lot of sql with ability,  Seeing a lot of akathesia at high doses of ability, so only using smaller doses and in some cases with sql high doses. | Seroquel | Well-Seroquel Efficacy |
| 27 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers.  Call Laura and confirm the number of attendees to order stuff through quiotist, Having pts. doing very well on high doses of seroquel, many pts. are success stories because they were unable to function before being on sol.  Using a lot of sql with ability,  Seeing a lot of akathesia at high doses of ability, so only using smaller doses and in some cases with sql high doses. | Seroquel | Well Accepted-Dosing and Titration |
| 28 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/16/2003 | Stand-Up Call | both said using a lot of Sero and titrating to 800mg or more if needed. | Seroquel | Well-Seroquel Efficacy |
| 29 | 837310161 | Burke, Dorothy D | Nurse Practitioner | 2128 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/16/2003 | Stand-Up Call | both said using a lot of Sero and titrating to 800mg or more if needed. | Seroquel | Well Accepted-Dosing and Titration |
| 30 | REDACTED | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000031_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000032_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000033_CONFIDENTIAL



CONFIDENTIAL

MDL_HallerD_0715733
0000034_CONFIDENTIAL

CONFIDENTIAL



Page 6 of 17

MDL_HallerD_0715733
0000035_CONFIDENTIAL

CONFIDENTIAL



Page 7 of 17

MDL_HallerD_0715733
0000036_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000037_CONFIDENTIAL



MDL_HallerD_0715733
0000038_CONFIDENTIAL



CONFIDENTIAL

Page 10 of 17

MDL_HallerD_0715733
0000039_CONFIDENTIAL

CONFIDENTIAL



Page 11 of 17

MDL_HallerD_0715733
0000040_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000041_CONFIDENTIAL

CONFIDENTIAL



| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 313 | REDACTED | | | | | | | | | | | | | |
| 314 | | | | | | | | | | | | | | |
| 315 | | | | | | | | | | | | | | |
| 316 | | | | | | | | | | | | | | |
| 317 | | | | | | | | | | | | | | |
| 318 | | | | | | | | | | | | | | |
| 319 | | | | | | | | | | | | | | |
| 320 | | | | | | | | | | | | | | |
| 321 | | | | | | | | | | | | | | |
| 322 | | | | | | | | | | | | | | |
| 323 | | | | | | | | | | | | | | |
| 324 | | | | | | | | | | | | | | |
| 325 | | | | | | | | | | | | | | |
| 326 | | | | | | | | | | | | | | |
| 327 | | | | | | | | | | | | | | |
| 328 | | | | | | | | | | | | | | |
| 329 | | | | | | | | | | | | | | |
| 330 | | | | | | | | | | | | | | |
| 331 | | | | | | | | | | | | | | |
| 332 | | | | | | | | | | | | | | |
| 333 | | | | | | | | | | | | | | |
| 334 | | | | | | | | | | | | | | |
| 335 | | | | | | | | | | | | | | |
| 336 | | | | | | | | | | | | | | |
| 337 | | | | | | | | | | | | | | |
| 338 | | | | | | | | | | | | | | |
| 339 | | | | | | | | | | | | | | |
| 340 | | | | | | | | | | | | | | |
| 341 | | | | | | | | | | | | | | |
| 342 | | | | | | | | | | | | | | |
| 343 | | | | | | | | | | | | | | |
| 344 | | | | | | | | | | | | | | |

Page 13 of 17

MDL_HallerD_0715733
0000042_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000043_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000044_CONFIDENTIAL



MDL_HallerD_0715733
0000045_CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 1 | REDACTED | | | | | | | | | | | | |

Page 17 of 17

MDL_HallerD_0715733
0000046_CONFIDENTIAL

**<u>EXHIBIT B</u>**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VENDOR NUMBER | VENDOR NAME | STREET ADDRESS | CITY | ST | ZIP | DOCUMEN T TYPE | G/L ACCOUN | ACCOUNT NAME | DOCUMENT HEADER / PURCHASE ORDER | POSTING DATE | DOCUMENT NUMBER | LIFNR | AMOUNT | PL | COST CENTER | COST CENTER NAME | R | S |
| 2 | 40093674 | DEE BURKE | 1437 S BELCHER RD | CLEARWATER | FL | 33764 | RN | 43611120 | FEES-PROFESSIONAL-SPEAKER HONORIA | HONO 12/11 BASCOMS | 01/07/03 | 52141766 | 40093674 | $  250.00 | 23 | 567715 | CNS SPECIALTY I-TAMPA NORTH | - | FUN.* |
| 3 | 40093674 | DEE BURKE | 1437 S BELCHER RD | CLEARWATER | FL | 33764 | ZA | 23817240 | CHECKS ISSUED-#8/US-BANK OF AMERICA | | 01/08/03 | 42392266 | 40093674 | $ (250.00) | | 000000 | | | |

