**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING**
**NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO**
**ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits to Their Responses in Opposition to AstraZeneca's Case-Specific Motions for Summary Judgment filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

1

**Exhibits to Plaintiffs' Responses in Opposition
to AstraZeneca's Case-Specific Motions for Summary Judgment**

*Linda Guinn,* No. 6:07-CV-10291

| Exhibit No. | Description |
|---|---|
| 4 | Miscellenous personal records |
| 5 | Miscellenous personal records |
| 8 | Miscellenous personal records |
| 10 | AstraZeneca records |
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |

*Janice Burns*, No. 6:07-CV-15959

| Exhibit No. | Description |
|---|---|
| 2 | Miscellenous personal records |
| 4 | Miscellenous personal records |
| 6 | Miscellenous personal records |
| 8 | Miscellenous personal records |
| 11 | Miscellenous personal records |
| 15 | Miscellenous personal records |
| 16 | AstraZeneca records |

*Connie Curley*, No. 6:07-CV-15701

| Exhibit No. | Description |
|:---:|:---|
| 9 | AstraZeneca records |
| 10 | AstraZeneca records |
| 11 | AstraZeneca records |

*David Haller*, No. 6:07-CV-15733

| Exhibit No. | Description |
|:---:|:---|
| 4 | Miscellenous personal records |
| 5 | Miscellenous personal records |
| 7 | Miscellenous personal records |
| 8 | Miscellenous personal records |
| 9 | AstraZeneca records |
| 10 | AstraZeneca records |

*Eileen McAlexander*, No. 6:07-CV-10360

| Exhibit No. | Description |
|:---:|:---|
| 3 | Miscellenous personal records |
| 9 | Miscellenous personal records |
| 10 | AstraZeneca records |

| Exhibit No. | Description |
|:---:|:---:|
| 11 | AstraZeneca records |
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |

*Richard Unger*, No. 6:07-CV-15812

| Exhibit No. | Description |
|:---:|:---:|
| 3 | Miscellenous personal records |
| 4 | Miscellenous personal records |
| 5 | Miscellenous personal records |
| 8 | Miscellenous personal records |
| 10 | Miscellenous personal records |
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |
| 14 | AstraZeneca records |

*Linda Whittington*, No. 6:07-CV-10475

| Exhibit No. | Description |
|:---:|:---:|
| 3 | Miscellenous personal records |
| 5 | AstraZeneca records |

| Exhibit No. | Description |
|:---:|:---:|
| 6 | AstraZeneca records |
| 7 | AstraZeneca records |

DATED:  March 10, 2009                                              Respectfully submitted,

                                                                  By:     /s/ Robert W. Cowan
F. Kenneth Bailey Jr.
K. Camp Bailey
Fletcher V. Trammell
Robert W. Cowan
**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
kbailey@bpblaw.com
cbailey@bpblaw.com
ftrammell@bpblaw.com
rcowan@bpblaw.com
**Co-Lead Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                 /s/  Robert W. Cowan
Robert W. Cowan