# EXHIBIT 4

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
January 27, 2006

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1345-1400

**History (since previous physician contact):** Linda is a patient with a history of Bipolar Disorder who is stable on her medication. She is having no problems. She did have a bad bout with the flu but is now on the upswing from this. She denies any suicidal or homicidal ideation or mood changes.

**Mental Status Examination:** Neatly groomed, casually dressed patient who is courteous, cooperative, and has good hygiene and grooming. Her voice is a little hoarse. She does not appear to be imminently dangerous to herself or others. Insight and judgment are intact. She shows no signs of abnormal involuntary movements, tremor, or akathisia.

**Diagnosis:**

Axis I:   Bipolar Affective Disorder, Type I
Axis II:  Dependent Personality Traits
Axis III: Epilepsy, chronic back pain, and obesity

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Continue Seroquel 200 mg, take one in the morning and three at bedtime, #120 with three refills; Effexor XR 150 mg, one p.o. b.i.d., #60 with three refills; Sinequan 50 mg, two p.o. q h.s., #60 with three refills. Patient is to return in four months as she is quite stable. Aware of risks, benefits, and side effects of her medicine and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 1/27/06
DATE OF DICTATION:      1/27/06

ck/ TranscriptsPRN

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
October 21, 2005                                      Nancy Thompson, ARNP

Office
1/4 Hour
1330-1345

History (since previous physician contact): Linda is doing well on her
medicine. She has no complaints. She is sleeping well through the night.
She does not have suicidal or homicidal ideation.

Mental Status Examination: Patient is neatly groomed and casually
dressed. She has a broad bright smile, and a happy affect. Her energy is
good. She shows good insight and judgment. She is oriented x3 and clear
in sensorium.

Diagnosis:

Axis I:    Bipolar Affective Disorder, Type I
Axis II:   Dependent Traits
Axis III:  Epilepsy, chronic back pain, obesity

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Continue Seroquel 200 mg, one
in the morning and three at bedtime, #120 with two refills; Wellbutrin SR
150 mg, one p.o. b.i.d., #60 with two refills; and Klonopin 10 mg, two at
bedtime, #60 with two refills. She is to return in three months as she is
stable. She is aware of the risks, benefits and side effects of the
medication; and our Emergency Services. Services are medically necessary
and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 10/21/05
DATE OF DICTATION:      10/21/05

jl/TranscriptsPRN

This information has been provided to you from records
protected by Federal confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of the information unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is NOT sufficient for this purpose. The Federal
rules restrict any use of the information to criminally
investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
September 23, 2005

MIS#152462
R.V. Radin, M.D.

Office
1/4 Hour
1315-1330

History (since previous physician contact): She is seen for an interim
visit. She is due for having her medications refilled and will continue
to see Nancy Thompson. She denied having any problems with the medicine
and in fact it is helping her, she says. She showed no evidence for any
side effects.

Mental Status Examination: She was courteous, cooperative, pleasant and
appropriate, very affable and social. There was no evidence for any severe
depression or anxiety. No evidence for any psychotic symptoms, suicidal
or homicidal ideas. Sensorium is clear. Memory good. Insight and judgment
fair to good.

Diagnosis:

Axis I  : Bipolar Affective Disorder, Type I
Axis II : Dependent Personality Traits
Axis III: Epilepsy, chronic back pain, obesity, by history

PHARMACOLOGIC MANAGEMENT

Disposition/individualized Treatment Plan: Plan at this time is for her
to continue with the Seroquel 200 mg, one in the morning, three at night,
Effexor XR 150 mg twice a day, Sinequan 50 mg, two at bedtime. I gave her
enough of each for thirty days, no refill. She needs to be seen again in
four weeks. Services are medically necessary and appropriate to the
client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 09/23/05
DATE OF DICTATION:      09/23/05

mc/transcriptspun

**CONFIDENTIAL**

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00032

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
August 26, 2005

MIS#152462
R.V. Radin, M.D.

Office
1/4 Hour
1300-1315

History (since previous physician contact): She says she is doing well. Her sleeping is not as normal as it has been in the past. She is requesting okay for taking Sinequan earlier in the evening and I told her this would be alright and if it didn't work out she could return to her former schedule. She denied having any problems with the medications she is taking. No side effects seen.

Mental Status Examination: She is courteous, cooperative, pleasant and appropriate. No evidence for undue anxiety or depression. No evidence for any psychotic-like symptoms, suicidal or homicidal ideas. Sensorium is clear. Memory good. Insight and judgment seemed fair to good.

Diagnosis:

Axis I :    Bipolar Affective Disorder, Type I, Mild to Hypomanic State,
            By History
Axis II:    Dependent Personality Traits
Axis III:   Epilepsy, chronic back pain, obesity, by history

PHARMACOLOGIC MANAGEMENT

Disposition/individualized Treatment Plan: Plan at this time is to continue with Seroquel 200 mg, one in the morning, three at night, Effexor XR 150 mg twice daily and Sinequan 50 mg, two at her bedtime. I gave her enough of each for thirty days, no refill. She needs to be seen again in four weeks. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED:  08/26/05
DATE OF DICTATION:      08/26/05

mc/ transcriptsprn

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

CONFIDENTIAL

### PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                          MIS# 152462
July 27, 2005                               Nancy Thompson, ARNP

Office
1/4 Hour
1115-1130

<u>History (since previous physician contact)</u>: Linda is a patient with a history of Bipolar Affective Disorder who is stable on her medicine. She had received surgery for her back recently and is now off of all pain medication and doing well. She is having no side effects of her psychiatric medication and apparently the back surgery was successful.

<u>Mental Status Examination:</u> Neatly groomed, casually dressed patient who is alert and oriented, clear in sensorium. Mood is euthymic. Affect is congruent. She has no psychotic thought. Her speech is clear, coherent, and follows. She has adequate energy. No evidence of psychosis. Judgment and insight are intact.

