# EXHIBIT 5

## INITIAL OFFICE VISIT

**PATIENT NAME:** Guinn, Linda
**MRN:** 41873
**DATE OF VISIT:** 11/20/06

**HISTORY OF PRESENT ILLNESS:** The patient is here for urinary urgency. She presents in the office because of severe urge incontinence especially at night, although this happens also during the day. Extensive discussion was done with the patient regarding possibility including uncontrolled diabetes which actually would cause the patient to have had polyuria. She was strongly advised to check her sugar. We will also check a hemoglobin A1c to assess the level and degree of glucose control. She has underlying seizure disorder and takes Neurontin 400 mg three times a day. No recent seizures. No fever or chills. No chest pain or shortness of breath. I advised the patient to also bring her back urine samples to make sure that the patient does not have urinary tract infection. No recent blood test is available, and I strongly advised the patient to have her blood test done. We will do a lipid profile, hemoglobin A1c, CBC, and CMP. She awaits a pending appointment next month, and I will review all the test with her when that is available.

**PAST MEDICAL HISTORY:** As above.

**PAST SURGICAL HISTORY:** Includes appendectomy, cholecystectomy, and tonsillectomy.

**MEDICATIONS:** As per flow sheet.

**ALLERGIES:** She is not allergic to any medication.

**FAMILY HISTORY:** Significant for heart disease and hypertension. Mother also has glaucoma and osteoporosis.

**SOCIAL HISTORY:** She is still actively smokes 45-pack-year smoking history. Denies any alcohol abuse problem.

**PHYSICAL EXAMINATION:**
GENERAL: A well-developed, well-nourished lady, not in any form of respiratory distress.
VITAL SIGNS: Blood pressure of 168/72. Pulse rate of 68. Respiratory rate of 16. Temperature of 97.7 degrees.
LUNGS: Clear breath sounds. No crackles or wheezing.
HEART: Distinct heart sounds with regular rate and rhythm.
ABDOMEN: Soft with good bowel sounds. No masses or tenderness.
EXTREMITIES: No flank tenderness. No edema in the extremities.

Linda Guinn
Page 2 of 2

ASSESSMENT AND PLAN:
1. Urge incontinence might be related to overactive bladder versus nocturia or polyuria secondary to uncontrolled diabetes. We will give trial of Detrol LA 4 mg daily. Side effect profile of the medication was discussed. Samples were given to the patient o start, and I will check the patient in a couple of weeks to assess.
2. Diabetes mellitus type II. We will check a degree of control. She is on Byetta and glipizide. Denies any episode of hypoglycemia. ADA diet and exercise was reinforced.
3. Hypertension. Increase the Benicar to 40 mg daily and see how she does on this. If it still elevated at next visit we will add a diuretic therapy.
4. Seizure disorder. She is on Neurontin which will be continued.
5. Mood disorder. She also takes Seroquel which will be continued.
6. Degenerative joint disease. Lortab is refilled today. She needs narcotic medication for improvement in her function. Followup as scheduled.

_____
Choi Ken Velasco, M.D.
CKV/SL/AK

CONFIDENTIAL

LGUINN/QUALITYMEDICALCARE-DRJOSEVENERO/00014

## FOLLOW UP VISIT

**PATIENT NAME:** Guinn, Linda
**MRN:** 41873
**DATE OF BIRTH:** [redacted]
**DATE OF VISIT:** 04/21/06

**CHIEF COMPLAINT:** The patient is here for two-month followup.

**HISTORY OF PRESENT ILLNESS:** The patient is here for a two-month followup. The patient states she has two major orthopedic problems. The first one is her lumbar spine. She has had a lumbar laminectomy and removal of a tumor by Dr. Jonathan Paine one year ago. She sees him again in June. She is also having a repeat MRI done then. She states that her postop her left thigh burning pain has gone, but she has slight numbness. She is not complaining about that. She had a right hip fracture when she lived in Miami. She had a right hip replacement and she has a plate and screw in her right hip. She states the screw is loose and has fallen out. It is obvious on a right hip x-ray from March. It is the intertrochanteric nail and side plate are in placed in the right hip. The alignment appears good. There is a screw present lying parallel to the plate however. This is probably retractive from the proximal portion of the side plate where angles to join enter trochanteric portion of the device. The patient states that her surgeon for the stat surgery is from Miami. She was told by Dr. Manchanda that she was going to refer her to pain management, but she has not been referred yet. She has requested pain medication. She has taken Lortab in the past. She states she has to have something. Consult Dr. Kumar. The patient has a recent diagnosis of diabetes mellitus. She sees Dr. Dhruv, endocrinologist. She saw her on Monday. She has gone to diabetic education. She was prescribed metformin and Byetta injections. The patient has known hyperlipidemia and takes Zocor daily. She denies any muscle aches. Her lipids in December were cholesterol 174, triglycerides 128, HDL 55, and LDL 93. We will refer lipid testing at this time as her glucose is still being adjusted by Dr. Dhruv. The patient has known hypertension. It is well controlled. She takes Benicar daily without incidence. The patient has known osteopenia. Her last bone density scan was in February. She takes Zocor daily. The patient admits to smoking. She complains of having an upper respiratory infection for a few weeks. She has tired OTC Mucinex and Sudafed. She states she has increased one. She states the color is mostly clear of the slight green tinge. She states her sinuses are open. Her family think she should have a chest x-ray since she smokes. The patient had a total abdominal hysterectomy at age 30. She has not had a Pap smear for four years. She was referred for screening colonoscopy with Dr. Koretsky but has not had that done. She states she needs the authorization and an appointment so we will get that taking care of. Her father had colon cancer. Her mammogram was this year. Most of her grandmothers had breast cancer. The patient sees Nancy Thompson, ARNP at Circles of care. She takes Seroquel daily. She states that when she still lived in Miami which was at least 3½ years ago her mother found her unconscious on her bed. She was admitted to a hospital. She states that she just "flipped out." She states that she did have visual and audible hallucinations. She was hospitalized for two weeks. The psychiatrist told her mother that if she does come out, she would probably die from it. This sounds like a possible psychosis. She does continue to take her Seroquel daily. She denies homicidal or suicidal ideation or current hallucinations.

