# EXHIBIT 8

PSYCHIATRIC DIAGNOSTIC INTERVIEW AND EXAMINATION

CASE: GUINN, LINDA  
February 22, 2007

MIS# 152462  
Nancy Thompson, ARNP

Office  
1/4 Hour  
1430-1445

History (since previous physician contact): Linda is doing well. She has completely come off Seroquel now and is on Abilify and is stable. We will drop out the Klonopin at this appointment, as she no longer needs it. It is not really having much effect at this point, she reports anyway. She will be going for a knee replacement, next month, and is requesting an extra refill of medication. Everything in her life is going well at this point in time, she reports.

Mental Status Examination: Neatly groomed, casually dressed patient. Alert and oriented. Clear in sensorium. Mood is euthymic. Affect is congruent. She shows no signs of psychosis. She has a broad, bright smile. Happy affect. There is no tics, tremors, or abnormal involuntary movements. Her judgement and insight are intact.

Diagnosis:

Axis I:     Bipolar Affective Disorder  
Axis II:    No Diagnosis    V71.09  
Axis III:   History of epilepsy, chronic back pain, and obesity, Diabetes Mellitus

PHARMACOLOGIC MANAGEMENT

Disposition/Individualized Treatment Plan: Continue Abilify 30 mg, one p.o. q. at bedtime, #30, with one refill; Effexor XR 150 mg, one p.o. two times daily, #60, one refill; Sinequan 50 mg, two p.o. q. at bedtime, #60, with one refill; and she is to return in two months. Aware of risks, benefits, side effects of medication and our Emergency Services. Services are medically necessary and appropriate to the client's diagnosis and treatment needs.

DATE SERVICE PROVIDED: 2/22/07  
DATE OF DICTATION:     2/22/07

kk/ TranscriptsPRN

"This information has been provided to you from records protected by Federal confidentiality rules (42 CFR Part 2). These rules prohibit you from making further disclosure of this information without further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**CONFIDENTIAL**