EXHIBIT 10

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | 654541004 | Nodal Jr , Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 11/22/1999 00:00 | Appt - Sit Down Detail | closed gables office only in hialeah with dr de la vega only same schedule has finally started to use seroquel still afraid of eye issue but feels that the lack of eps warants the "risk" in his book picking up speed slowly do not push. support and commend NCO elderly journal | Seroquel | Psychotic Disorders |
| 3 | 654541004 | Nodal Jr , Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/17/2000 00:00 | Appt - Sit Down Detail | duara's presentation. need samples as soon as in will not attend tiger movie reinstein wt gain risk. NCO tandon and more on dosing | Seroquel | Psychotic Disorders |
| 4 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 03/09/2000 00:00 | Appt - Sit Down Detail | reinstein and eps. stressed safety. since his pet is eye issue always go after safety reisntein wt gain re hispanics NCO questl | Seroquel | Psychotic Disorders |
| 5 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER10 | 05/08/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Seroquel Efficacy |
| 6 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER25 | 06/02/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Core Vis Aid |
| 7 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 06/19/2000 00:00 | Appt - Sit Down Detail | parsa more at kendall office than hialeah nco reisntein and tandon | Seroquel | Psychotic Disorders |
| 8 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER25 | 07/06/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Elderly |
| 9 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER25 | 07/06/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Minimal Weight Gain |
| 10 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER25 | 07/06/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Safety and Tolerability |
| 11 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER25 | 07/06/2000 00:00 | Appt - Sit Down Detail | Michelle White Det. Seroquel | Seroquel | Seroquel Efficacy |
| 12 | 654541004 | Nodal Jr., Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER19 | 08/09/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | Elderly |
| 13 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER19 | 08/09/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | Seroquel Efficacy |
| 14 | 654541004 | Nodal Jr., Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER17 | 08/24/2000 00:00 | Stand-Up Call | Michelle White det. Seroquel | Seroquel | Elderly |
| 15 | 654541004 | Nodal Jr , Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER17 | 08/24/2000 00:00 | Stand-Up Call | Michelle White det. Seroquel | Seroquel | Safety and Tolerability |
| 16 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | PDIUSER17 | 08/24/2000 00:00 | Stand-Up Call | Michelle White det. Seroquel. | Seroquel | Seroquel Efficacy |
| 17 | 654541004 | Nodal Jr , Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 08/31/2000 14:46 | Stand-Up Call | LEFT REPRI NT. SEE DE LA VEGA. | | |
| 18 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 10/10/2000 15:02 | Appt - Sit Down Detail | HAD STARTED A NEW PT ON SEROQUEL AT THE HOSP FINALLY USING THE DRUG, NO MAJOR ISSUES ANYMORE NEEDED SAMPLES ALTHOUGH SEEING ELDERLT PTS NOT REQUIRING AS MUCH 25 BECAUSE HE WRITES SCRIPTSW FOR THEM | Seroquel | Dosing and Titration |
| 19 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 10/10/2000 15:02 | Appt - Sit Down Detail | HAD STARTED A NEW PT ON SEROQUEL AT THE HOSP FINALLY USING THE DRUG, NO MAJOR ISSUES ANYMORE NEEDED SAMPLES ALTHOUGH SEEING ELDERLT PTS NOT REQUIRING AS MUCH 25 BECAUSE HE WRITES SCRIPTSW FOR THEM | Seroquel | EPS Differentiation |
| 20 | 654541004 | Nodal Jr . Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 10/10/2000 15:02 | Appt - Sit Down Detail | HAD STARTED A NEW PT ON SEROQUEL AT THE HOSP FINALLY USING THE DRUG, NO MAJOR ISSUES ANYMORE NEEDED SAMPLES ALTHOUGH SEEING ELDERLT PTS NOT REQUIRING AS MUCH 25 BECAUSE HE WRITES SCRIPTSW FOR THEM | Seroquel | Elderly |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 59 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/09/2001 22:09 | Stand-Up Call | Briefly discussed no dose related EPS  Will review Kasper reprint next visit | Seroquel | EPS Differentiation |
| 60 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/09/2001 22:09 | Stand-Up Call | Briefly discussed no dose related EPS  Will review Kasper reprint next visit | Seroquel | Safety and Tolerability |
