# EXHIBIT 12

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Former SNAP User | 05/31/2000 00:00 | Appt - Sit Down Detail | last goodbye | | |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Nolden, Elena Lepri | 12/18/2000 11:25 | Stand-Up Call | Doc was out today Had Jill PA sign for samples Hope it goes thru Went over United coverage with her. NT:/ Nexium | | |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Nolden, Elena Lepri | 07/03/2001 15:18 | Stand-Up Call | | | |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Morse, Carlton | 09/19/2001 14:17 | Stand-Up Call | | | |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Morse, Carlton | 10/26/2001 10:51 | Stand-Up Call | | | |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 01/24/2002 10:55 | Business Solutions | zomig zmt-left bags for samples and gave him slim jim for seroquel safety profile | Seroquel | EPS Differentiation |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 01/24/2002 10:55 | Business Solutions | zomig zmt-left bags for samples and gave him slim jim for seroquel safety profile | Seroquel | Minimal Weight Gain |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 01/24/2002 10:55 | Business Solutions | zomig zmt-left bags for samples and gave him slim jim for seroquel safety profile. | Seroquel | Safety and Tolerability |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | Dosing and Titration |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | EPS Differentiation |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | Elderly |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | Minimal Weight Gain |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | Safety and Tolerability |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 02/27/2002 12:45 | Lunch and Learn | zomig-efficacy; seroquel dosing, safety, efficacy | Seroquel | Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Artache, Denise | 04/09/2002 00:00 | Stand-Up Call | ZMT anytime, anywhere. Serpoquel efficacy/dosing. | Seroquel | Dosing and Titration |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Artache, Denise | 04/09/2002 00:00 | Stand-Up Call | ZMT anytime, anywhere. Serpoquel efficacy/dosing | Seroquel | Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Fitzgerald, Keri H | 04/09/2002 11:29 | Business Solutions | zomig efficacy-seroquel efficacy | Seroquel | Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Artache, Denise | 05/30/2002 14:23 | Lunch and Learn | discussed zomig pre-menses and upon awakening and formulary issues. Seroquel Merck-Medco | Seroquel | Merck-Medco Pull Through |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Artache, Denise | 05/30/2002 14:23 | Lunch and Learn | discussed zomig pre-menses and upon awakening and formulary issues. Seroquel Merck-Medco. | Seroquel | Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/08/2002 00:00 | Stand-Up Call | was pleased to hear about ser--is more apt to use zyp or risp as he is more comfortable--agreed to think about ser for pd--lbd and/or residents w/ se's from other antipsychotics | Seroquel | Accepted! - EPS Differentiation |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/08/2002 00:00 | Stand-Up Call | was pleased to hear about ser--is more apt to use zyp or risp as he is more comfortable--agreed to think about ser for pd--lbd and/or residents w/ se's from other antipsychotics | Seroquel | Well! - Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/08/2002 00:00 | Stand-Up Call | was pleased to hear about ser--is more apt to use zyp or risp as he is more comfortable--agreed to think about ser for pd--lbd and/or residents w/ se's from other antipsychotics | Seroquel | Well! Accepted! - Dosing and Titration |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/08/2002 00:00 | Stand-Up Call | was pleased to hear about ser--is more apt to use zyp or risp as he is more comfortable--agreed to think about ser for pd--lbd and/or residents w/ se's from other antipsychotics | Seroquel | Well! Accepted! - Elderly |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/30/2002 00:00 | Stand-Up Call | agreed to come to dinner program this evening with Dr Potomski's group---said he knows that ser has better safety profile but I get the impression it is not his first choice--hopefully dr allen will convince him to use more often | Seroquel | Accepted! - EPS Differentiation |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/30/2002 00:00 | Stand-Up Call | agreed to come to dinner program this evening with Dr Potomski's group---said he knows that ser has better safety profile but I get the impression it is not his first choice--hopefully dr allen will convince him to use more often | Seroquel | Accepted! - Safety and Tolerability |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/30/2002 00:00 | Stand-Up Call | agreed to come to dinner program this evening with Dr Potomski's group---said he knows that ser has better safety profile but I get the impression it is not his first choice--hopefully dr allen will convince him to use more often | Seroquel | Well! - Seroquel Efficacy |
