EXHIBIT 13

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 07/10/2002 00:00 | Sit down Call | Discussed Kapur paper-fast dissociation  Has been out of prescribing for awhile  Discussed efficacy and safety profile, dosing and strengths | Seroquel | Accepted! - EPS Differentiation |
| 3 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 07/10/2002 00:00 | Sit down Call | Discussed Kapur paper-fast dissociation  Has been out of prescribing for awhile  Discussed efficacy and safety profile, dosing and strengths. | Seroquel | Accepted! - Safety and Tolerability |
| 4 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 07/10/2002 00:00 | Sit down Call | Discussed Kapur paper-fast dissociation  Has been out of prescribing for awhile  Discussed efficacy and safety profile, dosing and strengths | Seroquel | Well! - Seroquel Efficacy |
| 5 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 08/06/2002 15:06 | Stand-Up Call | quick reminder to go higher on the doses  Says Seroquel working well for her. | Seroquel | Well! - Seroquel Efficacy |
| 6 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 08/06/2002 15:06 | Stand-Up Call | quick reminder to go higher on the doses  Says Seroquel working well for her. | Seroquel | Well! Accepted! - Dosing and Titration |
| 7 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 08/21/2002 13:38 | Lunch and Learn | Discussed pt conversion to Seroquel and appropriate dosing | Seroquel | Well! - Seroquel Efficacy |
| 8 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 08/21/2002 13:38 | Lunch and Learn | Discussed pt conversion to Seroquel and appropriate dosing | Seroquel | Well! Accepted! - Dosing and Titration |
| 9 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 10/14/2002 00:00 | Sit down Call | Revisited dosing strategies for switching pts to Seroquel | Seroquel | Well! Accepted! - Dosing and Titration |
| 10 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 11/06/2002 11:50 | Sit down Call | Discussed Villegan's paper and imp of going higher on the dose for better cognitive improvement. Drs finding conversions useful. | Seroquel | Accepted! - Safety and Tolerability |
| 11 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 11/06/2002 11:50 | Sit down Call | Discussed Villegan's paper and imp of going higher on the dose for better cognitive improvement  Drs finding conversions useful | Seroquel | Well! - Seroquel Efficacy |
| 12 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 11/06/2002 11:50 | Sit down Call | Discussed Villegan's paper and imp of going higher on the dose for better cognitive improvement  Drs finding conversions useful | Seroquel | Well! Accepted! - Dosing and Titration |
| 13 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 01/29/2003 11:28 | Sit down Call | Discussed efficacy at higher doses  Drs say S working well  Spoke w/ RPh-they finally have samps | Seroquel | Well! - Seroquel Efficacy |
| 14 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 03/05/2003 00:00 | Lunch and Learn | R: Dosing and titration- her experience has been inheriting pts on seroquel and has started to Rx it herself  NT: Need to find out if she really is comfortable Rxing Seroquel and the dosing schedule. | Seroquel | Well! - Seroquel Efficacy |
| 15 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 03/05/2003 00:00 | Lunch and Learn | R: Dosing and titration- her experience has been inheriting pts on seroquel and has started to Rx it herself  NT: Need to find out if she really is comfortable Rxing Seroquel and the dosing schedule. | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 16 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 03/05/2003 13:51 | Lunch and Learn | Discussed dosing at higher doses for better long term efficacy. Also discussed titration schedule | Seroquel | Well! - Seroquel Efficacy |
| 17 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 03/05/2003 13:51 | Lunch and Learn | Discussed dosing at higher doses for better long term efficacy. Also discussed titration schedule. | Seroquel | Well! Accepted! - Dosing and Titration |
| 18 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Artache, Denise | 03/12/2003 11:27 | Sit down Call | Dr. Mosher set in his ways re: weight gain issue and S. Did not want pocket PDR. Dr V: reminder to increase dose. Nancy: she may start going to the geriatric unit at CoC half a day. Wanted pocket PDR. | Seroquel | Well! - Seroquel Efficacy |
| 19 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Accepted! - EPS Differentiation |
| 20 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Accepted! - Favorable Weight Profile |
| 21 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Accepted! - Safety and Tolerability |
| 22 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Well! - Seroquel Efficacy |
| 23 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Well! Accepted! - Dosing and Titration |
| 24 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Lopiccolo, Bonnie J | 04/16/2003 00:00 | Lunch and Learn | with Tracey Adams---send PIR bipolar | Seroquel | Well! Accepted! - Elderly |
| 25 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 04/16/2003 13:41 | Lunch and Learn | | Seroquel | Accepted! - EPS Differentiation |
| 26 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 04/16/2003 13:41 | Lunch and Learn | | Seroquel | Accepted! - Favorable Weight Profile |
| 27 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 04/16/2003 13:41 | Lunch and Learn | | Seroquel | Accepted! - Safety and Tolerability |
| 28 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 04/16/2003 13:41 | Lunch and Learn | | Seroquel | Well! - Seroquel Efficacy |
| 29 | 1061831010 | Thompson, Nancy | Nurse Practitioner | 2020 Commerce Drive | Melbourne | FL | 32904 | Adams, Tracy | 04/16/2003 13:41 | Lunch and Learn | | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_D FLYER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | |