# EXHIBIT 2

# PROGRESS NOTE

NAME: Janice Ashby-Burns 
DATE: 01/13/06

SUBJECTIVE
Ms. Burns is in for a scheduled medication followup. She is accompanied by a friend of hers, a nurse who works at HealthSouth. The friend provides quite a bit of information. Ms. Burns had previously told me that she had suspected that her daughter and her son-in-law were drugging her with some of her medication to make her feel incapacitated. The friend tells me that she believes that, in fact, to be true because of the differences she has seen in Janice at different times. In any event, Ms. Burns has now moved out of her house and is living with this friend or another friend. She states it's very inconvenient for her, but that's what she has to do right now. She is around members of her church community and they are all very supportive of her. Ms. Burns has obtained a restraining order against her daughter and the daughter's boyfriend, and has also served an eviction notice on them as they are actually living in her house but would not leave.

Ms. Burns tells me that one of her problems right now is her concern about how she's going to get her medications. The problem is that she's on a number of medications that include insulin, Novolin-N, Glucophage XR, Ritalin, Valium 10 mg, Neurontin, Cymbalta, metoprolol, prednisone, Advair Diskus, Nexium, Dyazide, Synthroid, Mavik, and Combivent inhaler. She states even with the Medicare D, these are going to end up being way too expensive for her. She states that in the past because she did not have any drug coverage she was getting medications from the companies and that was helping her out a great deal, but she has gotten letters from them that they are not going to continue to provide that because she's eligible for Medicare D. Ms. Burns reports that her neuropathic pain is worse. She only has a few Neurontin pills left and is using those on a limited basis. She tells me though that overall now that she is out of the house and is on her medications correctly, she's feeling much better, more alert, and denies having any suicidal thoughts.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. Physically, she does look and sound better than I've seen her before. Her eye contact is good. Speech is fluent, goal-directed. Movements are of normal rate; there is no tremor. Her mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 55

PLAN
1. She is to continue taking the medicines she is taking right now which include Ritalin 20 mg t.i.d.
2. Seroquel has been discontinued.
3. Valium 5 to 10 mg t.i.d. p.r.n.

(continued)

PROGRESS NOTE (continued)...

NAME: Janice Ashby-Burns

DATE: 01/13/06

PLAN (continued)...

4. She had been taking Cymbalta but has not been able to take that due to not being able to afford it. Unfortunately, right at the moment I have no samples of that either.
5. Followup with me in about one month; call sooner if needed. I also advised her friend that she could call me if she was worried about anything. Both expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

Caller Lisa Shelton Phone [redacted] Phone

Pharmacy Pharmacy Phone

REGARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

MESSAGE:

Pls Call - mom wont wake-up! [illegible]

Date 12/14/05 Time 1:15 By

RESPONSE:

[illegible] ER [illegible]

By [illegible]

PROBLEM

DATE OF RESPONSE [illegible] 05

#20240 — Medical Arts Press 1-800-328-2179

## PATIENT PHONE CALL

URGENT ☐ Yes ☐ No

Message For DrB

Patient's Name Jan Burns Age Weight

Caller Home Phone [redacted] Work Phone

Pharmacy Pharmacy Phone

REGARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

MESSAGE:

Pls Call! sd she thinks she had a mini stroke - told her to Call her Doctor - she sd he would blow her off - c/o [illegible]

Date 12/8/05 Time 1120 By

RESPONSE:

[illegible]

By [illegible]

PROBLEM

DATE OF RESPONSE

CONFIDENTIAL

JBURNS/DR.JOHNBILLINGSLEY/00030

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 11/17/05

SUBJECTIVE

Ms. Burns is in for a scheduled medication followup. She tells me she's not doing as well. She primarily today discusses the new Medicare Part D Prescription Benefit Plan. It seems that she has checked into a number of different sources for that and finds that because of her income, the medication she is on is actually going to cost her a great deal more than what she's paying right now. Now she is qualifying for some of the Drug Assistance Programs which she has learned will be ending when Medicare Part D is implemented in January. Nevertheless, if she has to spend her money for medication even at the reduced prices, because many of her medications are going to be upper tier medications and some will not be covered at all, she is going to end up spending a considerable amount of money, which will not leave her enough to really live on. She states she doesn't know what she's going to do at that point other than just not take medication. I discussed with her that there are still a lot of issues about that benefit up in the air and not to panic on that until we give it a little more time to see what's going to happen with that. I also discussed with her that we may be able to change some of her medications to less expensive medicines that work as well. In fact, we're going to try substituting diazepam for the Tranxene.

OBJECTIVE

Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, and well organized. I think she's doing better with that today than she did the last time. My recollection is that in the past she had a little more trouble staying organized. Movements are slow, but there is no tremor. Mood is depressed and worried about the future. Affect is congruent with mood. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation, but tells me that she has told her daughter that if she has a stroke or some other serious incident like that, that she does not want to go to the hospital and be resuscitated because she does not want to live as a vegetable. Her insight and judgement are good.

ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 60

PLAN

1. Cymbalta 120 mg a day.
2. Ritalin 20 mg three times a day.
3. Seroquel 200 mg at night.
4. Discontinue Tranxene.
5. Valium 5 to 10 mg t.i.d. p.r.n.
6. Followup with me in one month; call sooner if needed. Will try decreasing her Cymbalta later and as noted above, I encouraged her to continue to look into the drug benefit and following that to see if it's not going to actually end up being a bit better than she thought. Patient expressed understanding of the treatment plan, although skepticism about the drug benefit.

John R. Billingsley, M.D.

JRB/lml

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 10/18/05

SUBJECTIVE
Ms. Burns is in for a scheduled medication followup. She had to be rescheduled from the time that I was out of the office on medical leave. She expressed a great deal of concern about my welfare. She states that the past month has been very difficult for her, that she has had some suicidal thoughts. This seems to be due to stress from a couple of causes. The primary one she states is the fact that she has had the cognitive changes and change in personality that has occurred since the time of her suicide attempt when she had a period of hypoxemia. She states it was brought more forcefully to her attention recently when her daughter went out of town and arranged for someone to "babysit" her. The person turned out to be a totally unreliable person anyway and ended up with Janice throwing them out of the house. She states though that she recognizes that she is not as reliable about doing things as she was, that she was formerly a very high-functioning nurse and feels that her capacity to do things has just continued to drop. Another issue that caused her a great deal of distress had to do with an intervention she felt she had to take in terms of a person who she had been friends with. I'm not going to go into the details of that, but it was a fairly messy situation. She states that she has stayed on her medication and she's starting to do a little bit better now.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well. Physically, she is looking very well. Her eye contact is good. Speech is fluent, goal-directed, normal rate and rhythm. Movements are of normal rate; there is no tremor. Her mood is on the depressed side. Affect is congruent with mood. She is alert and oriented. Thoughts are goal-directed. She has had suicidal thoughts but no plan, intent, or attempt. She denies hallucinations. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 60

PLAN
1. Cymbalta 120 mg a day.
2. Ritalin 20 mg three times a day.
3. Seroquel 200 mg at night.
4. Tranxene 3.75 mg not to exceed five her day.
5. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan. Ms. Burns also expressed to me that the woman who was there to supposedly basically provide care for her in her daughter's absence appears to have stolen some of her medication, but she is not sure exactly what she started with and so she cannot tell me the amounts.

