# EXHIBIT 4

J. E. Burns
6215 B South Lagoon
Panama City Beach, FL 32408

JANICE E. BURNS
CURRENT diagnosis
10-8-04

8y/0 Auto

1. diabetes
2. Gastritis
3. hypothyroidism
4. hypertension
5. Neuropathy (Knees down & bot Arms)
6. Fibromyalgia
7. COPD
8. Chronic Asthma & bronchitis
   Stiff L ventricle & Fixed septal defect
9. Severe sleep apnea
10. Post traumatic stress disorder c̄ severe depression
11. possible brain damage 2° Anoxia
12. Osteo arthritis both hips
13. Chronic sinus infections
14. herniated disc disease
15. Fatty & heavily scared Liver 2° severe blunt trauma
16. Chronic urinary frequency
17. Old Fractures with deformity on R elbow & L First toe
18. Hx: typhiod, Ebstien Barr, mono
19. CHF

CONFIDENTIAL
JBURNS/THEFAMILYCLINIC/00103

**PROGRESS NOTES**

NAME: Janice Burns

09-03-03

W 208#   BP 162/96   P 112   O2SAT 92

BS - 385 - 424 at home

Has appt next week for pulmonary work-up

Accuch - Hgb 403
ours - 366

⊖ cigarette
⊖ chemical exposure

Meds:
- Albuterol ii puffs
- Atrovent ii puff q 12h
- Prednisone 50 mg T daily
- [illegible] 100 mg T daily

Placed on Prednisone Friday for COPD

Seen in ER Fri Aug 29 [illegible] Diagnosed c env[?] COPD and cardiac problems

A: DM Type 2 c ↑ BS s/s

Prednisone used to Tx COPD Bronchitis

P: DM Types

Glucophage XR 500 00 ii bid

Novolin 70/30 15u Sub A.C. Now

> 400  20u       > 250  8u
> 350  15u       < 250  0u
> 300  10u                    tomorrow

ADDERALL XR - the science behind effective ADHD symptom control

ADDERALL XR was generally well tolerated in clinical trials of pediatric patients. The most common adverse events include loss of appetite, insomnia, abdominal pain, and emotional lability. Prolonged use of amphetamines may lead to drug dependence.
References: 1. ADDERALL XR package insert. Shire US Inc., 2002. 2. Biederman J, Lopez FA, Boellner SW, Chandler MC. A randomized, double-blind, placebo-controlled, parallel-group study of SLI381 (ADDERALL XR) in children with attention deficit hyperactivity disorder. Pediatrics. In press.

Shire US Inc. Please see references above and accompanying full prescribing information. ADDERALL® is registered in the United States Patent and Trademark Office. ©2002 Shire US Inc, Florence, Kentucky 41042   June 2002   AXM055

Removing obstacles in ADHD™   Shire

PNLE® FORMEDIC® 2001B 12D WORLDS FAIR DR SOMERSET NJ 08873   APPROVED BY FORMEDIC'S PHYSICIAN ADVISORY BOARD

CONFIDENTIAL
JBURNS/THEFAMILYCLINIC/00314

| DATE DIAGNOSIS CPT | HISTORY AND PHYSICAL | Formedic |
|---|---|---|

Janice Burns

08/20/03  W+206  PR 119  O2Sat 94  BP 128/100

49 y/o  Took Blood Sugar little while ago, was 239 fasting, hasn't eaten since yesterday afternoon.

Accuck 189

No food except sugar free Koolaide since noon yesterday

Dr Billings

Med
Actos 30mg 7 tid (?)
Prozac 20 mg qd
Aldactazide 25mg 7 qd AM
Synthroid 150 7 qd
Seroquel 200 7 qd AM, iii q HS
Ritilan 20mg tid

heart trans lung CA on nebsol

A: HBP
Hypothyroid
DM Type 2

P: Glucovance 2.5/500 7 bid → Glucophage XR 500 7 bid

08/27/03  BP 160/88  P 131  O2SAT 92

BP check/Pulse Pt. only
Pt was complaing of shortness of Breath.
Dr. Ranelles told Pt to go to ER. But
Pt. refused on the bases that she did
"not have any money"

In COPD...
COMBIVENT Inhalation Aerosol provides
Total Lung Coverage
For Overall Bronchodilation

COMBIVENT®
(ipratropium bromide and albuterol sulfate)
INHALATION AEROSOL
Please see full Prescribing Information enclosed.

LITHO IN CANADA

CONFIDENTIAL
JBURNS/THEFAMILYCLINIC/00320