# EXHIBIT 6


**GENTIVA**

PATIENT NAME  Burns, Janice             CLIENT #  12525
PHYSICIAN NAME  Dr. Thomas Randles, D.O.     PHYSICIAN PHONE # _____
PHYSICIAN'S ADDRESS, STREET, CITY, ZIP _____

**COMMUNICATION WITH PHYSICIAN** _____

**Clinician Signature:**
▶

**PHYSICIAN'S INTERIM ORDER**

Dear _____,
This is to confirm our conversation on date indicated below and au[thorize]
The orders shown below are being forwarded for your signature to
Please sign and return this form within 48 hours of receipt for our p[...]

A pre-stamped, pre-addressed envelope is enclosed for your conv[enience]

Gentiva Health Services

Date Interim Order Obtained: _____

Change Primary DX to: _____

Change Pertinent DX to: _____

Orders: Called to Patient's Choice & faxed. They will deliver to pt.

Clinician Signature ▶ Marlene Gunning, PTA           Date 1-15-07
Reviewed by: (Signature/Title) ▶ _____               Date _____
Physician Signature ▶ _____                          Date _____

White – Clinical Record          **PHYSICIAN'S COMMUNICATION & INTERIM ORDER**          © Gentiva Health Services 2002
Yellow – Physician

CONFIDENTIAL

JBURNS/GENTIVAHEALTHSERVICES/00014