# EXHIBIT 8

```
                    Bay Medical Center B
                    Mon Apr 25, 1994 17:25
          Discharge Cumulative Trend Report from 04/16/94 1300 to 04/21/94 0800

Patient Name:     BURNS,JANICE ELAINE              CHEMISTRY-Page 4
Med Rec #:        423242                           Adm: 04/16/94
Dis Date          04/22/94
Phys-Service:     JOHNELL,MICHAEL W - GENERAL SURGERY

*******************************************************************************

                       Chemistry Profile              Last Tech: 6507J
```

| Date:<br>Time: | 04/21<br>0800 | 04/20<br>0815 | 04/18<br>0655 | 04/17<br>0705 | 04/16<br>1300 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Sodium        | 143    | 143    | 139    | 141    |        | 136-146   | (mEq/L) |
| Potassium     | 4.2    | 4.0    | 3.2 L  | 3.6    |        | 3.5-5.1   | (mEq/L) |
| Chloride      | 103    | 101    | 100    | 103    |        | 98-106    | (mEq/L) |
| Co2           | 26     | 29     | 32 H   | 26     |        | 24-32     | (mmol/L) |
| Anion Gap     | 14     | 13     | 7 L    | 12     |        | 8-18      | |
| Bun           | 8      | 6 L    | 6 L    | 14     |        | 7-18      | (mg/dl) |
| Glucose       | 118 H  | 144 H  | 148 H  | 133 H  |        | 70-110    | (mg/dl) |
| Creatinine    | 1.0    | 0.8    | 1.0    | 1.0    |        | 0.6-1.0   | (mg/dl) |
| Bun/Creat     | 8 L    | 8 L    | 6 L    | 14     |        | 10-20     | |
| Calcium       | 9.4    | 9.9    | 9.0    | 8.4 L  |        | 8.8-10.5  | (mg/dl) |
| Phosphorus    | 3.3    | 2.9    | 3.2    | 3.1    |        | 2.4-4.9   | (mg/dl) |
| Protein Total | 6.7    | 7.0    | 6.0 L  | 6.0 L  | 8.0    | 6.0-8.5   | (gm/dl) |
| Albumin       | 3.2 L  | 3.4    | 2.9 L  | 3.0 L  | 4.0    | 3.4-5.0   | (gm/dl) |
| A/G Ratio     | 0.9 L  | 0.9 L  | 0.9 L  | 1.0 L  | 1.0 L  | 1.5-2.5   | |
| Uric Acid     | 5.7    | 5.9    | 7.5 H  | 7.5 H  |        | 2.6-6.0   | (mg/dl) |
| Bilirubin     | 0.4    | 0.3    | 0.4    | 0.2    | 0.7    | 0.0-1.0   | (mg/dl) |
| Bili Direct   |        |        |        |        | 0.11   | 0-0.3     | (mg/dl) |
| Bili,Indirect |        |        |        |        | 0.6    |           | (mg/dl) |
| Alk Phos      | 106    | 105    | 106    | 101    | 142 H  | 50-136    | (U/L) |
| Sgot/Ast      | 72 H   | 54 H   | 62 H   | 70 H   | 114 H  | 15-37     | (U/L) |
| Sgpt/Alt      | 85 H   | 77 H   | 82 H   | 102 H  | 153 H  | 30-65     | (U/L) |
| Gamma GT      |        |        |        |        | 185 H  | 10-85     | (U/L) |
| CK            | 75     | 76     | 84     | 97     |        | 21-215    | (U/L) |
| LD            | 201 H  | 186    | 161    | 203 H  |        | 100-190   | (U/L) |
| Amylase       | 88 H   |        |        | 23     | 32     | 23-85     | (U/L) |

```
** DO NOT DISCARD **                      BURNS,JANICE ELAINE
Discharge Cumulative Trend Report         423242

                                          (F-11/05/53)
                                          Dr. JOHNELL,MICHAEL W
```

CONFIDENTIAL
JBURNS/BAYMEDICALCENTER-MED/00455