# EXHIBIT 11

**Gulf Coast Medical Center**
449 West 23rd Street
Panama City, FL 32406-5309

Date of Service: 072700
Date of Discharge: 073100
Patient Name: BURNS, JANICE E
Attending Phys: BRIAN PHEMESTER, D.O.
MR#: E000172075   ACCT: E00100315207
DOB: 11051953   ROOM: E.226
SS#: 262151873
PAGE 2

FOLLOW-UP PLAN:
Patient is to follow up with Dr. Phemester in one week.
Prescriptions given for medications by mouth and also for blood work.

DIAGNOSTIC STUDIES:
WBC elevated (patient was on prednisone during her hospital stay). UA revealed blood, but recheck UA was within normal limits with no blood. Glucose was elevated at 200, but she was on steroids at that moment. Chest x-ray showed a mass. Mammogram and ultrasound results were not back at the time of this dictation.

_[signature]_
BRIAN PHEMESTER, D.O.

DATE/TIME DICT: 07/31/2000   19:16
DATE/TIME TRANS: 08/02/2000   20:03
JOB #: 8783   TRANS: FOM112

**DISCHARGE SUMMARY**

CONFIDENTIAL

JBURNS/GULFCOASTMEDICALCENTER-MED/00114