# EXHIBIT 15

MEDICAL HISTORY; JANICE E. ASHBY BURNS
dates approximate;
1953 birth
1955 tonsilectomy- unscheduled, obstructed airway
1961 MVA; multiple lacerations to liver, lacerated iliac artery, retroperitoneal hematoma, contused right kidney, followed by pneumonia and UTI
1963 abd scar revision due to keloid formation, followed by series of radiation treatments on incision site
1967 typhoid, pneumonia, beginning of CHRONIC ASTHMATIC BRONCHITIS and multiple episodes of pneumonia
1968 resection right ovary due to ovarian cyst and appendectomy
1970 severe concusion requiring hospitalization
1973 surgery for strangulated left ovarian cyst, left ooverectomy
1974 vaginal child birth approx. 32 weeks gestation due to labor and partial ruptured membranes
1977 septoplasty for CHRONIC SINUSITIS
1979 vaginal birth approx. 36 weeks due to toxcemia
1981 hystrectomy with right ooverectomy due to abnormal pap smear, cervical erosion, marked anemia and right oovarian cyst. non remaining ovary at this time
1982 postive histoplasmosis
1987 breast reduction causing spinal problems
1993 positive EBSTEIN BARR, CMV and MONO. massive infection followed by choley, fatty liver. possible skull fx secoundary to mva
1994 hypothroidism, HTN, saituational depression
1997 tx; PTSD with major depression causing time lapses, panic attacks, anxiety, poor concentration, poor comprehension, hypersomonia, difficulty communitating, short term memory problems, flash backs, difficulty with relationships, poor focus, difficulty following multiple instructions, difficulty living alone
1997 TPPP for severe sleep apnea, following sleep study. sleepy all the time.
1998 resp, cardiac, renal failure secundary to OD on calcium channel blocker, beta blocker, barbituate. required ventilator, multiple drips, ARDS, possible brain damage secoundary to anoxia per Dr. Schoolcraft. followed by brief psychiatric hospitalization. start of CHRONIC LEFT HIP PAIN
1999 BILATERAL ARM RIDICULOPATHY. CT showed diffuse disc bulge/osteophite complex and possible small HNP C5-C6. diffuse disc bulge/osteophyte and narrowing C4-5. surgery recommended
2000 elevated fasting blood sugar and ketones in urine. accuchecks 120-190 confirmed by lab on multiple occasions.
2000 no longer able to work due to PTSD with major depression which increased in severity
and is chronic. elevated cortisol level.
2000 LACERATED RIGHT RADIAL ARTERY with significant blood loss followed by brief psychiatric hospitalization

*[Handwritten margin notes:]* ASPIRATION: Lg. amt. liquid charcoal — they 4" intubated ⓐ Lani but charcoal found in both lungs



EXHIBIT 2

CONFIDENTIAL
JBURNS/DR.THOMASRANDLESDEF/00152

MEDICAL HISTORY; JANICE E. ASHBY BURNS
dates approximate;
1953 birth
1955 tonsilectomy- unscheduled, obstructed airway
1961 MVA; multiple lacerations to liver, lacerated iliac artery, retroperitoneal hematoma, contused right kidney, followed by pneumonia and UTI
1963 abd scar revision due to keloid formation, followed by series of radiation treatments on incision site
1967 typhoid, pneumonia, beginning of CHRONIC ASTHMATIC BRONCHITIS and multiple episodes of pneumonia
1968 resection right ovary due to ovarian cyst and appendectomy
1970 severe concusion requiring hospitalization
1973 surgery for strangulated left ovarian cyst, left ooverectomy
1974 vaginal child birth approx. 32 weeks gestation due to labor and partial ruptured membranes
1977 septoplasty for CHRONIC SINUSITIS
1979 vaginal birth approx. 36 weeks due to toxcemia
1981 hystrectomy with right ooverectomy due to abnormal pap smear, cervical erosion, marked anemia and right oovarian cyst: non remaining ovary at this time
1982 postive histoplasmosis
1987 breast reduction causing spinal problems
1993 positive EBSTEIN BARR, CMV and MONO. massive infection followed by choley, fatty liver. possible skull fx secoundary to mva
1994 hypothroidism, HTN, saituational depression
1997 tx: PTSD with major depression causing time lapses, panic attacks, anxiety, poor concentration, poor comprehension, hypersomonia, difficulty communitating, short term memory problems, flash backs, difficulty with relationships, poor focus, difficulty following multiple instructions, difficulty living alone.
1997 TPPP for severe sleep apnea, following sleep study: sleepy all the time.
1998 resp, cardiac, renal failure secundary to OD on calcium channel blocker, beta blocker, barbituate. required ventilator, multiple drips, ARDS, possible brain damage secoundary to anoxia per Dr. Schoolcraft. followed by brief psychiatric hospitalization. start of CHRONIC LEFT HIP PAIN
1999 BILATERAL ARM RIDICULOPATHY. CT showed diffuse disc bulge/osteophite complex and possible small HNP C5-C6, diffuse disc bulge/osteophyte and narrowing C4-5. surgery
recommended
2000 elevated fasting blood sugar and ketones in urine; accuchecks 120-190 confirmed by lab on multiple occasions.
2000 no longer able to work due to PTSD with major depression which increased in severity
and is chronic. elevated cortisol level.
2000 LACERATED RIGHT RADIAL ARTERY with significant blood loss followed by brief psychiatric hospitalization



CONFIDENTIAL
JBURNS/DRREZEQBATAINEHDEF/00110