EXHIBIT 16

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 09/10/1999 00:00 | Appt. - Sit Down Detail | Talked use of S in elderly. Talked dosing and doc said using low doses. Corrected to use higher doses in pat that had been on neuroleptics. He said he would use higher doses as necessary. nco ask about pat and see how is doing. | Seroquel | Psychotic Disorders |
| 3 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 09/27/1999 00:00 | Appt. - Sit Down Detail | Doc using ZYP. Likes QD dose and lack of SE. NCO adv of S in weight gain. | Seroquel | Psychotic Disorders |
| 4 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 10/13/1999 00:00 | Appt. - Sit Down Detail | Gave doc the Sthall book. Talked about S place in practice. Using some in varity of pat. | Seroquel | Psychotic Disorders |
| 5 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 11/03/1999 00:00 | Appt. - Sit Down Detail | Gave doc the Sthall book. Talked about S place in practice. Using some in varity of pat. | Seroquel | Psychotic Disorders |
| 6 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 11/09/1999 00:00 | Appt. - Sit Down Detail | Talked Nasrallah meeting. To date no EPS. Thus S best in new Schzo's, kids, adolescents bi-pol's, blacks and asians. | Seroquel | Psychotic Disorders |
| 7 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 11/24/1999 00:00 | Appt. - Sit Down Detail | Tried to talk Nasrallah meeting. To date no EPS. Thus S best in new Schzo's, kids, adolescents bi-pol's, blacks and asians. Too busy. | Seroquel | Psychotic Disorders |
| 8 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 12/01/1999 00:00 | Appt. - Sit Down Detail | Talked Nasrallah meeting. To date no EPS. Thus S best in new Schzo's, kids, adolescents bi-pol's, blacks and asians. He likes Z and seens to me he is resurving S for third spot. nco see if i can ge to use in first position in one prob. maybe Bipolar. | Seroquel | Psychotic Disorders |
| 9 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 01/13/2000 00:00 | Appt. - Sit Down Detail | No time to talk just wanted to sign. Talked hogher doses. | Seroquel | Psychotic Disorders |
| 10 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 01/19/2000 00:00 | Appt. - Sit Down Detail | Discussed EPS no differnt than placebo at all doses and some sedation. Also prolactin less than placebo. Doc agreed that was impt. NCO follow up on doc use of prod. | Seroquel | Psychotic Disorders |
| 11 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 03/08/2000 00:00 | Appt. - Sit Down Detail | Talked Reinstien meetingf and study. Weight gain and associated diaibeteses and posible ht disease. Use of S to reduce weight and reduce risk. Also talked about effective combos of Haldol and S. Doc said sees some weight gain but they all do it. nco puch S as better choice that does not cause EXCESSIVE weight gain. | Seroquel | Psychotic Disorders |
| 12 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 03/10/2000 00:00 | Appt. - Sit Down Detail | Talked Reinstien study. Weight gain and associated diaibeteses and posible ht disease. Use of S to reduce weight and reduce risk. Tough to pin down. nco S as better choice that does not cause EXCESSIVE weight gain. | Seroquel | Psychotic Disorders |
| 13 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 04/04/2000 00:00 | Appt. - Sit Down Detail | Talked Reinstien . Use of S vs Z because of weight gain and associated diaibeteses and posible ht disease. Doc just moved in off and did not have time to talk. nco S as better choice that does not cause EXCESSIVE weight gain. | Seroquel | Psychotic Disorders |
| 14 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 05/02/2000 00:00 | Appt. - Sit Down Detail | Talked proper dose 400 mild, 600 moderate and 800 severe. Said he is doing that and has used more as necessary. | Seroquel | Psychotic Disorders |
| 15 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 05/23/2000 00:00 | Appt. - Sit Down Detail | S efficacy is equal to or better than R or Z. He agreed and reconnizes less weight gain with S than Z. Using more as he thinks of it. | Seroquel | Psychotic Disorders |
| 16 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 06/06/2000 00:00 | Appt. - Sit Down Detail | Talked proper dose 400 mild, 600 moderate and 800 severe. | Seroquel | Psychotic Disorders |
| 17 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Reilly, John M | 09/21/2000 13:45 | Stand-Up Call | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 65 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 03/27/2002 15:17 | Stand-Up Call | dr 3 patients behind quick reminder debra talked about sleep- nco- ask to dinner | Seroquel | EPS Differentiation |
| 66 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 03/27/2002 15:17 | Stand-Up Call | dr 3 patients behind quick reminder debra talked about sleep- nco- ask to dinner | Seroquel | Safety and Tolerability |
