# EXHIBIT 9

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 01/04/2000 00:00 | Appt. - Sit Down Detail | TALKED W/DR ABOUT DOSE RANGES FOR VARIOUS PT PROFILES. USED DR REINSTEIN'S RECOMMENDATION OF MILD = 200-400, MODERATE= 400-600, SEVERE= 600-800. REVIEWED SEs AND PREDICTABILITY OF SER VS OTHERS. DR AGREED TO DOSE SER BASED ON THE ABOVE RECOMMENDATIONS.    NCO: REVIEW ABOVE DOSING. POSITION SER AS 1ST CHOICE, SCIENCE. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 01/18/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 03/01/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 03/06/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 03/16/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/12/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM . OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 05/09/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 06/01/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 06/09/2000 00:00 | Appt. - Sit Down Detail | POSITIONED TRIPTANS AS 1ST LINE ACUTE MIGRAINE TREATMENT.  DIFFERENTIATED ZOMIG FROM OTHERS USING THE ANYTIME MESSAGE.  WORKS FAST, WORKS FOR MENSTRAL MIGRAINES, FULL BLOWN MIGRAINES,  SAFE SE PROFILE.  DOSING REMINDER - 2.5MG, AGAIN IF NEEDED IN 2 HRS, OR GO TO 5MG.  NOT TO EXCEED 10MGs IN 24 HRS. | Seroquel | Psychotic Disorders |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/30/2000 17:11 | Stand-Up Call | | Seroquel | Dosing and Titration |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/30/2000 17:11 | Stand-Up Call | | Seroquel | EPS Differentiation |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/30/2000 17:11 | Stand-Up Call | | Seroquel | Elderly |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 09/25/2000 09:42 | Stand-Up Call | GOT A FEW SECONDS W/DR WILSON.  STILL NOT A BIG FAN OF ZOMIG, BUT ADMITS AGAIN, THAT SHE HAS NOT GIVEN IT A FAIR CHANCE.  SHOWED HER EPS DATA FROM QUEST AND CORE VIS AID.  USES RISP FOR PKNSN PTS NOW. | Seroquel | Comparison vs. Risperidone |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 09/25/2000 09:42 | Stand-Up Call | GOT A FEW SECONDS W/DR WILSON.  STILL NOT A BIG FAN OF ZOMIG, BUT ADMITS AGAIN, THAT SHE HAS NOT GIVEN IT A FAIR CHANCE.  SHOWED HER EPS DATA FROM QUEST AND CORE VIS AID.  USES RISP FOR PKNSN PTS NOW. | Seroquel | EPS Differentiation |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/28/2000 10:41 | Stand-Up Call | BUSY TODAY.  DR SAID SHE IS WRITING ZOMIG MORE REG NOW.  PTS LIKE IT BUT DOESN'T SEE A HUGE DIFF FROM OTHERS. TRIED TO GET ME TO DO PRECEPTORSHIP. TOLD HER MAYBE NEXT YEAR.  SHOWED TANDON ELDERLY PAPER. | Seroquel | Dosing and Titration |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 36 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/23/2001 11:42 | Stand-Up Call | PRECEPTORSHIP -   IMITREX NASAL #1   ZOMIG - 2ND LINE USE. THINKS BLOOD-BRAIN BARRIER MAY BE SIGNIF. BUT NO HARD DATA ON THIS. TRIPTANS ARE #1 FOR MIGRAINE BY FAR. | Seroquel | Seroquel Efficacy |
| 37 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/24/2001 11:47 | Stand-Up Call | PRECEPTORSHIP - DISCUSSED SQL FOR SLEEP, PUT A PT ON IT TODAY. USES 12.5MGs HS TOLD HER 25MGs HS IS BETTER. SEES WT GN W/ZYPR. DIFFERENTIATED SQL FROM OTHERS. | Seroquel | Dosing and Titration |
| 38 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/24/2001 11:47 | Stand-Up Call | PRECEPTORSHIP - DISCUSSED SQL FOR SLEEP, PUT A PT ON IT TODAY. USES 12.5MGs HS TOLD HER 25MGs HS IS BETTER. SEES WT GN W/ZYPR. DIFFERENTIATED SQL FROM OTHERS. | Seroquel | EPS Differentiation |
| 39 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/24/2001 11:47 | Stand-Up Call | PRECEPTORSHIP - DISCUSSED SQL FOR SLEEP, PUT A PT ON IT TODAY. USES 12.5MGs HS TOLD HER 25MGs HS IS BETTER. SEES WT GN W/ZYPR. DIFFERENTIATED SQL FROM OTHERS. | Seroquel | Elderly |
