**EXHIBIT 10**

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 17 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/07/2001 12:29 | Appt. - Sit Down Detail | SQ efficacy in elderly patients with agression and hostility, he is having excellent results with the drug. Zomig is behind, but with more samples and call frecuency it should improve. Next Call: new elderly information. | Seroquel | Seroquel Efficacy |
| 18 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 09/24/2001 12:31 | Appt. - Sit Down Detail | Elderly SQ information, Zomig ZMT. Next Call: more probing and clinical experience. | Seroquel | Elderly |
| 19 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 10/02/2001 16:30 | Stand-Up Call | SQ efficacy in Alzheimer with psychotic symptoms.Zomig reminder. | Seroquel | Elderly |
| 20 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 10/02/2001 16:30 | Stand-Up Call | SQ efficacy in Alzheimer with psychotic symptoms.Zomig reminder. | Seroquel | Seroquel Efficacy |
| 21 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/06/2001 10:44 | Appt. - Sit Down Detail | The doctor told me: Woww!! SQ is really working very well. I changed almost all my Zyp patients to SQ and now Im starting as first choice. Zomig 5 mg. NC:elderly patients CVA review. Zomig 5 mg clinical experience. | Seroquel | Seroquel Efficacy |
| 22 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/27/2001 12:32 | Appt. - Sit Down Detail | He told me about the excellent SQ profile and how well is working. Zomig still behind Maxalt, more product differentiation is recomended. CVA review for both products. NC: Arvanitis. | Seroquel | EPS Differentiation |
| 23 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/27/2001 12:32 | Appt. - Sit Down Detail | He told me about the excellent SQ profile and how well is working. Zomig still behind Maxalt, more product differentiation is recomended. CVA review for both products. NC: Arvanitis. | Seroquel | Elderly |
| 24 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/27/2001 12:32 | Appt. - Sit Down Detail | He told me about the excellent SQ profile and how well is working. Zomig still behind Maxalt, more product differentiation is recomended. CVA review for both products. NC: Arvanitis. | Seroquel | Seroquel Efficacy |
| 25 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 12/18/2001 11:43 | Appt. - Sit Down Detail | SQ efficacy review. | Seroquel | Seroquel Efficacy |
| 26 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 02/04/2002 10:59 | Sit down Call | Zomig efficacy, fullblown and side effects profile. SQ efficacy in elderly patients. NC: new info for both products. | Seroquel | Seroquel Efficacy |
| 27 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 03/05/2002 12:20 | Sit down Call | SQ efficacy without EPS across the entire dose range, he also wants the product at HIMA formulary. Zomig ZMT efficacy. NC: confirm clinical experience and drug profile choice for him. | Seroquel | Seroquel Efficacy |
| 28 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 04/04/2002 11:33 | Stand-Up Call | He had a lot of samples, SQ is his first choice whenever he needs to prescribe an antipsychotic. Zomig is behind due to indiference. NC: neurology reprint for Z and CVA long term care for SQ. | Seroquel | Elderly |
| 29 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 04/04/2002 11:33 | Stand-Up Call | He had a lot of samples, SQ is his first choice whenever he needs to prescribe an antipsychotic. Zomig is behind due to indiference. NC: neurology reprint for Z and CVA long term care for SQ. | Seroquel | Seroquel Efficacy |
| 30 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Delgado, Lizbheths | 07/31/2002 00:00 | Assess | Called MD several times while in Puerto Rico to arrange appointment since PSS was on maternity leave/ Unfortunately, MD was never in office and never returned call. | | |
| 31 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/01/2002 14:51 | Stand-Up Call | CME inv.(Dr. Junco), he is going to help Cases JR with SQ introduction to HIMA formulary. | Seroquel | Well! Accepted! - Elderly |
| 32 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/19/2002 11:02 | Sit down Call | SQ elderly CVA review, Zomig Efficacy Full blown diff. Remind SQ introduction to HIMA formulary. NC: Zomig CVA, flashcard leave behind. | Seroquel | Accepted! - EPS Differentiation |
| 33 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/19/2002 11:02 | Sit down Call | SQ elderly CVA review, Zomig Efficacy Full blown diff. Remind SQ introduction to HIMA formulary. NC: Zomig CVA, flashcard leave behind. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 74 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 04/30/2003 11:06 | Inst call (CNS/Onc/Urol) | Stills with low doses due the nature of his practice but aware about the safety profile of SQ isn't depending of dosis. Zomig fast and last. NC: new LTC CVA for elderly patients prob to det. product adoption status. | Seroquel | Accepted! - Safety and Tolerability |
| 75 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 06/10/2003 10:18 | Gatekeeper | He is on vacations until June 19. | | |
| 76 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 06/25/2003 08:09 | Sit down Call | We discussed Zomig benefits among the tryptans he said that ZMT is great also the recurrence is less for Zomig. SQ vs Olan. since @ hopspital the doctors are using it more so cognitive diff, urinary/edema diff and cost. NC: Nasrallah/Tandon refrint for review efficacy and safety and ZMT 5 mg reminder. | Seroquel | Accepted! - Favorable Weight Profile |
| 77 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 06/25/2003 08:09 | Sit down Call | We discussed Zomig benefits among the tryptans he said that ZMT is great also the recurrence is less for Zomig. SQ vs Olan. since @ hopspital the doctors are using it more so cognitive diff, urinary/edema diff and cost. NC: Nasrallah/Tandon refrint for review efficacy and safety and ZMT 5 mg reminder. | Seroquel | Well! - Seroquel Efficacy |
| 78 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 06/25/2003 08:09 | Sit down Call | We discussed Zomig benefits among the tryptans he said that ZMT is great also the recurrence is less for Zomig. SQ vs Olan. since @ hopspital the doctors are using it more so cognitive diff, urinary/edema diff and cost. NC: Nasrallah/Tandon refrint for review efficacy and safety and ZMT 5 mg reminder. | Seroquel | Well! Accepted! - Elderly |
| 79 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 07/08/2003 00:00 | Stand-Up Call | REDACTED reminded MD SQ unsurpass benefits for neurologists.NC: SQ benefits over Risp or Olan @ Hospital. | Seroquel | Well! - Seroquel Efficacy |
| 80 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/07/2003 13:40 | Gatekeeper | Out of office, next week he is adding two new neurologist to the staff. | | |
| 81 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/27/2003 00:00 | Sit down Call | Storm emphasis in this call, he seems to be using only SQ based on IMS, but @ hospital setting Risp usage also. Well accepted message. NC: dosing titration in case he needs more mg what is going to happene if he choose another atypical, Zomig nasal spray. | Seroquel | Well! Accepted! - Dosing and Titration |
| 82 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 08/27/2003 00:00 | Sit down Call | Storm emphasis in this call, he seems to be using only SQ based on IMS, but @ hospital setting Risp usage also. Well accepted message. NC: dosing titration in case he needs more mg what is going to happene if he choose another atypical, Zomig nasal spray. | Seroquel | Well! Accepted! - Elderly |
| 83 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/05/2003 09:16 | Sit down Call | Zomig nasal spray presentation, he is very enthusiastic about the formulation. SQ diff among the others specially vs Risp. NC: clinical experience with new Z and SQ PET in order to remind him why SQ first line first choice. | Seroquel | Accepted! - EPS Differentiation |
| 84 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/05/2003 09:16 | Sit down Call | Zomig nasal spray presentation, he is very enthusiastic about the formulation. SQ diff among the others specially vs Risp. NC: clinical experience with new Z and SQ PET in order to remind him why SQ first line first choice. | Seroquel | Accepted! - Safety and Tolerability |
| 85 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/05/2003 09:16 | Sit down Call | Zomig nasal spray presentation, he is very enthusiastic about the formulation. SQ diff among the others specially vs Risp. NC: clinical experience with new Z and SQ PET in order to remind him why SQ first line first choice. | Seroquel | Well! - Seroquel Efficacy |
| 86 | 16438890 | Cases, Hector J | Physician | Proffesional Center Munoz Rivera Street | Caguas | PR | 725 | Orta, Damaris | 11/05/2003 09:16 | Sit down Call | Zomig nasal spray presentation, he is very enthusiastic about the formulation. SQ diff among the others specially vs Risp. NC: clinical experience with new Z and SQ PET in order to remind him why SQ first line first choice. | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 114 | REDACTED | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 135 | REDACTED | | | | | | | | | | | | |
| 136 | | | | | | | | | | | | | |
| 137 | | | | | | | | | | | | | |
| 138 | | | | | | | | | | | | | |
| 139 | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | |
| 141 | | | | | | | | | | | | | |
| 142 | | | | | | | | | | | | | |
| 143 | | | | | | | | | | | | | |
| 144 | | | | | | | | | | | | | |
| 145 | | | | | | | | | | | | | |

