**EXHIBIT 11**

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Good, Ana Lorenzo | 11/04/1999 00:00 | Customer Plan | Increase access with physician by building relationships with gatekeepers/influencers and differentiating AstraZeneca. | | |
| 3 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Gonzalez, Michael A | 10/11/2000 10:41 | Stand-Up Call | | | |
| 4 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Gonzalez, Michael A | 01/19/2001 16:01 | Stand-Up Call | Dr. not in on Mon's or Fridays,spoke to nurse and benefits verifier on United 3 tier copay.She will share with Drs. | | |
| 5 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Davis, Stewart | 07/13/2001 00:00 | Stand-Up Call | doc does not go to SNFs. | Seroquel | Elderly |
| 6 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Gonzalez, Michael A | 11/21/2001 16:13 | Gatekeeper | (R)Dr's office closed eaqrly for holidays | | |
| 7 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Good, Ana Lorenzo | 09/20/2002 00:00 | Convention | R: Dr attended Friday's FOMA convention at Tampa Hyatt Westshore. | | |
| 8 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Gibson, Stephanie Campbell | 09/27/2002 00:00 | Gatekeeper | R: All 4 drs were out for the day. Come back early next week. | | |
| 9 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Fontneau, Katharine Ann | 01/10/2003 10:08 | Gatekeeper | stoppede by w/ sheila/no Drs. till 10:30/ Weiss in after. Karen Ellingson, Pa- left at 1/03 to work in hosp. emer rm. | | |
| 10 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Fontneau, Katharine Ann | 07/10/2003 16:30 | Follow Up | Trying to confirm a last min/dinner program w/ drs and Delgado- Terrance to call me Fri | | |
| 11 | 41539013 | Mennen JR, Leonard J | Physician | 4238 W Kennedy Blvd | Tampa | FL | 33609 | Wall, Sheila C | 08/04/2003 12:10 | Gatekeeper | not a dr. in the house this am... try after lunch! | | |

REDACTED

REDACTED

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | |

| A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| REDACTED | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 82-96 | REDACTED | | | | | | | | | | | | |

| CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | | | | |