**EXHIBIT 4**

## MEDICATION FLOW SHEET

tial Diagnosis: _____

Initial GAF/DIC/ DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White Pink (IDP) Blue (PAP) | Comments No shows/cancels, Meds D/C'd, labs request, Called in, early fills, Pt. not seen, GAF, days in community, days worked, etc. |
|---|---|---|---|---|---|---|---|---|
| 11/20/05 | Risperdal Consta | 50 | IM Qwk x1y | | | DB | (W)/P/B | 37.5 x IM Q2wk |
| | Risperdal | 1g | BID | 60 | | DB | (W)/P/B | Gave DB |
| | Depakote | 300 | TBID | 30 | 2 | DB | (W)/P/B | ↑ to 450mg IM Q2w |
| | Cogentin | 5mg | BID PO | 60 | 2 | DB | (W)/P/B | |
| | DC Cogentin | | | | | | W/P/B | |
| 1/5/06 | Risperdal | 50g | IM (R) glut | | 0 | | W/P/B | |
| 1/19/06 | Risperdal Consta | 50mg | IM (R) glut | | | | W/P/B | |
| 1/18/06 | D/C Risperdal PO | | | | | | (W)/P/B | |
| | Seroquel | 300 | ↑ HS | 30 | 0 | NK | (W)/P/B | |
| | | 200 | ↑ HS | 30 | 0 | NK | (W)/P/B | |
| error 2/08/06 | Artane | 5mg | BID PRN | #60 | 0 | NK | (W)/P/B | |
| 2/08/06 | Continue Risp Consta IM (50g) Q2Wk | | | | | | W/P/B | |
| 2/16/06 | Seroquel | 300 | ↑ HS | #60 | Ø 3 | NK | W/P/B | |
| | Artane | 5g | ↑ PO BID | #60 | 2 | NK | W/P/B | |
| | Continue Risp Consta 50g IM Q2wks | | | | Ø | | W/P/B | CE |
| 2/18/06 | Risperdal | 50mg | IM (R) glute | | | | W/P/B | CE |
| 3/1/06 | no show | | | | | | W/P/B | CE |
| 3/3/06 | Risperdal Consta 50mg IM (R) glut | | | 1 | X | | W/P/B | CE |
| 3/17/06 | Risperdal Cons 50mg IM (R) glut | | | | | | W/P/B | CE |
| 3/31/06 | Risperdal Consta 50mg IM (R) glut | | | | | | W/P/B | CE |
| 4/13/06 | Continue Risp Consta 50g IM Q2wk | | | | | | (W)/P/B | |
| | Seroquel | 300 | ↑ HS | #60 | 1 | NK | (W)/P/B | |
| | Artane | 5g | ↑ PO BID | #60 | 1 | NK | W/P/B | CE |
| 4/14/06 | no show | | | | | | W/P/B | CE |
| 4/25/06 | no sh | | | | | | W/P/B | CE |
| 5/2/06 | Risperdal Consta | 50mg | IM (R) | | glute | | W/P/B | CE |
| 5/19/06 | Risperdal Consta | 50mg | IM (R) | | glute | | W/P/B | Arm Long |
| 6/1/06 | Seroquel | 300 | ↑ HS | 60 | 2 | | W/P/B | |
| | Artane | 5g | ↑ BID | 60 | 2 | | W/P/B | |
| | Continue Risp Consta | 50g | IM Q2wk | | | | W/P/B | |

**ALLERGIC** Ampicillin

DEE BURKE
EXHIBIT NO. 2
8-9-2008
D. WATSON

Directions for Mental Health, Inc.

Client Name: David Heller    Client #: 10443

X611-005
Rev. 07/25/03

CONFIDENTIAL

**MEDICATION FLOW SHEET**

Bipolar
EPS in Rem
SD

| Date | Medication | Dosage | Directions | Qty | # Of Refills | MD Name | (SF) Pink / White | Comments No Shows/Cancels - Any Meds D/C'd, Labs Requested, etc. |
|---|---|---|---|---|---|---|---|---|
| 10/1/02 | Seroquel | 100 | 1/2 tab qhs | | | | P / W | |
| | Klonopin | | 1 tab qhs TT | | | | P / W | |
| | Ativan | TT | qhs prn QNS | 120 | 0 | DB | P / W | |
| | Depakote | 500 | TT QNS | 60 | 0 | DB | P / W | |
| | Eskalith | 450 | CR TQ AM | 30 | 0 | DB | P / W | |
| | Lithium | 300 | TT QNS | 60 | 0 | DB | P / W | |
| 10/15/02 | NS | | | | | | P / W | |
| 10/23/02 | Seroquel | 100 | 1/2 TT AM 2tab hs | | | | P / W | |
| | | | TT Q hs prn | | | | P / W | |
| | | | TT QNS | 120 | — | DB | P / W | |
| | Depakote | 500 | TT PM | 60 | — | DB | P / W | |
| | Eskalith | 450 | CR TQ AM | 30 | — | DB | P / W | |
| | Lithium | 300 | TT Q hs | 60 | — | DB | P / W | |
| 11/20/02 | Lithium | 300 | TT hs | 60 | 2 | DB | P / W | one Blood test |
| | Eskalith | 450 | CR T AM | 30 | | | P / W | |
| | Depakote | 500 | BID | 60 | | hey | P / W | RESCH |
| | Seroquel | 200 | T hs | 60 | | | P / W | |
| 1/8 | Lithium | 300 | T hs | 60 | | | P / W | |
| | Eskalith | 450 | CR T OAM | 30 | | | P / W | |
| | Depakote | 500 | BID | 60 | | | P / W | |
| | Seroquel | 200 | TT QHS | 60 | | | P / W | |
| 1/16 | Continue above meds | | | | | DB | P W | |
| | Lithium | 300 | TT QHS | 60 | 2 | DB | P | alex called |
| | Eskalith | 450 | CR TQ AM | 30 | 2 | DB | P | |
| | Depakote | 500 | TT QHS | 60 | 2 | DB | P | |
| | Seroquel | 200 | TT QHS | 60 | 2 | DB | P | |
| 3/12/03 | Cont above meds | | | | | DB | P / W | |
| | Add Depakote to Depakote | | | | | | P / W | |
| 4/10 | Called in above meds for one month per Dr Rene | | | | | | P / W | 447-3188 mz |

