# EXHIBIT 5

Initial Diagnosis: _____
GAF/DIC/DW: _____

## MEDICATION FLOW SHEET

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White Pink (IDP) Blue (PAP) | Comments No shows/cancels D/C'd, labs requested Called in, early fills, seen, GAF, days in community, days work etc. |
|---|---|---|---|---|---|---|---|---|
| 3/2/07 | script from 1/12/07 lost, called in | | | | | | W / P / B | |
| | Seroquel | 300mg | ii hs # | 60 | 2 | per nite | W / P / B | (HP) |
| | Artane | 5mg | i BID | 60 | 2 | | W / P / B | |
| 3-16-07 | no show | f. IJ | | | | | W / P / B | CF |
| 3-19-07 | Risperdal Consta | 50mg | IM to (Lt) glut | | | | W / P / B | CE |
| 4-2-07 | Risperdal Consta | 50mg | IM to (Rt) glut | | | | W / P / B | CE |
| 4/6/07 | Continue Risp Consta | | IM @ 2 wks | | | NK | W / P / B | 24 |
| | Seroquel | 300 | # hs | 60 | 2 | | W / P / B | |
| | Artane | 5 | i BID | 60 | 2 | | W / P / B | |
| 4-16-07 | Risperdal Consta | 50mg | IM to (Lt) glut | | | | W / P / B | CE |
| 4-30-07 | Risperdal Consta | 50mg | IM to (Rt) glut | | | | W / P / B | CE |
| 5-14-07 | Risperdal Consta | 50mg | IM to (Lt) glut | | | | W / P / B | CE |

**ALLERGIC** ampicillin

Directions for Mental Health, Inc.

Client Name: Haller, David
Client #: 10442
X611-005
Rev. 07/25/03

DHALLER/DIRECTIONSFORMENTALHEALTH/00003

# MEDICATION FLOW SHEET

Initial Diagnosis: _____
Initial GAF/DIC/DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White Pink (IDP) Blue (PAP) | Comments (No shows/cancels, Med D/C'd, labs requested, Called in, early fills, Pt. n seen, GAF, days in community, days worked etc.) |
|---|---|---|---|---|---|---|---|---|
| 6/1/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 6/2/06 | Risperdal Consta | 50 | IM q 2wks | X10 | | Keene Amos | W / P / B | |
| 6/16/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 6/23/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 7-14-06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 7/28/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 8/11/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 8/25/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 8/25/06 | Continue Risperdal Consta 50mg IM q 2wk | | | | | | W / P / B | |
| | Seroquel | 300mg | # QHS | 60 | 2 | NK | (W) / P / B | |
| | Artane | 5mg | # BID | 60 | 2 | NK | W / P / B | |
| 9-1-06 | Risperdal Consta | 50mg | IM to (RT) glut | | | | W / P / B | CE |
| 9-28-06 | per CW TJ is in hospital review TJ in hospital | | | | | | W / P / B | CE |
| 11/6/06 | Seroquel | 300mg | # QHS | 60 | 2 | NK | W / P / B | |
| | Artane | 5mg | # PO BID | 60 | 2 | NK | W / P / B | |
| | Risperdal Consta | 50mg | IM q 2wk | | | | W / P / B | |
| 10-9-06 | Risperdal Consta | 50mg | IM to (RT) glut | | | | W / P / B | CE |
| | D/C Artane per Dr. Tenet NK | | | | | | W / P / B | |
| 11/1/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE 733-0404 |
| 12/7/06 | Artane | 5mg | # PO BID | 60 | 2 | NK | (W) / P / B | |
| 12/15/06 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 1-18-07 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 1/12/07 | Artane | 5mg | # BID | 60 | 2 | NK | (W) / P / B | CONFIDENTIAL |
| | Risperdal Consta | | Injection | Q 2wks | | | W / P / B | |
| | Seroquel | 300mg | # PO QHS | 60 | 2 | N/C | (W) / P / B | |
| 1-22-07 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| 2-2-07 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE Need Shop |
| 2-16-07 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | 733-0404 |
| 3-2-07 | Risperdal Consta | 50mg | IM to (RT) glut | 1 | | | W / P / B | CE |
| | | | | | | | W / P / B | |

**ALLERGIC** Ampicillin

Directions for Mental Health, Inc.

