**EXHIBIT 7**

# MEDICATION FLOW SHEET

Diagnosis: BPI
Initial GAF/DIC/DW: _____

| Date | Medication | Dosage | Directions | Qty. | Refills | MD Name | RX Type W/P/B | Comments |
|---|---|---|---|---|---|---|---|---|
| 10-30-0? | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | |
| 11-13-0? | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | |
| 11/20/0? | Risperdal Consta | 50mg | IM q 2wks | | | | W/P/B | ce |
| | Seroquel | 300mg | 1½ tab QHS #45 | | | | W/P/B | 2x/yr |
| | Artane | 5mg | 1 BID | | | NK | W/P/B | |
| 11-27-0? | Risperdal Consta | 50mg | | 60 | 2 | NK | W/P/B | |
| 12-11-0? | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | |
| 12-30-07 | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | ce |
| 1-15-08 | no show for injection | | | | | | W/P/B | ce |
| 1-17-08 | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | ce |
| 1-31-08 | Risperdal Consta | 50mg | Im to (R) glut | | | | W/P/B | ce |
| 2/13/08 | NO SHOW FOR APPT | | | | | | W/P/B | ce |
| 2/1/08 | no show for injection | | | | | | W/P/B | |
| 2-19-08 | Risperdal Consta | 50mg | Im (Lt) glut | | | | W/P/B | |
| 3-5-08 | Risperdal Consta | 50mg | Im (Rt) glut | | | | W/P/B | ce |
| 3/5/08 | Risperdal Consta | 50mg | im q 2wk | | | | W/P/B | ce |
| | Seroquel | 200mg | 1 po hs | 30 | 2 | | W/P/B | SB JM |
| | Artane | 5mg | BID | 60 | 2 | | W/P/B | |
| 3-21-08 | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | |
| 4-4-08 | Risperdal Consta | 50mg | Im to (R) glut | | | | W/P/B | ce |
| 4-18-08 | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | ce |
| 5-2-08 | Risperdal Consta | 50mg | Im to (R) glut | | | | W/P/B | ce |
| 5-16-08 | Risperdal Consta | 50mg | Im to (L) glut | | | | W/P/B | ce |
| 5/21 | Risperdal Consta | 50mg | Im | | | | W/P/B | ce |
| | Artane | 5mg | 1 po | | | | W/P/B | |
| | Seroquel | 100mg | 1 po hs | | 2 | | W/P/B | |
| 5/28 | Risperdal Consta | 50mg | IM R | 30 | | | W/P/B | |
| 8/8 | | | | | | | W/P/B | |
| 6-1 | Risperdal Consta | 50mg | IM (L) glut | | | | W/P/B | TEMP |
| | | | | | | | W/P/B | q TEMP |

**ALLERGIC:** Ampicillin

Directions for Mental Health, Inc.

Patient Name: Haller, David
Client #: 20443

# MEDICATION FLOW SHEET

GAF/DIC/DW: _____

| Date | Medication (Please do not write "same as above") | Dosage | Directions | Qty. | Refills | MD Name | RX Type White / Pink (IDP) / Blue (PAP) | Comments |
|---|---|---|---|---|---|---|---|---|
| 3/2/07 | scripts from 1/12/07 lost, called in | | | | | | W/P/B | |
| | Seroquel | 300mg | ii hs # | 60 | 2 | per | W/P/B | NP |
| | Artane | 5mg | i BID | 60 | 2 | Niak | W/P/B | |
| 3-16-07 | no show for IJ | | | | | | W/P/B | |
| 3-19-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 4-2-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 4/6/07 | Continue Risp. Consta | 50mg | IM q 2wks | | | NK | W/P/B | 244 |
| | Seroquel | 300 | ii hs | 60 | 2 | | W/P/B | |
| | Artane | 5 | i BID | 60 | 2 | | W/P/B | |
| 4-16-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | |
| 4-30-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 5-14-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 5-24-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 6-7-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 6-21-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 6/28/07 | Risp. Consta | 50 | IM q 2wks | | | | W/P/B | CE 247# |
| | Artane | 50 | i UBID | 60 | 2 | NK | W/P/B | |
| | Seroquel | 300 | ii QHS | 60 | 2 | NK | W/P/B | |
| 7-5-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 7-19-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 8-2-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 8-15-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 8-29-07 | no show for injection | | | | | | W/P/B | CE |
| 9-4-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | CE |
| 9-10-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | CE |
| 9/20/07 | Continue Risp. Consta | 50mg | IM q 2wks | | | | W/P/B | CE 240# |
| | Seroquel | 300mg | ii POQHS | 60 | 2 | | W/P/B | |
| | Artane | 5mg | i POBID | 60 | 2 | | W/P/B | |
| 10-4-07 | Risperdal Consta | 50mg | IM to (L) glut | | | | W/P/B | |
| 10-18-07 | Risperdal Consta | 50mg | IM to (R) glut | | | | W/P/B | |

**ALLERGIC:** ampicillin

Directions for Mental Health, Inc.

Client Name: Haller, David
X611-005
Rev. 07/25/03

Client #: 10442

CONFIDENTIAL
DHALLER/DIRECTIONSFORMENTALHEALTH-UPDATEDMEDS/00004