MDL_HallerD_0715733
0000047_CONFIDENTIAL

**<u>EXHIBIT C</u>**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

**EXHIBIT D**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Enclosure IDs | Implier Number | Meta Data Infos | Lister Id | Drug Name | HCP Full Name | HCP Last Name | HCP First Name | HCP Middle Initial | Close Date | Comments | Delivery Option | Drug Description | HCP Address1 | HCP Address2 | HCP Address3 | HCP City | HCP Email |
| 2 | N/A | 350260 | | 333379 | SEROQUEL | Burke, Dee | Burke | Dee | | 10/24/2003 | | STANDARD MAIL | (quetiapine fumarate) Tablets | Directions For Mental Health | 1407 South Belcher Road | | Clearwater | |

MDL_HallerD_0715733
0000077_CONFIDENTIAL

CONFIDENTIAL

| | S HCP Fax | T HCP Specialty | U HCP State | V HCP Telephone | W HCP Title | X HCP Zip | Y BMA Notes | Z MMI Notes | AA Question | AB Received Date | AC Response Date | AD Response Type Code | AE Standard Response List ID | AF Template Response List ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | | Psychiatry | FL | (727)524-4664 | N.P. | 33764 | | | Does a ARNP is requesting any information with Seroquel Vs. Zyprexa and or Risperdal with regard to weight. Please send any information comparing weight gain and the atypicals. | 10/24/2003 06:31:00 AM | 10/24/2003 | W | 56913 | |

Page 2 of 2



**Medical Resources**

October 24, 2003

Dee Burke, N.P.
Directions For Mental Health
1437 South Belcher Road
Clearwater, FL 33764

Dear Ms. Burke:

Your Pharmaceutical Sales Specialist, Linda Crivello, has forwarded your request for information regarding SEROQUEL® (quetiapine fumarate) Tablets. The following information is attached for your review:

- **SEROQUEL-Occurrence of Weight Gain Compared to Other Atypical Antipsychotics**

The attached information is supplied to you as a professional courtesy in response to your request. It is intended to provide pertinent data to assist you in forming your own conclusions and making decisions. AstraZeneca does not recommend the use of SEROQUEL in any other manner than as described in the enclosed prescribing information. We hope that you find this information useful. Please complete and return the enclosed survey to help us determine how well we are meeting your expectations. The survey can also be completed online at http://mrsurvey.astrazeneca-us.com.

Thank you for your interest in SEROQUEL. If we may be of further assistance to you, please contact AstraZeneca at 1-800-236-9933.

Sincerely,

*Dionne Hearn, Pharm.D.*

Medical Information Manager

INQ 350260

**AstraZeneca LP**

Medical Resources FOC/CE1, 1800 Concord Pike, PO Box 15437, Wilmington, DE 19850-5437

**Tel** 800 236 9933
**Fax** 302 885 1400
www.astrazeneca-us.com

MDL_HallerD_0715733
0000079_CONFIDENTIAL

**SEROQUEL-Occurrence of Weight Gain
Compared to Other Atypical Antipsychotics**

**Prescribing Information[1]**

SEROQUEL, an antipsychotic drug belonging to the dibenzothiazepine chemical class, is indicated for the treatment of schizophrenia.

As stated in the enclosed prescribing information, weight gain was reported by 2% of quetiapine-treated patients and 0% of placebo-treated patients in 3- to 6-week placebo-controlled clinical trials. This number is derived from spontaneous reporting of weight gain from clinical trial investigators. There were no requirements for the investigators to record all increases in weight of a certain magnitude as an adverse event.

Spontaneously elicited adverse event data from a study comparing five fixed doses of quetiapine (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response ($p<0.05$) for weight gain.

The proportions of patients meeting a weight gain criterion of $\geq 7\%$ of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for quetiapine (23%) compared to placebo (6%).