<u>Diagnosis:</u>

Axis I:     Bipolar Affective Disorder, Type I
Axis II:    Dependent Personality Traits
Axis III:   Epilepsy, chronic back pain, and obesity

### PHARMACOLOGIC MANAGEMENT

<u>Disposition/Individualized Treatment Plan:</u> Continue Seroquel 200 mg, one in the morning and three at bedtime, #120 with no refill; continue Effexor XR 150 mg, one p.o. b.i.d., #60 with no refill; and Sinequan 50 mg, two p.o. q.h.s., #60 with no refill. She is to return in one month. Aware of risks, benefits, and side effects of her medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: <u>7/27/05</u>
DATE OF DICTATION:     <u>7/27/05</u>

ck/ TranscriptsPRN

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

CONFIDENTIAL

LGUINN/DRNANCYTHOMPSONDEF/00034

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
April 5, 2005

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1145-1200

**History (since previous physician contact):** Linda is a patient with Bipolar Affective Disorder who is facing back surgery and is somewhat hypomanic today. She is not sleeping through the night. She is worried about her surgery but has no suicidal or homicidal ideation. She is convinced she needs the surgery for her back pain.

**Mental Status Examination:** Neatly groomed, casually dressed patient who is alert and oriented. She shows increased energy. She is somewhat intrusive and speaks rather rapidly with a normal tone of voice. She is cooperative. She shows no signs of irritability but does have a lot of anxiety and worry. Her judgment and insight seem fair. Her sensorium is clear. She is oriented x 3. She has good hygiene and grooming.

**Diagnosis:**

Axis I:   Bipolar Affective Disorder, Type I, Mild Hypomanic State
Axis II:  Dependent Personality Traits
Axis III: Epilepsy, chronic back pain, and obesity

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Change Seroquel to 200 mg, one in the morning and three at bedtime. #120 with one refill; continue Effexor XR 150 mg, one p.o. b.i.d., #60 with one refill; and continue Sinequan 50 mg, two p.o. q h.s., #60 with no refill. Patient is to return in six weeks. Aware of risks, benefits, and side effects of medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 4/5/05
DATE OF DICTATION:      4/5/05

ck/TranscriptsPAN

"This information has been provided to you from records protected by federal confidentiality rules (42 CFR Part 2). The rules prohibit you from making further disclosure of the information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00035

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
January 11, 2005

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1100-1115

<u>History (since previous physician contact):</u> Linda is a 56-year-old patient with Bipolar Affective Disorder, who is stable on her medication. She has concerns about her family. She is not in psychotherapy. Denies side effects of her medication, is sleeping through the night, and feels stable. She has no suicidal or homicidal ideation. Her concerns for her family stem from responsibility for her grandchild.

<u>Mental Status Examination:</u> Neatly groomed, casually dressed patient, who is alert and oriented, clear in sensorium. Mood is euthymic. Affect is congruent. There is no psychotic thought. Judgment and insight are intact. Memory is intact. She is oriented x 3. She is quite pleasant and cooperative.

<u>Diagnosis:</u>

Axis I:    Bipolar Affective Disorder, Type I
Axis II:   Dependent And Inadequate Personality Traits, By History
Axis III:  Epilepsy, chronic back pain, and obesity

## PHARMACOLOGIC MANAGEMENT

<u>Disposition/Individualized Treatment Plan:</u> Renew her medication which includes Seroquel 200 mg, one p.o. b.i.d. and two at bedtime, #120 with two refills; Effexor XR 150 mg, one p.o. b.i.d., #60 with two refills; and Sinequan 50 mg, two p.o. q h.s., #60 with two refills. Patient is to return in three months. Aware of risks, benefits, and side effects of medicine and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: <u>1/11/05</u>
DATE OF DICTATION:     <u>1/11/05</u>

ck/Transcripts.PRN

...has been provided to you from records
...confidentiality rules (42 CFR Part 2),
...ant you from making further disclosure
...unless further disclosure is expressly
...ent of the person to whom it
...the use permitted by 42 CFR Part 2.
A general ... tion for the release of medical or other
information ... sufficient for this purpose. The Federal
rules ... of the information to criminally
investigate ... prosecute any alcohol or drug abuse patient.

CONFIDENTIAL
CONFIDENTIAL

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
November 10, 2004

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1100-1115

**History (since previous physician contact):** Linda is a patient with a history of Bipolar Disorder, who is stable on her medicine. She is having more back problems and working with her physicians on that issue but having no mood swings and no specific problems in the area of mood disorder. She is still recovering from hurricanes.

**Mental Status Examination:** Neatly groomed, casually dressed patient, who is alert and oriented, clear in sensorium. Mood is euthymic. Affect is congruent with this. She has good hygiene and grooming. She is quite cooperative. There are no tics or abnormal involuntary movements. She has no psychotic thought and she is oriented x 3. Her sensorium is clear.

**Diagnosis:**

Axis I:    Bipolar Affective Disorder
Axis II:   Dependent And Inadequate Personality Traits, By History
Axis III: Epilepsy, chronic back problems, back pain and obesity

## PHARMACOLOGIC MANAGEMENT

**Disposition/Individualized Treatment Plan:** Renew medication which includes Seroquel 200 mg, one p.o. b.i.d. and two at bedtime, #120 with no refill; Effexor XR 150 mg, one p.o. b.i.d. #60 with one refill; and Sinequan 50 mg, two p.o. q h.s., #60 with one refill. Patient is to return in two months. Aware of risks, benefits, and side effects of medicine and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 11/10/04
DATE OF DICTATION:          11/10/04

ck/TranscriptsPRN

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

CONFIDENTIAL

LGUINN/DRNANCYTHOMPSONDEF/00037

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
September 15, 2004

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1100-1115

**History (since previous physician contact):** Linda is a patient with a history of Bipolar Disorder who has had a terrible time through the hurricane. Apparently she had a cold and developed an asthma attack. She was closed in with seven people and was required to cook the entire time, as others did not, and she felt obligated. She has been unable to sleep for three nights recently and her thoughts are coming rather quickly. She is having no psychotic symptoms, however, and no suicidal ideation.

**Mental Status Examination:** Reveals a patient with some pressure of speech, who is fatigued, irritable and in crisis. Her memory is intact. She is oriented x 3 and clear in sensorium. She is mildly hypomanic. Patient's judgment and insight are still intact and she has no psychotic thought. Energy appears accelerated, mildly.