Linda Guinn
Page 2 of 2

**VITAL SIGNS:** Temperature: 98.6 degrees. Blood pressure: 124/70. Pulse: 62. Respirations: 16. Weight: 191.5 pounds.

**ALLERGIES:** Dilantin.

**MEDICATIONS:** Please see chart.

**REVIEW OF SYSTEMS:** Upper respiratory infection is the change in the review of systems.

**PHYSICAL EXAMINATION:** General: The patient is a female in no acute distress. She is awake, alert, and oriented. When she cough it does sound rather hoarse. HEENT: Normal. Cardiac: Regular rate and rhythm without murmur. Lungs: Clear to auscultation bilaterally. Extremities: No pedal edema noted.

**ASSESSMENT:**
1. Right hip and lumbar spine pain.
2. Chronic pain.
3. Cough.
4. Depression.
5. Possible psychosis history.
6. Nicotine addiction.
7. Osteopenia, on treatment.
8. Diabetes mellitus, on treatment and monitored by Dr. Dhruv.
9. Hyperlipidemia, on treatment.
10. Hypertension, on treatment.

**PLAN:** Chest x-ray today. Lortab 7.5 mg b.i.d. p.r.n., #60, no refill, written by Dr. Kumar. Continue medications as prescribed. Z-PAK #1 as directed, no refill. OTC Robitussin. Schedule Pap smear. American Heart Association diet and Americal Diabetic Association diets are recommended along with routine aerobic exercises as possible. Refer to GI for screening and colonoscopy Dr. Koretsky. Needs authorization and appointment. Refer to pain management. RTO 3 mo. or sooner if needed.

_[signature]_
Ginny Browning, ARNP
GB/VM/AK

CONFIDENTIAL

LGUINN/QUALITYMEDICALCARE-DRJOSEVENERO/00022

## QUALITY MEDICAL CARE, P.A.

| PATIENT NAME: Guinn, Linda | DATE: 2/1/06 | PT ACCT#: 4187? |
|---|---|---|
| APPT. TIME: 9:45 | CHIEF COMPLAINT: | |
| AGE: F58 | D.O.B. [redacted] PHONE #: [redacted] | NURSE/MA: B. Bird |

| VITALS: | | MEDICATIONS | ALLERGIES |
|---|---|---|---|
| HEIGHT | TEMP: 99.1 | See SOC | Dilantin |
| WEIGHT 198 | B/P 188/75 | | |
| | PULSE 88 | 2/1/06 | |
| LMP: | RESP: 16 | | |

|  | N | AB |
|---|---|---|
| 1. Gen appear | [X] | [ ] |
| 2. Skin | [ ] | [ ] |
| 3. Nodes | [ ] | [ ] |
| 4. Head | [ ] | [ ] |
| 5. Eyes | [ ] | [ ] |
| 6. Fundi | [ ] | [ ] |
| 7. Ears | [ ] | [ ] |
| 8. Nose | [ ] | [ ] |
| 9. Oral Pharynx | [ ] | [ ] |
| 10. Teeth | | |
| 11. Neck | [ ] | [ ] |
| 12. Chest | [ ] | [ ] |
| 13. Lungs | [X] | [ ] |
| 14. Breasts | [ ] | [ ] |
| 15. Heart | [X] | [ ] |
| 16. Abdomen | [X] | [ ] |
| 17. Back | [ ] | [ ] |
| 18. Genitalia | [ ] | [ ] |
| 19. Pelvis | [ ] | [ ] |
| 20. Rectal | [ ] | [ ] |
| 21. Extremities | [ ] | [ ] |
| 22. Pulses | [ ] | [ ] |
| 23. Neurological | [ ] | [ ] |

Had the flu - getting better. Resolved now.
c/o fatigue
⊖ fever/chills
⊖ SOB
⊖ cough
(+) smoker
Father → Colon CA
Grandmother → Br CA
2-Pack
Robitussin
Cronin, Terrance
726-1711 Dermatology
Fasting BS → 166
(+) Fm of DM
@ 12:15
2-15-06  pt's colonoscopy
Follow up 2 wks with Dr. [X] ARNP [ ] PA [ ] Nurse [ ]

**ASSESSMENT:**
1. DM
2. H/O Burning / shoulder
3. Fm of Colon CA
4. (L) knee / pain

**ORDERS FOR TODAY**
HbA1c - slip given
Fasting blood sugar

**PLAN:**
F/U 1 yr UA
repeat fasting blood sugar
Received flu shot

**ORDERS FOR FUTURE**
Slip given CMP
2/6/06 lipids
Awaiting lx results
Endocrinology / DM

**DIAGNOSIS:**

The following tests were performed:
| X-RAY |  | UA |  |
| PT/INR |  | EKG |  |
| HCG-UA |  | PFT |  |
| STREP |  | FBS |  |
| TONO |  |  |  |
| AUDIO |  |  |  |

**REFERRAL INFORMATION:**
Referred to Dr. Norels
Dermatology - Colonoscopy ofc
pt will call 2/21 F/U of Colon CA
Diabetes
Mammogram

Follow up appt: ___  Scheduled by: ___
Reason for Follow up: ___

QMC 0519-03

CONFIDENTIAL
LGUINN/QUALITYMEDICALCARE-DRJOSEVENERO/00024