| 61 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/09/2001 22:09 | Stand-Up Call | Briefly discussed no dose related EPS  Will review Kasper reprint next visit | Seroquel | Seroquel Efficacy |
| 62 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/06/2001 20:32 | Stand-Up Call | Reviewed the Kasper reprint  Did not really pay much attention  Will review it again next time. | Seroquel | Dosing and Titration |
| 63 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/06/2001 20:32 | Stand-Up Call | Reviewed the Kasper reprint  Did not really pay much attention  Will review it again next time. | Seroquel | EPS Differentiation |
| 64 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/06/2001 20:32 | Stand-Up Call | Reviewed the Kasper reprint  Did not really pay much attention  Will review it again next time. | Seroquel | Safety and Tolerability |
| 65 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/06/2001 20:32 | Stand-Up Call | Reviewed the Kasper reprint  Did not really pay much attention  Will review it again next time. | Seroquel | Seroquel Efficacy |
| 66 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 09/25/2001 18:42 | Stand-Up Call | Elderly Rating Manjual  Goes to Waterford but says has very few patients in N.H.s. I will make him a low priority. | Seroquel | EPS Differentiation |
| 67 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 09/25/2001 18:42 | Stand-Up Call | Elderly Rating Manjual  Goes to Waterford but says has very few patients in N.H.s. I will make him a low priority. | Seroquel | Elderly |
| 68 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 11/13/2001 00:00 | Stand-Up Call | Reviewed Kasper reprint | Seroquel | Dosing and Titration |
| 69 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 11/13/2001 00:00 | Stand-Up Call | Reviewed Kasper reprint | Seroquel | EPS Differentiation |
| 70 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 11/13/2001 00:00 | Stand-Up Call | Reviewed Kasper reprint | Seroquel | Minimal Weight Gain |
| 71 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 11/13/2001 00:00 | Stand-Up Call | Reviewed Kasper reprint | Seroquel | Safety and Tolerability |
| 72 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 11/13/2001 00:00 | Stand-Up Call | Reviewed Kasper reprint | Seroquel | Seroquel Efficacy |
| 73 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 12/06/2001 23:55 | Stand-Up Call | Does not feel comfortable yet with Seroquel  Stated that he would keep it on his mind when he sees smoking sciz pts | Seroquel | Dosing and Titration |
| 74 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 12/06/2001 23:55 | Stand-Up Call | Does not feel comfortable yet with Seroquel  Stated that he would keep it on his mind when he sees smoking sciz pts | Seroquel | EPS Differentiation |
| 75 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 12/06/2001 23:55 | Stand-Up Call | Does not feel comfortable yet with Seroquel  Stated that he would keep it on his mind when he sees smoking sciz pts | Seroquel | Safety and Tolerability |
| 76 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 12/06/2001 23:55 | Stand-Up Call | Does not feel comfortable yet with Seroquel  Stated that he would keep it on his mind when he sees smoking sciz pts | Seroquel | Seroquel Efficacy |
| 77 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 01/14/2002 21:36 | Sit down Call | Discussed Seroquel's use over Zyprexa Reviewed Kasper reprint  Says that increase in prolactin levels worries him  He promised to write more. | Seroquel | Dosing and Titration |
| 78 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 01/14/2002 21:36 | Sit down Call | Discussed Seroquel's use over Zyprexa Reviewed Kasper reprint  Says that increase in prolactin levels worries him  He promised to write more. | Seroquel | EPS Differentiation |
| 79 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 01/14/2002 21:36 | Sit down Call | Discussed Seroquel's use over Zyprexa Reviewed Kasper reprint  Says that increase in prolactin levels worries him  He promised to write more. | Seroquel | Safety and Tolerability |
| 80 | 654541004 | Nodal Jr , Guido F | Physician | 900 W  49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 01/14/2002 21:36 | Sit down Call | Discussed Seroquel's use over Zyprexa Reviewed Kasper reprint  Says that increase in prolactin levels worries him  He promised to write more. | Seroquel | Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 81 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/04/2002 14:19 | Sit down Call | LOVES SER. FOR ELDERLY. TALKED ABOPUT CLEANJ S E PROFILE DOSING AND EEG. ABNORMALITIES IMP TO HIM. COGNITIVE FUNCT VITAL. ZOMIG AS CJHOICE FOR ABORTIVE THER. anytime anywhere | Seroquel | Dosing and Titration |