| 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 07/30/2002 00:00 | Stand-Up Call | agreed to come to dinner program this evening with Dr Potomski's group---said he knows that ser has better safety profile but I get the impression it is not his first choice--hopefully dr allen will convince him to use more often | Seroquel | Well! Accepted! - Elderly |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 29 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 08/14/2002 11:31 | Stand-Up Call | claims to have 12+ ps on seroquel the majority in the NH--Nasrallah pg202--dosing--says he read that biochemist are getting closer to a cure for schiz--we both agreed that would be a good thing | Seroquel | Accepted! - EPS Differentiation |
| 30 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 08/14/2002 11:31 | Stand-Up Call | claims to have 12+ ps on seroquel the majority in the NH--Nasrallah pg202--dosing--says he read that biochemist are getting closer to a cure for schiz--we both agreed that would be a good thing | Seroquel | Well Accepted! - Dosing and Titration |
| 31 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 08/14/2002 11:31 | Stand-Up Call | claims to have 12+ ps on seroquel the majority in the NH--Nasrallah pg202--dosing--says he read that biochemist are getting closer to a cure for schiz--we both agreed that would be a good thing | Seroquel | Well Accepted! - Elderly |
| 32 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 09/16/2002 00:00 | Stand-Up Call | dosing and OBRA Guidelines--NEXT TIME--give copy of OBRA | Seroquel | Well Accepted! - Elderly |
| 33 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Artache, Denise | 09/18/2002 00:00 | Lunch and Learn | Discussed convenience of ZMT and how acceptable it is to pts  Left blister pack holders  Discussed Seroquel dosing strategies | Seroquel | Well Accepted! - Dosing and Titration |
| 34 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Cocherell, Rhonda | 10/04/2002 00:00 | Tutorials | R: tutorial w/ Ragsdale | | |
| 35 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 10/30/2002 00:00 | Gatekeeper | already left for the day | | |
| 36 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/01/2002 00:00 | Stand-Up Call | OBRA Guidelines--benefits of ser in elderly---dosing titration and target dosing---both were pleased with the information--Met Mary Norris--new NP that will also be doing NH's-- | Seroquel | Accepted! - EPS Differentiation |
| 37 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/01/2002 00:00 | Stand-Up Call | OBRA Guidelines--benefits of ser in elderly---dosing titration and target dosing---both were pleased with the information--Met Mary Norris--new NP that will also be doing NH's-- | Seroquel | Accepted! - Safety and Tolerability |
| 38 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/01/2002 00:00 | Stand-Up Call | OBRA Guidelines--benefits of ser in elderly---dosing titration and target dosing---both were pleased with the information--Met Mary Norris--new NP that will also be doing NH's-- | Seroquel | Well! - Seroquel Efficacy |
| 39 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/01/2002 00:00 | Stand-Up Call | OBRA Guidelines--benefits of ser in elderly---dosing titration and target dosing---both were pleased with the information--Met Mary Norris--new NP that will also be doing NH's-- | Seroquel | Well Accepted! - Dosing and Titration |
| 40 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/01/2002 00:00 | Stand-Up Call | OBRA Guidelines--benefits of ser in elderly---dosing titration and target dosing---both were pleased with the information--Met Mary Norris--new NP that will also be doing NH's-- | Seroquel | Well Accepted! - Elderly |
| 41 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/20/2002 00:00 | Stand-Up Call | mary said that she was very comfortable with ser and will not hesitate to write antipsychotics, if necessary--most are written by Joyce Brady---they all agreed that Joyce uses a lot of ser---discussed eps and safety and tolerability--first line for most vulnerable---great first line choice for all elderly  as they are much more vulnerable to eps | Seroquel | Accepted! - EPS Differentiation |
| 42 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/20/2002 00:00 | Stand-Up Call | mary said that she was very comfortable with ser and will not hesitate to write antipsychotics, if necessary--most are written by Joyce Brady---they all agreed that Joyce uses a lot of ser---discussed eps and safety and tolerability--first line for most vulnerable---great first line choice for all elderly  as they are much more vulnerable to eps... | Seroquel | Accepted! - Safety and Tolerability |
| 43 | 402331002 | Ragsdale, Vernice Denny | Physician | 1747 Evans Rd Ste 103 | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 11/20/2002 00:00 | Stand-Up Call | mary said that she was very comfortable with ser and will not hesitate to write antipsychotics, if necessary--most are written by Joyce Brady---they all agreed that Joyce uses a lot of ser---discussed eps and safety and tolerability--first line for most vulnerable---great first line choice for all elderly  as they are much more vulnerable to eps... | Seroquel | Well! - Seroquel Efficacy |