John R. Billingsley, M.D.
JRB/lml

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 06/28/2005

SUBJECTIVE
Ms. Burns is in for a scheduled followup. She tells me that the major problem she notes right now is that she cannot seem to find the right words for things. She states this gets very embarrassing for her. She states she used to have a very good vocabulary and now she cannot thinks of words. She gives me the example of trying to think of the word "deodorant" but needing to say "the stuff you put under your arms." She states that then later that day or the next day the word may come to her. She is having a lot of trouble with concentration, is not reading, cannot watch TV shows unless they are just the kind of show like a sit com that you really don't have to pay attention to. She's had a lot of trouble with her mouth; had to get a second mortgage on her house to get some dental work done; feels like she's having a flare-up of fibromyalgia in her mouth because she has pain in her jaws and all of her teeth. She states she went off the Seroquel at one point because she felt she was having some movement disorder due to it, but got worse pain in her hip with that, went up to 100 mg and then subsequently to 200 mg, which does help her sleep better and helps the pain in her hip. She tells me that the Cymbalta does seem to help her mood, but did not appreciably help her neuropathy. She states her doctor keeps wanting her to increase the Neurontin, but when she does it makes her feel drunk.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed; she does sometimes seem to have a little trouble thinking of a word, but that's never a major problem. There is one time where she loses her place and I have to remind her of where she had left off. Her movements are a bit slowed; there is mild tremulousness of her hands. Her mood is depressed. Affect is congruent with mood. She is alert and oriented. Her thoughts are generally goal-directed. She tells me that she has had some suicidal thoughts, but no plan or intent of harming herself. She states these tend to increase when her pain increases. There are no hallucinations. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 60

PLAN
1. Cymbalta 120 mg a day.
2. Ritalin 20 mg three times a day.
3. Seroquel continue the 200 mg at night.
4. Tranxene 3.75 mg not to exceed five per day.
5. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 05/19/2005

SUBJECTIVE
Ms. Burns is in for a scheduled followup. She tells me that she's had a rough month. One thing is that she had to get rid of her boat. She just couldn't afford it anymore and actually donated it to PCMI because they had done quite a bit to help her daughter when she was there. She tells me that she's having pain, that if she takes enough Neurontin to really help the pain then it knocks her out to the point that she cannot enjoy doing things. I had started her on Cymbalta and she reports that she thinks it did help some, but not as much as she would like. She continues to have respiratory problems. She is continuing to see Dr. Randles once a week for manipulation, which is very helpful in terms of the fibromyalgia. She states she's been taking the Seroquel 200 mg but thinks she's going to have to move it up a little higher because when it was higher it did help with the pain. She tries to avoid taking her Ultracet and Lortab unless she really has to. I discussed with her that she might want to try using those more regularly, particularly the Ultracet. I advised her that the dose of Cymbalta for diabetic peripheral neuropathy, which she has, is 120 mg a day, so we can go ahead and increase to that. She cannot afford the medication and we're going to try to get that for her on the Drug Assistance Program.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well. She's a little more subdued than her norm. Her eye contact is good. Speech is fluent, goal-directed, but brief and soft in volume. Movements are slowed, but there are no abnormal movements noted. Mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 296.35, Major Depression, Recurrent, in Partial Remission
309.81, Posttraumatic Stress Disorder
Axis V: Current GAF – 62

PLAN
1. Increase Cymbalta to 120 mg a day.
2. Ritalin 20 mg three times a day.
3. Seroquel she may increase up to as much as 400 mg at night.
4. Tranxene 3.75 mg, not to exceed five per day.
5. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 04/21/2005

**SUBJECTIVE**
Ms. Burns is in for a scheduled followup. She tells me that it's been a bad two months for her. She had a problem where she was feeling like she was drunk all the time although she had not had any alcohol and it took her a while, but she finally figured out that the Neurontin she was on for her peripheral neuropathy was causing the problem. She has cut the dose of that back and is doing better. Another problem she had was that she had her H&H go down to about 7.0 and 23.0. She states she was scoped, they found some polyps, and found that she had severe gastritis. She is still having some bleeding and is going to go back in and have that checked again. She does tell me that she thought about what I had talked to her about the last time regarding trying to find a place where she can swim and she states that she realizes that every year when it does get to where she can get out and swim that she does do much better. She called the college and found out they have a program where for $60 a semester she can have use of the pool and hot tub at times other than when there are classes. There is also a specific program and she is looking forward to getting involved with that. She is continuing her medications but states that she has to tell me she is not taking the Prozac because she simply could not afford it. Most of the medicines that she takes now she is able to get through some assistance program or samples. I discussed with her that it's possible that with her peripheral neuropathy that Cymbalta might be of benefit as it is indicated for diabetic peripheral neuropathy, as well as depression. She is willing to give that a try.