| 67 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 03/27/2002 15:17 | Stand-Up Call | dr 3 patients behind quick reminder debra talked about sleep- nco- ask to dinner | Seroquel | Seroquel Efficacy |
| 68 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 04/09/2002 14:38 | Sit down Call | rain has kept the patients away today great for me dr has time to sit down! discussed s and long term eff dr said really need extended release depo for these pat discussed compliance and need for med w fewest se- nco- eff at right dose | Seroquel | Dosing and Titration |
| 69 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 04/09/2002 14:38 | Sit down Call | rain has kept the patients away today great for me dr has time to sit down! discussed s and long term eff dr said really need extended release depo for these pat discussed compliance and need for med w fewest se- nco- eff at right dose | Seroquel | Safety and Tolerability |
| 70 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 04/09/2002 14:38 | Sit down Call | rain has kept the patients away today great for me dr has time to sit down! discussed s and long term eff dr said really need extended release depo for these pat discussed compliance and need for med w fewest se- nco- eff at right dose | Seroquel | Seroquel Efficacy |
| 71 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/15/2002 23:33 | Stand-Up Call | provided with CD Rom, asked for continued support, first line | Seroquel | Elderly |
| 72 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/15/2002 23:33 | Stand-Up Call | provided with CD Rom, asked for continued support, first line | Seroquel | Minimal Weight Gain |
| 73 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 05/01/2002 00:00 | Stand-Up Call | competitive comparison | Seroquel | Elderly |
| 74 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 05/01/2002 00:00 | Stand-Up Call | competitive comparison | Seroquel | Minimal Weight Gain |
| 75 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 05/07/2002 13:15 | Stand-Up Call | discussed se profile via cva low rate of disc due to se- nco- long tterm success | Seroquel | Safety and Tolerability |
| 76 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 05/07/2002 13:15 | Stand-Up Call | discussed se profile via cva low rate of disc due to se- nco- long tterm success | Seroquel | Seroquel Efficacy |
| 77 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 05/29/2002 23:14 | Stand-Up Call | no dose dep rise in EPS or prolactin. Why not start with the drug which is better tolerated, give the patient the opportunity before reaching for meds with more AEs? | Seroquel | Safety and Tolerability |
| 78 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 05/29/2002 23:14 | Stand-Up Call | no dose dep rise in EPS or prolactin. Why not start with the drug which is better tolerated, give the patient the opportunity before reaching for meds with more AEs? | Seroquel | Seroquel Efficacy |
| 79 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 06/19/2002 14:15 | Stand-Up Call | cva 4 yr data | Seroquel | Accepted! - Safety and Tolerability |
| 80 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 06/19/2002 14:15 | Stand-Up Call | cva 4 yr data | Seroquel | Well! - Seroquel Efficacy |
| 81 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 06/24/2002 12:09 | Stand-Up Call | titration options, without fear of EPS or prolactin levels increase | Seroquel | Accepted! - EPS Differentiation |
| 82 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 06/24/2002 12:09 | Stand-Up Call | titration options, without fear of EPS or prolactin levels increase | Seroquel | Well! Accepted! - Dosing and Titration |
| 83 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 07/02/2002 10:16 | Stand-Up Call | brief encounter, urged him to consider S first, citing less likely to increase prolactin levels and cause weight gain. | Seroquel | Accepted! - EPS Differentiation |
| 84 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 07/02/2002 10:16 | Stand-Up Call | brief encounter, urged him to consider S first, citing less likely to increase prolactin levels and cause weight gain. | Seroquel | Accepted! - Favorable Weight Profile |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 135 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Witaszek, Jean | 02/27/2003 00:00 | Stand-Up Call | Read call note of Beth and asked him about lunch. He would love for us to set up lunch. Will try to schedule that next week. Discussed Arvantis reprint and occurance of eps lower throughout entire dosing range. Discussed quicker titration and how the h1 receptor site is the alternative effect when titrating slower that might cause sedation. NCO-Well Accepted. | Seroquel | Well! Accepted! - Elderly |