| 40 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 04/24/2001 11:47 | Stand-Up Call | PRECEPTORSHIP - DISCUSSED SQL FOR SLEEP, PUT A PT ON IT TODAY. USES 12.5MGs HS TOLD HER 25MGs HS IS BETTER. SEES WT GN W/ZYPR. DIFFERENTIATED SQL FROM OTHERS. | Seroquel | Minimal Weight Gain |
| 41 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 06/18/2001 05:18 | Stand-Up Call | CAUGHT DR AS SHE WAS LEAVING. WANTED ZMT AND SQL SMPLS. USING ZMT EVERY DAY. WRITES SQL INSTEAD OF BENZOs. | Seroquel | Dosing and Titration |
| 42 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/11/2001 23:17 | Stand-Up Call | | Seroquel | Dosing and Titration |
| 43 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/11/2001 23:17 | Stand-Up Call | | Seroquel | EPS Differentiation |
| 44 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/11/2001 23:17 | Stand-Up Call | | Seroquel | Elderly |
| 45 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/26/2001 17:35 | Stand-Up Call | ZOMIG DINNER MTG. LIKES ZMT AND IS WRITING. TALKED ABOUT SQL FOR HEADACHE -DOING A STUDY W/SQL NOW. ALSO LIKES SQL FOR SLEEP AND ANXIETY. | Seroquel | Dosing and Titration |
| 46 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/26/2001 17:35 | Stand-Up Call | ZOMIG DINNER MTG. LIKES ZMT AND IS WRITING. TALKED ABOUT SQL FOR HEADACHE -DOING A STUDY W/SQL NOW. ALSO LIKES SQL FOR SLEEP AND ANXIETY. | Seroquel | EPS Differentiation |
| 47 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/26/2001 17:35 | Stand-Up Call | ZOMIG DINNER MTG. LIKES ZMT AND IS WRITING. TALKED ABOUT SQL FOR HEADACHE -DOING A STUDY W/SQL NOW. ALSO LIKES SQL FOR SLEEP AND ANXIETY. | Seroquel | Minimal Weight Gain |
| 48 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/26/2001 17:35 | Stand-Up Call | ZOMIG DINNER MTG. LIKES ZMT AND IS WRITING. TALKED ABOUT SQL FOR HEADACHE -DOING A STUDY W/SQL NOW. ALSO LIKES SQL FOR SLEEP AND ANXIETY. | Seroquel | Safety and Tolerability |
| 49 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 07/26/2001 17:35 | Stand-Up Call | ZOMIG DINNER MTG. LIKES ZMT AND IS WRITING. TALKED ABOUT SQL FOR HEADACHE -DOING A STUDY W/SQL NOW. ALSO LIKES SQL FOR SLEEP AND ANXIETY. | Seroquel | Seroquel Efficacy |
| 50 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/22/2001 19:49 | Stand-Up Call | REVIEWED PIE CHART AND STAHL BOOK. | Seroquel | Dosing and Titration |
| 51 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/22/2001 19:49 | Stand-Up Call | REVIEWED PIE CHART AND STAHL BOOK. | Seroquel | Minimal Weight Gain |
| 52 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/22/2001 19:49 | Stand-Up Call | REVIEWED PIE CHART AND STAHL BOOK. | Seroquel | Safety and Tolerability |
| 53 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 08/22/2001 19:49 | Stand-Up Call | REVIEWED PIE CHART AND STAHL BOOK. | Seroquel | Seroquel Efficacy |
| 54 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 10/11/2001 11:32 | Stand-Up Call | ASKED ME IF 5mg ZMT OUT YET. DISC WHY SQL IS SAFER AND MORE EFF THAN OTHER ATYPs. SHE ASSURED ME THAT IT IS ALL SHE USES BUT SALES #S SAY OTHERWISE. | Seroquel | Dosing and Titration |
| 55 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 10/11/2001 11:32 | Stand-Up Call | ASKED ME IF 5mg ZMT OUT YET. DISC WHY SQL IS SAFER AND MORE EFF THAN OTHER ATYPs. SHE ASSURED ME THAT IT IS ALL SHE USES BUT SALES #S SAY OTHERWISE. | Seroquel | EPS Differentiation |
| 56 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 10/11/2001 11:32 | Stand-Up Call | ASKED ME IF 5mg ZMT OUT YET. DISC WHY SQL IS SAFER AND MORE EFF THAN OTHER ATYPs. SHE ASSURED ME THAT IT IS ALL SHE USES BUT SALES #S SAY OTHERWISE. | Seroquel | Minimal Weight Gain |
| 57 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 10/11/2001 11:32 | Stand-Up Call | ASKED ME IF 5mg ZMT OUT YET. DISC WHY SQL IS SAFER AND MORE EFF THAN OTHER ATYPs. SHE ASSURED ME THAT IT IS ALL SHE USES BUT SALES #S SAY OTHERWISE. | Seroquel | Safety and Tolerability |