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 170 | REDACTED | | | | | | | | | | | | |
| 171 | | | | | | | | | | | | | |
| 172 | | | | | | | | | | | | | |
| 173 | | | | | | | | | | | | | |
| 174 | | | | | | | | | | | | | |
| 175 | | | | | | | | | | | | | |
| 176 | | | | | | | | | | | | | |
| 177 | | | | | | | | | | | | | |
| 178 | | | | | | | | | | | | | |
| 179 | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | |
| 181 | | | | | | | | | | | | | |

CONFIDENTIAL

| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| REDACTED | | | | | | | | | | | | |

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 208 | REDACTED | | | | | | | | | | | | |
| 209 | | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | | |
| 211 | | | | | | | | | | | | | |
| 212 | | | | | | | | | | | | | |
| 213 | | | | | | | | | | | | | |
| 214 | | | | | | | | | | | | | |
| 215 | | | | | | | | | | | | | |
| 216 | | | | | | | | | | | | | |
| 217 | | | | | | | | | | | | | |
| 218 | | | | | | | | | | | | | |
| 219 | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | |
| 221 | | | | | | | | | | | | | |
| 222 | | | | | | | | | | | | | |
| 223 | | | | | | | | | | | | | |
| 224 | | | | | | | | | | | | | |
| 225 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | | |
| 226 | | | | | | | | | | | | | | |
| 227 | | | | | | | | | | | | | | |
| 228 | | | | | | | | | | | | | | |
| 229 | | | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | | | |
| 231 | | | | | | | | | | | | | | |
| 232 | | | | | | | | | | | | | | |
| 233 | | | | | | | | | | | | | | |
| 234 | | | | | | | | | | | | | | |
| 235 | | | | | | | | | | | | | | |
| 236 | | | | | | | | | | | | | | |
| 237 | | | | | | | | | | | | | | |
| 238 | | | | | | | | | | | | | | |
| 239 | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | |
| 241 | | | | | | | | | | | | | | |