**ALLERGIC** Ampicillin

CONFIDENTIAL

Directions for Mental Health, Inc.

CLIENT'S NAME: David Miller         CLIENT'S #: 10443

x611-005
01/12/00

DIRECTIONS FOR MENTAL HEALTH

PSYCHIATRIC EVALUATION:  10/01/02          2:00 - 3:00  60 Min.

IDENTIFYING DATA/CHIEF COMPLAINT:

David is a 40-year-old single Caucasian male who is case managed here at Directions, having been a former client and recently released from prison. He relates that he was in prison from 01/13/01 to 09/24/02 for violation of probation on an aggravated stalking charge.

HISTORY OF PRESENT ILLNESS:

David has a longstanding psychiatric history and was first diagnosed Bipolar within the Department of Corrections in 1987. He states he started having problems from the age of 12, and was either in State Mental Hospitals, Mental Hospitals, or incarcerated.

He states he touched a females breast at the age of 12, who was 18, she yelled rape and he ended up being sent to jail and then to treatment. At 16 through the age of 19 he was incarcerated concurrently. He has had multiple charges and multiple problems.

He states he has been on every anti-psychotic out there to the point of almost developing tardive dyskinesia and it was finally in 1987 when a Dr. Ferris in the Department of Corrections diagnosed him as Bipolar and started him on Lithium.

He states he originally started on 900, then 1200, 1500, and then 1800, and it was the first time he had any relief from his mood swings. He said they did take him back down to 900, and he is unsure of when Depakote was added, but feels this is the most stable he has been in a number of years, and yet continues with some mood swings.

He denies that he gets depressed. He does get down, but he does not ever get hopelessly suicidal. He does know that he gets extremely agitated, angry, impulsive, will not need much sleep, can't concentrate or pay attention, and has actually self mutilated his arms in the prison system with a razor, but that was the only time there was any kind of self mutilation type behavior. He usually becomes agitated and will strike out at others, and that is why he has ended up incarcerated multiple times.

CLIENT:  DAVID HALLER                                    #10443



10/01/02                                                              -2-

Without medications his moods will change within seconds, days or months, but he is usually at least hypomanic and then will quickly move to manic. He has no impulse control, low frustration tolerance and excessive anger with rages. He knows that his thoughts race, he becomes too talkative, and even now has rapid and pressured speech and has been mistaken for having an anxiety problem, and he states that it is part of his Bipolar.

He is afraid of sleeping too much he is sleeping less, and knows that can be a sign of his illness. David continued that he is fearful of sleeping too much and missing out on things. He knows there are times he's bouncing off the walls, he gets very cocky, and will fight back towards authority. He states as a child he was the kind of kid that no one wanted their kid to play, and that he's had treatment since the age of 5 for his mood disorder.

He doesn't see himself as an anxious person, and he does not see himself as a person who worried. But he does know as a kid, he was fidgety and hyper, couldn't sit still, did things very impulsively, always was running around, not paying attention, easily distracted, couldn't organize, and he states it caused him a lot of problems.

He denies any kind of perceptual disturbance past or present, he denies any paranoia. He denies any kind of appetite disturbance past or present. He feels his concentration is okay, and his attention span is good, and states he was called the attorney when he was the county jail.

He goes on to state that he has PTSD due to the child abuse that he endures as well as some of the abuse that happened to him while incarcerated.

SUICIDAL IDEATION:

He denies any kind of suicidal ideation, passive or active. There has been a lot of violence and batteries and property damage in his history.

PREVIOUS MENTAL HEALTH CONTACTS:

He states he was treated from age 12 on, he's has multiple hospitalizations, as well as received treatment when he was in prison, and has also seen a private psychiatrist whose name is Dr. Carl Jones, and he has been a client here at Directions for Mental Health.