Client Name: Haller David   Client #: 10445

005
07/25/03

FORMENTALHEALTH/00004

# MEDICATION FLOW SHEET

Initial Diagnosis: _____
Initial GAF/DIC/ DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White / Pink (IDP) / Blue (PAP) | Comments (No shows/cancels, D/C'd, labs reques, Called in, early fills, F seen, GAF, days i community, days work etc.) |
|---|---|---|---|---|---|---|---|---|
| 11/26/05 | Risperdal Consta | 50mg | IM Blus x24 | | | DB | W/P/B | 37.5 x IM Q |
| | Risperdal | 1mg | BID | 60 | 6 | DB | W/P/B | Given DB |
| | Depakote | 300mg | TID | 90 | 7 | DB | W/P/B | ↑ to 50mg IM |
| | Artane | 5mg | BID PRN | 60 | 7 | DB | W/P/B | |
| | DC Cogentin | | | | | DB | W/P/B | |
| 1/3/06 | Risperdal | 50mg | IM @ glut | | ∅ | | W/P/B | |
| 1/17/06 | Risperdal | 50mg | IM @ glut | | | | W/P/B | |
| 1/18/06 | DC Risperdal PO | | | | | | W/P/B | |
| | Seroquel | 300 | THS | 30 | ∅ | NK | W/P/B | |
| | | 200 | ÷ HS | 30 | ∅ | NK | W/P/B | |
| 2/7/06 | Artane | 5mg | BID PRN | #60 | ∅ | NK | W/P/B | ERROR 2/15/07 |
| | Continue Risp. Consta IM (50mg) Q2wk | | | | | | W/P/B | |
| 2/14/06 | Seroquel | 300 | ÷ HS | #60 | 2 | NK | W/P/B | |
| | Artane | 5mg | ÷ PO BID | #60 | 2 | NK | W/P/B | |
| | Continue Risp Consta 50mg IM Q2wk | | | | | NK | W/P/B | |
| 2/17/06 | Risperdal | 50mg | IM @ glut | | ∅ | | W/P/B | |
| 3/1/06 | | no show | | | | | W/P/B | CE |
| 3/3/06 | Risperdal Consta | | IM @ glut | 1 | | | W/P/B | CE |
| 3/17/06 | Risperdal Cost | 50mg | IM @ glut | | | | W/P/B | CE |
| 3/31/06 | Risperdal Cost | 50mg | IM @ glut | | | | W/P/B | CE |
| 4/13/06 | Continue Risp Consta 50mg IM Q 2wk | | | | | | W/P/B | |
| | Seroquel | 300 | ÷ HS | #60 | 1 | NK | W/P/B | |
| | Artane | 5mg | ÷ PO BID | #60 | 1 | NK | W/P/B | |
| 4/14/06 | | no show | | | | | W/P/B | CE |
| 4/28/06 | | no show | | | | | W/P/B | CE |
| 5/2/06 | Risperdal Consta | 50mg | IM | @ | glutal | | W/P/B | CE |
| 5/19/06 | Risperdal Consta | 50mg | IM | ® | glutal | | W/P/B | Am Lab |
| 6/1/06 | Seroquel | 300 | ÷ HS | 60 | 2 | | W/P/B | |
| | Artane | 5mg | ÷ BID | 60 | 2 | | W/P/B | |
| | Continue Risp. Consta | 50mg | IM q 2wk | | | | W/P/B | |

**ALLERGIC** Amoxicillin

Directions for Mental Health, Inc.