**Clinical Data**

Atmaca and colleagues[2] evaluated the effects of quetiapine, olanzapine, risperidone, and clozapine on leptin and triglyceride levels and weight gain. Fifty-six patients with schizophrenia were randomized into 4 treatment groups: quetiapine (n=14), olanzapine (n=14), risperidone, or clozapine (n=14) monotherapy. A control group of 11 patients receiving no psychopharmacologic therapy was also included. Body mass index (BMI), weight, fasting serum leptin and triglyceride levels, and Positive and Negative Syndrome Scale (PANSS) scores were assessed at baseline and week 6. At week 6, the mean doses were quetiapine 535.7 mg/day, olanzapine 15.7 mg/day, risperidone 6.7 mg/day and clozapine 207.1 mg/day. Olanzapine and clozapine markedly increased weight and serum triglyceride and leptin levels; increases in these variables was modest with quetiapine and minimal with risperidone. The mean weight changes were as follows: quetiapine, $4.41 \pm 2.21$ kg; olanzapine, $8.92 \pm 3.13$ kg; risperidone, $0.54 \pm 0.72$ kg; clozapine, $6.52 \pm 3.41$ kg; and control group, $-1.32 \pm 0.93$ kg. There was a significant correlation between leptin levels and weight changes in the olanzapine and clozapine groups, but not in the quetiapine, risperidone, and control groups Additionally, positive correlations between changes in leptin levels and triglyceride levels were seen in all groups. There was a positive correlation between changes in triglycerides and BMI in the quetiapine and clozapine groups, and a positive correlation between changes in weight and BMI in the olanzapine and clozapine groups. Changes in PANSS total score were correlated with changes in leptin levels in all groups. The authors concluded, "[the] results suggest that leptin may be associated with olanzapine- and clozapine-induced weight gain and that quetiapine appears to have modest

MDL_HallerD_0715733
0000080_CONFIDENTIAL

influence and risperidone appears to have minimal influence on leptin and triglyceride levels and weight gain compared with olanzapine and clozapine."

The QUARTZ (QUetiapine And Risperidone Treatment in schiZophrenia) trial was an 8-week, multicenter, double-blind, randomized, flexibly dosed, parallel -group, non-inferiority study.[3] The study was designed to compare the efficacy, safety, and tolerability of quetiapine and risperidone in treating patients with schizophrenia between 18 and 65 years of age. Patients randomized to quetiapine (n=338) were initiated at 25 mg twice daily; the dose was increased to 200 mg twice daily by day 5. Patients randomized to risperidone (n=335) were initiated at 1 mg twice daily and the dose was increased to 2 mg twice daily by day 5. After day 5, both medication were flexibly dosed in the range of 200-800 mg for quetiapine and 2-8 mg for risperidone given twice daily, depending on patients' clinical response and tolerance of the treatment. Note that twice-daily dosing was used for both agents so that neither drug would be disadvantaged with respect to efficacy or safety parameters. Patients remained hospitalized for a minimum of 7 days after randomization. A total of 322 patients completed the trial (154 quetiapine-treated and 168 risperidone-treated). Mean daily dosages were 525 mg and 5.2 mg for quetiapine and risperidone, respectively. Changes in weight were similar between quetiapine- and risperidone-treated patients (1.63 kg vs 2.15 kg, respectively).

The efficacy and tolerability of quetiapine and risperidone have been compared in 751 adult outpatients with psychotic disorders in a 4-month, multicenter, open-label trial called QUEST (Quetiapine Experience with Safety and Tolerability).[4] Patients were randomized in a 3:1 ratio (quetiapine: risperidone) and were flexibly dosed. A total of 553 patients were randomized to treatment with quetiapine and 175 patients to treatment with risperidone.

The primary objective of the trial was to compare safety and tolerability of quetiapine to risperidone in a broad outpatient population of individuals with psychotic disorders. The secondary trial objective was to compare efficacy, quality of life, and healthcare utilization measures between patients treated with quetiapine and risperidone.