**Diagnosis:**

Axis I:   Bipolar Affective Disorder   296.80
Axis II:  Dependent, Inadequate Personality Traits, By History
Axis III: Epilepsy, chronic back problems, back pain and obesity

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Renew medication which includes Seroquel 200 mg, one p.o. b.i.d. and two at bedtime, #120 with one refill; Effexor XR 150 mg, one p.o. b.i.d., #60 with one refill and Sinequan 50 mg, two p.o. q h.s., #60 with one refill. Add Klonopin 1 mg, one p.o. q h.s. prn for hurricane anxiety, #10 with no refill, verbal order per Dr. Alvarez. Patient is to return in one month. Aware of risks, benefits and side effects of medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: _9/15/04_
DATE OF DICTATION:        _9/15/04_

Ck/Transcripts *NRN*

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information without the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.

CONFIDENTIAL

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
July 22, 2004

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1115-1130

**History (since previous physician contact):** Linda is a patient with a history of Bipolar Disorder who today talks about her son. Apparently she has a 25-year-old son living in the home. She also lives with her elderly mother. The son had a history of aortic stenosis which was discovered four weeks into his life. She has had extensive difficulties with his cardiac condition and it has affected his ability to progress in life. She reports that she is concerned about him and this has been a stress for her. Her mood, she reports, however, is very good, that she is back to her usual self, occasionally has a bad day but not very often. She is sleeping through the night and having no side effects of her medication. She has no psychotic thinking. Has no suicidal or homicidal ideation. She does worry about her son.

**Mental Status Examination:** Reveals a neatly groomed, casually dressed patient who tears up about this cardiac condition in her son, reasonably so. Her judgment and insight are intact. Her mood is euthymic, affect is congruent. She has a broad, bright smile, but opens up today about her stressors of the past. She shows an intact memory, clear sensorium, and very good hygiene. Her energy is also good.

**Diagnosis:**

Axis I:   Bipolar Affective Disorder, Type I
Axis II:  Dependent And Inadequate Personality Traits, by history
Axis III: Epilepsy, chronic back pain, obesity

### PHARMACOLOGIC MANAGEMENT

**Disposition/Individualized Treatment Plan:** Renew medication, which includes: Seroquel 200 mg, one po b.i.d. and two at bedtime, #120 with no refill; Effexor XR 150 mg, one po b.i.d., #60 with one refill; and Sinequan 50 mg, two po q h.s., #60 with one refill. Patient is to return in two months. She is aware of risks, benefits and side effects of medicine and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 7/22/04
DATE OF DICTATION:      7/22/04

CK/TranscriptsPRN

...has been provided to you from records protected ... ... al confidentiality rules (42 CFR Part 2). The Federal ... ... ... bit you ... from making further disclosure of this inform ... tion unless ... ... disclosure is expressly permitted ... ... ... written c ... ... of the person to whom it pertains ... ... by 42 CFR Part 2. ... of medical or ... ... ... ... ... purpose. The Federal ... ... ... ... ... ... to criminally ... prosecute any ... ... or drug abuse ... ...

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
June 24, 2004                              Nancy Thompson, ARNP

Office
1/4 Hour
1145-1200

**History (since previous physician contact):** Linda is a patient with a
longstanding history of major depressive disorder, recurrent, moderate,
with psychotic features, who today talks about her experience in the
hospital where she describes manic symptoms in Miami. Apparently she had
to be put in restraints and was overly friendly and talked like she had
an accent and remembers these issues. The patient reports on her current
medication that she is doing very well and has stayed stable for over a
year. The patient is taking 800 mg of Seroquel a day. She reports that in
spite of all of her family problems she has continued to maintain a
stable mood.

**Mental Status Examination:** Reveals a neatly groomed, casually dressed
patient who is alert and oriented, clear in sensorium. She has no
psychotic symptoms. Her mood is happy, bright, and cheerful. Her affect
is congruent. There is no psychotic thought. Her speech is quite
coherent. The patient has no abnormal involuntary movements. She makes
good eye contact. Her hygiene is impeccable. She is calm.

**Diagnosis:**

Axis I:    Bipolar Affective Disorder
Axis II:   Dependent and Inadequate Personality Traits By History
Axis III:  Epilepsy, Chronic Back Problems, Back Pain, and Obesity

PHARMACOLOGIC MANAGEMENT

**Disposition/Individualized Treatment Plan:** Continue medication which
includes Seroquel 200 mg one PO b.i.d. and two at bedtime #120 with no
refill, Effexor XR 150 mg one PO b.i.d. #60 with no refill, and Sinequan
50 mg two PO q h.s. #60 with no refill. The patient is to return in one
month. Aware of risks, benefits, and side effects of medication and our
emergency services. Services are medically necessary and appropriate to
the client's diagnosis and treatment needs.
Date Service Provided: 06/24/04
Date of Dictation: 06/24/04
pv/ *Transcript sRN*

This information has been provided to you from records
protected by confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of it unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is not sufficient for this purpose. The Federal
rules restrict any use of the information to criminally
investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                          MIS# 152462
May 25, 2004                                Nancy Thompson, ARNP

Office
1/4 Hour
1115-1130

**History (since previous physician contact):** Linda is a patient with a history of Bipolar Disorder who is stable on her medications. She lives with her family. Her niece has gotten involved with drugs apparently and this is creating quite a lot of havoc in the home. Patient is having to protect her possessions. Also her mother has gone into the hospital, apparently she had to have an operation and the anesthesia caused complications. Patient's mother was in a nursing home for several weeks and now is home and patient is caring for her mother. She reports her mood is stable, she is sleeping through the night and having no difficulty. She is on new blood pressure medication. Patient denies any suicidal or homicidal ideation and reports that her medications are keeping her stable.

**Mental Status Examination:** Reveals a neatly groomed, casually dressed patient who sits rather apprehensively on the chair as she discusses her family crisis and flips her Lexus key. Her hygiene is good. Her eye contact is good. Her speech is clear, coherent and follows. There is no evidence of psychosis, mania or depression. Her affect is congruent with her statements. Her memory is intact, she is oriented x 3. She is clear in sensorium and her intellect is within normal limits. Her coping ability is good, although she has apprehension.