| 82 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/04/2002 14:19 | Sit down Call | LOVES SER. FOR ELDERLY. TALKED ABOPUT CLEANJ S E PROFILE DOSING AND EEG. ABNORMALITIES IMP TO HIM. COGNITIVE FUNCT VITAL. ZOMIG AS CJHOICE FOR ABORTIVE THER. anytime anywhere | Seroquel | EPS Differentiation |
| 83 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/04/2002 14:19 | Sit down Call | LOVES SER. FOR ELDERLY. TALKED ABOPUT CLEANJ S E PROFILE DOSING AND EEG. ABNORMALITIES IMP TO HIM. COGNITIVE FUNCT VITAL. ZOMIG AS CJHOICE FOR ABORTIVE THER. anytime anywhere | Seroquel | Elderly |
| 84 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/04/2002 14:19 | Sit down Call | LOVES SER. FOR ELDERLY. TALKED ABOPUT CLEANJ S E PROFILE DOSING AND EEG. ABNORMALITIES IMP TO HIM. COGNITIVE FUNCT VITAL. ZOMIG AS CJHOICE FOR ABORTIVE THER. anytime anywhere | Seroquel | Minimal Weight Gain |
| 85 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Martinez, Maria | 02/04/2002 14:19 | Sit down Call | LOVES SER. FOR ELDERLY. TALKED ABOPUT CLEANJ S E PROFILE DOSING AND EEG. ABNORMALITIES IMP TO HIM. COGNITIVE FUNCT VITAL. ZOMIG AS CJHOICE FOR ABORTIVE THER. anytime anywhere | Seroquel | Safety and Tolerability |
| 86 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | Dosing and Titration |
| 87 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | EPS Differentiation |
| 88 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | Elderly |
| 89 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | Minimal Weight Gain |
| 90 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | Safety and Tolerability |
| 91 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 02/07/2002 22:47 | Sit down Call | Discussed possibility of case study presentation. Both agreed to participate and bring case. Seemed very interested to discuss Seroquel efficacy in comparison with other atypicals. | Seroquel | Seroquel Efficacy |
| 92 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/07/2002 16:27 | Sit down Call | Discussed increase in prolactin levels w risperidone. Upset at Jannsen. CVA. | Seroquel | Dosing and Titration |
| 93 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/07/2002 16:27 | Sit down Call | Discussed increase in prolactin levels w risperidone. Upset at Jannsen. CVA. | Seroquel | EPS Differentiation |
| 94 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/07/2002 16:27 | Sit down Call | Discussed increase in prolactin levels w risperidone. Upset at Jannsen. CVA. | Seroquel | Safety and Tolerability |
| 95 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/07/2002 16:27 | Sit down Call | Discussed increase in prolactin levels w risperidone. Upset at Jannsen. CVA. | Seroquel | Seroquel Efficacy |
| 96 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/18/2002 01:10 | Sit down Call | Discussed EPS with risperidone. Used CVA to demonstrate EPS profile. | Seroquel | Dosing and Titration |
| 97 | 654541004 | Nodal Jr , Guido F | Physician | 900 W 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 03/18/2002 01:10 | Sit down Call | Discussed EPS with risperidone. Used CVA to demonstrate EPS profile. | Seroquel | EPS Differentiation |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 179 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/22/2002 14:48 | Sit down Call | Discussed nursing home pt Says that at least 15 pts are on Seroquel b/c of safety | Seroquel | Accepted! - Safety and Tolerability |
| 180 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/22/2002 14:48 | Sit down Call | Discussed nursing home pt Says that at least 15 pts are on Seroquel b/c of safety | Seroquel | Well! - Seroquel Efficacy |
| 181 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/22/2002 14:48 | Sit down Call | Discussed nursing home pt Says that at least 15 pts are on Seroquel b/c of safety | Seroquel | Well! Accepted! - Dosing and Titration |
| 182 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 08/22/2002 14:48 | Sit down Call | Discussed nursing home pt Says that at least 15 pts are on Seroquel b/c of safety. | Seroquel | Well! Accepted! - Elderly |