**OBJECTIVE**
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Her speech is a bit soft, but is fluent and goal-directed. Her movements are a little slow, but there is no tremor. Mood is mildly depressed. Affect is appropriate; generally normal range and intensity. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

**ASSESSMENT**
Axis I: 309.81, Posttraumatic Stress Disorder
296.32, Major Depression, Recurrent, Moderate
Axis V: Current GAF – 62

**PLAN**
1. I'm going to have her stay off the Prozac since she's already stopped that.
2. Will have her start Cymbalta 30 mg a day for a week and then increase to 60 mg a day. Once she gets up to the 60 mg a day, I'm going to have her cut her Effexor back to just 150 mg and then will continue to taper that down.
3. She should continue her Ritalin 20 mg t.i.d.
4. Seroquel 200 mg at night.
5. Tranxene 3.75 mg not to exceed five per day.
6. Followup with me in about one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.
JRB/lml

PROGRESS NOTE

NAME: Janice Ashby-Burns

DATE: 03/17/2005

SUBJECTIVE

Ms. Burns is in for a scheduled followup. She tells me that she's a little groggy this morning due to a hangover effect from Flexeril she took. She tells me that basically since December she's been pretty miserable. She was hospitalized once for dehydration and also found to have pneumonia. While she was in the hospital, it was also discovered that she was bleeding from her stomach. She believes that the reason for the exacerbation of the pain was that she had a very minor traffic accident, really just a slight fender-bender, but that seems to have triggered an episode. She states that if she goes and gets manipulation, she feels better for a few days and she feels that if she could get those multiple times per week that she could do pretty well. She's also had a great deal of pain in her foot with her foot swelling up. She states it's been determined that it's not gout, but it is very painful. She also has pain in her right knee and her left hip. They live in a two-story house and the bedrooms are all upstairs, and that's very difficult for her just trying to get up and down the stairs multiple times per day. She states that she also does a lot better if she can swim regularly, but she's having difficulty finding places to swim right now.

She also tells me that at one point she feels that she had developed some EPS with the Seroquel. She went off of it, the EPS resolved, she went back on it, and is now up to 200 mg again. That's not really as effective in helping her sleep. She did tell me though that at one point she had some nausea and vomiting and may have been on medication for that but she cannot remember the exact time frame for that, so it's possible that it was actually that medication such as Phenergan or Compazine that may have actually caused the movement problems. In any event, I recommended that she go ahead and slowly titrate the Seroquel up and if she had any problems, to stop it again and give me a call.

OBJECTIVE

Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well. She does appear tired today and not quite as outgoing as usual. Her speech though is fluent, goal-directed, soft in volume. Movements are slow and she is limping. Her mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT

Axis I: 296.32, Major Depression, Recurrent, Moderate
309.81, Posttraumatic Stress Disorder

Axis V: Current GAF – 62

PLAN

1. Prozac 40 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 200 mg and increase as discussed above.
4. Tranxene 3.75 mg, not to exceed five per day.

(continued)

PROGRESS NOTE (continued)...

NAME: Janice Ashby-Burns
DATE: 03/17/2005

Page 2

PLAN (continued)...

5. Effexor XR 225 mg a day.
6. I discussed with her that I believe there is a pool that is opened to the public at least sometimes at Gulf Coast Community College and she is going to check on that.
7. Followup with me in about one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 01/18/2005

SUBJECTIVE
Ms. Burns is in for a scheduled followup. She reports that it's been a rough month for her. She has been having more severe fibromyalgia over the past month to the point that she's had to start taking some pain medications which she really does not like to do. She also had a motor vehicle accident. It was not her fault. She was in a parking lot and someone backed into her. She has been having some episodes where she has periods of lost time. Her children have told her that and also that she is having more memory problems. She states she's gotten into the habit of writing notes for everything, putting them in her wallet, and then periodically reviewing them. Sleep is okay. She states she gets to sleep. She does wake up at times due to pain problems. She states the neuropathy is not as bad since she is on the Neurontin which seems to be working well. She has a lot of deep muscle pain and has been able to see Dr. Randles three days a week for manipulation, which is very helpful to her. She uses Ultracet and occasionally Lortab.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. She seems a little more relaxed and outspoken. Speech is fluent, goal-directed. Movements are a bit slowed, but otherwise normal. Mood is mildly depressed. Affect is appropriate; normal range and intensity. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 296.35, Major Depression, Recurrent, in Partial Remission
309.81, Posttraumatic Stress Disorder
Axis V: Current GAF – 72

PLAN
1. Prozac 40 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night and up to an additional 200 mg if needed.
4. She had to restart the Tranxene due to anxiety 3.75 mg, not to exceed five per day.
5. Effexor XR 225 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

CONFIDENTIAL

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 12/14/2004

SUBJECTIVE

Ms. Burns is in for a scheduled followup. She tells me that she has been able to taper off of her Tranxene, is having no problems with that, and has been able to cut her Seroquel back a little bit. She states she just doesn't want to have to take anymore medicine than necessary. She is taking her Ritalin regularly and her Effexor regularly. She says very interestingly that she takes care of a four-year-old and they play Concentration together. If she does not take her Ritalin, the four-year-old can win. If she does take her Ritalin, she wins. She also notes that with the Seroquel it still seems to provide quite a bit of relief for her hip pain. She states, in fact, that that's one of the reasons she's continuing to take it.

OBJECTIVE

Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, normal rate and rhythm, soft in volume, a little bit brief. Movements show a slight limp. Mood is generally good. Affect is appropriate; normal range and intensity. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT

Axis I: 296.35, Major Depression, Recurrent, in Partial Remission
309.81, Posttraumatic Stress Disorder

Axis V: Current GAF – 71

PLAN

1. Prozac 40 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night and up to an additional 200 mg if needed.
4. She has discontinued the Tranxene.
5. Effexor XR 225 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 11/04/2004

SUBJECTIVE
Ms. Ashby-Burns is in for a scheduled followup. She tells me that she has found that the Neurontin taking 600 mg, although it relieves her peripheral neuropathy well, makes her feel very "drunk." She states she just cannot tolerate it for that reason. She has tried taking 300 mg and that is helpful and she does not have as many side effects from it. She states she has had some suicidal thoughts occasionally, which she has not had in a while. Those are related to two issues. One is having negative thoughts about herself, thinking about how capable she used to be, being able to run an emergency room, things of that nature, and now is not even hardly able to take care of herself. The other issue is her daughter. Her daughter is having problems in her marriage. Her husband is a drinker. The daughter unloads on her mother, which gets her upset. Also, the daughter's husband sometimes yells at Janice and yelling is a trigger that causes flashbacks and gets her quite upset. Otherwise she still feels like overall she is doing fairly well.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is spontaneous, fluent, goal-directed, a little bit soft in volume. Movements are of normal rate; there is no tremor or other abnormal movements noted. Her mood is depressed and anxious. Affect is congruent with mood. She is alert and oriented. Thoughts are goal-directed. She denies symptoms of thought disorder. She has had suicidal thoughts, but denies any plan or intent to harm herself. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 71

PLAN
1. Prozac 40 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night and an additional 200 mg in the morning if needed.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n.
5. Effexor XR 225 mg a day.
6. I discussed therapy with her and she is going to try to get in and see Ms. Enzor. She states she feels like she needs a therapist that is more directive and I think Ms. Enzor would work well with that.
7. Followup with me in about one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 10/05/2004

SUBJECTIVE
Ms. Burns is in for a scheduled followup. She tells me that she had not been sleeping well for a while, but then last night slept very well. She states that her maternal aunt and uncle have contacted her. They confirmed her recollections of the abuse that she suffered and apologized for not having done something more to help her, although as Ms. Burns says, she realizes there was really not much that they could do since at the time of the abuse they were actually still children themselves. She states that that just helped her to further deal with the issues that took place. She has been taking her medications regularly and feels that the Ritalin has helped, but still has quite a bit of problem with distractibility and feels that she's not as smart as she used to be. She feels that that is probably at least in part due to the anoxia she suffered. I believe that's probably correct. She states she has gotten her breathing machine fixed and that's helpful to her. Overall she feels fairly positive.