| 136 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 03/11/2003 09:57 | Stand-Up Call | gave invite to dinner program on 18th, said that he does like to attend, set up lunch for April, said it was best to see him right at about 9:15 befor he start to see patinets, he had tons of patinets wainting and needed to see them first. | Seroquel | Well! - Seroquel Efficacy |
| 137 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 03/11/2003 09:57 | Stand-Up Call | gave invite to dinner program on 18th, said that he does like to attend, set up lunch for April, said it was best to see him right at about 9:15 befor he start to see patinets, he had tons of patinets wainting and needed to see them first. | Seroquel | Well! Accepted! - Dosing and Titration |
| 138 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 03/25/2003 17:21 | Stand-Up Call | not much time, well accepted | Seroquel | Well! - Seroquel Efficacy |
| 139 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 03/25/2003 17:21 | Stand-Up Call | not much time, well accepted | Seroquel | Well! Accepted! - Dosing and Titration |
| 140 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 04/03/2003 00:00 | Stand-Up Call | was able to get a couple of minutes with him, invited to Case Study and he said No | Seroquel | Well! - Seroquel Efficacy |
| 141 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 04/03/2003 00:00 | Stand-Up Call | was able to get a couple of minutes with him, invited to Case Study and he said No | Seroquel | Well! Accepted! - Dosing and Titration |
| 142 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 04/10/2003 12:48 | Stand-Up Call | dr very rapped up w hippa stuff not able to attend any dinner programs up coming- did say the more s the better is using alot- nco- dosing | Seroquel | Accepted! - Safety and Tolerability |
| 143 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Blistan, Beth M | 04/10/2003 12:48 | Stand-Up Call | dr very rapped up w hippa stuff not able to attend any dinner programs up coming- did say the more s the better is using alot- nco- dosing | Seroquel | Well! Accepted! - Dosing and Titration |
| 144 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/14/2003 14:01 | Stand-Up Call | well......accepted | Seroquel | Accepted! - EPS Differentiation |
| 145 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/14/2003 14:01 | Stand-Up Call | well......accepted | Seroquel | Accepted! - Safety and Tolerability |
| 146 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/14/2003 14:01 | Stand-Up Call | well......accepted | Seroquel | Well! - Seroquel Efficacy |
| 147 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Witaszek, Jean | 04/16/2003 11:23 | Lunch and Learn | well accepted message, average daily dose icrease. | Seroquel | Accepted! - EPS Differentiation |
| 148 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Witaszek, Jean | 04/16/2003 11:23 | Lunch and Learn | well accepted message, average daily dose icrease. | Seroquel | Accepted! - Safety and Tolerability |
| 149 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Witaszek, Jean | 04/16/2003 11:23 | Lunch and Learn | well accepted message, average daily dose icrease. | Seroquel | Well! - Seroquel Efficacy |
| 150 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Witaszek, Jean | 04/16/2003 11:23 | Lunch and Learn | well accepted message, average daily dose icrease. | Seroquel | Well! Accepted! - Dosing and Titration |
| 151 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 04/21/2003 18:11 | Stand-Up Call | well accepted | Seroquel | Well! - Seroquel Efficacy |
| 152 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 04/21/2003 18:11 | Stand-Up Call | well accepted | Seroquel | Well! Accepted! - Dosing and Titration |
| 153 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/28/2003 13:35 | Stand-Up Call | well accepted for better outomes | Seroquel | Accepted! - Favorable Weight Profile |
| 154 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/28/2003 13:35 | Stand-Up Call | well accepted for better outomes | Seroquel | Well! - Seroquel Efficacy |
| 155 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 04/28/2003 13:35 | Stand-Up Call | well accepted for better outomes | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 191 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 08/26/2003 10:44 | Stand-Up Call | REDACTED Said using alot, dosing reminder nco remind about Serouqel on DOD formulary, reinforce efficacy and dosing | Seroquel | Well! - Seroquel Efficacy |
| 192 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 08/26/2003 10:44 | Stand-Up Call | REDACTED RED ACT ED Said using alot, dosing reminder nco remind about Serouqel on DOD formulary, reinforce efficacy and dosing | Seroquel | Well! Accepted! - Dosing and Titration |