| 58 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 10/11/2001 11:32 | Stand-Up Call | ASKED ME IF 5mg ZMT OUT YET. DISC WHY SQL IS SAFER AND MORE EFF THAN OTHER ATYPs. SHE ASSURED ME THAT IT IS ALL SHE USES BUT SALES #S SAY OTHERWISE. | Seroquel | Seroquel Efficacy |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 59 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/02/2001 13:03 | Stand-Up Call | ZMT 5mg, SQL IN PKNSN PAPER | Seroquel | Dosing and Titration |
| 60 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/02/2001 13:03 | Stand-Up Call | ZMT 5mg, SQL IN PKNSN PAPER | Seroquel | EPS Differentiation |
| 61 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/02/2001 13:03 | Stand-Up Call | ZMT 5mg, SQL IN PKNSN PAPER | Seroquel | Minimal Weight Gain |
| 62 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/02/2001 13:03 | Stand-Up Call | ZMT 5mg, SQL IN PKNSN PAPER | Seroquel | Seroquel Efficacy |
| 63 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/27/2001 18:18 | Stand-Up Call | ASKED WHERE ZO FITS, SHE SAID HER FAVORITE BUT IMITR IM IS BEST FOR RESCUE. THANKED HER FOR BUSINESS AND GAINED FURTHER COMMITMENT. NEG DETAIL ON GEO. | Seroquel | Dosing and Titration |
| 64 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/27/2001 18:18 | Stand-Up Call | ASKED WHERE ZO FITS, SHE SAID HER FAVORITE BUT IMITR IM IS BEST FOR RESCUE. THANKED HER FOR BUSINESS AND GAINED FURTHER COMMITMENT. NEG DETAIL ON GEO. | Seroquel | Safety and Tolerability |
| 65 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 11/27/2001 18:18 | Stand-Up Call | ASKED WHERE ZO FITS, SHE SAID HER FAVORITE BUT IMITR IM IS BEST FOR RESCUE. THANKED HER FOR BUSINESS AND GAINED FURTHER COMMITMENT. NEG DETAIL ON GEO. | Seroquel | Seroquel Efficacy |
| 66 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 12/04/2001 19:34 | Lunch and Learn | | Seroquel | Dosing and Titration |
| 67 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 12/04/2001 19:34 | Lunch and Learn | | Seroquel | EPS Differentiation |
| 68 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 12/04/2001 19:34 | Lunch and Learn | | Seroquel | Minimal Weight Gain |
| 69 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 12/04/2001 19:34 | Lunch and Learn | | Seroquel | Safety and Tolerability |
| 70 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 12/04/2001 19:34 | Lunch and Learn | | Seroquel | Seroquel Efficacy |
| 71 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 01/22/2002 21:30 | Stand-Up Call | STOPPED BY TO CHECK SMPLS - OK. LEFT ANX INFO ON SQL AND ASKED ABOUT ZO. SAID THEY'RE USING A LOT OF IT, BUT HAVE TONS OF SMPLS RIGHT NOW. | Seroquel | EPS Differentiation |
| 72 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 01/22/2002 21:30 | Stand-Up Call | STOPPED BY TO CHECK SMPLS - OK. LEFT ANX INFO ON SQL AND ASKED ABOUT ZO. SAID THEY'RE USING A LOT OF IT, BUT HAVE TONS OF SMPLS RIGHT NOW. | Seroquel | Elderly |
| 73 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Coston, Robert F. | 01/22/2002 21:30 | Stand-Up Call | STOPPED BY TO CHECK SMPLS - OK. LEFT ANX INFO ON SQL AND ASKED ABOUT ZO. SAID THEY'RE USING A LOT OF IT, BUT HAVE TONS OF SMPLS RIGHT NOW. | Seroquel | Safety and Tolerability |
| 74 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 03/12/2002 12:08 | Stand-Up Call | Intro, doc said she loves Sero it is her new favorite drug. Said she will be speaking in NC about Sero and trying to reach Heather. Will call her. Set up a lunch for April 9. | Seroquel | Dosing and Titration |
| 75 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 04/09/2002 13:26 | Lunch and Learn | Seroquel Zo lunch and learn | Seroquel | Dosing and Titration |
| 76 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 04/09/2002 13:26 | Lunch and Learn | Seroquel Zo lunch and learn | Seroquel | Minimal Weight Gain |
| 77 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 04/09/2002 13:26 | Lunch and Learn | Seroquel Zo lunch and learn | Seroquel | Safety and Tolerability |