CLIENT:  DAVID HALLER                                            #10443



10/01/02                                                            -3-

**HABITS:**

He states he has not drank for 16 years, but he was drinking at least 2 fifths a day, from the age of 21 until 16 years ago. He does know it caused him problems, yet he denies detox, DT's, and DUI's. He smokes cigarettes 1 to 1 ½ packs per day since the age of 12. He denies absolutely any illicit drug use past or present. He drinks caffeine through the form of sodas.

**FAMILY MENTAL HEALTH HISTORY:**

He doesn't know of any immediate or remote family member who has ever attempted or completed suicide, or any immediate or remote family member who has ever been treated for mental or emotional illness. He was adopted at the age of 6 months, therefore he doesn't know any medical history where his family is concerned either.

He himself denies hypertension, cardiac disease, a history of cancer, diabetes, thyroid disease, or kidney disease. He states he was tested while he was incarcerated for HIV, hepatitis, and TB and does not have any exposure and is not sexually active as well as his health was followed while he was incarcerated and he has good health.

He has had laparoscopy in the past for kidney stones. He has a scar on the right upper arm where he was bitten in prison, but he denies any health problems.

**MEDICATIONS:**

He is currently on Eskalith 450 mg CR in the morning, Lithium 600 mg at night, Depakote 500 mg b.i.d. Former medications that have been tried are; Xanax, Klonopin, Vistaril, Sinequan, Moban, Serentil, Thorazine, Haldol, Mellaril, Loxitane, Stelazine, Prolixin and Risperdal.

**ALLERGIES:**

Ampicillin.

CLIENT:   DAVID HELLER                                       #10443



10/01/02                                                                -4-

**LEGAL HISTORY:**

His legal history started at age 12 being charged with attempted rape. He was then sent to Juvenile at the age of 16 to 19. He goes on to relate that in 1997 he had an aggravated stalking charge. In 10/98 he had a violation of probation.

In 01/13/01, he had a battery and a violation; 01/01 he violated probation; 05/24/02 he had battery on a law enforcement official, and was sent to jail until 09/24/02. He also states that in 1986 he had 4 counts of rude and lascivious, and 1989 he had a batter on a law enforcement official, and in 1992 he had a violation of conditional release.

**BIO-PSYCHOSOCIAL:**

I will refer to the one completed by Pat Clifford and the old one in the cart.

**COMPREHENSIVE MENTAL STATUS EXAM:**

Client was neat, clean and well groomed presenting for this psychiatric evaluation today. He was psychomotor agitated, hyperverbal with rapid and pressured speech. He was cooperative with the entire interview, and was polite and appropriate. He displayed no anxiety. His mood appeared to the most stable that it has been according to other people that know him here, but he still did have a labile mood and could quickly escalate and his affect was congruent to that.

He did not appear to have a perceptual disturbance. He denies a history of one. His sensorium was clear. He was alert and oriented x 3. He appeared to at least have a general fund of knowledge, possibly a below average IQ for the use of the English language, and the use of some English words.

Thought content showed a flight of ideas at times, although he was easily refocused and redirected. His thinking was tangential. Potential for suicidal, homicidal or violent intention, thinking, action or plan is at least mild for violent behavior given his history. Dominant character structure at this time is deferred due to the length of the time with this client.

CLIENT:   DAVID HALLER                                          #10443


CONFIDENTIAL

10/01/02                                                       -5-


DIAGNOSIS:

AXIS I:        Bipolar I
               Alcohol Abuse in Remission
AXIS II:       Deferred
AXIS III:      None
AXIS IV:       Moderate
AXIS V:        GAF 50

RECOMMENDATION/PHARMACOLOGIC MANAGEMENT/PLAN:

Risks, benefits, and alternatives were discussed with this client. He admits to continuing mood swings, and knows that even though he has been the most stable on the medication regimen he is currently compliant with, he is open to suggestions of other medications, and we reviewed Zyprexa, Tegretol and Seroquel.

Given the fact that he stays at least hypomanic and quickly move to manic, it was felt we needed something that was going to be more sedating, yet not completely causing such somnolence that he would then become non-compliant. So we'll work with Seroquel as we adjust the medication, and I think that it will be the best to give him overall stability and keep him out of manic phase. Hopefully he will be compliant with the adjustment.

He understand that as he starts the medication he will be somnolent and that it's my indication the medication is going to work in the long run, and to work through that side effect, by keep taking the medication each and every night. He will start 50 mg tonight, then 100 mg the second night, 200 mg the third night, 300 mg the fourth night, and then 400 mg. I will leave him there for the next 2-weeks and see him again.

Depakote will continue 500 mg twice a day; Eskalith CR 450 mg in the morning, 600 mg at night will continue. He knows that laboratory values will be necessary for those medications. He knows to keep his appointments, to show up on time, and that he must be appropriate to maintain being a client here.


CLIENT: DAVID HALLER                                    #10443


CONFIDENTIAL

10/01/02                                                                -6-

He agreed to all of this. He will continue under case management as well. He was competent to agree to this plan. I'll see him in 2-weeks.

Days in Community: 7 out of 30        Days Worked: 0 out 30

Dee Burke, ARNP
DB:pp/lg

*[signature: Dee Burke]*

**CONFIDENTIAL**

CLIENT:   DAVID HALLER                                        #10443