Client Name: David Haller
Client #: 10443

X611-005
Rev. 07/25/03

# MEDICATION FLOW SHEET

Initial Diagnosis: _____
Initial GAF/DIC/ DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White Pink (IDP) Blue (PAP) | Com. No shows/car, D/C'd, labs re Called in, early fil seen, GAF, day community, days wc etc. |
|---|---|---|---|---|---|---|---|---|
| 7-21-05 | Eskalith CR | 450 | i q am | 30 | 0 | NS | W/P/B | GAF 50 |
| | Li2CO3 | 300 | i qhs | 30 | 0 | NS | W/P/B | labs requested |
| | Depakote | 250 | i bid | 60 | 0 | NS | W/P/B | |
| | Seroquel | 200 | ii hs | 60 | 0 | NS | W/P/B | |
| | Seroquel | 25 | i up to qid prn agitation | #20 samples | | | W/P/B | |
| 7/25 | Eskalith CR | 450 | i q AM | 30 | 0 | NK | W/P/B | labs requested |
| | Li2CO3 | 300 | i q HS | 30 | 0 | | W/P/B | |
| | Depakote | 250 | i BID | 60 | 0 | | W/P/B | |
| | Seroquel | 300 | ii HS | 60 | 0 | | W/P/B | |
| | Seroquel | 25 | i po q1 o prn | samples | NK | | W/P/B | |
| 8/25 | NS ARNP | | | | | | W/P/B | |
| 9/15 | Pt had explosive outburst b/c he was not seen 30 min before his appointment. Code blue called | | | | | | W/P/B | Pt left |
| 10/3/05 | NS ARNP | | | | | | W/P/B | |

**ALLERGIC** Ampicillin

Directions for Mental Health, Inc.

Client Name: David Haller
Client #: 10443
X611-005
Rev. 07/25/03

DHALLER/DIRECTIONSFORMENTALHEALTH/00006

# MEDICATION FLOW SHEET

Diagnosis: BPI Alcohol abuse ws.
Initial GAF/DIC/DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White / Pink (IDP) / Blue (PAP) | Comments (No shows/cancels, Meds D/C'd, labs requested, Called in, early fills, Pt. not seen, GAF, days in community, days worked, etc.) |
|---|---|---|---|---|---|---|---|---|
| 5/27/04 | Eskalith CR | 450 | ī 9AM | 30 | 2 | JS | W/P/B | Labs pending |
|  | Li CO₃ | 350 | π̄ Ls | 60 | 2 | JS | W/P/B |  |
|  | Seroquel | 200 | π̄ Ls | 60 | 2 | JS | W/P/B |  |
|  | Depakote | 500 | ī bid | 60 | 2 | JS | W/P/B |  |
| 7/23/04 | Eskalith CR | 450 | ī AM | 30 | 2 | CC | W/P/B |  |
|  | LiCO₃ | 300 | π̄ HS | 60 | 2 | CC | W/P/B |  |
|  | DC Seroquel | 200 | π̄ HS |  |  | CC | W/P/B |  |
|  | Depakote | 500 | ī bid | 60 | 2 | CC | W/P/B |  |
| 8/23/04 | NS |  |  |  |  | CC | W/P/B |  |
| 8-25-04 | Please See | Case management progress note (8/25) |  |  |  |  | W/P/B |  |
| 10/5/04 | Eskalith CR | 450 | ī QAM | 30 | 2 | WJ | W/P/B | CONFIDENTIAL |
|  | Li CO₃ | 300 | π̄ QHS | 60 | 2 | WJ | W/P/B |  |
|  | Depakote | 500 | ī BID | 60 | 2 | WJ | W/P/B |  |
|  | Seroquel | 200 | π̄ QHS | 60 | 2 | WJ | W/P/B |  |
| 1/7/05 | Eskalith CR | 450 | ī AM | 30 | 2 | WJ | W/P/B |  |
|  | LiCO₃ | 200 | π̄ HS | 60 | 2 | WJ | W/P/B |  |
|  | Depakote | 500 | ī BID | 60 | 2 | WJ | W/P/B |  |
|  | Seroquel | 200 | π̄ HS | 60 | 2 | WJ | W/P/B |  |
| 3/29/05 | Eskalith CR | 450 | ī q AM | 30 | 2 |  | W/P/B | Labs ordered |
|  | LiCO₃ | 300 | π̄ q HS | 60 | 2 |  | W/P/B |  |
|  | Depakote | 500 | ī BID | 60 | 2 | JP | W/P/B |  |
|  | Seroquel | 200 | π̄ qHS | 60 | 2 |  | W/P/B |  |
| 6/21/05 | NS |  |  |  |  | JP | W/P/B |  |
| 8/30/05 | NS |  |  |  |  | Keene | W/P/B |  |
| 7/20 | Depakote | 500 | ī bid | 60 | 0 | JS | W/P/B | called pt not here |
|  | LiCO₃ | 80 |  |  |  |  | W/P/B |  |
|  | Seroquel | 200 | π̄ hs | 60 | 0 |  | W/P/B |  |
|  | Eskalith CR | 450 | ī qd | 30 |  |  | W/P/B |  |
| 7/25 | See ARNP note - JS |  |  |  |  | JS 7-20 | W/P/B |  |
|  |  |  |  |  |  |  | W/P/B |  |