Adverse events were assessed at each visit during the trial (month 0, week 1, week 2, and at months 1, 2, 3, and 4). Weight gain occurred in 2.5% (n=14) of patients treated with quetiapine compared to 3.4% (n=6) of patients treated with risperidone. Weight gain that was considered drug-related was reported in 2.2% (n=12) of quetiapine-treated patients and in 2.9% (n=5) of risperidone-treated patients. Weight gain did not result in the withdrawal of any patient from the trial. Specific data regarding the magnitude of weight gain in either treatment group has not been systematically evaluated.[2]

A retrospective chart review by Grcevich et al[5] compared weight gain and other side effects associated with the use of risperidone, quetiapine, and olanzapine in children and adolescents. Medical records of 97 patients treated in an outpatient mental health clinic were retrospectively reviewed. Seventy-five patients were treated with risperidone, 16 with olanzapine, and 25 with quetiapine. Mean duration of treatment was 408.3 days, 176.8 days, and 119.8 days with risperidone, olanzapine, and quetiapine, respectively. Mean maximum daily dosage was risperidone 2.61 mg, olanzapine 13.3 mg, and quetiapine 210.3 mg. Mean weight gain after 3 months of treatment was 8.6 lb with risperidone, 7.2 lb with quetiapine, and 14.6 lb with

MDL_HallerD_0715733
0000081_CONFIDENTIAL

olanzapine. Patients treated with quetiapine were less likely to gain more than 10 lb during the first three months of therapy compared to those on olanzapine (p<0.05).  Weight gain was not dose dependent for any agent at 3 months.  Extrapyramidal symptoms were observed in 14 patients on risperidone, one patient on olanzapine, and one patient on quetiapine.

Enclosure(s):

• SEROQUEL Prescribing Information.

Reference(s):

1. SEROQUEL Prescribing Information.

2. Atmaca M, Kuloglu M, Tezcan E, et al. Serum leptin and triglyceride levels in patients on treatment with atypical antipsychotics. *J Clin Psychiatry*. 2003;64(5):598-604.

3. Zhong X, Swietzer D, Russo J, et al. A comparison of the efficacy and safety of quetiapine and risperidone [poster]. Presented at: the American Psychiatric Association Annual Meeting; May 17-22, 2003; San Francisco, CA.

4. Mullen J, Jibson MD, Sweitzer D, et al.  A comparison of the relative safety, efficacy, and tolerability of quetiapine and risperidone in outpatients with schizophrenia and other psychotic disorders: The Quetiapine Experience with Safety and Tolerability (QUEST) Study. *Clin Therapeut*. 2001;23(11): 1839-1854.

5. Grcevich S, Melamed L, Richards R, et al. Side effects associated with atypical neuroleptic use in children and adolescents [poster]. Presented at: the 52nd Institute on Psychiatric Services, American Psychiatric Association; October 25-29, 2000;Philadelphia, PA.

 



| **Medical Resources Quality Assurance Survey** | Inquiry Number:   350260 |
|---|---|
| | Product:   SEROQUEL |

Dear   MS. DEE BURKE

We hope that the data provided to you proved useful.  Please take a few minutes to answer the following questions in order to help us determine how well we are meeting expectations.  This survey can be:

- Completed online at http://mrsurvey.astrazeneca-us.com/ with the Inquiry Number listed above.
- Filled out and faxed back to Medical Resources at (302) 885-1400.
- Filled out and mailed back to AstraZeneca at:
  Medical Resources FOC/CE1
  1800 Concord Pike
  PO Box 15437
  Wilmington, DE 19850-5437

---

**Adverse Events Reporting**
Clinicians are encouraged to report suspected adverse events to AstraZeneca by calling 1-800-236-9933
ADVERSE EVENTS SHOULD NOT BE REPORTED USING THIS FORM

---

1.  Did the response answer your question?          ☐ Completely     ☐ Partially     ☐ Not at all

If you checked "Partially" or "Not at all", please explain:

_____

2.  Using the scale below, please rate the following statements concerning the response from AstraZeneca to your inquiry.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| The information is useful / helpful | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is clear and logical / understandable | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| The information is unbiased | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Our response to your inquiry was received promptly enough to meet your needs | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

3.  Overall, I was satisfied with the quality of the information I received.

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|

4.  In general, how do the responses from AstraZeneca compare to those of other pharmaceutical companies?

| Superior | Above Average | Average | Below Average | Inferior | Not enough experience to compare |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

5.  What is your profession?

| Physician | Pharmacist | Nurse | Physician Assistant | Other |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6.  Please provide any suggestions for changes or improvement in the medical information service provided by AstraZeneca in the space below:

_____

MIM:  hearnd1     10/24/2003

**Thank you for taking the time to complete the survey.  We hope to use this information to continually improve our services.**
©2002 AstraZeneca LP

 002

MDL_HallerD_0715733
0000083_CONFIDENTIAL


203348   7/01



# Seroquel®
## (quetiapine fumarate)
### TABLETS

Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

SEROQUEL is supplied for oral administration as 25 mg (peach), 100 mg (yellow), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hydroxypropyl methylcellulose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo [b,f] [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{21}H_{25}N_3O_2S•C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:

## CLINICAL PHARMACOLOGY
### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($IC_{50}$=717 & 148nM respectively), dopamine $D_1$ and $D_2$ ($IC_{50}$=1268 & 329nM respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50}$>5000 nM).