**Diagnosis:**

Axis I:    Major Depressive Disorder, Recurrent, Moderate Without
           Psychotic Features
Axis II:   Dependent And Inadequate Personality Traits By History
Axis III:  Epilepsy, chronic back problems, back pain, obesity

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Continue Seroquel 200 mg, one po b.i.d. and two at bedtime, #120 with no refill; continue Effexor XR 150 mg, one po b.i.d., #60 with no refill; and Sinequan 50 mg, two po q h.s., #60 no refill. Patient is to return in one month. Aware of risks, benefits and side effects of medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 5/25/04

DATE OF DICTATION:      5/25/04

ck/ TranscriptsPRN

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                          MIS# 152462
April 6, 2004                                      Nancy Thompson, ARNP

Office
1/4 Hour
1000-1015

History (since previous physician contact): Linda was late to her
appointment today because she had a car accident. She ran her sister's
Lexus into her son's new Honda accidentally. Apparently his car was
parked behind hers. He has only had it for six days and she had forgotten
that he was behind her. Today she reports she has been sleeping fairly
well but having chronic pain. She has a shoulder problem on the left
side, for which she plans to go to the emergency room for. She has
difficulty raising it. She has been taking Lortab, she reports, one and
a half a day. We discussed the interaction of Lortab with Sinequan and
Seroquel and to be cautious about driving. The patient recommended to go
to her medical physician to find out if there is something besides Lortab
that she can take for her pain. Today she kept calling this practitioner
Lana, who is the other nurse practitioner who she had seen for a long
period of time. Even when this was clarified she returned to Lana,
presumably due to her mental state secondary to the car accident. She
seems shook up. She denies any mania or any depression and has had no
other problems other than some kidney stones which have caused her a
great deal of difficulty, too.

Mental Status Examination: Reveals a neatly groomed, casually dressed
patient who has makeup. Good eye contact. She is shook up, obviously, by
a car accident. However she has no suicidal or homicidal ideation. Her
judgment is intact. Her insight is good. There is no mood swing present,
no hypomania. She does not appear to be in significant pain. Her
intellect is within normal limits based on use of words and fund of
knowledge.

Diagnosis:

Axis I:    Major Depressive Disorder, in Recurrence, Moderate 296.32 with
             Psychotic Features, in Remission
Axis II:   Dependent and Inadequate Personality, Premature 42 CFR Part 2
Axis III:  Epilepsy, Chronic Back Problems, Back Pain and OBESITY

This information has been provided to you from records
protected by Federal confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of it unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is not sufficient for this purpose. The Federal
rules restrict any use of the information to criminally
investigate or prosecute any alcohol or drug abuse patient

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Renew medication Seroquel 200
mg one PO b.i.d. and two at bedtime #120 with no refill, Effexor XR 150
mg one PO b.i.d. #60 with no refill, and Sinequan 50 mg two PO q h.s. #60
with no refill. The patient is to return in one month. Aware of risks,
benefits, and side effects of medication and our emergency services.

(CONTINUED)

CONFIDENTIAL

# PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                          MIS# 152462
April 6, 2004                          Nancy Thompson, ARNP

(CONTINUED)

Services are medically necessary and appropriate to the client's
diagnosis and treatment needs.
Date Service Provided: 04/06/04
Date of Dictation: 04/06/04
pv/Transcript:RN

This information has been disclosed to you from records
protected by Federal confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of this information unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is NOT sufficient for this purpose. The Federal
rules restrict any use of this information to criminally
investigate or prosecute any alcohol or drug abuse patient.

# CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                              MIS# 152462
March 4, 2004                                   Nancy Thompson, ARNP

Office
1/4 Hour
1330-1345

**History (since previous physician contact):** Linda is a patient who is
doing well on her current medication. She has no specific complaints.
Reports she has no side effects to the medication, feels great. She said
"I don't want you to touch or change the medication because I have done
so well for so long." She is receiving physical therapy for her back and
that is helping a great deal, so she is out of some of her pain.

**Mental Status Examination:** Reveals a neatly groomed, casually dressed
patient who is quite cheerful. Oriented and clear in sensorium. She has
no symptoms of mania or depression. Her judgment and insight are good.
Her hygiene is good. Her memory is intact. She is oriented x 3. There is
no psychotic thought present. Her speech is clear, coherent, and follows.

**Diagnosis:**

Axis I:    Major Depressive Disorder, Moderate With Psychotic Features, In
           Remission
Axis II:   History Of Dependent-Inadequate Personality Traits
Axis III:  Epilepsy, chronic back problems, back pain, and obesity

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Renew medications: Seroquel
200 mg, one po b.i.d. and two at bedtime, 120 with no refill; continue
Effexor XR 150 mg, one po b.i.d., #60 with no refill; and Sinequan 50 mg,
two po q.h.s., #60 with no refill. Patient is to return in one month.
Aware of risks, benefits, and side effects of medications and our
Emergency Services here at Circles of Care. Services are medically
necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: _3/4/04_
DATE OF DICTATION:     _3/4/04_

bl/TranscriptsPRN

This information has been provided to you from records
protected by Federal confidentiality rules (42 CFR Part 2).
These ... prohibit you from making further disclosure
... unless further disclosure is expressly
permitted ... consent of the person to whom it ...
pertains or ... otherwise permitted by 42 CFR Part 2.
A general ... for the release of medical or other
information ... for this purpose. The Federal
rules ... use of this ... purpose to criminally
investigate or prosecute any alcohol or drug abuse patient.

**CONFIDENTIAL**

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
February 6, 2004

MIS# 152462
Nancy Thompson, ARNP

Office
1/4 Hour
1130-1145

History (since previous physician contact): Linda is a patient with a history of depression that is recurrent, who is doing well on her current medication regimen. She is having significant chronic pain however due to back problems and has gone for chronic pain assistance through Dr. Jaffe's office. They gave her Lortab, which made her sick, so she is on no pain medication except for Neurontin. She reports her mood is good in spite of all of this. She is sleeping well and having no return of depression, which surprises her. She denies suicidal ideation and she feels as though she has energy, but she has difficulty sitting in the waiting room.