| 183 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 08/22/2002 15:44 | Sit down Call | Tri-Colr Pen and OBRA Guidlines Agreed to a Preceptorship in two weeks Says his Schizo patients do nort respond well to Seroquel but has 15 patients on Seroquel at Susana Wesley | Seroquel | Accepted! - EPS Differentiation |
| 184 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 08/22/2002 15:44 | Sit down Call | Tri-Colr Pen and OBRA Guidlines Agreed to a Preceptorship in two weeks Says his Schizo patients do nort respond well to Seroquel but has 15 patients on Seroquel at Susana Wesley | Seroquel | Well! - Seroquel Efficacy |
| 185 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 08/22/2002 15:44 | Sit down Call | Tri-Colr Pen and OBRA Guidlines Agreed to a Preceptorship in two weeks Says his Schizo patients do nort respond well to Seroquel but has 15 patients on Seroquel at Susana Wesley | Seroquel | Well! Accepted! - Dosing and Titration |
| 186 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 08/22/2002 15:44 | Sit down Call | Tri-Colr Pen and OBRA Guidlines Agreed to a Preceptorship in two weeks Says his Schizo patients do nort respond well to Seroquel but has 15 patients on Seroquel at Susana Wesley | Seroquel | Well! Accepted! - Elderly |
| 187 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/10/2002 00:00 | Sit down Call | Discussed Zyprexa's weight issue | Seroquel | Accepted! - Favorable Weight Profile |
| 188 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/10/2002 00:00 | Sit down Call | Discussed Zyprexa's weight issue | Seroquel | Accepted! - Safety and Tolerability |
| 189 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/10/2002 00:00 | Sit down Call | Discussed Zyprexa's weight issue | Seroquel | Well! - Seroquel Efficacy |
| 190 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 09/10/2002 00:00 | Sit down Call | Discussed Zyprexa's weight issue | Seroquel | Well! Accepted! - Dosing and Titration |
| 191 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 10/03/2002 00:00 | Sit down Call | 3 Penlights Using lots | Seroquel | Accepted! - EPS Differentiation |
| 192 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 10/03/2002 00:00 | Sit down Call | 3 Penlights Using lots | Seroquel | Well! Accepted! - Dosing and Titration |
| 193 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Lopezdequeralta, Abelardo L | 10/03/2002 00:00 | Sit down Call | 3 Penlights Using lots | Seroquel | Well! Accepted! - Elderly |
| 194 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 10/10/2002 00:00 | Sit down Call | Discussed Seroquel efficacy as first line. Both agreed that it is safest med in market | Seroquel | Accepted! - EPS Differentiation |
| 195 | 654541004 | Nodal Jr, Guido F | Physician | 900 W. 49 St #503 | Hialeah | FL | 33012 | Vazquez, Manuel L | 10/10/2002 00:00 | Sit down Call | Discussed Seroquel efficacy as first line. Both agreed that it is safest med in market | Seroquel | Accepted! - Favorable Weight Profile |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 771 | REDACTED | | | | | | | | | | | | |
| 772 | | | | | | | | | | | | | |
| 773 | | | | | | | | | | | | | |
| 774 | | | | | | | | | | | | | |
| 775 | | | | | | | | | | | | | |
| 776 | | | | | | | | | | | | | |
| 777 | | | | | | | | | | | | | |
| 778 | | | | | | | | | | | | | |
| 779 | | | | | | | | | | | | | |
| 780 | | | | | | | | | | | | | |
| 781 | | | | | | | | | | | | | |
| 782 | | | | | | | | | | | | | |
| 783 | | | | | | | | | | | | | |
| 784 | | | | | | | | | | | | | |
| 785 | | | | | | | | | | | | | |
| 786 | | | | | | | | | | | | | |

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 805 | REDACTED | | | | | | | | | | | | |
| 806 | | | | | | | | | | | | | |
| 807 | | | | | | | | | | | | | |
| 808 | | | | | | | | | | | | | |
| 809 | | | | | | | | | | | | | |
| 810 | | | | | | | | | | | | | |
| 811 | | | | | | | | | | | | | |
| 812 | | | | | | | | | | | | | |
| 813 | | | | | | | | | | | | | |
| 814 | | | | | | | | | | | | | |
| 815 | | | | | | | | | | | | | |
| 816 | | | | | | | | | | | | | |
| 817 | | | | | | | | | | | | | |

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 1030 | REDACTED | | | | | | | | | | | | |
| 1031 | | | | | | | | | | | | | |
| 1032 | | | | | | | | | | | | | |
| 1033 | | | | | | | | | | | | | |
| 1034 | | | | | | | | | | | | | |
| 1035 | | | | | | | | | | | | | |
| 1036 | | | | | | | | | | | | | |
| 1037 | | | | | | | | | | | | | |
| 1038 | | | | | | | | | | | | | |
| 1039 | | | | | | | | | | | | | |
| 1040 | | | | | | | | | | | | | |
| 1041 | | | | | | | | | | | | | |
| 1042 | | | | | | | | | | | | | |