OBJECTIVE
Ms. Burns is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, normal rate and rhythm. Movements are of normal rate; there are no abnormal movements noted. Mood is a little depressed. Affect is appropriate; congruent with mood. She does appear tired. She is alert and oriented though. Thoughts are goal-directed. She denies symptoms of thought disorder. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 74

PLAN
1. Prozac is now 40 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n. and she states she is now rarely using that.
5. Effexor XR 225 mg a day.
6. She no longer takes Wellbutrin. I had inadvertently put that in my last note, but she has been off that.
7. Followup with me in about one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 09/02/2004

**SUBJECTIVE**

Ms. Burns is in for a scheduled followup. She tells me that she doesn't know whether it's just been a good month or whether the medication is working better, but she has been feeling better. She states she's been wanting to get up and do things, is reading, is able to follow a TV program, and she has started playing around on the computer some. She states it's difficult for her to just sit around like she used to. She feels that's a combination of probably the Effexor, which is now at 225 mg a day, and the Ritalin, which she decided to start taking on a very regular basis. She states she's not having any side effects from the Ritalin and if anything, it seems like she is sleeping better. She tells me she's feeling very nervous and jittery today, but she just had a test on her pulmonary functions and had a methacholine challenge and that makes her feel more jittery. An area where she is having a little problem socially is with her church. The church is very important to her, but there's been some conflict with some of the members. She states she is thinking that she may need to join another church. This conflict has to do with comments others have made about her mental condition.

**OBJECTIVE**

Ms. Burns is neatly dressed and groomed. She has lost some weight. Speech is spontaneous, fluent, goal-directed, normal rate and rhythm. She overall is just looking perkier. In fact, when I go out to the waiting room to get her, she is looking at a magazine where typically she is just sitting there appearing to be asleep or just sitting. Her movements are a little slowed and with a mild tremor, which seems to be due to the previous test that she just had. Her mood is still a little down but improving. Affect is appropriate; she's pleasant and actually looks a bit on the cheerful side today. She is alert and oriented. Thoughts are goal-directed. There is no suicidal ideation insight and judgement are good.

**ASSESSMENT**

Axis I: 296.35, Major Depression, Recurrent, in Partial Remission
309.81, Posttraumatic Stress Disorder
Axis V: Current GAF – 71

**PLAN**

1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. ~~Wellbutrin SR 150 mg a day.~~ was stopped. [illegible]
6. Effexor XR 225 mg a day.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

[signature]
John R. Billingsley, M.D.

JRB/lml

PROGRESS NOTE

NAME: Janice Ashby-Burn
DATE: 07/29/2004

SUBJECTIVE
Janice is in for a scheduled followup. She reports that she is doing better. She states that the Effexor at 150 mg seems to be working for her. She is having some possible side effects of feeling that her muscles are jerking some. She is hopeful that that will go away with time. She states another reason she feels she might be doing better this month is that it's just been a calmer month. There were a lot more things going on last month and that was kind of overwhelming to her. She states her disability is being re-evaluated, that's causing her some stress, and she's starting to dream that she is working as a nurse again and that she knows what to do in different situations, but she just cannot go and do it. She says in reality she realizes she cannot go back to working as a nurse. She states that her daughter describes her as being "fragile" and I think in terms of her tolerance to stress and adversity right now, that's a pretty good description.

OBJECTIVE
She's neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, soft in volume. Movements are a little bit slowed, but otherwise normal. Her mood is mildly depressed. Affect is appropriate; she's smiling a little more than usual for her. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 296.35, Major Depression, Recurrent, in Partial Remission
309.81, Posttraumatic Stress Disorder
Axis V: Current GAF – 65

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Effexor XR 150 mg a day.
7. Will basically keep all of her medication the same for right now and she will followup with me in a month, but is to call sooner if needed. If she continues to do well, then we could look at eventually tapering down some of the medications. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

## PATIENT PHONE CALL

URGENT ☐ Yes ☐ No

ssage For Dr B

:ient's Name Jan Burns Age Weight

ler Home Phone [redacted] Work Phone

armacy Pharmacy Phone

GARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

ESSAGE:
sa Effexor is working- thinks
+ should be ↗ some, No side
affects'

ate 7.12.04 Time 10^20 By

RESPONSE:
OK to increase to
150 mg a day.

By [signature]

OBLEM

DATE OF RESPONSE 12 Jul 04

#20240 — Medical Arts Press 1-800-328-2179

CONFIDENTIAL

JBURNS/DR.JOHNBILLINGSLEY/00044

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 06/24/2004

SUBJECTIVE
Ms. Burns is in for a scheduled followup. She reports that she's had a bad month. She physically has been ill. She states for three weeks she had some very severe breathing problems and basically doing back-to-back breathing treatments. She states with that, she got a lot more irritable and had a loss of appetite. She states she's also having problems now in that she feels she just can't handle things as well as she used to. She talks about things going on and there have really been quite a bit. There have been some losses in her life with the loss of a dog that she had had for 14 years, some financial issues, the hot water tank exploding. Also, they have been caring for a nine-year-old child who has had some past abuse. That's someone that her daughter brought in, but it's been stressful on her. The child's grandmother is a good friend of Janice's and she feels like she's getting caught in the middle. She states she feels that if she could just forget and forgive things, that she would do better. We talked about that and the fact that I don't think that's something she's going to easily be able to do, certainly with some of the issues such as the legal case, and that perhaps she should look at one of the smaller things and focus more just on that. She also tells me that she has stopped going to her church group and I encouraged her do her best to become active in that again as that was a place where she could go and feel very comfortable and have someone to talk to. She tells me that she would like to try Effexor again, that she has a relative who is on it who is doing very well and he advised her that if she will just stick with it, that she could probably get through the side effects which was the reason for stopping it before.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, a little hesitant at times. Movements are of normal rate; there is no tremor or other abnormal movements noted. Mood is depressed. Affect is congruent with mood. She is tearful at a few points during the interview, but also shows a pretty good range of affect. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 55