| 193 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 09/18/2003 18:14 | Stand-Up Call | program info, on vacation week after so should make it; discussed positive outcomes made possible through seroquel therapy | Seroquel | Accepted! - Favorable Weight Profile |
| 194 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 09/18/2003 18:14 | Stand-Up Call | program info, on vacation week after so should make it; discussed positive outcomes made possible through seroquel therapy | Seroquel | Accepted! - Safety and Tolerability |
| 195 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 09/18/2003 18:14 | Stand-Up Call | program info, on vacation week after so should make it; discussed positive outcomes made possible through seroquel therapy | Seroquel | Well! - Seroquel Efficacy |
| 196 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 09/18/2003 18:14 | Stand-Up Call | program info, on vacation week after so should make it; discussed positive outcomes made possible through seroquel therapy | Seroquel | Well! Accepted! - Dosing and Titration |
| 197 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 09/27/2003 00:00 | Stand-Up Call | Pain Management Conference; | Seroquel | Well! Accepted! - Dosing and Titration |
| 198 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/14/2003 14:33 | Stand-Up Call | Seroquel is the only atypical with a side effect profile comparable to placebo through the dosing range | Seroquel | Accepted! - EPS Differentiation |
| 199 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/14/2003 14:33 | Stand-Up Call | Seroquel is the only atypical with a side effect profile comparable to placebo through the dosing range | Seroquel | Accepted! - Safety and Tolerability |
| 200 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/14/2003 14:33 | Stand-Up Call | Seroquel is the only atypical with a side effect profile comparable to placebo through the dosing range | Seroquel | Well! - Seroquel Efficacy |
| 201 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/14/2003 14:33 | Stand-Up Call | Seroquel is the only atypical with a side effect profile comparable to placebo through the dosing range | Seroquel | Well! Accepted! - Dosing and Titration |
| 202 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 10/16/2003 18:44 | Stand-Up Call | serouqel dosing reinfocement, higher beter | Seroquel | Accepted! - Favorable Weight Profile |
| 203 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 10/16/2003 18:44 | Stand-Up Call | serouqel dosing reinfocement, higher beter | Seroquel | Accepted! - Safety and Tolerability |
| 204 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 10/16/2003 18:44 | Stand-Up Call | serouqel dosing reinfocement, higher beter | Seroquel | Well! - Seroquel Efficacy |
| 205 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Brown, Stephanie M | 10/16/2003 18:44 | Stand-Up Call | serouqel dosing reinfocement, higher beter | Seroquel | Well! Accepted! - Dosing and Titration |
| 206 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/31/2003 13:03 | Stand-Up Call | usage of higher doses for patients in whom he has established the right dose | Seroquel | Accepted! - EPS Differentiation |
| 207 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/31/2003 13:03 | Stand-Up Call | usage of higher doses for patients in whom he has established the right dose | Seroquel | Accepted! - Safety and Tolerability |
| 208 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 10/31/2003 13:03 | Stand-Up Call | usage of higher doses for patients in whom he has established the right dose | Seroquel | Well! Accepted! - Dosing and Titration |
| 209 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 11/14/2003 15:55 | Sit down Call | core messages, No EPS or serum prolactin issues; asked for new business | Seroquel | Accepted! - Safety and Tolerability |
| 210 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 11/14/2003 15:55 | Sit down Call | core messages, No EPS or serum prolactin issues; asked for new business | Seroquel | Well! - Seroquel Efficacy |
| 211 | 26179030 | Billingsley, John R | Physician | 102 Springhill Cir | Panama City | FL | 32405 | Payne, Eric | 11/14/2003 15:55 | Sit down Call | core messages, No EPS or serum prolactin issues; asked for new business | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 353 | REDACTED | | | | | | | | | | | | |
| 354 | | | | | | | | | | | | | |
| 355 | | | | | | | | | | | | | |
| 356 | | | | | | | | | | | | | |
| 357 | | | | | | | | | | | | | |
| 358 | | | | | | | | | | | | | |
| 359 | | | | | | | | | | | | | |
| 360 | | | | | | | | | | | | | |
| 361 | | | | | | | | | | | | | |
| 362 | | | | | | | | | | | | | |
| 363 | | | | | | | | | | | | | |
| 364 | | | | | | | | | | | | | |
| 365 | | | | | | | | | | | | | |
| 366 | | | | | | | | | | | | | |
| 367 | | | | | | | | | | | | | |
| 368 | | | | | | | | | | | | | |