| 78 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 05/07/2002 11:59 | Stand-Up Call | Doc explained Sero use for pts w/ chronic daily headache and pts w/ problems sleeping that have pain. Doc said she uses Sero at least once a day. Fellow asked about TD reports w/ Sero. | Seroquel | Seroquel Efficacy |
| 79 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 08/13/2002 13:32 | Stand-Up Call | Dr. G said they were almost out of zomig but thinks they just received some. No Sero, sent to both locations. Dr. W said, I am probably your only neurologist Rxing for so much Sero. Also mentioned her disappointment in me having to cancel the preceptorship. | Seroquel | Well! - Seroquel Efficacy |
| 80 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Crivello, Linda Marie | 10/15/2002 00:00 | Stand-Up Call | using the 5mg Zo but mostly the rgular tab, had a TON of samples in all strengths but 5mg tab. Still using a lot of Sero for migraine prevention. | Seroquel | Well! Accepted! - Dosing and Titration |
| 81 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Gochenour, Mark | 10/22/2002 00:00 | Stand-Up Call | Dr discussed dosinng SEQ for migraine prevention. | Seroquel | Well! Accepted! - Dosing and Titration |
| 82 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Gochenour, Mark | 11/12/2002 11:05 | Stand-Up Call | Discussed dosing DR is using first line for migraine talked about serotonin and histimine blockade | Seroquel | Well! Accepted! - Dosing and Titration |
| 83 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Gochenour, Mark | 11/25/2002 11:31 | Stand-Up Call | SEQ reminder, ZMT closing on patients w/ full blown first thing in the morning. | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 84 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 12/10/2002 09:52 | Stand-Up Call | okay on sero and zo samples, quick intro to dr wilson. sero and zo zmt reminder. | Seroquel | Well! - Seroquel Efficacy |
| 85 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 01/07/2003 09:18 | Stand-Up Call | discussed zmt adv over oral tabs, pts can either swallow or dissolve pill-convenience. uses sero 25 mg at night for sleep. sero effects serotonin levels. | Seroquel | Well! - Seroquel Efficacy |
| 86 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 01/21/2003 09:27 | Stand-Up Call | okay on zo and sero samples, reminder zo zmt fast abd convenient, gave M magazine. spoke w/ dr wilsson's student, discussed use of sero in migraine pts. | Seroquel | Well! - Seroquel Efficacy |
| 87 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 05/13/2003 09:50 | Stand-Up Call | dr uses mainly 25 mg sero, uses up to 50mg for migraines. continues to work well for pts.. zo zmt reminder, gave migraine diaires. | Seroquel | Well! - Seroquel Efficacy |
| 88 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 06/24/2003 09:42 | Stand-Up Call | asked me if sero weight neutral, showed weight normalization graph. asked me to set up breakfast in sept/oct. reminder zo zmt fast and pts preference. | Seroquel | Accepted! - Favorable Weight Profile |
| 89 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 08/19/2003 09:37 | Stand-Up Call | gave check to dr wilson, dr said zns meeting went very well and is excited about the launch. continues to use sero for prophy. of migrianes. | Seroquel | Well! - Seroquel Efficacy |
| 90 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Golden, Anna | 12/02/2003 09:43 | Gatekeeper | dr not in. | Seroquel | Well! - Seroquel Efficacy |

REDACTED

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | | |
| 107 | | | | | | | | | | | | | | |
| 108 | | | | | | | | | | | | | | |
| 109 | | | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | | | |
| 111 | | | | | | | | | | | | | | |
| 112 | | | | | | | | | | | | | | |
| 113 | | | | | | | | | | | | | | |
| 114 | | | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | | | |
| 123 | | | | | | | | | | | | | | |
| 124 | | | | | | | | | | | | | | |