**ALLERGIC** Ampicillin

Directions for Mental Health, Inc.

Client Name: David Haller    Client #: 1044
X611-005
Rev. 07/25/03

Bipolar I
Alcohol abuse in rem.

## MEDICATION FLOW SHEET

| Date | Medication | Dosage | Directions | Qty | # Of Refills | MD Name | (SF) Pink / White | Comments No Shows/Cancels - Any Meds D/C'd, Labs Requested, etc. |
|---|---|---|---|---|---|---|---|---|
| 6/24/03 | D/C Seroquel | | | | | CO | P / W | |
| | Eskalith CR | 450 | i AM | - | | CO | P / W | pt has |
| | Lithium | 300 | ii hs | - | | CO | P / W | |
| | Depakote | 500 | i bid | - | | CO | P / W | |
| 7/15/03 | Seroquel | 200 | ii hs | 60 | 2 | CO | P / W | |
| | Eskalith CR | 450 | i AM | 30 | 2 | CO | P / W | |
| | Lithium | 300 | ii hs | 60 | 2 | CO | P / W | |
| | Depakote | 500 | i bid | 60 | 2 | CO | P / W | |
| 8/1/03 | N/S | | | | | CO | P / W | |
| 9/4/03 | Seroquel | 200 | ii hs | - | | CO | P / W | 228 wt |
| | Eskalith CR | 450 | i AM | - | | CO | P / W | pt has |
| | Lithium | 300 | ii hs | - | | CO | P / W | |
| | Depakote | 500 | i bid | - | | CO | P / W | |
| 10/2/03 | Seroquel | 200 | ii hs | 60 | 2 | CO | P / W | |
| | Eskalith CR | 450 | i AM | 30 | 2 | CO | P / W | |
| | Lithium | 300 | ii hs | 60 | 2 | CO | P / W | |
| | Depakote | 500 | i bid | 60 | 2 | CO | P / W | CONFIDENTIAL |
| 12/14/03 | Seroquel | 200 | ii hs | 60 | 2 | CC | P / W | |
| | Eskalith CR | 450 | i AM | 30 | 2 | CC | P / W | |
| | Lithium | 300 | ii hs | 60 | 2 | CC | P / W | |
| | Depakote | 500 | i bid | 60 | 2 | CC | P / W | |
| 2/3/04 | Seroquel | 200 | ii hs | 60 | 2 | CC | P / W | |
| | Eskalith CR | 450 | i AM | 30 | 2 | CC | P / W | |
| | Lithium | 300 | ii hs | 60 | 2 | CC | P / W | |
| | Depakote | 500 | i bid | 60 | 2 | CC | P / W | |
| 4/16/04 | Seroquel | 200 | ii hs | | | | P / W | wt 246 |
| | Eskalith CR | 450 | i AM | | | | P / W | |
| | Lithium | 300 | ii hs | | | | P / W | |
| | Depakote | 500 | i bid | | | | P / W | |

**ALLERGIC** Ampicillin

Directions for Mental Health, Inc.

CLIENT'S NAME: David Haller   CLIENT'S #: 1

x611-005

DHALLER/DIRECTIONSFORMENTALHEALTH/00008