The mechanism of action of SEROQUEL, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's therapeutic activity in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of drugs metabolized by cytochrome P450 enzymes.

**Absorption:** Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

**Distribution:** Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. In vivo, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

**Metabolism and Elimination:** Following a single oral dose of $^{14}$C-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. In vitro studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

**Population Subgroups**

Age: Oral clearance of quetiapine was reduced by 40% in elderly patients (≥ 65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See DOSAGE AND ADMINISTRATION).

Gender: There is no gender effect on the pharmacokinetics of quetiapine.

Race: There is no race effect on the pharmacokinetics of quetiapine.

Smoking: Smoking has no effect on the oral clearance of quetiapine.

Renal Insufficiency: Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m², n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 m², n=8), but plasma quetiapine concentrations in the subjects who renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

Hepatic Insufficiency: Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See DOSAGE AND ADMINISTRATION).

Drug-Drug Interactions: In vitro enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on in vivo metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See Drug Interactions under PRECAUTIONS and DOSAGE AND ADMINISTRATION).

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine. Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See Drug Interactions under PRECAUTIONS).

**Clinical Efficacy Data**

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

(1) In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75,

150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day. At the effect of doses of 150 to 750 were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.

(2) In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.

(3) In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

SEROQUEL is indicated for the treatment of schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

## WARNINGS

**Neuroleptic Malignant Syndrome (NMS)**

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs. Two possible cases of NMS [202387 (0.1%)] have been reported in clinical trials with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrences of NMS have been reported.

**Tardive Dyskinesia**

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

## PRECAUTIONS
### General

Orthostatic Hypotension: SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (22/2162) of the patients treated with SEROQUEL, compared with 0% (0/206) on placebo and about 0.5% (2/420) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See DOSAGE AND ADMINISTRATION). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

Cataracts: The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see Animal Toxicology). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.

Seizures: During clinical trials, seizures occurred in 0.8% (18/2387) of patients treated with SEROQUEL compared to 0.5% (1/206) on placebo and 0.7% (4/420) on active control drugs. As with other antipsychotics, SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

Hypothyroidism: Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine ($T_4$) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free $T_4$, irrespective of the duration of treatment. About 0.4% (10/2386) of SEROQUEL patients did experience TSH increases. Six of the patients with TSH increases needed replacement thyroid treatment.

Cholesterol and Triglyceride Elevations: In a pool of 3- to 6-week placebo-controlled trials, SEROQUEL-treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only weakly related to the increases in weight observed in SEROQUEL-treated patients.

Hyperprolactinemia: Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and was associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis). Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

Transaminase Elevations: Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. The proportions of patients with transam-

inase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL, compared to 1% for placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

Potential for Cognitive and Motor Impairment: Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL, especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo-controlled trials, somnolence was reported in 18% of patients on SEROQUEL compared to 7% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Priapism: One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

Body Temperature Regulation: Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenuously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

Dysphagia: Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

Suicide: The possibility of a suicide attempt is inherent in schizophrenia and close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

Use in Patients with Concomitant Illness: Clinical experience with SEROQUEL in patients with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under CLINICAL PHARMACOLOGY, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

## Information for Patients

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

Orthostatic Hypotension: Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

Interference with Cognitive and Motor Performance: Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

Pregnancy: Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

Nursing: Patients should be advised not to breast feed if they are taking SEROQUEL.

Concomitant Medication: As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

Alcohol: Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

Heat Exposure and Dehydration: Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

## Laboratory Tests

No specific laboratory tests are recommended.

## Drug Interactions

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the likelihood that SEROQUEL primarily affects the central nervous system, SEROQUEL should be used with caution in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents.

SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

**The Effect of Other Drugs on SEROQUEL**

Phenytoin: Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see DOSAGE AND ADMINISTRATION).

Thioridazine: Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

Cimetidine: Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

P450 3A Inhibitors: Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

Fluoxetine, Imipramine, Haloperidol, and Risperidone: Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not affect the steady-state pharmacokinetics of quetiapine.

**Effect of Quetiapine on Other Drugs**

Lorazepam: The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg bid dosing.