Mental Status Examination: Reveals a neatly groomed, casually dressed patient wearing red make-up. She makes good eye contact. She has energy and a broad, bright affect. Speech is clear, coherent, and follows. Judgment and insight are intact. Her memory is intact. She is oriented x 3.

Diagnosis:

Axis I:   Major Depressive Disorder, Recurrent, Moderate With Psychotic Features, In Remission
Axis II:  Dependent And Inadequate Personality Traits
Axis III: Epilepsy, chronic back problems, and back pain, obesity

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Renew medications: Seroquel 200 mg, one p.o. b.i.d. and two at bedtime, #120 with no refill; Effexor XR 150 mg, one p.o. b.i.d., #60 with no refill and Sinequan 50 mg, two p.o. q h.s., #60, no refill. The patient is to return in one month. She is aware of risks, benefits, side effects of medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 2/6/04
DATE OF DICTATION:      2/6/04

bl/TranscriptsPRN

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                        MIS# 152462
December 12, 2003                              Nancy Thompson, ARNP

Office
1/4 Hour
1030-1045

History (since previous physician contact): Linda is a patient with a
history of denies, rule out bipolar disorder, who is doing quite well on
her medication. She denied problems with psychiatric issues, however she
is dealing with chronic pain and has been going for treatment for her
back. However she is tolerating this well. She denies suicidal or
homicidal ideation. She is sleeping well at night and looking forward to
life events, getting ready for the holidays.

Mental Status Examination: Reveals a neatly groomed, casually dressed
patient who is alert and oriented. She has a broad bright smile, happy
affect and mood. She shows no signs of hypomania or depression. Her
speech is clear, coherent, and follows and is relevant. Her insight and
judgment are intact. Her memory is intact. There are no abnormal
involuntary movements. Her hygiene is very good. She is dressed in spirit
with Christmas jewelry.

Diagnosis:

Axis I:    Major Depressive Disorder, Recurrent, Moderate 296.32 with
              Psychotic Features
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, Allergy to Dilantin

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Continue Seroquel 200 mg one
PO b.i.d. and two at bedtime #120 with one refill. Effexor XR 150 mg one
PO b.i.d. #60 with one refill, and Sinequan 50 mg two PO q.h.s. #60 with
one refill. The patient is to return in two months, as she is quite
stable. She is aware of risks, benefits, and side effects of medication
and our emergency services here at Circles of Care. Services are
medically necessary and appropriate to the client's diagnosis and
treatment needs.
Date Service Provided: 12/12/03
Date of Dictation: 12/12/03
pv/ Transcript:sFRN

This information has been provided to you from records
protected by Fed. X confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of this information unless authorized. Disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is not sufficient for this purpose. The Federal
rules ... financially
... to identify any ... substance abuse patient.



PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                     MIS# 152462
November 14, 2003                            Nancy Thompson, ARNP

Office
1/4 Hour
1000-1015

History (since previous physician contact): Linda is doing very well. She is on Seroquel, Effexor, and Sinequan. She is sleeping through the night, reports that this is the best she has ever been, going for her back treatments, tolerating them well. She reports her mood is happy. She has no suicidal or homicidal ideation. She is getting along better with her mother. She reports that even though there are stressors in her life that she is doing well. She denies any kind of suicidal thoughts or homicidal thoughts or any manic symptoms or depressive symptoms.

Mental Status Examination: Reveals a neatly groomed, casually dressed patient wearing earrings and makeup, good hygiene. She makes good eye contact. She is alert and oriented. She has a broad bright smile and affect. Her judgment and insight are adequate. Her psychomotor energy is good. She is very social, motivated for treatment, and very appreciative of doing better.

Diagnosis:

Axis I:    Major Depressive Disorder, Recurrent, Moderate 296.32, Without
           Psychotic Features
           Rule Out Bipolar II Disorder 296.89
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, Allergy to Dilantin, and Recent Fall With Back
           Injury, Now Going Through Physical Therapy

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Continue Seroquel 200 mg one PO b.i.d. and two PO q h.s. #120 with no refill. Continue Effexor XR 150 mg one PO b.i.d. #60 with no refill. Continue Sinequan 50 mg two PO q h.s. #60 with no refill. The patient is to return in one month. Aware of risks, benefits, and side effects of medication and our emergency services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

Date Service Provided: 11/14/03
Date of Dictation: 11/14/03
PV/TranscriptsPRN

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of it unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient

CONFIDENTIAL

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                           MIS#152462
October 15, 2003                             Nancy Thompson, ARNP

Office
1/4 Hour
0900-0915

**History (since previous physician contact):** Linda is a patient with a history of depression who is doing well on her current medications. She reports she is feeling wonderful. She asks if it is okay that she talks to herself. She is sleeping well. She is having no psychotic thought and has good energy. She denied symptoms of mania. She has no suicidal ideation.

**Mental Status Examination:** Reveals a neatly groomed, casually dressed 55-year-old Caucasian female who is well groomed, has good hygiene. She enters with calmness but happiness. She is very full of smiles and her mood is euthymic. There is no thought disorder. Her speech is clear, coherent and follows. Her judgment is intact. She does have a little bit of low self-esteem. Her intellect seems to be within normal limits. Her memory is intact.

**Diagnosis:**

**Axis I :**  Major Depressive Disorder, Recurrent, Moderate Without
             Psychotic Features
**Axis II:**  Dependent and Inadequate Personality Traits
**Axis III:** Epilepsy and allergy to Dilantin