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. I'm going to restart her on Effexor XR 37.5 mg a day and to stay on that until she's tolerating it well and then increase to 75 mg a day. Once we're sure she is tolerating the Effexor, then we'll try decreasing the Prozac.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.
JRB/lml

CONFIDENTIAL

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 05/11/2004

SUBJECTIVE
Ms. Ashby-Burns is in for a scheduled followup. She reports that things are just tending to go downhill for her right now. She states she's in a lot of pain. She has peripheral neuropathy from her diabetes, osteoarthritis, degenerative joint disease, and fibromyalgia. She states the pain worsens every evening and interferes with her sleep. Besides the pain, she states her sleep is disturbed by her CPAP machine and the fact that she's on diuretics and has to get up to go to the bathroom. Another stress for her is that she has been started on Neurontin for the neuropathy and it works, but she has been unable to really afford it. She is on a very limited fixed income and is not eligible for Medicaid. We discussed that and looked up some information, and it appears that she would be eligible for the Feizer Drug Card, which means that she could get her Ritalin for $15.00 a month. Additionally, she was stating that her doctor wanted to start her on Imipramine, but she called the drugstore and found out that it was very expensive. I looked that up and found that there's a source where she should be able to get a month's supply of the generic for about $15.00. She's going to check into both of those.

OBJECTIVE
Ms. Ashby-Burns is appropriately dressed and groomed. She does look very tired today. Speech is fluent, goal-directed, brief, soft in volume. Movements are slowed. Mood is depressed. Affect is congruent with mood and is constricted in range and intensity. She's alert and oriented. Thoughts are goal-directed. She denies active suicidal ideation, but expresses a great deal of hopelessness and a sort of "why go on like this" attitude. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 55

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Continue her other medications.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

CONFIDENTIAL
JBURNS/DR.JOHNBILLINGSLEY/00046

# PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 03/18/2004

**SUBJECTIVE**
Janice tells me that she is not doing real well, that she had a pretty bad month. She's had increased pain from her fibromyalgia and an increased number of visits for the trigger point injections. She feels better when she has the treatments, but she states she feels that she would need to get them every day to really stay under good control. She's on CPAP with supplement $O_2$. However, she has some problems with wearing the mask. She has tried a number of masks and none of them are tolerable to her. She tells me that Dr. Randles has been on her about that and tells her that she absolutely must use the mask and the supplemental oxygen. She states that he gave her a prescription for Ambien and told her to take that so that she could be sound asleep and tolerate the mask better. She tells me that during the day she has respiratory problems and has to frequently use her breathing treatments, and even with that when going to the doctor's office, her $pO_2$'s are below 90. She states that she feels that she is hooked to her CPAP, her glucometer, her respiratory treatments, and really doesn't like being a patient. She states that she is tired of being in pain. She is working hard though fighting against those things.

**OBJECTIVE**
She is appropriately dressed and groomed. She's polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed. Her movements and slowed, but there are no abnormal movements. Her mood is depressed. Affect is congruent with mood. It does not appear that she is doing as well as I have seen her. Nevertheless she does interact well. She's alert and oriented. Thoughts are goal-directed. She denies suicidal ideation.

**ASSESSMENT**
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 61

**PLAN**
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. She is to take her other medications as ordered by Dr. Randles and her other physicians.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

## PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 02/19/2004

SUBJECTIVE
Ms. Burns is in for a scheduled appointment. She reports that she is doing fairly well. She states that she has had some problems where she lives primarily as she is trying to make some contacts with the neighbors, but they just do not seem to want to have anything to do with her. She states though that she is staying busy, is going to church and is very involved with a group there, and that's been quite helpful to her. She is continuing to see Dr. Randles for manipulation treatment and that is going well. She tells me that she's been told she needs to be on supplemental oxygen. She really does not want to do that, stating that that basically is an indication to her that she is sick. She states she is doing okay without it just using her breathing treatments and would rather keep doing that.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, normal rate and rhythm. Her movements are a little slowed, but otherwise normal. Her mood she tells me is better. Affect is congruent with mood. She definitely looks better than I've seen her doing; smiles appropriately at times; just seems a little more relaxed. She's alert and oriented. Intellectual ability is estimated to be in the normal range. Recent and remote memories are intact by interview. She does complain of memory problems though. She states that she cannot read like she used to because it takes her three times as long to get through one page. She denies suicidal or homicidal ideation. She denies symptoms of thought disorder. Insight and judgement are good.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 64

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 01/15/2004

SUBJECTIVE

Ms. Burns reports that she notes an area where she's having a little more trouble and that is getting out of the house. She basically describes feeling when she goes out that she's having more anxiety, doesn't like being around people, gets very nervous with that – not really paranoid but kind of feels like they know things about what's going on with her. She states that she noticed that particularly when she went out with a nurse friend of hers. This friend wanted information about starting a psychiatric home health care service and asked Ms. Burns for her input. She feels badly that she had a reaction like that, but we talked about the fact that this person had also been involved at the same home health care agency, that they were talking about home health care policies, so I'm not at all surprised that there were what I think were really some flashback types of feelings about that. She does tell me that she has some good news and that is that she went to see Dr. Randles and he did some manipulation for her. He is a D.O. and provided very, very good relief of her pain. It's not extremely long-lasting, but she states she can go there in pain and after a session, will have at least several days where she is pretty much pain-free. He did start her on some Imipramine, but that was primarily for a spastic bladder problem.

OBJECTIVE

She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed. Movements are a bit slowed but otherwise normal. Her mood is depressed and anxious. Affect is congruent with mood, but she is brighter today. For the first time in a long time, I've actually seen her smiling some. She's alert and oriented. There is no suicidal ideation.

ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 60

PLAN

1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. ~~Trazodone~~ Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

[signature]
John R. Billingsley, M.D.
JRB/lml

# PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 12/04/2003

**SUBJECTIVE**
Ms. Burns is in for a scheduled followup. She reports that overall she is doing fairly well right now. She states that she's had some depression, but not as bad as what she had in the past. Her major problem right at this time is that her fibromyalgia is causing her problems. She states it's acting up today and makes her feel very tired. She states that she did have a very stressful time and that seems to make it worse. She has been put on Flexeril and finds that using small amounts of that is very helpful in terms of controlling the fibromyalgia. Her diabetes has not been in real good control, but she states the highest blood sugars come about when she is very stressed.