| 125 | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | |
| 127 | | | | | | | | | | | | | | |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 127 | REDACTED | | | | | | | | | | | | | |
| 147 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/23/2001 17:05 | Stand-Up Call | preceptorship today. lecture on triptans and migraine. discussed sero and use with her patients. like sedation to counteract those patients who have insomnia. stress no prolactin, eps, weight gain. | Seroquel | Dosing and Titration |
| 148 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/23/2001 17:05 | Stand-Up Call | preceptorship today. lecture on triptans and migraine. discussed sero and use with her patients. like sedation to counteract those patients who have insomnia. stress no prolactin, eps, weight gain. | Seroquel | EPS Differentiation |
| 149 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/23/2001 17:05 | Stand-Up Call | preceptorship today. lecture on triptans and migraine. discussed sero and use with her patients. like sedation to counteract those patients who have insomnia. stress no prolactin, eps, weight gain. | Seroquel | Minimal Weight Gain |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 150 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/24/2001 09:11 | Stand-Up Call | full day preceptorship today with Dr. Gipson, Dr. Taboada, and Dr. Wilson. she started one patient on seroquel and 2 people on zomig zmt. | Seroquel | Dosing and Titration |
| 151 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/24/2001 09:11 | Stand-Up Call | full day preceptorship today with Dr. Gipson, Dr. Taboada, and Dr. Wilson. she started one patient on seroquel and 2 people on zomig zmt. | Seroquel | Minimal Weight Gain |
| 152 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/27/2001 18:29 | Stand-Up Call | headache symposium at usf embassy suites. | Seroquel | EPS Differentiation |
| 153 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 04/27/2001 18:29 | Stand-Up Call | headache symposium at usf embassy suites. | Seroquel | Minimal Weight Gain |
| 154 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 07/02/2001 10:16 | Stand-Up Call | is using a lot of zmt recently. discussed seroquel program she is going to be working on in Connecticut with Rappoport? | Seroquel | Safety and Tolerability |
| 155 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 07/02/2001 10:16 | Stand-Up Call | is using a lot of zmt recently. discussed seroquel program she is going to be working on in Connecticut with Rappoport? | Seroquel | Seroquel Efficacy |
| 156 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/09/2001 13:54 | Stand-Up Call | great seroquel/zomig discussion today. Is using seroquel first, only using geodon for pts. who don't do well on sero. She mentioned that she needs to feel comfortable pushing dose higher. Reinforced safety up to 800mg. Needs to be reminded of these things. Meeting her Mon 8/13 to discuss sero and the role it may play in migraine prevention. meeting Dr Rapaport on 8/24 for study with sero. | Seroquel | Dosing and Titration |
| 157 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/09/2001 13:54 | Stand-Up Call | great seroquel/zomig discussion today. Is using seroquel first, only using geodon for pts. who don't do well on sero. She mentioned that she needs to feel comfortable pushing dose higher. Reinforced safety up to 800mg. Needs to be reminded of these things. Meeting her Mon 8/13 to discuss sero and the role it may play in migraine prevention. meeting Dr Rapaport on 8/24 for study with sero. | Seroquel | Safety and Tolerability |
| 158 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/13/2001 17:52 | Appt. - Sit Down Detail | met her outside office today for seroquel call. Discussed most papers and info on sero for her trip to see Dr. Rappoport. Is concerned with receptor occupancy and weight gain specifically. Feels more comfortable prescribing sero. Has been fully detailed on geodon, and has been using this equally with sero. | Seroquel | Dosing and Titration |