Lithium: Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

Antipyrine: Administration of multiple daily doses up to 750 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery of antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

Carcinogenesis: Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m² basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m² basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m² basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m² basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m² basis).

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicular cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance for human risk of the finding of prolactin-mediated endocrine tumors in rodents is unknown (see Hyperprolactinemia under PRECAUTIONS, General).

Downloaded From JOBDOSE.com - SEROQUEL DATA SCIENCE INSTITUTE

SEROQUEL® (quetiapine fumarate) Tablets

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six *in vitro* bacterial gene mutation assays and in an *in vitro* mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one *Salmonella typhimurium* tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an *in vitro* chromosomal aberration assay in cultured human lymphocytes or in the *in vivo* micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m² basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m² basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m² basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m² basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m² basis.

**Pregnancy**

**Pregnancy Category C**

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m² basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m² basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification were detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m² basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m² basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m² basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in rabbits and at the mid and high doses in rats. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m² basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 2.0 times the maximum human dose on a mg/m² basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 2400 patients in clinical studies with SEROQUEL, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS**

The premarketing development program for SEROQUEL included over 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL. Of these 2600 subjects, approximately 2300 were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 865 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see PRECAUTIONS).

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

**Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials:** Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%).

**Table 1. Treatment-Emergent Adverse Experience Incidence in 3- to 6-Week Placebo-Controlled Clinical Trials[1]**

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 3% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 4% |
| **Metabolic and Nutritional Disorders** | | |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |

| **Respiratory System** | | |
|---|---|---|
| Rhinitis | 3% | 1% |
| **Special Senses** | | |
| Ear pain | 1% | 0% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, suicide attempt, injury, hypertension, hypotension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection.

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

**Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials**

**Dose-related Adverse Events:** Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response (p<0.05) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

**Extrapyramidal Symptoms:** Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| Dose Groups | Placebo | | SEROQUEL | | | |
|---|---|---|---|---|---|---|
| | | 75 mg | 150 mg | 300 mg | 600 mg | 750 mg |
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

**Vital Sign Changes:** SEROQUEL is associated with orthostatic hypotension (see PRECAUTIONS).

**Weight Gain:** The proportions of patients meeting a weight gain criterion of ≥7% of body weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significant greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

**Laboratory Changes:** An assessment of the premarketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see PRECAUTIONS).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

**ECG Changes:** Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc, and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential to induce orthostatic changes (see PRECAUTIONS).

**Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL**

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the ADVERSE REACTIONS section reported by patients treated with SEROQUEL at multiple doses ≥ 75 mg/day during any phase of a trial within the premarketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Nervous System:** *Frequent:* hypertonia, dysarthria; *Infrequent:* abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesis, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; *Rare:* aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

**Body as a Whole:** *Frequent:* flu syndrome; *Infrequent:* face pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; *Rare:* abdomen enlarged.

**Digestive System:** *Frequent:* anorexia; *Infrequent:* increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; *Rare:* glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

**Cardiovascular System:** *Frequent:* palpitation; *Infrequent:* vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; *Rare:* angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

**Respiratory System:** *Frequent:* pharyngitis, rhinitis, cough increased, dyspnea; *Infrequent:* pneumonia, epistaxis, asthma; *Rare:* hiccup, hyperventilation.

**Metabolic and Nutritional System:** *Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; *Rare:* glycosuria, gout, hand edema, hypokalemia, water intoxication.

**Skin and Appendages System:** *Frequent:* sweating; *Infrequent:* pruritis, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; *Rare:* exfoliative dermatitis, psoriasis, skin discoloration.

**Urogenital System:** *Infrequent:* dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; *Rare:* gynecomastia*, nocturia, polyuria, acute kidney failure.

**Special Senses:** *Infrequent:* conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; *Rare:* abnormality of accommodation, deafness, glaucoma.

**Musculoskeletal System:** *Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

**Hemic and Lymphatic System:** *Frequent:* leukopenia; *Infrequent:* leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; *Rare:* hemolysis, thrombocytopenia.

**Endocrine System:** *Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism.

*adjusted for gender

**Post Marketing Experience:** Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include the following: rarely leukopenia/neutropenia. It a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

**DRUG ABUSE AND DEPENDENCE**

**Controlled Substance Class:** SEROQUEL is not a controlled substance.

**Physical and Psychologic dependence:** SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in dose, drug-seeking behavior.