PHARMACOLOGIC MANAGEMENT

**Disposition/individualized Treatment Plan:** Continue her medication which includes Effexor XR 150 mg, one p.o. b.i.d., #60 with no refill, Sinequan 50 mg, one to two p.o. q h.s., #60 with no refill and Seroquel 200 mg, one p.o. b.i.d. and two at bedtime, #120 with no refill. Patient is to return in one month. Aware of the risks, benefits, side effects and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: _10/15/03_
DATE OF DICTATION:      _10/15/03_

tNC/transcriptsprn

CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00048

### PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
September 17, 2003

MIS#152462
Nancy Thompson, ARNP

Office
½ Hour

<u>History (since previous physician contact):</u> Linda is a transfer patient from Lana Meyer, ARNP. Patient has a history of Depressive Disorder With Psychotic Features, Dependent and Inadequate Personality Traits. In talking with the patient, she has a very long history of depression. Her depressions often carry an element of psychotic thought, feeling that her house is bugged, etc. She has episodes where she doesn't sleep at night, where she feels accelerated in thought, inability to rest. These accelerated periods have never resulted in hospitalizations and they last for a very short period of time. Patient reports she is doing very well with Seroquel. It has made a big difference in her life. She reports she is having no symptoms of depression currently or mania. She does have a history of seizure disorder. Apparently she had a head injury as a young child. She does have grand mal seizures and her last seizure was 1 ½ years ago. Patient is allergic to Dilantin. She lives with her sister and her mother. She moved here from Miami. Recently patient had a fall and is going to physical therapy three times a week for a back injury. She is supposed to be taking Ultram and Naprosyn but reports she does not like these medications as they effect her stomach. She is also on Protonix. Patient reports she is stable on her psychiatric medications and she sleeps well with Sinequan. She has no suicidal ideation and has never had suicidal ideation.

<u>Mental Status Examination:</u> Reveals a neatly groomed, casually dressed 55-year-old Caucasian female who is mildly overweight. She is alert, oriented, clear in sensorium. No thought disorder. Her speech is a little rapid, she is a little anxious. Eye contact is good. Her speech is relevant, clear but at times is a little tangential. She is quite pleasant and motivated for treatment. Her judgment and insight are adequate. Her intelligence appears to be within normal limits based on her fund of knowledge.

<u>Diagnosis:</u>

Axis I :   Major Depressive Disorder, Recurrent, Moderate With Psychotic
           Features
           Rule Out Bipolar Affective Disorder, Type II
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, allergy to Dilantin, recent pain with back injury
           with pain and gastritis

(CONTINUED)



CONFIDENTIAL

LGUINN/DRNANCYTHOMPSONDEF/00049

CASE: GUINN, LINDA
September 17, 2003

MIS#152462
Nancy Thompson, ARNP

**PHARMACOLOGIC MANAGEMENT**

<u>Disposition/Individualized Treatment Plan:</u> Continue Seroquel 200 mg, one
p.o. b.i.d. and two p.o. at bedtime, #120 with no refill. Continue
Sinequan 50 mg, one to two p.o. q h.s. prn for sleep, #60, no refill.
Continue Effexor XR 150 mg, one p.o. b.i.d., #60 with no refill. Patient
reports she receives Neurontin 400 mg t.i.d. from her primary care
physician for her epilepsy. She is to return in one month. Aware of the
risks, benefits, side effects and our Emergency Services. Services are
medically necessary and appropriate to the client's diagnosis and
treatment needs.

DATE SERVICE PROVIDED: 09/17/03
DATE OF DICTATION:        09/17/03

mc/ transcriptsprn

**CONFIDENTIAL**

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
May 5, 2003                                           Lana Meyer, ARNP

Office
1/4 Hour
1400-1415

**History (since previous physician contact):** This was a routine medication evaluation for Ms. Guinn. She ran out of medications on Friday. She was low on her Effexor and out of her Vistaril. She still has enough Seroquel. So she reduced her Effexor dose for two days. She is feeling more anxious, however, with the reduction of her medication and she is not sleeping as well without the Vistaril. She denies any appetite disturbances. She says that without the Vistaril she is waking up every couple of hours. But even with the Vistaril she didn't get as much sleep as she would have liked. She had a paradoxical response with the trazodone. It kept her up all night. So this is the only medication that she has taken that has helped her. She denies any auditory hallucinations. She is participating in her life, driving a car, although she was in a recent car accident. She is ambulating slowly with a cane but she said that whatever she did to her leg happened before the accident.

**Mental Status Examination:** This is a 55 year-old Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful and articulate manner in a normal rate, volume, and tone. Her speech was not pressured. She was not hyperverbal. Her psychomotor activity is within normal limits. She is ambulating with a cane and a limp. She established eye contact early in the interview. Mood was anxious. This is an increase and mildly depressed. But she _____ the reduction in her Effexor. Affect is mood congruent. Thought process is coherent. Responses were relevant. No evidence of psychosis. Sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her judgment and insight are fair. She is not a danger to herself or others.

**Diagnosis:**

Axis I:    Major Depressive Disorder, Recurrent, Moderate, 296.33 Part2.
           Psychotic Features
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, Allergy to Dilantin.

(CONTINUED)



CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00051

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
May 5, 2003

MIS# 152462
Lana Meyer, ARNP

(CONTINUED)

**PHARMACOLOGIC MANAGEMENT**

Disposition/Individualized Treatment Plan: Effexor XR 150 mg b.i.d. #60,
Seroquel 100 mg b.i.d. and two q.h.s. #120, Vistaril 100 mg q.h.s. p.r.n.
sleep #30. I will see her back in four weeks or sooner if needed. She is
aware of the most common side effects as well as the benefits of the
medication she takes. She is aware of the availability of emergency
services and how to access those services if needed. Services are
medically necessary and appropriate to the client's diagnosis and
treatment needs.
Date Service Provided: 05/05/03
Date of Dictation: 05/05/03
LM/crw:sr/ARN

This information has been provided to you in accordance with
Provisions of federal confidentiality laws (42 CFR Part 2) and other
other federal rules to guide you from making further disclosure
of this information unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.
A general authorization for the release of medical or other
information is NOT sufficient for this purpose. The federal
rules restrict any use of the information to criminally
investigate or prosecute any alcohol or drug abuse patient.



PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
April 3, 2003                                         Lana Meyer, ARNP

Office
1/4 Hour
1400-1415

**History (since previous physician contact):** This was a routine medication evaluation for Ms. Guinn. She is tolerating her medications without side effects. No akathisia, dystonia, neuroleptic induced Parkinson's, or tardive dyskinesia. She is complaining of some increase in depressive symptoms. So we are going to go ahead and increase her Effexor. But otherwise she is doing fairly well. She is living with her mother, her sister, and her son. She said that the household is getting a little calmer because now all of the woman are on antidepressants and it has improved the household. No evidence of psychosis.