**OBJECTIVE**
She is neatly dressed and groomed. She is polite and cooperative; relates well. Even though she does appear tired, she also looks like she is doing okay and relates in an appropriate interactive fashion. Her eye contact is good. Her speech is brief, but fluent and goal-directed, soft in volume. Movements are a little slow and stiff. Mood is mildly depressed. Affect is congruent with mood. She is alert and oriented. She denies suicidal or homicidal ideation. She denies hallucinations.

Laboratory data from November 3rd showed her glucose was a little high at 129 and creatinine was 1.4. Otherwise CBC and chemistry profile were normal. TSH was normal.

**ASSESSMENT**
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 60

**PLAN**
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d. I just noted that that was incorrectly entered as Risperdal on the last note.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

[signature]
John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 10/23/2003

## SUBJECTIVE

Ms. Burns tells me that the major problem she's having right now is that she's not sleeping at all. She states she'll doze off for a little bit, but then will wake up due to pain in her legs and her back. She states she went to see a doctor about that, made the mistake of telling him about her hip pain, he took an x-ray of that, told her how bad her hip was, and really did not do anything about the leg or back pain. She states that with not sleeping, she is snapping at people very easily, is very irritable, and right now just wants to find out why she's having the pain in her legs and back. She states she's tried taking more calcium, magnesium, and potassium, and none of those helped. She tells me she's going to go see another doctor. Other than that, at this time she seems fairly stable. She indicates that the Seroquel is still helping her pain. She does tell me that she's having some intestinal problems and is going to have a scope for that.

## OBJECTIVE

She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed, a bit brief. Movements are slow and deliberate, but otherwise normal. Mood is depressed. Affect is congruent with mood, although she does appear actually more tired than frankly depressed. She's alert and oriented. She denies suicidal ideation.

## ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission
Axis V: Current GAF – 50

## PLAN

1. Prozac 60 mg a day.
2. ~~Risperdal~~ 20 mg t.i.d. Ritalin
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. I gave her a lab slip to get a chemistry profile, CBC, and TSH as that has not been checked in some time.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 09/18/2003

## SUBJECTIVE

Ms. Burns tells me that she is not doing that well. Since seeing last, she has gone downhill physically. She's been diagnosed as having insulin-dependent diabetes, chronic obstructive pulmonary disease, congestive heart failure, has had at least one pulmonary embolus, and has abnormal liver function tests. She is still in the process of having all of these things evaluated. She states that all of this on top of other things has been pretty much too much for her to handle. She's now on a number of additional medications including insulin and Glucophage, which are not adequately controlling her sugars, steroids, beta blockers, and other blood pressure medicine. She really does not like that. She also states that being a nurse, she knows that this is the start of an endless round of doctors and she just doesn't want to do that.

## OBJECTIVE

She is appropriately dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed. Her movements are slowed; there is some mild tremulousness at times. Her mood is depressed. Affect is congruent with mood. She becomes quite tearful at times, something that I have not seen from her in a while. She is alert and oriented. She does not have suicidal ideation at this time, but she states that basically she's not going to die little by little in agony because she cannot breathe.

## ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF – 45

## PLAN

1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. She has restarted Tranxene rather than Ativan, taking 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. I asked her to give me copies of her workups so that we could go over those together. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

## PATIENT PHONE CALL

Message For: Dr B

URGENT ☐ Yes ☐ No

Patient's Name: Jan Burns

Age: Weight:

Caller: Home Phone: [redacted] Work Phone:

Pharmacy: Pharmacy Phone:

REGARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

MESSAGE:

wants to ↑ Ativan having some medical problems, and this will help What can she ↑ too?

Date 8/27/03 Time 4:15pm By

RESPONSE:

My ↑ to 4 a dy

By [signature]

PROBLEM

DATE OF RESPONSE 27/Aug/03

#20240 — Medical Arts Press 1-800-328-2179

PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 08/12/2003

SUBJECTIVE

Ms. Burns tells me that she has been having some problems with breathing. She went to see Dr. Randles feeling that she was having a problem with asthma as she has had in the past. She states that after evaluating her, Dr. Randles has told her that the problem actually is that she is having anxiety attacks that are causing problems with her breathing. He recommended that she talk to me about that. She states in terms of things going on in her life, it's still difficult adjusting to the change in living arrangements going from the larger house to a smaller one and needing to give up a lot of her things. She also tells me that there's a lot of stress over the lawsuit, the fact that it's had to go to appeals. She states that at this point she's feeling that she just needs to stop worrying about that and let the lawyers take care of it. When we talk about medications, she indicates that when she takes Tranxene, she has problems with a headache. I discuss that with her and I'm going to try using some Ativan to see if she'll be able to tolerate taking that on a regular basis to see if getting the anxiety under control on a regular basis will help her breathing.

OBJECTIVE

She is neatly dressed and groomed. She is polite and cooperative; relates well. She is actually a little more interactive verbally today. She talks to me a little bit about her childhood, growing up in a very rural area in South Florida. Her movements are a little slowed but otherwise normal. Mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF – 51

PLAN

1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg h.s.
4. Discontinue Tranxene.
5. Ativan 0.5 to 1 mg t.i.d. She is to take that on a regular basis.
6. Wellbutrin SR 150 mg a day.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

CONFIDENTIAL
JBURNS/DR.JOHNBILLINGSLEY/00054

PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 07/03/2003

SUBJECTIVE
Ms. Burns tells me that she is doing a bit better since she called me on the 1st. At that time she was complaining of being very confused, but by the time I called her back, that was resolving and she reports that has continued to resolve. She does still continue to be quite depressed. She tells me that they heard from the lawyers on the other side that they were going to try to get legal fees. She became very worried about that. She talked to her attorney though who reminded her that they can't take her house or her car or her disability income, and she really has nothing else. She has just moved from a 3000 square foot house to an 1100 square foot house and had to make a lot of adjustments there, but it's going to be less expensive for her. She has been trying to exercise more as we had discussed with swimming and walking more. She states she's not really feeling more energetic with that though and, in fact, feels that she's having some episodes of shortness of breath. She is losing some weight. She has had her blood pressure medication changed. The spironolactone was increased to 25 mg a day and she's on Tarka.