| 159 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/13/2001 17:52 | Appt. - Sit Down Detail | met her outside office today for seroquel call. Discussed most papers and info on sero for her trip to see Dr. Rappoport. Is concerned with receptor occupancy and weight gain specifically. Feels more comfortable prescribing sero. Has been fully detailed on geodon, and has been using this equally with sero. | Seroquel | EPS Differentiation |
| 160 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/13/2001 17:52 | Appt. - Sit Down Detail | met her outside office today for seroquel call. Discussed most papers and info on sero for her trip to see Dr. Rappoport. Is concerned with receptor occupancy and weight gain specifically. Feels more comfortable prescribing sero. Has been fully detailed on geodon, and has been using this equally with sero. | Seroquel | Minimal Weight Gain |
| 161 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/13/2001 17:52 | Appt. - Sit Down Detail | met her outside office today for seroquel call. Discussed most papers and info on sero for her trip to see Dr. Rappoport. Is concerned with receptor occupancy and weight gain specifically. Feels more comfortable prescribing sero. Has been fully detailed on geodon, and has been using this equally with sero. | Seroquel | Seroquel Efficacy |
| 162 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 08/28/2001 13:52 | Stand-Up Call | thanked for the seroquel folder with studies to prepare for her trip to Connecticut. she felt very knowledeable on sero and appreciated help I gave her prior to her trip. will feel more comfortable prescribing sero with her throrough review of materials. She has been detailed on geodon and has been using more. | Seroquel | Seroquel Efficacy |
| 163 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 09/04/2001 16:47 | Stand-Up Call | great call today with Keith at BArnes and Noble. She gave us 40 minutes. We went over seroquel and the trial. She expects to put at least 30 pts. on sero to see how it works for prevention of migraine. Also agreed to write 2 scripts for zomig to each pt. One reg zomig and one zmt for them to decide which one they would like to use each headache. Made progress with both. | Seroquel | Dosing and Titration |
| 164 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 11/05/2001 10:58 | Stand-Up Call | has been using more seroquel, needs to get back in touch with Dr. Rappoport. Will definitely use the 5mg zmt, left more samples at usf clinic. | Seroquel | Dosing and Titration |
| 165 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 12/11/2001 11:45 | Stand-Up Call | Is using a lot of seroquel and needed samples at TGH. Zomig zmt is her choice now and appreciated more samples. would like more time to discuss with me the trial with seroquel and migraine prevention, | Seroquel | Dosing and Titration |
| 166 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 12/11/2001 11:45 | Stand-Up Call | Is using a lot of seroquel and needed samples at TGH. Zomig zmt is her choice now and appreciated more samples. would like more time to discuss with me the trial with seroquel and migraine prevention, | Seroquel | Seroquel Efficacy |
| 167 | 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | LeBlanc, Heather | 12/17/2001 10:36 | Stand-Up Call | Has started several new pts. on seroquel at lower doses. Dr. Taboada has also been using a lot of seroquel dosing 50mg QHS. Had a pt. there today who was on seroquel. zomig out of samples at USF. | Seroquel | Dosing and Titration |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | | | |
| 211 | | | | | | | | | | | | | | |
| 212 | | | | | | | | | | | | | | |
| 213 | | | | | | | | | | | | | | |
| 214 | | | | | | | | | | | | | | |
| 215 | | | | | | | | | | | | | | |
| 216 | | | | | | | | | | | | | | |
| 217 | | | | | | | | | | | | | | |
| 218 | | | | | | | | | | | | | | |