**OVERDOSE**

**Human experience:** Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.

**Management of Overdosage:** In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If antiarrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. It is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

**DOSAGE AND ADMINISTRATION**

**Usual Dose:** SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

**Dosing in Special Populations**

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, and in patients who are debilitated or who have a predisposition to hypotensive reactions (see CLINICAL PHARMACOLOGY). When indicated, dose escalation should be performed with caution in these patients.

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under PRECAUTIONS).

**Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

**Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

**Switching from Other Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from other antipsychotics to SEROQUEL, or concerning concomitant administration with other antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be reevaluated periodically.

**HOW SUPPLIED**

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with "SEROQUEL" and "25" on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with "SEROQUEL" and "100" on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, identified with "SEROQUEL" and "200" on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, intagliated with "SEROQUEL" on one side and "300" on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

**ANIMAL TOXICOLOGY**

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity studies which were 4 weeks in duration or longer and in a mouse 2 year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m² basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m² basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m² basis.

All trademarks are the property of the AstraZeneca group
© AstraZeneca 2001

64154-01                                                                 Rev 1/01

AstraZeneca Pharmaceuticals LP
Wilmington, DE  19850
Made in USA


MDL_Haller
0000085_CONFIDENTIAL

**<u>EXHIBIT E</u>**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SHIPPED_YEAR | SHIP_DATE | REP_NAME | SAMPLE_CARD_ID | CONTACT_ID | FULL_NAME | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE_CODE | POSTAL_CODE_FIVE | PRODUCT_ID | PRODUCT_DESCRIPTION | PRODUCT_QUANTITY |
| 2 | 2001 | 11/07/2001 | Coston, Robert | 105211105219 | 636091009 | Burke, Deborah A. | 1551 West Bay Drive | Diagnostic Clinic | Largo | FL | 33770 | 27595 | Seroquel 25mg 2x10 20 Tabs | 10 |
| 3 | 2003 | 10/27/2003 | Crivello, Linda | 105325105499 | 837311015 | Burke, Dorothy D. | 1437 S. Belcher Rd | Directions For Mental Health | Clearwater | FL | 33764 | 27199 | Seroquel 100mg 2x10 20 Tabs | 12 |
| 4 | 2003 | 10/27/2003 | Crivello, Linda | 105325105499 | 837311015 | Burke, Dorothy D. | 1437 S. Belcher Rd | Directions For Mental Health | Clearwater | FL | 33764 | 27295 | Seroquel 200mg 1x4 4 Tabs | 12 |
| 5 | 2003 | 10/27/2003 | Crivello, Linda | 105325105499 | 837311015 | Burke, Dorothy D. | 1437 S. Belcher Rd | Directions For Mental Health | Clearwater | FL | 33764 | 27494 | SEROQUEL 300mg (1x4) 4 Tabs | 12 |
| 6 | 2003 | 10/27/2003 | Crivello, Linda | 105325105499 | 837311015 | Burke, Dorothy D. | 1437 S. Belcher Rd | Directions For Mental Health | Clearwater | FL | 33764 | 27690 | Seroquel Titration Pk 1x6(25mg) 1x6(100mg) 11 Tabs | 6 |
| 7 | 2003 | 10/31/2003 | Crivello, Linda | 105325105499 | 837311015 | Burke, Dorothy D. | 1437 S. Belcher Rd | Directions For Mental Health | Clearwater | FL | 33764 | 27595 | Seroquel 25mg 2x10 20 Tabs | 8 |

REDACTED

MDL_HallerD_0715733
0000086_CONFIDENTIAL

CONFIDENTIAL



| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIPPED_YEAR | SHIP_DATE | REP_NAME | SAMPLE_CARD_ID | CONTACT_ID | FULL_NAME | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE_CODE | POSTAL_CODE_FIVE | PRODUCT_ID | PRODUCT_DESCRIPTION | PRODUCT_QUANTITY |

REDACTED

MDL_HallerD_0715733
0000087_CONFIDENTIAL

CONFIDENTIAL

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIPPED_YEAR | SHIP_DATE | REP_NAME | SAMPLE_CARD_ID | CONTACT_ID | FULL_NAME | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE_CODE | POSTAL_CODE_FIV E | PRODUCT_ID | PRODUCT_DESCRIPTION | PRODUCT_QUANTITY |
| REDACTED | | | | | | | | | | | | | |