**Mental Status Examination:** This is a 54 year-old divorced Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful and articulate manner in a normal rate, volume, and tone. Her psychomotor activity was within normal limits. She used good eye contact. Mood: some increase in depressive symptoms. Low self-esteem. Denied suicidal thoughts. Affect is mood congruent. Thought process is coherent. Responses were relevant. No looseness of association. No evidence of psychosis. Sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her judgment and insight are fair. She is not a danger to herself or others.

**Diagnosis:**

Axis I:    Major Depressive Disorder, Recurrent, Severe, With Psychotic
           Features 296.34
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, Allergy to Dilantin

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Increase Effexor XR to 150 mg b.i.d. #60, Seroquel 200 mg b.i.d. and two at bedtime #120, Vistaril 50 mg q h.s. as needed for sleep #30. I will see her back in four weeks or sooner if needed. She is aware of the most common side effects as well as the benefits of the medication she takes. She is aware of the availability of emergency services and how to access those services if needed. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.
Date Service Provided: 04/03/03
Date of Dictation: 04/03/03
pv/TranscriptsPRN

**CONFIDENTIAL**

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
March 6, 2003

MIS# 152462
Lana Meyer, ARNP

Office
1/4 Hour
1445-1500

History (since previous physician contact): This was a routine medication evaluation for Ms. Guinn. She is doing very well. Not depressed. No evidence of psychosis. No akathisia, dystonia, neuroleptic induced Parkinson's, or tardive dyskinesia.

Mental Status Examination: This is a 55 year-old Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful manner in a normal rate, volume, and tone. Her psychomotor activity was within normal limits. She used good eye contact. Her mood is euthymic. Affect appropriate. Thought process is coherent. Responses were relevant. No looseness of association. She denied suicidal or homicidal ideation. No auditory or visual hallucinations. No compulsions or delusions. Her sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her judgment and insight are good. She is not a danger to herself or others.

Diagnosis:

Axis I:   Major Depressive Disorder, Recurrent, Moderate, With
          Psychotic Features

Axis III: Epilepsy, Allergy to Dilantin

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized   Treatment Plan: I continued medications unchanged: Vistaril 50 mg q h.s. p.r.n. sleep, Effexor XR 75 mg two in the morning and one in the afternoon #90, Seroquel 200 mg twice a day, two at bedtime #120. I will see her back in four weeks or sooner if needed. She is aware of the most common side effects as well as the benefits of the medication she takes. She is aware of the availability of emergency services and how to access those services if needed. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.
Date Service Provided: 03/06/03
Date of Dictation: 03/06/03
pv/Transcript:PRN

CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00054

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
February 6, 2003                                      Lana Meyer, ARNP

Office
1/4 Hour
1445-1500

**History (since previous physician contact):** This was a routine medication evaluation for Ms. Guinn. She is doing excellent on her medication. She said she has never felt better. She denies any depressive symptoms. She is sleeping and eating alright. In fact, she has lost six pounds because she has been working on it. No distortions in reality. She said that this combination of medications has been the absolute best that she has ever taken. No changes in mood. It looks like we have really been able to find the right combination. She denies any side effects. No akathisia, dystonia, neuroleptic induced Parkinson's, or tardive dyskinesia. In fact, according to the client her whole family is a wreck and there has been so much pressure on that family and so many changes that it is very odd that she is the most stable and the calmest of the whole lot at this time.

**Mental Status Examination:** This is a 54 year-old Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful manner in a normal rate, volume, and tone. Her psychomotor activity was within normal limits. She used good eye contact. Mood is euthymic. Affect is appropriate. Thought process is coherent. Responses were relevant. No looseness of association. She denied suicidal or homicidal ideation. No auditory or visual hallucinations. No compulsions or delusions. Her sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her judgment and insight are fair. She is not a danger to herself or others.

**Diagnosis:**

Axis I:   Major Depressive Disorder, Recurrent, Moderate to Severe with
          Psychotic Features
Axis II:  Dependent and Inadequate Personality Traits
Axis III: Epilepsy, Allergy to Dilantin

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Continue Vistaril 50 mg one PO q.h.s. as needed for sleep #30, Effexor XR 75 mg two in the morning and one in the afternoon #90, Seroquel 200 mg b.i.d. #60. I will see her back in four weeks or sooner if needed. She is aware of the most common side

(CONTINUED)

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of it without the written consent of the person to whom it pertains, or as otherwise permitted by 42 CFR Part 2.

...may be for the release of medical or other information. A general authorization for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

# CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00055

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
February 6, 2003                                      Lana Meyer, ARNP

(CONTINUED):

effects as well as the benefits of the medication she takes. She is aware
of the availability of emergency services and how to access those
services if needed. Services are medically necessary and appropriate to
the client's diagnosis and treatment needs.
Date Service Provided: 02/06/03
Date of Dictation: 02/06/03
PV/transcription

This information has been provided to you from records
protected by Federal confidentiality rules (42 CFR Part 2).
The Federal rules prohibit you from making further disclosure
of this information unless further disclosure is expressly
permitted by the written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2. A
general authorization for the release of medical or other
information is NOT sufficient for this purpose. The Federal
rules restrict any use of the information to criminally
investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
January 9, 2003                                    Lana Meyer, ARNP

Office
1/4 Hour
1445-1500

**History (since previous physician contact):** This was a routine medication evaluation for Ms. Guinn. She is tolerating her medications without side effects. Changing her medication seems to have been helping a lot, to Effexor she says she feels much different, calmer, able to deal with issues in her life. Her sister is now on Paxil so the whole family seems to be calmer. She denies any suicidal thoughts. She said this is the best she has felt in years.

**Mental Status Examination:** This is a 54 year-old Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful manner in a normal rate, volume, and tone. Her psychomotor activity was within normal limits. She used good eye contact. Her mood was depressed but much brighter than last visit. Her affect is mood congruent. Thought process is coherent. Responses were relevant. No evidence of psychosis. She denied suicidal or homicidal ideation. Sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her insight and judgment are fair. She is not a danger to herself or others.