OBJECTIVE
She is appropriately dressed and groomed. She is polite and cooperative; relates well. She does appear tired. Her eye contact is good. Speech is fluent, goal-directed, but brief. Movements are a bit slowed. Mood is depressed. Affect is congruent with mood and constricted in range and intensity. She's alert and oriented. She states she does have some suicidal thoughts with ideas of what she would do, but does not have any intent at this time of harming herself.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
Axis V: Current GAF – 45

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/lml

## PATIENT PHONE CALL

sage For DrB

URGENT ☐ Yes ☐ No

ent's Name Jan Burns

Age ______ Weight ______

er ______ Home Phone [redacted] Work Phone ______

macy ______ Pharmacy Phone ______

ARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

SSAGE:

ot doing good today - very
onfused -

s Call

?.1.03 Time 3:10pm By ______

EM

RESPONSE:

[illegible handwriting]

By [illegible]

DATE OF RESPONSE ?/?/03

#20240 — Medical Arts Press 1-800-328-2179

CONFIDENTIAL

JBURNS/DR.JOHNBILLINGSLEY/00056

PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 06/02/2003

SUBJECTIVE
Ms. Burns tells me that things are not going well. They had a setback in the legal situation with the judgement going against them, so they now have to go to an appeals and then to a trial. She states that it makes her feel like everything they said about them, that is, her and other nurses, was true, that they were not good nurses and not good people. She states she's gotten depressed, doesn't want to get up, doesn't want to do anything, is tired all the time, and would just like to be able to sleep all the time. She has gotten out and done some things with her daughter. Physically, besides being tired, her blood pressure has been acting up. She was put on some medicine for that but now is orthostatic from it. She's also having some orthopedic problems with bone spurs in her neck and has a splint on her right wrist due to a ganglion and some nerve compression. She is having some PTSD-type symptoms now with more startle response.

OBJECTIVE
She is appropriately dressed and groomed, but looks quite tired. Speech is soft, fluent, goal-directed, a little bit slowed in rate. Movements are slowed. Mood is depressed. Affect is congruent with mood; constricted in range and intensity. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF – 45

PLAN
1. Prozac 60 mg a day. — Ritalin
2. ~~Risperdal~~ 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

[signature]
John R. Billingsley, M.D.

JRB/lml

# PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 04/24/2003

SUBJECTIVE
Ms. Burns tells me that things are not going real well for her right now. There are just a number of very big stressors in her life. The major one is that the summary judgement in their lawsuit went against them. She states it now looks like it's going to be another year or more before anything else major happens in the lawsuit. She states she's not exactly sure because she's been unable to get in touch with the attorney for additional information other than to learn that an appeal has already been filed. She is wearing a splint on her wrist today and tells me she's been told she does not have carpal tunnel syndrome, but on an MRI they did find some type of mass in the wrist and she has to have some more studies done on that. She is, of course, worried about that. Another stress for her is that her son, who is a mechanical engineer, is back from overseas and during the time he was back, he did not call her or call his sister. She states it's been about three or four years since he has spoken to her or to his sister. With all of these things going on, she is just more depressed.

OBJECTIVE
She is appropriately dressed and groomed. She told me that she has gained 30 pounds in the past three or four months and it does look like she has gained some, although I could not quantify it. She is polite and cooperative. Her eye contact is good. Speech is fluent, goal-directed, a bit brief. Movements are slowed, but otherwise normal. Mood is depressed. Affect is congruent with mood and mildly constricted in range and intensity. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF – 51

PLAN
1. Prozac 60 mg a day.
2. Risperdal 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. I did not ask her whether she had gotten in to see a therapist or not. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

/lml

# PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 03/10/2003

SUBJECTIVE
Ms. Burns comes in with her daughter today. She reports she has not been doing very well over the past month. Basically, she's just having a lot of difficulty dealing with all of the issues going on. The lawsuit had a summary judgement hearing that she had to attend, which got her very upset because the opposition lawyers were making false claims. This month is also the anniversary of her mother's death and also her mother's birthday. She's been having some difficulties with her son-in-law. She states that he starts yelling and she just cannot tolerate anyone yelling. Her daughter, who is in with her, agrees that this is pretty much how things have been going. She identifies her mother as getting very upset about things that she has no control over and not being able to let go of them. She also states that her mother is quite irritable and cannot tolerate any problems.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed. Movements are within normal limits. Her mood is depressed and irritable. Affect is congruent with mood. In fact, as she starts to talk about some of the issues related to the lawsuit, she visibly becomes more agitated. When I change the subject and start talking to her about something more neutral, she calms down. She is alert and oriented. She denies suicidal ideation.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF – 51

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. I want her to get in and see a therapist. She is going to make an appointment with Dr. Warriner.
7. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

/lml

PROGRESS NOTE

NAME: Janice Ashby-Burns
DATE: 01/30/2003

SUBJECTIVE
Ms. Ashby-Burns tells me that she is doing "okay." She states that a problem area for her right now is that her concentration is very poor. She states she's started making errors in balancing her checkbook and that's something that she has never done before. In fact, she states she's a person who is always very meticulous about that, but it seems now that she is transposing digits. She's using an adding machine but still coming up with mistakes. As a result of that, she has ended up bouncing a check. She states that she did have some panic attacks with the depositions and that those were different in that if she got an attack, it would seem like she would just have to leave wherever she was and would then find herself at home on the floor behind a chair. She states she has never experienced anything like that before. Her sleep is okay using the 600 mg of Seroquel and it does seem that that also continues to help her pain. Unfortunately, she has also gained weight, which may be associated with that, to the amount of about 20 pounds. She states she's very reluctant to go out anywhere and avoids it if at all possible. She states that if she does go out, she can do fairly well as long as nobody talks to her. She states she's been trying to get out and walk the dog, but has started doing that after dark because she does not want any of the neighbors to stop and chat with her. She states the only people that she feels comfortable talking to are people who are also involved in the legal action.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well. Speech is fluent, goal-directed, a little soft in volume. Movements are within normal limits; there is very mild tremulousness. Her mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, Severe, in Partial Remission, which seems just a little improved.
Axis V: Current GAF – 51

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.
/lml

## PATIENT PHONE CALL

URGENT ☐ Yes ☐ No

Message For: Dr.B

Patient's Name: Jan Burns

Age: ____ Weight: ____

Caller: ____

Home Phone: [redacted] Work Phone: wk 23

Pharmacy: ____ Pharmacy Phone: ____

REGARDING: ☐ Illness ☐ Injury ☐ Medications ☐ Phone Follow-up ☐ Referral ☐ Returning Call ☐ Rx Refill ☐ Test Results ☐ Other

MESSAGE:

having a horrible panic attack! Pls Call- doesnt Know what to do?