| 219 | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | |
| 221 | | | | | | | | | | | | | | |
| 222 | | | | | | | | | | | | | | |
| 223 | | | | | | | | | | | | | | |
| 224 | | | | | | | | | | | | | | |
| 225 | | | | | | | | | | | | | | |
| 226 | | | | | | | | | | | | | | |
| 227 | | | | | | | | | | | | | | |
| 228 | | | | | | | | | | | | | | |
| 229 | | | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | | | |
| 231 | | | | | | | | | | | | | | |

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | | | | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 07/01/2001 00:00 | Convention | REL: Spoke briefly with Dr. Wilson at IHC meeting in New York. She was finally able to attend the AZ investigator dinner program and met Dr. Shakra. CONFIDENTIAL: DO NOT DISCUSS WITH MD. Dr. Shakra has hooked up Dr. Wilson and Rappaport to wrtie up some case studies using Seroquel as abortive treatment in difficult migraines. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 04/04/2002 00:00 | Knowledge Exchange | MD and I met and had a very productive meeting. MD requested medical grant for this years University of South Florida satelite symposium in Spain. She will be sending me a letter of request that I will be sending to the global marketing team. MD is also publishing a headache book in spanish. The first to ever be published. She will be sending me an abstract of the book so I can send to the marketing team to see if we would be interested as a patient education resource. MD will be presenting Seroquel as preventative migraine treatment in Denver durin gthe AAN. She colloborated with Dr. Rapoport in this project. MD also interested in participating in more AZ multicenter trials. MD extremely impressed with Seroquel results as preventive treatment. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 05/03/2002 00:00 | Network | Spoke with Dr. Wilson and she is currently proofing the brochure for North American Headache Symposium. Approx. 50 attendees from the US will be attending and about 70 - 100 from Spain and other european countries. Dr. Wilson will be directing and moderating the course and will be speaking as well. Other speakers include Dr. Alan Rapoport, Dr. Sheena Aurora, Dr. Michael Finkel and the European faculty (Dr. Margarita Sanchez del Rio, Dr. Jose Miguel Lainez, Dr. M. Moskowitz (awaiting aceptance). Dr. Wilson sent me an outline of the content of the book with a translation into english. The book should be out in September. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 05/31/2002 00:00 | MIS Faculty | Received supplemental inforamtion regarding satellite symposium in Spain. Requested another grant request letter be sent to Jim Knewtiz and a caopy to me since Jim accidently misplaced letter and I did not receive a copy. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 06/20/2002 00:00 | Research | Forwarded full contact information and CV if avialable of the following physicians as possible study sites to Susan Shakra, Ann Leon and Jennifer Varquez. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Delgado, Lizbhet S | 08/14/2002 00:00 | Network | MD did not make lunch said that lunch appointment was never confirmed with Dr. Means. Gene Means said it was confirmed and Dr. Dunne chose the place. MD seemed annoyed that she was not invited to dinner the night before. I explained that I was not aware that she was not invited, and told her it was not my dinner meeting I was an invitee as well. The meeting was to discuss another project with the Dept. Chair Peter Dunne. She immediately apologized and said she knew that it was not me that had forgotten her. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Gochenour, Mark | 12/20/2002 11:49 | Gatekeeper | Dr are onvacation until holdays are over. | | |
| 769431004 | Wilson, Maria C | Physician | 2 Columbia Dr | R133 | Tampa | FL | #### | Gochenour, Mark | 01/09/2003 14:22 | Gatekeeper | Out of office | | |