Page 3 of 3

MDL_HallerD_0715733
0000088_CONFIDENTIAL

**<u>EXHIBIT F</u>**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | Middle Name | Last Name | Activity Title | ActivityID | Activity Type Code | Venue | Venue Type | City | State | Program Start Date | Program End Date |
| 2 | DEBORAH A. | | BURKE | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL. 1 | 817766 | SP | Salt Rock Grill | REST | Indian Shores | FL | 5/23/2007 18:30 | 5/23/2007 21:30 |

MDL_HallerD_0715733
0000089_CONFIDENTIAL

## Professional Detail Report                                    ViewPoint

### Person Details

**Deborah A. Burke**

**SFA ID:** 636091009

**Person Type:** Professional

**Languages:**

### Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 636091009 | |
| AZ Customer ID | 10734457 | |
| DEA | BB7330537 | |
| HMSID | PIUQ9PT4W1 | |
| IMS DR | 1908095 | |
| ME NUMBER AS PROVIDED BY AMA. 11 DIGITS | 02405961493 | |
| Medical Education Number | 0240596149 | |
| MEDICARE UNIQUE PHYSICIAN IDENTIFIER NUMBER | H40259 | |
| State License Number | 0000078541 | Florida |

### Brand Snapshot

| Brand | KOL Level | Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|
| No data available | | | | | |

### Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | US | LBX |

### Contact Numbers

 CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000090_CONFIDENTIAL

# Professional Detail Report

ViewPoint

| Number | Type | Contact |
|---|---|---|
| No data available | | |

## Email Addresses

| Email Address |
|---|
| No data available |

## Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|---|---|---|---|---|---|---|
| Seroquel | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL. 1 | 5/23/2007 6:30:00 PM | | Attendee | Yes | Yes |

## Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|---|---|---|---|---|
| No data available | | | | |

## Indications and Interests

| Topic | Role |
|---|---|
| No data available | |

## Specialties

| Specialty Name | Specialty Type |
|---|---|
| No data available | |

## Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|---|---|---|---|---|---|
| No data available | | | | | |

## Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|---|---|---|---|---|
| No data available | | | | |

## Trials & Investigations

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000091_CONFIDENTIAL

## Professional Detail Report

ViewPoint

| Study Code | Short Description | Type | Compound | Status |
|---|---|---|---|---|

No data available

## Secondary Publications

| Title | Target Audience | Start Date | Submiss-ion Date | Publicat-ion Date | Status | Target Journal | Type | Primary Author |
|---|---|---|---|---|---|---|---|---|

No data available

Powered by ViewPoint    CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000092_CONFIDENTIAL

# Professional Detail Report

ViewPoint

## Person Details

**Dorothy D Burke**

**SFA ID:** 837311015

**Person Type:** Professional

**Languages:**

## Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 837311015 | |
| AZ Customer ID | 711956 | |
| BMI | I012154660 | |
| BMI | MB1472478 | |
| DEA | MB1472478 | |
| IMS DR | 2154660 | |
| State License Number | 0000012062 | Tennessee |

## Brand Snapshot

| Brand | KOL Level | Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|

No data available

## Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| 416 S. Main | | Estill Springs | TN | 37330 | US | LBX |

## Contact Numbers

| Number | Type | Contact |
|---|---|---|

No data available

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

# Professional Detail Report

## Email Addresses

**Email Address**

No data available

## Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|-------|--------------|---------------|--------------|------|---------|----------|
| Seroquel | Atypicality: from Theory to Practice | 5/29/2008 12:00:00 PM | | Attendee | Yes | Yes |

## Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|------|--------|------|---------|---------|

No data available

## Indications and Interests

| Topic | Role |
|-------|------|

No data available

## Specialties

| Specialty Name | Specialty Type |
|----------------|----------------|

No data available

## Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|------|-----------|----------|------|-------------|-----------------|

No data available

## Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|------|-----------|----------|------|-------------|

No data available

## Trials & Investigations

| Study Code | Short Description | Type | Compound | Status |
|-----------|-------------------|------|----------|--------|

No data available

## Secondary Publications

**Powered by** ViewPoint    CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000094_CONFIDENTIAL

## Professional Detail Report

ViewPoint

| Title | Target Audience | Start Date | Submiss-ion Date | Publicat-ion Date | Status | Target Journal | Type | Primary Author |
|-------|-----------------|------------|------------------|-------------------|--------|----------------|------|----------------|

No data available

Powered by ViewPoint    CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000095_CONFIDENTIAL