**Diagnosis:**

Axis I:    Major Depressive Disorder
           Psychotic Symptoms
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy, Allergy to Dilantin

**PHARMACOLOGIC MANAGEMENT**

**Disposition/Individualized Treatment Plan:** Continue Trazodone 50 mg q h.s. as needed for sleep. Increase Effexor XR 75 mg two in the morning and one in the afternoon #90, Seroquel 200 mg b.i.d. and two q h.s. #120. Will consider decreasing the Seroquel at follow-up. She is aware of the most common side effects as well as the benefits of the medication she takes. She is aware of the availability of emergency services and how to access those services if needed. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.
Date Service Provided: 01/09/03
Date of Dictation: 01/09/03
PV/ *TranscriptsPRN*

# CONFIDENTIAL

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                    MIS# 152462
December 12, 2002                               Lana Meyer, ARNP

Office
1/4 Hour
1445-1500

History (since previous physician contact): This was a routine medication evaluation for Ms. Guinn. The combination of medications she is taking right now have been very helpful. She feels that Effexor is the first antidepressant that has really tackled her depressive symptoms. Also the combination with Seroquel seems to be working well. She took the Trazodone once. It caused agitation rather than sleepiness. She threw those medications out and is requesting a different medication. No akathisia, dystonia, neuroleptic induced Parkinson's, or tardive dyskinesia. She denies any auditory hallucinations. No evidence of psychosis. She is not suicidal. She is still having to live with her sister, kind of in this position because both she and her mother put all of their money into the sister's home thinking that they were going to live there happily ever after and there have been problems ever since. Also some recent problems with her niece. Her niece was in Twin Rivers for detox but then refused the 30 day program.

Mental Status Examination: This is a 55 year-old well dressed, well groomed woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She is courteous and cooperative. She initiated conversation. She answered all questions. She spoke in a thoughtful and articulate manner in a normal rate, volume, and tone. Her psychomotor activity was within normal limits. She used good eye contact during the interview. Her mood was still depressed and anxious but much brighter than last visit. Affect is mood congruent. According to the client she has a number of years she cannot remember from her past. Thought process is coherent. Responses were relevant. She denied suicidal or homicidal ideation. No evidence of psychosis. Sensorium is clear. She is awake and alert. Her attention is intact. Her memory is adequate. She is oriented times three. Her intellect is average. Her judgment and insight are fair. She is not a danger to herself or others.

Diagnosis:

Axis I:    Major Depressive Disorder, Recurrent, Moderate 296.32 With
           Psychotic Symptoms
Axis II:   Dependent and Inadequate Personality Traits
Axis III:  Epilepsy

(CONTINUED)

This information has been provided to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of it unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL

CONFIDENTIAL
LGUINN/DRNANCYTHOMPSONDEF/00058

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA                                          MIS# 152462
December 12, 2002                                      Lana Meyer, ARNP

(CONTINUED)


PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Increase Effexor XR 150 mg one
PO q.a.m. #30, Seroquel 200 mg b.i.d. and PRO q.h.s. #120. Discontinue
Trazodone and try Vistaril 25 mg one to two at bedtime as needed for
sleep #60. We did discuss individual counseling. She is declining at this
point. I will see her back in four weeks or sooner if needed. She is
aware of the most common side effects as well as the benefits of the
medication she takes. She is aware of the availability of emergency
services and how to access those services if needed. Services are
medically necessary and appropriate to the client's diagnosis and
treatment needs.
Date Service Provided: 12/12/02
Date of Dictation: 12/12/02
pv/transcriptsPRN

**CONFIDENTIAL**

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
November 21, 2002

MIS # 152462
Lana Meyer, ARNP

Office
1/4 Hour
1445-1500

History (since previous physician contact): This was a routine medication evaluation for Ms. Guinn. This is a transfer patient from Dr. Porciuncula. She is no longer taking any of her antidepressants. I am not sure why. She said she thinks she ran out of them. She is living in a terrible situation. Her mother sold her house to move to Brevard County to live with her sister. Ms. Guinn says she was quite sick in Miami and was hospitalized for a long time. She was suicidally depressed and psychotic. Her mother was afraid that she could not care for her, so they moved here to be with her sister. This has not been a good environment for her. She says her sister is mean and hateful and threatens to throw them out every day, although she took all of their money to help pay for the mortgage. Her niece is a drug addict and steals from everybody. She says it has been a very, very negative environment for the entire family, but they are stuck because financially they are unable to move. She denies any side effects from the Seroquel, no akathisia, dystonia, neuroleptic-induced Parkinson's or tardive dyskinesia. It has done a fairly good job of controlling the psychotic symptoms. She stills has occasional auditory hallucinations but she is able to ignore them. She does admit to fleeting suicidal thoughts, she has no plan to act on those. We had a long discussion about how to access services.

Mental Status Examination: This is a 54-year-old Caucasian woman appearing her stated age. She is dressed casually and appropriately with good hygiene. She was courteous, cooperative and initiated conversation. She answered all questions; spoke in a thoughtful manner, normal rate, volume and tone. Her thought content is within normal limits. She used good eye contact. Her mood was depressed. She admitted to fleeting suicidal thoughts with no plan to act on them. Affect and mood are congruent. Her thought process is coherent and responses are relevant. Thought content: She admitted to fleeting suicidal thoughts with no plan to act on them. She admitted to some auditory hallucinations that she is able to ignore. Sensorium was clear. She was awake and alert. Her attention is intact. Her memory is adequate. She is oriented x 3. Her intellect is average. Her insight and judgement are fair. She is not a danger to herself or others at this time.

Diagnosis:

Axis I:   Major Depressive Disorder, Recurrent, Moderate.
          With Psychotic Symptoms.
Axis II:  Dependent And Inadequate Personality Traits.
Axis III: Epilepsy, Allergy to Dilantin.

(CONTINUED)

This information has been provided to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

CONFIDENTIAL

CONFIDENTIAL

LGUINN/DRNANCYTHOMPSONDEF/00060

## PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA
November 21, 2002

MIS # 152462
Lana Meyer, ABNP

### PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: We are going to continue Seroquel 200 mg B.I.D. 2.5 b.i.d. #120, Effexor XR 37.5 mg for the first week, then as per. Trazodone 100 mg a half to a whole as needed for sleep. I will see her back in 3 weeks or sooner if needed. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED:
DATE OF DICTATION:

jl/transcription

This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosure of this information unless further disclosure is expressly provided by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CONFIDENTIAL