Date: 12/18/02 Time: 1:30 pm By: ____

RESPONSE:

[illegible handwriting]

By: [signature]

PROBLEM

DATE OF RESPONSE: 18 Dec 02

#20240 — Medical Arts Press 1-800-328-2179

# PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 12/12/2002

SUBJECTIVE
Mr. Ashby-Burns tells me that she is not doing good right now. She had been doing fairly well for a while and when I asked her about the cause for her decline, she states that they've been having a lot of depositions every day and that just really gets her down. She states they are scheduled all through the holidays and I believe she mentioned also even the day after Christmas. She states this has been going on for the past week or two. She states that she feels that they may be trying to just beat them down. She states it takes a lot of time and it's very tiring for her. She states she's gotten to the point where her eyes twitch, her face twitches, and her legs twitch at night. She states that she's been told right now that they should expect to go to trial in June and that's anxiety-provoking, although she does want to get all of this over with. She states that with the increase in the anxiety that she's having, she has gone up on the Tranxene taking up to as many as six a day, although she states she does not do that every day. She tells me that she's wanting to isolate herself more and would like to find her own little place where she can be alone.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative as usual. However, she is less interactive today and just does not seem to be feeling as well. Speech is fluent, goal-directed, but is a little slowed and she sighs frequently. Movements are of normal rate; no abnormal movements noted. I do note that she is wearing a splint on her right wrist of the type that's usually used for carpal tunnel syndrome. Her mood is depressed and anxious. Affect is congruent with mood and is constricted in range and intensity. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT
Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF - 45

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day. I discussed that with her and I really don't have a problem with her occasionally using six per day, but would like to try to stay under that if possible.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.
JRB/ll

# PROGRESS NOTE

NAME: Janice Ashby E. Burns
DATE: 11/11/2002

## SUBJECTIVE

Ms. Burns reports that things are going pretty much the same for her. She did increase the Seroquel up to 600 mg as we had talked about. She states that with that, she is sleeping a little better and still having good relief of her pain. She is using her other medications unchanged. The major problem that she has though is that the trial was rescheduled for next year, which is just dragging it out more for her. She states that she just really wants to get that over with and doesn't think she can really do well until it is over. I tend to believe that she is correct on that.

## OBJECTIVE

She is neatly dressed and groomed. She is polite and cooperative; just looks very tired. She is in early today because she gave a ride to another patient who had an earlier appointment. Her movements are generally of normal rate. Speech is fluent, goal-directed; soft in volume. Mood is depressed. Affect is congruent with mood and is constricted in range and intensity. She's alert and oriented. She denies suicidal ideation.

## ASSESSMENT

Axis I: 309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features
Axis V: Current GAF - 45

## PLAN

1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 600 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/ll

PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 10/14/2002

SUBJECTIVE
Ms. Burns tells me that she is doing okay. The bad news she has is that the trial was postponed until June of next year, so she's very disappointed in that and also states they have a lot of paperwork to do basically getting documents together again. She states that's very difficult for her because she just doesn't have the capacity to do things that she did before. She states that sometimes she's surprised when she reads over things that she used to do in the course of her job because now she just cannot stay focused enough to even think about doing things like that. She tells me that the Seroquel is the greatest thing that she has been on. She had severe pain in her hip that at times greatly limited her ability to get about and caused her to need to use a cane. She states that since she's been on the Seroquel at 400 mg a day, that she has been virtually pain-free. She states she can still feel that the joint does not work smoothly, but she does not experience pain from it.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; relates well; maintains good eye contact. Speech is fluent, goal-directed. Movements are within normal limits. Her mood is mildly depressed. Affect is congruent with mood and she's a little brighter than she had been. She's alert and oriented. She denies suicidal ideation.

ASSESSMENT
309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 400 mg at night.
4. Tranxene 3.75 mg one to two t.i.d. p.r.n., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/ll

PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 09/09/2002

SUBJECTIVE
Ms. Burns is in for a scheduled appointment. She tells me that she's doing pretty good. In fact, when I ask her how she's really doing, she says okay. She states she's stressed by what's going on but is dealing with it well and really feels like she is making it. She states that the Seroquel is helping her sleep and that's made a big difference. Additionally, she states that the Seroquel seems to be helping the pain in her hip that had been very severe. She states that she's pretty sure that's what it is because there was nothing else that changed at that time.

OBJECTIVE
She is neatly dressed and groomed. She is looking about as well as I've seen her in some time. She is polite and cooperative; good eye contact. Speech is fluent, goal-directed, normal rate and rhythm. Movements are within normal limits. Mood is mildly anxious. Affect is appropriate; normal range and intensity. She denies suicidal ideation.

ASSESSMENT
309.81, Posttraumatic Stress Disorder
296.35, Major Depression, Recurrent, in Partial Remission

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 400 mg at night.
4. Wellbutrin SR 150 mg a day.
5. Tranxene 3.75 mg one to two t.i.d., not to exceed five per day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/ll

PROGRESS NOTE

NAME: Janice E. Ashby-Burns
DATE: 08/01/2002

SUBJECTIVE
Ms. Burns reports that overall she feels like she is "okay." She states she's still under a lot of stress from legal issues, and has her good days and her bad days. She finds that the Seroquel taking 400 mg at night works very well for helping her sleep. She has not had to use the Desyrel, she does not feel hung over in the morning, and it does seem to agree with her. Otherwise she is staying on her medications unchanged. She states that the Ritalin is very helpful and when she gets to the point that she cannot think clearly sometimes, she realizes that she has not taken her medication.

OBJECTIVE
She is neatly dressed and groomed. She is polite and cooperative; looks a little tired but overall better than I have seen for a while. Speech is fluent, goal-directed, soft in volume. Movements are within normal limits. Mood is depressed and anxious. Affect is congruent with mood. She's alert and oriented. She denies suicidal ideation. She denies any symptoms of thought disorder.

ASSESSMENT
309.81, Posttraumatic Stress Disorder
296.33, Major Depression, Recurrent, Severe, without Psychotic Features

PLAN
1. Prozac 60 mg a day.
2. Ritalin 20 mg t.i.d.
3. Seroquel 400 mg h.s.
4. Tranxene 3.75 mg one to two t.i.d., not to exceed five per day.
5. Wellbutrin SR 150 mg a day.
6. Followup with me in one month; call sooner if needed. Patient expressed understanding of the treatment plan.

John R. Billingsley, M.D.

JRB/ll